IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 04-901-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Affymetrix, Inc.'s Response to Illumina, Inc.'s First Set of Interrogatories; and (2) Affymetrix, Inc.'s Response to Illumina, Inc.'s First Set of Requests for Production of Documents and Things were caused to be served on March 9, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Richard K. Herrmann
Mary B. Matterer
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

**BY FEDERAL EXPRESS**

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

- 2 -

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    /s/ Maryellen Noreika
                    Maryellen Noreika (#3208)
                    E-mail address: mnoreika@mnat.com
                    James W. Parrett, Jr. (#4292)
                    1201 N. Market Street
                    P. O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                      Attorneys for Plaintiff Affymetrix, Inc.

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

March 9, 2005