IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 04-901-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2005, I electronically filed a Notice of Service for (1) Affymetrix, Inc.'s Response to Illumina, Inc.'s First Set of Interrogatories; and (2) Affymetrix, Inc.'s Response to Illumina, Inc.'s First Set of Requests for Production of Documents and Things with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Mary B. Matterer
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899-2306

I hereby certify that on March 9, 2005 I have caused to be sent by Federal Express, the above-mentioned documents to the following non-registered participants:

> Marcus E. Sernel
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL  60601

                                 MORRIS, NICHOLS, ARSHT & TUNNELL

                                 */s/ Maryellen Noreika*
                                 Maryellen Noreika (#3208)
                                 E-mail address: mnoreika@mnat.com
                                 James W. Parrett, Jr. (#4292)
                                 1201 N. Market Street
                                 P. O. Box 1347
                                 Wilmington, DE  19899-1347
                                 (302) 658-9200
                                   Attorneys for Plaintiff Affymetrix, Inc.

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500


March 9, 2005

- 2 -