# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | ) )  Civil Action No. 04-901-JJF |
| ILLUMINA, INC., a Delaware corporation, | ) ) ) |
| Defendant/Counter-Plaintiff. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 10th day of March, 2005, copies of the following documents, **(1) ILLUMINA, INC.'S OBJECTIONS AND RESPONSES TO AFFYMETRIX, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS and (2) ILLUMINA'S OBJECTIONS AND RESPONSES TO AFFYMETRIX'S FIRST SET OF INTERROGATORIES**, were served on counsel as indicated:

**VIA HAND DELIVERY**
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801

Dated:  March 10, 2005

          */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801


        */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.