**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation,<br><br>   Plaintiff/Counter-Defendant,<br><br>v.<br><br>**ILLUMINA, INC.**, a Delaware corporation,<br><br>   Defendant/Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-901-JJF<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 17th day of March, 2005, copies of the following document, **ILLUMINA, INC.'S SECOND SET OF INTERROGATORIES TO AFFYMETRIX, INC.**, were served on counsel as indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

Dated: March 17, 2005

          /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801

                                               */s/ Richard K. Herrmann*
                                               Richard K. Herrmann (#405)
                                               MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                               222 Delaware Avenue, 10th Floor
                                               Wilmington, Delaware 19801
                                               (302) 888-6800
                                               rherrmann@morrisjames.com

                                               Attorneys for Defendant
                                               ILLUMINA, INC.