IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ILLUMINA, INC., a Delaware corporation,<br><br>　　　　Defendant. | Civil Action No. 04-901-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2005, I electronically filed a Notice of Service for Plaintiff Affymetrix, Inc.'s Second Set of Requests for Production of Documents using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Mary B. Matterer
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899-2306

I hereby certify that on March 30, 2005 I have caused to be sent by Federal Express, the above-mentioned documents to the following non-registered participants:

> Marcus E. Sernel
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL  60601

- 2 -

                                     MORRIS, NICHOLS, ARSHT & TUNNELL

                                     /s/ Maryellen Noreika (#3208)
                                Maryellen Noreika (#3208)
                                E-mail address: mnoreika@mnat.com
                                James W. Parrett, Jr. (#4292)
                                1201 N. Market Street
                                P. O. Box 1347
                                Wilmington, DE  19899-1347
                                (302) 658-9200
                                  Attorneys for Plaintiff Affymetrix, Inc.

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500


March 30, 2005