IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 04-901-JJF |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of Affymetrix, Inc.'s Response to Illumina, Inc.'s Second Set of Interrogatories were caused to be served on April 18, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY

Richard K. Herrmann
Mary B. Matterer
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

### BY FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

- 2 -

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    /s/ Maryellen Noreika (#3208)
                Maryellen Noreika (#3208)
                E-mail address:  mnoreika@mnat.com
                James W. Parrett, Jr. (#4292)
                1201 N. Market Street
                P. O. Box 1347
                Wilmington, DE  19899-1347
                (302) 658-9200
                  Attorneys for Plaintiff Affymetrix, Inc.

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500


April 18, 2005