## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AFFYMETRIX, INC., a Delaware corporation,** ) | |
| ) | |
| **Plaintiff/Counter-Defendant,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 04-901-JJF** |
| ) | |
| **ILLUMINA, INC., a Delaware corporation,** ) | |
| ) | |
| **Defendant/Counter-Plaintiff.** ) | |
| ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 29th day of April, 2005, copies of the following document, **ILLUMINA, INC.'S OBJECTIONS AND RESPONSES TO AFFYMETRIX, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**, were served on counsel as indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801

Dated:  April 29, 2005

_____/s/ Richard K. Herrmann_____
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of April, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801


        */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.