IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | ) |
| Plaintiff, | ) C. A. No. 04-901 (JJF) |
| v. | ) |
| ILLUMINA, INC., | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Affymetrix, Inc.'s Initial Disclosures Pursuant To Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2 were caused to be served on June 30, 2005 upon the following in the manner indicated:

### BY HAND

Richard K. Herrmann
Mary B. Matterer
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

- 2 -

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Maryellen Noreika*
        _____
        Maryellen Noreika (#3208)
        James W. Parrett, Jr. (#4292)
        1201 N. Market Street
        P. O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        mnoreika@mnat.com
          Attorneys for Plaintiff Affymetrix, Inc.

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

June 30, 2005
472420

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard K. Herrmann
>Mary B. Matterer
>Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on June 30, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY

>Richard K. Herrmann
>Mary B. Matterer
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, DE 19801

### BY FEDERAL EXPRESS

>Marcus E. Sernel
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL 60601

>/s/ Maryellen Noreika
>_____
>Maryellen Noreika (#3208)
>MORRIS, NICHOLS, ARSHT & TUNNELL
>1201 N. Market Street
>Wilmington, DE 19801
>(302) 658-9200
>mnoreika@mnat.com