**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | ) <br> ) <br> ) |
| Plaintiff/Counter-Defendant, | ) <br> ) |
| v. | ) Civil Action No. 04-901-JJF |
| **ILLUMINA, INC.**, a Delaware corporation, | ) <br> ) <br> ) |
| Defendant/Counter-Plaintiff. | ) <br> ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 1st day of July, 2005, copies of the following document, **ILLUMINA, INC.'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**, were served on counsel as indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801

Dated:  July 1, 2005         */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801


      /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.