IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFYMETRIX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 04-901 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiff Affymetrix, Inc.'s Third Set of Requests for Production of Documents were caused to be served on July 20, 2005 upon the following in the manner indicated:

### BY HAND

Richard K. Herrmann
Mary B. Matterer
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

                        MORRIS, NICHOLS, ARSHT & TUNNELL

                        */s/ Maryellen Noreika*

                        _____
                        Maryellen Noreika (#3208)
                        James W. Parrett, Jr. (#4292)
                        1201 N. Market Street
                        P. O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                        mnoreika@mnat.com
                          Attorneys for Plaintiff Affymetrix, Inc.

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

July 20, 2005