IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFYMETRIX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 04-901 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiff Affymetrix, Inc.'s First Set of Requests for Admission to Defendant Illumina, Inc. were caused to be served on July 22, 2005 upon the following in the manner indicated:

### BY HAND

Richard K. Herrmann
Mary B. Matterer
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Maryellen Noreika*

        _____
        Maryellen Noreika (#3208)
        James W. Parrett, Jr. (#4292)
        1201 N. Market Street
        P. O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        mnoreika@mnat.com
          Attorneys for Plaintiff Affymetrix, Inc.

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

July 22, 2005
472420

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2005, I electronically filed a Notice of Service for Plaintiff Affymetrix, Inc.'s First Set of Requests for Admission to Defendant Illumina, Inc. using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Mary B. Matterer
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899-2306

I hereby certify that on April 18, 2005 I have caused to be sent by Federal Express, the above-mentioned document to the following non-registered participants:

> Marcus E. Sernel
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL  60601

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)