IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFYMETRIX, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-901-JJF |
| | : | |
| ILLUMINA, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**O R D E R**

At Wilmington, this 28 day of July 2005, for the reasons set forth in the Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Affymetrix's Cross-Motion For Entry Of A Protective Order (D.I. 26) is **GRANTED**, and the protective order proposed by Affymetrix will be entered separately by the Court.

2. Illumina's Motion For Entry Of A Protective Order (D.I. 23) is **GRANTED** to the extent that it requests a protective Order, but **DENIED** to the extent that it seeks entry of its proposed order.

3. The Motion By Third-Party The Association Of Corporate Counsel For Leave To File The Attached Amicus Submission In Connection With The Motions For Entry Of A Protective Order (D.I. 32) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE