IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation,<br><br>Defendant/Counter-Plaintiff. | Civil Action No. 04-901-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 19th day of August, 2005, copies of the following document, **ILLUMINA, INC.'S OBJECTIONS AND RESPONSES TO AFFYMETRIX, INC.'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**, were served on counsel as indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
Michael J. Malecek, Esq.
Daniel Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608

Dated: August 19, 2005

　　　　/s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2005, I caused to be electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 19th day of August, 2005, the foregoing document was served via federal express on the following non-registered participants:

**VIA FEDERAL EXPRESS**
Michael J. Malecek, Esq.
Daniel Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.