**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **AFFYMETRIX, INC., a Delaware corporation,** | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) ) | Civil Action No. 04-901-JJF |
| **ILLUMINA, INC., a Delaware corporation,** | ) ) ) | |
| Defendant/Counter-Plaintiff. | ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 22nd day of August, 2005, copies of the following document, **ILLUMINA'S OBJECTIONS AND RESPONSES TO AFFYMETRIX'S FIRST SET OF REQUESTS FOR ADMISSIONS**, were served on counsel as indicated:

| **VIA HAND DELIVERY** | **VIA FEDERAL EXPRESS** |
|---|---|
| Jack B. Blumenfeld, Esq. | Michael J. Malecek, Esq. |
| MaryEllen Noreika, Esq. | Daniel Reed, Esq. |
| Morris Nichols Arsht & Tunnell | Affymetrix, Inc. |
| 1201 Market Street | 6550 Vallejo Street, Suite 100 |
| Wilmington, DE  19801 | Emeryville, CA  94608 |

Dated:  August 22, 2005              */s/ Mary B. Matterer*
　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　ILLUMINA, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2005, I caused to be electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 22nd day of August, 2005, the foregoing document was served via federal express on the following non-registered participants:

**VIA FEDERAL EXPRESS**
Michael J. Malecek, Esq.
Daniel Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608


  */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B.Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.