**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )    Civil Action No. 04-901-JJF |
| | ) |
| ILLUMINA, INC., a Delaware corporation, | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |
| | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 9th day of September, 2005, copies of the

following document, **ILLUMINA INC.'S FIRST SET OF REQUESTS FOR ADMISSION**

**TO AFFYMETRIX, INC.**, were served on counsel as indicated:

| **VIA HAND DELIVERY** | **VIA FACSIMILE AND VIA FEDERAL EXPRESS** |
|---|---|
| Jack B. Blumenfeld, Esq. | Michael J. Malecek, Esq. |
| MaryEllen Noreika, Esq. | Affymetrix, Inc. |
| Morris Nichols Arsht & Tunnell | 6550 Vallejo Street, Suite 100 |
| 1201 Market Street | Emeryville, CA  94608 |
| Wilmington, DE  19801 | 510.428.8500 |
| | Fax 510.428.8583 |

Dated:  September 9, 2005           */s/ Mary B. Matterer*

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2005, I caused to be electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 9th day of September, 2005, the foregoing document was served via facsimile and via Federal Express on the following non-registered participants:

Michael J. Malecek, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
510.428.8500
Fax 510.428.8583

      */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B.Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.