IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFYMETRIX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 04-901 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiff Affymetrix, Inc.'s Second Set of Interrogatories were caused to be served on September 14, 2005 upon the following in the manner indicated:

**BY HAND**

Richard K. Herrmann
Mary B. Matterer
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com
 *Attorneys for Plaintiff Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

September 14, 2005
472420

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2005, I electronically filed a Notice of Service for Plaintiff Affymetrix, Inc.'s Second Set of Interrogatories to Defendant Illumina, Inc. using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Mary B. Matterer
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899-2306

I hereby certify that on September 14, 2005 I have caused to be sent by Federal Express, the above-mentioned document to the following non-registered participants:

> Marcus E. Sernel
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL  60601

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)