IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff/Counter-Defendant, | )<br>) |
| v. | ) Civil Action No. 04-901-JJF |
| ILLUMINA, INC., a Delaware corporation, | )<br>)<br>) |
| Defendant/Counter-Plaintiff. | )<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 14th day of September, 2005, copies of the following documents **ILLUMINA'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO AFFYMETRIX**, and **ILLUMINA'S THIRD SET OF INTERROGATORIES TO AFFYMETRIX**, were served on counsel as indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esquire
MaryEllen Noreika, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 Market Street
Wilmington, DE 19801

**VIA FACSIMILE AND VIA FEDERAL EXPRESS**
Michael J. Malecek, Esquire
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
510.428.8500
Fax 510.428.8583

Dated: September 15, 2005

/s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS
 & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2005, I caused to be electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
MaryEllen Noreika, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 15th day of September, 2005, the foregoing document was served via facsimile and via Federal Express on the following non-registered participants:

Michael J. Malecek, Esquire
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
510.428.8500
Fax 510.428.8583

　　　　　　　　　　　　　　　　　　　  /s/ Mary B. Matterer
　　　　　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS
　　　　　　　　　　　　　　　　　　　 & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　ILLUMINA, INC.