IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | ) |
|     Plaintiff/Counter-Defendant, | ) ) ) ) C. A. No. 04-901 (JJF) |
| v. | ) ) |
| ILLUMINA, INC., | ) ) |
|     Defendant/Counter-Plaintiff. | ) ) ) |

**NOTICE OF DEPOSITION OF ILLUMINA, INC.
<u>PURSUANT TO FED. R. CIV. P. 30(b)(6)</u>**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Affymetrix, Inc. ("Affymetrix"), by and through its attorneys, will take the deposition of Illumina, Inc. ("Illumina") by oral examination at the Hilton San Diego Airport/Harbor Island Hotel, 1960 Harbor Island Drive, San Diego, California, 92101. Illumina is directed, pursuant to Federal Rule of Civil Procedure 30(b)6), to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf with respect to the matters set forth in Attachment A.

        The deposition will commence at 9:30 a.m. on October 17, 2005. The deposition will be recorded stenographically, with the capacity to provide instant visual display or playback of the testimony, and by video by an officer authorized to administer oaths. All counsel are invited to attend and examine the witness.

```
```

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Plaintiff/Counter-Defendant
  Affymetrix, Inc.

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

September 20, 2005
483954

## **ATTACHMENT A**

## **DEFINITIONS**

Affymetrix hereby incorporates by reference the Definitions included in Affymetrix, Inc.'s First Set of Requests for Production of Documents, served on February 8, 2005, Affymetrix, Inc.'s Second Set of Requests for Production of Documents, served on March 30, 2005, and Affymetrix, Inc.'s Third Set of Requests for Production of Documents, served on July 20, 2005.

## AREAS OF TESTIMONY

1.  The identity, including name, title(s), role, and employment dates, if any, of each individual involved in the research and development of Illumina's BeadArray Array, Instrument, and Software products.

2.  The role of Dr. Mark Chee at Illumina, including Dr. Chee's role in the founding of Illumina and the research and development of Illumina's BeadArray Arrays, Instruments, and Software.

3.  The first date of commercial sale, and to whom such sale was made, of each of Illumina's BeadArray Array, Instrument, and Software products.

4.  The identity of each of Illumina's customers who have purchased BeadArray Array, Instrument, and Software products.

5.  The first date of pre-commercial placements (or beta-testing) of each of Illumina's BeadArray Array, Instrument, and Software products and the identity of each recipient of each pre-commercial placement.

6. The identity, including name, title(s), role, and employment dates, if any, of each individual involved in providing customer support to each customer who has purchased BeadArray Array, Instrument, and Software products.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2005, I electronically filed a Notice Of Deposition of Illumina, Inc. Pursuant To Fed. R. Civ. P. 30(b)(6) using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann, Esquire
> Mary B. Matterer, Esquire
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE 19801

I hereby certify that on September 20, 2005, I have caused to be sent by Federal Express, the above-mentioned document to the following non-registered participants:

> Marcus E. Sernel, Esquire
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL 60601

> */s/ Maryellen Noreika*
> Maryellen Noreika (#3208)
> MORRIS, NICHOLS, ARSHT & TUNNELL
> mnoreika@mnat.com