IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | ) |
|     Plaintiff/Counter-Defendant, | ) ) ) ) ) ) |
| | C. A. No. 04-901 (JJF) |
| ILLUMINA, INC., | ) ) |
|     Defendant/Counter-Plaintiff. | ) ) |

**NOTICE OF DEPOSITION OF JIAN-BING FAN**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, plaintiff Affymetrix, Inc., through their attorneys, will take the deposition upon oral examination of Jian-Bing Fan beginning at 9:30 a.m. on November 16, 2005 at the Hilton San Diego Airport/Harbor Island Hotel, 1960 Harbor Island Drive, San Diego, California, 92101.

The deposition will be recorded stenographically, with the capacity to provide instant visual display or playback of the testimony, and by video by an officer authorized to administer oaths. All counsel are invited to attend and examine the witness.

                                    MORRIS, NICHOLS, ARSHT & TUNNELL

                                    /s/ Maryellen Noreika
                                    Jack B. Blumenfeld (#1014)
                                    Maryellen Noreika (#3208)
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899-1347
                                    (302) 658-9200
                                      *Attorneys for Plaintiff/Counter-Defendant*
                                        *Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

September 20, 2005
483963

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2005, I electronically filed a Notice Of Deposition of Jian-Bing Fan using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann, Esquire
> Mary B. Matterer, Esquire
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE  19801

I hereby certify that on September 20, 2005, I have caused to be sent by Federal Express, the above-mentioned document to the following non-registered participants:

> Marcus E. Sernel, Esquire
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL  60601

> /s/ Maryellen Noreika
> Maryellen Noreika (#3208)
> MORRIS, NICHOLS, ARSHT & TUNNELL
> mnoreika@mnat.com