IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> ILLUMINA, INC., <br><br> Defendant/Counter-Plaintiff. | C.A. No. 04-901-JJF <br><br> **FILED UNDER SEAL** |

**EXHIBIT B TO EXHIBIT 1 OF NOTICE
OF SUBPOENA OF TUFTS UNIVERSITY**

                                      MORRIS, NICHOLS, ARSHT & TUNNELL
                                      Maryellen Noreika (#3208)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200

                                      *Attorney for Plaintiff*

Dated:  October 3, 2005

# CONFIDENTIAL EXHIBIT

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2005, I electronically filed the sealed document Exhibit B to Exhibit 1 To Notice Of Subpoena Of Tufts University using CM/ECF which will send notification of such filing(s) to the following:

>Richard K. Herrmann
>Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on October 3, 2005 upon the following in the manner indicated:

>BY HAND
>
>Richard K. Herrmann
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899-2306
>
>BY FEDERAL EXPRESS
>
>Marcus E. Sernel
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL  60601

>/s/ Maryellen Noreika (#3208)
>Maryellen Noreika (#3208)
>1201 N. Market Street
>P. O. Box 1347
>Wilmington, DE  19899-1347
>(302) 658-9200
>mnoreika@mnat.com