IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AFFYMETRIX, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No.  04-901-JJF |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |
| | ) | |

**NOTICE OF SUBPOENA OF ANTHONY PANTONI, ESQ.**

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit 1 will be

served upon Anthony Pantoni, 401 W. A Street, Ste 1820, San Diego, CA 92101.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Melissa Myers

Maryellen Noreika (#3208)
Melissa S. Myers (#3985)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorney for Plaintiff*

October 12, 2005

487412

1

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2005, I electronically filed a Notice Of Subpoena Of Anthony Pantoni using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on October 12, 2005 upon the following in the manner indicated:

BY HAND

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

BY FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

/s/ Melissa S. Myers (#3985)
Maryellen Noreika (#3208)
Melissa S. Myers (#3985)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com

#487422