IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> ILLUMINA, INC., <br><br> Defendant/Counter-Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-901-JJF <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SUBPOENA OF APPLERA CORP. C/O KURTIS MACFERRIN**

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit 1 will be served upon Applera Corporation, c/o Kurtis MacFerrin, Applied Biosystems Group, 850 Lincoln Centre Drive, Foster City, CA 94404.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Melissa S. Myers

Maryellen Noreika (#3208)
Melissa S. Myers (#3985)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorney for Plaintiff*

October 12, 2005

487424

1

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2005, I electronically filed a Notice Of Subpoena Of Applera Corp. c/o Kurtis MacFerrin, Applied Biosystems Group using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on October 12, 2005 upon the following in the manner indicated:

BY HAND

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

BY FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

/s/ Melissa Myers (#3985)
Maryellen Noreika (#3208)
Melissa Myers (#3985)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com