# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware Corporation, | ) ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) Civil Action No. 04-901-JJF |
| vs. | ) ) |
| ILLUMINA, INC., a Delaware Corporation, | ) ) |
| Defendant/Counter-Plaintiff. | ) ) ) |

## ILLUMINA'S NOTICE OF DEPOSITION OF LUBERT STRYER

In accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, Illumina, Inc. ("Illumina"), hereby provides notice that commencing at 9:00 a.m. on November 9, 2005, at the offices of KIRKLAND & ELLIS LLP, 555 California Street, San Francisco, CA 94104-1501, or at such other time mutually agreed upon by counsel for the parties, it will take the deposition of Lubert Stryer by oral examination.

The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness will be recorded by both stenographic means and sound-and-visual means.

You are required to produce the witness at the stated time and place, and are invited to attend to cross-examine.

Dated: October 13, 2005

By: ___/s/ Mary B. Matterer___
    Richard K. Herrmann #405
    Mary B. Matterer #2696
    MORRIS, JAMES, HITCHENS &
    WILLIAMS LLP
    PNC Bank Center, 10th Floor
    222 Delaware Avenue
    Wilmington, Delaware 19899-2306
    (302) 888-6800
    mmatterer@morrisjames.com

    Robert G. Krupka
    KIRKLAND & ELLIS LLP
    777 South Figueroa Street
    Los Angeles, California 90017
    (213) 680-8400

    Mark A. Pals
    Marcus E. Sernel
    KIRKLAND & ELLIS LLP
    200 East Randolph Drive
    Chicago, IL 60601
    (312) 861-2000

    *Counsel for Illumina, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2005, I caused to be electronically filed the foregoing document, **ILLUMINA'S NOTICE OF DEPOSITION OF LUBERT STRYER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 13th day of October, 2005, the foregoing document was served via facsimile on the following non-registered participants:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
510.428.8500
Fax 510.428.8583

          */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.