# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | ) <br> ) <br> ) |
| Plaintiff/Counter-Defendant, | ) <br> ) |
| v. | )    Civil Action No. 04-901-JJF <br> ) |
| **ILLUMINA, INC.**, a Delaware corporation, | ) <br> ) |
| Defendant/Counter-Plaintiff. | ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 20th day of October, 2005, copies of the following document, **ILLUMINA'S OBJECTIONS AND RESPONSES TO AFFYMETRIX' NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)**, were served on counsel as indicated:

| **VIA HAND DELIVERY** | **VIA FACSIMILE AND VIA FEDERAL EXPRESS** |
|---|---|
| Jack B. Blumenfeld, Esq. | Daniel R. Reed, Esq. |
| MaryEllen Noreika, Esq. | Affymetrix, Inc. |
| Morris Nichols Arsht & Tunnell | 6550 Vallejo Street, Suite 100 |
| 1201 Market Street | Emeryville, CA 94608 |
| Wilmington, DE 19801 | 510.428.8500 |
| | Fax 510.428.8583 |

Dated: October 20, 2005     */s/ Mary B. Matterer*
                                                  Richard K. Herrmann (#405)
                                                  Mary B. Matterer (#2696)
                                                  MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                                  222 Delaware Avenue, 10th Floor
                                                  Wilmington, Delaware 19801
                                                  (302) 888-6800
                                                  mmatterer@morrisjames.com

                                                  Attorneys for Defendant
                                                  ILLUMINA, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October, 2005, I caused to be electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 20th day of October, 2005, the foregoing document was served via facsimile and via Federal Express on the following non-registered participants:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
510.428.8500
Fax 510.428.8583

        */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.