**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **AFFYMETRIX, INC., a Delaware corporation,** | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) ) |
| v. | ) ) Civil Action No. 04-901-JJF |
| **ILLUMINA, INC., a Delaware corporation,** | ) ) ) |
| Defendant/Counter-Plaintiff. | ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that copies of the following document, **NON-PARTY DAVID WALT'S OBJECTIONS AND RESPONSES TO AFFYMETRIX' SUBPOENA FOR PRODUCTION OF DOCUMENTS**, were served on counsel as indicated:

| **VIA HAND DELIVERY ON 10/21/2005** | **VIA FACSIMILE ON 10/20/2005** |
|---|---|
| Jack B. Blumenfeld, Esq. | Daniel R. Reed, Esq. |
| MaryEllen Noreika, Esq. | Affymetrix, Inc. |
| Morris Nichols Arsht & Tunnell | 6550 Vallejo Street, Suite 100 |
| 1201 Market Street | Emeryville, CA  94608 |
| Wilmington, DE  19801 | 510.428.8500 |
| | Fax 510.428.8583 |

Dated:  October 21, 2005        */s/ Mary B. Matterer*
                                        Richard K. Herrmann (#405)
                                        Mary B. Matterer (#2696)
                                        MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                        222 Delaware Avenue, 10th Floor
                                        Wilmington, Delaware 19801
                                        (302) 888-6800
                                        mmatterer@morrisjames.com

                                        Attorneys for Non-Party David Walt, Ph.D.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2005, I caused to be electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 21st day of October, 2005, the foregoing document was served via facsimile on the following non-registered participants:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
510.428.8500
Fax 510.428.8583

  /s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B.Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Non-Party David Walt, Ph.D.