IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AFFYMETRIX, INC.,                :
                                 :
        Plaintiff,               :
                                 :
   v.                            :  Civil Action No. 04-901 JJF
                                 :
ILLUMINA, INC.,                  :
                                 :
        Defendant.               :

O R D E R

WHEREAS, the Court held a status conference in the above-captioned matter on Thursday, October 20, 2005;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. A discovery dispute hearing will be held on **Wednesday, December 7, 2005, at 10:00 a.m.** in Courtroom No. 4B on the 4th floor, Boggs Federal Building, Wilmington.

2. A discovery dispute hearing will be held on **Thursday, January 12, 2006, at 12:00 p.m.** in Courtroom No. 4B on the 4th floor, Boggs Federal Building, Wilmington.

3. No later than **December 30, 2005,** Defendant shall notify Plaintiff and the Court whether Defendant will assert an advice-of-counsel defense.

October 24, 2005                        _____
    DATE                                UNITED STATES DISTRICT JUDGE