IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC.,  )<br>    )<br>    Plaintiff/Counter-  )<br>    Defendant,  )<br>    )<br>    )<br>    )<br>ILLUMINA, INC.,  )<br>    )<br>    Defendant/Counter-  )<br>    Plaintiff.  )  | C. A. No. 04-901 (JJF) |

### NOTICE OF DEPOSITION OF ARNOLD OLIPHANT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, plaintiff Affymetrix, Inc., through their attorneys, will take the deposition upon oral examination of Arnold Oliphant beginning at 9:30 a.m. on November 30, 2005 at the Hilton San Diego Airport/Harbor Island Hotel, 1960 Harbor Island Drive, San Diego, California, 92101.

The deposition will be recorded stenographically, with the capacity to provide instant visual display or playback of the testimony, and by video by an officer authorized to administer oaths. All counsel are invited to attend and examine the witness.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Melissa S. Myers

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Melissa Stone Myers (#3985)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
   *Attorneys for Plaintiff/Counter-Defendant*
   *Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
(510) 428-8500

November 3, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2005, I electronically filed a Notice Of Deposition of Arnold Oliphant using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

I hereby certify that on November 3, 2005, I have caused to be sent by Federal Express, the above-mentioned document to the following non-registered participants:

Marcus E. Sernel, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

/s/ Melissa Stone Myers
Melissa Stone Myers (#3985)
MORRIS, NICHOLS, ARSHT & TUNNELL
mmyers@mnat.com