# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware Corporation, | )<br>)<br>) |
| Plaintiff/Counter-Defendant, | )<br>) |
| vs. | ) Civil Action No. 04-901-JJF<br>) |
| ILLUMINA, INC., a Delaware Corporation, | )<br>) |
| Defendant/Counter-Plaintiff. | )<br>)<br>)<br>) |

## ILLUMINA'S NOTICE OF DEPOSITION OF J. LEIGHTON READ

In accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, Illumina, Inc. ("Illumina"), hereby provides notice that commencing at 9:00 a.m. on December 13, 2005, at the offices of KIRKLAND & ELLIS LLP, 555 California Street, San Francisco, CA  94104-1501, or at such other time mutually agreed upon by counsel for the parties, it will take the deposition of J. Leighton Read by oral examination.

The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed.  Pursuant to Rule 30(b)(2), testimony of the witness will be recorded by both stenographic means and sound-and-visual means.

You are required to produce the witness at the stated time and place, and are invited to attend to cross-examine.

2

Dated: November 18, 2005

By: _____*/s/ Mary B. Matterer*_____
    Richard K. Herrmann #405
    Mary B. Matterer #2626
    MORRIS, JAMES, HITCHENS &
    WILLIAMS LLP
    PNC Bank Center, 10th Floor
    222 Delaware Avenue
    Wilmington, DE 19899-2306
    (302) 888-6800
    mmatterer@morrisjames.com

    Robert G. Krupka, P.C.
    KIRKLAND & ELLIS LLP
    777 South Figueroa Street
    Los Angeles, CA 90017
    (213) 680-8400

    Mark A. Pals, P.C.
    Marcus E. Sernel
    KIRKLAND & ELLIS LLP
    200 East Randolph Drive
    Chicago, IL 60601
    (312) 861-2000

    ***Counsel for Illumina, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2005, I caused to be electronically filed the foregoing document, **ILLUMINA'S NOTICE OF DEPOSITION OF J. LEIGHTON READ**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899-1347

Additionally, I hereby certify that on the 18th day of November, 2005, the foregoing document was served via facsimile on the following non-registered participants:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
(510) 428-8500
Fax: (510) 428-8583

                                                      */s/ Mary B. Matterer*
                                       Richard K. Herrmann #405
                                       Mary B. Matterer #2626
                                       MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                       PNC Bank Center, 10th Floor
                                       222 Delaware Avenue
                                       Wilmington, DE 19899-2306
                                       (302) 888-6800
                                       mmatterer@morrisjames.com

                                       Attorneys for Defendant
                                       ILLUMINA, INC.