## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware Corporation, | ) |
| Plaintiff/Counter-Defendant, | ) |
| vs. | ) Civil Action No. 04-901-JJF |
| ILLUMINA, INC., a Delaware Corporation, | ) |
| Defendant/Counter-Plaintiff. | ) |

### ILLUMINA'S NOTICE OF DEPOSITION OF RICHARD P. RAVA

In accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, Illumina, Inc. ("Illumina"), hereby provides notice that commencing at 9:00 a.m. on December 16, 2005, at the offices of KIRKLAND & ELLIS LLP, 555 California Street, San Francisco, CA 94104-1501, or at such other time mutually agreed upon by counsel for the parties, it will take the deposition of Richard P. Rava by oral examination.

The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness will be recorded by both stenographic means and sound-and-visual means.

You are required to produce the witness at the stated time and place, and are invited to attend to cross-examine.

Dated:  November 18, 2005

By: _____ */s/ Mary B. Matterer* _____
     Richard K. Herrmann #405
     Mary B. Matterer #2626
     MORRIS, JAMES, HITCHENS &
     WILLIAMS LLP
     PNC Bank Center, 10th Floor
     222 Delaware Avenue
     Wilmington, DE  19899-2306
     (302) 888-6800
     mmatterer@morrisjames.com

     Robert G. Krupka, P.C.
     KIRKLAND & ELLIS LLP
     777 South Figueroa Street
     Los Angeles, CA 90017
     (213) 680-8400

     Mark A. Pals, P.C.
     Marcus E. Sernel
     KIRKLAND & ELLIS LLP
     200 East Randolph Drive
     Chicago, IL  60601
     (312) 861-2000

     ***Counsel for Illumina, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th day of November, 2005, I caused to be electronically filed the foregoing document, **ILLUMINA'S NOTICE OF DEPOSITION OF RICHARD P. RAVA**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899-1347

Additionally, I hereby certify that on the 18th day of November, 2005, the foregoing document was served via facsimile on the following non-registered participants:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
(510) 428-8500
Fax: (510) 428-8583

_____*/s/ Mary B. Matterer*_____
Richard K. Herrmann #405
Mary B. Matterer #2626
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
PNC Bank Center, 10th Floor
222 Delaware Avenue
Wilmington, DE  19899-2306
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.