IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation,<br><br>Defendant/Counter-Plaintiff. | Civil Action No. 04-901-JJF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Kenneth H. Bridges, Alice Hsieh and Russell Tonkovich of the law firm of Kirkland & Ellis to represent Defendant Illumina, Inc. in this matter.

Dated:  December 2, 2005

/s/ Richard K. Herrmann
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant ILLUMINA, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:  December  1 , 2005          Signed: _____
                                                                Kenneth H. Bridges, Esq.
                                                                Kirkland & Ellis
                                                                555 California Street
                                                                San Francisco, CA  94104
                                                                (415) 439-1400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: December 2, 2005          Signed: /s/ Alice Hsieh
                                Alice Hsieh, Esq.
                                Kirkland & Ellis
                                555 California Street
                                San Francisco, CA 94104
                                (415) 439-1400

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: December  1 , 2005          Signed: *Russell Tonkovich*
                                  Russell Tonkovich, Esq.
                                  Kirkland & Ellis
                                  555 California Street
                                  San Francisco, CA 94104
                                  (415) 439-1400

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2005, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 2nd day of December, 2005, the foregoing document was served via facsimile on the following non-registered participants:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94618
Facsimile:  510-428-8583


                                        /s/ Richard K. Herrmann
                              Richard K. Herrmann (#405)
                              MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                              222 Delaware Avenue, 10th Floor
                              Wilmington, Delaware 19801
                              (302) 888-6800
                              rherrmann@morrisjames.com

                              Attorneys for Defendant ILLUMINA, INC.