IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AFFYMETRIX, INC.,

        Plaintiff/Counter-
        Defendant,

      v.

ILLUMINA, INC.,

        Defendant/Counter-
        Plaintiff.

C.A. No.  04-901-JJF

## NOTICE OF SUBPOENA OF ARNOLD OLIPHANT

      PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit 1

will be served upon Arnold Oliphant, 1563 W. Erda Way, Tooele, Utah 84074.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Melissa Myers*

Maryellen Noreika (#3208)
Melissa Myers (#3985)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorney for Plaintiff*

December 8, 2005

# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

**AFFYMETRIX, INC.,**

**Plaintiff/Counter-Defendant,**

**v.**

**ILLUMINA, INC.,**

**Defendant/Counter-Plaintiff.**

### SUBPOENA IN A CIVIL CASE

**Civil Action No: 04-901 (JJF)**
**Pending in the United States District Court for the District of Delaware**

**To:** Arnold Oliphant
1563 W. Erda Way
Tooele, Utah 84074

| ☐ | YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
|---|---|---|
| PLACE OF TESTIMONY | COURTROOM | |
| | DATE AND TIME | |

| ☒ | YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. See Exhibit A | |
|---|---|---|
| PLACE OF DEPOSITION<br>Salt Lake City Marriott City Center<br>220 South State Street<br>Salt Lake City, Utah, 84111 | DATE AND TIME<br>January 11, 2005<br>10:00 a.m. | |

| ☐ | YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects). | |
|---|---|---|
| PLACE | DATE AND TIME | |

| ☐ | YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. | |
|---|---|---|
| PREMISES | DATE AND TIME | |

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>*[signature]* Attorney for Plaintiff | DATE<br><br><br>December 8, 2005 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br><br>Melissa Myers<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899 | TELEPHONE<br>(302) 658-9200 |