IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>      Plaintiff/Counter-Defendant,<br><br>      v.<br><br>ILLUMINA, INC.,<br><br>      Defendant/Counter-Plaintiff. | C.A. No. 04-901-JJF |

**NOTICE OF DEPOSITION OF JOHN STUELPNAGEL**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Affymetrix, Inc. ("Affymetrix"), by and through its attorneys, will take the deposition of John Stuelpnagel by oral examination at the Hilton San Diego Airport/Harbor Island Hotel, 1960 Harbor Island Drive, San Diego, California, 92101. The deposition will commence at 9:00 a.m. on January 25, 2006. The deposition will be recorded stenographically, with the capacity to provide instant visual display or playback of the testimony, and by video by an officer authorized to administer oaths. All counsel are invited to attend and examine the witness.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL |
| | */s/ Maryellen Noreika* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>  *Attorneys for Plaintiff/Counter-Defendant*<br>  *Affymetrix, Inc.* |
| Michael J. Malecek<br>Daniel R. Reed<br>George C. Yu<br>Andrea L. Gross<br>AFFYMETRIX, INC.<br>6550 Vallejo Street, Suite 100<br>Emeryville, CA  94608<br>(510) 428-8500 | |

December 16, 2005

498168

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2005, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on December 16, 2005 upon the following in the manner indicated:

BY HAND

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

BY FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
bschladweiler@mnat.com