IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware Corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>ILLUMINA, INC., a Delaware Corporation,<br><br>Defendant/Counter-Plaintiff. | Civil Action No. 04-901-JJF |

## ILLUMINA'S NOTICE OF DEPOSITION OF ALAN B. SHERR

In accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, Illumina, Inc. ("Illumina"), hereby provides notice that commencing at 9:00 a.m. on January 17, 2006, at the offices of KIRKLAND & ELLIS LLP, 555 California Street, San Francisco, CA 94104-1501, or at such other time mutually agreed upon by counsel for the parties, it will take the deposition of Alan B. Sherr by oral examination.

The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness will be recorded by both stenographic means and sound-and-visual means.

You are required to produce the witness at the stated time and place, and are invited to attend to cross-examine.

Dated: December 21, 2005

By: /s/ Mary B. Matterer
Richard K. Herrmann #405
Mary B. Matterer #2626
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
PNC Bank Center, 10th Floor
222 Delaware Avenue
Wilmington, DE 19899-2306
(302) 888-6800
mmatterer@morrisjames.com

Robert G. Krupka, P.C.
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
(213) 680-8400

Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

*Counsel for Illumina, Inc.*

## CERTIFICATE OF SERVICE

The hereby certify that on the 21st day of December, 2005, I caused to be electronically filed the foregoing document, **ILLUMINA'S NOTICE OF DEPOSITION OF ALAN B. SHERR**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899-1347

Additionally, I hereby certify that on the 21st day of December, 2005, the foregoing document was served via facsimile on the following non-registered participants:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
(510) 428-8500
Fax: (510) 428-8583

/s/ Mary B. Matterer
Richard K. Herrmann #405
Mary B. Matterer #2626
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
PNC Bank Center, 10th Floor
222 Delaware Avenue
Wilmington, DE 19899-2306
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant
ILLUMINA, INC.