IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation,<br><br>Defendant/Counter-Plaintiff. | Civil Action No. 04-901-JJF |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 4th day of January, 2006, copies of the following documents, **ILLUMINA INC.'S SECOND SET OF REQUESTS FOR ADMISSION TO AFFYMETRIX, INC. and ILLUMINA'S FIFTH SET OF INTERROGATORIES TO AFFYMETRIX,** were served on counsel as indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

**VIA FACSIMILE**
Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
510.428.8500
Fax 510.428.8583

Dated: January 4, 2006

_/s/ Richard K. Herrmann_
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
**rherrmann@morrisjames.com**

Attorneys for Defendant ILLUMINA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of January, 2006, I caused to be electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 4th day of January, 2006, the foregoing document was served via facsimile on the following non-registered participants:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
510.428.8500
Fax 510.428.8583

/s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant ILLUMINA, INC.