IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-901 (JJF) |
| | ) |
| ILLUMINA, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that correct copies of Affymetrix, Inc.'s Response to Illumina, Inc.'s Third Set of Requests for Production of Documents and Things were caused to be served on January 6, 2006 upon the following in the manner indicated:

**BY HAND**

Richard K. Herrmann
Mary B. Matterer
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**BY FACSIMILE & FEDERAL EXPRESS**

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Melissa S. Myers (#3985)*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Melissa Stone Myers (#3985)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mmyers@mnat.com
  *Attorneys for Plaintiff Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

January 6, 2006

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on January 6, 2006 upon the following in the manner indicated:

BY HAND

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

BY FACSIMILE AND FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

- 

/s/ Melissa Stone Myers (#3985)
Melissa Stone Myers (#3985)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mmyers@mnat.com