IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>          Plaintiff/Counter-<br>          Defendant,<br><br>     v.<br><br>ILLUMINA, INC.,<br><br>          Defendant/Counter-<br>          Plaintiff. | C.A. No. 04-901-JJF |

## NOTICE OF SUBPOENA OF DR. MARK CHEE

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit 1 will be served upon Dr. Mark Chee, 4215 Sorrento Valley Boulevard, Suite 105, San Diego, California 92121.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Melissa Stone Myers*

Maryellen Noreika (#3208)
Melissa Stone Myers (#3985)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
(510) 428-8500

January 9, 2006

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, I electronically filed the foregoing Notice of Subpoena of Dr. Mark Chee using CM/ECF which will send notification of such filing(s) to the following:

>Richard K. Herrmann
>Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on January 9, 2006 upon the following in the manner indicated:

>BY HAND
>
>Richard K. Herrmann
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899-2306
>
>BY FEDERAL EXPRESS
>
>Marcus E. Sernel
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL  60601

>/s/ Melissa Myers
>Maryellen Noreika (#3208)
>Melissa Myers (#3985)
>1201 N. Market Street
>P. O. Box 1347
>Wilmington, DE  19899-1347
>(302) 658-9200
>mmyers@mnat.com