IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | |
| Plaintiff/Counter-Defendant, | C.A. No. 04-901-JJF |
| v. | |
| ILLUMINA, INC., | |
| Defendant/Counter-Plaintiff. | |

## NOTICE OF SUBPOENA OF DR. MARK CHEE

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit 1

will be served upon Dr. Mark Chee, 155 15th St. Unit 22, 24, Del Mar, CA 92014.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Melissa Stone Myers*

_____

Maryellen Noreika (#3208)
Melissa Stone Myers (#3985)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
(510) 428-8500

January 10, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 10, 2006, I electronically filed the foregoing Notice of Subpoena of Dr. Mark Chee using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on January 10, 2006 upon the following in the manner indicated:

> <u>BY HAND</u>
>
> Richard K. Herrmann
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899-2306
>
> <u>BY FEDERAL EXPRESS</u>
>
> Marcus E. Sernel
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL  60601

/s/ Melissa Myers
Maryellen Noreika (#3208)
Melissa Myers (#3985)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mmyers@mnat.com