IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AFFYMETRIX, INC.,<br><br>      Plaintiff/Counter-<br>      Defendant,<br><br>   v.<br><br>ILLUMINA, INC.,<br><br>      Defendant/Counter-<br>      Plaintiff. | C.A. No.  04-901-JJF |

### NOTICE OF SUBPOENA OF RADOMIR CRKVENJAKOV

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit 1

will be served upon Radomir Crkvenjakov, 762 Haverhill Dr., Sunnyvale, California.

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

*/s/ Benjamin Schladweiler*

Maryellen Noreika (#3208)
Benjamin Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorneys for Plaintiff*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

January 10, 2006

501245

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2006, I electronically filed the foregoing Notice of Subpoena of Radomir Crkvenjakov using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on January 10, 2006 upon the following in the manner indicated:

BY HAND

> Richard K. Herrmann
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899-2306

BY FEDERAL EXPRESS

> Marcus E. Sernel
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL  60601

> /s/ Benjamin Schladweiler (#4601)
> Maryellen Noreika (#3208)
> Benjamin Schladweiler (#4601)
> MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
> 1201 N. Market Street
> P. O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200
> bschladweiler@mnat.com