IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC.,<br>A Delaware Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>ILLUMINA, INC.,<br>A Delaware Corporation,<br><br>        Defendant. | C.A. No.  04-901-JJF (D. Del.) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 24, 2006, copies of **Dr. Robert S. Foote's Objections To Defendant Illumina, Inc.'s Subpoena (Corrected Version)** were served on the following counsel in the manner indicated:

**BY HAND**

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

**BY FACSIMILE**

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
Maryellen Noreika (#3208)
Melissa Stone Myers (#3985)
Derek J. Fahnestock (#4705)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorneys for Plaintiff*
mnoreika@mnat.com

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

January 24, 2006


503340

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2006, I electronically filed the foregoing Notice of Service using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on January 24, 2006, upon the following counsel in the manner indicated:

**BY HAND**

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

**BY FACSIMILE**

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

/s/ *Maryellen Noreika*
Maryellen Noreika (#3208)
Melissa Myers (#3985)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mnoreika@mnat.com