IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | |
|     Plaintiff/Counter-Defendant, | C.A. No.  04-901-JJF |
|     v. | |
| ILLUMINA, INC., | |
|     Defendant/Counter-Plaintiff. | |

## NOTICE OF SUBPOENA OF JEFFREY DITULLIO

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit 1 will be served upon Jeffrey DiTullio, 301 Summer Street, Lynnfield, Massachusetts 09140.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Benjamin Schladweiler*
_____
Maryellen Noreika (#3208)
Benjamin Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorneys for Plaintiff*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

January 25, 2006

503311

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 25, 2006, I electronically filed the foregoing Notice of Subpoena of Jeffrey DiTullio using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on January 25, 2006 upon the following in the manner indicated:

<u>BY HAND</u>

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

<u>BY FEDERAL EXPRESS</u>

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

/s/ Benjamin Schladweiler (#4601)
Maryellen Noreika (#3208)
Benjamin Schladweiler (#4601)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
bschladweiler@mnat.com