IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>      Plaintiff/Counter-Defendant,<br><br>      v.<br><br>ILLUMINA, INC.,<br><br>      Defendant/Counter-Plaintiff. | C.A. No. 04-901-JJF |

**NOTICE OF SUBPOENA OF DR. MARK CHEE C/O NICOLE STAFFORD, ESQ.**

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit 1 will be served upon Dr. Mark Chee, c/o Nicole Stafford, Esq., Wilson, Sonsini, Goodrich & Rosati, 8911 Capital of Texas Highway North, Westech 360, Suite 3210, Austin, Texas 78759-8497.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Melissa Stone Myers*

Maryellen Noreika (#3208)
Melissa Stone Myers (#3985)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mmyers@mnat.com
*Attorneys for Plaintiff*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

January 25, 2006

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2006, I electronically filed the foregoing Notice of Subpoena of Dr. Mark Chee c/o Nicole Stafford, Esq. using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on January 25, 2006 upon the following in the manner indicated:

BY HAND

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

BY FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

/s/ Melissa Myers
Maryellen Noreika (#3208)
Melissa Myers (#3985)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mmyers@mnat.com