IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., <br><br>     Plaintiff/Counter-Defendant, <br><br> v. <br><br> ILLUMINA, INC., <br><br>     Defendant/Counter-Plaintiff. | C.A. No. 04-901-JJF |

**NOTICE OF SUBPOENA OF RADOMIR CRKVENJAKOV**

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit 1 will be served upon Radomir Crkvenjakov, 762 Haverhill Dr., Sunnyvale, California.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Benjamin Schladweiler*

Maryellen Noreika (#3208)
Benjamin Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
(510) 428-8500

January 30, 2006

501245

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006, I electronically filed the foregoing Notice of Subpoena of Radomir Crkvenjakov using CM/ECF which will send notification of such filing(s) to the following:

>Richard K. Herrmann
>Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on January 30, 2006 upon the following in the manner indicated:

>BY HAND
>
>Richard K. Herrmann
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899-2306
>
>BY FEDERAL EXPRESS
>
>Marcus E. Sernel
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL  60601

>*/s/ Benjamin Schladweiler (#4601)*
>Maryellen Noreika (#3208)
>Benjamin Schladweiler (#4601)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P. O. Box 1347
>Wilmington, DE  19899-1347
>(302) 658-9200
>bschladweiler@mnat.com