# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) ) |
| vs. | ) Civil Action No. 04-901-JJF ) ) |
| ILLUMINA, INC., a Delaware Corporation, | ) ) |
| Defendant/Counter-Plaintiff. | ) ) ) |

## ILLUMINA'S FIFTH NOTICE OF DEPOSITION
## PURSUANT TO FED. R. CIV. P. 30(b)(6)

In accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, Illumina, Inc. ("Illumina") hereby provides notice that commencing at 9:00 a.m. on February 17, 2006, at the offices of KIRKLAND & ELLIS LLP, 555 California Street, San Francisco, CA 94104-1501, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of Affymetrix, Inc. ("Affymetrix") by oral examination of witness(es) designated by Affymetrix to testify on its behalf as the person(s) most competent to testify concerning the matters listed on Attachment A hereto. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by Affymetrix should be prepared to testify as to such matters known or reasonably available to Affymetrix.

Affymetrix is requested to provide Illumina's counsel, on or before February 10, 2006, a written designation of the names and positions of the officers, directors, managing agents or other persons who are most competent to testify concerning the areas of testimony set forth in Attachment A, and, for each person designated, the matters on which he or she will testify.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed.  Pursuant to Rule 30(b)(2), testimony of the witness(es) will be recorded by both stenographic means and sound-and-visual means.

You are required to produce the witness(es) at the stated time and place, and are invited to attend to cross-examine.

Dated: February 1, 2006

By:   */s/ Richard K. Herrmann*
  Richard K. Herrmann #405
  Mary B. Matterer #2626
  MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
  PNC Bank Center, 10th Floor
  222 Delaware Avenue
  Wilmington, DE  19801
  (302) 888-6800
  rherrmann@morrisjames.com
  mmatterer@morrisjames.com

  Robert G. Krupka, P.C.
  KIRKLAND & ELLIS LLP
  777 South Figueroa Street
  Los Angeles, California 90017
  (213) 680-8400

  Mark A. Pals, P.C.
  Marcus E. Sernel
  KIRKLAND & ELLIS LLP
  200 East Randolph Drive
  Chicago, IL 60601
  (312) 861-2000

  ***Counsel for Illumina, Inc.***

## ATTACHMENT A

## DEFINITIONS

Illumina hereby incorporates by reference the Definitions as set forth in Illumina's First Set of Requests for Production and Second Set of Requests for Production.

## AREAS OF TESTIMONY

1. Information contained in the financial and sales reports that have been, or will be, provided to Illumina regarding Affymetrix's systems, products and/or services, including but not limited to the reports produced as AVI_196153-196160, AVI_192641-192712, AVI_056491-056943, AVI_137432, and AVI_137433.

2. Units sold and net sales revenue for Affymetrix's systems, products and/or services.

3. Calculation of costs of goods sold for Affymetrix's systems, products and/or services.

4. Costs associated with generation of revenues for Affymetrix's systems, products and/or services, including direct costs, division overhead, selling, general and administrative and any other relevant costs.

5. Information regarding payments received or made by Affymetrix, including royalties, licensing fees or other payments, for use of intellectual property, including but not limited to information contained within the report(s) produced at AVI_134569-134603.

6. Identification of factors that drive sales of the relevant products.

7. Identity, location and authenticity of documents and things relating to the topics set forth above.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February 2006, I caused to be electronically filed the foregoing document, **ILLUMINA'S FIFTH NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899-1347

Additionally, I hereby certify that on the 1st day of February 2006, the foregoing document was served via email on the following non-registered participants:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
(510) 428-8500
Fax: (510) 428-8583

                                                             */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2626
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
PNC Bank Center, 10th Floor
222 Delaware Avenue
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

*Counsel for Illumina, Inc.*