IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> ILLUMINA, INC., <br><br> Defendant/Counter-Plaintiff. | C.A. No. 04-901-JJF |

**CHUNWEI WANG'S OBJECTIONS TO
ILLUMINA'S SUBPOENA FOR DEPOSITION**

Non-Party Chunwei Wang ("Wang") hereby objects to Illumina, Inc.'s ("Illumina") subpoena dated December 30, 2005 requesting a deposition pursuant to Fed. R. Civ. P. 45 for the following reasons:

1.  Wang objects to the subpoena to the extent that it seeks to impose discovery obligations upon Wang beyond those provided for by the Federal Rules of Civil Procedure, the Local Rules of this Court or governing case law.

2.  Wang objects to the subpoena to the extent that it seeks testimony protected by the attorney-client privilege, and other common law or statutory privileges.

3.  Wang objects to the subpoena to the extent it seeks testimony that is neither relevant to any issue in this action nor is likely to lead to the discovery of admissible evidence.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Benjamin Schladweiler*

---

Maryellen Noreika (#3208)
Benjamin Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Chunwei Wang and
Plaintiff Affymetrix, Inc.*

February 6, 2006

505348

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2006, I electronically filed the foregoing using CM/ECF which will send notification of such filing(s) to the following:

>Richard K. Herrmann
>Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on February 6, 2006 upon the following in the manner indicated:

>BY HAND
>
>Richard K. Herrmann
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899-2306
>
>BY FEDERAL EXPRESS
>
>Marcus E. Sernel
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL  60601

>*/s/ Benjamin Schladweiler (#4601)*
>Maryellen Noreika (#3208)
>Benjamin Schladweiler (#4601)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P. O. Box 1347
>Wilmington, DE  19899-1347
>(302) 658-9200
>bschladweiler@mnat.com