**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation, ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> ILLUMINA, INC., a Delaware corporation, ) <br> ) <br> Defendant/Counter-Plaintiff. ) <br> ) | Civil Action No. 04-901-JJF |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 24th day of February, 2006, copies of the following document, **ILLUMINA'S FEBRUARY 24, 2006 SUPPLEMENTAL OBJECTIONS AND RESPONSES TO INTERROGATORY NOS. 10, 12, 13 AND 18,** were served on counsel indicated via facsimile without appendices and via overnight delivery:

| | |
|---|---|
| Jack B. Blumenfeld, Esq. <br> MaryEllen Noreika, Esq. <br> Morris Nichols Arsht & Tunnell <br> 1201 Market Street <br> Wilmington, DE 19801 | Daniel R. Reed, Esq. <br> Affymetrix, Inc. <br> 6550 Vallejo Street, Suite 100 <br> Emeryville, CA 94608 <br> 510.428.8500 <br> Fax 510.428.8583 |

Dated: February 27, 2006   */s/ Richard K. Herrmann*
　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　rherrmann@morrisjames.com

　　　　　　　　　　　　　　Attorneys for Defendant ILLUMINA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2006, I caused to be electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 27th day of February, 2006, the foregoing document was served via email on the following non-registered participants:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
510.428.8500
Fax 510.428.8583

          */s/ Richard K. Herrmann*
          Richard K. Herrmann (#405)
          Mary B. Matterer (#2696)
          MORRIS, JAMES, HITCHENS & WILLIAMS LLP
          222 Delaware Avenue, 10th Floor
          Wilmington, Delaware 19801
          (302) 888-6800
          rherrmann@morrisjames.com

          Attorneys for Defendant ILLUMINA, INC.