IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-901-JJF |
| ILLUMINA, INC., | : |
| Defendant. | : |

**O R D E R**

WHEREAS, Defendant has filed a letter raising a discovery issue and requesting the Court's intervention to resolve the dispute (D.I. 227);

WHEREAS, the Plaintiff has responded that the discovery issue that has arisen is untimely (D.I. 228);

NOW THEREFORE, IT IS HEREBY ORDERED that, if the parties are unable reach an agreement regarding this dispute, a Conference will be held on **Wednesday, March 15, 2006 at 3:30 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

March 9, 2006
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE