# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1751
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

March 13, 2006

**VIA ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:  *Affymetrix, Inc. v. Illumina, Inc.*, D. Del., C.A. No. 04-901-JJF

Your Honor:

Pursuant to the Court's guidance at the February 15, 2006 hearing, the parties have met and conferred and reached agreement on a schedule for activities and briefing in advance of the April 20, 2006 Markman hearing in the above matter. Counsel for the parties have also discussed and propose for the Court's consideration a schedule for adaptation to claim construction in patent cases generally. The parties' proposal in this action tracks this general schedule, but differs slightly to accommodate conflicts in their schedules.

The parties propose the following:

| Action | Affymetrix v. Illumina | General Schedule |
|---|---|---|
| Patentee to serve list of terms to be construed and proposed constructions | March 16, 2006 | 35 calendar days prior to Markman hearing |
| Accused infringer to serve proposed constructions for terms identified by patentee and to identify additional terms to be construed with proposed constructions | March 21, 2006 | 28 calendar days prior to Markman hearing |
| Patentee to serve proposed constructions for any additional terms identified by accused infringer | March 27, 2006 | 21 calendar days prior to Markman hearing |

The Hon. Joseph J. Farnan, Jr.  
March 13, 2006  
Page 2

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

| | | |
|---|---|---|
| Parties to serve and file opening Markman briefs | April 5, 2006 | 14 calendar days prior to Markman hearing |
| Parties to serve and file responsive Markman briefs | April 14, 2006 | 7 calendar days prior to Markman hearing |
| Markman hearing | April 20, 2006 1:30 p.m. | Per Court Order |

  We are available at Your Honor's convenience if the Court would like to discuss this proposed schedule.

Respectfully,

Richard K. Herrmann, I.D. No. 405  
rherrmann@morrisjames.com

cc: Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing)  
  MaryEllen Noreika, Esq. (via electronic filing)  
  Michael J. Malecek, Esq. (via email)