IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-901 (JJF) |
| | ) |
| ILLUMINA, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that correct copies of Affymetrix, Inc.'s Second Supplemental Response to Illumina, Inc.'s First Set of Interrogatories were caused to be served on March 31, 2006 upon the following in the manner indicated:

**BY HAND**

Richard K. Herrmann
Mary B. Matterer
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**BY EMAIL**

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Derek J. Fahnestock (#4705)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com
  *Attorneys for Plaintiff Affymetrix, Inc.*

2

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

March 31, 2006

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2006, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Mary B. Matterer
> Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on March 31, 2006 upon the following in the manner indicated:

BY HAND

> Richard K. Herrmann
> Mary B. Matterer
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899-2306

BY EMAIL

> Marcus E. Sernel
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL 60601

> */s/ Derek J. Fahnestock*
> Derek J. Fahnestock (#4705)
> 1201 N. Market Street
> P. O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> dfahnestock@mnat.com