# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

AFFYMETRIX, INC.                             :
                                             :
                    Plaintiff,               :
                                             :
          v.                                 :    Civil Action No. 04-901-JJF
                                             :
ILLUMINA, INC.,                              :
                                             :
                    Defendant.               :

## <u>ORDER</u>

At Wilmington this **5th day of April, 2005,**

IT IS ORDERED that counsel are to advise the Magistrate Judge on or before

**Tuesday, April 18, 2006,** whether or not they wish to proceed with continued mediation

on **Thursday, May 11, 2006.**

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


                                   /s/ Mary Pat Thynge
                                   UNITED STATES MAGISTRATE JUDGE