# EXHIBIT 11

## FULLY REDACTED

# EXHIBIT 12

## FULLY REDACTED

# EXHIBIT 13

## FULLY REDACTED

# EXHIBIT 14

## FULLY REDACTED