# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

April 17, 2006

**BY E-FILING**

Ms. Deborah Krett
Case Manager
United States District Court
844 North King Street, Lockbox 10
Wilmington, Delaware 19801

Re: Request For Permission To Have Computer Equipment in Courtroom 4B for *Markman* in the matter of *Affymetrix, Inc. v. Illumina, Inc.*, C.A. No. 04-901-JJF

Dear Ms. Krett:

We are scheduled to appear for a *Markman* Hearing in Courtroom 4B on April 20, 2006 and request permission to bring two laptop computers, an Eiki LC-X70 5000 lumen projector, screen, switch boxes, cables and wiring, an ELMO and powercords into Courtroom 4B to assist with the presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Respectfully,

Maryellen Noreika

cc: David Thomas, United States Marshal (by hand delivery)
Keith Ash, Chief Court Security Officer (by hand delivery)
Richard K. Hermann, Esq. (by CM/ECF)