IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| PERMISSION FOR COUNSEL TO | ) |
| POSSESS AND UTILIZE A LAPTOP | ) |
| COMPUTER DURING HEARING | ) |
| PROCEEDINGS IN COURTROOM 4 | ) |
| OF THE J. CALEB BOGGS FEDERAL | ) |
| BUILDING | ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers, an Eiki LC-X70 5000 lumen projector, screen, switch boxes, cables and wiring, an ELMO and powercords for the *Affymetrix, Inc. v. Illumina, Inc.*, C.A. 04-901 JJB *Markman* proceedings on Thursday, April 20, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

       David Kelley
       Michael Malecek
       Bonnie McBride
       Maryellen Noreika
       Daniel Reed
       Alison Solari

Dated: April ____, 2006

                                                        _____
                                                        JOSEPH J. FARNAN, JR.
                                                        United States District Court Judge