# EXHIBIT 19

11509-A-1-1

## VERY LARGE SCALE IMMOBILIZED POLYMER SYNTHESIS

### COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

### BACKGROUND OF THE INVENTION

The present inventions relate to the synthesis and placement materials at known locations. In particular, one embodiment of the inventions provides a method and associated apparatus for preparing diverse chemical sequences at known locations on a single substrate surface. The inventions may be applied, for example, in the field of preparation of oligomer, peptide, nucleic acid, oligosaccharide, phospholipid, polymer, or drug congener preparation, especially to create sources of chemical diversity for use in screening for biological activity.

The relationship between structure and activity of molecules is a fundamental issue in the study of biological systems. Structure-activity relationships are important in understanding, for example, the function of enzymes, the ways in which cells communicate with each other, as well as cellular control and feedback systems.

Certain macromolecules are known to interact and bind to other molecules having a very specific three-dimensional spatial and electronic distribution. Any large molecule having such specificity can be considered a receptor, whether it is an enzyme catalyzing hydrolysis of a metabolic intermediate, a cell-surface protein mediating membrane transport of ions, a glycoprotein serving to identify a particular cell to its neighbors,

2

an IgG-class antibody circulating in the plasma, an oligonucleotide sequence of DNA in the nucleus, or the like.  The various molecules which receptors selectively bind are known as ligands.

5      Many assays are available for measuring the binding affinity of known receptors and ligands, but the information which can be gained from such experiments is often limited by the number and type of ligands which are available.  Novel ligands are sometimes discovered by

10     chance or by application of new techniques for the elucidation of molecular structure, including x-ray crystallographic analysis and recombinant genetic techniques for proteins.

Small peptides are an exemplary system for

15     exploring the relationship between structure and function in biology.  A peptide is a sequence of amino acids. When the twenty naturally occurring amino acids are condensed into polymeric molecules they form a wide variety of three-dimensional configurations, each

20     resulting from a particular amino acid sequence and solvent condition.  The number of possible pentapeptides of the 20 naturally occurring amino acids, for example, is $20^5$ or 3.2 million different peptides.  The likelihood that molecules of this size might be useful in receptor-

25     binding studies is supported by epitope analysis studies showing that some antibodies recognize sequences as short as a few amino acids with high specificity.  Furthermore, the average molecular weight of amino acids puts small peptides in the size range of many currently useful

30     pharmaceutical products.

Pharmaceutical drug discovery is one type of research which relies on such a study of structure-activity relationships.  In most cases, contemporary pharmaceutical research can be described as the process

35     of discovering novel ligands with desirable patterns of specificity for biologically important receptors.

3

Another example is research to discover new compounds for
use in agriculture, such as pesticides and herbicides.

Sometimes, the solution to a rational process
of designing ligands is difficult or unyielding.  Prior
methods of preparing large numbers of different polymers
have been painstakingly slow when used at a scale
sufficient to permit effective rational or random
screening.  For example, the "Merrifield" method (J. Am.
Chem. Soc. (1963) 85:2149-2154, which is incorporated
herein by reference for all purposes) has been used
to synthesize peptides on a solid support.  In the
Merrifield method, an amino acid is covalently bonded to
a support made of an insoluble polymer.  Another amino
acid with an alpha protected group is reacted with the
covalently bonded amino acid to form a dipeptide.  After
washing, the protective group is removed and a third
amino acid with an alpha protective group is added to the
dipeptide.  This process is continued until a peptide of
a desired length and sequence is obtained.  Using the
Merrifield method, it is not economically practical to
synthesize more than a handful of peptide sequences in a
day.

To synthesize larger numbers of polymer
sequences, it has also been proposed to use a series of
reaction vessels for polymer synthesis.  For example, a
tubular reactor system may be used to synthesize a linear
polymer on a solid phase support by automated sequential
addition of reagents.  This method still does not enable
the synthesis of a sufficiently large number of polymer
sequences for effective economical screening.

Methods of preparing a plurality of polymer
sequences are also known in which a foraminous container
encloses a known quantity of reactive particles, the
particles being larger in size than foramina of the
container.  The containers may be selectively reacted
with desired materials to synthesize desired sequences of
product molecules.  As with other methods known in the

4

art, this method cannot practically be used to synthesize a sufficient variety of polypeptides for effective screening.

Other techniques have also been described. These methods include the synthesis of peptides on 96 plastic pins which fit the format of standard microtiter plates. Unfortunately, while these techniques have been somewhat useful, substantial problems remain. For example, these methods continue to be limited in the diversity of sequences which can be economically synthesized and screened.

From the above, it is seen that an improved method and apparatus for synthesizing a variety of chemical sequences at known locations is desired.

## SUMMARY OF THE INVENTION

An improved method and apparatus for the preparation of a variety of polymers is disclosed.

In one preferred embodiment, linker molecules are provided on a substrate. A terminal end of the linker molecules is provided with a reactive functional group protected with a photoremovable protective group. Using lithographic methods, the photoremovable protective group is exposed to light and removed from the linker molecules in first selected regions. The substrate is then washed or otherwise contacted with a first monomer that reacts with exposed functional groups on the linker molecules. In a preferred embodiment, the monomer is an amino acid containing a photoremovable protective group at its amino or carboxy terminus and the linker molecule terminates in an amino or carboxy acid group bearing a photoremovable protective group.

A second set of selected regions is, thereafter, exposed to light and the photoremovable protective group on the linker molecule/protected amino acid is removed at the second set of regions. The substrate is then contacted with a second monomer

5

containing a photoremovable protective group for reaction
with exposed functional groups.  This process is repeated
to selectively apply monomers until polymers of a desired
length and desired chemical sequence are obtained.
5   Photolabile groups are then optionally removed and the
sequence is, thereafter, optionally capped.  Side chain
protective groups, if present, are also removed.

By using the lithographic techniques disclosed
herein, it is possible to direct light to relatively
10  small and precisely known locations on the substrate.
It is, therefore, possible to synthesize polymers of
a known chemical sequence at known locations on the
substrate.

The resulting substrate will have a variety of
15  uses including, for example, screening large numbers of
polymers for biological activity.  To screen for
biological activity, the substrate is exposed to one
or more receptors such as antibody whole cells, receptors
on vesicles, lipids, or any one of a variety of other
20  receptors.  The receptors are preferably labeled with,
for example, a fluorescent marker, radioactive marker,
or a labeled antibody reactive with the receptor.  The
location of the marker on the substrate is detected
with, for example, photon detection or autoradiographic
25  techniques.  Through knowledge of the sequence of the
material at the location where binding is detected, it is
possible to quickly determine which sequence binds with
the receptor and, therefore, the technique can be used to
screen large numbers of peptides.  Other possible
30  applications of the inventions herein include diagnostics
in which various antibodies for particular receptors
would be placed on a substrate and, for example, blood
sera would be screened for immune deficiencies.  Still
further applications include, for example, selective
35  "doping" of organic materials in semiconductor devices,
and the like.

6

In connection with one aspect of the invention an improved reactor system for synthesizing polymers is also disclosed. The reactor system includes a substrate mount which engages a substrate around a periphery thereof. The substrate mount provides for a reactor space between the substrate and the mount through or into which reaction fluids are pumped or flowed. A mask is placed on or focused on the substrate and illuminated so as to deprotect selected regions of the substrate in the reactor space. A monomer is pumped through the reactor space or otherwise contacted with the substrate and reacts with the deprotected regions. By selectively deprotecting regions on the substrate and flowing predetermined monomers through the reactor space, desired polymers at known locations may be synthesized.

