# EXHIBIT   D

US006399365B2

(12) **United States Patent**　　　(10) Patent No.: **US 6,399,365 B2**

Besemer et al.　　　　　　　　　　(45) Date of Patent:　**Jul. 4, 2002**

(54) **BIOARRAY CHIP REACTION APPARATUS AND ITS MANUFACTURE**

(75) Inventors: **Donald M. Besemer**, Los Altos Hills; **Virginia W. Goss**, Santa Barbara; **James L. Winkler**, Sunnyvale, all of CA (US)

(73) Assignee: **Affymetrix, Inc.**, Santa Clara, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/907,196**

(22) Filed: **Jul. 17, 2001**

**Related U.S. Application Data**

(63) Continuation of application No. 09/302,052, filed on Apr. 29, 1999, now Pat. No. 6,287,850, which is a continuation of application No. 08/485,452, filed on Jun. 7, 1995, now Pat. No. 5,945,334, which is a continuation-in-part of application No. 08/255,682, filed on Jun. 8, 1994, now abandoned.

(51) Int. Cl.[7] ............................. C12G 1/68; C12M 1/34; C12P 19/34; C07H 21/02; C07H 21/04

(52) U.S. Cl. ........................ 435/287.2; 435/6; 435/7.1; 435/91.1; 435/91.2; 435/285.1; 536/22.1; 536/23.1; 536/24.3; 536/24.31; 536/24.32; 536/24.33

(58) Field of Search ............................ 435/6, 7.1, 91.1, 435/91.2, 285.1, 287.2; 536/22.1, 23.1, 24.3, 24.31, 24.32, 24.33

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,281,860 A | 10/1966 | Adams et al. |
| 3,710,933 A | 1/1973 | Fulwlyer et al. |
| 3,802,966 A | 4/1974 | Delekto et al. |
| 4,016,855 A | 4/1977 | Mimata |
| 4,121,222 A | 10/1978 | Diebold et al. |
| 4,204,929 A | 5/1980 | Bier |
| 4,373,071 A | 2/1983 | Itakura |
| 4,458,066 A | 7/1984 | Caruthers et al. |
| 4,500,707 A | 2/1985 | Caruthers et al. |
| 4,728,502 A | 3/1988 | Hamill |
| 4,731,325 A | 3/1988 | Palva et al. |
| 4,780,505 A | 10/1988 | Buendía et al. |
| 4,812,512 A | 3/1989 | Buendía et al. |
| 4,815,274 A | 3/1989 | Piatti |
| 4,853,335 A | 8/1989 | Olsen et al. |
| 4,877,745 A | 10/1989 | Hayes et al. |
| 4,878,971 A | 11/1989 | Tsunekawa et al. |
| 4,963,498 A | 10/1990 | Hillman et al. |
| 4,992,383 A | 2/1991 | Farnsworth |
| 5,021,550 A | 6/1991 | Zeiger |
| 5,047,524 A | 9/1991 | Andrus et al. |
| 5,141,813 A | 8/1992 | Nelson |
| 5,143,854 A | 9/1992 | Pirrung et al. |
| 5,153,319 A | 10/1992 | Caruthers et al. |
| 5,188,963 A | 2/1993 | Stapleton |
| 5,200,051 A | 4/1993 | Cozzette et al. |
| 5,204,253 A | 4/1993 | Sanford |
| 5,256,549 A | 10/1993 | Ureda |

