

FIG. 12B



FIG. 13



FIG. 14A



FIG. 14B

FIG. 14C



FIG. 14D



FIG. 15B



FIG. 15A



FIG. 15D



FIG. 15C

FIG. 15E



**FIG. 16A**



**FIG. 16B**



**FIG. 17B**



**FIG. 17A**



FIG. 18



FIG. 19



**FIG. 20A**



**FIG. 20B**



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



**FIG. 26A**



**FIG. 26B**



FIG. 27B



FIG. 27A



FIG. 28



**FIG. 29**