# EXHIBIT E



US005795716A

# United States Patent [19]

## Chee et al.

[11] Patent Number: 5,795,716

[45] Date of Patent: Aug. 18, 1998

[54] **COMPUTER-AIDED VISUALIZATION AND ANALYSIS SYSTEM FOR SEQUENCE EVALUATION**

[76] Inventors: **Mark S. Chee**, 3199 Waverly St., Palo Alto, Calif. 94306; **Robert J. Lipshotz**, 970 Palo Alto Ave., Palo Alto, Calif. 94381

[21] Appl. No.: **327,525**

[22] Filed: **Oct. 21, 1994**

[51] Int. Cl.$^6$ .................. C12Q 1/68; C12P 19/34; G06F 15/46; C07H 21/04

[52] U.S. Cl. .................. 435/6; 435/91.1; 435/91.2; 382/178; 382/179; 364/96; 364/97; 364/98; 364/99; 536/24.3; 536/24.33; 536/24.32; 536/23.1

[58] Field of Search .................. 382/178, 179; 435/5, 6, 91.2, 91.1, 7.1, 7.2, 23.1; 536/24.3, 24.33, 96, 97, 98, 99

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,741,043 | 4/1988 | Bacus . |
| 4,965,725 | 10/1993 | Rutenberg et al. . |
| 5,002,867 | 3/1991 | Macevicz .................. 435/6 |
| 5,202,231 | 4/1993 | Drmanac et al. . |
| 5,273,632 | 12/1993 | Stockham et al. . |
| 5,384,261 | 1/1995 | Winkler et al. .................. 436/518 |
| 5,445,934 | 8/1995 | Fodor et al. .................. 435/6 |
| 5,470,710 | 11/1995 | Weiss et al. . |
| 5,492,806 | 2/1996 | Drmanac et al. .................. 435/5 |
| 5,525,464 | 6/1996 | Drmanac et al. . |
| 5,527,681 | 6/1996 | Holmes .................. 435/6 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 89/10977 | 11/1989 | WIPO . |
| WO 92/10588 | 6/1992 | WIPO . |
| 95/11995 | 5/1995 | WIPO . |
| WO 95/35505 | 12/1995 | WIPO . |

### OTHER PUBLICATIONS

Drmanac et al. DNA Sequence Determination by hybridization:A strategy for Effeicient Large Scale Sequencing. Science: 260: 1649–1652, 1993.

Strezoska et al. DNA sequencing by Hybridization : 100 bases read by a non–gel based method. PNAS 88: 10089–10093, 1991.

Drmanac et al. An algorithm for the DNA Sequence Generation form k–Tuple Word Contents of the Minimal Number of Random Fragments. J. of Biomolecular Structure & Dynamics 8: 1085–1102, 1991.

Southern et al. Analyzing and Comparing Nucleic Acid Sequences by Hybridization to Arrays of Oligonucleotides: Evaluation using Experimentals Models. Genomics 13: 1008–1017, 1992.

*Primary Examiner*—W. Gary Jones
*Assistant Examiner*—Dianne Rees

[57] **ABSTRACT**

A computer system for analyzing nucleic acid sequences is provided. The computer system is used to perform multiple methods for determining unknown bases by analyzing the fluorescence intensities of hybridized nucleic acid probes. The results of individual experiments are improved by processing nucleic acid sequences together. Comparative analysis of multiple experiments is also provided by displaying reference sequences in one area and sample sequences in another area on a display device.

