# EXHIBIT   R

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of

**FODOR et al.**

Appln. No. 09/585,659

Filed: June 2, 2000

FOR: PRODUCTS FOR DETECTING NUCLEIC ACIDS (as amended)

Group Art Unit: 1655

Examiner: S. Zitomer

\* \* \*

June 15, 2000

<u>SECOND PRELIMINARY AMENDMENT</u>

Hon. Commissioner of Patents
Washington, D.C. 20231

Sir:

Prior to examination of this application, please enter and consider the following amendments and remarks.

<u>IN THE SPECIFICATION:</u>

Kindly amend the original specification as follows.

Page 1, after the title and before the first paragraph, insert --CROSS REFERENCE TO RELATED APPLICATIONS-- on a separate line.

Kindly enter the attached substitute specification in lieu of the original specification.

**REMARKS**

Claims 26-69 are pending.

The attached substitute specification includes all changes to the specification made in this Amendment and the Amendment filed on June 2, 2000. It is submitted that no new matter has been added by these amendments or by use of the substitute specification.

As explained on June 2, 2000, Applicants expect the Examiner to require a substitute specification because of the number of amendments to the original specification and are providing such in advance of the requirement to expedite prosecution in this case.

FODOR et al. – Appln. No. 09/585,659

An early and favorable examination on the merits is earnestly requested.

Respectfully submitted,

Cushman Darby & Cushman IP Group of
PILLSBURY MADISON & SUTRO, L.L.P.

By _____

~~Paul N. Kokulis~~
Reg. No. 16,773
Telephone: (202) 861-3503
Facsimile: (202) 822-0944

Enclosure

2

IAFP00000928

# APPLICATION UNDER UNITED STATES PATENT LAWS

Atty. Dkt. No. _____ PMS 268405/1004-G
(M#)

Invention: PRODUCTS FOR DETECTING NUCLEIC ACIDS (as amended)

Inventors: Stephen P.A. FODOR, Dennis W. SOLAS, and William J. DOWER



Pillsbury Madison & Sutro L.L.P.
Intellectual Property Group
1100 New York Avenue, NW
Ninth Floor — East Tower
Washington, D.C. 20005-3918
Attorneys
Telephone: (202) 661-3000

This is a:

☐ Provisional Application

☐ Regular Utility Application

☐ Continuing Application

☐ PCT National Phase Application

☐ Design Application

☐ Reissue Application

☐ Plant Application

☒ Substitute Specification
Sub. Spec Filed __June 14, 2000__
in App. No. __09/585,659__

☐ Marked up Specification re
Sub. Spec. filed _____
In App. No _____/_____

# SPECIFICATION

30004552_1.DOC

PAT-100 11/99

1

PRODUCTS FOR DETECTING NUCLEIC ACIDS

CROSS REFERENCE TO RELATED APPLICATIONS

This is a continuation of Appln. No. 09/056,927,
filed April 8, 1998, pending; which is a continuation of Appln.
No. 08/670,118, filed June 25, 1996, now U.S. Pat. No.
5,800,992; which is a divisional of Appln. No. 08/168,904,
filed December 15, 1993; which is a continuation of Appln. No.
07/624,114, filed December 6, 1990, now abandoned; which is a
continuation in-part of commonly assigned Appln. No.
07/492,462, filed March 7, 1990, now U.S. Pat. No. 5,143,854;
and Appln. No. 07/362,901, filed June 7, 1989, now abandoned
which are hereby incorporated by reference.

Additional commonly assigned Appln. Nos. 07/624,120
and 07/626,730, both of which were filed on December 6, 1990;
Appln. No. 07/435,316, filed November 13, 1989, now abandoned;
and U.S. Pat. No. 5,252,743 are also hereby incorporated herein
by reference.

BACKGROUND OF THE INVENTION

The present invention relates to the sequencing,
fingerprinting, and mapping of polymers, particularly
biological polymers. The inventions may be applied, for
example, in the sequencing, fingerprinting, or mapping of
nucleic acids, polypeptides, oligosaccharides, and synthetic
polymers.

The relationship between structure and function of
macromolecules is of fundamental importance in the
understanding of biological systems. These relationships are
important to understanding, for example, the functions of
enzymes, structural proteins, and signalling proteins, ways in
which cells communicate with each other, as well as mechanisms
of cellular control and metabolic feedback.

Genetic information is critical in continuation of

2

life processes.  Life is substantially informationally based
and its genetic content controls the growth and reproduction of
the organism and its complements.  Polypeptides, which are
critical features of all living systems, are encoded by the
genetic material of the cell.  In particular, the properties of
enzymes, functional proteins, and structural proteins are
determined by the sequence of amino acids which make them up.
As structure and function are integrally related, many
biological functions may be explained by elucidating the
underlying structural features which provide those functions.
For this reason, it has become very important to determine the
genetic sequences of nucleotides which encode the enzymes,
structural proteins, and other effectors of biological
functions.  In addition to segments of nucleotides which encode
polypeptides, there are many nucleotide sequences which are
involved in control and regulation of gene expression.

The human genome project is directed toward
determining the complete sequence of the genome of the human
organism.  Although such a sequence would not correspond to the
sequence of any specific individual, it would provide
significant information as to the general organization and
specific sequences contained within segments from particular
individuals.  It would also provide mapping information which
is very useful for further detailed studies.  However, the need
for highly rapid, accurate, and inexpensive sequencing
technology is nowhere more apparent than in a demanding
sequencing project such as this.  To complete the sequencing of
a human genome would require the determination of approximately
$3 \times 10^{9}$, or 3 billion base pairs.

The procedures typically used today for sequencing
include the Sanger dideoxy method, see, e.g., Sanger et al.
(1977) <u>Proc. Natl. Acad. Sci. USA</u>, 74:5463-5467, or the Maxam
and Gilbert method, see, e.g., Maxam et al., (1980) <u>Methods in
Enzymology</u>, 65:499-559.  The Sanger method utilizes enzymatic
elongation procedures with chain terminating nucleotides.  The
Maxam and Gilbert method uses chemical reactions exhibiting
specificity of reaction to generate nucleotide specific
cleavages.  Both methods require a practitioner to perform a

3

large number of complex manual manipulations. These
manipulations usually require isolating homogeneous DNA
fragments, elaborate and tedious preparing of samples,
preparing a separating gel, applying samples to the gel,
electrophoresing the samples into this gel, working up the
finished gel, and analyzing the results of the procedure.

Thus, a less expensive, highly reliable, and labor
efficient means for sequencing biological macromolecules is
needed. A substantial reduction in cost and increase in speed
of nucleotide sequencing would be very much welcomed. In
particular, an automated system would improve the
reproducibility and accuracy of procedures. The present
invention satisfies these and other needs.

SUMMARY OF THE INVENTION

The present invention provides improved methods
useful for de novo sequencing of an unknown polymer sequence,
for verification of known sequences, for fingerprinting
polymers, and for mapping homologous segments within a
sequence. By reducing the number of manual manipulations
required and automating most of the steps, the speed, accuracy,
and reliability of these procedures are greatly enhanced.

The production of a substrate having a matrix of
positionally defined regions with attached reagents exhibiting
known recognition specificity can be used for the sequence
analysis of a polymer. Although most directly applicable to
sequencing, the present invention is also applicable to
fingerprinting, mapping, and general screening of specific
interactions. The VLSIPS™ Technology (Very Large Scale
Immobilized Polymer Synthesis) substrates will be applied to
evaluating other polymers, e.g., carbohydrates, polypeptides,
hydrocarbon synthetic polymers, and the like. For these non-
polynucleotides, the sequence specific reagents will usually be
antibodies specific for a particular subunit sequence.

According to one aspect of the masking technique, the
invention provides an ordered method for forming a plurality of
polymer sequences by sequential addition of reagents comprising
the step of serially protecting and deprotecting portions of

4

IAFP00000932

4

the plurality of polymer sequences for addition of other
portions of the polymer sequences using a binary synthesis
strategy.

The present invention also provides a means to
automate sequencing manipulations. The automation of the
substrate production method and of the scan and analysis steps
minimizes the need for human intervention. This simplifies the
tasks and promotes reproducibility.

The present invention provides a composition
comprising a plurality of positionally distinguishable sequence
specific reagents attached to a solid substrate, which reagents
are capable of specifically binding to a predetermined subunit
sequence of a preselected multi-subunit length having at least
three subunits, said reagents representing substantially all
possible sequences of said preselected length. In some
embodiments, the subunit sequence is a polynucleotide or a
polypeptide, in others the preselected multi-subunit length is
five subunits and the subunit sequence is a polynucleotide
sequence. In other embodiments, the specific reagent is an
oligonucleotide of at least about five nucleotides.
Alternatively, the specific reagent is a monoclonal antibody.
Usually the specific reagents are all attached to a single
solid substrate, and the reagents comprise about 3000 different
sequences. In other embodiments, the reagents represents at
least about 25% of the possible subsequences of said
preselected length. Usually, the reagents are localized in
regions of the substrate having a density of at least 25
regions per square centimeter, and often the substrate has a
surface area of less than about 4 square centimeters.

The present invention also provides methods for
analyzing a sequence of a polynucleotide or a polypeptide, said
method comprising the step of:

a)    exposing said polynucleotide or polypeptide
to a composition as described.

It also provides useful methods for identifying or
comparing a target sequence with a reference, said method
comprising the step of:

a)    exposing said target sequence to a

5

        composition as described;

b)    determining the pattern of positions of the reagents which specifically interact with the target sequence; and

c)    comparing the pattern with the pattern exhibited by the reference when exposed to the composition.

The present invention also provides methods for sequencing a segment of a polynucleotide comprising the steps of:

a)    combining:

i)    a substrate comprising a plurality of chemically synthesized and positionally distinguishable oligonucleotides capable of recognizing defined oligonucleotide sequences; and

ii)    a target polynucleotide; thereby forming high fidelity matched duplex structures of complementary subsequences of known sequence; and

b)    determining which of said reagents have specifically interacted with subsequences in said target polynucleotide.

In one embodiment, the segment is substantially the entire length of said polynucleotide.

