

FIG. 12.

FIG. 13.

## INTERNATIONAL SEARCH REPORT

International Application No.  PCT/US91/08693

### I. CLASSIFICATION OF SUBJECT MATTER (if several classification symbols apply, indicate all)[3]

According to International Patent Classification (IPC) or to both National Classification and IPC

IPC (5) : Please See Attached Sheet.
US CL : Please See Attached Sheet.

### II. FIELDS SEARCHED

| Minimum Documentation Searched [4] | |
|---|---|
| Classification System | Classification Symbols |
| U.S. | 435/7.92, 7.94, 7.95, 961, 968, 973, 307; 536/26; 562/441; 436/518, 527, 807; 525/54.1, 54.11; 422/116, 131; 530/333, 334, 335, 336, 337; 935/88 |

| Documentation Searched other than Minimum Documentation to the extent that such Documents are included in the Fields Searched [6] |
|---|
| AUTOMATED PATENT SYSTEM (APS) ; CHEMICAL ABSTRACTS |

### III. DOCUMENTS CONSIDERED TO BE RELEVANT [14]

| Category* | Citation of Document,[16] with indication, where appropriate, of the relevant passages[17] | Relevant to Claim No. [18] |
|---|---|---|
| X,P,Y | WO, A, 90/15070 (Pirrung et al) 13 December 1990. See abstract; page 4, line 16-page 6, line 35; page 16, line 22-page 17, line 19; page 23, lines 1-28; page 24, lines 9-26; page 26, Table I; page 35, lines 19-35; page 41, lines 5-31; claims 1-46. | 1-23,26,28-37,42-45/24-25,27,38-41,46-56 |
| X/Y | D. McGillis, "Lithography", in VLSI TECHNOLOGY, published 1983 by McGraw-Hill Book Company (New York), pages 267-301. See pages 267-274. | 3-6,8,9,11,12-16 / 1-2,7,10,17-27 |
| X,P,Y | SCIENCE, vol. 251, issued 15 February 1991, S. Fodor et al., "Light-Directed, Spatially Addressable Parallel Chemical Synthesis", pages 767-773. See entire document. | 3-10,12,14-22,26,28-37,42-47/1-2,11,13,23-25,27,38-41,46-56 |
| X,P,Y | CHEMICAL ABSTRACTS, vol. 114, no. 15, issued 15 April 1991 (Columbus, Ohio, USA). S. Robertson et al., "A general and efficient route for chemical aminoacylation of transfer RNAs", see page 839, cols. 1-2, the abstract no. 143954x, J. Am. Chem. Soc. 1991, 113(7), 2722-9 (Eng). See entire abstract. | 28-29,31-37/30 |

* Special categories of cited documents:[16]
"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier document but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art
"&" document member of the same patent family

### IV. CERTIFICATION

| Date of the Actual Completion of the International Search [2] | Date of Mailing of this International Search Report [2] |
|---|---|
| 14 MARCH 1991 | 31 MAR 1992 |
| International Searching Authority [1] | Signature of Authorized Officer [20] |
| ISA/US | Carol A. Spiegel |

Form PCT/ISA/210 (second sheet)(May 1986) &

International Application No. PCT/US91/08693

| Category* | Citation of Document,[16] with indication, where appropriate, of the relevant passages[17] | Relevant to Claim No.[18] |
|---|---|---|
| | **III. DOCUMENTS CONSIDERED TO BE RELEVANT   (CONTINUED FROM THE SECOND SHEET)** | |
| X | CHEMICAL ABSTRACTS, vol. 112, no. 11, issued 12 March 1990 (Columbus, Ohio, USA), C. Shin et al., "Dehydrooligopeptides. XI. Facile synthesis of various kinds of dehydrodi- and tripeptides, and dehydroenkephalins containing Tyr residue by using N-carboxydehydrotyrosine anhydride", see page 818, col. 2, the abstract no. 99207p, Bull. Chem. Soc. Jpn. 1989, 62(4), 1127-35 (Eng)> See entire abstract. | 50-56 |
| XP/Y | WO, A, 91/07087 (Barrett et al), 30 May 1991. See abstract; page 3, line 20-page 4, line 14; page 6, lines 16-25; page 10, line 1-page 12, line 11; page 13, lines 32-33; page 24, lines 11-23; page 26, lines 1-16; Table 3; page 31, lines 20-28; page 35, lines 3-30. | 46-49/1-37,42-45,50-56 |
| Y | US, A, 4,517,338 (Urdea et al) 14 May 1985. See abstract; col. 3, lines 1-17 and col. 14, line 52-col. 15, line 3. | 1-3 |
| Y | PROCEEDINGS OF THE INDIAN NATIONAL SCIENCE ACADEMY, vol. 53, no. 6, issued 1987, V.K. Haridasan et al, "Peptide Synthesis Using Photolytically Cleavable 2-Nitro-benzyloxycarbonyl protecting group", pages 717-728. See abstract; introduction, cpd (4); and page 727, lines 17-34. | 3-21,28-37,42-49 |
| Y | WO, A, 84/03564 (Geysen et al) 13 September 1984. See page 12, line 12-page 3, line 3; page 5, line 23-page 8, line 25; page 11, line 26-page 12, line 20. | 3-27 |
| Y | US, A, 4,562,157 (Lowe et al) 31 December 1985. See col. 3, line 3-col. 4, line 15; and col. 9, lines 18-22. | 3-27 |
| Y | WO, A, 90/04652 (Macevicz) 03 May 1990. See page 5, line 17-page 6, line 9; page 9, lines 19-35; page 15, line 19-page 20, line 28; Figure 1. | 3-4,9-13,15-7,22,26-27 |
| Y | US, A, 4,762,881 (Kauer) 09 August 1988. See col. 1, line 1-col. 3, line 52. | 3-22 |
| A | EP, A, 0,228,310 (Sherrington et al) 26 October 1988. See entire document. | 1-27 |
| A | US, A, 3,849,137 (Barzynski et al) 19 November 1974. See entire document. | 1-56 |
| A | US, A, 4,631,211 (Houghten) 23 December 1986. See entire document. | 1-27 |
| A | APPLIED PHYSICS LETTERS, vol. 31, no. 7, issued 01 October 1977, D. Flanders et al., "A new interferometric alignment technique", pages 426-429. See entire document. | 1-25 |

| | FURTHER INFORMATION CONTINUED FROM THE SECOND SHEET | |
|---|---|---|
| X,P/Y | CHEMICAL ABSTRACTS, vol. 114, no. 23, issued 10 June 1991 (Columbus, Ohio USA), M. Iwamura et al, "1-x-Diazobenzyl) pyrene: a reagent for photloabile and fluorescent protection of carboxyl groups of amino acids and peptides", see page 827, col. 1, the abstract no. 229349r, Synlett 1991, (1), 35-6 (Eng). See entire abstract. | 38-40/41 |
| X | JOURNAL OF THE AMERICAN SOCIETY, vol. 92, no. 21, issued 21 October 1970, A. Patchornik et al., "Photosensitive Protecting Groups", pages 6333-6335. See page 6334, Scheme I. | 42-45 |

**V.** ☐ **OBSERVATIONS WHERE CERTAIN CLAIMS WERE FOUND UNSEARCHABLE[1]**

This international search report has not been established in respect of certain claims under Article 17(2) (a) for the following reasons:

1. ☐ Claim numbers _, because they relate to subject matter (1) not required to be searched by this Authority, namely:

2. ☐ Claim numbers _, because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out (1), specifically:

3. ☐ Claim numbers _, because they are dependent claims not drafted in accordance with the second and third sentences of PCT Rule 6.4(a).

**VI.** ☐ **OBSERVATIONS WHERE UNITY OF INVENTION IS LACKING[2]**

This International Searching Authority found multiple inventions in this international application as follows:

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims of the international application.

2. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims of the international application for which fees were paid, specifically claims:

3. ☐ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claim numbers:

4. ☐ As all searchable claims could be searched without effort justifying an additional fee, the International Search Authority did not invite payment of any additional fee.

Remark on protest

☐ The additional search fees were accompanied by applicant's protest.

☐ No protest accompanied the payment of additional search fees.

