38

## Table 5
### Masking Strategy Output

---

Number of residues= 3
  Residue 1   3 building blocks
  Residue 2   4 building blocks
  Residue 3   5 building blocks

Number of cells=  60

Mask for residue  1

  Number of stripes=  1
  Width of each stripe= 20
  Stripe  1 begins at location   1 and ends at  20

  For each of  3 building blocks, translate mask by 20 cell(s)


Mask for residue  2

  Number of stripes=  3
  Width of each stripe= 5
  Stripe  1 begins at location   1 and ends at   5
  Stripe  2 begins at location  21 and ends at  25
  Stripe  3 begins at location  41 and ends at  45

  For each of  4 building blocks, translate mask by  5 cell(s)


Mask for residue  3

  Number of stripes= 12
  Width of each stripe= 1
  Stripe  1 begins at location   1 and ends at   1
  Stripe  2 begins at location   6 and ends at   6
  Stripe  3 begins at location  11 and ends at  11
  Stripe  4 begins at location  16 and ends at  16
  Stripe  5 begins at location  21 and ends at  21
  Stripe  6 begins at location  26 and ends at  26
  Stripe  7 begins at location  31 and ends at  31
  Stripe  8 begins at location  36 and ends at  36
  Stripe  9 begins at location  41 and ends at  41
  Stripe 10 begins at location  46 and ends at  46
  Stripe 11 begins at location  51 and ends at  51
  Stripe 12 begins at location  56 and ends at  56

  For each of  5 building blocks, translate mask by  1 cell(s)

---

© Copyright 1990, Affymax N.V.

39

V. Details of One Embodiment of
   A Fluorescent Detection Device

Fig. 9 illustrates a fluorescent detection
device for detecting fluorescently labeled receptors
on a substrate.  A substrate 112 is placed on an x/y
translation table 202.  In a preferred embodiment the x/y
translation table is a model no. PM500-A1 manufactured
by Newport Corporation.  The x/y translation table is
connected to and controlled by an appropriately
programmed digital computer 204 which may be, for
example, an appropriately programmed IBM PC/AT or AT
compatible computer.  Of course, other computer systems,
special purpose hardware, or the like could readily be
substituted for the AT computer used herein for
illustration.  Computer software for the translation
and data collection functions described herein can be
provided based on commercially available software
including, for example, "Lab Windows" licensed by
National Instruments, which is incorporated herein by
reference for all purposes.

The substrate and x/y translation table are
placed under a microscope 206 which includes one or more
objectives 208.  Light (about 488 nm) from a laser 210,
which in some embodiments is a model no. 2020-05 argon
ion laser manufactured by Spectraphysics, is directed at
the substrate by a dichroic mirror 207 which passes
greater than about 520 nm light but reflects 488 nm
light.  Dichroic mirror 207 may be, for example, a model
no. FT510 manufactured by Carl Zeiss.  Light reflected
from the mirror then enters the microscope 206 which may
be, for example, a model no. Axioscop 20 manufactured
by Carl Zeiss.  Fluorescein-marked materials on the
substrate will fluoresce >488 nm light, and the
fluoresced light will be collected by the microscope
and passed through the mirror.  The fluorescent light
from the substrate is then directed through a wavelength
filter 209 and, thereafter through an aperture plate 211.

40

Wavelength filter 209 may be, for example, a model
no. OG530 manufactured by Melles Griot and aperture
plate 211 may be, for example, a model no. 477352/477380
manufactured by Carl Zeiss.

5          The fluoresced light then enters a
photomultiplier tube 212 which in some embodiments is a
model no. R943-02 manufactured by Hamamatsu, the signal
is amplified in preamplifier 214 and photons are counted
by photon counter 216.  The number of photons is recorded
10    as a function of the location in the computer 204.
Pre-Amp 214 may be, for example, a model no. SR440
manufactured by Stanford Research Systems and photon
counter 216 may be a model no. SR400 manufactured by
Stanford Research Systems.  The substrate is then moved
15    to a subsequent location and the process is repeated.
In preferred embodiments the data are acquired every 1 to
100 μm with a data collection diameter of about 0.8 to
10 μm preferred.  In embodiments with sufficiently high
fluorescence, a CCD detector with broadfield illumination
20    is utilized.

          By counting the number of photons generated in
a given area in response to the laser, it is possible to
determine where fluorescent marked molecules are located
on the substrate.  Consequently, for a slide which has a
25    matrix of polypeptides, for example, synthesized on the
surface thereof, it is possible to determine which of the
polypeptides is complementary to a fluorescently marked
receptor.

          According to preferred embodiments, the
30    intensity and duration of the light applied to the
substrate is controlled by varying the laser power and
scan stage rate for improved signal-to-noise ratio by
maximizing fluorescence emission and minimizing
background noise.

35          While the detection apparatus has been
illustrated primarily herein with regard to the detection
of marked receptors, the invention will find application

41

in other areas.  For example, the detection apparatus
disclosed herein could be used in the fields of
catalysis, DNA or protein gel scanning, and the like.

5    VI.  Determination of Relative
     Binding Strength of Receptors
          The signal-to-noise ratio of the present
     invention is sufficiently high that not only can the
     presence or absence of a receptor on a ligand be
10   detected, but also the relative binding affinity of
     receptors to a variety of sequences can be determined.
          In practice it is found that a receptor will
     bind to several peptide sequences in an array, but will
     bind much more strongly to some sequences than others.
15   Strong binding affinity will be evidenced herein by a
     strong fluorescent or radiographic signal since many
     receptor molecules will bind in a region of a strongly
     bound ligand.  Conversely, a weak binding affinity will
     be evidenced by a weak fluorescent or radiographic signal
20   due to the relatively small number of receptor molecules
     which bind in a particular region of a substrate having a
     ligand with a weak binding affinity for the receptor.
     Consequently, it becomes possible to determine relative
     binding avidity (or affinity in the case of univalent
25   interactions) of a ligand herein by way of the intensity
     of a fluorescent or radiographic signal in a region
     containing that ligand.
          Semiquantitative data on affinities might
     also be obtained by varying washing conditions and
30   concentrations of the receptor.  This would be done by
     comparison to known ligand receptor pairs, for example.

