International Application No PCT/NL 90/00081 -2-

| Category * | Citation of Document, ¹¹ with indication, where appropriate, of the relevant passages | Relevant to Claim No. |
|---|---|---|
| III. DOCUMENTS CONSIDERED TO BE RELEVANT (CONTINUED FROM THE SECOND SHEET) | | |
| A | IBM Technical Disclosure Bulletin, volume 9. no. 11, April 1967, M.F. Levy: "Preparing additive printed circuits", page 1473, see the whole article<br><br>-- | 1 |
| A | Chemical Abstracts, volume 93, no. 22, 1 December 1980, (Columbus, Ohio, US), M. Gazard et al.: "Lithographic technique using radiation-induced grafting of acrylic acid into poly (methyl methacrylate) films", see page 585, abstract 213252r & Polym. Eng. Sci. 1980, 20(16), 1069-72 (Eng).<br><br>-- | 1 |
| A | J. Vac. Sci. Technol., volume B1, no. 4, October-December 1983, American Vacuum Society, M. Morita et al.: "Direct pattern fabrication on silicone resin by vapor phase electron beam polymerization", page 1171 see the whole article<br><br>-- | 1 |
| P,X | EP, A, 0328256 (OWENS-CORNING) 16 August 1989 see the whole text, especially example 12<br><br>--------- | 38-43 |

Form PCT/ISA 210(extra sheet) (January 1985)

**ANNEX TO THE INTERNATIONAL SEARCH REPORT
ON INTERNATIONAL PATENT APPLICATION NO.**

NL 9000081
SA    37813

This annex lists the patent family members relating to the patent documents cited in  the above-mentioned international search report.
The members are as contained in the European Patent Office EDP file on 15/10/90
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| EP-A- 0328256 | 16-08-89 | JP-A-    2006750 | 10-01-90 |



08/249188

16528X-58/1054

# PATENT APPLICATION

### COMPUTER-AIDED ENGINEERING SYSTEM FOR
### DESIGN OF SEQUENCE ARRAYS AND LITHOGRAPHIC MASKS

Inventor(s):

EARL A. HUBBELL, a citizen of the United States of America, residing at 1929 Crisanto #425, Mt. View, California, 94040;

ROBERT J. LIPSHUTZ, a citizen of the United States of America, residing at 970 Palo Alto Avenue, Palo Alto, California, 94301;

MACDONALD S. MORRIS, a citizen of the United States of America, residing at P.O. Box 720488, San Jose, California, 95172; and

JAMES L. WINKLER, a citizen of the United States of America, residing at 2140 Ash Street, Palo Alto, California, 94306.

Assignee:

AFFYMAX TECHNOLOGIES N.V.
De Ruyterkade 62
Curacao, Netherlands Antilles

A Netherlands Antilles corporation.

Entity Status:

Large

TOWNSEND and TOWNSEND KHOURIE and CREW
Steuart Street Tower
One Market
San Francisco, CA  94105
(415) 326-2400

8/249188

34

16528X-58/1054

## COMPUTER-AIDED ENGINEERING SYSTEM FOR
## DESIGN OF SEQUENCE ARRAYS AND LITHOGRAPHIC MASKS

5

### ABSTRACT OF THE DISCLOSURE

An improved set of computer tools for forming arrays.
According to one aspect of the invention, a computer system (100) is
used to select probes and design the layout of an array of DNA or
other polymers with certain beneficial characteristics.  According to
10   another aspect of the invention, a computer system uses chip design
files (104) to design and/or generate lithographic masks (110).

15

20

25

30

35

40

45   WORK/16528X/00100.AP

IAFP00632739



A/SEQUENCE
08/249188

1

16528X-58/1054

MAIL ROOM
MAY
24
1994
PAT. & TRADEMARK OFF.

## COMPUTER-AIDED ENGINEERING SYSTEM FOR DESIGN OF SEQUENCE ARRAYS AND LITHOGRAPHIC MASKS

### COPYRIGHT NOTICE

5      A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the xerographic reproduction by anyone of the patent document or the patent disclosure in exactly the form it appears in the Patent and Trademark Office patent file or
10    records, but otherwise reserves all copyright rights whatsoever.

### MICROFICHE APPENDIX

Microfiche Appendices A to AA comprising five (5) sheets,
totalling 478 frames are included herewith.

15

### GOVERNMENT RIGHTS NOTICE

Portions of the material in this specification arose
in the course of or under contract nos. 92ERB1275 (SBIR) between
Affymetrix, Inc. and the Department of Energy and/or H600813-1, -2
20    between Affymetrix, Inc. and the National Institutes of Health.

### BACKGROUND OF THE INVENTION

The present inventions relate to the field of computer
systems. More specifically, in one embodiment the invention provides
25    a computer-aided engineering system that generates the design of
sequence arrays on a substrate, as well as the design of lithographic
masks therefor.

Devices and computer systems for forming and using arrays
of materials on a substrate are known. For example, PCT application
30    WO92/10588, incorporated herein by reference for all purposes,
describes techniques for sequencing nucleic acids and other
materials. Such materials may be formed in arrays according to the
methods of, for example, the pioneering techniques disclosed in U.S.
Patent No. 5,143,854, also incorporated herein by reference for all
35    purposes. According to one aspect of the techniques described
therein, an array of probes such as nucleic acids are fabricated at
known locations on a chip. A labelled biological material such as
another nucleic acid is contacted with the chip. Based upon the
locations where the biological material binds to the chip, it becomes
40    possible to extract information such as the monomer sequence of, for
example, DNA or RNA. Such systems have been used to form, for
example, arrays of DNA that may be used to study and detect mutations
relevant to the detection of cystic fibrosis, detection of mutations
in the P53 gene (relevant to certain cancers), HIV detection, and

IAFP00632740

2

other genetic characteristics. Exemplary applications of such
systems are provided in U.S. Serial No. 08/143,312 (attorney docket
no. 16528X-41/1046), and U.S. Pat. No. 5,288,514, incorporated herein
by reference for all purposes.

5        Such techniques have met with substantial success, and in
fact are considered pioneering in the industry. Certain challenges
have been met, however, in the process of gathering, assimilating,
and using the huge amounts of information now made available by these
dramatically improved techniques. Existing computer systems in
10  particular have been found to be wanting in their ability to design,
form, assimilate, and process the vast amount of information now used
and made available by these pioneering technologies.

        Improved computer systems and methods for operating such
computer systems are needed to design and form arrays of biological
15  materials.

SUMMARY OF THE INVENTION

        An improved computer-aided engineering system is
disclosed. The computer system provides, among other things,
20  improved sequence and mask generation techniques, especially computer
tools for forming arrays of materials such as nucleic acids or
peptides.

        According to one aspect of the invention, the computer
system is used to design and form the masks used in such studies. In
25  another aspect of the invention, a computer system is used to select
and design the layout of an array of nucleic acids or other
biological polymers with certain beneficial characteristics.

        According to one specific aspect of the invention a
method of forming a lithographic mask is provided. The method
30  includes the steps of, in a computer system, generating a mask design
file by the steps of:

        - inputting sequence information to the computer system,
        the sequence information defining monomer addition steps
        in a polymer synthesis;
35      - evaluating locations of the mask for opening locations
        used to perform said synthesis and joining the opening
        locations to adjust other opening locations;
        - outputting a mask design file, the mask design file
        defining locations for openings in the lithographic mask;
40      and
using the mask design file to form the lithographic mask, whereby at
least some flash locations on the mask are connected.

        Another embodiment of the invention provides a method of
designing a synthesis process for an array of materials to be
45  synthesized on a substrate, the array formed from groups of diverse

IAFP00632741

3

biological materials.  The method includes the steps of inputting a
genetic sequence to a design computer system; determining a sequence
of monomer additions in the computer by the steps of:

-- identifying a monomer addition template; and

5          -- for monomer additions in the template, determining if
the monomer additions are needed in formation of the
genetic sequence and, if not, removing the monomer
additions from the template;

-- generating an output file comprising a series of

10         desired monomer additions; and
providing the series of monomer additions as an input file (directly
or indirectly) to a synthesizer.

Another embodiment of the invention provides a method of
designing and using a synthesis sequence for a biological polymer.

15    The method is conducted in a digital computer and includes the steps
of identifying a series of monomer additions for adjacent synthesis
regions on a substrate; adjusting the series of monomer additions to
reduce the number of monomer additions that differ between at least
two adjacent synthesis regions; and using the adjusted series of

20    monomer additions to form the substrate.

