0T 62412⁰

*A Photolabile Nucleoside and Peptide Protecting Groups*

*in Polymer Synthesis*

11509-28

~~A VERY LARGE SCALE IMMOBILIZED POLYMER SYNTHESIS~~

## CROSS REFERENCE TO RELATED APPLICATIONS

This application, *Serial No. 07/624,120 was* ~~is~~ a continuation-in-part
of ~~pending application Serial No. 492-462,~~ filed
March 7, 1990, *allowed as USP Patent No. 5,133,974* which is a continuation-in-part of pending
application Serial No. 362,901, filed June 7, 1989, *abandoned,*
assigned to the assignee of the present application, and
incorporated herein by reference for all purposes. This
application is related to applications with Serial Nos.
~~07,626,730~~ *and* ~~07/624,114~~ *(642,114, abandoned)* ~~(Attorney Docket~~
~~Nos. 11509-26 and 11509-30),~~ filed on the same day as the
present application, and also incorporated herein by
reference for all purposes. *Microfiche Appendices A and B*
*are attached, including 3 sheets of microfiche comprising 226 frames.*

## COPYRIGHT NOTICE

A portion of the disclosure of this patent
document contains material which is subject to copyright
protection. The copyright owner has no objection to the
facsimile reproduction by anyone of the patent document
or the patent disclosure as it appears in the Patent and
Trademark Office patent file or records, but otherwise
reserves all copyright rights whatsoever.

## BACKGROUND OF THE INVENTION

The present invention relates to the field
of polymer synthesis. More specifically, the invention
provides a reactor system, a masking strategy,
photoremovable protective groups, data collection and
processing techniques, and applications for light
directed synthesis of diverse polymer sequences on
substrates.

IAFP00632656

2.

## SUMMARY OF THE INVENTION

Methods, apparatus, and compositions for
synthesis and use of ~~techniques for~~ diverse polymer
sequences on a substrate are disclosed, as well as
5    applications thereof.

According to one aspect of the invention, an
improved reactor system for synthesis of diverse polymer
sequences on a substrate is provided.  According to this
embodiment the invention provides for a reactor for
10    contacting reaction fluids to a substrate; a system for
delivering selected reaction fluids to the reactor; a
translation stage for moving a mask or substrate from at
least a first relative location relative to a second
relative location; a light for illuminating the substrate
15    through a mask at selected times; and an appropriately
programmed digital computer for selectively directing a
flow of fluids from the reactor system, selectively
activating the translation stage, and selectively
illuminating the substrate so as to form a plurality of
20    diverse polymer sequences on the substrate at
predetermined locations.

The invention also provides a technique for
selection of linker molecules in VLSIPS.  According to
this aspect of the invention, the invention provides a
25    method of screening a plurality of linker polymers for
use in binding affinity studies.  The invention includes
the steps of forming a plurality of linker polymers on a
substrate in selected regions; the linker polymers formed
by the steps of recursively:  on a surface of a
30    substrate, irradiating a portion of the selected regions
to remove a protective group, and contacting the surface
with a monomer; contacting the plurality of linker
polymers with a ligand; and contacting the ligand with a
labeled receptor.

35

IAFP00632657

3.

According to another aspect of the invention, improved photoremovable protective groups are provided. According to this aspect of the invention a compound having the formula:



wherein n = 0 or 1; Y is selected from the group consisting of an oxygen of the carboxyl group of a natural or unnatural amino acid, an amino group of a natural or unnatural amino acid, or the C-5' oxygen group of a natural or unnatural deoxyribonucleic or ribonucleic acid; $R^1$ and $R^2$ independently are a hydrogen atom, a lower alkyl, aryl, benzyl, halogen, hydroxyl, alkoxyl, thiol, thioether, amino, nitro, carboxyl, formate, formamido, sulfido, or phosphido group; and $R^3$ is a alkoxy, alkyl, aryl, hydrogen, or alkenyl group is provided.

The invention also provides improved masking techniques for VLSIPS. According to one aspect of the masking technique, the invention provides an ordered method for forming a plurality of polymer sequences by sequential addition of reagents comprising the step of serially protecting and deprotecting portions of the plurality of polymer sequences for addition of other portions of the polymer sequences using a binary synthesis strategy.

Improved data collection equipment and techniques are also provided. According to one embodiment, the instrumentation provides a system for determining affinity of a receptor to a ligand comprising: means for applying light to a surface of a substrate, the substrate comprising a plurality of ligands at predetermined locations, the means for

IAFP00632658

4.

~~applying directing light~~ providing simultaneous
illumination at a plurality of the predetermined
locations; and an array of detectors for detecting light
fluoresced at the plurality of predetermined locations.
The invention further provides for improved data analysis
techniques including the steps of exposing fluorescently
labelled receptors to a substrate, the substrate
comprising a plurality of ligands in regions at known
locations; at a plurality of data collection points
within each of the regions, determining an amount of
light fluoresced from the data collection points;
removing the data collection points deviating from a
predetermined statistical distribution; and determining a
relative binding affinity of the receptor to remaining
data collection points.

Protected amino acid N-carboxy anhydrides for
use in polymer synthesis are also disclosed.  According
to this aspect of the invention provides a compound
having the formula:

$$\begin{array}{c}
R \\
\mid \\
XO-N \\
\end{array}$$

where R is a side chain of a natural or unnatural amino
acid and X is a photoremovable protecting group.

A further understanding of the nature and
advantages of the inventions herein may be realized by
reference to the remaining portions of the specification
and the attached drawings.

IAFP00632659

5.

## BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 schematically illustrates light-directed spatially-addressable parallel chemical synthesis;

Fig. 2 schematically illustrates one example of light-directed peptide synthesis;

Fig. 3 is a three-dimensional representation of a portion of the checkerboard array of YGGFL and PGGFL;

Fig. 4 schematically illustrates the software for the automated system for synthesizing diverse polymer sequences;

Fig. 5a and 5b illustrate operation of a program for polymer sythesis;

Fig. 6 is a schematic illustration of a "pure" binary masking strategy;

Fig. 7 is a schematic illustration of a gray code binary masking strategy;

Fig. 8 is a schematic illustration of a modified gray code binary masking strategy;

Fig. 9a schematically illustrates a masking scheme for a four step synthesis;

Fig. 9b schematically illustrates synthesis of all 400 peptide dimers;

Fig. 10 is a coordinate map for the ten-step binary synthesis;

Fig. 11 schematically illustrates a data collection system;

Fig. 12 is a block diagram illustrating the architecture of the data collection system;

Fig. 13 is a flow chart illustrating operation of software for the data collection/analysis system; and

Fig. 14 illustrates a three-dimensional plot of intensity versus position for light directed synthesis of a dinucleotide.

6

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

### CONTENTS

I. Definitions

5    II. General

    A. Deprotection and Addition
        1. Example
        2. Example

    B. Antibody recognition
10           1. Example

III. Synthesis

    A. Reactor System

    B. Binary Synthesis Strategy
15           1. Example
        2. Example
        3. Example
        4. Example
        5. Example
        6. Example

    C. Linker Selection
20

    D. Protecting Groups
        1. Use of Photoremovable Groups
           During Solid-Phase Synthesis
           of Peptides
        2. Use of Photoremovable Groups
           During Solid-Phase Synthesis
25              of Oligonucleotides

    E. Amino Acid N-Carboxy
       Anhydrides Protected with
       a Photoremovable Group

IV. Data Collection
30
    A. Data Collection System

    B. Data Analysis

V. Other Representative Applications

    A. Oligonucleotide Synthesis
35           1. Example

VI. Conclusion

IAFP00632661

7

I.  Definitions

Certain terms used herein are intended to have the following general definitions:

5      1.   Complementary:  Refers to the topological compatibility or matching together of interacting surfaces of a ligand molecule and its receptor. Thus, the receptor and its ligand can be described as complementary, and furthermore, the contact

10     surface characteristics are complementary to each other.

