37.

from unwanted reaction, the protecting groups block a
reactive end of the monomer to prevent
self-polymerization. For instance, attachment of a
protecting group to the amino terminus of an activated
5    amino acid, such as an N-hydroxysuccinimide-activated
ester of the amino acid, prevents the amino terminus of
one monomer from reacting with the activated ester
portion of another during peptide synthesis.
Alternatively, the protecting group may be attached to
10   the carboxyl group of an amino acid to prevent reaction
at this site. Most protecting groups can be attached to
either the amino or the carboxyl group of an amino acid,
and the nature of the chemical synthesis will dictate
which reactive group will require a protecting group.
15   Analogously, attachment of a protecting group to the
5'-hydroxyl group of a nucleoside during synthesis using
for example, phosphate-triester coupling chemistry,
prevents the 5'-hydroxyl of one nucleoside from reacting
with the 3'-activated phosphate-triester of another.
20        Regardless of the specific use, protecting
groups are employed to protect a moiety on a molecule
from reacting with another reagent. Protecting groups of
the present invention have the following characteristics:
they prevent selected reagents from modifying the group
25   to which they are attached; they are stable (that is,
they remain attached to the molecule) to the synthesis
reaction conditions; they are removable under conditions
that do not adversely affect the remaining structure; and
once removed, do not react appreciably with the surface
30   or surface-bound oligomer. The selection of a suitable
protecting group will depend, of course, on the chemical
nature of the monomer unit and oligomer, as well as the
specific reagents they are to protect against.
          In a preferred embodiment, the protecting
35   groups are photoactivatable. The properties and uses of
photoreactive protecting compounds have been reviewed.
See, McCray et al., Ann. Rev. of Biophys. and Biophys.

38

Chem. (1989) 18:239-270, which is incorporated herein by reference. Preferably, the photosensitive protecting groups will be removable by radiation in the ultraviolet (UV) or visible portion of the electromagnetic spectrum.

5  More preferably, the protecting groups will be removable by radiation in the near UV or visible portion of the spectrum. In some embodiments, however, activation may be performed by other methods such as localized heating, electron beam lithography, laser pumping, oxidation or

10  reduction with microelectrodes, and the like. Sulfonyl compounds are suitable reactive groups for electron beam lithography. Oxidative or reductive removal is accomplished by exposure of the protecting group to an electric current source, preferably using microelectrodes

15  directed to the predefined regions of the surface which are desired for activation. Other methods may be used in light of this disclosure.

Many, although not all, of the photoremovable protecting groups will be aromatic compounds that absorb

20  near-UV and visible radiation. Suitable photoremovable protecting groups are described in, for example, McCray et al., Patchornik, J. Amer. Chem. Soc. (1970) 92:6333, and Amit et al., J. Org. Chem. (1974) 39:192, which are incorporated herein by reference.

25  A preferred class of photoremovable protecting groups has the general formula:

30



where $R^1$, $R^2$, $R^3$, and $R^4$ independently are a hydrogen atom,

35  a lower alkyl, aryl, benzyl, halogen, hydroxyl, alkoxyl, thiol, thioether, amino, nitro, carboxyl, formate, formamido or phosphido group, or adjacent substituents

IAFP00632693

39

(i.e., $R^1-R^2$, $R^2-R^3$, $R^3-R^4$) are substituted oxygen groups
that together form a cyclic acetal or ketal; $R^5$ is a
hydrogen atom, a alkoxyl, alkyl, hydrogen, halo, aryl, or
alkenyl group; and n = 0 or 1.

5          A preferred protecting group, 6-nitroveratryl
(NV), which is used for protecting the carboxyl terminus
of an amino acid or the hydroxyl group of a nucleotide,
for example, is formed when $R^2$ and $R^3$ are each a methoxy
group; $R^1$, $R^4$ and $R^5$ are each a hydrogen atom, and n = 0:

10



15

A preferred protecting group,
6-nitroveratryloxycarbonyl (NVOC), which is used to
protect the amino terminus of an amino acid, for example,
20   is formed when $R^2$ and $R^3$ are each a methoxy group, $R^1$, $R^4$
and $R^5$ are each a hydrogen atom, and n = 1:



25

Another preferred protecting group,
30   6-nitropiperonyl (NP), which is used for protecting the
carboxyl terminus of an amino acid or the hydroxyl group
of a nucleotide, for example, is formed when $R^2$ and $R^3$
together form a methylene acetal, $R^1$, $R^4$ and $R^5$ are each a
hydrogen atom, and n = 0:

35

40



Another preferred protecting group,
6-nitropiperonyloxycarbonyl (NPOC), which is used to
protect the amino terminus of an amino acid, for example,
is formed when $R^2$ and $R^3$ together form a methylene acetal,
$R^1$, $R^4$ and $R^5$ are each a hydrogen atom, and n = 1:



A most preferred protecting group,
methyl-6-nitroveratryl (MeNV), which is used for
protecting the carboxyl terminus of an amino acid or the
hydroxyl group of a nucleotide, for example, is formed
when $R^2$ and $R^3$ are each a methoxy group, $R^1$ and $R^4$ are
each a hydrogen atom, $R^5$ is a methyl group, and n = 0:



Another most preferred protecting group,
methyl-6-nitroveratryloxycarbonyl (MeNVOC), which is used
to protect the amino terminus of an amino acid, for
example, is formed when $R^2$ and $R^3$ are each a methoxy

IAFP00632695

41

group, $R^1$ and $R^4$ are each a hydrogen atom, $R^5$ is a methyl group, and n = 1:



Another most preferred protecting group, methyl-6-nitropiperonyl (MeNP), which is used for protecting the carboxyl terminus of an amino acid or the hydroxyl group of a nucleotide, for example, is formed when $R^2$ and $R^3$ together form a methylene acetal, $R^1$ and $R^4$ are each a hydrogen atom, $R^5$ is a methyl group, and n = 0:



