**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  04-901 JJF |
| | ) | |
| **ILLUMINA, INC.**, a Delaware corporation, | ) | **PUBLIC VERSION** |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |

**APPENDIX TO ILLUMINA, INC.'S OPENING *MARKMAN* BRIEF
VOLUME 3 OF 3**

Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
PNC Bank Center, 10th Floor
222 Delaware Avenue
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800

Robert G. Krupka, P.C.
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
(213) 680-8400

Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Terry L. Tang
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Originally filed: April 5, 2006
Public version filed:  April 17, 2006

*Attorneys for Illumina, Inc.*

# EXHIBIT   T

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT   U

16528-01390GUS

08/476,850
SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO.

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

'96 MAR 11 AM 9: 25
RECEIVED

08/476,850    06/07/95    RAVA

R    16528X-01390
EXAMINER

PREBILIC,P
ART UNIT | PAPER NUMBER
4

VERN NORVIEL
TOWNSEND AND TOWNSEND KHOURIE AND CREW
STEUART STREET TOWER
ONE MARKET PLAZA 20TH FLOOR
SAN FRANCISCO CA 94105

18N1/0306

1807
DATE MAILED:
03/06/96

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## Response Due    6-6-96 us

☒ This application has been examined    ☒ Responsive to communication filed on 10/16/95    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire ___3___ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.    2. ☒ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☒ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _____1 - 73_____ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _____1 - 73_____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

PTOL-326 (Rev. 2/93)

Serial Number: 08/476,850                               -2-
Art Unit: 3308

The drawings are objected to because, in Figure 8, each figure of the process is not separately labelled with a distinct figure numeral. Correction is required.

The PTO-892 filed October 16, 1995 has had numerous copending applications struck therefrom since they are not patented applications which are readily available to the public and do not constitute prior art as set forth in MPEP 609. In addition, one of the PCT documents has been struck from the form since the a copy of it was not provided with the information disclosure statement.

Claims 1-62 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

In re claims 1 and 30, lines 3-8 of each, the use of cascading "comprisings" renders the claim scope unclear because it is unclear where the preamble ends; on lines 7-8, the phrase "produced by light-directed . . . " is not understood.

In re claim 10, lines 1-2, "the human variant gene" lacks clear antecedence from claim 8 which it depends from and it may by properly dependent upon claim 9 instead.

In re claims 11 and 12, "the reaction" lacks clear antecedence because only "reactions" are set forth in claim 1.

In re claim 14, "target molecule" should be plural as it is in claim 1.

IAFP00000077

Serial Number: 08/476,850                    -3-
Art Unit: 3308

In re claims 17, 18, 27, and 28, these claims appear to "further" modify claim 1 even though this language is not set forth.

In re claim 30, there is not step "(c)".

In re claim 44, 46, 48, and 50, it is unclear which element of the claims they depend from is being further modified.

In re claims 45 and 47, the language of this claim is confusing since the "body" is again being presented.

In re claim 56, line 2, "the disease" lacks antecedence.

In re claims 59-62, it is unclear what the scope of "features" is.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless --
(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claims 1-9, 11, 12, 14, 15, 18, 19, 23, 28-32, 36, and 37 are rejected under 35 U.S.C. § 102(b) as being clearly anticipated by Pirrung et al (US 5,143,854); see the whole document.

The following is a quotation of 35 U.S.C. § 103 which forms the basis for all obviousness rejections set forth in this Office action:

A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the

IAFP00000078

Serial Number: 08/476,850                          -4-
Art Unit: 3308

      time the invention was made to a person having ordinary
skill in the art to which said subject matter pertains.
Patentability shall not be negatived by the manner in which
the invention was made.

      Subject matter developed by another person, which qualifies
as prior art only under subsection (f) or (g) of section 102
of this title, shall not preclude patentability under this
section where the subject matter and the claimed invention
were, at the time the invention was made, owned by the same
person or subject to an obligation of assignment to the same
person.

      Claims 7, 10, 13, 16, 17, 20-22, 24-27, 33-35, and 38-73 are

rejected under 35 U.S.C. § 103 as being unpatentable over Pirrung

et al (US 5,143,854). Pirrung et al meets the claim language

except for the specific physical structure features set forth in

these claims. However, the Examiner posits that the disclosure

of Pirrung et al encompasses and obviates the claimed subject

matter since not critically or unobviousness has been shown for

the claimed specific features. For this reason, each of these

claims is considered to be rendered by Pirrung et al alone.

      The prior art made of record and not relied upon is

considered pertinent to applicant's disclosure.

      Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Paul
Prebilic whose telephone number is (703) 308-2905. The examiner
normally be reached on Monday-Thursday from 6:30 AM to 5:00 PM.

      If attempts to reach the examiner by telephone are
unsuccessful, the examiner's supervisor, Randall Green, can be
reached on (703) 308-2912. The fax phone number for this Group
is (703) 305-3590.

      Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose telephone number is (703) 308-0858.

PAUL B. PREBILIC
PRIMARY EXAMINER
GROUP 3300

IAFP00000079

# EXHIBIT   V

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/476,850 | | | |

EXAMINER

ART UNIT    PAPER NUMBER

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) Appl. is Rep. John Sevilla    (3)

(2) Examiner    Paul Robertson    (4)

Date of Interview    March 18, 1997

Type:  ☑ Telephonic   ☐ Personal (copy is given to:  ☐ applicant   ☐ applicant's representative).

Exhibit shown or demonstration conducted:  ☐ Yes  ☑ No.   If yes, brief description:

Agreement  ☐ was reached with respect to some or all of the claims in question.  ☑ was not reached.

Claims discussed:    (as of) 7 Dec.

Identification of prior art discussed:    _Pirrung et al. (John Sullivan Dkt.)_

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _when one application_
_has expressed desire to go to multiple mixes of fluid to_
_the method of making cell produce in oligonucleotide_
_form. The Examiner stated he will review the claims_
_thereof detail with respect to the prior art in more advanced call_

(A fuller description, if necessary, and a copy of the amendments which would render the claims allowable, if available, must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1. ☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph below has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g. items 1-7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

2. ☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

Examiner's Signature    _[signature]_

# EXHIBIT  W

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/476,850 | | | |

| | EXAMINER |
|---|---|
| | ART UNIT | PAPER NUMBER |

DATE MAILED

### EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) _Applic. Rep. John Loyola_     (3) _____

(2) _Examiner Paul Ip_     (4) _____

Date of Interview: _March 20, 1996_

Type: ☑ Telephonic ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☑ No.  If yes, brief description: _____

Agreement ☑ was reached with respect to some or all of the claims in question. ☐ was not reached.

Claims discussed: _1-7_

Identification of prior art discussed: _Prrung et al._

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _The Examiner was given permission to make the change of the enclosed Examiner's Amendment_

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraph below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachment) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

Examiner's Signature: _Paul Ip_

# EXHIBIT   X



Attorney Docket No. 16528X-013900/1095

PATENT APPLICATION



# METHODS FOR CONCURRENTLY PROCESSING MULTIPLE BIOLOGICAL CHIP ASSAYS

Inventors:

RICHARD P. RAVA, a citizen of
the United States of America,
residing at 1091 Danbury Drive,
San Jose, California 95129;

STEPHEN P.A. FODOR, a citizen of
the United States of America,
residing at 3863 Nathan Way,
Palo Alto, California 94301; and

MARK TRULSON, a citizen of
the United States of America,
residing at 2337 Los Coches,
San Jose, California 95128.

