# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

April 18, 2006

**VIA ELECTRONIC FILING**
Ms. Deborah Krett, Case Manager for
The Honorable Joseph J. Farnan, Jr.
USDC for the District of Delaware
844 King Street, Lockbox 27
Wilmington, DE  19801

      Re:  *Affymetrix, Inc. v. Illumina, Inc.,* D. Del., C.A. No. 04-901-JJF
            **Request for Permission to Have Laptop Computer in Courtroom 4B**

Ms. Krett:

      We are scheduled to appear for a Markman hearing in Courtroom 4B on Thursday, April 20, 2006 commencing at 1:30 p.m. and request permission to bring two laptops to Courtroom 4B to assist in presentation during the hearing.  We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

                                        Yours,

                                        */s/ Richard K. Herrmann*

                                        Richard K. Herrmann, I.D. No. 405
                                        rherrmann@morrisjames.com

cc: David Thomas, United States Marshall (via hand delivery)
    Keith Ash, Chief Court Security Officer (via hand delivery)
    MaryEllen Noreika, Esq. (via email)
    Michael J. Malecek, Esq. (via email)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>**PERMISSION FOR COUNSEL TO POSSESS**<br>**AND UTILIZE A LAPTOP COMPUTER**<br>**DURING COURT PROCEEDINGS IN**<br>**COURTROOM 4b OF THE**<br>**J. CALEB BOGGS FEDERAL BUILDING** | )<br>)<br>)  Civil Action No.:  04-901 JJF<br>)<br>)<br>)<br>) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two (2) laptop computers for proceedings to occur on Thursday, April 20, 2006 commencing at 1:30 p.m.  Counsel shall comply with the inspection provisions of the United States Marshall.

       Richard K. Herrmann       Mark A. Pals
       Mary B. Matterer          Marcus E. Sernel

Date:                                      _____
                                        JOSEPH J. FARNAN, JR.
                                        United States District Court Judge