IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: )<br>PERMISSION FOR COUNSEL TO )<br>POSSESS AND UTILIZE A LAPTOP )<br>COMPUTER DURING HEARING )<br>PROCEEDINGS IN COURTROOM 4 )<br>OF THE J. CALEB BOGGS FEDERAL )<br>BUILDING ) | Civil Action No. 04-901(JJF) |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers, an Eiki LC-X70 5000 lumen projector, screen, switch boxes, cables and wiring, an ELMO and powercords for the *Affymetrix, Inc. v. Illumina, Inc.*, C.A. 04-901 JJB *Markman* proceedings on Thursday, April 20, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

        David Kelley
        Michael Malecek
        Bonnie McBride
        Maryellen Noreika
        Daniel Reed
        Alison Solari

Dated: April 18, 2006

                                                  _____
                                                  JOSEPH J. FARNAN, JR.
                                                  United States District Court Judge