IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO POSSESS<br>AND UTILIZE A LAPTOP COMPUTER<br>DURING COURT PROCEEDINGS IN<br>COURTROOM 4b OF THE<br>J. CALEB BOGGS FEDERAL BUILDING | )<br>)<br>) Civil Action No.: 04-901 JJF<br>)<br>)<br>)<br>) |

ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two (2) laptop computers for proceedings to occur on Thursday, April 20, 2006 commencing at 1:30 p.m. Counsel shall comply with the inspection provisions of the United States Marshall.

Richard K. Herrmann          Mark A. Pals
Mary B. Matterer             Marcus E. Sernel

Date: April 18, 2006

JOSEPH J. FARNAN, JR.
United States District Court Judge