IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>ILLUMINA, INC.,<br><br>    Defendant/Counter-Plaintiff. | C.A. No. 04-901-JJF |

**[PROPOSED] ORDER DISMISSING CERTAIN CAUSES OF
ACTION RELATING TO U.S. PATENT NO. 6,607,887**

The parties, by and through their respective counsel, hereby stipulate to the dismissal of the following counts relating to U.S. Patent No. 6,607,887 (the "'887 patent") from the above-captioned action.

1.    Count 5 of Affymetrix's Complaint for infringement of the '887 patent with prejudice; and

2.    Count V of Illumina's First Amended Answer and Counterclaims for declaratory judgment of non-infringement, invalidity, and unenforceability of the '887 patent without prejudice

IT IS SO STIPULATED.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
| | |
| */s/ Maryellen Noreika* | */s/ Mary B. Matterer* |
| Maryellen Noreika (#3208) | Richard K. Herrmann (#405) |
| 1201 N. Market Street | Mary B. Matterer (#2696) |
| P.O. Box 1347 | 222 Delaware Avenue, 10th Floor |
| Wilmington, DE 19899-1347 | P.O. Box 2306 |
| (302) 658-9200 | Wilmington, DE 19899-2306 |
| | (302) 888-6800 |
| Attorneys for Plaintiff/Counter-Defendant Affymetrix, Inc. | Attorneys for Defendant/Counter-Plaintiff Illumina, Inc. |

IT IS SO ORDERED.

_____     _____

Date                                              United States District Court Judge