IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>    Plaintiff/Counter-<br>    Defendant,<br><br>v.<br><br>ILLUMINA, INC.,<br><br>    Defendant/Counter-<br>    Plaintiff. | C.A. No.  04-901-JJF |

**AFFYMETRIX, INC.'S MOTION FOR SUMMARY ADJUDICATION
ON ILLUMINA, INC.'S THIRD AND SEVENTH
<u>AFFIRMATIVE DEFENSES AND SECOND COUNTERCLAIM</u>**

Pursuant to Rule 56(c) Affymetrix, Inc. hereby moves for summary adjudication on Illumina, Inc.'s Third and Seventh Affirmative Defenses and Second Counterclaim on the basis of assignor estoppel.  The grounds for the motion are set forth more fully in the accompanying brief in support of Affymetrix's motion.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/  Maryellen Noreika*
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
          *Attorneys for Plaintiff/Counter-Defendant*
          *Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

July 7, 2006

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on July 7, 2006 upon the following in the manner indicated:

BY HAND

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306


BY EMAIL AND FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601


/s/ Maryellen Noreika
Maryellen Noreika (#4601)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com