# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Civil Action No.: 04-901 JJF |
| | ) |
| ILLUMINA, INC., a Delaware corporation, | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |

## MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF THE '432 PATENT

Defendant Illumina, Inc. respectfully moves for summary judgment of invalidity of the asserted claims of U.S. Patent No. 6,355,432 ("the '432 Patent"). The grounds for this motion are fully set forth in the accompanying brief filed contemporaneously herewith.

Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Robert G. Krupka, P.C.
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
(213) 680-8400

Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: July 14, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation, )<br><br>Plaintiff/Counter-Defendant, )<br><br>v. )<br><br>ILLUMINA, INC., a Delaware corporation, )<br><br>Defendant/Counter-Plaintiff. ) | Civil Action No.: 04-901 JJF |

**ORDER**

IT IS HEREBY ORDERED, this _____ day of _____, 2006, upon consideration of Illumina's Motion for Summary Judgment of Invalidity of the Asserted Claims of the '432 Patent, and the parties' arguments and submissions related thereto, that the motion is **GRANTED**. The asserted claims 2, 5, 8, and 9 of U.S. Patent No. 6,355,432 are hereby adjudged to be invalid.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2006, I caused to be electronically filed the foregoing document, **MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF THE '432 PATENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
Mary Ellen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 14th day of July, 2006, the foregoing document was served via email and hand delivery on the above and via email and Federal Express on the following non-registered participant:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94618
510.428.8500

By: /s/ Richard K. Herrmann
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com