IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No.: 04-901 JJF |
| ) | |
| ILLUMINA, INC., a Delaware corporation, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**MOTION FOR SUMMARY JUDGMENT OF INEQUITABLE CONDUCT AND UNENFORCEABILITY OF U.S. PATENT NO. 6,646,243**

Defendant Illumina, Inc. respectfully moves for summary judgment of inequitable conduct and unenforceability of U.S. Patent No. 6,646,243. The grounds for this motion are fully set forth in the accompanying brief filed contemporaneously herewith.

Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Robert G. Krupka, P.C.
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
(213) 680-8400

Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: July 14, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | )<br>)<br>) |
| Plaintiff/Counter-Defendant, | )<br>) |
| v. | )   Civil Action No.:  04-901 JJF |
| **ILLUMINA, INC.**, a Delaware corporation, | )<br>)<br>) |
| Defendant/Counter-Plaintiff. | )<br>) |

## ORDER

IT IS HEREBY ORDERED, this _____ day of _____, 2006, upon consideration of Illumina's Motion for Summary Judgment of Inequitable Conduct and Unenforceability of U.S. Patent No. 6,646,243, and the parties' arguments and submissions related thereto, that the motion is **GRANTED**.  U.S. Patent No. 6,646,243 is hereby adjudged to be unenforceable due to inequitable conduct.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2006, I caused to be electronically filed the foregoing document, **MOTION FOR SUMMARY JUDGMENT OF INEQUITABLE CONDUCT AND UNENFORCEABILITY OF U.S. PATENT NO. 6,646,243**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
Mary Ellen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 14th day of July, 2006, the foregoing document was served via email and hand delivery on the above and via email and Federal Express on the following non-registered participant:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94618
510.428.8500

By: _____
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com