IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | ) ) Civil Action No.: 04-901 JJF |
| **ILLUMINA, INC.**, a Delaware corporation, | ) ) ) |
| Defendant/Counter-Plaintiff. | ) ) |

**STATEMENT RELATED TO ILLUMINA'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF THE '531 PATENT**

Pursuant to the Court's Memorandum Order on Summary Judgment, counsel for defendant Illumina, Inc. hereby certifies that no genuine issues of material fact exist with regard to the facts argued in support of Illumina's Motion for Summary Judgment of Invalidity of the Asserted Claims of the '531 Patent.

Dated: July 17, 2006

                    /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888 6800
rherrmann@morrisjames.com

Robert G. Krupka, P.C.
KIRKLAND & ELLIS LLP
777 SOuth Figueroa Street
Los Angeles, California 90017
(213) 680-8400

Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861 2000

*Attorneys for Illumina, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2006, I caused to be electronically filed the foregoing document, **STATEMENT RELATED TO ILLUMINA'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF THE '531 PATENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Jack B. Blumenfeld, Esq.
>Mary Ellen Noreika, Esq.
>Morris Nichols Arsht & Tunnell
>1201 Market Street
>Wilmington, DE  19801

Additionally, I hereby certify that on the 17th day of July, 2006, the foregoing document was served via email and hand delivery on the above and via email and Federal Express on the following non-registered participant:

>Daniel R. Reed, Esq.
>Affymetrix, Inc.
>6550 Vallejo Street, Suite 100
>Emeryville, CA 94618
>510.428.8500

By: */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com