IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | ) Civil Action No.: 04-901 JJF ) |
| **ILLUMINA, INC.**, a Delaware corporation, | ) ) ) |
| Defendant/Counter-Plaintiff. | ) ) |

**STATEMENT RELATED TO ILLUMINA'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF THE '432 PATENT**

Pursuant to the Court's Memorandum Order on Summary Judgment, counsel for defendant Illumina, Inc. hereby certifies that no genuine issues of material fact exist with regard to the facts argued in support of Illumina's Motion for Summary Judgment of Invalidity of the Asserted Claims of the '432 Patent.

Dated: July 17, 2006

                                                                         */s/ Richard K. Herrmann*
                                                                        Richard K. Herrmann (#405)
                                                                        MORRIS, JAMES, HITCHENS &
                                                                        WILLIAMS LLP
                                                                        222 Delaware Avenue, 10th Floor
                                                                        Wilmington, Delaware 19801
                                                                        (302) 888 6800
                                                                        rherrmann@morrisjames.com

                                                                        Robert G. Krupka, P.C.
                                                                        KIRKLAND & ELLIS LLP
                                                                        777 SOuth Figueroa Street
                                                                        Los Angeles, California 90017
                                                                        (213) 680-8400

Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861 2000

*Attorneys for Illumina, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2006, I caused to be electronically filed the foregoing document, **STATEMENT RELATED TO ILLUMINA'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF THE '432 PATENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Jack B. Blumenfeld, Esq.
> Mary Ellen Noreika, Esq.
> Morris Nichols Arsht & Tunnell
> 1201 Market Street
> Wilmington, DE 19801

Additionally, I hereby certify that on the 17th day of July, 2006, the foregoing document was served via email and hand delivery on the above and via email and Federal Express on the following non-registered participant:

> Daniel R. Reed, Esq.
> Affymetrix, Inc.
> 6550 Vallejo Street, Suite 100
> Emeryville, CA 94618
> 510.428.8500

> By: _/s/ Richard K. Herrmann_
> Richard K. Herrmann #405
> Mary B. Matterer #2696
> MORRIS, JAMES, HITCHENS &
> WILLIAMS LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, Delaware 19801
> (302) 888-6800
> rherrmann@morrisjames.com