## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | ) )   Civil Action No.: 04-901 JJF |
| **ILLUMINA, INC.**, a Delaware corporation, | ) ) ) |
| Defendant/Counter-Plaintiff. | ) ) |

### STATEMENT RELATED TO ILLUMINA'S MOTION
### FOR SUMMARY JUDGMENT OF INEQUITABLE CONDUCT AND
### UNENFORCEABILITY OF U.S. PATENT NO. 6,646,243

Pursuant to the Court's Memorandum Order on Summary Judgment, counsel for defendant Illumina, Inc. hereby certifies that no genuine issues of material fact exist with regard to the facts argued in support of Illumina's Motion for Summary Judgment of Inequitable Conduct and Unenforceability of U.S. Patent No. 6,646,243..

Dated: July 17, 2006

　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard K. Herrmann*
　　　　　　　　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS &
　　　　　　　　　　　　　　　　　　　　　　WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　(302) 888 6800
　　　　　　　　　　　　　　　　　　　　　　rherrmann@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　　Robert G. Krupka, P.C.
　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　777 SOuth Figueroa Street
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90017
　　　　　　　　　　　　　　　　　　　　　　(213) 680-8400

Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861 2000

*Attorneys for Illumina, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2006, I caused to be electronically filed the foregoing document, **STATEMENT RELATED TO ILLUMINA'S MOTION FOR SUMMARY JUDGMENT OF INEQUITABLE CONDUCT AND UNENFORCEABILITY OF U.S. PATENT NO. 6,646,243**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Jack B. Blumenfeld, Esq.
> Mary Ellen Noreika, Esq.
> Morris Nichols Arsht & Tunnell
> 1201 Market Street
> Wilmington, DE  19801

Additionally, I hereby certify that on the 17th day of July, 2006, the foregoing document was served via email and hand delivery on the above and via email and Federal Express on the following non-registered participant:

> Daniel R. Reed, Esq.
> Affymetrix, Inc.
> 6550 Vallejo Street, Suite 100
> Emeryville, CA 94618
> 510.428.8500

> By:  */s/ Richard K. Herrmann*
> Richard K. Herrmann #405
> Mary B. Matterer #2696
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP
> 222 Delaware Avenue, 10[th] Floor
> Wilmington, Delaware  19801
> (302) 888-6800
> rherrmann@morrisjames.com