IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFYMETRIX, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | C.A. No. 04-901 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**STATEMENT RELATED TO AFFYMETRIX, INC.'S MOTION FOR (1) SUMMARY JUDGMENT ON ILLUMINA'S COUNTERCLAIM OF INTENTIONAL INTERFERENCE WITH ACTUAL AND PROSPECTIVE ECONOMIC ADVANTAGE AND (2) SUMMARY ADJUDICATION OF PORTIONS OF ILLUMINA'S COUNTERCLAIM FOR UNFAIR BUSINESS PRACTICES; OR IN THE ALTERNATIVE, FOR BIFURCATION OF THESE COUNTERCLAIMS**

Pursuant to the Court's Memorandum Order on Summary Judgment Procedure, counsel for plaintiff/counter-defendant Affymetrix, Inc. hereby certifies that no genuine issues of material fact exist with regard to the facts argued in support of Affymetrix, Inc.'s Motion For (1) Summary Judgment On Illumina's Counterclaim Of Intentional Interference With Actual And Prospective Economic Advantage and (2) Summary Adjudication Of Portions Of Illumina's Counterclaim For Unfair Business Practices; Or, In The Alternative, For Bifurcation Of These Counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
   *Attorneys for Plaintiff/Counter-Defendant*
   *Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

July 18, 2006
529212

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2006, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

>Richard K. Herrmann
>Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on July 18, 2006 upon the following in the manner indicated:

BY HAND

>Richard K. Herrmann
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, DE 19801

BY EMAIL AND FEDERAL EXPRESS

>Mark A. Pals, P.C.
>Marcus E. Sernel
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL 60601

>>*/s/ Derek J. Fahnestock*
>>Derek J. Fahnestock (#4705)
>>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>>Wilmington, DE 19899-1347
>>(302) 658-9200
>>dfahnestock@mnat.com