IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AFFYMETRIX, INC.,                          )
                                           )
      Plaintiff/Counter-Defendant, )    C.A. No. 04-901 (JJF)
                                           )
    v.                                   )
                                           )
ILLUMINA, INC.,                            )
                                           )
      Defendant/Counter-Plaintiff.  )


**STATEMENT RELATED TO AFFYMETRIX, INC.'S MOTION FOR SUMMARY
ADJUDICATION ON ILLUMINA, INC.'S THIRD AND SEVENTH AFFIRMATIVE
<u>DEFENSES AND SECOND COUNTERCLAIM</u>**

Pursuant to the Court's Memorandum Order on Summary Judgment Procedure, counsel

for plaintiff/counter-defendant Affymetrix, Inc. hereby certifies that no genuine issues of

material fact exist with regard to the facts argued in support of Affymetrix, Inc.'s Motion For

Summary Adjudication On Illumina, Inc.'s Third And Seventh Affirmative Defenses And

Second Counterclaim.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Plaintiff/Counter-Defendant*
  *Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

July 18, 2006
529205

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2006, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on July 18, 2006 upon the following in the manner indicated:

<u>BY HAND</u>

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

<u>BY EMAIL AND FEDERAL EXPRESS</u>

Mark A. Pals, P.C.
Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

*/s/ Derek J. Fahnestock*
Derek J. Fahnestock (#4705)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19899-1347
(302) 658-9200
dfahnestock@mnat.com