–49–

Fourth, the position of each sequence block relative to the other sequence blocks is determined. An examination of the block sets that pertain to unique blocks (that definitely occur only once in the sequence of the strand) indicates their relative positions. For example, in Figure 10d, block set "CATG" indicates that unique sequence block "TACCTTG" occurs downstream of unique sequence block "CATG". This is confirmed by block set "TACCTTG", in which unique sequence block "CATG" occurs upstream of unique sequence block "TACCTTG". The relative position of the two unique sequence blocks is indicated in Figure 10e, where the top line to the left of the arrow shows "CATG" upstream (to the left) of "TACCTTG". The relative position of the sequence blocks that can potentially occur more than once in the nucleotide sequence of the strand is determined from their presence or absence in the upstream and downstream subsets of other sequence blocks. For example, sequence block "TAA" occurs in the downstream subset of block set "CATG" (and does not occur in the upstream subset of block set "CATG"). Furthermore, sequence block "TAA" also occurs in the downstream subset of block set "TACCTTG" (and not in its upstream subset). Therefore, sequence block "TAA" must occur downstream of both unique sequence blocks "CATG" and "TACCTTG". This is indicated in Figure 10e, where the bottom line to the left of the arrow shows "TAA" as occurring downstream of "CATG" and "TACCTTG". Furthermore, sequence block "TGGTA" occurs only in the downstream subset of block set "CATG". Therefore, it must occur downstream of "CATG" in the sequence. On the other hand, sequence block "TGGTA" occurs in both the upstream and downstream subsets of block set "TACCTTG". This indicates that "TGGTA" can potentially occur in the sequence at positions both upstream and downstream of unique sequence block "TACCTTG". Finally, "TGGTA" only occurs upstream of "TAA". This is indicated in Figure 10e, where the bottom line to the left of the arrow contains a bracket that shows the range of positions at which "TGGTA" can occur, relative to the positions of the other sequence blocks. At this point in the analysis, the diagram to the left of the arrow in Figure 9c contains all the information obtained that pertains to strand set A.

-50-

Finally, the sequence of the strand is ascertained by taking into account both the relative position of the sequence blocks, as shown in the diagram to the left of the arrow in Figure 10e, and the identity of the sequences at the ends of the sequence blocks. The object of this last step is to assemble the blocks into the final sequence. Four rules are followed: (a) each of the blocks must be used at least once; (b) the blocks must be assembled into a single sequence; (c) the ends of blocks that are to be joined must maximally overlap each other (i.e., if the surveyed oligos are $n$ nucleotides in length, then two blocks maximally overlap each other if they share a terminal sub-sequence that is $n-1$ nucleotides in length); and (d) the order of the blocks must be consistent with their positions relative to one another, as ascertained from the block sets. For example, in Figure 10e, "CATG" is upstream of "TACCTTG". "CATG" cannot be joined directly to "TACCTTG", since these two sequence blocks do not possess maximally overlapping terminal sequences (two nucleotides in length). However, an examination of the permissible positions at which other sequence blocks can occur indicates that "TGGTA" can occur in the gap between "CATG" and "TACCTTG". The ends of these sequence blocks are then examined to see whether the gap can be bridged. "CATG" can be joined to "TGGTA" by maximally overlapping their shared terminal sub-sequence "TG". Furthermore "TGGTA" can be joined to "TACCTTG" by maximally overlapping their shared terminal sub-sequence "TA". Similarly, the gap that occurs downstream of "TACCTTG" can potentially be filled by both "TAA" and "TGGTA". "TAA" must be used, because it was not used at any other location. However, "TACCTTG" cannot be directly joined to "TAA". The solution is to join "TACCTTG" to "TGGTA", and then to join "TGGTA" to "TAA". Thus, the sequence of strand A (which is shown in Figure 10f) is unambiguously assembled by utilizing sequence block "TGGTA" twice (as summarized in the diagram to the right of the arrow in Figure 10e).

The same procedure is followed to determine the sequence of strand B (see Figure 11). In this example, there are three sequence blocks that do not occur in their own upstream or downstream subsets, and they therefore definitely occur only once

-51-

in the sequence of strand B (namely, sequence blocks "CTTG", "GTCC", and "TACC"). An examination of block set "GTCC" shows that "GTCC" occurs upstream of "CTTG" and "TACC". However, an examination of block set "CTTG" and an examination of block set "TACC" indicates that sequence blocks "CTTG" and "TACC" can both occur upstream and downstream of each other, which appears to conflict with the observation that these sequence blocks only occur once in the sequence of strand B. There is actually no conflict. Each of these sequence blocks does indeed occur only once. It is just that their positions, relative to one another, in strand B are obscured by the presence of conflicting information from the relative positions of oligos that occur in strand A. This ambiguity (indicated by the identical positions of sequence blocks "CTTG" and "TACC" in the diagram to the left of the arrow in Figure 11e) is resolved by the remainder of the information. The positions of those sequence blocks that can potentially occur more than once in the sequence of strand B is determined from other block sets. First, the block sets of the sequence blocks that definitely occur only once in the sequence (namely, block sets "CTTG", "GTCC", and "TACC") are consulted. The range of positions at which these other sequence blocks can occur (relative to the positions of other blocks) is indicated in the diagram to the left side of the arrow in Figure 11e.

The assembly of the nucleotide sequence of Strand B proceeds as follows: "ATG" is upstream of all other blocks. The uniquely occurring block immediately downstream of "ATG" is "GTCC". "ATG" and "GTCC" cannot be directly joined. However, "ATG" can be directly joined to "TGGT", so the correct order is to join "ATG" to "TGGC", and then to join "TGGC" to "GTCC". Neither "CTTG" nor "TACC" can be directly joined to "GTCC". Three different sequence blocks can be used to bridge this gap (namely, "CCT", "GTA", and "TGGT"). The only combination of these three sequence blocks that can fill this gap is "CCT" alone, which bridges the gap between "GTCC" and "CTTG". This resolves the ambiguity as to the relative positions of "CTTG" and "TACC". "CTTG" is therefore upstream of "TACC". "CTTG" cannot be directly joined to "TACC". Again, there are three different sequence blocks that can be used

-52-

to fill this gap (namely, "CCT", "GTA", and "TGGT").  The only
combination of these three sequence blocks that can fill this gap
is "TGGT" and "GTA" (i.e.,"GTTG" is joined to "TGGT", "TGGT" is
joined to "GTA", and "GTA" is joined to "TACC").  And finally,
"CTA", which occurs upstream of all other blocks, must be
included in the sequence.  However, "TACC" cannot be directly
joined to "CTA".  There are three different sequence blocks that
can be used to fill this gap (namely, "CCT", "GTA", and "TGGT").
The only combination of these three sequence blocks that can fill
this gap is "CCT" alone.  Thus, the assembly of the sequence of
Strand B from its sequence blocks is completed.  Note that some
sequence blocks that could potentially occur in the sequence more
than once, actually occur only once (e.g., "GTA"), while others
actually occur more than once (e.g., "CCT").

Using the methods of this invention, the entire sequence of
strand B is unambiguously determined, despite the fact that some
oligos occur more than once in its sequence, despite the fact
that more than one sequence block can be assembled from the
oligos that occur in the strand, despite the fact that the
multiplicity of occurrence of each oligo is not determined during
surveying, despite the fact that the strand is analyzed in a
mixture of strands, and despite the fact that the other strand in
the mixture possesses many of the same oligos.

5.  Uses of sectioned oligonucleotide arrays for
manipulating nucleic acids --

In the examples described below, it is assumed that the
sequences of the nucleic acids to be manipulated have already
been established.  It is not necessary, in these manipulations,
that the sample be distributed across the entire array.  Instead,
a sample can be delivered directly to the well in the array where
a particular oligo (or a particular strand) is immobilized.  The
arrays enable a large number of specifically directed manipula-
tions of nucleic acids to be carried out.

