# EXHIBIT 4

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 5

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 6

# EXHIBIT REDACTED IN ITS ENTIRETY

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July, 2006, I caused to be electronically filed the foregoing document, **REDACTED OPENING BRIEF IN SUPPORT OF ILLUMINA'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF THE '531 PATENT,** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
Mary Ellen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 21st day of July, 2006, the foregoing document was served via email on the above and on the following non-registered participant:

Daniel R. Reed, Esq.
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94618
510.428.8500

By: _____/s/ Richard K. Herrmann_____
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com