# EXHIBIT 1

REDACTED

# EXHIBIT 2

REDACTED

# EXHIBIT 3

08-25-1995

100049699

Attorney Docket No. 16528X-82

FORM PTO-1595 (Rev. 6-93)

U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

To the Honorable Commissioner of Patents and ... original documents or copy thereof.

1. Name of conveying party(ies):

MARK S. CHEE
CHUNWEI WANG
LUIS C. JEVONS
DEREK H. BERNHART
ROBERT J. LIPSHUTZ

MAIL ROOM AUG 98 1995 PAT. & TRADEMARK OFC.

Additional name(s) of conveying party(ies) attached? [ ] Yes [x] No

2. Name and address of receiving party(ies):

Name: AFFYMAX TECHNOLOGIES N.V.

Internal Address:

Street Address: De Ruyderkade 62

City: Curacao State: Netherlands Antilles ZIP:

Additional name(s) & address(es) attached? [ ] Yes [x] No

3. Nature of conveyance:

[x] Assignment
[ ] Merger
[ ] Security Agreement
[ ] Change of Name
[ ] Other:

Execution Date: January 31, 1995 and February 24, 1995

4. Application number(s) or patent number(s).

If this document is being filed together with a new application, the execution date of the application is:

A. Patent Application No.(s) 08/327,525

B. Patent No.(s)

Additional numbers attached? [ ] Yes [x] No

5. Name and address of party to whom correspondence concerning document should be mailed:

Name: Michael J. Ritter
TOWNSEND and TOWNSEND KHOURIE and CREW
Twentieth Floor
Steuart Street Tower
One Market Plaza
San Francisco, California 94105-1492
(415) 326-2400

6. Total number of applications and patents involved: 1

7. Total fee (37 CFR 3.41):............... $ 40.00

[ ] Enclosed [x] Charge Fees to Deposit Account

[x] Charge any additional fees associated with this paper or during the pendency of this application, or credit any overpayment, to deposit account

8. Deposit account number: 20-1430

(Attach duplicate copy of this page if paying by deposit account)

~~KJ10170 08/22/95 08327525 20-1430 100 581 40.00CH~~

DO NOT USE THIS SPACE

~~KJ10078 08/21/95 20-1430 100 581 40.00CH~~

~~KJ10169 08/22/95 20-1430 100 581 40.00CR~~

9. Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

Michael J. Ritter — Name of Person Signing

[signature] — Signature

August 1, 1995 — Date

Atty. Reg. No. 36,653

Total number of pages including cover sheet, attachments, and document: 6

10. *Change Correspondence Address to that of Part 5?* [ ] Yes [x] No

OMB No. 0651-0011 (exp. 4/94)

Do not detach this portion

Mail documents to be recorded with required cover sheet information to: Commissioner of Patents and Trademarks Box Assignments Washington, D.C. 20231

PATENT
REEL: 7580 FRAME: 0173

AVI_118798

AVI_118798

Attorney Docket No. 16528X-82

## ASSIGNMENT OF PATENT APPLICATION

JOINT

WHEREAS, **MARK S. CHEE**, of 3199 Waverly Street, Palo Alto, California 94306, **CHUNWEI WANG**, of 10350 Stevens Creek Blvd., #307, Cupertino, California 95014, **LUIS C. JEVONS**, of 701 Ramona Avenue, Sunnyvale, California 94087, **DEREK H. BERNHART**, of 111 Seale Avenue, Palo Alto, California 94301, and **ROBERT J. LIPSHUTZ**, of 970 Palo Alto Avenue, Palo Alto, California 94301, hereinafter referred to as "Assignors," are the inventors of the invention described and set forth in the below identified application for United States Letters Patent:

Title of the Invention: COMPUTER-AIDED VISUALIZATION AND ANALYSIS SYSTEM FOR SEQUENCE EVALUATION

*Date(s) of execution:* January 31, 1995 and February 24, 1995

Filing date: October 21, 1994

Serial No.: 08/327,525; and

WHEREAS, **AFFYMAX TECHNOLOGIES N.V.**, located at De Ruyderkade 62, Curacao, Netherlands Antilles, a Netherlands Antilles corporation, hereinafter referred to as "Assignee," is desirous of acquiring an interest in the invention and application and in any Letters Patent and Registrations which may be granted on the same;

