# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

July 25, 2006

Maryellen Noreika
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

Richard K. Herrmann
Morris, James, Hitchens, & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899-2306

RE:  Affymetrix, Inc. v. Illumina Inc.
     Civil Action No. 04-CV-901 JJF

Dear Counsel:

    The Court has reviewed Ms. Noreika's July 24, 2006 letter (D.I. 291) requesting that the parties be permitted to proceed with expert discovery without the benefit of the Court's claim construction. The Defendant prefers to wait for the claim construction before commencing expert discovery.

    Because the Court intends to issue its claim construction order soon, the request is denied. However, if the order is not entered by August 14, the Court will allow expert discovery to proceed without the assistance of the Court's claim construction.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr: kbc

cc: Clerk, U.S. District Court