==============================

SYNTENI, INC.
    Counter-claimant

Don F. Livornese
[COR LD NTC]
Howrey Simon Arnold & White,
LLP
301 Ravenswood Avenue
Menlo Park, CA 94025-3741
(650) 463-8100

Robert P. Taylor
[COR LD NTC]
Teresa M. Corbin
[COR NTC]
Stephen J. Rosenman
[COR NTC]
V. Randall Gard
[COR NTC]
Howrey Simon Arnold & White LLP
301 Ravenswood Ave
Menlo Park, CA 94025
650-463-8100

Steven B. Kelber
[COR NTC]
Long Aldridge & Norman

701 Pennsylvania Ave., N.W.
Suite 600
Washington, DC 20004

INCYTE PHARMACEUTICALS, INC.
    Counter-claimant

Don F. Livornese
(See above)
[COR LD NTC]

Robert P. Taylor
(See above)
[COR LD NTC]
Teresa M. Corbin
(See above)
[COR NTC]
Stephen J. Rosenman
(See above)
[COR NTC]
V. Randall Gard
(See above)
[COR NTC]

William J. Marsden
[COR LD NTC]
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
302-984-6000

Steven B. Kelber
(See above)

[COR NTC]

                        v.

AFFYMETRIX, INC.                    Barbara A. Caulfield
      Counter-defendant            [COR NTC]
                                   David T. Alexander
                                   [COR NTC]
                                   Orrick Herrington & Sutcliffe
                                   LLP
                                   Old Federal Reserve Bank
                                   Building
                                   400 Sansome St
                                   San Francisco, CA 94111-3143
                                   415-392-1122

                                   Morgan Chu
                                   [COR LD NTC]
                                   Jeffrey L. Arrington
                                   [COR LD NTC]

☐

                                   Richard De Bodo
                                   [COR LD NTC]
                                   Irell & Manella LLP
                                   1800 Avenue of the Stars
                                   Ste 900
                                   Los Angeles, CA 90067-4276
                                   (310) 277-1010

                                   William L. Anthony
                                    [term  07/09/01]
                                   415-614-7400
                                   [COR LD NTC]
                                   Amy L. Landers
                                   [COR NTC]
                                   Elizabeth A. Howard
                                    [term  07/09/01]
                                   [COR NTC]
                                   Orrick Herrington & Sutcliffe
                                   LLP
                                   1000 Marsh Road
                                   Menlo Park, CA 94025
                                   650-614-7400

☐

---

# DOCKET   PROCEEDINGS

---

DATE   #            DOCKET   ENTRY

U.S. District Court Web PACER(v2.3) Docket Report                    Page 8 of 84

11/24/98  1    ORIGINAL file, certified copy of transfer order and docket
               sheet received from USDC Delaware, Wilmington (no process).
               Fee status tran    [3:98-cv-04507] (ab) [Entry date 11/30/98]
               [5:99cv21164]

11/24/98  2    ORDER RE COURT PROCEDURE and SCHEDULE (ADR Multi-Option)
               by Magistrate Judge James Larson : Proof of service to be
               filed by 1/8/99 ; counsels' case management statement to be
               filed by 3/14/99 ; initial case management conference will
               be held 10:30 3/24/99 .  (cc: all counsel)
               [3:98-cv-04507] (ab) [Entry date 11/30/98] [5:99cv21164]

11/30/98  3    CLERK'S NOTICE re transfer case [3:98-cv-04507] (ab)
               [Entry date 11/30/98] [5:99cv21164]

11/30/98  --   REPORT on the filing or determination of an action
               regarding Trademark (cc: form mailed to register)
               [3:98-cv-04507] (ab) [Entry date 11/30/98] [5:99cv21164]

12/14/98  4    ORDER  by Judge Fern M. Smith relating cases;
               3:98-cv-3192 with member cases 3:98-cv-4507, 4:98-cv-4508,
               Case reassigned  to Judge Fern M. Smith ( Date Entered:
               12/14/98] (cc: all counsel) [3:98-cv-04507] (ab)
               [Entry date 12/14/98] [5:99cv21164]

12/14/98  --   Docket Modification (Administrative) to removing case from
               the Multi-Option ADR Pilot (ADR LR 3) upon reassignment.
               [3:98-cv-04507] (ab) [Entry date 12/14/98] [5:99cv21164]

12/17/98  5    CLERK'S NOTICE: Case Management Conference set for 8:30
               4/2/99. Counsel shall file a Case Management Statement no
               later than ten (10) days prior to the Case Management
               Conference. [3:98-cv-04507] (lcc) [Entry date 12/18/98]
               [5:99cv21164]

1/7/99    6    COPY OF LETTER dated 1/5/99 from Teresa M. Corbin to
               William L. Anthony, Jr., Esq. regarding assignment of cases
               to Mag. Judge Maria-Elena James for discovery purposes.
               [3:98-cv-04507] (lcc) [Entry date 01/13/99] [5:99cv21164]

3/25/99   7    ORDER by Judge Fern M. Smith: The Court hereby APPOINTS
               The Honorable Eugene F. Lynch as Special Master in this
               case for purposes of all discovery matters. Unless and
               until further order of this Court, all discovery matters in
               this case shall be submitted to and resolved by the Special
               Master. The compensation to be allowed the Special Master
               shall be shared equally as between the plaintiff, on the
               one hand, and the defendants, on the other, unless
               otherwise ordered by the Special Master. (Date Entered:
               3/26/99) (cc: all counsel)  [3:98-cv-04507] (lcc)
               [Entry date 03/26/99] [5:99cv21164]

3/26/99   8    JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed.
               [3:98-cv-04507] (lcc) [Entry date 03/29/99] [5:99cv21164]
     □

3/29/99   9    CLERK'S NOTICE: Case Management Conference CONTINUED to

|  |  |  |
|---|---|---|
|  |  | 8:30 4/8/99. Not less than ten (10) days before the Conference, counsel shall file, jointly if possible, a Case Management Conference Statement. [3:98-cv-04507] (lcc) [Entry date 03/30/99] [5:99cv21164] |
| 3/30/99 | 10 | NOTICE by Plaintiff Affymetrix, Inc. of Entry of order [7-2]. [3:98-cv-04507] (lcc) [Entry date 03/31/99] [5:99cv21164] |
| 4/2/99 | 11 | PROOF OF SERVICE by Plaintiff Affymetrix, Inc. of joint statement case mangement [8-1] [3:98-cv-04507] (lcc) [Entry date 04/06/99] [5:99cv21164] |
| 4/8/99 | 12 | MINUTES: (C/R - none) INITIAL CASE MANAGEMENT CONFERENCE HELD. Case continued to 11/18/99 at 2:30 p.m.; Pre-trial Conference will be held 6/19/00 at 2:30 p.m.; Jury Trial set for 7/10/00 at 8:30 a.m. Set for 16 days. Court has consolidated cases 3:98-cv-4507 with member cases 3:98-cv-4508. All future filings shall be in 3:98-cv-4507. Both cases are REFERRED to Judge Eugene Lynch for discovery. Plaintiffs must name any new parties by 6/1/99. Parties may stipulate to bifurcate the damages for trial. [3:98-cv-04507] (lcc) [Entry date 04/09/99] [5:99cv21164] |
| 4/13/99 | -- | RECEIVED [Proposed] Case Management Order [3:98-cv-04507] (lcc) [Entry date 04/13/99] [5:99cv21164] |
| 4/16/99 | 13 | CASE MANAGEMENT ORDER by Judge Fern M. Smith: Discovery cutoff 1/14/00; Pre-trial conference will be held 2:30 6/19/00; Trial set for 8:30 7/10/00; Est.trial days: 7; see Order for further details. (cc: all counsel) [3:98-cv-04507] (slh) [Entry date 04/23/99] [5:99cv21164] |
| 4/21/99 | 14 | EX-PARTE APPLICATION "FILED UNDER SEAL" before Judge Fern M. Smith by defendant in 3:98-cv-04507 for leave to file surreply in opposition to motion for preliminary injunction [3:98-cv-04507] (scu) [Entry date 04/23/99] [5:99cv21164] |
| 4/21/99 | 15 | DECLARATION by Terersa M. Corbin on behalf of defendant in 3:98-cv-04507 in support of surreply in opposition to motion for preliminary injunction [14-1] [3:98-cv-04507] (slh) [Entry date 04/23/99] [5:99cv21164] |
| 4/21/99 | 16 | CERTIFICATE OF SERVICE by defendant in 3:98-cv-04507 of motion for leave to file surreply in opposition to motion for preliminary injunction [14-1], declaration [15-1] [3:98-cv-04507] (slh) [Entry date 04/23/99] [5:99cv21164] |
| 4/23/99 | 17 | NOTICE by Plaintiff Affymetrix, Inc. in 3:98-cv-04507 of entry of Case Management Order [3:98-cv-04507] (mmr) [Entry date 04/26/99] [5:99cv21164] |
| 4/23/99 | -- | RECEIVED Proposed Order ( defendant Synteni, Inc. in 3:98-cv-04507, defendant Incyte Pharmace in 3:98-cv-04507) allowing audio visual equipment into the courtroom. [3:98-cv-04507] (mmr) [Entry date 04/26/99] [5:99cv21164] |

4/23/99   18   PROOF OF SERVICE by defendant Synteni, Inc. in
               3:98-cv-04507, defendant Incyte Pharmace in 3:98-cv-04507
               of order received [0-0] [3:98-cv-04507] (mmr)
               [Entry date 04/26/99] [5:99cv21164]

4/23/99   19   PROOF OF SERVICE by defendant Synteni, Inc. in
               3:98-cv-04507, defendant Incyte Pharmace in 3:98-cv-04507
               [3:98-cv-04507] (mmr) [Entry date 04/26/99] [5:99cv21164]

4/23/99   20   AMENDED PROOF OF SERVICE by defendant Synteni, Inc. in
               3:98-cv-04507, defendant Incyte Pharmace in 3:98-cv-04507
               of [3:98-cv-04507] (mmr) [Entry date 04/26/99]
               [5:99cv21164]

4/23/99   21   RESPONSE by defendant Synteni, Inc. in 3:98-cv-04507,
               defendant Incyte Pharmace in 3:98-cv-04507 objection to
               evidence [3:98-cv-04507] (mmr) [Entry date 04/26/99]
               [5:99cv21164]

4/23/99   22   DECLARATION by V. Randall Gard on behalf of defendant
               Synteni, Inc. in 3:98-cv-04507, defendant Incyte Pharmace
               in 3:98-cv-04507 in support of response (21-1]
               [3:98-cv-04507] (mmr) [Entry date 04/26/99] [5:99cv21164]

4/23/99   23   DECLARATION by Kenneth D. Konrad on behalf of defendant
               Synteni, Inc. in 3:98-cv-04507, defendant Incyte Pharmace
               in 3:98-cv-04507 [3:98-cv-04507] (mmr)
               [Entry date 04/26/99] [5:99cv21164]

4/26/99   24   OBJECTIONS by Plaintiff Affymetrix, Inc. in 3:98-cv-04507
               to Dr. Pirrung's participation in the tutorial
               [3:98-cv-04507] (mmr) [Entry date 04/28/99] [5:99cv21164]

4/26/99   27   APPLICATION by defendant Synteni, Inc. in 3:98-cv-04507,
               defendant Incyte Pharmace in 3:98-cv-04507 for use of audio
               visual equipment in Judge Smith's Courtroom [3:98-cv-04507]
               (mmr) [Entry date 04/28/99] [5:99cv21164]

4/26/99   28   ORDER by Judge Fern M. Smith allowing use of viseo
               equipment in the courtroom ( Date Entered: 4/28/99) (cc:
               all counsel) [3:98-cv-04507] (mmr) [Entry date 04/28/99]
               [5:99cv21164]

4/27/99   25   MEMORANDUM by defendant Synteni, Inc. in 3:98-cv-04507,
               defendant Incyte Pharmace in 3:98-cv-04507 in opposition to
               objection (24-1] [3:98-cv-04507] (mmr) [Entry date 04/28/99]
               [5:99cv21164]

☐

4/27/99   26   PROOF OF SERVICE by defendant Synteni, Inc. in
               3:98-cv-04507, defendant Incyte Pharmace in 3:98-cv-04507
               of opposition memorandum [25-1] [3:98-cv-04507] (mmr)
               [Entry date 04/28/99] [5:99cv21164]

4/30/99   29   DECLARATION by Teresa M. Corbin on behalf of defendant
               Synteni, Inc. in 3:98-cv-04507, defendant Incyte Pharmace in
               3:98-cv-04507 in opposition to motion for leave to file
               surreply in opposition to motion for preliminary injunction
               [14-1] (FILED UNDER SEAL) [3:98-cv-04507] (mmr)
               [Entry date 05/03/99] [Edit date 05/03/99] [5:99cv21164]

| 4/30/99 | 30 | PROOF OF SERVICE by defendant Synteni, Inc. in 3:98-cv-04507, defendant Incyte Pharmace in 3:98-cv-04507 of declaration [29-1] [3:98-cv-04507] (mmr) [Entry date 05/03/99] [5:99cv21164] |
| 4/30/99 | 31 | ORDER by Judge Fern M. Smith denying Plaintiff's objection and request [24-1] ( Date Entered: 5/3/99) (cc: all counsel) [3:98-cv-04507] (mmr) [Entry date 05/03/99] [5:99cv21164] |
| 4/30/99 | 32 | Supplemental DECLARATION by Denise Gilbert on behalf of defendant Synteni, Inc. in 3:98-cv-04507, defendant Incyte Pharmace 3:98-cv-04507 (FILED UNDER SEAL) [3:98-cv-04507] (mmr) [Entry date 05/03/99] [5:99cv21164] |
| 5/4/99 | 33 | ORDER by Judge Fern M. Smith DENYING plaintiff's motion for preliminary injunction; GRANTING IN PART and DENYING IN PART defendant's motion for leave to file surreply in opposition to motion for preliminary injunction [14-1]; DENYING without prejudice defendant's motion for summary judgment; no further dispositive motions may be filed by either pary until the interference proceeding is complete; discovery will not be stayed during that time. (cc: all counsel) [3:98-cv-04507] (slh) [Entry date 05/10/99] [5:99cv21164] |
| 5/4/99 | 38 | SURREPLY by defendant Synteni, Inc. in 3:98-cv-04507, defendant Incyte Pharmace in 3:98-cv-04507 in opposition to motion for preliminary injunction. [3:98-cv-04507]  FILED UNDER SEAL (rs) [Entry date 05/11/99] [Edit date 05/11/99] [5:99cv21164] |
| 5/4/99 | 39 | DECLARATION by Charles L. Gholz on behalf of defendant Synteni, Inc. in 3:98-cv-04507, defendant Incyte Pharmace in 3:98-cv-04507 re surreply [38-1] [3:98-cv-04507]  FILED UNDER SEAL. (rs) [Entry date 05/11/99] [Edit date 05/11/99] [5:99cv21164] |
| 5/4/99 | 40 | DECLARATION by Teresa M. Corbin on behalf of defendant Synteni, Inc. in 3:98-cv-04507, defendant Incyte Pharmace in 3:98-cv-04507 re surreply [38-1] [3:98-cv-04507]  FILED UNDER SEAL. (rs) [Entry date 05/11/99] [Edit date 05/11/99] [5:99cv21164] |
| 5/6/99 | 34 | NOTICE OF MOTION AND MOTION before Judge Fern M. Smith by defendants in 3:98-cv-04507 to stay with Notice set for 6/11/99 at 10:00 [3:98-cv-04507] (slh) [Entry date 05/10/99] [5:99cv21164] |
| 5/6/99 | 35 | DECLARATION by Teresa M. Corbin on behalf of defendants in 3:98-cv-04507 in support of motion to stay [34-1] [3:98-cv-04507] (slh) [Entry date 05/10/99] [5:99cv21164] |
| 5/6/99 | 36 | DECLARATION by Charles L. Gholz on behalf of defendants in 3:98-cv-04507 re motion to stay [34-1] [3:98-cv-04507] (slh) [Entry date 05/10/99] [5:99cv21164] |

