Peter Torreano)    [5:99-cv-21164] (gm) [Entry date 06/04/01]
[Edit date 06/05/01] [5:99cv21164]

6/4/01    347    OPPOSITION by defendant Synteni, Inc. in 5:99-cv-21164,
defendant Incyte Pharmaceutica in 5:99-cv-21164 to motion
to dismiss and strike allegations of inequitable conduct
[345-1] [5:99-cv-21164] (gm) [Entry date 06/06/01]
[5:99cv21164]

6/4/01    348    PROOF OF SERVICE by defendant Synteni, Inc. in
5:99-cv-21164, defendant Incyte Pharmaceutica in
5:99-cv-21164 of opposition [347-1] [5:99-cv-21164] (gm)
[Entry date 06/06/01] [5:99cv21164]

6/5/01    349    BRIEF FILED by defendant Synteni, Inc. in 5:99-cv-21164,
defendant Incyte Pharmaceutica in 5:99-cv-21164 regarding
documents [327-1] [5:99-cv-21164] (gm) [Entry date 06/06/01]
[5:99cv21164]

6/5/01    350    PROOF OF SERVICE by defendant Synteni, Inc. in
5:99-cv-21164, defendant Incyte Pharmaceutica in
5:99-cv-21164 of brief [349-1] [5:99-cv-21164] (gm)
[Entry date 06/06/01] [5:99cv21164]

6/5/01    351    DECLARATION by Lee Bendekgey supporting the sealing of
Reply Brief on behalf of defendant Synteni, Inc. in
5:99-cv-21164, defendant Incyte Pharmaceutica in
5:99-cv-21164  [5:99-cv-21164] (gm) [Entry date 06/06/01]
[5:99cv21164]

6/5/01    352    DECLARATION by Lee Bendekgey supporting the selaing of
Second Amended Answer on behalf of defendant Synteni, Inc.
in 5:99-cv-21164, defendant Incyte Pharmaceutica in
5:99-cv-21164  [5:99-cv-21164] (gm) [Entry date 06/06/01]
[5:99cv21164]

6/5/01    353    DECLARATION by Lee Bendekgey supporting the sealing of
opposition on behalf of defendant Synteni, Inc. in
5:99-cv-21164, defendant Incyte Pharmaceutica in
5:99-cv-21164  [5:99-cv-21164] (gm) [Entry date 06/06/01]
[5:99cv21164]

6/5/01    354    DECLARATION by Lee Bendekgey supporting the selaing of
motion for a protective order on behalf of defendant
Synteni, Inc. in 5:99-cv-21164, defendant Incyte
Pharmaceutica in 5:99-cv-21164  [5:99-cv-21164] (gm)
[Entry date 06/06/01] [5:99cv21164]

6/5/01    355    DECLARATION by Lee Bendekgey supporting the sealing of
exhibit C to declaration on behalf of defendant Synteni,
Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in
5:99-cv-21164  [5:99-cv-21164] (gm) [Entry date 06/06/01]
[5:99cv21164]

6/5/01    356    DECLARATION by Lee Bendekgey supporting the sealing of
opposition on behalf of defendant Synteni, Inc. in
5:99-cv-21164, defendant Incyte Pharmaceutica in
5:99-cv-21164  [5:99-cv-21164] (gm) [Entry date 06/06/01]
[5:99cv21164]

6/5/01    357    PROOF OF SERVICE by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164 of declaration [357-1], declaration [356-1],
                 declaration [355-1], declaration [354-1], declaration
                 [353-1], declaration [352-1], declaration [351-1]
                 [5:99-cv-21164] (gm) [Entry date 06/06/01]
                 [Edit date 06/11/01] [5:99cv21164]

6/6/01    358    BRIEF FILED re: Application of Local Rule 79-5 by Plaintiff
                 Affymetrix, Inc. in 5:99-cv-21164 [5:99-cv-21164] (gm)
                 [Entry date 06/06/01] [Edit date 06/11/01] [5:99cv21164]

6/6/01    359    STIPULATION for confidential documents testimony and
                 information [5:99-cv-21164] (gm) [Entry date 06/06/01]
                 [Edit date 06/11/01] [5:99cv21164]

6/7/01    360    RESPONSE to Incyte's Brief re: draft order denying requests
                 to file documents under seal by Plaintiff Affymetrix, Inc.
                 in 5:99-cv-21164 [5:99-cv-21164] (gm) [Entry date 06/11/01]
                 [5:99cv21164]

6/11/01   361    REPLY BRIEF by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                 in support of motion to dismiss and strike allegations of
                 inequitable conduct [345-1] [5:99-cv-21164] (gm)
                 [Entry date 06/12/01] [5:99cv21164]

6/18/01   362    ORDER granting motion to file motion udner seal [328-1],
                 granting motion to file under seal exhibit C attached to
                 the declaration of Catherine A. Moore [318-1], granting
                 motion to file under seal materials previously submitted to
                 Special Master Ambler [314-1] ( Date Entered: 6/22/01) (cc:
                 all counsel) [5:99-cv-21164] (gm) [Entry date 06/22/01]
                 [5:99cv21164]

6/18/01   363    EXHIBITS G and H to declaration of Jayna R. Whitt [326-1]
                 [5:99-cv-21164] (gm) [Entry date 06/28/01] [5:99cv21164]

6/18/01   364    OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                 to motion for order holding plaintiff Affymetrix, Inc. in
                 civil contempt regarding commercial success production
                 [282-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                 [Entry date 06/28/01] [5:99cv21164]

6/18/01   365    REPLY by defendant Synteni, Inc. in 5:99-cv-21164,
                 defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
                 of motion for order holding plaintiff Affymetrix, Inc. in
                 civil contempt regarding commercial success production
                 [282-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                 [Entry date 06/28/01] [5:99cv21164]

6/18/01   366    BRIEF FILED explanation of at least one ground of relevancy
                 of the recently produced documents from the 2013.2
                 application by defendant Synteni, Inc. in 5:99-cv-21164,
                 defendant Incyte Pharmaceutica in 5:99-cv-21164 (FILED
                 UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 06/28/01]
                 [5:99cv21164]

6/18/01  367    DECLARATION by Ethan B. Andelman - exhibit 5 on behalf of
                defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                order holding plaintiff Affymetrix, Inc. in civil contempt
                regarding commercial success production [282-1] (FILED
                UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 06/28/01]
                [5:99cv21164]

6/18/01  368    DECLARATION by Ethan B. Andelman exhibit 10 on behalf of
                defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                order holding plaintiff Affymetrix, Inc. in civil contempt
                regarding commercial success production [282-1] (FILED
                UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 06/28/01]
                [5:99cv21164]

6/18/01  369    DECLARATION by Ethan B. Andelman exhibit 23 on behalf of
                defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                order holding plaintiff Affymetrix, Inc. in civil contempt
                regarding commercial success production [282-1] (FILED
                UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 06/28/01]
                [5:99cv21164]

6/18/01  370    DECLARATION by Ethan B. Andelman exhibit 24 on behalf of
                defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                order holding plaintiff Affymetrix, Inc. in civil contempt
                regarding commercial success production [282-1] (FILED
                UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 06/28/01]
                [5:99cv21164]

6/18/01  371    DECLARATION by Ethan B. Andelman exhibit 25 on behalf of
                defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                order holding plaintiff Affymetrix, Inc. in civil contempt
                regarding commercial success production [282-1] (FILED
                UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 06/28/01]
                [5:99cv21164]

6/18/01  372    DECLARATION by Ethan B. Andelman exhibit 27 on behalf of
                defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                order holding plaintiff Affymetrix, Inc. in civil contempt
                regarding commercial success production [282-1] (FILED
                UDNER SEAL) [5:99-cv-21164] (gm) [Entry date 06/28/01]
                [5:99cv21164]

6/18/01  373    DECLARATION by Ethan B. Andelman exhibit 30 on behalf of
                defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                order holding plaintiff Affymetrix, Inc. in civil contempt
                regarding commercial success production [282-1] (FILED
                UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 06/28/01]
                [5:99cv21164]

6/18/01  374    DECLARATION by Ethan B. Andelman exhibit 31 on behalf of
                defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for

order holding plaintiff Affymetrix, Inc. in civil contempt
regarding commercial success production [282-1] (FILED
UNDER SEAL)  [5:99-cv-21164] (gm) [Entry date 06/28/01]
[5:99cv21164]

6/18/01  375    OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                to motion for order holding plaintiff Affymetrix, Inc. in
                civil contempt regarding commercial success production
                [282-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                [Entry date 06/28/01] [5:99cv21164]

6/18/01  376    NOTICE OF MOTION AND MOTION by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 for order holding plaintiff Affymetrix, Inc.
                in civil contempt re production of file histories (FILED
                UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 06/28/01]
                [5:99cv21164]

6/18/01  377    DECLARATION by Don F. Livornese on behalf of defendant
                Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                order holding plaintiff Affymetrix, Inc. in civil contempt
                re production of file histories [376-1] (FILED UNDER SEAL)
                [5:99-cv-21164] (gm) [Entry date 06/28/01] [5:99cv21164]

6/18/01  --     RECEIVED Proposed Order ( defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164) re: motion for order holding plaintiff
                Affymetrix, Inc. in civil contempt re production of file
                histories [376-1] [5:99-cv-21164] (gm) [Entry date 06/28/01]
                [5:99cv21164]

6/18/01  378    DECLARATION by Ethan B. Andelman exhibit 39 on behalf of
                defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                order holding plaintiff Affymetrix, Inc. in civil contempt
                regarding commercial success production [282-1] (FILED
                UNDER SEAL)  [5:99-cv-21164] (gm) [Entry date 06/28/01]
                [5:99cv21164]

6/18/01  379    REPLY by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in
                support of its motion for an order compelling Incyte to
                produce materials relating to its nucleic acid arrays
                (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                [Entry date 06/28/01] [5:99cv21164]

6/18/01  380    SECOND AMENDED ANSWER to complaint [1-1]  and COUNTERCLAIM;
                jury demand by defendant Synteni, Inc. in 5:99-cv-21164,
                defendant Incyte Pharmaceutica in 5:99-cv-21164 against
                Plaintiff Affymetrix, Inc. in 5:99-cv-21164 (FILED UNDER
                SEAL)  [5:99-cv-21164] (gm) [Entry date 06/28/01]
                [5:99cv21164]

6/18/01  381    MOTION  by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                for leave to file supplemental declaration of Jeerey L.
                Arrington re: Incyte's motion for contempt re: Patent file
                histories (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                [Entry date 06/28/01] [5:99cv21164]

6/27/01  382    ORDER  denying motion to compel information relating to
                Incyte's intrrogatory responses [312-1] by Special Master (
                Date Entered: 7/3/01) (cc:  all counsel)  [5:99-cv-21164]
                (gm) [Entry date 07/03/01] [5:99cv21164]

6/27/01  383    ORDER  denying motion for protective order and supporting
                declaration of Vern Norviel [211-1] ( Date Entered: 7/3/01)
                (cc:  all counsel)  [5:99-cv-21164] (gm)
                [Entry date 07/03/01] [5:99cv21164]

6/27/01  384    ORDER  granting in part and denying in part motion to
                increase Incyte's allotted number of depositons and
                interogatories [302-1] ( Date Entered: 7/3/01) (cc:  all
                counsel)  [5:99-cv-21164] (gm) [Entry date 07/03/01]
                [5:99cv21164]

6/27/01  385    ORDER  granting motion to compel producton of certain
                technical documents [307-1] ( Date Entered: 7/3/01) (cc:
                all counsel)  [5:99-cv-21164] (gm) [Entry date 07/03/01]
                [5:99cv21164]

6/27/01  386    ORDER  finding the motion to compel information relating to
                Incyte's intrrogatory responses [312-1]  moot. ( Date
                Entered: 7/3/01) (cc:  all counsel)  [5:99-cv-21164] (gm)
   □            [Entry date 07/03/01] [5:99cv21164]

6/27/01  --     RECEIVED Proposed Order ( Special Master Read Ambler in
                5:99-cv-21164) re: motion for leave to file supplemental
                declaration of Jeerey L. Arrington re: Incyte's motion for
                contempt re: Patent file histories [381-1], re: motion for
                order holding plaintiff Affymetrix, Inc. in civil contempt
                re production of file histories [376-1] [5:99-cv-21164] (gm)
                [Entry date 07/03/01] [5:99cv21164]

6/29/01  387    SUPPLEMENTAL REPORT AND RECOMMENDATION by Special Master
                (cc: all counsel)   [5:99-cv-21164] (gm)
                [Entry date 07/05/01] [5:99cv21164]

7/2/01   --     RECEIVED Proposed Order regarding withdrawal of counsel (
                Plaintiff Affymetrix, Inc. in 5:99-cv-21164)
                [5:99-cv-21164] (gm) [Entry date 07/05/01] [5:99cv21164]

7/9/01   388    ORDER  by Judge Jeremy Fogel withdrawing attorney attorney
                William L. Anthony for Affymetrix, Inc. in 5:99-cv-21164,
                attorney Elizabeth A. Howard for Affymetrix, Inc. in
                5:99-cv-21164, attorney William L. Anthony for Affymetrix,
                Inc. in 5:99-cv-21164, attorney Elizabeth A. Howard for
                Affymetrix, Inc. in 5:99-cv-21164, attorney Elizabeth A.
                Howard for Affymetrix, Inc. in 5:99-cv-21164, attorney
                William L. Anthony for Affymetrix, Inc. in 5:99-cv-21164 (
                Date Entered: 7/10/01) (cc:  all counsel)  [5:99-cv-21164]
                (gm) [Entry date 07/10/01] [5:99cv21164]

7/9/01   389    MOTION  by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to
                file under seal Subbmission of evidence [5:99-cv-21164] (gm)
                [Entry date 07/10/01] [5:99cv21164]

7/9/01   --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                5:99-cv-21164) re: motion to file under seal Subbmission of

evidence [389-1] [5:99-cv-21164] (gm) [Entry date 07/10/01]
[5:99cv21164]

| | | |
|---|---|---|
| 7/11/01 | 390 | MOTION by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 for leave to file surreply memorandum in support of motion for an order holding Affymetrix, Inc. in civil contempt regarding commercial success production [5:99-cv-21164] (gm) [Entry date 07/13/01] [5:99cv21164] |
| 7/11/01 | 391 | OBJECTIONS by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 to Affymetrix' submission of additional evidence pursuant to the Special Master's letter order [5:99-cv-21164] (gm) [Entry date 07/13/01] [5:99cv21164] |
| 7/11/01 | 392 | MEMORANDUM by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of motion for leave to file surreply memorandum in support of motion for an order holding Affymetrix, Inc. in civil contempt regarding commercial success production [390-1] [5:99-cv-21164] (gm) [Entry date 07/13/01] [5:99cv21164] |
| 7/11/01 | -- | RECEIVED Proposed Order ( defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164) re: motion for leave to file surreply memorandum in support of motion for an order holding Affymetrix, Inc. in civil contempt regarding commercial success production [390-1] [5:99-cv-21164] (gm) [Entry date 07/13/01] [5:99cv21164] |
| 7/11/01 | 393 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of order received [0-0], memorandum [392-1], objection [391-1], motion for leave to file surreply memorandum in support of motion for an order holding Affymetrix, Inc. in civil contempt regarding commercial success production [390-1] [5:99-cv-21164] (gm) [Entry date 07/13/01] [5:99cv21164] |
| 7/13/01 | 394 | RESPONSE by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 re objection [391-1] [5:99-cv-21164] (gm) [Entry date 07/18/01] [5:99cv21164] |
| 7/13/01 | 395 | OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to motion for leave to file surreply memorandum in support of motion for an order holding Affymetrix, Inc. in civil contempt regarding commercial success production [390-1] [5:99-cv-21164] (gm) [Entry date 07/18/01] [5:99cv21164] |
| 7/13/01 | 396 | JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [5:99-cv-21164] (gm) [Entry date 07/20/01] [5:99cv21164] |
| 7/16/01 | 397 | OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to motion for leave to file surreply memorandum in support of motion for an order holding Affymetrix, Inc. in civil contempt regarding commercial success production [390-1] [5:99-cv-21164] (gm) [Entry date 07/20/01] [5:99cv21164] |

