# EXHIBIT 1

REDACTED

# EXHIBIT 2

REDACTED

# EXHIBIT 3

REDACTED

EXHIBIT 4

REDACTED

# EXHIBIT 5

REDACTED

EXHIBIT 6

REDACTED

# EXHIBIT 7

REDACTED

# EXHIBIT 8

REDACTED

EXHIBIT 9

REDACTED

# EXHIBIT 10

REDACTED

EXHIBIT 11

REDACTED

# EXHIBIT 12

REDACTED

EXHIBIT 13

REDACTED

EXHIBIT 14

REDACTED

EXHIBIT 15

REDACTED

EXHIBIT 16

REDACTED

EXHIBIT 17

REDACTED

# EXHIBIT 18

REDACTED

# EXHIBIT 19

REDACTED

EXHIBIT 20

REDACTED

EXHIBIT 21

REDACTED

EXHIBIT 22

REDACTED

EXHIBIT 23

REDACTED

EXHIBIT 24

REDACTED

EXHIBIT 25

REDACTED

EXHIBIT 26

REDACTED