IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., <br><br>　　Plaintiff/Counter-Defendant, <br><br>　v. <br><br>ILLUMINA, INC., <br><br>　　Defendant/Counter-Plaintiff. | C.A. No. 04-901-JJF <br><br> **REDACTED VERSION** |

### DECLARATION OF STANLEY J. BENKOSKI IN SUPPORT OF AFFYMETRIX, INC.S ANSWER TO ILLUMINA'S SUPPLEMENTAL BRIEF RE MOTION TO DISMISS COUNT 2

　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP
　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　Maryellen Noreika (#3208)
　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　Wilmington, DE  19899-1347
　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff/Counter-Defendant*
　　　　　　　　　　　　　　　　*Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

Original Filing Date:  July 7, 2006


Redacted Filing Date:  August 1, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> ILLUMINA, INC., <br><br> Defendant/Counter-Plaintiff. | C.A. No. 04-901-JJF |

**DECLARATION OF STANLEY J. BENKOSKI IN SUPPORT OF AFFYMETRIX, INC.'S ANSWER TO ILLUMINA'S SUPPLEMENTAL BRIEF RE MOTION TO DISMISS COUNT 2**

I, Stanley J. Benkoski, declare as follows:

1.  I am a Faculty Member in the Department of Mathematics at West Valley College in Saratoga, California. Up through 1998, I was employed by Daniel H. Wagner Associates ("Wagner") for approximately 23 years. In 1991, I was manager of the Sunnyvale, California office of Wagner and was a vice president of the company. Unless otherwise indicated, I have personal knowledge of all the facts contained in this declaration and, if called upon to do so, would and could testify competently thereto.

REDACTED

REDACTED

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed July 6, 2006, in Saratoga, California.

_____
Stanley J. Benkoski

2

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on August 1, 2006 upon the following in the manner indicated:

BY HAND

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306


BY FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601



/s/ Maryellen Noreika
Maryellen Noreika (#4601)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com