IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> ILLUMINA, INC., <br><br> Defendant/Counter-Plaintiff. | C.A. No. 04-901-JJF <br><br> **REDACTED VERSION** |

**DECLARATION OF BARRY BELKIN IN SUPPORT OF
AFFYMETRIX, INC.S ANSWER TO ILLUMINA'S
SUPPLEMENTAL BRIEF RE MOTION TO DISMISS COUNT 2**

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                            Jack B. Blumenfeld (#1014)
                            Maryellen Noreika (#3208)
                            1201 N. Market Street
                            P.O. Box 1347
                            Wilmington, DE  19899-1347
                            (302) 658-9200
                               *Attorneys for Plaintiff/Counter-Defendant*
                               *Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

Original Filing Date: July 7, 2006

Redacted Filing Date: August 1, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>    Plaintiff/Counter-<br>    Defendant,<br><br>v.<br><br>ILLUMINA, INC.,<br><br>    Defendant/Counter-<br>    Plaintiff. | C.A. No. 04-901-JJF |

### DECLARATION OF BARRY BELKIN IN SUPPORT OF AFFYMETRIX, INC.'S ANSWER TO ILLUMINA'S SUPPLEMENTAL BRIEF RE MOTION TO DISMISS COUNT 2

I, Barry Belkin, declare as follows:

1. I am President of Daniel H. Wagner Associates ("Wagner"). I have personal knowledge of all the facts contained in this declaration and, if called upon to do so, would and could testify competently thereto.

REDACTED

3. I am informed that Affymetrix, Inc., Affymax's successor-in-interest, alleges that Illumina, Inc. infringes certain claims from U.S. Patent 5,795,716 (the "'716 patent") in the present litigation. I understand that Illumina has asserted that Wagner has certain rights to the '716 patent.

REDACTED

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed July 7, 2006, in Malvern, Pennsylvania.

*[signature: Barry Belkin]*

Barry Belkin

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on August 1, 2006 upon the following in the manner indicated:

BY HAND

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

BY FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

/s/ Maryellen Noreika
Maryellen Noreika (#4601)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mnoreika@mnat.com