# EXHIBIT 1

Docket as of October 30, 2001 11:28 pm                    Web PACER (v2.3)

---

# U.S. District Court

## U.S. District for the Northern District of California (San Jose)

### CIVIL DOCKET FOR CASE #: 99-CV-21163

### Affymetrix, Inc. v. Hyseq, Inc.

Filed: 08/18/98
Assigned to: Judge Jeremy Fogel
Jury demand: Both
Demand: $0,000
Nature of Suit: 830
Lead Docket: 99-CV-21111
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 35:271 Patent Infringement

---

```
AFFYMETRIX, INC., a California      Morgan Chu
corporation                        [COR LD NTC]
        Plaintiff                  Richard de Bodo
                                   [COR NTC]
                                   Jeffrey L. Arrington
                                   [COR NTC]
                                   Marc A. Fenster
                                   [COR NTC]
                                   Irell & Manella LLP
                                   1800 Avenue of the Stars
                                   Ste 900
                                   Los Angeles, CA 90067-4276
                                   (310) 277-1010


     v.


HYSEQ, INC., a Nevada              Brian T. Clarke
corporation                        [term  03/06/00]
        defendant                  [COR NTC]
                                   Pennie & Edmonds LLP
                                   3300 Hillview Ave
                                   Palo Alto, CA 94304-1203
                                   (415) 493-4935

                                   Marcia H. Sundeen
```

[term  03/06/00]
[COR NTC]
Pennie & Edmonds LLP
1667 K St NW
Washington, DC 20006
(202) 496-4400

Anthony Nimmo
[COR NTC]
Kim A. Jacklin


[COR LD NTC]
Anand P. Iyer
[COR LD NTC]
Marshall O'Toole Gerstein
Murray & Borun
6300 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6402
(312) 474-6300

Samuel B. Abrams
 [term  03/06/00]
[COR NTC]
Pennie & Edmonds LLP
1155 Avenue of the Americas
New York, NY 10035-2711
(212) 790-9090

Charles S. Crompton, III
[COR LD NTC]
Latham & Watkins
135 Commonwealth Drive
Menlo Park, CA 94025
(650) 328-4600

William K. Merkel
[COR NTC]
Kevin M. Flowers
[COR NTC]
Marshall Gerstein & Borun
6300 Sears Tower
233 Sourth Wacker Drive
Chicago, CA 60606-6402
312-474-6300

==========================

READ AMBLER, Judge
     Special Master

# DOCKET    PROCEEDINGS

DATE    #        DOCKET    ENTRY

8/18/98   1        COMPLAINT Summons(es) issued; Fee status pd entered on
                   8/18/98 in the amount of $150.00 (Receipt No. 505532); jury
                   demand    [3:98-cv-03192] (lcc) [Entry date 08/20/98]

8/18/98   2        ORDER RE COURT PROCEDURE and SCHEDULE (ADR Multi-Option) by
                   Judge Fern M. Smith: Proof of service to be filed by
                   10/2/98; counsels' case management statement to be filed by
                   12/8/98; initial case management conference will be held
                   8:30 12/18/98. (cc: all counsel)    [3:98-cv-03192] (lcc)
                   [Entry date 08/20/98]

8/18/98   --       REPORT on the filing or determination of an action
                   regarding Patent Infringement (5,795,716 and 5,744,305).
                   (cc: form mailed to register)   [3:98-cv-03192] (lcc)
                   [Entry date 08/20/98]

8/25/98   3        NOTICE (by fax) by Plaintiff Affymetrix, Inc. of related
                   case(s) 5:97-cv-20188 RMW and 5:98-cv-20029 RMW
                   [3:98-cv-03192] (lcc) [Entry date 08/26/98]

9/1/98    4        FIRST AMENDED COMPLAINT [1-1] by Plaintiff Affymetrix, Inc.;
                    jury demand    [3:98-cv-03192] (lcc) [Entry date 09/01/98]

9/1/98    5        PROOF OF SERVICE by Plaintiff Affymetrix, Inc. of first
                   amended complaint [4-1] [3:98-cv-03192] (lcc)
                   [Entry date 09/01/98]

9/4/98    6        RESPONSE by defendant Hyseq, Inc. to related case notice
                   [3-1] [3:98-cv-03192] (lcc) [Entry date 09/08/98]

9/8/98    7        RETURN OF SERVICE executed upon defendant Hyseq, Inc.
                   (personally served James N. Fletcher) on 9/2/98 of first
                   amended complaint.   [3:98-cv-03192] (lcc)
                   [Entry date 09/08/98]

9/11/98   8        REPLY (by fax) by Plaintiff Affymetrix, Inc. to response

[6-1] [3:98-cv-03192] (lcc) [Entry date 09/14/98]

9/16/98   9     EX-PARTE MOTION before Judge Fern M. Smith by defendant
                Hyseq, Inc. to enlarge time to respond to the original
                complaint and to the amended complaint [3:98-cv-03192] (lcc)
                [Entry date 09/17/98]

9/16/98   10    DECLARATION by Mary A. Wiggins on behalf of defendant
                Hyseq, Inc. in support of ex parte motion to enlarge time
                to respond to the original complaint and to the amended
                complaint [9-1] [3:98-cv-03192] (lcc) [Entry date 09/17/98]

9/16/98   --    RECEIVED Proposed Order (defendant Hyseq, Inc.) re: ex
                parte motion to enlarge time to respond to the original
                complaint and to the amended complaint [9-1]
                [3:98-cv-03192] (lcc) [Entry date 09/17/98]

9/21/98   11    NOTICE by defendant Hyseq, Inc. withdrawing ex parte motion
                to enlarge time to respond to the original complaint and to
                the amended complaint [9-1] [3:98-cv-03192] (lcc)
                [Entry date 09/21/98]

9/21/98   --    RECEIVED Stipulated Request and Proposed Order (defendant
                Hyseq, Inc.) to enlarge time to respond to the first
                amended complaint [3:98-cv-03192] (lcc)
                [Entry date 09/21/98]

9/22/98   12    ORDER by Judge Fern M. Smith GRANTING defendant's ex parte
                motion to enlarge time to respond to the original complaint
                and to the complaint [9-1] by thirty (30) days to and until
                10/16/98. The Court expects counsel to extend reasonable
                courtesy in matters of this sort. (Date Entered: 9/24/98)
                (cc: all counsel) [3:98-cv-03192] (lcc)
                [Entry date 09/24/98]

9/23/98   13    ORDER by Judge Ronald M. Whyte DENYING plaintiff's related
                case notice [3-1]. (cc: all counsel) [3:98-cv-03192] (lcc)
                [Entry date 09/28/98]

10/16/98  14    NOTICE OF MOTION AND MOTION WITH POINTS AND AUTHORITIES
                before Judge Fern M. Smith by defendant Hyseq, Inc. to
                dismiss or, alternatively for a more definite statement
                and to compel production of plaintiff's initial disclosure
                and the prosecution history of the '992 patent with Notice
                set for 11/20/98 at 10:00 am [3:98-cv-03192] (lcc)
                [Entry date 10/16/98]

10/16/98  15      DECLARATION by Warren S. Heit on behalf of defendant Hyseq,
                  Inc. in support of motion to dismiss [14-1], motion for a
                  more definite statement [14-2] and motion to compel
                  production plaintiff's initial disclosure and the
                  prosecution history of the '992 patent [14-3]
                  [3:98-cv-03192] (lcc) [Entry date 10/16/98]


10/16/98  --      RECEIVED Proposed Order (defendant Hyseq, Inc.) re: motion
                  to dismiss [14-1], motion for a more definite statement
                  [14-2] and motion to compel production of plaintiff's
                  initial disclosure and the prosecution history of the '992
                  patent [14-3] [3:98-cv-03192] (lcc) [Entry date 10/16/98]


10/30/98  16      OPPOSITION (by fax) by Plaintiff Affymetrix, Inc. to motion
                  to dismiss [14-1], motion for a more definite statement
                  [14-2] and motion to compel production of plaintiff's
                  initial disclosure and the prosecution history of the '992
                  patent [14-3] [3:98-cv-03192] (lcc) [Entry date 11/02/98]


11/5/98   17      NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND
                  AUTHORITIES before Judge Fern M. Smith by defendant Hyseq,
                  Inc. for an order that Pennie & Edmonds LLP is not
                  disqualified from representing defendant Hyseq with Notice
                  set for 12/18/98 at 10:00 am [3:98-cv-03192] (lcc)

                  [Entry date 11/06/98]


11/5/98   18      DECLARATION by Jon R. Stark on behalf of defendant Hyseq,
                  Inc. in support of motion for an order that Pennie &
                  Edmonds LLP is not disqualified from representing defendant
                  Hyseq [17-1] [3:98-cv-03192] (lcc) [Entry date 11/06/98]


11/5/98   19      DECLARATION by Ann M. Caviani on behalf of defendant Hyseq,
                  Inc. in support of motion for an order that Pennie &
                  Edmonds LLP is not disqualified from representing defendant
                  Hyseq [17-1] [3:98-cv-03192] (lcc) [Entry date 11/06/98]


11/5/98   20      DECLARATION by Kathleen Fowler on behalf of defendant
                  Hyseq, Inc. in support of motion for an order that Pennie &
                  Edmonds LLP is not disqualified from representing defendant
                  Hyseq [17-1] [3:98-cv-03192] (lcc) [Entry date 11/06/98]


11/5/98   21      DECLARATION by Wei Zhou on behalf of defendant Hyseq, Inc.
                  in support of motion for an order that Pennie & Edmonds LLP
                  is not disqualified from representing defendant Hyseq
                  [17-1] [3:98-cv-03192] (lcc) [Entry date 11/06/98]


11/5/98   --      RECEIVED Proposed Order (defendant Hyseq, Inc.) re: motion
                  for an order that Pennie & Edmonds LLP is not disqualified

from representing defendant Hyseq [17-1] [3:98-cv-03192] (lcc) [Entry date 11/06/98]

11/6/98  22     REPLY by defendant Hyseq, Inc. to opposition to motion to dismiss [14-1], motion for a more definite statement [14-2] and motion to compel production of plaintiff's initial disclosure and the prosecution history of the '992 patent [14-3] [3:98-cv-03192] (lcc) [Entry date 11/09/98]

11/6/98  23     DECLARATION by Warren S. Heit on behalf of defendant Hyseq, Inc. in support of motion reply [22-1] [3:98-cv-03192] (lcc) [Entry date 11/09/98]

11/6/98  24     DECLARATION by Wei Zhou on behalf of defendant Hyseq, Inc. in support of motion for an order that Pennie & Edmonds LLP is not disqualified from representing defendant Hyseq [17-1] [3:98-cv-03192] (lcc) [Entry date 11/09/98]

11/9/98  25     ORDER by Judge Fern M. Smith DENYING defendant's motion to dismiss [14-1], DENYING defendant's motion for a more definite statement [14-2] and DENYING defendant's motion to compel production of plaintiff's initial disclosure and the prosecution history of the '992 patent [14-3]. (Date Entered: 11/10/98) (cc: all counsel) [3:98-cv-03192] (lcc) [Entry date 11/10/98]

11/10/98 26     LETTER dated 10/30/98 from Jon R. Stark to Judge Fern M. Smith bringing to the Court's attention a dispute regarding inadequacy of Affymetrix's Initial Disclosures under Local Rule 16-7. [3:98-cv-03192] (lcc) [Entry date 11/10/98]

