# EXHIBIT 2

Docket as of December 30, 2001 2:27 am                    Web PACER (v2.3)

# U.S. District Court

## U.S. District for the Northern District of California (San Jose)

### CIVIL DOCKET FOR CASE #: 99-CV-21165

### Affymetrix, Inc., et al v. Synteni Inc., et al

Filed: 11/24/98
Assigned to: Judge Jeremy Fogel
Jury demand: Both
Referred to: Mag. Judge Maria-Elena James
Demand: $0,000
Nature of Suit: 830
Lead Docket: 99-CV-21163
Jurisdiction: Federal Question
Dkt # in USDC Delaware : is 98 520
Cause: 15:1126 Patent Infringement

```
AFFYMETRIC INC., a California      Elizabeth A. Howard
corporation                       [COR LD NTC]
      Plaintiff                   Orrick Herrington & Sutcliffe
                                  LLP
                                  1000 Marsh Road
                                  Menlo Park, CA 94025
                                  650-614-7400
                                  Stuart B. Young
                                  [COR LD NTC]
                                  Young Conaway Stargatt & Taylor
                                  P.O. Box 391
                                  Rodney Square North
                                  Wilmington, DE 19899
                                  (302) 571-6600
                                  Geoffrey W. Millsom
                                  [COR NTC]
                                  Ryan D. Poliakoff
                                  [COR NTC]
                                  Orrick Herrington & Sutcliffe
                                  LLP
                                  666 Fifth Avenue
                                  New York, NY 10103
                                  212-506-5000

  v.
```

```
SYNTENI INC., a Delaware              Don F. Livornese
corporation                          [COR LD NTC]
        defendant                    Howrey Simon Arnold & White,
                                     LLP
                                     301 Ravenswood Avenue
                                     Menlo Park, CA 94025-3741
                                     (650) 463-8100
                                     Robert P. Taylor
                                     [COR LD NTC]
                                     Teresa M. Corbin
                                     [COR LD NTC]
                                     Howrey Simon Arnold & White LLP
                                     301 Ravenswood Ave
                                     Menlo Park, CA 94025
                                     650-463-8100
INCYTE PHARMACEUTICALS, INC.,         Don F. Livornese
a Delaware corporation               (See above)
        defendant                    [COR LD NTC]
                                     Robert P. Taylor
                                     (See above)
                                     [COR LD NTC]
                                     Teresa M. Corbin
                                     (See above)
                                     [COR LD NTC]
SYNTENI INC.                         Teresa M. Corbin
        Counter-claimant             (See above)
                                     [COR LD NTC]
INCYTE PHARMACEUTICALS, INC.         Teresa M. Corbin
        Counter-claimant             (See above)
                                     [COR LD NTC]

        v.

AFFYMETRIC INC.                       Stuart B. Young
        Counter-defendant            [COR LD NTC]
                                     Young Conaway Stargatt & Taylor
                                     P.O. Box 391
                                     Rodney Square North
                                     Wilmington, DE 19899
                                     (302) 571-6600
                                     Geoffrey W. Millsom
                                     [COR NTC]
                                     Ryan D. Poliakoff
                                     [COR NTC]
                                     Orrick Herrington & Sutcliffe
                                     LLP
                                     666 Fifth Avenue
                                     New York, NY 10103
                                     212-506-5000
EUGENE F. LYNCH, Judge                Eugene F. Lynch, Judge
        Special Master               [COR NTC] [PRO SE]
                                     JAMS-Endispute
                                     Two Embarcadero Ctr
                                     Ste 1100
                                     San Francisco, Ca 94111
                                     (415) 982-5267
SYNTENI INC.                         Don F. Livornese
        Counter-claimant             [COR LD NTC]
                                     Howrey Simon Arnold & White,
```

```
                                        LLP
                                        301 Ravenswood Avenue
                                        Menlo Park, CA 94025-3741
                                        (650) 463-8100
                                        Robert P. Taylor
                                        [COR LD NTC]
                                        Teresa M. Corbin
                                        [COR LD NTC]
                                        Howrey Simon Arnold & White LLP
                                        301 Ravenswood Ave
                                        Menlo Park, CA 94025
                                        650-463-8100
INCYTE PHARMACEUTICALS, INC.            Don F. Livornese
    Counter-claimant                    (See above)
                                        [COR LD NTC]
                                        Robert P. Taylor
                                        (See above)
                                        [COR LD NTC]
                                        Teresa M. Corbin
                                        (See above)
                                        [COR LD NTC]

      v.
AFFYMETRIC INC.                         Elizabeth A. Howard
    Counter-defendant                   [COR LD NTC]
                                        Orrick Herrington & Sutcliffe
                                        LLP
                                        1000 Marsh Road
                                        Menlo Park, CA 94025
                                        650-614-7400
                                        Stuart B. Young
                                        [COR LD NTC]
                                        Young Conaway Stargatt & Taylor
                                        P.O. Box 391
                                        Rodney Square North
                                        Wilmington, DE 19899
                                        (302) 571-6600
                                        Geoffrey W. Millsom
                                        [COR NTC]
                                        Ryan D. Poliakoff
                                        [COR NTC]
                                        Orrick Herrington & Sutcliffe
                                        LLP
                                        666 Fifth Avenue
                                        New York, NY 10103
                                        212-506-5000
SYNTENI INC.                            Don F. Livornese
    Counter-claimant                    [COR LD NTC]
                                        Howrey Simon Arnold & White,
                                        LLP
                                        301 Ravenswood Avenue
                                        Menlo Park, CA 94025-3741
                                        (650) 463-8100
                                        Robert P. Taylor
                                        [COR LD NTC]
                                        Teresa M. Corbin
                                        [COR LD NTC]
                                        Howrey Simon Arnold & White LLP
```

```
                                    301 Ravenswood Ave
                                    Menlo Park, CA 94025
                                    650-463-8100
INCYTE PHARMACEUTICALS, INC.        Don F. Livornese
     Counter-claimant               (See above)
                                    [COR LD NTC]
                                    Robert P. Taylor
                                    (See above)
                                    [COR LD NTC]
                                    Teresa M. Corbin
                                    (See above)
                                    [COR LD NTC]
        v.
AFFYMETRIC INC.                     Elizabeth A. Howard
     Counter-defendant              [COR LD NTC]
                                    Orrick Herrington & Sutcliffe
                                    LLP
                                    1000 Marsh Road
                                    Menlo Park, CA 94025
                                    650-614-7400
                                    Stuart B. Young
                                    [COR LD NTC]
                                    Young Conaway Stargatt & Taylor
                                    P.O. Box 391
                                    Rodney Square North
                                    Wilmington, DE 19899
                                    (302) 571-6600
                                    Geoffrey W. Millsom
                                    [COR NTC]
                                    Ryan D. Poliakoff
                                    [COR NTC]
                                    Orrick Herrington & Sutcliffe
                                    LLP
                                    666 Fifth Avenue
                                    New York, NY 10103
                                    212-506-5000
READ AMBLER, Judge
     Special Master
```

---

# DOCKET  PROCEEDINGS

---

## DATE  #          DOCKET  ENTRY

```
11/24/98 1    ORIGINAL file, certified copy of transfer order and docket
              sheet received from USDC Delaware (no process). Fee status
              tran; jury demand  Their case number 98 0520.  Patent Case
              [4:98-cv-04508] (db) [Entry date 11/25/98]
```

11/24/98 2    ORDER RE COURT PROCEDURE and SCHEDULE  by Judge D. L.
Jensen : counsels' case management statement to be filed by
3/14/99 ; initial case management conference will be held
8:30 3/24/99 .  (cc: all counsel) (db) [Entry date 11/25/98]

11/24/98 3    NOTICE by Plaintiff Affymetric Inc.  of related case(s) C98
3192 FMS, C98 4507 JL [4:98-cv-04508] (db)
[Entry date 11/25/98]

11/24/98 1    MOTION (filed 9/1/98 in U.S.D.C. - Delaware) now before
Judge Fern M. Smith by Plaintiff Affymetrix Inc. for
preliminary injunction [3:98-cv-04508] (lcc)
[Entry date 03/29/99]

11/30/98 4    ORIGINAL file, certified copy of transfer order and docket
sheet received from US District Court - Delaware (no
process). Fee status tran; jury demand   [4:98-cv-04508] (mh)
[Entry date 11/30/98]

12/2/98 --    RECEIVED Stipulation re notice of related case submitted by
Plaintiff, defendant [4:98-cv-04508] (scu)
[Entry date 12/03/98]

12/3/98 5    ORDER by Judge D. L. Jensen referring this case to a
Magistrate Judge for the purposes of discovery (Date
Entered: 12/04/98) (cc: all counsel)  [4:98-cv-04508] (mh)
[Entry date 12/04/98]

12/4/98 --    REFERRAL: referring case for discovery  to Mag. Judge
Maria-Elena James [4:98-cv-04508] (wh) [Entry date 12/04/98]

12/4/98 6    PROOF OF SERVICE by Plaintiff Affymetric Inc. of document
received re stipulation [0-0] [4:98-cv-04508] (mh)
[Entry date 12/04/98]

12/11/98 7    Consolidated REPLY BRIEF by defendants in support of
motions to compel discovery (see District of Delaware
docket numbers 66 & 68) [4:98-cv-04508] (kc)
[Entry date 12/14/98]

12/11/98 8    DECLARATION by V. Randall Gard on behalf of defendants in
support of motion to compel discovery (see District of
Delaware docket #66 & 68)  [4:98-cv-04508] (kc)
[Entry date 12/14/98]

12/11/98 9      PROOF OF SERVICE by defendant of declaration [8-1], reply
                [7-1] [4:98-cv-04508] (kc) [Entry date 12/14/98]


12/14/98 10     ORDER by Judge Fern M. Smith relating case C-98-3192-FMS
                with member cases C-98-4507-JL and C-98-4508-DLJ; Case
                reassigned to Judge Fern M. Smith; (Date Entered:
                12/16/98) (cc: all counsel) [4:98-cv-04508] (kc)
                [Entry date 12/16/98]


12/15/98 11     EXPEDITED MOTION before Judge Fern M. Smith by Plaintiff
                Affymetrix Inc. to shorten time on motion for preliminary
                injunction [3:98-cv-04508] (lcc) [Entry date 12/16/98]


