# EXHIBIT 3

# REDACTED IN ITS ENTIRETY

# EXHIBIT 4

 Instructions for using the Affymetrix Patent CD

This CD contains the patents--U.S. and foreign--submitted by Affymetrix, Inc. as part of its FORM PTO-1449 (Modified) LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT. The patents are in both HTML and TIFF format, allowing you to search and view the text of the patents, or to view the actual images of the patents. For your convenience in searching the full text of the patents, we have included a "read only" version the dtSearch program on this CD. You do not need to install the search program on your computer, because it will run directly from the CD.

There are **two** functions you can use with the list of Affymetrix Patent information -

1. View the full list of Patents, with the ability to view the patent text and jump via hyperlink to the image(s) associated with the text.

   o We have included the patent list with hyperlinks in HTML format. You may want to create a bookmark in your Internet browser for this file making it easy to get to when the CD-ROM is in place. If you view the HTML format file, when you click on the hyperlinks of the patent numbers, a new browser window will open up with the patent in it. You can close that window when you are done viewing that patent. If you leave it open, you can return to the patent list by finding it on your Windows task bar, or hold down the Alt key on your keyboard while tapping the Tab key to cycle through the various open windows on your computer. The Microsoft Word-format document containing the complete text of the Form PTO-1449 is also included. To access the complete Form PTO-1449 in Microsoft Word, click on Patent List or use your word processor to manually open (your CD-ROM drive letter):\Lextranet Patent Viewer\Docs\Patents\PatentList.doc.

   o As stated above, once you are in the HTML patent list, you will notice that a series of the patent 'Document Numbers' are highlighted in blue and are underlined. This indicates that the is a text version of this patent. Double click on the 'Document Number' to view the text. Note: If you are using MS Internet Explorer 4+, this may open the text in the browser; use 'Back' to return to the list of patents.

   o When viewing the text version of the patent, you will see a blue hyperlink in the upper left corner of the text document. It will either say 'View Image of this Patent' or 'View Image (image number)'. Clicking on these hyperlinks will open the image in your browser.

   o Unless you have a TIFF image viewer that works as a "plug-in" to your Internet browser program, you will need to purchase ($19.95) and download the CPC View program from www.cartesianinc.com. This 'plug-in' program will allow you to view the exact image of the patents directly in your Internet browser (Netscape or Microsoft Internet Explorer).

2. A Full Text Search of the patent text. (Requires Microsoft Windows 95, 98, NT or 2000)

This CD is designed so that a list of the files on the CD will open automatically each time you insert the CD into a computer running Microsoft Windows. You may have disabled the automatic opening of programs on your computer so this may not apply to you.

To conduct a full text search on the available text versions of patents, open the **dtSearch** folder on this CD-ROM then run the program **dtswin.exe** to launch the application. You should be able to run the program by double-clicking your mouse on the name dtswin in the dtSearch folder.

Once the program is running, you can start your search by clicking on the 'Search' icon (the second from the left on the toolbar). When you click on it you will see the 'Search' Window as seen below:



dtSearch provides a wide range of searching capabilities, and allows full Boolean searching with proximity connectors and other useful features found in modern search programs. We encourage you to use the Help available within dtSearch to learn the finer points.

For a basic introduction, just type in a word in the 'Search request' box.  You will notice that the 'Indexed word list' will move as you type, displaying the closest match.  After you have designated your search, click on the 'Search' button in the lower right corner.

The search will open the first document with the first occurrence of the search.  You may view the document either within dtSearch program itself (ordinary typewriter-style fonts, and no graphics), or in its original HTML format with hyperlinks to the image files.  To view the HTML file in your browser, click the Launch button on the dtSearch toolbar.  Return to dtSearch from the document by clicking on the dtSearch icon on your task bar to view the full list of 'hits'.

Note that there may be multiple 'hits' or matches of your search terms, so you may browse to many different patents for viewing.

# EXHIBIT 5



1  Robert P. Taylor (State Bar No. 46046)
   Teresa M. Corbin (State Bar No. 132360)
2  V. Randall Gard (State Bar No. 151677)
   N. Thane Bauz (State Bar No. 188439)
3  HOWREY & SIMON
   301 Ravenswood Avenue
4  Menlo Park, CA 94025
   (650) 463-8100
5
6  COUNSEL FOR DEFENDANTS
   SYNTENI, INC. AND INCYTE
7  PHARMACEUTICALS, INC.
8
9             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO
11
12
13 AFFYMETRIX, INC.,                    )
                                        )   Case No. C98-4508 FMS (MEJ)
14    Plaintiff and counterdefendant,   )
                                        )   INITIAL DISCLOSURE OF PRIOR
15           v.                         )   ART PURSUANT TO 16-7
                                        )
16 SYNTENI, INC. and INCYTE             )
17 PHARMACEUTICALS, INC.,               )
                                        )
18    Defendants and counterplaintiffs. )
                                        )
19                                      )
20

21      In accordance with Civil L.R. 16-7, Defendants Incyte Pharmaceuticals, Inc. and Synteni,
22 Inc., hereby submit this initial disclosure of prior art developed to date relating to U.S. Patent
23 No. 5,744,305 ('305 Patent). Defendants are actively engaged in searching out other prior art
   and persons working in the technologies to which the '305 patent relates. Defendants anticipate
24 that such effort may yield additional prior art of comparable relevance to what is disclosed
25 below, and defendants intend to supplement this disclosure as such additional prior art is located.
26
27
28

MAR-01-1999  17:26                                   650 614 7401  P.10/39

<u>Prior Art Affecting the Validity of U.S. Patent No. 5,744,305</u>

Defendants' investigation to date has resulted in the identification of the following prior art references that appear, on their face, to anticipate or render obvious Claims 1-13 and 15-25 of the '305 Patent. Defendants acknowledge that numerous disputed issues of claim construction may lie ahead, altering significantly the manner in which a determination of patent validity under 35 U.S.C. §§ 102 and 103 would be carried out. Defendants also acknowledge that issues of enablement may affect the scope or relevance of certain prior art. Defendants have accepted the disclosed prior art at face value and have made no attempt, at this preliminary stage, to evaluate the future impact of claim construction and enablement issues that may be presented.

The asserted claims 1-13 and 15-25 of the '305 patent when interpreted as broadly as Affymetrix appears to be interpreting them, are invalid under 35 U.S.C. §102 as anticipated by, or under 35 U.S.C. §103 as obvious in view of, the following prior art references.

1.  Claims 1-13 and 15-25 of the '305 patent are anticipated by Hanahan et al. "Plasmid Screening at High Colony Density", Methods in Enzymology 100:333-342 (1983), or obvious in light of Hanahan et al. in combination with Arnold, Jr., US 5,362,866 (11/94), Darragupta et al., EP 0 281 927 A2 (9/88), Frank, et al., "Simultaneous Synthesis and Biological Applications of DNA Fragments: An Efficient and Complete Methodology," Methods in Enzymology 134:221-251 (1987), Groet, et al., US 4,533,682 (5/86), Guire, US 4,973,493 (11/90), Macevicz, US 5,002,867 (5/91), Southern and Maskos, WO 90/03382 (4/90), Urdea et al, US 4,517,338 (5/85), Darragupta et al., US 5,348,855 (9/94), Drmanac et al., US 5,202,231 (8/93), Eggers, et al., US 5,532,128 (7/96), Erlich et al., EP 0 237 362 B1 (9/87), Khrapko et al., "An Oligonucleotide Hybridization Approach to DNA Sequencing," FEB 256:118-122 (1989), Khrapko et al., "Hybridization of DNA with Oligonucleotides Immobilized in Gel," Molecular Biology 25:581-591 (1991), Lysov et al., "A New Method For Determining the DNA Nucleotide Sequence By Hybridization With Oligonucleotides," Doklady Biochemistry 303:355-452 (1988), Palva et al., GB 2 156 074A (10/85), Potter, US 4,613,566 (9/86), Saiki and Erlich, WO 89/11548 (11/89), Southern, US 5,700,637 (12/97), Southern, WO 89/10977 (11/89), and/or Wang et al., US 4,925,785 (5/90).

-2-

2.    Claims 1-13 and 15-25 of the '305 patent are anticipated by Southern USP 5,700,637 (12/97), or obvious in light of Southern in combination with Cozzette et al., US 5,200,051 (4/93), Hayes et al., US 4,877,745 (10/89), Kimura et al., "An Immobilized Enzyme Membrane Fabrication Method Using an Ink Jet Nozzle," Biosensors 40:41-52 (1988), Kuriyama, JP Sho 63-223557 (9/88), Miyagi et al., JP 59-24244 (2/84), Madou et al., US 4,874,500 (10/89), Arnold, Jr., US 5,362,866 (11/94), Dattagupta et al., EP 0 281 927 A2 (9/88), Frank, *et al.*, "Simultaneous Synthesis and Biological Applications of DNA Fragments: An Efficient and Complete Methodology," Methods in Enzymology 134:221-251 (1987), Groet, *et al.*, US 4,533,682 (5/86), Guire, US 4,973,493 (11/90), Macevicz, US 5,002,867 (5/91), Southern and Maskos, WO 90/03382 (4/90), Urdea et al., US 4,517,338 (5/85), Dattagupta et al., US 5,348,855 (9/94), Drmanac et al., US 5,202,231 (8/93), Eggers, *et al.*, US 5,532,128 (7/96), Erlich et al., EP 0 237 362 B1 (9/87), Khrapko et al., "An Oligonucleotide Hybridization Approach to DNA Sequencing," FEB 256:118-122 (1989), Khrapko et al., "Hybridization of DNA with Oligonucleotides Immobilized in Gel," Molecular Biology 25:581-591 (1991), Lysov et al., "A New Method For Determining the DNA Nucleotide Sequence By Hybridization With Oligonucleotides," Doklady Biochemistry 303:355-452 (1988), Palva et al., GB 2 156 074A (10/85), Power, US 4,613,566 (9/86), Saiki and Erlich, WO 89/11548 (11/89), Southern, WO 89/10977 (11/89) and/or Wang et al., US 4,925,785 (5/90).

3.    Claims 1-13 and 15-25 of the '305 patent are anticipated by Southern WO 89/10977, or obvious in light of Southern in combination with Cozzette et al., US 5,200,051 (4/93), Hayes et al., US 4,877,745 (10/89), Kimura et al., "An Immobilized Enzyme Membrane Fabrication Method Using an Ink Jet Nozzle," Biosensors 40:41-52 (1988), Kuriyama, JP Sho 63-223557 (9/88), Miyagi et al., JP 59-24244 (2/84), Madou et al., US 4,874,500 (10/89), Arnold, Jr., US 5,362,866 (11/94), Dattagupta et al., EP 0 281 927 A2 (9/88), Frank, *et al.*, "Simultaneous Synthesis and Biological Applications of DNA Fragments: An Efficient and Complete Methodology," Methods in Enzymology 134:221-251 (1987), Groet, *et al.*, US 4,533,682 (5/86), Guire, US 4,973,493 (11/90), Macevicz, US 5,002,867 (5/91), Southern and Maskos, WO 90/03382 (4/90), Urdea et al., US 4,517,338 (5/85), Dattagupta et al., US 5,348,855 (9/94), Drmanac et al., US 5,202,231 (8/93), Eggers, *et al.*, US 5,532,128 (7/96), Erlich et al., EP 0 237 362 B1 (9/87), Khrapko et al., "An

-3-

1    Oligonucleotide Hybridization Approach to DNA Sequencing," FEB 256:118-122
2    (1989), Khrapko et al., "Hybridization of DNA with Oligonucleotides Immobilized in
3    Gel," Molecular Biology 25:581-591 (1991), Lysov et al., "A New Method For
4    Determining the DNA Nucleotide Sequence By Hybridization With Oligonucleotides,"
5    Doklady Biochemistry 303:355-452 (1988), Palva et al., GB 2 156 074A (10/85), Potter,
6    US 4,613,566 (9/86), Saiki and Erlich, WO 89/11548 (11/89), Southern, US 5,700,637
7    (12/97), and/or Wang et al., US 4,925,785 (5/90).

8    4.    Claims 1-13 and 15-25 of the '305 patent are anticipated by Eggers *et al* USP 5,532,128
9          (7/96), or obvious in light of Eggers in combination with Cozzette et al., US 5,200,051
10         (4/93), Hayes et al., US 4,877,745 (10/89), Kimura et al., "An Immobilized Enzyme
11         Membrane Fabrication Method Using an Ink Jet Nozzle," Biosensors 40:41-52 (1988),
12         Kuriyama, JP Sho 63-223557 (9/88), Miyagi et al., JP 59-24244 (2/84), Madou et al., US
13         4,874,500 (10/89), Arnold, Jr., US 5,362,866 (11/94), Dattagupta et al., EP 0 281 927 A2
14         (9/88), Frank, *et al.*, "Simultaneous Synthesis and Biological Applications of DNA
15         Fragments: An Efficient and Complete Methodology," Methods in Enzymology 134:221-
16         251 (1987), Groet, *et al.*, US 4,533,682 (5/86), Guire, US 4,973,493 (11/90), Macevicz,
17         US 5,002,867 (5/91), Southern and Maskos, WO 90/03382 (4/90), Urdea et al, US
18         4,517,338 (5/85), Dattagupta et al., US 5,348,855 (9/94), Drmanac et al., US 5,202,231
19         (8/93), Erlich et al., EP 0 237 362 B1 (9/87), Khrapko et al., "An Oligonucleotide
20         Hybridization Approach to DNA Sequencing," FEB 256:118-122 (1989), Khrapko et al.,
21         "Hybridization of DNA with Oligonucleotides Immobilized in Gel," Molecular Biology
22         25:581-591 (1991), Lysov et al., "A New Method For Determining the DNA Nucleotide
23         Sequence By Hybridization With Oligonucleotides," Doklady Biochemistry 303:355-452
24         (1988), Palva et al., GB 2 156 074A (10/85), Potter, US 4,613,566 (9/86), Saiki and
25         Erlich, WO 89/11548 (11/89), Southern, US 5,700,637 (12/97), Southern, WO 89/10977
26         (11/89), and/or Wang et al., US 4,925,785 (5/90).

