EXHIBIT B
(Part 3 of 3)

-80-

173. A method according to claim 172 wherein the substantially complete set of partials is prepared by chemical or enzymatic degradation of the strands and the strands are sorted on a binary oligonucleotide array, said binary array comprising an array or predetermined areas on a surface of a solid support, each area having therein copies of an binary oligonucleotides of a predetermined sequence, said binary oligonucleotide consisting of a constant nucleotide sequence of predetermined length and nucleotide sequence adjacent to a variable nucleotide sequence.

174. A method according to claim 173 wherein said binary oligonucleotide array comprises a 3' array, said immobilized oligonucleotides consisting of a constant sequence at the 5' terminus of a variable sequence.

175. A method according to claim 172 further comprising
    (a)  preparing address sets containing a complete list of all oligonucleotides contained in a strand or strands in the mixture which share an address oligonucleotide for substantially every address in the oligonucleotide array on which the partials were sorted; and
    (b)  determining whether an address set is a strand set by examining whether the address set can be decomposed into other address sets.

176. A method according to claim 175 further comprising organizing the oligonucleotides in a strand set into sequence blocks composed of oligonucleotides that uniquely overlap each other, and ordering the blocks.

177. A method of obtaining information to order a set of first fragments resulting from digestion of DNA with a first restriction endonuclease, the nucleotide sequence of said fragments having already been determined, comprising
    (a)  digesting the DNA with a second restriction endonuclease to generate a set of second fragments;

IAFP00013505

-81-

   (b) denaturing the second set of fragments to form a
mixture of single nucleic acid strands;

   (c) sorting strands on a substantially comprehensive
oligonucleotide array;

   (d) amplifying the strands to generate both their direct
and complementary copies;

   (e) surveying the contents of individual areas of the array
on a first binary survey array, said first binary survey array
comprising an array of predetermined areas on a surface of a
solid support, each area having therein, covalently linked to
said surface, copies of a binary oligonucleotide, said binary
oligonucleotide having a constant nucleotide sequence which
contains a sequence complementary to the restriction recognition
site of the first restriction endonuclease and adjacent to a
variable sequence; and

   (f) surveying the contents of individual areas of the array
on a second binary survey array, said second binary survey array
comprising an array of predetermined areas on a surface of a
solid support, each area having therein, covalently linked to
said surface, copies of a second binary oligonucleotide, said
second binary oligonucleotide having a constant nucleotide
sequence which contains a sequence complementary to the restric-
tion recognition site of the second restriction endonuclease and
adjacent to a variable sequence.


178. A method according to claim 177 wherein in step c strands
are hybridized to an array selected from the group consisting of

   (a) a first binary sorting array, said first binary sorting
array comprising an array of immobilized oligonucleotides having
a constant nucleotide sequence complementary to the restriction
recognition site of the first restriction endonuclease, adjacent
to a variable sequence of predetermined length, the immobilized
oligonucleotides in an individual area of the first binary
sorting array having the same sequence, and

   (b) a second binary sorting array, said second binary
sorting array comprising an array of immobilized oligonucleotides
having a constant nucleotide sequence complementary to the

IAFP00013506

WO 93/17126                                    PCT/US93/01552

-82-

restriction recognition site of the second restriction endo-
nuclease, adjacent to a variable sequence of predetermined
length, the immobilized oligonucleotides in an individual area of
the second binary sorting array having the same sequence,

and wherein following hybridization unhybridized and imper-
fectly hybridized strands are removed.


179. A method for obtaining information to allocate sequenced and
ordered fragments from an original restriction digest of DNA from
sister chromosomes to chromosomal linkage groups comprising

(a) preparing a partial on an oligonucleotide array from a
restriction fragment from an alternate restriction digest of the
DNA, which partial spans first and second allelic differences in
neighboring pairs of sequenced fragments from the original
restriction digest; and

(b) determining the presence of oligonucleotides containing
the first and second allelic differences in a partial which spans
the first and second allelic differences.


180. A method according to claim 179 wherein

(a) in step b, the restriction fragment from the alternate
restriction digest is hybridized to the oligonucleotide array by
an oligonucleotide containing the first allelic difference; and

(b) the presence of an oligonucleotide containing the
second allelic difference is determined by hybridizing the
partial to a complementary second variable nucleotide sequence in
an oligonucleotide array and then detecting the presence of the
partial in the corresponding area of the oligonucleotide array.