Improved detection apparatus and methods are also disclosed. The detection method and apparatus utilize a substrate having a large variety of polymer sequences at known locations on a surface thereof. The substrate is exposed to a fluorescently labeled receptor which binds to one or more of the polymer sequences. The substrate is placed in a microscope detection apparatus for identification of locations where binding takes place. The microscope detection apparatus includes a monochromatic or polychromatic light source for directing light at the substrate, means for detecting fluoresced light from the substrate, and means for determining a location of the fluoresced light. The means for detecting light fluoresced on the substrate may in some embodiments include a photon counter. The means for determining a location of the fluoresced light may include an x/y translation table for the substrate. Translation of the slide and data collection are recorded and managed by an appropriately programmed digital computer.

7

A further understanding of the nature and advantages of the inventions herein may be realized by reference to the remaining portions of the specification and the attached drawings.

5

## BRIEF DESCRIPTION OF THE FIGURES

Fig. 1 illustrates masking and irradiation of a substrate at a first location. The substrate is shown in cross-section;

10     Fig. 2 illustrates the substrate after application of a monomer "A";

Fig. 3 illustrates irradiation of the substrate at a second location;

Fig. 4 illustrates the substrate after application of monomer "B";

15     Fig. 5 illustrates irradiation of the "A" monomer;

Fig. 6 illustrates the substrate after a second application of "B";

20     Fig. 7 illustrates a completed substrate;

Figs. 8A and 8B illustrate alternative embodiments of a reactor system for forming a plurality of polymers on a substrate;

Fig. 9 illustrates a detection apparatus for 25 locating fluorescent markers on the substrate;

Figs. 10A-10M illustrate the method as it is applied to the production of the trimers of monomers "A" and "B";

Figs. 11A, 11B, and 11C are fluorescence traces 30 for standard fluorescent beads;

Figs. 12A and 12B are fluorescence curves for NVOC slides not exposed and exposed to light respectively;

Figs. 13A to 13D are fluorescence plots of 35 slides exposed through 100 $\mu$m, 50 $\mu$m, 20 $\mu$m, and 10 $\mu$m masks;

8

Fig. 14 illustrates fluorescence of a slide with the peptide YGGFL on selected regions of its surface which has been exposed to labeled Herz antibody specific for this sequence;

5

Figs. 15A to 15D illustrate formation of and a fluorescence plot of a slide with a checkerboard pattern of YGGFL and GGFL exposed to labeled Herz antibody. Fig. 15C illustrates a 500x500 $\mu$m mask which has been focused on the substrate according to Fig. 8A while Fig. 15D illustrates a 50x50 $\mu$m mask placed in direct contact with the substrate in accord with Fig. 8B;

10

Fig. 16 is a fluorescence plot of YGGFL and PGGFL synthesized in a 50 $\mu$m checkerboard pattern;

Fig. 17 is a fluorescence plot of YPGGFL and YGGFL synthesized in a 50 $\mu$m checkerboard pattern;

15

Figs. 18A and 18B illustrate the mapping of sixteen sequences synthesized on two different glass slides;

Fig. 19 is a fluorescence plot of the slide illustrated in Fig. 18A; and

20

Fig. 20 is a fluorescence plot of the slide illustrated in Fig. 10B.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

### CONTENTS

25

I.  Glossary

II.  General

III.  Polymer Synthesis

30

IV.  Details of One Embodiment of a Reactor System

V.  Details of One Embodiment of a Fluorescent Detection Device

35

VI.  Determination of Relative Binding Strength of Receptors

9

CONTENTS
(Cont'd)

VII.    Examples

        A.    Slide Preparation

        B.    Synthesis of Eight Trimers
              of "A" and "B"

        C.    Synthesis of a Dimer of an
              Aminopropyl Group and a Fluorescent
              Group

        D.    Demonstration of Signal Capability

        E.    Determination of the Number of
              Molecules Per Unit Area

        F.    Removal of NVOC and Attachment of a
              Fluorescent Marker

        G.    Use of a Mask in Removal of NVOC

        H.    Attachment of YGGFL and Subsequent
              Exposure to Herz Antibody and Goat
              Antimouse

        I.    Monomer-by-Monomer Formation of
              YGGFL and Subsequent Exposure to
              Labeled Antibody

        J.    Monomer-by-Monomer Synthesis of
              YGGFL and PGGFL

        K.    Monomer-by Monomer Synthesis of
              YGGFL and YPGGFL

        L.    Synthesis of an Array of Sixteen
              Different Amino Acid Sequences and
              Estimation of Relative Binding
              Affinity to Herz Antibody

VIII.   Illustrative Alternative Embodiment

   IX.  Conclusion

10

I.   Glossary

The following terms are intended to have the
following general meanings as they are used herein:

5   1.   Complementary:  Refers to the topological
         compatibility or matching together of interacting
         surfaces of a ligand molecule and its receptor.
         Thus, the receptor and its ligand can be described
         as complementary, and furthermore, the contact
10       surface characteristics are complementary to each
         other.

2.   Epitope:  The portion of an antigen molecule which
         is delineated by the area of interaction with the
15       subclass of receptors known as antibodies.

3.   Ligand:  A ligand is a molecule that is recognized
         by a particular receptor.  Examples of ligands that
         can be investigated by this invention include, but
20       are not restricted to, agonists and antagonists for
         cell membrane receptors, toxins and venoms, viral
         epitopes, hormones (e.g., opiates, steroids, etc.),
         hormone receptors, peptides, enzymes, enzyme
         substrates, cofactors, drugs, lectins, sugars,
25       oligonucleotides, nucleic acids, oligosaccharides,
         proteins, and monoclonal antibodies.

4.   Monomer:  A member of the set of small molecules
         which can be joined together to form a polymer.  The
         set of monomers includes but is not restricted to,
30       for example, the set of common L-amino acids, the
         set of D-amino acids, the set of synthetic amino
         acids, the set of nucleotides and the set of
         pentoses and hexoses.  As used herein, monomers
         refers to any member of a basis set for synthesis of
35       a polymer.  For example, dimers of L-amino acids
         form a basis set of 400 monomers for synthesis of

11

polypeptides.  Different basis sets of monomers may
be used at successive steps in the synthesis of a
polymer.

5    5.    Peptide:  A polymer in which the monomers are alpha
amino acids and which are joined together through
amide bonds and alternatively referred to as a
polypeptide.  In the context of this specification
it should be appreciated that the amino acids may be
10    the L-optical isomer or the D-optical isomer.
Peptides are more than two amino acid monomers long,
and often more than 20 amino acid monomers long.
Standard abbreviations for amino acids are used
(e.g., P for proline).  These abbreviations are
15    included in Stryer, Biochemstry, Third Ed., 1988,
which is incorporated herein by reference for all
purposes.

6.    Radiation:  Energy which may be selectively applied
20    including energy having a wavelength of between $10^{-14}$
and $10^4$ meters including, for example, electron beam
radiation, gamma radiation, x-ray radiation, ultra-
violet radiation, visible light, infrared radiation,
microwave radiation, and radio waves.  "Irradiation"
25    refers to the application of radiation to a surface.