| | | |
|---|---|---|
| 5,281,516 A | 1/1994 | Stapleton et al. |
| 5,281,540 A | 1/1994 | Merkh et al. ............... 436/530 |
| 5,287,272 A | * 2/1994 | Rutenberg et al. ..... 364/413.01 |
| 5,288,514 A | 2/1994 | Ellman |
| 5,300,779 A | 4/1994 | Hillman et al. |
| 5,304,487 A | 4/1994 | Wilding et al. |
| 5,310,469 A | 5/1994 | Cunningham et al. |
| 5,314,829 A | 5/1994 | Coles ....................... 436/165 |
| 5,320,808 A | 6/1994 | Holen et al. |
| 5,346,672 A | 9/1994 | Stapleton et al. |
| 5,358,691 A | 10/1994 | Clark et al. |
| 5,374,395 A | 12/1994 | Robinson et al. ............. 422/64 |
| 5,382,511 A | 1/1995 | Stapleton |
| 5,384,261 A | 1/1995 | Winkler et al. |
| 5,436,129 A | 7/1995 | Stapleton |
| 5,451,500 A | 9/1995 | Stapleton |
| 5,466,575 A | 11/1995 | Cozzette |
| 5,474,796 A | 12/1995 | Brennan |
| 5,486,335 A | 1/1996 | Wilding et al. |
| 5,486,452 A | 1/1996 | Gordon et al. |
| 5,494,124 A | 2/1996 | Dove et al. |
| 5,498,392 A | 3/1996 | Wilding et al. |
| 5,571,639 A | 11/1996 | Hubbell et al. |
| 5,631,734 A | * 5/1997 | Stern et al. |
| 5,637,469 A | 6/1997 | Wilding et al. |
| 5,639,612 A | * 6/1997 | Mitsuhashi et al. |
| 5,677,195 A | 10/1997 | Winkler et al. |
| 5,698,393 A | 12/1997 | Macioszek et al. |
| 5,700,637 A | 12/1997 | Southern |
| 5,757,666 A | 5/1998 | Shreiber et al. ............. 364/509 |
| 5,800,992 A | 9/1998 | Fodor et al. |
| 5,807,522 A | 9/1998 | Brown et al. |
| 5,846,708 A | 12/1998 | Hollis et al. |
| 5,945,334 A | 8/1999 | Besemer et al. |
| 5,961,923 A | 10/1999 | Nova et al. ............... 422/68.1 |
| 6,121,048 A | 9/2000 | Zaffaroni et al. |
| 6,140,044 A | 10/2000 | Besemer et al. ............... 435/6 |
| 6,180,351 B1 | 1/2001 | Cattell |
| 6,215,894 B1 | 4/2001 | Zeleny |
| 6,096,561 A1 | 8/2001 | Tayi ........................ 436/518 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 260 965 | 3/1988 |
| EP | 0 417 305 | 9/1990 |
| WO | WO 89/10977 | 11/1989 |
| WO | WO 90/00626 | 1/1990 |
| WO | WO 90/03382 | 4/1990 |
| WO | WO 90/15070 | 12/1990 |
| WO | WO 92/10092 | 6/1992 |
| WO | WO 93/09668 | 5/1993 |
| WO | WO 93/11262 | 6/1993 |

* cited by examiner

*Primary Examiner*—Jeffrey Siew

(74) *Attorney, Agent, or Firm*—Philip L. McGarrigle; Alan B. Sherr; Ivan D. Zitkovsky

(57) **ABSTRACT**

A package for hybridization includes a substrate and a housing. The substrate has a first surface that includes an array of probes having biological polymers immobilized thereon. The housing includes a fluid cavity constructed and arranged for hybridization of a target to a probe of the probe array located inside the fluid cavity. The housing also includes a bar code.

**58 Claims, 46 Drawing Sheets**



FIG. 1B

FIG. 1A



**FIG. 2A**



FIG. 2B



FIG. 2C



**FIG. 2D**



FIG. 3



FIG. 4



FIG. 5B

FIG. 5A



FIG. 5C



**FIG. 6**

Case 1:04-cv-00901-JJF     Document 256-8     Filed 04/17/2006     Page 13 of 21



**FIG. 7**



FIG. 8A



**FIG. 8B**



FIG. 9A



FIG. 9B



FIG. 9C



FIG. 1



**FIG. 11**



**FIG. 12A**