**10 Claims, 26 Drawing Sheets**

Microfiche Appendix Included
(5 Microfiche, 272 Pages)



FIG. 1



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 3



FIG. 4A-1



FIG. 4A-2

| POSITION | WT | REFERENCE | | | | SAMPLE | | | | | RATIO OF RATIOS | | | | BASE | CONFIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BACK-GROUND | A | C | G | T | BACK-GROUND | A | C | G | T | A/A | C/C | G/G | T/T | | |
| 463 | C | P | 7.2 | 9.9 | 1.0 | 5.6 | P | 6.4 | 2.3 | 1.0 | 14.5 | 1.1 | 4.3 | 1.0 | 0.4 | G | 1 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |

FIG. 4B



FIG. 5A-1



FIG. 5A-2

|  | | | | | | | | | | 510 | | | | | | 518 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NORMALIZED INTENSITIES | | | | | | | | | | | | | | | | | | | |
| WILDTYPE | | | | | | | | | | | | | | | | | | | |
| A | 0.61 | 0.57 | 0.70 | 0.08 | 0.13 | 0.11 | 0.75 | 0.57 | 0.6 | 0.10 | 0.07 | 0.87 | 0.06 | 0.75 | 0.20 | 0.26 | 0.37 |
| C | 0.24 | 0.29 | 0.18 | 0.81 | 0.66 | 0.80 | 0.10 | 0.15 | 0.3 | 0.83 | 0.90 | 0.07 | 0.88 | 0.09 | 0.29 | 0.51 | 0.42 |
| G | 0.11 | 0.09 | 0.08 | 0.08 | 0.12 | 0.05 | 0.07 | 0.16 | 0.7 | 0.04 | 0.03 | 0.06 | 0.04 | 0.10 | 0.16 | 0.12 | 0.13 |
| T | 0.04 | 0.04 | 0.03 | 0.03 | 0.08 | 0.04 | 0.07 | 0.12 | 0.4 | 0.02 | 0.01 | 0.01 | 0.03 | 0.05 | 0.36 | 0.11 | 0.09 |
| MUTANT | | | | | | | | | | | | | | | | | | | |
| A | 0.37 | 0.37 | 0.55 | 0.15 | 0.26 | 0.26 | 0.58 | 0.25 | 0.6 | 0.16 | 0.83 | 0.16 | 0.05 | 0.64 | 0.21 | 0.26 | 0.37 |
| C | 0.40 | 0.45 | 0.27 | 0.71 | 0.46 | 0.57 | 0.15 | 0.15 | 0.9 | 0.72 | 0.09 | 0.80 | 0.80 | 0.12 | 0.28 | 0.46 | 0.34 |
| G | 0.18 | 0.11 | 0.12 | 0.10 | 0.15 | 0.11 | 0.13 | 0.44 | 0.5 | 0.08 | 0.06 | 0.05 | 0.10 | 0.13 | 0.19 | 0.15 | 0.16 |
| T | 0.05 | 0.06 | 0.06 | 0.04 | 0.13 | 0.06 | 0.14 | 0.16 | 0.9 | 0.03 | 0.02 | 0.02 | 0.05 | 0.11 | 0.32 | 0.14 | 0.12 |
| MT - MT (NORMALIZED INTENSITIES) | | | | | | | | | | | | | | | | | | | |
| POSITION: | 234 | 235 | 236 | 237 | 238 | 239 | 240 | 241 | 242 | 243 | 244 | 245 | 246 | 247 | 248 | 249 | 250 |
| WILDTYPE: | A | A | A | C | C | C | A | A | C | C | C | A | C | A | T | C | A |
| CALLED: | M | M | A | C | X | C | A | X | C | C | C | A | C | A | X | X | M |
| A | -0.24 | -0.20 | -0.15 | 0.07 | 0.12 | 0.15 | -0.18 | -0.32 | 0.09 | 0.06 | 0.07 | -0.04 | 0.00 | -0.11 | 0.01 | 0.00 | 0.01 |
| C | 0.17 | 0.16 | 0.09 | -0.10 | -0.20 | -0.23 | 0.05 | 0.00 | -0.04 | -0.11 | -0.10 | 0.03 | -0.08 | 0.03 | -0.01 | -0.05 | -0.07 |
| G | 0.07 | 0.02 | 0.04 | 0.02 | 0.03 | 0.03 | 0.03 | 0.28 | 0.09 | 0.04 | 0.01 | 0.00 | 0.06 | 0.03 | 0.03 | 0.03 | 0.03 |
| T | 0.01 | 0.02 | 0.02 | 0.01 | 0.05 | 0.02 | 0.07 | 0.04 | 0.14 | 0.01 | 0.01 | 0.01 | 0.02 | 0.05 | -0.04 | 0.03 | 0.04 |