The invention also provides methods for sequencing a polymer, said method comprising the steps of:

a)    preparing a plurality of reagents which each specifically bind to a subsequence of preselected length;

b)    positionally attaching each of said reagents to one or more solid phase substrates, thereby producing substrates of positionally definable sequence specific probes;

c)    combining said substrates with a target polymer whose sequence is to be determined; and

d)    determining which of said reagents have specifically interacted with subsequences in

6

said target polymer.

In one embodiment, the substrates are beads. Preferably, the plurality of reagents comprise substantially all possible subsequences of said preselected length found in said target. In another embodiment, the solid phase substrate is a single substrate having attached thereto reagents recognizing substantially all possible subsequences of preselected length found in said target.

In another embodiment, the method further comprises the step of analyzing a plurality of said recognized subsequences to assemble a sequence of said target polymer. In a bead embodiment, at least some of the plurality of substrates have one subsequence specific reagent attached thereto, and the substrates are coded to indicate the sequence specificity of said reagent.

The present invention also embraces a method of using a fluorescent nucleotide to detect interactions with oligonucleotide probes of known sequence, said method comprising:

a)  attaching said nucleotide to a target unknown polynucleotide sequence, and

b)  exposing said target polynucleotide sequence to a collection of positionally defined oligonucleotide probes of known sequences to determine the sequences of said probes which interact with said target.

In a further refinement, an additional step is included of:

a)  collating said known sequences to determine the overlaps of said known sequences to determine the sequence of said target sequence.

A method of mapping a plurality of sequences relative to one another is also provided, the method comprising:

a)  preparing a substrate having a plurality of positionally attached sequence specific probes;

b)  exposing each of said sequences to said substrate, thereby determining the patterns of

IAFP00000935

7

interaction between said sequence specific probes and said sequences; and

c)    determining the relative locations of said sequence specific probe interactions on said sequences to determine the overlaps and order of said sequences.

In one refinement, the sequence specific probes are oligonucleotides, applicable to where the target sequences are nucleic acid sequences.

In the nucleic acid sequencing application, the steps of the sequencing process comprise:

a)    producing a matrix substrate having known positionally defined regions of known sequence specific oligonucleotide probes;

b)    hybridizing a target polynucleotide to the positions on the matrix so that each of the positions which contain oligonucleotide probes complementary to a sequence on the target hybridize to the target molecule;

c)    detecting which positions have bound the target, thereby determining sequences which are found on the target; and

d)    analyzing the known sequences contained in the target to determine sequence overlaps and assembling the sequence of the target therefrom.

The enablement of the sequencing process by hybridization is based in large part upon the ability to synthesize a large number (e.g., to virtually saturate) of the possible overlapping sequence segments and distinguishing those probes which hybridize with fidelity from those which have mismatched bases, and to analyze a highly complex pattern of hybridization results to determine the overlap regions.

The detecting of the positions which bind the target sequence would typically be through a fluorescent label on the target. Although a fluorescent label is probably most

8

convenient, other sorts of labels, e.g., radioactive, enzyme
linked, optically detectable, or spectroscopic labels may be
used.  Because the oligonucleotide probes are positionally
defined, the location of the hybridized duplex will directly
translate to the sequences which hybridize.  Thus, analysis of
the positions provides a collection of subsequences found
within the target sequence.  These subsequences are matched
with respect to their overlaps so as to assemble an intact
target sequence.

BRIEF DESCRIPTION OF THE DRAWINGS
    Fig. 1 illustrates a flow chart for sequence,
fingerprint, or mapping analysis.

    ~~Fig. 2 illustrates the proper function of a VLSIPS™~~
~~Technology nucleotide synthesis.~~

    ~~Fig. 3~~ illustrates the proper function of a VLSIPS™
~~Technology nucleotide synthesis.~~

    ~~Fig. 2~~ illustrates the process of a VLSIPS™
Technology trinucleotide synthesis.

DESCRIPTION OF THE PREFERRED EMBODIMENTS
I.    Overall Description
      A.    general
      B.    VLSIPS substrates
      C.    binary masking
      D.    applications
      E.    detection methods and apparatus
      F.    data analysis

II.   Theoretical Analysis
      A.    simple n-mer structure; theory
      B.    complications
      C.    non-polynucleotide embodiments

III.  Polynucleotide Sequencing
      A.    preparation of substrate matrix
      B.    labeling target polynucleotide
      C.    hybridization conditions
      D.    detection; VLSIPS scanning
      E.    analysis
      F.    substrate reuse
      G.    non-polynucleotide aspects

IV.   Fingerprinting
      A.    general
      B.    preparation of substrate matrix
      C.    labeling target nucleotides

IAFP00000937

9

```
        D.   hybridization conditions
        E.   detection; VLSIPS scanning
        F.   analysis
        G.   substrate reuse
        H.   non-polynucleotide aspects

V.    Mapping
        A.   general
        B.   preparation of substrate matrix
        C.   labeling
        D.   hybridization/specific interaction
        E.   detection
        F.   analysis
        G.   substrate reuse
        H.   non-polynucleotide aspects

VI.   Additional Screening
        A.   specific interactions
        B.   sequence comparisons
        C.   categorizations
        D.   statistical correlations

VII.  Formation of Substrate
        A.   instrumentation
        B.   binary masking
        C.   synthetic methods
        D.   surface immobilization

VIII.      Hybridization/Specific Interaction
        A.   general
        B.   important parameters

IX.   Detection Methods
        A.   labeling techniques
        B.   scanning system

X.    Data Analysis
        A.   general
        B.   hardware
        C.   software

XI.   Substrate Reuse
        A.   removal of label
        B.   storage and preservation
        C.   processes to avoid degradation of oligomers

XII.  Integrated Sequencing Strategy
        A.   initial mapping strategy
        B.   selection of smaller clones
        C.   actual sequencing procedures

XIII.      Commercial Applications
        A.   sequencing
        B.   fingerprinting
        C.   mapping
                    *   *   *
```

IAFP00000938

10

## I. OVERALL DESCRIPTION

### A. General

The present invention relies in part on the ability to synthesize or attach specific recognition reagents at known locations on a substrate, typically a single substrate. In particular, the present invention provides the ability to prepare a substrate having a very high density matrix pattern of positionally defined specific recognition reagents. The reagents are capable of interacting with their specific targets while attached to the substrate, e.g., solid phase interactions, and by appropriate labeling of these targets, the sites of the interactions between the target and the specific reagents may be derived. Because the reagents are positionally defined, the sites of the interactions will define the specificity of each interaction. As a result, a map of the patterns of interactions with specific reagents on the substrate is convertible into information on the specific interactions taking place, e.g., the recognized features. Where the specific reagents recognize a large number of possible features, this system allows the determination of the combination of specific interactions which exist on the target molecule. Where the number of features is sufficiently large, the identical same combination, or pattern, of features is sufficiently unlikely that a particular target molecule may often be uniquely defined by its features. In the extreme, the features may actually be the subunit sequence of the target molecule, and a given target sequence may be uniquely defined by its combination of features.

In particular, the methodology is applicable to sequencing polynucleotides. The specific sequence recognition reagents will typically be oligonucleotide probes which hybridize with specificity to subsequences found on the target sequence. A sufficiently large number of those probes allows the fingerprinting of a target polynucleotide or the relative mapping of a collection of target polynucleotides, as described in greater detail below.

In the high resolution fingerprinting provided by a

11

IAFP00000939

11

saturating collection of probes which include all possible
subsequences of a given size, e.g., 10-mers, collating of all
the subsequences and determination of specific overlaps will be
derived and the entire sequence can usually be reconstructed.

Although a polynucleotide sequence analysis is a
preferred embodiment, for which the specific reagents are most
easily accessible, the invention is also applicable to analysis
of other polymers, including polypeptides, carbohydrates, and
synthetic polymers, including α-, β-, and ω-amino acids,
polyurethanes, polyesters, polycarbonates, polyureas,
polyamides, polyethyleneimines, polyarylene sulfides,
polysiloxanes, polyimides, polyacetates, and mixed polymers.
Various optical isomers, e.g., various D- and L- forms of the
monomers, may be used.

Sequence analysis will take the form of complete
sequence determination, to the level of the sequence of
individual subunits along the entire length of the target
sequence. Sequence analysis also takes the form of sequence
homology, e.g., less than absolute subunit resolution, where
"similarity" in the sequence will be detectable, or the form of
selective sequences of homology interspersed at specific or
irregular locations.

In either case, the sequence is determinable at
selective resolution or at particular locations. Thus, the
hybridization method will be useful as a means for
identification, e.g., a "fingerprint", much like a Southern
hybridization method is used. It is also useful to map
particular target sequences.

B.   VLSIPS™ Technology

The invention is enabled by the development of
technology to prepare substrates on which specific reagents may
be either positionally attached or synthesized. In particular,
the very large scale immobilized polymer synthesis (VLSIPS™)
technology allows for the very high density production of an
enormous diversity of reagents mapped out in a known matrix
pattern on a substrate. These reagents specifically recognize
subsequences in a target polymer and bind thereto, producing a

12

· 12

map of positionally defined regions of interaction. These map positions are convertible into actual features recognized, and thus would be present in the target molecule of interest.

As indicated, the sequence specific recognition reagents will often be oligonucleotides which hybridize with fidelity and discrimination to the target sequence. For use with other polymers, monoclonal or polyclonal antibodies having high sequence specificity will often be used.

In the generic sense, the VLSIPS technology allows the production of a substrate with a high density matrix of positionally mapped regions with specific recognition reagents attached at each distinct region. By use of protective groups which can be positionally removed, or added, the regions can be activated or deactivated for addition of particular reagents or compounds. Details of the protection are described below and in related Pirrung et al. (1992)U.S. patent No. 5,143,854. In a preferred embodiment, photosensitive protecting agents will be used and the regions of activation or deactivation may be controlled by electro-optical and optical methods, similar to many of the processes used in semiconductor wafer and chip fabrication.