Form PCT/ISA/210 (supplemental sheet(2))(Rev. 4-90) ß

International Application   PCT/US91/08693

---

**FURTHER INFORMATION CONTINUED FROM PREVIOUS SHEETS**

I. CLASSIFICATION OF SUBJECT MATTER:
  IPC (5) :

A01N 1/02; C12Q 1/00; G01N 33/566, 33/543; B01J 19/00; C07D 471/02, 235/00, 473/00, 235/30; C07K 1/04, 17/06, 17/14

I. CLASSIFICATION OF SUBJECT MATTER:
  US CL  :

435/7.92, 7.94, 7.95, 961, 968, 973, 307; 536/26; 562/441; 436/518, 527, 807; 525/54.1, 54.11; 422/116, 131; 530/333, 334, 335, 336, 337; 935/88

---

**PCT**

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau



### INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 5 : | | (11) International Publication Number: WO 90/15070 |
|---|---|---|
| C07K 1/04, 17/06, 17/14 B01J 19/00 | A1 | (43) International Publication Date: 13 December 1990 (13.12.90) |

(21) International Application Number: PCT/NL90/00081

(22) International Filing Date: 7 June 1990 (07.06.90)

(30) Priority data:
362,901     7 June 1989 (07.06.89)     US
492,462     7 March 1990 (07.03.90)     US

(71) Applicant: AFFYMAX TECHNOLOGIES N.V. [NL/NL]; Van Boshuizenstraat 12, NL-1083 BA Amsterdam (NL).

(72) Inventors: PIRRUNG, Michael, C. ; 3421 Cottonwood, Durham, NC 27707 (US). READ, J., Leighton ; 1001 Ramona, Palo Alto, CA 94301 (US). FODOR, Stephen, P., A. ; 817 Wintergreen Way, Palo Alto, CA 94303 (US). STRYER, Lubert ; 843 Sonoma Terrace, Stanford, CA 94305 (US).

(74) Agent: SMULDERS, TH., A., H., J.; Vereenigde Octrooibureaux, Nieuwe Parklaan 107, NL-2587 BP The Hague (NL).

(81) Designated States: AT, AT (European patent), AU, BB, BE (European patent), BF (OAPI patent), BG, BJ (OAPI patent), BR, CA, CF (OAPI patent), CG (OAPI patent), CH, CH (European patent), CM (OAPI patent), DE*, DE (European patent)*, DK, DK (European patent), ES, ES (European patent), FI, FR (European patent), GA (OAPI patent), GB, GB (European patent), HU, IT (European patent), JP, KP, KR, LK, LU, LU (European patent), MC, MG, ML (OAPI patent), MR (OAPI patent), MW, NL, NL (European patent), NO, RO, SD, SE, SE (European patent), SN (OAPI patent), SU, TD (OAPI patent), TG (OAPI patent).

Published
With international search report.
Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.

(54) Title: VERY LARGE SCALE IMMOBILIZED PEPTIDE SYNTHESIS

(57) Abstract

A method and device for preparing desired sequences on a substrate at known locations. Known locations (10) of a substrate (2) are irradiated by way of a mask (8) so as to activate a material (4) for binding. The substrate is then exposed to a first material (12) for binding thereto. Second locations (14) are then irradiated through a mask and exposed to a second material (16). A variety of sequences may be formed through selective irradiation of the substrate followed by application of selected materials. A reactor system and fluorescence detection system are also disclosed.



* See back of page

## DESIGNATIONS OF "DE"

Until further notice, any designation of "DE" in any international application whose international filing date is prior to October 3, 1990, shall have effect in the territory of the Federal Republic of Germany with the exception of the territory of the former German Democratic Republic.

### FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|---|---|---|---|---|---|
| AT | Austria | ES | Spain | MC | Monaco |
| AU | Australia | FI | Finland | MG | Madagascar |
| BB | Barbados | FR | France | ML | Mali |
| BE | Belgium | GA | Gabon | MR | Mauritania |
| BF | Burkina Fasso | GB | United Kingdom | MW | Malawi |
| BG | Bulgaria | GR | Greece | NL | Netherlands |
| BJ | Benin | HU | Hungary | NO | Norway |
| BR | Brazil | IT | Italy | RO | Romania |
| CA | Canada | JP | Japan | SD | Sudan |
| CF | Central African Republic | KP | Democratic People's Republic | SE | Sweden |
| CG | Congo | | of Korea | SN | Senegal |
| CH | Switzerland | KR | Republic of Korea | SU | Soviet Union |
| CM | Cameroon | LI | Liechtenstein | TD | Chad |
| DE | Germany, Federal Republic of | LK | Sri Lanka | TG | Togo |
| DK | Denmark | LU | Luxembourg | US | United States of America |

1

### VERY LARGE SCALE IMMOBILIZED PEPTIDE SYNTHESIS

## COPYRIGHT NOTICE

A portion of the disclosure of this patent
document contains material which is subject to copyright
protection.  The copyright owner has no objection to the
facsimile reproduction by anyone of the patent document
or the patent disclosure as it appears in the Patent and
Trademark Office patent file or records, but otherwise
reserves all copyright rights whatsoever.

## BACKGROUND OF THE INVENTION

The present inventions relate to the synthesis
and placement materials at known locations.  In
particular, one embodiment of the inventions provides a
method and associated apparatus for preparing diverse
chemical sequences at known locations on a single
substrate surface.  The inventions may be applied, for
example, in the field of preparation of oligomer,
peptide, nucleic acid, oligosaccharide, phospholipid,
polymer, or drug congener preparation, especially to
create sources of chemical diversity for use in screening
for biological activity.

The relationship between structure and activity
of molecules is a fundamental issue in the study of bio-
logical systems.  Structure-activity relationships are
important in understanding, for example, the function of
enzymes, the ways in which cells communicate with each
other, as well as cellular control and feedback systems.

Certain macromolecules are known to interact
and bind to other molecules having a very specific three-
dimensional spatial and electronic distribution.  Any
large molecule having such specificity can be considered
a receptor, whether it is an enzyme catalyzing hydrolysis
of a metabolic intermediate, a cell-surface protein
mediating membrane transport of ions, a glycoprotein
serving to identify a particular cell to its neighbors,

2

an IgG-class antibody circulating in the plasma, an oligonucleotide sequence of DNA in the nucleus, or the like.  The various molecules which receptors selectively bind are known as ligands.

5          Many assays are available for measuring the binding affinity of known receptors and ligands, but the information which can be gained from such experiments is often limited by the number and type of ligands which are available.  Novel ligands are sometimes discovered by 10 chance or by application of new techniques for the elucidation of molecular structure, including x-ray crystallographic analysis and recombinant genetic techniques for proteins.

          Small peptides are an exemplary system for 15 exploring the relationship between structure and function in biology.  A peptide is a sequence of amino acids. When the twenty naturally occurring amino acids are condensed into polymeric molecules they form a wide variety of three-dimensional configurations, each 20 resulting from a particular amino acid sequence and solvent condition.  The number of possible pentapeptides of the 20 naturally occurring amino acids, for example, is $20^5$ or 3.2 million different peptides.  The likelihood that molecules of this size might be useful in receptor-25 binding studies is supported by epitope analysis studies showing that some antibodies recognize sequences as short as a few amino acids with high specificity.  Furthermore, the average molecular weight of amino acids puts small peptides in the size range of many currently useful 30 pharmaceutical products.

          Pharmaceutical drug discovery is one type of research which relies on such a study of structure-activity relationships.  In most cases, contemporary pharmaceutical research can be described as the process 35 of discovering novel ligands with desirable patterns of specificity for biologically important receptors.

3

Another example is research to discover new compounds for
use in agriculture, such as pesticides and herbicides.

Sometimes, the solution to a rational process
of designing ligands is difficult or unyielding.  Prior
5    methods of preparing large numbers of different polymers
have been painstakingly slow when used at a scale
sufficient to permit effective rational or random
screening.  For example, the "Merrifield" method (<u>J. Am.
Chem. Soc.</u> (1963) <u>85</u>:2149-2154, which is incorporated
10   herein by reference for all purposes) has been used
to synthesize peptides on a solid support.  In the
Merrifield method, an amino acid is covalently bonded to
a support made of an insoluble polymer.  Another amino
acid with an alpha protected group is reacted with the
15   covalently bonded amino acid to form a dipeptide.  After
washing, the protective group is removed and a third
amino acid with an alpha protective group is added to the
dipeptide.  This process is continued until a peptide of
a desired length and sequence is obtained.  Using the
20   Merrifield method, it is not economically practical to
synthesize more than a handful of peptide sequences in a
day.

To synthesize larger numbers of polymer
sequences, it has also been proposed to use a series of
25   reaction vessels for polymer synthesis.  For example, a
tubular reactor system may be used to synthesize a linear
polymer on a solid phase support by automated sequential
addition of reagents.  This method still does not enable
the synthesis of a sufficiently large number of polymer
30   sequences for effective economical screening.

Methods of preparing a plurality of polymer
sequences are also known in which a foraminous container
encloses a known quantity of reactive particles, the
particles being larger in size than foramina of the
35   container.  The containers may be selectively reacted
with desired materials to synthesize desired sequences of
product molecules.  As with other methods known in the

4

art, this method cannot practically be used to synthesize a sufficient variety of polypeptides for effective screening.