     VII.  Examples
          The following examples are provided to
35   illustrate the efficacy of the inventions herein.  All
     operations were conducted at about ambient temperatures
     and pressures unless indicated to the contrary.

42

## A.  Slide Preparation

Before attachment of reactive groups it is
preferred to clean the substrate which is, in a preferred
embodiment a glass substrate such as a microscope slide
or cover slip.  According to one embodiment the slide is

5     soaked in an alkaline bath consisting of, for example,
1 liter of 95% ethanol with 120 ml of water and 120 grams
of sodium hydroxide for 12 hours.  The slides are then
washed under running water and allowed to air dry, and

10    rinsed once with a solution of 95% ethanol.

The slides are then aminated with, for example,
aminopropyltriethoxysilane for the purpose of attaching
amino groups to the glass surface on linker molecules,
although any omega functionalized silane could also be

15    used for this purpose.  In one embodiment 0.1%
aminopropyltriethoxysilane is utilized, although
solutions with concentrations from $10^{-7}$% to 10% may be
used, with about $10^{-3}$% to 2% preferred.  A 0.1% mixture
is prepared by adding to 100 ml of a 95% ethanol/5% water

20    mixture, 100 microliters ($\mu$l) of aminopropyltriethoxy-
silane.  The mixture is agitated at about ambient
temperature on a rotary shaker for about 5 minutes.
500 $\mu$l of this mixture is then applied to the surface
of one side of each cleaned slide.  After 4 minutes, the

25    slides are decanted of this solution and rinsed three
times by dipping in, for example, 100% ethanol.

After the plates dry, they are placed in a
110-120°C vacuum oven for about 20 minutes, and then
allowed to cure at room temperature for about 12 hours

30    in an argon environment.  The slides are then dipped into
DMF (dimethylformamide) solution, followed by a thorough
washing with methylene chloride.

The aminated surface of the slide is then
exposed to about 500 $\mu$l of, for example, a 30 millimolar

35    (mM) solution of NVOC-GABA (gamma amino butyric acid) NHS
(N-hydroxysuccinimide) in DMF for attachment of a NVOC-
GABA to each of the amino groups.

43

The surface is washed with, for example, DMF, methylene chloride, and ethanol.

Any unreacted aminopropyl silane on the surface--that is, those amino groups which have not had the NVOC-GABA attached--are now capped with acetyl groups (to prevent further reaction) by exposure to a 1:3 mixture of acetic anhydride in pyridine for 1 hour. Other materials which may perform this residual capping function include trifluoroacetic anhydride, formicacetic anhydride, or other reactive acylating agents. Finally, the slides are washed again with DMF, methylene chloride, and ethanol.

B.    Synthesis of Eight Trimers of "A" and "B"

Fig. 10 illustrates a possible synthesis of the eight trimers of the two-monomer set: gly, phe (represented by "A" and "B," respectively). A glass slide bearing silane groups terminating in 6-nitro-veratryloxycarboxamide (NVOC-NH) residues is prepared as a substrate. Active esters (pentafluorophenyl, OBt, etc.) of gly and phe protected at the amino group with NVOC are prepared as reagents. While not pertinent to this example, if side chain protecting groups are required for the monomer set, these must not be photoreactive at the wavelength of light used to protect the primary chain.

For a monomer set of size n, n x $\ell$ cycles are required to synthesize all possible sequences of length $\ell$. A cycle consists of:

1.  Irradiation through an appropriate mask to expose the amino groups at the sites where the next residue is to be added, with appropriate washes to remove the by-products of the deprotection.

2.  Addition of a single activated and protected (with the same photochemically-removable group) monomer, which will react

44

only at the sites addressed in step 1, with appropriate washes to remove the excess reagent from the surface.

The above cycle is repeated for each member of the monomer set until each location on the surface has been extended by one residue in one embodiment. In other embodiments, several residues are sequentially added at one location before moving on to the next location. Cycle times will generally be limited by the coupling reaction rate, now as short as 20 min in automated peptide synthesizers. This step is optionally followed by addition of a protecting group to stabilize the array for later testing. For some types of polymers (e.g., peptides), a final deprotection of the entire surface (removal of photoprotective side chain groups) may be required.

More particularly, as shown in Fig. 10A, the glass 20 is provided with regions 22, 24, 26, 28, 30, 32, 34, and 36. Regions 30, 32, 34, and 36 are masked, as shown in Fig. 10B and the glass is irradiated and exposed to a reagent containing "A" (e.g., gly), with the resulting structure shown in Fig. 10C. Thereafter, regions 22, 24, 26, and 28 are masked, the glass is irradiated (as shown in Fig. 10D) and exposed to a reagent containing "B" (e.g., phe), with the resulting structure shown in Fig. 10E. The process proceeds, consecutively masking and exposing the sections as shown until the structure shown in Fig. 10M is obtained. The glass is irradiated and the terminal groups are, optionally, capped by acetylation. As shown, all possible trimers of gly/phe are obtained.

In this example, no side chain protective group removal is necessary. If it is desired, side chain deprotection may be accomplished by treatment with ethanedithiol and trifluoroacetic acid.

In general, the number of steps needed to obtain a particular polymer chain is defined by:

45

$$n \times \ell \quad (1)$$

where:

5             $n$ = the number of monomers in the basis set of
monomers, and
             $\ell$ = the number of monomer units in a polymer
chain.

             Conversely, the synthesized number of sequences
10    of length $\ell$ will be:

$$n^{\ell}. \quad (2)$$

             Of course, greater diversity is obtained by
15    using masking strategies which will also include the
synthesis of polymers having a length of less than $\ell$.
If, in the extreme case, all polymers having a length
less than or equal to $\ell$ are synthesized, the number of
polymers synthesized will be:

20

$$n^{\ell} + n^{\ell-1} + \ldots + n^{1}. \quad (3)$$

             The maximum number of lithographic steps needed
will generally be $n$ for each "layer" of monomers, i.e.,
25    the total number of masks (and, therefore, the number of
lithographic steps) needed will be $n \times \ell$.  The size of
the transparent mask regions will vary in accordance with
the area of the substrate available for synthesis and the
number of sequences to be formed.  In general, the size
30    of the synthesis areas will be:

             size of synthesis areas = (A)/(S)

where:

35             A is the total area available for synthesis;
and

46

S is the number of sequences desired in the area.