A method of designing an array and its method of
synthesis is also disclosed.  The method includes the steps of
inputting a genetic sequence file; identifying locations in the array
for formation of genetic probes corresponding to the genetic sequence

25    and selected mutations thereof; determining a sequence of monomer
additions for formation of the probes and the selected mutations
thereof; outputting at least one computer file representing the
locations and the sequence of monomer additions; and using the at
least one computer file to form the array.

30          A further understanding of the nature and advantages of
the inventions herein may be realized by reference to the remaining
portions of the specification and the attached drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

35          Fig. 1 illustrates the overall system and method of
operation thereof;

Fig. 2A is an illustration of the overall operation of
the software involved in the system, while Fig. 2B illustrates
conceptually the binding of probes on chips;

40          Fig. 3 illustrates the overall process of chip design;
Fig. 4 illustrates the probe design and layout process in
greater detail;
Fig. 5 illustrates the tiling strategy process in greater
detail;

IAFP00632742

4

Fig. 6 illustrates techniques for minimizing the number
of required synthesis cycles;

Fig. 7 illustrates a process for minimizing the changes
between synthesis regions;

5  Fig. 8A illustrates a process for flash minimization;

Fig. 8B illustrates a simple example of flash
minimization;

Fig. 9A *illustrates* organization of the appended computer
files;

10  Fig. 9B illustrates typical mask output;

Fig. 10 illustrates a typical synthesizer; and

Fig. 11 illustrates operation of a typical data
collection system.

15  DESCRIPTION OF THE PREFERRED EMBODIMENTS

CONTENTS

I.   General
II.  Target Selection
20  III. Layout
IV.  Mask Design
V.   Synthesis
VI.  Scanning

25  I. _General_

Fig. 1 illustrates a computerized system for forming
and analyzing arrays of biological materials such as RNA or DNA.
A computer 100 is used to design arrays of biological polymers
such as RNA or DNA.  The computer 100 may be, for example, an
30  appropriately programmed Sun Workstation or personal computer or work
station, such as an IBM PC equivalent, including appropriate memory
and a CPU.  The computer system 100 obtains inputs from a user
regarding desired characteristics of a gene of interest, and other
inputs regarding the desired features of the array.  Optionally, the
35  computer system may obtain information regarding a specific genetic
sequence of interest from an external or internal database 102 such
as GenBank.  The output of the computer system 100 is a set of chip
design computer files 104 in the form of, for example, a switch
matrix, as described in PCT application WO 92/10092, and other
40  associated computer files.

The chip design files are provided to a system 106 that
designs the lithographic masks used in the fabrication of arrays of
molecules such as DNA.  The system or process 106 may include the
hardware necessary to manufacture masks 110 and also the necessary
45  computer hardware and software 108 necessary to lay the mask patterns

IAFP00632743

5

out on the mask in an efficient manner.  As with the other features
in Fig. 1, such equipment may or may not be located at the same
physical site, but is shown together for ease of illustration in
Fig. 1.  The system 106 generates masks 110 such as chrome-on-glass
masks for use in the fabrication of polymer arrays.

The masks 110, as well as selected information relating
to the design of the chips from system 100, are used in a synthesis
system 112.  Synthesis system 112 includes the necessary hardware and
software used to fabricate arrays of polymers on a substrate or chip
114.  For example, synthesizer 112 includes a light source 116 and a
chemical flow cell 118 on which the substrate or chip 114 is placed.
Mask 110 is placed between the light source and the substrate/chip,
and the two are translated relative to each other at appropriate
times for deprotection of selected regions of the chip.  Selected
chemical reagents are directed through flow cell 118 for coupling to
deprotected regions, as well as for washing and other operations.
All operations are preferably directed by an appropriately programmed
digital computer 119, which may or may not be the same computer as
the computer(s) used in mask design and mask making.

The substrates fabricated by synthesis system 112 are
optionally diced into smaller chips and exposed to marked receptors.
The receptors may or may not be complementary to one or more of the
molecules on the substrate.  The receptors are marked with a label
such as a fluorescein label (indicated by an asterisk in Fig. 1) and
placed in scanning system 120.  Scanning system 120 again operates
under the direction of an appropriately programmed digital computer
122, which also may or may not be the same computer as the computers
used in synthesis, mask making, and mask design. The scanner 120
includes a detection device 124 such as a confocal microscope or CCD
(charge-coupled device) that is used to detect the location where
labeled receptor (*) has bound to the substrate.  The output of
scanner 120 is an image file(s) 124 indicating, in the case of
fluorescein labelled receptor, the fluorescence intensity (photon
counts or other related measurements, such as voltage) as a function
of position on the substrate.  Since higher photon counts will be
observed where the labelled receptor has bound more strongly to the
array of polymers, and since the monomer sequence of the polymers on
the substrate is known as a function of position, it becomes possible
to determine the sequence(s) of polymer(s) on the substrate that are
complementary to the receptor.

The image file 124 is provided as input to an analysis
system 126.  Again, the analysis system may be any one of a wide
variety of computer system(s), but in a preferred embodiment the
analysis system is based on a Sun Workstation or equivalent.  Using
information regarding the molecular sequences obtained from the chip

IAFP00632744

6

design files and the image files, the analysis system performs one or more of a variety of tasks. In one embodiment the analysis system compares the patterns of fluorescence generated by a receptor of interest to patterns that would be expected from a "wild" type receptor, providing appropriate output 128. If the pattern of fluorescence matches (within limits) that of the wild type receptor, it is assumed that the receptor of interest is the same as that of the wild type receptor. If the pattern of fluorescence is significantly different than that of the wild type receptor, it is assumed that the receptor is not wild type receptor. The system may further be used to identify specific mutations in a receptor such as DNA or RNA, and may in some embodiments sequence all or part of a particular receptor de novo.

Fig. 2A provides a simplified illustration of the software system used in operation of one embodiment of the invention. As shown in Fig. 2A, the system first identifies the genetic sequence(s) that would be of interest in a particular analysis at step 202. The sequences of interest may, for example, be normal or mutant portions of a gene, genes that identify heredity, provide forensic information, or the like. Sequence selection may be provided via manual input of text files or may be from external sources such as GenBank. At step 204 the system evaluates the gene to determine or assist the user in determining which probes would be desirable on the chip, and provides an appropriate "layout" on the chip for the probes. The layout will implement desired characteristics such as minimization of edge effects, ease of synthesis, and/or arrangement on the chip that permits "reading" of genetic sequence.

At step 206 the masks for the synthesis are designed. Again, the masks will be designed to implement one or more desired attributes. For example, the masks may be designed to reduce the number of masks that will be needed, reduce the number of pixels that must be "opened" on the mask, and/or reduce the number of exposures required in synthesis of the mask, thereby reducing cost substantially.

At step 208 the software utilizes the mask design and layout information to make the DNA or other polymer chips. This software 208 will control, among other things, relative translation of a substrate and the mask, the flow of desired reagents through a flow cell, the synthesis temperature of the flow cell, and other parameters. At step 210, another piece of software is used in scanning a chip thus synthesized and exposed to a labeled receptor. The software controls the scanning of the chip, and stores the data thus obtained in a file that may later be utilized to extract sequence information.

IAFP00632745

7

At step 212 the software system utilizes the layout information and the fluorescence information to evaluate the chip. Among the important pieces of information obtained from DNA chips are the identification of mutant receptors, and determination of genetic sequence of a particular receptor.

Fig. 2B illustrates the binding of a particular target DNA to an array of DNA probes 114. As shown in this simple example, the following probes are formed in the array:

3'-AGAACGT
AGAACGA
AGAACGG
AGAACGC

When a fluorescein-labelled (or other marked) target with the sequence 5'-TCTTGCA is exposed to the array, it is complementary only to the probe 3'-AGAACGT, and fluorescein will be found on the surface of the substrate where 3'-AGAACGT is located. By contrast, if 5'-TCTTGCT is exposed to the array, it will bind only (or most strongly) to 3'-AGAACGA. By identifying the location where a target hybridizes to the array of probes most strongly, it becomes possible to extract sequence information from such arrays using the invention herein.

II.  Target Selection

The target(s) of interest will be selected according to a wide variety of methods. For example, certain targets of interest are well known and included in public databases such as GenBank or a similar commercial database. Other targets of interest will be identified from journal articles, or from other investigations using VLSIPS™ chips, or with other techniques. According to one embodiment the target(s) of interest are provided to the system via an ASCii text file. The target may be evaluated in full, or only a portion thereof will be evaluated in some circumstances. Exemplary targets include those which identify a particular genetic tendency, characteristic, or disease, as well as a virus, organism, or bacteria type. Targets of particular interest include those wherein a large number of different, possible mutations are indicative of a particular tendency or disease.