       2.   Epitope:  The portion of an antigen molecule which is delineated by the area of interaction with the

15     subclass of receptors known as antibodies.

       3.   Ligand:  A ligand is a molecule that is recognized by a particular receptor.  Examples of ligands that can be investigated by this invention include, but

20     are not restricted to, agonists and antagonists for cell membrane receptors, toxins and venoms, viral epitopes, hormones (e.g., opiates, steroids, etc.), hormone receptors, peptides, enzymes, enzyme substrates, cofactors, drugs, lectins, sugars,

25     oligonucleotides, nucleic acids, oligosaccharides, proteins, and monoclonal antibodies.

       4.   Monomer:  A member of the set of small molecules which can be joined together to form a polymer.  The

30     set of monomers includes but is not restricted to, for example, the set of common L-amino acids, the set of D-amino acids, the set of synthetic amino acids, the set of nucleotides and the set of pentoses and hexoses.  As used herein, monomers

35     refers to any member of a basis set for synthesis of a polymer.  For example, dimers of the 20 naturally occurring L-amino acids form a basis set of 400

IAFP00632662

8.

monomers for synthesis of polypeptides.  Different
basis sets of monomers may be used at successive
steps in the synthesis of a polymer.  Furthermore,
each of the sets may include protected members which
5     are modified after synthesis.

5.    Peptide:  A polymer in which the monomers are alpha
amino acids and which are joined together through
amide bonds and alternatively referred to as a
10    polypeptide.  In the context of this specification
it should be appreciated that the amino acids may be
the L-optical isomer or the D-optical isomer.
Peptides are often two or more amino acid monomers
long, and often more than 20 amino acid monomers
15    long.  Standard abbreviations for amino acids are
used (e.g., P for proline).  These abbreviations are
included in Stryer, Biochemistry, Third Ed., 1988,
which is incorporated herein by reference for all
purposes.
20

6.    Radiation:  Energy which may be selectively applied
including energy having a wavelength of between $10^{-14}$
and $10^4$ meters including, for example, electron beam
radiation, gamma radiation, x-ray radiation, ultra-
25    violet radiation, visible light, infrared radiation,
microwave radiation, and radio waves.  "Irradiation"
refers to the application of radiation to a surface.

7.    Receptor:  A molecule that has an affinity for a
30    given ligand.  Receptors may be naturally-occurring
or manmade molecules.  Also, they can be employed in
their unaltered state or as aggregates with other
species.  Receptors may be attached, covalently or
noncovalently, to a binding member, either directly
35    or via a specific binding substance.  Examples of
receptors which can be employed by this invention
include, but are not restricted to, antibodies,

IAFP00632663

9.

cell membrane receptors, monoclonal antibodies
and antisera reactive with specific antigenic
determinants (such as on viruses, cells or other
materials), drugs, polynucleotides, nucleic acids,
5    peptides, cofactors, lectins, sugars,
polysaccharides, cells, cellular membranes, and
organelles. Receptors are sometimes referred to in
the art as anti-ligands. As the term receptors is
used herein, no difference in meaning is intended.
10    A "Ligand Receptor Pair" is formed when two
macromolecules have combined through molecular
recognition to form a complex.

Other examples of receptors which can be
investigated by this invention include but are not
15    restricted to:

a)    Microorganism receptors: Determination of
ligands which bind to receptors, such as
specific transport proteins or enzymes
essential to survival of microorganisms,
20    is useful in a new class of antibiotics. Of
particular value would be antibiotics against
opportunistic fungi, protozoa, and those
bacteria resistant to the antibiotics
in current use.

25    b)    Enzymes: For instance, the binding site of
enzymes such as the enzymes responsible for
cleaving neurotransmitters; determination of
ligands which bind to certain receptors to
modulate the action of the enzymes which cleave
30    the different neurotransmitters is useful in
the development of drugs which can be used in
the treatment of disorders of
neurotransmission.

c)    Antibodies: For instance, the invention may
35    be useful in investigating the ligand-binding
site on the antibody molecule which combines
with the epitope of an antigen of interest;

10

determining a sequence that mimics an antigenic
epitope may lead to the development of vaccines
of which the immunogen is based on one or more
of such sequences or lead to the development of
related diagnostic agents or compounds useful
in therapeutic treatments such as for auto-
immune diseases (e.g., by blocking the binding
of the "self" antibodies).

d)   Nucleic Acids:  Sequences of nucleic acids may
be synthesized to establish DNA or RNA binding
sequences.

e)   Catalytic Polypeptides:  Polymers, preferably
polypeptides, which are capable of promoting a
chemical reaction involving the conversion of
one or more reactants to one or more products.
Such polypeptides generally include a binding
site specific for at least one reactant or
reaction intermediate and an active
functionality proximate to the binding site,
which functionality is capable of chemically
modifying the bound reactant.  Catalytic
polypeptides are described in, for example,
U.S. application Serial No. 404,930, which
is incorporated herein by reference for all
purposes.

f)   Hormone receptors:  For instance, the receptors
for insulin and growth hormone.  Determination
of the ligands which bind with high affinity to
a receptor is useful in the development of,
for example, an oral replacement of the daily
injections which diabetics must take to relieve
the symptoms of diabetes, and in the other
case, a replacement for the scarce human
growth hormone which can only be obtained from
cadavers or by recombinant DNA technology.
Other examples are the vasoconstrictive hormone
receptors; determination of those ligands which

IAFP00632665

11.

bind to a receptor may lead to the development
of drugs to control blood pressure.

g)  Opiate receptors:  Determination of ligands
which bind to the opiate receptors in the brain
5.      is useful in the development of less-addictive
replacements for morphine and related drugs.

8.  Substrate:  A material having a rigid or semi-rigid
surface.  In many embodiments, at least one surface
10      of the substrate will be substantially flat,
although in some embodiments it may be desirable to
physically separate synthesis regions for different
polymers with, for example, wells, raised regions,
etched trenches, or the like.  According to other
15      embodiments, small beads may be provided on the
surface which may be released upon completion of the
synthesis.

9.  Protective Group:  A material which is chemically
20      bound to a monomer unit and which may be removed
upon selective exposure to an activator such as
electromagnetic radiation.  Examples of protective
groups with utility herein include those comprising
nitropiperonyl, pyrenylmethoxy-carbonyl, nitrovera-
25      tryl, nitrobenzyl, dimethyl dimethoxybenzyl,
5-bromo-7-nitroindolinyl, o-hydroxy-α-methyl
cinnamoyl, and 2-oxymethylene anthraquinone.

10.  Predefined Region:  A predefined region is a
30      localized area on a surface which is, was, or is
intended to be activated for formation of a polymer.
The predefined region may have any convenient shape,
e.g., circular, rectangular, elliptical, wedge-
shaped, etc.  For the sake of brevity herein,
35      "predefined regions" are sometimes referred to
simply as "regions."