Another most preferred protecting group, methyl-6-nitropiperonyloxycarbonyl (MeNPOC), which is used to protect the amino terminus of an amino acid, for example, is formed when $R^2$ and $R^3$ together form a methylene acetal, $R^1$ and $R^4$ are each a hydrogen atom, $R^5$ is a methyl group, and n = 1:



IAFP00632696

42

A protected amino acid having a
photoactivatable oxycarbonyl protecting group, such NVOC
or NPOC or their corresponding methyl derivatives, MeNVOC
or MeNPOC, respectively, on the amino terminus is formed
5   by acylating the amine of the amino acid with an
activated oxycarbonyl ester of the protecting group.
Examples of activated oxycarbonyl esters of NVOC and
MeNVOC have the general formula:

10



NVOC-X                        MeNVOC-X

15   where X is halogen, mixed anhydride, phenoxy,
p-nitrophenoxy, N-hydroxysuccinimide, and the like.
       A protected amino acid or nucleotide having a
photoactivatable protecting group, such as NV or NP or
their corresponding methyl derivatives, MeNV or MeNP,
20   respectively, on the carboxy terminus of the amino acid
or 5'-hydroxy terminus of the nucleotide, is formed by
acylating the carboxy terminus or 5'-OH with an activated
benzyl derivative of the protecting group.  Examples of
activated benzyl derivatives of MeNV and MeNP have the
25   general formula:



30

MeNV-X                        MeNP-X

where X is halogen, hydroxyl, tosyl, mesyl,
trifluormethyl, diazo, azido, and the like.
35       Another method for generating protected
monomers is to react the benzylic alcohol derivative of
the protecting group with an activated ester of the

IAFP00632697

43

monomer. For example, to protect the carboxyl terminus
of an amino acid, an activated ester of the amino acid is
reacted with the alcohol derivative of the protecting
group, such as 6-nitroveratrol (NVOH). Examples of
5   activated esters suitable for such uses include
halo-formate, mixed anhydride, imidazoyl formate, acyl
halide, and also includes formation of the activated
ester _in situ_ the use of common reagents such as DCC and
the like. See Atherton _et al._ for other examples of
10   activated esters.

A further method for generating protected
monomers is to react the benzylic alcohol derivative of
the protecting group with an activated carbon of the
monomer. For example, to protect the 5'-hydroxyl group
15   of a nucleic acid, a derivative having a 5'-activated
carbon is reacted with the alcohol derivative of the
protecting group, such as methyl-6-nitropiperonol
(MePyROH). Examples of nucleotides having activating
groups attached to the 5'-hydroxyl group have the general
20   formula:



25

where Y is a halogen atom, a tosyl, mesyl,
trifluoromethyl, azido, or diazo group, and the like.
30   Another class of preferred photochemical
protecting groups has the formula:



35

44

where $R^1$, $R^2$, and $R^3$ independently are a hydrogen atom, a lower alkyl, aryl, benzyl, halogen, hydroxyl, alkoxyl, thiol, thioether, amino, nitro, carboxyl, formate, formamido, sulfanates, sulfido or phosphido group, $R^4$ and $R^5$ independently are a hydrogen atom, an alkoxy, alkyl, halo, aryl, hydrogen, or alkenyl group, and n = 0 or 1.

A preferred protecting group, 1-pyrenylmethyloxycarbonyl (PyROC), which is used to protect the amino terminus of an amino acid, for example, is formed when $R^1$ through $R^5$ are each a hydrogen atom and n = 1:



Another preferred protecting group, 1-pyrenylmethyl (PyR), which is used for protecting the carboxy terminus of an amino acid or the hydroxyl group of a nucleotide, for example, is formed when $R^1$ through $R^5$ are each a hydrogen atom and n = 0:



An amino acid having a pyrenylmethyloxycarbonyl protecting group on its amino terminus is formed by acylation of the free amine of amino acid with an activated oxycarbonyl ester of the pyrenyl protecting group. Examples of activated oxycarbonyl esters of PyROC have the general formula:

IAFP00632699

45





where X is halogen, or mixed anhydride, p-nitrophenoxy, or N-hydroxysuccinimide group, and the like.

A protected amino acid or nucleotide having a photoactivatable protecting group, such as PyR, on the carboxy terminus of the amino acid or 5'-hydroxy terminus of the nucleic acid, respectively, is formed by acylating the carboxy terminus or 5'-OH with an activated pyrenylmethyl derivative of the protecting group. Examples of activated pyrenylmethyl derivatives of PyR have the general formula:



where X is a halogen atom, a hydroxyl, diazo, or azido group, and the like.

Another method of generating protected monomers is to react the pyrenylmethyl alcohol moiety of the protecting group with an activated ester of the monomer. For example, an activated ester of an amino acid can be reacted with the alcohol derivative of the protecting group, such as pyrenylmethyl alcohol (PyROH), to form the protected derivative of the carboxy terminus of the amino acid. Examples of activated esters include halo-formate, mixed anhydride, imidazoyl formate, acyl halide, and also

46

includes formation of the activated ester *in situ* and the
use of common reagents such as DCC and the like.

Clearly, many photosensitive protecting groups
are suitable for use in the present invention.

5        In preferred embodiments, the substrate is
irradiated to remove the photoremovable protecting groups
and create regions having free reactive moieties and side
products resulting from the protecting group. The
removal rate of the protecting groups depends on the
10      wavelength and intensity of the incident radiation, as
well as the physical and chemical properties of the
protecting group itself. Preferred protecting groups are
removed at a faster rate and with a lower intensity of
radiation. For example, at a given set of conditions,
15      MeNVOC and MeNPOC are photolytically removed from the
N-terminus of a peptide chain faster than their
unsubstituted parent compounds, NVOC and NPOC,
respectively.