Assignee:

AFFYMAX TECHNOLOGIES N.V.
4001 Miranda Avenue
Palo Alto, CA  94304

a Netherlands Antilles corporation


Status:    Large Entity


TOWNSEND and TOWNSEND KHOURIE and CREW
Steuart Street Tower, 20th Floor
One Market
San Francisco, California  94105
(415) 326-2400

IAFP00000033

1

PATENT
Attorney Docket No. 16528X-013900/1095

## METHODS FOR CONCURRENTLY PROCESSING MULTIPLE
## BIOLOGICAL CHIP ASSAYS

5

### BACKGROUND OF THE INVENTION

This invention relates to methods for concurrently
performing multiple biological chip assays.  The invention

10   therefore relates to diverse fields impacted by the nature of
molecular interaction, including chemistry, biology, medicine
and diagnostics.

New technology, called VLSIPS™, has enabled the
production of chips smaller than a thumbnail that contain

15   hundreds of thousands or more of different molecular probes.
These biological chips or arrays have probes arranged in
arrays, each probe assigned a specific location.  Biological
chips have been produced in which each location has a scale
of, for example, ten microns.  The chips can be used to

20   determine whether target molecules interact with any of the
probes on the chip.  After exposing the array to target
molecules under selected test conditions, scanning devices can
examine each location in the array and determine whether a
target molecule has interacted with the probe at that

25   location.

Biological chips or arrays are useful in a variety
of screening techniques for obtaining information about either
the probes or the target molecules.  For example, a library of
peptides can be used as probes to screen for drugs.  The

30   peptides can be exposed to a receptor, and those probes that
bind to the receptor can be identified.

Arrays of nucleic acid probes can be used to extract
sequence information from, for example, nucleic acid samples.
The samples are exposed to the probes under conditions that

35   allow hybridization.  The arrays are then scanned to determine
to which probes the sample molecules have hybridized.  One can
obtain sequence information by careful probe selection and
using algorithms to compare patterns of hybridization and non-

IAFP00000034

2

hybridization. This method is useful for sequencing nucleic acids, as well as sequence checking. For example, the method is useful in diagnostic screening for genetic diseases or for the presence and/or identity of a particular pathogen or a
5    strain of pathogen. For example, there are various strains of HIV, the virus that causes AIDS. Some of them have become resistant to current AIDS therapies. Diagnosticians can use DNA arrays to examine a nucleic acid sample from the virus to determine what strain it belongs to.

10        Currently, chips are treated individually, from the step of exposure to the target molecules to scanning. These methods yield exquisitely detailed information. However, they are not adapted for handling multiple samples simultaneously. The ability to do so would be advantageous in settings in
15   which large amounts of information are required quickly, such as in clinical diagnostic laboratories or in large-scale undertakings such as the Human Genome Project.

### SUMMARY OF THE INVENTION

20        This invention provides methods for concurrently processing multiple biological chip assays. According to the methods, a biological chip plate comprising a plurality of test wells is provided. Each test well defines a space for the introduction of a sample and contains a biological array.
25   The array is formed on a surface of the substrate, with the probes exposed to the space. A fluid handling device manipulates the plates to perform steps to carry out reactions between the target molecules in samples and the probes in a plurality of test wells. The biological chip plate is then
30   interrogated by a biological chip plate reader to detect any reactions between target molecules and probes in a plurality of the test wells, thereby generating results of the assay. In a further embodiment of the invention, the method also includes processing the results of the assay with a computer.
35   Such analysis is useful when sequencing a gene by a method that uses an algorithm to process the results of many hybridization assays to provide the nucleotide sequence of the gene.

IAFP00000035

3

The methods of the invention can involve the binding of tagged target molecules to the probes. The tags can be, for example, fluorescent markers, chemiluminescent markers, light scattering markers or radioactive markers. In certain
5   embodiments, the probes are nucleic acids, such as DNA or RNA molecules. The methods can be used to detect or identify a pathogenic organism, such as HIV, or to detect a human gene variant, such a the gene for a genetic disease such as cystic fibrosis, diabetes, muscular dystrophy or predisposition to
10   certain cancers.

This invention also provides systems for performing the methods of this invention. The systems include a biological chip plate; a fluid handling device that automatically performs steps to carry out assays on samples
15   introduced into a plurality of the test wells; a biological chip plate reader that determines in a plurality of the test wells the results of the assay and, optionally, a computer comprising a program for processing the results. The fluid handling device and plate reader can have a heater/cooler
20   controlled by a thermostat for controlling the temperature of the samples in the test wells and robotically controlled pipets for adding or removing fluids from the test wells at predetermined times.

In certain embodiments, the probes are attached by
25   light-directed probe synthesis. The biological chip plates can have 96 wells arranged in 8 rows and 12 columns, such as a standard microtiter plate. The probe arrays can each have at least about 100, 1000, 100,000 or 1,000,000 addressable features (e.g., probes). A variety of probes can be used on
30   the plates, including, for example, various polymers such as peptides or nucleic acids.

The plates can have wells in which the probe array in each test well is the same. Alternatively, when each of several samples are to be subjected to several tests, each row
35   can have the same probe array and each column can have a different array. Alternatively, all the wells can have different arrays.

IAFP00000036

4

Several methods of making biological chip plates are contemplated.  In one method, a wafer and a body are provided.  The wafer includes a substrate and a surface to which is attached a plurality of arrays of probes.  The body has a

5   plurality of channels.  The body is attached to the surface of the wafer whereby the channels each cover an array of probes and the wafer closes one end of a plurality of the channels, thereby forming test wells defining spaces for receiving samples.  In a second method, a body having a plurality of

10   wells defining spaces is provided and biological chips are provided.  The chips are attached to the wells so that the probe arrays are exposed to the space.  Another embodiment involves providing a wafer having a plurality of probe arrays; and applying a material resistant to the flow of a liquid

15   sample so as to surround the probe arrays, thereby creating test wells.

This invention also provides a wafer for making a biological chip plate.  The wafer has a substrate and a surface to which are attached a plurality of probe arrays.

20   The probe arrays are arranged on the wafer surface in rows and columns, wherein the probe arrays in each row are the same and the probe arrays in each column are different.

### BRIEF DESCRIPTION OF THE DRAWINGS

25   Fig. 1 depicts a system of this invention having a biological chip plate, fluid handling device, biological chip plate reader and computer;

Fig. 2 depicts the scanning of a biological chip plate by a biological chip plate reader;

30   Fig. 3 depicts a biological plate of this invention;

Fig. 4 depicts the mating of a wafer containing many biological arrays with a body having channels to create a biological chip plate;

Fig. 5 depicts a biological chip plate in cross

35   section having a body attached to a wafer to create closed test wells in which a probe array is exposed to the space in the test well;

5

Fig. 6 depicts a biological plate in cross section having a body which has individual biological chips attached to the bottom of the wells;

Fig. 7 is a top-down view of a test well containing
5  a biological array; and

Fig. 8 depicts a method of producing an array of oligonucleotide probes on the surface of a substrate by using a mask to expose certain parts of the surface to light, thereby removing photoremovable protective groups, and
10  attaching nucleotides to the exposed reactive groups.