IAFP00013477

-53-

### 5.1. Cleavable primers --

Amplification of strands and partials following separation
(or generation) on a sectioned array requires that their ends be
provided with priming regions.  The priming regions can be
undesirable in subsequent use, such as the making of recombinants
or site-directed mutants.  For some uses it is desirable to
substitute new priming regions for the old.  For those uses, the
primers used for amplification must first be removed from the 5'
ends.

Where the junction of the primer and the strand is contained
within a unique restriction site, the primer can be removed by
treating a double-stranded version of the strand with a cor-
responding restriction endonuclease.  However, restriction sites
will often not be present at the junctions.  A solution to this
problem is to make the primer (or even only the junction nucleo-
tide in the primer) chemically different from the rest of the
strand.  The primer in these examples resides at the strand's 5'
terminus.

### 5.1.1.  Cleavage of primers by alkaline hydrolysis or by ribonuclease digestion --

This method is suitable for removal of oligoribonucleotide
primers, or mixed RNA/DNA primers whose 3' terminal nucleotide
(which becomes a junction nucleotide upon primer extension) is a
ribonucleotide.  Such primers are incorporated at the 5' end of
DNA strands or partials during amplification.

Alkaline hydrolysis cleaves a phosphodiester bond that is on
the 3' side of a ribonucleotide, and leaves intact a phospho-
diester bond that is on the 3' side of a deoxyribonucleotide.
After alkaline hydrolysis, the pH of the reaction mixture is
returned to a neutral value by the addition of acid, and the
sample can be used without purification.  Primers containing a
riboadenylate or a riboguanylate residue at their 3' end can
effectively be removed from a DNA strand or partial by treatment
with $T_2$ ribonuclease.  After treatment, the sample is heated to
100°C to inactivate the ribonuclease, and can be used without
purification.  In both these cases, the released 5' terminus of

IAFP00013478

Case 1:04-cv-00901-JJF    Document 289-4    Filed 07/21/2006    Page 6 of 54

-54-

the strand (or partial) is left dephosphorylated. Therefore, if
the strand obtained is subsequently used for ligation, it should
be phosphorylated by incubation with polynucleotide kinase.

5.1.2.  Cleavage of primers from DNA strands (or partials)
synthesized from phosphorothioate nucleotide precursors --

In this method, oligodeoxynucleotide or oligoribonucleotide
primers are synthesized from natural nucleotides, but strand
amplification is carried out in the presence of only α-phos-
phorothioate nucleotide precursors. Subsequent digestion of the
synthesized strands with a 5'-3' exonuclease, such as calf spleen
5'-3' exonuclease, results in the elimination of all primer
nucleotides except the original 3'-terminal (junction) nucleotide
of the primer, with the released 5'-terminal group of a strand or
partial being unphosphorylated. The junction nucleotide is not
removed, because it is joined to the rest of the strand by a
phosphorothioate diester bond. Therefore, the strand obtained
has an extra nucleotide at its 5' end. This does not present a
problem when the presence of the former junction nucleotide at
the 5' end of the strand is compatible with the subsequent use of
the strand. The presence of the extra nucleotide can also be
useful for site-directed mutagenesis.

If the primer-deprived strand so obtained is to be ligated,
the use of spleen exonuclease, which leaves 5'-hydroxyl groups,
must be then followed by phosphorylation with polynucleotide
kinase. Therefore, where the strand is to be ligated, the use of
bacteriophage lambda or bacteriophage T7 5'-3' exonuclease is
preferable over spleen exonuclease, since they leave 5'-phos-
phoryl groups at the site of cleavage.

5.2.  Generation of recombinant nucleic acids --
In the method described below, two nucleic acid strands are
ligated in one round of ligation. It is possible to keep repeat-
ing the process any desired number of times to ligate the desired
number of strands.

In this example, a sectioned array contains immobilized
oligos that consist of two portions, one complementary to the 3'-

IAFP00013479

PCT/US93/01552

-55-

terminal sequence of one of the moieties to be ligated, and the
other complementary to the 5'-terminal sequence of the other
moiety to be ligated.  The immobilized oligos can have either
free 3' or 5' ends.  The relevant termini of the moieties to be
ligated should be deprived of priming regions, but priming
regions (preferably different) should be preserved at the
opposite termini to allow amplification of the recombinants.
After hybridization in an appropriate well, the two nucleic acid
strands are ligated to each other utilizing DNA ligase.
Unligated strands are then washed away.  Only ligated strands
possess two terminal priming regions required for PCR.  The
strands that are to be ligated can be used in a mixture with
other strands, provided that no other strands have with the same
oligos at the termini deprived of priming regions.

Many different strands can be ligated to one particular
strand (or partial), to produce many recombinant variations of
one gene.  In that case, one portion of the splint, i.e., the
immobilized oligo is a constant segment, and the other portion is
a variable segment, i.e., a binary array is used.  The constant
segment binds to the strand to be included in every recombinant,
and the variable segment binds to the end of a strand to be fused
with the invariant strand.

5.3.  Site-directed mutagenesis --
The ability to prepare any partial of a strand according to
the invention provides the opportunity to make nucleotide sub-
stitutions, deletions and insertions at any chosen position
within a nucleic acid.  Moreover, the use of sectioned arrays
makes it possible to perform site-directed mutagenesis at a
number of positions (even at all positions) at once, and in a
particular embodiment, to determine, within individual wells of
the array, properties of the encoded mutant proteins.

Mutations are introduced into a strand by first preparing
partials having variable ends that correspond to the segment to
be mutated, that segment preceding the location of the intended
mutation.  Then mutagenic nucleotides or oligos are introduced
into the variable ends.  The mutated partials are then extended

the length of the full sized strand using the complementary copy
of the original non-mutated strand as a template.

In this method, complements of partials (i.e., strands whose
5' termini are variable and 3' termini are fixed) are used.
Their 5'-terminal priming regions are removed and then phos-
phorylated by incubation with polynucleotide kinase, and the
partials are then ligated by incubation with RNA ligase to the
free 3' hydroxyls of oligoribonucleotides immobilized on a 3'
sectioned ordinary array.  The sequence of the immobilized oligo
to which a partial is ligated is identical to the oligo segment
that occurs in the original (full-length) strand immediately
adjacent to the end of the partial, except for one (or a few)
nucleotide difference(s) that corresponds to mutation(s) to be
introduced.

The nucleotide differences are preferably located at the 3'
terminus of the immobilized oligo, and can correspond to a
nucleotide substitution, insertion, or deletion.  A deletion can
be of any size.  For a large insertion, the ligated partial, or
the immobilized oligo, can first be fused to a nucleic acid
containing all or part of the sequence to be inserted.

After washing away material not covalently bound, the
immobilized strand is linearly copied, taking advantage of the
priming region at its (fixed) 3' end.  The copies correspond to
partials that have been extended by the oligos containing the
mutation(s).  The copies are annealed to their complementary
full-length strands, and their 3' termini extended by incubation
with DNA polymerase, using the parental strand as a template.
Finally, the extended mutant strands are amplified by PCR.  It is
important that the primers utilized for amplification of a
partial used for mutagenesis be different from the primers used
to amplify the original (non-mutant) full-length strand.  This
assures that only mutant strands are amplified.

IAFP00013481

WO 93/17126                                    PCT/US93/01552

–57–

We claim:

1.    A binary oligonucleotide array comprising an array of
predetermined areas on a surface of a solid support, each area
having therein, covalently linked to said surface, multiple
copies of a binary oligonucleotide of a predetermined sequence,
said binary oligonucleotide consisting of a constant nucleotide
sequence adjacent to a variable nucleotide sequence, wherein the
constant nucleotide sequence is the same for all oligonucleotides
in the array.

2.    A binary array according to claim 1 wherein the binary
oligonucleotides consist of deoxyribonucleotides.

3.    A binary array according to claim 1 wherein the binary
oligonucleotides consist of ribonucleotides.

4.    A binary array according to claim 1 wherein one or more of
nucleotides of the binary oligonucleotides are modified.