For good and valuable consideration, receipt of which is hereby acknowledged by Assignors, Assignors have assigned, and by these presents do assign to Assignee all right, title and interest in and to the invention and application and to all foreign counterparts (including patent, utility model and industrial designs), and in and to any Letters Patent and Registrations which may hereafter be granted on the same in the United States and all countries throughout the world, and to claim the priority from the application as provided by the Paris Convention. The right, title and interest is to be held and enjoyed by Assignee and Assignee's successors and assigns as fully and exclusively as it would have been held and enjoyed by Assignors had this assignment not been made, for the full term of any Letters Patent and Registrations which may be granted thereon, or of any division, renewal, continuation in whole or in part, substitution, conversion, reissue, prolongation or extension thereof.

Assignors further agree that they will, without charge to Assignee, but at Assignee's expense, (a) cooperate with Assignee in the prosecution of U.S. Patent applications and foreign counterparts on the invention and any improvements, (b) execute, verify, acknowledge and deliver all such further papers, including patent applications and instruments of transfer and (c) perform such other acts as Assignee lawfully may request to obtain or maintain Letters Patent and Registrations for the invention and improvements in any and all countries, and to vest title thereto in Assignee, or Assignee's successors and assigns.

IN TESTIMONY WHEREOF, Assignors have signed their names on the dates indicated below and on the following page(s).

Date 2/24/95 [signature]
MARK S. CHEE

PATENT
REEL: 7580 FRAME: 0174

STATE OF California

COUNTY OF Santa Clara

On 24 Feb 1995, before me, Renee Lamantia,
(here insert name and title of the officer)

personally appeared **MARK S. CHEE**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, execute the instrument.

WITNESS my hand and official seal.

Signature Renee Lamantia (Seal)

RENEE LAMANTIA
COMM. #962577
Notary Public-California
SANTA CLARA COUNTY
My comm. expires JAN 14, 1996

Date 1/31/95 ______________________
CHUNWEI WANG

STATE OF California
COUNTY OF Santa Clara

On 31 Jan. 1995, before me, RENEE LAMANTIA,
(here insert name and title of the officer)
personally appeared **CHUNWEI WANG**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, execute the instrument.

WITNESS my hand and official seal.

Signature ______________________ (Seal)

RENEE LAMANTIA
COMM. #952677
Notary Public-California
SANTA CLARA COUNTY
My comm. expires JAN 14,1996

PATENT
REEL: 7580 FRAME: 0176

Date 1/31/95 ______________________
LUIS C. JEVONS

STATE OF California
COUNTY OF Santa Clara

On 31 January 1995, before me, Renee Lamantia,
(here insert name and title of the officer)
personally appeared **LUIS C. JEVONS**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, execute the instrument.

WITNESS my hand and official seal.

Signature Renee Lamantia (Seal)

RENEE LAMANTIA
COMM. #952577
Notary Public-California
SANTA CLARA COUNTY
My comm. expires JAN 14,1996

PATENT
REEL: 7580 FRAME: 0177

Date 2/24/95

DEREK H. BERNHART

STATE OF California

COUNTY OF Santa Clara

On 24 Feb 1995, before me, Renee Lamantia,
(here insert name and title of the officer)

personally appeared **DEREK H. BERNHART**, personally known to me (or proved to me on the basis of *satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the* instrument the person, or the entity upon behalf of which the person acted, execute the instrument.

WITNESS my hand and official seal.

RENEE LAMANTIA
COMM. #952577
Notary Public-California
SANTA CLARA COUNTY

Signature (Seal)

RENEE LAMANTIA
COMM. #952577
Notary Public-California
CLARA COUNTY
JAN. 14 1996

PATENT
REEL: 7580 FRAME: 0178

Date 1/31/95 ROBERT J. LIPSHUTZ

STATE OF California

COUNTY OF Santa Clara

On 31 Jan 1995, before me, Renee Lamantia, (here insert name and title of the officer)

personally appeared **ROBERT J. LIPSHUTZ**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged *to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, execute the instrument.*

WITNESS my hand and official seal.