5/6/99   37   PROOF OF SERVICE by defendants in 3:98-cv-04507 of motion
              to stay [34-1], declaration [35-1], declaration [36-1]
              [3:98-cv-04507] (slh) [Entry date 05/10/99] [5:99cv21164]

5/10/99  41   ORDER by Judge Fern M. Smith DENYING defendants' motion to
              stay [34-1]. (Date Entered: 5/12/99) (cc: all counsel)
              [3:98-cv-04507] (lcc) [Entry date 05/12/99] [5:99cv21164]

5/18/99  42   MINUTES: (C/R - none) (Hearing Date: 4/27/99) Tutorial
              hearing held. Case continued to 4/30/99 at 1:30 for
              defendants' motion for partial summary judgment that claims
              4 and 5 of the '992 patent are invalid for failure to
              satisfy the written description requirement of 35 U.S.C.
              Section 112 filed in case number 3:98-cv-4508 FMS.
              [3:98-cv-04507] (lcc) [Entry date 05/19/99] [5:99cv21164]

5/18/99  43   MINUTES: (C/R - Leo Mankiewicz) (Hearing Date: 4/30/99) That
              defendants' motion for partial summary judgment that claims
              4 and 5 of the '992 patent are invalid for failure to
              satisfy the written description requirement of 35 U.S.C.
              Section 112 and plaintiff's motion for preliminary
              injunction (filed in case number 3:98-cv-4508 FMS) are
              SUBMITTED. [3:98-cv-04507] (lcc) [Entry date 05/19/99]
              [Edit date 05/19/99] [5:99cv21164]

5/18/99  44   REPORTER'S TRANSCRIPT; Date of proceedings: 4/30/99 (C/R:
              Leo Mankiewicz) minutes [43-1].  [3:98-cv-04507] (lcc)
              [Entry date 05/19/99] [5:99cv21164]

5/19/99  45   EX-PARTE MOTION before Judge Fern M. Smith by defendants
              for leave to provide litigation documents to related
              patent interference proceedings [3:98-cv-04507] (lcc)
              [Entry date 05/20/99] [5:99cv21164]
☐
5/19/99  46   DECLARATION by N. Thane Bauz on behalf of defendants in
              support of ex parte motion for leave to provide litigation
              documents to related patent interference proceedings [45-1]
              [3:98-cv-04507] (lcc) [Entry date 05/20/99]
              [5:99cv21164]

5/19/99  --   RECEIVED Proposed Order (defendants) re: ex parte motion
              for leave to provide litigation documents to related patent
              interference proceedings [45-1] [3:98-cv-04507] (lcc)
              [Entry date 05/20/99] [5:99cv21164]

5/19/99  47   CERTIFICATE OF SERVICE by defendants of ex parte motion for
              leave to provide litigation documents to related patent
              interference proceedings [45-1], declaration [46-1] and
              order received [0-0] [3:98-cv-04507] (lcc)
              [Entry date 05/20/99] [5:99cv21164]

5/21/99  48   OPPOSITION by Plaintiff Affymetrix, Inc. to ex parte motion
              for leave to provide litigation documents to related patent
              interference proceedings [45-1] [3:98-cv-04507] (lcc)
              [Entry date 05/24/99] [5:99cv21164]

5/21/99  49   DECLARATION by Craig R. Kaufman on behalf of Plaintiff
              Affymetrix, Inc. in support of opposition [48-1]
              [3:98-cv-04507] (lcc) [Entry date 05/24/99] [5:99cv21164]

| | | |
|---|---|---|
| 5/24/99 | 50 | ORDER by Judge Fern M. Smith DENYING defendants' ex parte motion for leave to provide litigation documents to related patent interference proceedings [45-1]. (Date Entered: 5/26/99) (cc: all counsel) [3:98-cv-04507] (lcc) [Entry date 05/26/99] [5:99cv21164] |
| 6/4/99 | 51 | PROOF OF SERVICE by Plaintiff Affymetrix, Inc. of opposition [48-1] [3:98-cv-04507] (lcc) [Entry date 06/04/99] [5:99cv21164] |
| 6/7/99 | 52 | APPLICATION before Judge Fern M. Smith by defendants for attorney, Steven B. Kelber to appear pro hac vice [3:98-cv-04507] (lcc) [Entry date 06/08/99] [5:99cv21164] |
| 6/7/99 | 53 | CERTIFICATION by Steven B. Kelber on behalf of defendants in support of application to appear pro hac vice [52-1] [3:98-cv-04507] (lcc) [Entry date 06/08/99] [5:99cv21164] |
| 6/7/99 | -- | RECEIVED Proposed Order (defendants) re: application for attorney, Steven B. Kelber to appear pro hac vice [52-1] [3:98-cv-04507] (lcc) [Entry date 06/08/99] [5:99cv21164] |
| 6/7/99 | 54 | CERTIFICATE OF SERVICE by defendants of application for attorney, Steven B. Kelber to appear pro hac vice [52-1], declaration [53-1] and order received [0-0] [3:98-cv-04507] (lcc) [Entry date 06/08/99] [5:99cv21164] |
| 6/8/99 | 55 | ORDER by Judge Fern M. Smith GRANTING defendants' application for attorney, Steven B. Kelber to appear pro hac vice [52-1]. (Date Entered: 6/9/99) (cc: all counsel) [3:98-cv-04507] (lcc) [Entry date 06/09/99] [5:99cv21164] |
| 6/14/99 | 56 | NOTICE by defendants of Entry of order [55-1]. [3:98-cv-04507] (lcc) [Entry date 06/16/99] [5:99cv21164] |
| 6/14/99 | 57 | CERTIFICATE OF SERVICE by defendants of notice [56-1] [3:98-cv-04507] (lcc) [Entry date 06/16/99] [5:99cv21164] |
| 6/16/99 | 58 | REDACTED AMENDED OPPOSITION (Public Version II) by defendants to motion for preliminary injunction filed in 3:98-cv-4508 [3:98-cv-04507] (lcc) [Entry date 06/21/99] [Edit date 06/21/99] [5:99cv21164] |
| 6/16/99 | 59 | REDACTED APPENDIX (Public Version II) filed by defendants to redacted amended opposition [58-1] [3:98-cv-04507] (lcc) [Entry date 06/21/99] [5:99cv21164] |
| 6/16/99 | 60 | REDACTED DECLARATION (by fax - Public Version II) by Scott Braxton on behalf of defendants in support of opposition [58-1] [3:98-cv-04507] (lcc) [Entry date 06/21/99] [5:99cv21164] |
| 6/16/99 | 61 | REDACTED DECLARATION (by fax - Public Version II) by Patrick Brown on behalf of defendants [3:98-cv-04507] (lcc) [Entry date 06/21/99] [5:99cv21164] |
| 6/16/99 | 62 | REDACTED DECLARATION (by fax - Public Version II) by |

Charles Cantor on behalf of defendants in support of
opposition [58-1] [3:98-cv-04507] (lcc)
[Entry date 06/21/99] [5:99cv21164]

6/16/99  63   REDACTED DECLARATION (by fax - Public Version II) by Ben
              Cocks on behalf of defendants in support of opposition
              [58-1] [3:98-cv-04507] (lcc) [Entry date 06/21/99]
              [5:99cv21164]

6/16/99  64   REDACTED DECLARATION (by fax - Public Version II) by Teresa
              M. Corbin on behalf of defendants [3:98-cv-04507] (lcc)
              [Entry date 06/21/99] [5:99cv21164]

6/16/99  65   REDACTED EXHIBITS C, I and BB (by fax - Public Version II)
              by defendants to declaration (Teresa M. Corbin) [64-1]
              [3:98-cv-04507] (lcc) [Entry date 06/21/99] [5:99cv21164]

6/16/99  66   REDACTED DECLARATION (by fax - Public Version II) by Denise
              Gilbert on behalf of defendants [3:98-cv-04507] (lcc)
              [Entry date 06/21/99] [5:99cv21164]

6/16/99  67   REDACTED DECLARATION (by fax - Public Version II) by Howard
              Goldstein on behalf of defendants [3:98-cv-04507] (lcc)
              [Entry date 06/21/99] [5:99cv21164]

6/16/99  68   REDACTED DECLARATION (by fax - Public Version II) by Steven
              B. Kelber on behalf of defendants [3:98-cv-04507] (lcc)
              [Entry date 06/21/99] [5:99cv21164]

6/16/99  69   REDACTED DECLARATION (by fax - Public Version II) by Larry
              J. Kricka on behalf of defendants in support of opposition
              [58-1] [3:98-cv-04507] (lcc) [Entry date 06/21/99]
              [5:99cv21164]

6/16/99  70   REDACTED DECLARATION (by fax - Public Version II) by Deval
              Lashkari on behalf of defendants in support of opposition
              [58-1] [3:98-cv-04507] (lcc) [Entry date 06/21/99]
              [5:99cv21164]

6/16/99  71   REDACTED DECLARATION (by fax - Public Version II) by Lisa
              Peterson on behalf of defendants [3:98-cv-04507] (lcc)
              [Entry date 06/21/99] [5:99cv21164]

6/16/99  72   REDACTED DECLARATION (by fax - Public Version II) by
              Michael C. Pirrung on behalf of defendants [3:98-cv-04507]
              (lcc) [Entry date 06/21/99] [5:99cv21164]

6/16/99  73   REDACTED DECLARATION (by fax - Public Version II) by
              Richard T. Rapp on behalf of defendants [3:98-cv-04507]
              (lcc) [Entry date 06/21/99] [5:99cv21164]

6/16/99  74   REDACTED DECLARATION (by fax - Public Version II) by Jeff
              Seilhamer on behalf of defendants in support of opposition
              [58-1] [3:98-cv-04507] (lcc) [Entry date 06/21/99]
              [5:99cv21164]

6/16/99  75   REDACTED DECLARATION (by fax - Public Version II) by Dari
              Shalon on behalf of defendants in support of opposition
              [58-1] [3:98-cv-04507] (lcc) [Entry date 06/21/99]

                                 [5:99cv21164]

6/16/99   76     REDACTED DECLARATION (by fax - Public Version II) by Roy
                 Whitfield on behalf of defendants in support of opposition
                 [58-1]  [3:98-cv-04507]  (lcc) [Entry date 06/21/99]
                 [5:99cv21164]

6/16/99   77     CERTIFICATE OF SERVICE by defendants of amended opposition
                 [58-1], appendix [59-1], redacted declarations [60-1],
                 [61-1], [62-1], [63-1], [64-1], exhibits [65-1] and
                 redacted declarations [66-1], [67-1], [68-1], [69-1],
                 [70-1], [71-1], [72-1], [73-1], [74-1], [75-1], [76-1]
                 [3:98-cv-04507] (lcc) [Entry date 06/21/99] [5:99cv21164]

7/6/99    78     CLERK'S NOTICE of impending reassignment to a United
                 States District Judge. All currently calendared dates
                 before Judge Fern M. Smith are VACATED. [3:98-cv-04507] (lcc)
                 [Entry date 07/12/99] [5:99cv21164]

□

8/19/99   79     REASSIGNMENT ORDER by Assignment Committee: Case
                 reassigned to Judge William H. Alsup ( Date Entered:
                 8/19/99) (cc: all counsel) [3:98-cv-04507] (slh)
                 [Entry date 08/19/99] [5:99cv21164]

8/20/99   80     ORDER by Judge William H. Alsup for counsel to submit a
                 joint status report within 15 days. (Date Entered: 8/23/99)
                 (cc: all counsel)  [3:98-cv-04507] (slh)
                 [Entry date 08/23/99] [5:99cv21164]

8/27/99   81     JOINT CLAIM CONSTRUCTION STATEMENT pursuant to Local Rule
                 16-11(b)   [3:98-cv-04507] (slh) [Entry date 08/30/99]
                 [5:99cv21164]

9/3/99    82     CLERK'S NOTICE: Case Management Conference set for 2:00
                 9/10/99 [3:98-cv-04507] (slh) [Entry date 09/08/99]
                 [5:99cv21164]

9/7/99    83     JOINT STATUS REPORT by parties [3:98-cv-04507] (slh)
                 [Entry date 09/08/99] [5:99cv21164]

9/10/99   84     LETTER dated 9/10/99 from William L. Anthony in
                 3:98-cv-04507 amending the service list. [3:98-cv-04507]
                 (slh) [Entry date 09/16/99] [5:99cv21164]

9/13/99   85     MINUTES: (C/R Raynee Mercado) (Hearing Date: 9/10/99) Case
                 management confernce held; Tutorial shall be held 1/26/00
                 at 2:00; Claim construction hearing will be held 2:00
                 2/16/00 & 2/18/00 and 4:00 2/17/00; Discovery cutoff set
                 for 3/17/00; cutoff date for expert discovery is 6/20/00;
                 Deadline for dispositive motion filings is 5/25/00;
                 Pretrial conference set for 2:30 9/4/00; Jury trial will
                 held 8:00 9/11/00 [3:98-cv-04507] (slh)
                 [Entry date 09/16/99] [5:99cv21164]