7/16/01  398    STIPULATION and PROTECTIVE ORDER by Special Master Read
                Ambler : for confidential documents, testimony and
                information (cc: all counsel) [5:99-cv-21164] (gm)
                [Entry date 07/20/01] [5:99cv21164]

7/16/01  399    ORDER granting motion to file under seal Subbmission of
                evidence [389-1] ( Date Entered: 7/20/01) (cc: all
                counsel) [5:99-cv-21164] (gm) [Entry date 07/20/01]
                [5:99cv21164]
□

7/16/01  400    SUBMISSION OF EVIDENCE IN OPPOSITION by Plaintiff
                Affymetrix, Inc. in 5:99-cv-21164 to motion for order
                holding plaintiff Affymetrix, Inc. in civil contempt re
                production of file histories [376-1] (FILED UNDER SEAL)
                [5:99-cv-21164] (gm) [Entry date 07/20/01] [5:99cv21164]

7/16/01  401    ORDER by Judge Jeremy Fogel denying defendants' Ex Parte
                motion for leave to submit suppleemntary material in
                opposition to Affymertix' motion for reconsideration of two
                definitions in 1/22/01 claims construction order ( Date
                Entered: 7/20/01) (cc: all counsel) [5:99-cv-21164] (gm)
                [Entry date 07/20/01] [5:99cv21164]

7/16/01  402    ORDER by Special Master Hon. Read Ambler reopening argument
                re: Incyte's moiton for sanctions regarding commercial
                success production ( Date Entered: 7/20/01) (cc: all
                counsel) [5:99-cv-21164] (gm) [Entry date 07/20/01]
                [5:99cv21164]

7/16/01  479    REQUEST by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to
                file under seal Affymetrix' submission of evidence in
                opposition to Incyte's motion for contempt re: commercial
                success; supporting declaration fo Jeffrey L. Arrington
                [5:99-cv-21164] (gm) [Entry date 08/15/01] [5:99cv21164]

7/17/01  403    REPORTER'S TRANSCRIPT; Date of proceedings: 7/16/01 ( C/R:
                Peter Torreano)    [5:99-cv-21164] (gm) [Entry date 07/20/01]
                [5:99cv21164]

7/18/01  404    MINUTES: ( C/R Peter Torreano) INITIAL CASE MANAGEMENT
                CONFERENCE HELD.  Discovery cutoff 9/28/01 ; deadline for
                discovery from experts is 12/17/01 ; All dispositive
                motions will be filed by 1/28/02 ; deadline for pre-trial
                filings is 3/18/02 ; Pre-trial conference will be held 9:30
                3/22/02 ; Trial set for 1:30 4/8/02 ; [5:99-cv-21164] (gm)
                [Entry date 07/20/01] [5:99cv21164]

7/19/01  405    PROOF OF SERVICE by Plaintiff Affymetrix, Inc. in
                5:99-cv-21164 of Scheduling order withdrawing attorney
                attorney William L. Anthony for Affymetrix, Inc. in
                5:99-cv-21164, attorney Elizabeth A. Howard for Affymetrix,
                Inc. in 5:99-cv-21164, attorney William L. Anthony for
                Affymetrix, Inc. in 5:99-cv-21164, attorney Elizabeth A.
                Howard for Affymetrix, Inc. in 5:99-cv-21164, attorney
                Elizabeth A. Howard for Affymetrix, Inc. in 5:99-cv-21164,
                attorney William L. Anthony for Affymetrix, Inc. in
                5:99-cv-21164 [388-1], order [388-2] [5:99-cv-21164] (gm)
                [Entry date 07/27/01] [5:99cv21164]

7/20/01  406    RESPONSE  by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 re
                memorandum [392-1] [5:99-cv-21164] (gm)
                [Entry date 07/27/01] [5:99cv21164]
☐

7/23/01  407    MOTION   by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to
                file under seal motions for summary jdugment and rleated
                submissions; supporting declaration fo Jeffrey L. Arrington
                [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

7/23/01  --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                5:99-cv-21164) re: motion to file under seal motions for
                summary jdugment and rleated submissions; supporting
                declaration fo Jeffrey L. Arrington [407-1] [5:99-cv-21164]
                (gm) [Entry date 08/10/01] [5:99cv21164]

7/23/01  419    NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                defendant Incyte Pharmaceutica in 5:99-cv-21164 for
                partial summary judgment of invalidity of cliams 4-5 of
                U.S. patent no. 5,800,992 for indefinitesess of "from [or
                derived from] the cell types" with Notice set for 8/27/01
                at 9:00 [5:99-cv-21164] (gm) [Entry date 08/10/01]
                [5:99cv21164]

7/23/01  420    DECLARATION by Dr. Charles Cantor on behalf of defendant
                Incyte Pharmaceutica in 5:99-cv-21164 in support of motion
                for partial summary judgment of invalidity of cliams 4-5 of
                U.S. patent no. 5,800,992 for indefinitesess of "from [or
                derived from] the cell types" [419-1]  [5:99-cv-21164] (gm)
                [Entry date 08/10/01] [5:99cv21164]

7/23/01  421    DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                partial summary judgment of invalidity of cliams 4-5 of
                U.S. patent no. 5,800,992 for indefinitesess of "from [or
                derived from] the cell types" [419-1]  [5:99-cv-21164] (gm)
                [Entry date 08/10/01] [5:99cv21164]

7/23/01  --     RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
                5:99-cv-21164) re: motion for partial summary judgment of
                invalidity of cliams 4-5 of U.S. patent no. 5,800,992 for
                indefinitesess of "from [or derived from] the cell types"
                [419-1] [5:99-cv-21164] (gm) [Entry date 08/10/01]
                [5:99cv21164]

7/23/01  422    PROOF OF SERVICE by defendant Incyte Pharmaceutica in
                5:99-cv-21164 of order received [0-0], declaration [421-1],
                declaration [420-1], motion for partial summary judgment of
                invalidity of cliams 4-5 of U.S. patent no. 5,800,992 for
                indefinitesess of "from [or derived from] the cell types"
                [419-1] [5:99-cv-21164] (gm) [Entry date 08/10/01]
                [5:99cv21164]

7/23/01  423    NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                defendant Incyte Pharmaceutica in 5:99-cv-21164 for
                partial summary judgment of invalidity of U.S. patent no.
                5,744,305 for lack of written description of "predefined
                region" with Notice set for 8/27/01 at 9:00
                [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]
☐

7/23/01    424    DECLARATION by Dr. Charles Cantor on behalf of defendant
                  Incyte Pharmaceutica in 5:99-cv-21164 in support of motion
                  for partial summary judgment of invalidity of U.S. patent
                  no. 5,744,305 for lack of written description of
                  "predefined region" [423-1] [5:99-cv-21164] (gm)
                  [Entry date 08/10/01] [5:99cv21164]

7/23/01    425    DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
                  Pharmaceutica in 5:99-cv-21164 in support of motion for
                  partial summary judgment of invalidity of U.S. patent no.
                  5,744,305 for lack of written description of "predefined
                  region" [423-1]  [5:99-cv-21164] (gm) [Entry date 08/10/01]
                  [5:99cv21164]

7/23/01    --     RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
                  5:99-cv-21164) re: motion for partial summary judgment of
                  invalidity of U.S. patent no. 5,744,305 for lack of written
                  description of "predefined region" [423-1] [5:99-cv-21164]
                  (gm) [Entry date 08/10/01] [5:99cv21164]

7/23/01    426    PROOF OF SERVICE by defendant Incyte Pharmaceutica in
                  5:99-cv-21164 of order received [0-0], declaration [425-1],
                  declaration [424-1], motion for partial summary judgment of
                  invalidity of U.S. patent no. 5,744,305 for lack of written
                  description of "predefined region" [423-1] [5:99-cv-21164]
                  (gm) [Entry date 08/10/01] [5:99cv21164]

7/23/01    427    MOTION  before Judge Jeremy Fogel by defendant Incyte
                  Pharmaceutica in 5:99-cv-21164 to file under seal 1.
                  Incyte's motion for partial summary judgment of invalidity
                  of cliams 4-5 of U.S. patent no. 5,800,992 for lack of
                  written description of "mixture", and exhibit 11 to the
                  supporting declaration of Jayna R. Whitt [5:99-cv-21164] (gm)
                  [Entry date 08/10/01] [5:99cv21164]

7/23/01    428    DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
                  Pharmaceutica in 5:99-cv-21164 in support of motion to file
                  under seal 1. Incyte's motion for partial summary judgment
                  of invalidity of cliams 4-5 of U.S. patent no. 5,800,992
                  for lack of written description of "mixture", and exhibit
                  11 to the supporting declaration of Jayna R. Whitt [427-1]
                  [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

7/23/01    --     RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
                  5:99-cv-21164) re: motion to file under seal 1. Incyte's
                  motion for partial summary judgment of invalidity of cliams
                  4-5 of U.S. patent no. 5,800,992 for lack of written
                  description of "mixture", and exhibit 11 to the supporting
                  declaration of Jayna R. Whitt [427-1] [5:99-cv-21164] (gm)
                  [Entry date 08/10/01] [5:99cv21164]

7/23/01    429    MOTION  before Judge Jeremy Fogel  by defendant Incyte
                  Pharmaceutica in 5:99-cv-21164 to file under seal Incyte's
                  motion for partial summary judgment on non-infringement of
                  U.S. patent nos. 5,744,305 and 5,445,934 and supporting
                  declaration of Thomas P. Theriault [5:99-cv-21164] (gm)
                  [Entry date 08/10/01] [5:99cv21164]

7/23/01   430   DECLARATION by John Vuko on behalf of defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion to file
                under seal Incyte's motion for partial summary judgment on
                non-infringement of U.S. patent nos. 5,744,305 and
                5,445,934 and supporting declaration of Thomas P. Theriault
                [429-1] [5:99-cv-1164] (gm) [Entry date 08/10/01]
                [5:99cv21164]

7/23/01   --    RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
                5:99-cv-1164) re: motion to file under seal Incyte's
                motion for partial summary judgment on non-infringement of
                U.S. patent nos. 5,744,305 and 5,445,934 and supporting
                declaration of Thomas P. Theriault [429-1] [5:99-cv-1164]
                (gm) [Entry date 08/10/01] [5:99cv21164]

7/23/01   431   NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                defendant Incyte Pharmaceutica in 5:99-cv-21164 for
                partial summary judgment of invalidity of claims 1-3 of
                U.S. patent no. 5,800,992 for indefiniteness of
                "substantially complementary" [5:99-cv-21164] (gm)
                [Entry date 08/10/01] [5:99cv21164]

7/23/01   --    RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
                5:99-cv-21164) re: motion for partial summary judgment of
                invalidity of claims 1-3 of U.S. patent no. 5,800,992 for
                indefiniteness of "substantially complementary" [431-1]
                [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

7/23/01   432   PROOF OF SERVICE by defendant Incyte Pharmaceutica in
                5:99-cv-21164 of order received [0-0], motion for partial
                summary judgment of invalidity of claims 1-3 of U.S. patent
                no. 5,800,992 for indefiniteness of "substantially
                complementary" [431-1] [5:99-cv-21164] (gm)
                [Entry date 08/10/01] [5:99cv21164]

7/23/01   433   REPLY in support of Incyte's motion for leave to add
                additional allegations of inequitable conduct to its second
                amended 21165 answer and counterclaim by defendant Synteni,
                Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 [5:99-cv-21164] (gm) [Entry date 08/10/01]
                [5:99cv21164]

7/23/01   434   DECLARATION by Don F. Livornese on behalf of defendant
                Synteni, Inc. in 5:99-cv-21164, defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of reply [433-1]
                [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

7/23/01   435   PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of declaration [434-1], reply [433-1]
                [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

7/23/01   442   DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion for
                partial summary judgment of non-infringement of U.S. patent
                nos. 5,744,305 and 5,445,934 [440-1] [5:99-cv-21164] (gm)
                [Entry date 08/10/01] [5:99cv21164]

7/23/01  --    RECEIVED Proposed Order ( defendant Synteni, Inc. in
               5:99-cv-21164) re: motion for partial summary judgment of
               non-infringement of U.S. patent nos. 5,744,305 and
               5,445,934 [440-1] [5:99-cv-21164] (gm) [Entry date 08/10/01]
               [5:99cv21164]

7/23/01  443   PROOF OF SERVICE by defendant Incyte Pharmaceutica in
               5:99-cv-21164 of declaration [441-1], motion for partial
               summary judgment of non-infringement of U.S. patent nos.
               5,744,305 and 5,445,934 [440-1], order received [0-0],
               declaration [442-1] [5:99-cv-21164] (gm)
               [Entry date 08/10/01] [5:99cv21164]

7/23/01  446   DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
               Pharmaceutica in 5:99-cv-21164 in support of motion for
               partial summary judgment of invalidity of claims 4-5 of
               U.S. patent no. 5,800,992 for lack of written description
               of "mixture" [445-1] [5:99-cv-21164] (gm)
               [Entry date 08/10/01] [5:99cv21164]

7/23/01  448   DECLARATION by Dr. Charles Cantor on behalf of defendant
               Incyte Pharmaceutica in 5:99-cv-21164 in support of motion
               for partial summary judgment of invalidity of claims 4-5 of
               U.S. patent no. 5,800,992 for lack of written description
               of "mixture" [445-1] [5:99-cv-21164] (gm)
               [Entry date 08/10/01] [5:99cv21164]

7/23/01  --    RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
               5:99-cv-21164) re: motion for partial summary judgment of
               invalidity of claims 4-5 of U.S. patent no. 5,800,992 for
               lack of written description of "mixture" [445-1]
               [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

7/23/01  449   PROOF OF SERVICE by defendant Incyte Pharmaceutica in
               5:99-cv-21164 of exhibits [447-1], motion for partial
               summary judgment of invalidity of claims 4-5 of U.S. patent
               no. 5,800,992 for lack of written description of "mixture"
               [445-1], order received [0-0], declaration [448-1],
               declaration [446-1] [5:99-cv-21164] (gm)
               [Entry date 08/10/01] [5:99cv21164]

7/25/01  450   ORDER granting Affymetrix' moiton for order compelling
               Incyte to produce materials relating to its nucleic acid
               arrays ( Date Entered: 8/10/01) (cc: all counsel)
               [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