11/10/98 27     LETTER dated 11/3/98 from Jeffrey L. Arrington to Judge Fern M. Smith bringing to the Court's attention two discovery disputes and respectfully requests that the Court schedule a telephonic conference to discuss these issues further. [3:98-cv-03192] (lcc) [Entry date 11/10/98]

11/10/98 --     REFERRAL: referring case for discovery to Mag. Judge Maria-Elena James [3:98-cv-03192] (wh) [Entry date 11/10/98]

11/10/98 28     ORDER by Judge Fern M. Smith: That ALL PENDING AND FUTURE DISCOVERY MATTTERS in this case are referred for random assignment to a Magistrate Judge. The Court also REFERS, for report and recommendation, defendant's motion for an order that Pennie & Edmonds LLP is not disqualified from representing defendant Hyseq [17-1], filed 11/5/98, and currently set for hearing 12/18/98. All current hearings on pending motions are VACATED. The parties will be notified

as to briefing schedules by the Magistrate Judge assigned
to the case. (cc: all counsel)  [3:98-cv-03192] (lcc)
[Entry date 11/16/98]

11/23/98 29    ANSWER by defendant Hyseq, Inc. to first amended complaint
               [4-1]  [3:98-cv-03192] (lcc) [Entry date 11/24/98]

12/2/98  30    NOTICE OF REFERENCE AND ORDER OF DISCOVERY AND DISCLOSURE
               DISPUTE PROCEDURES by Mag. Judge Maria-Elena James: The
               hearing regarding defendant's motion for an order that
               Pennie & Edmonds LLP is not disqualified from representing
               defendant Hyseq [17-1] is no longer noticed before Judge
               Fern M. Smith's calendar. Plaintiff's opposition due
               12/18/98 and defendant's reply due 12/29/98. After receipt
               and review of the parties' papers, the Court will order a
               hearing date or issue a report and recommendation on the
               papers without oral arguments. (cc: all counsel)
               [3:98-cv-03192] (lcc) [Entry date 12/09/98]

12/8/98  31    JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed.
               [3:98-cv-03192] (lcc) [Entry date 12/09/98]

12/9/98  32    CERTIFICATION (by fax) of discussion of ADR options by
               Plaintiff Affymetrix, Inc. [3:98-cv-03192] (lcc)
               [Entry date 12/09/98]

12/16/98 33    EX-PARTE REQUEST before Judge Fern M. Smith by defendant
               Hyseq, Inc. to continue Case Management Conference
               [3:98-cv-03192] (lcc) [Entry date 12/16/98]

12/16/98 34    DECLARATION by Warren S. Heit on behalf of defendant Hyseq,
               Inc. in support of ex parte request to continue Case
               Management Conference [33-1]  [3:98-cv-03192] (lcc)
               [Entry date 12/16/98]

12/16/98 --    RECEIVED Proposed Order (defendant Hyseq, Inc.) re: ex
               parte request to continue Case Management Conference [33-1]
               [3:98-cv-03192] (lcc) [Entry date 12/16/98]

12/16/98 35    STATEMENT IN RESPONSE by Plaintiff Affymetrix, Inc. to ex
               parte request to continue Case Management Conference [33-1]
               [3:98-cv-03192] (lcc) [Entry date 12/16/98]

12/17/98 36    ORDER by Judge Fern M. Smith GRANTING defendant's ex parte
               request to continue Case Management Conference [33-1].
               Case Management Conference CONTINUED to 8:30 1/15/99. The
               parties shall be prepared to discuss whether the

appointment of a special master is appropriate. (Date
Entered: 12/18/98) (cc: all counsel) [3:98-cv-03192] (lcc)
[Entry date 12/18/98]

12/29/98  37     REPLY by defendant Hyseq, Inc. to response [35-1]
[3:98-cv-03192] (lcc) [Entry date 12/29/98]

12/29/98  37     CROSS-MOTION by defendant Hyseq, Inc. for an order that
Pennie & Edmonds LLP is not disqualified from representing
Hyseq in this pending action [3:98-cv-03192] (lcc)
[Entry date 12/29/98] [Edit date 01/25/99]

1/7/99   38     EX-PARTE MOTION (by fax) before Mag. Judge Maria-Elena
James by Plaintiff Affymetrix, Inc. for leave to file
document under seal [3:98-cv-03192] (lcc)
[Entry date 01/07/99]

1/7/99   --     RECEIVED (by fax) Proposed Order (Plaintiff Affymetrix,
Inc.) re: ex parte motion for leave to file document under
seal [38-1] [3:98-cv-03192] (lcc) [Entry date 01/07/99]

1/11/99  39     DEFENDANT'S EX PARTE SUPPLEMENTAL CASE MANAGEMENT STATEMENT
and PROPOSED ORDER filed.   [3:98-cv-03192] (lcc)
[Entry date 01/12/99]

1/13/99  40     SUPPLEMENTAL DECLARATION by Ann M. Caviani Pease on behalf
of defendant Hyseq, Inc. in support of reply [37-1] and
cross-motion for an order that Pennie & Edmonds LLP is not
disqualified from representing Hyseq in this pending action
[37-1] [3:98-cv-03192] (lcc) [Entry date 01/14/99]
[Edit date 01/25/99]

1/15/99  41     MINUTES: (C/R - none) INITIAL CASE MANAGEMENT CONFERENCE
HELD. All discovery has been referred to Magistrate Judge
Maria-Elena James. Defendant never received notice of
related cases file on 11/98 and does oppose cases being
related. Case continued to 10/21/99 at time to be set for
Markman Hearing. Pre-trial Conference will be held 2:30
4/21/00; Jury Trial set for 8:30 5/8/00. Set for 16 days.
[3:98-cv-03192] (lcc) [Entry date 01/15/99]

1/15/99  42     ORDER by Mag. Judge Maria-Elena James Regarding Plaintiff's
Ex Parte Motion for Leave to File Documents Under Seal
[38-1]: Good cause appearing, this Court ORDERS the parties
to meet and confer in an attempt to enter into a stipulated
protective order which would permit disclosure of the
documents at issue. The parties shall meet and confer as
provided in paragraph 3 of this Court's "Order of Discovery

and Disclosure Dispute Procedures" which was previously
sent to the parties. (cc: all counsel)  [3:98-cv-03192] (lcc)
[Entry date 01/20/99]

1/22/99  43     ORDER by Mag. Judge Maria-Elena James GRANTING plaintiff's
                ex parte motion for leave to file document under seal
                [38-1]. (Date Entered: 1/25/99) (cc: all counsel)
                [3:98-cv-03192] (lcc) [Entry date 01/25/99]

1/22/99  44     ORDER by Mag. Judge Maria-Elena James GRANTING plaintiff's
                ex parte motion for leave to file document under seal
                [38-1]. (Date Entered: 1/25/99) (cc: all counsel)
                [3:98-cv-03192] (lcc) [Entry date 01/25/99]

1/22/99  45     CROSS-MOTION (by fax) "FILED UNDER SEAL" for an order of
                disqualification [3:98-cv-03192] (scu) [Entry date 01/25/99]
                [Edit date 01/25/99]

1/22/99  45     RESPONSE (by fax) "FILED UNDER SEAL" to cross-motion for an
                order that Pennie & Edmonds LLP is not disqualified from
                representing Hyseq in this pending action [37-1]
                [3:98-cv-03192] (scu) [Entry date 01/25/99]
                [Edit date 01/25/99]

1/22/99  46     DECLARATION (by fax) "FILED UNDER SEAL" in support of
                cross-motion for an order of disqualification [45-1] and
                response [45-1]  [3:98-cv-03192] (scu) [Entry date 01/25/99]

1/22/99  47     DECLARATION (by fax) by Vern Norviel on behalf of Plaintiff
                Affymetrix, Inc. in support of cross-motion for an order of
                disqualification [45-1] and response [45-1]
                [3:98-cv-03192] (lcc) [Entry date 01/25/99]

1/22/99  48     DECLARATION (by fax) by Dr. Stephen P.A. Fodor on behalf of
                Plaintiff Affymetrix, Inc. in support of cross-motion for
                an order of disqualification [45-1] and response [45-1]
                [3:98-cv-03192] (lcc) [Entry date 01/25/99]

1/22/99  49     DECLARATION (by fax) by Kenneth Nussbacher on behalf of
                Plaintiff Affymetrix, Inc. in support of cross-motion for
                an order of disqualification [45-1] and response [45-1]
                [3:98-cv-03192] (lcc) [Entry date 01/25/99]

1/22/99  50     REPLY (by fax) "FILED UNDER SEAL" in support of
                cross-motion for an order of disqualification [45-1]
                [3:98-cv-03192] (scu) [Entry date 01/25/99]

2/8/99   51   REPORT AND RECOMMENDATION to Judge Fern M. Smith by Mag.
              Judge Maria-Elena James concerning defendant Hyseq's motion
              for an order that Pennie & Edmonds LLP is not disqualified
              from representing defendant Hyseq [17-1], [37-1] and
              plaintiff's cross-motion for an order of disqualification
              [45-1]. Based upon the foregoing report, IT IS HEREBY
              RECOMMENDED that the District Court grant Hyseq's motion
              for an order that Pennie and Edmonds is not disqualified
              from representing Hyseq and deny Affymetrix's cross-motion
              for an order of disqualification on condition that Hyseq
              disqualify and screen Drs. Pease, Zhou, and Fowler, as well
              as the attorneys, paralegals and personnel. Dr Pease has
              worked with in connection with this litigation from this
              litigation and the San Jose litigation. (cc: all counsel)
              [3:98-cv-03192] (lcc) [Entry date 02/09/99]

2/16/99  52   EX-PARTE REQUEST before Judge Fern M. Smith by defendant
              Hyseq, Inc. for extension of time to respond to
              plaintiff's first set of document requests (Nos. 1-32)
              [3:98-cv-03192] (lcc) [Entry date 02/17/99]

2/16/99  53   MEMORANDUM OF POINTS AND AUTHORITIES by defendant Hyseq,
              Inc. in support of ex parte request for extension of time
              to respond to plaintiff's first set of document requests
              (Nos. 1-32) [52-1] [3:98-cv-03192] (lcc)
              [Entry date 02/17/99]

2/16/99  54   DECLARATION by Warren S. Heit on behalf of defendant Hyseq,
              Inc. in support of ex parte request for extension of time
              to respond to plaintiff's first set of document requests
              (Nos. 1-32) [52-1]  [3:98-cv-03192] (lcc)
              [Entry date 02/17/99]

2/16/99  --   RECEIVED Proposed Order (defendant Hyseq, Inc.) re: ex
              parte request for extension of time to respond to
              plaintiff's first set of document requests (Nos. 1-32)
              [52-1] [3:98-cv-03192] (lcc) [Entry date 02/17/99]

2/17/99  55   ORDER by Judge Fern M. Smith GRANTING defendant's ex parte
              request for extension of time to respond to plaintiff's
              first set of document requests (Nos. 1-32) [52-1] until the
              matter of Pennie & Edmonds' legal representation of Hyseq
              is resolved. (Date Entered: 2/18/99) (cc: all counsel)
              [3:98-cv-03192] (lcc) [Entry date 02/18/99]

2/25/99  --   RECEIVED (by fax) Ex Parte Request and Proposed Order
              (Plaintiff Affymetrix, Inc.) for an order lifting
              indefinite stay and clarifing order [55-1] [3:98-cv-03192]
              (lcc) [Entry date 02/26/99]

2/26/99  56    OBJECTION by defendant Hyseq, Inc. to report and
               recommendation [51-1] [3:98-cv-03192] (lcc)
               [Entry date 03/01/99]