12/15/98 12     DECLARATION by Sue Siegel on behalf of Plaintiff Affymetrix
                Inc. in support of expedited motion to shorten time on
                motion for preliminary injunction [11-1] [3:98-cv-04508]
                (lcc) [Entry date 12/16/98]


12/15/98 13     DECLARATION by Shelley J. Sandusky on behalf of Plaintiff
                Affymetrix Inc. in support of expedited motion to shorten
                time on motion for preliminary injunction [11-1]
                [3:98-cv-04508] (lcc) [Entry date 12/16/98]


12/15/98 14     DECLARATION by Elizabeth A. Howard on behalf of Plaintiff
                Affymetrix Inc. in support of expedited motion to shorten
                time on motion for preliminary injunction [11-1]
                [3:98-cv-04508] (lcc) [Entry date 12/16/98]
                [Edit date 12/16/98]


12/15/98 --     RECEIVED Proposed Order (Plaintiff Affymetrix Inc.) re:
                expedited motion to shorten time on motion for preliminary
                injunction [11-1] [3:98-cv-04508] (lcc)
                [Entry date 12/16/98]


12/15/98 15     RE-NOTICE of hearing by Plaintiff Affymetrix Inc. regarding
                motion for preliminary injunction; hearing set for 10:00
                1/15/99 [3:98-cv-04508] (lcc) [Entry date 12/16/98]


12/15/98 16     PROOF OF SERVICE by Plaintiff Affymetrix Inc. of expedited
                motion to shorten time on motion for preliminary injunction
                [11-1], declarations [12-1], [13-1], [14-1], order received
                [0-0] and motion notice [15-1] [3:98-cv-04508] (lcc)
                [Entry date 12/16/98]


12/15/98 17     CERTIFICATE OF SERVICE by defendants of documents filed on
                11/3/98 and 11/6/98 in U.S. District Court (Delaware).
                [3:98-cv-04508] (lcc) [Entry date 12/17/98]

12/16/98  18    MINUTES: (C/R - none) (Hearing Date: 12/15/98) Status
                Conference held by phone. Defendant should continue with
                deposition today and make a record. Defendant has leave of
                the Court to file a formal motion to compel. Counsel should
                not have any communication with witnesses without
                permission of lawyer. [3:98-cv-04508] (lcc)
                [Entry date 12/17/98]


12/17/98  19    NOTICE of hearing by defendant Synteni Inc., defendant
                Incyte Pharmaceutica setting motion to compel discovery
                filed 11/3/98 for 1/15/98 at 10:00 a.m. [3:98-cv-04508] (mmr)
                [Entry date 12/22/98]


12/17/98  20    NOTICE of hearing by defendant Synteni Inc., defendant
                Incyte Pharmaceutica setting motion to compel discovery
                filed 11/6/98 for hearing on 1/15/99 at 10:00 a.m.
                [3:98-cv-04508] (mmr) [Entry date 12/22/98]


12/17/98  22    RE-NOTICE of hearing by defendant Synteni Inc., defendant
                Incyte Pharmaceutica setting motin to compel discovery
                filed 11/6/98 for hearing on 1/21/99 at 10:00 a.m.
                [3:98-cv-04508] (mmr) [Entry date 12/22/98]


12/17/98  23    PROOF OF SERVICE by defendant Synteni Inc., defendant
                Incyte Pharmaceutica of motion notice [21-1], motion notice
                [22-1], motion notice [20-1], motion notice [19-1]
                [3:98-cv-04508] (mmr) [Entry date 12/22/98]


12/17/98  24    CLERK'S NOTICE Case Management Conference set for 8:30
                a.m. on 4/2/99 [3:98-cv-04508] (mmr) [Entry date 12/22/98]


12/17/98  25    EXPEDITED MOTION before Judge Fern M. Smith by defendant
                Synteni Inc., defendant Incyte Pharmaceutica to shorten
                time for hearing on motion to compel discovery filed
                11/3/98 [3:98-cv-04508] (mmr) [Entry date 12/22/98]


12/17/98  26    EXPEDITED MOTION before Judge Fern M. Smith by defendant
                Synteni Inc., defendant Incyte Pharmaceutica to shorten
                time for hearing on motion to compel discovery filed
                11/3/98 and 11/6/98 [3:98-cv-04508] (mmr)
                [Entry date 12/22/98]


12/17/98  27    DECLARATION by Teresa M. Corbin on behalf of defendant
                Synteni Inc., defendant Incyte Pharmaceutica in support of
                motion to shorten time for hearing on motion to compel
                discovery 11/3/98 and 11/6/98 [26-1], in support of motion
                to shorten time for hearing on motion to compel discovery

filed 11/3/98 [25-1]  [3:98-cv-04508]  (mmr)
[Entry date 12/22/98]

12/17/98 28        RE-NOTICE of hearing by Plaintiff Affymetric Inc. setting
                   plaintiff's motion for preliminary imjunction for 1/22/99
                   at 10:00 a.m. [3:98-cv-04508] (mmr) [Entry date 12/22/98]

12/17/98 29        ORDER by Judge Fern M. Smith denying motion to shorten time
                   for hearing on motion to compel discovery filed [25-1] (
                   Date Entered: 12/22/98) (cc: all counsel)  [3:98-cv-04508]
                   (mmr) [Entry date 12/22/98]

12/17/98 30        ORDER by Judge Fern M. Smith denying motion to shorten time
                   for hearing on motion to compel discovery filed and 11/6/98
                   [26-1] ( Date Entered: 12/22/98) (cc: all counsel)
                   [3:98-cv-04508] (mmr) [Entry date 12/22/98]

12/18/98 21        RE-NOTICE of hearing by defendant Synteni Inc., defendant
                   Incyte Pharmaceutica setting motion to compel discovery
                   filed 11/3/98 for 1/21/99 at 10:00 a.m. [3:98-cv-04508] (mmr)
                   [Entry date 12/22/98]

12/18/98 31        PROOF OF SERVICE by Plaintiff Affymetric Inc. of motion
                   notice [21-1] [3:98-cv-04508] (mmr) [Entry date 12/22/98]

12/18/98 32        EXPEDITED MOTION before Judge Fern M. Smith by defendant
                   Synteni Inc., defendant Incyte Pharmaceutica to continue
                   hearing and briefing schedule of plaintiff's motion for
                   preliminary injunction [3:98-cv-04508] (mmr)
                   [Entry date 12/22/98]

12/18/98 33        NOTICE by defendant Synteni Inc., defendant Incyte
                   Pharmaceutica [32-1] of expedited motion to continue
                   hearing and briefing schedule of plaintiff's motion for
                   preliminary injunction  [3:98-cv-04508] (mmr)
                   [Entry date 12/22/98]

12/18/98 34        DECLARATION by Teresa M. Corbin on behalf of defendant
                   Synteni Inc., defendant Incyte Pharmaceutica in support of
                   motion to continue hearing and briefing schedule of
                   plaintiff's for preliminary injunction [32-1]
                   [3:98-cv-04508] (mmr) [Entry date 12/22/98]

12/18/98 35        PROOF OF SERVICE by defendant Synteni Inc., defendant
                   Incyte Pharmaceutica of declaration [34-1], notice [33-1],
                   motion to continue hearing and briefing schedule of
                   plaintiff's motion for preliminary injunction [32-1]
                   [3:98-cv-04508] (mmr) [Entry date 12/22/98]

12/18/98 36    PROOF OF SERVICE by defendant Synteni Inc., defendant
               Incyte Pharmaceutica of stipulation and proposed order for
               leave to file an opposition in excess of page limits
               [3:98-cv-04508] (mmr) [Entry date 12/22/98]


12/18/98 --    RECEIVED Proposed Order ( defendant Synteni Inc., defendant
               Incyte Pharmaceutica ) re: motion to continue hearing and
               briefing schedule of plaintiff's motion for preliminary
               injunction [32-1] [3:98-cv-04508] (mmr)
               [Entry date 12/22/98]


12/18/98 37    MEMORANDUM by Plaintiff Affymetric Inc. in opposition to
               motion to continue hearing and briefing schedule of
               plaintiff's motion for preliminary injunction [32-1]
               [3:98-cv-04508] (mmr) [Entry date 12/22/98]


12/18/98 --    RECEIVED Proposed Order ( Plaintiff Affymetric Inc. ) re:
               motion to continue hearing and briefing schedule of
               plaintiff's motion for preliminary injunction [32-1]
               [3:98-cv-04508] (mmr) [Entry date 12/22/98]


12/21/98 38    STIPULATION and ORDER  by Judge Fern M. Smith : for leave
               to file an opposition brief exceeding the page limits (cc:
               all counsel) [3:98-cv-04508] (mmr) [Entry date 12/22/98]


12/21/98 39    EXPEDITED MOTION before Judge Fern M. Smith by defendant
               Synteni Inc., defendant Incyte Pharmaceutica to shorten
               time for hearing on defts' motions to compel discovery
               filed 11/3/98 and 11/6/98 [3:98-cv-04508] (mmr)
               [Entry date 12/22/98]


12/21/98 40    DECLARATION by Mark Malin on behalf of defendant Synteni
               Inc., defendant Incyte Pharmaceutica in support of motion
               to shorten time for hearing on defts' motions to compel
               discovery 11/3/98 and 11/6/98 [39-1]  [3:98-cv-04508] (mmr)
               [Entry date 12/22/98]


12/21/98 41    DECLARATION by Teresa M. Corbin on behalf of defendant
               Synteni Inc., defendant Incyte Pharmaceutica in support of
               motion to shorten time for hearing on defts' motions to
               compel discovery filed 11/3/98 and 11/6/98 [39-1]
               [3:98-cv-04508] (mmr) [Entry date 12/22/98]


12/21/98 --    RECEIVED Proposed Order ( defendant Synteni Inc., defendant
               Incyte Pharmaceutica ) re: motion to shorten time for
               hearing on defts' motions to compel discovery filed 11/3/98
               and 11/6/98 [39-1] [3:98-cv-04508] (mmr)

[Entry date 12/22/98]