27   5.    Claims 1-13 and 15-25 of the '305 patent are anticipated by Khrapko et al., "An
28         Oligonucleotide Hybridization Approach to DNA Sequencing," FEB 256:118-122
           (1989), or obvious in light of Khrapko in combination with Cozzette et al., US 5,200,051
           (4/93), Hayes et al., US 4,877,745 (10/89), Kimura et al., "An Immobilized Enzyme

-4-

MAR-01-1999  17:27                                      650 614 7401   P.13/38

Membrane Fabrication Method Using an Ink Jet Nozzle," Biosensors 40:41-52 (1988),
Kuriyama, JP Sho 63-223557 (9/88), Miyagi et al., JP 59-24244 (2/84), Madou et al., US
4,874,500 (10/89), Arnold, Jr., US 5,362,866 (11/94), Dattagupta et al., EP 0 281 927 A2
(9/88), Frank, *et al.*, "Simultaneous Synthesis and Biological Applications of DNA
Fragments: An Efficient and Complete Methodology," Methods in Enzymology 134:221-
251 (1987), Groet, *et al.*, US 4,533,682 (5/86), Guire, US 4,973,493 (11/90), Macevicz,
US 5,002,867 (5/91), Southern and Maskos, WO 90/03382 (4/90), Urdea et al, US
4,517,338 (5/85), Dattagupta et al., US 5,348,855 (9/94), Drmanac et al., US 5,202,231
(8/93), Eggers, *et al.*, US 5,532,128 (7/96), Erlich et al., EP 0 237 362 B1 (9/87),
Khrapko et al., "Hybridization of DNA with Oligonucleotides Immobilized in Gel,"
Molecular Biology 25:581-591 (1991), Lysov et al., "A New Method For Determining
the DNA Nucleotide Sequence By Hybridization With Oligonucleotides," Doklady
Biochemistry 303:355-452 (1988), Palva et al., GB 2 156 074A (10/85), Potter, US
4,613,566 (9/86), Saiki and Erlich, WO 89/11548 (11/89), Southern, US 5,700,637
(12/97), Southern, WO 89/10977 (11/89), and/or Wang et al., US 4,925,785 (5/90).

6.    Claims 1-13 and 15-25 of the '305 patent are anticipated by Drmanac et al., US
5,202,231 (8/93), or obvious in light of Drmanac in combination with Cozzette et al., US
5,200,051 (4/93), Hayes et al., US 4,877,745 (10/89), Kimura et al., "An Immobilized
Enzyme Membrane Fabrication Method Using an Ink Jet Nozzle," Biosensors 40:41-52
(1988), Kuriyama, JP Sho 63-223557 (9/88), Miyagi et al., JP 59-24244 (2/84), Madou et
al., US 4,874,500 (10/89), Arnold, Jr., US 5,362,866 (11/94), Dattagupta et al., EP 0 281
927 A2 (9/88), Frank, *et al.*, "Simultaneous Synthesis and Biological Applications of
DNA Fragments: An Efficient and Complete Methodology," Methods in Enzymology
134:221-251 (1987), Groet, *et al.*, US 4,533,682 (5/86), Guire, US 4,973,493 (11/90),
Macevicz, US 5,002,867 (5/91), Southern and Maskos, WO 90/03382 (4/90), Urdea et al,
US 4,517,338 (5/85), Dattagupta et al., US 5,348,855 (9/94), Khrapko et al., "An
Oligonucleotide Hybridization Approach to DNA Sequencing," FEB 256:118-122
(1989), Eggers, *et al.*, US 5,532,128 (7/96), Erlich et al., EP 0 237 362 B1 (9/87),
Khrapko et al., "Hybridization of DNA with Oligonucleotides Immobilized in Gel,"
Molecular Biology 25:581-591 (1991), Lysov et al., "A New Method For Determining
the DNA Nucleotide Sequence By Hybridization With Oligonucleotides," Doklady

-5-

1    Biochemistry 303:355-452 (1988), Palva et al., GB 2 156 074A (10/85), Potter, US
2    4,613,566 (9/86), Saiki and Erlich, WO 89/11548 (11/89), Southern, US 5,700,637
3    (12/97), Southern, WO 89/10977 (11/89), and/or Wang et al., US 4,925,785 (5/90).

4    7.    Claims 1-13 and 15-25 of the '305 patent are anticipated by Drmanac et al., Yugoslav
5         Patent No. 570/87 (2/88), or obvious in light of Drmanac in combination with Cozzette et
6         al., US 5,200,051 (4/93), Hayes et al., US 4,877,745 (10/89), Kimura et al., "An
7         Immobilized Enzyme Membrane Fabrication Method Using an Ink Jet Nozzle,"
8         Biosensors 40:41-52 (1988), Kuriyama, JP Sho 63-223557 (9/88), Miyagi et al., JP 59-
9         24244 (2/84), Madou et al., US 4,874,500 (10/89), Arnold, Jr., US 5,362,866 (11/94),
10        Dattagupta et al., EP 0 281 927 A2 (9/88), Frank, et al., "Simultaneous Synthesis and
11        Biological Applications of DNA Fragments: An Efficient and Complete Methodology,"
12        Methods in Enzymology 134:221-251 (1987), Groet, et al., US 4,533,682 (5/86), Guire,
13        US 4,973,493 (11/90), Macevicz, US 5,002,867 (5/91), Southern and Maskos, WO
14        90/03382 (4/90), Urdea et al, US 4,517,338 (5/85), Dattagupta et al., US 5,348,855
15        (9/94), Khrapko et al., "An Oligonucleotide Hybridization Approach to DNA
16        Sequencing," FEB 256:118-122 (1989), Eggers, et al., US 5,532,128 (7/96), Erlich et al.,
17        EP 0 237 362 B1 (9/87), Khrapko et al., "Hybridization of DNA with Oligonucleotides
18        Immobilized in Gel," Molecular Biology 25:581-591 (1991), Lysov et al., "A New
19        Method For Determining the DNA Nucleotide Sequence By Hybridization With
20        Oligonucleotides," Doklady Biochemistry 303:355-452 (1988), Palva et al., GB 2 156
21        074A (10/85), Potter, US 4,613,566 (9/86), Saiki and Erlich, WO 89/11548 (11/89),
22        Southern, US 5,700,637 (12/97), Southern, WO 89/10977 (11/89), and/or Wang et al., US
23        4,925,785 (5/90).

24    8.    Claims 1-13 and 15-25 of the '305 patent are anticipated by Lysov et al., "A New Method
25        For Determining the DNA Nucleotide Sequence By Hybridization With
26        Oligonucleotides," Doklady Biochemistry 303:355-452 (1988) or obvious in light of
27        Lysov in combination with Cozzette et al., US 5,200,051 (4/93), Hayes et al., US
28        4,877,745 (10/89), Kimura et al., "An Immobilized Enzyme Membrane Fabrication
          Method Using an Ink Jet Nozzle," Biosensors 40:41-52 (1988), Kuriyama, JP Sho 63-
          223557 (9/88), Miyagi et al., JP 59-24244 (2/84), Madou et al., US 4,874,500 (10/89),

-6-

MAR-01-1999  17:29                              650 614 7401    P.15/38

| | |
|---|---|
| 1 | Arnold, Jr., US 5,362,866 (11/94), Dattagupta et al., EP 0 281 927 A2 (9/88), Frank, et |
| 2 | al., "Simultaneous Synthesis and Biological Applications of DNA Fragments: An |
| 3 | Efficient and Complete Methodology," Methods in Enzymology 134:221-251 (1987), |
| | Groet, et al., US 4,533,682 (5/86), Guire, US 4,973,493 (11/90), Macevicz, US 5,002,867 |
| 4 | (5/91), Southern and Maskos, WO 90/03382 (4/90), Urdea et al, US 4,517,338 (5/85), |
| 5 | Dattagupta et al., US 5,348,855 (9/94), Drmanac et al., US 5,202,231 (8/93), Eggers, et |
| 6 | al., US 5,532,128 (7/96), Erlich et al., EP 0 237 362 B1 (9/87), Khrapko et al., |
| 7 | "Hybridization of DNA with Oligonucleotides Immobilized in Gel," Molecular Biology |
| 8 | 25:581-591 (1991), Palva et al., GB 2 156 074A (10/85), Potter, US 4,613,566 (9/86), |
| 9 | Saiki and Erlich, WO 89/11548 (11/89), Southern, US 5,700,637 (12/97), Southern, WO |
| 10 | 89/10977 (11/89), and/or Wang et al., US 4,925,785 (5/90). |

9.   Claims 1-13 and 15-25 of the '305 patent are rendered obvious under 35 U.S.C. 103 in view of Dattagupta et al., US 5,348,855 (9/94) in combination with Cozzette et al., US 5,200,051 (4/93), Hayes et al., US 4,877,745 (10/89), Kimura et al., "An Immobilized Enzyme Membrane Fabrication Method Using an Ink Jet Nozzle," Biosensors 40:41-52 (1988), Kuriyama, JP Sho 63-223557 (9/88), Miyagi et al., JP 59-24244 (2/84), Madou et al., US 4,874,500 (10/89), Chang, US 4,591,570 (5/86), Chang, WO 84/03151 (8/84), Clark et al., US 4,728,591 (5/88), Cozzette et al., US 5,200,051 (4/93), Ekins, "Developments In Immunoassay Methods," Biochimica Clinica Suppl. 1/8:13 (1989), Ekins, US 5,432,099 (11/95), Ekins et al., "Fluorescence Spectroscopy and its Application to a New Generation of High Sensitivity, Multi-Microspot, Multianalyte, Immunoassay," Clinica Chimica Acta 194:91-114 (1990), Geysen, WO 84/03564 (9/84), Gordon et al., EP 0 063 810 A1 (11/82), Herzberg and Fish, EP 0 171 150 B1 (2/86), Huang, US 4,327,073 (4/82), Humphries et al., US 4,704,353 (11/87), Johnson, US 4,216,245 (8/80), Kleinfeld et al., "Controlled Outgrowth of Dissociated Neurons on Patterned Substrates," J. Neuroscience 8:4098-4120 (1988), Lowe and Earley, US 4,562,157 (12/85), Madou et al., US 4,874,500 (10/89), Drmanac et al., US 5,202,231 (8/93), Eggers, et al., US 5,532,128 (7/96), Erlich et al., EP 0 237 362 B1 (9/87), Khrapko et al., "An Oligonucleotide Hybridization Approach to DNA Sequencing," FEB 256:118-122 (1989), Khrapko et al., "Hybridization of DNA with Oligonucleotides Immobilized in Gel," Molecular Biology 25:581-591 (1991), Lysov et al., "A New

-7-

1     Method For Determining the DNA Nucleotide Sequence By Hybridization With

2     Oligonucleotides," Doklady Biochemistry 303:355-452 (1988), Palva et al., GB 2 156

3     074A (10/85), Potter, US 4,613,566 (9/86), Saiki and Erlich, WO 89/11548 (11/89),

4     Southern, US 5,700,637 (12/97), Southern, WO 89/10977 (11/89), and/or Wang et al., US 4,925,785 (5/90).

5

6  10.     Claims 1-13 and 15-25 of the '305 patent are rendered obvious under 35 U.S.C. 103 in

7     view of Wang et al., US 4,925,785 (5/90) in combination with Cozzette et al., US

8     5,200,051 (4/93), Hayes et al., US 4,877,745 (10/89), Kimura et al., "An Immobilized

9     Enzyme Membrane Fabrication Method Using an Ink Jet Nozzle," Biosensors 40:41-52

10    (1988), Kuriyama, JP Sho 63-223557 (9/88), Miyagi et al., JP 59-24244 (2/84), Madou et

11    al., US 4,874,500 (10/89), Chang, US 4,591,570 (5/86), Chang, WO 84/03151 (8/84),

12    Clark et al., US 4,728,591 (5/88), Cozzette et al., US 5,200,051 (4/93), Ekins,

13    "Developments In Immunoassay Methods," Biochimica Clinica Suppl. 1/8:13 (1989),

14    Ekins, US 5,432,099 (11/95), Ekins et al., "Fluorescence Spectroscopy and its

15    Application to a New Generation of High Sensitivity, Multi-Microspot, Multianalyte,

16    Immunoassay," Clinica Chimica Acta 194:91-114 (1990), Geysen, WO 84/03564 (9/84),

17    Gordon et al., EP 0 063 810 A1 (11/82), Herzberg and Fish, EP 0 171 150 B1 (2/86),

18    Huang, US 4,327,073 (4/82), Humphries et al., US 4,704,353 (11/87), Johnson, US

19    4,216,245 (8/80), Kleinfeld et al., "Controlled Outgrowth of Dissociated Neurons on

20    Patterned Substrates," J. Neuroscience 8:4098-4120 (1988), Lowe and Earley, US

21    4,562,157 (12/85), Madou et al., US 4,874,500 (10/89), Drmanac et al., US 5,202,231

22    (8/93), Eggers, et al., US 5,532,128 (7/96), Erlich et al., EP 0 237 362 B1 (9/87),

23    Khrapko et al., "An Oligonucleotide Hybridization Approach to DNA Sequencing," FEB

24    256:118-122 (1989), Khrapko et al., "Hybridization of DNA with Oligonucleotides

25    Immobilized in Gel," Molecular Biology 25:581-591 (1991), Lysov et al., "A New

26    Method For Determining the DNA Nucleotide Sequence By Hybridization With

27    Oligonucleotides," Doklady Biochemistry 303:355-452 (1988), Palva et al., GB 2 156

28    074A (10/85), Potter, US 4,613,566 (9/86), Saiki and Erlich, WO 89/11548 (11/89),
   Southern, US 5,700,637 (12/97), Southern, WO 89/10977 (11/89), and/or Dattagupta et
   al., US 5,348,855 (9/94).