181. A method for surveying oligonucleotides in a nucleic acid
strand comprising

(a) randomly degrading the strand into pieces, the average
length of said pieces slightly exceeding the length of oligo-
nucleotides surveyed;

(b) ligating the pieces to a ligating oligonucleotide
complementary to at least a portion of a constant sequence of
immobilized oligonucleotides in a binary array;

IAFP00013507

-83-

(c) hybridizing the pieces to the binary array, said binary array having immobilized oligonucleotides in an ordered array therein and consisting of a constant sequence adjacent to a variable sequence, the immobilized oligonucleotides in an individual area of the array having the same sequence; and

(d) detecting the hybrids formed.

182. A method according to claim 181 wherein the array is a 3' array having the variable sequence at the 3' termini of the immobilized oligonucleotides, further comprising, following step (c), extending the immobilized oligonucleotides with a polymerase using hybridized pieces as templates.

183. A method according to claim 182 wherein the strand is a DNA strand resulting from a digest with a restriction endonuclease, and melting apart of the fragments obtained thereby or a partial obtained from said strand, and wherein the constant sequence contains the restriction endonuclease recognition site.

184. A method according to claim 183 wherein dideoxynucleotides are used as substrates during extension of the immobilized oligonucleotides using a DNA polymerase.

185. A method according to claim 181 wherein the ligating oligo-nucleotide is pre-hybridized to the constant immobilized oligo-nucleotide prior to ligation to the pieces.

186. In a primer dependent polymerase reaction for amplification of a nucleic acid in which a primer is hybridized to a template strand and extended by incubation with a primer dependent poly-merase and nucleotide substrates to generate a complementary copy of the template strand; the improvement wherein:

the primer or a part thereof contains one or more primer nucleotides that are chemically different from nucleotide sub-strates incorporated in the complementary copy of the template during the amplification said chemical difference causing the

-84-

primer to be cleavable without cleaving the part of the com-
plementary copy generated during amplification.

187. A method according to claim 186 further wherein the primer
is selectively cleaved without cleaving the part of the com-
plementary copy generated during amplification.

188. A method according to 187 wherein the primer or a part
thereof contains one or more ribonucleotides triphosphates, and
the substrates used for amplification are deoxyribonucleoside
triphosphates and the primer is cleaved by a chemical or enzy-
matic reaction which cleaves nucleic strands immediately 3' of
ribonucleotides but not 3' of deoxyribonucleotides.

189. A method according to claim 188 wherein the chemical reac-
tion or enzymatic reaction is selected from the group consisting
of

    (a)   alkaline hydrolysis;

    (b)   hydrolysis by a magnesium formamide mixture; and

    (c)   ribonuclease digestion.

190. A method according to claim 188 wherein a ribonucleotide is
present at the 3' terminus of the primer.

191. A method according to claim 187 wherein said nucleotide
substrates used for amplification are modified at their alpha
phosphate groups so that resulting modified phosphodiester bonds
in the complementary copy generated during amplification is
resistant to cleavage by a nuclease, said nuclease being chosen
to be incapable of cleaving said resulting modified phospho-
diester bonds, further wherein one or more primer phosphodiester
bonds are not modified to be resistant to said cleavage, and
wherein said primer is cleaved by treatment with said nuclease.

IAFP00013509

-85-

192. A method according to claim 191 wherein said nucleotide
substrates modified at their alpha phosphate groups are nucleo-
side alpha-thiophosphates.

193. A method according to claim 191 wherein the nucleotide
substrates used for amplification are modified deoxy-
ribonucleotides.

194.     An array of oligonucleotide arrays comprising a solid
sheet having a surface and an array comprising a pattern of
miniaturized oligonucleotide arrays on said surface, each minia-
turized array comprising an array of predetermined areas on said
surface, each area having therein, covalently linked to said
surface, multiple copies of an oligonucleotide of a predetermined
sequence.

195. A method according to claim 68 further comprising
     (a)  contacting at least one area of said array containing
the immobilized copies with at least one oligonucleotide probe
having a predetermined sequence, under conditions promoting
hybridization of said at least one probe; and
     (b)  determining whether or not said at least one probe has
hybridized to said at least one area.

196. A method according to claim 144 further comprising
     (a)  contacting at least one area of said array containing
the immobilized partial copies with at least one oligonucleotide
probe having a predetermined sequence, under conditions promoting
hybridization of said at least one probe; and
     (b)  determining whether or not said at least one probe has
hybridized to said at least one area.