7.    Receptor:  A molecule that has an affinity for a
given ligand.  Receptors may be naturally-occuring
or manmade molecules.  Also, they can be employed in
30    their unaltered state or as aggregates with other
species.  Receptors may be attached, covalently or
noncovalently, to a binding member, either directly
or via a specific binding substance.  Examples of
receptors which can be employed by this invention
35    include, but are not restricted to, antibodies,
cell membrane receptors, monoclonal antibodies
and antisera reactive with specific antigenic

12

determinants (such as on viruses, cells or other
materials), drugs, polynucleotides, nucleic acids,
peptides, cofactors, lectins, sugars,
polysaccharides, cells, cellular membranes, and
organelles.  Receptors are sometimes referred to in
the art as anti-ligands.  As the term receptors is
used herein, no difference in meaning is intended.
A "Ligand Receptor Pair" is formed when two
macromolecules have combined through molecular
recognition to form a complex.

     Other examples of receptors which can be
investigated by this invention include but are not
restricted to:

a)   Microorganism receptors:  Determination of
     ligands which bind to receptors, such as
     specific transport proteins or enzymes
     essential to survival of microorganisms,
     is useful in a new class of antibiotics.  Of
     particular value would be antibiotics against
     opportunistic fungi, protozoa, and those
     bacteria resistant to the antibiotics
     in current use.

b)   Enzymes:  For instance, the binding site of
     enzymes such as the enzymes responsible for
     cleaving neurotransmitters; determination of
     ligands which bind to certain receptors to
     modulate the action of the enzymes which cleave
     the different neurotransmitters is useful in
     the development of drugs which can be used in
     the treatment of disorders of
     neurotransmission.

c)   Antibodies:  For instance, the invention may
     be useful in investigating the ligand-binding
     site on the antibody molecule which combines
     with the epitope of an antigen of interest;
     determining a sequence that mimics an antigenic
     epitope may lead to the development of vaccines

13

of which the immunogen is based on one or more
of such sequences or lead to the development of
related diagnostic agents or compounds useful
in therapeutic treatments such as for auto-
immune diseases (e.g., by blocking the binding
of the "self" antibodies).

d)   Nucleic Acids:  Sequences of nucleic acids may
be synthesized to establish DNA or RNA binding
sequences.

e)   Catalytic Polypeptides:  Polymers, preferably
polypeptides, which are capable of promoting a
chemical reaction involving the conversion of
one or more reactants to one or more products.
Such polypeptides generally include a binding
site specific for at least one reactant or
reaction intermediate and an active
functionality proximate to the binding site,
which functionality is capable of chemically
modifying the bound reactant.  Catalytic
polypeptides are described in, for example,
U.S. application Serial No. 404,920, which
is incorporated herein by reference for all
purposes.

f)   Hormone receptors:  For instance, the receptors
for insulin and growth hormone.  Determination
of the ligands which bind with high affinity to
a receptor is useful in the development of,
for example, an oral replacement of the daily
injections which diabetics must take to relieve
the symptoms of diabetes, and in the other
case, a replacement for the scarce human
growth hormone which can only be obtained from
cadavers or by recombinant DNA technology.
Other examples are the vasoconstrictive hormone
receptors; determination of those ligands which
bind to a receptor may lead to the development
of drugs to control blood pressure.

14

g)   <u>Opiate receptors</u>:  Determination of ligands
which bind to the opiate receptors in the brain
is useful in the development of less-addictive
replacements for morphine and related drugs.

5

8.   <u>Substrate</u>:  A material having a rigid or semi-rigid
surface.  In many embodiments, at least one surface
of the substrate will be substantially flat,
although in some embodiments it may be desirable to
10   physically separate synthesis regions for different
polymers with, for example, wells, raised regions,
etched trenches, or the like.  According to other
embodiments, small beads may be provided on the
surface which may be released upon completion of the
15   synthesis.

9.   <u>Protective Group</u>:  A material which is bound to a
monomer unit and which may be spatially removed
upon selective exposure to an activator such as
20   electromagnetic radiation.  Examples of protective
groups with utility herein include Nitroveratryloxy
carbonyl, Nitrobenzyloxy carbonyl, Dimethyl
dimethoxybenzyloxy carbonyl, 5-Bromo-7-
nitroindolinyl, *o*-Hydroxy-α-methyl cinnamoyl, and
25   2-Oxymethylene anthraquinone.  Other examples of
activators include ion beams, electric fields,
magnetic fields, electron beams, x-ray, and the
like.

30   10.  <u>Predefined Region</u>:  A predefined region is a
localized area on a surface which is, was, or is
intended to be activated for formation of a polymer.
The predefined region may have any convenient shape,
e.g., circular, rectangular, elliptical, wedge-
35   shaped, etc.  For the sake of brevity herein,
"predefined regions" are sometimes referred to
simply as "regions."

15

11.  <u>Substantially Pure</u>:  A polymer is considered to be
"substantially pure" within a predefined region of
a substrate when it exhibits characteristics that
distinguish it from other predefined regions.
Typically, purity will be measured in terms of
biological activity or function as a result of
uniform sequence.  Such characteristics will
typically be measured by way of binding with a
selected ligand or receptor.

II.  <u>General</u>

The present invention provides methods and
apparatus for the preparation and use of a substrate
having a plurality of polymer sequences in predefined
regions.  The invention is described herein primarily
with regard to the preparation of molecules containing
sequences of amino acids, but could readily be applied
in the preparation of other polymers.  Such polymers
include, for example, both linear and cyclic polymers
of nucleic acids, polysaccharides, phospholipids, and
peptides having either $\alpha$-, $\beta$-, or $\omega$-amino acids, hetero-
polymers in which a known drug is covalently bound to any
of the above, polyurethanes, polyesters, polycarbonates,
polyureas, polyamides, polyethyleneimines, polyarylene
sulfides, polysiloxanes, polyimides, polyacetates, or
other polymers which will be apparent upon review of this
disclosure.  In a preferred embodiment, the invention
herein is used in the synthesis of peptides.

The prepared substrate may, for example, be
used in screening a variety of polymers as ligands for
binding with a receptor, although it will be apparent
that the invention could be used for the synthesis of
a receptor for binding with a ligand.  The substrate
disclosed herein will have a wide variety of other uses.
Merely by way of example, the invention herein can be
used in determining peptide and nucleic acid sequences

16

which bind to proteins, finding sequence-specific binding
drugs, identifying epitopes recognized by antibodies,
and evaluation of a variety of drugs for clinical and
diagnostic applications, as well as combinations of the
5    above.

       The invention preferably provides for the use
of a substrate "S" with a surface.  Linker molecules "L"
are optionally provided on a surface of the substrate.
The purpose of the linker molecules, in some embodiments,
10   is to facilitate receptor recognition of the synthesized
polymers.

       Optionally, the linker molecules may be
chemically protected for storage purposes.  A chemical
storage protective group such as t-BOC (t-butoxycarbonyl)
may be used in some embodiments.  Such chemical
15   protective groups would be chemically removed upon
exposure to, for example, acidic solution and would
serve to protect the surface during storage and be
removed prior to polymer preparation.