524 (bracket over rightmost three columns)

FIG. 5B

| BCK SUBTRACTED INTENSITIES | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RY090203.CQ1 | -7 | -6 | -5 | -4 | -3 | -2 | -1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| POSITION: | 234 | 235 | 236 | 237 | 238 | 239 | 240 | 241 | 242 | 243 | 244 | 245 | 246 | 247 | 248 | 249 | 250 |
| WILDTYPE: | A | A | A | C | C | C | A | A | T | C | C | A | C | A | T | C | A |
| CALLED: | A | A | A | C | C | C | A | A | T | C | C | A | C | A | T | C | M |
| A | 148 | 193 | 165 | 17 | 70 | 38 | 282 | 385 | 97 | 31 | 18 | 158 | 15 | 223 | 178 | 126 | 154 |
| C | 57 | 100 | 42 | 167 | 345 | 278 | 38 | 99 | 139 | 249 | 249 | 13 | 244 | 28 | 257 | 250 | 175 |
| G | 26 | 32 | 20 | 16 | 64 | 17 | 27 | 107 | 100 | 13 | 9 | 11 | 10 | 30 | 142 | 59 | 55 |
| T | 9 | 15 | 10 | 6 | 41 | 14 | 27 | 79 | 261 | 6 | 2 | 1 | 7 | 16 | 320 | 52 | 37 |
| S | 240 | 340 | 238 | 207 | 522 | 347 | 374 | 671 | 598 | 298 | 279 | 182 | 276 | 298 | 896 | 487 | 421 |
| WTR | 148 | 193 | 165 | 167 | 345 | 278 | 282 | 385 | 261 | 249 | 249 | 158 | 244 | 223 | 320 | 250 | 154 |
| MAXR | 148 | 193 | 165 | 167 | 345 | 278 | 282 | 385 | 261 | 249 | 249 | 158 | 244 | 223 | 320 | 250 | 175 |
| MC090407.CQ1 | | | | | | | | | | | | | | | | | |
| POSITION: | 234 | 235 | 236 | 237 | 238 | 239 | 240 | 241 | 242 | 243 | 244 | 245 | 246 | 247 | 248 | 249 | 250 |
| WILDTYPE: | A | A | A | C | C | C | A | A | T | C | C | A | C | A | T | C | A |
| CALLED: | M | M | A | C | X | C | A | X | X | C | C | A | C | A | X | X | M |
| A | 194 | 238 | 150 | 44 | 191 | 126 | 283 | 332 | 234 | 58 | 49 | 242 | 25 | 337 | 286 | 180 | 256 |
| C | 209 | 291 | 74 | 202 | 337 | 277 | 74 | 199 | 175 | 259 | 288 | 27 | 376 | 65 | 379 | 324 | 234 |
| G | 92 | 72 | 34 | 29 | 114 | 52 | 65 | 571 | 23 | 30 | 17 | 16 | 47 | 71 | 254 | 104 | 109 |
| T | 25 | 39 | 15 | 11 | 96 | 29 | 68 | 205 | 267 | 11 | 8 | 5 | 23 | 57 | 427 | 97 | 85 |
| S | 520 | 639 | 274 | 286 | 738 | 484 | 489 | 1307 | 906 | 357 | 362 | 291 | 472 | 529 | 1346 | 705 | 684 |
| WTE | 194 | 238 | 150 | 202 | 337 | 277 | 283 | 332 | 267 | 259 | 288 | 242 | 376 | 337 | 427 | 324 | 256 |
| MAXE | 194 | 238 | 150 | 202 | 337 | 277 | 283 | 332 | 267 | 259 | 288 | 242 | 376 | 337 | 427 | 324 | 256 |