In the nucleic acid nucleotide sequencing application, a VLSIPS substrate is synthesized having positionally defined oligonucleotide probes. See Pirrung et al. (1992) U.S. Pat. No. 5,143,854; and U.S.S.N. 07/624,120, now abandoned. By use of masking technology and photosensitive synthetic subunits, the VLSIPS apparatus allows for the stepwise synthesis of polymers according to a positionally defined matrix pattern. Each oligonucleotide probe will be synthesized at known and defined positional locations on the substrate. This forms a matrix pattern of known relationship between position and specificity of interaction. The VLSIPS technology allows the production of a very large number of different oligonucleotide probes to be simultaneously and automatically synthesized including numbers in excess of about $10^2$, $10^3$, $10^4$, $10^5$, $10^6$, or even more, and at densities of at least about $10^2$, $10^3/cm^2$, $10^4/cm^2$, $10^5/cm^2$ and up to $10^6/cm^2$ or more. This application discloses methods for synthesizing

13

13

polymers on a silicon or other suitably derivatized substrate, methods and chemistry for synthesizing specific types of biological polymers on those substrates, apparatus for scanning and detecting whether interaction has occurred at specific locations on the substrate, and various other technologies related to the use of a high density very large scale immobilized polymer substrate. In particular, sequencing, fingerprinting, and mapping applications are discussed herein in detail, though related technologies are described in simultaneously filed applications U.S.S.N. 07/624,120, now abandoned; and U.S.S.N. 07/517,659; Dower et al. (1995) U.S. Patent No. 5,427,908, each of which is hereby incorporated herein by reference.

In other embodiments, antibody probes will be generated which specifically recognize particular subsequences found on a polymer. Antibodies would be generated which are specific for recognizing a three contiguous amino acid sequence, and monoclonal antibodies may be preferred. Optimally, these antibodies would not recognize any sequences other than the specific three amino acid stretch desired and the binding affinity should be insensitive to flanking or remote sequences found on a target molecule. Likewise, antibodies specific for particular carbohydrate linkages or sequences will be generated. A similar approach could be used for preparing specific reagents which recognize other polymer subunit sequences. These reagents would typically be site specifically localized to a substrate matrix pattern where the regions are closely packed.

These reagents could be individually attached at specific sites on the substrate in a matrix by an automated procedure where the regions are positionally targeted by some other specific mechanism, e.g., one which would allow the entire collection of reagents to be attached to the substrate in a single reaction. Each reagent could be separately attached to a specific oligonucleotide sequence by an automated procedure. This would produce a collection of reagents where, e.g., each monoclonal antibody would have a unique oligonucleotide sequence attached to it. By virtue of a VLSIPS

14

IAFP00000942

14

substrate which has different complementary oligonucleotides
synthesized on it, each monoclonal antibody would specifically
be bound only at that site on the substrate where the
complementary oligonucleotide has been synthesized.   A
crosslinking step would fix the reagent to the substrate.   See,
e.g., Dattagupta et al. (1985) U.S. Patent No. 4,542,102 and
(1987) U.S. Pat. No. 4,713,326; and Chatterjee, M. et al.
(1990)   J. Am. Chem. Soc. 112:6397-6399, which are hereby
incorporated herein by reference.   This allows a high density
positionally specific collection of specific recognition
reagents, e.g., monoclonal antibodies, to be immobilized to a
solid substrate using an automated system.

    The regions which define particular reagents will
usually be generated by selective protecting groups which may
be activated or deactivated.   Typically the protecting group
will be bound to a monomer subunit or spatial region, and can
be spatially affected by an activator, such as electromagnetic
radiation.   Examples of protective groups with utility herein
include nitroveratryl oxycarbonyl (NVOC), nitrobenzyl
oxycarbony (NBOC), dimethyl dimethoxy benzyloxy carbonyl, 5-
bromo-7-nitroindolinyl, O-hydroxy-$\alpha$-methyl cinnamoyl, and 2-
oxymethylene anthraquinone.   Examples of activators include ion
beams, electric fields, magnetic fields, electron beams, x-ray,
and other forms of electromagnetic radiation.


    C.   Binary Masking

    In fact, the means for producing a substrate useful
for these techniques are explained in Pirrung et al. (1992)
U.S. Pat. No. 5,143,854, which is hereby incorporated herein by
reference.   However, there are various particular ways to
optimize the synthetic processes.   Many of these methods are
described in Serial No. 07/624,120, now abandoned.

    Briefly, the binary synthesis strategy refers to an
ordered strategy for parallel synthesis of diverse polymer
sequences by sequential addition of reagents which may be
represented by a reactant matrix, and a switch matrix, the
product of which is a product matrix.   A reactant matrix is a
1 x n matrix of the building blocks to be added.   The switch

15

. 15

matrix is all or a subset of the binary numbers from 1 to n
arranged in columns. In preferred embodiments, a binary
strategy is one in which at least two successive steps
illuminate half of a region of interest on the substrate. In
most preferred embodiments, binary synthesis refers to a
synthesis strategy which also factors a previous addition step.
For example, a strategy in which a switch matrix for a masking
strategy halves regions that were previously illuminated,
illuminating about half of the previously illuminated region
and protecting the remaining half (while also protecting about
half of previously protected regions and illuminating about
half of previously protected regions). It will be recognized
that binary rounds may be interspersed with non-binary rounds
and that only a portion of a substrate may be subjected to a
binary scheme, but will still be considered to be a binary
masking scheme within the definition herein. A binary
"masking" strategy is a binary synthesis which uses light to
remove protective groups from materials for addition of other
materials such as nucleotides or amino acids.

In particular, this procedure provides a simplified
and highly efficient method for saturating all possible
sequences of a defined length polymer. This masking strategy
is also particularly useful in producing all possible
oligonucleotide sequence probes of a given length.

D.    Applications

The technology provided by the present invention has
very broad applications. Although described specifically for
polynucleotide sequences, similar sequencing, fingerprinting,
mapping, and screening procedures can be applied to
polypeptide, carbohydrate, or other polymers. In particular,
the present invention may be used to completely sequence a
given target sequence to subunit resolution. This may be for
de novo sequencing, or may be used in conjunction with a second
sequencing procedure to provide independent verification. See,
e.g., (1988) Science 242:1245. For example, a large
polynucleotide sequence defined by either the Maxam and Gilbert
technique or by the Sanger technique may be verified by using

IAFP00000944

16

the present invention.

In addition, by selection of appropriate probes, a polynucleotide sequence can be fingerprinted. Fingerprinting is a less detailed sequence analysis which usually involves the characterization of a sequence by a combination of defined features. Sequence fingerprinting is particularly useful because the repertoire of possible features which can be tested is virtually infinite. Moreover, the stringency of matching is also variable depending upon the application. A Southern Blot analysis may be characterized as a means of simple fingerprint analysis.

Fingerprinting analysis may be performed to the resolution of specific nucleotides, or may be used to determine homologies, most commonly for large segments. In particular, an array of oligonucleotide probes of virtually any workable size may be positionally localized on a matrix and used to probe a sequence for either absolute complementary matching, or homology to the desired level of stringency using selected hybridization conditions.

In addition, the present invention provides means for mapping analysis of a target sequence or sequences. Mapping will usually involve the sequential ordering of a plurality of various sequences, or may involve the localization of a particular sequence within a plurality of sequences. This may be achieved by immobilizing particular large segments onto the matrix and probing with a shorter sequence to determine which of the large sequences contain that smaller sequence. Alternatively, relatively shorter probes of known or random sequence may be immobilized to the matrix and a map of various different target sequences may be determined from overlaps. Principles of such an approach are described in some detail by Evans et al. (1989) "Physical Mapping of Complex Genomes by Cosmid Multiplex Analysis," _Proc. Natl. Acad. Sci. USA_ 86:5030-5034; Michiels et al. (1987) "Molecular Approaches to Genome Analysis: A Strategy for the Construction of Ordered Overlap Clone Libraries," _CABIOS_ 3:203-210; Olsen et al. (1986) "Random-Clone Strategy for Genomic Restriction Mapping in Yeast," _Proc. Natl. Acad. Sci. USA_ 83:7826-7830; Craig, et al.

17

17

(1990) "Ordering of Cosmid Clones Covering the Herpes Simplex Virus Type I (HSV-I) Genome: A Test Case for Fingerprinting by Hybridization," Nuc. Acids Res. 18:2653-2660; and Coulson, et al. (1986) "Toward a Physical Map of the Genome of the Nematode Caenorhabditis elegans," Proc. Natl. Acad. Sci. USA 83:7821-7825; each of which is hereby incorporated herein by reference.

Fingerprinting analysis also provides a means of identification. In addition to its value in apprehension of criminals from whom a biological sample, e.g., blood, has been collected, fingerprinting can ensure personal identification for other reasons. For example, it may be useful for identification of bodies in tragedies such as fire, flood, and vehicle crashes. In other cases the identification may be useful in identification of persons suffering from amnesia, or of missing persons. Other forensics applications include establishing the identity of a person, e.g., military identification "dog tags", or may be used in identifying the source of particular biological samples. Fingerprinting technology is described, e.g., in Carrano, et al. (1989) "A High-Resolution, Fluorescence-Based, Semi-automated method for DNA Fingerprinting," Genomics 4: 129-136, which is hereby incorporated herein by reference. See, e.g., table I, for nucleic acid applications, and corresponding applications may be accomplished using polypeptides.

18

TABLE I

VLSIPS™ TECHNOLOGY IN NUCLEIC ACIDS

I.   Construction of Chips
II.  Applications
     A.   Sequencing
          1.   Primary sequencing
          2.   Secondary sequencing (sequence checking)
          3.   Large scale mapping
          4.   Fingerprinting
     B.   Duplex/Triplex formation
          1.   Antisense
          2.   Sequence specific function modulation
               (e.g. promoter inhibition)
     C.   Diagnosis
          1.   Genetic markers
          2.   Type markers
               a.   Blood donors
               b.   Tissue transplants
     D.   Microbiology
          1.   Clinical microbiology
          2.   Food microbiology

III. Instrumentation
     A.   Chip machines
     B.   Detection

IV.  Software Development
     A.   Instrumentation software
     B.   Data reduction software
     C.   Sequence analysis software

١٩

IAFP00000947

19

The fingerprinting analysis may be used to perform various types of genetic screening. For example, a single substrate may be generated with a plurality of screening probes, allowing for the simultaneous genetic screening for a large number of genetic markers. Thus, prenatal or diagnostic screening can be simplified, economized, and made more generally accessible.