5        Other techniques have also been described. These methods include the synthesis of peptides on 96 plastic pins which fit the format of standard microtiter plates. Unfortunately, while these techniques have been somewhat useful, substantial problems remain. For example, these methods continue to be limited in the

10       diversity of sequences which can be economically synthesized and screened.

        From the above, it is seen that an improved method and apparatus for synthesizing a variety of chemical sequences at known locations is desired.

15

SUMMARY OF THE INVENTION

        An improved method and apparatus for the preparation of a variety of polymers is disclosed.

        In one preferred embodiment, linker molecules

20       are provided on a substrate. A terminal end of the linker molecules is provided with a reactive functional group protected with a photoremovable protective group. Using lithographic methods, the photoremovable protective group is exposed to light and removed from the linker

25       molecules in first selected regions. The substrate is then washed or otherwise contacted with a first monomer that reacts with exposed functional groups on the linker molecules. In a preferred embodiment, the monomer is an amino acid containing a photoremovable protective group

30       at its amino or carboxy terminus and the linker molecule terminates in an amino or carboxy acid group bearing a photoremovable protective group.

        A second set of selected regions is, thereafter, exposed to light and the photoremovable

35       protective group on the linker molecule/protected amino acid is removed at the second set of regions. The substrate is then contacted with a second monomer

5

containing a photoremovable protective group for reaction
with exposed functional groups. This process is repeated
to selectively apply monomers until polymers of a desired
length and desired chemical sequence are obtained.

5      Photolabile groups are then optionally removed and the
sequence is, thereafter, optionally capped. Side chain
protective groups, if present, are also removed.

By using the lithographic techniques disclosed
herein, it is possible to direct light to relatively

10     small and precisely known locations on the substrate.
It is, therefore, possible to synthesize polymers of
a known chemical sequence at known locations on the
substrate.

The resulting substrate will have a variety of

15     uses including, for example, screening large numbers of
polymers for biological activity. To screen for
biological activity, the substrate is exposed to one
or more receptors such as antibody whole cells, receptors
on vesicles, lipids, or any one of a variety of other

20     receptors. The receptors are preferably labeled with,
for example, a fluorescent marker, radioactive marker,
or a labeled antibody reactive with the receptor. The
location of the marker on the substrate is detected
with, for example, photon detection or autoradiographic

25     techniques. Through knowledge of the sequence of the
material at the location where binding is detected, it is
possible to quickly determine which sequence binds with
the receptor and, therefore, the technique can be used to
screen large numbers of peptides. Other possible

30     applications of the inventions herein include diagnostics
in which various antibodies for particular receptors
would be placed on a substrate and, for example, blood
sera would be screened for immune deficiencies. Still
further applications include, for example, selective

35     "doping" of organic materials in semiconductor devices,
and the like.

6

In connection with one aspect of the invention
an improved reactor system for synthesizing polymers is
also disclosed.  The reactor system includes a substrate
mount which engages a substrate around a periphery
thereof.  The substrate mount provides for a reactor
space between the substrate and the mount through or into
which reaction fluids are pumped or flowed.  A mask is
placed on or focused on the substrate and illuminated so
as to deprotect selected regions of the substrate in the
reactor space.  A monomer is pumped through the reactor
space or otherwise contacted with the substrate and
reacts with the deprotected regions.  By selectively
deprotecting regions on the substrate and flowing
predetermined monomers through the reactor space, desired
polymers at known locations may be synthesized.

Improved detection apparatus and methods are
also disclosed.  The detection method and apparatus
utilize a substrate having a large variety of polymer
sequences at known locations on a surface thereof.  The
substrate is exposed to a fluorescently labeled receptor
which binds to one or more of the polymer sequences.  The
substrate is placed in a microscope detection apparatus
for identification of locations where binding takes
place.  The microscope detection apparatus includes a
monochromatic or polychromatic light source for directing
light at the substrate, means for detecting fluoresced
light from the substrate, and means for determining a
location of the fluoresced light.  The means for
detecting light fluoresced on the substrate may in some
embodiments include a photon counter.  The means for
determining a location of the fluoresced light may
include an x/y translation table for the substrate.
Translation of the slide and data collection are recorded
and managed by an appropriately programmed digital
computer.

7

A further understanding of the nature and advantages of the inventions herein may be realized by reference to the remaining portions of the specification and the attached drawings.

5

BRIEF DESCRIPTION OF THE FIGURES

Fig. 1 illustrates masking and irradiation of a substrate at a first location.  The substrate is shown in cross-section;

10        Fig. 2 illustrates the substrate after application of a monomer "A";

Fig. 3 illustrates irradiation of the substrate at a second location;

Fig. 4 illustrates the substrate after application of monomer "B";

15        Fig. 5 illustrates irradiation of the "A" monomer;

Fig. 6 illustrates the substrate after a second application of "B";

20        Fig. 7 illustrates a completed substrate;

Figs. 8A and 8B illustrate alternative embodiments of a reactor system for forming a plurality of polymers on a substrate;

Fig. 9 illustrates a detection apparatus for locating fluorescent markers on the substrate;

25        Figs. 10A-10M illustrate the method as it is applied to the production of the trimers of monomers "A" and "B";

Figs. 11A, 11B, and 11C are fluorescence traces for standard fluorescent beads;

30        Figs. 12A and 12B are fluorescence curves for NVOC slides not exposed and exposed to light respectively;

Figs. 13A and 13B illustrate formation of a slide with a checkerboard pattern of YGGFL and GGFL exposed to labeled Herz antibody; and

35

8

Figs. 14A and 14B illustrate the mapping of sixteen sequences synthesized on two different glass slides.

5      DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

CONTENTS

I.    Glossary

II.   General

10   III.  Polymer Synthesis

IV.   Details of One Embodiment of a Reactor System

V.    Details of One Embodiment of a Fluorescent Detection Device

15   VI.   Determination of Relative Binding Strength of Receptors

VII.  Examples

A.   Slide Preparation

20      B.   Synthesis of Eight Trimers of "A" and "B"

C.   Synthesis of a Dimer of an Aminopropyl Group and a Fluorescent Group

25      D.   Demonstration of Signal Capability

E.   Determination of the Number of Molecules Per Unit Area

F.   Removal of NVOC and Attachment of a Fluorescent Marker

30      G.   Use of a Mask in Removal of NVOC

H.   Attachment of YGGFL and Subsequent Exposure to Herz Antibody and Goat Antimouse

35      I.   Monomer-by-Monomer Formation of YGGFL and Subsequent Exposure to Labeled Antibody

9

## CONTENTS
### (Cont'd)

J.   Monomer-by-Monomer Synthesis of
     YGGFL and PGGFL

K.   Monomer-by Monomer Synthesis of
     YGGFL and YPGGFL

L.   Synthesis of an Array of Sixteen
     Different Amino Acid Sequences and
     Estimation of Relative Binding
     Affinity to Herz Antibody

VIII.   Illustrative Alternative Embodiment

IX.   Conclusion

I.   Glossary

    The following terms are intended to have the
following general meanings as they are used herein:

1.   Complementary:  Refers to the topological
     compatibility or matching together of interacting
     surfaces of a ligand molecule and its receptor.
     Thus, the receptor and its ligand can be described
     as complementary, and furthermore, the contact
     surface characteristics are complementary to each
     other.

2.   Epitope:  The portion of an antigen molecule which
     is delineated by the area of interaction with the
     subclass of receptors known as antibodies.

3.   Ligand:  A ligand is a molecule that is recognized
     by a particular receptor.  Examples of ligands that
     can be investigated by this invention include, but
     are not restricted to, agonists and antagonists for
     cell membrane receptors, toxins and venoms, viral
     epitopes, hormones (e.g., opiates, steroids, etc.),
     hormone receptors, peptides, enzymes, enzyme
     substrates, cofactors, drugs, lectins, sugars,

10

oligonucleotides, nucleic acids, oligosaccharides, proteins, and monoclonal antibodies.

4. Monomer: A member of the set of small molecules which can be joined together to form a polymer. The set of monomers includes but is not restricted to, for example, the set of common L-amino acids, the set of D-amino acids, the set of synthetic amino acids, the set of nucleotides and the set of pentoses and hexoses. As used herein, monomers refers to any member of a basis set for synthesis of a polymer. For example, dimers of L-amino acids form a basis set of 400 monomers for synthesis of polypeptides. Different basis sets of monomers may be used at successive steps in the synthesis of a polymer.