It will be appreciated by those of skill in
the art that the above method could readily be used to
simultaneously produce thousands or millions of oligomers
on a substrate using the photolithographic techniques
disclosed herein. Consequently, the method results in
the ability to practically test large numbers of, for
example, di, tri, tetra, penta, hexa, hepta,
octapeptides, dodecapeptides, or larger polypeptides
(or correspondingly, polynucleotides).

The above example has illustrated the method
by way of a manual example. It will of course be
appreciated that automated or semi-automated methods
could be used. The substrate would be mounted in a flow
cell for automated addition and removal of reagents, to
minimize the volume of reagents needed, and to more
carefully control reaction conditions. Successive masks
could be applied manually or automatically.

C.    Synthesis of a Dimer of an Aminopropyl
      Group and a Fluorescent Group

In synthesizing the dimer of an aminopropyl
group and a fluorescent group, a functionalized durapore
membrane was used as a substrate. The durapore membrane
was a polyvinylidine difluoride with aminopropyl groups.
The aminopropyl groups were protected with the DDZ group
by reaction of the carbonyl chloride with the amino
groups, a reaction readily known to those of skill in
the art. The surface bearing these groups was placed
in a solution of THF and contacted with a mask bearing
a checkerboard pattern of 1 mm opaque and transparent
regions. The mask was exposed to ultraviolet light
having a wavelength down to at least about 280 nm for
about 5 minutes at ambient temperature, although a wide
range of exposure times and temperatures may be

47

appropriate in various embodiments of the invention.
For example, in one embodiment, an exposure time of
between about 1 and 5000 seconds may be used at process
temperatures of between -70 and +50°C.

5          In one preferred embodiment, exposure times of
between about 1 and 500 seconds at about ambient pressure
are used.  In some preferred embodiments, pressure above
ambient is used to prevent evaporation.

          The surface of the membrane was then washed for
10    about 1 hour with a fluorescent label which included an
active ester bound to a chelate of a lanthanide.  Wash
times will vary over a wide range of values from about a
few minutes to a few hours. ,These materials fluoresce
in the red and the green visible region.  After the
15    reaction with the active ester in the fluorophore was
complete, the locations in which the fluorophore was
bound could be visualized by exposing them to ultraviolet
light and observing the red and the green fluorescence.
It was observed that the derivatized regions of the
20    substrate closely corresponded to the original pattern
of the mask.


          D.   Demonstration of Signal Capability
          Signal detection capability was demonstrated
25    using a low-level standard fluorescent bead kit
manufactured by Flow Cytometry Standarda and having model
no. 824.  This kit includes 5.8 μm diameter beads, each
impregnated with a known number of fluorescein molecules.
          One of the beads was placed in the illumination
30    field on the scan stage as shown in Fig. 9 in a field of
a laser spot which was initially shuttered.  After being
positioned in the illumination field, the photon
detection equipment was turned on.  The laser beam was
unblocked and it interacted with the particle bead,
35    which then fluoresced.  Fluorescence curves of beads
impregnated with 7,000 and 29,000 fluorescein molecules,
are shown in Figs. 11A and 11B, respectively.  On each

48

curve, traces for beads without fluorescein molecules are
also shown.  These experiments were performed with 488 nm
excitation, with 100 µW of laser power.  The light was
focused through a 40 power 0.75 NA objective.

5        The fluorescence intensity in all cases started
off at a high value and then decreased exponentially.
The fall-off in intensity is due to photobleaching of
the fluorescein molecules.  The traces of beads without
fluorescein molecules are used for background
10    subtraction.  The difference in the initial exponential
decay between labeled and nonlabeled beads is integrated
to give the total number of photon counts, and this
number is related to the number of molecules per bead.
Therefore, it is possible to deduce the number of photons
15    per fluorescein molecule that can be detected.  For the
curves illustrated in Fig. 11, this calculation indicates
the radiation of about 40 to 50 photons per fluorescein
molecule are detected.


20        E.    Determination of the Number of
                Molecules Per Unit Area
          Aminopropylated glass microscope slides
prepared according to the methods discussed above were
utilized in order to establish the density of labeling of
25    the slides.  The free amino termini of the slides were
reacted with FITC (fluorescein isothiocyanate) which
forms a covalent linkage with the amino group.  The slide
is then scanned to count the number of fluorescent
photons generated in a region which, using the estimated
30    40-50 photons per fluorescent molecule, enables the
calculation of the number of molecules which are on the
surface per unit area.
          A slide with aminopropyl silane on its surface
was immersed in a 1 mM solution of FITC in DMF for
35    1 hour at about ambient temperature.  After reaction, the
slide was washed twice with DMF and then washed with
ethanol, water, and then ethanol again.  It was then

49

dried and stored in the dark until it was ready to be examined.

Through the use of curves similar to those shown in Fig. 11, and by integrating the fluorescent counts under the exponentially decaying signal, the number of free amino groups on the surface after derivitization was determined.  It was determined that slides with labeling densities of 1 fluoroscein per $10^3 \times 10^3$ to ~2x2 nm could be reproducibly made as the concentration of aminopropyltriethoxysilane varied from $10^{-5}\%$ to $10^{-1}\%$.

    F.   Removal of NVOC and Attachment of A Fluorescent Marker

NVOC-GABA groups were attached as described above.  The entire surface of one slide was exposed to light so as to expose a free amino group at the end of the gamma amino butyric acid.  This slide, and a duplicate which was not exposed, were then exposed to fluorescein isothiocyanate (FITC).

Fig. 12A illustrates the slide which was not exposed to light, but which was exposed to FITC.  The units of the x axis are time and the units of the y axis are counts.  The trace contains a certain amount of background fluorescence.  The duplicate slide was exposed to 350 nm broadband illumination for about 1 minute (12 mW/cm$^2$, ~350 nm illumination), washed and reacted with FITC.  The fluorescence curves for this slide are shown in Fig. 12B.  A large increase in the level of fluorescence is observed, which indicates photolysis has exposed a number of amino groups on the surface of the slides for attachment of a fluorescent marker.

50

G.  Use of a Mask in Removal of NVOC

The next experiment was performed with a 0.1%
aminopropylated slide.  Light from a Hg-Xe arc lamp
was imaged onto the substrate through a laser-ablated

5   chrome-on-glass mask in direct contact with the
substrate.