In other cases, the target will not be specifically identified, but only known to be one of a number of possibilities. In such cases arrays may be synthesized to determine which of the number of possible targets is the "correct" target or if one of the targets is present.

IAFP00632746

*(MMDesign software, MMLayout software)*

### III. Layout (MMDesign™, MMLayout™).

Fig. 3 illustrates the two major layout steps performed
in the design of an array of products. As shown, the system is
required to determine not only the identity and layout of the probes
on the chip in step 302, but also the layout of the mask at step 304.
5    Appropriate chip and mask files are output for use in mask making,
synthesis and, ultimately, data analysis.

Fig. 4 illustrates the major operations formed in the
chip layout step 302. At step 402 the system is initialized to
10    allocate memory including a number of matrices that will be used to
store various pieces of information. At step 404 the system reads
the sequence data from the output of the sequence selection step 202.
According to one embodiment of the invention, the sequence data will
be in the form of a nucleic acid sequence, normally read into the
15    system by way of a simple ASCII file. The text file may include
other features. For example, the file may include a standardized
preamble containing information such as the length of the sequence,
a name or other identifier of the sequence, and other related
information.

20    At step 406 the system reads feature data. The feature
data may be, for example, the locations of introns, exons, and the
lengths thereof, along with other features of a gene.

At step 408 the system locks out unique probes. During
this step the system allocates spaces on the chip for probes that are
25    not produced by tiling or other automated instructions. Examples of
such probes would be user-specified primer sequences, quality control
probes, or unique probes designed by the user for mutation detection.
It is important to "lock out" these locations on the chip so that the
automated layout of probes will not use these spaces, preventing
30    user-specified probes from appearing on the chip at undesirable
locations.

Based on the information input to the system, a tiling
step 410 is then initiated. During the tiling step the sequences of
various probes to be synthesized on the chip are selected and the
35    physical arrangement of the probes on the chip is determined. For
example, the target nucleic acid sequence of interest will be a
k-mer, while the probes on the chip will be n-mers, where n is less
than k. Accordingly, it will be necessary for the software to choose
and locate the n-mers that will be synthesized on the chip such that
40    the chip may be used to determine if a particular nucleic acid sample
is the same as or different than the target nucleic acid.

In general, the tiling of a sequence will be performed by
taking n-base piece of the target, and determining the complement to
that n-base piece. The system will then move down the target one
45    position, and identify the complement to the next n-bit piece. These

IAFP00632747

9

n-base pieces will be the sequences placed on the chip when only the
sequence is to be tiled, as in step 412.

As a simple example, suppose the target nucleic acid is
5'-ACGTTGCA-3'. Suppose that the chip will have 4-mers synthesized
5   thereon. The 4-mer probes that will be complementary to the nucleic
acid of interest will be 3'-TGCA (complement to the first four
positions), 3'-GCAA (complement to positions 2, 3, 4 and 5), 3'-CAAC
(complement to positions 3, 4, 5 and 6), 3'-AACG (complement to
positions 4, 5, 6 and 7), and 3'-ACGT (complement to the last four
10  positions). Accordingly, at step 412, assuming the user has selected
sequence tiling, the system determines that the sequence of the
probes to be synthesized will be 3'-TGCA, 3'-GCAA, 3'-CAAC, 3'-AACG,
and 3'-ACGT. If a particular sample has the target sequence, binding
will be exhibited at the sites of each 4-mer probe. If a particular
15  sample does not have the sequence 5'-ACGTTGCA-3', little or no
binding will be exhibited at the sites of one or more of the probes
on the substrate.

The system then determines if additional tiling is to be
done at step 414 and, if so, repeats. Additional tiling will be done
20  when, for example, two different exons in a gene are to be tiled, or
when a single sequence is to be tiled on the chip in one area, while
the sequence and mutations will be tiled in another area of the chip.

If the user has determined that the sequence and its
mutations are to be tiled on the chip, at step 416 the system selects
25  probes that will be complementary to the sequence of interest, and
its mutations. The sequence of the probes is determined as described
above. The sequence of the mutations is determined by identifying
the position or positions at which mutations are to be evaluated in
the n-mer probes, and providing for the synthesis of A, C, T, and/or
30  G bases at that position in each of the n-mer probes. Clearly, if
all of the A, C, T, and G "mutations" are formed for each n-mer, each
tiling of wild-type and mutation probes will contain at least one
duplicate region. For example, if 3'-TGCA is to be evaluated, the
four "substitutions" at the second position of this probe will be
35  3'-TACA, TTCA, TGCA, and TCCA (with TGCA being a duplicate of the
wild type). This is generally acceptable for quality control
purposes and for maintaining consistency from one block of probes
to the next, as will be illustrated below.

In this simple example, assuming a "4x2" tiling strategy
40  is utilized, the system will lay out the following probes in the
arrangement shown below. By a "4x2" ~~tiling~~ strategy it means that
probes of four monomers are used, and that the monomer in position 2
of the probe is varied, as shown below:

10

## Table 1
### 5'-ACGTTGCA-3' Probe Sequences (From 3'-end)
#### 4x2 Tiling

| Wild  | TGCA | GCAA | CAAC | AACG | ACGT |
|-------|------|------|------|------|------|
| A sub. | TACA | GAAA | CAAC | AACG | AAGT |
| C sub. | TCCA | GCAA | CCAC | ACCG | ACGT |
| G sub. | TGCA | GCAA | CGAC | AGCG | ACGT |
| T sub. | TTCA | GTAA | CTAC | ATCG | ATGT |

In the above "chip" the top row of probes (along with one cell below
each of the four "wild" probes) should bind to a wild-type sample of
DNA with the target sequence. If a sample is not of the target
sequence, the top row will not generally exhibit strong binding, but
often one of the probes below it will. For example, suppose a
particular target sample has a mutation A in the fourth position from
the 5'-end. In this case, the top row (wild) will not show strong
binding in the fourth (CAAC) column on the chip, but the fourth row
(T substitution) will show strong binding affinity. A "mutant"
sequence in one column could, of course, also be a "wild-type" in
another column. By correctly selecting the length of the probes,
this problem can be reduced or eliminated.

In other embodiments the system will not tile only a few
probes, but will lay out, for example, all of the possible probes of
a given length. In this case, all of the evaluations will be carried
out in software since the physical location of the probe on the chip
may not be indicative of its relationship to the gene. For example,
if all of the 4-mer probes are laid out on a chip, assume in random
order, the software could simply extract the cell photon counts for
the TGCA, TACA, and other probes illustrated in the above table. The
data from these probes could be manipulated and even displayed as
otherwise described herein, although they may not actually occupy the
physical location on the chip described as preferred herein.

In many cases, it will only be desirable to provide
probes for one or a few mutations. Conversely, in some cases, the
user will desire the chip to have only the mutation probes on the
chip. At step 418 the system will determine that the appropriate
probes for synthesis be only those in selected rows/columns of the
above table. For example, if the user desired to sequence probes for
mutations in the second position of the target, only the sequences in
the first column above would be synthesized.

At step 420 the system may lay down an optimization
block. An optimization block is a specific tiling strategy designed
to search a variety of probes for specific hybridization properties.

IAFP00632749

11

One specific use of an optimization block is to find a pair of probes where one member of the pair binds strongly to the wild-type sequence, and binds minimally to a mutant sequence, while the other probe of the pair will bind strongly to the specific mutant sequence and minimally to the wild-type. The user chooses a set of lengths and locations. All possible probes for the listed lengths and positions are then formed on the chip.

At step 422 the system may do block tiling. Block tiling is a strategy in which a target is divided into "blocks" of a specified length. Each "block" of target is evaluated for variations therein. For example, suppose an 8-mer is to be evaluated. The 8-mer is to be block tiled with probes of length 5. Generally, the blocks will be overlapped such that the last base (or bases) of the first block of 5 bases is the same as the first base (or bases) of the next block. The blocks are then tiled as though they were discrete targets, with the internal bases varied through all possible mutations. For example, if 5-mer probes are used, the internal 3 bases of each block may be tiled.