12

11. <u>Substantially Pure</u>: A polymer is considered to be
    "substantially pure" within a predefined region of
    a substrate when it exhibits characteristics that
    distinguish it from other predefined regions.
5   Typically, purity will be measured in terms of
    biological activity or function as a result of
    uniform sequence. Such characteristics will
    typically be measured by way of binding with a
    selected ligand or receptor.

10

12. <u>Activator</u> refers to an energy source adapted to
    render a group active and which is directed from a
    source to a predefined location on a substrate. A
    primary illustration of an activator is light.
15  Other examples of activators include ion beams,
    electric fields, magnetic fields, electron beams, x-
    ray, and the like.

13. <u>Binary Synthesis Strategy</u> refers to an ordered
20  strategy for parallel synthesis of diverse polymer
    sequences by sequential addition of reagents which
    may be represented by a reactant matrix, and a
    switch matrix, the product of which is a product
    matrix. A reactant matrix is a 1 x n matrix of the
25  building blocks to be added. The switch matrix is
    all or a subset of the binary numbers, preferably
    ordered, between 1 and n arranged in columns. In
    preferred embodiments, a binary strategy is one in
    which at least two successive steps illuminate half
30  of a region of interest on the substrate. In most
    preferred embodiments, binary synthesis refers to a
    synthesis strategy which also factors a previous
    addition step. For example, a strategy in which a
    switch matrix for a masking strategy halves regions
35  that were previously illuminated, illuminating about
    half of the previously illuminated region and
    protecting the remaining half (while also protecting

IAFP00632667

13

about half of previously protected regions and
illuminating about half of previously protected
regions). It will be recognized that binary rounds
may be interspersed with non-binary rounds and that
only a portion of a substrate may be subjected to a
binary scheme, but will still be considered to be a
binary masking scheme within the definition herein.
A binary "masking" strategy is a binary synthesis
which uses light to remove protective groups from
materials for addition of other materials such as
amino acids. In preferred embodiments, selected
columns of the switch matrix are arranged in order
of increasing binary numbers in the columns of the
switch matrix.

14. Linker refers to a molecule or group of molecules
attached to a substrate and spacing a synthesized
polymer from the substrate for exposure/binding to a
receptor.

II. General

The present invention provides synthetic
strategies and devices for the creation of large scale
chemical diversity. Solid-phase chemistry, photolabile
protecting groups, and photolithography are brought
together to achieve light-directed spatially-addressable
parallel chemical synthesis in preferred embodiments.

The invention is described herein for purposes
of illustration primarily with regard to the preparation
of peptides and nucleotides, but could readily be applied
in the preparation of other polymers. Such polymers
include, for example, both linear and cyclic polymers
of nucleic acids, polysaccharides, phospholipids, and
peptides having either $\alpha$-, $\beta$-, or $\omega$-amino acids, hetero-
polymers in which a known drug is covalently bound to any
of the above, polyurethanes, polyesters, polycarbonates,
polyureas, polyamides, polyethyleneimines, polyarylene

IAFP00632668

14.

sulfides, polysiloxanes, polyimides, polyacetates, or
other polymers which will be apparent upon review of this
disclosure. It will be recognized further, that
illustrations herein are primarily with reference to
5   C- to N-terminal synthesis, but the invention could
readily be applied to N- to C-terminal synthesis without
departing from the scope of the invention.

    A.  Deprotection and Addition
10          The present invention uses a masked light
source or other activator to direct the simultaneous
synthesis of many different chemical compounds. Fig. 1
is a flow chart illustrating the process of forming
chemical compounds according to one embodiment of the
15  invention. Synthesis occurs on a solid support 2. A
pattern of illumination through a mask 4a using a light
source 6 determines which regions of the support are
activated for chemical coupling. In one preferred
embodiment activation is accomplished by using light to
20  remove photolabile protecting groups from selected areas
of the substrate.
            After deprotection, a first of a set of
building blocks (indicated by "A" in Fig. 1), each
bearing a photolabile protecting group (indicated by "X")
25  is exposed to the surface of the substrate and it reacts
with regions that were addressed by light in the
preceding step. The substrate is then illuminated
through a second mask 4b, which activates another region
for reaction with a second protected building block "B".
30  The pattern of masks used in these illuminations and the
sequence of reactants define the ultimate products and
their locations, resulting in diverse sequences at
predefined locations, as shown with the sequences ACEG
and BDFH in the lower portion of Fig. 1. Preferred
35  embodiments of the invention take advantage of
combinatorial masking strategies to form a large number
of compounds in a small number of chemical steps.

IAFP00632669

15.

A high degree of miniaturization is possible
because the density of compounds is determined largely
with regard to spatial addressability of the activator,
in one case the diffraction of light.  Each compound is
5   physically accessible and its position is precisely
known.  Hence, the array is spatially-addressable and its
interactions with other molecules can be assessed.

In a particular embodiment shown in Fig. 1, the
substrate contains amino groups that are blocked with a
10  photolabile protecting group.  Amino acid sequences are
made accessible for coupling to a receptor by removal of
the photoprotective groups.

When a polymer sequence to be synthesized is,
for example, a polypeptide, amino groups at the ends of
15  linkers attached to a glass substrate are derivatized
with nitroveratryloxycarbonyl (NVOC), a photoremovable
protecting group.  The linker molecules may be, for
example, aryl acetylene, ethylene glycol oligomers
containing from 2-10 monomers, diamines, diacids, amino
20  acids, or combinations thereof.  Photodeprotection is
effected by illumination of the substrate through, for
example, a mask wherein the pattern has transparent
regions with dimensions of, for example, less than 1 $cm^2$,
$10^{-1}$ $cm^2$, $10^{-2}$ $cm^2$, $10^{-3}$ $cm^2$, $10^{-4}$ $cm^2$, $10^{-5}$ $cm^2$, $10^{-6}$ $cm^2$,
25  $10^{-7}$ $cm^2$, $10^{-8}$ $cm^2$, or $10^{-10}$ $cm^2$.  In a preferred embodiment,
the regions are between about 10x10 μm and 500x500 μm.
According to some embodiments, the masks are arranged to
produce a checkerboard array of polymers, although any
one of a variety of geometric configurations may be
30  utilized.

1.  Example
In one example of the invention, free amino
groups were fluorescently labelled by treatment of the
35  entire substrate surface with fluorescein isothiocynate
(FITC) after photodeprotection.  Glass microscope
slides were cleaned, aminated by treatment with

IAFP00632670

16

0.1% aminopropyltriethoxysilane in 95% ethanol, and
incubated at 110°C for 20 min. The aminated surface
of the slide was then exposed to a 30 mM solution of
the N-hydroxysuccinimide ester of NVOC-GABA

5    (nitroveratryloxycarbonyl-r-amino butyric acid) in DMF.
The NVOC protecting group was photolytically removed by
imaging the 365 nm output from a Hg arc lamp through a
chrome on glass 100 μm checkerboard mask onto the
substrate for 20 min at a power density of 12 mW/cm². The

10   exposed surface was then treated with 1 mM FITC in DMF.
The substrate surface was scanned in an epi-fluorescence
microscope (Zeiss Axioskop 20) using 488 nm excitation
from an argon ion laser (Spectra-Physics model 2025).
The fluorescence emission above 520 nm was detected by a

15   cooled photomultiplier (Hamamatsu 943-02) operated in a
photon counting mode. Fluorescence intensity was
translated into a color display with red in the highest
intensity and black in the lowest intensity areas. The
presence of a high-contrast fluorescent checkerboard

20   pattern of 100x100 μm elements revealed that free amino
groups were generated in specific regions by spatially-
localized photodeprotection.