Removal of the protecting group is accomplished
20      by irradiation to liberate the reactive group and
degradation products derived from the protecting group.
Not wishing to be bound by theory, it is believed that
irradiation of an NVOC- and MeNVOC-protected oligomers
occurs by the following reaction schemes:

25

NVOC-AA -> 3,4-dimethoxy-6-nitrosobenzaldehyde + $CO_2$ + AA
MeNVOC-AA-> 3,4-dimethoxy-6-nitrosoacetophenone + $CO_2$ + AA

where AA represents the N-terminus of the amino acid
30      oligomer.

Along with the unprotected amino acid, other
products are liberated into solution: carbon dioxide and
a 2,3-dimethoxy-6-nitrosophenylcarbonyl compound, which
can react with nucleophilic portions of the oligomer to
35      form unwanted secondary reactions. In the case of an
NVOC-protected amino acid, the degradation product is a
nitrosobenzaldehyde, while the degradation product for

IAFP00632701

47

the other is a nitrosophenyl ketone. For instance, it is believed that the product aldehyde from NVOC degradation reacts with free amines to form a Schiff base (imine) that affects the remaining polymer synthesis. Preferred

5   photoremovable protecting groups react slowly or reversibly with the oligomer on the support.

Again not wishing to be bound by theory, it is believed that the product ketone from irradiation of a MeNVOC-protected oligomer reacts at a slower rate with

10  nucleophiles on the oligomer than the product aldehyde from irradiation of the same NVOC-protected oligomer. Although not unambiguously determined, it is believed that this difference in reaction rate is due to the difference in general reactivity between aldehyde and

15  ketones towards nucleophiles due to steric and electronic effects.

The photoremovable protecting groups of the present invention are readily removed. For example, the photolysis of N-protected L-phenylalanine in solution and

20  having different photoremovable protecting groups was analyzed, and the results are presented in the following table:

Table

Photolysis of Protected L-Phe-OH

25

| Solvent | $t_{1/2}$ in seconds | | | |
|---------|------|------|--------|--------|
|         | NBOC | NVOC | MeNVOC | MeNPOC |
| Dioxane | 1288 | 110  | 24     | 19     |
| 5mM $H_2SO_4$/Dioxane | 1575 | 98 | 33 | 22 |

30

The half life, $t_{1/2}$, is the time in seconds required to remove 50% of the starting amount of

35  protecting group. NBOC is the 6-nitrobenzyloxycarbonyl group, NVOC is the 6-nitroveratryloxycarbonyl group, MeNVOC is the methyl-6-nitroveratryloxycarbonyl group,

IAFP00632702

48

and MeNPOC is the methyl-6-nitropiperonyloxycarbonyl
group. The photolysis was carried out in the indicated
solvent with 362/364 nm-wavelength irradiation having an
intensity of 10 mW/cm$^2$, and the concentration of each
protected phenylalanine was 0.10 mM.

The table shows that deprotection of NVOC-,
MeNVOC-, and MeNPOC-protected phenylalanine proceeded
faster than the deprotection of NBOC. Furthermore, it
shows that the deprotection of the two derivatives that
are substituted on the benzylic carbon, MeNVOC and
MeNPOC, were photolyzed at the highest rates in both
dioxane and acidified dioxane.

### 1. Use of Photoremovable Groups During Solid-Phase Synthesis of Peptides

The formation of peptides on a solid-phase
support requires the stepwise attachment of an amino acid
to a substrate-bound growing chain. In order to prevent
unwanted polymerization of the monomeric amino acid under
the reaction conditions, protection of the amino terminus
of the amino acid is required. After the monomer is
coupled to the end of the peptide, the N-terminal
protecting group is removed, and another amino acid is
coupled to the chain. This cycle of coupling and
deprotecting is continued for each amino acid in the
peptide sequence. See Merrifield, J. Am. Chem. Soc.
(1963) 85:2149, and Atherton et al., "Solid Phase
Peptide Synthesis" 1989, IRL Press, London, both
incorporated herein by reference for all purposes. As
described above, the use of a photoremovable protecting
group allows removal of selected portions of the
substrate surface, via patterned irradiation, during the
deprotection cycle of the solid-phase synthesis. This
selectively allows spatial control of the synthesis--the
next amino acid is coupled only to the irradiated areas.

49

In one embodiment, the photoremovable
protecting groups of the present invention are attached
to an activated ester of an amino acid at the amino
terminus:

5

$$Y \overset{\displaystyle}{\underset{R}{\diagup}} NH\text{-}X$$

10

where R is the side chain of a natural or unnatural amino
acid, X is a photoremovable protecting group, and Y is an
activated carboxylic acid derivative. The photoremovable
15    protecting group, X, is preferably NVOC, NPOC, PyROC,
MeNVOC, MeNPOC, and the like as discussed above. The
activated ester, Y, is preferably a reactive derivative
having a high coupling efficiency, such as an acyl
halide, mixed anhydride, N-hydroxysuccinimide ester,
20    perfluorophenyl ester, or urethane protected acid, and
the like. Other activated esters and reaction conditions
are well known (See Atherton et al.).

    2.  Use of Photoremovable Groups During
        Solid-Phase Synthesis of Oligonucleotides
25            The formation of oligonucleotides on a
solid-phase support requires the stepwise attachment of a
nucleotide to a substrate-bound growing oligomer. In
order to prevent unwanted polymerization of the monomeric
nucleotide under the reaction conditions, protection of
30    the 5'-hydroxyl group of the nucleotide is required.
After the monomer is coupled to the end of the oligomer,
the 5'-hydroxyl protecting group is removed, and another
nucleotide is coupled to the chain. This cycle of
coupling and deprotecting is continued for each
35    nucleotide in the oligomer sequence. See Gait,
"Oligonucleotide Synthesis: A Practical Approach" 1984,
IRL Press, London, incorporated herein by reference for

IAFP00632704

50

all purposes. As described above, the use of a
photoremovable protecting group allows removal, via
patterned irradiation, of selected portions of the
substrate surface during the deprotection cycle of the
5   solid phase synthesis. This selectively allows spatial
control of the synthesis--the next nucleotide is coupled
only to the irradiated areas.