## DETAILED DESCRIPTION OF THE INVENTION

I.  Definitions

The following terms are intended to have the
15  following general meanings as they are used herein:

A.  Complementary:  Refers to the topological compatibility or matching together of interacting surfaces of a probe molecule and its target.  Thus,
20  the target and its probe can be described as complementary, and furthermore, the contact surface characteristics are complementary to each other.

B.  Probe:  A probe is a surface-immobilized molecule
25  that can be recognized by a particular target. Examples of probes that can be investigated by this invention include, but are not restricted to, agonists and antagonists for cell membrane receptors, toxins and venoms, viral epitopes,
30  hormones (e.g., opioid peptides, steroids, etc.), hormone receptors, peptides, enzymes, enzyme substrates, cofactors, drugs, lectins, sugars, oligonucleotides, nucleic acids, oligosaccharides, proteins, and monoclonal antibodies.

35

C.  Target:  A molecule that has an affinity for a given probe.  Targets may be naturally-occurring or man-made molecules.  Also, they can be employed in their

6

unaltered state or as aggregates with other species.
Targets may be attached, covalently or
noncovalently, to a binding member, either directly
or via a specific binding substance.  Examples of
5    targets which can be employed by this invention
include, but are not restricted to, antibodies,
cell membrane receptors, monoclonal antibodies
and antisera reactive with specific antigenic
determinants (such as on viruses, cells or other
10    materials), drugs, oligonucleotides, nucleic acids,
peptides, cofactors, lectins, sugars,
polysaccharides, cells, cellular membranes, and
organelles.  Targets are sometimes referred to in
the art as anti-probes.  As the term targets is used
15    herein, no difference in meaning is intended.  A
"Probe Target Pair" is formed when two
macromolecules have combined through molecular
recognition to form a complex.

20    D.    Array:  A collection of probes, at least two of
which are different, arranged in a spacially defined
and physically addressable manner.

E.    Biological Chip:  A substrate having a surface to
25    which one or more arrays of probes is attached.  The
substrate can be, merely by way of example, silicon
or glass and can have the thickness of a glass
microscope slide or a glass cover slip.  Substrates
that are transparent to light are useful when the
30    method of performing an assay on the chip involves
optical detection.  As used herein, the term also
refers to a probe array and the substrate to which
it is attached that form part of a wafer.

35    F.    Wafer:  A substrate having a surface to which a
plurality of probe arrays are attached.  On a wafer,
the arrays are physically separated by a distance of
at least about a millimeter, so that individual

IAFP00000039

7

chips can be made by dicing a wafer or otherwise physically separating the array into units having a probe array.

G.   Biological Chip Plate:  A device having an array of biological chips in which the probe array of each chip is separated from the probe array of other chips by a physical barrier resistant to the passage of liquids and forming an area or space, referred to as a "test well," capable of containing liquids in contact with the probe array.

II.   General

This invention provides automated methods for concurrently processing multiple biological chip assays. Currently available methods utilize each biological chip assay individually.  The methods of this invention allow many tests to be set up and processed together.  Because they allow much higher throughput of test samples, these methods greatly improve the efficiency of performing assays on biological chips.

In the methods of this invention, a biological chip plate is provided having a plurality of test wells.  Each test well includes a biological chip.  Test samples, which may contain target molecules, are introduced into the test wells. A fluid handling device exposes the test wells to a chosen set of reaction conditions by, for example, adding or removing fluid from the wells, maintaining the liquid in the wells at predetermined temperatures, and agitating the wells as required, thereby performing the test.  Then, a biological chip reader interrogates the probe arrays in the test wells, thereby obtaining the results of the tests.  A computer having an appropriate program can further analyze the results from the tests.

Referring to Fig. 1, one embodiment of the invention is a system for concurrently processing biological chip assays.  The system includes a biological chip plate reader 100, a fluid handling device 110, a biological chip plate 120

IAFP00000040

8

and, optionally, a computer 130. In operation, samples are
placed in wells on the chip plate 120 with fluid handling
device 110. The plate optionally can be moved with a stage
translation device 140. Reader 100 is used to identify where
5   targets in the wells have bound to complementary probes. The
system operates under control of computer 130 which may
optionally interpret the results of the assay.

A.   Biological Chip Plate Reader
10            In assays performed on biological chips, detectably
labeled target molecules bind to probe molecules. Reading the
results of an assay involves detecting a signal produced by
the detectable label. Reading assays on a biological chip
plate requires a biological chip reader. Accordingly,
15   locations at which target(s) bind with complementary probes
can be identified by detecting the location of the label.
Through knowledge of the characteristics/sequence of the probe
versus location, characteristics of the target can be
determined. The nature of the biological chip reader depends
20   upon the particular type of label attached to the target
molecules.

The interaction between targets and probes can be
characterized in terms of kinetics and thermodynamics. As
such, it may be necessary to interrogate the array while in
25   contact with a solution of labeled targets. In such systems,
the detection system must be extremely selective, with the
capacity to discriminate between surface-bound and solution-
born targets. Also, in order to perform a quantitative
analysis, the high-density of the probe sequences requires the
30   system to have the capacity to distinguish between each
feature site. The system also should have sensitivity to low
signal and a large dynamic range.

In one embodiment, the chip plate reader includes a
confocal detection device having a monochromatic or
35   polychromatic light source, a focusing system for directing an
excitation light from the light source to the substrate, a
temperature controller for controlling the substrate
temperature during a reaction, and a detector for detecting

IAFP00000041

9

fluorescence emitted by the targets in response to the
excitation light.  The detector for detecting the fluorescent
emissions from the substrate, in some embodiments, includes a
photomultiplier tube.  The location to which light is directed
5    may be controlled by, for example, an x-y-z translation table.
Translation of the x-y-z table, temperature control, and data
collection are managed and recorded by an appropriately
programmed digital computer.

Further details for methods of detecting
10   fluorescently labelled materials on biological chips are
provided in United States patent application 08/195,889, filed
February 10, 1994 and incorporated herein by reference.

Fig. 2 illustrates the reader according to one
specific embodiment.  The chip plate reader comprises a body
15   200 for immobilizing the biological chip plate.  Excitation
radiation, from an excitation source 210 having a first
wavelength, passes through excitation optics 220 from below
the array.  The light passes through the chip plate since it
is transparent to at least this wavelength of light.  The
20   excitation radiation excites a region of a probe array on the
biological chip plate 230.  In response, labeled material on
the sample emits radiation which has a wavelength that is
different from the excitation wavelength.  Collection optics
240, also below the array, then collect the emission from the
25   sample and image it onto a detector 250, which can house a CCD
array, as described below.  The detector generates a signal
proportional to the amount of radiation sensed thereon.  The
signals can be assembled to represent an image associated with
the plurality of regions from which the emission originated.
30       According to one embodiment, a multi-axis
translation stage 260 moves the biological chip plate to
position different wells to be scanned, and to allow different
probe portions of a probe array to be interrogated.  As a
result, a 2-dimensional image of the probe arrays in each well
35   is obtained.