5.    A binary array according to claim 1 wherein one or more of
the nucleotides of the binary oligonucleotides are non-standard.

6.    A binary array according to claim 1 wherein the binary
oligonucleotides are mixed.

7.    A comprehensive binary array according to claim 1

8.    A comprehensive binary array according to claim 7 wherein the
binary oligonucleotides in each area have variable sequences of
the same length.

9.    A 3' binary array according to claim 1.

10.    A 5' binary array according to claim 1.

IAFP00013482

WO 93/17126                                              PCT/US93/01552

-58-

11.  A 3' binary array according to claim 9, wherein each covalently linked binary oligonucleotide has its constant sequence adjacent to the 5' end of its variable sequence.

12.  A 5' binary array according to claim 10, wherein each covalently linked binary oligonucleotide has its constant sequence adjacent to the 3' end of its variable sequence.

13.  A binary array according to claim 2 wherein all or part of the constant nucleotide sequence is complementary to a predetermined restriction recognition sequence.

14.  A binary array according to claim 1 having an oligonucleotide hybridized to all or part of the constant sequence which is ligatable to the terminus of an adjacent nucleic acid hybridized to the oligonucleotide.

15.  In an oligonucleotide array having variable-sequence oligonucleotides immobilized in a predetermined pattern of areas on a solid support, the improvement comprising including in said oligonucleotides a constant sequence of predetermined length.

16.  A sectioned binary array according to claim 1.

17.  A comprehensive sectioned binary array according to claim 16.

18.  A 3' binary oligonucleotide array according to claim 17, wherein each covalently linked binary oligonucleotide has its variable sequence adjacent to the 5' end of its constant sequence.

19.  A 5' binary oligonucleotide array according to claim 17, wherein each covalently linked binary oligonucleotide has its variable sequence adjacent to the 3' end of its constant sequence.

IAFP00013483

-59-

20.  A binary oligonucleotide array according to claim 1, wherein said constant nucleotide sequence comprises one or more functional sequences selected from the group consisting of a nucleic acid polymerase priming region, an RNA polymerase promoter region, and a restriction endonuclease recognition site.

21.  A binary oligonucleotide array according to claim 20, wherein said functional sequence is a priming region.

22.  A binary oligonucleotide array according to claim 1, wherein each binary oligonucleotide is covalently linked to said surface through a long polymer chain.

23.  A binary oligonucleotide according to claim 2, wherein said deoxyribonucleotides comprise at least one modified nucleotide.

24.  A sectioned oligonucleotide array comprising an array of predetermined areas on a surface of a solid support, each area having therein, covalently linked to said surface multiple copies of an oligonucleotide, wherein said areas are physically separated from one another into sections, such that nucleic acids in an aqueous solution generated in one section cannot migrate to another section.

25.  A sectioned oligonucleotide array according to claim 24 further comprising a lattice attached to said surface.

26.  A sectioned oligonucleotide array according to claim 25, wherein said lattice is removably attached to said surface.

27.  A sectioned oligonucleotide array according to claim 25, further comprising a cover removably attachable to said lattice.

28.  A sectioned oligonucleotide array according to claim 24, wherein said sections comprise wells in said solid support.

IAFP00013484

-60-

29. A sectioned oligonucleotide array according to claim 28, further comprising a cover removably attachable to said solid support.

30. A sectioned oligonucleotide array according to claim 24, comprising a gel which physically separates said areas by preventing nucleic acids in an aqueous solution placed in one area from migrating to another area.

31. A sectioned oligonucleotide array according to claim 24, wherein said sections are mechanically separated from one another.

32. A sectioned oligonucleotide array according to claim 27, wherein said cover comprises a replica array.

33. A sectioned oligonucleotide array according to claim 29, wherein said cover comprises a replica array.

34. A sectioned array according to claim 24 wherein all of the oligonucleotides in individual areas are of the same sequence.

35. A sectioned array according to claim 24 wherein not all oligonucleotides in each area are of the same sequence.

36. A method of sorting a mixture of nucleic acid strands comprising the steps of:
    a) providing a solution containing a mixture of nucleic acid strands in single-stranded form and
    b) contacting said solution to a first binary oligonucleotide array of predetermined areas on a surface of a solid support, each area having therein, covalently linked to said surface, copies of a binary oligonucleotide, said binary oligonucleotide consisting of a constant nucleotide sequence adjacent to a variable nucleotide sequence, wherein the constant nucleotide sequence is the same for all oligonucleotides in the array, wherein said step of contacting is carried out under conditions

IAFP00013485

Case 1:04-cv-00901-JJF     Document 289-4     Filed 07/21/2006     Page 13 of 54

-61-

promoting perfect hybridization of said strands to said binary
oligonucleotides.

37.  A method according to claim 36 wherein said array is com-
prehensive.

38.  A method according to claim 36 wherein said array is a 3'
array.

39.  A method according to claim 36 wherein said binary oligo-
nucleotides are complementary to sequences that possibly occur in
the strands in said mixture.

40.  A method according to claim 39 wherein said array is com-
prehensive.

41.  A method according to claim 36 wherein said array is a
sectioned array, further comprising the step of amplifying
strands hybridized in at least some of said areas to produce
copies of said hybridized strands.

42.  A method according to claim 36 further comprising removing
strands that have not perfectly hybridized.

43.  A method according to claim 42 further comprising adding a
terminal extension to at least one terminus of the strands, said
terminal extension having a sequence which substantially does not
occur in the strands.

44.  A method according to claim 43 wherein a terminal extension
is added to the strands by ligation of hybridized strands to
masking oligonucleotides, said masking oligonucleotides being
also hybridized to said binary oligonucleotides.

45.  A method according to claim 44 wherein a second terminal
extension is added to the strands prior to said step of con-
tacting, said second terminal extension being added to termini

IAFP00013486

-62-

not hybridized to said binary oligonucleotides during said step
of contacting.

46.  A method according to claim 42 further comprising releasing
hybridized strands on a sectioned array into solution without
mixing of material in said areas and rebinding them to said
binary oligonucleotides followed by removing unhybridized
strands.

47.  A method according to claim 42 further comprising releasing
hybridized strands in solution and rebinding to a replica array
followed by removing unhybridized strands.

48.  A method according to claim 42 wherein the mixture of
nucleic acid strands comprises RNA.

49.  A method according to claim 42 wherein the mixture of
nucleic acid strands is comprised of DNA fragments obtained by
site specific degradation.

50.  A method according to claim 43 wherein the mixture is
comprised of DNA fragments obtained by digestion with a restric-
tion endonuclease and wherein the constant region of the binary
oligonucleotide contains the complement of the restriction
endonuclease recognition site; and wherein addition of the
terminal extension restores the recognition site.

51.  A method according to claim 42 further comprising generating
complementary copies of hybridized strands.

52.  A method according to claim 51 wherein the array is a 3'
array wherein each binary oligonucleotide has its variable
sequence adjacent to the 5' end of its constant sequence, and the
copies are generated using a DNA polymerase and using the binary
oligonucleotide as a primer.

-63-

53. A method according to claim 51 wherein the array is a 5'
array wherein each binary oligonucleotide has its variable
sequence adjacent to the 3' end of its constant sequence, and the
copies are generated using a DNA polymerase using a primer
hybridized to a 3' terminal extension of the hybridized strands,
and the copies are then ligated to the 5' end of the binary
oligonucleotides.

54. A method according to claim 44 further comprising amplifying
the hybridized strands.

55. A method according to claim 51 further comprising removing
the hybridized strands and amplifying the complementary copies of
the hybridized strands.

56. A method according to claim 55 wherein the hybridized
strands have 3' and 5' terminal extensions, and the amplification
is a polymerase chain reaction.

57. A method according to claim 55 wherein the hybridized
strands have a terminal extension and the amplification is
linear.