Signature (Seal)

RENEE LAMANTIA
COMM. #952577
Notary Public-California
SANTA CLARA COUNTY
My comm. expires JAN 14,1996

RECORDED: 08/04/1995 PATENT
REEL: 7580 FRAME: 0179

# EXHIBIT 4

REDACTED

# EXHIBIT 5

Atty Dkt No. 16528X-82

#4

DECLARATION AND POWER OF ATTORNEY

See paper #25 for inventorship change of 2/14/98

As a below named inventor, I declare that:

My residence, post office address and citizenship are as stated below next to my name; I believe I am an original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled: **COMPUTER-AIDED VISUALIZATION AND ANALYSIS SYSTEM FOR SEQUENCE EVALUATION**, the specification of which was filed on October 21, 1994, as U.S. application Serial No. 08/327,525.

I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, Section 1.56. I claim foreign priority benefits under Title 35, United States Code, Section 119 of any foreign applications(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

**Prior Foreign Application(s)**

| Country | Application No. | Date of Filing | Priority Claimed Under 35 USC 119 |
|---|---|---|---|
| | | | Yes ____ No ____ |
| | | | Yes ____ No ____ |
| | | | Yes ____ No ____ |

I claim the benefit under Title 35, United States Code, Section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, Section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, Section 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Date of Filing | Status |
|---|---|---|
| | | ___ Patented ___ Pending ___ Abandoned |
| | | ___ Patented ___ Pending ___ Abandoned |
| | | ___ Patented ___ Pending ___ Abandoned |

**POWER OF ATTORNEY**

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.



Vern Norviel, Registration No. 32,483
William M. Smith, Registration No. 30,223
Michael J. Ritter, Registration No. 36,653

| Send Correspondence to: | Direct Telephone Calls to: |
|---|---|
| Vern Norviel<br>TOWNSEND and TOWNSEND KHOURIE and CREW<br>Steuart Street Tower<br>One Market Plaza, 20th Floor<br>San Francisco, CA 94105 | (Name, Reg. No., telephone no.)<br><br>Michael J. Ritter<br>Reg. No. 36,653<br>(415) 326-2400 |

| | | | | |
|---|---|---|---|---|
| Full Name of Inventor 1 | Last Name CHEE | First Name MARK | Middle Name or Initial S. | |
| Residence & Citizenship | City Palo Alto | State/Foreign Country California | Country of Citizenship Australia | |
| Post Office Address | Post Office Address 3199 Waverly Street | City Palo Alto | State/Country California | Zip Code 94306 |
| Full Name of Inventor 2 | Last Name WANG | First Name CHUNWEI | Middle Name or Initial | |
| Residence & Citizenship | City Cupertino | State/Foreign Country California | Country of Citizenship People's Republic of China | |
| Post Office Address | Post Office Address 10350 Stevens Creek Blvd. #307 | City Cupertino | State/Country California | Zip Code 95014 |
| Full Name of Inventor 3 | Last Name JEVONS | First Name LUIS | Middle Name or Initial C. | |
| Residence & Citizenship | City Sunnyvale | State/Foreign Country California | Country of Citizenship United States of America | |
| Post Office Address | Post Office Address 701 Ramona Avenue | City Sunnyvale | State/Country California | Zip Code 94087 |
| Full Name of Inventor 4 | Last Name BERNHART | First Name DEREK | Middle Name or Initial H. | |
| Residence & Citizenship | City Palo Alto | State/Foreign Country California | Country of Citizenship United States of America | |
| Post Office Address | Post Office Address 111 Seale Avenue | City Palo Alto | State/Country California | Zip Code 94301 |
| Full Name of Inventor 5 | Last Name LIPSHUTZ | First Name ROBERT | Middle Name or Initial J. | |
| Residence & Citizenship | City Palo Alto | State/Foreign Country California | Country of Citizenship United States of America | |
| Post Office Address | Post Office Address 970 Palo Alto Avenue | City Palo Alto | State/Country California | Zip Code 94301 |

I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| | | |
|---|---|---|
| Signature of Inventor 1 MARK S. CHEE | Signature of Inventor 2 CHUNWEI WANG | Signature of Inventor 3 LUIS C. JEVONS |
| Date 2/24/95 | Date 1/31/95 | Date 1/31/95 |
| Signature of Inventor 4 DEREK H. BERNHART | Signature of Inventor 5 ROBERT J. LIPSHUTZ | |
| Date 2/24/95 | Date 1/31/95 | |