9/13/99   86     CASE MANAGEMENT ORDER by Judge William H. Alsup: A
                 tutorial for the Court shall be held 1/26/00 from 2:00 to
                 6:00; Claim construction hearing will be held 2:00 2/16/00
                 & 2/18/00 and 4:00 2/17/00; dispositive motions will be
                 filed by 5/25/00; Pre-trial conference will be held 2:30

|  |  |  |
|---|---|---|
| | | 9/4/00; Jury Trial set for 8:00 9/11/00 (cc: all counsel) [3:98-cv-04507] (slh) [Entry date 09/16/99] [5:99cv21164] |
| 9/14/99 | 87 | NOTICE by Plaintiff in 3:98-cv-04507 of entry of stipulation and order to extend filing date of the joint claim construction statement. [3:98-cv-04507] (slh) [Entry date 09/16/99] [5:99cv21164] |
| 9/15/99 | 88 | AMENDED CASE MANAGEMENT ORDER by Judge William H. Alsup: A tutorial for the Court shall be held 2:00 1/26/00; Claims construction hearing will be held 2:00 2/16/00; Discovery cutoff 3/17/00; deadline for discovery from experts is 4/7/00; dispositive motions will be filed by 5/25/00; Pre-trial conference be held 2:30 8/21/00; Jury Trial set for 8:00 9/11/00 (cc: all counsel) [3:98-cv-04507] (slh) [Entry date 09/20/99] [5:99cv21164] |
| 9/21/99 | 89 | ORDER by Judge William H. Alsup: A technology tutorial shall be held for the Court 1/26/00 from 2:00pm to 6:00pm; A claim construction hearing shall be held from 2:00pm to 6:00pm on 2/16/00, 4:00pm to 6:00pm on 2/17/00 and 2:00pm to 6:00pm on 2/18/00. Parties are to submit written statements on whether: (1) the claim construction hearings should be consolidated; and (2) whether the parties to Affymetrix Inc. -v- Hyseq, C98-3192 should participate in the technology tutorial scheduled in Affymtrix Inc. -v- Synteni Inc., C98-4507. Statements shall be filed no later than fifteen days from the date of this order. (Date Entered: 9/24/99) (cc: all counsel) [3:98-cv-03192, 3:98-cv-04507] (lmh) [Entry date 09/24/99] [5:99cv21164] |
| 9/28/99 | 90 | ORDER by Judge William H. Alsup to submit promptly any information re any grounds for recusal ( Date Entered: 10/4/99) (cc: all counsel) [3:98-cv-04507] (rs) [Entry date 10/04/99] [5:99cv21164] |
| 10/6/99 | 91 | STATEMENT by Plaintiff re: consolidated claim construction proceedings. [3:98-cv-03192, 3:98-cv-04507] (slh) [Entry date 10/07/99] [5:99cv21164] |
| 10/14/99 | 94 | ORDER by Judge William H. Alsup: the court orders that the claim construction hearing previously ordered herein will be conducted jointly with related case no C 98-3192 WHA as per the appened order; Counsel shall please coordinate service of briefs and allocation of time at the hearing; time shaould be reserved for the claims unique to the present case (Date Entered: 10/19/99) (cc: all counsel) [3:98-cv-04507] (bug) [Entry date 10/19/99] [5:99cv21164] |
| 10/15/99 | 92 | STATEMENT Plaintiff in 3:98-cv-04507 in response to order to submit promptly any information re any grounds for recusal [90-1] [3:98-cv-04507] (slh) [Entry date 10/19/99] [5:99cv21164] |
| 10/15/99 | 93 | PROOF OF SERVICE by Plaintiff in 3:98-cv-04507 of statement [92-1] [3:98-cv-04507] (slh) [Entry date 10/19/99] [5:99cv21164] |
| 10/19/99 | 95 | LETTER dated 10/18/99 from Mary A.P. Howell re: service |

list. [3:98-cv-04507] (slh) [Entry date 10/20/99]
[5:99cv21164]

□

10/20/99  96    MINUTES: (C/R Jim Yeomans) (Hearing Date: 10/20/99)
                Telephone conference held; plaintiff's counsel Ms. Howard
                shall supply further information on the nature of
                representation to all parties and the court within 1 week;
                parties shall file briefs re: positions under 455 by
                11/9/99. [3:98-cv-03192, 3:98-cv-04507] (slh)
                [Entry date 10/21/99] [5:99cv21164]

10/29/99  97    STATEMENT IN RESPONSE by Plaintiff Affymetrix, Inc. to
                Court's 10/20/99 request for further information regarding
                Affymetrix' Morrison & Foerster contacts [3:98-cv-04507,
                3:98-cv-03192] (slh) [Entry date 11/01/99] [5:99cv21164]

10/29/99  98    DECLARATION by Elizabeth A. Howard on behalf of Plaintiff
                in support of statement in response [97-1] in
                3:98-cv-04507, [147-1] in 3:98-cv-03192 [3:98-cv-04507,
                3:98-cv-03192] (slh) [Entry date 11/01/99] [5:99cv21164]

11/2/99   99    PROOF OF SERVICE by Plaintiff in 3:98-cv-04507 of response
                [97-1], declaration [98-1] [3:98-cv-04507] (slh)
                [Entry date 11/04/99] [5:99cv21164]

11/2/99   100   MINUTES: (C/R Leo Mankiewicz) (Hearing Date: 11/2/99)
                Telephone conference re: possible grounds for recusal held.
                [3:98-cv-04507, 3:98-cv-03192] (slh) [Entry date 11/10/99]
                [5:99cv21164]

11/12/99  101   REPORTER'S TRANSCRIPT;  Date of proceedings: 10/20/99 (C/R:
                James Yeomans) minutes [96-1]   [3:98-cv-04507] (slh)
                [Entry date 11/16/99] [5:99cv21164]

11/30/99  102   MINUTES: (C/R Jill Barham) (Hearing Date: 11/30/99); Judge
                Alsup is going to recuse himself [3:98-cv-04507] (bug)
                [Entry date 12/06/99] [5:99cv21164]

11/30/99  103   ORDER by Judge William H. Alsup: recusing himself in this
                action and request that the case be reassigned; all
                pending dates are hereby VACATED and are to be reset by the
                newly assigned Judge (Date Entered: 12/6/99) (cc: all
                counsel)  [3:98-cv-04507] (bug) [Entry date 12/06/99]
                [5:99cv21164]

12/6/99   104   ORDER by Assignment Committee Case reassigned to Judge
                Jeremy Fogel (Date Entered: 12/17/99) (cc: all counsel)
                [3:98-cv-04507] (bug) [Entry date 12/17/99] [5:99cv21164]

12/23/99  105   MOTION   before Judge Jeremy Fogel for entry of agreed
                protective order regarding discovery form third party
                Monsanto Co. [5:99-cv-21164] (gm) [Entry date 12/28/99]
                [5:99cv21164]

1/4/00    106   NOTICE OF OBJECTIONS by Plaintiff Affymetrix, Inc.,
                Counter-defendant Affymetrix, Inc. to order of Speical
                Master [5:99-cv-21164] (gm) [Entry date 01/05/00]

□
                [5:99cv21164]

1/4/00   107   DECLARATION by Rita E. Tautkus on behalf of Plaintiff
               Affymetrix, Inc., Counter-defendant Affymetrix, Inc. in
               support of objection [106-1]  [5:99-cv-21164] (gm)
               [Entry date 01/05/00] [5:99cv21164]

1/4/00   108   COURTESY APPENDIX of unreported cases and authorities filed
               by Plaintiff Affymetrix, Inc., Counter-defendant
               Affymetrix, Inc. □[5:99-cv-21164] (gm) [Entry date 01/05/00]
               [5:99cv21164]

1/6/00   109   CLERK'S NOTICE Case Management Conference set for 10:30
               2/28/00 ; [5:99-cv-21164] (gm) [Entry date 01/07/00]
               [5:99cv21164]

1/6/00   110   ORDER by Judge Jeremy Fogel relating cases;
               5:99-cv-21111 with member cases 5:99-cv-21164 ( Date
               Entered: 1/10/99) (cc: all counsel)  [5:99-cv-21164] (gm)
               [Entry date 01/10/00] [5:99cv21164]

1/25/00  111   OBJECTIONS by defendant Synteni, Inc. in 5:99-cv-21164,
               defendant Incyte Pharmaceutica in 5:99-cv-21164 to
               discovery order by Special Master re file histories
               [5:99-cv-21164] (gm) [Entry date 01/25/00] [5:99cv21164]

1/25/00  112   DECLARATION by Teresa M. Corbin on behalf of defendant
               Synteni, Inc. in 5:99-cv-21164, defendant Incyte
               Pharmaceutica in 5:99-cv-21164 in support of objection
               [111-1]  [5:99-cv-21164] (gm) [Entry date 01/25/00]
               [5:99cv21164]

1/25/00  113   PROOF OF SERVICE by defendant Synteni, Inc. in
               5:99-cv-21164, defendant Incyte Pharmaceutica in
               5:99-cv-21164 of declaration [112-1], objection [111-1]
               [5:99-cv-21164] (gm) [Entry date 01/25/00] [5:99cv21164]

1/27/00  114   AMENDED PROOF OF SERVICE by defendant Synteni, Inc. in
               5:99-cv-21164, defendant Incyte Pharmaceutica in
               5:99-cv-21164 of declaration [112-1] [5:99-cv-21164] (gm)
               [Entry date 01/31/00] [5:99cv21164]

1/31/00  115   ORDER setting briefing schedule regarding objections to
               order of Special Master by Judge Jeremy Fogel ( Date
               Entered: 2/1/00) (cc: all counsel)  [5:99-cv-21164] (gm)
               [Entry date 02/01/00] [5:99cv21164]

2/4/00   116   NOTICE by defendant Synteni, Inc. in 5:99-cv-21164,
               defendant Incyte Pharmaceutica in 5:99-cv-21164 of change
               of Firm Name [5:99-cv-21164] (gm) [Entry date 02/09/00]
               [5:99cv21164]
□

2/14/00  117   RESPONSE by defendant Synteni, Inc. in 5:99-cv-21164,
               defendant Incyte Pharmaceutica in 5:99-cv-21164,
               Counter-claimant Synteni, Inc. in 5:99-cv-21164,
               Counter-claimant Incyte Pharmaceutica in 5:99-cv-21164 re
               objection [106-1] [5:99-cv-21164] (gm) [Entry date 02/16/00]
               [5:99cv21164]

| 2/14/00 | 118 | DECLARATION by Jennifer A. Tipsord on behalf of defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164, Counter-claimant Synteni, Inc. in 5:99-cv-21164, Counter-claimant Incyte Pharmaceutica in 5:99-cv-21164 in response to objection [106-1] [5:99-cv-21164] (gm) [Entry date 02/16/00] [5:99cv21164] |
| 2/14/00 | 119 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164, Counter-claimant Synteni, Inc. in 5:99-cv-21164, Counter-claimant Incyte Pharmaceutica in 5:99-cv-21164 of declaration [118-1], response [117-1] [5:99-cv-21164] (gm) [Entry date 02/16/00] [5:99cv21164] |
| 2/14/00 | 120 | OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164, Counter-defendant Affymetrix, Inc. in 5:99-cv-21164 to objection [111-1] [5:99-cv-21164] (gm) [Entry date 02/16/00] [5:99cv21164] |
| 2/14/00 | 121 | DECLARATION by Rita E. Tautkus on behalf of Plaintiff Affymetrix, Inc. in 5:99-cv-21164, Counter-defendant Affymetrix, Inc. in 5:99-cv-21164 in support of opposition [120-1]  [5:99-cv-21164] (gm) [Entry date 02/16/00] [5:99cv21164] |
| 2/17/00 | 122 | CLERK'S NOTICE Case Management Conference set for 10:30 4/17/00 ; [5:99-cv-21164] (gm) [Entry date 02/23/00] [5:99cv21164] |
| 4/7/00 | 123 | JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [5:99-cv-21164] (gm) [Entry date 04/10/00] [5:99cv21164] |
| 4/12/00 | 124 | CLERK'S NOTICE Case Management Conference set for 9:00 7/10/00 ; [5:99-cv-21164] (gm) [Entry date 04/14/00] [5:99cv21164] |
| 5/22/00 | 125 | EXPEDITED MOTION  before Judge Jeremy Fogel  by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 for early CMC [5:99-cv-21164] (gm) [Entry date 05/26/00] [5:99cv21164] |
| 5/23/00 | 127 | NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 for leave to file an amended answer and counterclaims  with Notice set for 8/7/00 at 9:00 (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 05/26/00] [5:99cv21164] |
| 5/23/00 | 128 | MEMORANDUM by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of motion for leave to file an amended answer and counterclaims [127-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 05/26/00] [5:99cv21164] |
| 5/23/00 | 129 | DECLARATION by Don F. Livornese on behalf of defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of motion for leave to file an amended answer and counterclaims [127-1] (FILED UNDER SEAL)  [5:99-cv-21164] (gm) |

U.S. District Court Web PACER(v2.3) Docket Report                    Page 20 of 84

                         [Entry date 05/26/00] [5:99cv21164]

5/23/00   130    FIRST AMENDED ANSWER to complaint [1-1]  and COUNTERCLAIM;
                 jury demand by defendant Synteni, Inc. in 5:99-cv-21164,
                 defendant Incyte Pharmaceutica in 5:99-cv-21164 against
                 Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                 [5:99-cv-21164] (gm) [Entry date 05/26/00] [5:99cv21164]

5/23/00   131    PROOF OF SERVICE by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 of answer answer [130-1], counterclaim
                 [130-2], declaration [129-1], memorandum [128-1], motion
                 for leave to file an amended answer and counterclaims
                 [127-1] [5:99-cv-21164] (gm) [Entry date 05/26/00]
                 [5:99cv21164]

5/25/00   132    RESPONSE  by defendant Synteni, Inc. in 5:99-cv-21164,
                 defendant Incyte Pharmaceutica in 5:99-cv-21164 re motion
                 for early CMC [125-1] [5:99-cv-21164] (gm)
                 [Entry date 06/06/00] [5:99cv21164]

5/25/00   133    PROOF OF SERVICE by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 of response [132-1] [5:99-cv-21164] (gm)
                 [Entry date 06/06/00] [5:99cv21164]

5/25/00   134    ORDER  by Judge Jeremy Fogel  denying motion for early CMC
                 [125-1] ( Date Entered: 6/6/00) (cc:  all counsel)
                 [5:99-cv-21164] (gm) [Entry date 06/06/00] [5:99cv21164]

5/26/00   135    AMENDED RESPONSE  by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 re motion for early CMC [125-1]
                 [5:99-cv-21164] (gm) [Entry date 06/06/00] [5:99cv21164]

5/26/00   136    AMENDED PROOF OF SERVICE by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 of response [135-1] [5:99-cv-21164] (gm)
                 [Entry date 06/06/00] [5:99cv21164]