7/31/01  451   MOTION   before Judge Jeremy Fogel by defendant Incyte
               Pharmaceutica in 5:99-cv-21164 to file under seal exhibit
               15 to declaration of Jayna R. Whitt in support of Incyte's
               opposition to moiton for leave to serve claim charts
               [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

7/31/01  452   DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
               Pharmaceutica in 5:99-cv-21164 in support of motion to file
               under seal exhibit 15 to declaration of Jayna R. Whitt in
               support of Incyte's opposition to moiton for leave to serve
               claim charts [451-1] [5:99-cv-21164] (gm)

[Entry date 08/10/01] [5:99cv21164]

7/31/01   454   MEMORANDUM by defendant Incyte Pharmaceutica in
                5:99-cv-21164 in opposition to Affymetrix' motion for leave
                to serve claim charts [5:99-cv-21164] (gm)
                [Entry date 08/10/01] [5:99cv21164]

7/31/01   455   DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of opposition
                memorandum [454-1]  [5:99-cv-21164] (gm)
                [Entry date 08/10/01] [5:99cv21164]

7/31/01   457   PROOF OF SERVICE by defendant Incyte Pharmaceutica in
                5:99-cv-21164 of motion to file under seal exhibit 15 to
                declaration of Jayna R. Whitt in support of Incyte's
                opposition to moiton for leave to serve claim charts
                [451-1], declaration [452-1], order [453-1], opposition
                memorandum [454-1], declaration [455-1], exhibits [456-1]
                [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

8/6/01    408   ORDER granting  motion to file under seal motions for
                summary jdugment and rleated submissions; supporting
                declaration fo Jeffrey L. Arrington [407-1] ( Date Entered:
                8/10/01) (cc:  all counsel)  [5:99-cv-21164] (gm)
                [Entry date 08/10/01] [5:99cv21164]

8/6/01    409   NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                Plaintiff Affymetrix, Inc. in 5:99-cv-21164 for partial
                summary judgment re: Incyte's claim of invalidity of claims
                4 & 5 of Affymetrix' 992 patent; supporting declaration of
                Brian D. Ledahl with Notice set for 8/27/01 at 9:00 (FILED
                UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/10/01]
                [5:99cv21164]

8/6/01    410   NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                Plaintiff Affymetrix, Inc. in 5:99-cv-21164 for summary
                judgment on Incyte's Third, Fifth, Sixth and Seventh
                Counterclaims; supporting declaration of Vern Norviel with
                Notice set for 8/27/01 at 9:00 (FILED UNDER SEAL)
                [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

8/6/01    411   DECLARATION by Elizabeth L. Rosenblatt on behalf of
                Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in support of
                motion for summary judgment on Incyte's Third, Fifth, Sixth
                and Seventh Counterclaims; supporting declaration of Vern
                Norviel [410-1] (FILED UNDER SEAL)  [5:99-cv-21164] (gm)
                [Entry date 08/10/01] [5:99cv21164]

8/6/01    412   NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                Plaintiff Affymetrix, Inc. in 5:99-cv-21164 for summary
                judgment of literal infringement of claims 4 & 5 of
                Affymetrix' '992 patent with Notice set for 8/27/01 at
                9:00  (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                [Entry date 08/10/01] [5:99cv21164]

8/6/01    413   DECLARATION by Dr. Steven L. McKnight, Ph.D on behalf of
                Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in support of
                motion for summary judgment of literal infringement of
                claims 4 & 5 of Affymetrix' '992 patent [412-1] (FILED

UNDER SEAL)  [5:99-cv-21164]  (gm) [Entry date 08/10/01]
[5:99cv21164]

8/6/01    414    DECLARATION by Marc A. Fenster on behalf of Plaintiff
                 Affymetrix, Inc. in 5:99-cv-21164 in support of motion for
                 summary judgment of literal infringement of claims 4 & 5 of
                 Affymetrix' '992 patent [412-1] (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

8/6/01    415    NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                 Plaintiff Affymetrix, Inc. in 5:99-cv-21164 for summary
                 judgment re: Incyte's interference with contract
                 Counterclaim; supporting declaration fo Eric B. Carlson
                 with Notice set for 8/27/01 at 9:00 (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

8/6/01    416    NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                 Plaintiff Affymetrix, Inc. in 5:99-cv-21164 for summary
                 judgment of literal infringement of claim 15 of Affymetrix'
                 '305 patent with Notice set for 8/27/01 at 9:00 (FILED
                 UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/10/01]
                 [5:99cv21164]

8/6/01    417    DECLARATION by Dr. Kevin Struhl, Ph.D on behalf of
                 Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in support of
                 motion for summary judgment of literal infringement of
                 claim 15 of Affymetix' '305 patent [416-1] (FILED UNDER
                 SEAL)  [5:99-cv-21164]  (gm) [Entry date 08/10/01]
                 [5:99cv21164]

□

8/6/01    418    DECLARATION by Jeffrey L. Arrington on behalf of Plaintiff
                 Affymetrix, Inc. in 5:99-cv-21164 in support of motion for
                 summary judgment of literal infringement of claim 15 of
                 Affymetix' '305 patent [416-1] (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

8/6/01    --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                 5:99-cv-21164) re: motion for summary judgment on Incyte's
                 Third, Fifth, Sixth and Seventh Counterclaims; supporting
                 declaration of Vern Norviel [410-1] [5:99-cv-21164] (gm)
                 [Entry date 08/10/01] [5:99cv21164]

8/6/01    --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                 5:99-cv-21164) re: motion for summary judgment of literal
                 infringement of claim 15 of Affymetix' '305 patent [416-1]
                 [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

8/6/01    436    ORDER re: Affymetrix' miscellaneous administrative request
                 to file under seal Affynetrix' Reply brief in support of
                 motion for leave to serve claim charts ( Date Entered:
                 8/10/01) (cc: all counsel)  [5:99-cv-21164] (gm)
                 [Entry date 08/10/01] [5:99cv21164]

8/6/01    437    REPLY BRIEF in support of motion for leave to serve claim
                 charts by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                 (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                 [Entry date 08/10/01] [5:99cv21164]

8/6/01    438    MINUTES: ( C/R Peter Torreano) ( Hearing Date: 8/6/01) Law

and moiton hearing 8/27/01 at 9:00 and 10/9/01 at 9:00
[5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164]

8/6/01    458    MOTION    before Judge Jeremy Fogel  by defendant Incyte
Pharmaceutica in 5:99-cv-21164 to file an Opposition to
Affymetix' moiton for summary judgment of literal
infringement of claim 15 of '305 patent in excess of the
local rule to exceed page limitation [5:99-cv-21164] (gm)
[Entry date 08/13/01] [5:99cv21164]

8/6/01    --    RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
5:99-cv-21164) re: motion to file an Opposition to
Affymetix' moiton for summary judgment of literal
infringement of claim 15 of '305 patent in excess of the
local rule to exceed page limitation [458-1]
[5:99-cv-21164] (gm) [Entry date 08/13/01] [5:99cv21164]

8/6/01    459    MOTION    before Judge Jeremy Fogel  by defendant Incyte
Pharmaceutica in 5:99-cv-21164 to file under seal 1)
Incyte's Opposition to Affymetrix' motion for partial
summary judgment re: Incyte's cliams of invalidity of
claims 4&5 of Affymetrix' '992 patent [for lack of written
description]; and 2) Exhibit 5 to declaration of Jayna R.
Whitt in opposition to Affymetrix' moiton for partial
summary judgment re: Incyte's cliams of invalidity of
claims 4&5 of Affymetrix' '992 patent [for lack of written
description] with Notice set for 8/27/01 at 9:00
[5:99-cv-21164] (gm) [Entry date 08/13/01] [5:99cv21164]

8/6/01    460    DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
Pharmaceutica in 5:99-cv-21164 in support of motion to file
under seal 1) Incyte's Opposition to Affymetrix' motion for
partial summary judgment re: Incyte's cliams of invalidity
of claims 4&5 of Affymetrix' '992 patent [for lack of
written description]; and 2) Exhibit 5 to declaration of
Jayna R. Whitt in opposition to Affymetrix' moiton for
partial summary judgment re: Incyte's cliams of invalidity
of claims 4&5 of Affymetrix' '992 patent [for lack of
written description] [459-1]  [5:99-cv-21164] (gm)
[Entry date 08/13/01] [5:99cv21164]

8/6/01    --    RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
5:99-cv-21164) re: motion to file under seal 1) Incyte's
Opposition to Affymetrix' motion for partial summary
judgment re: Incyte's cliams of invalidity of claims 4&5 of
Affymetrix' '992 patent [for lack of written description];
and 2) Exhibit 5 to declaration of Jayna R. Whitt in
opposition to Affymetrix' moiton for partial summary
judgment re: Incyte's cliams of invalidity of claims 4&5 of
Affymetrix' '992 patent [for lack of written description]
[459-1] [5:99-cv-21164] (gm) [Entry date 08/13/01]
[5:99cv21164]

8/6/01    461    MOTION    before Judge Jeremy Fogel  by defendant Incyte
Pharmaceutica in 5:99-cv-21164 to file under seal Exhibits
H-J, N to the Decalration fo Catherine A. Moore in support
of Incyte's Response to Affymetrix' motion for summary
judgment on Incyte's third, fifth, sixth and seventh
Counterclaims; Incyte's Request for dismissal without

                      prejudice of its third, fifth, sixth and seventh
                      Counterclaims with Notice set for 10/9/01 at 9:00
                      [5:99-cv-21164] (gm) [Entry date 08/13/01] [5:99cv21164]

8/6/01    462         DECLARATION by Catherine A. Moore on behalf of defendant
                      Incyte Pharmaceutica in 5:99-cv-21164 in support of motion
                      to file under seal Exhibits H-J, N to the Declaration fo
                      Catherine A. Moore in support of Incyte's Response to
                      Affymetrix' motion for summary judgment on Incyte's third,
                      fifth, sixth and seventh Counterclaims; Incyte's Request
                      for dismissal without prejudice of its third, fifth, sixth
                      and seventh Counterclaims [461-1] [5:99-cv-21164] (gm)
□
                      [Entry date 08/13/01] [5:99cv21164]

8/6/01    --          RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
                      5:99-cv-21164) re: motion to file under seal Exhibits H-J,
                      N to the Decalration fo Catherine A. Moore in support of
                      Incyte's Response to Affymetrix' motion for summary
                      judgment on Incyte's third, fifth, sixth and seventh
                      Counterclaims; Incyte's Request for dismissal without
                      prejudice of its third, fifth, sixth and seventh
                      Counterclaims [461-1] [5:99-cv-21164] (gm)
                      [Entry date 08/13/01] [5:99cv21164]

8/6/01    463         MOTION     before Judge Jeremy Fogel  by defendant Incyte
                      Pharmaceutica in 5:99-cv-21164 to file under seal Incyte's
                      opposition to Affymetrix' moiton for summary judgment re:
                      interference with contract counterclaim; declaration of
                      Catherine A. Moore in support of opposition; exhibits G,
                      J-L and P-Q to the declaration of Catherine A. Moore with
                      Notice set for 10/9/01 at 9:00 [5:99-cv-21164] (gm)
                      [Entry date 08/14/01] [5:99cv21164]

8/6/01    464         DECLARATION by Catherine A. Moore on behalf of defendant
                      Incyte Pharmaceutica in 5:99-cv-21164 in support of motion
                      to file under seal Incyte's opposition to Affymetrix'
                      moiton for summary judgment re: interference with contract
                      counterclaim; declaration of Catherine A. Moore in support
                      of opposition; exhibits G, J-L and P-Q to the declaration
                      of Catherine A. Moore [463-1] [5:99-cv-21164] (gm)
                      [Entry date 08/14/01] [5:99cv21164]

8/6/01    --          RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
                      5:99-cv-21164) re: motion to file under seal Incyte's
                      opposition to Affymetrix' moiton for summary judgment re:
                      interference with contract counterclaim; declaration of
                      Catherine A. Moore in support of opposition; exhibits G,
                      J-L and P-Q to the declaration of Catherine A. Moore
                      [463-1] [5:99-cv-21164] (gm) [Entry date 08/14/01]
                      [5:99cv21164]

8/6/01    465         MOTION     before Judge Jeremy Fogel  by defendant Incyte
                      Pharmaceutica in 5:99-cv-21164 to file under seal 1)
                      Incyte's opposition to Affymetrix' motion for summary
                      judgment of literal infringement of claims 4&5 of '992
                      patent 2) declaration of Thomas P. Theriault in opposition
                      to motion for summary judgment 3) decalration of Lyle J.
                      Arnold and 4) exhibit 1,3 and 4 to declaration of Jayna R.
                      Whitt [5:99-cv-21164] (gm) [Entry date 08/14/01]

[5:99cv21164]

☐

8/6/01   466   DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
               Pharmaceutica in 5:99-cv-21164 in support of motion to file
               under seal 1) Incyte's opposition to Affymetrix' motion for
               summary judgment of literal infringement of claims 4&5 of
               '992 patent 2) declaration of Thomas P. Theriault in
               opposition to motion for summary judgment 3) declaration of
               Lyle J. Arnold and 4) exhibit 1,3 and 4 to declaration of
               Jayna R. Whitt [465-1] [5:99-cv-21164] (gm)
               [Entry date 08/14/01] [5:99cv21164]

8/6/01   --    RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
               5:99-cv-21164) re: motion to file under seal 1) Incyte's
               opposition to Affymetrix' motion for summary judgment of
               literal infringement of claims 4&5 of '992 patent 2)
               declaration of Thomas P. Theriault in opposition to motion
               for summary judgment 3) declaration of Lyle J. Arnold and
               4) exhibit 1,3 and 4 to declaration of Jayna R. Whitt
               [465-1] [5:99-cv-21164] (gm) [Entry date 08/14/01]
               [5:99cv21164]

8/6/01   467   MOTION   before Judge Jeremy Fogel  by defendant Incyte
               Pharmaceutica in 5:99-cv-21164 to file under seal 1)
               opposition to motion for summary judgment of literal
               infringement of claim 15 of '305 patent 2) declaration of
               Thomas P. Theriault 3) declaration of Lyle J. Arnold 4)
               exhibits 3,4,5,6,7,8,9,10,11,13 and 14 to declaration of
               Jayna R. Whitt [5:99-cv-21164] (gm) [Entry date 08/14/01]
               [5:99cv21164]

8/6/01   468   DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
               Pharmaceutica in 5:99-cv-21164 in support of motion to file
               under seal 1) opposition to motion for summary judgment of
               literal infringement of claim 15 of '305 patent 2)
               declaration of Thomas P. Theriault 3) declaration of Lyle
               J. Arnold 4) exhibits 3,4,5,6,7,8,9,10,11,13 and 14 to
               declaration of Jayna R. Whitt [467-1]  [5:99-cv-21164] (gm)
               [Entry date 08/14/01] [5:99cv21164]

8/6/01   --    RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
               5:99-cv-21164) re: motion to file under seal 1) opposition
               to motion for summary judgment of literal infringement of
               claim 15 of '305 patent 2) declaration of Thomas P.
               Theriault 3) declaration of Lyle J. Arnold 4) exhibits
               3,4,5,6,7,8,9,10,11,13 and 14 to declaration of Jayna R.
               Whitt [467-1] [5:99-cv-21164] (gm) [Entry date 08/14/01]
               [5:99cv21164]