2/26/99  57    SUPPLEMENTAL DECLARATION by Jon R. Stark on behalf of
               defendant Hyseq, Inc. in support of objection [56-1]
               [3:98-cv-03192] (lcc) [Entry date 03/01/99]

2/26/99  --    RECEIVED Proposed Order (defendant Hyseq, Inc.) re:
               cross-motion for an order that Pennie & Edmonds LLP is not
               disqualified from representing Hyseq in this pending action
               [37-1] [3:98-cv-03192] (lcc) [Entry date 03/01/99]

3/5/99   58    LETTER dated 2/18/99 from Brian D. Ledahl to Judge Fern M.
               Smith regarding Hyseq's Ex Parte Request for an Extension
               of Time to Respond to Plaintiff's First Set of Document
               Requests (Nos. 1-32) and respectfully requests that the
               Court refer the matter to Magistrate Judge Maria-Elena
               James. [3:98-cv-03192] (lcc) [Entry date 03/08/99]

3/8/99   59    MINUTES: (C/R - none) (Hearing Date: 3/5/99) Status
               Conference held by phone. Parties will attempt to resolve
               more discovery on their own or will discuss a special
               master. Court will set a briefing schedule on
               disqualification motion if needed. [3:98-cv-03192] (lcc)
               [Entry date 03/08/99]

3/10/99  60    OBJECTION by defendant Hyseq, Inc. to order received (ex
               parte request) [0-0] [3:98-cv-03192] (lcc)
               [Entry date 03/15/99]

3/10/99  61    DECLARATION by Jon R. Stark on behalf of defendant Hyseq,
               Inc. in support of objection [60-1]  [3:98-cv-03192] (lcc)
               [Entry date 03/15/99]

3/16/99  62    MINUTES: (C/R - none) (Hearing Date: 3/16/99) Status
               Conference held by phone. Court will have a hearing
               regarding defendant's objection to Mag. Judge Maria-Elena
               James' Report and Recommendation. Case continued to 4/16/99
               at 10:00 a.m. for defendant's objection to RR. Plaintiff
               may file a reply by 4/2/99. [3:98-cv-03192] (lcc)
               [Entry date 03/17/99]

3/19/99  63    ORDER by Judge Fern M. Smith: On February 25, 1999, the
               Court received Affymetrix's Ex Parte Request for an Order
               Lifting Indefinite Stay and Clarifying Order. On March 10,

1999, Hyseq filed an objection to this ex parte request. The Court will address this matter at the hearing on the disqualification of counsel issue currently scheduled for April 16, 1999 at 10:00 a.m. (Date Entered: 3/22/99) (cc: all counsel) [3:98-cv-03192] (lcc) [Entry date 03/22/99]

| | | |
|---|---|---|
| 4/2/99 | 64 | RESPONSE (by fax) "FILED UNDER SEAL" to objection [56-1] [3:98-cv-03192] (scu) [Entry date 04/06/99] |
| 4/16/99 | 65 | MINUTES: (C/R Rosita Flores) (Hearing Date: 4/16/99) that the motions for disqualification [17-1] [37-1] [45-1] and plaintiff's motion for an order lifting indefinite stay and clarifying order are submitted; Court to issue order. [3:98-cv-03192] (slh) [Entry date 04/23/99] |
| 5/6/99 | 66 | ORDER by Judge Fern M. Smith amending Magistrate Judge's Report and Recommnedation on disqualification [51-1] and GRANTING Hyseq's motions [37-] [17-] and DENYING Affymetrix's motion [45-1]. (Date Entered: 5/11/99) (cc: all counsel) [3:98-cv-03192] (llm) [Entry date 05/11/99] |
| 5/7/99 | 67 | CASE MANAGEMENT ORDER by Judge Fern M. Smith: Claim Construction hearing will be held 10/21/99; Fact Discovery cutoff 11/30/99; Dispositive motions will be filed by 2/25/00 and heard on 10:00 3/31/00; Pre-trial Conference will be held 2:30 4/21/00; Jury Trial set for 8:30 5/8/00. Est. trial days: 16. This estimate may change as discovery proceeds. (cc: all counsel) [3:98-cv-03192] (lcc) [Entry date 05/12/99] |
| 5/11/99 | 68 | LETTER dated 4/19/99 from Jon R. Stark to Judge Fern M. Smith enclosing photocopies of the first pages of Affymetrix's '305 and '992 patents. [3:98-cv-03192] (lcc) [Entry date 05/12/99] |
| 5/28/99 | 69 | NOTICE OF MOTION AND MOTION WITH OF POINTS AND AUTHORITIES before Judge Fern M. Smith by defendant Hyseq, Inc. for relief from the Case Management Schedule in the form of a 120-day extension of time with Notice set for 7/2/99 at 10:00 a.m. [3:98-cv-03192] (lcc) [Entry date 06/02/99] |
| 5/28/99 | 70 | DECLARATION by Gary A. Pulsinelli on behalf of defendant Hyseq, Inc. in support of motion for relief from the Case Management Schedule in the form of a 120-day extension of time [69-1] [3:98-cv-03192] (lcc) [Entry date 06/02/99] |
| 5/28/99 | -- | RECEIVED Proposed Order (defendant Hyseq, Inc.) re: motion for relief from the Case Management Schedule in the form of |

a 120-day extension of time [69-1] [3:98-cv-03192] (lcc)
[Entry date 06/02/99]

6/3/99  71  RENOTICE of hearing by defendant Hyseq, Inc. regarding
motion for relief from the Case Management Schedule in the
form of a 120-day extension of time [69-1]; hearing set for
7/9/99 at 10:00 a.m.    [3:98-cv-03192] (lcc)
[Entry date 06/03/99]

6/10/99  72  NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND
AUTHORITIES (by fax) before Mag. Judge Maria-Elena James by
Plaintiff Affymetrix, Inc. for entry of a protective order
containing a bar on prosecuting related patents with
Notice set for 7/15/99 at 10:00 a.m. [3:98-cv-03192] (lcc)
[Entry date 06/11/99]

6/11/99  73  NOTICE by Plaintiff Affymetrix, Inc. of withdrawal of
counsel (Townsend and Townsend and Crew LLP).
[3:98-cv-03192] (lcc) [Entry date 06/14/99]

6/11/99  74  NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND
AUTHORITIES (by fax) before Judge Fern M. Smith by
Plaintiff Affymetrix, Inc. to bifurcate patent liability
issues from damages issues and to stay discovery on
damages issues with Notice set for 7/16/99 at 10:00 a.m.
[3:98-cv-03192] (lcc) [Entry date 06/14/99]

6/11/99  --  RECEIVED (by fax) Proposed Order (Plaintiff Affymetrix,
Inc.) re: motion to bifurcate patent liability issues from
damages issues [74-1] and motion to stay discovery on
damages issues [74-2] [3:98-cv-03192] (lcc)
[Entry date 06/14/99]

6/16/99  75  JOINT STATEMENT Plaintiff and Defendant regarding
Satisfaction of the Meet and Confer Requirement and
Statement of the Issue    [3:98-cv-03192] (lcc)
[Entry date 06/17/99]

6/17/99  78  LETTER (by fax) dated 6/17/99 from Warren S. Heit to Mag.
Judge Maria-Elena James that Defendant Hyseq will file its
response by the due date of June 25, 1999, and not earlier
as indicated in our previous letter of June 15, 1999.
[3:98-cv-03192] (lcc) [Entry date 06/24/99]

6/18/99  76  OPPOSITION (by fax) by Plaintiff Affymetrix, Inc. to motion
for relief from the Case Management Schedule in the form of
a 120-day extension of time [69-1] [3:98-cv-03192] (lcc)
[Entry date 06/23/99]

6/22/99  77     ORDER by Mag. Judge Maria-Elena James GRANTING plaintiff's
                motion for entry of a protective order containing a bar on
                prosecuting related patents [72-1]. Within five (5) days of
                entry of this order, Plaintiff's counsel shall submit to
                the Court a proposed protective order containing a
                provision that prevents those who review "attorneys' eyes
                only materials" from engaging in patent prosecution
                activities in related areas of technologies for a period of
                one year after the termination of this litigation. Because
                the Court rules on Plaintiff's motion based on the parties'
                meet and confer letter, further briefing is unnecessary and
                the hearing scheduled for July 15, 1999 is VACATED. (Date
                Entered: 6/23/99) (cc: all counsel)  [3:98-cv-03192] (lcc)
                [Entry date 06/23/99]

6/24/99  79     OPPOSITION by defendant Hyseq, Inc. to motion for entry of
                a protective order containing a bar on prosecuting related
                patents [72-1] [3:98-cv-03192] (lcc) [Entry date 06/28/99]

6/24/99  80     DECLARATION by Warren S. Heit on behalf of defendant Hyseq,
                Inc. in support of opposition [79-1]  [3:98-cv-03192] (lcc)
                [Entry date 06/28/99]

6/24/99  81     DECLARATION by J. Tobias Fizzell on behalf of defendant
                Hyseq, Inc. in support of opposition [79-1]
                [3:98-cv-03192] (lcc) [Entry date 06/28/99]

6/24/99  82     CERTIFICATE OF SERVICE by defendant Hyseq, Inc. of
                opposition [79-1] and declarations [80-1], [81-1]
                [3:98-cv-03192] (lcc) [Entry date 06/28/99]

6/25/99  83     REPLY by defendant Hyseq, Inc. to opposition to motion for
                relief from the Case Management Schedule in the form of a
                120-day extension of time [69-1] [3:98-cv-03192] (lcc)
                [Entry date 06/28/99]

6/25/99  84     DECLARATION by Warren S. Heit on behalf of defendant Hyseq,
                Inc. in support of motion reply [83-1]  [3:98-cv-03192] (lcc)
                [Entry date 06/28/99]

6/25/99  85     CERTIFICATE OF SERVICE by defendant Hyseq, Inc. of motion
                reply [83-1] and declaration [84-1] [3:98-cv-03192] (lcc)
                [Entry date 06/28/99]

6/25/99  86     RESPONSE by defendant Hyseq, Inc. to motion to bifurcate
                patent liability issues from damages issues [74-1]

[3:98-cv-03192] (lcc) [Entry date 06/28/99]

6/29/99  --    RECEIVED (by fax) Proposed Protective Order (Plaintiff
               Affymetrix, Inc.) [3:98-cv-03192] (lcc)
               [Entry date 06/30/99]

6/30/99  87    ORDER by Judge Fern M. Smith: For good cause shown,
               defendant Hyseq's motion for relief from the Case
               Management Schedule in the form of a 120-day extension of
               time [69-1] is GRANTED. Affymetrix' motion to bifurcate
               patent liability issues from damages issues [74-1] is
               DENIED WITHOUT PREJUDICE as premature. Affymetrix's
               accompanying request for stay discovery on damages issues
               [74-2] is also DENIED WITHOUT PREJUDICE. (cc: all counsel)
               [3:98-cv-03192] (lcc) [Entry date 07/06/99]

7/1/99   89    LETTER (by fax) dated 7/1/99 from Gary A. Pulsinelli to
               Mag. Judge Maria-Elena James requesting that the Court stay
               any action with respect to the proposed protective order
               until the parties can reach agreement on the proper scope
               of the patent prosecution bar provision and on the
               remaining provisions of the protective order.
               [3:98-cv-03192] (lcc) [Entry date 07/08/99]

7/2/99   88    REPLY (by fax) by Plaintiff Affymetrix, Inc. in support of
               motion to bifurcate patent liability issues from damages
               issues [74-1] and to stay discovery on damages issues
               [74-2]. [3:98-cv-03192] (lcc) [Entry date 07/06/99]