12/21/98 42    PROOF OF SERVICE by defendant Synteni Inc., defendant
Incyte Pharmaceutica of order received [0-0], declaration
[41-1], declaration [40-1], motion to shorten time for
hearing on defts' motions to compel discovery filed 11/3/98
and 11/6/98 [39-1] [3:98-cv-04508] (mmr)
[Entry date 12/22/98]

12/21/98 43    PROOF OF SERVICE by defendant Synteni Inc., defendant
Incyte Pharmaceutica of opposition memorandum [37-1]
[3:98-cv-04508] (mmr) [Entry date 12/22/98]

12/21/98 44    ORDER by Judge Fern M. Smith referring case for discovery
to Mag. Judge Maria-Elena James ( Date Entered: 12/23/98)
(cc: all counsel) [3:98-cv-04508] (mmr)
[Entry date 12/23/98]

12/21/98 50    AMENDED CERTIFICATE OF SERVICE by defendants of motion to
continue hearing and briefing schedule of plaintiff's
motion for preliminary injunction [32-1], notice [33-1],
declaration [34-1] and proof of service [35-1]
[3:98-cv-04508] (lcc) [Entry date 01/05/99]

12/22/98 45    Statement by Plaintiff Affymetric Inc. in NON-Opposition
to motion to shorten time for hearing on defts' motions to
compel discovery filed 11/3/98 and 11/6/98 [39-1]
[3:98-cv-04508] (mmr) [Entry date 12/23/98]

12/22/98 46    DECLARATION by Shelley Sandusky on behalf of Plaintiff
Affymetric Inc. in support of non- opposition statement
[45-1] [3:98-cv-04508] (mmr) [Entry date 12/23/98]

12/23/98 47    PROOF OF SERVICE by Plaintiff Affymetrix Inc. of
non-opposition statement [45-1] and declaration [46-1]
[3:98-cv-04508] (lcc) [Entry date 12/28/98]

12/23/98 48    CERTIFICATE OF SERVICE by Defendants Synteni Inc. and
Incyte Pharmaceuticals of letter brief and certificate of
service. [3:98-cv-04508] (lcc) [Entry date 12/28/98]

12/23/98 54    LETTER dated 12/23/98 from Teresa M. Corbin to Mag. Judge
Maria-Elena James regarding two motions by defendants to
compel discovery from plaintiff. [3:98-cv-04508] (lcc)
[Entry date 01/07/99]

12/30/98 49    PROOF OF SERVICE by Plaintiff Affymetrix Inc. of Initial

Disclosure of asserted claims pursuant to Local Rule 16-7.
[3:98-cv-04508] (lcc) [Entry date 12/30/98]

1/7/99   51   LETTER (by fax) dated 1/5/99 from Teresa M. Corbin to the
Court that William J. Marsden of Potter Anderson & Corroon
are no longer involved in this case and request that the
Court's records be amended to reflect substitution of
counsel such that all future correspondence be sent
directly to attorney of record, Teresa M. Corbin.
[3:98-cv-04508] (lcc) [Entry date 01/07/99]

1/7/99   52   ORDER by Mag. Judge Maria-Elena James GRANTING defendants'
motion to compel. Additionally, the Court ORDERS the
parties to adhere to the following briefing schedule: 1.
Plaintiff shall complete their document production by
1/22/99. Plaintiff shall, however, exercise due diligence
and good faith to produce all documents not considered
voluminous by 1/15/99; 2. All depositions shall be
completed by 2/5/99; 3. Discovery relevant to Plaintiff's
Motion for Preliminary Injunction shall close on 2/5/99; 4.
Defendants shall file opposition papers to Plaintiff's
Motion for Preliminary Injunction by 2/26/99 in accordance
with Civil L.R. 7; 5. Plaintiff shall file a reply to
Defendants' opposition by 3/5/99 in accordance with Civil
L.R. 7; 6. The District Court shall conduct a hearing on
Plaintiff's Motion fo Preliminary Injunction on 10:00
3/26/99. The above briefing schedule supercedes the dates
ordered orally by the Court at oral argument. In the event
that additional discovery disputes arise in the matter
herein, the parties are ordered to follow the procedures
outlined in Paragraph 3 of the Court's Notice of Reference
and Order of Discovery and Disclosure Dispute Procedures, a
copy of which is enclosed herein. (Date Entered: 1/7/99)
(cc: all counsel) [3:98-cv-04508] (lcc)
[Entry date 01/07/99]

1/7/99   53   NOTICE OF REFERENCE AND ORDER by Mag. Judge Maria-Elena
James of Discovery and Disclosure Dispute Procedures:
Please be advised that if a specific motion was filed
before the District Court prior to this referral, the
noticed date may no longer be in effect. All hearing dates
are subject to the availability of Judge James' calendar
(please see order for more specific details). (Date
Entered: 1/7/99) (cc: all counsel) [3:98-cv-04508] (lcc)
[Entry date 01/07/99]

1/7/99   55   MINUTES: (C/R - Tape #98-38) (Hearing Date: 1/7/99 - Mag.
Judge Maria-Elena James) Defendants' motions held.
Plaintiff's document production by 1/22/99; depositions by
2/5/99; discovery closed by 2/5/99 for Preliminary
Injunction matters. Defendants' opposition due by 2/26/99;
reply due 3/5/99. Preliminary Injunction hearing will be
held 10:00 3/26/99 before Judge Fern M. Smith.

[3:98-cv-04508] (lcc) [Entry date 01/11/99]

1/7/99    56    COPY OF LETTER dated 1/5/99 from Teresa M. Corbin to William L. Anthony, Jr., Esq. regarding assignment of cases to Mag. Judge Maria-Elena James for discovery purposes. [3:98-cv-04508] (lcc) [Entry date 01/13/99]

1/14/99    57    LETTER (by fax) dated 1/13/99 from V. Randall Gard, Esq. and Craig R. Kaufman to Mag. Judge Maria-Elena James respectfully request a telephonic discovery conference. [3:98-cv-04508] (lcc) [Entry date 01/15/99]

1/14/99    58    ORDER by Mag. Judge Maria-Elena James Amending Order Granting Defendant's Motion to Compel Discovery [52-2]: The Court VACATES portion of the order [52-2], filed 1/7/99. The Court ORDERS plaintiff to produce the documents as negotiated and agreed to by counsel at their 1/7/99 meet and conferral which followed oral argument of defendants' motions to compel. Counsel shall fax to the Court a proposed order which sets forth the documents counsel agreed shall be produced by plaintiff. In the event that the Court does not receive the proposed order by 5:00 p.m., 1/14/99, the parties are ORDERED to appear before the Court on 9:30 1/15/99 to meet and confer on plaintiff's document production. All other provisions of the Court's order [52-2], filed 1/7/99, remain in effect. (Date Entered: 1/15/99) (cc: all counsel) [3:98-cv-04508] (lcc) [Entry date 01/15/99]

1/15/99    59    MINUTES: (C/R - none) (Hearing Date: 1/15/99) Discovery Conference held with Mag. Judge Maria-Elena James. Case continued to 3/26/99 at 10:00 a.m. for plaintiff's motion for preliminary injunction before Judge Fern M. Smith. [3:98-cv-04508] (lcc) [Entry date 01/19/99]

1/15/99    60    SECOND ORDER by Mag. Judge Maria-Elena James Amending Order Granting Defendants' Motion to Compel Discovery [52-2]: Pursuant to the hearing, the Court ORDERS plaintiff to produce all documents, subject to the documents previously disclosed, corresponding to the time and subject matter contraints set forth (please see order for more specific details). (cc: all counsel) [3:98-cv-04508] (lcc) [Entry date 01/19/99]

1/15/99    61    LETTER (by fax) dated 1/14/99 from V. Randall Gard to Mag. Judge Maria-Elena James regarding an attempt to resolve discovery dispute and that the parties still have several significant discovery issues which need to be addressed by the Court. [3:98-cv-04508] (lcc) [Entry date 01/20/99]

1/28/99   62    APPLICATION (by fax) before Judge Fern M. Smith by
                Plaintiff Affymetrix Inc. for attorneys, Geoffrey W.
                Millsom and Ryan D. Poliakoff to appear pro hac vice
                [3:98-cv-04508] (lcc) [Entry date 01/29/99]


1/28/99   62    ORDER by Judge Fern M. Smith GRANTING plaintiffs'
                application for attorneys, Geoffrey W. Millsom and Ryan D.
                Poliakoff to appear pro hac vice [62-1]. (Date Entered:
                1/29/99) (cc: all counsel)  [3:98-cv-04508] (lcc)
                [Entry date 01/29/99]


1/28/99   63    DECLARATION (by fax) Geoffrey W. Millsom on behalf of
                Plaintiff Affymetrix Inc. in support of application for
                attorneys to appear pro hac vice [62-1]  [3:98-cv-04508]
                (lcc) [Entry date 01/29/99]


1/28/99   64    DECLARATION (by fax) Ryan D. Poliakoff on behalf of
                Plaintiff Affymetrix Inc. in support of application for
                attorneys to appear pro hac vice [62-1]  [3:98-cv-04508]
                (lcc) [Entry date 01/29/99]


1/28/99   65    MINUTES: (C/R - none) (Hearing Date: 1/28/99) Discovery
                conference held with Mag. Judge Maria-Elena James. Matter
                referred back to Judge Fern M. Smith for status.
                [3:98-cv-04508] (lcc) [Entry date 02/02/99]


2/1/99    66    LETTER dated 2/1/99 from Teresa M. Corbin to Mag. Judge
                Maria-Elena James regarding production of related documents
                required by the Court's 1/15/99 order. [3:98-cv-04508] (lcc)
                [Entry date 02/04/99]


2/2/99    67    MINUTES: (C/R - none) (Hearing Date: 2/2/99) Status
                Conference held with Mag. Judge Maria-Elena James regarding
                defendants' motion regarding expert witness.
                [3:98-cv-04508] (lcc) [Entry date 02/05/99]


2/4/99    68    MINUTES: (C/R - none) (Hearing Date: 2/4/99) Telephonic
                Discovery Conference held with Mag. Judge Maria-Elena
                James. Depositions currently scheduled by defendant and
                previously noticed in October make take place.
                [3:98-cv-04508] (lcc) [Entry date 02/05/99]