-8-

11.     Claims 1-13 and 15-25 of the '305 patent are rendered obvious under 35 U.S.C. 103 in view of Saiki *et al.*, "Genetic analysis of amplified DNA with immobilized sequence-specific oligonucleotide probes", *Proc. Natl. Acad. Sci. USA*, 86:6230-6234 (1989), in combination with Cozzette et al., US 5,200,051 (4/93), Hayes et al., US 4,877,745 (10/89), Kimura et al., "An Immobilized Enzyme Membrane Fabrication Method Using an Ink Jet Nozzle," Biosensors 40:41-52 (1988), Kuriyama, JP Sho 63-223557 (9/88), Miyagi et al., JP 59-24244 (2/84), Madou et al., US 4,874,500 (10/89), Chang, US 4,591,570 (5/86), Chang, WO 84/03151 (8/84), Clark et al., US 4,728,591 (5/88), Cozzette et al., US 5,200,051 (4/93), Ekins, "Developments In Immunoassay Methods," Biochimica Clinica Suppl. 1/8:13 (1989), Ekins, US 5,432,099 (11/95), Ekins et al., "Fluorescence Spectroscopy and its Application to a New Generation of High Sensitivity, Multi-Microspot, Multianalyte, Immunoassay," Clinica Chimica Acta 194:91-114 (1990), Geysen, WO 84/03564 (9/84), Gordon et al., EP 0 063 810 A1 (11/82), Herzberg and Fish, EP 0 171 150 B1 (2/86), Huang, US 4,327,073 (4/82), Humphries et al., US 4,704,353 (11/87), Johnson, US 4,216,245 (8/80), Kleinfeld et al., "Controlled Outgrowth of Dissociated Neurons on Patterned Substrates," J. Neuroscience 8:4098-4120 (1988), Lowe and Earley, US 4,562,157 (12/85), Madou et al., US 4,874,500 (10/89), Drmanac et al., US 5,202,231 (8/93), Eggers, *et al.*, US 5,532,128 (7/96), Erlich et al., EP 0 237 362 B1 (9/87), Khrapko et al., "An Oligonucleotide Hybridization Approach to DNA Sequencing," FEB 256:118-122 (1989), Khrapko et al., "Hybridization of DNA with Oligonucleotides Immobilized in Gel," Molecular Biology 25:581-591 (1991), Lysov et al., "A New Method For Determining the DNA Nucleotide Sequence By Hybridization With Oligonucleotides," Doklady Biochemistry 303:355-452 (1988), Palva et al., GB 2 156 074A (10/85), Potter, US 4,613,566 (9/86), Saiki and Erlich, WO 89/11548 (11/89), Southern, US 5,700,637 (12/97), Southern, WO 89/10977 (11/89), and/or Wang et al., US 4,925,785 (5/90).

12.     Claims 1-13 and 15-25 of the '305 patent are rendered obvious under 35 U.S.C. 103 in view of Humphries et al., US 4,704,353 (11/87) in combination with Dattagupta et al., US 5,348,855 (9/94), Drmanac et al., US 5,202,231 (8/93), Eggers, *et al.*, US 5,532,128 (7/96), Erlich et al., EP 0 237 362 B1 (9/87), Khrapko et al., "An Oligonucleotide Hybridization Approach to DNA Sequencing," FEB 256:118-122 (1989), Khrapko et al.,

-9-

MAR-01-1999  17:30                                        650 614 7401    P.18/38

"Hybridization of DNA with Oligonucleotides Immobilized in Gel," Molecular Biology 25:581-591 (1991), Lysov et al., "A New Method For Determining the DNA Nucleotide Sequence By Hybridization With Oligonucleotides," Doklady Biochemistry 303:355-452 (1988), Palva et al., GB 2 156 074A (10/85), Porter, US 4,613,566 (9/86), Saiki and Erlich, WO 89/11548 (11/89), Southern, US 5,700,637 (12/97), Southern, WO 89/10977 (11/89), Wang et al., US 4,925,785 (5/90), Arnold, Jr., US 5,362,866 (11/94), Dattagupta et al., EP 0 281 927 A2 (9/88), Frank, et al., "Simultaneous Synthesis and Biological Applications of DNA Fragments: An Efficient and Complete Methodology," Methods in Enzymology 134:221-251 (1987), Groet, et al., US 4,533,682 (5/86), Guire, US 4,973,493 (11/90), Macevicz, US 5,002,867 (5/91), Southern and Maskos, WO 90/03382 (4/90), Urdea et al, US 4,517,338 (5/85), Augenlicht, US 4,981,783 (1/91), Craig et al., "Ordering of Cosmid Clones Covering the Herpes Simplex Virus Type I (HSV-I)" Genome, Nuc. Acids. Res. 18:2653-2660 (1990), Gergen et al., "Filter Replicas and Permanent Collections of Recombinant DNA Plasmids," Nucleic Acids Res. 7:2115-2135 (1979), Gillespie, et al., US 4,483,920, (11/84), Hanahan & Meselson, "Plasmid Screening at High Colony Density," Gene 10:63-67, (1980), Hanahan & Meselson, "Plasmid Screening at High Colony Density," Methods in Enzymology 100:333-342, (1983), Kohara et al., "The Physical Map of the Whole E. coli Chromosome: Application of a New Strategy for Rapid Analysis and Sorting of a Large Genomic Library," Cell 50: 495-508 (1987), and/or White et al., US 4,677,054 (6/87).

13.    Claims 1-13 and 15-25 of the '305 patent are rendered obvious under 35 U.S.C. 103 in view of Augenlicht, US 4,981,783 (1/91) in combination with Cozzette et al., US 5,200,051 (4/93), Hayes et al., US 4,877,745 (10/89), Kimura et al., "An Immobilized Enzyme Membrane Fabrication Method Using an Ink Jet Nozzle," Biosensors 40:41-52 (1988), Kuriyama, JP Sho 63-223557 (9/88), Miyagi et al., JP 59-24244 (2/84), Madou et al., US 4,874,500 (10/89), Chang, US 4,591,570 (5/86), Chang, WO 84/03151 (8/84), Clark et al., US 4,728,591 (5/88), Cozzette et al., US 5,200,051 (4/93), Ekins, "Developments In Immunoassay Methods," Biochimica Clinica Suppl. 1/8:13 (1989), Ekins, US 5,432,099 (11/95), Ekins et al., "Fluorescence Spectroscopy and its Application to a New Generation of High Sensitivity, Multi-Microspot, Multianalyte, Immunoassay," Clinica Chimica Acta 194:91-114 (1990), Geysen, WO 84/03564 (9/84),

-10-

Gordon et al., EP 0 063 810 A1 (11/82), Herzberg and Fish, EP 0 171 150 B1 (2/86),
Huang, US 4,327,073 (4/82), Humphries et al., US 4,704,353 (11/87), Johnson, US
4,216,245 (8/80), Kleinfeld et al., "Controlled Outgrowth of Dissociated Neurons on
Patterned Substrates," J. Neuroscience 8:4098-4120 (1988), Lowe and Earley, US
4,562,157 (12/85), Madou et al., US 4,874,500 (10/89), Craig et al., "Ordering of
Cosmid Clones Covering the Herpes Simplex Virus Type I (HSV-I)" Genome, Nuc.
Acids. Res. 18:2653-2660 (1990), Gergen et al., "Filter Replicas and Permanent
Collections of Recombinant DNA Plasmids," Nucleic Acids Res. 7:2115-2135 (1979),
Gillespie, et al., US 4,483,920, (11/84), Hanahan & Meselson, "Plasmid Screening at
High Colony Density," Gene 10:63-67, (1980), Hanahan & Meselson, "Plasmid
Screening at High Colony Density," Methods in Enzymology 100:333-342, (1983),
Kohara et al., "The Physical Map of the Whole E. coli Chromosome: Application of a
New Strategy for Rapid Analysis and Sorting of a Large Genomic Library," Cell 50: 495-
508 (1987), White et al., US 4,677,054 (6/87), Arnold, Jr., US 5,362,866 (11/94),
Damagupta et al., EP 0 281 927 A2 (9/88), Frank, et al., "Simultaneous Synthesis and
Biological Applications of DNA Fragments: An Efficient and Complete Methodology,"
Methods in Enzymology 134:221-251 (1987), Groet, et al., US 4,533,682 (5/86), Guire,
US 4,973,493 (11/90), Macevicz, US 5,002,867 (5/91), Southern and Maskos, WO
90/03382 (4/90), and/or Urdea et al, US 4,517,338 (5/85).

14.   Claims 1-13 and 15-25 of the '305 patent are rendered obvious under 35 U.S.C. 103 in
view of Chang, US 4,591,570 (5/86) in combination with Cozzette et al., US 5,200,051
(4/93), Hayes et al., US 4,877,745 (10/89), Kimura et al., "An Immobilized Enzyme
Membrane Fabrication Method Using an Ink Jet Nozzle," Biosensors 40:41-52 (1988),
Kuriyama, JP Sho 63-223557 (9/88), Miyagi et al., JP 59-24244 (2/84), Madou et al., US
4,874,500 (10/89), Damagupta et al., US 5,348,855 (9/94), Drmanac et al., US 5,202,231
(8/93), Eggers, et al., US 5,532,128 (7/96), Erlich et al., EP 0 237 362 B1 (9/87),
Khrapko et al., "An Oligonucleotide Hybridization Approach to DNA Sequencing," FEB
256:118-122 (1989), Khrapko et al., "Hybridization of DNA with Oligonucleotides
Immobilized in Gel," Molecular Biology 25:581-591 (1991), Lysov et al., "A New
Method For Determining the DNA Nucleotide Sequence By Hybridization With
Oligonucleotides," Doklady Biochemistry 303:355-452 (1988), Palva et al., GB 2 156

-11-

074A (10/85), Potter, US 4,613,566 (9/86), Saiki and Erlich, WO 89/11548 (11/89),
Southern, US 5,700,637 (12/97), Southern, WO 89/10977 (11/89), Wang et al., US
4,925,785 (5/90), Augenlicht, US 4,981,783 (1/91), Craig et al., "Ordering of Cosmid
Clones Covering the Herpes Simplex Virus Type I (HSV-I)" Genome, Nuc. Acids. Res.
18:2653-2660 (1990), Gergen et al., "Filter Replicas and Permanent Collections of
Recombinant DNA Plasmids," Nucleic Acids Res. 7:2115-2135 (1979), Gillespie, *et al.*,
US 4,483,920, (11/84), Hanahan & Meselson, "Plasmid Screening at High Colony
Density," Gene 10:63-67 (1980), Hanahan & Meselson, "Plasmid Screening at High
Colony Density," Methods in Enzymology 100:333-342, (1983), Kohara *et al.*, "The
Physical Map of the Whole E. coli Chromosome: Application of a New Strategy for
Rapid Analysis and Sorting of a Large Genomic Library," Cell 50: 495-508 (1987),
White *et al.*, US 4,677,054 (6/87), Arnold, Jr., US 5,362,866 (11/94), Dattagupta et al.,
EP 0 281 927 A2 (9/88), Frank, *et al.*, "Simultaneous Synthesis and Biological
Applications of DNA Fragments: An Efficient and Complete Methodology," Methods in
Enzymology 134:221-251 (1987), Groet, *et al.*, US 4,533,682 (5/86), Guire, US
4,973,493 (11/90), Macevicz, US 5,002,867 (5/91), Southern and Maskos, WO 90/03382
(4/90), and/or Urdea et al, US 4,517,338 (5/85).

The following references show features that illustrate or suggest the combination of a
multitude of features that became available at various times to persons of ordinary skill, which
features limit or render the claims of the '305 patent anticipated under 35 U.S.C. §102 or obvious
under 35 U.S.C. §103.