197. A method according to claim 170, wherein determining the
presence and sequence of all variable oligonucleotides comprises
     (a)  contacting said substantially complete set of partials
with a substantially comprehensive set of oligonucleotide probes,

PCT/US93/01552

-86-

each of a predetermined length, under conditions promoting
hybridization of said probes; and

(b)  determining to which partials each said probe has
hybridized.

IAFP00013511

WO 93/17126                                                PCT/US93/01552

1/14



Figure 1 - Binary Array



Figure 1a

IAFP00013512

WO 93/17126    2/14    PCT/US93/01552



Figure 2 - Sectioned Array



Figure 2a

IAFP00013513

WO 93/17126

3/14

PCT/US93/01552



Figure 3

IAFP00013514



**Figure 4**

WO 93/17126

PCT/US93/01552

13a



Picking up the material
from a particular well
of the sorting array

Spreading the material
on the partialing array

31

13



Melting DNA strands apart — 30

Hybridization of DNA strands
to a partialing array

32 — 31a

Extension of the immobilized primer — 17a

17a — 17

17

100 — 33

Washing away the original strand

Replication of the immobilized strand — 17

35

34

**Figure 5**

IAFP00013516

WO 93/17126                                    PCT/US93/01552

6/14



**Figure 6**

SUBSTITUTE SHEET

IAFP00013517

**A single survey array**



**Surveying oligonucleotide content of the partials**

43

42

31a

31

Figure 7a          Figure 7b

IAFP00013518

Strands in the mixture

CATGGTACCTTGGTAA

ATGGTCCTTGGTACCTA

Fig.  8a

Indexed address sets

Fig.  8b



Upstream oligonucleotides (surveyed)

Addresses

Downstream oligonucleotides (inferred)

## Unindexed address sets

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACC | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| ATG | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| CAT | ACC | ATG | CAT | CCT | | CTT | GGT | GTA | | TAA | TAC | | | TTG |
| CCT | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| CTA | ACC | ATG | | CCT | CTA | CTT | GGT | GTA | GTC | | TAC | TCC | TGG | TTG |
| CTT | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| GGT | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| GTA | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| GTC | ACC | ATG | | CCT | CTA | CTT | GGT | GTA | GTC | | TAC | TCC | TGG | TTG |
| TAA | ACC | ATG | CAT | CCT | | CTT | GGT | GTA | | TAA | TAC | | TGG | TTG |
| TAC | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| TCC | ACC | ATG | | CCT | CTA | CTT | GGT | GTA | GTC | | TAC | TCC | TGG | TTG |
| TGG | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| TTG | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |

8c

## Grouped address sets

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAT | ACC | ATG | CAT | CCT | | CTT | GGT | GTA | | TAA | TAC | | TGG | TTG |
| TAA | ACC | ATG | CAT | CCT | | CTT | GGT | GTA | | TAA | TAC | | TGG | TTG |

I

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CTA | ACC | ATG | | CCT | CTA | CTT | GGT | GTA | GTC | | TAC | TCC | TGG | TTG |
| GTC | ACC | ATG | | CCT | CTA | CTT | GGT | GTA | GTC | | TAC | TCC | TGG | TTG |
| TCC | ACC | ATG | | CCT | CTA | CTT | GGT | GTA | GTC | | TAC | TCC | TGG | TTG |

II

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACC | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| ATG | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| CCT | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| CTT | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| GGT | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| GTA | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| TAC | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| TGG | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |
| TTG | ACC | ATG | CAT | CCT | CTA | CTT | GGT | GTA | GTC | TAA | TAC | TCC | TGG | TTG |