20     On the substrate or a distal end of the linker
molecules, a functional group with a protective group $P_0$
is provided.  The protective group $P_0$ may be removed upon
exposure to radiation, electric fields, electric
currents, or other activators to expose the functional
25   group.

       In a preferred embodiment, the radiation is
ultraviolet (UV), infrared (IR), or visible light.  As
more fully described below, the protective group may
alternatively be an electrochemically-sensitive group
30   which may be removed in the presence of an electric
field.  In still further alternative embodiments, ion
beams, electron beams, or the like may be used for
deprotection.

       In some embodiments, the exposed regions and,
35   therefore, the area upon which each distinct polymer
sequence is synthesized are smaller than about 1 $cm^2$ or
less than 1 $mm^2$.  In preferred embodiments the exposed

17

area is less than about 10,000 $\mu m^2$ or, more preferably, less than 100 $\mu m^2$ and may, in some embodiments, encompass the binding site for as few as a single molecule. Within these regions, each polymer is preferably synthesized in a substantially pure form.

Concurrently or after exposure of a known region of the substrate to light, the surface is contacted with a first monomer unit $M_1$ which reacts with the functional group which has been exposed by the deprotection step. The first monomer includes a protective group $P_1$. $P_1$ may or may not be the same as $P_0$.

Accordingly, after a first cycle, known first regions of the surface may comprise the sequence:

$$S-L-M_1-P_1$$

while remaining regions of the surface comprise the sequence:

$$S-L-P_0.$$

Thereafter, second regions of the surface (which may include the first region) are exposed to light and contacted with a second monomer $M_2$ (which may or may not be the same as $M_1$) having a protective group $P_2$. $P_2$ may or may not be the same as $P_0$ and $P_1$. After this second cycle, different regions of the substrate may comprise one or more of the following sequences:

$$S-L-M_1-M_2-P_2$$
$$S-L-M_2-P_2$$
$$S-L-M_1-P_1 \text{ and/or}$$
$$S-L-P_0.$$

The above process is repeated until the substrate includes desired polymers of desired lengths. By controlling the locations of the substrate exposed

18

to light and the reagents exposed to the substrate
following exposure, the location of each sequence will
be known.

5          Thereafter, the protective groups are removed
from some or all of the substrate and the sequences are,
optionally, capped with a capping unit C.  The process
results in a substrate having a surface with a plurality
of polymers of the following general formula:

10          $$S-[L]-(M_i)-(M_j)-(M_k)\ldots(M_x)-[C]$$

where square brackets indicate optional groups, and
$M_i\ldots M_x$ indicates any sequence of monomers.  The number of
monomers could cover a wide variety of values, but in a
preferred embodiment they will range from 2 to 100.

15          In some embodiments a plurality of locations on
the substrate polymers are to contain a common monomer
subsequence.  For example, it may be desired to synthe-
size a sequence $S-M_1-M_2-M_3$ at first locations and a
sequence $S-M_4-M_2-M_3$ at second locations.  The process
20     would commence with irradiation of the first locations
followed by contacting with $M_1-P$, resulting in the
sequence $S-M_1-P$ at the first location.  The second loca-
tions would then be irradiated and contacted with $M_4-P$,
resulting in the sequence $S-M_4-P$ at the second locations.
25     Thereafter both the first and second locations would be
irradiated and contacted with the dimer $M_2-M_3$, resulting
in the sequence $S-M_1-M_2-M_3$ at the first locations and
$S-M_4-M_2-M_3$ at the second locations.  Of course, common
subsequences of any length could be utilized including
30     those in a range of 2 or more monomers, 2 to 100
monomers, 2 to 20 monomers, and a most preferred range
of 2 to 3 monomers.

          According to other embodiments, a set of masks
is used for the first monomer layer and, thereafter,
35     varied light wavelengths are used for selective
deprotection.  For example, in the process discussed

19

above, first regions are first exposed through a mask and
reacted with a first monomer having a first protective
group $P_1$, which is removable upon exposure to a first
wavelength of light (e.g., IR).  Second regions are
masked and reacted with a second monomer having a second
protecive group $P_2$, which is removable upon exposure to a
second wavelength of light (e.g., UV).  Thereafter, masks
become unnecessary in the synthesis because the entire
substrate may be exposed alternatively to the first and
second wavelengths of light in the deprotection cycle.

The polymers prepared on a substrate according
to the above methods will have a variety of uses includ-
ing, for example, screening for biological activity.  In
such screening activities, the substrate containing the
sequences is exposed to an unlabeled or labeled receptor
such as an antibody, receptor on a cell, phospholipid
vesicle, or any one of a variety of other receptors.  In
one preferred embodiment the polymers are exposed to a
first, unlabeled receptor of interest and, thereafter,
exposed to a labeled receptor-specific recognition
element, which is, for example, an antibody.  This
process will provide signal amplification in the
detection stage.

The receptor molecules may bind with one or
more polymers on the substrate.  The presence of the
labeled receptor and, therefore, the presence of a
sequence which binds with the receptor is detected in a
preferred embodiment through the use of autoradiography,
detection of fluorescence with a charge-coupled device,
fluorescence microscopy, or the like.  The sequence of
the polymer at the locations where the receptor binding
is detected may be used to determine all or part of a
sequence which is complementary to the receptor.

Use of the invention herein is illustrated
primarily with reference to screening for biological
activity.  The invention will, however, find many other
uses.  For example, the invention may be used in

20

information storage (e.g., on optical disks), production
of molecular electronic devices, production of stationary
phases in separation sciences, production of dyes and
brightening agents, photography, and in immobilization of
5    cells, proteins, lectins, nucleic acids, polysaccharides
and the like in patterns on a surface via molecular
recognition of specific polymer sequences.  By
synthesizing the same compound in adjacent, progressively
differing concentrations, a gradient will be established
10    to control chemotaxis or to develop diagnostic dipsticks
which, for example, titrate an antibody against an
increasing amount of antigen.  By synthesizing several
catalyst molecules in close proximity, more efficient
multistep conversions may be achieved by "coordinate
15    immobilization."  Coordinate immobilization also may be
used for electron transfer systems, as well as to provide
both structural integrity and other desirable properties
to materials such as lubrication, wetting, etc.

        According to alternative embodiments, molecular
20    biodistribution or pharmacokinetic properties may be
examined.  For example, to assess resistance to
intestinal or serum proteases, polymers may be capped
with a fluorescent tag and exposed to biological fluids
of interest.

25

III.   Polymer Synthesis
        Fig. 1 illustrates one embodiment of the
invention disclosed herein in which a substrate 2 is
shown in cross-section.  Essentially, any conceivable
30    substrate may be employed in the invention.  The
substrate may be biological, nonbiological, organic,
inorganic, or a combination of any of these, existing as
particles, strands, precipitates, gels, sheets, tubing,
spheres, containers, capillaries, pads, slices, films,
35    plates, slides, etc.  The substrate may have any
convenient shape, such as a disc, square, sphere, circle,
etc.  The substrate is preferably flat but may take on a

21

variety of alternative surface configurations.  For
example, the substrate may contain raised or depressed
regions on which the synthesis takes place.  The
substrate and its surface preferably form a rigid support
on which to carry out the reactions described herein.
The substrate and its surface is also chosen to provide
appropriate light-absorbing characteristics.  For
instance, the substrate may be a polymerized Langmuir
Blodgett film, functionalized glass, Si, Ge, GaAs, GaP,
$SiO_2$, $SiN_4$, modified silicon, or any one of a wide
variety of gels or polymers such as (poly)tetrafluoro-
ethylene, (poly)vinylidenedifluoride, polystyrene,
polycarbonate, or combinations thereof.  Other substrate
materials will be readily apparent to those of skill in
the art upon review of this disclosure.  In a preferred
embodiment the substrate is flat glass or single-crystal
silicon with surface relief features of less than 10 Å.