502A (columns 4-9); 502B (columns 4-9 of second section)

FIG. 5B-1

FIG. 5B-2

|  | 530 | 532 |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WTE/WTR | 1.31 | 1.23 | 0.91 | 1.21 | 0.98 | 1.00 | 0.86 | 1.02 | 1.04 | 1.15 | 1.54 | 1.54 | 1.51 | 1.34 | 1.30 | 1.66 |
| MAXE/WTR | 1.42 | 1.51 | 0.91 | 1.21 | 0.98 | 1.00 | 1.48 | 1.02 | 1.04 | 1.15 | 1.54 | 1.54 | 1.51 | 1.34 | 1.30 | 1.66 |
| N-L+N-R |  | 0.79 | -0.63 | 0.54 | -0.25 | 0.01 | 0.14 | 0.14 | -0.10 | -0.27 | 0.38 | 0.04 | 0.14 | -0.13 | -0.40 |  |
| N-L |  | 0.09 | -0.60 | 0.30 | -0.24 | 0.02 | 0.01 | -0.46 | 0.02 | 0.11 | 0.38 | 0.01 | -0.04 | -0.17 | -0.04 |  |
| N-R |  | 0.60 | -0.30 | 0.24 | -0.02 | -0.01 | -0.48 | -0.02 | -0.11 | -0.38 | -0.01 | 0.04 | 0.17 | 0.04 | -0.36 |  |
| N-L D(N-R) |  |  | -0.90 | 0.54 | -0.25 | 0.01 | -0.48 | 0.94 | -0.10 | -0.27 | 0.38 | 0.04 | 0.14 | -0.13 |  |  |
| N-R D(N-L) |  |  | -0.90 | 0.54 | -0.25 | 0.01 | -0.48 | 0.94 | -0.10 | -0.27 | 0.38 | 0.04 | 0.14 | -0.13 |  |  |
| L(N-L)-(N-R)L |  |  | 0.29 | 0.07 | 0.22 | 0.02 | 0.49 | 0.02 | 0.13 | 0.50 | 0.39 | 0.03 | 0.21 | 0.21 |  |  |
| A+B-C |  |  | -2.10 | 1.01 | -0.73 | 0.00 | -1.44 | 1.86 | -0.33 | -1.03 | 0.36 | 0.06 | 0.06 | -0.48 |  |  |
| SUM MT/SUM WT INTENSITIES | 2.16 | 1.88 | 1.15 | 1.39 | 1.41 | 1.31 | 1.95 | 1.52 | 1.20 | 1.30 | 1.60 | 1.71 | 1.78 | 1.50 | 1.45 | 1.63 |
| N/L+N/R |  | 2.50 | 1.45 | 2.18 | 2.04 | 2.05 | 2.77 | 2.04 | 1.71 | 1.89 | 2.18 | 2.03 | 2.22 | 1.88 | 1.85 |  |
| N-L+N-R |  | 0.22 | -0.48 | 0.10 | 0.02 | 0.03 | 0.54 | -0.06 | -0.21 | -0.10 | 0.10 | 0.02 | 0.17 | -0.11 | -0.12 |  |
| N-L |  | -0.28 | -0.73 | 0.21 | 0.03 | -0.02 | 0.54 | -0.43 | -0.32 | 0.10 | 0.30 | 0.10 | 0.07 | -0.27 | -0.06 |  |
| N-R |  | 0.73 | -0.23 | -0.03 | 0.02 | 0.09 | 0.43 | 0.32 | -0.10 | -0.30 | -0.10 | -0.07 | 0.27 | 0.06 | -0.18 |  |



FIG. 5C



FIG. 5D

**U.S. Patent**    Aug. 18, 1998    Sheet 15 of 26    5,795,716



FIG. 5D-1