In addition to the sequencing, fingerprinting, and mapping applications, the present invention also provides means for determining specificity of interaction with particular sequences. Many of these applications were described in Serial No. 07/362,901, now abandoned, Pirrung et al. (1992) U.S. Pat. No. 5,143,854; Serial No. 07/435,316, and Serial No. 07/612,671.

E.    Detection Methods and Apparatus

An appropriate detection method applicable to the selected labeling method can be selected. Suitable labels include radionucleotides, enzymes, substrates, cofactors, inhibitors, magnetic particles, heavy metal atoms, and particularly fluorescers, chemiluminescers, and spectroscopic labels. Patents teaching the use of such labels include U.S. Patent Nos. 3,817,837; 3,850,752; 3,939,350; 3,996,345; 4,277,437; 4,275,149; and 4,366,241.

With an appropriate label selected, the detection system best adapted for high resolution and high sensitivity detection may be selected. As indicated above, an optically detectable system, e.g., fluorescence or chemiluminescence would be preferred. Other detection systems may be adapted to the purpose, e.g., electron microscopy, scanning electron microscopy (SEM), scanning tunneling electron microscopy (STEM), infrared microscopy, atomic force microscopy (AFM), electrical condutance, and image plate transfer.

With a detection method selected, an apparatus for scanning the substrate will be designed. Apparatus, as described in Serial No. 07/362,901, now abandoned; or Pirrung et al. (1992) U.S. Pat. No. 5,143,854; or Serial No. 07/624,120, now abandoned, are particularly appropriate.

20

Design modifications may also be incorporated therein.

F.   Data Analysis

Data is analyzed by processes similar to those described below in the section describing theoretical analysis. More efficient algorithms will be mathematically devised, and will usually be designed to be performed on a computer. Various computer programs which may more quickly or efficiently make measurement samples and distinguish signal from noise will also be devised. See, particularly, Serial No. 07/624,120, now abandoned.

The initial data resulting from the detection system is an array of data indicative of fluorescent intensity versus location on the substrate. The data are typically taken over regions substantially smaller than the area in which synthesis of a given polymer has taken place. Merely by way of example, if polymers were synthesized in squares on the substrate having dimensions of 500 microns by 500 microns, the data may be taken over regions having dimensions of 5 microns by 5 microns. In most preferred embodiments, the regions over which florescence data are taken across the substrate are less than about 1/2 the area of the regions in which individual polymers are synthesized, preferably less than 1/10 the area in which a single polymer is synthesized, and most preferably less than 1/100 the area in which a single polymer is synthesized. Hence, within any area in which a given polymer has been synthesized, a large number of fluorescence data points are collected.

A plot of number of pixels versus intensity for a scan should bear a rough resemblance to a bell curve, but spurious data are observed, particularly at higher intensities. Since it is desirable to use an average of fluorescent intensity over a given synthesis region in determining relative binding affinity, these spurious data will tend to undesirably skew the data.

Accordingly, in one embodiment of the invention the data are corrected for removal of these spurious data points, and an average of the data points is thereafter utilized in

·31

IAFP00000949

21

determining relative binding efficiency. In general the data
are fitted to a base curve and statistical measures are used to
remove spurious data.

In an additional analytical tool, various degeneracy
reducing analogues may be incorporated in the hybridization
probes. Various aspects of this strategy are described, e.g.,
in Macevicz, S. (1990) PCT publication number WO 90/04652,
which is hereby incorporated herein by reference.

II.    THEORETICAL ANALYSIS

The principle of the hybridization sequencing
procedure is based, in part, upon the ability to determine
overlaps of short segments. The VLSIPS technology provides the
ability to generate reagents which will saturate the possible
short subsequence recognition possibilities. The principle is
most easily illustrated by using a binary sequence, such as a
sequence of zeros and ones. Once having illustrated the
application to a binary alphabet, the principle may easily be
understood to encompass three letter, four letter, five or more
letter, even 20 letter alphabets. A theoretical treatment of
analysis of subsequence information to reconstruction of a
target sequence is provided, e.e., in Lysov, Yu., et al, (1988)
Doklady Akademi. Nauk. SSR 303:1508-1511; Khrapko K., et al.
(1989) FEBS Letters 256:118-122; Pevzner, P. (1989) J. of
Biomolecular Structure and Dynamics 7:63-69; and Drmanac, R. et
al. (1989) Genomics 4:114-128; each of which is hereby
incorporated herein by reference.

The reagents for recognizing the subsequences will
usually be specific for recognizing a particular polymer
subsequence anywhere within a target polymer. It is preferable
that conditions may be devised which allow absolute
discrimination between high fidelity matching and very low
levels of mismatching. The reagent interaction will preferably
exhibit no sensitivity to flanking sequences, to the
subsequence position within the target, or to any other remote
structure within the sequence. For polynucleotide sequencing,
the specific reagents can be oligonucleotide probes; for
polypeptides and carbohydrates, antibodies will be useful

22

IAFP00000950

22

reagents. Antibody reagents should also be useful for other types of polymers.

    A.   <u>Simple n-mer Structure:  Theory</u>
      1.  <u>Simple two letter alphabet:  example</u>

A simple example is presented below of how a sequence of ten digits comprising zeros and ones would be sequenceable using short segments of five digits. For example, consider the sample ten digit sequence:

1010011100.

A VLSIPS™ Technology substrate could be constructed, as discussed elsewhere, which would have reagents attached in a defined matrix pattern which specifically recognize each of the possible five digit sequences of ones and zeros. The number of possible five digit subsequences is $2^5 = 32$. The number of possible different sequences 10 digits long is $2^{10} = 1,024$. The five contiguous digit subsequences within a ten digit sequence number six, i.e., positioned at digits 1-5, 2-6, 3-7, 4-8, 5-9, and 6-10. It will be noted that the specific order of the digits in the sequence is important and that the order is directional; e.g., running left to right versus right to left. The first five digit sequence contained in the target sequence is 10100. The second is 01001, the third is 10011, the fourth is 00111, the fifth is 01110, and the sixth is 11100.

The VLSIPS™ substrate would have a matrix pattern of positionally attached reagents which recognize each of the different 5-mer subsequences. Those reagents which recognize each of the 6 contained 5-mers will bind the target, and a label allows the positional determination of where the sequence specific interaction has occurred. By correlation of the position in the matrix pattern, the corresponding bound subsequences can be determined.

In the above-mentioned sequence, six different 5-mer sequences would be determined to be present. They would be:

10100<br/>01001<br/>10011<br/>00111

λϧ

IAFP00000951

23

01110
11100

Any sequence which contains the first five digit
sequence, 10100, already narrows the number of possible
sequences (e.g., from 1024 possible sequences) which contain it
to less than about 192 possible sequences.

This 192 is derived from the observation that with
the subsequence 10100 at the far left of the sequence, in
positions 1-5, there are only 32 possible sequences. Likewise,
for that particular subsequence in positions 2-6, 3-7, 4-8, 5-
9, and 6-10. So, to sum up all of the sequences that could
contain 10100, there are 32 for each position and 6 positions
for a total of about 192 possible sequences. However, some of
these 10 digit sequences will have been counted twice. Thus,
by virtue of containing the 10100 subsequence, the number of
possible 10-mer sequences has been decreased from 1024
sequences to less than about 192 sequences.

In this example, not only do we know that the
sequence contains 10100, but we also know that it contains the
second five character sequence, 01001. By virtue of knowing
that the sequence contains 10100, we can look specifically to
determine whether the sequence contains a subsequence of five
characters which contains the four leftmost digits plus a next
digit to the left. For example, we would look for a sequence
of X1010, but we find that there is none. Thus, we know that
the 10100 must be at the left end of the 10-mer. We would also
look to see whether the sequence contains the rightmost four
digits plus a next digit to the right, e.g., 0100X. We find
that the sequence also contains the sequence 01001, and that X
is a 1. Thus, we know at least that our target sequence has an
overlap of 0100 and has the left terminal sequence 101001.

Applying the same procedure to the second 5-mer, we
also know that the sequence must include a sequence of five
digits having the sequence 1001Y where Y must be either 0 or 1.
We look through the fragments and we see that we have a 10011
sequence within our target, thus Y is also 1. Thus, we would
know that our sequence has a sequence of the first seven being
1010011.

Moving to the next 5-mer, we know that there must be

24

24

a sequence of 0011Z, where Z must be either 0 or 1. We look at
the fragments produced above and see that the target sequence
contains a 00111 subsequence and Z is 1. Thus, we know the
sequence must start with 10100111.

The next 5-mer must be of the sequence 0111W where W
must be 0 or 1. Again, looking up at the fragments produced,
we see that the target sequence contains a 01110 subsequence,
and W is a 0. Thus, our sequence to this point is 101001110.
We know that the last 5-mer must be either 11100 or 11101.
Looking above, we see that it is 11100 and that must be the
last of our sequence. Thus, we have determined that our
sequence must have been 1010011100.

However, it will be recognized from the example above
with the sequences provided therein, that the sequence analysis
can start with any known positive probe subsequence. The
determination may be performed by moving linearly along the
sequence checking the known sequence with a limited number of
next positions. Given this possibility, the sequence may be
determined, besides by scanning all possible oligonucleotide
probe positions, by specifically looking only where the next
possible positions would be. This may increase the complexity
of the scanning but may provide a longer time span dedicated
towards scanning and detecting specific positions of interest
relative to other sequence possibilities. Thus, the scanning
apparatus could be set up to work its way along a sequence from
a given contained oligonucleotide to only look at those
positions on the substrate which are expected to have a
positive signal.

It is seen that given a sequence, it can be de-
constructed into n-mers to produce a set of internal contiguous
subsequences. From any given target sequence, we would be able
to determine what fragments would result. The hybridization
sequence method depends, in part, upon being able to work in
the reverse, from a set of fragments of known sequences to the
full sequence. In simple cases, one is able to start at a
single position and work in either or both directions towards
the ends of the sequence as illustrated in the example.