5. Peptide: A polymer in which the monomers are alpha amino acids and which are joined together through amide bonds and alternatively referred to as a polypeptide. In the context of this specification it should be appreciated that the amino acids may be the L-optical isomer or the D-optical isomer. Peptides are more than two amino acid monomers long, and often more than 20 amino acid monomers long. Standard abbreviations for amino acids are used (e.g., P for proline). These abbreviations are included in Stryer, Biochemstry, Third Ed., 1988, which is incorporated herein by reference for all purposes.

6. Radiation: Energy which may be selectively applied including energy having a wavelength of between $10^{-14}$ and $10^4$ meters including, for example, electron beam radiation, gamma radiation, x-ray radiation, ultra-violet radiation, visible light, infrared radiation,

11

microwave radiation, and radio waves.  "Irradiation"
refers to the application of radiation to a surface.

7.   Receptor:  A molecule that has an affinity for a
5        given ligand.  Receptors may be naturally-occuring
or manmade molecules.  Also, they can be employed in
their unaltered state or as aggregates with other
species.  Receptors may be attached, covalently or
noncovalently, to a binding member, either directly
10       or via a specific binding substance.  Examples of
receptors which can be employed by this invention
include, but are not restricted to, antibodies,
cell membrane receptors, monoclonal antibodies
and antisera reactive with specific antigenic
15       determinants (such as on viruses, cells or other
materials), drugs, polynucleotides, nucleic acids,
peptides, cofactors, lectins, sugars,
polysaccharides, cells, cellular membranes, and
organelles.  Receptors are sometimes referred to in
20       the art as anti-ligands.  As the term receptors is
used herein, no difference in meaning is intended.
A "Ligand Receptor Pair" is formed when two
macromolecules have combined through molecular
recognition to form a complex.
25           Other examples of receptors which can be
investigated by this invention include but are not
restricted to:
a)   Microorganism receptors:  Determination of
ligands which bind to receptors, such as
30           specific transport proteins or enzymes
essential to survival of microorganisms,
is useful in a new class of antibiotics.  Of
particular value would be antibiotics against
opportunistic fungi, protozoa, and those
35           bacteria resistant to the antibiotics
in current use.

12

b)  Enzymes:  For instance, the binding site of
    enzymes such as the enzymes responsible for
    cleaving neurotransmitters; determination of
    ligands which bind to certain receptors to
5   modulate the action of the enzymes which cleave
    the different neurotransmitters is useful in
    the development of drugs which can be used in
    the treatment of disorders of
    neurotransmission.

10  c)  Antibodies:  For instance, the invention may
    be useful in investigating the ligand-binding
    site on the antibody molecule which combines
    with the epitope of an antigen of interest;
    determining a sequence that mimics an antigenic
15  epitope may lead to the development of vaccines
    of which the immunogen is based on one or more
    of such sequences or lead to the development of
    related diagnostic agents or compounds useful
    in therapeutic treatments such as for auto-
20  immune diseases (e.g., by blocking the binding
    of the "self" antibodies).

    d)  Nucleic Acids:  Sequences of nucleic acids may
    be synthesized to establish DNA or RNA binding
    sequences.

25  e)  Catalytic Polypeptides:  Polymers, preferably
    polypeptides, which are capable of promoting a
    chemical reaction involving the conversion of
    one or more reactants to one or more products.
    Such polypeptides generally include a binding
30  site specific for at least one reactant or
    reaction intermediate and an active
    functionality proximate to the binding site,
    which functionality is capable of chemically
    modifying the bound reactant.  Catalytic
35  polypeptides are described in, for example,
    U.S. application Serial No. 404,920, which

13

is incorporated herein by reference for all
purposes.

f)  Hormone receptors:  For instance, the receptors
for insulin and growth hormone.  Determination
of the ligands which bind with high affinity to
a receptor is useful in the development of,
for example, an oral replacement of the daily
injections which diabetics must take to relieve
the symptoms of diabetes, and in the other
case, a replacement for the scarce human
growth hormone which can only be obtained from
cadavers or by recombinant DNA technology.
Other examples are the vasoconstrictive hormone
receptors; determination of those ligands which
bind to a receptor may lead to the development
of drugs to control blood pressure.

g)  Opiate receptors:  Determination of ligands
which bind to the opiate receptors in the brain
is useful in the development of less-addictive
replacements for morphine and related drugs.

8.  Substrate:  A material having a rigid or semi-rigid
surface.  In many embodiments, at least one surface
of the substrate will be substantially flat,
although in some embodiments it may be desirable to
physically separate synthesis regions for different
polymers with, for example, wells, raised regions,
etched trenches, or the like.  According to other
embodiments, small beads may be provided on the
surface which may be released upon completion of the
synthesis.

9.  Protective Group:  A material which is bound to a
monomer unit and which may be spatially removed
upon selective exposure to an activator such as
electromagnetic radiation.  Examples of protective
groups with utility herein include Nitroveratryloxy

14

carbonyl, Nitrobenzyloxy carbonyl, Dimethyl
dimethoxybenzyloxy carbonyl, 5-Bromo-7-
nitroindolinyl, o-Hydroxy-α-methyl cinnamoyl, and
2-Oxymethylene anthraquinone.  Other examples of
activators include ion beams, electric fields,
magnetic fields, electron beams, x-ray, and the
like.

10.  Predefined Region:  A predefined region is a
localized area on a surface which is, was, or is
intended to be activated for formation of a polymer.
The predefined region may have any convenient shape,
e.g., circular, rectangular, elliptical, wedge-
shaped, etc.  For the sake of brevity herein,
"predefined regions" are sometimes referred to
simply as "regions."

11.  Substantially Pure:  A polymer is considered to be
"substantially pure" within a predefined region of
a substrate when it exhibits characteristics that
distinguish it from other predefined regions.
Typically, purity will be measured in terms of
biological activity or function as a result of
uniform sequence.  Such characteristics will
typically be measured by way of binding with a
selected ligand or receptor.

II.  General

The present invention provides methods and
apparatus for the preparation and use of a substrate
having a plurality of polymer sequences in predefined
regions.  The invention is described herein primarily
with regard to the preparation of molecules containing
sequences of amino acids, but could readily be applied
in the preparation of other polymers.  Such polymers
include, for example, both linear and cyclic polymers
of nucleic acids, polysaccharides, phospholipids, and

Case 1:04-cv-00901-JJF     Document 257-5     Filed 04/17/2006     Page 23 of 45

15

peptides having either α-, β-, or ω-amino acids, hetero-
polymers in which a known drug is covalently bound to any
of the above, polyurethanes, polyesters, polycarbonates,
polyureas, polyamides, polyethyleneimines, polyarylene

5    sulfides, polysiloxanes, polyimides, polyacetates, or
other polymers which will be apparent upon review of this
disclosure.  In a preferred embodiment, the invention
herein is used in the synthesis of peptides.

The prepared substrate may, for example, be

10   used in screening a variety of polymers as ligands for
binding with a receptor, although it will be apparent
that the invention could be used for the synthesis of
a receptor for binding with a ligand.  The substrate
disclosed herein will have a wide variety of other uses.

15   Merely by way of example, the invention herein can be
used in determining peptide and nucleic acid sequences
which bind to proteins, finding sequence-specific binding
drugs, identifying epitopes recognized by antibodies,
and evaluation of a variety of drugs for clinical and

20   diagnostic applications, as well as combinations of the
above.

The invention preferably provides for the use
of a substrate "S" with a surface.  Linker molecules "L"
are optionally provided on a surface of the substrate.

25   The purpose of the linker molecules, in some embodiments,
is to facilitate receptor recognition of the synthesized
polymers.

Optionally, the linker molecules may be
chemically protected for storage purposes.  A chemical

30   storage protective group such as t-BOC (t-butoxycarbonyl)
may be used in some embodiments.  Such chemical
protective groups would be chemically removed upon
exposure to, for example, acidic solution and would
serve to protect the surface during storage and be

35   removed prior to polymer preparation.
On the substrate or a distal end of the linker
molecules, a functional group with a protective group $P_0$

16

is provided.  The protective group $P_0$ may be removed upon
exposure to radiation, electric fields, electric
currents, or other activators to expose the functional
group.

5          In a preferred embodiment, the radiation is
ultraviolet (UV), infrared (IR), or visible light.  As
more fully described below, the protective group may
alternatively be an electrochemically-sensitive group
which may be removed in the presence of an electric
10    field.  In still further alternative embodiments, ion
beams, electron beams, or the like may be used for
deprotection.