This slide was illuminated for approximately 5
minutes, with 12 mW of 350 nm broadband light and then
reacted with the 1 mM FITC solution.  It was put on the

10  laser detection scanning stage and a graph was plotted as
a two-dimensional representation of position color-coded
for fluorescence intensity.  The experiment was repeated
a number of times through various masks.  The
fluorescence patterns for a 100x100 $\mu$m mask, a 50 $\mu$m

15  mask, a 20 $\mu$m mask, and a 10 $\mu$m mask indicate that the
mask pattern is distinct down to at least about 10 $\mu$m
squares using this lithographic technique.

H.  Attachment of YGGFL and Subsequent Exposure to

20       Herz Antibody and Goat Antimouse

In order to establish that receptors to a
particular polypeptide sequence would bind to a surface-
bound peptide and be detected, Leu enkephalin was coupled
to the surface and recognized by an antibody.  A slide

25  was derivatized with 0.1% amino propyl-triethoxysilane
and protected with NVOC.  A 500 $\mu$m checkerboard mask was
used to expose the slide in a flow cell using backside
contact printing.  The Leu enkephalin sequence ($H_2N$-
tyrosine,glycine,glycine,phenylalanine,leucine-$CO_2H$,

30  otherwise referred to herein as YGGFL) was attached via
its carboxy end to the exposed amino groups on the
surface of the slide.  The peptide was added in DMF
solution with the BOP/HOBT/DIEA coupling reagents and
recirculated through the flow cell for 2 hours at room

35  temperature.

A first antibody, known as the Herz antibody,
was applied to the surface of the slide for 45 minutes

51

at 2 μg/ml in a supercocktail (containing 1% BSA and
1% ovalbumin also in this case).  A second antibody,
goat anti-mouse fluorescein conjugate, was then added
at 2 μg/ml in the supercocktail buffer, and allowed to
5    incubate for 2 hours.

The results of this experiment were plotted as
fluorescence intensity as a function of position.  This
image was taken at 10 μm steps and showed that not only
can deprotection be carried out in a well defined
10    pattern, but also that (1) the method provided for
successful coupling of peptides to the surface of
the substrate, (2) the surface of a bound peptide was
available for binding with an antibody, and (3) that
the detection apparatus capabilities were sufficient
15    to detect binding of a receptor.


I.    Monomer-by-Monomer Formation of YGGFL and
      Subsequent Exposure to Labeled Antibody
Monomer-by-monomer synthesis of YGGFL and GGFL
20    in alternate squares was performed on a slide in a
checkerboard pattern and the resulting slide was exposed
to the Herz antibody.  This experiment is illustrated in
Figs. 13A and 13B.

In Fig. 13A, a slide is shown which is
25    derivatized with the aminopropyl group, protected in this
case with t-BOC (t-butoxycarbonyl).  The slide was
treated with TFA to remove the t-BOC protecting group.
E-aminocaproic acid, which was t-BOC protected at its
amino group, was then coupled onto the aminopropyl
30    groups.  The aminocaproic acid serves as a spacer between
the aminopropyl group and the peptide to be synthesized.
The amino end of the spacer was deprotected and coupled
to NVOC-leucine.  The entire slide was then illuminated
with 12 mW of 325 nm broadband illumination.  The slide
35    was then coupled with NVOC-phenylalanine and washed.  The
entire slide was again illuminated, then coupled to
NVOC-glycine and washed.  The slide was again illuminated

52

and coupled to NVOC-glycine to form the sequence shown in
the last portion of Fig. 13A.

   As shown in Fig. 13B, alternating regions of
the slide were then illuminated using a projection print
using a 500x500 μm checkerboard mask; thus, the amino
group of glycine was exposed only in the lighted areas.
When the next coupling chemistry step was carried out,
NVOC-tyrosine was added, and it coupled only at those
spots which had received illumination.  The entire slide
was then illuminated to remove all the NVOC groups,
leaving a checkerboard of YGGFL in the lighted areas and
in the other areas, GGFL.  The Herz antibody (which
recognizes the YGGFL, but not GGFL) was then added,
followed by goat anti-mouse fluorescein conjugate.

   The resulting fluorescence scan showed dark
areas containing the tetrapeptide GGFL, which is not
recognized by the Herz antibody (and thus there is no
binding of the goat anti-mouse antibody with fluorescein
conjugate), and red areas in which YGGFL was present.
The YGGFL pentapeptide is recognized by the Herz antibody
and, therefore, there is antibody in the lighted regions
for the fluorescein-conjugated goat anti-mouse to
recognize.

   Similar patterns for a 50 μm mask used in
direct contact ("proximity print") with the substrate
provided a pattern which was more distinct and the
corners of the checkerboard pattern were touching as a
result of the mask being placed in direct contact with
the substrate (which reflects the increase in resolution
using this technique).

   J.  Monomer-by-Monomer Synthesis of YGGFL and PGGFL

   A synthesis using a 50 μm checkerboard mask
similar to that shown in Fig. 13 was conducted.  However,
P was added to the GGFL sites on the substrate through an
additional coupling step.  P was added by exposing
protected GGFL to light through a mask, and subsequence

53

exposure to P in the manner set forth above.  Therefore,
half of the regions on the substrate contained YGGFL and
the remaining half contained PGGFL.

    The fluorescence plot for this experiment
5  showed the regions are again readily discernable between
those in which binding did and did not occur.  This
experiment demonstrated that antibodies are able to
recognize a specific sequence and that the recognition
is not length-dependent.

10

    K.  Monomer-by-Monomer Synthesis
        of YGGFL and YPGGFL
        In order to further demonstrate the operability
of the invention, a 50 μm checkerboard pattern of
15  alternating YGGFL and YPGGFL was synthesized on a
substrate using techniques like those set forth above.
The resulting fluorescence plot showed that the antibody
was clearly able to recognize the YGGFL sequence and did
not bind significantly at the YPGGFL regions.