A simple example is as follows. Suppose the target has the sequence 5'-ACGTTGCA-3'. The blocks would be 5'-ACGTT and 5'-TTGCA. The complement to the first block would be 3'-TGCAA and the complement to the second block would be 3'-AACGT. Block 1 may be tiled for variations at the 2, 3, and 4 positions, in which case the tiling for block 1 would be as follows (with a similar tiling for block 2 normally on the same chip):

Table 2
Block Tiling (Block 1)

|  | Mutation at Position 2 in Block 1 | Mutation at Position 3 in Block 1 | Mutation at Position 4 in Block 1 |
|---|---|---|---|
| A sub. | 3'-TACAA | 3'-TGAAA | 3'-TGCAA |
| C sub. | 3'-TCCAA | 3'-TGCAA | 3'-TGCCA |
| G sub. | 3'-TGCAA | 3'-TGGAA | 3'-TGCGA |
| T sub. | 3'-TTCAA | 3'-TGTAA | 3'-TGCTA |

The system allows for other probe selection strategies to be added later, as indicated in step 424.

After the probes have been selected, at step 426 the system attempts to minimize the number of synthesis cycles need to form the array of probes. To perform this step, the probes that are to be synthesized are evaluated according to a specified algorithm to determine which bases are to be added in which order.

IAFP00632750

12

One algorithm uses a synthesis "template," preferably a template that allows for minimization of the number of synthesis cycles needed to form the array of probes. One "template" is the repeated addition of ACGTACGT.... All possible probes could be synthesized with a sufficiently long repetition of this template of synthesis cycles. By evaluating the probes against this (and/or other) templates, many steps may be deleted to generate various trial synthesis strategies. A trial synthesis strategy is tested by asking, for each base in the template "can the probes be synthesized without this base addition?" In other words, a "trial strategy" can be used to synthesize the probes if every base in every probe may be synthesized in the proper order using some subset of the template. If so, this base addition is deleted from the template. Other bases are then tested for removal

In the specific embodiment discussed below, a synthesis strategy is developed by one or a combination of several algorithms. This methodology may be designed to result in, for example, a small number of synthesis cycles, a small number of differences between adjacent probes on the chip. In one particular embodiment, this system will reduce the number of synthesis step differences between adjacent probes in "columns" of a tiled sequence, i.e., it will reduce the number of times a monomer is added in one synthesis region when it is not added in an adjacent region. These are both desirable properties of a synthesis strategy.

In order to minimize the storage requirements of the system, the various probes on the chip are internally represented by a listing of such synthesis cycles. It will be recognized that for ease of discussion, the references below still make reference to individual probes.

Once a synthesis strategy is chosen, there are still several ways to synthesize many probes. In step 428 the number of delta edges between probes is minimized. A "delta edge" is produced when a monomer is added in a synthesis region, but not in an adjacent region (a situation that is often undesirable and should be minimized if possible). It is usually desirable that the synthesis of adjacent probes vary by as few synthesis cycles as possible. Further, it is desirable that these differences be preferentially located at the ends of the probes. Accordingly, at step 428 these differences are reduced if possible.

For example, using the template ACGTACGTACGTACGT (SEQ ID NO:1) for the synthesis of 3'-AACCTT and ACCTT, one would test the ACGT... template to arrive at the following base addition strategy:

13

Template: ACGTACGTACGTACGT (SEQ ID NO:1)
                 Probe 1:  A   AC   C T   T
                 Probe 2:  AC   C T   T

5       Resulting in the following synthesis steps (reading from left to
        right in the "Probe 1" and "Probe 2" lines):

                         ACAGTCTT

10       In these steps, the first A addition, the second C addition and the
        third T addition will be performed on both probes.  However, the
        remaining steps will not be common to both probes, which is not
        desirable.  Accordingly, the system would modify the strategy to be
        aligned as follows by "aligning" the first A addition in Probe 2 with
15      the second addition of A in Probe 1:

                 Template: ACGTACGTACGTACGT (SEQ ID NO:1)
                 Probe 1:  A   AC   C T   T
                 Probe 2:      AC   C T   T

20      The system does this in one embodiment by scanning the chip left to
        right first.  A block is compared to an adjacent block and the first
        monomer in the block is "aligned" or shifted to align with the first
        identical monomer in the adjacent block.  All remaining monomer
25      additions are also shifted for this block.  This process is repeated
        left to right, right to left, and then top to bottom.  Now it is seen
        that only the first A addition step is not common to both probes, and
        this step is at the end of the probes.  Of course, shifting the first
        base addition "down" the chain one member will not always reduce the
30      number of edges; a technique producing the minimum number of delta
        edges is selected.
                At step 430 the software identifies the user-designated
        or unique probes.  The unique probes are those that have been
        specified by the user in step 408.  These probes are added after
35      minimization of cycles and edges because the user-designated probes
        have been specified by the user and should not be allowed to alter
        the remaining portions of the chip design.
                At step 432 the system outputs an appropriate description
        of the chip in "chip description language."  Chip description
40      language is a file format, described in greater detail below, that
        permits easy access to all relevant information about the sequence of
        a probe, its location on the chip, and its relevance to a particular
        study.  Such information will be used in, for example, data analysis.
        At step 434 the system outputs a synthesis sequence file that is used
45      by the synthesizer 112 and in later analysis steps to determine which

IAFP00632752

14

probes were made (or are to be made) by the system.  At step 436 the
system outputs a switch matrix file that is also used in the mask
making software 206.  At step 438 output diagnostic files are provided
for the user and at step 440 the system resources are released.

5      The synthesis sequence file contains, among other
information, a listing of synthesis steps that include mask
identification, monomer addition identification, exposure time, and
mask location for that particular step.  For example, a typical
synthesis step listing in a .seq file would be:

10

        SYNTH: A cf001a01 0 0 300

        This entry indicates that reticle cf001a01 is to be used with no
offset (i.e., aligned with the substrate).  Entries other than 0,0
15    can be used to offset the x,y location of the chip, for example, for
reuse of the mask in another orientation.  The chip is to have a
monomer "A" addition.  Switch matrix files (e.g., cf274a.inf) are a
set of ones and zeros, zeros indicating dark regions and ones
indicating light.

20      Fig. 5 illustrates in greater detail the process of
tiling, as illustrated in step 410.  The system determines which
sequences are to be placed on the chip by, for example, stepping
through a k-mer monomer-by-monomer, and "picking off" n-mer sections
of the gene.  Mutations are identified by "adding" a sequence to be
25    tiled wherein each of A, C, T, and G (or a subset) are substituted at
a predetermined location in each n-mer.  The tiles are physically
located by finding an unused "space" on the chip for a next unit of
tiling at step 502.  Then, at step 504, if there is a blank space for
tiling, a particular sequence is placed in this space.  If there is
30    not another space, or when the tiling is done, the process is
completed.  This is performed in a series of vertical "scans" from
wild-type to mutant.  The particular probes placed in the tile area
will represent either the sequence, the sequence and mutations, or
other selected groups of probes selected by the user, as shown in
35    Fig. 4.  Reticles and chips are generally placed on the mask top to
bottom, left to right.

        Fig. 6 illustrates the process 426 used to minimize the
number of synthesis cycles.  Clearly, every synthesis of, for
example, DNA could be made by repeated additions of ACTGACTG... etc.,
40    for example, in which each member of the basis set of monomers is
repeatedly added to the substrate.  However, the synthesis of many
probe arrays can be made substantially more efficient by
systematically eliminating steps from this globally usable strategy.
The system herein operates by using such a "template" synthesis
45    strategy and then generates shorter trial strategies by removing

IAFP00632753

15

cycles in some way. After cycles have been removed, the system
checks to see if it is still viable for the synthesis of the
particular probes in question. Various templates are tested under
various algorithms until the shortest or otherwise most desirable
strategy is identified.

As shown in Fig. 6, the system first determines either by
default or user input which type(s) of synthesis cycle minimization
process is to be utilized at step 602. The simplest process is shown
by the portion of the flow chart 604 and has been briefly described
above. As discussed above, at step 606, the system begins a loop in
which the various probes to be synthesized on the chip are evaluated
base-by-base. The system asks if a cycle is to be used at step 608.
In other words, the system repetitively asks whether a particular
base addition is needed in a template strategy. For example, the
system may first ask if an A addition step is needed. The decision
as to whether a base addition is needed is made by looking at the
first base in each probe. If the base is present in any of the
probes, the cycle is "needed" and this base is checked off in the
probe(s) where it is being used. Also, the addition cycle is left in
the synthesis. If not, the cycle is removed from the base addition
sequence at step 610. The process then proceeds to compare
additional base additions in the template to those monomers that have
not been checked off.

The algorithm 604 results in a reasonably small number of
synthesis steps, reasonable number of masks, and a relatively small
number of delta edges or synthesis differences between adjacent
probes on the substrate.