    2.  Example

25       Fig. 2 is a flow chart illustrating another
example of the invention. Carboxy-activated NVOC-leucine
was allowed to react with an aminated substrate. The
carboxy activated HOBT ester of leucine and other amino
acids used in this synthesis was formed by mixing

30   0.25 mmol of the NVOC amino protected amino acid with
37 mg HOBT (1-hydroxybenzotriazole), 111 mg BOP
(benzotriazolyl-n-oxy-tris (dimethylamino)-
phosphoniumhexa-fluorophosphate) and 86 μl DIEA
(diisopropylethylamine) in 2.5 ml DMF. The NVOC

35   protecting group was removed by uniform illumination.
Carboxy-activated NVOC-phenylalanine was coupled to the
exposed amino groups for 2 hours at room temperature,

17.

and then washed with DMF and methylene chloride. Two
unmasked cycles of photodeprotection and coupling with
carboxy-activated NVOC-glycine were carried out. The
surface was then illuminated through a chrome on glass
5    50 μm checkerboard pattern mask. Carboxy-activated
Nα-tBOC-O-tButyl-L-tyrosine was then added. The entire
surface was uniformly illuminated to photolyze the
remaining NVOC groups. Finally, carboxy-activated
NVOC-L-proline was added, the NVOC group was removed by
10   illumination, and the t-BOC and t-butyl protecting groups
were removed with TFA. After removal of the protecting
groups, the surface consisted of a 50 μm checkerboard
array of Tyr-Gly-Gly-Phe-Leu (YGGFL) (SEQ ID NO:1) and Pro-Gly-Gly-
Phe-Leu (PGGFL) (SEQ ID NO:2).

15

B.  **Antibody Recognition**

In one preferred embodiment the substrate is
used to determine which of a plurality of amino acid
sequences is recognized by an antibody of interest.

20

1.  **Example**

In one example, the array of pentapeptides in
the example illustrated in Fig. 2 was probed with a mouse
monoclonal antibody directed against β-endorphin. This
25   antibody (called 3E7) is known to bind YGGFL and YGGFM (SEQ ID NO:4)
with nanomolar affinity and is discussed in Meo et al.,
Proc. Natl. Acad. Sci. USA (1983) 80:4084, which is
incorporated by reference herein for all purposes. This
antibody requires the amino terminal tyrosine for high
30   affinity binding. The array of peptides formed as
described in Fig. 2 was incubated with a 2 μg/ml mouse
monoclonal antibody (3E7) known to recognize YGGFL.
3E7 does not bind PGGFL. A second incubation with
fluoresceinated goat anti-mouse antibody labeled the
35   regions that bound 3E7. The surface was scanned with an
epi-fluorescence microscope. The results showed
alternating bright and dark 50 μm squares indicating that

IAFP00632672

18.

YGGFL and PGGFL were synthesized in geometric array
determined by the mask. A high contrast (>12:1 intensity
ratio) fluorescence checkerboard image shows that
(a) YGGFL and PGGFL were synthesized in alternate 50 μm
5   squares, (b) YGGFL attached to the surface is accessible
for binding to antibody 3E7, and (c) antibody 3E7 does
not bind to PGGFL.

       A three-dimensional representation of the
    fluorescence intensity data in a portion of the
10   checkboard is shown in Fig. 3. This figure shows that
the border between synthesis sites is sharp. The height
of each spike in this display is linearly proportional to
the integrated fluorescence intensity in a 2.5 μm pixel.
The transition between PGGFL and YGGFL occurs within two
15   spikes (5 μm). There is little variation in the
fluorescence intensity of different YGGFL squares. The
mean intensity of sixteen YGGFL synthesis sites was
$2.03 \times 10^5$ counts and the standard deviation was $9.6 \times 10^3$
counts.

20   III.  Synthesis
     A.  Reactor System
            Fig. 4 schematically illustrates a device used
to synthesize diverse polymer sequences on a substrate.
25   The device includes an automated peptide synthesizer 401.
The automated peptide synthesizer is a device which flows
selected reagents through a flow cell 402 under the
direction of a computer 404. In a preferred embodiment
the synthesizer is an ABI Peptide Synthesizer, model
30   no. 431A. The computer may be selected from a wide
variety of computers or discrete logic including for,
example, an IBM PC-AT or similar computer linked with
appropriate internal control systems in the peptide
synthesizer. The PC is provided with signals from the
35   board computer indicative of, for example, the end of a
coupling cycle.

IAFP00632673

19.

Substrate 406 is mounted on the flow cell, forming a cavity between the substrate and the flow cell. Selected reagents flow through this cavity from the peptide synthesizer at selected times, forming an array
5   of peptides on the face of the substrate in the cavity. Mounted above the substrate, and preferably in contact with the substrate is a mask 408. Mask 408 is transparent in selected regions to a selected wavelength of light and is opaque in other regions to the selected
10  wavelength of light. The mask is illuminated with a light source 410 such as a UV light source. In one specific embodiment the light source 410 is a model no. 82420 made by Oriel. The mask is held and translated by an x-y-z translation stage 412 such as an x-y translation
15  stage made by Newport Corp. The computer coordinates action of the peptide synthesizer, x-y translation stage, and light source. Of course, the invention may be used in some embodiments with translation of the substrate instead of the mask.

20       In operation, the substrate is mounted on the reactor cavity. The slide, with its surface protected by a suitable photo removable protective group, is exposed to light at selected locations by positioning the mask and illuminating the light source for a desired period of
25  time (such as, for example, 1 sec to 60 min in the case of peptide synthesis). A selected peptide or other monomer/polymer is pumped through the reactor cavity by the peptide synthesizer for binding at the selected locations on the substrate. After a selected reaction
30  time (such as about 1 sec to 300 min in the case of peptide reactions) the monomer is washed from the system, the mask is appropriately repositioned or replaced, and the cycle is repeated. In most embodiments of the invention, reactions may be conducted at or near ambient
35  temperature.

IAFP00632674

20.

Figs 5a and 5b are flow charts of the software used in operation of the reactor system. At step 502 the peptide synthesis software is initialized. At step 504 the system calibrates positioners on the x-y translation stage and begins a main loop. At step 506 the system

5  determines which, if any, of the function keys on the computer have been pressed. If F1 has been pressed, the system prompts the user for input of a desired synthesis process. If the user enters F2, the system allows a user

10  to edit a file for a synthesis process at step 510. If the user enters F3 the system loads a process from a disk at step 512. If the user enters F4 the system saves an entered or edited process to disk at step 514. If the user selects F5 the current process is displayed at step

15  516 while selection of F6 starts the main portion of the program, i.e., the actual synthesis according to the selected process. If the user selects F7 the system displays the location of the synthesized peptides, while pressing F10 returns the user to the disk operating

20  system.