Oligonucleotide synthesis generally involves
coupling an activated phosphorous derivative on the
10  3'-hydroxyl group of a nucleotide with the 5'-hydroxyl
group of an oligomer bound to a solid support. Two major
chemical methods exist to perform this coupling: the
phosphate-triester and phosphoamidite methods (See Gait).
Protecting groups of the present invention are suitable
15  for use in either method.

In a preferred embodiment, a photoremovable
protecting group is attached to an activated nucleotide
on the 5'-hydroxyl group:

20



25

where B is the base attached to the sugar ring; R is a
hydrogen atom when the sugar is deoxyribose or R is a
hydroxyl group when the sugar is ribose; P represents an
activated phosphorous group; and X is a photoremovable
30  protecting group. The photoremovable protecting group,
X, is preferably NV, NP, PyR, MeNV, MeNP, and the like
as described above. The activated phosphorous group, P,
is preferably a reactive derivative having a high
coupling efficiency, such as a phosphate-triester,
35  phosphoamidite or the like. Other activated phosphorous
derivatives, as well as reaction conditions, are well
known (See Gait).

IAFP00632705

51

E.   Amino Acid N-Carboxy Anhydrides
     Protected With a Photoremovable Group

    During Merrifield peptide synthesis, an
activated ester of one amino acid is coupled with the
free amino terminus of a substrate-bound oligomer.
Activated esters of amino acids suitable for the solid
phase synthesis include halo-formate, mixed anhydride,
imidazoyl formate, acyl halide, and also includes
formation of the activated ester in situ and the
use of common reagents such as DCC and the like
(See Atherton et al.).  A preferred protected and
activated amino acid has the general formula:



where R is the side chain of the amino acid and X is a
photoremovable protecting group.  This compound is a
urethane-protected amino acid having a photoremovable
protecting group attach to the amine.  A more preferred
activated amino acid is formed when the photoremovable
protecting group has the general formula:



where $R^1$, $R^2$, $R^3$, and $R^4$ independently are a hydrogen atom,
a lower alkyl, aryl, benzyl, halogen, hydroxyl, alkoxyl,
thiol, thioether, amino, nitro, carboxyl, formate,
formamido or phosphido group, or adjacent substituents
(i.e., $R^1$-$R^2$, $R^2$-$R^3$, $R^3$-$R^4$) are substituted oxygen groups

52

that together form a cyclic acetal or ketal; and $R^5$ is a
hydrogen atom, a alkoxyl, alkyl, hydrogen, halo, aryl, or
alkenyl group.

A preferred activated amino acid is
5   formed when the photoremovable protecting group is
6-nitroveratryloxycarbonyl. That is, $R^1$ and $R^4$ are each a
hydrogen atom, $R^2$ and $R^3$ are each a methoxy group, and $R^5$
is a hydrogen atom. Another preferred activated amino
acid is formed when the photoremovable group is
10  6-nitropiperonyl: $R^1$ and $R^4$ are each a hydrogen atom, $R^2$
and $R^3$ together form a methylene acetal, and $R^5$ is a
hydrogen atom. Other protecting groups are possible.
Another preferred activated ester is formed when the
photoremovable group is methyl-6-nitroveratryl or methyl-
15  6-nitropiperonyl.

Another preferred activated amino acid is
formed when the photoremovable protecting group has the
general formula:

20



25

where $R^1$, $R^2$, and $R^3$ independently are a hydrogen atom, a
lower alkyl, aryl, benzyl, halogen, hydroxyl, alkoxyl,
thiol, thioether, amino, nitro, carboxyl, formate,
formamido, sulfanates, sulfido or phosphido group, and $R^4$
30  and $R^5$ independently are a hydrogen atom, an alkoxy,
alkyl, halo, aryl, hydrogen, or alkenyl group. The
resulting compound is a urethane-protected amino acid
having a pyrenylmethyloxycarbonyl protecting group
attached to the amine. A more preferred embodiment is
35  formed when $R^1$ through $R^5$ are each a hydrogen atom.

The urethane-protected amino acids having a
photoremovable protecting group of the present invention

IAFP00632707

51

are prepared by condensation of an N-protected amino acid
with an acylating agent such as an acyl halide,
anhydride, chloroformate and the like (See Fuller et al.,
U.S. Patent No. 4,946,942 and Fuller et al., J. Amer.

5   Chem. Soc. (1990) 112:7414-7416, both herein incorporated
by reference for all purposes).

Urethane-protected amino acids having
photoremovable protecting groups are generally useful as
reagents during solid-phase peptide synthesis, and

10   because of the spatially selectivity possible with the
photoremovable protecting group, are especially useful
for the spatially addressing peptide synthesis.  These
amino acids are difunctional:  the urethane group first
serves to activate the carboxy terminus for reaction with

15   the amine bound to the surface and, once the peptide bond
is formed, the photoremovable protecting group protects
the newly formed amino terminus from further reaction.
These amino acids are also highly reactive to
nucleophiles, such as deprotected amines on the surface

20   of the solid support, and due to this high reactivity,
the solid-phase peptide coupling times are significantly
reduced, and yields are typically higher.


IV.  Data Collection

25       A.  Data Collection System
Substrates prepared in accordance with the
above description are used in one embodiment to determine
which of the plurality of sequences thereon bind to a
receptor of interest.  Fig. 11 illustrates one embodiment

30   of a device used to detect regions of a substrate which
contain florescent markers.  This device would be used,
for example, to detect the presence or absence of a
labeled receptor such as an antibody which has bound to a
synthesized polymer on a substrate.