The biological chip reader can include auto-focusing
feature to maintain the sample in the focal plane of the
excitation light throughout the scanning process.  Further, a

IAFP00000042

10

temperature controller may be employed to maintain the sample
at a specific temperature while it is being scanned.  The
multi-axis translation stage, temperature controller, auto-
focusing feature, and electronics associated with imaging and
5    data collection are managed by an appropriately programmed
digital computer 270.

In one embodiment, a beam is focused onto a spot of
about 2 μm in diameter on the surface of the plate using, for
example, the objective lens of a microscope or other optical
10    means to control beam diameter.  (See, e.g., United States
patent application 08/195,889, supra.)

In another embodiment, fluorescent probes are
employed in combination with CCD imaging systems.  Details of
this method are described in United States Application Serial
15    Number 08/301,051, incorporated herein by reference in its
entirely.  In many commercially available microplate readers,
typically the light source is placed above a well, and a
photodiode detector is below the well.  In the present
invention, the light source can be replaced with a higher
20    power lamp or laser.  In one embodiment, the standard
absorption geometry is used, but the photodiode detector is
replaced with a CCD camera and imaging optics to allow rapid
imaging of the well.  A series of Raman holographic or notch
filters can be used in the optical path to eliminate the
25    excitation light while allowing the emission to pass to the
detector.  In a variation of this method, a fiber optic
imaging bundle is utilized to bring the light to the CCD
detector.  In another embodiment, the laser is placed below
the biological chip plate and light directed through the
30    transparent wafer or base that forms the bottom of the
biological chip plate.  In another embodiment, the CCD array
is built into the wafer of the biological chip plate.

The choice of the CCD array will depend on the
number of probes in each biological array.  If 2500 probes
35    nominally arranged in a square (50 x 50) are examined, and 6
lines in each feature are sampled to obtain a good image, then
a CCD array of 300 x 300 pixels is desirable in this area.
However, if an individual well has 48,400 probes (220 x 220)

IAFP00000043

11

then a CCD array with 1320 x 1320 pixels is desirable. CCD
detectors are commercially available from, e.g., Princeton
Instruments, which can meet either of these requirements.

In another embodiment, the detection device
5   comprises a line scanner, as described in United States patent
application 08/301,051, filed September 2, 1994, incorporated
herein by reference. Excitation optics focuses excitation
light to a line at a sample, simultaneously scanning or
imaging a strip of the sample. Surface bound labeled targets
10  from the sample fluoresce in response to the light.
Collection optics image the emission onto a linear array of
light detectors. By employing confocal techniques,
substantially only emission from the light's focal plane is
imaged. Once a strip has been scanned, the data representing
15  the 1-dimensional image are stored in the memory of a
computer. According to one embodiment, a multi-axis
translation stage moves the device at a constant velocity to
continuously integrate and process data. Alternatively,
galvometric scanners or rotating polyhedral mirrors may be
20  employed to scan the excitation light across the sample. As a
result, a 2-dimensional image of the sample is obtained.

In another embodiment, collection optics direct the
emission to a spectrograph which images an emission spectrum
onto a 2-dimensional array of light detectors. By using a
25  spectrograph, a full spectrally resolved image of the sample
is obtained.

The read time for a full microtiter plate will
depend on the photophysics of the fluorophore (i.e.
fluorescence quantum yield and photodestruction yield) as well
30  as the sensitivity of the detector. For fluorescein,
sufficient signal-to-noise to read a chip image with a CCD
detector can be obtained in about 30 seconds using 3 mW/cm$^2$
and 488 nm excitation from an Ar ion laser or lamp. By
increasing the laser power, and switching to dyes such as CY3
35  or CY5 which have lower photodestruction yields and whose
emission more closely matches the sensitivity maximum of the
CCD detector, one easily is able to read each well in less
than 5 seconds. Thus, an entire plate could be examined

IAFP00000044

12

quantitatively in less than 10 minutes, even if the whole
plate has over 4.5 million probes.

A computer can transform the data into another
format for presentation. Data analysis can include the steps
5   of determining, e.g., fluorescent intensity as a function of
substrate position from the data collected, removing
"outliers" (data deviating from a predetermined statistical
distribution), and calculating the relative binding affinity
of the targets from the remaining data. The resulting data
10   can be displayed as an image with color in each region varying
according to the light emission or binding affinity between
targets and probes therein.

One application of this system when coupled with the
CCD imaging system that speeds performance of the tests is to
15   obtain results of the assay by examining the on- or off-rates
of the hybridization. In one embodiment of this method, the
amount of binding at each address is determined at several
time points after the probes are contacted with the sample.
The amount of total hybridization can be determined as a
20   function of the kinetics of binding based on the amount of
binding at each time point. Thus, it is not necessary to wait
for equilibrium to be reached. The dependence of the
hybridization rate for different oligonucleotides on
temperature, sample agitation, washing conditions (e.g. pH,
25   solvent characteristics, temperature) can easily be determined
in order to maximize the conditions for rate and signal-to-
noise. Alternative methods are described in Fodor et al.,
United States patent 5,324,633, incorporated herein by
reference.

30

     B.   Fluid Handling Instruments and Assay Automation
        Assays on biological arrays generally include
contacting a probe array with a sample under the selected
reaction conditions, optionally washing the well to remove
35   unreacted molecules, and analyzing the biological array for
evidence of reaction between target molecules the probes.
These steps involve handling fluids. The methods of this
invention automate these steps so as to allow multiple assays

13

to be performed concurrently. Accordingly, this invention
employs automated fluid handling systems for concurrently
performing the assay steps in each of the test wells. Fluid
handling allows uniform treatment of samples in the wells.
5   Microtiter robotic and fluid-handling devices are available
commercially, for example, from Tecan AG.

The plate is introduced into a holder in the fluid-
handling device. This robotic device is programmed to set
appropriate reaction conditions, such as temperature, add
10  samples to the test wells, incubate the test samples for an
appropriate time, remove unreacted samples, wash the wells,
add substrates as appropriate and perform detection assays.
The particulars of the reaction conditions depends upon the
purpose of the assay. For example, in a sequencing assay
15  involving DNA hybridization, standard hybridization conditions
are chosen. However, the assay may involve testing whether a
sample contains target molecules that react to a probe under a
specified set of reaction conditions. In this case, the
reaction conditions are chosen accordingly.
20

C.   Biological Chip Plates

Fig. 3 depicts an example of a biological chip plate
300 used in the methods of this invention based on the
standard 96-well microtiter plate in which the chips are
25  located at the bottom of the wells. Biological chip plates
include a plurality of test wells 310, each test well defining
an area or space for the introduction of a sample, and each
test well comprising a biological chip 320, i.e., a substrate
and a surface to which an array of probes is attached, the
30  probes being exposed to the space. Fig. 7 shows a top-down
view of a well of a biological chip plate of this invention
containing a biological chip on the bottom surface of the
well.