58. A method according to claim 36 wherein said step of pro-
viding comprises digesting genomic DNA with a restriction endo-
nuclease to create DNA fragments;
    (a) modifying said fragments by adding a first constant
sequence to their strands' 3' termini and a second constant
sequence to their strands' 5' termini to create priming regions
including restored restriction sites; and
    (b) denaturing the modified fragments to form a mixture of
single nucleic acid strands.

59. A method according to claim 58 wherein said array is a
sectioned, comprehensive array, further comprising the step of
amplifying strands hybridized in said areas by symmetric PCR.

IAFP00013488

-64-

60.  A method according to claim 58 further comprising the step
of amplifying said mixture of single nucleic acid strands by
asymmetric PCR.

61.  A method according to claim 36 wherein said binary oligo-
nucleotides or portions thereof are complementary to terminal
sequences that possibly occur in one end of the strands in said
mixture and that are substantially non-complementary to internal
sequences in the strands in said mixture.

62.  A method according to claim 61 wherein said array is a
sectioned array, further comprising the step of amplifying
strands hybridized in at least some of said areas to produce
amplified copies of said single nucleic acid strands.

63.  A method according to claim 62 wherein said array is a
comprehensive array.

64.  A method according to claim 62 wherein said array is a 3'
array.

65.  A method according to claim 61 wherein said step of provid-
ing comprises digesting genomic DNA with a restriction endo-
nuclease to create DNA fragments, modifying said fragments by
adding a first constant sequence to their strands' 3' termini to
create priming regions including restored restriction sites, and
denaturing the modified fragments into a mixture of single
nucleic acid strands.

66.  A method according to claim 61 wherein said step of provid-
ing comprises digesting genomic DNA with a restriction endo-
nuclease to create DNA fragments;
     (a)  modifying said fragments by adding a first constant
segment to one of their strands' 3' and 5' termini to create
priming regions including restored restriction sites; and

-65-

(b)  denaturing the modified fragments into a mixture of
denatured nucleic acid strands each having a priming region only
at one end.

67.  A method according to claim 66 wherein said first binary
sorting array is a 3' array.

68.  A method according to claim 67 further comprising the steps
of
     (a)  generating an immobilized copy of each strand hybrid-
ized to the array by incubation with a DNA polymerase using the
immobilized oligonucleotide as a primer and a hybridized strand
as a template; and
     (b)  washing to remove from the array all materials not
covalently bound to the array.

69.  A method according to claim 68, wherein said step of modify-
ing comprises adding a first constant sequence to their strands'
5' termini and wherein said 3' array contains binary oligo-
nucleotides to which are hybridized masking oligonucleotides,
further comprising the steps of
     (a)  ligating said masking oligonucleotides to denatured
nucleic acid strands hybridized to said binary oligonucleotides
such that their 3' termini are immediately adjacent to one of
said masking oligonucleotides, and
     (b)  washing under conditions such that only strands so
ligated will remain.

70.  A method according to claim 69 wherein said step of adding a
first constant sequence includes ligation of a double-stranded
oligodeoxyribonucleotide adaptor.

71.  A method according to claim 69 wherein said step of adding a
first constant sequence includes ligation of a single-stranded
oligoribonucleotide.

Case 1:04-cv-00901-JJF    Document 289-4    Filed 07/21/2006    Page 18 of 54

-66-

72. A method according to claim 68 wherein said step of modifying comprises adding a first constant sequence to their strands' 3' termini.

73. A method according to claim 72 wherein said first constant sequence is a homopolynucleotide tail added by extension of the strands' 3' termini by enzymatic extension.

74. A method according to claim 72 further comprising the step of adding a second constant sequence to the 3' termini of the immobilized copies.

75. A method according to claim 74 wherein said second constant sequence is a homopolynucleotide tail added by extension of said immobilized copies' 3' termini by enzymatic extension.

76. A method according to claim 68 wherein said first binary oligonucleotide array is a sectioned array, further comprising the step of amplifying said washed, immobilized copies to produce amplified copies.

77. A method according to claim 76 wherein said step of amplifying comprises PCR.

78. A method according to claim 76 wherein said first binary oligonucleotide array is a comprehensive array.

79. A method according to claim 76 further comprising contacting said amplified copies from at least one area of said 3' array to a second binary oligonucleotide array containing immobilized binary oligonucleotides whose constant sequence is identical or complementary to the 3' terminus of the immobilized copies.

80. A method according to claim 62 further comprising contacting said amplified copies from at least one area of said first binary oligonucleotide array to a second binary oligonucleotide array containing immobilized binary oligonucleotides that are com-

IAFP00013491

-67-

plementary to terminal sequences that possibly occur in either
the other ends of said denatured nucleic acid strands or the
complements of said other ends, and that are not complementary to
internal sequences in the strands in said mixture or their
complements.

81. A method according to claim 61 wherein said step of provid-
ing comprises digesting genomic DNA with a restriction endo-
nuclease to create DNA fragments, and denaturing said fragments
into a mixture of denatured nucleic acid strands.

82. A method according to claim 81 wherein said first binary
oligonucleotide array is a 3' array containing binary oligo-
nucleotides to which are hybridized masking oligonucleotides,
further comprising the steps of ligating said masking oligo-
nucleotides to denatured nucleic acid strands hybridized to said
binary oligonucleotides such that their 3' termini are immedi-
ately adjacent to one of said masking oligonucleotides, washing
under conditions such that only strands so ligated will remain,
and generating an immobilized copy of each ligated strand by
incubation with a DNA polymerase.

83. A method according to claim 82 further comprising the steps
of adding a constant sequence to the 5' termini of the hybridized
strands by ligation of a single-stranded oligoribonucleotide;
incubating with a DNA polymerase to extend the immobilized
copies; washing to remove from the array all materials not
covalently bound to the array; and amplifying said washed,
immobilized copies to produce amplified copies.

84. A method according to claim 83 wherein said step of amplify-
ing comprises PCR.

85. A method according to claim 83 wherein said first sorting
array is a comprehensive array.

-68-

86.  A method according to claim 83 further comprising contacting
said amplified copies from at least one area of said 3' array to
a second binary array containing immobilized binary oligonucleo-
tides whose constant sequence is identical or complementary to
the 3' terminus of said immobilized copies.

87.  A method according to claim 67 further comprising the steps
of adding a constant sequence to the 3' termini of the immobi-
lized copies by enzymatic extension thereof; washing to remove
from the array all materials not covalently bound to the array;
and amplifying said washed, immobilized copies to produce ampli-
fied copies.

88.  A method according to claim 87 wherein said step of amplify-
ing comprises PCR..

89.  A method according to claim 87 wherein said first sorting
array is a comprehensive array.

90.  A method according to claim 87 further comprising contacting
said amplified copies from at least one area of said 3' array to
a second terminal binary array containing immobilized binary
oligonucleotides whose constant sequence is identical or com-
plementary to the 3' terminus of said immobilized copies.

91.  A method according to claim 61 wherein said step of provid-
ing comprises digesting genomic DNA with a site-specific cleaving
agent to create DNA fragments.

92.  A method according to claim 91 wherein said agent is an
endonuclease.

93.  A method according to claim 91 wherein said agent is a
chemical agent.

94.  A method according to claim 61 wherein said nucleic acid
strands are cDNA strands.

-69-

95.  A method according to claim 61 wherein said nucleic acid
strands are RNA strands.

96.  A method according to claim 95 wherein said RNA strands are
eukaryotic mRNA strands, and wherein said step of providing
comprises removing 5'-cap structures.

97.  A method according to claim 95 wherein said RNA strands lack
a poly(A) tail.

98.  A method according to claim 61 wherein said step of provid-
ing comprises digesting genomic DNA with a restriction endo-
nuclease to create DNA fragments;
     (a)  modifying said fragments by adding a first constant
sequence to their strands' 3' termini and a second constant
sequence to their strands' 5' termini to create priming regions
including restored restriction sites; and
     (b)  denaturing the modified fragments into a mixture of
single nucleic acid strands.