6/12/00   137    EX-PARTE APPLICATION  before Judge Jeremy Fogel by
                 defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                 Pharmaceutica in 5:99-cv-21164 for an expedited hearing
                 and briefing schedule for their motion for leave to file
                 amended answers and ocunterclaims [5:99-cv-21164] (gm)
                 [Entry date 06/14/00] [5:99cv21164]

6/12/00   138    DECLARATION by Don F. Livornese on behalf of defendant
                 Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                 Pharmaceutica in 5:99-cv-21164 in support of motion for an
                 expedited hearing and briefing schedule for their motion
                 for leave to file amended answers and ocunterclaims [137-1]
                 [5:99-cv-21164] (gm) [Entry date 06/14/00] [5:99cv21164]

6/12/00   --     RECEIVED Proposed Order ( defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164) re: motion for an expedited hearing and
                 briefing schedule for their motion for leave to file
                 amended answers and ocunterclaims [137-1] [5:99-cv-21164]

                    (gm) [Entry date 06/14/00] [5:99cv21164]

6/12/00   139    PROOF OF SERVICE by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 of order received [0-0], declaration [138-1],
                 motion for an expedited hearing and briefing schedule for
                 their motion for leave to file amended answers and
                 ocunterclaims [137-1] [5:99-cv-21164] (gm)
                 [Entry date 06/14/00] [5:99cv21164]

6/12/00   140    NOTICE  by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 of
                 association of attorney Morgan Chu, Richard De Bodo,
                 Jeffrey L. Arrington [5:99-cv-21164] (gm)
                 [Entry date 06/14/00] [5:99cv21164]

6/14/00   141    OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164,
                 Counter-defendant Affymetrix, Inc. in 5:99-cv-21164 to
                 motion for an expedited hearing and briefing schedule for
                 their motion for leave to file amended answers and
                 ocunterclaims [137-1] [5:99-cv-21164] (gm)
                 [Entry date 06/15/00] [5:99cv21164]

6/16/00   142    PROOF OF SERVICE by Plaintiff Affymetrix, Inc. in
                 5:99-cv-21164 of opposition [141-1] [5:99-cv-21164] (gm)
                 [Entry date 06/19/00] [5:99cv21164]

6/28/00   143    ORDER by Judge Jeremy Fogel  denying motion for an
                 expedited hearing and briefing schedule for their motion
                 for leave to file amended answers and ocunterclaims [137-1]
                 ( Date Entered: 6/29/00) (cc: all counsel)
                 [5:99-cv-21164] (gm) [Entry date 06/29/00] [5:99cv21164]

6/29/00   144    CLERK'S NOTICE CMC set for 7/10/00 at 9:00
   □             [5:99-cv-21164] (gm) [Entry date 06/30/00] [5:99cv21164]

7/7/00    145    JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed.
                 [5:99-cv-21164] (gm) [Entry date 07/10/00] [5:99cv21164]

7/10/00   146    ORDER overruling objections to discovery order by Speical
                 Master by Judge Jeremy Fogel ( Date Entered: 7/11/00) (cc:
                 all counsel)  [5:99-cv-21164] (gm) [Entry date 07/11/00]
                 [5:99cv21164]

7/10/00   147    ORDER  by Judge Jeremy Fogel consolidating cases
                 5:99-cv-21164 with member cases 5:99-cv-21165 ( Date
                 Entered: 7/11/00) (cc:  all counsel)  [5:99-cv-21164] (gm)
                 [Entry date 07/11/00] [5:99cv21164]

7/10/00   148    MINUTES: ( C/R Peter Torreano) INITIAL CASE MANAGEMENT
                 CONFERENCE HELD.  In court law and motion hearing will be
                 held 9:00 8/7/00 ; [5:99-cv-21164] (gm)
                 [Entry date 07/11/00] [5:99cv21164]

7/17/00   149    RESPONSE by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 re
                 motion for leave to file an amended answer and
                 counterclaims [127-1] [5:99-cv-21164] (gm)
                 [Entry date 07/18/00] [5:99cv21164]

7/18/00   --     CERTIFICATE of Record mailed to USCA, counsel notified.

```
                     [5:99-cv-21164] (gm) [Entry date 07/18/00] [5:99cv21164]

7/18/00   150    LETTER  dated 7/18/00  from Jeffrey L. Arrington in
                 5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164
                 [5:99-cv-21164] (gm) [Entry date 07/19/00] [5:99cv21164]

7/18/00   151    LETTER  dated 7/18/00  from Jeffrey L. Arrington in
                 5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164
                 [5:99-cv-21164] (gm) [Entry date 07/19/00] [5:99cv21164]

7/19/00   152    LETTER  dated 7/19/00  from Jeffrey L. Arrington in
                 5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164
                 [5:99-cv-21164] (gm) [Entry date 07/20/00] [5:99cv21164]

7/20/00   153    ORDER  by Judge Jeremy Fogel  granting  motion for an
                 expedited hearing and briefing schedule for their motion
                 for leave to file amended answers and ocunterclaims [137-1]
                 ( Date Entered: 7/20/00) (cc:  all counsel)
                 [5:99-cv-21164] (gm) [Entry date 07/20/00] [5:99cv21164]

7/21/00   154    LETTER  dated 7/21/00  from Jeffrey L. Arrington in
                 5:99-cv-21164 [5:99-cv-21164] (cm) [Entry date 07/24/00]
                 [5:99cv21164]

7/24/00   155    REPLY by defendant Synteni, Inc. in 5:99-cv-21164,
                 defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
                 of motion for leave to file an amended answer and
                 counterclaims [127-1] [5:99-cv-21164] (gm)
                 [Entry date 07/26/00] [5:99cv21164]
    □

7/24/00   156    PROOF OF SERVICE by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 of reply [155-1] [5:99-cv-21164] (gm)
                 [Entry date 07/26/00] [5:99cv21164]

7/24/00   157    LETTER  dated 7/24/00  from Jeffrey L. Arrington in
                 5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164
                 [5:99-cv-21164] (gm) [Entry date 07/26/00] [5:99cv21164]

7/24/00   158    PROOF OF SERVICE by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 of letter [157-1] [5:99-cv-21164] (gm)
                 [Entry date 07/26/00] [5:99cv21164]

7/26/00   --     Docket Modification (Administrative) to  referring case
                 for discovery  to Mag. Judge Edward A. Infante
                 [5:99-cv-21164] (gm) [Entry date 07/26/00] [5:99cv21164]

7/26/00   159    LETTER  dated 7/26/00  from Jeffrey L. Arrington in
                 5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164
                 [5:99-cv-21164] (gm) [Entry date 07/31/00] [5:99cv21164]

7/31/00   160    ORDER  by Judge Jeremy Fogel  granting  motion for leave to
                 file an amended answer and counterclaims [127-1] ( Date
                 Entered: 8/2/00) (cc:  all counsel)  [5:99-cv-21164] (gm)
                 [Entry date 08/02/00] [5:99cv21164]

7/31/00   161    LETTER  dated 7/31/00  from Jeffrey L. Arrington in
                 5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164
```

[5:99-cv-21164] (gm) [Entry date 08/02/00] [5:99cv21164]

7/31/00   162   PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of letter [161-1] [5:99-cv-21164] (gm)
                [Entry date 08/02/00] [5:99cv21164]

8/2/00    163   NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 to compel production of
                documents related to Commercial success & tortious
                interference with contract [5:99-cv-21164] (gm)
                [Entry date 08/02/00] [5:99cv21164]

8/2/00    164   DECLARATION by Catherine A. Moore on behalf of defendant
                Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion to
                compel production of documents related to Commercial
                success & tortious interference with contract [163-1]
                [5:99-cv-21164] (gm) [Entry date 08/02/00] [5:99cv21164]

☐

8/2/00    165   DECLARATION by Buckmaster De Wolf on behalf of defendant
                Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion to
                compel production of documents related to Commercial
                success & tortious interference with contract
                [5:99-cv-21164] (gm) [Entry date 08/02/00] [5:99cv21164]

8/2/00    --    RECEIVED Proposed Order ( defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164) re: motion to compel production of documents
                related to Commercial success & tortious interference with
                contract [163-1] [5:99-cv-21164] (gm) [Entry date 08/02/00]
                [5:99cv21164]

8/2/00    166   PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of order received [0-0], declaration [165-1],
                declaration [164-1], motion to compel production of
                documents related to Commercial success & tortious
                interference with contract [163-1] [5:99-cv-21164] (gm)
                [Entry date 08/02/00] [5:99cv21164]

8/2/00    167   ORDER  by Mag. Judge Edward A. Infante  granting  motion to
                compel production of documents related to Commercial
                success & tortious interference with contract [163-1] and
                granting plaintiff leave to file a motion for protective
                order and setting briefing schedule ( Date Entered: 8/2/00)
                (cc:  all counsel)  [5:99-cv-21164] (gm)
                [Entry date 08/02/00] [5:99cv21164]

8/2/00    168   ORDER denying defendants leave to file motion to compel
                Affytmetrix to produce third party witnesses it represents
                for consecutive days of deposition by Mag. Judge Edward A.
                Infante ( Date Entered: 8/2/00) (cc:  all counsel)
                [5:99-cv-21164] (gm) [Entry date 08/02/00] [5:99cv21164]

8/7/00    169   PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in

|         |     | 5:99-cv-21164 of service [166-1], order received [0-0] [5:99-cv-21164] (gm) [Entry date 08/08/00] [5:99cv21164] |
|---------|-----|---|
| 8/7/00  | 170 | LETTER dated 8/7/00 from Jeffrey L. Arrington in 5:99-cv-21164 from Affymetrix, Inc. in 5:99-cv-21164 [5:99-cv-21164] (gm) [Entry date 08/08/00] [5:99cv21164] |
| 8/7/00  | 171 | NOTICE OF MOTION AND MOTION before Mag. Judge Edward A. Infante by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 for protective order re: OGT's production to defendants ; supporting declarations of Peter Root, Rita E. Tautkus, and Jeffrey L. Arrington [5:99-cv-21164] (gm) [Entry date 08/08/00] [5:99cv21164] |
| □       |     | |
| 8/9/00  | 172 | ORDER denying plaintiff leave to file motion to compel defendants to produce opinions of counsel by Mag. Judge Edward A. Infante ( Date Entered: 8/15/00) (cc:  all counsel)  [5:99-cv-21164] (gm) [Entry date 08/15/00] [5:99cv21164] |
| 8/9/00  | 173 | STIPULATION and ORDER to extend the briefing schedule for defendants' motion to compel production of documents by Mag. Judge Edward A. Infante : (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 08/15/00] [5:99cv21164] |
| 8/10/00 | 174 | MINUTES: plaintiff's 8/7/00 letter leave reques tto file motiom is denied. ( C/R Kynele Siminov) ( Hearing Date: 8/8/00) [5:99-cv-21164] (gm) [Entry date 08/15/00] [5:99cv21164] |
| 8/11/00 | 175 | FIRST AMENDED ANSWER AND COUNTERCLAIM [130-2] by Synteni, Inc. and Incyte Pharmaceuticals, Inc. [5:99-cv-21164] (FILED UNDER SEAL) (gm) [Entry date 08/15/00] [Edit date 08/15/00] [5:99cv21164] |
| 8/11/00 | 176 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of reply answer [175-1] [5:99-cv-21164] (gm) [Entry date 08/15/00] [5:99cv21164] |
| 8/14/00 | 177 | LETTER BRIEF dated 8/14/00 from Don F. Livornese in 5:99-cv-21164 from Synteni, Inc. in 5:99-cv-21164, Incyte Pharmaceutica in 5:99-cv-21164 [5:99-cv-21164] (gm) [Entry date 08/18/00] [5:99cv21164] |
| 8/14/00 | 178 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of letter [177-1] [5:99-cv-21164] (gm) [Entry date 08/18/00] [5:99cv21164] |
| 8/14/00 | 179 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of letter [177-1] [5:99-cv-21164] (gm) [Entry date 08/18/00] [5:99cv21164] |
| 8/14/00 | 180 | OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to motion to compel production of documents related to Commercial success & tortious interference with contract [163-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) |

[Entry date 08/18/00] [5:99cv21164]

8/14/00   181   OPPOSITION by defendant Synteni, Inc. in 5:99-cv-21164,
                defendant Incyte Pharmaceutica in 5:99-cv-21164 to motion
                for protective order re: OGT's production to defendants
                [171-1] [5:99-cv-21164] (gm) [Entry date 08/18/00]
□               [5:99cv21164]

8/14/00   182   DECLARATION by Jayna R. Whitt on behalf of defendant
                Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of opposition
                [181-1] [5:99-cv-21164] (gm) [Entry date 08/18/00]
                [5:99cv21164]

8/14/00   183   NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 for protective order re Dr.
                Michael C. Pirrung [5:99-cv-21164] (gm)
                [Entry date 08/18/00] [5:99cv21164]

8/14/00   184   DECLARATION by Marcus T. Hall on behalf of defendant
                Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                protective order re Dr. Michael C. Pirrung [183-1] (FILED
                UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/18/00]
                [5:99cv21164]

8/14/00   185   MEMORANDUM by defendant Synteni, Inc. in 5:99-cv-21164,
                defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
                of motion for protective order re Dr. Michael C. Pirrung
                [183-1] [5:99-cv-21164] (gm) [Entry date 08/18/00]
                [5:99cv21164]

8/14/00   186   PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of memorandum [185-1], declaration [184-1],
                motion for protective order re Dr. Michael C. Pirrung
                [183-1] [5:99-cv-21164] (gm) [Entry date 08/18/00]
                [5:99cv21164]

8/17/00   187   AMENDED PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of service [186-1], memorandum [185-1],
                declaration [184-1], motion for protective order re Dr.
                Michael C. Pirrung [183-1] [5:99-cv-21164] (gm)
                [Entry date 08/22/00] [5:99cv21164]

8/17/00   188   ORDER granting defendants leave to file motion to compel
                production of documents and setting briefing schedule by
                Judge Jeremy Fogel ( Date Entered: 8/22/00) (cc: all
                counsel) [5:99-cv-21164] (gm) [Entry date 08/22/00]
                [5:99cv21164]

8/17/00   189   REPORTER'S TRANSCRIPT;  Date of proceedings: 8/1/00 ( C/R:
                Peter Torreano)   [5:99-cv-21164] (gm) [Entry date 08/22/00]
□               [5:99cv21164]