8/6/01   --    RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
               5:99-cv-21164) re: motion to file under seal Affymetrix'
               Reply brief in support of its motion for leave to serve
               amended claim charts [469-1] [5:99-cv-21164] (gm)
               [Entry date 08/14/01] [5:99cv21164]

☐

8/6/01   469   MOTION   by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to
               file under seal Affymetrix' Reply brief in support of its
               moiton for leave to serve amended claim charts

[5:99-cv-21164] (gm) [Entry date 08/14/01] [5:99cv21164]

| | | |
|---|---|---|
| 8/6/01 | 470 | RESPONSE by defendant Incyte Pharmaceutica in 5:99-cv-21164 re motion for summary judgment on Incyte's Third, Fifth, Sixth and Seventh Counterclaims; supporting declaration of Vern Norviel [410-1] [5:99-cv-21164] (gm) [Entry date 08/14/01] [5:99cv21164 |
| 8/6/01 | 471 | DECLARATION by Catherine A. Moore on behalf of defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of response [470-1] [5:99-cv-21164] (gm) [Entry date 08/14/01] [5:99cv21164] |
| 8/7/01 | 439 | ORDER by Judge Jeremy Fogel granting motion to file under seal Incyte's motion for partial summary judgment on non-infringement of U.S. patent nos. 5,744,305 and 5,445,934 and supporting declaration of Thomas P. Theriault [429-1] ( Date Entered: 8/10/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164] |
| 8/7/01 | 440 | NOTICE OF MOTION AND MOTION before Judge Jeremy Fogel by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 for partial summary judgment of non-infringement of U.S. patent nos. 5,744,305 and 5,445,934 with Notice set for 8/27/01 (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164] |
| 8/7/01 | 441 | DECLARATION by Thomas P. Thjeriault on behalf of defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of motion for partial summary judgment of non-infringement of U.S. patent nos. 5,744,305 and 5,445,934 [440-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164] |
| 8/7/01 | 444 | ORDER by Judge Jeremy Fogel granting motion to file under seal 1. Incyte's motion for partial summary judgment of invalidity of cliams 4-5 of U.S. patent no. 5,800,992 for lack of written description of "mixture", and exhibit 11 to the supporting declaration of Jayna R. Whitt [427-1] ( Date Entered: 8/10/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164] |
| 8/7/01 | 445 | NOTICE OF MOTION AND MOTION before Judge Jeremy Fogel by defendant Incyte Pharmaceutica in 5:99-cv-21164 for partial summary judgment of invalidity of claims 4-5 of U.S. patent no. 5,800,992 for lack of written description of "mixture" with Notice set for 8/27/01 at 9:00 (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164] |
| 8/7/01 | 447 | EXHIBIT 11 to declaration of Jayna R. Whitt [446-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164] |
| 8/7/01 | 453 | ORDER by Judge Jeremy Fogel granting motion to file under seal exhibit 15 to declaration of Jayna R. Whitt in support of Incyte's opposition to moiton for leave to serve claim charts [451-1] ( Date Entered: 8/10/01) (cc: all |

|         |     | counsel) [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164] |
|---------|-----|---|
| 8/7/01  | 456 | EXHIBIT 15 to declaration of Jayna R. Whitt [455-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/10/01] [5:99cv21164] |
| 8/7/01  | 472 | MOTION  by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to file under seal Affymetrix' oppositions to Incyte's motions for summary judgment and related submissions; supporting declaration of Jeffrey L. Arrington [5:99-cv-21164] (gm) [Entry date 08/14/01] [5:99cv21164] |
| 8/7/01  | --  | RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in 5:99-cv-21164) re: motion to file under seal Affymetrix' oppositions to Incyte's motions for summary judgment and related submissions; supporting declaration of Jeffrey L. Arrington [472-1] [5:99-cv-21164] (gm) [Entry date 08/14/01] [5:99cv21164] |
| 8/7/01  | 473 | MOTION  before Judge Jeremy Fogel  by defendant Incyte Pharmaceutica in 5:99-cv-21164 to file under seal exhibit 9 to the declaration of Ethan B. Andelman in support of Incyte's objection to the Special Master's order granting Affymertix' motion for order compelling Incyte to produce materials relating to its nucleic acid arrays [5:99-cv-21164] (gm) [Entry date 08/14/01] [5:99cv21164] |
| 8/7/01  | 474 | DECLARATION by Ethan B. Andelman on behalf of defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of motion to file under seal exhibit 9 to the declaration of Ethan B. Andelman in support of Incyte's objection to the Special Master's order granting Affymertix' motion for order compelling Incyte to produce materials relating to its nucleic acid arrays [473-1]  [5:99-cv-21164] (gm) [Entry date 08/14/01] [5:99cv21164] |
| 8/7/01  | --  | RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in 5:99-cv-21164) re: motion to file under seal exhibit 9 to the declaration of Ethan B. Andelman in support of Incyte's objection to the Special Master's order granting Affymertix' motion for order compelling Incyte to produce materials relating to its nucleic acid arrays [473-1] [5:99-cv-21164] (gm) [Entry date 08/14/01] [5:99cv21164] |
| □       |     | |
| 8/7/01  | 475 | OBJECTIONS by defendant Incyte Pharmaceutica in 5:99-cv-21164 to order [450-1] [5:99-cv-21164] (gm) [Entry date 08/14/01] [5:99cv21164] |
| 8/7/01  | 476 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of objection [475-1], order received [0-0], declaration [474-1], motion to file under seal exhibit 9 to the declaration of Ethan B. Andelman in support of Incyte's objection to the Special Master's order granting Affymertix' motion for order compelling Incyte to produce materials relating to its nucleic acid arrays [473-1] [5:99-cv-21164] (gm) [Entry date 08/14/01] [5:99cv21164] |

8/7/01   477   ORDER  by Judge Jeremy Fogel  granting in part and denying
               in part motion to dismiss and strike allegations of
               inequitable conduct [345-1] ( Date Entered: 8/14/01) (cc:
               all counsel)  [5:99-cv-21164] (gm) [Entry date 08/14/01]
               [5:99cv21164]

8/7/01   478   REPORTER'S TRANSCRIPT;  Date of proceedings: 8/6/01 ( C/R:
               Peter Torreano)   [5:99-cv-21164] (gm) [Entry date 08/14/01]
               [5:99cv21164]

8/13/01  480   MOTION   before Judge Jeremy Fogel  by Plaintiff
               Affymetrix, Inc. in 5:99-cv-21164 to file Reply Brief to
               exceed page limitation with Notice set for 8/27/01 at 9:00
               [5:99-cv-21164] (gm) [Entry date 08/15/01] [5:99cv21164]

8/13/01  --    RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
               5:99-cv-21164) re: motion to file Reply Brief to exceed
               page limitation [480-1] [5:99-cv-21164] (gm)
               [Entry date 08/15/01] [5:99cv21164]

8/13/01  481   MOTION   by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to
               file under seal Affymetrix' replies in support of its
               motions for summary judgment, and related submissions;
               supporting declaration of Jeffrey L. Arrington
               [5:99-cv-21164] (gm) [Entry date 08/15/01] [5:99cv21164]

8/13/01  --    RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
               5:99-cv-21164) re: motion to file under seal Affymetrix'
               replies in support of its motions for summary judgment, and
               related submissions; supporting declaration of Jeffrey L.
               Arrington [481-1] [5:99-cv-21164] (gm) [Entry date 08/15/01]
               [5:99cv21164]

8/13/01  482   MOTION   before Judge Jeremy Fogel  by defendant Incyte
               Pharmaceutica in 5:99-cv-21164 to file under seal Inbyte's
               Reply memorandum to motion for partial summary judgment on
               non-infringement of U.S. patent nos. 5,744,305 and
               5,445,934 and exhibits 8,9 and 10 to declaration of Jayna
               R. Whitt in support of Reply memorandum [5:99-cv-21164] (gm)
               [Entry date 08/15/01] [5:99cv21164]
         □

8/13/01  483   DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
               Pharmaceutica in 5:99-cv-21164 in support of motion to file
               under seal Inbyte's Reply memorandum to motion for partial
               summary judgment on non-infringement of U.S. patent nos.
               5,744,305 and 5,445,934 and exhibits 8,9 and 10 to
               declaration of Jayna R. Whitt in support of Reply
               memorandum [482-1]  [5:99-cv-21164] (gm)
               [Entry date 08/15/01] [5:99cv21164]

8/13/01  --    RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
               5:99-cv-21164) re: motion to file under seal Inbyte's Reply
               memorandum to motion for partial summary judgment on
               non-infringement of U.S. patent nos. 5,744,305 and
               5,445,934 and exhibits 8,9 and 10 to declaration of Jayna
               R. Whitt in support of Reply memorandum [482-1]
               [5:99-cv-21164] (gm) [Entry date 08/15/01] [5:99cv21164]

8/13/01  484   MOTION   before Judge Jeremy Fogel  by defendant Incyte

              Pharmaceutica in 5:99-cv-21164 to file under seal Incyte's
              Reply memorandum to motion for partial summary judgment of
              invalidity of U.S. patent no. 5,744,305 for lack of written
              description of "predefing region"; and exhibit 7 to
              declaration of Jayna R. Whitt in support of Reply
              [5:99-cv-21164] [gm] [Entry date 08/15/01] [5:99cv21164]

8/13/01  485  DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
              Pharmaceutica in 5:99-cv-21164 in support of motion to file
              under seal Incyte's Reply memorandum to motion for partial
              summary judgment of invalidity of U.S. patent no. 5,744,305
              for lack of written description of "predefing region"; and
              exhibit 7 to declaration of Jayna R. Whitt in support of
              Reply [484-1]  [5:99-cv-21164] [gm] [Entry date 08/15/01]
              [5:99cv21164]

8/13/01  --   RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
              5:99-cv-21164) re: motion to file under seal Incyte's Reply
              memorandum to motion for partial summary judgment of
              invalidity of U.S. patent no. 5,744,305 for lack of written
              description of "predefing region"; and exhibit 7 to
              declaration of Jayna R. Whitt in support of Reply [484-1]
              [5:99-cv-21164] [gm] [Entry date 08/15/01] [5:99cv21164]

8/13/01  486  ORDER by Judge Jeremy Fogel  granting  motion to file
              under seal exhibit 9 to the declaration of Ethan B.
              Andelman in support of Incyte's objection to the Special
              Master's order granting Affymetrix' motion for order
              compelling Incyte to produce materials relating to its
              nucleic acid arrays [473-1] ( Date Entered: 8/15/01) (cc:
              all counsel)  [5:99-cv-21164] [gm] [Entry date 08/15/01]
              [5:99cv21164]

☐

8/13/01  487  DECLARATION by Ethan B. Andelman on behalf of defendant
              Incyte Pharmaceutica in 5:99-cv-21164 in support of
              objection [475-1]  [5:99-cv-21164] [gm]
              [Entry date 08/15/01] [5:99cv21164]

8/13/01  488  EXHIBIT 9 to declaration of Ethan B. Andelman [487-1]
              (FILED UNDER SEAL) [5:99-cv-21164] [gm]
              [Entry date 08/15/01] [5:99cv21164]

8/13/01  489  REPLY MEMORANDUM by defendant Synteni, Inc. in
              5:99-cv-21164, defendant Incyte Pharmaceutica in
              5:99-cv-21164 to motion for partial summary judgment of
              invalidity of claims 1-3 of U.S. patent no. 5,800,992 for
              indefiniteness of "substantially complementary" [431-1]
              [5:99-cv-21164] [gm] [Entry date 08/15/01] [5:99cv21164]

8/13/01  490  DECLARATION by Dr. Charles Cantor on behalf of defendant
              Synteni, Inc. in 5:99-cv-21164, defendant Incyte
              Pharmaceutica in 5:99-cv-21164 in support of motion for
              partial summary judgment of invalidity of claims 1-3 of
              U.S. patent no. 5,800,992 for indefiniteness of
              "substantially complementary" [431-1]  [5:99-cv-21164] [gm]
              [Entry date 08/15/01] [5:99cv21164]

8/13/01  491  PROOF OF SERVICE by defendant Synteni, Inc. in
              5:99-cv-21164, defendant Incyte Pharmaceutica in

                    5:99-cv-21164 of declaration [490-1], reply [489-1]
                    [5:99-cv-21164] (gm) [Entry date 08/15/01] [5:99cv21164]

8/13/01    492     REPLY MEMORANDUM by defendant Incyte Pharmaceutica in
                   5:99-cv-21164 to motion for partial summary judgment of
                   invalidity of claims 4-5 of U.S. patent no. 5,800,992 for
                   lack of written description of "mixture" [445-1]
                   [5:99-cv-21164] (gm) [Entry date 08/15/01] [5:99cv21164]

8/13/01    493     REPLY DECLARATION by Dr. Charles Cantor on behalf of
                   defendant Incyte Pharmaceutica in 5:99-cv-21164 in support
                   of motion for partial summary judgment of invalidity of
                   claims 4-5 of U.S. patent no. 5,800,992 for lack of written
                   description of "mixture" [445-1]  [5:99-cv-21164] (gm)
                   [Entry date 08/15/01] [5:99cv21164]

8/13/01    494     PROOF OF SERVICE by defendant Incyte Pharmaceutica in
                   5:99-cv-21164 of declaration [493-1], reply [492-1]
                   [5:99-cv-21164] (gm) [Entry date 08/15/01] [5:99cv21164]

8/13/01    495     REPLY MEMORANDUM by defendant Synteni, Inc. in
                   5:99-cv-21164, defendant Incyte Pharmaceutica in
                   5:99-cv-21164 to motion for partial summary judgment of
                   invalidity of cliams 4-5 of U.S. patent no. 5,800,992 for
                   indefinitesess of "from [or derived from] the cell types"
                   [419-1] [5:99-cv-21164] (gm) [Entry date 08/15/01]
                   [5:99cv21164]

8/13/01    496     DECLARATION by Dr. Charles Cantor on behalf of defendant
                   Incyte Pharmaceutica in 5:99-cv-21164 in support of motion
                   for partial summary judgment of invalidity of cliams 4-5 of
                   U.S. patent no. 5,800,992 for indefinitesess of "from [or
                   derived from] the cell types" [419-1]  [5:99-cv-21164] (gm)
                   [Entry date 08/15/01] [5:99cv21164]

8/13/01    497     PROOF OF SERVICE by defendant Incyte Pharmaceutica in
                   5:99-cv-21164 of declaration [496-1], reply [495-1]
                   [5:99-cv-21164] (gm) [Entry date 08/15/01] [5:99cv21164]

8/16/01    511     PROOF OF SERVICE of order [402-1], order [401-1], order
                   [399-1], order [398-1] [5:99-cv-21164] (gm)
                   [Entry date 08/28/01] [Edit date 08/29/01] [5:99cv21164]

8/20/01    509     MOTION   by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to
                   file under seal Reply in support of motion for protective
                   order regarding Incyte's discovery of Affymetix' customers;
                   declaration of Jeffrey L. Arrington [5:99-cv-21164] (gm)
                   [Entry date 08/22/01] [5:99cv21164]

8/20/01    --      RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                   5:99-cv-21164) re: motion to file under seal Reply in
                   support of motion for protective order regarding Incyte's
                   discovery of Affymetix' customers; declaration of Jeffrey
                   L. Arrington [509-1] [5:99-cv-21164] (gm)
                   [Entry date 08/22/01] [5:99cv21164]

8/21/01    498     ORDER  granting  motion to file under seal Affymetrix'
                   replies in support of its motions for summary judgment, and
                   related submissions; supporting declaration of Jeffrey L.