7/2/99   90    LETTER (by fax) dated 7/2/99 from Brian D. Ledahl to Mag.
               Judge Maria-Elena James regarding Hyseq's letter (dated
               7/1/99) to the Court relating to the protective order.
               [3:98-cv-03192] (lcc) [Entry date 07/08/99]

7/6/99   91    CLERK'S NOTICE of impending reassignment to a United
               States District Judge [3:98-cv-03192] (cgd)
               [Entry date 07/12/99]

7/8/99   92    ORDER by Mag. Judge Maria-Elena James Directing Meet and
               Confer Regarding Protective Order: The Court finds no good
               cause for staying further action on the issues of the
               protective order, and instead DIRECTS counsel to meet and
               confer as soon as possible. If issues remain in dispute
               following the meet and conferral, Hyseq shall outline its
               position by letter to the Court no later than July 12,
               1999, and Affymetrix SHALL respond by letter to the court
               no later than July 14, 1999. (cc: all counsel)
               [3:98-cv-03192] (lcc) [Entry date 07/12/99]

7/12/99   --    RECEIVED Stipulated and Proposed Protective Order
                (defendant Hyseq, Inc.) [3:98-cv-03192] (lcc)
                [Entry date 07/13/99]

7/12/99   93    DECLARATION by Gary A. Pulsinelli on behalf of defendant
                Hyseq, Inc. in support of stipulated protective order
                received [0-0]  [3:98-cv-03192] (lcc) [Entry date 07/13/99]

7/12/99   94    OBJECTION by defendant Hyseq, Inc. to order [92-1]
                [3:98-cv-03192] (lcc) [Entry date 07/14/99]

7/12/99   95    DECLARATION by J. Tobias Fizzell on behalf of defendant
                Hyseq, Inc. in support of opposition [79-1]
                [3:98-cv-03192] (lcc) [Entry date 07/14/99]

7/12/99   96    DECLARATION by Warren S. Heit on behalf of defendant Hyseq,
                Inc. in support of objection [94-1]  [3:98-cv-03192] (lcc)
                [Entry date 07/14/99]

7/12/99   97    CERTIFICATE OF SERVICE by defendant Hyseq, Inc. of
                objection [94-1] and declarations [95-1], [96-1]
                [3:98-cv-03192] (lcc) [Entry date 07/14/99]

7/13/99   99    LETTER dated 7/12/99 from Warren S. Heit to Mag. Judge
                Maria-Elena James in response to the Court's Order
                Directing Meet and Confer Regarding Protective Order and
                that the parties resolved many of the issues regarding the
                provisions of the Proposed Protective Order, but several
                disputes remain. [3:98-cv-03192] (lcc) [Entry date 07/16/99]

7/14/99   98    LETTER dated 7/12/99 from Warren S. Heit to Chief Judge
                Marilyn H. Patel objecting to the Order [92-1] of
                Magistrate Judge Maria-Elena James. [3:98-cv-03192] (lcc)
                [Entry date 07/16/99]

7/15/99   100   LETTER (by fax) dated 7/14/99 from Affymetrix, Inc.'s
                counsel (no signed signature) to Mag. Judge Maria-Elena
                James responding to the letter submitted by Hyseq on July
                12, 1999 pursuant to the Court's July 8, 1999 order.
                [3:98-cv-03192] (lcc) [Entry date 07/16/99]

7/19/99   101   LETTER (by fax) dated 7/16/99 from Warren S. Heit to Mag.
                Judge Maria-Elena James regarding the terms of the
                Protective Order. [3:98-cv-03192] (lcc)
                [Entry date 07/20/99]

8/9/99    103    ORDER  by Chief Judge Marilyn H. Patel directing the Clerk
                 of Court to file Hyseq's motion under the captioned case
                 name and number pending reassignment. Hyseq's objection is
                 denied pursuant to FRCP 72(a). Until the reassignment
                 occurs, parties are required to file any motions or other
                 papers in accordance with the case number and judge to whom
                 the case is assigned. (Date Entered: 8/18/99) (cc: all
                 counsel) [3:98-cv-03192] (llm) [Entry date 08/18/99]

8/12/99   102    MINUTES:  Magistrate Judge Maria-Elena James( C/R Tape
                 99-34) ( Hearing Date: 8/12/99) Proceedings:  Motions,
                 order to be prepared by Court. [3:98-cv-03192] (db)
                 [Entry date 08/18/99]

8/13/99   104    ORDER by Mag. Judge Maria-Elena James granting in part and
                 denying in part motion for entry of a protective order
                 containing a bar on prosecuting related patents [72-1] (
                 Date Entered: 08/19/99) (cc:  all counsel)  [3:98-cv-03192]
                 (mmr) [Entry date 08/19/99]

8/17/99   105    LETTER to Magistrate Judge James dated 08/17/99 from Brian
                 Ledahl in 3:98-cv-03192 re: meet and confer and proposed
                 protective order [3:98-cv-03192] (mmr) [Entry date 08/19/99]

8/17/99   106    LETTER to Magistrate Judge James dated 08/17/99 from Brian
                 T. Clarke in 3:98-cv-03192 re: meet and confer and proposed
                 protective order [3:98-cv-03192] (mmr) [Entry date 08/19/99]

8/19/99   107    REASSIGNMENT ORDER by Assignment Committee: Case
                 reassigned to Judge William H. Alsup ( Date Entered:
                 8/20/99) (cc:  all counsel)  [3:98-cv-03192] (slh)
                 [Entry date 08/20/99]

8/19/99   108    PROTECTIVE ORDER  by Mag. Judge Maria-Elena James : (cc:
                 all counsel)   [3:98-cv-03192] (mmr) [Entry date 08/20/99]

8/20/99   109    ORDER by Judge William H. Alsup for counsel to submit a
                 joint status report within 15 days. (Date Entered: 8/23/99)
                 (cc: all counsel)  [3:98-cv-03192] (slh)
                 [Entry date 08/23/99]

8/27/99   110    OBJECTIONS by defendant in 3:98-cv-03192 to the
                 Magistrate's orders of 8/13/99 [104-1], and 8/19/99 [108-1]
                 [3:98-cv-03192] (slh) [Entry date 08/30/99]

8/27/99  --      RECEIVED Proposed Order re: protective order (submitted by
                 defendant in 3:98-cv-03192) [3:98-cv-03192] (slh)
                 [Entry date 08/30/99]

8/27/99  --      RECEIVED Alternative Proposed Order re: Protective Order
                 (submitted by defendant in 3:98-cv-03192) [3:98-cv-03192]
                 (slh) [Entry date 08/30/99]

8/27/99  111     PROOF OF SERVICE by defendant in 3:98-cv-03192 of objection
                 [110-1], order received [0-0], order received [0-0]
                 [3:98-cv-03192] (slh) [Entry date 08/30/99]

9/1/99   --      RECEIVED Proposed Order (submitted by defendant in
                 3:98-cv-03192) correcting the order of 8/9/99 re: the
                 timeliness of Hyseq's objection to the magistrate's order
                 of 6/22/99. [3:98-cv-03192] (slh) [Entry date 09/02/99]

9/1/99   112     CERTIFICATE OF SERVICE by defendant in 3:98-cv-03192 of
                 prposed order received [0-0] [3:98-cv-03192] (slh)
                 [Entry date 09/02/99]

9/1/99   113     LETTER to Judge Patel dated 9/1/99 from Hyseq, Inc. in
                 3:98-cv-03192 submitted to have an error in this Court's
                 8/9/99 Order corrected. [3:98-cv-03192] (slh)
                 [Entry date 09/03/99]

9/2/99   --      RECEIVED Stipulation and Proposed Order (submitted by
                 parties) bifurcating patent liability issues from damages
                 issues and staying discovery on damages issues.
                 [3:98-cv-03192] (slh) [Entry date 09/03/99]

9/7/99   114     SUPPLEMENT by defendant in 3:98-cv-03192 to the joint
                 status report [3:98-cv-03192] (slh) [Entry date 09/08/99]

9/8/99   115     JOINT STATUS REPORT filed by parties [3:98-cv-03192] (slh)
                 [Entry date 09/09/99]

9/10/99  116     LETTER to Mag. Judge James dated 9/10/99 from Brian D.
                 Ledahl on behalf of Affymetrix, Inc. in 3:98-cv-03192
                 requesting a telephonic discovery conference.
                 [3:98-cv-03192] (slh) [Entry date 09/15/99]

9/13/99  117     ORDER by Mag. Judge Maria-Elena James re discovery dispute
                 outlined in 9/10/99 letter [116-1]; the Court directs
                 counsel to further meet and confer on dispute relating to
                 Affymetrix' motion to compel by 10/4/99; if issues remain

in dispute, counsel shall submit a futher meet and confer
letter outling their respective positions, no later than
10/8/99. (Date Entered: 9/15/99) (cc: all counsel)
[3:98-cv-03192] (slh) [Entry date 09/15/99]

9/17/99    118    CLERK'S NOTICE: Case Management Conference set for 11:00
10/6/99 [3:98-cv-03192] (lmh) [Entry date 09/24/99]

9/21/99    119    ORDER by Judge William H. Alsup: A technology tutorial
shall be held for the Court 1/26/00 from 2:00pm to 6:00pm;
A claim construction hearing shall be held from 2:00pm to
6:00pm on 2/16/00, 4:00pm to 6:00pm on 2/17/00 and 2:00pm
to 6:00pm on 2/18/00. Parties are to submit written
statements on whether: (1) the claim construction hearings
should be consolidated; and (2) whether the parties to
Affymetrix Inc. -v- Hyseq Inc., C98-3192 should participate
in the technology tutorial scheduled in Affymtrix Inc. -v-
Synteni Inc., C98-4507. Statements shall be filed no later
than fifteen days from the date of this order. (Date
Entered: 9/24/99) (cc: all counsel) [3:98-cv-03192,
3:98-cv-04507] (lmh) [Entry date 09/24/99]

9/21/99    120    ORDER by Judge William H. Alsup acknowledging Hyseq's
Objection [94-1] as timely filed. The Court will consider
Hyseq's Objection to Magistrate James' order. (Date
Entered: 9/24/99) (cc: all counsel) [3:98-cv-03192] (lmh)
[Entry date 09/24/99]

9/23/99    121    CLERK'S NOTICE: Case Management Conference continued to
8:00 10/7/99 [3:98-cv-03192] (slh) [Entry date 09/27/99]

9/28/99    122    ORDER by Judge William H. Alsup to submit promptly any
information re any grounds for recusal ( Date Entered:
10/4/99) (cc: all counsel) [3:98-cv-03192] (rs)
[Entry date 10/04/99]

9/30/99    123    ORDER by Judge William H. Alsup affirming Magistrate
Judge's orders regarding protective order (Date Entered:
10/4/99) (cc: all counsel) [3:98-cv-03192] (slh)
[Entry date 10/04/99]

10/5/99    124    ORDER by Judge William H. Alsup VACATING hearing on
defendant's objections to Mag. Judge James' orders of
6/22/99, 8/13/99, and 8/19/99; Case Management Conference
reset for 10:00 10/7/99 (Date Entered: 10/7/99) (cc: all
counsel) [3:98-cv-03192] (slh) [Entry date 10/07/99]

10/6/99    125    STATEMENT by Plaintiff re: consolidated claim construction
proceedings.  [3:98-cv-03192, 3:98-cv-04507] (slh)

[Entry date 10/07/99]