2/9/99    70    LETTER dated 2/9/99 from Craig R. Kaufman to Mag. Judge
                Maria-Elena James regarding production of documents.
                [3:98-cv-04508] (lcc) [Entry date 02/16/99]


2/11/99   69    MINUTES: (C/R - none) (Hearing Date: 2/11/99) Status
                Conference held and continued to 2/18/99 at 3:00 p.m. for

Status by phone. [3:98-cv-04508] (lcc) [Entry date 02/12/99]

2/12/99  71    ORDER by Mag. Judge Maria-Elena James: On 2/1/99,
               defendants sought clarification of the Court's 1/25/99
               order. Plaintiff sought leave to respond to defendant's
               letter seeking clarification. The Court granted plaintiff
               leave to submit a response by 2/9/99. On 2/9/99, plaintiff
               submitted a response in the form of a letter which is
               presently before the Court. Defendants now request an
               opportunity to substantively address the questions raised in
               its 2/1/99 letter as well. Good cause appearing, the Court
               GRANTS defendants leave to submit a letter brief, not to
               exceed two (2) pages, no later than 2/18/99. Oral
               arguments on this matter will be heard on 2/25/99 at 10:00
               a.m. (cc: all counsel)  [3:98-cv-04508] (lcc)
               [Entry date 02/16/99] [Edit date 07/27/99]

2/18/99  72    LETTER (by fax) dated 2/18/99 from D. Randall Gard to Mag.
               Judge Maria-Elena James regarding discovery of production
               of the interference-related documents. [3:98-cv-04508] (lcc)
               [Entry date 02/23/99]

2/22/99  73    MINUTES: (C/R - Leo Mankiewicz) (Hearing Date: 2/18/99)
               Status Conference held. Discovery dispute discussed.
               [3:98-cv-04508] (lcc) [Entry date 02/26/99]

2/22/99  74    REPORTER'S TRANSCRIPT; Date of proceedings: 2/18/99 (C/R:
               Leo Mankiewicz) minutes [73-2]   [3:98-cv-04508] (lcc)
               [Entry date 02/26/99]

2/23/99  75    DECLARATION by Teresa M. Corbin on behalf of defendants
               requesting Court order to change briefing and hearing
               scheduled  [3:98-cv-04508] (lcc) [Entry date 02/26/99]

2/23/99  76    CERTIFICATE OF SERVICE by defendants of declaration [75-1]
               [3:98-cv-04508] (lcc) [Entry date 02/26/99]

2/23/99  75    REQUEST by defendants for Court order to change briefing
               and hearing schedule [3:98-cv-04508] (lcc)
               [Entry date 02/26/99]

2/24/99  79    ORDER by Mag. Judge Maria-Elena James: Upon review of the
               parties' papers, the Court deems the matter SUBMITTED on
               the paper until further order by the Court, pursuant to
               Civil L.R. 7-1 (b). The hearing scheduled on 2/25/99 at
               10:00 a.m. is VACATED. (Date Entered: 2/26/99) (cc: all
               counsel)  [3:98-cv-04508] (lcc) [Entry date 02/26/99]

2/25/99  77    DECLARATION by William L. Anthony, Jr. on behalf of
               Plaintiff Affymetrix Inc. in opposition to request for
               Court to change briefing and hearing schedule [75-1] and
               declaration [75-1]  [3:98-cv-04508] (lcc)
               [Entry date 02/26/99]


2/25/99  78    DECLARATION by Elizabeth Howard on behalf of Plaintiff
               Affymetrix Inc. in opposition to request for Court order to
               change briefing and hearing schedule [75-1] and declaration
               [75-1]  [3:98-cv-04508] (lcc) [Entry date 02/26/99]


2/25/99  80    MINUTES: (C/R - none) (Hearing Date: 2/25/99) Oral Argument
               before Mag. Judge Maria-Elena James - parties not present.
               Parties disputed position regarding defendants' request for
               clarification of 2nd amended order granting defendants'
               motion to compel discovery dated 1/15/99 - Scope of
               production of interference proceeding documents item #6.
               Matter deemed SUBMITTED on the papers. [3:98-cv-04508] (lcc)
               [Entry date 02/26/99] [Edit date 02/26/99]


3/1/99   81    EX-PARTE MOTION with Memorandum of Points and Authorities
               before Judge Fern M. Smith by Plaintiff Affymetrix Inc.
               for order to show cause why preliminary injunction should
               not be entered against defendants Synteni, Inc. and Incyte
               Pharmaceuticals, Inc. [3:98-cv-04508] (lcc)
               [Entry date 03/01/99]


3/1/99   82    DECLARATION by Craig R. Kaufman on behalf of Plaintiff
               Affymetrix Inc. in support of ex parte motion for order to
               show cause why preliminary injunction should not be entered
               against defendants Synteni, Inc. and Incyte
               Pharmaceuticals, Inc. [81-1]  [3:98-cv-04508] (lcc)
               [Entry date 03/01/99]


3/1/99   83    DECLARATION by Melissa A. Finocchio on behalf of Plaintiff
               Affymetrix Inc. in support of ex parte motion for order to
               show cause why preliminary injunction should not be entered
               against defendants Synteni, Inc. and Incyte
               Pharmaceuticals, Inc. [81-1]  [3:98-cv-04508] (lcc)
               [Entry date 03/01/99]


3/1/99   --    RECEIVED Proposed Order (Plaintiff Affymetrix Inc.) re: ex
               parte motion for order to show cause why preliminary
               injunction should not be entered against defendants
               Synteni, Inc. and Incyte Pharmaceuticals, Inc. [81-1]
               [3:98-cv-04508] (lcc) [Entry date 03/01/99]


3/2/99   84    OPPOSITION by defendants to ex parte motion for order to
               show cause why preliminary injunction should not be entered
               against defendants Synteni, Inc. and Incyte

Pharmaceuticals, Inc. [81-1] [3:98-cv-04508] (lcc)
[Entry date 03/02/99]

3/2/99    85    CERTIFICATE OF SERVICE by defendants of opposition [84-1]
[3:98-cv-04508] (lcc) [Entry date 03/02/99]

3/2/99    86    PROOF OF SERVICE by Plaintiff Affymetrix Inc. of letter and
declarations [77-1], [78-1] [3:98-cv-04508] (lcc)
[Entry date 03/02/99]

3/2/99    87    PROOF OF SERVICE by Plaintiff Affymetrixc Inc. of ex parte
motion for order to show cause why preliminary injunction
should not entered against defendants Synteni, Inc. and
Incyte Pharmaceuticals, Inc. [81-1], declarations [82-1],
[83-1] and order received [0-0] [3:98-cv-04508] (lcc)
[Entry date 03/02/99]

3/3/99    88    ORDER by Judge Fern M. Smith: Although the Court has broad
discretion to sanction a party for failing to comply with
the rules of discovery, any kind of an injunction is an
extraordinary remedy. After reviewing the equities of the
circumstances described in plaintiff's motion and
accompanying papers, the Court finds that they do not
warrant the issuance of such an extraordinary sanction.
Plaintiff's ex parte request for order to show cause why
preliminary injunction should not be entered against
defendants Synteni, Inc. and Incyte Inc. [81-1] is DENIED.
(Date Entered: 3/4/99) (cc: all counsel) [3:98-cv-04508]
(lcc) [Entry date 03/04/99]

3/3/99    89    LETTER (by fax) dated 3/3/99 from Melissa A. Finocchio to
Mag. Judge Maria-Elena James requesting that the Court: (1)
compel defendants, by no later than 9:00 a.m. on 3/8/99 to
obey the Court's order of 1/15/99 (at paragraph 6(A))
directing them to produce documents responsive to Request
No. 7-10; (2) impose sanctions against defendants; and (3)
schedule a telephonic hearing for 3/4/99 at whatever time
is convenient for the Court. [3:98-cv-04508] (lcc)
[Entry date 03/04/99]

3/4/99    90    EX-PARTE MOTION before Mag. Judge Maria-Elena James by
Plaintiff Affymetrix Inc. to compel the deposition of Dr.
Richard Rapp or to preclude testimony [3:98-cv-04508] (lcc)
[Entry date 03/04/99]

3/4/99    91    DECLARATION by Amy L. Landers on behalf of Plaintiff
Affymetrix Inc. in support of ex parte motion to compel the
deposition of Dr. Richard Rapp [90-1] and ex parte motion
to preclude testimony [90-2] [3:98-cv-04508] (lcc)
[Entry date 03/04/99]

3/4/99    --    RECEIVED Proposed Order (Plaintiff Affymetrix Inc.) re: ex parte motion to compel the deposition of Dr. Richard Rapp [90-1] and ex parte motion to preclude testimony [90-2] [3:98-cv-04508] (lcc) [Entry date 03/04/99]

3/4/99    92    DECLARATION OF SERVICE by Plaintiff Affymetrix Inc. of ex parte motion to compel the deposition of Dr. Richard Rapp [90-1], ex parte motion to preclude testimony [90-2], declaration [91-1] and order received [0-0] [3:98-cv-04508] (lcc) [Entry date 03/04/99]

3/4/99    93    LETTER (by fax) dated 3/4/99 from V. Randall Gard to Mag. Judge Maria-Elena James regarding resolution of discovery disputes. [3:98-cv-04508] (lcc) [Entry date 03/05/99]

3/4/99    94    ORDER by Mag. Judge Maria-Elena James DENYING plainitiff's letter requesting to compel defendants [89-1] of merger documents generated prior to the issuance of the '992 patent. (Date Entered: 3/5/99) (cc: all counsel) [3:98-cv-04508] (lcc) [Entry date 03/05/99]

3/4/99    95    ORDER by Mag. Judge Maria-Elena James Clarifying Second Amended Order Regarding Order Granting Defendants' Motions to Compel [60-1]: Based on the aforementioned analysis, the Court ORDERS Defendants to produce FORTHWITH to Plaintiff (1) Defendants' 1/14/99 press release which references the '992 interference; (2) declarations in support of the '992 interference request; and (3) correspondence between the PTO and applicant's counsel with respect to the '992 interference. Said production shall occur by 3/9/99 at 12:00 p.m. Defendants are not required to produce drafts of expert and non-party declarations supporting the request for interference, nor any Stanford Patent Application and file history, including the patent referenced in the 1/14/99 press release. (Date Entered: 3/5/99) (cc: all counsel) [3:98-cv-04508] (lcc) [Entry date 03/05/99]