1.  Arnold, WO 85/01051 (3/85)

2.  Augenlicht, US 5,569,584 (10/96)

3.  Augenlicht, EP 0 337 498 A2 (10/89)

4.  Baldwin et al., New Photolabile Phosphate Protecting Groups, Tetrahedron 46:6879-6884
    (1990)

5.  Barzynski et al, US 3,849,137 (11/74)

6.  Brigati, US 4,798,706 (1/89)

7.  Dattagupta and Crothers, EP 0 130 523 A2 (1/85)

-12-

8.  Dasgupta and Rabin, EP 0 228 075 A2 (7/87)

9.  Dasgupta et al, EP 0 235 726 A3 (9/87)

10. Dasgupta et al, US 4,713,326 (12/87)

11. Djamond et al., US 4,766,062 (8/88)

12. Dueber et al, EP 0 103 197 A1 (3/84)

13. Ekins and Chu, Multianalyte Microspot Immunoassay-Microanalytical "Compact Disk" of the Future, Clin. Chem. 37:1955-1967 (1991)

14. Elan et al, EP 0 046 083 A2 (2/82)

15. Elings et al, US 4,537,861 (8/85)

16. Erlich et al., Canadian Patent 1 284 931 (6/91)

17. Erlich et al., EP 0 237 362 B1 (9/87)

18. Frank, et al., A new general approach for the simultaneous chemical synthesis of large numbers of oligonucleotides: segmental solid supports, Nuc. Acids. Res. 11:4365-4377, (1983)

19. Fuller et al, US 4,946,942 (8/90)

20. Furek, US 4,516,833 (5/85)

21. Geysen, WO 86/00991 (2/86)

22. Geysen, WO 86/06487 (11/86)

23. Geysen, US 4,833,092 (5/89)

24. Gillespie, et al., US 4,483,920, (11/84)

25. Gingeras et al., WO 88/01302 (2/88)

26. Goodson and Sheridan, EP 0 238 332 A2 (9/87)

27. Hafeman et al., US 5,164,319 (11/92)

28. Hayes et al., EP 0 268 237 A2 (5/88)

29. Houghten, US 4,631,211 (12/86)

30. Kaplan et al, US 4,981,985 (1/91)

31. Kasahara, EP 0142299 A2 (5/85)

-13-

32. Kauer, US 4,762,881 (8/88)

33. Koester and Coull, US 4,923,901 (5/90)

34. Leaback, EP 0 194 132 A2 (9/88)

35. Longiaru et al., US 5,232,829 (8/93)

36. Macevicz, US 5,002,867 (5/91)

37. Macevicz, WO 90/04652 (5/90)

38. Malcolm and Langdale, WO 86/03782 (7/86)

39. Maskos and Southern, Oligonucleotide hybridisations on glass supports, Nucleic Acids Research 20:1679-1684 (1992)

40. McCray and Trentham, Properties and Uses of Photoreactive Caged Compounds, Ann. Rev. Biophys. Biophys. Chem. 18:239-70 (1989)

41. Mundy, US 4,656,127 (4/87)

42. Nishioka et al., EP 0 328 256 A1 (8/89)

43. Nizetic et al., Construction, Arraying and High Density Screening of Large Insert Libraries of Human Chromosomes X and 21, Proc. Natl. Acad. Sci. USA 88:3233-3237 (1991)

44. Pacos, US 4,269, 933 (5/81)

45. Pirrung et al., US 5,143,854 (9/92)

46. Rault and Dasch, The Line Blot: an immunoassay for monoclonal and other antibodies, J. Immunological Methods 125:57-65 (1989)

47. Schneider et al., US 5,424,188 (6/95)

48. Schnur et al., US 5,079,600 (1/92)

49. Schwartz, US 4,886,741 (12/89)

50. Sibbald, GB 2 196 476 A (4/88)

51. Singer and Lawrence, US 4,888,278 (12/89)

52. Tabata et al, US 4,811,062 (3/89)

53. Takayama et al, US 4,984,100 (1/91)

54. Urdea and Warner, EP 0 130 739 A2 (1/85)

-14-

55. Urdea et al, US 5,258,506 (11/93)

56. Veldkamp et al, US 4,846,552 (7/89)

Dated:            February 26, 1999

Respectfully submitted,

Robert P. Taylor
Teresa M. Corbin
V. Randall Gard
N. Thane Bauz
HOWREY & SIMON
301 Ravenswood Avenue
Menlo Park, CA 94025
(650) 463-8100

COUNSEL FOR DEFENDANTS
SYNTENI, INC. and INCYTE
PHARMACEUTICALS, INC.

-15-

EXHIBIT 6

JUN-01-1999  17:22                                    650 614 7401   P.02/38

1  Robert P. Taylor (State Bar No. 46046)
   Teresa M. Corbin (State Bar No. 132360)
2  V. Randall Gard (State Bar No. 151877)
   HOWREY & SIMON
3  301 Ravenswood Avenue
   Menlo Park, CA 94025
4  (650) 463-8100

5  COUNSEL FOR DEFENDANTS
6  SYNTENI, INC. AND INCYTE
   PHARMACEUTICALS, INC.
7

**COPY**



8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO

11

12  AFFYMETRIX, INC.,                    )   Case No. C98-4508 FMS (MEJ)
                                         )
13      Plaintiff and counterdefendant,  )
                                         )   INITIAL DISCLOSURE OF PRIOR
14          v.                           )   ART PURSUANT TO 16-7
                                         )
15                                       )
16  SYNTENI, INC. and INCYTE             )
    PHARMACEUTICALS, INC.,               )
17                                       )
                                         )
18      Defendants and counterplaintiffs. )
                                         )
19

20      In accordance with Civil L.R. 16-7, Defendants Incyte Pharmaceuticals, Inc. and Synteni,
21  Inc., hereby submit this initial disclosure of prior art developed to date relating to U.S. Patent
22  No. 5,800,992 ('992 Patent). Defendants are actively engaged in searching out other prior art
23  and are now working in the technologies to which the '992 patent relates. Defendants anticipate
24  that such effort may yield additional prior art of comparable relevance to what is disclosed
25  below, and defendants intend to supplement this disclosure as such additional prior art is located.
26
27
28

                                              INITIAL DISCLOSURE OF PRIOR ART
                                              CASE NO. C98-4508 FMS (MEJ)

MAR-01-1999  17:22                                             650 614 7401    P.03/39

Prior Art Affecting the Validity of U.S. Patent No. 5,800,992

1.    Defendants' investigation to date has resulted in the identification of the following prior art
references that appear, on their face, to anticipate or render obvious Claims 1 and 3-5 of the '992
Patent. Defendants acknowledge that numerous disputed issues of claim construction may lie
ahead; altering significantly the manner in which a determination of patent validity under 35
U.S.C. §§ 102 and 103 would be carried out. Claim interpretation issues may be particularly
significant in light of plaintiff's having copied portions of Claims 4 and 5 of the '992 patent from
a patent application belonging to Defendants. Defendants also acknowledge that issues of
enablement may affect the scope or relevance of certain prior art. Defendants have accepted the
disclosed prior art at face value and have made no attempt, at this preliminary stage, to evaluate
the future impact of claim construction and enablement issues that may be presented.

      The asserted claims 1 and 3-5 of the '992 patent when interpreted as broadly as Affymetrix
appears to be interpreting them, are invalid under 35 U.S.C. §102 as anticipated by, or under 35
U.S.C. §103 as obvious in view of, the following prior art references:

1.    Claims 1 and 3-5 of the '992 patent are anticipated by USPN 5,215,882 (Bahl, issued
      6/1993, filed 11/1989), or obvious in light of Bahl, in combination with Southern
      (WO/89/10977), Hanahan et al., "Plasmid screening at high colony density", Gene,
      10:63-67 (1980), Hanahan et al., "Plasmid screening at high colony density", Methods in
      Enzymology, 100:333-342 (1983), Tkachuk et al., "Detection of bcr-abl Fusion in
      Chronic Myelogenous Leukemia by in Situ Hybridization", Science, 250:559-562
      (10/1990), Nederlof et al., "Multiple Fluorescence In Situ Hybridization", Cytometry,
      11(1):126-31 (1990), and/or Hopman et al., "Bi-color detection of two target DNAs by
      non-radioactive in situ hybridization.*", Histochemistry, 85:1-4 (1986).

2.    Claims 1 and 3-5 of the '992 patent are anticipated by EP0392546 (Drmanac,
      10/17/1990), or obvious in light of Drmanac in combination with Bahl, Southern,
      Hanahan, Tkachuk, Nederlof, and/or Hopman (see above).

3.    Claims 1 and 3-5 of the '992 patent are invalid as obvious under 35 U.S.C. 103 in light of
      USPN 4,981,783 (Augenlicht, issued 1/1991, filed 4/1986), Drmanac, Bahl, Southern,
      Hanahan, Tkachuk, Nederlof, Hopman and/or Frumgarts et al., "[Preparation of

                                           -2-

                                                      INITIAL DISCLOSURE OF PRIOR ART
                                                      CASE NO. C98-4503 FMS (MEJ)

fluorescent-labeled DNA and its use as a probe in molecular hybridization]", *Bioorg Khim*, 12:1508-13 (1986).

4. Claims 1 and 3-5 of the '992 patent are invalid as obvious under 35 U.S.C. 103 in light of Augenlicht et al., "Expression of Cloned Sequences in Biopsies of Human Colonic Tissue and in Colonic Carcinoma Cells Induced to Differentiate *In Vitro*", *Cancer Research*, 47:6017-6021 (1987), Drmanac, Bahl, Southern, Hanahan, Trachuk, Nederlof, Hopman and/or Frumgartz.

5. Claims 1 and 3-5 of the '992 patent are invalid as obvious under 35 U.S.C. 103 in light of Saiki et al., "Genetic analysis of amplified DNA with immobilized sequence-specific oligonucleotide probes", *Proc. Natl. Acad. Sci USA*, 86:6230-6234 (1989), Augenlicht, Drmanac, Bahl, Southern, Hanahan, Trachuk, Nederlof, Hopman and/or Frumgartz.

6. Claims 1 and 3-5 of the '992 patent are invalid as obvious under 35 U.S.C. 103 in view of Scharf et al., "HLA class II allelic variation and susceptibility to pemphigus vulgaris", *Proc. Natl. Acad. Sci. USA*, 85:3504-3508, (1988), USPN 5,310,893 (Erlich, issued 10/1994, filed 5/1989), EP0235726 (Dattagupta, 9/1987), Augenlicht, Drmanac, Bahl, Southern, Hanahan, Trachuk, Nederlof, Hopman and/or Frumgartz.

The following references show features that illustrate or suggest the combination of a multitude of features that became available at various times to persons of ordinary skill, which feature, limit or render the claims of the '992 patent anticipated under 35 U.S.C. § 102 or obvious under 35 U.S.C. § 103.

1. Loken, et al., "Three-Color Immunofluorescence Analysis of Leu Antigens on Human Peripheral Blood Using Two Lasers on a Fluorescence-Activated Cell Sorter", *Cytometry* 5:151-158 (1984).

2. Titus, et al., "Texas Red, A Hydrophilic, Red-Emitting Fluorophore for use with Fluorescein in Dual Parameter Flow Microfluorometric and Fluorescence Microscopic Studies", *Journal of Immunological Methods*, 50:193-204 (1982)

3. Lanier, et al., "Human Lymphocyte Subpopulations Identified by Using Three-Color Immunofluorescence and Flow Cytometry Analysis", *The Journal of Immunology*, 132:151-156 (1984)

-3-

MAR-01-1999  17:23                                         650 614 7481    P.05/39

4. Sim, *et al.*, "Use of a cDNA Library for Studies on Evolution and Developmental Expression of the Chorion Multigene Families", *Cell* 18:1303-1316 (1979)

5. Lu *et al.*, "Differential Screening of Murine Ascites cDNA Libraries by Means of In Vitro Transcripts of Cell-Cycle-Phase-Specific cDNA and Digital Image Processing", *Gene* 86:185-92, (1990)

6. Gelmsriock, *et al.*, "RAS enzyme-linked immunobiot Assay Discriminates p21 Species: A Technique to Dissect Gene Family Expression", *Anal Biochem*, 180:158-68 (1989)

7. Widacki, *et al.*, "Biochemical Differences in Qa-2 Antigens Expressed by Qa-2+,6+ and Qa-2+,6- Strains. Evidence for Differential Expression of the Q7 and Q9 Genes", *Mol Immunol* 27:559-70 (1990)

8. Lowe *et al.*, "Screening of Lambda Library for Differentially Expressed Genes Using in Vitro Transcripts", *Anal Biochem*, 150:429-41, (1985)

9. Takeami *et al.*, "Expression of L- and M-type pyruvate kinase in human tissues", *Genomics*, 2:86-9, (1968)

10. Lawrence *et al.*, "Messenger RNA prevalence in sea urchin embryos measured with cloned cDNAs", *Proc. Natl. Acad. Sci.*, 77:5317-5321 (1986)

11. EP 0 281 927 A3 (9/1988)

12. Dramnac *et al.*, "Sequencing of Megabase Plus DNA by Hybridization: Theory of the Method", *Genomics* 4:114-128 (1989)

13. EP 0225 807 (6/1987)

14. Morrison *et al.*, "Solution-Phase Detection of Polynucleotides Using Interacting Fluorescent Labels and Competitive Hybridization", *Analytical Biochemistry*, 183:231-244 (1989)

15. US 4,584,277 (2/1986)

16. US 4,849,513 (7/1989)

17. EP 0 173 339 B1 (3/1986)

18. EP 0 232 967 (8/1987)

19. EP 185 547 (6/1986)

20. Fan *et al.*, "Mapping small DNA sequences by fluorescence in situ hybridization directly on banded metaphase chromosomes", *Proc. Natl. Acad. Sci. USA*, 87:6223-6227 (1990)

21. Klevits *et al.*, "Rapid subchromosomal localization of cosmids by nonradioactive in situ hybridization, *Cytogenet Cell Genet* 53:134-136 (1990)

-4-

22. Broek *et al*., "Rapid fluorescence detection of in situ hybridization with biotinylated bovine herpesvirus-1 DNA probes, *J Vet Diagn. Invest*, 1:34-38 (1989)

23. Yarbrough *et al*., "Synthesis and Properties of Fluorescent Nucleotide Substrates for DNA-dependent RNA Polymerases*" J. Biol. Chem*. 254:12069-73 (1979)

24. Wu *et al*., "Synthesis and Properties of Adenosine-5'-triphosphoro-γ-1-(5-sulfonic acid)naphthyl Ethylamidate: A Fluorescent Nucleotide Substrate for DNA-Dependent RNA Polymerase from *Escherichia coli*" *Arch Biochem Biophys*, 246:564-71 (1986)

25. Urdea *et al*., "A comparison of non-radioisotopic hybridization assay methods using fluorescent, chemiluminescent and enzyme labeled synthetic oligodeoxynucleotide probes", *Nuc. Acids. Res.*, 16: 4937-4956 (1988)

26. Kitazawa *et al*., "In situ DNA-RNA hybridization using in vivo bromodeoxyuridine-labeled DNA probe", *Histochemistry* 92:195-199 (1989)

27. Young, "Simultaneous Use of Digoxigenin- and Radiolabeled Oligodeoxyribonucleotide Probes for Hybridization Histochemistry", *Neuropeptides*, 13:271-275 (1989)