III

8d

IAFP00013520

## Identified strand sets



Figure 9a



Figure 9b

**SUBSTITUTE SHEET**

IAFP00013521



**Fig. 10a** Strand set A

ACC ATG CAT CCT CTT GGT GTA TAA TAC TGG TTG

**Fig. 10b** Assembling oligonucleotides into blocks

CAT ATG    TAA    TAC ACC CCT CTT TTG    TGG GGT GTA

**Fig. 10c** Converting filtered address sets into block sets



Fig. 10d

Fig. 10e

Fig. 10f

IAFP00013523



**Strand set B**

ACC ATG CCT CTA CTT GGT GTA GTC TAC TCC TGG TTG

Fig. 11a

## Assembling oligonucleotides into blocks

ATG    CCT    CTA    CTT TTG    GTA    GTC TCC    TAC ACC    TGG GGT

| ATG | CCT | CTA | CTTG | GTA | GTCC | TACC | TGGT |

Fig. 11b

## Converting filtered address sets into block sets

Addresses

Upstream oligonucleotides

Downstream oligonucleotides

Fig. 11c

14/14



Ordering the blocks

Fig. 11d

Fig. 11e

Fig. 11f

Sequence: ATGGTCCTTGGTACCTA

## INTERNATIONAL SEARCH REPORT

| International application No. |
| --- |
| PCT/US93/01552 |

**A. CLASSIFICATION OF SUBJECT MATTER**

IPC(5)  :C12Q 1/68; C12P 19/34

US CL  :435/6, 91

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

U.S. : 435/6, 91

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

DIALOG (One search-BIOCHEM), STN, APS+

Search terms: binary oligonucleotide array; sequencing and oligonucleotides and DNA; oligonucleotide probe

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| --- | --- | --- |
| Y | Journal of Theoretical Biology, Volume 135, issued 1988, Bains, et alii, "A Novel Method for Nucleic Acid Sequence Determination", pages 303-307, see entire document. | 1-197 |
| Y | Journal of Biomolecular Structure & Dynamics, Volume 7, Issue Number 1, issued 1989, Pevzner, "1-Tuple DNA Sequencing: Computer Analysis", pages 063-069, see entire document. | 1-197 |
| Y | Science, Volume 253, issued 27 September 1991, Barinaga, "Will 'DNA Chip' Speed Genome Initiative?", page 1489. | 1-197 |

[X] Further documents are listed in the continuation of Box C.    [ ] See patent family annex.

| | | | |
| --- | --- | --- | --- |
| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
| "A" | document defining the general state of the art which is not considered to be part of particular relevance | | |
| "E" | earlier document published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
| --- | --- |
| 01 APRIL 1993 | 20 APR 1993 |

| Name and mailing address of the ISA/US | Authorized officer |
| --- | --- |
| Commissioner of Patents and Trademarks<br>Box PCT<br>Washington, D.C. 20231 | BRADLEY L. SISSON |
| Facsimile No.  NOT APPLICABLE | Telephone No.   (703) 308-0196 |

Form PCT/ISA/210 (second sheet)(July 1992)*

IAFP00013526

INTERNATIONAL SEARCH REPORT

International application No.

PCT/US93/01552

| C (Continuation). DOCUMENTS CONSIDERED TO BE RELEVANT | | |
|---|---|---|
| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| Y | Lysov, et alii, "A New Method for Determining the DNA Nucleotide Sequence by Hybridization with Oligonucleotides", published December 1988 by Doklady Akademii Nauk SSSR (Moscow), pp. 1508-1511, see entire document. | 1-197 |
| Y | Drmanac, et alii, "Partial Sequencing by Oligo-Hybridization: Concept and Applications in Genome Analysis", The First International Conference on Electrophoresis, Supercomputing and the Human Genome, published April 1990 by World Scientific (NJ), see entire document. | 1-197 |
| Y | DNA and Cell Biology, Volume 9, Number 7, issued 1990, Drmanac, et alii, "Laboratory Methods:  Reliable Hybridization of Oligonucleotides as Short as Six Nucleotides", pages 527-534, see entire document. | 1-197 |
| Y | FEBS Letters, Volume 256, Number 1, 2, issued October 1989, Khrapko, et alii, "An oligonucleotide hybridization approach to DNA sequencing", pages 118-122, see entire document. | 1-197 |
| Y | WO, A, 89/10977 (SOUTHERN) 16 NOVEMBER 1989, see entire document. | 1-197 |
| Y | US, A, 5,002,867 (MACEVICZ) 26 MARCH 1991, see entire document. | 1-197 |
| Y | EP, A, 0,392,546 (DRMANAC ET AL.) 17 OCTOBER 1990, see entire document. | 1-197 |
| Y | DNA Sequence – J. DNA Sequencing and Mapping, Vol. 1, issued 1991, Khrapko et al., "A Method for DNA Seuencing by Hybridization with Oligonucleotide Matrix", pages 375-388, see entire document. | 1-197 |

IAFP00013527