      According to some embodiments, the surface of
the substrate is etched using well known techniques to
provide for desired surface features.  For example, by
way of the formation of trenches, v-grooves, mesa
structures, or the like, the synthesis regions may be
more closely placed within the focus point of impinging
light, be provided with reflective "mirror" structures
for maximization of light collection from fluorescent
sources, or the like.

      Surfaces on the solid substrate will usually,
though not always, be composed of the same material as
the substrate.  Thus, the surface may be composed of any
of a wide variety of materials, for example, polymers,
plastics, resins, polysaccharides, silica or silica-based
materials, carbon, metals, inorganic glasses, membranes,
or any of the above-listed substrate materials.  In some
embodiments the surface may provide for the use of caged
binding members which are attached firmly to the surface
of the substrate in accord with the teaching of copending
application Serial No. 404,920, previously incorporated

22

herein by reference.  Preferably, the surface will
contain reactive groups, which could be carboxyl, amino,
hydroxyl, or the like.  Most preferably, the surface will
be optically transparent and will have surface Si-OH
5   functionalities, such as are found on silica surfaces.

The surface 4 of the substrate is preferably
provided with a layer of linker molecules 6, although it
will be understood that the linker molecules are not re-
quired elements of the invention.  The linker molecules
10   are preferably of sufficient length to permit polymers in
a completed substrate to interact freely with molecules
exposed to the substrate.  The linker molecules should be
6-50 atoms long to provide sufficient exposure.  The
linker molecules may be, for example, aryl acetylene,
15   ethylene glycol oligomers containing 2-10 monomer units,
diamines, diacids, amino acids, or combinations thereof.
Other linker molecules may be used in light of this
disclsoure.

According to alternative embodiments, the
20   linker molecules are selected based upon their
hydrophilic/hydrophobic properties to improve
presentation of synthesized polymers to certain
receptors.  For example, in the case of a hydrophilic
receptor, hydrophilic linker molecules will be preferred
25   so as to permit the receptor to more closely approach the
synthesized polymer.

According to another alternative embodiment,
linker molecules are also provided with a photocleavable
group at an intermediate position.  The photocleavable
30   group is preferably cleavable at a wavelength different
from the protective group.  This enables removal of the
various polymers following completion of the synthesis by
way of exposure to the different wavelengths of light.

The linker molecules can be attached to the
35   substrate via carbon-carbon bonds using, for example,
(poly)trifluorochloroethylene surfaces, or preferably,
by siloxane bonds (using, for example, glass or silicon

23

oxide surfaces). Siloxane bonds with the surface of the
substrate may be formed in one embodiment via reactions
of linker molecules bearing trichlorosilyl groups. The
linker molecules may optionally be attached in an ordered
array, i.e., as parts of the head groups in a polymerized
Langmuir Blodgett film. In alternative embodiments, the
linker molecules are adsorbed to the surface of the
substrate.

The linker molecules and monomers used herein
are provided with a functional group to which is bound a
protective group. Preferably, the protective group is
on the distal or terminal end of the linker molecule
opposite the substrate. The protective group may be
either a negative protective group (i.e., the protective
group renders the linker molecules less reactive with a
monomer upon exposure) or a positive protective group
(i.e., the protective group renders the linker molecules
more reactive with a monomer upon exposure). In the case
of negative protective groups an additional step of
reactivation will be required. In some embodiments,
this will be done by heating.

The protective group on the linker molecules
may be selected from a wide variety of positive light-
reactive groups preferably including nitro aromatic
compounds such as o-nitrobenzyl derivatives or benzylsul-
fonyl. In a preferred embodiment, 6-nitroveratryloxy-
carbonyl (NVOC), 2-nitrobenzyloxycarbonyl (NBOC) or
α,α-dimethyl-dimethoxybenzyloxycarbonyl (DDZ) is used.
In one embodiment, a nitro aromatic compound containing
a benzylic hydrogen ortho to the nitro group is used,
i.e., a chemical of the form:

24



where $R_1$ is alkoxy, alkyl, halo, aryl, alkenyl, or hydrogen; $R_2$ is alkoxy, alkyl, halo, aryl, nitro, or hydrogen; $R_3$ is alkoxy, alkyl, halo, nitro, aryl, or hydrogen; $R_4$ is alkoxy, alkyl, hydrogen, aryl, halo, or nitro; and $R_5$ is alkyl, alkynyl, cyano, alkoxy, hydrogen, halo, aryl, or alkenyl.  Other materials which may be used include o-hydroxy-α-methyl cinnamoyl derivatives. Photoremovable protective groups are described in, for example, Patchornik, _J. Am. Chem. Soc._ (1970) 92:6333 and Amit et al., _J. Org. Chem._ (1974) 39:192, both of which are incorporated herein by reference.

In an alternative embodiment the positive reactive group is activated for reaction with reagents in solution.  For example, a 5-bromo-7-nitro indoline group, when bound to a carbonyl, undergoes reaction upon exposure to light at 420 nm.

In a second alternative embodiment, the reactive group on the linker molecule is selected from a wide variety of negative light-reactive groups including a cinammate group.

Alternatively, the reactive group is activated or deactivated by electron beam lithography, x-ray lithography, or any other radiation.  Suitable reactive groups for electron beam lithography include sulfonyl. Other methods may be used including, for example, exposure to a current source.  Other reactive groups and methods of activation may be used in light of this disclosure.

25

As shown in Fig. 1, the linking molecules
are preferably exposed to, for example, light through a
suitable mask 8 using photolithographic techniques of
the type known in the semiconductor industry
5    and described in, for example, Sze, VLSI Technology,
McGraw-Hill (1983), and Mead et al., Introduction to VLSI
Systems, Addison-Wesley (1980), which are incorporated
herein by reference for all purposes.  The light may be
directed at either the surface containing the protective
10    groups or at the back of the substrate, so long as the
substrate is transparent to the wavelength of light
needed for removal of the protective groups.  In the
embodiment shown in Fig. 1, light is directed at the
surface of the substrate containing the protective
15    groups.  Fig. 1 illustrates the use of such masking
techniques as they are applied to a positive reactive
group so as to activate linking molecules and expose
functional groups in areas 10a and 10b.

The mask 8 is in one embodiment a transparent
20    support material selectively coated with a layer of
opaque material.  Portions of the opaque material are
removed, leaving opaque material in the precise pattern
desired on the substrate surface.  The mask is brought
into close proximity with, imaged on, or brought directly
25    into contact with the substrate surface as shown in
Fig. 1.  "Openings" in the mask correspond to locations
on the substrate where it is desired to remove
photoremovable protective groups from the substrate.
Alignment may be performed using conventional alignment
30    techniques in which alignment marks (not shown) are used
to accurately overlay successive masks with previous
patterning steps, or more sophisticated techniques may
be used.  For example, interferometric techniques
such as the one described in Flanders et al., "A New
35    Interferometric Alignment Technique," App. Phys. Lett.
(1977) 31:426-428, which is incorporated herein by
reference, may be used.