The number of possible sequences of a given length

25

increases very quickly with the length of that sequence.  Thus, a 10-mer of zeros and ones has 1024 possibilities, a 12-mer has 4096.  A 20-mer has over a million possibilities, and a 30-mer has over a billion.  However, a given 30-mer has, at most, 26 different internal 5-mer sequences.  Thus, a 30 character target sequence having over a million possible sequences can be substantially defined by only 26 different 5-mers.  It will be recognized that the probe oligonucleotides will preferably, but need not necessarily, be of identical length, and that the probe sequences need not necessarily be contiguous in that the overlapping subsequences need not differ by only a single subunit.  Moreover, each position of the matrix pattern need not be homogeneous, but may actually contain a plurality of probes of known sequence.  In addition, although all of the possible subsequence specifications would be preferred, a less than full set of sequences specifications could be used.  In particular, although a substantial fraction will preferably be at least about 70%, it may be less than that.  About 20% would be preferred, more preferably at least about 30% would be desired.  Higher percentages would be especially preferred.

2.    Example of four letter alphabet

A four letter alphabet may be conceptualized in at least two different ways from the two letter alphabet.  One way is to consider the four possible values at each position and to analogize in a similar fashion to the binary example each of the overlaps.  A second way is to group the binary digits into groups.

Using the first means, the overlap comparisons are performed with a four letter alphabet rather than a two letter alphabet.  Then, in contrast to the binary system with 10 positions where $2^{10} = 1024$ possible sequences, in a 4-character alphabet with 10 positions, there will actually be $4^{10} = 1,048,576$ possible sequences.  Thus, the complexity of a four character sequence has a much larger number of possible sequences compared to a two character sequence.  Note, however, that there are still only 6 different internal 5-mers.  For simplicity, we shall examine a 5 character string with 3 character subsequences.  Instead of only 1 and 0, the characters may be designated, e.g., A, C, G, and T.  Let us take the sequence GGCTA.  The 3-mer subsequences are:

GGC

26

GCT
CTA

Given these subsequences, there is one sequence, or at most only a few sequences which would produce that combination of subsequences, i.e., GGCTA.

Alternatively, with a four character universe, the binary system can be looked at in pairs of digits. The pairs would be 00, 01, 10, and 11. In this manner, the earlier used sequence 1010011100 is looked at as 10,10,01,11,00. Then the first character of two digits is selected from the possible universe of the four representations 00, 01, 10, and 11. Then a probe would be in an even number of digits, e.g., not five digits, but, three pairs of digits or six digits. A similar comparison is performed and the possible overlaps determined. The 3-pair subsequences are:

                        10,10,01
                           10,01,11
                              01,11,00

and the overlap reconstruction produces 10,10,01,11,00.

The latter of the two conceptual views of the 4 letter alphabet provides a representation which is similar to what would be provided in a digital computer. The applicability to a four nucleotide alphabet is easily seen by assigning, e.g., 00 to A, 01 to C, 10 to G, and 11 to T. And, in fact, if such a correspondence is used, both examples for the 4 character sequences can be seen to represent the same target sequence. The applicability of the hybridization method and its analysis for determining the ultimate sequence is easily seen if A is the representation of adenine, C is the representation of cytosine, G is the representation of guanine, and T is the representation of thymine or uracil.

3.    Generalization to m-letter Alphabet

This reconstruction process may be applied to polymers of virtually any number of possible characters in the alphabet, and for virtually any length sequence to be sequenced, though limitations, as discussed below, will limit its efficiency at various extremes of length. It will be recognized that the theory can be applied to a large diversity

27

IAFP00000955

27

of systems where sequence is important.

For example, the method could be applied to sequencing of a polypeptide. A polypeptide can have any of twenty natural amino acid possibilities at each position. A twenty letter alphabet is amenable to sequencing by this method so long as reagents exist for recognizing shorter subsequences therein. A preferred reagent for achieving that goal would be a set of monoclonal antibodies each of which recognizes a specific three contiguous amino acid subsequence. A complete set of antibodies which recognize all possible subsequences of a given length, e.g., 3 amino acids, and preferably with a uniform affinity, would be $20^3 = 8000$ reagents.

It will also be recognized that each target sequence which is recognized by the specific reagents need not have homogeneous termini. Thus, fragments of the entire target sequence will also be useful for hybridizing appropriate subsequences. It is, however, preferable that there not be a significant amount of labeled homogeneous contaminating extraneous sequences. This constraint does usually require the purification of the target molecule to be sequenced, but a specific label technique would dispense with a purification requirement if the unlabeled extraneous sequences do not interfere with the labeled sequences.

In addition, conformational effects of target polypeptide folding may, in certain embodiments, be negligible if the polypeptide is fragmented into sufficiently small peptides, or if the interaction is performed under conditions where conformation, but not specific interaction, is disrupted.

B.    Complications

Two obvious complications exist with the method of sequence analysis by hybridization. The first results from a probe of inappropriate length while the second relates to internally repeated sequences.

The first obvious complication is a problem which arises from an inappropriate length of recognition sequence, which causes problems with the specificity of recognition. For example, if the recognized sequence is too short, every

28

28

sequence which is utilized will be recognized by every probe
sequence. This occurs, e.g., in a binary system where the
probes are each of sequences which occur relatively frequently,
e.g., a two character probe for the binary system. Each
possible two character probe would be expected to appear ¼ of
the time in every single two character position. Thus, the
above sequence example would be recognized by each of the 00,
10, 01, and 11. Thus, the sequence information is virtually
lost because the resolution is too low and each recognition
reagent specifically binds at multiple sites on the target
sequence.

The number of different probes which bind to a target
depends on the relationship between the probe length and the
target length. At the extreme of short probe length, the just
mentioned problem exists of excessive redundancy and lack of
resolution. The lack of stability in recognition will also be
a problem with extremely short probes. At the extreme of long
probe length, each entire probe sequence is on a different
position of a substrate. However, a problem arises from the
number of possible sequences, which goes up dramatically with
the length of the sequence. Also, the specificity of
recognition begins to decrease as the contribution to binding
by any particular subunit may become sufficiently low that the
system fails to distinguish the fidelity of recognition.
Mismatched hybridization may be a problem with the
polynucleotide sequencing applications, though the
fingerprinting and mapping applications may not be so strict in
their fidelity requirements. As indicated above, a thirty
position binary sequence has over a million possible sequences,
a number which starts to become unreasonably large in its
required number of different sequences, even though the target
length is still very short. Preparing a substrate with all
sequence possibilities for a long target may be extremely
difficult due to the many different oligomers which must be
synthesized.

The above example illustrates how a long target
sequence may be reconstructed with a reasonably small number of
shorter subsequences. Since the present day resolution of the

29

29

regions of the substrate having defined oligomer probes attached to the substrate approaches about 10 microns by 10 microns for resolvable regions, about $10^6$, or 1 million, positions can be placed on a one centimeter square substrate. However, high resolution systems may have particular disadvantages which may be outweighed using the lower density substrate matrix pattern. For this reason, a sufficiently large number of probe sequences can be utilized so that any given target sequence may be determined by hybridization to a relatively small number of probes.

A second complication relates to convergence of sequences to a single subsequence. This will occur when a particular subsequence is repeated in the target sequence. This problem can be addressed in at least two different ways. The first, and simpler way, is to separate the repeat sequences onto two different targets. Thus, each single target will not have the repeated sequence and can be analyzed to its end. This solution, however, complicates the analysis by requiring that some means for cutting at a site between the repeats can be located. Typically a careful sequencer would want to have two intermediate cut points so that the intermediate region can also be sequenced in both directions across each of the cut points. This problem is inherent in the hybridization method for sequencing but can be minimized by using a longer known probe sequence so that the frequency of probe repeats is decreased.

Knowing the sequence of flanking sequences of the repeat will simplify the use of polymerase chain reaction (PCR) or a similar technique to further definitively determine the sequence between sequence repeats. Probes can be made to hybridize to those known sequences adjacent the repeat sequences, thereby producing new target sequences for analysis. See, e.g., Innis et al. (eds.) (1990) PCR Protocols: A Guide to Methods and Applications, Academic Press; and methods for synthesis of oligonucleotide probes, see, e.g., Gait (1984) Oligonucleotide Synthesis: A Practical Approach, IRL Press, Oxford.

30

30

Other means for dealing with convergence problems include using particular longer probes, and using degeneracy reducing analogues, see, e.g., Macevicz, S. (1990) PCT publication number WO 90/04652, which is hereby incorporated herein by reference. By use of stretches of the degeneracy reducing analogues with other probes in particular combinations, the number of probes necessary to fully saturate the possible oligomer probes is decreased. For example, with a stretch of 12-mers having the central 4-mer of degenerate nucleotides, in combination with all of the possible 8-mers, the collection numbers twice the number of possible 8-mers, e.g. $65,536 + 65,536 = 131,072$, but the population provides screening equivalent to all possible 12-mers.

By way of further explanation, all possible oligonucleotide 8-mers may be depicted in the fashion:

$$N1-N2-N3-N4-N5-N6-N7-N8,$$

in which there are $4^8 = 65,536$ possible 8-mers. As described in Serial No. 07/624,120, now abandoned, producing all possible 8-mers requires $4 \times 8 = 32$ chemical binary synthesis steps to produce the entire matrix pattern of 65,536 8-mer possibilities. By incorporating degeneracy reducing nucleotides, D's, which hybridize nonselectively to any corresponding complementary nucleotide, new oligonucleotides 12-mers can be made in the fashion:

$$N1-N2-N3-N4-D-D-D-D-N5-N6-N7-N8,$$

in which there are again, as above, only $4^8 = 65,536$ possible "12-mers", which in reality only have 8 different nucleotides.