          In some embodiments, the exposed regions and,
therefore, the area upon which each distinct polymer
15    sequence is synthesized are smaller than about 1 $cm^2$ or
less than 1 $mm^2$.  In preferred embodiments the exposed
area is less than about 10,000 $\mu m^2$ or, more preferably,
less than 100 $\mu m^2$ and may, in some embodiments, encompass
the binding site for as few as a single molecule.  Within
20    these regions, each polymer is preferably synthesized in
a substantially pure form.

          Concurrently or after exposure of a known
region of the substrate to light, the surface is
contacted with a first monomer unit $M_1$ which reacts
25    with the functional group which has been exposed by
the deprotection step.  The first monomer includes a
protective group $P_1$.  $P_1$ may or may not be the same as $P_0$.

          Accordingly, after a first cycle, known first
regions of the surface may comprise the sequence:

30

                    $S-L-M_1-P_1$

while remaining regions of the surface comprise the
sequence:

35

                    $S-L-P_0$.

Thereafter, second regions of the surface (which may
include the first region) are exposed to light and con-
tacted with a second monomer $M_2$ (which may or may not be
the same as $M_1$) having a protective group $P_2$. $P_2$ may or
5   may not be the same as $P_0$ and $P_1$. After this second
cycle, different regions of the substrate may comprise
one or more of the following sequences:

$$S-L-M_1-M_2-P_2$$
10   $$S-L-M_2-P_2$$
$$S-L-M_1-P_1 \text{ and/or}$$
$$S-L-P_0.$$

The above process is repeated until the substrate
15   includes desired polymers of desired lengths. By
controlling the locations of the substrate exposed
to light and the reagents exposed to the substrate
following exposure, the location of each sequence will
be known.

20       Thereafter, the protective groups are removed
from some or all of the substrate and the sequences are,
optionally, capped with a capping unit C. The process
results in a substrate having a surface with a plurality
of polymers of the following general formula:

25

$$S-[L]-(M_i)-(M_j)-(M_k)\ldots(M_x)-[C]$$

where square brackets indicate optional groups, and
$M_1\ldots M_x$ indicates any sequence of monomers. The number of
30   monomers could cover a wide variety of values, but in a
preferred embodiment they will range from 2 to 100.
In some embodiments a plurality of locations on
the substrate polymers are to contain a common monomer
subsequence. For example, it may be desired to synthe-
35   size a sequence $S-M_1-M_2-M_3$ at first locations and a
sequence $S-M_4-M_2-M_3$ at second locations. The process
would commence with irradiation of the first locations

18

followed by contacting with $M_1$-P, resulting in the
sequence S-$M_1$-P at the first location.  The second loca-
tions would then be irradiated and contacted with $M_4$-P,
resulting in the sequence S-$M_4$-P at the second locations.

5      Thereafter both the first and second locations would be
irradiated and contacted with the dimer $M_2$-$M_3$, resulting
in the sequence S-$M_1$-$M_2$-$M_3$ at the first locations and
S-$M_4$-$M_2$-$M_3$ at the second locations.  Of course, common
subsequences of any length could be utilized including

10     those in a range of 2 or more monomers, 2 to 100
monomers, 2 to 20 monomers, and a most preferred range
of 2 to 3 monomers.

According to other embodiments, a set of masks
is used for the first monomer layer and, thereafter,

15     varied light wavelengths are used for selective
deprotection.  For example, in the process discussed
above, first regions are first exposed through a mask and
reacted with a first monomer having a first protective
group $P_1$, which is removable upon exposure to a first

20     wavelength of light (e.g., IR).  Second regions are
masked and reacted with a second monomer having a second
protective group $P_2$, which is removable upon exposure to a
second wavelength of light (e.g., UV).  Thereafter, masks
become unnecessary in the synthesis because the entire

25     substrate may be exposed alternatively to the first and
second wavelengths of light in the deprotection cycle.

The polymers prepared on a substrate according
to the above methods will have a variety of uses includ-
ing, for example, screening for biological activity.  In

30     such screening activities, the substrate containing the
sequences is exposed to an unlabeled or labeled receptor
such as an antibody, receptor on a cell, phospholipid
vesicle, or any one of a variety of other receptors.  In
one preferred embodiment the polymers are exposed to a

35     first, unlabeled receptor of interest and, thereafter,
exposed to a labeled receptor-specific recognition
element, which is, for example, an antibody.  This

19

process will provide signal amplification in the
detection stage.

The receptor molecules may bind with one or
more polymers on the substrate.  The presence of the
5    labeled receptor and, therefore, the presence of a
sequence which binds with the receptor is detected in a
preferred embodiment through the use of autoradiography,
detection of fluorescence with a charge-coupled device,
fluorescence microscopy, or the like.  The sequence of
10   the polymer at the locations where the receptor binding
is detected may be used to determine all or part of a
sequence which is complementary to the receptor.

Use of the invention herein is illustrated
primarily with reference to screening for biological
15   activity.  The invention will, however, find many other
uses.  For example, the invention may be used in
information storage (e.g., on optical disks), production
of molecular electronic devices, production of stationary
phases in separation sciences, production of dyes and
20   brightening agents, photography, and in immobilization of
cells, proteins, lectins, nucleic acids, polysaccharides
and the like in patterns on a surface via molecular
recognition of specific polymer sequences.  By
synthesizing the same compound in adjacent, progressively
25   differing concentrations, a gradient will be established
to control chemotaxis or to develop diagnostic dipsticks
which, for example, titrate an antibody against an
increasing amount of antigen.  By synthesizing several
catalyst molecules in close proximity, more efficient
30   multistep conversions may be achieved by "coordinate
immobilization."  Coordinate immobilization also may be
used for electron transfer systems, as well as to provide
both structural integrity and other desirable properties
to materials such as lubrication, wetting, etc.
35   According to alternative embodiments, molecular
biodistribution or pharmacokinetic properties may be
examined.  For example, to assess resistance to

20

intestinal or serum proteases, polymers may be capped
with a fluorescent tag and exposed to biological fluids
of interest.

5     III.  Polymer Synthesis
          Fig. 1 illustrates one embodiment of the
invention disclosed herein in which a substrate 2 is
shown in cross-section.  Essentially, any conceivable
substrate may be employed in the invention.  The
10    substrate may be biological, nonbiological, organic,
inorganic, or a combination of any of these, existing as
particles, strands, precipitates, gels, sheets, tubing,
spheres, containers, capillaries, pads, slices, films,
plates, slides, etc.  The substrate may have any
15    convenient shape, such as a disc, square, sphere, circle,
etc.  The substrate is preferably flat but may take on a
variety of alternative surface configurations.  For
example, the substrate may contain raised or depressed
regions on which the synthesis takes place.  The
20    substrate and its surface preferably form a rigid support
on which to carry out the reactions described herein.
The substrate and its surface is also chosen to provide
appropriate light-absorbing characteristics.  For
instance, the substrate may be a polymerized Langmuir
25    Blodgett film, functionalized glass, Si, Ge, GaAs, GaP,
$SiO_2$, $SiN_4$, modified silicon, or any one of a wide
variety of gels or polymers such as (poly)tetrafluoro-
ethylene, (poly)vinylidenedifluoride, polystyrene,
polycarbonate, or combinations thereof.  Other substrate
30    materials will be readily apparent to those of skill in
the art upon review of this disclosure.  In a preferred
embodiment the substrate is flat glass or single-crystal
silicon with surface relief features of less than 10 Å.
          According to some embodiments, the surface of
35    the substrate is etched using well known techniques to
provide for desired surface features.  For example, by
way of the formation of trenches, v-grooves, mesa

21

structures, or the like, the synthesis regions may be
more closely placed within the focus point of impinging
light, be provided with reflective "mirror" structures
for maximization of light collection from fluorescent
5    sources, or the like.

   Surfaces on the solid substrate will usually,
though not always, be composed of the same material as
the substrate.  Thus, the surface may be composed of any
of a wide variety of materials, for example, polymers,
10   plastics, resins, polysaccharides, silica or silica-based
materials, carbon, metals, inorganic glasses, membranes,
or any of the above-listed substrate materials.  In some
embodiments the surface may provide for the use of caged
binding members which are attached firmly to the surface
15   of the substrate in accord with the teaching of copending
application Serial No. 404,920, previously incorporated
herein by reference.  Preferably, the surface will
contain reactive groups, which could be carboxyl, amino,
hydroxyl, or the like.  Most preferably, the surface will
20   be optically transparent and will have surface Si-OH
functionalities, such as are found on silica surfaces.