20

    L.  Synthesis of an Array of Sixteen Different
        Amino Acid Sequences and Estimation of Relative
        Binding Affinity to Herz Antibody
        Using techniques similar to those set forth
25  above, an array of 16 different amino acid sequences
(replicated four times) was synthesized on each of two
glass substrates.  The sequences were synthesized by
attaching the sequence NVOC-GFL across the entire
surface of the slides.  Using a series of masks, two
30  layers of amino acids were then selectively applied
to the substrate.  Each region had dimensions of
0.25 cm x 0.0625 cm.  The first slide contained amino
acid sequences containing only L amino acids while the
second slide contained selected D amino acids.  Figs. 14A
35  and 14B illustrate a map of the various regions on the
first and second slides, respectively.  The patterns
shown in Figs. 14A and 14B were duplicated four times on

54

each slide.  The slides were then exposed to the Herz
antibody and fluorescein-labeled goat anti-mouse.

A fluorescence plot of the first slide, which
contained only L amino acids showed red areas (indicating
5   strong binding, i.e., 149,000 counts or more) and black
areas (indicating little or no binding of the Herz
antibody, i.e., 20,000 counts or less).  The sequence
YGGFL was clearly most strongly recognized.  The
sequences YAGFL and YSGFL also exhibited strong
10  recognition of the antibody.  By contrast, most of the
remaining sequences showed little or no binding.  The
four duplicate portions of the slide were extremely
consistent in the amount of binding shown therein.

A fluorescence plot of the D amino acid slide
15  indicated that strongest binding was exhibited by the
YGGFL sequence.  Significant binding was also detected to
YaGFL, YsGFL, and YpGFL.  The remaining sequences showed
less binding with the antibody.  Low binding efficiency
of the sequence yGGFL was observed.

20      Table 6 lists the various sequences tested
in order of relative fluorescence, which provides
information regarding relative binding affinity.

25

30

35

55

## Table 6
### Apparent Binding to Herz Ab

| L-a.a. Set | D-a.a. Set |
|------------|------------|
| YGGFL | YGGFL |
| YAGFL | YaGFL |
| YSGFL | YsGFL |
| LGGFL | YpGFL |
| FGGFL | fGGFL |
| YPGFL | yGGFL |
| LAGFL | faGFL |
| FAGFL | wGGFL |
| WGGFL | yaGFL |
|  | fpGFL |
|  | waGFL |

VIII.  Illustrative Alternative Embodiment

     According to an alternative embodiment of the invention, the methods provide for attaching to the surface a caged binding member which in its caged form has a relatively low affinity for other potentially binding species, such as receptors and specific binding substances.  Such techniques are more fully described in copending application Serial No. 404,920, filed September 8, 1989, and incorporated herein by reference for all purposes.

     According to this alternative embodiment, the invention provides methods for forming predefined regions on a surface of a solid support, wherein the predefined regions are capable of immobilizing receptors.  The methods make use of caged binding members attached to the surface to enable selective activation of the predefined regions.  The caged binding members are liberated to act as binding members ultimately capable of binding receptors upon selective activation of the predefined

56

regions.  The activated binding members are then used to
immobilize specific molecules such as receptors on the
predefined region of the surface.  The above procedure is
repeated at the same or different sites on the surface so
5    as to provide a surface prepared with a plurality of
regions on the surface containing, for example, the same
or different receptors.  When receptors immobilized in
this way have a differential affinity for one or more
ligands, screenings and assays for the ligands can be
10   conducted in the regions of the surface containing the
receptors.

     The alternative embodiment may make use of
novel caged binding members attached to the substrate.
Caged (unactivated) members have a relatively low
15   affinity for receptors of substances that specifically
bind to uncaged binding members when compared with the
corresponding affinities of activated binding members.
Thus, the binding members are protected from reaction
until a suitable source of energy is applied to the
20   regions of the surface desired to be activated.  Upon
application of a suitable energy source, the caging
groups labilize, thereby presenting the activated binding
member.  A typical energy source will be light.

     Once the binding members on the surface are
25   activated they may be attached to a receptor.  The
receptor chosen may be a monoclonal antibody, a nucleic
acid sequence, a drug receptor, etc.  The receptor will
usually, though not always, be prepared so as to permit
attaching it, directly or indirectly, to a binding
30   member.  For example, a specific binding substance having
a strong binding affinity for the binding member and a
strong affinity for the receptor or a conjugate of the
receptor may be used to act as a bridge between binding
members and receptors if desired.  The method uses a
35   receptor prepared such that the receptor retains its
activity toward a particular ligand.

Case 1:04-cv-00901-JJF    Document 257-6    Filed 04/17/2006    Page 20 of 45

Preferably, the caged binding member attached
to the solid substrate will be a photoactivatable biotin
complex, i.e., a biotin molecule that has been chemically
modified with photoactivatable protecting groups so that
5    it has a significantly reduced binding affinity for
avidin or avidin analogs than does natural biotin.  In a
preferred embodiment, the protecting groups localized in
a predefined region of the surface will be removed upon
application of a suitable source of radiation to give
10   binding members, that are biotin or a functionally
analogous compound having substantially the same binding
affinity for avidin or avidin analogs as does biotin.
       In another preferred embodiment, avidin or an
avidin analog is incubated with activated binding members
15   on the surface until the avidin binds strongly to the
binding members.  The avidin so immobilized on predefined
regions of the surface can then be incubated with a
desired receptor or conjugate of a desired receptor.  The
receptor will preferably be biotinylated, e.g., a
20   biotinylated antibody, when avidin is immobilized on the
predefined regions of the surface.  Alternatively, a
preferred embodiment will present an avidin/biotinylated
receptor complex, which has been previously prepared, to
activated binding members on the surface.

25

IX.  Conclusion
       The present inventions provide greatly improved
methods and apparatus for synthesis of polymers on
substrates.  It is to be understood that the above
30   description is intended to be illustrative and not
restrictive.  Many embodiments will be apparent to those
of skill in the art upon reviewing the above description.
By way of example, the invention has been described
primarily with reference to the use of photoremovable
35   protective groups, but it will be readily recognized by
those of skill in the art that sources of radiation other
than light could also be used.  For example, in some

58

embodiments it may be desirable to use protective
groups which are sensitive to electron beam irradiation,
x-ray irradiation, in combination with electron beam
lithograph, or x-ray lithography techniques.

5        Alternatively, the group could be removed by exposure
to an electric current.  The scope of the invention
should, therefore, be determined not with reference to
the above description, but should instead be determined
with reference to the appended claims, along with the

10      full scope of equivalents to which such claims are
entitled.