Algorithm 612 is particularly desirable to reduce the
number of synthesis cycles. According to this algorithm, the process
looks at each of the synthesis cycles in a template (such as
ACGTACGT...). At step 614 the system determines, for each cycle, if
it can be removed without adverse effects at step 616. If so, the
cycle is removed at step 618. The decision as to whether a base
addition can be removed is made by performing a sequence of steps
like those in step 604 without the cycle. If the synthesis can still
be performed the step is removed. Often it will be possible to
remove cycles. If the base addition cannot be removed, the process
repeats to the next base addition.

Optionally, algorithm 620 is also performed on the
synthesis sequence. This algorithm is effectively the same as the
algorithm 612, except that the process is reversed, i.e., the
algorithm operates from the opposite "end" of the synthesis,
reversing the order in which the various base additions are
evaluated. Again, the process begins at step 622 where the next
untested base addition is evaluated. At step 624 it is determined if

IAFP00632754

16

the synthesis may be performed without the base addition cycle (by steps similar to method 604). If so, the cycle is removed at step 626. If not, the process proceeds to the next base.

Algorithm 628 is a further refinement of the process that ensures that the base addition sequence is heavily optimized. According to this algorithm, sets of multiple base additions are evaluated to see if they can be removed. For example, the algorithm may operate on two base addition steps, three base addition steps, etc. At step 630 the system evaluates the template to determine if a set of base additions can be eliminated. If the synthesis can be performed without the set of additions at step 632 they are removed at step 634. If not, the process repeats.

At step 636 the above synthesis strategies are evaluated to identify the strategy that uses the smallest number of cycles or meets other desirability criteria. That strategy is returned and used.

Fig. 7 illustrates in greater detail the process of minimizing changes (deltas) between edges. As shown in Fig. 7 the process begins by scanning the tiled chip left to right at step 702. If the next (i.e., right) "cell" can be aligned with the previous cell as per step 704 such that one or more base additions can be performed at the same time, at step 706, the cell is "resynthesized," i.e., the synthesis for that probe is altered so that the cycles it uses are aligned with the cycles used by the previous cell. A similar process is conducted at steps 708, 710, and 712 as the process evaluates cells from right to left. The process is again repeated as cells are evaluated from "top to bottom" at steps 714, 716, and 718.

This particular algorithm will function best when the chip has been tiled with probes and mutants. In other tiling strategies, the system or user will make the system use another delta edge minimization strategy. For example, when the chip is formed using block tiling, it is preferable to use an edge minimization strategy wherein all of the first bases in a block are "aligned," and all of the last bases in a block are aligned (both horizontally and vertically in a block), without shifting the entire remaining portions of the synthesis.

A simple example would be (for two of the probes tiled in Table 2, above):

```
Template:   ACTGACTGACTGACTGA... (SEQ ID NO:2)
Probe 1:    T AC   A    A
Probe 2:    TGA    A    A
Probe 3:    TG C   A    A
Probe 4:    T  C   C A  A
```

IAFP00632755

17

Here, the A base at the end of probe 3 can be shifted (outward in the synthesis) to align with the A base at the end of the probe. The probes are conceptually divided for base shifting. Each base to the right of this midpoint is shifted, and each base to the left of this midpoint is not shifted. Using a midpoint to the right of the third base, the synthesis of the third probe is shifted as follows:

```
Probe 1:     T AC | A    A
Probe 2:     TGA  | A    A
Probe 3:     TG C |      A    A
Probe 4:     T  C | C    A    A
```

As can be seen from this step, a delta edge has been eliminated from probes 3/4. The last two "A" additions now occur at the same time. Similar shifts can be made for probes 1 and 2 as follows:

```
Probe 1:     T AC |      A    A
Probe 2:     TGA  |      A    A
Probe 3:     TG C |      A    A
Probe 4:     T  C | C    A    A
```

As seen, this process has drastically reduced the number of delta edges in even this limited probe set.


A.    Chip Description Language

Chip description language (CDL) is one of the outputs of the layout program and is designed to be used by anyone who might use DNA chips. CDL is intended to be a robust description for a chip design. Each new chip design generates a file containing a description of the probes on the chip. This file may be easily used by anyone who creates DNA chips, runs experiments on chips, or analyzes the data created from the experiments. Since CDL is a generic way to describe chips, some immediate benefits include:

1) Generic Software - Software for analyzing chips need not be customized for each chip.

2) Random Placement Support - Since the probe layout information is available in the file, non-standard and even random placement of probes will not present any problems in chip analysis.

For each cell, the following fields are present in the file (an example is included in Appendix O):

X, X - Collectively, the X and Y fields will contain a unique non-negative integer pair that describes the cells' physical locations on the chip. A record of the standard size of a block on a chip is provided in related .seq files.

18

Probe Sequence – The Probe Sequence field contains the
design information for the probe that is laid down on the chip. This
field is a sequence of bases preceded by "DL3" for example, a marker
for the 3' end of the probe. In addition, the sequence will also
contain a hyphen (-). The sequence to the left of the hyphen
represents the smallest probe that can be synthesized at that cell
location. The bases to the right of the hyphen represent the
possibilities for longer probes that can be synthesized in that cell.
If the probe sequence is only DL3, the cell contains a blank probe.

Design Type – The "destype" field contains an integer
value indicating the strategy that created the probe. Positive
integers indicate the probe is complementary to the sequence provided
by the target file, and negative numbers indicate that the probe is
complementary to the other strand of that sequence. The meanings of
the numbers in the file are:

    0 = signifies no probe present in the cell;
    1 = signifies that this cell contains a wild-type probe
from a tiling; and
    2 = signifies that this cell contains a mutant-type probe
from a tiling.

Feature – The "feature" field contains a short string
(generally one character) indicating the type of feature in the
generic sequence the probe is concerned with – "I" or "E" for intron
and exon, "W" or "M" for wild-type or mutant sequences.

Qualifier – This field contains a character string
providing more detailed information about the feature – in the case
of an intron or exon, it would contain the exon number. For probes
concerned with a wild or mutant sequence, it contains a string naming
the mutation.

ExPos – This field indicates a position in the sequence
relative to the feature and qualifier fields. For specific
mutations, this field indicates distance from the mutation position
in the target sequence.

Additional fields will be added to a CDL file based on
future needs. All fields must have a column header, and be separated
by white space. No particular order of columns is specified—as long
as every column field has the appropriate titles, compatible software
will read it. No particular order of rows is specified—as long as
every cell is represented, analysis may proceed. The specific layout
of rows left to right, top to bottom, is designed for easy search by
software.

IAFP00632757

IV.  Mask Design ("MaskMaker") *(MaskMaker software)*

Once it has been determined which probes are to be
synthesized and where the various probes will be synthesized on a
chip (or "substrate"), it becomes necessary to make the masks that
will be used in the process of making the chips.  In the manufacture

5   of masks for use with the present invention, it is necessary for a
small light beam or electron beam to scan across the surface of a
chrome on glass substrate, coated with an appropriate photoresist, to
define the pattern in which openings will be formed in the chrome.

10             It is desirable to reduce the number of "flashes"
(separate exposures of the photoresist) required in making the
manufacture of the mask, since the number of flashes largely
determines the cost of mask manufacture.  The mask makes use of a
rectangular shutter that can vary in size.  The light exposure can

15   cover any rectangular block.  Therefore, if the size of exposed
rectangles on the mask is small, more flashes will be needed.
Therefore, the cost of the mask making process is largely dependent
upon the number of flashes required during mask making because the
amount of time required to make the mask in modern equipment is

20   largely proportional to the number of flashes required to make the
mask.

             As shown in Fig. 8A, the .inf (switch matrix) file
generated at step 436 is opened at step 902.  At step 904 the text
from a text.inf file (the header portion of the .inf file) is read

25   into the system.  The text file will indicate where text is to be
physically written onto the mask (id. numbers, etc.), as well as
alignment marks.  At step 906 the next reticle is read.  Several
reticles are read, since each mask will contain the patterns for
illumination of the substrate at several steps of the fabrication,

30   and the mask making process must be repeated for each reticle that is
needed during synthesis.  At step 908 the switch matrix for the next
reticle is read.  At step 910, the next location on the mask is
identified for placement of the next reticle.  At step 912 the system
reads the switch matrix.  The order of the switch matrix corresponds

35   to location on the mask of light and dark regions, left to right and
bottom to top.  If the switch matrix indicates that the region should
be opened (i.e., there should be a flash in this location), as tested
by step 914, the system connects this flash with any other adjacent
flashes to make the largest possible rectangle at step 915, with this

40   flash as the bottom left hand corner.  The system then repeats to
step 912 until there are no additional flashes.