Fig. 5b illustrates the synthesis step 518 in greater detail. The main loop of the program is started in which the system first moves the mask to a next position at step 526. During the main loop of the

25  program, necessary chemicals flow through the reaction cell under the direction of the on-board computer in the peptide synthesizer. At step 528 the system then waits for an exposure command and, upon receipt of the exposure command exposes the substrate for a desired time at step

30  530. When an acknowledge of exposure complete is received at step 532 the system determines if the process is complete at step 534 and, if so, waits for additional keyboard input at step 536 and, thereafter, exits the perform synthesis process.

35  A computer program used for operation of the system described above is included as microfiche Appendix A (Copyright, 1990, Affymax Technologies N.V.,

21

all rights reserved). The program is written in Turbo
C++ (Borland Int'l) and has been implemented in an IBM
compatible system. The motor control software is adapted
from software produced by Newport Corporation. It will
be recognized that a large variety of programming
languages could be utilized without departing from the
scope of the invention herein. Certain calls are made to
a graphics program in "Programmer Guide to PC and PS2
Video Systems" (Wilton, Microsoft Press, 1987), which is
incorporated herein by reference for all purposes.

Alignment of the mask is achieved by one of two
methods in preferred embodiments. In a first embodiment
the system relies upon relative alignment of the various
components, which is normally acceptable since x-y-z
translation stages are capable of sufficient accuracy for
the purposes herein. In alternative embodiments,
alignment marks on the substrate are coupled to a CCD
device for appropriate alignment.

According to some embodiments, pure reagents
are not added at each step, or complete photolysis of
the protective groups is not provided at each step.
According to these embodiments, multiple products will
be formed in each synthesis site. For example, if the
monomers A and B are mixed during a synthesis step, A and
B will bind to deprotected regions, roughly in proportion
to their concentration in solution. Hence, a mixture of
compounds will be formed in a synthesis region. A
substrate formed with mixtures of compounds in various
synthesis regions may be used to perform, for example, an
initial screening of a large number of compounds, after
which a smaller number of compounds in regions which
exhibit high binding affinity are further screened.
Similar results may be obtained by only partially
photylizing a region, adding a first monomer,
re-photylizing the same region, and exposing the
region to a second monomer.

IAFP00632676

22

B.  Binary Synthesis Strategy

     In a light-directed chemical synthesis, the
products formed depend on the pattern and order of masks,
and on the order of reactants.  To make a set of products
5    there will in general be "n" possible masking schemes.
In preferred embodiments of the invention herein a binary
synthesis strategy is utilized.  The binary synthesis
strategy is illustrated herein primarily with regard to a
masking strategy, although it will be applicable to other
10   polymer synthesis strategies such as the pin strategy,
and the like.

     In a binary synthesis strategy, the substrate
is irradiated with a first mask, exposed to a first
building block, irradiated with a second mask, exposed to
15   a second building block, etc.  Each combination of masked
irradiation and exposure to a building block is referred
to herein as a "cycle."

     In a preferred binary masking scheme, the masks
for each cycle allow irradiation of half of a region of
20   interest on the substrate and protection of the remaining
half of the region of interest.  By "half" it is intended
herein not to mean exactly one-half the region of
interest, but instead a large fraction of the region of
interest such as from about 30 to 70 percent of the
25   region of interest.  It will be understood that the
entire masking scheme need not take a binary form;
instead non-binary cycles may be introduced as desired
between binary cycles.

     In preferred embodiments of the binary masking
30   scheme, a given cycle illuminates only about half of the
region which was illuminated in a previous cycle, while
protecting the remaining half of the illuminated portion
from the previous cycle.  Conversely, in such preferred
embodiments, a given cycle illuminates half of the region
35   which was protected in the previous cycle and protects
half the region which was protected in a previous cycle.

IAFP00632677

23

In the synthesis strategy disclosed herein, the
longest length ($\ell$) of the synthesized polymers is
$\ell = n/a$, where n is the number of cycles and a is the
number of chemical building blocks (note that a given
building block may be repeated). The total number of
possible compounds synthesized (K) will be $k = a^\ell$. For
example, if a = 20 and $\ell$ = 5, n = 100 and $k = 3.2 \times 10^3$.

The synthesis strategy is most readily
illustrated and handled in matrix notation. At each
synthesis site, the determination of whether to add a
given monomer is a binary process. Therefore, each
product element $P_j$ is given by the dot product of two
vectors, a chemical reactant vector, e.g., C = [A,B,C,D],
and a binary vector $\sigma_j$. Inspection of the products in the
example below for a four-step synthesis, shows that in
one four-step synthesis $\sigma_1$ = [1,0,1,0], $\sigma_2$ = [1,0,0,1],
$\sigma_3$ = [0,1,1,0], and $\sigma_4$ = [0,1,0,1], where a 1 indicates
illumination and a 0 indicates protection. Therefore, it
becomes possible to build a "switch matrix" S from the
column vectors $\sigma_j$ (j = 1,k where k is the number of
products).

$$
\begin{array}{ccccc}
 & \sigma_1 & \sigma_2 & \sigma_3 & \sigma_4 \\
S \;=\; & 1 & 1 & 0 & 0 \\
 & 0 & 0 & 1 & 1 \\
 & 1 & 0 & 1 & 0 \\
 & 0 & 1 & 0 & 1
\end{array}
$$

The outcome P of a synthesis is simply P = CS, the
product of the chemical reactant matrix and the switch
matrix.

The switch matrix for an n-cycle synthesis
yielding k products has n rows and k columns. An
important attribute of S is that each row specifies a
mask. A two-dimensional mask $m_j$ for the jth chemical step
of a synthesis is obtained directly from the jth row of S
by placing the elements $s_{j1}, \ldots s_{jk}$ into, for example, a

IAFP00632678

24

square format.  The particular arrangement below provides a square format, although linear or other arrangements may be utilized.

$$S = \begin{matrix} s_{11} & s_{12} & s_{13} & s_{14} \\ s_{21} & s_{22} & s_{23} & s_{24} \\ s_{31} & s_{32} & s_{33} & s_{34} \\ s_{41} & s_{42} & s_{43} & s_{44} \end{matrix} \qquad m_j = \begin{matrix} s_{j1} & s_{j2} \\ s_{j3} & s_{j4} \end{matrix}$$

Of course, compounds formed in a light-activated synthesis can be positioned in any defined geometric array.  A square or rectangular matrix is convenient but not required.  The rows of the switch matrix may be transformed into any convenient array as long as equivalent transformations are used for each row.

For example, the masks in the four-step synthesis below are then denoted by:

$$m_1 = \begin{matrix} 1 & 1 \\ 0 & 0 \end{matrix} \qquad m_2 = \begin{matrix} 0 & 0 \\ 1 & 1 \end{matrix} \qquad m_3 = \begin{matrix} 1 & 0 \\ 1 & 0 \end{matrix} \qquad m_4 = \begin{matrix} 0 & 1 \\ 0 & 1 \end{matrix}$$

where 1 denotes illumination (activation) and 0 denotes no illumination.

The matrix representation is used to generate a desired set of products and product maps in preferred embodiments.  Each compound is defined by the product of the chemical vector and a particular switch vector. Therefore, for each synthesis address, one simply saves the switch vector, assembles all of them into a switch matrix, and extracts each of the rows to form the masks.