35       Light is directed at the substrate from a light
source 1002 such as a laser light source of the type well
known to those of skill in the art such as a model no.

IAFP00632708

54.

2025 made by Spectra Physics. Light from the source is directed at a lens 1004 which is preferably a cylindrical lens of the type well known to those of skill in the art. The resulting output from the lens 1004 is a linear beam
5   rather than a spot of light, resulting in the capability to detect data substantially simultaneously along a linear array of pixels rather than on a pixel-by-pixel basis. It will be understood that which a cylindrical lens is used herein as an illustration of one technique
10  for generating a linear beam of light on a surface, it will be understood that other techniques could also be utilized.

    The beam from the cylindrical lens is passed through a dichroic mirror or prism and directed at the
15  surface of the suitably prepared substrate 1008. Substrate 1008 is placed on an x-y translation stage 1009 such as a model no. PM500-8 made by Newport. Light at certain locations on the substrate will be fluoresced and transmitted along the path indicated by dashed lines back
20  through the dichroic mirror, and focused with a suitable lens 1010 such as an f/1.4 camera lens on a linear detector 1012 via a variable f stop focusing lens 1014. Through use of a linear light beam, it becomes possible to generate data over a line of pixels (such as about
25  1 cm) along the substrate, rather than from individual points on the substrate. In alternative embodiments, light is directed at a 2-dimensional area of the substrate and fluoresced light detected by a 2-dimensional CCD array. Linear detection is preferred
30  because substantially higher power densities are obtained.

    Detector 1012 detects the amount of light fluoresced from the substrate as a function of position. According to one embodiment the detector is a linear CCD
35  array of the type commonly known to those of skill in the art. The x-y translation stage, the light source, and the detector 1012 are all operably connected to a

IAFP00632709

55

computer 1016 such as a IBM PC-AT or equivalent for
control of the device and data collection from the CCD
array.

    In operation, the substrate is appropriately
5  positioned by the translation stage. The light source is
then illuminated, and intensity data are gathered with
the computer via the detector.

    Fig. 12 illustrates the architecture of the
data collection system in greater detail. Operation of
10  the system occurs under the direction of the photon
counting program 1102 (photon), included herewith as
Appendix B. The user inputs the scan dimensions, the
number of pixels or data points in a region, and the scan
speed to the counting program. Via a GP1B bus 1104 the
15  program (in an IBM PC compatible computer, for example)
interfaces with a multichannel scaler 1106 such as a
Stanford Research SR 430 and an x-y stage controller 1108
such as a PM500. The signal from the light from the
fluorescing substrate enters a photon counter 1110,
20  providing output to the scaler 1106. Data are output
from the scaler indicative of the number of counts in a
given region. After scanning a selected area, the stage
controller is activated with commands for acceleration
and velocity, which in turn drives the scan stage 1112
25  such as a PM500-A to another region.

    Data are collected in an image data file 1114
and processed in a scaling program 1116, also included in
Appendix B. A scaled image is output for display on, for
example, a VGA display 1118. The image is scaled based
30  on an input of the percentage of pixels to clip and the
minimum and maximum pixel levels to be viewed. The
system outputs for use the min and max pixel levels in
the raw data.

35

56

B. Data Analysis

The output from the data collection system is an array of data indicative of fluorescent intensity versus location on the substrate. The data are typically taken over regions substantially smaller than the area in
5  which synthesis of a given polymer has taken place. Merely by way of example, if polymers were synthesized in squares on the substrate having dimensions of 500 microns by 500 microns, the data may be taken over regions having
10  dimensions of 5 microns by 5 microns. In most preferred embodiments, the regions over which *fluorescence* data are taken across the substrate are less than about 1/2 the area of the regions in which individual polymers are synthesized, preferably less than 1/10 the area in which
15  a single polymer is synthesized, and most preferably less than 1/100 the area in which a single polymer is synthesized. Hence, within any area in which a given polymer has been synthesized, a large number of fluorescence data points are collected.
20       A plot of number of pixels versus intensity for a scan of a cell when it has been exposed to, for example, a labeled antibody will typically take the form of a bell curve, but spurious data are observed, particularly at higher intensities. Since it is
25  desirable to use an average of fluorescent intensity over a given synthesis region in determining relative binding affinity, these spurious data will tend to undesirably skew the data.

Accordingly, in one embodiment of the invention
30  the data are corrected for removal of these spurious data points, and an average of the data points is thereafter utilized in determining relative binding efficiency.

Fig. 13 illustrates one embodiment of a system for removal of spurious data from a set of fluorescence
35  data such as data used in affinity screening studies. A user or the system inputs data relating to the chip location and cell corners at step 1302. From this

IAFP00632711

57.

information and the image file, the system creates a
computer representation of a histogram at step 1304, the
histogram (at least in the form of a computer file)
plotting number of data pixels versus intensity.

5              For each cell, a main data analysis loop is
then performed. For each cell, at step 1306, the system
calculates the total intensity or number of pixels for
the bandwidth centered around varying intensity levels.
For example, as shown in the plot to the right of step

10     1306, the system calculates the number of pixels within
the band of width w. The system then "moves" this
bandwidth to a higher center intensity, and again
calculates the number of pixels in the bandwidth. This
process is repeated until the entire range of intensities

15     have been scanned, and at step 1308 the system determines
which band has the highest total number of pixels. The
data within this bandwidth are used for further analysis.
Assuming the bandwidth is selected to be reasonably
small, this procedure will have the effect of eliminating

20     spurious data located at the higher intensity levels.
The system then repeats at step 1310 if all cells have
been evaluated, or repeats for the next cell.

              At step 1312 the system then integrates the
data within the bandwidth for each of the selected cells,

25     sorts the data at step 1314 using the synthesis procedure
file, and displays the data to a user on, for example, a
video display or a printer.