This invention contemplates a number of embodiments
35  of the biological chip plate. In a preferred embodiment,
depicted in Fig. 4, the biological chip plate includes two
parts. One part is a wafer 410 that includes a plurality of
biological arrays 420. The other part is the body of the

IAFP00000046

14

plate 430 that contains channels 440 that form the walls of
the well, but that are open at the bottom.  The body is
attached to the surface of the wafer so as to close one end of
the channels, thereby creating wells.  The walls of the

5    channels are placed on the wafer so that each surrounds and
encloses the probe array of a biological array.  Fig. 5
depicts a cross-section of this embodiment, showing the wafer
510 having a substrate 520 (preferably transparent to light)
and a surface 530 to which is attached an array of probes 540.

10    A channel wall 550 covers a probe array on the wafer, thereby
creating well spaces 560.  The wafer can be attached to the
body by any attachment means known in the art, for example,
gluing (e.g., by ultraviolet-curing epoxy or various sticking
tapes), acoustic welding, sealing such as vacuum or suction

15    sealing, or even by relying on the weight of the body on the
wafer to resist the flow of fluids between test wells.

        In another preferred embodiment, depicted in cross
section in Fig. 6, the plates include a body 610 having pre-
formed wells 620, usually flat-bottomed.  Individual

20    biological chips 630 are attached to the bottom of the wells
so that the surface containing the array of probes 640 is
exposed to the well space where the sample is to be placed.

        In another embodiment, the biological chip plate has
a wafer having a plurality of probe arrays and a material

25    resistant to the flow of a liquid sample that surrounds each
probe array.  For example, in an embodiment useful for testing
aqueous-based samples, the wafer can be scored with waxes,
tapes or other hydrophobic materials in the spaces between the
arrays, forming cells that act as test wells.  The cells thus

30    contain liquid applied to an array by resisting spillage over
the barrier and into another cell.  If the sample contains a
non-aqueous solvent, such as an alcohol, the material is
selected to be resistant to corrosion by the solvent.

        The microplates of this invention have a plurality

35    of test wells that can be arrayed in a variety of ways.  In
one embodiment, the plates have the general size and shape of
standard-sized microtiter plates having 96 wells arranged in
an 8 x 12 format.  One advantage of this format is that

IAFP00000047

15

instrumentation already exists for handling and reading assays
on microtiter plates. Therefore, using such plates in
biological chip assays does not involve extensive re-
engineering of commercially available fluid handling devices.
5    However, the plates can have other formats as well.

The material from which the body of the biological
chip plate is made depends upon the use to which it is to be
put. In particular, this invention contemplates a variety of
polymers already used for microtiter plates including, for
10   example, (poly)tetrafluoroethylene, (poly)vinylidenedi-
fluoride, polypropylene, polystyrene, polycarbonate, or
combinations thereof. When the assay is to be performed by
sending an excitation beam through the bottom of the plate
collecting data through the bottom of the plate, the body of
15   the plate and the substrate of the chip should be transparent
to the wavelengths of light being used.

The arrangement of probe arrays in the wells of a
microplate depends on the particular application contemplated.
For example, for diagnostic uses involving performing the same
20   test on many samples, every well can have the same array of
probes. If several different tests are to be performed on
each sample, each row of the plate can have the same array of
probes and each column can contain a different array. Samples
from a single patient are introduced into the wells of a
25   particular column. Samples from a different patient are
introduced into the wells of a different column. In still
another embodiment, multiple patient samples are introduced
into a single well. If a well indicates a "positive" result
for a particular characteristic, the samples from each patient
30   are then rerun, each in a different well, to determine which
patient sample gave a positive result.

D.   Biological Chips
The biological chip plates used in the methods of
35   this invention include biological chips. The array of probe
sequences can be fabricated on the biological chip according
to the pioneering techniques disclosed in U.S. Patent No.
5,143,854, PCT WO 92/10092, PCT WO 90/15070, or United States

16

Application Serial Nos. 08/249,188, 07/624,120, and
08/082,937, incorporated herein by reference for all purposes.
The combination of photolithographic and fabrication
techniques may, for example, enable each probe sequence
5   ("feature") to occupy a very small area ("site" or "location")
on the support.  In some embodiments, this feature site may be
as small as a few microns or even a single molecule.  For
example, a probe array of 0.25 mm$^2$ (about the size that would
fit in a well of a typical 96-well microtiter plate) could
10  have at least 10, 100, 1000, 10$^4$, 10$^5$ or 10$^6$ features.  In an
alternative embodiment, such synthesis is performed according
to the mechanical techniques disclosed in U.S. Patent No.
5,384,261, incorporated herein by reference.

        Referring to Fig. 8, in general, linker molecules,
15  O-X, are provided on a substrate.  The substrate is
preferably flat but may take on a variety of alternative
surface configurations.  For example, the substrate may
contain raised or depressed regions on which the probes are
located.  The substrate and its surface preferably form a
20  rigid support on which the sample can be formed.  The
substrate and its surface are also chosen to provide
appropriate light-absorbing characteristics.  For instance,
the substrate may be functionalized glass, Si, Ge, GaAs, GaP,
SiO$_2$, SiN$_4$, modified silicon, or any one of a wide variety of
25  gels or polymers such as (poly)tetrafluoroethylene,
(poly)vinylidenedifluoride, polystyrene, polycarbonate,
polypropylene, or combinations thereof.  Other substrate
materials will be readily apparent to those of skill in the
art upon review of this disclosure.  In a preferred embodiment
30  the substrate is flat glass or silica.

        Surfaces on the solid substrate usually, though not
always, are composed of the same material as the substrate.
Thus, the surface may be composed of any of a wide variety of
materials, for example, polymers, plastics, resins,
35  polysaccharides, silica or silica-based materials, carbon,
metals, inorganic glasses, membranes, or any of the above-
listed substrate materials.  In one embodiment, the surface

17

will be optically transparent and will have surface Si-OH functionalities, such as those found on silica surfaces.

A terminal end of the linker molecules is provided with a reactive functional group protected with a
5    photoremovable protective group, O-X. Using lithographic methods, the photoremovable protective group is exposed to light, hv, through a mask, $M_1$, that exposes a selected portion of the surface, and removed from the linker molecules in first selected regions. The substrate is then washed or otherwise
10    contacted with a first monomer that reacts with exposed functional groups on the linker molecules (˜T-X). In the case of nucleic acids, the monomer can be a phosphoramidite activated nucleoside protected at the 5'-hydroxyl with a photolabile protecting group.

15    A second set of selected regions, thereafter, exposed to light through a mask, $M_2$, and photoremovable protective group on the linker molecule/protected amino acid or nucleotide is removed at the second set of regions. The substrate is then contacted with a second monomer containing a
20    photoremovable protective group for reaction with exposed functional groups. This process is repeated to selectively apply monomers until polymers of a desired length and desired chemical sequence are obtained. Photolabile groups are then optionally removed and the sequence is, thereafter, optionally
25    capped. Side chain protective groups, if present, are also removed.