99.  A method according to claim 98 wherein the 3' priming
regions are complementary to the 5' priming regions.

100. A method according to claim 99 wherein said array is a 3'
array, further comprising the steps of
     (a)  generating an immobilized copy of each strand hybrid-
ized to the array by incubation with a DNA polymerase; and
     (b)  washing to remove from the array all materials not
covalently bound to the array.

101. A method according to claim 100 wherein said array is a
sectioned array, further comprising the step of amplifying
strands hybridized in at least some areas by PCR to produce
amplified copies of each said immobilized copy.

IAFP00013494

–70–

102. A method according to claim 101 wherein said array is a
comprehensive array.

103. A method according to claim 99 wherein addition of said
first constant sequence and said second constant sequence
includes ligation of a double-stranded oligodeoxyribonucleotide
adaptor to the strands' 5' termini.

104. A method according to claim 99 wherein addition of said
first constant sequence and said second constant sequence
includes ligation of a single-stranded oligonucleotide to the
strands' 5' termini.

105. A method according to claim 99 wherein addition of said
first constant sequence and said second constant sequence
includes enzymatic extension of the strands' 3' termini by the
synthesis of a homopolynucleotide tail.

106. A method according to claim 101 further comprising contact-
ing said amplified copies from at least one areas of said 3'
array to a second binary array under conditions promoting hybrid-
ization of said amplified copies to the binary oligonucleotides
in said second array.

107. A method according to claim 106 wherein said amplified
copies are produced by symmetric PCR and wherein said second
array is a 3' array.

108. A method according to claim 106 wherein said first array and
said second array are comprehensive.

109. The product of a method according to claim 100.

110. A method of sorting a mixture of nucleic acid strands
comprising the steps of
    a)  providing a solution containing a mixture of nucleic
acid strands in single stranded form, and

-71-

   b)  contacting said solution to an oligonucleotide array of
predetermined areas on a surface of a solid support, each area
having therein copies of an immobilized oligonucleotide, the
nucleotide sequence of immobilized oligonucleotides in separate
areas being different, wherein said contacting is performed under
conditions that promote the formation of perfect hybrids.


111.  A method according to claim 110 wherein said array is
comprehensive.


112.  A method according to claim 110 wherein the array is
sectioned.


113.  A method according to claim 110 wherein the immobilized
oligonucleotides are between 6 and 30 nucleotides long.


114.  A method according to claim 110 wherein the array is a 3'
array.


115.  A method according to claim 110 wherein the array is a 5'
array.


116. In a method wherein two nucleic acid strands are ligated to
each other in order to form a recombinant product, the improve-
ment comprising hybridizing first nucleic acid strands to
immobilized oligonucleotides in an oligonucleotide array prior to
ligation to second nucleic acid strands, said oligonucleotide
array comprising an array of predetermined areas on a surface of
a solid support, each area having copies of an oligonucleotide
immobilized thereon.


117. A method according to claim 116 wherein the first nucleic
acid strands have different nucleotide sequences in each area of
the array.

-72-

118. A method according to claim 116 wherein the second nucleic
acid strands have different nucleotide sequences in each area of
the array.

119. A method according to claim 116 wherein the array is a
comprehensive array.

120. A method according to claim 116 wherein the oligonucleotides
immobilized in each area are of the same length.

121. A method according to claim 116 wherein the oligonucleotides
consist of the group consisting of deoxyribonucleotides, ribo-
nucleotides, mixed deoxyribonucleotides and ribonucleotides,
modified deoxyribonucleotides, modified ribonucleotides, and non-
standard nucleotides.

122. A method according to claim 116 wherein the second nucleic
acid strands are not also hybridized to the immobilized oligo-
nucleotides.

123. A method according to claim 122 wherein the second nucleic
acid strands are strands of double stranded nucleic acids.

124. A method according to claim 123 wherein the set of double
stranded nucleic acids has one end adapted for ligation to blunt
ends formed by hybridization of the first nucleic acids to the
immobilized oligonucleotides.

125. A method according to claim 116 wherein non-ligating termini
of the first nucleic acid strands and the double stranded nucleic
acids contain priming regions for amplification.

126. A method according to claim 125 wherein following ligation
of the first nucleic acids to the second nucleic acids, poly-
merase chain reaction amplification is carried out.

-73-

127. A method according to claim 124 wherein the double stranded
nucleic acids are ligated to the immobilized oligonucleotide
using RNA ligase prior to ligation of the first nucleic acid
strands and the second nucleic acid strands.

128.  A method according to claim 123 wherein the second set of
nucleic acids is the same in every area of array.

129. A method according to claim 123 wherein the first nucleic
strands are hybridized to the immobilized oligonucleotides while
contained in a mixture of one or more different strands, said
different strands having terminal sequences different from
corresponding termini to be ligated of the first nucleic acid
strands.

130. A method according to claim 116 wherein both the first
nucleic acid strands and the second nucleic acid strands are
hybridized to the immobilized oligonucleotides in the array prior
to ligation.

131. A method according to claim 130 wherein both the first and
second nucleic acid strands contain priming regions at their non-
ligating termini.

132.  A method according to claim 131 wherein the first and
second nucleic acid strands are amplified in a polymerase chain
reaction following ligation.

133.  A method according to claim 130 wherein both the first and
second nucleic acids are, prior to hybridization to the immobi-
lized oligonucleotides, contained in mixtures of nucleic acids
having terminal sequences different from the corresponding
termini to be ligated of the first nucleic acid strands and the
second nucleic acid strands.

134. A method according to claim 36 further comprising sorting
the hybridized nucleic acid strands or their copies in an area of

-74-

the first binary array by contacting them to a second oligo-
nucleotide array.

135. A method according to claim 134 wherein the strands or their
copies are contacted to all areas of the array.

136. A method according to claim 36 wherein the nucleic acid
strands are contacted to all areas of a second binary array.

137. A method according to claim 134 wherein cleavable primers
are used following said step of contacting for amplification of
hybridized strands.

138. A method according to claim 137 further comprising cleaving
the cleavable primers from the strands and adding new terminal
extensions.

139. A method according to claim 134 wherein the contents of an
area of the first binary array are contacted with only predeter-
mined areas of a second binary array.

140. A method according to claim 36 further wherein contents in
an area of the binary array are contacted with the corresponding
area of a replica array.

141. A method according to claim 134 wherein the second oligo-
nucleotide array is a second binary array.

142. A method for introducing a site directed mutation into a
nucleic acid strand on an oligonucleotide array using a partial,
said partial corresponding to a region of the nucleic acid strand
adjacent to the location of the site directed mutation to be
introduced, comprising the steps:
    (a)  separately ligating said partial to the free terminus
of a preselected immobilized oligonucleotide in the oligo-
nucleotide array to obtain a mutated partial, said oligonucleo-
tide array comprising an array of predetermined areas on the

-75-

surface of a solid support, each area having therein a pre-
selected immobilized oligonucleotide, said preselected oligo-
nucleotide having a sequence adapted to introduce a mutation to
the partial added to the area; and

    (b) generating, using the mutated partial, a nucleic acid
containing the mutation.

143. A method according to claim 142 wherein step b is
accomplished by

    (a) hybridizing a complementary copy of the mutated partial
to a template having the complementary sequence of the terminal
portion of the nucleic acid strand which is not contained in the
partial; and

    (b) carrying out a polymerase reaction, a ligation reaction
or both a polymerase reaction and ligation reaction to join the
remaining region of the nucleic acid strand to the mutated
partial.

144. A method for making immobilized partial copies of a nucleic
acid strand on a 3' or 5' oligonucleotide array, comprising the
steps:

    (a) hybridizing the strand to the array by an oligo-
nucleotide segment contained in the strand, said array comprising
predetermined areas on a surface of a solid support, each area
having therein immobilized oligonucleotides consisting of a
predetermined variable sequence, said hybridization taking place
under conditions that promote the formation of perfect hybrids of
the length of the immobilized oligonucleotide in each area, and

    (b) where the strand is hybridized to a 3' array, enzymati-
cally extending the immobilized oligonucleotide using the hybrid-
ized strand as a template, and where the strand is hybridized to
a 5' array, hybridizing a primer to a priming region contained in
the 3' terminus of the hybridized strand, then enzymatically
extending the primer to form an extension product, then ligating
the extension product to the immobilized oligonucleotide.