8/21/00   190   NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by

|         |     | defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte<br>Pharmaceutica in 5:99-cv-21164, Counter-claimant Synteni,<br>Inc. in 5:99-cv-21164, Counter-claimant Incyte<br>Pharmaceutica in 5:99-cv-21164 to bifurcate discovery and<br>trial on the issue of willful infringement with Notice set<br>for 9/25/00 at 9:00 [5:99-cv-21164] (gm)<br>[Entry date 08/24/00] [5:99cv21164] |
|---------|-----|---|
| 8/21/00 | 191 | MEMORANDUM by defendant Synteni, Inc. in 5:99-cv-21164,<br>defendant Incyte Pharmaceutica in 5:99-cv-21164,<br>Counter-claimant Synteni, Inc. in 5:99-cv-21164,<br>Counter-claimant Incyte Pharmaceutica in 5:99-cv-21164 in<br>support of motion to bifurcate discovery and trial on the<br>issue of willful infringement [190-1] [5:99-cv-21164] (gm)<br>[Entry date 08/24/00] [5:99cv21164] |
| 8/21/00 | 192 | DECLARATION by Don F. Livornese on behalf of defendant<br>Synteni, Inc. in 5:99-cv-21164, defendant Incyte<br>Pharmaceutica in 5:99-cv-21164, Counter-claimant Synteni,<br>Inc. in 5:99-cv-21164, Counter-claimant Incyte<br>Pharmaceutica in 5:99-cv-21164 in support of motion to<br>bifurcate discovery and trial on the issue of willful<br>infringement [190-1] [5:99-cv-21164] (gm)<br>[Entry date 08/24/00] [5:99cv21164] |
| 8/21/00 | --  | RECEIVED Proposed Order ( defendant Synteni, Inc. in<br>5:99-cv-21164, defendant Incyte Pharmaceutica in<br>5:99-cv-21164, Counter-claimant Synteni, Inc. in<br>5:99-cv-21164, Counter-claimant Incyte Pharmaceutica in<br>5:99-cv-21164) re: motion to bifurcate discovery and trial<br>on the issue of willful infringement [190-1]<br>[5:99-cv-21164] (gm) [Entry date 08/24/00] [5:99cv21164] |
| 8/21/00 | 193 | REPLY by defendant Synteni, Inc. in 5:99-cv-21164,<br>defendant Incyte Pharmaceutica in 5:99-cv-21164,<br>Counter-claimant Synteni, Inc. in 5:99-cv-21164,<br>Counter-claimant Incyte Pharmaceutica in 5:99-cv-21164 in<br>support of motion to compel production of documents related<br>to Commercial success & tortious interference with contract<br>[163-1] [5:99-cv-21164] (gm) [Entry date 08/24/00]<br>[5:99cv21164] |
| 8/21/00 | 194 | REPLY BRIEF by Plaintiff Affymetrix, Inc. in 5:99-cv-21164<br>in support of motion for protective order re: OGT's<br>production to defendants [171-1] [5:99-cv-21164] (gm)<br>[Entry date 08/24/00] [5:99cv21164] |
| 8/22/00 | 195 | REPORTER'S TRANSCRIPT; Date of proceedings: 8/1/00 ( C/R:<br>Peter Torreano)    [5:99-cv-21164] (gm) [Entry date 08/24/00]<br>[5:99cv21164] |
| 8/25/00 | 196 | NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by<br>Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to strike and<br>dismiss cerain allegations of inequitable conduct with<br>Notice set for 10/10/00 at 9:00 [5:99-cv-21164] (gm)<br>[Entry date 08/29/00] [5:99cv21164] |
| 8/25/00 | --  | RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in<br>5:99-cv-21164) re: motion to strike and dismiss cerain |

|          |     |                                                                                                                                                                                                                                                          |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     | allegations of inequitable conduct [196-1] [5:99-cv-21164] (gm) [Entry date 08/29/00] [5:99cv21164]                                                                                                                                                          |
| 8/28/00  | 197 | NOTICE OF MOTION AND MOTION before Mag. Judge Edward A. Infante by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 to compel production of doucments relating to Affymetrix' litigation with OGT and Hyseq [5:99-cv-21164] (gm) [Entry date 08/31/00] [5:99cv21164] |
| 8/28/00  | 198 | DECLARATION by Jayna R. Whitt on behalf of defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of motion to compel production of doucments relating to Affymetrix' litigation with OGT and Hyseq [197-1] [5:99-cv-21164] (gm) [Entry date 08/31/00] [5:99cv21164] |
| 8/28/00  | --  | RECEIVED Proposed Order ( defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164) re: motion to compel production of doucments relating to Affymetrix' litigation with OGT and Hyseq [197-1] [5:99-cv-21164] (gm) [Entry date 08/31/00] [5:99cv21164] |
| 8/28/00  | 199 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of order received [0-0], declaration [198-1], motion to compel production of doucments relating to Affymetrix' litigation with OGT and Hyseq [197-1] [5:99-cv-21164] (gm) [Entry date 08/31/00] [5:99cv21164] |
| 9/5/00   | 200 | OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to motion to bifurcate discovery and trial on the issue of willful infringement [190-1] [5:99-cv-21164] (gm) [Entry date 09/06/00] [5:99cv21164]                                                  |
| 9/5/00   | 200 | COUNTER-MOTION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to compel production of legal opinions and related discovery with Notice set for 9/25/00 at 9:00 [5:99-cv-21164] (gm) [Entry date 09/06/00] [5:99cv21164]                                      |
| 9/5/00   | 200 | DECLARATION by Jeffrey L. Arrington on behalf of Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in support of motion to compel production of legal opinions and related discovery [200-1] [5:99-cv-21164] (gm) [Entry date 09/06/00] [5:99cv21164]              |
| 9/5/00   | --  | RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in 5:99-cv-21164) re: motion to compel production of legal opinions and related discovery [200-1] [5:99-cv-21164] (gm) [Entry date 09/06/00] [5:99cv21164]                                              |
| 9/6/00   | 201 | OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to motion to compel production of doucments relating to Affymetrix' litigation with OGT and Hyseq [197-1] [5:99-cv-21164] (gm) [Entry date 09/11/00] [5:99cv21164]                                 |
| 9/11/00  | 202 | REPLY by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 in support                                                                                                                                               |

|         |     |     |
|---------|-----|-----|
|         |     | of motion to bifurcate discovery and trial on the issue of willful infringement [190-1] [5:99-cv-21164] (gm) [Entry date 09/12/00] [5:99cv21164] |
| 9/11/00 | 202 | OPPOSITION by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 to motion to compel production of legal opinions and related discovery [200-1] [5:99-cv-21164] (gm) [Entry date 09/12/00] [5:99cv21164] |
| 9/11/00 | 203 | DECLARATION by Teresa M. Corbin on behalf of defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of reply [202-1] [5:99-cv-21164] (gm) [Entry date 09/12/00] [5:99cv21164] |
| 9/11/00 | 204 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of declaration [203-1], opposition [202-1], reply [202-1] [5:99-cv-21164] (gm) [Entry date 09/12/00] [5:99cv21164] |
| 9/11/00 | 205 | REPLY by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of motion to compel production of doucments relating to Affymetrix' litigation with OGT and Hyseq [197-1] [5:99-cv-21164] (gm) [Entry date 09/12/00] [5:99cv21164] |
| 9/11/00 | 206 | DECLARATION by Jayna R. Whitt on behalf of defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of reply [205-1] [5:99-cv-21164] (gm) [Entry date 09/12/00] [5:99cv21164] |
| 9/11/00 | 207 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of declaration [206-1], reply [205-1] [5:99-cv-21164] (gm) [Entry date 09/12/00] [5:99cv21164] |
| 9/12/00 | 208 | LETTER  dated 9/12/00  from Jeffrey L. Arrington in 5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164 [5:99-cv-21164] (gm) [Entry date 09/13/00] [5:99cv21164] |
| 9/12/00 | 209 | REPLY by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of motion to compel production of doucments relating to Affymetrix' litigation with OGT and Hyseq [197-1] [5:99-cv-21164] (gm) [Entry date 09/13/00] [5:99cv21164] |
| 9/12/00 | 210 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of reply [209-1] [5:99-cv-21164] (gm) [Entry date 09/13/00] [5:99cv21164] |
| 9/19/00 | 211 | OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to motion for protective order re Dr. Michael C. Pirrung [183-1] [5:99-cv-21164] (gm) [Entry date 09/21/00] [5:99cv21164] |
| 9/19/00 | 211 | COUNTER-MOTION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 for protective order and supporting |

| | | |
|---|---|---|
| | | declaration of Vern Norviel with Notice set for 10/10/00 at 9:00 [5:99-cv-21164] (gm) [Entry date 09/21/00] [5:99cv21164] |
| 9/19/00 | 212 | DECLARATION by Jeffrey L. Arrington on behalf of Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in support of motion for protective order and supporting declaration of Vern Norviel [211-1], re opposition [211-1] [5:99-cv-21164] (gm) [Entry date 09/21/00] [5:99cv21164] |
| 9/19/00 | -- | RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in 5:99-cv-21164) re: opposition [211-1] [5:99-cv-21164] (gm) [Entry date 09/21/00] [5:99cv21164] |
| 9/19/00 | 213 | OPPOSITION by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 to motion to strike and dismiss cerain allegations of inequitable conduct [196-1] [5:99-cv-21164] (gm) [Entry date 09/21/00] [5:99cv21164] |
| 9/20/00 | 214 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of opposition [213-1] [5:99-cv-21164] (gm) [Entry date 09/22/00] [5:99cv21164] |
| 9/22/00 | 215 | LETTER  dated 9/22/00  from Jeffrey L. Arrington in 5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164 [5:99-cv-21164] (gm) [Entry date 09/22/00] [5:99cv21164] |
| 9/22/00 | 216 | EX-PARTE APPLICATION  before Judge Jeremy Fogel by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 to continue hearing and briefing schedule [5:99-cv-21164] (gm) [Entry date 09/25/00] [5:99cv21164] |
| 9/22/00 | 217 | DECLARATION by Marcus T. Hall on behalf of defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of motion to continue hearing and briefing schedule [216-1] [5:99-cv-21164] (gm) [Entry date 09/25/00] [5:99cv21164] |
| 9/22/00 | -- | RECEIVED Proposed Order ( defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164) re: motion to continue hearing and briefing schedule [216-1] [5:99-cv-21164] (gm) [Entry date 09/25/00] [5:99cv21164] |
| 9/22/00 | 218 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of order received [0-0], declaration [217-1], motion to continue hearing and briefing schedule [216-1] [5:99-cv-21164] (gm) [Entry date 09/25/00] [5:99cv21164] |
| 9/26/00 | 219 | REPLY by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in support of motion to strike and dismiss cerain allegations of inequitable conduct [196-1] [5:99-cv-21164] (gm) [Entry date 09/27/00] [5:99cv21164] |
| 9/26/00 | 220 | ORDER  by Judge Jeremy Fogel requiring defendants to submit |

ocunsel opinions for in cmaera review re [190-1] ( Date
Entered: 9/27/00) (cc:  all counsel)  [5:99-cv-21164] (gm)
[Entry date 09/27/00] [5:99cv21164]

9/27/00    221    OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
to motion to continue hearing and briefing schedule [216-1]
[5:99-cv-21164] (gm) [Entry date 09/29/00] [5:99cv21164]

9/27/00    222    LETTER  dated 9/27/00  from Jeffrey L. Arrington in
5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164
[5:99-cv-21164] (gm) [Entry date 09/29/00] [5:99cv21164]

9/29/00    223    ORDER by Judge Jeremy Fogel  granting  motion to continue
hearing and briefing schedule [216-1] reply to be filed by
10/10/00 ; setting hearing on motion for protective order
and supporting declaration of Vern Norviel [211-1] 9:00
10/23/00, setting hearing on motion to strike and dismiss
cerain allegations of inequitable conduct [196-1] 9:00
10/23/00, setting hearing on motion for protective order re
Dr. Michael C. Pirrung [183-1] 9:00 10/23/00 ( Date
Entered: 10/2/00) (cc:  all counsel)  [5:99-cv-21164] (gm)
[Entry date 10/02/00] [5:99cv21164]

9/29/00    224    ORDER  by Mag. Judge Edward A. Infante  granting in part
and denying in part motion to compel production of
documents related to Commercial success & tortious
interference with contract [163-1] ( Date Entered: 10/4/00)
(cc:  all counsel)  [5:99-cv-21164] (gm)
[Entry date 10/04/00] [5:99cv21164]

☐

9/29/00    225    ORDER  by Mag. Judge Edward A. Infante  granting  motion
for protective order re: OGT's production to defendants
[171-1] ( Date Entered: 10/04/00) (cc:  all counsel)
[5:99-cv-21164] (gm) [Entry date 02/23/01] [5:99cv21164]

10/2/00    226    NOTICE by defendant Synteni, Inc. in 5:99-cv-21164,
defendant Incyte Pharmaceutica in 5:99-cv-21164 [223-1]
order  [5:99-cv-21164] (gm) [Entry date 10/04/00]
[5:99cv21164]

10/10/00   227    LETTER  dated 10/10/00  from Teresa M. Corbin in
5:99-cv-21164  from Synteni, Inc. in 5:99-cv-21164, Incyte
Pharmaceutica in 5:99-cv-21164 [5:99-cv-21164] (gm)
[Entry date 10/18/00] [5:99cv21164]

10/10/00   228    REPLY by defendant Synteni, Inc. in 5:99-cv-21164,
defendant Incyte Pharmaceutica in 5:99-cv-21164 re
opposition [221-1] [5:99-cv-21164] (gm)
[Entry date 10/18/00] [5:99cv21164]

10/10/00   228    OPPOSITION by defendant Synteni, Inc. in 5:99-cv-21164,
defendant Incyte Pharmaceutica in 5:99-cv-21164 to motion
for protective order and supporting declaration of Vern
Norviel [211-1] [5:99-cv-21164] (gm) [Entry date 10/18/00]
[5:99cv21164]

10/10/00   229    DECLARATION by Marcus T. Hall on behalf of defendant
Synteni, Inc. in 5:99-cv-21164, defendant Incyte
Pharmaceutica in 5:99-cv-21164 in support of motion for

protective order re Dr. Michael C. Pirrung [183-1]
[5:99-cv-21164] (gm) [Entry date 10/18/00] [5:99cv21164]

10/10/00 230    DECLARATION by Teresa M. Corbin on behalf of defendant
                Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                protective order re Dr. Michael C. Pirrung [183-1]
                [5:99-cv-21164] (gm) [Entry date 10/18/00] [5:99cv21164]

10/10/00 231    PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of declaration [230-1], declaration [229-1],
                opposition [228-1], reply [228-1] [5:99-cv-21164] (gm)
                [Entry date 10/18/00] [5:99cv21164]