                    Arrington [481-1] ( Date Entered: 8/22/01) (cc:  all
                    counsel) [5:99-cv-21164] (gm) [Entry date 08/22/01]
                    [5:99cv21164]

8/21/01   499       REPLY by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in
                    support of motion for summary judgment of literal
                    infringement of claim 15 of Affymetix' '305 patent [416-1]
                    (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                    [Entry date 08/22/01] [5:99cv21164]

8/21/01   500       REPLY DECLARATION by Dr. Steven L. McKnight, Ph.D. on
                    behalf of Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in
                    support of motion for summary judgment of literal
                    infringement of claim 15 of Affymetix' '305 patent [416-1]
                    (FILED UNDER SEAL)  [5:99-cv-21164] (gm)
                    [Entry date 08/22/01] [5:99cv21164]

8/21/01   501       DECLARATION by Jeffrey L. Arrington on behalf of Plaintiff
                    Affymetrix, Inc. in 5:99-cv-21164 in support of reply
                    [499-1] (FILED UNDER SEAL)  [5:99-cv-21164] (gm)
                    [Entry date 08/22/01] [5:99cv21164]
☐

8/21/01   502       REPLY by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in
                    support of motion for summary judgment of literal
                    infringement of claims 4 & 5 of Affymetrix' '992 patent
                    [412-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                    [Entry date 08/22/01] [5:99cv21164]

8/21/01   503       DECLARATION by Jason Sheasby on behalf of Plaintiff
                    Affymetrix, Inc. in 5:99-cv-21164 in support of motion for
                    summary judgment of literal infringement of claims 4 & 5 of
                    Affymetrix' '992 patent [412-1] (FILED UNDER SEAL)
                    [5:99-cv-21164] (gm) [Entry date 08/22/01] [5:99cv21164]

8/21/01   504       REPLY DECLARATION by Dr. Steven L. McKnight, Ph.D. on
                    behalf of Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in
                    support of motion for summary judgment of literal
                    infringement of claims 4 & 5 of Affymetrix' '992 patent
                    [412-1] (FILED UNDER SEAL)  [5:99-cv-21164] (gm)
                    [Entry date 08/22/01] [5:99cv21164]

8/21/01   505       REPLY DECLARATION by Joshua Lederberg, Ph.D. on behalf of
                    Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in support of
                    motion for summary judgment of literal infringement of
                    claims 4 & 5 of Affymetrix' '992 patent [412-1] (FILED
                    UNDER SEAL)  [5:99-cv-21164] (gm) [Entry date 08/22/01]
                    [5:99cv21164]

8/21/01   506       REPLY by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in
                    support of motion for partial summary judgment re: Incyte's
                    claim of invalidity of claims 4 & 5 of Affymetrix' 992
                    patent; supporting declaration of Brian D. Ledahl [409-1]
                    (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                    [Entry date 08/22/01] [5:99cv21164]

8/21/01   507       REPLY BRIEF by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                    in support of motion for summary judgment re: Incyte's
                    interference with contract Counterclaim; supporting
                    declaration fo Eric B. Carlson [415-1] (FILED UNDER SEAL)

                    [5:99-cv-21164] (gm) [Entry date 08/22/01] [5:99cv21164]

8/21/01  508    REPLY BRIEF by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                in support of motion for summary judgment on Incyte's
                Third, Fifth, Sixth and Seventh Counterclaims; supporting
                declaration of Vern Norviel [410-1] (FILED UNDER SEAL)
                [5:99-cv-21164] (gm) [Entry date 08/22/01] [5:99cv21164]

8/21/01  510    ORDER  granting  motion to file under seal Reply in support
                of motion for protective order regarding Incyte's discovery
                of Affymetix' customers; declaration of Jeffrey L.
                Arrington [509-1] ( Date Entered: 8/22/01) (cc:  all
                counsel) [5:99-cv-21164] (gm) [Entry date 08/22/01]
                [5:99cv21164]

8/21/01  512    PROOF OF SERVICE of order [510-1] [5:99-cv-21164] (gm)
   □            [Entry date 08/29/01] [5:99cv21164]

8/21/01  515    OPPOSITION by defendant Incyte Pharmaceutica in
                5:99-cv-21164 to motion for partial summary judgment re:
                Incyte's claim of invalidity of claims 4 & 5 of Affymetrix'
                992 patent; supporting declaration of Brian D. Ledahl
                [409-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                [Entry date 08/29/01] [5:99cv21164]

8/22/01  513    MOTION  before Judge Jeremy Fogel  by Plaintiff Affymetrix,
                Inc. in 5:99-cv-21164 for leave to file additional
                declarations relating to pending moitons for summary
                judgment with Notice set for 8/27/01 at 9:00
                [5:99-cv-21164] (gm) [Entry date 08/28/01]
                [Edit date 08/29/01] [5:99cv21164]

8/23/01  514    ORDER  by Judge Jeremy Fogel  granting  motion to file under
                seal 1) Incyte's Opposition to Affymetrix' motion for
                partial summary judgment re: Incyte's cliams of invalidity
                of claims 4&5 of Affymetrix' '992 patent [for lack of
                written description]; and 2) Exhibit 5 to declaration of
                Jayna R. Whitt in opposition to Affymetrix' moiton for
                partial summary judgment re: Incyte's cliams of invalidity
                of claims 4&5 of Affymetrix' '992 patent [for lack of
                written description] [459-1] ( Date Entered: 8/28/01) (cc:
                all counsel) [5:99-cv-21164] (gm) [Entry date 08/28/01]
                [Edit date 08/29/01] [5:99cv21164]

8/23/01  516    DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of opposition
                [515-1] [5:99-cv-21164] (gm) [Entry date 08/29/01]
                [5:99cv21164]

8/23/01  517    EXHIBIT 5 to declaration [516-1] (FILED UNDER SEAL)
                [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164]

8/23/01  --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                5:99-cv-21164) re: motion for leave to file additional
                declarations relating to pending moitons for summary
                judgment [513-1] [5:99-cv-21164] (gm) [Entry date 08/29/01]
                [5:99cv21164]

8/23/01  518    OPPOSITION by defendant Incyte Pharmaceutica in

|          |     | 5:99-cv-21164 to motion for leave to file additional declarations relating to pending moitons for summary judgment [513-1] [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164] |
|----------|-----|---|
| 8/23/01  | 519 | PROOF OF SERVICE by defendant Incyte Pharmaceutica in 5:99-cv-21164 of opposition [518-1] [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164] |
| 8/23/01  | 520 | MOTION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to file under seal additional declarations relating to pending moitons for summary judgment (declaration of Steven L. McKnight, Ph.D. in opposition to Incyte's Countermotion for summary judgment on non-infringement of claims 4&5 of Affynetrix' '992 patent supporting declaration of Jeffrey L. Arrington [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164] |
| 8/23/01  | 521 | ORDER granting motion to file under seal Affymetrix' oppositions to Incyte's motions for summary judgment and related submissions; supporting declaration of Jeffrey L. Arrington [472-1] ( Date Entered: 8/29/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164] |
| 8/23/01  | 522 | OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to motion for partial summary judgment of invalidity of cliams 4-5 of U.S. patent no. 5,800,992 for indefinitesess of "from [or derived from] the cell types" [419-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164] |
| 8/23/01  | 523 | OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to motion for partial summary judgment of invalidity of claims 4-5 of U.S. patent no. 5,800,992 for lack of written description of "mixture" [445-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164] |
| 8/23/01  | 524 | OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to motion for partial summary judgment of non-infringement of U.S. patent nos. 5,744,305 and 5,445,934 [440-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164] |
| 8/23/01  | 525 | DECLARATION by Kevin Struhl, Ph.D. on behalf of Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in support of opposition [524-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164] |
| 8/23/01  | 526 | DECLARATION by Jason Sheasby on behalf of Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in support of opposition [524-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164] |
| 8/23/01  | 527 | OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to motion for partial summary judgment of invalidity of U.S. patent no. 5,744,305 for lack of written description of "predefined region" [423-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164] |

8/23/01  528    DECLARATION by Kevin Struhl, Ph.D. on behalf of Plaintiff
                Affymetrix, Inc. in 5:99-cv-21164 in support of opposition
                [527-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)

☐               [Entry date 08/29/01] [5:99cv21164]

8/23/01  529    DECLARATION by Marc A. Fenster on behalf of Plaintiff
                Affymetrix, Inc. in 5:99-cv-21164 in support of opposition
                [527-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                [Entry date 08/29/01] [5:99cv21164]

8/23/01  530    OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                to motion for partial summary judgment of invalidity of
                claims 1-3 of U.S. patent no. 5,800,992 for indefiniteness
                of "substantially complementary" [431-1] (FILED UNDER SEAL)
                [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164]

8/23/01  531    ORDER granting in part, denying in part Incyte's motion re
                scope of discovery ( Date Entered: 8/29/01) (cc: all
                counsel) [5:99-cv-21164] (gm) [Entry date 08/29/01]
                [5:99cv21164]

8/23/01  532    ORDER granting Incyte's moiton to compel production of
                Affymetrix' file histories without redaction other than for
                privilege ( Date Entered: 8/29/01) (cc: all counsel)
                [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164]

8/23/01  533    PROOF OF SERVICE of order [514-1], order [532-1]
                [5:99-cv-21164] (gm) [Entry date 08/29/01] [5:99cv21164]

8/24/01  534    CLERK'S NOTICE re equipment [5:99-cv-21164] (gm)
                [Entry date 08/29/01] [5:99cv21164]

8/27/01  535    ORDER granting motion for leave to file additional
                declarations relating to pending moitons for summary
                judgment [513-1] ( Date Entered: 8/30/01) (cc: all
                counsel) [5:99-cv-21164] (gm) [Entry date 08/30/01]
                [5:99cv21164]

8/27/01  536    DECLARATION by Kevin Struhl, Ph.D. on behalf of Plaintiff
                Affymetrix, Inc. in 5:99-cv-21164 in opposition to motion
                for partial summary judgment of invalidity of U.S. patent
                no. 5,744,305 for lack of written description of
                "predefined region" [423-1] [5:99-cv-21164] (gm)
                [Entry date 08/30/01] [5:99cv21164]

8/27/01  537    SUPPLEMENTAL DECLARATION by Jasper Rine, Ph.D. on behalf of
                Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in opposition
                to motion for partial summary judgment of invalidity of
                claims 4-5 of U.S. patent no. 5,800,992 for lack of written
                description of "mixture" [445-1] [5:99-cv-21164] (gm)
                [Entry date 08/30/01] [5:99cv21164]
☐

8/27/01  538    ORDER granting motion to file under seal additional
                declarations relating to pending moitons for summary
                judgment (declaration of Steven L. McKnight, Ph.D. in
                opposition to Incyte's Countermotion for summary judgment

|         |     |                                                                                                                                                                                                                                                                                                                            |
|---------|-----|--------------------------------------------------------------------------------------------|
|         |     | on non-infringement of claims 4&5 of Affynetrix' '992 patent [520-1] ( Date Entered: 8/30/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 08/30/01] [5:99cv21164] |
| 8/27/01 | 539 | DECLARATION by Steven L. McKnight, Ph.D. on behalf of Plaintiff Affymetrix, Inc. in 5:99-cv-21164 in opposition to motion for partial summary judgment of non-infringement of U.S. patent nos. 5,744,305 and 5,445,934 [440-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 08/30/01] [5:99cv21164] |
| 8/27/01 | 540 | ORDER modifying fact discovery cutoff Discovery cutoff set for 9/12/01 ; ( Date Entered: 8/30/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 08/30/01] [5:99cv21164] |
| 8/28/01 | 541 | PROOF OF SERVICE of Scheduling order Discovery cutoff set for 9/12/01 ; [540-1], order [540-2] [5:99-cv-21164] (gm) [Entry date 09/04/01] [5:99cv21164] |
| 8/29/01 | 543 | ORDER by Judge Jeremy Fogel overruling objection to and clarifying scope of order of Special Master dated 7/24/01 [475-1] ( Date Entered: 9/4/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 09/04/01] [5:99cv21164] |
| 8/31/01 | 542 | ORDER Discovery cutoff set for 10/12/01 ; ( Date Entered: 9/4/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 09/04/01] [5:99cv21164] |
| 9/6/01  | 544 | MOTION  before Judge Jeremy Fogel by defendant Incyte Pharmaceutica in 5:99-cv-21164 to file under seal 1. Incyte's Reply in support of its cross-motion for a summary judgement of non-infringement of claims 4 & 5 of Affymetrix' '992 patent; and 2. Reply declaration of Dr. Charles Cantor in support with Notice set for 10/9/01 at 9:00 [5:99-cv-21164] (gm) [Entry date 09/12/01] [5:99cv21164] |
| 9/6/01  | 545 | DECLARATION by Jayna R. Whitt on behalf of defendant Incyte Pharmaceutica in 5:99-cv-21164 in support of motion to file under seal 1. Incyte's Reply in support of its cross-motion for a summary judgement of non-infringement of claims 4 & 5 of Affymetrix' '992 patent; and 2. Reply declaration of Dr. Charles Cantor in support [544-1] [5:99-cv-21164] (gm) [Entry date 09/12/01] [5:99cv21164] |
| 9/6/01  | --  | RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in 5:99-cv-21164) re: motion to file under seal 1. Incyte's Reply in support of its cross-motion for a summary judgement of non-infringement of claims 4 & 5 of Affymetrix' '992 patent; and 2. Reply declaration of Dr. Charles Cantor in support [544-1] [5:99-cv-21164] (gm) [Entry date 09/12/01] [5:99cv21164] |
| 9/6/01  | 546 | PROOF OF SERVICE by defendant Incyte Pharmaceutica in 5:99-cv-21164 of order received [0-0], declaration [545-1], motion to file under seal 1. Incyte's Reply in support of its cross-motion for a summary judgement of non-infringement of claims 4 & 5 of Affymetrix' '992 patent; and 2. Reply declaration of Dr. Charles Cantor in support |

                         [544-1] [5:99-cv-21164] (gm) [Entry date 09/12/01]
                         [5:99cv21164]

9/6/01    547    RESPONSE  by defendant Incyte Pharmaceutica in
                         5:99-cv-21164 re declaration [537-1] [5:99-cv-21164] (gm)
                         [Entry date 09/12/01] [5:99cv21164]

9/6/01    548    SUPPLEMENTAL DECLARATION by Dr. Charles Cantor on behalf of
                         defendant Incyte Pharmaceutica in 5:99-cv-21164 re response
                         [547-1] [5:99-cv-21164] (gm) [Entry date 09/12/01]
                         [5:99cv21164]