10/12/99  126    LETTER to Mag. Judge James  dated 10/8/99 from Brian D.
                 Ledahl requesting that  Affymetrix' motion to compel be
                 filed under seal. [3:98-cv-03192] (slh)
                 [Entry date 10/14/99]

10/12/99  127    REQUEST by defendant in 3:98-cv-03192 for extension of time
                 to submit statement re: consolidated claim construction
                 proceedings [3:98-cv-03192] (slh) [Entry date 10/14/99]

10/12/99  128    MINUTES: (C/R Rosita Flores) (Hearing Date: 10/12/99) Case
                 management conference held; Tutorial hearing will be held
                 2:00 1/26/00; Claim construction hearing set for 2:00
                 2/16/00; Jury trial will be held 8:00 10/16/00; granting
                 defense counsel Marcia Sundeens' oral motion to be admitted
                 pro hac vice. [3:98-cv-03192] (slh) [Entry date 10/14/99]

10/12/99  129    ORDER by Judge William H. Alsup re: discovery guidelines
                 (Date Entered: 10/14/99) (cc: all counsel)  [3:98-cv-03192]
                 (slh) [Entry date 10/14/99]

10/14/99  130    ORDER DIRECTING FURTHER MEET & CONFERRAL RE: AFFYMETRIX'
                 MOTION TO COMPEL by Mag. Judge Maria-Elena James: the court
                 directs counsel to further meet and confer no later than
                 10/22/99; if issues remain in dispute following the meet
                 and conferral counsel shall submit a further meet and
                 confer letter outlining their respective positions no later
                 than 10/25/99 (Date Entered: 10/19/99) (cc: all counsel)
                 [3:98-cv-03192] (bug) [Entry date 10/19/99]

10/15/99  131    JOINT REPORT re: production of inventor notebooks.
                 [3:98-cv-03192] (slh) [Entry date 10/19/99]

10/15/99  132    CASE MANAGEMENT ORDER by Judge William H. Alsup: Tutorial
                 conference set for 2:00 1/26/00; claim construction hearing
                 will be held 4:00 2/16/00; Discovery cutoff 4/28/00; All
                 dispositive motions will be filed by 7/14/00; Pre-trial
                 conference will be 2:30 9/25/00; Jury Trial set for 8:00
                 10/16/00; Est.trial days: to be set at pretrial conf. (cc:
                 all counsel)  [3:98-cv-03192] (slh) [Entry date 10/19/99]

10/20/99  133    STATEMENT by defendant in 3:98-cv-03192 in response to
                 order to submit promptly any information re any grounds for
                 recusal [122-1]  [3:98-cv-03192] (slh)
                 [Entry date 10/21/99]

10/20/99 134    MINUTES: (C/R Jim Yeomans) (Hearing Date: 10/20/99)
                Telephone conference held; plaintiff's counsel Ms. Howard
                shall supply further information on the nature of
                representation to all parties and the court within 1 week;
                parties shall file briefs re: positions under 455 by
                11/9/99. [3:98-cv-03192, 3:98-cv-04507] (slh)
                [Entry date 10/21/99]

10/21/99 135    ORDER by Judge William H. Alsup re: joint report re
                productions of inventor notebooks [131-1]; Affymetrix
                shall, within 30 days, determine whether documents relating
                to the research and development by Drs. Lipshutz and Read
                were found, an if not already produced, shall produce such
                documents. (Date Entered: 10/25/99) (cc: all counsel)
                [3:98-cv-03192] (slh) [Entry date 10/25/99]

10/26/99 136    LETTER to Judge Alsup dated 10/25/99 from Brian D. Ledahl
                submitting a joint letter pursuant to the Court's 10/14/99
                Order. [3:98-cv-03192] (slh) [Entry date 10/27/99]

10/27/99 137    NOTICE by defendant in 3:98-cv-03192 to revise counsel of
                record. [3:98-cv-03192] (slh) [Entry date 10/29/99]

10/27/99 138    CERTIFICATE OF SERVICE by defendant in 3:98-cv-03192 of
                notice [137-1] [3:98-cv-03192] (slh) [Entry date 10/29/99]

10/27/99 139    MOTION before Judge William H. Alsup by defendant in
                3:98-cv-03192 for permission to appear pro hac vice
                [3:98-cv-03192] (slh) [Entry date 10/29/99]

10/27/99 140    DECLARATION by Anthony Nimmo on behalf of defendant in
                3:98-cv-03192 in support of motion for permission to appear
                pro hac vice [139-1] [3:98-cv-03192] (slh)
                [Entry date 10/29/99]

10/27/99 141    DECLARATION by Kevin M. Flowers on behalf of defendant in
                3:98-cv-03192 in support of motion for permission to appear
                pro hac vice [139-1] [3:98-cv-03192] (slh)
                [Entry date 10/29/99]

10/27/99 142    DECLARATION by William K. Merkel on behalf of defendant in
                3:98-cv-03192 in support of motion for permission to appear
                pro hac vice [139-1] [3:98-cv-03192] (slh)
                [Entry date 10/29/99]

10/27/99 143    DECLARATION by Paul C. Craane on behalf of defendant in
                3:98-cv-03192 in support of motion for permission to appear

pro hac vice [139-1]  [3:98-cv-03192] (slh)
[Entry date 10/29/99]

10/27/99  144    DECLARATION by Audrey L. Bartnicki on behalf of defendant
in 3:98-cv-03192 in support of motion for permission to
appear pro hac vice [139-1]  [3:98-cv-03192] (slh)
[Entry date 10/29/99]

10/27/99  145    PROOF OF SERVICE by defendant in 3:98-cv-03192 of motion
for permission to appear pro hac vice [139-1], declaration
[140-1], declaration [141-1], declaration [142-1],
declaration [143-1], declaration [144-1] [3:98-cv-03192]
(slh) [Entry date 10/29/99]

10/28/99  146    ORDER by Judge William H. Alsup GRANTING defendant's motion
for attorneys to appear pro hac vice [139-1] (Date Entered:
10/29/99) (cc: all counsel)  [3:98-cv-03192] (slh)
[Entry date 10/29/99]

10/29/99  147    STATEMENT IN RESPONSE by Plaintiff Affymetrix, Inc. to
Court's 10/20/99 request for further information regarding
Affymetrix' Morrison & Foerster contacts [3:98-cv-04507,
3:98-cv-03192] (slh) [Entry date 11/01/99]

10/29/99  148    DECLARATION by Elizabeth A. Howard on behalf of Plaintiff
in support of statement in response [97-1] in
3:98-cv-04507, [147-1] in 3:98-cv-03192  [3:98-cv-04507,
3:98-cv-03192] (slh) [Entry date 11/01/99]

11/2/99  149    LETTER to Judge Alsup dated 11/2/99 from Alan Tenenbaum on
behalf of defendant Hyseq Inc. to request a telephonic
discovery conference pursuant to the Court's Discovery
Procedures and Local Rule 37-1(c). [3:98-cv-03192] (slh)
[Entry date 11/03/99]

11/2/99  150    MINUTES: (C/R Leo Mankiewicz) (Hearing Date: 11/2/99)
Telephone conference re: possible grounds for recusal held.
[3:98-cv-04507, 3:98-cv-03192] (slh) [Entry date 11/10/99]

11/22/99  151    ORDER by Mag. Judge Maria-Elena James directing further
meet and confer no later than 11/30/99. (Date Entered:
11/23/99) (cc: all counsel)  [3:98-cv-03192] (slh)
[Entry date 11/23/99]

11/30/99  152    MINUTES: (C/R Jill Barham) (Hearing Date: 11/30/99); Judge
Alsup is going to recuse [3:98-cv-03192] (bug)
[Entry date 12/06/99]

11/30/99 153    ORDER by Judge William H. Alsup: recusing himself from
this action and request that the case be reassigned; all
pending dates are hereby VACATED and are to be reset by the
newly assigned Judge (Date Entered: 12/6/99) (cc: all
counsel) [3:98-cv-03192] (bug) [Entry date 12/06/99]

11/30/99 154    LETTER dated 11/19/99 from Alan Tenenbaum in 3:98-cv-03192
[3:98-cv-03192] (bug) [Entry date 12/06/99]

12/1/99  155    NOTICE OF MOTION AND MOTION  before Judge William H. Alsup
by defendant Hyseq, Inc. in 3:98-cv-03192 for attorney
Anand P Iyer and Kim A Jacklin to appear pro hac vice
[3:98-cv-03192] (bug) [Entry date 12/07/99]

12/1/99  156    DECLARATION by Anand P Iyer on behalf of defendant Hyseq,
Inc. in 3:98-cv-03192 in support of motion for attorney
Anand P Iyer and Kim A Jacklin to appear pro hac vice
[155-1]  [3:98-cv-03192] (bug) [Entry date 12/07/99]

12/1/99  157    DECLARATION by Kim A Jacklin on behalf of defendant Hyseq,
Inc. in 3:98-cv-03192 in support motion for attorney Anand
P Iyer and Kim A Jacklin to appear pro hac vice [155-1]
[3:98-cv-03192] (bug) [Entry date 12/07/99]

12/1/99  --     RECEIVED Proposed Order ( defendant Hyseq, Inc. in
3:98-cv-03192) re: motion for attorney Anand P Iyer and Kim
A Jacklin to appear pro hac vice [155-1] [3:98-cv-03192]
(bug) [Entry date 12/07/99]

12/1/99  158    PROOF OF SERVICE by defendant Hyseq, Inc. in 3:98-cv-03192
of order received [0-0], declaration [157-1], declaration
[156-1], motion for attorney Anand P Iyer and Kim A Jacklin
to appear pro hac vice [155-1] [3:98-cv-03192] (bug)
[Entry date 12/07/99]

12/6/99  159    LETTER dated 12/2/99 addressed to Magistrate Judge James
from Paul C Crane in 3:98-cv-03192 counsel for Hyseq, Inc.
in 3:98-cv-03192 re: discovery [3:98-cv-03192] (bug)
[Entry date 12/11/99]

12/6/99  161    ORDER by Assignment Committee Case reassigned to Judge
Jeremy Fogel; referred to Judge Jeremy Fogel the motion for
attorney Anand P Iyer and Kim A Jacklin to appear pro hac
vice [155-1] (Date Entered: 12/17/99) (cc: all counsel)
[3:98-cv-03192] (bug) [Entry date 12/17/99]

12/13/99 160    ORDER  by Mag. Judge Maria-Elena James directing parties
                to meet and confer in person by 1/12/00 and setting
                Discovery Dispute hearing for 10:00 a.m. on 1/20/00 ( Date
                Entered: 12/14/99) (cc: all counsel)  [3:98-cv-03192] (mmr)
                [Entry date 12/14/99]


12/15/99 162    JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed.
                [5:99-cv-21163] (gm) [Entry date 12/21/99]


12/27/99 163    REQUEST by defendant Hyseq, Inc.  for CMC [5:99-cv-21163]
                (gm) [Entry date 12/28/99]


12/28/99 --     TRANSMITTAL of documents: original case file doc 1-161,
                including sealed and misc sent to USDC San Jose
                [5:99-cv-21163] (bug) [Entry date 12/28/99]


12/28/99 164    JOINT PROPOSED WITNESS STATEMENT of facts by Plaintiff
                Affymetrix, Inc.  [5:99-cv-21163] (gm)
                [Entry date 12/29/99]


1/4/00   165    ORDER  by Judge Jeremy Fogel Case Management Conference
                set for 10:30 2/28/00 ; ( Date Entered: 1/7/00) (cc:  all
                counsel)  [5:99-cv-21163] (gm) [Entry date 01/07/00]