3/4/99    96    ORDER by Mag. Judge Maria-Elena James DENYING plaintiff's ex parte motion to compel the deposition of Dr. Richard Rapp [90-1] and ex parte motion to preclude testimony [90-2]. Matter herein is REFERRED to the District Court. (Date Entered: 3/5/99) (cc: all counsel) [3:98-cv-04508] (lcc) [Entry date 03/05/99]

3/5/99    97    LETTER dated 2/25/99 from William L. Anthony, Jr. to Judge Fern M. Smith respectfully requests that the Court maintain the current schedule, namely: 1. Defendants' opposition papers to Affymetrix's Motion for Preliminary Injunction of

3/5/99; 2. Plaintiff's reply to Defendants' opposition due 3/12/99; 3. The hearing will go forward as currently scheduled on 3/26/99. [3:98-cv-04508] (lcc) [Entry date 03/05/99]

3/5/99    98    LETTER (by fax) dated 3/4/99 from Stephen J. Rosenman to Judge Fern M. Smith regarding plaintiff's ex parte motion concerning the deposition of Dr. Richard Rapp. [3:98-cv-04508] (lcc) [Entry date 03/05/99]

3/8/99    99    MINUTES: (C/R - none) (Hearing Date: 3/5/99) Status Conference held by phone. Parties have been instructed to not send anymore discovery to either Judge Smith or Magistrate Judge James. Parties shall send all discovery to an agreed upon Special Master. Tutorial hearing set for 4/27/99 at 2:30 p.m., each side shall have 1 hour. Case continued to 4/30/99 at 1:00 p.m. for motion; opening briefs due 3/19/99 and opposition due 4/2/99. Motion hearing may include witness testimony and will run from 1:00 p.m. to 4:30 p.m. [3:98-cv-04508] (lcc) [Entry date 03/08/99] [Edit date 07/29/99]

3/15/99   100   ORDER by Judge Fern M. Smith Modifying Hearing and Briefing Schedule regarding Plaintiff Affymetrix, Inc.'s Motion for Preliminary Injunction: Defendant's brief in opposition to plaintiff's Motion for Preliminary Injunction due 3/19/99; Plaintiff's reply brief due 4/2/99. The parties will present a Tutorial to the Court on 4/27/99 at 2:30 p.m. Each side shall have one hour to present their respective tutorials. The hearing on plaintiff's Motion for Preliminary Injunction will be on 4/30/99 from 1:00 to 4:30 p.m. This time shall be split equally between plaintiff and defendants. (Date Entered: 3/16/99) (cc: all counsel) [3:98-cv-04508] (lcc) [Entry date 03/16/99]

3/17/99   101   PROOF OF SERVICE by Plaintiff Affymetrix Inc. of subpoena of Tidhar Dari Shalon. [3:98-cv-04508] (lcc) [Entry date 03/18/99]

3/18/99   102   NOTICE by Plaintiff Affymetrix Inc. of Entry of order [100-2]. [3:98-cv-04508] (lcc) [Entry date 03/19/99]

3/19/99   104   APPENDIX "FILED UNDER SEAL" to opposition [103-1] [3:98-cv-04508] (scu) [Entry date 03/23/99]

3/19/99   105   DECLARATION "FILED UNDER SEAL" in support of opposition [103-1] [3:98-cv-04508] (scu) [Entry date 03/23/99]

3/19/99   106   DECLARATION "FILED UNDER SEAL" in support of opposition

```
                        [103-1]  [3:98-cv-04508]  (scu)  [Entry date 03/23/99]


3/19/99  107    DECLARATION "FILED UNDER SEAL" in support of opposition
                [103-1]  [3:98-cv-04508]  (scu)  [Entry date 03/23/99]


3/19/99  108    DECLARATION "FILED UNDER SEAL" in support of opposition
                [103-1]  [3:98-cv-04508]  (scu)  [Entry date 03/23/99]


3/19/99  109    DECLARATION (by fax) "FILED UNDER SEAL" in support of
                opposition [103-1]  [3:98-cv-04508]  (scu)
                [Entry date 03/23/99]


3/19/99  110    DECLARATION "FILED UNDER SEAL" in support of opposition
                [103-1]  [3:98-cv-04508]  (scu)  [Entry date 03/23/99]


3/19/99  111    DECLARATION (by fax) "FILED UNDER SEAL" in support of
                opposition [103-1]  [3:98-cv-04508]  (scu)
                [Entry date 03/23/99]


3/19/99  112    DECLARATION (by fax) "FILED UNDER SEAL" in support of
                opposition [103-1]  [3:98-cv-04508]  (scu)
                [Entry date 03/23/99]


3/19/99  113    DECLARATION (by fax) "FILED UNDER SEAL" in support of
                opposition [103-1]  [3:98-cv-04508]  (scu)
                [Entry date 03/23/99]


3/19/99  114    DECLARATION (by fax) "FILED UNDER SEAL" in support of
                opposition [103-1]  [3:98-cv-04508]  (scu)
                [Entry date 03/23/99]


3/19/99  115    DECLARATION (by fax) "FILED UNDER SEAL" in support of
                opposition [103-1]  [3:98-cv-04508]  (scu)
                [Entry date 03/23/99]


3/19/99  116    DECLARATION "FILED UNDER SEAL" in support of opposition
                [103-1]  [3:98-cv-04508]  (scu)  [Entry date 03/23/99]


3/19/99  117    DECLARATION (by fax) "FILED UNDER SEAL" in support of
                opposition [103-1]  [3:98-cv-04508]  (scu)
                [Entry date 03/23/99]


3/19/99  118    DECLARATION (by fax) "FILED UNDER SEAL" in support of
                opposition [103-1]  [3:98-cv-04508]  (scu)
                [Entry date 03/23/99]
```

3/19/99  119    DECLARATION "FILED UNDER SEAL" in support of opposition
                [103-1]  [3:98-cv-04508] (scu) [Entry date 03/23/99]


3/19/99  120    DECLARATION (by fax) "FILED UNDER SEAL" in support of
                opposition [103-1]  [3:98-cv-04508] (scu)
                [Entry date 03/23/99]


3/19/99  121    DECLARATION "FILED UNDER SEAL" in support of opposition
                [103-1]  [3:98-cv-04508] (scu) [Entry date 03/23/99]


3/19/99  122    CERTIFICATE OF SERVICE by defendants of opposition [103-1]
                and appendix [104-1] [3:98-cv-04508] (lcc)
                [Entry date 03/23/99]


3/19/99  103    OPPOSITION "FILED UNDER SEAL" to motion for preliminary
                injunction [1-1] [3:98-cv-04508] (scu) [Entry date 03/29/99]


3/22/99  123    AMENDED CERTIFICATE OF SERVICE by defendants of opposition
                [103-1], appendix [104-1], declarations [105-1], [106-1],
                [107-1], [108-1], [109-1], [110-1], [111-1], [112-1],
                [113-1], [114-1], [115-1], [116-1], [117-1], [118-1],
                [119-1], [120-1], [121-1] and certificate of service
                [122-1] [3:98-cv-04508] (lcc) [Entry date 03/23/99]


3/23/99  124    DECLARATION OF SERVICE by Plaintiff Affymetrix Inc. of
                notice [102-1] [3:98-cv-04508] (lcc) [Entry date 03/23/99]


3/25/99  125    ORDER by Judge Fern M. Smith: The Court hereby APPOINTS
                The Honorable Eugene F. Lynch as Special Master in this
                case for purposes of all discovery matters. Unless and
                until further order of this Court, all discovery matters in
                this case shall be submitted to and resolved by the Special
                Master. The compensation to be allowed the Special Master
                shall be shared equally as between the plaintiff, on the
                one hand, and the defendants, on the other, unless
                otherwise ordered by the Special Master. (Date Entered:
                3/26/99) (cc: all counsel)  [3:98-cv-04508] (lcc)
                [Entry date 03/26/99]


3/25/99  --     RECEIVED Stipulated Motion and Proposed Order (Plaintiff
                Affymetrix Inc.) for leave for plaintiff to file reply
                brief exceeding the page limits of Civil L.R. 7-3(a)
                [3:98-cv-04508] (lcc) [Entry date 03/26/99]


3/25/99  126    PROOF OF SERVICE by Plaintiff Affymetrix Inc. of order
                received (stipulated motion) [0-0] [3:98-cv-04508] (lcc)

[Entry date 03/26/99]

3/26/99  127    REDACTED OPPOSITION by defendants to motion for preliminary
               injunction [1-1] [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99  128    REDACTED DECLARATION by Teresa M. Corbin on behalf of
               defendants in support of opposition [127-1]
               [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99  129    REDACTED DECLARATION by Dari Shalon on behalf of defendants
               in opposition to motion for preliminary injunction [1-1]
               [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99  130    REDACTED DECLARATION by Michael Pirrung on behalf of
               defendants in support of opposition [127-1]
               [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99  131    REDACTED DECLARATION by Richard T. Rapp on behalf of
               defendants in support of opposition [127-1]
               [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99  132    REDACTED DECLARATION by Charles Cantor on behalf of
               defendants in opposition motion for preliminary injunction
               [1-1]  [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99  133    REDACTED DECLARATION by Larry J. Kricka on behalf of
               defendants in opposition to motion for preliminary
               injunction [1-1]  [3:98-cv-04508] (lcc)
               [Entry date 03/29/99]


3/26/99  134    REDACTED DECLARATION by Roy Whitfield on behalf of
               defendants in support of opposition [127-1]
               [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99  135    REDACTED DECLARATION by Ben Cocks on behalf of defendants
               in support of opposition [127-1]  [3:98-cv-04508] (lcc)
               [Entry date 03/29/99]


3/26/99  136    REDACTED DECLARATION by Lisa Peterson on behalf of
               defendants in support of opposition [127-1]
               [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99  137    REDACTED DECLARATION by Patrick Brown on behalf of
               defendants in support of opposition [127-1]
               [3:98-cv-04508] (lcc) [Entry date 03/29/99]