28. Chehab *et al*., "Detection of specific DNA sequences by fluorescence amplification: A color complementation assay", *Proc. Natl. Acad. Sci. USA*, 86:9178-9182 (1989)

29. "Detection of Two Viral Genomes in Single Cells by Double-Label Hybridization in Situ and Color Microradioautography", *Science* 227, 189-192 (1985)

30. Urdea *et al*., "A novel method for the rapid detection of specific nucleotide sequences in crude biological samples without blotting or radioactivity; application to the analysis of hepatitis B virus in human serum. *Gene*, 61:253-264 (1987)

31. Enzki *et al*., "Small-Scale DNA Preparation for Rapid Genetic Identification of *Campylobacter* Species without Radioisotope", *Microbiol. Immunol.*, 32:141-150 (1988)

32. Wallace *et al*., "Hybridization of synthetic oligodeoxyribonucleotides to φ x 174 DNA: the effect of single base pair mismatch", *Nucleic Acids Research*, 11:3543-3557 (1979)

33. Augenlicht *et al*., "Cloning and Screening of Sequences Expressed in a Mouse Colon Tumor", *Cancer Research*, 42, 1088-1093 (1982)

34. Masiakowski *et al*., "Cloning of cDNA sequences of hormone-regulated genes from the MCF-7 human breast cancer cell line", *Nucleic Acids Research*, 10:7895-7903 (1982)

-5-

MAR-01-1999  17:25                          650 614 7481    P.07/38

35. Bartsch *et al.*, "Cloning of mRNA sequences from the human colon: Preliminary characterization of defined mRNAs in normal and neoplastic tissues", *Br. J. Cancer*, 54:791-798 (1986)

36. US 4,542,102 (9/1985)

37. US 4,728,591 (3/1988)

38. US 4,855,225 (8/1989)

39. US 4,981,783 (1/1991)

40. US 5,002,867 (3/1991)

41. US 5,202,231 (4/1993)

42. US 5,026,840 (6/1991)

43. US 5,215,882 (6/1993)

44. US 5,446,934 (8/1995)

45. WO 90/04652 (5/1990)

46. WO 89/10977 (11/1989)

47. WO 89/11548 (11/1989)

48. WO 90/03382 (4/1990)

49. EP 0281927 (9/1988)

50. Drmanac *et al.*, "Sequencing of megabase plus DNA by hybridization: theory of the method" *Genomics* 4:114-128 (1989)

51. Drmanac *et al.*, "Partial Sequencing by oligo-hybridization: Concept and applications in genome analysis" *The First Intl. Conf. Electrophoresis, Supercomputing; and the Human Genome*, Eds. Cantor and Lim, Wodd Scientific, pp.60-74 (Apr. 10-13, 1990)

52. Drmanac *et al.*, "Sequencing by oligonucleotide hybridization: A promising framework in decoding of the genome program" *The First Intl. Conf. Electrophoresis, Supercomputing, and the Human Genome*, Eds. Cantor and Lim, Wodd Scientific, pp.47-59 (Apr. 10-13, 1990)

53. Evans *et al.*, "Physical Mapping of Complex Genomes by Cosmid Multiplex Analysis" *Proc. Natl. Acad. Sci. USA*, 86:5030-5034 (Jul. 1989)

54. Khrapko *et al.*, "An oligonucleotide hybridization approach to DNA sequencing" *FEBS Lett.* 256(1):118-121 (Oct. 1989)

55. Michiels *et al.*, "Molecular Approaches to Genome Analysis: A Strategy for the Construction of Ordered Overlapping Clone Libraries" *CABIOS* 3(3):203-210 (1987)

-6-

MAR-01-1999  17:25                                    650 614 7401    P.08/39

56. Popescu et al., "Molecular approaches to mammalian genetics" Cold Spring Harbor Symp Quant. Biol., 51(Pt. 1):131-139 (1986)

57. EP 0237362 B1 (9/87)

58. US 5,348,855 (9/94)

59. US 5,436,327 (7/95)

60. US 5,028,525 (7/91)

61. US 5,348,855 (9/94)

62. US 5,700,637 (12/97)

63. US 4,925,785 (5/90)

64. Frank, et al., "Simultaneous Synthesis and Biological Applications of DNA Fragments: An Efficient and Complete Methodology," Methods in Enzymology 134:221-251 (1987)

65. Khrapko et al., "An Oligonucleotide Hybridization Approach to DNA Sequencing," FEB 256:118-122 (1989)

66. Lysov et al., "A New Method For Determining the DNA Nucleotide Sequence By Hybridization With Oligonucleotides," Doklady Biochemistry 303:355-452 (1988)

Dated:        February 26, 1999

Respectfully submitted,

Robert P. Taylor
Teresa M. Corbin
HOWREY & SIMON
301 Ravenswood Avenue
Menlo Park, CA 94025
(650) 463-8100

COUNSEL FOR DEFENDANTS
SYNTENI, INC. and INCYTE
PHARMACEUTICALS, INC.

-7-

INITIAL DISCLOSURE OF PRIOR ART
CASE NO. C96-1520 FMS (MJT)

# EXHIBIT 7

# REDACTED IN ITS ENTIRETY

# EXHIBIT 8

# REDACTED IN ITS ENTIRETY

# EXHIBIT 9

DOCKET NO: 9561/006/27SD

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:
T.D. SHALON, ET AL.                              GROUP ART UNIT: 1634

SERIAL NO: 08/514,875                            EXAMINER:  MARSCHEL

FILED: AUGUST 14, 1995

FOR: METHOD FOR ANALYZING GENE EXPRESSION PATTERNS


### DECLARATION OF KRICKA

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C  20231

SIR:

I, Larry Kricka, do hereby declare and state that:

1. I have been retained by Incyte Pharmaceuticals, Inc., who I understand to be a licensee of the above-captioned patent application.  I am a citizen of the United Kingdom and a Permanent Resident of the United States of America. I am being paid a fee of $325 per hour. My compensation is in no way dependent on the outcome of any proceeding, be it an interference or litigation, or the issuance of the above-captioned patent application. Further, I have read and am familiar with U.S. Patent 5,800,992 as well as the application originally filed as U.S. Patent Application Serial No. 08/670,118, filed June 25, 1996, which is attached hereto as Exhibit 1 to my Declaration. I further state that I have substantial experience and expertise  in clinical

1

Fodor EXHIBIT 2002
Brown v. Fodor
Interference 104,358

diagnostics, microanaltyical techniques and ligand binding assays. My Curriculum Vitae is attached hereto as Exhibit 2.

2. I have reviewed the '992 patent, and claims 4 and 5 thereof. In order to practice whatever process is recited in Claim 4 of the '992 patent, one must be able to prepare the "array of polynucleotides representing a plurality of known genes derived from the two cell types" referred to in Claim 4. Claim 5 of the '992 patent specifies that the "array of polynucleotides is formed on a substrate with a surface having an array of at least $10^3$ distinct polynucleotides in a surface area of about 1 $cm^2$, each distinct polynucleotide being disposed at a separate, defined position." I have reviewed Exhibit 1 hereto to determine if it contains a written disclosure that would teach one of ordinary skill in the art how to prepare such an array in a fashion that would be effective to hybridize to nucleic acids obtained from two different cell types differentially labeled, as required by Claim 4 of the '992 patent. Exhibit 1, and the '992 patent, do not contain such a teaching.

3. The level of skill in the art to which Exhibit 1 is directed is, as of 1990 and today, remarkably high. The ordinary artisan, to my understanding, holds an MD, a Ph D or similar degree, or the experiential equivalent thereof, as well as at least a limited amount of laboratory experience.

4. Exhibit 1 identifies several separate methods of making the necessary array. First, the '992 patent teaches attaching each necessary reagent to a separate specific position on a solid matrix. Col. 19, lines 48 - 54. This method refers, however, only to the attachment of oligonucleotides of at most ten nucleotides in length (10-mers), and is not taught or shown to be useful in connection with polynucleotides. The second method referred to is identified as a

2

"caged biotin type linking". No reference is given for this technology, and the patent teaches that

it to is confined to the preparation of oligonucleotides of 10 nucleotides (or presumably less)

Elsewhere, U.S. Patent 5,252,743 is referred to in connection with this technology. This patent

does not refer to polynucleotides at all. U.S. Patent 5,143,854 is also identified as providing

methods for synthesizing oligonucleotides of this size at Column 19, lines 59 - 65 of the '992

patent. Methods that provide, at maximum, oligonucleotides on the substrate surface of 10

nucleotides or less would not appear to satisfy the requirement of Claim 4, nor would they be

sufficient to result in hybridization of all nucleic acids obtained from any given cell, which

appears to be a requirement of Claim 4 of the '992 patent. Accordingly, these methods, taught as

useful in the preparation of arrays of oligonucleotides, would not be used by the reader to prepare

the array of polynucleotides required by Claims 4 and 5. The claims are specifically directed

towards use of an "array of polynucleotides" but nowhere does the specification of the '992

patent define what a polynucleotide is. Most of the discussion in the '992 patent of synthesizing

nucleotide sequences is by photolithography, on a matrix having positionally defined regions,

and is directed and confined to synthesis of oligonucleotides. In the context of the '992 patent, an

oligonucleotide and a polynucleotide must be different entities, as evidenced by the use of these

terms (see col 4, lines 30-36; col 4, lines 10-11 and lines 35-38; col 6, lines 49-51; col 12 lines

52-55; col 18, lines 17-20).

     5. The '992 patent describes 10-mer sequences as oligonucleotides,

polynucleotides would at least be larger than this. Further, the '992 patent refers to

oligonucleotide probes of "greater than about 25 nucleotides" (col 28, lines 36-37)as well as

longer lengths ("greater than e.g. about fifty nucleotides") (col 28, lines 41-42). The method

described for synthesis of these oligonucleotides is a system of photolithography This method is described at various portions of the specification of the '992 patent, and exemplified at Column 62, line 35 - Column 71, line 21. This method is exemplified as giving dimers and trimers, not the polynucleotides required by Claim 4, and is described at column 68, lines 58-67; column 69, lines 1- 10 as providing 10-mers The only reference to the formation of polynucleotides larger than this (in terms of the number of nucleotides comprising the polynucleotide) is the language at column 68, lines 28 -31, which asserts the possibility of forming dodecanucleotides and "larger polynucleotides." Methods to form these polynucleotides are not exemplified or further described. For reasons discussed below, one of skill in the art as of 1990 - 1996 could not prepare an array of polynucleotides required by Claim 4 of the '992 patent on the basis of the synthetic method described.

6. Technology of this type requires a repetitive photoprotection, photodeprotection and synthesis method for each nucleotide added to the probe to be synthesized. This method is addressed in U.S. Patent 5,744,305, issued to Affymetrix, and naming as a co-inventor Michael Pirrung, who is also the lead inventor of U.S. Patent 5,143,854 incorporated by reference in the '992 patent for its teaching of a synthesis method applicable to oligonucleotide-based arrays, column 19, lines 59 -65 of the '992 patent. Pirrung with others has recently indicated that this technology, without more, will not allow the preparation of arrays of DNA of sufficient purity and fidelity as to perform the method of Claim 4 or 5 of the '992 patent. Recent papers published in the Journal of Organic Chemistry (1995, 60, 6270-6276 and 1998, 63, 241-246) by Pirrung et al indicates that there are problems in the preparation of arrays to such an extent that they motivated further experimental work:

4

"It likewise requires that each deprotection and coupling
reaction in each cycle proceed in as close as possible to
quantitative yield in order to produce sequences of high fidelity
with no deletions, since no intermediate purification steps can
be performed.  Because light-directed synthesis of different
sequence is simultaneously conducted at many locations on the
same surface, it also has the unique trait that the incorporation
of "extra" monomer units can result form light falling in
unintended regions.  This latter limitation to the production of
high-quality arrays of DNA can be addressed both through the
physics of the masking process and through novel
photochemistry.  The former limitation can be addressed by
optimizing the chemistry of both the deprotection and coupling
steps; that topic provided the motivation for this work."

( Journal of Organic Chemistry, 1995, 60, page 6271).

Pirrung also points out a pertinent facet of the previous array work, namely that:

"no direct measures of the fidelity of the DNA synthesized in
this work were reported" in the work described by Pease et al in
PNAS 1994,91.5022-6. (page 6271).

He also indicates that there are still unsolved problems in array fabrication as of 1995 and that
these are related specifically to the photochemical synthesis method:

5

> "These experiments are encouraging in that DNA can be
> effectively prepared with photochemical deprotection steps, but
> they suggest that a problem unique to photochemical DNA
> synthesis must be solved in order to prepare the highest-quality
> DNA arrays using light-directed synthesis" (page 6271)

and that in syntheses of CTTT and CTT oligomers that the yields using the photoprotection agent
MeNPOC were considerably less than the control synthesis using a DMT group.

> "MeNPOC-based synthesis  .........  did give an average step
> yield of 92.7% for the preparation of the target sequence based
> on DMTr release, and the quantitative HPLC yield was 60% of
> the control." (page 6276)

> "The MeNPOC-based synthesis gave an average step yield of
> 89.1% based on the DMTr release and a quantitative HPLC
> yield of 77.6% of the control." (page 6276)

He concludes that:

> "This study has demonstrated that photochemical deprotection
> steps in solid-phase DNA synthesis can result in

6

oligonucleotides of diminished quality." (page 6276).