26

   To enhance contrast of light applied to
the substrate, it is desirable to provide contrast
enhancement materials between the mask and the substrate
according to some embodiments.  This contrast enhancement
5    layer may comprise a molecule which is decomposed by
light such as quinone diazid or a material which is
transiently bleached at the wavelength of interest.
Transient bleaching of materials will allow greater
penetration where light is applied, thereby enhancing
10   contrast.  Alternatively, contrast enhancement may be
provided by way of a cladded fiber optic bundle.
   The light may be from a conventional
incandescent source, a laser, a laser diode, or the like.
If non-collimated sources of light are used it may be
15   desirable to provide a thick- or multi-layered mask to
prevent spreading of the light onto the substrate.  It
may, further, be desirable in some embodiments to utilize
groups which are sensitive to different wavelengths to
control synthesis.  For example, by using groups which
20   are sensitive to different wavelengths, it is possible to
select branch positions in the synthesis of a polymer or
eliminate certain masking steps.  Several reactive groups
along with their corresponding wavelengths for
deprotection are provided in Table 1.

25

Table 1

| Group | Approximate Deprotection Wavelength |
|---|---|
| Nitroveratryloxy carbonyl (NVOC) | UV (300-400 nm) |
| Nitrobenzyloxy carbonyl (NBOC) | UV (300-350 nm) |
| Dimethyl dimethoxybenzyloxy carbonyl | UV (280-300 nm) |
| 5-Bromo-7-nitroindolinyl | UV (420 nm) |
| o-Hydroxy-α-methyl cinnamoyl | UV (300-350 nm) |
| 2-Oxymethylene anthraquinone | UV (350 nm) |

27

While the invention is illustrated primarily herein by way of the use of a mask to illuminate selected regions the substrate, other techniques may also be used. For example, the substrate may be translated under a modulated laser or diode light source. Such techniques are discussed in, for example, U.S. Patent No. 4,719,615 (Feyrer et al.), which is incorporated herein by reference. In alternative embodiments a laser galvanometric scanner is utilized. In other embodiments, the synthesis may take place on or in contact with a conventional liquid crystal (referred to herein as a "light valve") or fiber optic light sources. By appropriately modulating liquid crystals, light may be selectively controlled so as to permit light to contact selected regions of the substrate. Alternatively, synthesis may take place on the end of a series of optical fibers to which light is selectively applied. Other means of controlling the location of light exposure will be apparent to those of skill in the art.

The substrate may be irradiated either in contact or not in contact with a solution (not shown) and is, preferably, irradiated in contact with a solution. The solution contains reagents to prevent the by-products formed by irradiation from interfering with synthesis of the polymer according to some embodiments. Such by-products might include, for example, carbon dioxide, nitrosocarbonyl compounds, styrene derivatives, indole derivatives, and products of their photochemical reactions. Alternatively, the solution may contain reagents used to match the index of refraction of the substrate. Reagents added to the solution may further include, for example, acidic or basic buffers, thiols, substituted hydrazines and hydroxylamines, reducing agents (e.g., NADH) or reagents known to react with a given functional group (e.g., aryl nitroso + glyoxylic acid $\rightarrow$ aryl formhydroxamate + $CO_2$).

28

Either concurrently with or after the
irradiation step, the linker molecules are washed or
otherwise contacted with a first monomer, illustrated
by "A" in regions 12a and 12b in Fig. 2.  The first
5    monomer reacts with the activated functional groups of
the linkage molecules which have been exposed to light.
The first monomer, which is preferably an amino acid,
is also provided with a photoprotective group.  The
photoprotective group on the monomer may be the same
10   as or different than the protective group used in the
linkage molecules, and may be selected from any of the
above-described protective groups.  In one embodiment,
the protective groups for the A monomer is selected from
the group NBOC and NVOC.

15   As shown in Fig. 3, the process of irradiating
is thereafter repeated, with a mask repositioned so as to
remove linkage protective groups and expose functional
groups in regions 14a and 14b which are illustrated as
being regions which were protected in the previous
20   masking step.  As an alternative to repositioning of
the first mask, in many embodiments a second mask will
be utilized.  In other alternative embodiments, some
steps may provide for illuminating a common region in
successive steps.  As shown in Fig. 3, it may be
25   desirable to provide separation between irradiated
regions.  For example, separation of about 1-5 $\mu$m may
be appropriate to account for alignment tolerances.

As shown in Fig. 4, the substrate is then
exposed to a second protected monomer "B," producing
30   B regions 16a and 16b.  Thereafter, the substrate is
again masked so as to remove the protective groups and
expose reactive groups on A region 12a and B region 16b.
The substrate is again exposed to monomer B, resulting in
the formation of the structure shown in Fig. 6.  The
35   dimers B-A and B-B have been produced on the substrate.

A subsequent series of masking and contacting
steps similar to those described above with A (not shown)

29

provides the structure shown in Fig. 7.   The process provides all possible dimers of B and A, i.e., B-A, A-B, A-A, and B-B.

The substrate, the area of synthesis, and the area for synthesis of each individual polymer could be of any size or shape.   For example, squares, ellipsoids, rectangles, triangles, circles, or portions thereof, along with irregular geometric shapes, may be utilized. Duplicate synthesis areas may also be applied to a single substrate for purposes of redundancy.

In one embodiment the regions 12 and 16 on the substrate will have a surface area of between about 1 cm$^2$ and 10$^{-10}$ cm$^2$.   In some embodiments the regions 12 and 16 have areas of less than about 10$^{-1}$ cm$^2$, 10$^{-2}$ cm$^2$, 10$^{-3}$ cm$^2$, 10$^{-4}$ cm$^2$, 10$^{-5}$ cm$^2$, 10$^{-6}$ cm$^2$, 10$^{-7}$ cm$^2$, 10$^{-8}$ cm$^2$, or 10$^{-10}$ cm$^2$. In a preferred embodiment, the regions 12 and 16 are between about 10x10 $\mu$m and 500x500 $\mu$m.

In some embodiments a single substrate supports more than about 10 different monomer sequences and perferably more than about 100 different monomer sequences, although in some embodiments more than about 10$^3$, 10$^4$, 10$^5$, 10$^6$, 10$^7$, or 10$^8$ different sequences are provided on a substrate.   Of course, within a region of the substrate in which a monomer sequence is synthesized, it is preferred that the monomer sequence be substantially pure.   In some embodiments, regions of the substrate contain polymer sequences which are at least about 1%, 5%, 10%, 15%, 20%, 25%, 30%, 35%, 40%, 45%, 50%, 60%, 70%, 80%, 90%, 95%, 96%, 97%, 98%, or 99% pure.

According to some embodiments, several sequences are intentionally provided within a single region so as to provide an initial screening for biological activity, after which materials within regions exhibiting significant binding are further evaluated.

IV.   Details of One Embodiment of a Reactor System

    Fig. 8A schematically illustrates a preferred
embodiment of a reactor system 100 for synthesizing
polymers on the prepared substrate in accordance with one
aspect of the invention.  The reactor system includes a
body 102 with a cavity 104 on a surface thereof.  In
preferred embodiments the cavity 104 is between about 50
and 1000 $\mu$m deep with a depth of about 500 $\mu$m preferred.