However, it can be seen that each possible 12-mer probe could be represented by a group of the two 8-mer types. Moreover, repeats of less than 12 nucleotides would not converge, or cause repeat problems in the analysis. Thus, instead of requiring a collection of probes corresponding to all 12-mers, or $4^{12} = 16,777,216$ different 12-mers, the same information can be derived by making 2 sets of "8-mers" consisting of the typical 8-mer collection of $4^8 = 65,536$ and the "12-mer" set with the degeneracy reducing analogues, also requiring making $4^8 = 65,536$. The combination of the two sets, requires making $65,536 + 65,536 = 131,072$ different molecules,

31

31

but giving the information of 16,777,216 molecules. Thus,
incorporating the degeneracy reducing analogue decreases the
number of molecules necessary to get 12-mer resolution by a
factor of about 128-fold.

### C.    Non-polynucleotide Embodiments

The above example is directed towards a
polynucleotide embodiment. This application is relatively
easily achieved because the specific reagents will typically be
complementary oligonucleotides, although in certain embodiments
other specific reagents may be desired. For example, there may
be circumstances where other than complementary base pairing
will be utilized. The polynucleotide targets, will usually be
single strand, but may be double or triple stranded in various
applications. However, a triple stranded specific interaction
might be sometimes desired, or a protein or other specific
binding molecule may be utilized. For example, various
promoter or DNA sequence specific binding proteins might be
used, including, e.g., restriction enzyme binding domains,
other binding domains, and antibodies. Thus, specific
recognition reagents besides oligonucleotides may be utilized.

For other polymer targets, the specific reagents will
often be polypeptides. These polypeptides may be protein
binding domains from enzymes or other proteins which display
specificity for binding. Usually an antibody molecule may be
used, and monoclonal antibodies may be particularly desired.
Classical methods may be applied for preparing antibodies, see,
e.g., Harlow and Lane (1988) Antibodies:  A Laboratory Manual
Cold Spring Harbor Press, New York; and Goding (1986)
Monoclonal Antibodies:  Principles and Practice (2d Ed.)
Academic Press, San Diego. Other suitable techniques for in
vitro exposure of lymphocytes to the antigens or selection of
libraries of antibody binding sites are described, e.g., in
Huse et al. (1989) Science 246:1275-1281; and Ward et al.
91989) Nature 341:544-546, each of which is hereby incorporated
herein by reference. Unusual antibody production methods are
also described, e.g., in Hendricks et al. (1989) BioTechnology
7:1271-1274; and Hiatt et al. (1989) Nature 342:76-78, each of

31

32

which is hereby incorporated herein by reference. Other
molecules which may exhibit specific binding interaction may be
useful for attachment to a VLSIPS substrate by various methods,
including the caged biotin methods, see, e.g., Serial No.
07/435,316, now abandoned, and Barrett et al. (1993) U.S. Pat.
No. 5,252,743.

The antibody specific reagents should be particularly
useful for the polypeptide, carbohydrate, and synthetic polymer
applications. Individual specific reagents might be generated
by an automated process to generate the number of reagents
necessary to advantageously use the high density positional
matrix pattern. In an alternative approach, a plurality of
hybridoma cells may be screened for their ability to bind to a
VLSIPS matrix possessing the desired sequences whose binding
specificity is desired. Each cell might be individually grown
up and its binding specificity determined by VLSIPS apparatus
and technology. An alternative strategy would be to expose the
same VLSIPS matrix to a polyclonal serum of high titer. By a
successively large volume of serum and different animals, each
region of the VLSIPS substrate would have attached to it a
substantial number of antibody molecules with specificity of
binding. The substrate, with non-covalently bound antibodies
could be derivatized and the antibodies transferred to an
adjacent second substrate in the matrix pattern in which the
antibody molecules had attached to the first matrix. If the
sensitivity of detection of binding interaction is sufficiently
high, such a low efficiency transfer of antibody molecules may
produce a sufficiently high signal to be useful for many
purposes, including the sequencing applications.

In another embodiment, capillary forces may be used
to transfer the selected reagents to a new matrix, to which the
reagents would be positionally attached in the pattern of the
recognized sequences. Or, the reagents could be transversely
electrophoresed, magnetically transferred, or otherwise
transported to a new substrate in their retained positional
pattern.

33

33

III.  POLYNUCLEOTIDE SEQUENCING

In principle, the making of a substrate having a
positionally defined matrix pattern of all possible
oligonucleotides of a given length involves a conceptually
simple method of synthesizing each and every different possible
oligonucleotide, and affixing them to a definable position.
Oligonucleotide synthesis is presently mechanized and enabled
by current technology, see, e.g., Serial No. 07/362,901, now
abandoned; Pirrung et al. (1992) U.S. Pat. No. 5,143,854; and
instruments supplied by Applied Biosystems, Foster City,
California.

A.  Preparation of Substrate Matrix

The production of the collection of specific
oligonucleotides used in polynucleotide sequencing may be
produced in at least two different ways.  Present technology
certainly allows production of ten nucleotide oligomers on a
solid phase or other synthesizing system.  See, e.g.,
instrumentation provided by Applied Biosystems, Foster City,
California.  Although a single oligonucleotide can be
relatively easily made, a large collection of them would
typically require a fairly large amount of time and investment.
For example, there are $4^{10} = 1,048,576$ possible ten nucleotide
oligomers.  Present technology allows making each and every one
of them in a separate purified form though such might be costly
and laborious.

Once the desired repertoire of possible oligomer
sequences of a given length have been synthesized, this
collection of reagents may be individually positionally
attached to a substrate, thereby allowing a batchwise
hybridization step.  Present technology also would allow the
possibility of attaching each and every one of these 10-mers to
a separate specific position on a solid matrix.  This
attachment could be automated in any of a number of ways,
particularly through the use of a caged biotin type linking.
This would produce a matrix having each of different possible
10-mers.

34

34

A batchwise hybridization is much preferred because of its reproducibility and simplicity. An automated process of attaching various reagents to positionally defined sites on a substrate is provided in Pirrung et al. (1992) U.S. Pat. No. 5,143,854; Serial No. 07/624,120, now abandoned; and Barrett et al. (1993) U.S. Pat. No. 5,252,743; each of which is hereby incorporated herein by reference.

Instead of separate synthesis of each oligonucleotide, these oligonucleotides are conveniently synthesized in parallel by sequential synthetic processes on a defined matrix pattern as provided in Pirrung et al. (1992) U.S. Pat. No. 5,143,854; and Serial No. 07/624,120, now abandoned, which are incorporated herein by reference. Here, the oligonucleotides are synthesized stepwise on a substrate at positionally separate and defined positions. Use of photosensitive blocking reagents allows for defined sequences of synthetic steps over the surface of a matrix pattern. By use of the binary masking strategy, the surface of the substrate can be positioned to generate a desired pattern of regions, each having a defined sequence oligonucleotide synthesized and immobilized thereto.

Although the prior art technology can be used to generate the desired repertoire of oligonucleotide probes, an efficient and cost effective means would be to use the VLSIPS technology described in Pirrung et al. (1992) U.S. Pat. No. 5,143,854 and Serial No. 07/624,120, now abandoned. In this embodiment, the photosensitive reagents involved in the production of such a matrix are described below.

The regions for synthesis may be very small, usually less than about 100 μm x 100 μm, more usually less than about 50 μm x 50 μm. The photolithography technology allows synthetic regions of less than about 10 μm x 10 μm, about 3 μm x 3 μm, or less. The detection also may detect such sized regions, though larger areas are more easily and reliably measured.

At a size of about 30 microns by 30 microns, one million regions would take about 11 centimeters square or a

35

35

single wafer of about 4 centimeters by 4 centimeters. Thus the present technology provides for making a single matrix of that size having all one million plus possible oligonucleotides. Region size is sufficiently small to correspond to densities of at least about 5 regions/cm$^2$, 20 regions/cm$^2$, 50 regions/cm$^2$, 100 regions/cm$^2$, and greater, including 300 regions/cm$^2$, 1000 regions/cm$^2$, 3K regions/cm$^2$, 10K regions/cm$^2$, 30K regions/cm$^2$, 100K regions/cm$^2$, 300K regions/cm$^2$ or more, even in excess of one million regions/cm$^2$.

Although the pattern of the regions which contain specific sequences is theoretically not important, for practical reasons certain patterns will be preferred in synthesizing the oligonucleotides. The application of binary masking algorithms for generating the pattern of known oligonucleotide probes is described in related Serial No. 07/624,120, now abandoned, which was filed simultaneously with this application. By use of these binary masks, a highly efficient means is provided for producing the substrate with the desired matrix pattern of different sequences. Although the binary masking strategy allows for the synthesis of all lengths of polymers, the strategy may be easily modified to provide only polymers of a given length. This is achieved by omitting steps where a subunit is not attached.

The strategy for generating a specific pattern may take any of a number of different approaches. These approaches are well described in related application Serial No. 07/624,120, now abandoned, and include a number of binary masking approaches which will not be exhaustively discussed herein. However, the binary masking and binary synthesis approaches provide a maximum of diversity with a minimum number of actual synthetic steps.

The length of oligonucleotides used in sequencing applications will be selected on criteria determined to some extent by the practical limits discussed above. For example, if probes are made as oligonucleotides, there will be 65,536 possible eight nucleotide sequences. If a nine subunit oligonucleotide is selected, there are 262,144 possible permeations of sequences. If a ten-mer oligonucleotide is

36

selected, there are 1,048,576 possible permeations of
sequences. As the number gets larger, the required number of
positionally defined subunits necessary to saturate the
possibilities also increases. With respect to hybridization
conditions, the length of the matching necessary to confer
stability of the conditions selected can be compensated for.
See, e.g., Kanehisa, M. (1984) Nuc. Acids Res. 12:203-213,
which is hereby incorporated herein by reference.