   The surface 4 of the substrate is preferably
provided with a layer of linker molecules 6, although it
will be understood that the linker molecules are not re-
25   quired elements of the invention.  The linker molecules
are preferably of sufficient length to permit polymers in
a completed substrate to interact freely with molecules
exposed to the substrate.  The linker molecules should be
6-50 atoms long to provide sufficient exposure.  The
30   linker molecules may be, for example, aryl acetylene,
ethylene glycol oligomers containing 2-10 monomer units,
diamines, diacids, amino acids, or combinations thereof.
Other linker molecules may be used in light of this
disclsoure.

35   According to alternative embodiments, the
linker molecules are selected based upon their
hydrophilic/hydrophobic properties to improve

WO 90/15070

PCT/NL90/00081

22

presentation of synthesized polymers to certain
receptors. For example, in the case of a hydrophilic
receptor, hydrophilic linker molecules will be preferred
so as to permit the receptor to more closely approach the
5    synthesized polymer.

   According to another alternative embodiment,
linker molecules are also provided with a photocleavable
group at an intermediate position. The photocleavable
group is preferably cleavable at a wavelength different
10    from the protective group. This enables removal of the
various polymers following completion of the synthesis by
way of exposure to the different wavelengths of light.

   The linker molecules can be attached to the
substrate via carbon-carbon bonds using, for example,
15    (poly)trifluorochloroethylene surfaces, or preferably,
by siloxane bonds (using, for example, glass or silicon
oxide surfaces). Siloxane bonds with the surface of the
substrate may be formed in one embodiment via reactions
of linker molecules bearing trichlorosilyl groups. The
20    linker molecules may optionally be attached in an ordered
array, i.e., as parts of the head groups in a polymerized
Langmuir Blodgett film. In alternative embodiments, the
linker molecules are adsorbed to the surface of the
substrate.

25    The linker molecules and monomers used herein
are provided with a functional group to which is bound a
protective group. Preferably, the protective group is
on the distal or terminal end of the linker molecule
opposite the substrate. The protective group may be
30    either a negative protective group (i.e., the protective
group renders the linker molecules less reactive with a
monomer upon exposure) or a positive protective group
(i.e., the protective group renders the linker molecules
more reactive with a monomer upon exposure). In the case
35    of negative protective groups an additional step of
reactivation will be required. In some embodiments,
this will be done by heating.

23

The protective group on the linker molecules may be selected from a wide variety of positive light-reactive groups preferably including nitro aromatic compounds such as o-nitrobenzyl derivatives or benzylsulfonyl. In a preferred embodiment, 6-nitroveratryloxycarbonyl (NVOC), 2-nitrobenzyloxycarbonyl (NBOC) or $\alpha,\alpha$-dimethyl-dimethoxybenzyloxycarbonyl (DDZ) is used. In one embodiment, a nitro aromatic compound containing a benzylic hydrogen ortho to the nitro group is used, i.e., a chemical of the form:



where $R_1$ is alkoxy, alkyl, halo, aryl, alkenyl, or hydrogen; $R_2$ is alkoxy, alkyl, halo, aryl, nitro, or hydrogen; $R_3$ is alkoxy, alkyl, halo, nitro, aryl, or hydrogen; $R_4$ is alkoxy, alkyl, hydrogen, aryl, halo, or nitro; and $R_5$ is alkyl, alkynyl, cyano, alkoxy, hydrogen, halo, aryl, or alkenyl. Other materials which may be used include o-hydroxy-$\alpha$-methyl cinnamoyl derivatives. Photoremovable protective groups are described in, for example, Patchornik, *J. Am. Chem. Soc.* (1970) **92**:6333 and Amit et al., *J. Org. Chem.* (1974) **39**:192, both of which are incorporated herein by reference.

In an alternative embodiment the positive reactive group is activated for reaction with reagents in solution. For example, a 5-bromo-7-nitro indoline group, when bound to a carbonyl, undergoes reaction upon exposure to light at 420 nm.

In a second alternative embodiment, the reactive group on the linker molecule is selected from a wide variety of negative light-reactive groups including a cinnammate group.

24

Alternatively, the reactive group is activated
or deactivated by electron beam lithography, x-ray
lithography, or any other radiation.  Suitable reactive
groups for electron beam lithography include sulfonyl.
5    Other methods may be used including, for example, expo-
sure to a current source.  Other reactive groups and
methods of activation may be used in light of this
disclosure.

As shown in Fig. 1, the linking molecules
10   are preferably exposed to, for example, light through a
suitable mask 8 using photolithographic techniques of
the type known in the semiconductor industry
and described in, for example, Sze, VLSI Technology,
McGraw-Hill (1983), and Mead et al., Introduction to VLSI
15   Systems, Addison-Wesley (1980), which are incorporated
herein by reference for all purposes.  The light may be
directed at either the surface containing the protective
groups or at the back of the substrate, so long as the
substrate is transparent to the wavelength of light
20   needed for removal of the protective groups.  In the
embodiment shown in Fig. 1, light is directed at the
surface of the substrate containing the protective
groups.  Fig. 1 illustrates the use of such masking
techniques as they are applied to a positive reactive
25   group so as to activate linking molecules and expose
functional groups in areas 10a and 10b.

The mask 8 is in one embodiment a transparent
support material selectively coated with a layer of
opaque material.  Portions of the opaque material are
30   removed, leaving opaque material in the precise pattern
desired on the substrate surface.  The mask is brought
into close proximity with, imaged on, or brought directly
into contact with the substrate surface as shown in
Fig. 1.  "Openings" in the mask correspond to locations
35   on the substrate where it is desired to remove
photoremovable protective groups from the substrate.
Alignment may be performed using conventional alignment

25

techniques in which alignment marks (not shown) are used
to accurately overlay successive masks with previous
patterning steps, or more sophisticated techniques may
be used.  For example, interferometric techniques
5   such as the one described in Flanders et al., "A New
Interferometric Alignment Technique," App. Phys. Lett.
(1977) 31:426-428, which is incorporated herein by
reference, may be used.

To enhance contrast of light applied to
10  the substrate, it is desirable to provide contrast
enhancement materials between the mask and the substrate
according to some embodiments.  This contrast enhancement
layer may comprise a molecule which is decomposed by
light such as quinone diazid or a material which is
15  transiently bleached at the wavelength of interest.
Transient bleaching of materials will allow greater
penetration where light is applied, thereby enhancing
contrast.  Alternatively, contrast enhancement may be
provided by way of a cladded fiber optic bundle.

20  The light may be from a conventional
incandescent source, a laser, a laser diode, or the like.
If non-collimated sources of light are used it may be
desirable to provide a thick- or multi-layered mask to
prevent spreading of the light onto the substrate.  It
25  may, further, be desirable in some embodiments to utilize
groups which are sensitive to different wavelengths to
control synthesis.  For example, by using groups which
are sensitive to different wavelengths, it is possible to
select branch positions in the synthesis of a polymer or
30  eliminate certain masking steps.  Several reactive groups
along with their corresponding wavelengths for
deprotection are provided in Table 1.

35

26

## Table 1

| Group | Approximate Deprotection Wavelength |
|---|---|
| Nitroveratryloxy carbonyl (NVOC) | UV (300-400 nm) |
| Nitrobenzyloxy carbonyl (NBOC) | UV (300-350 nm) |
| Dimethyl dimethoxybenzyloxy carbonyl | UV (280-300 nm) |
| 5-Bromo-7-nitroindolinyl | UV (420 nm) |
| o-Hydroxy-α-methyl cinnamoyl | UV (300-350 nm) |
| 2-Oxymethylene anthraquinone | UV (350 nm) |

While the invention is illustrated primarily herein by way of the use of a mask to illuminate selected regions the substrate, other techniques may also be used. For example, the substrate may be translated under a modulated laser or diode light source. Such techniques are discussed in, for example, U.S. Patent No. 4,719,615 (Feyrer et al.), which is incorporated herein by reference. In alternative embodiments a laser galvanometric scanner is utilized. In other embodiments, the synthesis may take place on or in contact with a conventional liquid crystal (referred to herein as a "light valve") or fiber optic light sources. By appropriately modulating liquid crystals, light may be selectively controlled so as to permit light to contact selected regions of the substrate. Alternatively, synthesis may take place on the end of a series of optical fibers to which light is selectively applied. Other means of controlling the location of light exposure will be apparent to those of skill in the art.

The substrate may be irradiated either in contact or not in contact with a solution (not shown) and is, preferably, irradiated in contact with a solution. The solution contains reagents to prevent the by-products formed by irradiation from interfering with synthesis of the polymer according to some embodiments. Such by-products might include, for example, carbon

WO 90/15070 PCT/NL90/00081

27

dioxide, nitrosocarbonyl compounds, styrene derivatives, indole derivatives, and products of their photochemical reactions. Alternatively, the solution may contain reagents used to match the index of refraction of the
5    substrate. Reagents added to the solution may further include, for example, acidic or basic buffers, thiols, substituted hydrazines and hydroxylamines, reducing agents (e.g., NADH) or reagents known to react with a given functional group (e.g., aryl nitroso + glyoxylic
10   acid → aryl formhydroxamate + $CO_2$).