15


20


25


30


35

WO 90/15070                                    PCT/NL90/00081

59

C L A I M S

    1.  A method of preparing sequences on a substrate comprising the steps of:

5         a) exposing a first region of said substrate to an activator to remove a protective group;

        b) exposing at least said first region to a first monomer;

        c) exposing a second region to an activator to 10   remove a protective group; and

        d) exposing at least said second region to a second monomer.

    2.  The method as recited in claim 1 wherein said 15   steps of exposing to an activator use an activator selected from the group consisting of ion beams, electron beams, gamma rays, x-rays, ultra-violet radiation, light, infra-red radiation, microwaves, electric currents, radiowaves, and combinations thereof.

20

    3.  The method as recited in claim 1 wherein said protective groups are photosensitive protective groups.

    4.  The method as recited in claim 1 wherein said 25   steps of exposing to an activator are steps of applying light to selected regions of said substrate.

    5.  The method as recited in claim 1 wherein said first and the second monomers are amino acids.

30

    6.  The method as recited in claim 1 further comprising a step of screening sequences on said substrate for affinity with a receptor, said step of screening further comprising the step of exposing said 35   substrate to said receptor and testing for the presence of said receptor in said first and said second region.

60

7.  The method as recited in claim 6 wherein said receptor is an antibody.

8.  The method as recited in claim 1 wherein said substrate is selected from the group consisting of polymerized Langmuir Blodgett film, functionalized glass, germanium, silicon, polymers, (poly)tetrafluoroethylene, polystyrene, gallium arsenide, and combinations thereof.

9.  The method as recited in claim 1 wherein said protective group is selected from the group consisting of ortho-nitrobenzyl derivatives, 6-nitroveratryloxy-carbonyl, 2-nitrobenzyloxycarbonyl, cinnamoyl derivatives, and mixtures thereof.

10.  The method as recited in claim 1 wherein said first and second regions each have total areas of less than 1 $cm^2$.

11.  The method as recited in claim 1 wherein said first and second regions each have total areas of between about 1 $\mu m^2$ and 10,000 $\mu m^2$.

12.  The method as recited in claim 4 wherein said light is monochromatic coherent light.

13.  The method as recited in claim 1 wherein said steps of exposing to an activator are carried out with a solution in contact with said substrate.

14.  The method as recited in claim 13 wherein said solution further comprises said first or said second monomer.

15.  The method as recited in claim 6 wherein said receptor further comprises a marker selected from the group consisting of radioactive markers and fluorescent

61

markers and wherein said step of testing for the presence
of the receptor is a step of detecting said marker.

5  16.  The method as recited in claim 1 wherein the
steps of exposing to an activator further comprise steps
of:

a) placing a mask adjacent to said substrate,
said mask having substantially transparent regions and
substantially opaque regions at a wavelength of light;
10  and

b) illuminating said mask with a light source,
said light source producing at least said wavelength of
light.

15  17.  The method as recited in claim 1 wherein said
steps are repeated so as to synthesize $10^3$ or more
different sequences on said substrate.

18.  The method as recited in claim 1 wherein said
20  steps are repeated so as to synthesize $10^6$ or more dif-
ferent sequences on said substrate.

19.  A method of synthesizing a plurality of
chemical sequences, said chemical sequences comprising
at least a first and a second monomer, comprising the
25  steps of:

a) at a first region on a substrate having at
least a first and a second region, said first and said
second region comprising a substrate protective group,
30  activating said first region to remove said substrate
protective group in said first region;

b) exposing said first monomer to said sub-
strate, said first monomer further comprising a first
monomer protective group, said first monomer binding at
35  said first region;

c) activating said second region to remove
said substrate protective group in said second region;

62

    d) exposing said second monomer to said substrate, said second monomer further comprising a second monomer protective group, said second monomer binding at said second region;

5     e) activating said first region to remove said first monomer protective group;

    f) exposing a third monomer to said substrate, said third monomer binding at said first region to produce a first sequence;

10     g) activating said second region to remove said second monomer protective group; and

    h) exposing a fourth monomer to said substrate, said fourth monomer binding at said second region to produce a second sequence, said second sequence

15 different from said first sequence.

    20. A method of synthesizing a plurality of chemical sequences, said chemical sequences comprising at least a first and a second monomer, comprising the steps

20 of:

    a) on a substrate having at least a first and a second region deactivating said first region to provide a first protective group in said first region;

    b) exposing said first monomer to said

25 substrate, said first monomer binding at said second region;

    c) removing said protective group in said first region;

    d) deactivating said second region to provide

30 a second protective group in said second region;

    e) exposing said second monomer to said substrate, said second monomer binding at said first region;

    f) removing said protective group in said

35 second region;

    g) deactivating said first region to provide a protective group in said first region;

63

h) exposing a third monomer to said substrate, said third monomer binding at said second region to produce a first sequence;

i) removing said protective group in said first region; and

j) exposing a fourth monomer to said substrate, said fourth monomer binding at said first region to produce a second sequence, said second sequence different than said first sequence.

21. A method of synthesizing at least a first polymer sequence and a second polymer sequence on a substrate, said first polymer sequence having a different monomer sequence from said second polymer sequence, comprising the steps of:

a) inserting a first mask between said substrate and an energy source, said mask having first regions and second regions, said first regions permitting passage of energy from said source, said second regions blocking energy from said source;

b) directing energy from said source at said substrate, said energy removing a protective group from first portions of said first polymer under said first regions of said first mask;

c) exposing a second portion of said first polymer to said substrate to create a first polymer sequence;

d) inserting a second mask between said substrate and said energy source, said second mask having first regions and second regions;

e) directing energy from said source at said substrate, said energy removing said protective group under said first regions of said second mask from first portions of said second polymer; and

f) exposing a second portion of said second polymer to said substrate, said second portion of said

64

second polymer binding with said first portion of said
second polymer to create a second polymer sequence.