             Fig. 8B illustrates the process in a specific example.
As shown, the system first asks if region 926 is opened.  Since it
is, a flash is placed here.  The system then asks if region 928 is

45   open.  Since it is, a larger rectangle is formed from regions 926 and

D

20

20

928, and the process proceeds, creating a larger and larger rectangle until region 924 is completely formed. A rectangle is not again started until the system scans to region 930. At this time, a new rectangle is started, with this box as the bottom left hand corner. The system then scans leftwards, shifts up, and scans rightwards until reaching block 932. Again, a rectangle can be formed from regions 932 and 930, so a new rectangle is started. This process proceeds until region 922 is completely formed.

After the switch matrix has been read, the output flashes are provided in "pattern generator" (.pg1) format (a semiconductor industry standard format) at step 916. The reticle location is saved at step 918 in a .mdf file or mask definition file for use by the synthesizer. This file includes reticle names and the location of the center of the various reticles. The process is then repeated for additional reticles until the entire mask is complete. At step 920 the total number of flashes required for the mask is output for use in cost evaluation and for the information of the mask maker.

The mask definition program will provide output including the mask number and reticle locations (since multiple reticles will be included on each mask). For example, a typical mask reticle entry would include the following entry:

cf001a0i: 25400 37050

This information will be used by the synthesizer to locate the reticle on a particular mask. This information, along with the .seq information from the synthesis sequence file, allows the synthesis device to locate the proper mask for exposure at a particular synthesis step. Mask definition tells the synthesizer where to find the reticle. The synthesis file tells the synthesizer where a reticle is to be exposed, for how long, and with which monomer.

Example

The Microfiche appendices to the present application provide illustrations of important input files, source files, and output files for the present inventions. Fig. 9A qualitatively illustrates the relationship of the various files. The particular example treated in this set of files would be used to generate chips useful in the diagnosis and analysis of cystic fibrosis (CF) mutations.

Appendix A is a Genbank file (cfaxon.trg) identifying various CF (cystic fibrosis) mutations. Appendix B is a file (cf274a.prb) illustrating input of various control probes for CF. These are exemplary user-defined probes as used in, for example, step 430.

21

Appendix C is a user-defined C program (cf274a.c) that is used to direct the tiling and mask formation operations. The program calls a suite of programs including chipdesign.c (Appendix D), chipopt.c (Appendix E), chipio.c (Appendix F), chiptile.c (Appendix G), cdntype.h (Appendix H), and cdmproto.h (Appendix I) to perform the various operations discussed above. The output includes files cf274a.inf (Appendix J), cf274a.mut (Appendix K), cf274a.qc (Appendix L), cf274a.dff (Appendix M), cf274a.seq (Appendix N), and cf274a.cdl (Appendix O).

Programs cf274a.inf, cf274a.mut, and cf274a.qc are hand or automatically edited to form a file msk274.inf (Appendix P). This file is processed by programs magic.c and magic.h (Appendix Q and Appendix R, respectively) along with reticle.h, readrat.c, writerat.c, and sequence.c (Appendices S, T, U, and V) to provide reticle library files (retproto.h, wretproto.h, and rretproto.h, Appendix W) and provide input, along with the .cdl file, to xform.c (Appendix X). This program appends the output of these programs with scan data in a form useful for analysis.

File msk274.inf is also used by MMLayout software (Appendix Y), including files confident.h, fkeys.h, make.cpp, make.h, mouse.h, text.cpp, usage.h, vga.h, and xtypes.h, to generate a mask definition file (msk274.mdf, Appendix Z) used in the synthesizer (to identify where a mask should be placed at which stage of the synthesis, etc). MMLayout also generates a file msk274.pg1 in the standard format for lithographic mask generation in a mask shop. MMLayout generates a diagnostics file msk274.log (Appendix AA) that may be used to determine if any problems arose in the mask formation process. Fig. 9B illustrates a typical mask generated as a result of the process. The various rows and columns of reticle locations on the mask can easily be identified.

V.    Synthesis (Synthesizer) *(synthesis software)*

A detailed description of the synthesis of arrays of polymeric materials is included in the disclosure of copending application Serial No. 07/805,727, U.S. Patent No. 5,048,162, incorporated herein by reference for all purposes. Fig. 10 briefly illustrates operation of the system.

Fig. 10 schematically illustrates a preferred embodiment of a reactor system 1000 for synthesizing polymers on the prepared substrate in accordance with one aspect of the invention. The reactor system includes a body 1002 with a cavity 1004 on a surface thereof. In preferred embodiments, the cavity 1004 is between about 50 and 1000 $\mu$m deep with a depth of about 500 $\mu$m preferred.

The bottom of the cavity is preferably provided with an array of ridges 1006 which extend both into the plane of the figure

22

and parallel to the plane of the figure. The purpose of the ridges
is to generate turbulent flow for better mixing. The bottom surface
of the cavity is preferably light absorbing so as to prevent
reflection of impinging light.

5          A substrate 1012 is mounted above cavity 1004. The
substrate is provided along its bottom surface 1014 with a
photoremovable protective group such as MeNPOC or NVOC, with or
without an intervening linker molecule. The substrate is preferably
transparent to a wide spectrum of light, but in some embodiments is
10   transparent only at a wavelength at which the protective group may be
removed (such as UV in the case of MeNPOC or NVOC). The substrate in
some embodiments is a conventional microscope glass slide or cover
slip. The substrate is preferably as thin as possible, while still
providing adequate physical support.

15          The substrate and the body serve to seal the cavity
except for an inlet port 1008 and an outlet port 1010. The body and
the substrate may be mated for sealing in some embodiments with one
or more gaskets. According to a preferred embodiment, the body is
provided with two concentric gaskets and the intervening space is
20   held at vacuum to ensure mating of the substrate to the gaskets.

          Fluid is pumped through the inlet port into the cavity by
way of a pump 1016. Selected fluids are circulated into the cavity
by the pump, through the cavity, and out the outlet for recirculation
or disposal. The reactor may be subjected to ultrasonic radiation
25   and/or heated to aid in agitation in some embodiments.

          Above the substrate 1012, a lens 1020 is provided which
may be, for example, a 2˜ 100 mm focal length fused silica lens. For
the sake of a compact system, a reflective mirror 1022 may be
provided for directing light from a light source 1024 onto the
30   substrate. Light source 1024 may be, for example, a Xe(Hg) light
source manufactured by Oriel and having model no. 66024. A second
lens 1026 may be provided for the purpose of projecting a mask image
onto the substrate in combination with lens 1020. This form of
lithography is referred to herein as projection printing. As will be
35   apparent from this disclosure, proximity printing and the like may
also be used according to some embodiments.

          Light from the light source is permitted to reach only
selected locations on the substrate as a result of the mask 110.
Light passes freely through the transparent regions of the mask, but
40   is reflected from or absorbed by other regions. Therefore, only
selected regions of the substrate are exposed to light.

          In operation, the substrate is placed on the cavity and
sealed thereto. All operations in the process of preparing the
substrate are carried out in a room lit primarily or entirely by
45   light of a wavelength outside of the light range at which the

IAFP00632761

23

protective group is removed. For example, in the case of MeNPOC or NVOC, the room should be lit with a conventional dark room light which provides little or no UV light. All operations are preferably conducted at about room temperature.

5
A first, deprotection fluid (without a monomer) is circulated through the cavity. The slide is, thereafter, positioned in a light raypath from the mask such that first locations on the substrate are illuminated and, therefore, deprotected. The first monomer is then placed at the first locations on the substrate.

10 After irradiation, the slide is removed, treated in bulk, and then reinstalled in the flow cell. Alternatively, a fluid containing the first monomer, preferably also protected by a protective group, is circulated through the cavity by way of pump 1016.

15
As the solution containing the monomer to be attached is circulated through the cavity, the nucleic acid or other monomer will react at its 3' or 5' with the 5' or 3' end of a nucleic acid on the regions of the substrate which have been deprotected. Of course, while the invention is illustrated by way of circulation of the monomer through the cavity, the invention could be practiced by way

20 of removing the slide from the reactor and submersing it in an appropriate monomer solution.

After addition of the first monomer, the solution containing the first nucleic acid is then purged from the system. After circulation of a sufficient amount of wash solution, the mask

25 or substrate is repositioned, or a new mask is utilized such that second regions on the substrate will be exposed to light and the light 1024 is engaged for a second exposure. This will deprotect second regions on the substrate and the process is repeated until the desired polymer sequences have been synthesized.

30 VI. Scanning ~~(Photon and Genchip)~~ *(Photon software, IncaGene software)*

A detailed description of a device and software for scanning the synthesized chips after marking with an appropriately labelled receptor is included in copending application Serial No.