In some cases, particular product distributions or a maximal number of products are desired.  For example, for $C = [A,B,C,D]$, any switch vector $(\sigma_j)$ consists of four bits.  Sixteen four-bit vectors exist.  Hence, a maximum of 16 different products can be made by sequential addition of the reagents $[A,B,C,D]$.  These 16 column vectors can be assembled in 16! different ways to

IAFP00632679

25.

form a switch matrix. The order of the column vectors
defines the masking patterns, and therefore, the spatial
ordering of products but not their makeup. One ordering
of these columns gives the following switch matrix (in
5    which "null" (∅) additions are included in brackets for
the sake of completeness, although such null additions
are elsewhere ignored herein):

$$
\begin{array}{l}
\sigma_1 \qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad \sigma_{16} \\
\begin{array}{cccccccccccccccc}
1 & 1 & 1 & 1 & 1 & 1 & 1 & 0 & 0 & 0 & 0 & 0 & 0 & 0 & 0 & \text{A} \\
[0 & 0 & 0 & 0 & 0 & 0 & 0 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1] & \varnothing \\
1 & 1 & 1 & 1 & 0 & 0 & 0 & 1 & 1 & 1 & 1 & 0 & 0 & 0 & 0 & \text{B} \\
[0 & 0 & 0 & 0 & 1 & 1 & 1 & 0 & 0 & 0 & 0 & 1 & 1 & 1 & 1] & \varnothing \\
1 & 1 & 0 & 0 & 1 & 1 & 0 & 0 & 1 & 1 & 0 & 0 & 1 & 1 & 0 & 0 & \text{C} \\
[0 & 0 & 1 & 1 & 0 & 0 & 1 & 1 & 0 & 0 & 1 & 1 & 0 & 0 & 1 & 1] & \varnothing \\
1 & 0 & 1 & 0 & 1 & 0 & 1 & 0 & 1 & 0 & 1 & 0 & 1 & 0 & 1 & 0 & \text{D} \\
[0 & 1 & 0 & 1 & 0 & 1 & 0 & 1 & 0 & 1 & 0 & 1 & 0 & 1 & 0 & 1] & \varnothing
\end{array}
\end{array}
$$

with $S =$ at the left.

The columns of S according to this aspect of the
20    invention are the binary representations of the numbers
15 to 0. The sixteen products of this binary synthesis
are ABCD, ABC, ABD, AB, ACD, AC, AD, A, BCD, BC, BD, B,
CD, C, D, and ∅ (null). Also note that each of the
switch vectors from the four-step synthesis masks above
25    (and hence the synthesis products) are present in the
four bit binary switch matrix. (See columns 6, 7, 10,
and 11)

This synthesis procedure provides an
easy way for mapping the completed products. The
30    products in the various locations on the substrate are
simply defined by the columns of the switch matrix (the
first column indicating, for example, that the product
ABCD will be present in the upper left-hand location of
the substrate). Furthermore, if only selected desired
35    products are to be made, the mask sequence can be derived
by extracting the columns with the desired sequences.
For example, to form the product set ABCD, ABD, ACD, AD,

IAFP00632680

26.

BCD, BD, CD, and D, the masks are formed by use of a
switch matrix with only the 1st, 3rd, 5th, 7th, 9th,
11th, 13th, and 15th columns arranged into the switch
matrix:

5

$$S = \begin{matrix} 1 & 1 & 1 & 1 & 0 & 0 & 0 & 0 \\ 1 & 1 & 0 & 0 & 1 & 1 & 0 & 0 \\ 1 & 0 & 1 & 0 & 1 & 0 & 1 & 0 \\ 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 \end{matrix}$$

10

To form all of the polymers of length 4, the reactant
matrix [ABCDABCDABCDABCD] is used.  The switch matrix
will be formed from a matrix of the binary numbers from 0
to $2^{16}$ arranged in columns.  The columns having four
15  monomers are then selected and arranged into a switch
matrix.  Therefore, it is seen that the binary switch
matrix in general will provide a representation of all
the products which can be made from an n-step synthesis,
from which the desired products are then extracted.

20      The rows of the binary switch matrix will, in
preferred embodiments, have the property that each
masking step illuminates half of the synthesis area.
Each masking step also factors the preceding masking
step; that is, half of the region that was illuminated in
25  the preceding step is again illuminated, whereas the
other half is not.  Half of the region that was
unilluminated in the preceding step is also illuminated,
whereas the other half is not.  Thus, masking is
recursive.  The masks are constructed, as described
30  previously, by extracting the elements of each row and
placing them in a square array.  For example, the four
masks in S for a four-step synthesis are:

35  $m_1 = \begin{matrix} 1 & 1 & 1 & 1 \\ 1 & 1 & 1 & 1 \\ 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 \end{matrix}$   $m_2 = \begin{matrix} 1 & 1 & 1 & 1 \\ 0 & 0 & 0 & 0 \\ 1 & 1 & 1 & 1 \\ 0 & 0 & 0 & 0 \end{matrix}$   $m_3 = \begin{matrix} 1 & 1 & 0 & 0 \\ 1 & 1 & 0 & 0 \\ 1 & 1 & 0 & 0 \\ 1 & 1 & 0 & 0 \end{matrix}$   $m_4 = \begin{matrix} 1 & 0 & 1 & 0 \\ 1 & 0 & 1 & 0 \\ 1 & 0 & 1 & 0 \\ 1 & 0 & 1 & 0 \end{matrix}$

27.

The recursive factoring of masks allows the products of a light-directed synthesis to be represented by a polynomial. (Some light activated syntheses can only be denoted by irreducible, i.e., prime polynomials.)

5   For example, the polynomial corresponding to the top synthesis of Fig. 9a (discussed below) is

$$P = (A + B)(C + D)$$

10  A reaction polynomial may be expanded as though it were an algebraic expression, provided that the order of joining of reactants $X_1$ and $X_2$ is preserved ($X_1X_2 \neq X_2X_1$), i.e., the products are not commutative. The product then is AC + AD + BC + BD. The polynomial explicitly

15  specifies the reactants and implicitly specifies the mask for each step. Each pair of parentheses demarcates a round of synthesis. The chemical reactants of a round (e.g., A and B) react at nonoverlapping sites and hence cannot combine with one other. The synthesis area is

20  divided equally amongst the elements of a round (e.g., A is directed to one-half of the area and B to the other half). Hence, the masks for a round (e.g., the masks $m_A$ and $m_B$) are orthogonal and form an orthonormal set. The polynomial notation also signifies that each element in a

25  round is to be joined to each element of the next round (e.g., A with C, A with D, B with C, and B with D). This is accomplished by having $m_C$ overlap $m_A$ an $m_B$ equally, and likewise for $m_D$. Because C and D are elements of a round, $m_C$ and $m_D$ are orthogonal to each other and form an

30  orthonormal set.

The polynomial representation of the binary synthesis described above, in which 16 products are made from 4 reactants, is

35   $$P = (A + \emptyset) \ (B + \emptyset) \ (C + \emptyset) \ (D + \emptyset)$$

IAFP00632682

28

which gives ABCD, ABC, ABD, AB, ACD, AC, AD, A, BCD, BC, BD, B, CD, C, D, and Ø when expanded (with the rule that ØX = X and XØ = X, and remembering that joining is ordered).  In a binary synthesis, each round contains one

5   reactant and one null (denoted by Ø).  Half of the synthesis area receives the reactant and the other half receives nothing.  Each mask overlaps every other mask equally.