       V.  Representative Applications
30     A.  Oligonucleotide Synthesis
              The generality of light directed spatially
addressable parallel chemical synthesis is demonstrated
by application to nucleic acid synthesis.

35

IAFP00632712

58

1. **Example**

Light activated formation of a thymidine-
cytidine dimer was carried out. A three dimensional
representation of a fluorescence scan showing a
checkboard pattern generated by the light-directed
synthesis of a dinucleotide is shown in Fig. 8.
5'-nitroveratryl thymidine was attached to a synthesis
substrate through the 3' hydroxyl group. The
nitroveratryl protecting groups were removed by
10    illumination through a 500 mm checkerboard mask. The
substrate was then treated with phosphoramidite activated
2'-deoxycytidine. In order to follow the reaction
fluorometrically, the deoxycytidine had been modified
with an FMOC protected aminohexyl linker attached to the
15    exocyclic amine (5'-O-dimethoxytrityl-4-N-(6-N-
fluorenylmethylcarbamoyl-hexylcarboxy)-2'-deoxycytidine).
After removal of the FMOC protecting group with base, the
regions which contained the dinucleotide were
fluorescently labelled by treatment of the substrate with
20    1 mM FITC in DMF for one hour.

The three-dimensional representation of the
fluorescent intensity data in Fig. 14 clearly reproduces
the checkerboard illumination pattern used during
photolysis of the substrate. This result demonstrates
25    that oligonucleotides as well as peptides can be
synthesized by the light-directed method.


VI.  **Conclusion**

The inventions herein provide a new approach
30    for the simultaneous synthesis of a large number of
compounds. The method can be applied whenever one has
chemical building blocks that can be coupled in a solid-
phase format, and when light can be used to generate a
reactive group.

35    The above description is illustrative and not
restrictive. Many variations of the invention will
become apparent to those of skill in the art upon review

59.

of this disclosure.  Merely by way of example, while the
invention is illustrated primarily with regard to peptide
and nucleotide synthesis, the invention is not so
limited.  The scope of the invention should, therefore,
5   be determined not with reference to the above
description, but instead should be determined with
reference to the appended claims along with their full
scope of equivalents.

10

15

20

25

30

35

IAFP00632714

82
60

WHAT IS CLAIMED IS:

1. A reactor system for synthesizing a plurality
of polymer sequences on a substrate comprising:

5      a) a reactor for contacting reaction fluids to
said substrate;

b) a system for delivering selected reaction
fluids to said reactor;

c) a translation stage for moving a mask or
10   substrate from at least a first relative location
relative to a second relative location;

d) a light for illuminating said substrate
through a mask at selected times; and

e) an appropriately programmed digital computer
15   for selectively directing a flow of fluids from said
reactor system, selectively activating said translation
stage, and selectively illuminating said substrate so as
to form a plurality of diverse polymer sequences on said
substrate at predetermined locations.

20

2. The reactor system as recited in claim 1
adapted to provide a plurality of monomers in a reaction
fluid to said substrate, said substrate used for an
initial screening of polymer sequences.

25

3. An ordered method for forming a plurality of
polymer sequences by sequential addition of reagents
comprising the step of serially protecting and
deprotecting portions of said plurality of polymer
30   sequences for addition of other portions of said polymer
sequences using a binary synthesis strategy.

4. The method as recited in claim 3 wherein said
binary synthesis strategy is a binary masking strategy.

35

5. The method as recited in claim 4 wherein said
masking strategy in which said masking strategy provides

83
62

at least two consecutive steps in which a mask factors a
previous mask by protecting a portion of a previously
illuminated portions to light and exposing a portion of a
previously protected portions to light.

5

6.  The method as recited in claim 4 in which said
masking strategy in which at least two successive steps
in said masking strategy illuminate about one half of a
region of interest on said substrate.

10

7.  The method as recited in claim 4 wherein said
masking strategy forms a plurality of polymer sequences
on a single substrate.

15          8.  The method as recited in claim 4 wherein said
masks are arranged in a gray code masking scheme, said
gray code masking scheme having one edge illumination on
each of a plurality of synthesis sites.

20          9.  The method as recited in claim 4 wherein said
masking scheme results in a minimum number of masking
steps for a number of polymers synthesized.

10.  The method as recited in claim 4 wherein all
25  possible polymers of length l are formed with a given
basis set of monomers.

11.  The method as recited in claim 4 wherein said
masking strategy is developed in an appropriately
30  programmed digital computer inputting at least a desired
basis set, and length of polymers.

12.  The method as recited in claim 4 wherein all
possible polymers of a length less than or equal to l are
35  formed with a given basis set of monomers.

IAFP00632716

84
62.

13. The method as recited in claim 4 further comprising the step of forming a portion of said polymers with a non-binary masking scheme.

5      14. The method as recited in claim 10 further comprising the step of outputting a masking strategy.

15. The method as recited in claim 10 further comprising the step of outputting a map of synthesized
10    polymers on said substrate.

16. The method as recited in claim 15 wherein said map is in the form of Fig. 10.

15    17. A method of screening a plurality of linker polymers for use in binding affinity studies comprising the steps of:
       a) forming a plurality of linker polymers on a substrate in selected regions, said linker polymers
20    formed by the steps of recursively:
       i) on a surface of a substrate, irradiating a portion of said selected regions to remove a protective group; and
       ii) contacting said surface with a monomer;
25    b) contacting said plurality of linker polymers with a ligand; and
       c) contacting said ligand with a labeled receptor.

30    18. The method as recited in claim 17 wherein said ligand is a polypeptide.

19. The method as recited in claim 17 wherein said receptor is an antibody.
35
20. The method as recited in claim 17 wherein said monomers added in step ii) are the same in each of said

85.
63.

recursive steps, said selected regions comprising linker
molecules of different lengths.