The general process of synthesizing probes by removing protective groups by exposure to light, coupling monomer units to the exposed active sites, and capping
30    unreacted sites is referred to herein as "light-directed probe synthesis." If the probe is an oligonucleotide, the process is referred to as "light-directed oligonucleotide synthesis" and so forth.

The probes can be made of any molecules whose
35    synthesis involves sequential addition of units. This includes polymers composed of a series of attached units and molecules bearing a common skeleton to which various functional groups are added. Polymers useful as probes in

IAFP00000050

18

this invention include, for example, both linear and cyclic
polymers of nucleic acids, polysaccharides, phospholipids, and
peptides having either $\alpha$-, $\beta$-, or $\omega$-amino acids,
heteropolymers in which a known drug is covalently bound to
5      any of the above, polyurethanes, polyesters, polycarbonates,
polyureas, polyamides, polyethyleneimines, polyarylene
sulfides, polysiloxanes, polyimides, polyacetates, or other
polymers which will be apparent upon review of this
disclosure.  Molecules bearing a common skeleton include
10     benzodiazepines and other small molecules, such as described
in U.S. Patent 5,288,514, incorporated herein by reference.

Preferably, probes are arrayed on a chip in
addressable rows and columns in which the dimensions of the
chip conform to the dimension of the plate test well.
15     Technologies already have been developed to read information
from such arrays.  The amount of information that can be
stored on each plate of chips depends on the lithographic
density which is used to synthesize the wafer.  For example,
if each feature size is about 100 microns on a side, each
20     array can have about 10,000 probe addresses in a 1 $cm^2$ area.
A plate having 96 wells would contain about 192,000 probes.
However, if the arrays have a feature size of 20 microns on a
side, each array can have close to 50,000 probes and the plate
would have over 4,800,000 probes.

25          The selection of probes and their organization in an
array depends upon the use to which the biological chip will
be put.  In one embodiment, the chips are used to sequence or
re-sequence nucleic acid molecules, or compare their sequence
to a referent molecule.  Re-sequencing nucleic acid molecules
30     involves determining whether a particular molecule has any
deviations from the sequence of reference molecule.  For
example, in one embodiment, the plates are used to identify in
a particular type of HIV in a set of patient samples.  Tiling
strategies for sequence checking of nucleic acids are
35     described in United States patent application 08/284,064
(PCT/US94/12305), incorporated herein by reference.

In typical diagnostic applications, a solution
containing one or more targets to be identified (i.e., samples

IAFP00000051

19

from patients) contacts the probe array.. The targets will
bind or hybridize with complementary probe sequences.
Accordingly, the probes will be selected to have sequences
directed to (i.e., having at least some complementarity with)
5    the target sequences to be detected, e.g., human or pathogen
sequences. Generally, the targets are tagged with a
detectable label. The detectable label can be, for example, a
luminescent label, a light scattering label or a radioactive
label. Accordingly, locations at which targets hybridize with
10   complimentary probes can be identified by locating the
markers. Based on the locations where hybridization occurs,
information regarding the target sequences can be extracted.
The existence of a mutation may be determined by comparing the
target sequence with the wild type.

15          In a preferred embodiment, the detectable label is a
luminescent label. Useful luminescent labels include
fluorescent labels, chemi-luminescent labels, bio-luminescent
labels, and colorimetric labels, among others. Most
preferably, the label is a fluorescent label such as
20   fluorescein, rhodamine, cyanine and so forth. Fluorescent
labels include, *inter alia*, the commercially available
fluorescein phosphoramidites such as Fluoreprime (Pharmacia),
Fluoredite (Millipore) and FAM (ABI). For example, the entire
surface of the substrate is exposed to the activated
25   fluorescent phosphoramidite, which reacts with all of the
deprotected 5'-hydroxyl groups. Then the entire substrate is
exposed to an alkaline solution (eg., 50% ethylenediamine in
ethanol for 1-2 hours at room temperature). This is necessary
to remove the protecting groups from the fluorescein tag.
30          To avoid self-quenching interactions between
fluorophores on the surface of a biological chip, the
fluorescent tag monomer should be diluted with a non-
fluorescent analog of equivalent reactivity. For example, in
the case of the fluorescein phosphoramidites noted above, a
35   1:20 dilution of the reagent with a non-fluorescent
phosphoramidite such as the standard 5'-DMT-nucleoside
phosphoramidites, has been found to be suitable. Correction

IAFP00000052

20

for background non-specific binding of the fluorescent reagent
and other such effects can be determined by routine testing.

Useful light scattering labels include large
colloids, and especially the metal colloids such as those from
5   gold, selenium and titanium oxide.

Radioactive labels include, for example, $^{32}$P. This
label can be detected by a phosphoimager. Detection of
course, depends on the resolution of the imager.
Phosophoimagers are available having resolution of 50 microns.
10   Accordingly, this label is currently useful with chips having
features of that size.

E.   Uses

The methods of this invention will find particular
15   use wherever high through-put of samples is required. In
particular, this invention is useful in clinical settings and
for sequencing large quantities of DNA, for example in
connection with the Human Genome project.

The clinical setting requires performing the same
20   test on many patient samples. The automated methods of this
invention lend themselves to these uses when the test is one
appropriately performed on a biological chip. For example, a
DNA array can determine the particular strain of a pathogenic
organism based on characteristic DNA sequences of the strain.
25   The advanced techniques based on these assays now can be
introduced into the clinic. Fluid samples from several
patients are introduced into the test wells of a biological
chip plate and the assays are performed concurrently.

In some embodiments, it may be desirable to perform
30   multiple tests on multiple patient samples concurrently.
According to such embodiments, rows (or columns) of the
microtiter plate will contain probe arrays for diagnosis of a
particular disease or trait. For example, one row might
contain probe arrays designed for a particular cancer, while
35   other rows contain probe arrays for another cancer. Patient
samples are then introduced into respective columns (or rows)
of the microtiter plate. For example, one column may be used
to introduce samples from patient "one," another column for

IAFP00000053

21

patient "two" etc. Accordingly, multiple diagnostic tests may be performed on multiple patients in parallel. In still further embodiments, multiple patient samples are introduced into a single well. In a particular well indicator the presence of a genetic disease or other characteristic, each patient sample is then individually processed to identify which patient exhibits that disease or trait. For relatively rarely occurring characteristics, further order-of-magnitude efficiency may be obtained according to this embodiment.

Particular assays that will find use in automation include those designed specifically to detect or identify particular variants of a pathogenic organism, such as HIV. Assays to detect or identify a human or animal gene are also contemplated. In one embodiment, the assay is the detection of a human gene variant that indicates existence of or predisposition to a genetic disease, either from acquired or inherited mutations in an individual DNA. These include genetic diseases such as cystic fibrosis, diabetes, and muscular dystrophy, as well as diseases such as cancer (the P53 gene is relevant to some cancers), as disclosed in United States Patent Application Serial Number 08/143,312, already incorporated by reference.

The present invention provides a substantially novel method for performing assays on biological arrays. While specific examples have been provided, the above description is illustrative and not restrictive. Many variations of the invention will become apparent to those of skill in the art upon review of this specification. The scope of the invention should, therefore, be determined not with reference to the above description, but instead should be determined with reference to the appended claims along with their full scope of equivalents.