-76-

145. A method according to claim 144 wherein the strand is hybridized to a 3' array, further comprising amplifying the immobilized partial copies using a primer or promoter complement appropriate to hybridize to a priming region or promoter sequence at the immobilized partial copies' 3' termini, and an appropriate polymerase.

146. A method according to claim 144 wherein the oligonucleotide array is substantially comprehensive.

147. A method according to claim 146 wherein a substantially complete set of immobilized partial copies is generated on the array by
    (a)  hybridizing the strand to the array by substantially all oligonucleotides present in the strand;
    (b)  performing step (b) on all hybridized strands.

148. A method according to claim 146 wherein a substantially complete set of amplified partials is generated on a 3' array by
    (a)  hybridizing the strand to the 3' array by substantially all oligonucleotides present in the strand;
    (b)  performing step (b) on all hybridized strands; and
    (c)  amplifying substantially all immobilized partial copies by using a primer or promoter complement appropriate to hybridize to a priming region or promoter sequence at the partial copy's fixed terminus, and an appropriate polymerase.

149. A method according to claim 148 wherein following step (a) unhybridized and imperfectly hybridized strand copies are removed.

150. A method according to claim 149 wherein the array is sectioned.

151. A method according to claim 150 wherein the strand is contained in a mixture of strands which are subjected to the same steps on the array.

-77-

152. A method according to claim 151 wherein the priming region is a terminal extension introduced in all strands in the mixture.

153. A method according to claim 149 wherein the priming region or promoter is added to the 5' terminus of the nucleic acid strand prior to hybridizing the strand to the array.

154. A method according to claim 150 further wherein the oligonucleotide content in an area of the array is surveyed.

155. The product of a method according to claim 144.

156. The product of a method according to claim 146.

157. A method according to claim 144 wherein the strand is contained in a mixture of sorted strands subjected to the method, said mixture of sorted strands being from an area of a sorting array.

158. A method according to claim 157 further wherein mixtures of strands from different areas of the sorting oligonucleotide array are hybridized to the 3' or 5' oligonucleotide array.

159. A method according to claim 144 wherein the nucleic acid is a previously prepared partial.

160. A method according to claim 145 further comprising sorting partials or their copies from an area of the oligonucleotide array on a second oligonucleotide array.

161. A method according to claim 145 further comprising sorting partials or their copies from an area of the oligonucleotide array according to variable sequences adjacent their fixed ends on a binary oligonucleotide array.

IAFP00013502

-78-

162. A method of claim 144 further comprising ligating a partial
or its copy in single stranded or double stranded form to a
second nucleic acid strand.

163. A method according to claim 162 wherein the second nucleic
acid strand is a previously obtained partial.

164. A method according to claim 145 further wherein a cleavable
primer, at an end of a partial to be ligated, is used for ampli-
fication, and further comprising cleaving the primer and then
ligating the partial to a second nucleic acid strand.

165. A method according to claim 162 further comprising exponen-
tially amplifying ligated product using priming regions at non-
ligated termini.

166. A method according to claim 165 further wherein the priming
regions at the non-ligated termini of the ligated product are
adapted to permit amplification only of the ligated product.

167. A method according to claim 144 further wherein a partial
obtained is ligated to an oligonucleotide or to a second nucleic
acid strand adapted to introduce a site directed mutation, with
respect to the nucleic acid strand that the partial was generated
from, at the ligated terminus of the partial.

168. A method according to claim 167 wherein the oligonucleotide
is immobilized in a second oligonucleotide array.

169. A method for sorting partials by their variable termini on a
binary oligonucleotide array, which partials have been prepared
by random chemical or enzymatic degradation of one or more
nucleic acid strands, said binary array comprising an array of
predetermined areas on a surface of a solid support, each area
having therein copies of a binary oligonucleotide of a predeter-
mined sequence, said binary oligonucleotide consisting of a
constant nucleotide sequence adjacent to a variable nucleotide

IAFP00013503

-79-

sequence, said variable nucleotide sequence being at the free end
of the binary oligonucleotides, said binary oligonucleotide also
having a complementary masking oligonucleotide hybridized to all
or a part of the constant nucleotide sequence, including the
portion of the constant nucleotide sequence adjacent the variable
nucleotide sequence, comprising the steps of:

(a)  hybridizing the partials to the array by their termini
under conditions that promote the formation of perfect hybrids;
and

(b)  ligating the termini of the partials to the masking
oligonucleotide.

170. A method for obtaining information for determining the
sequence of a nucleic acid strand comprising

(a)  generating a substantially complete set of partials of
the nucleic acid strand; and

(b)  for groups of partials, having the same terminal
variable nucleotide sequence of predetermined length, separately
determining the presence and sequence of all variable oligo-
nucleotides of the predetermined length.

171. In a method for surveying oligonucleotide content of a
nucleic acid strand as part of a sequencing method wherein the
strand is hybridized to a comprehensive oligonucleotide array,
and the presence of hybridized strands in areas of the array is
detected, the improvement comprising:

(a)  preparing a substantially complete set of partials of
the strand prior to surveying;

(b)  sorting the partials by their variable ends on an
oligonucleotide array, and

(c)  separately surveying oligonucleotide content of each
group of sorted partials.

172. A method according to claim 171 wherein the strand is in a
mixture of strands which are subjected to the same steps.

-80-

173. A method according to claim 172 wherein the substantially
complete set of partials is prepared by chemical or enzymatic
degradation of the strands and the strands are sorted on a binary
oligonucleotide array, said binary array comprising an array or
predetermined areas on a surface of a solid support, each area
having therein copies of an binary oligonucleotides of a pre-
determined sequence, said binary oligonucleotide consisting of a
constant nucleotide sequence of predetermined length and nucleo-
tide sequence adjacent to a variable nucleotide sequence.

174. A method according to claim 173 wherein said binary oligo-
nucleotide array comprises a 3' array, said immobilized oligo-
nucleotides consisting of a constant sequence at the 5' terminus
of a variable sequence.

175. A method according to claim 172 further comprising
        (a)  preparing address sets containing a complete list of
all oligonucleotides contained in a strand or strands in the
mixture which share an address oligonucleotide for substantially
every address in the oligonucleotide array on which the partials
were sorted; and
        (b)  determining whether an address set is a strand set by
examining whether the address set can be decomposed into other
address sets.

176. A method according to claim 175 further comprising organiz-
ing the oligonucleotides in a strand set into sequence blocks
composed of oligonucleotides that uniquely overlap each other,
and ordering the blocks.

177. A method of obtaining information to order a set of first
fragments resulting from digestion of DNA with a first restric-
tion endonuclease, the nucleotide sequence of said fragments
having already been determined, comprising
        (a)  digesting the DNA with a second restriction endo-
nuclease to generate a set of second fragments;

IAFP00013505

-81-

(b)  denaturing the second set of fragments to form a
mixture of single nucleic acid strands;

(c)  sorting strands on a substantially comprehensive
oligonucleotide array;

(d)  amplifying the strands to generate both their direct
and complementary copies;

(e)  surveying the contents of individual areas of the array
on a first binary survey array, said first binary survey array
comprising an array of predetermined areas on a surface of a
solid support, each area having therein, covalently linked to
said surface, copies of a binary oligonucleotide, said binary
oligonucleotide having a constant nucleotide sequence which
contains a sequence complementary to the restriction recognition
site of the first restriction endonuclease and adjacent to a
variable sequence; and

(f)  surveying the contents of individual areas of the array
on a second binary survey array, said second binary survey array
comprising an array of predetermined areas on a surface of a
solid support, each area having therein, covalently linked to
said surface, copies of a second binary oligonucleotide, said
second binary oligonucleotide having a constant nucleotide
sequence which contains a sequence complementary to the restric-
tion recognition site of the second restriction endonuclease and
adjacent to a variable sequence.