10/11/00 232    ORDER by Mag. Judge Edward A. Infante  granting in part
                and denying in part motion to compel production of
                doucments relating to Affymetrix' litigation with OGT and
                Hyseq [197-1] ( Date Entered: 10/18/00) (cc:  all counsel)
                [5:99-cv-21164] (gm) [Entry date 10/18/00] [5:99cv21164]

10/11/00 233    ORDER re request for conference by Judge Jeremy Fogel (
                Date Entered: 10/18/00) (cc: all counsel)  [5:99-cv-21164]
                (gm) [Entry date 10/18/00] [5:99cv21164]
☐

10/13/00 234    ORDER by Judge Jeremy Fogel  finding the motion to compel
                production of legal opinions and related discovery [200-1]
                moot., denying motion to bifurcate discovery and trial on
                the issue of willful infringement [190-1] ( Date Entered:
                10/18/00) (cc:  all counsel)  [5:99-cv-21164] (gm)
                [Entry date 10/18/00] [5:99cv21164]

10/19/00 235    REPLY BRIEF by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                in support of motion for protective order and supporting
                declaration of Vern Norviel [211-1] [5:99-cv-21164] (gm)
                [Entry date 10/23/00] [5:99cv21164]

10/24/00 236    PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of Letter to the Honorable Edward A. Infante
                [5:99-cv-21164] (gm) [Entry date 10/25/00] [5:99cv21164]

10/24/00 253    LETTER dated 10/24/00 from Jennifer Tipsord Sklenar re: to
                seek your Honor's assistance in obtaining the compliance of
                plaintiff Affymetrix, Inc. with two orders of this court.
                [5:99-cv-21164] (lfc) [Entry date 11/01/00] [5:99cv21164]

10/25/00 237    EX-PARTE APPLICATION  before Judge Jeremy Fogel by
                Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to file an
                Opening Brief on claim construction to exceed 25 page
                limitation [5:99-cv-21164] (gm) [Entry date 10/27/00]
                [5:99cv21164]

10/25/00 --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                5:99-cv-21164) re: motion to file an Opening Brief on claim
                construction to exceed 25 page limitation [237-1]
                [5:99-cv-21164] (gm) [Entry date 10/27/00] [5:99cv21164]

10/25/00 --     RECEIVED Opening Brief in support of its proposed claim

construction1 submitted by Plaintiff Affymetrix, Inc. in
5:99-cv-21164 Filed under seal [5:99-cv-21164] (gm)
[Entry date 10/27/00] [5:99cv21164]

10/25/00 238    DECLARATION by Jeffrey L. Arrington on behalf of Plaintiff
                Affymetrix, Inc. in 5:99-cv-21164 in support of Opening
                Brief document received [0-0] [5:99-cv-21164] (gm)
                [Entry date 10/27/00] [5:99cv21164]

10/25/00 239    APPENDIX VOLUME 1 filed by Plaintiff Affymetrix, Inc. in
                5:99-cv-21164 in support of Opening Brief document received
                [0-0] [5:99-cv-21164] (gm) [Entry date 10/27/00]
                [5:99cv21164]

10/25/00 240    APPENDIX VOLUME 2 filed by Plaintiff Affymetrix, Inc. in
                5:99-cv-21164 in support of Opening Brief document received
                [0-0] [5:99-cv-21164] (gm) [Entry date 10/27/00]
                [5:99cv21164]

10/25/00 241    APPENDIX VOLUME 3 filed by Plaintiff Affymetrix, Inc. in
                5:99-cv-21164 in support of Opening Brief document received
                [0-0] [5:99-cv-21164] (gm) [Entry date 10/27/00]
                [5:99cv21164]

10/25/00 242    APPENDIX VOLUME 4 filed by Plaintiff Affymetrix, Inc. in
                5:99-cv-21164 in support of Opening Brief document received
                [0-0] [5:99-cv-21164] (gm) [Entry date 10/27/00]
                [5:99cv21164]

10/25/00 243    APPENDIX VOLUME 5 filed by Plaintiff Affymetrix, Inc. in
                5:99-cv-21164 in support of Opening Brief document received
                [0-0] [5:99-cv-21164] (gm) [Entry date 10/27/00]
                [5:99cv21164]

10/25/00 244    APPENDIX VOLUME 6 filed by Plaintiff Affymetrix, Inc. in
                5:99-cv-21164 in support of Opening Brief document received
                [0-0] [5:99-cv-21164] (gm) [Entry date 10/27/00]
                [5:99cv21164]

10/25/00 245    APPENDIX VOLUME 7 filed by Plaintiff Affymetrix, Inc. in
                5:99-cv-21164 in support of Opening Brief document received
                [0-0] [5:99-cv-21164] (gm) [Entry date 10/27/00]
                [5:99cv21164]

10/25/00 246    APPENDIX VOLUME 8 filed by Plaintiff Affymetrix, Inc. in
                5:99-cv-21164 in support of Opening Brief document received
                [0-0] [5:99-cv-21164] (gm) [Entry date 10/27/00]
                [5:99cv21164]

10/25/00 247    APPENDIX VOLUME 9 filed by Plaintiff Affymetrix, Inc. in
                5:99-cv-21164 in support of Opening Brief document received
                [0-0] [5:99-cv-21164] (gm) [Entry date 10/27/00]
                [5:99cv21164]

10/25/00 248    APPENDIX VOLUME 10 filed by Plaintiff Affymetrix, Inc. in
                5:99-cv-21164 in support of Opening Brief document received
                [0-0] [5:99-cv-21164] (gm) [Entry date 10/27/00]
                [5:99cv21164]

10/26/00 249    EX-PARTE APPLICATION  before Judge Jeremy Fogel by
                Plaintiff Affymetrix, Inc. in 5:99-cv-21164 for an order
                prohibiting defendants from asserting claim construction
                positions not in the parties' joint claim construction
                statements; declaration of Marc A. Fenster [5:99-cv-21164]
                (gm) [Entry date 10/27/00] [5:99cv21164]

10/26/00 --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                5:99-cv-21164) re: motion for an order prohibiting
                defendants from asserting claim construction positions not
                in the parties' joint claim construction statements;
                declaration of Marc A. Fenster [249-1] [5:99-cv-21164] (gm)
                [Entry date 10/27/00] [5:99cv21164]
□

10/26/00 250    LETTER  dated 10/26/00  from Synteni, Inc. in
                5:99-cv-21164, Incyte Pharmaceutica in 5:99-cv-21164
                [5:99-cv-21164] (gm) [Entry date 10/30/00] [5:99cv21164]

10/27/00 251    MINUTES: Phone conference held. Defendant's Request for
                leave to file motion for copying costs is resolved. ( C/R
                Melissa Peralta) ( Hearing Date: 10/27/00) [5:99-cv-21164]
                (gm) [Entry date 10/30/00] [5:99cv21164]

10/27/00 252    ORDER by Judge Jeremy Fogel appointing Special Master for
                discovery ( Date Entered: 10/30/00) (cc: all counsel)
                [5:99-cv-21164] (gm) [Entry date 10/30/00] [5:99cv21164]

10/27/00 254    PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of Opposition and Declaration of Teresa M.
                Corbin [5:99-cv-21164] (gm) [Entry date 11/01/00]
                [5:99cv21164]

10/30/00 255    REPORTER'S TRANSCRIPT; Date of proceedings: 10/23/00 (
                C/R: Peter Torreano)  [5:99-cv-21164] (gm)
                [Entry date 11/01/00] [5:99cv21164]

11/2/00 256     MINUTES: ( C/R Peter Torreano)· ( Hearing Date: 10/23/00)
                In court claims construction hearing will be held 9:00
                11/29/00 and 11/30/00 at 9:00 ; [5:99-cv-21164] (gm)
                [Entry date 11/07/00] [5:99cv21164]

11/7/00 257     LETTER  dated 11/7/00  from Jeffrey L. Arrington in
                5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164
                [5:99-cv-21164] (gm) [Entry date 11/08/00] [5:99cv21164]

11/27/00 258    SUPPLEMENT by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                re documents [248-1], re documents [247-1], re documents
                [246-1], re documents [245-1], re documents [244-1], re
                documents [243-1], re documents [242-1], re documents
                [241-1], re documents [240-1], re documents [239-1]
                [5:99-cv-21164] (gm) [Entry date 11/28/00] [5:99cv21164]

11/27/00 259    LETTER  dated 11/27/00  from Jeffrey L. Arrington in
                5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164
                [5:99-cv-21164] (gm) [Entry date 11/30/00] [5:99cv21164]

11/29/00 260    SUPPLEMENTAL DECLARATION by Don F. Livornese and exhibits
                62-95 in support of Incyte's proposed Claim Construction

[5:99-cv-21164] (gm) [Entry date 11/30/00] [5:99cv21164]

12/18/00  261    LETTER  dated 12/18/00  from Jeffrey L. Arrington in
                 5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164
                 [5:99-cv-21164] (gm) [Entry date 12/27/00] [5:99cv21164]

1/9/01    262    LETTER  dated 1/9/01  from Jeffrey L. Arrington in
                 5:99-cv-21164  from Affymetrix, Inc. in 5:99-cv-21164
                 [5:99-cv-21164] (gm) [Entry date 01/10/01] [5:99cv21164]
☐

3/1/01    263    NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                 Plaintiff Affymetrix, Inc. in 5:99-cv-21164,
                 Counter-defendant Affymetrix, Inc. in 5:99-cv-21164 for
                 leave to file motion for reconsideration of two definitions
                 in 1/22/01 cliams construction order [5:99-cv-21164] (gm)
                 [Entry date 03/02/01] [5:99cv21164]

3/8/01    264    ORDER  by Mag. Judge Edward A. Infante  referring case for
                 discovery  to Magistrate Judge Richard Seeborg referring
                 to Magistrate Judge Richard Seeborg  the motion to compel
                 production of doucments relating to Affymetrix' litigation
                 with OGT and Hyseq [197-1] ( Date Entered: 3/9/01) (cc:
                 all counsel) [5:99-cv-21164] (gm) [Entry date 03/09/01]
                 [5:99cv21164]

3/8/01    265    REPLY BRIEF re: construction of "Substantially
                 Complementary" by Plaintiff Affymetrix, Inc. in
                 5:99-cv-21164, Counter-defendant Affymetrix, Inc. in
                 5:99-cv-21164 [5:99-cv-21164] (gm) [Entry date 03/12/01]
                 [5:99cv21164]

3/12/01   266    NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                 defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                 Pharmaceutica in 5:99-cv-21164 for partial summary
                 judgment of non-infringement of U.S. patent no. 5,445,934
                 and cliams 1 and 3 through 13 of U.S. patent no. 5,774,305
                 with Notice set for 4/16/01 at 9:00 [5:99-cv-21164] (gm)
                 [Entry date 03/14/01] [5:99cv21164]

3/12/01   267    MEMORANDUM by defendant Synteni, Inc. in 5:99-cv-21164,
                 defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
                 of motion for partial summary judgment of non-infringement
                 of U.S. patent no. 5,445,934 and cliams 1 and 3 through 13
                 of U.S. patent no. 5,774,305 [266-1] [5:99-cv-21164] (gm)
                 [Entry date 03/14/01] [5:99cv21164]

3/12/01   268    DECLARATION by Jennifer Sklenar on behalf of defendant
                 Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                 Pharmaceutica in 5:99-cv-21164 in support of motion for
                 partial summary judgment of non-infringement of U.S. patent
                 no. 5,445,934 and cliams 1 and 3 through 13 of U.S. patent
                 no. 5,774,305 [266-1] [5:99-cv-21164] (gm)
                 [Entry date 03/14/01] [5:99cv21164]

3/12/01   269    DECLARATION by Tod Bedilion on behalf of defendant Synteni,
                 Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 in support of motion for partial summary
                 judgment of non-infringement of U.S. patent no. 5,445,934
                 and cliams 1 and 3 through 13 of U.S. patent no. 5,774,305

[266-1]  [5:99-cv-21164]  (gm) [Entry date 03/14/01]
[5:99cv21164]

☐

3/12/01  270      DECLARATION by Jayna R. Whitt on behalf of defendant
                  Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                  Pharmaceutica in 5:99-cv-21164 in support of motion for
                  partial summary judgment of non-infringement of U.S. patent
                  no. 5,445,934 and cliams 1 and 3 through 13 of U.S. patent
                  no. 5,774,305 [266-1]  [5:99-cv-21164] (gm)
                  [Entry date 03/14/01] [5:99cv21164]

3/12/01  --       RECEIVED Proposed Order ( defendant Synteni, Inc. in
                  5:99-cv-21164, defendant Incyte Pharmaceutica in
                  5:99-cv-21164) re: motion for partial summary judgment of
                  non-infringement of U.S. patent no. 5,445,934 and cliams 1
                  and 3 through 13 of U.S. patent no. 5,774,305 [266-1]
                  [5:99-cv-21164] (gm) [Entry date 03/14/01] [5:99cv21164]

3/12/01  271      PROOF OF SERVICE by defendant Synteni, Inc. in
                  5:99-cv-21164, defendant Incyte Pharmaceutica in
                  5:99-cv-21164 of order received [0-0], declaration [270-1],
                  declaration [269-1], declaration [268-1], memorandum
                  [267-1], motion for partial summary judgment of
                  non-infringement of U.S. patent no. 5,445,934 and cliams 1
                  and 3 through 13 of U.S. patent no. 5,774,305 [266-1]
                  [5:99-cv-21164] (gm) [Entry date 03/14/01] [5:99cv21164]

3/20/01  272      ORDER  by Judge Jeremy Fogel   vacating [264-1] Scheduling
                  order   referring case for discovery   to Magistrate Judge
                  Richard Seeborg referring to Magistrate Judge Richard
                  Seeborg  the motion to compel production of doucments
                  relating to Affymetrix' litigation with OGT and Hyseq
                  [197-1],  vacating [264-2] order  to case(s)
                  5:99-cv-21164, ( Date Entered: 3/26/01) (cc:  all counsel)
                  [5:99-cv-21164] (gm) [Entry date 03/26/01] [5:99cv21164]

3/26/01  273      OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                  to motion for partial summary judgment of non-infringement
                  of U.S. patent no. 5,445,934 and cliams 1 and 3 through 13
                  of U.S. patent no. 5,774,305 [266-1] [5:99-cv-21164] (gm)
                  [Entry date 03/28/01] [5:99cv21164]

3/26/01  274      ORDER denying Incyte's motion for leave to file motion for
                  patial reconsideration of order construing claims of U.S.
                  patents nos. 5,445,934, 5,744,305, 5,800,992, and 5,795,716
                  by Judge Jeremy Fogel ( Date Entered: 3/29/01) (cc: all
                  counsel) [5:99-cv-21164] (gm) [Entry date 03/29/01]
                  [5:99cv21164]