9/6/01    549    DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
                         Pharmaceutica in 5:99-cv-21164 in support of response
                         [547-1] [5:99-cv-21164] (gm) [Entry date 09/12/01]
                         [5:99cv21164]

9/6/01    550    PROOF OF SERVICE by defendant Incyte Pharmaceutica in
                         5:99-cv-21164 of declaration [549-1], declaration [548-1],
                         response [547-1] [5:99-cv-21164] (gm) [Entry date 09/12/01]
                         [5:99cv21164]

9/6/01    551    MOTION  by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to
                         file under seal responsive pleadings; supporting
                         declaration of Jeffrey L. Arrington [5:99-cv-21164] (gm)
                         [Entry date 09/12/01] [5:99cv21164]

9/6/01    --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                         5:99-cv-21164) re: motion to file under seal responsive
                         pleadings; supporting declaration of Jeffrey L. Arrington
                         [551-1] [5:99-cv-21164] (gm) [Entry date 09/12/01]
                         [5:99cv21164]

9/13/01   552    REPORTER'S TRANSCRIPT; Date of proceedings: 4/16/01 ( C/R:
                         Peter Torreano)  [5:99-cv-21164] (gm) [Entry date 09/17/01]
                         [5:99cv21164]

9/17/01   553    ORDER  granting  motion to file under seal responsive
                         pleadings; supporting declaration of Jeffrey L. Arrington
                         [551-1] ( Date Entered: 9/20/01) (cc:  all counsel)
                         [5:99-cv-21164] (gm) [Entry date 09/20/01] [5:99cv21164]

9/18/01   554    ORDER re supplemental briefing of Incyte's motion for
                         partial summary judgment of invalidity of claims 4 and 5 of
                         the '992 patent for lack of written description of mixture
                         by Judge Jeremy Fogel ( Date Entered: 9/24/01) (cc: all
                         counsel) [5:99-cv-21164] (gm) [Entry date 09/24/01]
                         [5:99cv21164]

9/20/01   555    ORDER by Judge Jeremy Fogel  denying motion for partial
                         summary judgment of invalidity of U.S. patent no. 5,744,305
                         for lack of written description of "predefined region"
                         [423-1] ( Date Entered: 9/24/01) (cc:  all counsel)
                         [5:99-cv-21164] (gm) [Entry date 09/24/01] [5:99cv21164]

9/20/01   556    ORDER  by Judge Jeremy Fogel  granting  motion for partial
                         summary judgment of invalidity of claims 1-3 of U.S. patent
                         no. 5,800,992 for indefiniteness of "substantially
                         complementary" [431-1] ( Date Entered: 9/24/01) (cc:  all

counsel)  [5:99-cv-21164] (gm) [Entry date 09/24/01]
[5:99cv21164]

9/24/01  557      ORDER  by Judge Jeremy Fogel  granting  motion to file
                  under seal 1) opposition to motion for summary judgment of
                  literal infringement of claim 15 of '305 patent 2)
                  declaration of Thomas P. Theriault 3) declaration of Lyle
                  J. Arnold 4) exhibits 3,4,5,6,7,8,9,10,11,13 and 14 to
                  declaration of Jayna R. Whitt [467-1] ( Date Entered:
                  9/25/01) (cc: all counsel)  [5:99-cv-21164] (gm)
                  [Entry date 09/25/01] [5:99cv21164]

9/24/01  558      OPPOSITION by defendant Incyte Pharmaceutica in
                  5:99-cv-21164 to motion for summary judgment of literal
                  infringement of claim 15 of Affymetix' '305 patent [416-1]
                  (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                  [Entry date 09/25/01] [5:99cv21164]

9/24/01  559      DECLARATION by Thomas P. Theriault on behalf of defendant
                  Incyte Pharmaceutica in 5:99-cv-21164 in opposition to
                  motion for summary judgment of literal infringement of
                  claim 15 of Affymetix' '305 patent [416-1] (FILED UNDER
                  SEAL) [5:99-cv-21164] (gm) [Entry date 09/25/01]
                  [5:99cv21164]

9/24/01  560      DECLARATION by Lyle J. Arnold on behalf of defendant
                  Incyte Pharmaceutica in 5:99-cv-21164 in opposition to motion for
                  summary judgment of literal infringement of claim 15 of
                  Affymetix' '305 patent [416-1] (FILED UNDER SEAL)
                  [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]
         □

9/24/01  561      DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
                  Pharmaceutica in 5:99-cv-21164 in support of opposition
                  [558-1]  [5:99-cv-21164] (gm) [Entry date 09/25/01]
                  [5:99cv21164]

9/24/01  562      EXHIBITS 3,4,5,7,8,9,10,11,13 and 14 to declaration [561-1]
                  (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                  [Entry date 09/25/01] [5:99cv21164]

9/24/01  563      PROOF OF SERVICE by defendant Incyte Pharmaceutica in
                  5:99-cv-21164 of exhibits [562-1], declaration [561-1],
                  declaration [560-1], declaration [559-1], opposition
                  [558-1], order received [0-0], declaration [468-1], motion
                  to file under seal 1) opposition to motion for summary
                  judgment of literal infringement of claim 15 of '305 patent
                  2) declaration of Thomas P. Theriault 3) declaration of
                  Lyle J. Arnold 4) exhibits 3,4,5,6,7,8,9,10,11,13 and 14 to
                  declaration of Jayna R. Whitt [467-1] [5:99-cv-21164] (gm)
                  [Entry date 09/25/01] [5:99cv21164]

9/24/01  564      ORDER  by Judge Jeremy Fogel  granting  motion to file
                  under seal Incyte's opposition to Affymetrix' moiton for
                  summary judgment re: interference with contract
                  counterclaim; declaration of Catherine A. Moore in support
                  of opposition; exhibits G, J-L and P-Q to the declaration
                  of Catherine A. Moore [463-1] ( Date Entered: 9/25/01) (cc:
                  all counsel)  [5:99-cv-21164] (gm) [Entry date 09/25/01]
                  [5:99cv21164]

U.S. District Court Web PACER(v2.3) Docket Report                    Page 74 of 84

9/24/01   565    OPPOSITION by defendant Incyte Pharmaceutica in
                 5:99-cv-21164 to motion for summary judgment re: Incyte's
                 interference with contract Counterclaim; supporting
                 declaration fo Eric B. Carlson [415-1] (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]

9/24/01   566    DECLARATION by Catherine A. Moore on behalf of defendant
                 Incyte Pharmaceutica in 5:99-cv-21164 in support of
                 opposition [565-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
                 [Entry date 09/25/01] [5:99cv21164]

9/24/01   567    EXHIBIT G to the declaration [566-1] (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]

9/24/01   568    EXHIBIT J to the declaration [566-1] (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]

9/24/01   569    EXHIBIT K to the declaration [566-1] (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]

9/24/01   570    EXHIBIT L to the declaration [566-1] (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]

9/24/01   571    EXHIBIT G to the declaration [566-1] (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]
□

9/24/01   572    EXHIBITS A-F, H-I, M-P to the declaration [566-1]
                 [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]

9/24/01   --     RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
                 5:99-cv-21164) re: motion for summary judgment re: Incyte's
                 interference with contract Counterclaim; supporting
                 declaration fo Eric B. Carlson [415-1] [5:99-cv-21164] (gm)
                 [Entry date 09/25/01] [5:99cv21164]

9/24/01   573    ORDER by Judge Jeremy Fogel  granting  motion to file
                 under seal Exhibits H-J, N to the Decalration fo Catherine
                 A. Moore in support of Incyte's Response to Affymetrix'
                 motion for summary judgment on Incyte's third, fifth, sixth
                 and seventh Counterclaims; Incyte's Request for dismissal
                 without prejudice of its third, fifth, sixth and seventh
                 Counterclaims [461-1] ( Date Entered: 9/25/01) (cc:  all
                 counsel) [5:99-cv-21164] (gm) [Entry date 09/25/01]
                 [5:99cv21164]

9/24/01   574    EXHIBIT H to the declaration [462-1] (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]

9/24/01   575    EXHIBIT I to the declaration [462-1] (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]

9/24/01   576    EXHIBIT J to the declaration [462-1] (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]

9/24/01   577    EXHIBIT N to the declaration [462-1] (FILED UNDER SEAL)
                 [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]

9/24/01  --    RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
               5:99-cv-21164) re: motion for summary judgment on Incyte's
               Third, Fifth, Sixth and Seventh Counterclaims; supporting
               declaration of Vern Norviel [410-1] [5:99-cv-21164] (gm)
               [Entry date 09/25/01] [5:99cv-21164]

9/24/01  578   PROOF OF SERVICE by defendant Incyte Pharmaceutica in
               5:99-cv-21164 of order received [0-0], exhibits [577-1],
               exhibits [576-1], exhibits [575-1], exhibits [574-1], order
               [573-1], order received [0-0], exhibits [572-1], exhibits
               [571-1], exhibits [570-1], exhibits [569-1], exhibits
               [568-1], exhibits [567-1], declaration [566-1], opposition
               [565-1], declaration [462-1], order received [0-0], motion
               to file under seal Exhibits H-J, N to the Declaration fo
               Catherine A. Moore in support of Incyte's Response to
               Affymetrix' motion for summary judgment on Incyte's third,
               fifth, sixth and seventh Counterclaims; Incyte's Request
               for dismissal without prejudice of its third, fifth, sixth
               and seventh Counterclaims [461-1], declaration [471-1],
               response [470-1] [5:99-cv-21164] (gm) [Entry date 09/25/01]
               [5:99cv21164]

9/24/01  579   ORDER by Judge Jeremy Fogel  granting  motion to file
               under seal 1) Incyte's opposition to Affymetrix' motion for
               summary judgment of literal infringement of claims 4&5 of
               '992 patent 2) declaration of Thomas P. Theriault in
               opposition to motion for summary judgment 3) decalration of
               Lyle J. Arnold and 4) exhibit 1,3 and 4 to declaration of
               Jayna R. Whitt [465-1] ( Date Entered: 9/25/01) (cc:  all
               counsel)  [5:99-cv-21164] (gm) [Entry date 09/25/01]
               [5:99cv21164]

9/24/01  580   OPPOSITION by defendant Incyte Pharmaceutica in
               5:99-cv-21164 to motion for summary judgment of literal
               infringement of claims 4 & 5 of Affymetrix' '992 patent
               [412-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm)
               [Entry date 09/25/01] [5:99cv21164]

9/24/01  580   CROSS-MOTION by defendant Incyte Pharmaceutica in
               5:99-cv-21164 for summary judgment on non-infringement of
               claims 4 & 5 of Affymetrix' '992 patent (FILED UNDER SEAL)
               [5:99-cv-21164] (gm) [Entry date 09/25/01] [5:99cv21164]

9/24/01  581   DECLARATION by Thomas P. Theriault on behalf of defendant
               Incyte Pharmaceutica in 5:99-cv-21164 in support of
               opposition [580-1] (FILED UNDER SEAL)  [5:99-cv-21164] (gm)
               [Entry date 09/26/01] [5:99cv21164]

9/24/01  582   DECLARATION by Lyle Arnold on behalf of defendant Incyte
               Pharmaceutica in 5:99-cv-21164 in support of motion for
               summary judgment on non-infringement of claims 4 & 5 of
               Affymetrix' '992 patent [580-1], in support of opposition
               [580-1] (FILED UNDER SEAL)  [5:99-cv-21164] (gm)
               [Entry date 09/26/01] [5:99cv21164]

9/24/01  583   DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
               Pharmaceutica in 5:99-cv-21164 in support of motion for
               summary judgment on non-infringement of claims 4 & 5 of
               Affymetrix' '992 patent [580-1], in support of opposition

|          |     | |
|----------|-----|---|
| | | [580-1]  [5:99-cv-21164] (gm) [Entry date 09/26/01] [5:99cv21164] |
| 9/24/01 | 584 | EXHIBITS 1,3 and 4 to the declaration [583-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 09/26/01] [5:99cv21164] |
| 9/24/01 | 585 | EXHIBIT 1 to the declaration [583-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 09/26/01] [5:99cv21164] |
| 9/24/01 | 586 | EXHIBITS to the declaration [583-1] (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 09/26/01] [5:99cv21164] |
| 9/24/01 | -- | RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in 5:99-cv-21164) re: motion for summary judgment on non-infringement of claims 4 & 5 of Affymetrix' '992 patent [580-1] [5:99-cv-21164] (gm) [Entry date 09/26/01]  [5:99cv21164] |
| 9/24/01 | 587 | PROOF OF SERVICE by defendant Incyte Pharmaceutica in 5:99-cv-21164 of motion for summary judgment on non-infringement of claims 4 & 5 of Affymetrix' '992 patent [580-1], opposition [580-1], order [579-1], order received [0-0], exhibits [586-1], exhibits [585-1], exhibits [584-1], declaration [583-1], declaration [582-1], declaration [581-1] [5:99-cv-21164] (gm) [Entry date 09/26/01] [5:99cv21164] |
| 9/24/01 | 588 | ORDER by Judge Jeremy Fogel granting motion to file Reply Brief to exceed page limitation [480-1] ( Date Entered: 9/26/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 09/26/01] [5:99cv21164] |
| 9/24/01 | 589 | ORDER by Judge Jeremy Fogel granting motion to file an Opposition to Affymetix' moiton for summary judgment of literal infringement of claim 15 of '305 patent in excess of the local rule to exceed page limitation [458-1] ( Date Entered: 9/26/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 09/26/01] [5:99cv21164] |
| 9/28/01 | 590 | LETTER dated 9/28/01 from Richard De Bodo in 5:99-cv-21164 from Affymetrix, Inc. in 5:99-cv-21164 [5:99-cv-21164] (gm) [Entry date 10/02/01] [5:99cv21164] |
| 9/28/01 | 591 | REPORT AND RECOMMENDATION to Judge Jeremy Fogel concerning (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 10/04/01] [5:99cv21164] |
| 10/1/01 | 592 | ORDER denying Incyte's motion for sanctions regarding commercial success production by Judge Jeremy Fogel ( Date Entered: 10/4/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 10/04/01] [5:99cv21164] |
| 10/3/01 | 593 | LETTER BRIEF FILED to Judge Ambler concerning discovery motions by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 [5:99-cv-21164] (gm) [Entry date 10/10/01] [5:99cv21164] |
| 10/3/01 | 594 | DECLARATION by Teresa M. Corbin on behalf of defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte |

|  |  |  |
|---|---|---|
|  |  | Pharmaceutica in 5:99-cv-21164 in support of motion to compel information relating to Incyte's introgatory responses [312-1] [5:99-cv-21164] (gm) [Entry date 10/10/01] [5:99cv21164] |
| 10/3/01 | 595 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of declaration [594-1] [5:99-cv-21164] (gm) [Entry date 10/10/01] [5:99cv21164] |
| 10/3/01 | 596 | DECLARATION by Teresa M. Corbin in support of Incyte's motion to compel production of materials form UK cases on behalf of defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 [5:99-cv-21164] (gm) [Entry date 10/10/01] [5:99cv21164] |
| 10/3/01 | 597 | PROOF OF SERVICE by defendant Synteni, Inc. in 5:99-cv-21164, defendant Incyte Pharmaceutica in 5:99-cv-21164 of declaration [596-1] [5:99-cv-21164] (gm) [Entry date 10/10/01] [5:99cv21164] |
| 10/3/01 | 598 | ORDER by Judge Jeremy Fogel granting motion for partial summary judgment of invalidity of claims 4-5 of U.S. patent no. 5,800,992 for lack of written description of "mixture" [445-1], denying motion for partial summary judgment re: Incyte's claim of invalidity of claims 4 & 5 of Affymetrix' 992 patent; supporting declaration of Brian D. Ledahl [409-1], denying motion for partial summary judgment of invalidity of cliams 4-5 of U.S. patent no. 5,800,992 for indefinitesess of "from [or derived from] the cell types" [419-1] ( Date Entered: 10/10/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 10/10/01] [5:99cv21164] |
| 10/5/01 | 599 | LETTER BRIEF dated 10/4/01 from Jeffrey L. Arrington in 5:99-cv-21164 from Affymetrix, Inc. in 5:99-cv-21164, Affymetrix, Inc. in 5:99-cv-21164 [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164] |
| 10/9/01 | 600 | MOTION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to file under seal Letter Brief to Judge Ambler in opposition to Incyte's motion to compel interrogatory responses [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164] |
| 10/9/01 | -- | RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in 5:99-cv-21164) re: motion to file under seal Letter Brief to Judge Ambler in opposition to Incyte's motion to compel interrogatory responses [600-1] [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164] |
| 10/9/01 | 601 | ORDER granting motion to file under seal Letter Brief to Judge Ambler in opposition to Incyte's motion to compel interrogatory responses [600-1] ( Date Entered: 10/15/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164] |
| 10/9/01 | 602 | LETTER BRIEF to Judge Ambler in opposition to Incyte's moiton to compel interrogatory responses by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164] |