1/5/00   166    ORDER  by Judge Jeremy Fogel  granting  motion for attorney
                Anand P Iyer and Kim A Jacklin to appear pro hac vice
                [155-1] ( Date Entered: 1/7/00) (cc:  all counsel)
                [5:99-cv-21163] (gm) [Entry date 01/07/00]


1/6/00   167    CLERK'S NOTICE CMC set for 2/28/00 at 10:30
                [5:99-cv-21163] (gm) [Entry date 01/07/00]


1/18/00  168    LETTER  dated 1/14/00   from Affymetrix, Inc. in
                5:99-cv-21163 [5:99-cv-21163] (gm) [Entry date 01/25/00]


1/18/00  169    LETTER  dated 1/18/00 re telephonic appearance from Hyseq,
                Inc. in 5:99-cv-21163 [5:99-cv-21163] (gm)
                [Entry date 01/25/00]


1/18/00  170    ORDER gramtomg defendamt Hyseq's motion to appear
                telephonically at the January 20, 2000 hearing  by Mag.
                Judge Maria-Elena James ( Date Entered: 1/25/00) (cc:  all
                counsel)  [5:99-cv-21163] (gm) [Entry date 01/25/00]

1/20/00  171  MINUTES: (Discovery) ( Hearing Date: 1/20/00)
              [5:99-cv-21163] (gm) [Entry date 01/28/00]

1/21/00  172  ORDER  by Mag. Judge Maria-Elena James  ( Date Entered:
              1/28/00) (cc:  all counsel)  [5:99-cv-21163] (gm)
              [Entry date 01/28/00]

2/17/00  173  CLERK'S NOTICE Case Management Conference set for 10:30
              4/17/00 ; [5:99-cv-21163] (gm) [Entry date 02/23/00]

2/17/00  174  ORDER re: 2/10/00 Meet and Conferral Letter by Mag. Judge
              Maria-Elena James ( Date Entered: 2/25/00) (cc:  all
              counsel) [5:99-cv-21163] (gm) [Entry date 02/25/00]

3/1/00   175  MOTION   before Judge Jeremy Fogel  by defendant Hyseq,
              Inc. to withdraw attorney [5:99-cv-21163] (gm)
              [Entry date 03/02/00]

3/1/00   --   RECEIVED Proposed Order ( defendant Hyseq, Inc. ) re:
              motion to withdraw attorney [175-1] [5:99-cv-21163] (gm)
              [Entry date 03/02/00]

3/1/00   176  PROOF OF SERVICE by defendant Hyseq, Inc. of order received
              [0-0], motion to withdraw attorney [175-1] [5:99-cv-21163]
              (gm) [Entry date 03/02/00]

3/6/00   177  ORDER  by Judge Jeremy Fogel  granting  motion to withdraw
              attorney [175-1] attorney Brian T. Clarke for Hyseq, Inc.,
              attorney Marcia H. Sundeen for Hyseq, Inc., attorney Samuel
              B. Abrams for Hyseq, Inc. ( Date Entered: 3/13/00) (cc:
              all counsel) [5:99-cv-21163] (gm) [Entry date 03/13/00]

3/7/00   178  ORDER  by Judge Jeremy Fogel  granting  motion to withdraw
              attorney [175-1] attorney Brian T. Clarke for Hyseq, Inc.,
              attorney Marcia H. Sundeen for Hyseq, Inc., attorney Samuel
              B. Abrams for Hyseq, Inc. ( Date Entered: 3/13/00) (cc:
              all counsel)  [5:99-cv-21163] (gm) [Entry date 03/13/00]

3/15/00  --   RECEIVED Proposed Order approving substitution of attorneys
              ( defendant Hyseq, Inc. ) [5:99-cv-21163] (gm)
              [Entry date 03/21/00]

3/17/00  180  ORDER  by Mag. Judge Maria-Elena James leave to submit a
              joint letter on 3/24/00 ( Date Entered: 3/27/00) (cc:  all

counsel)  [5:99-cv-21163] (gm) [Entry date 03/27/00]

3/20/00  179    ORDER  by Judge Jeremy Fogel  granting  motion to withdraw
                attorney [175-1] attorney Brian T. Clarke for Hyseq, Inc.,
                attorney Marcia H. Sundeen for Hyseq, Inc., attorney Samuel
                B. Abrams for Hyseq, Inc. ( Date Entered: 3/22/00) (cc:
                all counsel)  [5:99-cv-21163] (gm) [Entry date 03/22/00]

3/23/00  181    NOTICE by defendant Hyseq, Inc. [179-1] order
                [5:99-cv-21163] (gm) [Entry date 03/27/00]

3/27/00  182    ORDER  by Mag. Judge Maria-Elena James granting leave to
                submit joint letter on 3/30/00 ( Date Entered: 3/31/00)
                (cc:  all counsel)  [5:99-cv-21163] (gm)
                [Entry date 03/31/00]

3/31/00  183    LETTER  dated 3/30/00 from Paul C. Craane  from Hyseq, Inc.
                [5:99-cv-21163] (rg) [Entry date 04/11/00]

4/5/00   184    ORDER  by Mag. Judge Maria-Elena James  re [183-1] ( Date
                Entered: 4/11/00) (cc:  all counsel)  [5:99-cv-21163] (rg)
                [Entry date 04/11/00]

4/10/00  185    JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed.
                [5:99-cv-21163] (gm) [Entry date 04/12/00]

4/12/00  186    CLERK'S NOTICE Case Management Conference set for 9:00
                7/10/00 ; [5:99-cv-21163] (gm) [Entry date 04/14/00]

4/14/00  187    SUBMISSION by Plaintiff Affymetrix, Inc. re: [184-1] order
                [5:99-cv-21163] (gm) [Entry date 04/18/00]

4/28/00  188     Submission re deposition exhibit production  by Plaintiff
                Affymetrix, Inc.  [5:99-cv-21163] (cm) [Entry date 05/05/00]

5/26/00  189    REPORTER'S TRANSCRIPT;  Date of proceedings: 10/12/99 (
                C/R: Rosita Flores)   [5:99-cv-21163] (gm)
                [Entry date 06/07/00]

6/29/00  190    CLERK'S NOTICE CMC set for 7/10/00 at 9:00
                [5:99-cv-21163] (gm) [Entry date 06/30/00]

7/7/00   191    JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed.
                [5:99-cv-21163] (gm) [Entry date 07/10/00]

7/10/00  192    MINUTES: ( C/R Peter Torreano) INITIAL CASE MANAGEMENT
                CONFERENCE HELD.  [5:99-cv-21163] (gm) [Entry date 07/11/00]


8/16/00  193    LETTER  dated 8/16/99 from Jeffrey L. Arrington   from
                Affymetrix, Inc. (FILED UNDER SEAL) [5:99-cv-21163] (gm)
                [Entry date 08/22/00]


8/31/00  194    LETTER  dated 8/31/00 from Brian D. Ledahl from Hyseq, Inc.
                [5:99-cv-21163] (gm) [Entry date 09/05/00]


9/8/00   195    ORDER denying plaintiff leave to file motion for sanctions
                by Mag. Judge Edward A. Infante ( Date Entered: 9/12/00)
                (cc:  all counsel)  [5:99-cv-21163] (gm)
                [Entry date 09/12/00]


10/11/00 196    ORDER re request for conference by Judge Jeremy Fogel (
                Date Entered: 10/18/00) (cc: all counsel)  [5:99-cv-21163]
                (gm) [Entry date 10/18/00]


10/25/00 197    EX-PARTE APPLICATION  before Judge Jeremy Fogel by
                Plaintiff Affymetrix, Inc. to file an opening brief on
                cloam cosntruction to exceed page limitation
                [5:99-cv-21163] (gm) [Entry date 10/27/00]


10/25/00 --     RECEIVED Opening Brief in support of its proposed claim
                construction submitted by Plaintiff Affymetrix, Inc. (FILED
                UNDER SEAL) [5:99-cv-21163] (gm) [Entry date 10/27/00]


10/25/00 198    DECLARATION by Jeffrey L. Arrington on behalf of Plaintiff
                Affymetrix, Inc. in support of Opening Brief document
                received [0-0]  [5:99-cv-21163] (gm) [Entry date 10/27/00]
                [Edit date 10/27/00]


10/25/00 199    APPENDIX VOLUME 1 filed by Plaintiff Affymetrix, Inc. in
                support of Opening Brief document received [0-0]
                [5:99-cv-21163] (gm) [Entry date 10/27/00]
                [Edit date 10/27/00]


10/25/00 200    APPENDIX VOLUME 2 filed by Plaintiff Affymetrix, Inc. in
                support of Opening Brief document received [0-0]
                 [5:99-cv-21163] (gm) [Entry date 10/27/00]


10/25/00 201    APPENDIX VOLUME 3 filed by Plaintiff Affymetrix, Inc. in
                support of Opening Brief document received [0-0]
                 [5:99-cv-21163] (gm) [Entry date 10/27/00]

10/25/00 202    APPENDIX VOLUME 4 filed by Plaintiff Affymetrix, Inc. in
                support of Opening Brief document received [0-0]
                 [5:99-cv-21163] (gm) [Entry date 10/27/00]


10/25/00 203    APPENDIX VOLUME 5 filed by Plaintiff Affymetrix, Inc. in
                support of Opening Brief document received [0-0]
                 [5:99-cv-21163] (gm) [Entry date 10/27/00]


10/25/00 204    APPENDIX VOLUME 6 filed by Plaintiff Affymetrix, Inc. in
                support of Opening Brief document received [0-0]
                 [5:99-cv-21163] (gm) [Entry date 10/27/00]


10/25/00 205    APPENDIX VOLUME 7 filed by Plaintiff Affymetrix, Inc. in
                support of Opening Brief document received [0-0]
                 [5:99-cv-21163] (gm) [Entry date 10/27/00]


10/25/00 206    APPENDIX VOLUME 8 filed by Plaintiff Affymetrix, Inc. in
                support of Opening Brief document received [0-0]
                 [5:99-cv-21163] (gm) [Entry date 10/27/00]


10/25/00 207    APPENDIX VOLUME 9 filed by Plaintiff Affymetrix, Inc. in
                support of Opening Brief document received [0-0]
                 [5:99-cv-21163] (gm) [Entry date 10/27/00]


10/25/00 208    APPENDIX VOLUME 10 filed by Plaintiff Affymetrix, Inc. in
                support of document received [0-0]  [5:99-cv-21163] (gm)
                [Entry date 10/27/00]


10/25/00 --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. ) re:
                motion to file an opening brief on cloam cosntruction to
                exceed page limitation [197-1] [5:99-cv-21163] (gm)
                [Entry date 10/27/00]


10/26/00 209    EX-PARTE APPLICATION  before Judge Jeremy Fogel by
                Plaintiff Affymetrix, Inc. for order prohibiting
                defendants from asserting claim construction positions not
                in the parties' Joint claim construction statements;
                declaration of Marc A. Fenster [5:99-cv-21163] (gm)
                [Entry date 10/27/00]


10/26/00 --     RECEIVED Proposed Order ( Plaintiff Affymetrix, Inc. ) re:
                motion for order prohibiting defendants from asserting
                claim construction positions not in the parties' Joint
                claim construction statements; declaration of Marc A.
                Fenster [209-1] [5:99-cv-21163] (gm) [Entry date 10/27/00]

10/27/00 210    ORDER  by Judge Jeremy Fogel appointing Special Master for
                discovery ( Date Entered: 10/30/00) (cc: all counsel)
                [5:99-cv-21163] (gm) [Entry date 10/30/00]