3/26/99   138     REDACTED DECLARATION by Scott Braxton on behalf of
                  defendants in support of opposition [127-1]
                  [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99   139     REDACTED DECLARATION by Howard Goldstein on behalf of
                  defendants in support of opposition [127-1]
                  [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99   140     REDACTED DECLARATION by Jeff Seilhamer on behalf of
                  defendants in support of opposition [127-1]
                  [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99   141     REDACTED DECLARATION by Deval Lashkari on behalf of
                  defendants in support of opposition [127-1]
                  [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99   142     REDACTED DECLARATION by Denise Gilbert on behalf of
                  defendants in support of opposition [127-1]
                  [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99   143     REDACTED DECLARATION by Steven B. Kelber on behalf of
                  defendants in support of opposition [127-1]
                  [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99   144     CERTIFICATE OF SERVICE by defendants of redacted opposition
                  [127-1] and redacted declarations [128-1], [129-1],
                  [130-1], [131-1], [132-1], [133-1], [134-1], [135-1],
                  [136-1], [137-1], [138-1], [139-1], [140-1], [141-1],
                  [142-1], [143-1] [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99   145     JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed.
                  [3:98-cv-04508] (lcc) [Entry date 03/29/99]


3/26/99   146     MOTION before Judge Fern M. Smith by defendants for
                  partial summary judgment that claims 4 and 5 of the '992
                  patent are invalid for failure to satisfy the written
                  description requirement of 35 U.S.C. Section 112 with
                  Notice set for 4/30/99 at 1:30 p.m. [3:98-cv-04508] (lcc)
                  [Entry date 03/29/99]


3/26/99   --      RECEIVED Proposed Order (defendants) re: motion for partial
                  summary judgment that claims 4 and 5 of the '992 patent are
                  invalid for failure to satisfy the written description
                  requirement of 35 U.S.C. Section 112 [146-1]
                  [3:98-cv-04508] (lcc) [Entry date 03/29/99]

3/26/99  147    CERTIFICATE OF SERVICE by defendants of motion for partial
                summary judgment that claims 4 and 5 of the '992 patent are
                invalid for failure to satisfy the written description
                requirement of 35 U.S.C. Section 112 [146-1] and order
                received [0-0] [3:98-cv-04508] (lcc) [Entry date 03/29/99]

3/26/99  148    AMENDED OPPOSITION "FILED UNDER SEAL" to motion for
                preliminary injunction [1-1] [3:98-cv-04508] (scu)
                [Entry date 03/29/99]

3/26/99  149    AMENDED EXHIBITS C, I and BB "FILED UNDER SEAL" to
                declaration [121-1] [3:98-cv-04508] (scu)
                [Entry date 03/30/99] [Edit date 03/30/99]

3/26/99  150    AMENDED EXHIBIT M "FILED UNDER SEAL" to declaration [113-1]
                [3:98-cv-04508] (scu) [Entry date 03/30/99]

3/26/99  151    CERTIFICATE OF SERVICE by defendants of opposition [148-1]
                and amended exhibits [149-1], [150-1] [3:98-cv-04508] (lcc)
                [Entry date 03/30/99]

3/29/99  --     RECEIVED Stipulation and Proposed Order (Plaintiff
                Affymetrix Inc.) to exceed the number of depositions
                permitted under FRCP 30(a) [3:98-cv-04508] (lcc)
                [Entry date 03/30/99]

3/29/99  152    PROOF OF SERVICE by Plaintiff Affymetrix Inc. of order
                received (stipulation) [0-0] [3:98-cv-04508] (lcc)
                [Entry date 03/30/99]

3/29/99  153    CLERK'S NOTICE: Case Management Conference CONTINUED to
                8:30 4/8/99. Not less than ten (10) days before the
                Conference, counsel shall file, jointly if possible, a Case
                Management Conference Statement. [3:98-cv-04508] (lcc)
                [Entry date 03/30/99]

3/30/99  154    NOTICE by Plaintiff Affymetrix Inc. of Entry of order
                [125-2]. [3:98-cv-04508] (lcc) [Entry date 03/31/99]

3/31/99  155    STIPULATED MOTION before Judge Fern M. Smith by Plaintiff
                Affymetrix Inc. for leave to file reply brief exceeding
                the page limits [3:98-cv-04508] (lcc) [Entry date 03/31/99]

3/31/99  155    ORDER by Judge Fern M. Smith GRANTING stipulated motion for
                leave to file reply brief exceeding the page limits

[155-1]. Plaintiff's reply brief to defendants' opposition not to exceed twenty (20) pages in length. (Date Entered: 3/31/99) (cc: all counsel) [3:98-cv-04508] (lcc) [Entry date 03/31/99]

3/31/99  156    STIPULATION and ORDER by Judge Fern M. Smith: That Plaintiff Affymetrix, Inc. may take five (5) additional depositions and that Defendants Synteni, Inc. and Incyte Pharmaceuticals, Inc. may collectively take five (5) deposition in connection with Plaintiff's pending motion for preliminary injunction. (cc: all counsel) [3:98-cv-04508] (lcc) [Entry date 04/01/99]

4/1/99   --     RECEIVED Stipulation and Proposed Order (Plaintiff Affymetrix Inc.) to extend filing date of Plaintiff Affymetrix, Inc's reply brief in support of motion for preliminary injunction [1-1] [3:98-cv-04508] (lcc) [Entry date 04/02/99]

4/2/99   157    PROOF OF SERVICE by Plaintiff Affymetrix Inc. of joint statement case mangement [145-1] [3:98-cv-04508] (lcc) [Entry date 04/06/99]

4/2/99   158    PROOF OF SERVICE by Plaintiff Affymetrix Inc. of stipulation order [156-1] [3:98-cv-04508] (lcc) [Entry date 04/06/99]

4/5/99   159    STIPULATION and ORDER by Judge Fern M. Smith: EXTENDING Plaintiff Affymetrix, Inc.'s time to file its Reply Brief in support of the pending motion for preliminary injunction on 4/8/99. (cc: all counsel) [3:98-cv-04508] (lcc) [Entry date 04/06/99]

4/5/99   160    MINUTES: (C/R - none) (Hearing Date: 4/5/99) Telephonic hearing held. Defendants object to letter faxed to the Court by plaintiff's counsel. Court told parties to take this matter to the Special Master and not to file anymore ex parte matters with the Court. If a matter is not before the Special Master, then parties are to file a formal motion with the Court. [3:98-cv-04508] (lcc) [Entry date 04/06/99]

4/5/99   164    PROOF OF SERVICE by Plaintiff Affymetrix Inc. of stipulation order [159-2] [3:98-cv-04508] (lcc) [Entry date 04/08/99]

4/6/99   161    LETTER dated 4/2/99 from David Alexander to Judge Fern M. Smith regarding telephonic conference to discuss defendants' unilateral decision to distribute Affymetrix'

confidential information to several stock market analysts. [3:98-cv-04508] (lcc) [Entry date 04/08/99]

4/6/99     162     LETTER dated 4/5/99 from David Alexander to Judge Fern M. Smith regarding further telephone hearing scheduled for 2:00 p.m. this afternoon and regarding terms of protective order. [3:98-cv-04508] (lcc) [Entry date 04/08/99]

4/6/99     163     LETTER (by fax) dated 4/5/99 from Teresa M. Corbin to Judge Fern M. Smith regarding the filing and serving on plaintiff a public version of defendants' opposition to the preliminary injunction motion and supporting declarations. [3:98-cv-04508] (lcc) [Entry date 04/08/99]

4/7/99     165     NOTICE by Plaintiff Affymetrix Inc. of Entry of order [62-1]. [3:98-cv-04508] (lcc) [Entry date 04/08/99]

4/7/99     166     DECLARATION OF SERVICE by Plaintiff Affymetrix Inc. of notice [165-1] [3:98-cv-04508] (lcc) [Entry date 04/08/99]

4/8/99     167     NOTICE by Plaintiff Affymetrix Inc. of Entry of stipulation order [159-2]. [3:98-cv-04508] (lcc) [Entry date 04/09/99]

4/8/99     168     DECLARATION OF SERVICE by Plaintiff Affymetrix Inc. of notice of entry of order [167-1] [3:98-cv-04508] (lcc) [Entry date 04/09/99]

4/8/99     169     MINUTES: (C/R - none) INITIAL CASE MANAGEMENT CONFERENCE HELD. Case continued to 11/18/99 at 2:30 p.m. for Claim Construction Hearing; Pre-trial Conference will be held 6/19/00 at 2:30 p.m.; Jury Trial set for 7/10/00 at 8:30 a.m. Set for 16 days. Court has consolidated cases 3:98-cv-4507 with member case 3:98-cv-4508. All future filings shall be in 3:98-cv-4507. Both cases are REFERRED to Judge Eugene Lynch for discovery. Plaintiffs must name any new parties by 6/1/99. Parties may stipulate to bifurcate the damages for trial. [3:98-cv-04508] (lcc) [Entry date 04/09/99]

4/8/99     170     REPLY Brief "FILED UNDER SEAL" in support of motion for preliminary injunction [1-1] [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99     171     OBJECTIONS "FILED UNDER SEAL" to evidence submitted in opposition [127-1] [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    --      RECEIVED Proposed Order (Plaintiff Affymetrix Inc.) re:
                  motion for preliminary injunction [1-1] [3:98-cv-04508] (lcc)
                  [Entry date 04/12/99]

4/8/99    172     DECLARATION "FILED UNDER SEAL" in support of reply brief
                  [170-1]  [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    173     DECLARATION "FILED UNDER SEAL" in support of reply brief
                  [170-1]  [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    174     DECLARATION "FILED UNDER SEAL" in support of reply brief
                  [170-1]  [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    175     DECLARATION "FILED UNDER SEAL" in support of reply brief
                  [170-1]  [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    176     REPLY DECLARATION "FILED UNDER SEAL" in support of reply
                  brief [170-1] [3:98-cv-04508] (scu) [Entry date 04/12/99]
                  [Edit date 04/12/99]