He specifically points out a problem derived from the inappropriate choice of a protecting group:

"The photochemical degradation of benzoylcytidine was

identified as one problem, but it could be solved by changing

protecting groups." (page 6276)

He expresses a concern about the quality of arrays:

"These data raise concern about the quality of the DNA that has

been prepared in array synthesis experiments." (page 6276).

and about the synthesis yields:

"If the yield for two couplings observed here (approx 66%) is

representative of similar reactions on a flat surface, the amount

of the intended DNA sequences within each synthesis area in

the experiments reported by Pease et al (involving four

photochemical couplings) would be <50%. When this yield is

extrapolated to the octanucleotides necessary for reasonable

DNA reading length in SBH, the amount of desired sequences

7

would be <20%, and this value reflects only errors that can be

ascribed to chemistry." (page 6276)

and finally comments on the effect of the low yields:

"This dilution of intended DNA by "junk" DNA will obviously

raise the signal-to-noise ratio in subsequent hybridization

experiments." (page 6276).

7. The '992 patent specification warns against the photoreactivity of side chain

protecting groups (col 67, lines 6-9; col 40, lines 9-17) and cites standard protecting groups for

adenine, cytosine and guanine and states "other amides of the general formula I-COR

(R=ALKYL, ARYL) where R may be alkyl, aryl have been used." (Col 39 and 40). However, the

literature on photodeprotection shows that cytidine protected with a benzoyl group is

photo-unstable and leads to low yields of coupled product (MC Pirrung and J-C Bradley, Journal

of Organic Chemistry 1995, 60, 6270-6278 reiterated in their article in Journal of Organic

Chemistry 1998, 63, 241-246).

All statements made herein of my own knowledge are true, and all statements made on information and belief are believed true. I am aware that willful false statements and the like are punishable by fine, imprisonment or both, 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the above-captioned patent application and any patent to issue thereon.

DATE: _October 26, 1998_

Larry F Kricka

LARRY KRICKA

9

EXHIBIT 10

cid letter sent
ria fax 5/6/02

Interference Merits Pane.
Box Interference
Washington, D.C. 20231
Telephone: 703-308-9797
Facsimile: 703-305-0942

Filed by:

Paper No. 60

## UNITED STATES PATENT AND TRADEMARK OFFICE

---

### BEFORE THE BOARD OF PATENT APPEALS AND INTERFERENCES

---

PATRICK O. BROWN and TIDHAR D. SHALON
(08/514,875),

Junior Party,

v.

STEPHEN P.A. FODOR, DENNIS W. SOLAS,
and WILLIAM J. DOWER
(5,800,992),

Senior Party.

MAILED

SEP 1 0 1999

PATENT OFFICE
BOARD OF PATENT APPEALS
AND INTERFERENCES

---

Interference No. 104,358

---

HEARD: 9 AUGUST 1999

Before WILLIAM F. SMITH, SCHAFER, and TORCZON, Administrative
Patent Judges.

TORCZON, Administrative Patent Judge.

#### DECISION

(UNDER 37 CFR § 1.617)

This matter was heard pursuant to an Order to Show Cause

(Paper No. __ (Ord. Show Cause, 7 April 1999)).  Junior party

Brown has not met its burden of establishing *prima facie* that it

is entitled to judgment relative to senior party Fodor.

35 U.S.C. § 135(c) Notice:  Failure to file a copy of any agreement regarding
the termination of this proceeding may render the agreement and any resulting
_____ See section 135(c) and 17 CFR § 1.661 for more details.

Interference No. 104,358                           Paper No. 60
Brown v. Fodor                                         Page 2

<u>Background</u>

During prosecution of its 08/514,875 ("'875") application,
Brown requested an interference with Fodor's 5,800,992 ("'992")
patent[1] (Brown '875 Paper No. 28 (Req. Decl'n Interf.) at 1).  In
its request, Brown gives the following reasons why it is *prima
facie* entitled to judgement relative to Fodor:  (1) Fodor '992
fails to comply with the written description requirement of
35 U.S.C. § 112[1] and (2) Fodor '992 fails to comply with the
enablement requirement of 35 U.S.C. § 112[1] (Brown '875 Paper
No. 28 at 4).

To establish a *prima facie* case entitling a junior party to
proceed with the interference, the junior party must prove at
least so much of its case as would entitle it to an award of
priority if the senior party were to rely only on its filing date
and were not to rebut any of the junior party's case.  <u>Hahn v.
Wong</u>, 892 F.2d 1028, 1032, 13 USPQ2d 1313, 1317 (Fed. Cir. 1989),
citing <u>Kistler v. Weber</u>, 412 F.2d 280, 285, 162 USPQ 214, 218
(CCPA 1969).  In the present case, Brown does not attempt to
prove that it has a priority date earlier than the 6 December
1990 filing date accorded to Fodor (Interf. 104,358 ("'358"),
Paper No. 1 (Not. Decl'g Interf.) at 41).  Rather, Brown argues
that Fodor is not entitled to the filing date it was accorded
because the Fodor '992 disclosure did not adequately describe or
enable the claimed, interfering subject matter.

---

[1]  Which issued from application 08/670,118.

The claims of Fodor corresponding to the count of the interference are reproduced below (Fodor '992 at 82:53-84:3):

4.  A method of detecting differential expression of each of a plurality of genes in a first cell type with respect to expression of the same genes in a second cell type, said method comprising:
    adding a mixture of labeled nucleic acid from the two cell types to an array of polynucleotides representing a plurality of known genes derived from the two cell types, under conditions that result in hybridization to complementary-sequence polynucleotides in the array; and
    examining the array by fluorescence under fluorescence excitation conditions in which polynucleotides in the array that are hybridized to labeled nucleic acid derived from one of the cell types give a distinct fluorescence emission color and polynucleotides in the array that are hybridized to labeled nucleic acid derived from the other cell types give a different fluorescence emission color.

5.  The method of claim 4, wherein the array of polynucleotides is formed on a substrate with a surface having an array of a least $10^3$ distinct polynucleotide [sic] in a surface area of about 1 $cm^2$, each distinct polynucleotide being disposed at a separate, defined position in said array.

## 35 U.S.C. § 112[1] - written description

To fulfill the written description requirement, the specification must clearly convey to a person having ordinary skill in the art that the inventor had possession of the invention claimed.  Vas-Cath Inc. v. Mahurkar, 935 F.2d 1555, 1563, 19 USPQ2d 1111, 1116 (Fed. Cir. 1991).  The subject matter of a claimed invention need not be described identically or literally for an application to satisfy the written description

Interference No. 104,358                          Paper No. 60
Brown v. Fodor                                              Page 4

requirement. <u>Kennecott Corp. v. Kyocera Int'l Inc.</u>, 835 F.2d

1516, 1520, 222 USPQ 369, 372 (Fed. Cir. 1984).

Ward, a Brown declarant, states that the Fodor disclosure

does not describe the claim 4 method of adding a mixture of

labeled nucleic acid from two different cell types to an array

where the nucleic acid from each cell type is labeled with a

differently colored fluorescent label for the purpose of

detecting differential expression of a gene in one cell type with

respect to expression of that same gene in a second cell type.

Specifically Ward argues that Fodor does not teach simultaneous

detection of the same gene using the claimed labeling method but

rather simultaneous detection of different genes using this

method. (Brown '875 Paper No. 28., Att. (Ward Decl'n) at 3-5).

Ward cites the following portion of the Fodor disclosure in

support of its conclusion (Fodor '992 at 52:3-9):

> In another embodiment, different targets may be
> simultaneously sequenced where each target has a
> different label.  For instance, one target could have a
> green fluorescent label and a second target could have
> a red fluorescent label.  The scanning step will
> distinguish sites of binding of the red label from
> those binding the green fluorescent label.  Each
> sequence can be analyzed independently from one
> another.

While Ward acknowledges that this portion of the disclosure

describes how one can sequence two <u>different</u> targets (e.g.,

nucleic acids) simultaneously using different labels, Ward argues

that the Fodor claims in question require simultaneous analysis

of the <u>same</u> target from two different cell types and that such

Interference No. 104,358                                    Paper No. 60
Brown v. Fodor                                                    Page 5

analysis is not described in the cited portion of the Fodor

disclosure or elsewhere in the Fodor disclosure (Brown '875 Paper

No. 28, Att. (Ward Decl'n) at 4-5).

     Fodor discloses simultaneous analysis of the same nucleic

acids from different cells types within the disclosure.  For

instance, Fodor teaches methods of characterizing and

distinguishing cells based on their stage of development (Fodor

'992 at 35:12-30).  Two separate cells from a particular sample,

each in a distinct stage of development are underlined different cell types

since the cells are structurally different (Fodor '992 at 30:10-

20).

     In Fodor's method, one way of distinguishing cells according

to their stage of development is by determining whether a

particular messenger RNA (mRNA) is present or expressed in each

cell, using fingerprinting or mapping techniques.  Therefore,

Fodor teaches probing different cell types for the same mRNA.

This determination of whether mRNA is present or not is used to

distinguish closely related cell types.

     In further describing this method, Fodor notes that "[m]eans

to simultaneously screen a plurality or very large number of

different sequences are provided", but does not identify such

means at this portion of the disclosure (Fodor '992 at

35:12-30).  In the portion of the disclosure Ward cites, Fodor

teaches labeling targets (e.g., nucleic acids) with distinctly

colored fluorescent labels as one means of simultaneously

sequencing targets (Fodor '992 at 52:3-9). Fodor teaches
sequencing as encompassing fingerprinting and mapping (Fodor '992
at 7:6-18 and 9:35 to 10:12) and teaches that the same labeling
means are used for all three techniques (Fodor '992 at 28:1-5 and
32:55-58). One looking within the Fodor disclosure for a means
of simultaneously characterizing and distinguishing mRNA from
more than one cell type using fingerprinting or mapping
techniques would be led to the disclosed technique of labeling
targets (e.g., mRNA) with distinctly colored fluorescent labels.

Brown has not presented a preponderance of the evidence that
the Fodor specification would not have clearly conveyed to a
person having ordinary skill in the art that the Fodor inventors
had possession of the invention as claimed.

35 U.S.C. § 112[1] - enablement

Any analysis of whether a particular claim is supported by
the disclosure in an application requires a determination of
whether that disclosure, when filed, contained sufficient
information regarding the subject matter of the claims to enable
one skilled in the pertinent art to make and use the claimed
invention. In re Wands, 858 F.2d at 731, 735, 8 USPQ2d 1400,
1404 (Fed. Cir. 1988). A specification that contains a teaching
of the manner and process of making and using an invention in
terms that correspond in scope to those used in describing and
defining the subject matter sought to be patented must be taken
as being in compliance with the enablement requirement of

35 U.S.C. § 112[1] unless there is a reason to doubt the objective truth of the statements that must be relied on for enabling support.  In re Cortright, 165 F.3d. 1353, 1357, 49 USPQ2d 1464, 1466 (Fed. Cir. 1999).

Brown argues that Fodor's claim 4 method of "detecting differential expression" was not enabled for the step of comparing the gene expression detected within the two different cell types such that a ratio analysis can be performed (Brown '875 Paper No. 28, Att. (Ward Decl'n) at 13).

As noted above, Fodor describes methods for distinguishing closely related cell types based on whether or not a particular mRNA is present or expressed (Fodor '992 at 35:21-26).  In order to distinguish two things, one must necessarily compare those things to note similarities and differences.  We find that a step of comparing is inherent in a method of distinguishing.

Relying on the Ward declaration for support (Brown '875 Paper No. 28, Att. (Ward Decl'n) at 7-8), Brown argues that since it is so difficult to label mRNA in a way that will result in a strong, detectable signal, one skilled in the art would be unable to practice the claimed invention.  Ward acknowledges that, as of 1990, reagents for direct labeling of RNA were known but argues that labeling would be difficult to practice with all possible differential expression that might be performed using the method of Fodor's claim 4 (Brown '875 Paper No. 28 at 14-15).

Interference No. 104,358                              Paper No. 60
Brown v. Fodor                                             Page 8

The enablement requirement is met if the description
enables any mode of making and using the claimed invention.
Engel Indus., Inc. v. Lockformer Co., 946 F.2d 1528, 1533,
20 USPQ2d 1300, 1304 (Fed. Cir. 1991).  Ward notes it was
possible to label RNA directly at the time of the invention.
Even if some embodiments within the scope of the claims would be
difficult or even impossible to complete, the claimed invention
may still be enabled.  Disclosure in the specification sufficient
to enable one skilled in the art to practice the invention is all
that 35 U.S.C. 112[1] requires for enablement.  It is not a
function of the claims to exclude all possible inoperative
embodiments.  Atlas Powder Co. v. E.I. duPont de Nemours & Co.,
750 F.2d 1569, 1577, 224 USPQ 409, 414 (Fed. Cir. 1984).

Moreover, Fodor's claim 4 does not require that all genes of
a cell type be detected, only a "plurality" of genes (Fodor '992
at 82:53-56).  The fact that a portion of a cell's mRNA sequences
may be difficult or impossible to label effectively does not
prevent one from practicing Fodor's invention because expression
of each of the cell's remaining genes may still be detected.

Relying on the Kricka declaration for support, Brown argues
that the disclosure of Fodor does not teach one skilled in the
art how to make polynucleotide probes of all lengths for the
array, which Brown urges would be necessary to make Fodor's
claim 4 useful (Brown '875 Paper No. 28 at 15).  Kricka
acknowledges that Fodor describes an oligonucleotide comprising

ten nucleotides but argues that oligonucleotides of this limited
length would not be sufficient to result in hybridization of all
nucleic acids obtained from a given cell as Fodor's claims 4
and 5 require (Brown '875 Paper No. 28, Att. (Kricka Decl'n) at
2-3).

Kricka's interpretation of claims 4 and 5 is not correct.
Neither claim requires that <u>all</u> the nucleic acids obtained from a
given cell be labeled and detected.  The claims require analysis
of the expression of a "plurality of genes" from a cell type via
addition of a mixture of "labeled nucleic acid" to an array.
Probes of length ten would be sufficient to hybridize to at least
some of the nucleic acids of a cell.