    The bottom of the cavity is preferably provided
with an array of ridges 106 which extend both into the
plane of the Figure and parallel to the plane of the
Figure.  The ridges are preferably about 50 to 200 $\mu$m
deep and spaced at about 2 to 3mm.  The purpose of the
ridges is to generate turbulent flow for better mixing.
The bottom surface of the cavity is preferably light
absorbing so as to prevent reflection of impinging light.

    A substrate 112 is mounted above the cavity
104.  The substrate is provided along its bottom surface
114 with a photoremovable protective group such as NVOC
with or without an intervening linker molecule.  The
substrate is preferably transparent to a wide spectrum of
light, but in some embodiments is transparent only at a
wavelength at which the protective group may be removed
(such as UV in the case of NVOC).  The substrate in some
embodiments is a conventional microscope glass slide or
cover slip.  The substrate is preferably as thin as
possible, while still providing adequate physical
support.  Preferably, the substrate is less than about
1 mm thick, more preferably less than 0.5 mm thick, more
preferably less than 0.1 mm thick, and most preferably
less than 0.05 mm thick.  In alternative preferred
embodiments, the substrate is quartz or silicon.

    The substrate and the body serve to seal the
cavity except for an inlet port 108 and an outlet port
110.  The body and the substrate may be mated for sealing
in some embodiments with one or more gaskets.  According
to a preferred embodiment, the body is provided with two

31

concentric gaskets and the intervening space is held at
vacuum to ensure mating of the substrate to the gaskets.

     Fluid is pumped through the inlet port into the
cavity by way of a pump 116 which may be, for example, a
5   model no. B-120-S made by Eldex Laboratories.  Selected
fluids are circulated into the cavity by the pump,
through the cavity, and out the outlet for recirculation
or disposal.  The reactor may be subjected to ultrasonic
radiation and/or heated to aid in agitation in some
10  embodiments.

     Above the substrate 112, a lens 120 is provided
which may be, for example, a 2" 100mm focal length fused
silica lens.  For the sake of a compact system, a
reflective mirror 122 may be provided for directing
15  light from a light source 124 onto the substrate.  Light
source 124 may be, for example, a Xe(Hg) light source
manufactured by Oriel and having model no. 66024.  A
second lens 126 may be provided for the purpose of
projecting a mask image onto the substrate in combination
20  with lens 112.  This form of lithography is referred to
herein as projection printing.  As will be apparent from
this disclosure, proximity printing and the like may also
be used according to some embodiments.

     Light from the light source is permitted to
25  reach only selected locations on the substrate as a
result of mask 128.  Mask 128 may be, for example, a
glass slide having etched chrome thereon.  The mask 128
in one embodiment is provided with a grid of transparent
locations and opaque locations.  Such masks may be
30  manufactured by, for example, Photo Sciences, Inc.  Light
passes freely through the transparent regions of the
mask, but is reflected from or absorbed by other regions.
Therefore, only selected regions of the substrate are
exposed to light.

     As discussed above, light valves (LCD's)
35  may be used as an alternative to conventional masks
to selectively expose regions of the substrate.

32

Alternatively, fiber optic faceplates such as those available from Schott Glass, Inc, may be used for the purpose of contrast enhancement of the mask or as the sole means of restricting the region to which light is applied.  Such faceplates would be placed directly above or on the substrate in the reactor shown in Fig. 8A.  In still further embodiments, flys-eye lenses, tapered fiber optic faceplates, or the like, may be used for contrast enhancement.

In order to provide for illumination of regions smaller than a wavelength of light, more elaborate techniques may be utilized.  For example, according to one preferred embodiment, light is directed at the substrate by way of molecular microcrystals on the tip of, for example, micropipettes.  Such devices are disclosed in Lieberman et al., "A Light Source Smaller Than the Optical Wavelength," Science (1990) 247:59-61, which is incorporated herein by reference for all purposes.

In operation, the substrate is placed on the cavity and sealed thereto.  All operations in the process of preparing the substrate are carried out in a room lit primarily or entirely by light of a wavelength outside of the light range at which the protective group is removed.  For example, in the case of NVOC, the room should be lit with a conventional dark room light which provides little or no UV light.  All operations are preferably conducted at about room temperature.

A first, deprotection fluid (without a monomer) is circulated through the cavity.  The solution preferably is of 5 mM sulfuric acid in dioxane solution which serves to keep exposed amino groups protonated and decreases their reactivity with photolysis by-products.  Absorptive materials such as N,N-diethylamino 2,4-dinitrobenzene, for example, may be included in the deprotection fluid which serves to absorb light and prevent reflection and unwanted photolysis.

33

The slide is, thereafter, positioned in a light raypath from the mask such that first locations on the substrate are illuminated and, therefore, deprotected. In preferred embodiments the substrate is illuminated for between about 1 and 15 minutes with a preferred illumination time of about 10 minutes at 10-20 mW/cm$^2$ with 365 nm light. The slides are neutralized (i.e., brought to a pH of about 7) after photolysis with, for example, a solution of di-isopropylethylamine (DIEA) in methylene chloride for about 5 minutes.

The first monomer is then placed at the first locations on the substrate. After irradiation, the slide is removed, treated in bulk, and then reinstalled in the flow cell. Alternatively, a fluid containing the first monomer, preferably also protected by a protective group, is circulated through the cavity by way of pump 116. If, for example, it is desired to attach the amino acid Y to the substrate at the first locations, the amino acid Y (bearing a protective group on its α-nitrogen), along with reagents used to render the monomer reactive, and/or a carrier, is circulated from a storage container 118, through the pump, through the cavity, and back to the inlet of the pump.

The monomer carrier solution is, in a preferred embodiment, formed by mixing of a first solution (referred to herein as solution "A") and a second solution (referred to herein as solution "B"). Table 2 provides an illustration of a mixture which may be used for solution A.

34

Table 2

Representative Monomer Carrier Solution "A"

_____

5

100 mg NVOC amino protected amino acid

37 mg HOBT (1-Hydroxybenzotriazole)

250 μl DMF (Dimethylformamide)

86 μl DIEA (Diisopropylethylamine)

_____

10      The composition of solution B is illustrated in
Table 3.  Solutions A and B are mixed and allowed to
react at room temperature for about 8 minutes, then
diluted with 2 ml of DMF, and 500 μl are applied to the
15   surface of the slide or the solution is circulated
through the reactor system and allowed to react for about
2 hours at room temperature.  The slide is then washed
with DMF, methylene chloride and ethanol.


20              Table 3

Representative Monomer Carrier Solution "B"

_____

250 μl DMF

111 mg BOP (Benzotriazolyl-n-oxy-tris(dimethylamino)
25              phosphoniumhexafluorophosphate)

_____

As the solution containing the monomer to be
attached is circulated through the cavity, the amino acid
30   or other monomer will react at its carboxy terminus with
amino groups on the regions of the substrate which have
been deprotected.  Of course, while the invention is
illustrated by way of circulation of the monomer through
the cavity, the invention could be practiced by way of
35   removing the slide from the reactor and submersing it in
an appropriate monomer solution.