Although not described in detail here, but below for
oligonucleotide probes, the VLSIPS technology would typically
use a photosensitive protective group on an oligonucleotide.
Sample oligonucleotides are shown in Figure 1. In particular,
the photoprotective group on the nucleotide molecules may be
selected from a wide variety of positive light reactive groups
preferably including nitro aromatic compounds such as o-nitro-
benzyl derivatives or benzylsulfonyl. See, e.g., Gait (1984)
Oligonucleotide Synthesis: A Practical Approach, IRL Press,
Oxford, which is hereby incorporated herein by reference. In a
preferred embodiment, 6-nitro-veratryl oxycarbony (NVOC), 2-
nitrobenzyl oxycarbonyl (NBOC), or $\alpha,\alpha$-dimethyl-dimethoxybenzyl
oxycarbonyl (DEZ) is used. Photoremovable protective groups
are described in, e.g., Patchornik (1970) J. Amer. Chem. Soc.
92:6333-6335; and Amit et al. (1974) J. Organic Chem. 39:192-
196; each of which is hereby incorporated herein by reference.

A preferred linker for attaching the oligonucleotide
to a silicon matrix is illustrated in Figure 2. A more
detailed description is provided below. A photosensitive
blocked nucleotide may be attached to specific locations of
unblocked prior cycles of attachments on the substrate and can
be successively built up to the correct length oligonucleotide
probe.

It should be noted that multiple substrates may be
simultaneously exposed to a single target sequence where each
substrate is a duplicate of one another or where, in
combination, multiple substrates together provide the complete
or desired subset of possible subsequences. This provides the
opportunity to overcome a limitation of the density of
positions on a single substrate by using multiple substrates.

IAFP00000965

37

In the extreme case, each probe might be attached to a single bead or substrate and the beads sorted by whether there is a binding interaction. Those beads which do bind might be encoded to indicate the subsequence specificity of reagents attached thereto.

Then, the target may be bound to the whole collection of beads and those beads that have appropriate specific reagents on them will bind to the target. Then a sorting system may be utilized to sort those beads that actually bind the target from those that do not. This may be accomplished by presently available cell sorting devices or a similar apparatus. After the relatively small number of beads which have bound the target have been collected, the encoding scheme may be read off to determine the specificity of the reagent on the bead. An encoding system may include a magnetic system, a shape encoding system, a color encoding system, or a combination of any of these, or any other encoding system. Once again, with the collection of specific interactions that have occurred, the binding may be analyzed for sequence information, fingerprint information, or mapping information.

The parameters of polynucleotide sizes of both the probes and target sequences are determined by the applications and other circumstances. The length of the oligonucleotide probes used will depend in part upon the limitations of the VLSIPS technology to provide the number of desired probes. For example, in an absolute sequencing application, it is often useful to have virtually all of the possible oligonucleotides of a given length. As indicated above, there are 65,536 8-mers, 262,144 9-mers, 1,048,576 10-mers, 4,194,304 11-mers, etc. As the length of the oligomer increases the number of different probes which must be synthesized also increases at a rate of a factor of 4 for every additional nucleotide. Eventually the size of the matrix and the limitations in the resolution of regions in the matrix will reach the point where an increase in number of probes becomes disadvantageous. However, this sequencing procedure requires that the system be able to distinguish, by appropriate selection of hybridization and washing conditions, between binding of absolute fidelity

IAFP00000966

38

and binding of complementary sequences containing mismatches. On the other hand, if the fidelity is unnecessary, this discrimination is also unnecessary and a significantly longer probe may be used. Significantly longer probes would typically be useful in fingerprinting or mapping applications.

The length of the probe is selected for a length that will allow the probe to bind with specificity to possible targets. The hybridization conditions are also very important in that they will determine how closely the homology of complementary binding will be detected. In fact, a single target may be evaluated at a number of different conditions to determine its spectrum of specificity for binding particular probes. This may find use in a number of other applications besides the polynucleotide sequencing fingerprinting or mapping. For example, it will be desired to determine the spectrum of binding affinities and specificities of cell surface antigens with binding by particular antibodies immobilized on the substrate surface, particularly under different interaction conditions. In a related fashion, different regions with reagents having differing affinities or levels of specificity may allow such a spectrum to be defined using a single incubation, where various regions, at a given hybridization condition, show the binding affinity. For example, fingerprint probes of various lengths, or with specific defined non-matches may be used. Unnatural nucleotides or nucleotides exhibiting modified specificity of complementary binding are described in greater detail in Macevicz (1990) PCT pub. No. WO 90/04652; and see the section on modified nucleotides in the Sigma Chemical Company catalogue.

B.    Labeling Target Nucleotide

The label used to detect the target sequences will be determined, in part, by the detection methods being applied. Thus, the labeling method and label used are selected in combination with the actual detecting systems being used.

Once a particular label has been selected, appropriate labeling protocols will be applied, as described

IAFP00000967

39

below for specific embodiments.  Standard labeling protocols
for nucleic acids are described, e.g., in Sambrook et al.;
Kambara, H. et al. (1988) BioTechnology 6:816-821; Smith, L. et
al. (1985) Nuc. Acids Res. 13:2399-2412; for polypeptides, see,
e.g., Allen G. (1989) Sequencing of Proteins and Peptides,
Elsevier, New York, especially chapter 5, and Greenstein and
Winitz (1961) Chemistry of the Amino Acids, Wiley and Sons, New
York.  Carbohydrate labeling is described, e.g., in Chaplin and
Kennedy (1986) Carbohydrate Analysis: A Practical Approach,
IRL Press, Oxford.  Labeling of other polymers will be
performed by methods applicable to them as recognized by a
person having ordinary skill in manipulating the corresponding
polymer.

        In some embodiments, the target need not actually be
labeled if a means for detecting where interaction takes place
is available.  As described below, for a nucleic acid
embodiment, such may be provided by an intercalating dye which
intercalates only into double stranded segments, e.g., where
interaction occurs.  See, e.g., Sheldon et al. U.S. Pat. No.
4,582,789.

        In many uses, the target sequence will be absolutely
homogeneous, both with respect to the total sequence and with
respect to the ends of each molecule.  Homogeneity with respect
to sequence is important to avoid ambiguity.  It is preferable
that the target sequences of interest not be contaminated with
a significant amount of labeled contaminating sequences.  The
extent of allowable contamination will depend on the
sensitivity of the detection system and the inherent signal to
noise of the system.  Homogeneous contamination sequences will
be particularly disruptive of the sequencing procedure.

        However, although the target polynucleotide must have
a unique sequence, the target molecules need not have identical
ends.  In fact, the homogeneous target molecule preparation may
be randomly sheared to increase the numerical number of
molecules.  Since the total information content remains the
same, the shearing results only in a higher number of distinct
sequences which may be labeled and bind to the probe.  This
fragmentation may give a vastly superior signal relative to a

IAFP00000968

40

preparation of the target molecules having homogeneous ends.
The signal for the hybridization is likely to be dependent on
the numerical frequency of the target-probe interactions.  If a
sequence is individually found on a larger number of separate
molecules a better signal will result.  In fact, shearing a
homogeneous preparation of the target may often be preferred
before the labeling procedure is performed, thereby producing a
large number of labeling groups associated with each
subsequence.

    C.    <u>Hybridization Conditions</u>

The hybridization conditions between probe and target
should be selected such that the specific recognition
interaction, i.e., hybridization, of the two molecules is both
sufficiently specific and sufficiently stable.  See, e.g.,
Hames and Higgins (1985) <u>Nucleic Acid Hybridisation:  A
Practical Approach</u>, IRL Press, Oxford.  These conditions will
be dependent both on the specific sequence and often on the
guanine and cytosine (GC) content of the complementary hybrid
strands.  The conditions may often be selected to be
universally equally stable independent of the specific
sequences involved.  This typically will make use of a reagent
such as an alkylammonium buffer.  See, Wood et al. (1985) "Base
Composition-independent Hybridization in Tetramethylammonium
Chloride:  A Method for Oligonucleotide Screening of Highly
Complex Gene Libraries," <u>Proc. Natl. Acad. Sci. USA</u>, 82:1585-
1588; and Krupov et al. (1989) "An Oligonucleotide
Hybridization Approach to DNA Sequencing," <u>FEBS Letters</u>,
256:118-122; each of which is hereby incorporated herein by
reference.  An alkylammonium buffer tends to minimize
differences in hybridization rate and stability due to GC
content.  By virtue of the fact that sequences then hybridize
with approximately equal affinity and stability, there is
relatively little bias in strength or kinetics of binding for
particular sequences.  Temperature and salt conditions along
with other buffer parameters should be selected such that the
kinetics of renaturation should be essentially independent of
the specific target subsequence or oligonucleotide probe

IAFP00000969

41

involved.  In order to ensure this, the hybridization reactions
will usually be performed in a single incubation of all the
substrate matrices together exposed to the identical same
target probe solution under the same conditions.

Alternatively, various substrates may be individually
treated differently.  Different substrates may be produced,
each having reagents which bind to target subsequences with
substantially identical stabilities and kinetics of
hybridization.  For example, all of the high GC content probes
could be synthesized on a single substrate which is treated
accordingly.  In this embodiment, the arylammonium buffers
could be unnecessary.  Each substrate is then treated in a
manner such that the collection of substrates show essentially
uniform binding and the hybridization data of target binding to
the individual substrate matrix is combined with the data from
other substrates to derive the necessary subsequence binding
information.  The hybridization conditions will usually be
selected to be sufficiently specific such that the fidelity of
base matching will be properly discriminated.  Of course,
control hybridizations should be included to determine the
stringency and kinetics of hybridization.

D.    Detection:  VLSIPS™ Technology Scanning

The next step of the sequencing process by
hybridization involves labeling of target polynucleotide
molecules.  A quickly and easily detectable signal is
preferred.  The VLSIPS™ Technology apparatus is designed to
easily detect a fluorescent label, so fluorescent tagging of
the target sequence is preferred.  Other suitable labels
include heavy metal labels, magnetic probes, chromogenic labels
(e.g., phosphorescent labels, dyes, and fluorophores)
spectroscopic labels, enzyme linked labels, radioactive labels,
and labeled binding proteins.  Additional labels are described
in U.S. Pat. No. 4,366,241, which is incorporated herein by
reference.

The detection methods used to determine where
hybridization has taken place will typically depend upon the
label selected above.  Thus, for a fluorescent label a

45

IAFP00000970

42

fluorescent detection step will typically be used.  Pirrung et
al. (1992) U.S. Pat.No. 5,143,854 and Serial No. 07/624,120,
now abandoned, describe apparatus and mechanisms for scanning a
substrate matrix using fluorescence detection, but a similar
apparatus is adaptable for other optically detectable labels.