Either concurrently with or after the irradiation step, the linker molecules are washed or otherwise contacted with a first monomer, illustrated by "A" in regions 12a and 12b in Fig. 2. The first
15   monomer reacts with the activated functional groups of the linkage molecules which have been exposed to light. The first monomer, which is preferably an amino acid, is also provided with a photoprotective group. The photoprotective group on the monomer may be the same
20   as or different than the protective group used in the linkage molecules, and may be selected from any of the above-described protective groups. In one embodiment, the protective groups for the A monomer is selected from the group NBOC and NVOC.

25   As shown in Fig. 3, the process of irradiating is thereafter repeated, with a mask repositioned so as to remove linkage protective groups and expose functional groups in regions 14a and 14b which are illustrated as being regions which were protected in the previous
30   masking step. As an alternative to repositioning of the first mask, in many embodiments a second mask will be utilized. In other alternative embodiments, some steps may provide for illuminating a common region in successive steps. As shown in Fig. 3, it may be
35   desirable to provide separation between irradiated regions. For example, separation of about 1-5 μm may be appropriate to account for alignment tolerances.

28

As shown in Fig. 4, the substrate is then exposed to a second protected monomer "B," producing B regions 16a and 16b. Thereafter, the substrate is again masked so as to remove the protective groups and

5   expose reactive groups on A region 12a and B region 16b. The substrate is again exposed to monomer B, resulting in the formation of the structure shown in Fig. 6. The dimers B-A and B-B have been produced on the substrate.

A subsequent series of masking and contacting

10  steps similar to those described above with A (not shown) provides the structure shown in Fig. 7. The process provides all possible dimers of B and A, i.e., B-A, A-B, A-A, and B-B.

The substrate, the area of synthesis, and the

15  area for synthesis of each individual polymer could be of any size or shape. For example, squares, ellipsoids, rectangles, triangles, circles, or portions thereof, along with irregular geometric shapes, may be utilized. Duplicate synthesis areas may also be applied to a single

20  substrate for purposes of redundancy.

In one embodiment the regions 12 and 16 on the substrate will have a surface area of between about $1 \text{ cm}^2$ and $10^{-10} \text{ cm}^2$. In some embodiments the regions 12 and 16 have areas of less than about $10^{-1} \text{ cm}^2$, $10^{-2} \text{ cm}^2$, $10^{-3} \text{ cm}^2$,

25  $10^{-4} \text{ cm}^2$, $10^{-5} \text{ cm}^2$, $10^{-6} \text{ cm}^2$, $10^{-7} \text{ cm}^2$, $10^{-8} \text{ cm}^2$, or $10^{-10} \text{ cm}^2$. In a preferred embodiment, the regions 12 and 16 are between about 10x10 $\mu$m and 500x500 $\mu$m.

In some embodiments a single substrate supports more than about 10 different monomer sequences and

30  perferably more than about 100 different monomer sequences, although in some embodiments more than about $10^3$, $10^4$, $10^5$, $10^6$, $10^7$, or $10^8$ different sequences are provided on a substrate. Of course, within a region of the substrate in which a monomer sequence is

35  synthesized, it is preferred that the monomer sequence be substantially pure. In some embodiments, regions of the substrate contain polymer sequences which are at

29

least about 1%, 5%, 10%, 15%, 20%, 25%, 30%, 35%, 40%, 45%, 50%, 60%, 70%, 80%, 90%, 95%, 96%, 97%, 98%, or 99% pure.

According to some embodiments, several
5  sequences are intentionally provided within a single region so as to provide an initial screening for biological activity, after which materials within regions exhibiting significant binding are further evaluated.

10  IV.  Details of One Embodiment of a Reactor System
Fig. 8A schematically illustrates a preferred embodiment of a reactor system 100 for synthesizing polymers on the prepared substrate in accordance with one aspect of the invention.  The reactor system includes a
15  body 102 with a cavity 104 on a surface thereof.  In preferred embodiments the cavity 104 is between about 50 and 1000 $\mu$m deep with a depth of about 500 $\mu$m preferred.
The bottom of the cavity is preferably provided with an array of ridges 106 which extend both into the
20  plane of the Figure and parallel to the plane of the Figure.  The ridges are preferably about 50 to 200 $\mu$m deep and spaced at about 2 to 3mm.  The purpose of the ridges is to generate turbulent flow for better mixing. The bottom surface of the cavity is preferably light
25  absorbing so as to prevent reflection of impinging light.
A substrate 112 is mounted above the cavity 104.  The substrate is provided along its bottom surface 114 with a photoremovable protective group such as NVOC with or without an intervening linker molecule.  The
30  substrate is preferably transparent to a wide spectrum of light, but in some embodiments is transparent only at a wavelength at which the protective group may be removed (such as UV in the case of NVOC).  The substrate in some embodiments is a conventional microscope glass slide or
35  cover slip.  The substrate is preferably as thin as possible, while still providing adequate physical support.  Preferably, the substrate is less than about

30

1 mm thick, more preferably less than 0.5 mm thick, more
preferably less than 0.1 mm thick, and most preferably
less than 0.05 mm thick.  In alternative preferred
embodiments, the substrate is quartz or silicon.

5          The substrate and the body serve to seal the
cavity except for an inlet port 108 and an outlet port
110.  The body and the substrate may be mated for sealing
in some embodiments with one or more gaskets.  According
to a preferred embodiment, the body is provided with two

10   concentric gaskets and the intervening space is held at
vacuum to ensure mating of the substrate to the gaskets.

          Fluid is pumped through the inlet port into the
cavity by way of a pump 116 which may be, for example, a
model no. B-120-S made by Eldex Laboratories.  Selected

15   fluids are circulated into the cavity by the pump,
through the cavity, and out the outlet for recirculation
or disposal.  The reactor may be subjected to ultrasonic
radiation and/or heated to aid in agitation in some
embodiments.

20          Above the substrate 112, a lens 120 is provided
which may be, for example, a 2" 100mm focal length fused
silica lens.  For the sake of a compact system, a
reflective mirror 122 may be provided for directing
light from a light source 124 onto the substrate.  Light

25   source 124 may be, for example, a Xe(Hg) light source
manufactured by Oriel and having model no. 66024.  A
second lens 126 may be provided for the purpose of
projecting a mask image onto the substrate in combination
with lens 112.  This form of lithography is referred to

30   herein as projection printing.  As will be apparent from
this disclosure, proximity printing and the like may also
be used according to some embodiments.

          Light from the light source is permitted to
reach only selected locations on the substrate as a

35   result of mask 128.  Mask 128 may be, for example, a
glass slide having etched chrome thereon.  The mask 128
in one embodiment is provided with a grid of transparent

PCT/NL90/00081

31

locations and opaque locations. Such masks may be
manufactured by, for example, Photo Sciences, Inc. Light
passes freely through the transparent regions of the
mask, but is reflected from or absorbed by other regions.
5       Therefore, only selected regions of the substrate are
exposed to light.

        As discussed above, light valves (LCD's)
may be used as an alternative to conventional masks
to selectively expose regions of the substrate.
10      Alternatively, fiber optic faceplates such as those
available from Schott Glass, Inc, may be used for the
purpose of contrast enhancement of the mask or as the
sole means of restricting the region to which light is
applied. Such faceplates would be placed directly above
15      or on the substrate in the reactor shown in Fig. 8A. In
still further embodiments, flys-eye lenses, tapered fiber
optic faceplates, or the like, may be used for contrast
enhancement.

        In order to provide for illumination of regions
20      smaller than a wavelength of light, more elaborate
techniques may be utilized. For example, according to
one preferred embodiment, light is directed at the
substrate by way of molecular microcrystals on the tip
of, for example, micropipettes. Such devices are
25      disclosed in Lieberman et al., "A Light Source Smaller
Than the Optical Wavelength," Science (1990) 247:59-61,
which is incorporated herein by reference for all
purposes.

        In operation, the substrate is placed on the
30      cavity and sealed thereto. All operations in the process
of preparing the substrate are carried out in a room lit
primarily or entirely by light of a wavelength outside of
the light range at which the protective group is removed.
For example, in the case of NVOC, the room should be lit
35      with a conventional dark room light which provides little
or no UV light. All operations are preferably conducted
at about room temperature.