 22.  A method of screening a plurality of amino
5   acid sequences for binding with a receptor comprising the
steps of:

     a) on a glass plate having at least a first
surface, said at least a first surface comprising a
photoprotective material selected from the group
10  consisting of nitroveratryloxy carbonyl and
nitrobenzyloxy carbonyl, reacting said at least a
first surface with t-butoxycarbonyl for storage,
said glass plate substantially transparent to at
least ultraviolet light;

15      b) exposing said at least a first surface to
TFA to remove said t-butoxycarbonyl;

     c) placing said glass plate on a reactor, said
reactor comprising a reactor space, said at least a first
surface exposed to said reactor space;

20      d) placing a mask at a first position on said
glass plate, said mask comprising first locations and
second locations, said first locations substantially
transparent to at least ultraviolet light and said second
locations substantially opaque to at least ultraviolet
25  light, said second locations comprising a light blocking
material on a first surface of said mask, said first
surface of said mask placed in contact with said glass
plate;

     e) filling said reactor space with a reaction
30  solution;

     f) illuminating said mask with at least
ultraviolet light, said ultraviolet light removing said
photoprotective material from said at least a first
surface of said glass plate under said first locations of
35  said mask;

65

g) exposing said first surface to a first amino acid, said first amino acid binding to regions of said at least a first surface from which said photoprotective material was removed, said first amino

5   acid comprising said photoprotective group at a terminus thereof; .

h) placing a mask in contact with said glass plate at a second position;

i) illuminating said mask with at least

10  ultraviolet light, said ultraviolet light removing said photoprotective material from said at least a first surface of said glass plate under said first locations of said mask;

j) exposing said at least a first surface to a

15  second amino acid, said second amino acid binding to regions of said at least a first surface from which said photoprotective material was removed, said second amino acid comprising said photoprotective group at a terminus thereof;

20  k) placing a mask in contact with said glass plate at a third position;

l) illuminating said mask with at least ultraviolet light, said ultraviolet light removing said photoprotective material·from said at least a first

25  surface of said glass plate under said first locations of said mask;

m) exposing said at least a first surface to a third amino acid, said third amino acid binding to regions of said at least a first surface from which said

30  photoprotective material was removed;

n) placing a mask in contact with said glass plate at a fourth position;

o) illuminating said mask with at least ultraviolet light, said ultraviolet light removing said

35  photoprotective material from said at least a first surface of said glass plate under said first locations of said mask;

66

p) exposing said at least a first surface to a
fourth amino acid, said fourth amino acid binding to
regions of said at least a first surface from which said
photoprotective material was removed, said at least a
5    first surface comprising at least first, second, third,
and fourth amino acid sequences;

q) exposing said at least a first surface to
an antibody of interest, said antibody of interest
binding more strongly to at least one of said first, said
10    second, said third, or said fourth amino acid sequences;

r) exposing said at least a first surface to a
receptor, said receptor recognizing said antibody of
interest and binding at multiple locations thereof, said
receptor comprising fluorescein;

15    s) exposing said at least a first surface to
light, said first surface fluorescing in at least a
region where said more strongly bound amino acid sequence
is located; and

t) detecting and recording fluoresced light
20    intensity as a function of location across said at least
a first surface.


23. A method of identifying at least one peptide
sequence for binding with a receptor comprising the steps
25    of:

a) on a substrate having a plurality of
polypeptides, each having a photoremovable protective
group, irradiating first selected polypeptides to remove
said protective group;

30    b) contacting said polypeptides with a
first amino acid to create a first sequence, second
polypeptides on said substrate comprising a second
sequence; and

c) identifying which of said first or said
35    second sequence binds with said receptor.

67

24. Apparatus for preparation of a plurality of polymers comprising:

a) a substrate with a surface, said surface comprising a reactive portion, said reactive portion activated upon exposure to an energy source so as to react with a monomer; and

b) means for selectively protecting and exposing portions of said surface from said energy source.

25. Apparatus as recited in claim 24 wherein said reactive portion further comprises a protective group, said protective group of the form:



where $R_1$ is alkoxy, alkyl, halo, aryl, alkenyl, or hydrogen; $R_2$ is alkoxy, alkyl, halo, aryl, nitro, or hydrogen; $R_3$ is alkoxy, alkyl, halo, nitro, aryl, or hydrogen; $R_4$ is alkoxy, alkyl, hydrogen, aryl, halo, or nitro; and $R_5$ is alkyl, alkynyl, cyano, alkoxy, hydrogen, halo, aryl, or alkenyl.

26. Apparatus as recited in claim 24 wherein said reactive portion further comprises linker molecules.

27. Apparatus as recited in claim 26 wherein said linker molecules are selected from the group consisting of ethylene glycol oligomers, diamines, diacids, amino acids, and combinations thereof.

WO 90/15070

PCT/NL90/00081

68

28. Apparatus as recited in claim 24 wherein said means for selectively protecting further comprises a mask.

5   29. Apparatus as recited in claim 24 wherein said means for selectively protecting further comprises a light valve.

30. Apparatus as recited in claim 24 wherein said energy source is a light source.

10

31. Apparatus as recited in claim 24 wherein said reactive portion further comprises a composition selected from the group consisting of nitroveratryloxy carbonyl,

15   nitrobenzyloxy carbonyl, dimethyl-dimethoxybenzyloxy carbonyl, 5-bromo-7-nitroindolinyl, hydroxy-2-methyl cinnamoyl, and 2-oxymethylene anthraquinone.

32. Apparatus for preparation of a substrate

20   having a plurality of amino acid sequences thereon, said apparatus comprising:
       a) a substrate with a surface;
       b) a protective group on said surface, said protective group removable upon exposure to an energy

25   source, said energy source selected from the group consisting of light, electron beams, and x-ray radiation;
       c) means for directing said energy source at selected locations on said surface; and
       d) means for exposing amino acids to

30   said surface for binding to said surface.

33. Apparatus for screening polymers comprising a substrate with a surface, said surface comprising at least two predefined regions, said predefined regions

35   containing different monomer sequences thereon, said predefined regions each occupying an area of less than about 0.1 cm$^2$.

69

34.  Apparatus as recited in claim 33 wherein said area is less than about 0.01 cm$^2$.

5       35.  Apparatus as recited in claim 33 wherein said area is less than 10000 $\mu$m$^2$.

36.  Apparatus as recited in claim 33 wherein said area is less than about 100 $\mu$m$^2$.

10

37.  Apparatus as recited in claims 33, 34, 35, or 36 wherein said monomer sequences are substantially pure within said predefined regions.