35 08/195,889 (Attorney Docket No. 16528X-60), filed February 10, 1994, and incorporated herein by reference for all purposes.

Fig. 11 is a high level description of one embodiment of a scanner's operation. Referring to Fig. 11, the detection system is initialized at step 1100. At step 1101, the system prompts the user

40 for test parameters such as:

a) temperature of the substrate;

b) pixel size;

c) scan area;

d) scan speed;

45 e) number of scans to be performed; and

24

f) time between scans.

If the user does not provide input, default values may be provided. The temperature parameter controls the temperature at which detection is performed (which may be different for each scan in a series). Preferably, detection occurs at a temperature that produces maximum binding affinity while minimizing mismatches.

Pixel size parameter dictates the size of each data collection point. It is preferable to choose a pixel size that results in at least 15 data collection points or pixels per synthesis region ("feature"). As a result, pixel size in general, is directly related to feature size. However, the number of pixels per feature size may vary according to the desires of the user.

The scan area parameter corresponds to the size of the substrate to be tested. Scan speed parameter sets the length of time the laser contacts each pixel for exciting the fluorescently-marked material. The slower the speed, the higher the excitation energy per pixel which will result in higher fluorescence count per pixel. Thus, increasing the laser power or decreasing the scan speed or a combination thereof will increase fluorescence counts per pixel. Typically, it is preferable to enter a scan speed so as to generate approximately 1000 photon counts for pixels having fluorescently-marked targets.

The number of scan parameter corresponds to the number of times the user wishes to scan the substrate. The time between scan parameter controls the amount of time to wait before commencing a subsequent scan of the substrate.

At step 1102, the system initializes the x-y-z translation table by locating the x-y-z stages at their home position. At step 1103, the system focuses the laser on the surface ~1131~ of the substrate. At step 1104, the system locates the x-y-z table at its start position. The system at step 1105 begins to collect data by translating the vertical stage, thereby collecting a series of data points, each data point representing the number of photon counts per pixel, which is proportional to the concentration of fluorophores for each pixel over a line. At the end of the scan line, the collected data are then written to a file, displayed, and the vertical stage retraces to its start position at step 1106. *the scan is not* ~step 1107~ the x-y-z translation table moves the horizontal stage to *complete at step 1107* collect data from the next line on the substrate. Step 1105 through *at step 1107* step 1108 are repeated for each line of data until data from all lines of the substrate have been collected. At step 1109, the system determines if more scans are to be performed according to the set up parameters. If there are, the process from step 1104 or 1103 is repeated. Otherwise, the scan is terminated.

25

The above description is illustrative and not
restrictive. Many variations of the invention will become apparent
to those of skill in the art upon review of this disclosure. Merely
by way of example, while the invention is illustrated with particular
5  reference to the evaluation of DNA, the methods can be used in the
synthesis and data collection from chips with other materials
synthesized thereon, such as RNA and peptides (natural and
unnatural). The scope of the invention should, therefore, be
determined not with reference to the above description, but instead
10  should be determined with reference to the appended claims along with
their full scope of equivalents.

15

20

25

30

35

40

45

IAFP00632764

26

SEQUENCE LISTING

(1) GENERAL INFORMATION:

    (i) APPLICANT: ~~Hubbell, Earl A.~~ *Hubbell, Earl A.*
              Lipshutz, Robert J.
              Morris, Macdonald S.
              Winkler, James L.

    (ii) TITLE OF INVENTION: Computer-Aided Engineering System for
            Design of Sequence Arrays and Lithographic Masks

    (iii) NUMBER OF SEQUENCES: 2

    (iv) CORRESPONDENCE ADDRESS:
        (A) ADDRESSEE: Townsend and Townsend Khourie and Crew
        (B) STREET: One Market Plaza, Steuart Tower, Suite 2000
        (C) CITY: San Francisco
        (D) STATE: California
        (E) COUNTRY: USA
        (F) ZIP: 94105

    (v) COMPUTER READABLE FORM:
        (A) MEDIUM TYPE: Floppy disk
        (B) COMPUTER: IBM PC compatible
        (C) OPERATING SYSTEM: PC-DOS/MS-DOS
        (D) SOFTWARE: PatentIn Release #1.0, Version #1.25

    (vi) CURRENT APPLICATION DATA:
        (A) APPLICATION NUMBER: US
        (B) FILING DATE: 24-MAY-1994
        (C) CLASSIFICATION:

    (viii) ATTORNEY/AGENT INFORMATION:
        (A) NAME: Norviel, Vernon A.
        (B) REGISTRATION NUMBER: 32,483
        (C) REFERENCE/DOCKET NUMBER: 16528X-58

    (ix) TELECOMMUNICATION INFORMATION:
        (A) TELEPHONE: 415-326-2400
        (B) TELEFAX: 415-326-2422

IAFP00632765

27

(2) INFORMATION FOR SEQ ID NO:1:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 16 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (oligonucleotide)


    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:

ACGTACGTAC GTACGT
16

28

(2) INFORMATION FOR SEQ ID. NO:2:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 17 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (oligonucleotide)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:

*a*

ACTGACTGAC TGACTGA

ACCTAGGTTG GTAGGTA 17

*A*

2-1

29

WHAT IS CLAIMED IS:

Mask formation claims

1.  A method of forming a lithographic mask comprising the
steps of:

in a computer system, generating a mask design file by
the steps of:

— inputting sequence information to said computer system,
said sequence information defining monomer addition steps in a
molecular synthesis;

— identifying locations on said mask for opening
locations used to perform said synthesis, and joining said
opening locations to other opening locations;

— outputting a mask design file, said mask design file
defining locations for openings in said lithographic mask; and
using said mask design file to form said lithographic
mask, whereby at least some flash locations on said mask are
connected.

2.  A method as recited in claim 1 wherein said steps of
identifying and joining opening locations further comprises the steps
of:

identifying a first rectangular location as an opening
location; and

evaluating an adjacent rectangular location to determine
if said adjacent location is an opening location and, if said
adjacent location is an opening location, connecting it with said
first location to form a joined rectangular opening.

3.  The method as recited in claim 2 wherein said steps of
identifying an adjacent location comprise the step of repetitively
scanning a mask design from side to side and top to bottom to
identify opening locations.

4.  The method as recited in claim 3 wherein said step of
connecting with a first location is a step of connecting first
openings to second openings with said first openings as a bottom left
hand corner of said joined rectangular opening.

5.  The method as recited in claim 1 wherein said step of
outputting a mask design file is a step of outputting a pattern
generator file.

30

6.    The method as recited in claim 1 wherein said step of generating a mask design file is repeated for additional reticles on a single mask.

7.    The method as recited in claim 1 wherein said mask design file comprises mask reticle opening location information, and reticle identification.

8.    A method as recited in claim 1 further comprising the step of forming a molecule with said mask, said method further comprising the steps of:

exposing a substrate to light through said mask, said substrate comprising photoremovable protecting groups thereon; and

coupling monomeric molecules to said substrate where said photoremovable protecting groups are removed by said step of exposing to light to form a desired biological molecule on said substrate.

9.    The method as recited in claim 1 wherein said step of inputting sequence information comprises the step of inputting a switch matrix.

10.    The method as recited in claim 8 wherein said monomeric molecules are nucleotides.

11.    A method of forming a mask comprising the steps of:

inputting to a computer a file defining a sequence of monomer addition steps;

generating a mask definition file using said sequence of monomer addition steps, said mask definition file defining a plurality of reticles on a single mask, said plurality of reticles each associated with one of said monomer addition steps; and

forming said mask using said mask definition file.

31

Monomer sequence claims

12.   A method of designing a synthesis method for an array of
materials to be synthesized on a substrate, said array formed from
groups of diverse biological materials, comprising the steps of:

5          inputting genetic sequences to a design computer system;
           determining a sequence of monomer additions used to form
said genetic sequences in said computer by the steps of:
           – identifying a monomer addition template; and
           – for monomer additions in said template, determining if
10   said monomer additions are needed in formation of said genetic
sequence and, if not, removing said monomer additions from said
template;
           – generating an output file comprising a series of
desired monomer additions not removed from said template; and
15         providing said series of monomer additions as an input
file to a synthesizer.

           13.   The method as recited in claim 12 wherein said monomer
addition template comprises repeated additions of A, C, T, and G.

20         14.   The method as recited in claim 12 wherein said step of
determining a series of monomer additions further comprises a step of
optimizing said series of monomer additions, said step of optimizing
further comprising the steps of:

25         removing a monomer addition from said template to
generate a test template; and
           determining if said genetic sequence can be formed using
said test template as said monomer addition template.