Binary rounds and non-binary rounds can be
10  interspersed as desired, as in

$$P = (A + \emptyset)\ (B)\ (C + D + \emptyset)\ (E + F + G)$$

The 18 compounds formed are ABCE, ABCF, ABCG, ABDE, ABDF,
15  ABDG, ABE, ABF, ABG, BCE, BCF, BCG, BDE, BDF, BDG, BE, BF, and BG.  The switch matrix $S$ for this 7-step synthesis is

$$S = \begin{matrix} 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 0 & 0 & 0 & 0 & 0 & 0 & 0 & 0 & 0 \\ 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 & 1 \\ 1 & 1 & 1 & 0 & 0 & 0 & 0 & 0 & 1 & 1 & 1 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 1 & 1 & 1 & 0 & 0 & 0 & 0 & 0 & 0 & 1 & 1 & 1 & 0 & 0 & 0 \\ 1 & 0 & 0 & 1 & 0 & 0 & 1 & 0 & 0 & 1 & 0 & 0 & 1 & 0 & 0 \\ 0 & 1 & 0 & 0 & 1 & 0 & 0 & 1 & 0 & 0 & 1 & 0 & 0 & 1 & 0 \\ 0 & 0 & 1 & 0 & 0 & 1 & 0 & 0 & 1 & 0 & 0 & 1 & 0 & 0 & 1 \end{matrix}$$

The round denoted by (B) places B in all products because the reaction area was uniformly activated (the mask for B consisted entirely of 1's).

30  The number of compounds $k$ formed in a synthesis consisting of $r$ rounds, in which the ith round has $b_i$ chemical reactants and $z_i$ nulls, is

$$k = \Sigma\ (b_i + z_i)$$

35

IAFP00632683

29.

and the number of chemical steps n is

$$n = \Sigma b_i$$

5    The number of compounds synthesized when $b = a$ and $z = 0$ in all rounds is $a^{n/a}$, compared with $2^n$ for a binary synthesis. For $n = 20$ and $a = 5$, 625 compounds (all tetramers) would be formed, compared with $1.049 \times 10^6$ compounds in a binary synthesis with the same number of

10    chemical steps.

     It should also be noted that rounds in a polynomial can be nested, as in

15          (A + (B+∅)(C+∅)) (D+∅)

The products are AD, BCD, BD, CD, D, A, BC, B, C, and ∅.

     Binary syntheses are attractive for two reasons. First, they generate the maximal number of products ($2^n$) for a given number of chemical steps (n).

20    For four reactants, 16 compounds are formed in the binary synthesis, whereas only 4 are made when each round has two reactants. A 10-step binary synthesis yields 1,024 compounds, and a 20-step synthesis yields 1,048,576. Second, products formed in a binary synthesis are a

25    complete nested set with lengths ranging from 0 to n. All compounds that can be formed by deleting one or more units from the longest product (the n-mer) are present. Contained within the binary set are the smaller sets that would be formed from the same reactants using any other

30    set of masks (e.g., AC, AD, BC, and BD formed in the synthesis shown in Fig. 6 are present in the set of 16 formed by the binary synthesis). In some cases, however, the experimentally achievable spatial resolution may not suffice to accommodate all the compounds formed.

35    Therefore, practical limitations may require one to select a particular subset of the possible switch vectors for a given synthesis.

IAFP00632684

30

1.  Example

Fig. 6 illustrates a synthesis with binary
masking scheme.  The binary masking scheme provides the
greatest number of sequences for a given number of
5    cycles.  According to this embodiment, a mask m1 allows
illumination of half of the substrate.  The substrate is
then exposed to the building block A, which binds at the
illuminated regions.

Thereafter, the mask m2 allows illumination of
10   half of the previously illuminated region, while
protecting half of the previously illuminated region.
The building block B is then added, which binds at the
illuminated regions from m2.

The process continues with masks m3, m4, and
15   m5, resulting in the product array shown in the bottom
portion of the figure.  The process generates 32 (2
raised to the power of the number of monomers) sequences
with 5 (the number of monomers) cycles.

20   2.  Example

Fig. 7 illustrates another preferred binary
masking scheme which is referred to herein as the gray
code masking scheme.  According to this embodiment, the
masks m1 to m5 are selected such that a side of any given
25   synthesis region is defined by the edge of only one mask.
The site at which the sequence BCDE is formed, for
example, has its right edge defined by m5 and its left
side formed by mask m4 (and no other mask is aligned on
the sides of this site).  Accordingly, problems created
30   by misalignment, diffusion of light under the mask and
the like will be minimized.

3.  Example

Fig. 8 illustrates another binary masking
35   scheme.  According to this scheme, referred to herein as
a modified gray code masking scheme, the number of masks
needed is minimized.  For example, the mask m2 could be

IAFP00632685

31

the same mask as m1 and simply translated laterally.
Similarly, the mask m4 could be the same as mask m3 and
simply translated laterally.

5        4.  Example
          A four-step synthesis is shown in Fig. 9a.  The
reactants are the ordered set (A,B,C,D).  In the first
cycle, illumination through $m_1$ activates the upper half of
the synthesis area.  Building block A is then added to
10   give the distribution 602.  Illumination through mask $m_2$
     (which activates the lower half), followed by addition of
     B yields the next intermediate distribution 604.  C is
     added after illumination through $m_3$ (which activates the
     left half) giving the distribution 604, and D after
15   illumination through $m_4$ (which activates the right half),
     to yield the final product pattern 608 (AC,AD,BC,BD).

          5.  Example
          The above masking strategy for the synthesis
20   may be extended for all 400 dipeptides from the 20
     naturally occurring amino acids as shown in Fig. 9b.  The
     synthesis consists of two rounds, with 20 photolysis and
     chemical coupling cycles per round.  In the first cycle
     of round 1, mask 1 activates 1/20th of the substrate for
25   coupling with the first of 20 amino acids.  Nineteen
     subsequent illumination/coupling cycles in round 1 yield
     a substrate consisting of 20 rectangular stripes each
     bearing a distinct member of the 20 amino acids.  The
     masks of round 2 are perpendicular to round 1 masks and
30   therefore a single illumination/coupling cycle in round 2
     yields 20 dipeptides.  The 20 illumination/coupling
     cycles of round 2 complete the synthesis of the 400
     dipeptides.

35        6.  Example
          The power of the binary masking strategy can be
     appreciated by the outcome of a 10-step synthesis that

IAFP00632686

32

produced 1,024 peptides. The polynomial expression for
this 10-step binary synthesis was:

$$(f+\emptyset)(Y+\emptyset)(G+\emptyset)(A+\emptyset)(G+\emptyset)(T+\emptyset)(F+\emptyset)(L+\emptyset)(S+\emptyset)(F+\emptyset)$$

5

Each peptide occupied a 400x400 μm square. A
32x32 peptide array (1,024 peptides, including the null
peptide and 10 peptides of ℓ = 1, and a limited number of
duplicates) was clearly evident in a fluorescence scan
10  following side group deprotection and treatment with the
antibody 3E7 and fluorescinated antibody. Each synthesis
site was a 400x400 μm square.

The scan showed a range of fluorescence
intensities, from a background value of 3,300 counts to
15  22,400 counts in the brightest square (x = 20, y = 9).
Only 15 compounds exhibited an intensity greater than
12,300 counts. The median value of the array was 4,800
counts.