21.   The method as recited in claim 17 wherein said
5   labelled receptor is a fluoresceinated receptor.

22.   A system for determining affinity of a receptor
to a ligand comprising:
        a) means for applying light to a surface of a
10   substrate, said substrate comprising a plurality of
ligands at predetermined locations, said means for
applying directing light providing simultaneous
illumination at a plurality of said predetermined
locations; and
15         b) an array of detectors for detecting light
fluoresced at said plurality of predetermined locations.

23.   A system as recited in claim 22 wherein said
means for applying light comprises a point light source
20   and a cylindrical lens for focusing said point light
source along a substantially linear path.

24.   A system as recited in claim 22 wherein said
array of detectors comprises a linear array.

25.   A system as recited in claim 22 wherein said
array of detectors comprises a linear CCD array.

26.   In a digital computer, a method of determining
30   the tendency of a receptor to bind to a ligand
comprising:
        a) exposing fluorescently labelled receptors to
a substrate, said substrate comprising a plurality of
ligands in regions at known locations;
35         b) at a plurality of data collection points
within each of said regions, determining an amount of
light fluoresced from said data collection points;

86
84

c) removing said data collection points
deviating from a preset amount from a predetermined
statistical distribution; and

d) determining a relative binding affinity of
5  said receptor to remaining data collection points.

27. The method as recited in claim 26 wherein said
predetermined statistical distribution is a normal
distribution.

10

28. A compound having the formula:



15

wherein n = 0 or 1; Y is selected from the group
20  consisting of an oxygen of the carboxyl group of a
natural or unnatural amino acid, an amino group of a
natural or unnatural amino acid, or the C-5' oxygen group
of a natural or unnatural deoxyribonucleic or ribonucleic
acid; $R^1$ and $R^2$ independently are a hydrogen atom, a lower
25  alkyl, aryl, benzyl, halogen, hydroxyl, alkoxyl, thiol,
thioether, amino, nitro, carboxyl, formate, formamido,
sulfido, or phosphido group; and $R^3$ is a alkoxy, alkyl,
aryl, hydrogen, or alkenyl group.

30  29. The compound of claim 28 wherein Y is the C-5'
oxygen group of a natural or unnatural deoxyribonucleic
or ribonucleic acid.

30. The compound of claim 29 wherein n = 0.
35

31. The compound of claim 29 wherein $R^1$ and $R^2$ are
each a hydrogen atom.

87
88

32.  The compound of claim 31 wherein $R^3$ is a
hydrogen atom.

33.  The compound of claim 31 wherein $R^3$ is a methyl
group.

34.  The compound of claim 28 wherein Y is an oxygen
of the carboxyl group of an amino acid and n = 0.

35.  The compound of claim 34 wherein $R^1$ and $R^2$ are
each a hydrogen atom.

36.  The compound of claim 35 wherein $R^3$ is a
hydrogen atom.

37.  The compound of claim 35 wherein $R^3$ is a methyl
group.

38.  A compound having the formula:



wherein n = 0 or 1; Y is selected from the group
consisting of an amino group of a natural or unnatural
amino acid or the C-5' oxygen group of a natural or
unnatural deoxyribonucleic and ribonucleic acid; $R^1$, $R^2$,
and $R^3$ independently are a hydrogen atom, a lower alkyl,
aryl, benzyl, halogen, hydroxyl, alkoxyl, thiol,
thioether, amino, nitro, carboxyl, formate, formamido,
sulfido or phosphido group; $R^4$ and $R^5$ independently are a

88.
88.

alkoxy, alkyl, hydrogen, halo, aryl, hydrogen, or alkenyl group.

39.   The compound of claim 38 wherein $R^1$ through $R^3$ are each a hydrogen atom.

40.   The compound of claim 39 wherein $R^4$ and $R^5$ are each a hydrogen atom.

41.   The compound of claim 39 wherein $R^4$ and $R^5$ are each a methyl group.

42.   A compound having the formula:



wherein n = 0 or 1; Y is a/C-5' oxygen group of a natural or unnatural deoxyribonucleic and ribonucleic acid; $R^1$ through $R^4$ independently are a hydrogen atom, a lower alkyl, aryl, benzyl, halogen, hydroxyl, alkoxyl, thiol, thioether, amino, nitro, carboxyl, formate, formamido, sulfido, or phosphido group; and $R^5$ is a alkoxy, alkyl, aryl, or alkenyl group.

43.   The compound of claim 42 wherein $R^2$ and $R^3$ are each a methoxy group.

44.   The compound of claim 43 wherein $R^1$ and $R^4$ are each a hydrogen atom.

45.   The compound of claim 44 wherein $R^5$ is a methyl group.

46.   A compound having the formula:



wherein n = 0 or 1; Y is an atom to be protected; $R^1$ and
$R^2$ independently are a hydrogen atom, a lower alkyl, aryl,
benzyl, halogen, hydroxyl, alkoxyl, thiol, thioether,
amino, nitro, carboxyl, formate, formamido, sulfido, or
phosphido group; and $R^3$ is a alkoxy, alkyl, aryl, or
alkenyl group.

47.   The compound of claim 46 wherein Y is selected
from the group consisting of an oxygen of the carboxyl
group of a natural or unnatural amino acid, or the C-5'
oxygen group of a natural or unnatural deoxyribonucleic
or ribonucleic acid, or the amino group of a natural or
unnatural amino acid.

48.   The compound of claim 47 wherein $R^1$ and $R^2$ are
hydrogen.

49.   The compound of claim 48 wherein $R^3$ is a methyl
group.

50.   A compound having the formula:

90
68

where R is a side chain of a natural or unnatural amino acid and X is a photoremovable protecting group.