All publications and patent documents cited in this application are incorporated by reference in their entirety for all purposes to the same extent as if each individual publication or patent document were so individually denoted.

22

WHAT IS CLAIMED IS:

1.    A method for concurrently processing multiple
biological chip assays comprising the steps of:
    (a) providing a biological chip plate comprising a
plurality of test wells, each test well defining a space for
the introduction of a sample, and comprising a biological
array comprising a substrate and a surface to which an array
of probes is attached, produced by light-directed probe
synthesis said probes exposed to the space;
    (b) manipulating the biological chip plate with a fluid
handling device that automatically performs steps to carry out
reactions between target molecules in a test sample and probes
in a plurality of the test wells; and
    (c) interrogating the probe arrays of the biological chip
plate with a biological chip plate reader to detect reactions
between target molecules and probes in a plurality of the test
wells to generate assay results.

2.    The method of claim 1 further comprising the
step of processing the results with a computer.

3.    The method of claim 2 wherein the results are
processed into an image with the intensity in each region of
the image varying according to the binding affinity between
targets and probes.

4.    The method of claim 1 wherein the probes are
DNA or RNA molecules.

5.    The method of claim 4 wherein
    (a)  the reactions are hybridization of target molecules
to probes; and
    (b)  the results provide information regarding the
nucleotide sequence of the target molecule.

6.    The method of claim 5 wherein the assay is the
detection or identification of a pathogenic organism.

23

1        7.   The method of claim 6 wherein the pathogenic
2   organism is HIV.

1        8.    The method of claim 5 wherein the assay is the
2   detection or identification of a human nucleic acid.

1        9.   The method of claim 8 wherein the assay is the
2   detection of a human gene variant.

1        10.   The method of claim 8 wherein the human gene
2   variant indicates the existence of, or predisposition to
3   cystic fibrosis, diabetes, muscular dystrophy or cancer.

1        11.   The method of claim 1 wherein the assay is the
2   identification of a probe in a library that binds to a
3   receptor and the reaction is the binding of a target molecule
4   to a peptide probe.

1        12.   The method of claim 1 wherein the reaction is
2   the catalytic transformation of a probe molecule by a target
3   catalyst.

1        13.   The method of claim 1 further comprising
2   controlling the temperature of the samples in the test wells
3   and adding or removing fluids from the test wells at
4   predetermined times.

1        14.   The method of claim 1 wherein the target
2   molecule is tagged with a fluorescent marker, a
3   chemiluminescent marker, a light scattering marker or a
4   radioactive marker.

1        15.   The method of claim 14 wherein the marker is a
2   fluorescent marker selected from the group consisting of
3   fluorescein, rhodamine, or cyanine.

IAFP00000056

24

1          16.  The method of claim 1 wherein the fluid
2    handling device and the biological chip plate reader comprise
3          (a)  a confocal detection device having a monochromatic
4    or polychromatic light source;
5          (b)  optics for directing an excitation light from the
6    light source at the substrate;
7          (c)  a temperature controller for controlling temperature
8    of the substrate during a reaction; and
9          (d)  a detector for detecting fluorescence emitted by the
10   targets in response to the excitation light.

1          17.  The method of claim 1 wherein the manipulating
2    step comprises robotically controlling pipets for adding or
3    removing fluids from the test wells at predetermined times.

1          18.  The method of claim 1 wherein the interrogating
2    step comprises detecting fluorescent emissions from the plate
3    with a photomultiplier tube.

1          19.  The method of claim 1 wherein the interrogating
2    step comprises focusing the excitation light to a point on the
3    plate and determining the region the fluorescence originated.

1          20.  The method of claim 16 wherein the target is
2    tagged with a fluorescent marker and the biological chip plate
3    reader comprises a CCD array.

1          21.  The method of claim 1 wherein the biological
2    arrays each have at least about 2500 probe sites.

1          22.  The method of claim 1 wherein the biological
2    arrays each have at least about 50,000 probe sites.

1          23.  The method of claim 1 wherein each test well
2    comprises an individual probe array.

25

1         24.  The method of claim 1 wherein said chip plate
2  is made by the steps of mating a wafer to an array of open
3  ended wells.

1         25.  The method of claim 5, wherein the samples are
2  from a plurality of patients.

1         26.  The method of claim 25 further comprising the
2  step of using information from the results to determine which
3  of the patients exhibit a genetic disease or characteristic.

1         27.  The method as recited in claim 1 wherein the
2  interrogating step comprises the steps of:
3     (a)  directing excitation light through a bottom surface
4  of said plate; and
5     (b)  detecting where targets bound on said probe arrays.

1         28.  The method as recited in claim 1 wherein said
2  arrays of probes are made by repeating the steps of:
3     (a)  selectively directing light at said surface to
4  remove photoremovable protecting groups; and
5     (b)  selectively coupling monomers to said surface.

1         29.  The method of claim 1 wherein the interrogating
2  step comprises determining the on- or off-rates of binding
3  between target molecules in a sample and probes.

1         30.  A system for concurrently processing multiple
2  biological chip assays comprising:
3     (a) a biological chip plate comprising a plurality of
4  test wells, each test well defining a space for the
5  introduction of a sample, and comprising a biological array
6  comprising a substrate and a surface to which an array of at
7  least 100 probes at known sites is attached, said probes
8  exposed to the space;
9     (b) a fluid handling device that automatically performs
10  steps to carry out reactions between target molecules in the
11  samples and probes in a plurality of the test wells; and

IAFP00000058

26

12        (d) a biological chip plate reader that interrogates the
13    probe arrays to detect any reactions between target molecules
14    and probes in a plurality of the test wells to produce assay
15    results.

1         31.  The system of claim 30 further comprising a
2    computer comprising a program for processing the assay
3    results.

1         32.  The system of claim 30 wherein the probes are
2    DNA or RNA molecules.

1         33.  The system of claim 30 wherein the fluid
2    handling device and the biological chip plate reader comprise
3      (a)  a confocal detection device having a monochromatic
4    or polychromatic light source;
5      (b)  means for directing an excitation light from the
6    light source at the substrate;
7      (c)  means for controlling temperature of the substrate
8    during a reaction; and
9      (d)  means for detecting fluorescence emitted by the
10    targets in response to the excitation light.

1         34.  The system of claim 33 wherein the fluid
2    handling device comprises
3         robotically controlled pipets for adding or removing
4    fluids from the test wells at predetermined times; and wherein
5      (a)  the means for detecting the fluorescent emissions
6    from the substrate comprise a photomultiplier tube;
7      (b)  the means for focusing the excitation light to a
8    point on the substrate and determining the region the
9    fluorescence originated from comprise an x-y-z translation
10    table; and
11      (c)  wherein translation of the x-y-z table, temperature
12    control and data collection are managed and recorded by a
13    digital computer.

27

1       35.   The system of claim 33 wherein the means for
2    directing excitation light and means for detecting are
3    arranged to illuminate and read the test wells through a
4    bottom side of the test wells.

1       36.   The system of claim 30 wherein the biological
2    chip plate reader comprises a line scanner.

1       37.   The system of claim 30 wherein the biological
2    chip plate reader comprises a CCD array.