178. A method according to claim 177 wherein in step c strands
are hybridized to an array selected from the group consisting of

(a)  a first binary sorting array, said first binary sorting
array comprising an array of immobilized oligonucleotides having
a constant nucleotide sequence complementary to the restriction
recognition site of the first restriction endonuclease, adjacent
to a variable sequence of predetermined length, the immobilized
oligonucleotides in an individual area of the first binary
sorting array having the same sequence, and

(b)  a second binary sorting array, said second binary
sorting array comprising an array of immobilized oligonucleotides
having a constant nucleotide sequence complementary to the

IAFP00013506

-82-

restriction recognition site of the second restriction endo-
nuclease, adjacent to a variable sequence of predetermined
length, the immobilized oligonucleotides in an individual area of
the second binary sorting array having the same sequence,

and wherein following hybridization unhybridized and imper-
fectly hybridized strands are removed.


179. A method for obtaining information to allocate sequenced and
ordered fragments from an original restriction digest of DNA from
sister chromosomes to chromosomal linkage groups comprising

(a)  preparing a partial on an oligonucleotide array from a
restriction fragment from an alternate restriction digest of the
DNA, which partial spans first and second allelic differences in
neighboring pairs of sequenced fragments from the original
restriction digest; and

(b)  determining the presence of oligonucleotides containing
the first and second allelic differences in a partial which spans
the first and second allelic differences.


180. A method according to claim 179 wherein

(a)  in step b, the restriction fragment from the alternate
restriction digest is hybridized to the oligonucleotide array by
an oligonucleotide containing the first allelic difference; and

(b)  the presence of an oligonucleotide containing the
second allelic difference is determined by hybridizing the
partial to a complementary second variable nucleotide sequence in
an oligonucleotide array and then detecting the presence of the
partial in the corresponding area of the oligonucleotide array.


181. A method for surveying oligonucleotides in a nucleic acid
strand comprising

(a)  randomly degrading the strand into pieces, the average
length of said pieces slightly exceeding the length of oligo-
nucleotides surveyed;

(b)  ligating the pieces to a ligating oligonucleotide
complementary to at least a portion of a constant sequence of
immobilized oligonucleotides in a binary array;

IAFP00013507

-83-

(c)  hybridizing the pieces to the binary array, said binary array having immobilized oligonucleotides in an ordered array therein and consisting of a constant sequence adjacent to a variable sequence, the immobilized oligonucleotides in an individual area of the array having the same sequence; and

(d)  detecting the hybrids formed.

182. A method according to claim 181 wherein the array is a 3' array having the variable sequence at the 3' termini of the immobilized oligonucleotides, further comprising, following step (c), extending the immobilized oligonucleotides with a polymerase using hybridized pieces as templates.

183. A method according to claim 182 wherein the strand is a DNA strand resulting from a digest with a restriction endonuclease, and melting apart of the fragments obtained thereby or a partial obtained from said strand, and wherein the constant sequence contains the restriction endonuclease recognition site.

184. A method according to claim 183 wherein dideoxynucleotides are used as substrates during extension of the immobilized oligonucleotides using a DNA polymerase.

185. A method according to claim 181 wherein the ligating oligo-nucleotide is pre-hybridized to the constant immobilized oligo-nucleotide prior to ligation to the pieces.

186. In a primer dependent polymerase reaction for amplification of a nucleic acid in which a primer is hybridized to a template strand and extended by incubation with a primer dependent poly-merase and nucleotide substrates to generate a complementary copy of the template strand; the improvement wherein:

the primer or a part thereof contains one or more primer nucleotides that are chemically different from nucleotide sub-strates incorporated in the complementary copy of the template during the amplification said chemical difference causing the

Case 1:04-cv-00901-JJF    Document 289-4    Filed 07/21/2006    Page 36 of 54

-84-

primer to be cleavable without cleaving the part of the com-
plementary copy generated during amplification.

187. A method according to claim 186 further wherein the primer
is selectively cleaved without cleaving the part of the com-
plementary copy generated during amplification.


188. A method according to 187 wherein the primer or a part
thereof contains one or more ribonucleotides triphosphates, and
the substrates used for amplification are deoxyribonucleoside
triphosphates and the primer is cleaved by a chemical or enzy-
matic reaction which cleaves nucleic strands immediately 3' of
ribonucleotides but not 3' of deoxyribonucleotides.

189. A method according to claim 188 wherein the chemical reac-
tion or enzymatic reaction is selected from the group consisting
of

    (a)   alkaline hydrolysis;
    (b)   hydrolysis by a magnesium formamide mixture; and
    (c)   ribonuclease digestion.

190. A method according to claim 188 wherein a ribonucleotide is
present at the 3' terminus of the primer.


191. A method according to claim 187 wherein said nucleotide
substrates used for amplification are modified at their alpha
phosphate groups so that resulting modified phosphodiester bonds
in the complementary copy generated during amplification is
resistant to cleavage by a nuclease, said nuclease being chosen
to be incapable of cleaving said resulting modified phospho-
diester bonds, further wherein one or more primer phosphodiester
bonds are not modified to be resistant to said cleavage, and
wherein said primer is cleaved by treatment with said nuclease.

IAFP00013509

-85-

192. A method according to claim 191 wherein said nucleotide substrates modified at their alpha phosphate groups are nucleoside alpha-thiophosphates.

193. A method according to claim 191 wherein the nucleotide substrates used for amplification are modified deoxyribonucleotides.

194.    An array of oligonucleotide arrays comprising a solid sheet having a surface and an array comprising a pattern of miniaturized oligonucleotide arrays on said surface, each miniaturized array comprising an array of predetermined areas on said surface, each area having therein, covalently linked to said surface, multiple copies of an oligonucleotide of a predetermined sequence.

195. A method according to claim 68 further comprising
     (a)  contacting at least one area of said array containing the immobilized copies with at least one oligonucleotide probe having a predetermined sequence, under conditions promoting hybridization of said at least one probe; and
     (b)  determining whether or not said at least one probe has hybridized to said at least one area.

196. A method according to claim 144 further comprising
     (a)  contacting at least one area of said array containing the immobilized partial copies with at least one oligonucleotide probe having a predetermined sequence, under conditions promoting hybridization of said at least one probe; and
     (b)  determining whether or not said at least one probe has hybridized to said at least one area.

197. A method according to claim 170, wherein determining the presence and sequence of all variable oligonucleotides comprises
     (a)  contacting said substantially complete set of partials with a substantially comprehensive set of oligonucleotide probes,

IAFP00013510

-86-

each of a predetermined length, under conditions promoting
hybridization of said probes; and

    (b)  determining to which partials each said probe has
hybridized.