3/30/01  275      EX-PARTE APPLICATION  before Judge Jeremy Fogel by
                  Plaintiff Affymetrix, Inc. in 5:99-cv-21164 for order
                  authorizing re-filing of documents under seal
                  [5:99-cv-21164] (gm) [Entry date 04/02/01] [5:99cv21164]

☐

3/30/01  276      DECLARATION by Eric B. Carlson on behalf of Plaintiff
                  Affymetrix, Inc. in 5:99-cv-21164 in support of motion for
                  order authorizing re-filing of documents under seal [275-1]
                  [5:99-cv-21164] (gm) [Entry date 04/02/01] [5:99cv21164]

3/30/01   --      RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                  5:99-cv-21164) re: motion for order authorizing re-filing
                  of documents under seal [275-1] [5:99-cv-21164] (gm)
                  [Entry date 04/02/01] [5:99cv21164]

4/2/01    277     MEMORANDUM by defendant Synteni, Inc. in 5:99-cv-21164,
                  defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
                  of motion for partial summary judgment of non-infringement
                  of U.S. patent no. 5,445,934 and cliams 1 and 3 through 13
                  of U.S. patent no. 5,774,305 [266-1] [5:99-cv-21164] (gm)
                  [Entry date 04/03/01] [5:99cv21164]

4/2/01    278     REPLY DECLARATION by Jayna R. Whitt on behalf of defendant
                  Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                  Pharmaceutica in 5:99-cv-21164 in support of motion for
                  partial summary judgment of non-infringement of U.S. patent
                  no. 5,445,934 and cliams 1 and 3 through 13 of U.S. patent
                  no. 5,774,305 [266-1]  [5:99-cv-21164] (gm)
                  [Entry date 04/03/01] [5:99cv21164]

4/2/01    279     REPLY DECLARATION by Tod Bedilion on behalf of defendant
                  Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                  Pharmaceutica in 5:99-cv-21164 in support of motion for
                  partial summary judgment of non-infringement of U.S. patent
                  no. 5,445,934 and cliams 1 and 3 through 13 of U.S. patent
                  no. 5,774,305 [266-1]  [5:99-cv-21164] (gm)
                  [Entry date 04/03/01] [5:99cv21164]

4/2/01    280     PROOF OF SERVICE by defendant Synteni, Inc. in
                  5:99-cv-21164, defendant Incyte Pharmaceutica in
                  5:99-cv-21164 of declaration [279-1], declaration [278-1],
                  memorandum [277-1] [5:99-cv-21164] (gm)
                  [Entry date 04/03/01] [5:99cv21164]

4/5/01    281     ORDER  by Judge Jeremy Fogel  granting in part and denying
                  in part motion to strike and dismiss cerain allegations of
                  inequitable conduct [196-1] ( Date Entered: 4/10/01) (cc:
                  all counsel)  [5:99-cv-21164] (gm) [Entry date 04/10/01]
                  [5:99cv21164]

4/9/01    282     NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                  defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                  Pharmaceutica in 5:99-cv-21164 for order holding plaintiff
                  Affymetrix, Inc. in civil contempt regarding commercial
                  success production with Notice set for 5/14/01 at 9:00
                  [5:99-cv-21164] (gm) [Entry date 04/11/01] [5:99cv21164]

4/9/01    283     DECLARATION by Ethan B. Andelman on behalf of defendant
                  Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                  Pharmaceutica in 5:99-cv-21164 in support of motion for
                  order holding plaintiff Affymetrix, Inc. in civil contempt
                  regarding commercial success production [282-1]
                  [5:99-cv-21164] (gm) [Entry date 04/11/01] [5:99cv21164]

4/9/01    --      RECEIVED Proposed Order ( defendant Synteni, Inc. in
                  5:99-cv-21164, defendant Incyte Pharmaceutica in
                  5:99-cv-21164) re: motion for order holding plaintiff

                    Affymetrix, Inc. in civil contempt regarding commercial
                    success production [282-1] [5:99-cv-21164] (gm)
                    [Entry date 04/11/01] [5:99cv21164]

4/9/01    284       MISCELLANEOUS ADMINISTRATIVE REQUEST to file under seal
                    Exhibits 5,10,23,24,25,27,30 & 31 by defendant Synteni,
                    Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in
                    5:99-cv-21164 for [5:99-cv-21164] (gm) [Entry date 04/11/01]
                    [5:99cv21164]

4/9/01    --        RECEIVED Proposed Order ( defendant Synteni, Inc. in
                    5:99-cv-21164, defendant Incyte Pharmaceutica in
                    5:99-cv-21164) re: request [284-1] [5:99-cv-21164] (gm)
                    [Entry date 04/11/01] [5:99cv21164]

4/9/01    285       PROOF OF SERVICE by defendant Synteni, Inc. in
                    5:99-cv-21164, defendant Incyte Pharmaceutica in
                    5:99-cv-21164 of order received [0-0], request [284-1],
                    order received [0-0], declaration [283-1], motion for order
                    holding plaintiff Affymetrix, Inc. in civil contempt
                    regarding commercial success production [282-1]
                    [5:99-cv-21164] (gm) [Entry date 04/11/01] [5:99cv21164]

4/9/01    286       REQUEST to file under seal by defendant Synteni, Inc. in
                    5:99-cv-21164, defendant Incyte Pharmaceutica in
                    5:99-cv-21164 for [5:99-cv-21164] (gm) [Entry date 04/11/01]
                    [5:99cv21164]

4/9/01    --        RECEIVED Proposed Order ( defendant Synteni, Inc. in
                    5:99-cv-21164, defendant Incyte Pharmaceutica in
                    5:99-cv-21164) re: request [286-1] [5:99-cv-21164] (gm)
                    [Entry date 04/11/01] [5:99cv21164]

4/9/01    287       PROOF OF SERVICE by defendant Synteni, Inc. in
                    5:99-cv-21164, defendant Incyte Pharmaceutica in
                    5:99-cv-21164 of request [286-1], order received [0-0]
                    [5:99-cv-21164] (gm) [Entry date 04/11/01] [5:99cv21164]

4/9/01    --        RECEIVED Decalration of Ethan B. Andelman (Exhibit 5)
                    submitted by defendant Synteni, Inc. in 5:99-cv-21164,
                    defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
                    of motion: [282-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                    [Entry date 05/04/01] [Edit date 05/04/01] [5:99cv21164]
□

4/9/01    --        RECEIVED Declaration of Ethan B. Andelman (Exhibit 10)
                    submitted by defendant Synteni, Inc. in 5:99-cv-21164,
                    defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
                    of motion: [282-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                    [Entry date 05/04/01] [5:99cv21164]

4/9/01    --        RECEIVED Declaration of Ethan B. Andelman (Exhibit 24)
                    submitted by defendant Synteni, Inc. in 5:99-cv-21164,
                    defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
                    of motion: [282-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                    [Entry date 05/04/01] [5:99cv21164]

4/9/01    --        RECEIVED Declaration of Ethan B. Andelman (Exhibit 23)
                    submitted by defendant Synteni, Inc. in 5:99-cv-21164,
                    defendant Incyte Pharmaceutica in 5:99-cv-21164 in support

of motion: [282-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
[Entry date 05/04/01] [5:99cv21164]

4/9/01    --    RECEIVED Decalration of Ethan B. Andelman (Exhibit 25)
submitted by defendant Synteni, Inc. in 5:99-cv-21164,
defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
of motion: [282-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
[Entry date 05/04/01] [5:99cv21164]

4/9/01    --    RECEIVED Declaration of Ethan B. Andelman (Exhibit 27)
submitted by defendant Synteni, Inc. in 5:99-cv-21164,
defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
of motion: [282-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
[Entry date 05/04/01] [5:99cv21164]

4/9/01    --    RECEIVED Declaration of Ethan B. Andelman (Exhibit 30)
submitted by defendant Synteni, Inc. in 5:99-cv-21164,
defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
of motion: [282-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
[Entry date 05/04/01] [5:99cv21164]

4/9/01    --    RECEIVED Declaration of Ethan B. Andelman (Exhibit 31)
submitted by defendant Synteni, Inc. in 5:99-cv-21164,
defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
of motion: [282-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
[Entry date 05/04/01] [5:99cv21164]

4/9/01    --    RECEIVED Motion for an Order holding plaintiff Affymetrix,
Inc. in civil contempt re production fo file histories
submitted by defendant Synteni, Inc. in 5:99-cv-21164,
defendant Incyte Pharmaceutica in 5:99-cv-21164 (FILED
UNDER SEAL) [5:99-cv-21164] (gm)* [Entry date 05/04/01]
[5:99cv21164]

4/9/01    --    RECEIVED Declaration of Don F. Livornese submitted by
defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
Pharmaceutica in 5:99-cv-21164 in support of motion: [0-0]
(FILED UNDER SEAL) [5:99-cv-21164] (gm)
[Entry date 05/04/01] [5:99cv21164]
□

4/9/01    --    RECEIVED Proposed Order ( defendant Synteni, Inc. in
5:99-cv-21164, defendant Incyte Pharmaceutica in
5:99-cv-21164) re: document received [0-0] [5:99-cv-21164]
(gm) [Entry date 05/04/01] [5:99cv21164]

4/10/01   288    ORDER granting ex parte application for order authorizing
re-filing of documents under seal by Judge Jeremy Fogel (
Date Entered: 4/11/01) (cc: all counsel) [5:99-cv-21164]
(gm) [Entry date 04/11/01] [5:99cv21164]

4/13/01   289    MOTION   before Judge Jeremy Fogel by Plaintiff
Affymetrix, Inc. in 5:99-cv-21164 to file under seal
declaration of Steven L. McKnight, Ph.D., and Jason Sheasby
in opposition to Incyte's motion for partial summary
judgment with Notice set for 4/16/01 at 9:00
[5:99-cv-21164] (gm) [Entry date 04/17/01] [5:99cv21164]

4/16/01   290    MINUTES: ( C/R Peter Torreano) ( Hearing Date: 4/16/01)
that the motion for partial summary judgment of

                    non-infringement of U.S. patent no. 5,445,934 and cliams 1
                    and 3 through 13 of U.S. patent no. 5,774,305 [266-1] is
                    submitted [5:99-cv-21164] (gm) [Entry date 04/24/01]
                    [5:99cv21164]

4/17/01  291        ORDER by Judge Jeremy Fogel granting motion for leave to
                    file motion for reconsideration of two definitions in
                    1/22/01 cliams construction order [263-1] ( Date Entered:
                    4/24/01) (cc:  all counsel)  [5:99-cv-21164] (gm)
                    [Entry date 04/24/01] [5:99cv21164]

4/30/01  292        MEMORANDUM by defendant Synteni, Inc. in 5:99-cv-21164,
                    defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
                    of document received [0-0] [5:99-cv-21164] (gm)
                    [Entry date 05/04/01] [5:99cv21164]

4/30/01  293        DECLARATION by Ethan B. Andelman on behalf of defendant
                    Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                    Pharmaceutica in 5:99-cv-21164 re document received [0-0]
                    [5:99-cv-21164] (gm) [Entry date 05/04/01] [5:99cv21164]

4/30/01  294        REQUEST by defendant Synteni, Inc. in 5:99-cv-21164,
                    defendant Incyte Pharmaceutica in 5:99-cv-21164 to file
                    under seal exhibit 39 attached to the Supplemental
                    declaration of Ethan B. Andelman [5:99-cv-21164] (gm)
                    [Entry date 05/04/01] [5:99cv21164]

4/30/01  --         RECEIVED Proposed Order ( defendant Synteni, Inc. in
                    5:99-cv-21164, defendant Incyte Pharmaceutica in
                    5:99-cv-21164) re: request [294-1] [5:99-cv-21164] (gm)
                    [Entry date 05/04/01] [5:99cv21164]

4/30/01  295        PROOF OF SERVICE by defendant Synteni, Inc. in
                    5:99-cv-21164, defendant Incyte Pharmaceutica in
                    5:99-cv-21164 of order received [0-0], request [294-1],
                    declaration [293-1], memorandum [292-1] [5:99-cv-21164] (gm)
                    [Entry date 05/04/01] [5:99cv21164]

4/30/01  --         RECEIVED Declaration of Ethan B. Andelman (Exhibit 39)
                    submitted by defendant Synteni, Inc. in 5:99-cv-21164,
                    defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
                    of motion: [0-0] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                    [Entry date 05/04/01] [5:99cv21164]

4/30/01  --         RECEIVED Reply submitted by defendant Synteni, Inc. in
                    5:99-cv-21164, defendant Incyte Pharmaceutica in
                    5:99-cv-21164 in support of motion: [0-0] (FILED UNDER
                    SEAL) [5:99-cv-21164] (gm) [Entry date 05/04/01]
                    [5:99cv21164]

4/30/01  --         RECEIVED Brief submitted by defendant Synteni, Inc. in
                    5:99-cv-21164, defendant Incyte Pharmaceutica in
                    5:99-cv-21164 (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                    [Entry date 05/04/01] [5:99cv21164]

4/30/01  296        PROOF OF SERVICE by defendant Synteni, Inc. in
                    5:99-cv-21164, defendant Incyte Pharmaceutica in
                    5:99-cv-21164 of document received [0-0], document received
                    [0-0], document received [0-0] [5:99-cv-21164] (gm)

[Entry date 05/04/01] [5;99cv21164]

5/2/01    297    ORDER by Judge Jeremy Fogel granting motion to file
                 under seal declaration of Steven L. McKnight, Ph.D., and
                 Jason Sheasby in opposition to Incyte's motion for partial
                 summary judgment [289-1] ( Date Entered: 5/7/01) (cc: all
                 counsel) [5:99-cv-21164] (gm) [Entry date 05/07/01]
                 [5:99cv21164]

5/2/01    298    ORDER by Judge Jeremy Fogel granting motion for partial
                 summary judgment of non-infringement of U.S. patent no.
                 5,445,934 and cliams 1 and 3 through 13 of U.S. patent no.
                 5,774,305 [266-1] ( Date Entered: 5/7/01) (cc: all
                 counsel) [5:99-cv-21164] (gm) [Entry date 05/07/01]
                 [5:99cv21164]

5/3/01    299    REPORT AND RECOMMENDATION of Special Master (cc: all
                 counsel) [5:99-cv-21164] (gm) [Entry date 05/09/01]
                 [5:99cv21164]

5/7/01    --     RECEIVED Second Amended Answer and Counterclaim submitted
                 by defendant Synteni, Inc. in 5:99-cv-21164, defendant
                 Incyte Pharmaceutica in 5:99-cv-21164 (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 05/09/01] [5:99cv21164]
□