10/9/01   603      MOTION   by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to
                   file under seal to Judge Ambler in support of Affyetrix'
                   motion to compel; supporting declaration fo Jeffrey L.
                   Arrington [5:99-cv-21164] (gm) [Entry date 10/15/01)

☐
                   [Edit date 10/15/01] [5:99cv21164]

10/9/01   --       RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                   5:99-cv-21164) re: motion to file under seal to Judge
                   Ambler in support of Affyetrix' motion to compel;
                   supporting declaration fo Jeffrey L. Arrington [603-1]
                   [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164]

10/9/01   604      MOTION   by defendant Incyte Pharmaceutica in 5:99-cv-21164
                   to file under seal Letter Brief, Exhibit A and J to the
                   declaration of Andrew Eliseev [5:99-cv-21164] (gm)
                   [Entry date 10/15/01] [5:99cv21164]

10/9/01   605      DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
                   Pharmaceutica in 5:99-cv-21164 in support of motion to file
                   under seal Letter Brief, Exhibit A and J to the declaration
                   of Andrew Eliseev [604-1]  [5:99-cv-21164] (gm)
                   [Entry date 10/15/01] [5:99cv21164]

10/9/01   606      ORDER  granting  motion to file under seal Letter Brief,
                   Exhibit A and J to the declaration of Andrew Eliseev
                   [604-1] ( Date Entered: 10/15/01) (cc:  all counsel)
                   [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164]

10/9/01   607      LETTER BRIEF in support of Incyte's motion to compel
                   responses to Incute's second set of interrogatories by
                   defendant Incyte Pharmaceutica in 5:99-cv-21164 (FILED
                   UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 10/15/01]
                   [5:99cv21164]

10/9/01   608      DECLARATION by Andrew Eliseev on behalf of defendant Incyte
                   Pharmaceutica in support of Incyte's motion to compel
                   responses to Incyte's second set of interrogatories in
                   5:99-cv-21164  [5:99-cv-21164] (gm) [Entry date 10/15/01]
                   [5:99cv21164]

10/9/01   609      EXHIBIT A to declaration [608-1] (FILED UNDER SEAL)
                   [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164]

10/9/01   610      EXHIBIT J to declaration [608-1] (FILED UDNER SEAL)
                   [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164]

10/9/01   611      PROOF OF SERVICE by defendant Incyte Pharmaceutica in
                   5:99-cv-21164 of exhibits [610-1], exhibits [609-1],
                   declaration [608-1], brief [607-1], order [606-1],
                   declaration [605-1], motion to file under seal Letter
                   Brief, Exhibit A and J to the declaration of Andrew Eliseev
                   [604-1] [5:99-cv-21164] (gm) [Entry date 10/15/01]
                   [5:99cv21164]

10/9/01   612      MOTION   by defendant Incyte Pharmaceutica in 5:99-cv-21164
                   to file under seal exhibits 2,7,14,20,23 and 25 to the
                   Declaration of Jayna R. Whitt [5:99-cv-21164] (gm)

[Entry date 10/15/01] [5:99cv21164]

☐

10/9/01  613    DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
                Pharmaceutica in 5:99-cv-21164 in support of motion to file
                under seal exhibits 2,7,14,20,23 and 25 to the Declaration
                of Jayna R. Whitt [612-1]. [5:99-cv-21164] (gm)
                [Entry date 10/15/01] [5:99cv21164]

10/9/01  614    ORDER granting motion to file under seal exhibits
                2,7,14,20,23 and 25 to the Declaration of Jayna R. Whitt
                [612-1] ( Date Entered: 10/15/01) (cc:  all counsel)
                [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164]

10/9/01  615    DECLARATION by Jayna R. Whitt on behalf of defendant Incyte
                Pharmaceutica in support of Incyte's motion to compel
                production of Mterials from UK cases in 5:99-cv-21164
                [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164]

10/9/01  616    EXHIBIT 2 to the declaration [615-1] (FILED UNDER SEAL)
                [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164]

10/9/01  617    EXHIBIT 7 to the declaration [615-1] (FILED UNDER SEAL)
                [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164]

10/9/01  618    EXHIBIT 14 to the declaration [615-1] (FILED UNDER SEAL)
                [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164]

10/9/01  619    EXHIBIT 20 to the declaration [615-1] (FILED UNDER SEAL)
                [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164]

10/9/01  620    EXHIBIT 23 to the declaration [615-1] (FILED UNDER SEAL)
                [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164]

10/9/01  621    EXHIBIT 25 to the declaration [615-1] (FILED UNDER SEAL)
                [5:99-cv-21164] (gm) [Entry date 10/15/01] [5:99cv21164]

10/9/01  622    PROOF OF SERVICE by defendant Incyte Pharmaceutica in
                5:99-cv-21164 of declaration [615-1], order [614-1],
                declaration [613-1], motion to file under seal exhibits
                2,7,14,20,23 and 25 to the Declaration of Jayna R. Whitt
                [612-1] [5:99-cv-21164] (gm) [Entry date 10/15/01]
                [5:99cv21164]

10/11/01 623    ORDER granting request to file under seal exhibits B and D
                to Incyte's Letter Brief ( Date Entered: 10/15/01) (cc: all
                counsel) [5:99-cv-21164] (gm) [Entry date 10/15/01]
                [5:99cv21164]

10/12/01 624    NOTICE OF MOTION AND MOTION before Judge Jeremy Fogel by
                defendant Incyte Pharmaceutica in 5:99-cv-21164 to dismiss
                counterclaim III for lack of subject matter jurisdiction
                with Notice set for [5:99-cv-21164] (lrd)
                [Entry date 10/24/01] [5:99cv21164]
☐

10/12/01 --     RECEIVED Proposed Order ( defendant Incyte Pharmaceutica in
                5:99-cv-21164) re: motion to dismiss counterclaim III for
                lack of subject matter jurisdiction [624-1] [5:99-cv-21164]
                (lrd) [Entry date 10/24/01] [5:99cv21164]

10/12/01 625    PROOF OF SERVICE by defendant in 5:99-cv-21164 of order
                received [0-0], motion to dismiss counterclaim III for lack
                of subject matter jurisdiction [624-1] [5:99-cv-21164] (lrd)
                [Entry date 10/24/01] [5:99cv21164]

10/12/01 627    MOTION   before Judge Jeremy Fogel  by defendant in
                5:99-cv-21164 to unseal   with Notice set for 10/16/01
                1:30pm [5:99-cv-21164] (lrd) [Entry date 10/24/01]
                [5:99cv21164]

10/12/01 628    DECLARATION by Catherine A. Moore on behalf of defendant in
                5:99-cv-21164 re letter [599-1]  [5:99-cv-21164] (lrd)
                [Entry date 10/24/01] [5:99cv21164]

10/12/01 --     RECEIVED Proposed Order ( defendant in 5:99-cv-21164) re:
                motion to unseal [627-1] [5:99-cv-21164] (lrd)
                [Entry date 10/24/01] [5:99cv21164]

10/15/01 633    ORDER re: set-up of audio-vidsual equipment for 10/16/01
                hearing by Judge Jeremy Fogel ( Date Entered: 10/25/01)
                (cc: all counsel) [5:99-cv-21164] (gm)
                [Entry date 10/25/01] [5:99cv21164]

10/15/01 634    ORDER re delivery of equipment and courtroom set up for
                hearing by Judge Jeremy Fogel ( Date Entered: 10/25/01)
                (cc: all counsel) [5:99-cv-21164] (gm)
                [Entry date 10/25/01] [5:99cv21164]

10/15/01 635    ORDER  by Judge Jeremy Fogel  granting  motion to file
                under seal to Judge Ambler in support of Affyetrix' motion
                to compel; supporting declaration fo Jeffrey L. Arrington
                [603-1] ( Date Entered: 10/25/01) (cc:  all counsel)
                [5:99-cv-21164] (gm) [Entry date 10/25/01] [5:99cv21164]

10/15/01 636    LETTER REPLY BRIEF FILED by Plaintiff Affymetrix, Inc. in
                5:99-cv-21164 in support of motion to compel information
                relating to Incyte's intrrogatory responses [312-1] (FILED
                UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 10/25/01]
                [5:99cv21164]

10/16/01 637    MOTION   by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to
                file under seal letter reply brief to Judge Ambler in
                support of Affymetrix' motion to compel; supporting
                declaration of Jeffrey L. Arrington  [5:99-cv-21164] (gm)
                [Entry date 10/25/01] [5:99cv21164]
□

10/16/01 638    ORDER  granting  motion to file under seal letter reply
                brief to Judge Ambler in support of Affymetrix' motion to
                compel; supporting declaration of Jeffrey L. Arrington
                [637-1] ( Date Entered: 10/25/01) (cc:  all counsel)
                [5:99-cv-21164] (gm) [Entry date 10/25/01] [5:99cv21164]

10/17/01 631    SETTLEMENT CONFERENCE MINUTES: ( C/R P. Torreano) ( Hearing
                Date: 10/16/01) , sched. Settlement conf. (Mag) at 1:30
                12/3/01 ;, cutoff date for expert discovery is 12/17/01 ;
                Deadline for all motion filings is 1/28/02 ;
                [5:99-cv-21164] (cv) [Entry date 10/25/01] [5:99cv21164]

10/17/01 632    ORDER by Judge Jeremy Fogel granting motion to seal
                exhibits 1-4 to the declaration of C. A. Moore in support
                of opposition. [627-1] ( Date Entered: 10/25/01) (cc: all
                counsel) [5:99-cv-21164] (cv) [Entry date 10/25/01]
                [5:99cv21164]

10/18/01 630    REPORTER'S TRANSCRIPT; Date of proceedings: 10/16/01 (
                C/R: P. Torreano) [5:99-cv-21164] (cv)
                [Entry date 10/24/01] [5:99cv21164]

10/18/01 639    ORDER by Judge Jeremy Fogel Re: motion for summary judgment
                re: Incyte's interference with contract Counterclaim; (
                Date Entered: 10/26/01) (cc: all counsel) [5:99-cv-21164]
                (cv) [Entry date 10/26/01] [5:99cv21164]

10/19/01 640    OPPOSITION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164
                to motion for protective order re Dr. Michael C. Pirrung
                [183-1] [5:99-cv-21164] (gm) [Entry date 10/26/01]
                [5:99cv21164]

10/23/01 641    MOTION before Judge Jeremy Fogel by Movant Stanford
                University in 5:99-cv-21164 for attorney Mark C. Fleming
                to appear pro hac vice . Fee status paid.
                [5:99-cv-21164] (gm) [Entry date 10/31/01] [5:99cv21164]

10/23/01 642    ORDER by Judge Ronald M. Whyte granting motion for
                attorney Mark C. Fleming to appear pro hac vice . Fee
                status paid. [641-1] ( Date Entered: 10/31/01) (cc: all
                counsel) [5:99-cv-21164] (gm) [Entry date 10/31/01]
                [5:99cv21164]

10/24/01 626    SUPPLEMENTAL DECLARATION by Catherine A. Moore on behalf of
                defendant in 5:99-cv-21164 re opposition [580-1]
                [5:99-cv-21164] (lrd) [Entry date 10/24/01] [5:99cv21164]

10/24/01 629    PROOF OF SERVICE by defendant in 5:99-cv-21164 of
                declaration [626-1], order received [0-0], declaration
                [628-1], motion to unseal [627-1] [5:99-cv-21164] (lrd)
                [Entry date 10/24/01] [5:99cv21164]
☐

10/24/01 643    MOTION with memorandum in support by Movant Stanford
                University in 5:99-cv-21164 for protective order
                [5:99-cv-21164] (gm) [Entry date 10/31/01] [5:99cv21164]

10/24/01 644    REPLY MEMORANDUM by Movant Stanford University in
                5:99-cv-21164 re motion for protective order [643-1]
                [5:99-cv-21164] (gm) [Entry date 10/31/01] [5:99cv21164]

10/24/01 645    DECLARATION by Mark C. Fleming on behalf of Movant Stanford
                University in 5:99-cv-21164 in support of motion for
                protective order [643-1] [5:99-cv-21164] (gm)
                [Entry date 10/31/01] [5:99cv21164]

10/24/01 646    SUPPLEMENTAL DECLARATION by Mark C. Fleming on behalf of
                Movant Stanford University in 5:99-cv-21164 in support of
                motion for protective order [643-1] [5:99-cv-21164] (gm)
                [Entry date 10/31/01] [5:99cv21164]

10/24/01 --     RECEIVED Proposed Order ( Movant Stanford University in
                5:99-cv-21164) re: motion for protective order [643-1]
                [5:99-cv-21164] (gm) [Entry date 10/31/01] [5:99cv21164]

10/24/01 647    PROOF OF SERVICE by Movant Stanford University in
                5:99-cv-21164 of order received [0-0], declaration [646-1],
                declaration [645-1], reply [644-1], motion for protective
                order [643-1], service [629-1], declaration [626-1]
                [5:99-cv-21164] (gm) [Entry date 10/31/01] [5:99cv21164]

10/24/01 648    ORDER by Hon. Read Ambler - Special Master modiying cutoff
                for filing of fact discovery motions ( Date Entered:
                10/31/01) (cc: all counsel) [5:99-cv-21164] (gm)
                [Entry date 10/31/01] [5:99cv21164]

10/24/01 649    ORDER by Judge Jeremy Fogel granting motion for summary
                judgment on Incyte's Third, Fifth, Sixth and Seventh
                Counterclaims; supporting declaration of Vern Norviel
                [410-1] ( Date Entered: 10/31/01) (cc:  all counsel)
                [5:99-cv-21164] (gm) [Entry date 10/31/01] [5:99cv21164]

10/31/01 650    DECLARATION by Teresa M. Borbin re motion to extend case
                schedule in the form of a letter brief submitted to Special
                Master Read Ambler on behalf of defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164  [5:99-cv-21164] (gm) [Entry date 11/05/01]
                [5:99cv21164]

10/31/01 651    PROOF OF SERVICE by defendant Synteni, Inc. in
                5:99-cv-21164, defendant Incyte Pharmaceutica in
                5:99-cv-21164 of declaration [650-1] [5:99-cv-21164] (gm)
                [Entry date 11/05/01] [5:99cv21164]

10/31/01 652    MOTION  by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to
                file under seal Letter Brief to Judge Ambler regarding
                scheduling issues; supporting declaration of Jeffrey L.
                Arrington [5:99-cv-21164] (gm) [Entry date 11/05/01]
                [5:99cv21164]

10/31/01 --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in
                5:99-cv-21164) re: motion to file under seal Letter Brief
                to Judge Ambler regarding scheduling issues; supporting
                declaration of Jeffrey L. Arrington [652-1] [5:99-cv-21164]
                (gm) [Entry date 11/05/01] [5:99cv21164]

11/2/01  653    ORDER  granting  motion to file under seal Letter Brief to
                Judge Ambler regarding scheduling issues; supporting
                declaration of Jeffrey L. Arrington [652-1] ( Date Entered:
                11/6/01) (cc: all counsel)  [5:99-cv-21164] (gm)
                [Entry date 11/06/01] [5:99cv21164]

11/5/01  654    LETTER BRIEF to Judge Ambler regarding scheduling issues by
                Plaintiff Affymetrix, Inc. in 5:99-cv-21164 (FILED UNDER
                SEAL) [5:99-cv-21164] (gm) [Entry date 11/06/01]
                [5:99cv21164]

11/9/01  --     RECEIVED Proposed Order modifying schedule ( Special Master

|  |  |  |
|---|---|---|
|  |  | Read Ambler in 5:99-cv-21164) [5:99-cv-21164] (gm) [Entry date 11/13/01] [5:99cv21164] |
| 11/9/01 | 655 | MOTION by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 to file under seal Motion for entry of final judgment [5:99-cv-21164] (gm) [Entry date 11/13/01] [5:99cv21164] |
| 11/9/01 | -- | RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in 5:99-cv-21164) re: motion to file under seal Motion for entry of final judgment [655-1] [5:99-cv-21164] (gm) [Entry date 11/13/01] [5:99cv21164] |
| 11/9/01 | -- | RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. in 5:99-cv-21164) re: motion to file under seal Motion for entry of final judgment [655-1] [5:99-cv-21164] (gm) [Entry date 11/13/01] [5:99cv21164] |
| 11/14/01 | 656 | ORDER granting motion to file under seal Motion for entry of final judgment [655-1] ( Date Entered: 11/16/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 11/16/01] [5:99cv21164] |
| 11/14/01 | 657 | NOTICE OF MOTION AND MOTION before Judge Jeremy Fogel by Plaintiff Affymetrix, Inc. in 5:99-cv-21164 for entry of final judgment supporting declarations of Stephen P.A. Fodor, Ph.D. and Jeffrey L. Arrington with Notice set for 12/17/01 at 9:00 (FILED UNDER SEAL) [5:99-cv-21164] (gm) [Entry date 11/16/01] [5:99cv21164] |
| 11/20/01 | 658 | EXHIBIT 1 to declaration [628-1] (FILED UNDER SEAL) re Order filed on 10/17/01 [5:99-cv-21164] (gm) [Entry date 11/21/01] [5:99cv21164] |
| 11/20/01 | 659 | EXHIBIT 2 to declaration [628-1] (FILED UNDER SEAL) re order filed 10/17/01 [5:99-cv-21164] (gm) [Entry date 11/21/01] [5:99cv21164] |
| 11/20/01 | 660 | EXHIBIT 3 to declaration [628-1] (FILED UNDER SEAL) re order filed on 10/17/01 [5:99-cv-21164] (gm) [Entry date 11/21/01] [5:99cv21164] |
| 11/20/01 | 661 | EXHIBIT 4 to declaration [628-1] (FILED UNDER SEAL) re order filed on 10/17/01 [5:99-cv-21164] (gm) [Entry date 11/21/01] [5:99cv21164] |
| 11/21/01 | 662 | ORDER granting motion for protective order [643-1] ( Date Entered: 11/26/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 11/26/01] [5:99cv21164] |
| 11/26/01 | 663 | ORDER by Judge Jeremy Fogel Discovery cutoff set for 11/16/01 ; Deadline for all motion filings is 2/4/02 ; All motions will be heard by 3/11/02 ; Pretrial conference set for 4/19/02 ; Trial will be held 4/29/02 ; cutoff date for expert discovery is 1/28/02 ; pre-trial filings due by 4/15/02 ; ( Date Entered: 11/29/01) (cc: all counsel) [5:99-cv-21164] (gm) [Entry date 11/29/01] [5:99cv21164] |
| 12/10/01 | 664 | SETTLEMENT CONFERENCE MINUTES: ( C/R PEter Torreano) ( Hearing Date: 12/3/01) Settlement conference held, |

Settlement conference will be held 11:00 12/17/01 ;
[5:99-cv-21164] (gm) [Entry date 12/12/01] [5:99cv21164]

12/17/01  665    SETTLEMENT CONFERENCE MINUTES: ( C/R P. Torreano) ( Hearing
                 Date: 12/17/01)  Settlement conference held, Settlement
                 conference will be held 10:00 12/21/01 ;, cutoff date for
                 expert discovery is 1/28/02 ; Deadline for all motion
                 filings is 3/11/02 ; [5:99-cv-21164] (cv)
                 [Entry date 12/19/01] [5:99cv21164]

12/21/01  666    MINUTES: re: both parties have agreed and filed a
                 stipulation to dismiss entire action with prejudice
                 c-99-21164;c-99-21165;c-20065; case 99-21111 will remain
                 open; a Status Conf. Hearing has been scheduled for
                 1/15/02 at 1:30 pm ( C/R Peter Torreano) ( Hearing Date:
                 12/21/01) [5:99-cv-21164] (lrd) [Entry date 12/28/01]
                 [5:99cv21164]

12/21/01  667    NOTICE AND ORDER OF DISMISSAL by defendant Synteni, Inc. in
                 5:99-cv-21164, defendant Incyte Pharmaceutica in
                 5:99-cv-21164.  Judge Jeremy Fogel (5:99-cv-21163
                 5:99-cv-21111 5:99-cv-21164 5:99-cv-21111 5:99-cv-21165
                 5:99-cv-21164 5:99-cv-21111)  (cc: all counsel)
                 [5:99-cv-21164] (lrd) [Entry date 12/28/01] [5:99cv21164]

☐

---

Case Flags:
TERMED
CONSOL
PROTO
R/R

---

END OF DOCKET: 5:99cv21164

---

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/22/2005 18:31:37 | | |
| PACER Login: | ke1070 | Client Code: | 41250-0001 |
| Description: | docket report | Search Criteria: | 5:99cv21164 |
| Billable Pages: | 94 | Cost: | 7.52 |

# EXHIBIT I

PATENT
Attorney File No.: 1000.1B10



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Examiner:     TBD |
| FODOR, et al. | Art Unit:     1656 |
| Application No.: 10/098,203 | INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR §1.97 and §1.98 |
| Filed: March 15, 2002 | |
| For:  NUCLEIC ACID READING AND ANALYSIS SYSTEM | |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Applicants are hereby submitting references for the Examiner's consideration. However, they are mindful of the large number of references that have been cited in the IDS and attendant 1449 form filed herewith. These references have arisen during multiple litigations and oppositions involving patents that relate to the present application as well as the normal course of prosecution. Applicants have cited them to fulfill their duty of disclosure. In an effort to make the review of these references more manageable on the Examiner, Applicants have provided the PTO with multiple copies of two compact discs (CDs) with the references available for electronically viewing or searching. Previous versions of this IDS and CD set have been submitted to the PTO for references that were available at the time that the CDs were created. The current IDS incorporates additional references that have recently been disclosed in more recent litigation and a new version of the CDs (Version 3) has been prepared and sent to the PTO as discussed below.

Applicants representative, Mr. Philip McGarrigle, has provided the revised CDs to Supervisory Primary Examiners Michael Woodward and Gary Jones, and Special Examiner

Fodor, et al.                                                    <u>PATENT</u>
Application No.: 10/098,203
Page 2

Cecilia Tsang. Previous versions were also given to these supervisors and Group Director

John Doll. The CDs given to Mssrs. Woodward and Jones were for distribution to individual

Examiners within their respective groups as they saw fit. The CDs presented to Examiner

Tsang were to accompany the hard copies of the references in the IDS, which are in a central

location in her office for the availability of all Examiners.

Of the two CDs that make up the IDS, one contains the articles and another

contains patents/published applications. The CD containing the articles is in .pdf format and

can be viewed by selecting the appropriate article as discussed below. The patent CD contains

text versions and versions of the patents with the appropriate figures. It is fully searchable and

contains a program that has the ability to search for specific terms or to use Boolean logic to

formulate more specific searches. There are links within each full text patent to the patents

that are cited therein.

The vendor who prepared the patent literature CD suggests that you open the

README.HTML file in the root directory of the CD before use. It contains the directions on

how to use the CD, as well as a hyperlink to the patent list. The CD that contains the articles

suggests that you open "Index" or "Index2" to view images. You will see 1449 type forms

which list the articles which can be opened by clicking on the hyperlinked number of the

article in the left hand column.

Additionally, Applicants would like to notify the Examiner of inter party

matters that relate to the present application. Two commonly owned patents US 5,744,305 and

US 5,800,992 were involved in interference proceedings. Specifically, the interferences were

Interference No. 104,359 between commonly owned US 5,744,305 and Brown et al., USSN

08/688,488, and Interference No. 104,358 between commonly owned US 5,800,992 and USSN

08/514,875. Both interferences were decided (subject to the current appeal in District Court of

Northern California, Civil Case No. C99 21111-JF/EAI) by the USPTO in favor of real party

in interest Affymetrix, the assignee of the present application. The Junior party challenged the

Fodor, et al.
Application No.: 10/098,203
Page 3

PATENT

patents on the basis of lack of enablement and written description under 35 USC §112, among other issues. The Junior party's initial position is set out in papers (with supporting information) entitled "Request for Declaration of Interference, 37 C.F.R. §1.608" in both interferences. The initial response of Senior party Patentee is set out in papers (with supporting information) entitled "Fodor's Opposition to Brown's Rule 608(b) Request" in both interferences.

Further, US 5,744,305 and US 5,800,992 are the subject of litigation (*Affymetrix, Inc. v. Hyseq,Inc.,* US District Court for the Northern District of California, San Francisco Division, Civil Action No. C98-03192 FMS, and *Affymetrix. v. Synteni, Inc. and Incyte Pharmaceuticals, Inc.,* US District Court for the Northern District of California, San Francisco, Case No. C98-4508 FMS (MEJ)). In the course of these proceedings, allegations of invalidity over prior art, lack of enablement, lack of support and inequitable conduct (relating to duty of candor, content of declarations under 37 CR §1,132, and arguments made during prosecution) were raised. These allegations are denied. In a more recent lawsuit with Incyte Genomics (*Incyte Genomics Inc. v. Affymetrix,* U.S. District Court, Northern district of California, San Francisco division and is Case No. C 00-3210 JF.); Affymetrix counterclaimed for patent infringement under U.S. patent 5,871,928 ('928) and 6,040,193. The '928 patent is in a related family to USPN 5,800,992 (above). Incyte filed their "Initial Disclosure of Prior Art" and the references cited therein have been included into the current IDS. Both the Hyseq and Incyte litigations were settled.

Further, oppositions have been filed against a related European application EP 619,321 in the European Patent Office, and a revocation proceeding was brought in the United Kingdom against related patents GB 2,248,840 and EP (UK) 0619 321. Collectively, these proceedings have generated a considerable number of references, which were cited on the information disclosure statement and CDs filed above. Applicants can provide copies of

Fodor, et al.
Application No.: 10/098,203
Page 4

litigation documents that may be of interest to the Examiner, but have not done so due to the extensive nature of the multiple litigation and papers filed therein.

Applicants also wish to identify another interference that was declared between an application that is related to the present application. The application serial number is USSN 09/063,933 and the interference was declared with U.S. Patent No. 6,054,270 (E. Southern). The interference number was 104,658. There was an associated lawsuit in the Delaware District Court based on a related patent naming E. Southern, USPN, 5,800,637, and that was settled.

Hard copies of the references cited on the attached form PTO-1449 can be found in a "Master Binder Set" originally submitted to Examiner Tsang on January 27, 2000 and supplemented on dates thereafter.

As provided for by 37 CFR 1.97(g) and (h), no inference should be made that the information and references cited are prior art merely because they are in this statement and no representation is being made that a search has been conducted or that this statement encompasses all the possible relevant information.

Applicant believes that no fee is required for submission of this statement, since it is being submitted prior to the first Office Action. However, if a fee is required, the Commissioner is authorized to deduct such fee from the undersigned's Deposit Account No. 01-0431. Please deduct any additional fees from, or credit any overpayment to, the above-noted Deposit Account.

Respectfully submitted,

Philip L. McGarrigle
Reg. No. 31,395

Affymetrix, Inc.
3380 Central Expressway
Santa Clara, CA 95051

06-30-cr

03C0

PTO/SB/21 (6-98)
Approved for use through 09/30/2000. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box ——▶ ☐

| TRANSMITTAL FORM | Application Number | 10/098,203 |
|---|---|---|
| | Filing Date | 3/15/02 |
| | First Named Inventor | Fodor, et. al. |
| *(to be used for all correspondence after initial filing)* | Group Art Unit | TBD |
| | Examiner Name | TBD |
| Total Number of Pages In This Submission | Attorney Docket Number | 1000.1b10 |

**ENCLOSURES** *(check all that apply)*

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Assignment Papers *(for an Application)* | ☐ After Allowance Communication to Group |
| ☐ Fee Attached | ☐ Drawing(s) | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☐ Amendment / Response | ☐ Licensing-related Papers | ☐ Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)* |
| ☐ After Final | ☐ Petition Routing Slip (PTO/SB/69) and Accompanying Petition | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Petition to Convert to a Provisional Application | ☐ Status Letter |
| ☐ Extension of Time Request | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☒ Additional Enclosure(s) *(please identify below)*: |
| ☐ Express Abandonment Request | ☐ Terminal Disclaimer | Return postcard |
| ☒ Information Disclosure Statement | ☐ Small Entity Statement | |
| ☐ Certified Copy of Priority Document(s) | ☐ Request for Refund | |
| ☐ Response to Missing Parts/ Incomplete Application | Remarks | Charge any additional fees required under 37 CFR 1.16 and 1.17 to Account No. 01-0431 |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT**

| Firm or Individual name | Philip L. McGarrigle- Reg No. 31,395 |
|---|---|
| Signature | *[signature]* |
| Date | 5/30/02 |

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date:

| Typed or printed name | |
|---|---|
| Signature | Date |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be send to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.