10/27/00 211    OPPOSITION by defendant Hyseq, Inc.  to motion for order
                prohibiting defendants from asserting claim construction
                positions not in the parties' Joint claim construction
                statements; declaration of Marc A. Fenster [209-1]
                [5:99-cv-21163] (gm) [Entry date 11/01/00]


10/27/00 212    DECLARATION by Teresa M. Corbin on behalf of defendant
                Hyseq, Inc. in support of opposition [211-1]
                [5:99-cv-21163] (gm) [Entry date 11/01/00]


10/31/00 213    REPLY BRIEF by Plaintiff Affymetrix, Inc. in support of
                motion for order prohibiting defendants from asserting
                claim construction positions not in the parties' Joint
                claim construction statements; declaration of Marc A.
                Fenster [209-1] [5:99-cv-21163] (gm) [Entry date 11/06/00]


11/7/00  214    ORDER  by Judge Jeremy Fogel  granting  motion to file an
                opening brief on cloam cosnruction to exceed page
                limitation [197-1] ( Date Entered: 11/8/00) (cc:  all
                counsel)  [5:99-cv-21163] (gm) [Entry date 11/08/00]


11/8/00  215    EX-PARTE APPLICATION  before Judge Jeremy Fogel for leave
                to file opening brief in support of claim construction
                exceeding 25 pages [5:99-cv-21163] (gm)
                [Entry date 11/09/00]


11/8/00  --     RECEIVED Proposed Order ( ) re: motion for leave to file
                opening brief in support of claim construction exceeding 25
                pages [215-1] [5:99-cv-21163] (gm) [Entry date 11/09/00]


11/8/00  216    PROOF OF SERVICE of order received [0-0], motion for leave
                to file opening brief in support of claim construction
                exceeding 25 pages [215-1] [5:99-cv-21163] (gm)
                [Entry date 11/09/00]


11/8/00  217    INCYTE'S AND SYNTENI'S OPENING BRIEF in support of its
                Claim Cosntruction Statement [5:99-cv-21163] (gm)
                [Entry date 11/09/00]


11/8/00  218    DECLARATION by Dr. Larry J. Kricka in support of Incyte's
                Proposed Claim Construction  [5:99-cv-21163] (gm)

[Entry date 11/09/00]

11/8/00   219      DECLARATION by Don F. Livornese and Exhibits 1-31 in
                   support of Incyte's Proposed Claim Cosnruction
                   [5:99-cv-21163] (gm) [Entry date 11/09/00]

11/8/00   220      EXHIBITS 32-52 to the declaration [219-1] [5:99-cv-21163]
                   (gm) [Entry date 11/09/00]

11/8/00   221      EXHIBIT 53 to the declaration [219-1] [5:99-cv-21163] (gm)
                   [Entry date 11/09/00]

11/8/00   222      EXHIBIT 54 to the declaration [219-1] [5:99-cv-21163] (gm)
                   [Entry date 11/09/00]

11/8/00   223      EXHIBIT 55 to the declaration [219-1] (FILED UNDER SEAL)
                   [5:99-cv-21163] (gm) [Entry date 11/09/00]

11/8/00   224      EXHIBITS 56-61 to the declaration [219-1] [5:99-cv-21163]

                   (gm) [Entry date 11/09/00]

11/8/00   225      PROOF OF SERVICE of exhibits [224-1], exhibits [223-1],
                   exhibits [222-1], exhibits [221-1], exhibits [220-1],
                   declaration [219-1], declaration [218-1], brief [217-1]
                   [5:99-cv-21163] (gm) [Entry date 11/09/00]

11/8/00   226      DECLARATION by Paul Craane in support of Hyseq's responsive
                   brief on claim construction on behalf of defendant Hyseq,
                   Inc.  [5:99-cv-21163] (gm) [Entry date 11/09/00]

11/9/00   227      RESPONSIVE BRIEF ON CLAIM CONSTRUCTION by defendant Hyseq,
                   Inc. [5:99-cv-21163] (gm) [Entry date 11/09/00]

11/9/00   228      PROOF OF SERVICE of Amended table of authirities to
                   defendants' opening brief [5:99-cv-21163] (gm)
                   [Entry date 11/09/00]

11/15/00  229      ORDER  by Judge Jeremy Fogel  granting  motion for leave to
                   file opening brief in support of claim construction
                   exceeding 25 pages [215-1] ( Date Entered: 11/16/00) (cc:
                   all counsel)  [5:99-cv-21163] (gm) [Entry date 11/16/00]

11/15/00  230      REPLY by Plaintiff Affymetrix, Inc. re document received
                   [0-0] (FILED UNDER SEAL) [5:99-cv-21163] (gm)

[Entry date 11/16/00]

11/16/00 231    DECLARATION by Peter G. Schultz on behalf of Plaintiff
                Affymetrix, Inc. re reply [230-1]  [5:99-cv-21163]  (gm)
                [Entry date 11/17/00]

11/21/00 232    INCYTE'S AND SYNTENI'S AMENDED OPENING BRIEF inb support of
                its Claim Cosntruction Statement [5:99-cv-21163]  (gm)
                [Entry date 11/27/00]

11/21/00 233    NOTICE OF ERRATA to [232-1] [5:99-cv-21163]  (gm)
                [Entry date 11/27/00]

11/21/00 235    PROOF OF SERVICE of errata [233-1], brief [232-1]
                [5:99-cv-21163]  (gm) [Entry date 11/30/00]

11/27/00 234    SUPPLEMENT by Plaintiff Affymetrix, Inc. re documents
                [208-1], re documents [207-1], re documents [206-1], re
                documents [205-1], re documents [204-1], re documents
                [203-1], re documents [202-1], re documents [201-1], re
                documents [200-1], re documents [199-1] [5:99-cv-21163]  (gm)
                [Entry date 11/28/00]

11/29/00 236    SUPPLEMENTAL DECLARATION by Don F. Livornese and exhibits
                62-95 in support of brief [232-1]  [5:99-cv-21163]  (gm)
                [Entry date 11/30/00]

11/29/00 237    PROOF OF SERVICE of declaration [236-1] [5:99-cv-21163]  (gm)
                [Entry date 11/30/00]

12/6/00  238    NOTICE OF LODGING, Affymetrix' Tutorial Video, Affymetrix'
                Graphics and a copy of the Decision of the board of Patent
                Apeals by Plaintiff Affymetrix, Inc.  [5:99-cv-21163]  (sus)
                [Entry date 12/13/00]

12/7/00  239    NOTICE of lodging Graphics by Incyte [5:99-cv-21163]  (gm)
                [Entry date 12/19/00]

1/3/01   240    REPORTER'S TRANSCRIPT;  Date of proceedings: 11/29/00 (
                C/R: Peter Torreano)  [5:99-cv-21163]  (gm)
                [Entry date 01/04/01]

1/3/01   241    REPORTER'S TRANSCRIPT;  Date of proceedings: 11/30/01 (
                C/R: Peter Torreano)  [5:99-cv-21163]  (gm)
                [Entry date 01/04/01]

1/22/01   242     ORDER construing claims of U.S. Patents nos. 5,445,934,
                  5,744,305, 5,800,992, and 5,795,716 by Judge Jeremy Fogel (
                  Date Entered: 1/23/01) (cc: all counsel)  [5:99-cv-21163]
                  (gm) [Entry date 01/23/01]

2/12/01   243     BRIEF FILED by Plaintiff Affymetrix, Inc. regarding order
                  [242-1] [5:99-cv-21163] (gm) [Entry date 02/14/01]

2/12/01   244     DECLARATION by Douglas H. Carsten on behalf of Plaintiff
                  Affymetrix, Inc. in support of brief [243-1]
                  [5:99-cv-21163] (gm) [Entry date 02/14/01]

2/12/01   245     DECLARATION by Karen Vusden Ph.D. on behalf of Plaintiff
                  Affymetrix, Inc. in support of brief [243-1]
                  [5:99-cv-21163] (gm) [Entry date 02/14/01]

2/26/01   246     INCYTE'S BRIEF FILED pursuant to the Court's Claims
                  construction order re: the term "substantially
                  complementary" [5:99-cv-21163] (gm) [Entry date 02/28/01]

2/26/01   247     DECLARATION by Dr. Charles Cantor in support of brief
                  [246-1]  [5:99-cv-21163] (gm) [Entry date 02/28/01]

2/26/01   248     DECLARATION by Adam K. Whiting in support of brief [246-1]
                  [5:99-cv-21163] (gm) [Entry date 02/28/01]

2/26/01   249     PROOF OF SERVICE of declaration [248-1], declaration
                  [247-1], brief [246-1] [5:99-cv-21163] (gm)
                  [Entry date 02/28/01]

2/26/01   250     OPPOSITION by defendant Hyseq, Inc.  to brief [246-1]
                  [5:99-cv-21163] (gm) [Entry date 02/28/01]

2/26/01   251     DECLARATION by John Quackenbush, Ph.D. on behalf of
                  defendant Hyseq, Inc. in support of opposition [250-1]
                  [5:99-cv-21163] (gm) [Entry date 02/28/01]

2/26/01   252     DECLARATION by William K. Merkel on behalf of defendant
                  Hyseq, Inc. in support of opposition [250-1]
                  [5:99-cv-21163] (gm) [Entry date 02/28/01]

2/26/01   253     PROOF OF SERVICE by defendant Hyseq, Inc. of declaration
                  [252-1], declaration [251-1], opposition [250-1]

[5:99-cv-21163] (gm) [Entry date 02/28/01]

3/1/01    254    NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel for leave to file motion for partial reconsideration of order construing claims of U.S. patents nos. 5,445,934, 5,744,305, 5,800,992 and 5,795,716 [5:99-cv-21163] (gm) [Entry date 03/05/01]

3/1/01    --    RECEIVED Proposed Order ( ) re: motion for leave to file motion for partial reconsideration of order construing claims of U.S. patents nos. 5,445,934, 5,744,305, 5,800,992 and 5,795,716 [254-1] [5:99-cv-21163] (gm) [Entry date 03/05/01]

3/1/01    255    PROOF OF SERVICE of order received [0-0], motion for leave to file motion for partial reconsideration of order construing claims of U.S. patents nos. 5,445,934, 5,744,305, 5,800,992 and 5,795,716 [254-1] [5:99-cv-21163] (gm) [Entry date 03/05/01]

3/2/01    256    OPPOSITION by defendant Hyseq, Inc.  to motion for leave to file motion for partial reconsideration of order construing claims of U.S. patents nos. 5,445,934, 5,744,305, 5,800,992 and 5,795,716 [254-1] [5:99-cv-21163] (gm) [Entry date 03/06/01]

3/5/01    258    MOTION   before Judge Jeremy Fogel for releasing Brian T. Clarke from the constraints of the protective order [5:99-cv-21163] (gm) [Entry date 03/12/01]

3/5/01    259    DECLARATION by Brian T. Clarke in support of motion for releasing Brian T. Clarke from the constraints of the protective order [258-1]  [5:99-cv-21163] (gm) [Entry date 03/12/01]

3/5/01    --    RECEIVED Proposed Order ( ) re: motion for releasing Brian T. Clarke from the constraints of the protective order [258-1] [5:99-cv-21163] (gm) [Entry date 03/12/01]

3/8/01    257    ORDER  by Mag. Judge Edward A. Infante  referring case for discovery  to Magistrate Judge Richard Seeborg ( Date Entered: 3/9/01) (cc:  all counsel)  [5:99-cv-21163] (gm) [Entry date 03/09/01]

3/8/01    260    ORDER setting briefing for 3/21/01 by Mag. Judge Maria-Elena James re [258-1] ( Date Entered: 3/14/01) (cc: all counsel)  [5:99-cv-21163] (gm) [Entry date 03/14/01]

3/12/01   261   MOTION   before Judge Jeremy Fogel  by defendant Hyseq,
                Inc. to strike brief [246-1] [5:99-cv-21163] (gm)
                [Entry date 03/14/01]


3/20/01   262   NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel to
                strike Affymetrix's Reply Brief or, in the alternative
                Incyte's surreply brief re: construction fo "substantially
                complementary" [5:99-cv-21163] (gm) [Entry date 03/21/01]


3/20/01   263   PROOF OF SERVICE of motion to strike Affymetrix's Reply
                Brief or, in the alternative Incyte's surreply brief re:
                construction fo "substantially complementary" [262-1]
                [5:99-cv-21163] (gm) [Entry date 03/21/01]


3/20/01   264   ORDER by Judge Jeremy Fogel   vacating [257-1] Scheduling
                order  referring case for discovery  to Magistrate Judge
                Richard Seeborg,  vacating [257-2] order  ( Date Entered:
                3/26/01) (cc:  all counsel)  [5:99-cv-21163] (gm)
                [Entry date 03/26/01]


3/26/01   265   ORDER  by Judge Jeremy Fogel  denying motion for leave to
                file motion for partial reconsideration of order construing
                claims of U.S. patents nos. 5,445,934, 5,744,305, 5,800,992
                and 5,795,716 [254-1] ( Date Entered: 3/29/01) (cc:  all
                counsel) [5:99-cv-21163] (gm) [Entry date 03/29/01]


3/30/01   266   REPLY to Affymetrix's Response to Petition of Brian T.
                Clarke [5:99-cv-21163] (gm) [Entry date 04/02/01]


4/9/01    267   MOTION   before Judge Jeremy Fogel  by defendant Hyseq,
                Inc. to stay pending litigation re: Affymetrix' '716
                patent with Notice set for 5/29/01 at 9:00 [5:99-cv-21163]
                (gm) [Entry date 04/11/01]


4/9/01    268   DECLARATION by Kevin M. Flowers, Ph.D. on behalf of
                defendant Hyseq, Inc. in support of motion to stay pending
                litigation re: Affymetrix' '716 patent [267-1]
                [5:99-cv-21163] (gm) [Entry date 04/11/01]


4/9/01    --    RECEIVED Proposed Order ( defendant Hyseq, Inc. ) re:
                motion to stay pending litigation re: Affymetrix' '716
                patent [267-1] [5:99-cv-21163] (gm) [Entry date 04/11/01]


4/9/01    269   PROOF OF SERVICE by defendant Hyseq, Inc. of order received
                [0-0], declaration [268-1], motion to stay pending
                litigation re: Affymetrix' '716 patent [267-1]

[5:99-cv-21163] (gm) [Entry date 04/11/01]

4/9/01   --    RECEIVED Exhibits G&K of the Declaration of Kevin M.
               Flowers, Ph.D. submitted by defendant Hyseq, Inc. in
               support of motion to stay: [267-1] (FILED UNDER SEAL)
               [5:99-cv-21163] (gm) [Entry date 05/04/01]

4/10/01  --    RECEIVED Proposed Order to file portion of the declaration
               of Kevin M. Flowers, Ph.D. under seal ( defendant Hyseq,
               Inc. ) [5:99-cv-21163] (gm) [Entry date 04/11/01]

4/17/01  270   ORDER by Judge Jeremy Fogel  granting  motion for leave to
               file motion for partial reconsideration of order construing
               claims of U.S. patents nos. 5,445,934, 5,744,305, 5,800,992
               and 5,795,716 [254-1] ( Date Entered: 4/24/01) (cc:  all
               counsel) [5:99-cv-21163] (gm) [Entry date 04/24/01]

5/3/01   271    REPORT AND RECOMMENDATION of Special Maser (cc: all
               counsel)   [5:99-cv-21163] (gm) [Entry date 05/09/01]

5/4/01   272   ORDER by Special Master denying motion for releasing Brian
               T. Clarke from the constraints of the protective order
               [258-1] ( Date Entered: 5/9/01) (cc:  all counsel)
               [5:99-cv-21163] (gm) [Entry date 05/09/01]

5/8/01   273   INCYTE'S OPPOSITION to Affymetrix' motion for
               reconsideration of two definitons in 1/22/01 claims
               cosntruction order [5:99-cv-21163] (gm)
               [Entry date 05/09/01]

5/8/01   274   DECLARATION by Jayna R. Wjott in support of opposition
               [273-1] [5:99-cv-21163] (gm) [Entry date 05/09/01]

5/8/01   275   DECLARATION by Dr. Charles Cantor in support of opposition
               [273-1] [5:99-cv-21163] (gm) [Entry date 05/09/01]

5/8/01   276   PROOF OF SERVICE of declaration [275-1], declaration
               [274-1], opposition [273-1] [5:99-cv-21163] (gm)
               [Entry date 05/09/01]

5/8/01   277   OPPOSITION by Plaintiff Affymetrix, Inc.  to motion to stay
               pending litigation re: Affymetrix' '716 patent [267-1]
               [5:99-cv-21163] (gm) [Entry date 05/09/01]

5/8/01   278   RESPONSE  by defendant Hyseq, Inc. to Affymetrix' motion

for reconsideration of two definitions in 1/22/01 claims
construction order [5:99-cv-21163] (gm)
[Entry date 05/09/01]

5/8/01   279   ORDER  by Judge Jeremy Fogel finding the term
              "substantially compementary" indefinite and ocnstruing
              remaining terms ( Date Entered: 5/9/01) (cc: all counsel)
              [5:99-cv-21163] (gm) [Entry date 05/09/01]

5/10/01  280   PROOF OF SERVICE by defendant Hyseq, Inc. of response
              [278-1] [5:99-cv-21163] (gm) [Entry date 05/15/01]

5/10/01  281   MOTION   before Judge Jeremy Fogel  by defendant Hyseq,
              Inc. for attorney Edward M. O'Toole and Thomas J. Ramsdell
              to appear pro hac vice . Fee status paid. [5:99-cv-21163]
              (gm) [Entry date 05/15/01]

5/10/01  282   DECLARATION by Edward M. O'Toole on behalf of defendant
              Hyseq, Inc. in support of motion for attorney Edward M.
              O'Toole and Thomas J. Ramsdell to appear pro hac vice . Fee
              status paid. [281-1]  [5:99-cv-21163] (gm)
              [Entry date 05/15/01]

5/10/01  283   DECLARATION by Thomas J. Ramsdell on behalf of defendant
              Hyseq, Inc. in support of motion for attorney Edward M.
              O'Toole and Thomas J. Ramsdell to appear pro hac vice . Fee
              status paid. [281-1]  [5:99-cv-21163] (gm)
              [Entry date 05/15/01]

5/10/01  --    RECEIVED Proposed Order ( defendant Hyseq, Inc. ) re:
              motion for attorney Edward M. O'Toole and Thomas J.
              Ramsdell to appear pro hac vice . Fee status paid. [281-1]
              [5:99-cv-21163] (gm) [Entry date 05/15/01]

5/10/01  284   PROOF OF SERVICE by defendant Hyseq, Inc. of order received
              [0-0], declaration [283-1], declaration [282-1], motion for
              attorney Edward M. O'Toole and Thomas J. Ramsdell to appear
              pro hac vice . Fee status paid. [281-1] [5:99-cv-21163] (gm)
              [Entry date 05/15/01]

5/14/01  285   ORDER  by Judge Jeremy Fogel  granting  motion for attorney
              Edward M. O'Toole and Thomas J. Ramsdell to appear pro hac
              vice . Fee status paid. [281-1] ( Date Entered: 5/24/01)
              (cc: all counsel) [5:99-cv-21163] (rg)
              [Entry date 05/24/01]

5/15/01  286   REPLY by defendant Hyseq, Inc. in support of motion to stay

pending litigation re: Affymetrix' '716 patent [267-1]
[5:99-cv-21163] (gm) [Entry date 06/01/01]

5/15/01  287    PROOF OF SERVICE by defendant Hyseq, Inc. of reply [286-1]
[5:99-cv-21163] (gm) [Entry date 06/01/01]

5/30/01  288    ORDER  by Judge Jeremy Fogel  denying motion to stay
pending litigation re: Affymetrix' '716 patent [267-1] (
Date Entered: 6/4/01) (cc:  all counsel)  [5:99-cv-21163]
(gm) [Entry date 06/04/01]

5/31/01  289    MINUTES: ( C/R Peter Torreano) ( Hearing Date: 5/29/01) re
[267-1] [5:99-cv-21163] (gm) [Entry date 06/04/01]

6/7/01  290    REPORTER'S TRANSCRIPT;  Date of proceedings: 5/29/01 ( C/R:
Peter Torreano)   [5:99-cv-21163] (gm) [Entry date 06/08/01]

6/14/01  291    EX-PARTE APPLICATION by Synteni, Inc. and Incyte Genomics,
Inc. before Judge Jeremy Fogel for leave to submit
supplementary material in opposition to motion for
reconsideration [5:99-cv-21163] (gm) [Entry date 06/22/01]

6/14/01  --    RECEIVED Proposed Order ( ) re: motion for leave to submit
supplementary material in opposition to motion for
reconsideration [291-1] [5:99-cv-21163] (gm)
[Entry date 06/22/01]

6/14/01  292    PROOF OF SERVICE of order received [0-0], motion for leave
to submit supplementary material in opposition to motion
for reconsideration [291-1] [5:99-cv-21163] (gm)
[Entry date 06/22/01]

6/15/01  293    AMENDED PROOF OF SERVICE of order received [0-0], motion
for leave to submit supplementary material in opposition to
motion for reconsideration [291-1] [5:99-cv-21163] (gm)
[Entry date 06/22/01]

6/18/01  294    ORDER  by Judge Jeremy Fogel  re [262-1], re [261-1], re
[254-1] ( Date Entered: 6/22/01) (cc:  all counsel)
[5:99-cv-21163] (gm) [Entry date 06/22/01]

6/29/01  295    SUPPLEMENTAL REPORT AND RECOMMENDATION of Special Master
(cc: all counsel)   [5:99-cv-21163] (gm)
[Entry date 07/05/01]

7/16/01  296    ORDER  by Judge Jeremy Fogel  denying motion for leave to
                submit supplementary material in opposition to motion for
                reconsideration [291-1] ( Date Entered: 7/20/01) (cc:  all
                counsel) [5:99-cv-21163] (gm) [Entry date 07/20/01]


7/18/01  297    MINUTES: ( C/R Peter Torreano) INITIAL CASE MANAGEMENT
                CONFERENCE HELD.  Pre-trial conference will be held 9:30
                1/28/02 ; Trial set for 9:30 7/8/02 ; [5:99-cv-21163] (gm)
                [Entry date 07/20/01]


10/24/01 298    NOTICE by defendant Hyseq, Inc.  of change of firm name
                [5:99-cv-21163] (gm) [Entry date 10/30/01]


10/26/01 --     RECEIVED Proposed Order of dismissal and final judgment (
                defendant Hyseq, Inc. ) [5:99-cv-21163] (gm)
                [Entry date 10/30/01]


10/30/01 299    STIPULATION and ORDER  by Judge Jeremy Fogel : dismissing
                case (cc: all counsel) [5:99-cv-21163] (gm)
                [Entry date 10/30/01]

---

## END OF DOCKET: 5:99cv21163