4/8/99    177     DECLARATION "FILED UNDER SEAL" in support of reply brief
                  [170-1]  [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    178     REPLY DECLARATION "FILED UNDER SEAL" in support of reply
                  brief [170-1]  [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    179     DECLARATION "FILED UNDER SEAL" in support of reply brief
                  [170-1]  [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    180     DECLARATION (by fax) "FILED UNDER SEAL" in support of reply
                  brief [170-1]  [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    181     DECLARATION (by fax) "FILED UNDER SEAL" in support of reply
                  brief [170-1]  [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    182     DECLARATION "FILED UNDER SEAL" in support of reply brief
                  [170-1]  [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    183     DECLARATION "FILED UNDER SEAL" in support of objections
                  [171-1]  [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    184     DECLARATION (by fax) "FILED UNDER SEAL" in support of reply
                  brief [170-1]  [3:98-cv-04508] (scu) [Entry date 04/12/99]

4/8/99    185    DECLARATION OF SERVICE by Plaintiff Affymetrix Inc. of
                 reply brief [170-1], objections [171-1], order received
                 [0-0] and declarations [172-1], [173-1], [174-1], [175-1],
                 [176-1], [177-1], [178-1], [179-1], [180-1], [181-1],
                 [182-1], [183-1], [184-1] [3:98-cv-04508] (lcc)
                 [Entry date 04/12/99]

4/9/99    186    EXHIBITS AND NOTICE OF ERRATA "FILED UNDER SEAL" to
                 declaration [175-1] [3:98-cv-04508] (scu)
                 [Entry date 04/12/99]

4/9/99    187    DECLARATION OF SERVICE by Plaintiff Affymetrix Inc. of
                 exhibits and notice of errata [186-1] [3:98-cv-04508] (lcc)
                 [Entry date 04/12/99]

4/15/99   190    DISCOVERY ORDER by Special Master GRANTING plaintiff's
                 motion to redeposed R. Whitfield; see Order for specific
                 conditions (Date Entered: 4/21/99) (cc: all counsel)
                 [3:98-cv-04508] (slh) [Entry date 04/21/99]

4/16/99   188    CORRECTED DECLARATION "FILED UNDER SEAL" in support of reply
                 brief [170-1] [3:98-cv-04508] (scu) [Entry date 04/16/99]
                 [Edit date 04/16/99]

4/16/99   189    DECLARATION OF SERVICE by Plaintiff of corrected
                 declaration [188-1] [3:98-cv-04508] (slh)
                 [Entry date 04/16/99]

4/22/99   191    NON OPPOSITION IN PART AND OPPOSITION IN PART "FILED UNDER
                 SEAL" by Plaintiff to motion for leave to file sur-reply.
                 [3:98-cv-04508] (scu) [Entry date 04/26/99]

4/22/99   192    SUPPLEMENT by Plaintiff to reply brief [170-1]
                 [3:98-cv-04508] (slh) [Entry date 04/26/99]

4/22/99   193    DECLARATION by Craig R. Kaufman on behalf of Plaintiff in
                 support of supplement [192-1] [3:98-cv-04508] (slh)
                 [Entry date 04/26/99]

4/22/99   194    DECLARATION by Donald Banner on behalf of Plaintiff in
                 support of supplement [192-1] [3:98-cv-04508] (slh)
                 [Entry date 04/26/99]

4/22/99   195    PROOF OF SERVICE by Plaintiff of opposition [191-1],
                 supplement [192-1], declaration [193-1], declaration

[194-1] [3:98-cv-04508] (slh) [Entry date 04/26/99]

5/4/99    198    ORDER by Judge Fern M. Smith DENYING plaintiff's motion for
                 preliminary injunction [1-1]. GRANTING IN PART and DENYING
                 IN PART defendants' motion for leave to file surreply in
                 opposition to motion for preliminary injunction.
                 Defendants' motion for partial summary judgment that claims
                 4 and 5 of the '992 patent are invalid for failure to
                 satisfy the written description requirement of 35 U.S.C.
                 Section 112 [146-1] is DENIED without prejudice. It may be
                 renewed by Synteni and Incyte, if necessary, when the
                 interference proceeding is completed. In the interests of
                 justice, no further dispositive motions may be filed by
                 either party until the interference proceeding is complete.
                 Discovery, however, will not be stayed during that time.
                 (cc: all counsel) [3:98-cv-04508] (lcc)
                 [Entry date 05/19/99]

5/18/99   196    MINUTES: (C/R - none) (Hearing Date: 4/27/99) Tutorial
                 hearing held. Case continued to 4/30/99 at 1:30 p.m.
                 regarding defendants' motion for partial summary judgment
                 that claims and 5 of the '992 patent are invalid for failure
                 to satisfy the written description requirement of 35 U.S.C.
                 Section 112 [146-1]. [3:98-cv-04508] (lcc)
                 [Entry date 05/19/99] [Edit date 05/19/99]

5/18/99   197    MINUTES: (C/R - Leo Mankiewicz) (Hearing Date: 4/30/99) That
                 plaintiff's motion for preliminary injunction [1-1] and
                 defendants' motion for partial summary judgment that claims
                 4 and 5 of the '992 patent are invalid for failure to
                 satisfy the written description requirement of 35 U.S.C.
                 Section 112 [146-1] are SUBMITTED. [3:98-cv-04508] (lcc)
                 [Entry date 05/19/99] [Edit date 07/27/99]

5/18/99   199    REPORTER'S TRANSCRIPT; Date of proceedings: 4/30/99 (C/R:
                 Leo T. Mankiewicz) minutes [197-1].   [3:98-cv-04508] (lcc)
                 [Entry date 05/24/99]

7/6/99    200    CLERK'S NOTICE of impending reassignment to a United
                 States District Judge. All currently calendared dates
                 before Judge Fern M. Smith are VACATED. [3:98-cv-04508] (lcc)
                 [Entry date 07/12/99]

8/16/99   --     RECEIVED Stipulation and Order submitted by defendant
                 Synteni Inc., defendant Incyte Pharmaceutica re: extend
                 filing date of the Joint Claim Construction Statement
                 [3:98-cv-04508] (mmr) [Entry date 08/19/99]

8/19/99   201    REASSIGNMENT ORDER by Assignment Committee: Case
                 reassigned to Judge William H. Alsup ( Date Entered:

```
                        8/19/99) (cc: all counsel) [3:98-cv-04508] (slh)
                        [Entry date 08/19/99]


8/20/99  202    ORDER by Judge William H. Alsup for counsel to submit a
                joint status report within 15 days. (Date Entered: 8/23/99)
                (cc: all counsel) [3:98-cv-04508] (slh)
                [Entry date 08/23/99]


8/20/99  203    STIPULATION and ORDER by Judge William H. Alsup extending
                time to 8/27/99 for parties to file their Joint Claim
                Construction Statement (cc: all counsel) [3:98-cv-04508]
                (slh) [Entry date 08/23/99]


9/10/99  204    DECLARATION OF SERVICE by Plaintiff of joint status report
                [3:98-cv-04508] (slh) [Entry date 09/16/99]


9/14/99  205    DECLARATION OF SERVICE by Plaintiff of notice of entry of
                order. [3:98-cv-04508] (slh) [Entry date 09/16/99]


12/6/99  206    ORDER by Assignment Committee Case assigned to Judge
                Jeremy Fogel (Date Entered: 12/17/99) (cc: all counsel)
                [5:99-cv-21165] (bug) [Entry date 12/17/99]


12/29/99 --     TRANSMITTAL of documents: original case file doc 1-206
                including sealed, exhibits and bulky documents sent USDC
                San Jose Division [5:99-cv-21165] (bug)
                [Entry date 12/29/99]


1/6/00   207    CLERK'S NOTICE Case Management Conference set for 10:30
                2/28/00 ; [5:99-cv-21165] (gm) [Entry date 01/07/00]


1/25/00  208    DUPPLEMENTAL DECLARATION by Teresa M. Corbin in support of
                defendatns' Notice of objections and objections to the
                discovery order by Special Master re file histories on
                behalf of defendant Synteni Inc., defendant Incyte
                Pharmaceutica [5:99-cv-21165] (gm) [Entry date 01/28/00]


1/25/00  209    PROOF OF SERVICE by defendant Synteni Inc., defendant
                Incyte Pharmaceutica of declaration [208-1] [5:99-cv-21165]
                (gm) [Entry date 01/28/00]


2/4/00   210    NOTICE by defendant Synteni Inc., defendant Incyte
                Pharmaceutica  of change of Firm Name [5:99-cv-21165] (gm)
                [Entry date 02/09/00]


2/14/00  211    RESPONSE to Affymetrix, Inc.'s notice od objection and
```

objection in part to order of Speical Master by defendant
Synteni Inc., defendant Incyte Pharmaceutica,
Counter-claimant Synteni Inc., Counter-claimant Incyte
Pharmaceutica [5:99-cv-21165] (gm) [Entry date 02/16/00]

2/14/00    212    DECLARATION by Jennifer A. Tipsord on behalf of defendant
Synteni Inc., defendant Incyte Pharmaceutica,
Counter-claimant Synteni Inc., Counter-claimant Incyte
Pharmaceutica re response [211-1] [5:99-cv-21165] (gm)
[Entry date 02/16/00]

2/17/00    213    CLERK'S NOTICE Case Management Conference set for 10:30
4/17/00 ; [5:99-cv-21165] (gm) [Entry date 02/23/00]

4/12/00    214    CLERK'S NOTICE Case Management Conference set for 9:00
7/10/00 ; [5:99-cv-21165] (gm) [Entry date 04/14/00]

5/23/00    215    FIRST AMENDED ANSWER to complaint [4-1] and COUNTERCLAIM;
jury demand by defendant Synteni Inc., defendant Incyte
Pharmaceutica against Plaintiff Affymetric Inc.
[5:99-cv-21165] (gm) [Entry date 05/26/00]

5/25/00    216    ORDER denying ex parte request for early CMC by Judge
Jeremy Fogel ( Date Entered: 6/6/00) (cc: all counsel)
[5:99-cv-21165] (gm) [Entry date 06/06/00]

6/12/00    217    EX-PARTE APPLICATION  before Judge Jeremy Fogel by
defendant Synteni Inc., defendant Incyte Pharmaceutica for
an expedited hearing and briefing schedule for their motion
for lreave to file amended answers and counterclaims
[5:99-cv-21165] (gm) [Entry date 06/14/00]

6/12/00    218    DECLARATION by Don F. Livornese on behalf of defendant
Synteni Inc., defendant Incyte Pharmaceutica in support of
motion for an expedited hearing and briefing schedule for
their motion for lreave to file amended answers and
counterclaims [217-1] [5:99-cv-21165] (gm)
[Entry date 06/14/00]

6/28/00    219    ORDER  by Judge Jeremy Fogel  denying motion for an
expedited hearing and briefing schedule for their motion
for lreave to file amended answers and counterclaims
[217-1] ( Date Entered: 6/29/00) (cc:  all counsel)
[5:99-cv-21165] (gm) [Entry date 06/29/00]

6/29/00    220    CLERK'S NOTICE Case Management Statement is due 7/6/00 ;
Case Management Conference set for 9:00 7/10/00 ;
[5:99-cv-21165] (gm) [Entry date 06/30/00]

7/10/00  221    MINUTES: ( C/R Peter Torreano) INITIAL CASE MANAGEMENT
               CONFERENCE HELD.  In court law and motion hearing will be
               held 9:00 8/7/00 ; [5:99-cv-21165] (gm)
               [Entry date 07/11/00]


8/11/00  222    AMENDED ANSWER to complaint [1-1]  and COUNTERCLAIM; jury
               demand by defendant Synteni Inc., defendant Incyte
               Pharmaceutica against Plaintiff Affymetric Inc.
               [5:99-cv-21165] (FILED UNDER SEAL) (gm)
               [Entry date 08/15/00] [Edit date 08/15/00]


8/11/00  223    PROOF OF SERVICE by defendant Synteni Inc., defendant
               Incyte Pharmaceutica of answer answer [222-1], counterclaim
               [222-2] [5:99-cv-21165] (gm) [Entry date 08/15/00]


8/17/00  224    PROOF OF SERVICE by defendant of Motion for Protective
               Order, Memorandum in support and declaration of Marcus T.
               Hall in support of motion [5:99-cv-21165] (gm)
               [Entry date 08/22/00]


8/21/00  225    NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
               defendant Synteni Inc., defendant Incyte Pharmaceutica,
               Counter-claimant Synteni Inc., Counter-claimant Incyte
               Pharmaceutica to bifurcate discovery and trial on the
               issue of willful infringement with Notice set for 9/25/00
               at 9:00 [5:99-cv-21165] (gm) [Entry date 08/24/00]


8/21/00  226    MEMORANDUM by defendant Synteni Inc., defendant Incyte
               Pharmaceutica, Counter-claimant Synteni Inc.,
               Counter-claimant Incyte Pharmaceutica  in support of motion
               to bifurcate discovery and trial on the issue of willful
               infringement [225-1] [5:99-cv-21165] (gm)
               [Entry date 08/24/00]


8/21/00  227    DECLARATION by Don F. Livornese on behalf of defendant
               Synteni Inc., defendant Incyte Pharmaceutica,
               Counter-claimant Synteni Inc., Counter-claimant Incyte
               Pharmaceutica in support of motion to bifurcate discovery
               and trial on the issue of willful infringement [225-1]
               [5:99-cv-21165] (gm) [Entry date 08/24/00]


9/26/00  228    ORDER  by Judge Jeremy Fogel requiring defendants to submit
               ocunsel opinions for in camera review re [225-1] ( Date
               Entered: 9/27/00) (cc:  all counsel)  [5:99-cv-21165] (gm)
               [Entry date 09/27/00]


10/11/00 229    ORDER re request for conference by Judge Jeremy Fogel (

                        Date Entered: 10/18/00) (cc: all counsel)  [5:99-cv-21165]
                        (gm) [Entry date 10/18/00]


10/27/00  230    ORDER  by Judge Jeremy Fogel appointing Special Master for
                        discovery ( Date Entered: 10/30/00) (cc: all counsel)
                        [5:99-cv-21165] (gm) [Entry date 10/30/00]


3/20/01  231    ORDER  by Judge Jeremy Fogel Reference to Special Master
                        ( Date Entered: 3/26/01) (cc:  all counsel)
                        [5:99-cv-21165] (gm) [Entry date 03/26/01]


4/5/01   232    ORDER granting in part and denying part motion to dismiss
                        or strike counterclaims and affirmative defenses by Judge
                        Jeremy Fogel ( Date Entered: 4/10/01) (cc: all counsel)
                        [5:99-cv-21165] (gm) [Entry date 04/10/01]


5/2/01   233    ORDER  by Judge Jeremy Fogel granting motion for partial
                        summary judgment of noninfringement ( Date Entered: 5/7/01)
                        (cc: all counsel)  [5:99-cv-21165] (gm)
                        [Entry date 05/07/01]


5/3/01   234     REPORT AND RECOMMENDATION of Special Master (cc: all
                        counsel)  [5:99-cv-21165] (gm) [Entry date 05/09/01]


5/7/01   --     RECEIVED Second Amended Answer and Counterclaims submitted
                        by defendant Synteni Inc., defendant Incyte Pharmaceutica
                        (FILED UNDER SEAL) [5:99-cv-21165] (gm)
                        [Entry date 05/09/01]


5/7/01   235    PROOF OF SERVICE by defendant Synteni Inc., defendant
                        Incyte Pharmaceutica of document received [0-0]
                        [5:99-cv-21165] (gm) [Entry date 05/09/01]


5/18/01  236    DECLARATION by Don F. Livornese supportin the sealing of
                        Second Amended Answer on behalf of defendant Synteni Inc.,
                        defendant Incyte Pharmaceutica  [5:99-cv-21165] (gm)
                        [Entry date 06/05/01]


6/4/01   237    NOTICE OF MOTION AND MOTION  before Judge Jeremy Fogel by
                        defendant Synteni Inc., defendant Incyte Pharmaceutica for
                        leave to add additional allegations of inequitable conduct
                        to its second amended 21165 answer and counterclaim with
                        Notice set for 8/6/01 at 9:00 [5:99-cv-21165] (gm)
                        [Entry date 06/07/01]


6/4/01   238    MEMORANDUM by defendant Synteni Inc., defendant Incyte
                        Pharmaceutica  in support of motion for leave to add

additional allegations of inequitable conduct to its second
amended 21165 answer and counterclaim [237-1]
[5:99-cv-21165] (gm) [Entry date 06/07/01]

6/4/01    239    PROOF OF SERVICE by defendant Synteni Inc., defendant
                 Incyte Pharmaceutica of memorandum [238-1], motion for
                 leave to add additional allegations of inequitable conduct
                 to its second amended 21165 answer and counterclaim [237-1]
                 [5:99-cv-21165] (gm) [Entry date 06/07/01]

6/5/01    240    DECLARATION by Lee Bendekgey supporting the sealing of
                 Second Amended Answer on behalf of defendant Synteni Inc.,
                 defendant Incyte Pharmaceutica  [5:99-cv-21165] (gm)
                 [Entry date 06/11/01]

6/29/01   241     SUPPLEMENTAL REPORT AND RECOMMENDATION by Special Master
                 (cc: all counsel)   [5:99-cv-21165] (gm)
                 [Entry date 07/05/01]

8/6/01    242    MINUTES: ( C/R Peter Torreano) ( Hearing Date: 8/6/01) that
                 the motion for an expedited hearing and briefing schedule
                 for their motion for lreave to file amended answers and
                 counterclaims [217-1] is submitted [5:99-cv-21165] (gm)
                 [Entry date 08/10/01]

8/7/01    243    ORDER  by Judge Jeremy Fogel  granting  motion for leave to
                 add additional allegations of inequitable conduct to its
                 second amended 21165 answer and counterclaim [237-1] ( Date
                 Entered: 8/14/01) (cc:  all counsel)  [5:99-cv-21165] (gm)
                 [Entry date 08/14/01]

9/20/01   244    ORDER granting moiton for partial summary judgment of
                 invlaidity of claims 1-3 of U.S. patent no. 5,800,992 for
                 indefiniteness of "substantially complementary" by Judge
                 Jeremy Fogel ( Date Entered: 9/24/01) (cc: all counsel)
                 [5:99-cv-21165] (gm) [Entry date 09/24/01]

9/20/01   245    ORDER denying Incyte's moiton for partial summary judgment
                 of invalidity of U.S. patent no. 5,744,305 for lack of
                 written description of "predefined region" by Judge Jeremy
                 Fogel ( Date Entered: 9/24/01) (cc: all counsel)
                 [5:99-cv-21165] (gm) [Entry date 09/24/01]

10/17/01  246    SETTLEMENT CONFERENCE MINUTES: ( C/R P. Torreano) ( Hearing
                 Date: 10/16/01) , , Settlement conference will be held
                 1:30 12/3/01 ;  [5:99-cv-21165] (cv) [Entry date 10/25/01]

12/10/01  247    SETTLEMENT CONFERENCE MINUTES: ( C/R Peter Torreano) (

Hearing Date: 12/3/01)  Settlement conference held,
Settlement conference will be held 11:00 12/17/01 ;
[5:99-cv-21165] (gm) [Entry date 12/12/01]

12/17/01 248    SETTLEMENT CONFERENCE MINUTES: ( C/R P. Torreano) ( Hearing
Date: 12/17/01)  Settlement conference held, Settlement
conference will be held 10:00 12/21/01 ;  [5:99-cv-21165]
(cv) [Entry date 12/19/01]

12/21/01 249    MINUTES: Parties have agreed and filed a stipulation to
dismiss entire action with/pre for cases c-99-21164;
c-99-21165;c-20065; one civil action remains open
c-99-21111 ( C/R Peter Torreano) ( Hearing Date: 12/21/01)
[5:99-cv-21165] (lrd) [Entry date 12/28/01]

12/21/01 250    NOTICE AND ORDER OF DISMISSAL by defendant Synteni Inc.,
defendant Incyte Pharmaceutica .  Judge Jeremy Fogel  (cc:
all counsel) [5:99-cv-21165] (lrd) [Entry date 12/28/01]

---

Case Flags:
TERMED
CONSOL
R/R

---

END OF DOCKET: 5:99cv21165