Kricka further states that the formation of polynucleotides
having lengths greater than ten nucleotides and having sufficient
purity and fidelity to perform the methods of Fodor's claims 4
and 5 would not be possible.  Kricka relies primarily on
statements appearing in a 1995 article authored in written in
part by Pirrung[2] (Brown '875 Paper No. 28, Att. (Kricka Decl'n)
at 4-8).

Kricka's reliance on the Pirrung article is misplaced.  The
synthesis method described in the article uses glass *beads* as a
substrate (Pirrung at 6271), not glass *slides* as Fodor discloses
in one embodiment (Fodor '992 at 63:27).  Brown provides no nexus

_____

[2] Michael C. Pirrung & Jean-Claude Bradley, <u>Comparison of
Method for Photochemical Phosphoramidite-Based DNA Synthesis</u>, 60
J. Org. Chem. 6270-6276 (1995) (Pirrung).

between the problems noted in the Pirrung article and the
different method Fodor disclosed.

Even assuming the Pirrung article describes an analogous
synthesis method, Pirrung does not support a conclusion that the
Fodor disclosure lacks enablement.  The Pirrung article
highlights the difficulties one encounters when undertaking
light-directed, solid-phase DNA synthesis.  For instance the
authors state that "[light-directed synthesis] likewise requires
that each deprotection and coupling reaction in each cycle
proceed in as close as possible to quantitative yield in order to
produce sequences of high fidelity with no deletions, since no
intermediate purification step can be performed" (Pirrung at
6271) and that "...photochemical deprotection steps in solid-
phase light directed DNA synthesis can result in oligonucleotides
of diminished quality" (Pirrung at 6276).  Perfection or
optimization of an invention, however, is not a requirement of
enablement.  Atlas Powder Co., 750 F.2d at 1577, 224 USPQ at 414.
Nowhere does the Pirrung article state that the light-directed
method of synthesis will not work.  In fact, Pirrung states that
light-directed synthesis is advantageous in preparing large,
high-density arrays of polymer sequences to enable sequencing-by-
hybridization (citing Pat. No. 5,143,854, which is incorporated
by reference into the Fodor '992 disclosure (Fodor '992 at 20:2-
4)).

Brown has failed to establish a threshold case by a preponderance of the evidence that Fodor's disclosure would not have enabled one skilled in the pertinent art to make and use the claimed invention.

## Conclusion

Brown has not met its burden of establishing that it is *prima facie* entitled to judgement relative to Fodor by a preponderance of the evidence.

## ORDER

Upon consideration of the record of this interference, it is

ORDERED that judgment on priority as to the count is awarded against junior party Brown.


WILLIAM F. SMITH
Administrative Patent Judge                    )
                                                )
                                                )
                                                )
RICHARD E. SCHAFER                              )        BOARD OF PATENT
Administrative Patent Judge                     )           APPEALS
                                                )            AND
                                                )        INTERFERENCES
                                                )
RICHARD TORCZON                                 )
Administrative Patent Judge                     )

Interference No. 104,358                          Paper No. 60
Brown v. Fodor                                         Page 12

cc (via facsimile and Express Mail):

Attorneys for Brown
 (real parties in interest, The Board of Trustees of the Leland
 Stanford, Jr., University and Incyte, Inc.):

     Stephen B. Kelber
     Sharon E. Crane
     LONG, ALDRIDGE & NORMAN, L.L.P.
     701 PENNSYLVANIA AVE NW 6 FL
     WASHINGTON DC  20004

     Fax:  202-624-1298


Attorneys for Fodor
 (real party in interest, Affymetrix, Inc.):

     Edward J. Keeling
     TOWNSEND AND TOWNSEND AND CREW LLP
     2 EMBARCADERO CTR 8 FL
     SAN FRANCISCO CA  94111-3834

     Fax:  415-576-0300

# EXHIBIT 11

Interference Merits Pa⬤
Box Interference
Washington, D.C. 20231
Telephone:  703-308-9797
Facsimile:  703-305-0942

Filed by

Paper No. 55

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE BOARD OF PATENT APPEALS
AND INTERFERENCES

---

PATRICK O. BROWN and TIDHAR D. SHALON
(08/688,488),

Junior Party,

v.

STEPHEN P.A. FODOR, LUBERT STRYER,
J. LEIGHTON READ, and MICHAEL C. PIRRUNG
(5,744,305),

Senior Party.

MAILED

---

Interference No. 104,359

SEP 10 1999

---

HEARD: 9 AUGUST 1999

PATENT OFFICE
BOARD OF PATENT APPEALS
AND INTERFERENCES

Before WILLIAM F. SMITH, SCHAFER, and TORCZON, Administrative
Patent Judges.

TORCZON, Administrative Patent Judge.

DECISION

(UNDER 37 CFR § 1.617)

This matter comes to us pursuant to an Order to Show Cause
issued by Administrative Patent Judge McKelvey (Paper No. 3 (Ord.
Show Cause, 7 April 1999)).  Junior party Brown has not met its
burden of establishing *prima facie* that it is entitled to a
judgment relative to senior party Fodor.

---

15 U.S.C. § 135(c) Notice:  Failure to file a copy of any agreement regarding
the termination of this proceeding may render the agreement and any resulting
patents unenforceable.  See section 135(c) and 37 CFR § 1.661 for more details.

<u>Background</u>

During the prosecution of its 08/688,488 ("'488")
application, Brown requested an interference with Fodor's
5,744,305 ("'305") patent[1] (Brown '488 Paper No. 30 (Req. Decl'n
Interf.) at 1).  In that request, Brown gives the following
reasons why it is *prima facie* entitled to judgement relative to
Fodor: (1) Fodor '305 fails to comply with the written
description requirement of 35 U.S.C. § 112[1] and (2) Fodor '305
fails to comply with the enablement requirement of 35 U.S.C.
§ 112[1] (Brown '488 Paper No. 30 at 4).

To establish a *prima facie* case entitling a junior party to
proceed with the interference, the junior party must prove at
least so much of its case as would entitle it to an award of
priority if the senior party were to rely only on its filing date
and were not to rebut any of the junior party's case.  <u>Hahn v.
Wong</u>, 892 F.2d 1028, 1032, 13 USPQ2d 1313, 1317 (Fed. Cir. 1989),
citing <u>Kistler v. Weber</u>, 412 F.2d 280, 285, 162 USPQ 214, 218
(CCPA 1969).  In the present interference, Brown does not attempt
to prove that it has a priority date earlier than the
6 June 1995 filing date accorded to Fodor (Interf. 104,359
("'359") Paper No. 1 (Not. Decl'g Interf.) at 41).  Rather, Brown
argues that Fodor is not entitled to the filing date it was
accorded because the original Fodor '305 disclosure did not

---

[1]  Which issued from application 08/466,632 ("'632").

Interference No. 104,359                          Paper No. 55
Brown v. Fodor                                    Page 3

adequately describe or enable the claimed, interfering subject

matter.

Fodor's claim 1 defines the following subject matter (Fodor

'305 at 41:10-20):

> 1. An array of oligonucleotides, the array comprising:
>     a planar, non-porous solid support having at least
> a first surface; and
>     a plurality of different oligonucleotides attached
> to the first surface of the solid support at a density
> exceeding 400 different oligonucleotides/cm$^2$, wherein
> each of the different oligonucleotides is attached to
> the surface of the solid support in a different
> predefined region, has a different determinable
> sequence, and is at least 4 nucleotides in length.

35 U.S.C. § 112[1] - written description

To fulfill the written description requirement, the

specification must clearly convey to a person having ordinary

skill in the art that the inventor had possession of the

invention claimed. Vas-Cath Inc. v. Mahurkar, 935 F.2d 1555,

1563, 19 USPQ2d 1111, 1116 (Fed. Cir. 1991). Brown contests the

adequacy of Fodor's description on four specific grounds: non-

porosity, polynucleotides, surface density, and sequence length.

1. Non-porosity

Brown acknowledges that Fodor discloses a glass slide as a

substrate useful in the invention, but argues that "[t]he

identification of a glass slide, per se, is insufficient to

support the limitation to non-porous" (Brown '488 Paper No. 30

at 13). Kricka, Brown's declarant, does not dispute the fact

that a glass slide is non-porous. Rather, Kricka argues that the

Fodor specification does not reasonably convey to one skilled in

the art that the Fodor applicants had recognized a non-porous

substrate as an important element of their invention  (Brown '488

Paper No. 30, Att. (Kricka Decl'n) at 5).

The subject matter of a claimed invention need not be

described identically or literally for an application to satisfy

the written description requirement.  By disclosing a device

(i.e., a glass slide) that inherently performs a function or has

a property (i.e., non-porosity), a patent applicant necessarily

discloses that function or property even though he says nothing

concerning it.  Kennecott Corp. v. Kyocera Int'l Inc., 835 F.2d

1516, 1520, 222 USPQ 369, 372 (Fed. Cir. 1984).  While Fodor does

not use the term "non-porous" in hæc verba, Brown has not

established that a preponderance of the evidence shows a lack of

written description for this limitation.

Brown argues that the Gait reference[2], which Fodor '305

incorporates by reference (Fodor '305 at 27:48-51) teaches a

preference for porous glass as a substrate.  While the Gait

reference teaches that supports used in solid-phase synthesis

should be macroporous (Gait at 45), the discussion in Gait is

limited to the use of silica or porous glass *beads* as a substrate

for oligonucleotide synthesis.  Gait does not discuss synthesis

of these oligonucleotides on glass *slides*.  Since Gait concerns

only silica or glass beads, the reference provides no evidence

---

[2]  Michael J. Gait, Oligonucleotide Synthesis: A Practical
Approach (1984).  (Gait).

Interference No. 104,359                           Paper No. 55
Brown v. Fodor                                          Page 5

concerning the propriety of the use of the limitation "non-porous" as it relates to Fodor's disclosure of glass slides[3].

    2. <u>Polynucleotides</u>

    We noted at the outset that "polynucleotides" only appears in claims 15-26 of the Fodor patent. Even if Brown were successful with this line of argument, Fodor could still rely on claims 1-14 for priority since these claims also correspond to the count.

    Brown argues that the Fodor disclosure contains no specific support for the term "polynucleotides" as it appears in claim 15 of the Fodor patent (i.e., as a probe attached to the substrate of the array) (Brown '488 Paper No. 30 at 14). Claim 15 defines the following subject matter (Fodor '305 at 42:10-20):

> 15. An array of polynucleotides, the array comprising:
>     a planar non-porous solid support having at least a first surface; and
>     a plurality of different polynucleotides attached to the first surface of the solid support at a density exceeding 400 different polynucleotides/cm$^2$, wherein each of the different polynucleotides is attached to the surface of the solid support in a different predefined region, has a different determinable sequence, and is at least 4 nucleotides in length.

    Fodor's invention includes the synthesis of polymer sequences on substrates (Fodor '305 at 1:47-52). Fodor discloses "the set of nucleotides" as monomers that can be joined together to form a polymer within the scope of the invention (Fodor '305

---

    [3] Fodor teaches the use of glass beads as an alternative to the use of glass slides (Fodor '305 at 6:38-40).

at 4:49-54). While the term "polynucleotides" is only used in describing possible receptors for the probes of the array, one skilled in the art would have recognized that polymers of "the set of nucleotides" as described would be "polynucleotides." Accordingly, Brown has not established that a preponderance of the evidence shows a lack of written description for this limitation.

### 3. The density limitation

Brown argues that the original disclosure of Fodor does not provide a description of the limitation in the claims where the support has a density exceeding 400 different oligonucleotides (Fodor '305 patent at claim 1) or polynucleotides (Fodor '305 patent at claim 15) per centimeter-squared ("$cm^2$"). Brown acknowledges that Fodor '305 contains numbers that can give a value of 400 regions per $cm^2$. However, this portion of the disclosure was added by amendment (Fodor '632[4] Paper No. 15, (Amdt. filed 23 Sep. 1996) at 2). Brown argues that this amendment was improper because Fodor added material to the disclosure from its prior 07/492,462 application that was not clearly incorporated by reference (Brown '488 Paper No. 30 at 15-16) into the Fodor '632 application.

To properly incorporate a document into a given disclosure, the disclosure must refer to the document in such a manner that it is apparent that the cited document is part of the referencing

---

[4] Fodor '632 is the application file for Fodor '305.

Interference No. 104,359                              Paper No. 55
Brown v. Fodor                                              Page 7

disclosure.  In re Lund, 376 F.2d 982, 989, 153 USPQ 625, 631

(CCPA 1967).  The incorporation statement for Fodor '632 was

amended when the application was filed (Fodor '632 Paper No. 5

(Prel. Amdt. "B") at 1) to state:

>      This application is a Rule 60 Division of USSN
> 08/390,272, filed February 16, 1995, which is a File
> Wrapper Continuation of USSN 07/624,120, filed
> December 6, 1990, now abandoned, which is a
> continuation-in-part of USSN 07/492,462, filed March 7,
> 1990, now U.S. Patent No. 5,143,854, which is a
> continuation-in-part of USSN 07/362,901, filed June 7,
> 1989, now abandoned, assigned to the assignee of the
> present application, and incorporated herein by
> reference for all purposes.

Fodor's incorporation sentence is grammatically awkward.

One interpretation of this sentence is that the application

incorporates itself by reference:  a nonsensical result.  A more

sensible interpretation of the sentence is that the application

incorporates either one or all of the applications listed.  Since

there would be no apparent reason to select one application for

incorporation over the other, the most sensible interpretation is

that all of the applications are incorporated.  Hence, the most

reasonable interpretation of the sentence in question in the '632

application supports incorporation of the 07/492,462 application.

The parallelism between "filed", "assigned" and "incorporated"

further supports the finding that the '462 application is at

least one of the subjects of the incorporation clause.

    Despite the grammatical awkwardness of the sentence, it is

apparent that its purpose is to incorporate subject matter from

other applications.  Accordingly, Brown has not established that

a preponderance of the evidence shows Fodor did not intend to
include the '462 application so that Fodor '305 lacks written
description of the claimed density limitation.

### 4. At least four nucleotides

Brown concedes that the Fodor '305 patent discloses polymers
comprising four or more monomers, e.g., pentapeptides, but argues
that there is no specific description for oligonucleotides or
polynucleotides containing four or more nucleotides (Brown '488
Paper No. 30 at 16-17).

When interpreting a claim, words of the claim are generally
given their customary meaning, unless it appears from the
specification or the file history that the inventor used them
differently.  In re Paulsen, 30 F.3d 1475, 1480, 31 USPQ2d 1671,
1674 (Fed. Cir. 1994).  Since the Fodor disclosure does not
indicate that the terms "oligonucleotides" or "polymers" are to
be given any extraordinary meaning, we give the terms their
customary meaning.

Brown relies on an encyclopedia[5] to show that an
oligonucleotide is customarily understood to contain two to fifty
covalently linked nucleotides (Interf. '359 Paper No. 38 (Suppl.
Reply) at 6).  Consistent with this general understanding of the
term, the Fodor '305 disclosure contains an example of the

---

[5] McGraw-Hill Encyclopedia of Science & Technology 12:349-
350 (6th. ed 1987).

synthesis of an oligonucleotide containing two nucleotides (Fodor '305 patent at 32:7-33).

We note that polymers are customarily understood to comprise repeating monomers[6]. Consistent with this general understanding of the term "polymer", the Fodor '305 disclosure contains examples of the synthesis of polymers comprising two or more and specifically four or more monomers (Fodor '305 patent at 14:19-20 and 16:31-52). As noted above, we find that the polymers described by the Fodor '305 patent include polynucleotides. Accordingly, based on the ordinary and customary meanings attributed to the terms oligonucleotide and polymer and the specific examples of the Fodor '305 disclosure, Brown has not established that a preponderance of the evidence shows one having skill in the art would not recognize that Fodor had possession of oligonucleotides, and even polynucleotides, of at least four nucleotides in length.

### 35 U.S.C. § 112[1] - enablement

Any analysis of whether a particular claim is supported by the disclosure in an application requires a determination of whether that disclosure, when filed, contained sufficient information regarding the subject matter of the claims to enable one skilled in the pertinent art to make and use the claimed invention. In re Wands, 858 F.2d at 731, 735, 8 USPQ2d 1400,

---

[6] See, e.g. Grant & Hackh's Chemical Dictionary 462 (Roger Grant & Claire Grant, eds., 5th ed. 1987) (copy attached).

1404 (Fed. Cir. 1988).  A disclosure that contains a teaching of
the manner and process of making and using an invention in terms
that correspond in scope to those used in describing and defining
the subject matter sought to be patented must be taken as being
in compliance with the enablement requirement of 35 U.S.C.
§ 112[1] unless there is a reason to doubt the objective truth of
the statements contained therein which must be relied on for
enabling support.  In re Cortright, 165 F.3d. 1353, 1357,
49 USPQ2d 1464, 1466 (Fed. Cir. 1999).

    Brown relies on the Kricka declaration to argue that the
disclosure of Fodor would not have taught one skilled in the art
how to make polynucleotides of sufficient purity and fidelity for
the asserted utility (Brown '488 Paper No. 30 at 18-19).  Kricka
relies primarily on statements appearing in a 1995 article co-
authored by Fodor co-inventor Pirrung[7].

    Kricka's reliance on the Pirrung article is misplaced.  The
synthesis method described in the article uses glass *beads* as a
substrate (Pirrung at 6271), not glass slides as disclosed by
Fodor.  Brown provides no evidence that the problems noted in the
Pirrung article would be encountered using the different method
disclosed by Fodor.

    Even assuming that the Pirrung article describes an
analogous synthesis method, Pirrung does not support a conclusion

------

    [7] Michael C. Pirrung & Jean-Claude Bradley, Comparison of
Method for Photochemical Phosphoramidite-Based DNA Synthesis, 60
J. Org. Chem. 6270-6276 (1995). (Pirrung).

Interference No. 104,359                          Paper No. 55
Brown v. Fodor                                     Page 11

that the Fodor disclosure lacks enablement.  Pirrung highlights

the difficulties one encounters when undertaking light-directed,

solid-phase DNA synthesis.  For instance the authors state that

"[light-directed synthesis] likewise requires that each

deprotection and coupling reaction in each cycle proceed in as

close as possible to quantitative yield in order to produce

sequences of high fidelity with no deletions, since no

intermediate purification step can be performed" (Pirrung at

6271) and that "...photochemical deprotection steps in solid-

phase light directed DNA synthesis can result in oligonucleotides

of diminished quality" (Pirrung at 6276).  Perfection or

optimization of an invention, however, is not a requirement of

enablement.  Atlas Powder Co. v. E.I. duPont de Nemours & Co.,

750 F.2d 1569, 1577, 224 USPQ 409, 414 (Fed. Cir. 1984).  Nowhere

does Pirrung state that the light-directed method of synthesis

will not work.  In fact, Pirrung states that light-directed

synthesis is advantageous for preparing large, high-density

arrays of polymer sequences to enable sequencing-by-hybridization

(Pirrung at 6270 citing Pat. No. 5,143,854 (which issued from

application 07/492,462, which is a parent application of the

Fodor '632 application, and which is incorporated by reference

into the '632 Fodor disclosure)).

      Brown has not established by a preponderance of the evidence

that Fodor's disclosure would not have enabled one skilled in the

pertinent art to make and use the claimed invention.

Interference No. 104,359
Brown v. Fodor

<u>Conclusion</u>

Brown has not met its burden of establishing that it is *prima facie* entitled to judgement relative to Fodor by a preponderance of the evidence.

<u>ORDER</u>

Upon consideration of the record of this interference, it is ORDERED that judgment on priority as to the Count is awarded against junior party Brown.


WILLIAM F. SMITH
Administrative Patent Judge                    )
                                               )
                                               )
                                               )
                                               )
RICHARD E. SCHAFER                             )    BOARD OF PATENT
Administrative Patent Judge                    )       APPEALS
                                               )        AND
                                               )    INTERFERENCES
                                               )
                                               )
RICHARD TORCZON                                )
Administrative Patent Judge                    )

Interference No. 104,359                                    Paper No. 55
Brown v. Fodor                                             Page 13

cc (via facsimile and Express Mail):

Attorneys for Brown
 (real parties in interest, The Board of Trustees of the Leland
 Stanford, Jr., University and Incyte, Inc.):

        Stephen B. Kelber
        Sharon E. Crane
        LONG, ALDRIDGE & NORMAN, L.L.P.
        701 PENNSYLVANIA AVE NW 6 FL
        WASHINGTON DC  20004

        Fax:  202-624-1298


Attorneys for Fodor
 (real party in interest, Affymetrix, Inc.):

        Edward J. Keeling
        TOWNSEND AND TOWNSEND AND CREW LLP
        2 EMBARCADERO CTR 8 FL
        SAN FRANCISCO CA  94111-3834

        Fax:  415-576-0300

# GRANT & HACKH'S
# CHEMICAL
# DICTIONARY

[American, International, European and British Usage]

*Containing the Words Generally Used in Chemistry,
and Many of the Terms Used in the Related
Sciences of Physics, Medicine, Engineering,
Biology, Pharmacy, Astrophysics,
Agriculture, Mineralogy, etc.*

*Based on Recent Scientific Literature*

**FIFTH EDITION**
*Completely Revised and Edited by*

## ROGER GRANT

M.A., D. de l'U., Ph.D., C. Chem., M.R.S.C.    *Consultant*

## CLAIRE GRANT

M.B., B.S., M.R.C.P.E.    *Medical Practitioner*

### McGRAW-HILL BOOK COMPANY

New York  St. Louis  San Francisco  Auckland  Bogotá
Hamburg  Johannesburg  London  Madrid  Mexico
Milan  Montreal  New Delhi  Panama
Paris  São Paulo  Singapore
Sydney  Tokyo  Toronto

Case 1:04-cv-00901-JJF    Document 313-4    Filed 08/11/2006    Page 70 of 72

Library of Congress Cataloging-in-Publication Data

Hackh, Ingo W. D. (Ingo Waldemar Dagobert), 1890–1938
  Grant & Hackh's chemical dictionary.

  Rev. ed. of: Chemical dictionary. 4th ed. 1969.
    1. Chemistry—Dictionaries.  I. Grant, Roger L.
  II. Grant, Claire.  III. Title.  IV. Title: Grant &
  Hackh's chemical dictionary.  V. Title: Chemical
  dictionary.
  QD5.H3  1987        540'.3        86-7496
  ISBN 0-07-024067-1

Copyright © 1987 by McGraw-Hill, Inc. All rights reserved.
Printed in the United States of America. Except as permitted
under the United States Copyright Act of 1976, no part of this
publication may be reproduced or distributed in any form or by
any means, or stored in a data base or retrieval system, without
the prior written permission of the publisher.

1234567890    DOCDO:    8943210987

ISBN 0-07-024067-1

The previous edition of this book was *Hackh's Chemical Dictionary*,
4th ed., published by McGraw-Hill in 1969. It was prepared by Dr.
Julius Grant from a *Chemical Dictionary* compiled by Ingo W. D.
Hackh. The current, or 5th, edition of this book was prepared by Dr.
Roger L. Grant, whose father prepared the 4th edition.

*The editors for this book were Betty J. Sun and Susan Thomas,
the designer was Naomi Auerbach, and the production
supervisor was Teresa F. Leaden. It was set in Palatino
by University Graphics, Inc.*

*Printed and bound by R. R. Donnelley & Sons Company.*

polyhydric                              462                              polymerism



Fig 18  Classification of polymer molecules

**polyhydric**  Polyol. A compound containing more than 2 hydroxyl groups

**polyhydrone**  $(H_2O)_n$. A polymer of hydrone, q v

**polyisobutylene**\* PIB\* Poly(1,1-dimethylethylene)  The polymer $(-CMe_2 \cdot CH_2-)_n$

**polymer**  Polymere, polymende (obsolete). A member of a series of polymeric compounds  A substance composed of very large molecules consisting essentially of recurring long-chain structural units that distinguish polymers from other types of organic molecules, and confer on them tensile strength, deformability, elasticity, and hardness  Monomers, largely derived from coal and oil, are used to build up such polymers  Considerable modification of properties results on introducing a second type of monomer (B) into the main structure (monomer A), producing a copolymer in which the units A and B are arranged completely at random. Alternatively, the A and B units may be arranged in order of long segments  e.g. ~ A ~ A ~ A ~ A ~ B ~ B ~ B ~ B ~ A ~ A ~ A ~ A ~ (block p ). There are also branched polymers, in which the B units branch from the A units, and cross-linked polymers, in which 2 A chains are joined by one or a block of B units  Polymeric molecules are classified above in Fig 18 (after Pinner). Examples of high polymers are plastics  fibers, elastomers, human tissue  Cf macromolecular chemistry.

alloy ~  A p produced by the simultaneous polymerization of 2 substances. Cf silicone alloy.  blocked ~  See above  branched-chain ~  See above  co~  A composite p  prepared by the polymerization of a mixture of 2 or more monomers, or of a monomer and p  of low molecular weight. Cf alloy polymer  block ~  A p  built of linearly linked polymeric units.  random ~  A p  having 2 or more types of units combined in random succession in a linear-chain structure  cross-linked ~  See above.  electron-exchange ~  Redox p  A polymeric structure having several sites capable of accepting or donating electrons  Thus, modified cellulose with redox properties is used as a catalyst to remove oxygen from water to obtain anaerobic conditions.

graft ~  A p produced by grafting a monomer onto a straight chain p  to produce a branched-chain p  Thus, a fluorocarbon p  is heated sufficiently to form free radicals on its surface and then dipped into a monomer, e g , styrene  to produce a graft p  having a printable surface.  high ~  A p  of high molecular weight, e g , containing a large number of structural units  high trans ~  A rubbery p  in which a large proportion of the C atoms are arranged in a definite pattern that repeats itself consistently in the chain, as, natural rubber  homo ~  See tactic polymer below.  inorganic ~  Inorganic p  structures formed on heating or by catalytic action  as, mica, silicones  inorganic rubber.  irregular ~  A p  with more than one type of repeating unit  isotactic ~  A crystalline p  made from 1-alkenes, in which the substituents in the asymmetric C atoms all have the same configuration relative to the main chain  linear ~  A p  in which the molecules are essentially in the form of long chains  organized ~  A p  having a regular macroscopic structure, without necessarily showing microcrystallinity  Cf. polyallomers  orientated ~  A p  film that has been stretched mechanically in 2 directions at right angles to improve its strength properties.  redox ~  Electron-exchange p.  regular ~  Tactic p  super ~  A p  in which the polymerized molecules have an average molecular weight exceeding 10,000.  tactic ~  A p  with only one type of repeating unit  See tacticity.

**P.R.**  Trade name for a polyamide synthetic fiber

**polymeric**  Related molecularly to an isomeric compound, but having a multiple of its molecular weight, as, acetylene and benzene. See polymerism.  p. dialdehyde  See starch dialdehyde

**polymericular weight**  The molecular weight of a polymer

**polymeride**  Polymer.

**polymerisation**  Polymerization

**polymerism**  The property of certain organic compounds which have the same percentage composition, but different molecular weights, the heavier being multiples of the lighter

# EXHIBIT 12

# REDACTED IN ITS ENTIRETY