35

After addition of the first monomer, the
solution containing the first amino acid is then purged
from the system.  After circulation of a sufficient
amount of the DMF/methylene chloride such that removal of
the amino acid can be assured (e.g., about 50x times the
volume of the cavity and carrier lines), the mask or
substrate is repositioned, or a new mask is utilized such
that second regions on the substrate will be exposed to
light and the light 124 is engaged for a second exposure.
This will deprotect second regions on the substrate and
the process is repeated until the desired polymer
sequences have been synthesized.

The entire derivatized substrate is then
exposed to a receptor of interest, preferably labeled
with, for example, a fluorescent marker, by circulation
of a solution or suspension of the receptor through the
cavity or by contacting the surface of the slide in bulk.
The receptor will preferentially bind to certain regions
of the substrate which contain complementary sequences.

Antibodies are typically suspended in what is
commonly referred to as "supercocktail," which may be,
for example, a solution of about 1% BSA (bovine serum
albumin), 0.5% Tween in PBS (phosphate buffered saline)
buffer.  The antibodies are diluted into the
supercocktail buffer to a final concentration of, for
example, about 0.1 to 4 μg/ml.

Fig. 8B illustrates an alternative preferred
embodiment of the reactor shown in Fig. 8A.  According
to this embodiment, the mask 128 is placed directly in
contact with the substrate.  Preferably, the etched
portion of the mask is placed face down so as to reduce
the effects of light dispersion.  According to this
embodiment, the imaging lenses 120 and 126 are not
necessary because the mask is brought into close
proximity with the substrate.

36

For purposes of increasing the signal-to-noise ratio of the technique, some embodiments of the invention provide for exposure of the substrate to a first labeled or unlabeled receptor followed by exposure of a labeled, second receptor (e.g., an antibody) which binds at multiple sites on the first receptor. If, for example, the first receptor is an antibody derived from a first species of an animal, the second receptor is an antibody derived from a second species directed to epitopes associated with the first species. In the case of a mouse antibody, for example, fluorescently labeled goat antibody or antiserum which is antimouse may be used to bind at multiple sites on the mouse antibody, providing several times the fluorescence compared to the attachment of a single mouse antibody at each binding site. This process may be repeated again with additional antibodies (e.g., goat-mouse-goat, etc.) for further signal amplification.

In preferred embodiments an ordered sequence of masks is utilized. In some embodiments it is possible to use as few as a single mask to synthesize all of the possible polymers of a given monomer set.

If, for example, it is desired to synthesize all 16 dinucleotides from four bases, a 1 cm square synthesis region is divided conceptually into 16 boxes, each 0.25 cm wide. Denote the four monomer units by A, B, C, and D. The first reactions are carried out in four vertical columns, each 0.25 cm wide. The first mask exposes the left-most column of boxes, where A is coupled. The second mask exposes the next column, where B is coupled; followed by a third mask, for the C column; and a final mask that exposes the right-most column, for D. The first, second, third, and fourth masks may be a single mask translated to different locations.

37

The process is repeated in the horizontal direction for the second unit of the dimer.  This time, the masks allow exposure of horizontal rows, again 0.25 cm wide.  A, B, C, and D are sequentially coupled using masks that expose horizontal fourths of the reaction area.  The resulting substrate contains all 16 dinucleotides of four bases.

The eight masks used to synthesize the dinucleotide are related to one another by translation or rotation.  In fact, one mask can be used in all eight steps if it is suitably rotated and translated.  For example, in the example above, a mask with a single transparent region could be sequentially used to expose each of the vertical columns, translated 90°, and then sequentially used to allow exposure of the horizontal rows.

Tables 4 and 5 provide a simple computer program in Quick Basic for planning a masking program and a sample output, respectively, for the synthesis of a polymer chain of three monomers ("residues") having three different monomers in the first level, four different monomers in the second level, and five different monomers in the third level in a striped pattern.  The output of the program is the number of cells, the number of "stripes" (light regions) on each mask, and the amount of translation required for each exposure of the mask.

38

Table 4

Mask Strategy Program

```
DEFINT A-Z
DIM b(20), w(20), 1(500)
F$ = "LPT1:"
OPEN f$ FOR OUTPUT AS #1

jmax = 3          'Number of residues
b(1) = 3: b(2) = 4: b(3) = 5     'Number of building blocks for res 1,2,3
g = 1: lmax(1) = 1

FOR j = 1 TO jmax: g= g * b(j): NEXT j

w(0) = 0: w(1) = g / b(1)

PRINT #1, "MASK2.BAS ", DATE$, TIME$: PRINT #1,
PRINT #1, USING "Number of residues=##"; jmax
FOR j = 1 TO jmax
PRINT #1, USING "     Residue ##       ## building blocks"; j; b(j)
NEXT j
PRINT #1, "
PRINT #1, USING "Number of cells=####"; g: PRINT #1,

FOR j = 2 TO jmax
lmax(j) = lmax(j - 1) * b(j - 1)
w(j) = w(j - 1) / b(j)
NEXT j

FOR j = 1 TO jmax
PRINT #1, USING "Mask for residue ##"; j: PRINT #1,
PRINT #1, USING "   Number of stripes=###"; lmax(j)
PRINT #1, USING "   Width of each stripe=###"; w(j)
FOR l = 1 TO lmax(j)
a = 1 + (1 - 1) * w(j - 1)
ae = a + w(j) - 1
PRINT #1, USING "   Stripe ## begins at location ### and ends at ###"; l; a; ae
NEXT l
PRINT #1,
PRINT #1, USING "   For each of ## building blocks, translate mask by ##
cell(s)"; b(j); w(j),
PRINT #1, : PRINT #1, : PRINT #1,
NEXT j
```

© Copyright 1990, Affymax N.V.

39

Table 5

Masking Strategy Output

---

Number of residues= 3
        Residue  1          3 building blocks
        Residue  2          4 building blocks
        Residue  3          5 building blocks

Number of cells= 60

Mask for residue  1

    Number of stripes= 1
    Width of each stripe= 20
    Stripe  1 begins at location   1 and ends at   20

    For each of  3 building blocks, translate mask by 20 cell(s)


Mask for residue  2

    Number of stripes=  3
    Width of each stripe= 5
    Stripe  1 begins at location   1 and ends at    5
    Stripe  2 begins at location  21 and ends at   25
    Stripe  3 begins at location  41 and ends at   45

    For each of  4 building blocks, translate mask by  5 cell(s)


Mask for residue  3

    Number of stripes= 12
    Width of each stripe= 1
    Stripe  1 begins at location   1 and ends at    1
    Stripe  2 begins at location   6 and ends at    6
    Stripe  3 begins at location  11 and ends at   11
    Stripe  4 begins at location  16 and ends at   16
    Stripe  5 begins at location  21 and ends at   21
    Stripe  6 begins at location  26 and ends at   26
    Stripe  7 begins at location  31 and ends at   31
    Stripe  8 begins at location  36 and ends at   36
    Stripe  9 begins at location  41 and ends at   41
    Stripe 10 begins at location  46 and ends at   46
    Stripe 11 begins at location  51 and ends at   51
    Stripe 12 begins at location  56 and ends at   56

    For each of  5 building blocks, translate mask by  1 cell(s)

---

© Copyright 1990, Affymax N.V.