      The detection method provides a positional
localization of the region where hybridization has taken place.
 However, the position is correlated with the specific sequence
of the probe since the probe has specifically been attached or
synthesized at a defined substrate matrix position.  Having
collected all of the data indicating the subsequences present
in the target sequence, this data may be aligned by overlap to
reconstruct the entire sequence of the target, as illustrated
above.

      It is also possible to dispense with actual labeling
if some means for detecting the positions of interaction
between the sequence specific reagent and the target molecule
are available.  This may take the form of an additional reagent
which can indicate the sites either of interaction, or the
sites of lack of interaction, e.g., a negative label.  For the
nucleic acid embodiments, locations of double strand
interaction may be detected by the incorporation of
intercalating dyes, or other reagents such as antibody or other
reagents that recognize helix formation, see, e.g., Sheldon, et
al. (1986) U.S. Pat. No. 4,582,789, which is hereby
incorporated herein by reference.


      E.   Analysis
      Although the reconstruction can be performed manually
as illustrated above, a computer program will typically be used
to perform the overlap analysis.  A program may be written and
run on any of a large number of different computer hardware
systems.  The variety of operating systems and languages
useable will be recognized by a computer software engineer.
Various different languages may be used, e.g., BASIC; C;
PASCAL; etc.  A simple flow chart of data analysis is
illustrated in Figure 7.

IAFP00000971

43

F.    Substrate Reuse

Finally, after a particular sequence has been hybridized and the pattern of hybridization analyzed, the matrix substrate should be reusable and readily prepared for exposure to a second or subsequent target polynucleotides. In order to do so, the hybrid duplexes are disrupted and the matrix treated in a way which removes all traces of the original target. The matrix may be treated with various detergents or solvents to which the substrate, the oligonucleotide probes, and the linkages to the substrate are inert. This treatment may include an elevated temperature treatment, treatment with organic or inorganic solvents, modifications in pH, and other means for disrupting specific interaction. Thereafter, a second target may actually be applied to the recycled matrix and analyzed as before.


G.    Non-Polynucleotide Aspects

Although the sequencing, fingerprinting, and mapping functions will make use of the natural sequence recognition property of complementary nucleotide sequences, the non-polynucleotide sequences typically require other sequence recognition reagents. These reagents will take the form, typically, of proteins exhibiting binding specificity, e.g., enzyme binding sites or antibody binding sites.

Enzyme binding sites may be derived from promoter proteins, restriction enzymes, and the like. See, e.g., Stryer, L. (1988) Biochemistry, W.H.Freeman, Palo Alto. Antibodies will typically be produced using standard procedures, see, e.g., Harlow and Lane (1988) Antibodies: A Laboratory Manual, Cold Spring Harbor Press, New York; and Goding (1986) Monoclonal Antibodies: Principles and Practice, (2d Ed.) Academic Press, San Diego.

Typically, an antigen, or collection of antigens are presented to an immune system. This may take the form of synthesized short polymers produced by the VLSIPS technology, or by the other synthetic means, or from isolation of natural products. For example, antigen for the polypeptides may be made by the VLSIPS technology, by standard peptide synthesis,

44

44

by isolation of natural proteins with or without degradation to shorter segments, or by expression of a collection of short nucleic acids of random or defined sequences. See, e.g., Tuerk and Gold (1990) <u>Science</u> 249:505-510, for generation of a collection of randomly mutagenized oligonucleotides useful for expression.

The antigen or collection is presented to an appropriate immune system, e.g., to a whole animal as in a standard immunization protocol, or to a collection of immune cells or equivalent. In particular, see Ward et al. (1989) <u>Nature</u> 341:544-546; and Huse et al. (1989) <u>Science</u> 246:1275-1281, each of which is hereby incorporated herein by reference.

A large diversity of antibodies will be generated, some of which have specificities for the desired sequences. Antibodies may be purified having the desired sequence specificities by isolating the cells producing them. For example, a VLSIPS substrate with the desired antigens synthesized thereon may be used to isolate cells with cell surface reagents which recognize the antigens. The VLSIPS substrate may be used as an affinity reagent to select and recover the appropriate cells. Antibodies from those cells may be attached to a substrate using the caged biotin methodology, or by attaching a targeting molecule, e.g., an oligonucleotide. Alternatively, the supernatants from antibody producing cells can be easily assayed using a VLSIPS substrate to identify the cells producing the appropriate antibodies.

Although cells may be isolated, specific antibody molecules which perform the sequence recognition will also be sufficient. Preferably populations of antibody with a known specificity can be isolated. Supernatants from a large population of producing cells may be passed over a VLSIPS substrate to bind to the desired antigens attached to the substrate. When a sufficient density of antibody molecules are attached, they may be removed by an automated process, preferably as antibody populations exhibiting specificity of binding.

In one particular embodiment, a VLSIPS substrate, e.g., with a large plurality of fingerprint antigens attached

45

thereto, is used to isolate antibodies from a supernatant of a population of cells producing antibodies to the antigens. Using the substrate as an affinity reagent, the antibodies will attach to the appropriate positionally defined antigens. The antibodies may be carefully removed therefrom, preferably by an automated system which retains their homogeneous specificities. The isolated antibodies can be attached to a new substrate in a positionally defined matrix pattern.

In a further embodiment, these spatially separated antibodies may be isolated using a specific targeting method for isolation. In this embodiment, a linker molecule which attaches to a particular portion of the antibody, preferably away from the binding site, can be attached to the antibodies. Various reagents will be used, including staphylococcus protein A or antibodies which bind to domains remote from the binding site. Alternatively, the antibodies in the population, before affinity purification, may be derivatized with an appropriate reagent compatible with new VLSIPS synthesis. A preferred reagent is a nucleotide which can serve as a linker to synthetic VLSIPS steps for synthesizing a specific sequence thereon. Then, by successive VLSIPS cycles, each of the antibodies attached to the defined antigen regions can have a defined oligonucleotide synthesized thereon and corresponding in area to the region of the substrate having each antigen attached. These defined oligonucleotides will be useful as targeting reagents to attach those antibodies possessing the same target sequence specificity at defined positions on a new substrate, by virtue of having bound to the antigen region, to a new VLSIPS substrate having the complementary target oligonucleotides positionally located on it. In this fashion, a VLSIPS substrate having the desired antigens attached thereto can be used to generate a second VLSIPS substrate with positionally defined reagents which recognize those antigens.

The selected antigens will typically be selected to be those which define particular functionalities or properties, so as to be useful for fingerprinting and other uses. They will also be useful for mapping and sequencing embodiments.

46

46

IV.    FINGERPRINTING

A.    General

Many of the procedures and techniques used in the polynucleotide sequencing section are also appropriate for fingerprinting applications. See, e.g., Poustka, et al. (1986) Cold Spring Harbor Symposia on Quant. Biol., vol. LI, 131-139, Cold Spring Harbor Press, New York; which is hereby incorporated herein by reference. The fingerprinting method provided herein is based, in part, upon the ability to positionally localize a large number of different specific probes onto a single substrate. This high density matrix pattern provides the ability to screen for, or detect, a very large number of different sequences simultaneously. In fact, depending upon the hybridization conditions, fingerprinting to the resolution of virtually absolute matching of sequence is possible thereby approaching an absolute sequencing embodiment. And the sequencing embodiment is very useful in identifying the probes useful in further fingerprinting uses. For example, characteristic features of genetic sequences will be identified as being diagnostic of the entire sequence. However, in most embodiments, longer probe and target will be used, and for which slight mismatching may not need to be resolved.

B.    Preparation of Substrate Matrix

A collection of specific probes may be produced by either of the methods described above in the section on sequencing. Specific oligonucleotide probes of desired lengths may be individually synthesized on a standard oligonucleotide synthesizer. The length of these probes is limited only by the ability of the synthesizer to continue to accurately synthesize a molecule. Oligonucleotides or sequence fragments may also be isolated from natural sources. Biological amplification methods may be coupled with synthetic synthesizing procedures such as, e.g., polymerase chain reaction.

In one embodiment, the individually isolated probes may be attached to the matrix at defined positions. These probe reagents may be attached by an automated process making use of the caged biotin methodology described in Serial No.

IAFP00000975

47

07/612,671, or using photochemical reagents, see, e.g., Dattagupta et al. (1985) U.S. Pat. No. 4,542,102 and (1987) U.S. Pat. No. 4,713,326. Each individually purified reagent can be attached individually at specific locations on a substrate.

In another embodiment, the VLSIPS synthesizing technique may be used to synthesize the desired probes at specific positions on a substrate. The probes may be synthesized by successively adding appropriate monomer subunits, e.g., nucleotides, to generate the desired sequences.

In another embodiment, a relatively short specific oligonucleotide is used which serves as a targeting reagent for positionally directing the sequence recognition reagent. For example, the sequence specific reagents having a separate additional sequence recognition segment (usually of a different polymer from the target sequence) can be directed to target oligonucleotides attached to the substrate. By use of non-natural targeting reagents, e.g., unusual nucleotide analogues which pair with other unnatural nucleotide analogues and which do not interfere with natural nucleotide interactions, the natural and non-natural portions can coexist on the same molecule without interfering with their individual functionalities. This can combine both a synthetic and biological production system analogous to the technique for targeting monoclonal antibodies to locations on a VLSIPS substrate at defined positions. Unnatural optical isomers of nucleotides may be useful unnatural reagents subject to similar chemistry, but incapable of interfering with the natural biological polymers. See also, Serial No. 07/626,730, which is hereby incorporated herein by reference.

After the separate substrate attached reagents are attached to the targeting segment, the two are crosslinked, thereby permanently attaching them to the substrate. Suitable crosslinking reagents are known, see, e.g., Dattagupta et al. (1985) U.S. Pat. No. 4,542,102 and (1987) "Coupling of nucleic acids to solid support by photochemical methods," U.S. Pat. No. 4,713,326, each of which is hereby incorporated herein by reference. Similar linkages for attachment of proteins to a

48