32

A first, deprotection fluid (without a monomer) is circulated through the cavity. The solution preferably is of 5 mM sulfuric acid in dioxane solution which serves to keep exposed amino groups protonated and decreases their reactivity with photolysis by-products. Absorptive materials such as N,N-diethylamino 2,4-dinitrobenzene, for example, may be included in the deprotection fluid which serves to absorb light and prevent reflection and unwanted photolysis.

The slide is, thereafter, positioned in a light raypath from the mask such that first locations on the substrate are illuminated and, therefore, deprotected. In preferred embodiments the substrate is illuminated for between about 1 and 15 minutes with a preferred illumination time of about 10 minutes at 10-20 mW/cm$^2$ with 365 nm light. The slides are neutralized (i.e., brought to a pH of about 7) after photolysis with, for example, a solution of di-isopropylethylamine (DIEA) in methylene chloride for about 5 minutes.

The first monomer is then placed at the first locations on the substrate. After irradiation, the slide is removed, treated in bulk, and then reinstalled in the flow cell. Alternatively, a fluid containing the first monomer, preferably also protected by a protective group, is circulated through the cavity by way of pump 116. If, for example, it is desired to attach the amino acid Y to the substrate at the first locations, the amino acid Y (bearing a protective group on its α-nitrogen), along with reagents used to render the monomer reactive, and/or a carrier, is circulated from a storage container 118, through the pump, through the cavity, and back to the inlet of the pump.

The monomer carrier solution is, in a preferred embodiment, formed by mixing of a first solution (referred to herein as solution "A") and a second solution (referred to herein as solution "B"). Table 2

33

provides an illustration of a mixture which may be used for solution A.

<u>Table 2</u>
<u>Representative Monomer Carrier Solution "A"</u>

5

100 mg NVOC amino protected amino acid
37 mg HOBT (1-Hydroxybenzotriazole)
10           250 µl DMF (Dimethylformamide)
86 µl DIEA (Diisopropylethylamine)

The composition of solution B is illustrated in
15   Table 3.  Solutions A and B are mixed and allowed to
react at room temperature for about 8 minutes, then
diluted with 2 ml of DMF, and 500 µl are applied to the
surface of the slide or the solution is circulated
through the reactor system and allowed to react for about
20   2 hours at room temperature.  The slide is then washed
with DMF, methylene chloride and ethanol.

<u>Table 3</u>
<u>Representative Monomer Carrier Solution "B"</u>

25

250 µl DMF
111 mg BOP (Benzotriazolyl-n-oxy-tris(dimethylamino)
phosphoniumhexafluorophosphate)

30

As the solution containing the monomer to be
attached is circulated through the cavity, the amino acid
or other monomer will react at its carboxy terminus with
amino groups on the substrate which have
35   been deprotected.  Of course, while the invention is
illustrated by way of circulation of the monomer through
the cavity, the invention could be practiced by way of

34

removing the slide from the reactor and submersing it in
an appropriate monomer solution.

After addition of the first monomer, the
solution containing the first amino acid is then purged
5    from the system.  After circulation of a sufficient
amount of the DMF/methylene chloride such that removal of
the amino acid can be assured (e.g., about 50x times the
volume of the cavity and carrier lines), the mask or
substrate is repositioned, or a new mask is utilized such
10   that second regions on the substrate will be exposed to
light and the light 124 is engaged for a second exposure.
This will deprotect second regions on the substrate and
the process is repeated until the desired polymer
sequences have been synthesized.

15       The entire derivatized substrate is then
exposed to a receptor of interest, preferably labeled
with, for example, a fluorescent marker, by circulation
of a solution or suspension of the receptor through the
cavity or by contacting the surface of the slide in bulk.
20   The receptor will preferentially bind to certain regions
of the substrate which contain complementary sequences.

Antibodies are typically suspended in what is
commonly referred to as "supercocktail," which may be,
for example, a solution of about 1% BSA (bovine serum
25   albumin), 0.5% Tween in PBS (phosphate buffered saline)
buffer.  The antibodies are diluted into the
supercocktail buffer to a final concentration of, for
example, about 0.1 to 4 $\mu$g/ml.

Fig. 8B illustrates an alternative preferred
30   embodiment of the reactor shown in Fig. 8A.  According
to this embodiment, the mask 128 is placed directly in
contact with the substrate.  Preferably, the etched
portion of the mask is placed face down so as to reduce
the effects of light dispersion.  According to this
35   embodiment, the imaging lenses 120 and 126 are not
necessary because the mask is brought into close
proximity with the substrate.

35

For purposes of increasing the signal-to-noise
ratio of the technique, some embodiments of the invention
provide for exposure of the substrate to a first labeled
or unlabeled receptor followed by exposure of a labeled,
second receptor (e.g., an antibody) which binds at
multiple sites on the first receptor.  If, for example,
the first receptor is an antibody derived from a first
species of an animal, the second receptor is an antibody
derived from a second species directed to epitopes
associated with the first species.  In the case of a
mouse antibody, for example, fluorescently labeled goat
antibody or antiserum which is antimouse may be used to
bind at multiple sites on the mouse antibody, providing
several times the fluorescence compared to the attachment
of a single mouse antibody at each binding site.  This
process may be repeated again with additional antibodies
(e.g., goat-mouse-goat, etc.) for further signal
amplification.

In preferred embodiments an ordered sequence of
masks is utilized.  In some embodiments it is possible to
use as few as a single mask to synthesize all of the
possible polymers of a given monomer set.

If, for example, it is desired to synthesize
all 16 dinucleotides from four bases, a 1 cm square
synthesis region is divided conceptually into 16 boxes,
each 0.25 cm wide.  Denote the four monomer units by A,
B, C, and D.  The first reactions are carried out in four
vertical columns, each 0.25 cm wide.  The first mask
exposes the left-most column of boxes, where A is
coupled.  The second mask exposes the next column,
where B is coupled; followed by a third mask, for the
C column; and a final mask that exposes the right-most
column, for D.  The first, second, third, and fourth
masks may be a single mask translated to different
locations.

36

The process is repeated in the horizontal direction for the second unit of the dimer. This time, the masks allow exposure of horizontal rows, again 0.25 cm wide. A, B, C, and D are sequentially coupled using masks that expose horizontal fourths of the reaction area. The resulting substrate contains all 16 dinucleotides of four bases.

The eight masks used to synthesize the dinucleotide are related to one another by translation or rotation. In fact, one mask can be used in all eight steps if it is suitably rotated and translated. For example, in the example above, a mask with a single transparent region could be sequentially used to expose each of the vertical columns, translated 90°, and then sequentially used to allow exposure of the horizontal rows.

Tables 4 and 5 provide a simple computer program in Quick Basic for planning a masking program and a sample output, respectively, for the synthesis of a polymer chain of three monomers ("residues") having three different monomers in the first level, four different monomers in the second level, and five different monomers in the third level in a striped pattern. The output of the program is the number of cells, the number of "stripes" (light regions) on each mask, and the amount of translation required for each exposure of the mask.

WO 90/15070                                          PCT/NL90/00081

37

## Table 4

### Mask Strategy Program

```
DEFINT A-Z
DIM b(20), w(20), l(500)
F$ = "LPT1:"
OPEN f$ FOR OUTPUT AS #1

jmax = 3          'Number of residues
b(1) = 3: b(2) = 4: b(3) = 5     'Number of building blocks for res 1,2,3
g = 1: lmax(1) = 1

FOR j = 1 TO jmax: g= g * b(j): NEXT j

w(0) = 0: w(1) = g / b(1)

PRINT #1, "MASK2.BAS ", DATE$, TIME$: PRINT #1,
PRINT #1, USING "Number of residues=##"; jmax
FOR j = 1 TO jmax
PRINT #1, USING "    Residue ##      ## building blocks"; j; b(j)
NEXT j
PRINT #1, "
PRINT #1, USING "Number of cells=####"; g: PRINT #1,

FOR j = 2 TO jmax
lmax(j) = lmax(j - 1) * b(j - 1)
w(j) = w(j - 1) / b(j)
NEXT j

FOR j = 1 TO jmax
PRINT #1, USING "Mask for residue ##"; j: PRINT #1,
PRINT #1, USING "   Number of stripes=###"; lmax(j)
PRINT #1, USING "   Width of each stripe=###"; w(j)
FOR l = 1 TO lmax(j)
a = 1 + (l - 1) * w(j - 1)
ae = a + w(j) - 1
PRINT #1, USING "    Stripe ## begins at location ### and ends at ###"; l; a; ae
NEXT l
PRINT #1,
PRINT #1, USING "   For each of ## building blocks, translate mask by ##
cell(s)"; b(j); w(j).
PRINT #1, : PRINT #1, : PRINT #1,
NEXT j
```

© Copyright 1990, Affymax N.V.