15      38.  A substrate for screening for biological activity, said substrate comprising 10$^3$ or more different ligands on a surface thereof in predefined regions.

39.  A substrate as recited in claim 38 wherein 20   said substrate comprises 10$^4$ or more different ligands in predefined regions.

40.  A substrate as recited in claim 38 wherein said substrate comprises 10$^5$ or more different ligands in 25   predefined regions.

41.  A substrate as recited in claim 38 wherein said substrate comprises 10$^6$ or more different ligands in predefined regions.

30

42.  A substrate as recited in claims 38, 39, 40, or 41 wherein the ligands are peptides.

43.  A substrate as recited in claim 33 wherein 35   said ligands are substantially pure within said predefined regions.

70

44. Apparatus for screening for biological activity comprising:

a) a substrate comprising a plurality of polymer sequences, said polymer sequences attached to a surface of said substrate at known locations on said substrate, each of said sequences occupying an area of less than about 0.1 cm$^2$;

b) means for exposing said substrate to a receptor, said receptor marked with a fluorescent marker, said receptor binding with at least one of said sequences; and

c) means for detecting a location of said fluorescent marker on said substrate.

45. Apparatus for forming a plurality of polymer sequences comprising:

a) a substrate, said substrate having at least a first surface and a second surface, said second surface comprising a photoremovable protective material, said substrate substantially transparent to at least light of a first wavelength;

b) a reactor body, said reactor body having a mounting surface with a reaction fluid cavity therein, said second surface maintained in a sealed relationship with said mounting surface; and

c) a light source for producing light of at least said first wavelength and directed at a surface of said substrate.

46. Apparatus for detection of fluorescent marked regions on a substrate comprising:

a) a light source for directing light at a surface of said substrate;

b) a means for detecting light fluoresced from said surface in response to said light source;

c) means for translating said substrate from a first position to a second position; and

71

     d) means for storing fluoresced light
intensity as a function of location on said substrate,
said means for storing connected to said means for
translating and said means for detecting.

5

10

15

20

25

30

35

WO 90/15070                                                    PCT/NL90/00081

1/10



FIG.—1.

FIG.—2.

FIG.—3.

FIG.—4.



FIG__5.

FIG__6.

FIG__7.

FIG__8a.



FIG._8b.

FIG._13A.

WO 90/15070                                                          PCT/NL90/00081



FIG.__9.

WO 90/15070                                                           PCT/NL90/00081

5/10



FIG__IOA.

FIG__IOB.

FIG__IOC.

FIG__IOD.

FIG__IOE.

FIG__IOF.

FIG__IOG.

FIG__IOH.

FIG__IOI.

FIG__IOJ.

FIG__IOK.

FIG__IOL.

FIG__IOM.

WO 90/15070                                      PCT/NL90/00081

6/10



FIG.\_11A.

WO 90/15070                                    PCT/NL90/00081

7/10



FIG._IIB.



FIG._12A.

FIG._12B.

WO 90/15070                                    PCT/NL90/00081

9/10



FIG._13B.

WO 90/15070
PCT/NL90/00081

10/10

|  | P | A | S | G |  |
|---|---|---|---|---|---|
|  | LPGFL | LAGFL | LSGFL | LGGFL | L |
|  | FPGFL | FAGFL | FSGFL | FGGFL | F |
|  | WPGFL | WAGFL | WSGFL | WGGFL | W |
|  | YPGFL | YAGFL | YSGFL | YGGFL | Y |

L SET

**FIG._14A.**

|  | P | a | s | G |  |
|---|---|---|---|---|---|
|  | YpGFL | YaGFL | YsGFL | YGGFL | Y |
|  | fpGFL | faGFL | fsGFL | fGGFL | f |
|  | wpGFL | waGFL | wsGFL | wGGFL | w |
|  | ypGFL | yaGFL | ysGFL | yGGFL | y |

D SET

**FIG._14B.**

# INTERNATIONAL SEARCH REPORT

International Application No PCT/NL 90/00081

| I. CLASSIFICATION OF SUBJECT MATTER (if several classification symbols apply, indicate all) 6 |
|---|
| According to International Patent Classification (IPC) or to both National Classification and IPC |
| IPC⁵ :  C 07 K 1/04, 17/06, 17/14, B 01 J 19/00 |

| II. FIELDS SEARCHED |
|---|

| Minimum Documentation Searched 7 | |
|---|---|
| Classification System | Classification Symbols |
| IPC⁵ | C 07 K, B 01 J |

| Documentation Searched other than Minimum Documentation to the Extent that such Documents are Included in the Fields Searched 8 |
|---|
|  |

| III. DOCUMENTS CONSIDERED TO BE RELEVANT 9 | | |
|---|---|---|
| Category * | Citation of Document, 11 with indication, where appropriate, of the relevant passages 12 | Relevant to Claim No. 13 |
| X | Chemical Abstracts, volume 110, no. 9, 27 February 1989, (Columbus, Ohio, US), V.K. Haridasan et al.: "Peptide synthesis using photolytically cleavable 2-nitrobenzyloxycarbonyl protecting group", see page 707, abstract 76031w, & Proc. Indian Natl. Sci. Acad., Part A 1987, 53(6), 717-28 (Eng). | 1-5,9 |
| | -- | |
| A | Chemical Abstracts, volume 100, no. 17, 23 April 1984, (Columbus, Ohio, US), W. Stueber et al.: "Synthesis and photolytic cleavage of bovine insulin B22-30 on a nitrobenzoylglycyl-poly (ethylene glycol) support", see page 700, abstract 139591v, & Int. J. pept. Protein Res. 1983, 22(3), 277-83 (Eng). | 1 |
| | -- | |
| | ./. | |

* Special categories of cited documents: 10

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance: the claimed invention cannot be considered novel or cannot be considered to involve an inventive step

"Y" document of particular relevance: the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| IV. CERTIFICATION | |
|---|---|
| Date of the Actual Completion of the International Search | Date of Mailing of this International Search Report |
| 18th September 1990 | 1 8 OCT. 1990 |
| International Searching Authority | Signature of Authorised Officer |
| EUROPEAN PATENT OFFICE | MISS T. TAZELAAR |

Form PCT/ISA/210 (second sheet) (January 1985)