30         15.   The method as recited in claim 14 wherein said step of
removing a monomer addition is repeated for a plurality of monomer
additions in said template.

           16.   The method as recited in claim 15 wherein said step of
35   removing monomer additions is repeated from left to right in said
template, and right to left.

40

45

32

Delta reduction claims

17.    A method of designing and using a synthesis sequence for a biological polymer comprising the steps of:

in a programmed digital computer, identifying a series of monomer additions for adjacent synthesis regions on a substrate;

adjusting said series of monomer additions to reduce the number of monomer additions that differ between at least two adjacent synthesis regions; and

using said adjusted series of monomer additions to form said substrate.

18.    The method as recited in claim 17 wherein differences between adjacent synthesis regions are preferentially allowed on an outer portion of said biological polymers.

19.    The method as recited in claim 17 wherein said step of adjusting said series of monomer additions comprises the steps of:

identifying at least one common monomer addition step in two adjacent synthesis regions; and

shifting monomer addition steps in one of said synthesis regions such that said common monomer addition steps are performed at the same time.

20.    The method as recited in claim 19 wherein said step of shifting monomer addition steps shifts all monomer addition steps in said one of said synthesis regions.

21.    The method as recited in claim 19 wherein said step of shifting shifts a selected part of said monomer addition steps in said one of said synthesis regions.

22.    The method as recited in claim 21 wherein said steps of shifting are performed in said selected part of said monomer addition steps and a remaining part of said monomer addition steps.

33

**Overall chip design method**

    23.    A method of designing an array and its method of synthesis comprising the steps of:

    in a computer system:

    – inputting a genetic sequence file;

    – identifying locations in said array for formation of genetic probes corresponding to said genetic sequence and selected mutations thereof;

    – determining a sequence of monomer additions for formation of said probes and said selected mutations thereof;

    outputting at least one computer file representing said locations and said sequence of monomer additions; and

    using said at least one computer file to form said array.

    24.    The method as recited in claim 23 further comprising the step of minimizing differences between monomer addition steps in adjacent positions on said array.

    25.    The method as recited in claim 23 wherein said step of outputting at least one computer file provides a record for each synthesis region in said array comprising at least probe location, probe sequence, substitution location, and substitution base.

    26.    The method as recited in claim 23 wherein said step of outputting also outputs position with respect to an exon.

    27.    The method as recited in claim 23 wherein said step of using said at least one computer file further comprises the steps of using said computer file to design a series of reticles for synthesizing said array;

    using said series of reticles to selectively expose a surface of a substrate to light, exposing reactive groups; and exposing said surface to selected monomers.

Add
Q4



FIG. 1.

IAFP00632773



PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/249188

SEQUENCE SELECTION ~202

LAYOUT ~204

MASK DESIGN ~206

SYNTHESIS ~208

SCANNING ~210

ANALYSIS ~212

I.D. OF MUTANTS, GENE SEQUENCE, ETC.

FIG. 2A.

DETERMINE CHIP LAYOUT ~302 ~204

CHIP LAYOUT

DETERMINE MASK LAYOUT ~304

MASK

FIG. 3.

FLUORESCENT REPORTER GROUP

~114

FIG. 2B.

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/219188



FIG. 4

IAFP00632775

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/249188

410



FIG. 5

IAFP00632776

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/249188



FIG. 6

IAFP00632777

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/249188



FIG. 7

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/249188



FIG. 8A

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/249188



FIG. 8B.

IAFP00632780



FIG. 9A.

IAFP00632781

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/249188



FIG. 9B

IAFP00632782

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/249188



FIG. 10

IAFP00632783

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/249188



FIG. 11.

IAFP00632784

07 624120

PATENT APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO–1556
(5/87)

IAFP00632651

| BAR CODE LABEL | | | | U.S. PATENT APPLICATION | |
|---|---|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 07/624,120 | 12/06/90 | 436 | 182 |

**APPLICANT**

STEPHEN P.A. FODOR, PALO ALTO, CA; LUBERT STRYER, STANFORD, CA; JAMES L. WINKLER, PALO ALTO, CA; CHRISTOPHER P. HOLMES, SUNNYVALE, CA; DENNIS W. SOLAS, SAN FRANCISCO, CA.

```
**CONTINUING DATA*******************
 VERIFIED      THIS APPLN IS A CIP OF   07/492,462 03/07/90
               WHICH IS A CIP OF        07/362,901 06/07/89
```

```
**FOREIGN/PCT APPLICATIONS***********
 VERIFIED
```

FOREIGN FILING LICENSE GRANTED 03/09/91      ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 14 | 56 | 9 | $ 915.00 | 11509-28 |

**ADDRESS**

TOWNSEND AND TOWNSEND
STEUART STREET TOWER
ONE MARKET PLAZA
SAN FRANCISCO, CA 94105

**TITLE**

VERY LARGE SCALE IMMOBILIZED POLYMER SYNTHESIS

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application as originally filed which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date _____        Certifying Officer _____

IAFP00632652

TOWNSEND and TOWNSE~

Steuart Street Tower
One Market Plaza
San Francisco, CA 94105

07 624120    Atty. ...rt No.  11509-28

"Expres. Mail" label No.  B05719880R

Date of Deposit  December 6, 1990

PATENT APPLICATION
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Sir:  199

I hereby certify that this is being deposited with
the United States Postal Service "Express Mail
Post Office to Addressee" service under 37 CFR
1.10 on the date indicated above and is addressed
to the Commissioner of Patents and Trademarks,
Washington, D.C. 20231.

By  Edwin Chin

Transmitted herewith for filing is the [ ] patent application,
[ ] design patent application [X] continuation-in-part patent
application of USSN 492,462, filed 03/07/90, which is a
CIP of USSN 362,901, filed 06/07/89.  40300

Inventor:  Stephen P.A. Fodor, Lubert Stryer, James L. Winkler,
Christopher P. Holmes, and Dennis W. Solas

For:  VERY LARGE SCALE IMMOBILIZED POLYMER SYNTHESIS

Enclosed are:

[X]  14  sheet(s) of [ ] formal [X] informal drawing(s).

[ ] An assignment of the invention to _____

[ ] A [ ] signed [ ] unsigned Declaration & Power of Attorney.

[ ] A [ ] signed [ ] unsigned Declaration.

[ ] A power of attorney.

[ ] A verified statement to establish small entity status under 37 CFR 1.9 and 37 CFR 1.27.

[ ] A certified copy of a _____ application.

[ ] Information Disclosure Statement under 37 CFR 1.97.

[X]  Appendices A and B.

Do **not** charge the filing fee to the Deposit Account of
the undersigned.

Do charge any other fees under 37 CFR 1.16 or 37 CFR 1.17
during the pendency of this application to my Deposit
Account No. 20-1430.

___2___ copies of this sheet are enclosed.

Telephone:
(415) 543-9600

TAT 25 (4-89)

Respectfully submitted,

TOWNSEND & TOWNSEND

Reg. No.: 92,483 _. Vern Norviel
Attorneys for Applicant

IAFP00632653



624120
390,272
11509-28

# PATENT APPLICATION

*Photolabile Nucleoside and Peptide Protecting Groups*

~~Improved Polymer Synthesis~~

A VERY LARGE SCALE IMMOBILIZED POLYMER SYNTHESIS

Inventor(s):

STEPHEN P.A. FODOR, a citizen of the United
States of America, residing in Palo Alto,
California;

LUBERT STRYER, a citizen of the United States
of America, residing in Stanford, California;

JAMES L. WINKLER, a citizen of the United
States of America, residing in _____;

CHRISTOPHER P. HOLMES, a citizen of the United
States of America, residing in Sunnyvale,
California; and

DENNIS W. SOLAS, a citizen of the United States
of America, residing in San Francisco,
California.


Assignee:

AFFYMAX TECHNOLOGIES, N.V., a Netherlands
Antilles corporation

91
69.

11509-28

*Improved Polymer Synthesis*

~~A VERY LARGE SCALE IMMOBILIZED POLYMER SYNTHESIS~~

5        ABSTRACT OF THE DISCLOSURE

A synthetic strategy for the creation of large
scale chemical diversity. Solid-phase chemistry,
photolabile protecting groups, and photolithography are
used to achieve light-directed spatially-addressable
10   parallel chemical synthesis. Binary masking techniques
are utilized in one embodiment. A reactor system,
photoremovable protective groups, and improved data
collection and handling techniques are also disclosed. A
technique for screening linker molecules is also
15   provided.

20

WP50/11509/028.APP

25

30

35

IAFP00632655