The identity of each peptide in the array could
20  be determined from its x and y coordinates (each range
from 0 to 31) and the map of Fig. 10. The chemical units
at positions 2, 5, 6, 9, and 10 are specified by the y
coordinate and those at positions 1, 3, 4, 7, 8 by the x
coordinate. All but one of the peptides was shorter than
25  10 residues. For example, the peptide at x = 12 and
y = 3 is YGAGF (SEQ ID NO:3) (positions 1, 6, 8, 9, and 10 are nulls).
YGAFLS (SEQ ID NO:4) the brightest element of the array, is at x = 20
and y = 9.

It is often desirable to deduce a binding
30  affinity of a given peptide from the measured
fluorescence intensity. Conceptually, the simplest case
is one in which a single peptide binds to a univalent
antibody molecule. The fluorescence scan is carried out
after the slide is washed with buffer for a defined time.
35  The order of fluorescence intensities is then a measure
primarily of the relative dissociation rates of the
antibody-peptide complexes. If the on-rate constants are

33

the same (e.g., if they are diffusion-controlled), the
order of fluorescence intensities will correspond to the
order of binding affinities. However, the situation is
sometimes more complex because a bivalent primary

5    antibody and a bivalent secondary antibody are used. The
density of peptides in a synthesis area corresponded to a
mean separation of ~7 nm, which would allow multivalent
antibody-peptide interactions. Hence, fluorescence
intensities obtained according to the method herein will

10   often be a qualitative indicator of binding affinity.

        Another important consideration is the fidelity
of synthesis. Deletions are produced by incomplete
photodeprotection or incomplete coupling. The coupling
yield per cycle in these experiments is typically between

15   85% and 95%. Implementing the switch matrix by masking
is imperfect because of light diffraction, internal
reflection, and scattering. Consequently, stowaways
(chemical units that should not be on board) arise by
unintended illumination of regions that should be dark.

20   A binary synthesis array contains many of the controls
needed to assess the fidelity of a synthesis. For
example, the fluorescence signal from a synthesis area
nominally containing a tetrapeptide ABCD could come from
a tripeptide deletion impurity such as ACD. Such an

25   artifact would be ruled out by the finding that the
fluorescence intensity of the ACD site is less than that
of the ABCD site.

        The fifteen most highly labelled peptides in
the array obtained with the synthesis of 1,024 peptides

30   described above, were YGAFLS, YGAFS, YGAFL, YGGFLS, YGAF,
YGALS, YGGFS, YGAL, YGAFLS, YGAF, YGAFF, YGGLS, YGGFL,
YGAFSF, and YGAFLSF. A striking feature is that all
fifteen begin with YG, which agrees with previous work
showing that an amino-terminal tyrosine is a key

35   determinant of binding. Residue 3 of this set is either
A or G, and residue 4 is either F or L. The exclusion of
S and T from these positions is clear cut. The finding

IAFP00632688

34

that the preferred sequence is YG (A/G) (F/L) fits nicely
with the outcome of a study in which a very large library
of peptides on phage generated by recombinant DNA methods
was screened for binding to antibody 3E7 (see Cwirla et
5    al., Proc. Natl. Acad. Sci. USA, (1990) 87:6378,
incorporated herein by reference). Additional binary
syntheses based on leads from peptides on phage
experiments show that YGAFMQ, YGAFM, and YGAFQ give
stronger fluorescence signals than does YGGFM, the
10   immunogen used to obtain antibody 3E7.

Variations on the above masking strategy will
be valuable in certain circumstances. For example, if a
"kernel" sequence of interest consists of PQR separated
from XYZ and that the aim is to synthesize peptides in
15   which these units are separated by a variable number of
different residues. The kernel can be placed in each
peptide by using a mask that has 1's everywhere. The
polynomial representation of a suitable synthesis is:

20        (P) (Q) (R) (A+∅) (B+∅) (C+∅) (D+∅) (X) (Y) (Z)

Sixteen peptides will be formed, ranging in length from
the 6-mer PQRXYZ to the 10-mer PQRABCDXYZ.

Several other masking strategies will also find
25   value in selected circumstances. By using a particular
mask more than once, two or more reactants will appear in
the same set of products. For example, suppose that the
mask for an 8-step synthesis is

30        A   11110000
          B   00001111
          C   11001100
          D   00110011
          E   10101010
35        F   01010101
          G   11110000
          H   00001111

IAFP00632689

35

The products are ACEG, ACFG, ADEG, ADFG, BCEH, BCFH,
BDEH, and BDFH.  A and G always appear together because
their additions were directed by the same mask, and
likewise for B and H.

5

C.  Linker Selection

According to preferred embodiments the linker
molecules used as an intermediary between the synthesized
polymers and the substrate are selected for optimum
10  length and/or type for improved binding interaction with
a receptor.  According to this aspect of the invention
diverse linkers of varying length and/or type are
synthesized for subsequent attachment of a ligand.
Through variations in the length and type of linker, it
15  becomes possible to optimize the binding interaction
between an immobilized ligand and its receptor.

The degree of binding between a ligand
(peptide, inhibitor, hapten, drug, etc.) and its receptor
(enzyme, antibody, etc.) when one of the partners is
20  immobilized on to a substrate will in some embodiments
depend on the accessibility of the receptor in solution
to the immobilized ligand.  The accessibility in turn
will depend on the length and/or type of linker molecule
employed to immobilize one of the partners.  Preferred
25  embodiments of the invention therefore employy the VLSIPS™
technology described herein to generate an array of,
preferably, inactive or inert linkers of varying length
and/or type, using photochemical protecting groups to
selectively expose different regions of the substrate and
30  to build upon chemically-active groups.

In the simplest embodiment of this concept,
the same unit is attached to the substrate in varying
multiples or lengths in known locations on the substrate
via VLSIPS™ techniques to generate an array of polymers of
35  varying length.  A single ligand (peptide, drug, hapten,
etc.) is attached to each of them, and an assay is
performed with the binding site to evaluate the degree of

IAFP00632690

36

binding with a receptor that is known to bind to the
ligand. In cases where the linker length impacts the
ability of the receptor to bind to the ligand, varying
levels of binding will be observed. In general, the
5    linker which provides the highest binding will then be
used to assay other ligands synthesized in accordance
with the techniques herein.

According to other embodiments the binding
between a single ligand/receptor pair is evaluated for
10    linkers of diverse monomer sequence. According to these
embodiments, the linkers are synthesized in an array in
accordance with the techniques herein and have different
monomer sequence (and, optionally, different lengths).
Thereafter, all of the linker molecules are provided with
15    a ligand known to have at least some binding affinity for
a given receptor. The given receptor is then exposed to
the ligand and binding affinity is deduced. Linker
molecules which provide adequate binding between the
ligand and receptor are then utilized in screening
20    studies.


D.  Protecting Groups

As discussed above, selectively removable
protecting groups allow creation of well defined areas of
25    substrate surface having differing reactivities.
Preferably, the protecting groups are selectively removed
from the surface by applying a specific activator, such
as electromagnetic radiation of a specific wavelength and
intensity. More preferably, the specific activator
30    exposes selected areas of surface to remove the
protecting groups in the exposed areas.

Protecting groups of the present invention are
used in conjunction with solid phase oligomer syntheses,
such as peptide syntheses using natural or unnatural
35    amino acids, nucleotide syntheses using deoxyribonucleic
and ribonucleic acids, oligosaccharide syntheses, and the
like. In addition to protecting the substrate surface

IAFP00632691