51.  The compound of claim 50 wherein X has the following formula:



where $R^1$, $R^2$, $R^3$, and $R^4$ independently are a hydrogen atom, a lower alkyl, aryl, benzyl, halogen, hydroxyl, alkoxyl, thiol, thioether, amino, nitro, carboxyl, formate, formamido or phosphido group, or adjacent substituents are substituted oxygen groups that together form a cyclic acetal or ketal; and $R^5$ is a hydrogen atom, a alkoxyl, alkyl, hydrogen, halo, aryl, or alkenyl group.

52.  The compound of claim 51 wherein $R^1$ and $R^4$ are each a hydrogen atom, and $R^2$ and $R^3$ are each a methoxy group.

53.  The compound of claim 52 wherein $R^3$ is a methyl group.

54.  The compound of claim 51 wherein $R^2$ and $R^3$ are substituted oxygen groups that together form a cyclic acetal.

55.  The compound of claim 54 wherein $R^1$ and $R^4$ are each a hydrogen atom.

56.  The compound of claim 55 wherein $R^5$ is a methyl group.

Print Of Drawings
As Originally Filed

07 624120
14-1



Figure 1

IAFP00632724

Print Of Drawings
As Originally Filed

07 624120



Figure 2

IAFP00632725

Print Of Drawings
As Originally Filed

07 624120



Figure 3

IAFP00632726



F16. 4

IAFP00632727

Print Of Drawings
As Originally Filed

07 624120



FIG. 5a

FIG. 5b

IAFP00632728



Print Of Drawings
As Originally Filed

07 624120

FIG. 6

IAFP00632729



01 624120

FIG. 7

IAFP00632730

Print Of Drawings
As Originally Filed



FIG. 8

IAFP00632731

Print Of Drawings
As Originally Filed

07 624120



IAFP00632732

Print Of Drawings
As Originally Filed

07 624120



FIG. 10

IAFP00632733

Print Of Drawings
As Originally Filed

07 624120



Figure/1

IAFP00632734



Print Of Drawings
As Originally Filed

07 624120

FIG. 12

IAFP00632735

Print Of Drawings
As Originally Filed



Print Of Drawings
As Originally Filed

07 624120



FIG. 14

IAFP00632737

PATENT APPLICATION SERIAL NO. 08 082937

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)

IAFP00632601

11509-101

# PATENT APPLICATION

HYBRIDIZATION AND SEQUENCING OF NUCLEIC ACIDS

Inventor(s):

STEPHEN P.A. FODOR, a citizen of the United States
of America, residing at 3863 Nathan Way, Palo Alto,
CA 94303;

ROBERT J. LIPSHUTZ, a citizen of the United States
of America, residing at 970 Palo Alto Avenue, Palo Alto,
CA 94301; and

XIAOHUA HUANG, a citizen of the People's Republic
of China, residing at 937 Jackson Street, Mt. View,
CA 94043.


Assignee:

AFFYMAX TECHNOLOGIES N.V.
De Ruyderkade 62
Curacao, Netherlands Antilles

A Netherlands Antilles corporation.


Entity Status:

Large

TOWNSEND and TOWNSEND KHOURIE and CREW
Steuart Street Tower
One Market Plaza
San Francisco, CA 94105
(415) 326-2400

IAFP00632602



08/505,919

11509-101

HYBRIDIZATION AND SEQUENCING OF NUCLEIC ACIDS

ABSTRACT OF THE DISCLOSURE

Devices and techniques for hybridization of nucleic acids and for determining the sequence of nucleic acids. Arrays of nucleic acids are formed by techniques, preferably high resolution, light-directed techniques. Positions of hybridization of a target nucleic acid are determined by, e.g., epifluorescence microscopy. Devices and techniques are proposed to determine the sequence of a target nucleic acid more efficiently and more quickly through such synthesis and detection techniques.

5

10

15

20

25

30

35

40

45    WORK@11509101.APP



1

11509-101

HYBRIDIZATION AND SEQUENCING OF NUCLEIC ACIDS

GOVERNMENT RIGHTS

The invention described herein arose in the course of or
under Contract No. DE-FG03-92ER81275 (Grant No. 21012-92-II) between
the Department of Energy and Affymax; and in the course of or under
NIH Contract No. 1R01HG00813-01.

BACKGROUND OF THE INVENTION

The present invention relates to the field of nucleic
acid analysis, detection, and sequencing. More specifically, in
one embodiment the invention provides improved techniques for
synthesizing arrays of nucleic acids, hybridizing nucleic acids,
detecting mismatches in a double-stranded nucleic acid composed of a
single-stranded probe and a target nucleic acid, and determining the
sequence of DNA or RNA or other polymers.

It is important in many fields to determine the sequence
of nucleic acids because, for example, nucleic acids encode the
enzymes, structural proteins, and other effectors of biological
functions. In addition to segments of nucleic acids that encode
polypeptides, there are many nucleic acid sequences involved in
control and regulation of gene expression.

The human genome project is one example of a project
using nucleic acid sequencing techniques. This project is directed
toward determining the complete sequence of the genome of the human
organism. Although such a sequence would not necessarily correspond
to the sequence of any specific individual, it will provide
significant information as to the general organization and specific
sequences contained within genomic segments from particular
individuals. The human genome project will also provide mapping
information useful for further detailed studies.

The need for highly rapid, accurate, and inexpensive
sequencing technology is nowhere more apparent than in a demanding
sequencing project such as the human genome project. To complete the
sequencing of a human genome will require the determination of
approximately $3 \times 10^9$, or 3 billion, base pairs.

The procedures typically used today for sequencing
include the methods described in Sanger et al., Proc. Natl. Acad.
Sci. USA (1977) 74:5463-5467, and Maxam et al., Methods in Enzymology
(1980) 65:499-559. The Sanger method utilizes enzymatic elongation
with chain terminating dideoxy nucleotides. The Maxam and Gilbert
method uses chemical reactions exhibiting base-specific cleavage
reactions. Both methods require a large number of complex
manipulations, such as isolation of homogeneous DNA fragments,

IAFP00632604