1       38.   The system of claim 30 wherein the biological
2    chips have at least about 2500 probe sites.

1       39.   The system of claim 30 wherein the biological
2    chips have at least about 50,000 sites.

1       40.   The system of claim 30 wherein the biological
2    chip plate comprises about 96 test wells.

1       41.   A biological chip plate comprising a plurality
2    of test wells, each test well defining a space for the
3    introduction of a sample, and each test well comprising a
4    biological chip produced by light-directed probe synthesis
5    comprising a substrate and a surface to which an array of at
6    least 100 probes are attached, the probes being exposed to the
7    space.

1       42.   The biological chip plate of claim 41 wherein
2    the substrate comprises functionalized glass or silica
3    comprising Si, Ge, GaAs, GaP, $SiO_2$, $SiN_4$ or modified silicon.

1       43.   The biological chip plate of claim 41 wherein
2    the surface comprises polymers, plastics, resins,
3    polysaccharides, silica or silica-based materials, carbon,
4    metals, inorganic glasses, membranes, polymerized Langmuir
5    Blodgett film, functionalized glass, (poly)tetrafluoro-

IAFP00000060

28

6   ethylene, (poly)vinylidenedifluoride, polystyrene or
7   polycarbonate.

1       44.   The biological chip plate of claim 41
2   comprising a body having test wells, wherein each test well
3   comprises an individual biological chip.

1       45.   The biological plate of claim 44 wherein the
2   body comprises (poly)tetrafluoroethylene, (poly)vinylidenedi-
3   fluoride, polypropylene, polystyrene, polycarbonate, or
4   combinations thereof.

1       46.   The biological chip plate of claim 41
2   comprising a wafer and a body, the wafer comprising a
3   plurality of biological chips and the body comprising a
4   plurality of channels, wherein the body is attached to the
5   surface of the wafer so that a plurality of the channels each
6   cover an array of probes and the wafer closes one end of a
7   plurality of the channels, thereby forming the test wells.

1       47.   The biological plate of claim 46 wherein the
2   body comprises (poly)tetrafluoroethylene, (poly)vinylidenedi-
3   fluoride, polypropylene, polystyrene, polycarbonate, or
4   combinations thereof.

1       48.   The biological chip plate of claim 41
2   comprising a wafer having a plurality of probe arrays and a
3   material resistant to the flow of a liquid sample that
4   surrounds each probe array.

1       49.   The biological chip of claim 48 wherein the
2   material is a hydrophobic material.

1       50.   The biological chip plate of claim 41
2   comprising 96 wells arranged in 8 rows and 12 columns.

1       51.   The biological chip plate of claim 41 wherein
2   the probes are DNA or RNA molecules.

29

1      52.  The biological chip plate of claim 51 wherein
2  the DNA or RNA molecules comprise sequences directed to
3  pathogenic organisms.

1      53.  The biological chip plate of claim 52 wherein
2  the pathogenic organism is HIV.

1      54.  The biological chip plate of claim 51 wherein
2  the nucleic acids comprise sequences directed to human DNA.

1      55.  The biological chip plate of claim 52 wherein
2  the sequences are directed to a human gene variant that
3  indicates the existence of or predisposition to a genetic
4  disease.

1      56.  The biological chip plate of claim 53 wherein
2  the disease is cystic fibrosis, diabetes, muscular dystrophy
3  or cancer.

1      57.  The biological chip plate of claim 41 wherein
2  the array of probes in each test well is the same.

1      58.  The biological chip plate of claim 41 wherein
2  the test wells are arranged in rows and columns and the rows
3  contain biological chips with the same probe array and the
4  columns contain biological chips with a different probe array.

1      59.  The biological chip plate of claim 41 wherein
2  the probe arrays comprise at least 1000 features.

1      60.  The biological chip plate of claim 41 wherein
2  the probe arrays comprise at least 10,000 features.

1      61.  The biological chip plate of claim 41 wherein
2  the probe arrays comprise at least 100,000 features.

1      62.  The biological chip plate of claim 41 wherein
2  the probe arrays comprise at least 1,000,000 features.

30

1    63. A method for making a biological chip plate
2 comprising the steps of providing a wafer and a body, the
3 wafer comprising a substrate having a surface to which is
4 attached a plurality of arrays of probes, and the body
5 comprising a plurality of channels; and attaching the body to
6 the surface of the wafer whereby a plurality of the channels
7 each cover an array of probes and the wafer closes one end of
8 the plurality of channels, thereby forming test wells defining
9 spaces for receiving samples.

1    64. The method of claim 63 wherein the probes are
2 DNA or RNA molecules.

1    65. A method for making a biological chip plate
2 comprising the steps of:
3   (a) providing a body comprising a plurality of wells
4 defining spaces;
5   (b) providing a plurality of biological arrays comprising
6 a substrate having a surface to which is attached the
7 plurality of probe arrays;
8   (c) attaching the substrate to the wells so that the
9 probes are exposed to the spaces.

1    66. The method of claim 65 wherein the probes are
2 DNA or RNA molecules.

1    67. A method for making a biological chip plate
2 comprising the steps of providing a wafer having a plurality
3 of probe arrays; and applying a material resistant to the flow
4 of a liquid sample so as to surround the probe arrays, thereby
5 creating test wells.

1    68. The method of claim 67 wherein the probes are
2 DNA or RNA molecules.

1    69. A wafer comprising a substrate and a surface to
2 which are attached a plurality of probe arrays, wherein the
3 probe arrays are arranged on the wafer surface in rows and

31

4   columns, wherein the probe arrays in each row are the same and
5   the probe arrays in each column are different.

1            70.  The wafer of claim 69 wherein the probes are
2   DNA or RNA molecules.

1            71.  The wafer of claim 70 wherein the DNA or RNA
2   molecules comprise sequences of HIV.

1            72.  The wafer of claim 70 wherein the probe arrays
2   in the columns comprise sequences for screening a plurality of
3   genetic diseases.

1            73.  The wafer of claim 72 wherein the genetic
2   diseases comprise cystic fibrosis, diabetes, muscular
3   dystrophy or cancer.

IAFP00000064

32

# METHODS FOR ANALYZING BIOLOGICAL CHIP PLATES

ABSTRACT OF THE DISCLOSURE

Methods for concurrently processing multiple
biological chip assays by providing a biological chip plate
comprising a plurality of test wells, each test well having a
biological chip having a molecular probe array; introducing
samples into the test wells; subjecting the biological chip
plate to manipulation by a fluid handling device that
automatically performs steps to carry out reactions between
target molecules in the samples and probes; and subjecting the
biological chip plate to a biological chip plate reader that
interrogates the probe arrays to detect any reactions between
target molecules and probes.

5

10

15

J:\AFFYMETR\139.APP

IAFP00000065



FIG 1

IAFP00000066



Fig 2

IAFP00000067



FIG 3



Microplate Wells

440

430

410

DNA Chip Wafer

420

Individual DNA Chip
and a Well

Fig 4

IAFP00000069



Fig 5

IAFP00000070



FIG. 9

IAFP00000071



FIG 7

IAFP00000072

[AFP0000073]



FIG. 8