IAFP00013511

WO 93/17126                                              PCT/US93/01552



Figure 1  - Binary Array

Figure 1a

IAFP00013512

Case 1:04-cv-00901-JJF    Document 289-4    Filed 07/21/2006    Page 40 of 54



**Figure 2 - Sectioned Array**



**Figure 2a**

IAFP00013513

WO 93/17126

PCT/US93/01552



Figure 3

IAFP00013514



Sorting array

**13**

**13a**

DNA sample



Undigested DNA — **10**

DNA digestion with
a restriction endonuclease
and repair of fragment ends — **11**

Melting DNA strands apart — **12**

**100**
**17a**
**17**
**14**
**16**
**16a**
**15**

Hybridization of DNA strands
to a sorting array — **13a**

Extension of the immobilized primer — **18**

PCR amplification — **20**

**19**

**Figure 4**



Figure 5

WO 93/17126                                                    PCT/US93/01552

6/14



Figure 6

SUBSTITUTE SHEET

IAFP00013517

WO 93/17126                                    PCT/US93/01552

7/14



A single survey array

Surveying oligonucleotide
content of the partials

43

31a

31

42

Figure 7a                    Figure 7b

SUBSTITUTE SHEET

IAFP00013518

**Strands in the mixture**

CATGGTACCTTGGTAA

ATGGTCCTTGGTACCTA

**Fig. 8a**

**Indexed address sets**

**Fig. 8b**

Upstream oligonucleotides (surveyed)

Downstream oligonucleotides (inferred)

Addresses

## Unindexed address sets

**8c**

| | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACC | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| ATG | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| CAT | ACC | ATG | CAT | CCT |  | CTT | GGT | GTA |  |  | TAC |  | TGG | TTG |
| CCT | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| CTA | ACC | ATG |  |  | CTA | CTT | GGT | GTA | GTC |  | TAC |  | TGG | TTG |
| CTT | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| GGT | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC |  | TAC | TCC | TGG | TTG |
| GTA | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC |  |  |  |  | TTG |
| GTC | ACC | ATG |  | CCT | CTA | CTT | GGT | GTA | GTC |  | TAC | TCC | TGG | TTG |
| TAA | ACC | ATG | CAT | CCT |  | CTT | GGT | GTA |  | TAA | TAC |  | TGG | TTG |
| TAC | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| TCC | ACC | ATG |  | CCT | CTA | CTT | GGT | GTA | GTC |  | TAC | TCC | TGG | TTG |
| TGG | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| TTG | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |

## Grouped address sets

**8d**

| | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAT | ACC | ATG | CAT | CCT |  | CTT | GGT | GTA |  | TAA | TAC |  | TGG | TTG | **I** |
| TAA | ACC | ATG | CAT | CCT |  | CTT | GGT | GTA |  | TAA | TAC |  | TGG | TTG | |
| CTA | ACC | ATG |  | CCT | CTA | CTT | GGT | GTA | GTC |  | TAC | TCC | TGG | TTG | **II** |
| GTC | ACC | ATG |  | CCT | CTA | CTT | GGT | GTA | GTC |  | TAC | TCC | TGG | TTG | |
| TCC | ACC | ATG |  | CCT | CTA | CTT | GGT | GTA | GTC |  | TAC | TCC | TGG | TTG | |
| ACC | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG | **III** |
| ATG | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG | |
| CCT | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG | |
| CTT | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG | |
| GGT | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG | |
| GTA | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG | |
| TAC | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG | |
| TGG | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG | |
| TTG | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG | |

IAFP00013520

### Identified strand sets

A: ACC ATG CAT CCT CTT GGT GTA TAA TAC TGG TTG



Figure 9a

B: ACC ATG CCT CTA CTT GGT GTA GTC TAC TCC TGG TTG



Figure 9b

**SUBSTITUTE SHEET**



Fig. 10a

Strand set A

ACC ATG CAT CCT CTT GGT GTA TAA TAC TGG TTG

Assembling oligonucleotides into blocks

Fig. 10b

CAT ATG    TAA    TAC ACC CCT CTT TTG    TGG GGT GTA

Converting filtered address sets into block sets

Fig. 10c



Fig. 10d

Fig. 10e

Fig. 10f

IAFP00013523

Fig. 11a

Strand set B

ACC ATG CCT CTA CTT GGT GTA GTC TAC TCC TGG TTG

Fig. 11b

Assembling oligonucleotides into blocks

| ATG | CCT | CTA | CTT TTG | GTA | GTC TCC | TAC ACC | TGG GGT |
| ATG | CGT | GTA | GTB | GTA | GTCC | TACC | TGGT |

Fig. 11c

Converting filtered address sets into block sets

Addresses

| ATG |
| CGT |
| GTA |
| CTT TTG |
| GTA |
| GTC TCC |
| TAC ACC |
| TGG GGT |

Upstream oligonucleotides

CTT
CTT TTG

GTC
GTC TCC

TAC
TAC ACC

Downstream oligonucleotides

CTT TTG
TTG

GTC TCC
TCC

TAC ACC
ACC



Fig. 11d

Ordering the blocks

Fig. 11e

Fig. 11f

Sequence: ATGGTCCTTGGTACCTA

## INTERNATIONAL SEARCH REPORT

| | International application No. |
|---|---|
| | PCT/US93/01552 |

**A.   CLASSIFICATION OF SUBJECT MATTER**
IPC(5)   :C12Q 1/68; C12P 19/34
US CL   :435/6, 91
According to International Patent Classification (IPC) or to both national classification and IPC

**B.   FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

   U.S. :  435/6, 91

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

   DIALOG (One search-BIOCHEM), STN, APS+
   Search terms:  binary oligonucleotide array; sequencing and oligonuclotides and DNA; oligonucleotide probe

**C.   DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | Journal of Theoretical Biology, Volume 135, issued 1988, Bains, et alii, "A Novel Method for Nucleic Acid Sequence Determination", pages 303-307, see entire document. | 1-197 |
| Y | Journal of Biomolecular Structure & Dynamics, Volume 7, Issue Number 1, issued 1989, Pevzner, "1-Tuple DNA Sequencing: Computer Analysis", pages 063-069, see entire document. | 1-197 |
| Y | Science, Volume 253, issued 27 September 1991, Barinaga, "Will 'DNA Chip' Speed Genome Initiative?", page 1489. | 1-197 |

[X] Further documents are listed in the continuation of Box C.          [ ]  See patent family annex.

| | | | |
|---|---|---|---|
| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
| "A" | document defining the general state of the art which is not considered to be part of particular relevance | | |
| "E" | earlier document published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubt on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 01 APRIL 1993 | 20 APR 1993 |

| Name and mailing address of the ISA/US | Authorized officer |
|---|---|
| Commissioner of Patents and Trademarks Box PCT Washington, D.C. 20231 | BRADLEY L. SISSON |
| Facsimile No.   NOT APPLICABLE | Telephone No.   (703) 308-0196 |

Form PCT/ISA/210 (second sheet)(July 1992)*

IAFP00013526

INTERNATIONAL  SEARCH  REPORT

| | International application No. |
| --- | --- |
| | PCT/US93/01552 |

C (Continuation).  DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| --- | --- | --- |
| Y | Lysov, *et alii*, "A New Method for Determining the DNA Nucleotide Sequence by Hybridization with Oligonucleotides", published December 1988 by Doklady Akademii Nauk SSSR (Moscow), pp. 1508-1511, see entire document. | 1-197 |
| Y | Drmanac, *et alii*, "Partial Sequencing by Oligo-Hybridization: Concept and Applications in Genome Analysis", The First International Conference on Electrophoresis, Supercomputing and the Human Genome, published April 1990 by World Scientific (NJ), see entire document. | 1-197 |
| Y | DNA and Cell Biology, Volume 9, Number 7, issued 1990, Drmanac, *et alii*, "Laboratory Methods:  Reliable Hybridization of Oligonucleotides as Short as Six Nucleotides", pages 527-534, see entire document. | 1-197 |
| Y | FEBS Letters, Volume 256, Number 1, 2, issued October 1989, Khrapko, *et alii*, "An oligonucleotide hybridization approach to DNA sequencing", pages 118-122, see entire document. | 1-197 |
| Y | WO, A, 89/10977 (SOUTHERN) 16 NOVEMBER 1989, see entire document. | 1-197 |
| Y | US, A, 5,002,867 (MACEVICZ) 26 MARCH 1991, see entire document. | 1-197 |
| Y | EP, A, 0,392,546 (DRMANAC ET AL.) 17 OCTOBER 1990, see entire document. | 1-197 |
| Y | DNA Sequence - J. DNA Sequencing and Mapping, Vol. 1, issued 1991, Khrapko et al., "A Method for DNA Seuencing by Hybridization with Oligonucleotide Matrix", pages 375-388, see entire document. | 1-197 |

Form PCT/ISA/210 (continuation of second sheet)(July 1992)*

IAFP00013527