5/7/01    300    PROOF OF SERVICE by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 of document received [0-0] [5:99-cv-21164] (gm)
                 [Entry date 05/09/01] [5:99cv21164]

5/9/01    301    MOTION before Judge Jeremy Fogel by Plaintiff
                 Affymetrix, Inc. in 5:99-cv-21164 to file under seal
                 [5:99-cv-21164] (gm) [Entry date 05/10/01] [5:99cv21164]

5/11/01   302    MOTION with memorandum in support by defendant Synteni,
                 Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 to increase Incyte's allotted number of
                 depositons and interogatories with Notice set for 5/22/01
                 at 10:00 [5:99-cv-21164] (gm) [Entry date 05/15/01]
                 [5:99cv21164]

5/11/01   --     RECEIVED Proposed Order ( defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164) re: motion to increase Incyte's allotted
                 number of depositons and interogatories [302-1]
                 [5:99-cv-21164] (gm) [Entry date 05/15/01] [5:99cv21164]

5/11/01   303    PROOF OF SERVICE by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 of order received [0-0], motion to increase
                 Incyte's allotted number of depositons and interogatories
                 [302-1] [5:99-cv-21164] (gm) [Entry date 05/15/01]
                 [5:99cv21164]

5/11/01   304    REPLY MEMORANDUM by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 in support of motion to increase Incyte's
                 allotted number of depositons and interogatories [302-1]
                 [5:99-cv-21164] (gm) [Entry date 05/15/01] [5:99cv21164]

5/11/01  305    REPLY DECLARATION by Jayna R. Whitt on behalf of defendant
                Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion to
                increase Incyte's allotted number of depositons and
                interogatories [302-1]  [5:99-cv-21164] (gm)
                [Entry date 05/15/01] [5:99cv21164]

5/11/01  306    PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of declaration [305-1], reply [304-1]
                [5:99-cv-21164] (gm) [Entry date 05/15/01] [5:99cv21164]

5/11/01  307    NOTICE OF MOTION AND MOTION by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 to compel producton of certain technical
                documents with Notice set for 5/22/01 at 10:00
                [5:99-cv-21164] (gm) [Entry date 05/15/01] [5:99cv21164]
□

5/11/01  --     RECEIVED Proposed Order ( defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164) re: motion to compel producton of certain
                technical documents [307-1] [5:99-cv-21164] (gm)
                [Entry date 05/15/01] [5:99cv21164]

5/11/01  308    PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of order received [0-0], motion to compel
                producton of certain technical documents [307-1]
                [5:99-cv-21164] (gm) [Entry date 05/15/01] [5:99cv21164]

5/11/01  309    REPLY MEMORANDUM by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 in support of motion to compel producton of
                certain technical documents [307-1] [5:99-cv-21164] (gm)
                [Entry date 05/15/01] [5:99cv21164]

5/11/01  310    REPLY DECLARATION by Jennifer A. Sklenar on behalf of
                defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion to
                compel producton of certain technical documents [307-1]
                [5:99-cv-21164] (gm) [Entry date 05/15/01] [5:99cv21164]

5/11/01  311    PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of declaration [310-1], memorandum [309-1]
                [5:99-cv-21164] (gm) [Entry date 05/15/01] [5:99cv21164]

5/11/01  312    NOTICE OF MOTION AND MOTION by Plaintiff Affymetrix, Inc.
                in 5:99-cv-21164 to compel information relating to
                Incyte's intrrogatory responses; supporting decalration of
                Eric B. Carlson [5:99-cv-21164] (gm) [Entry date 05/15/01]
                [5:99cv21164]

5/11/01  313    REPLY by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in
                support of motion to compel information relating to
                Incyte's intrrogatory responses [312-1] [5:99-cv-21164] (gm)
                [Entry date 05/15/01] [5:99cv21164]

5/11/01  --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                5:99-cv-21164) re: motion to compel information relating to
                Incyte's intrrogatory responses [312-1] [5:99-cv-21164] (gm)
                [Entry date 05/15/01] [5:99cv21164]

5/11/01  314    MOTION   by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to
                file under seal materials previously submitted to Special
                Master Ambler [5:99-cv-21164] (gm) [Entry date 05/15/01]
                [5:99cv21164]

5/11/01  --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                5:99-cv-21164) re: motion to file under seal materials
                previously submitted to Special Master Ambler [314-1]
                [5:99-cv-21164] (gm) [Entry date 05/15/01] [5:99cv21164]

5/11/01  315    OPPOSITION by defendant Synteni, Inc. in 5:99-cv-21164,
                defendant Incyte Pharmaceutica in 5:99-cv-21164 to motion
                to compel information relating to Incyte's intrrogatory
                responses [312-1] [5:99-cv-21164] (gm) [Entry date 05/15/01]
                [5:99cv21164]

5/11/01  316    DECLARATION by Catherine A. Moore on behalf of Plaintiff
                Affymetrix, Inc. in 5:99-cv-21164 in support of opposition
                [315-1] [5:99-cv-21164] (gm) [Entry date 05/15/01]
                [5:99cv21164]

5/11/01  317    PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of declaration [316-1], opposition [315-1]
                [5:99-cv-21164] (gm) [Entry date 05/15/01] [5:99cv21164]

5/11/01  318    MOTION   by defendant Synteni, Inc. in 5:99-cv-21164,
                defendant Incyte Pharmaceutica in 5:99-cv-21164 to file
                under seal exhibit C attached to the declaration of
                Catherine A. Moore with Notice set for 5/22/01
                [5:99-cv-21164] (gm) [Entry date 05/15/01] [5:99cv21164]

5/11/01  --     RECEIVED Proposed Order ( defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164) re: motion to file under seal exhibit C
                attached to the declaration of Catherine A. Moore [318-1]
                [5:99-cv-21164] (gm) [Entry date 05/15/01] [5:99cv21164]

5/11/01  --     RECEIVED Opposition to Affymetrix' motin for a protective
                order re: disclosure of highly confidential patent
                applications submitted by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                [Entry date 05/15/01] [5:99cv21164]

5/11/01  319    PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of document received [0-0] [5:99-cv-21164] (gm)
                [Entry date 05/15/01] [5:99cv21164]

5/14/01  320    ORDER  by Judge Jeremy Fogel  granting  motion to file
                under seal exhibit C attached to the declaration of

Catherine A. Moore [318-1], granting motion to file under
seal materials previously submitted to Special Master
Ambler [314-1] ( Date Entered: 5/15/01) (cc: all counsel)
[5:99-cv-21164] [gm] [Entry date 05/15/01] [5:99cv21164]

5/14/01    321    OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
to motion to compel producton of certain technical
documents [307-1] (FILED UNDER SEAL) [5:99-cv-21164] [gm]
[Entry date 05/15/01] [5:99cv21164]

□

5/14/01    322    OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
to motion to increase Incyte's allotted number of
depositons and interogatories [302-1] (FILED UNDER SEAL)
[5:99-cv-21164] [gm] [Entry date 05/15/01] [5:99cv21164]

5/14/01    323    EXHIBITS C to declaration [316-1] (FILED UNDER SEAL)
[5:99-cv-21164] [gm] [Entry date 05/15/01] [5:99cv21164]

5/14/01    324    OPPOSITION by defendant Synteni, Inc. in 5:99-cv-21164,
defendant Incyte Pharmaceutica in 5:99-cv-21164 to
Affynetrix' motion for a protective order re: disclosure of
highly confidential patent applications (FILED UNDER SEAL)
[5:99-cv-21164] [gm] [Entry date 05/15/01] [5:99cv21164]

5/14/01    325    DECLARATION by Jennifer A. Sklenar on behalf of defendant
Synteni, Inc. in 5:99-cv-21164, defendant Incyte
Pharmaceutica in 5:99-cv-21164 in support of motion to
compel producton of certain technical documents [307-1]
(FILED UNDER SEAL) [5:99-cv-21164] [gm]
[Entry date 05/15/01] [5:99cv21164]

5/14/01    326    DECLARATION by Jayna R. Whitt on behalf of defendant
Synteni, Inc. in 5:99-cv-21164, defendant Incyte
Pharmaceutica in 5:99-cv-21164 in support of motion to
increase Incyte's allotted number of depositons and
interogatories [302-1] [5:99-cv-21164] [gm]
[Entry date 05/15/01] [Edit date 06/28/01] [5:99cv21164]

5/15/01    327    ADDENDUM filed by Special Master Read Ambler in
5:99-cv-21164 to order setting deadline for submitting
materials in support of request to file documents under
seal [5:99-cv-21164] [gm] [Entry date 06/06/01]
[5:99cv21164]

5/16/01    328    MOTION  before Judge Jeremy Fogel  by Plaintiff
Affymetrix, Inc. in 5:99-cv-21164 to file motion udner
seal [5:99-cv-21164] [gm] [Entry date 06/01/01]
[5:99cv21164]

5/16/01    --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
5:99-cv-21164) re: motion to file motion udner seal [328-1]
[5:99-cv-21164] [gm] [Entry date 06/01/01] [5:99cv21164]

5/16/01    --     RECEIVED Motion for leave to file supplemental declaration
of Jeffrey L. Arrington re: Incyte's Motion for contempt re
: patent file histories submitted by Plaintiff Affymetrix,
Inc. in 5:99-cv-21164 (FILED UNEDER SEAL) [5:99-cv-21164]
[gm] [Entry date 06/01/01] [5:99cv21164]

5/17/01   329    DECLARATION by Teresa M. Corbin on behalf of defendant
                 Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                 Pharmaceutica in 5:99-cv-21164 in opposition to motion to
                 compel information relating to Incyte's intrrogatory
                 responses [312-1]  [5:99-cv-21164]  (gm)

□
                 [Entry date 06/01/01] [5:99cv21164]

5/17/01   330    PROOF OF SERVICE by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 of declaration [329-1] [5:99-cv-21164] (gm)
                 [Entry date 06/01/01] [5:99cv21164]

5/18/01   331    DECLARATION by K. Iain McAusland supporting the sealing of
                 Declaration of Jayna R. Whitt on behalf of defendant
                 Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                 Pharmaceutica in 5:99-cv-21164  [5:99-cv-21164]  (gm)
                 [Entry date 06/01/01] [5:99cv21164]

5/18/01   332    DECLARATION by K. Iain McAusland supporting the sealing of
                 List of deponents on behalf of defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164  [5:99-cv-21164]  (gm) [Entry date 06/01/01]
                 [5:99cv21164]

5/18/01   333    DECLARATION by Don F. Livornese supporting the sealing of
                 Incyte's brief on behalf of defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164  [5:99-cv-21164]  (gm) [Entry date 06/01/01]
                 [5:99cv21164]

5/18/01   334    DECLARATION by Ethan B. Andelman supporting the sealing of
                 exhibits 5,10,23,24,25,27,30 and 31 on behalf of defendant
                 Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                 Pharmaceutica in 5:99-cv-21164  [5:99-cv-21164]  (gm)
                 [Entry date 06/01/01] [5:99cv21164]

5/18/01   335    DECLARATION by Jennifer A. Sklenar supporting the selaing
                 of: declaration of Jennifer A. Sklenar on behalf of
                 defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                 Pharmaceutica in 5:99-cv-21164  [5:99-cv-21164]  (gm)
                 [Entry date 06/01/01] [5:99cv21164]

5/18/01   336    DECLARATION by Catherine A. Moore supporting the sealing of
                 exhibit C on behalf of defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164  [5:99-cv-21164]  (gm) [Entry date 06/01/01]
                 [5:99cv21164]

5/18/01   337    DECLARATION by Don F. Livornese supporting the sealing of:
                 Incyte's Opposition on behalf of defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164  [5:99-cv-21164] (gm) [Entry date 06/01/01]
                 [5:99cv21164]

5/18/01   338    DECLARATION by Don F. Livornese supporting the selaing of
                 Second Amended Answer on behalf of defendant Synteni, Inc.
                 in 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164  [5:99-cv-21164]  (gm) [Entry date 06/01/01]
                 [5:99cv21164]

☐

5/18/01  339    DECLARATION by Don F. Livornese supporting the selaing of:
                declaration of Don F. Livornese on behalf of defendant
                Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164  [5:99-cv-21164] (gm)
                [Entry date 06/01/01] [5:99cv21164]

5/18/01  340    DECLARATION by Ethan B. Andelman supporting the sealing of
                exhibit 39 on behalf of defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164  [5:99-cv-21164] (gm) [Entry date 06/01/01]
                [5:99cv21164]

5/18/01  341    DECLARATION by Don F. Livornese withdrawing requests for
                sealing on behalf of defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164  [5:99-cv-21164] (gm) [Entry date 06/01/01]
                [5:99cv21164]

5/18/01  342    PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of declaration [341-1], declaration [340-1],
                declaration [339-1], declaration [338-1], declaration
                [337-1], declaration [336-1], declaration [335-1],
                declaration [334-1], declaration [333-1], declaration
                [332-1], declaration [331-1] [5:99-cv-21164] (gm)
                [Entry date 06/01/01] [5:99cv21164]

5/18/01  343    REQUEST by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to
                file under seal [5:99-cv-21164] (gm) [Entry date 06/01/01]
                [5:99cv21164]

5/18/01  344    DECLARATION by Jeffrey L. Arrington on behalf of Plaintiff
                Affymetrix, Inc. in 5:99-cv-21164 re request [343-1]
                [5:99-cv-21164] (gm) [Entry date 06/01/01] [5:99cv21164]

5/18/01  --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                5:99-cv-21164) re: request [343-1] [5:99-cv-21164] (gm)
                [Entry date 06/01/01] [5:99cv21164]

5/18/01  --     RECEIVED Affymetrix' Reply in support of its motion for an
                order compelling Incyte to produce materials relating to its
                nucleic acid arrays submitted by Plaintiff Affymetrix, Inc.
                in 5:99-cv-21164 [5:99-cv-21164] (FILED UNDER SEAL) (gm)
                [Entry date 06/01/01] [Edit date 06/01/01] [5:99cv21164]

5/21/01  345    NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to dismiss and
                strike allegations of inequitable conduct  with Notice set
                for 6/25/01 at 9:00 [5:99-cv-21164] (gm)
                [Entry date 06/04/01] [Edit date 06/05/01] [5:99cv21164]

☐

5/21/01  --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                5:99-cv-21164) re: motion to dismiss and strike allegations
                of inequitable conduct [346-1] [5:99-cv-21164] (gm)
                [Entry date 06/04/01] [5:99cv21164]

5/23/01  346    REPORTER'S TRANSCRIPT;  Date of proceedings: 9/25/00 ( C/R: