# EXHIBIT 20

# REDACTED IN ITS ENTIRETY

# EXHIBIT 21

# REDACTED IN ITS ENTIRETY

EXHIBIT 22

08/327525

TOWNSEND and TOWNSEND KHOURIE and CREW
Steuart Street Tower
One Market Plaza
San Francisco, CA  94105
(415) 326-2400

[stamp: MAIL ROOM OCT 21 1994 TRADEMARK]

Atty. Docket No. _____16528X-82_____

"Express Mail" label No. ___TB174790649US___

Date of Deposit _____October 21, 1994_____

PATENT APPLICATION
COMMISSIONER OF PATENT AND TRADEMARKS
Washington, D. C. 20231
Sir:

Transmitted herewith for filing is the

[X] patent application of:
[ ] continuation-in-part patent application of:

Inventor(s):   MARK S. CHEE  /-oo. et af
              CHUNWEI WANG
              LUIS C. JEVONS
              DEREK H. BERNHART
              ROBERT J. LIPSHUTZ

I hereby certify that this is being deposited with the United
States Postal Service "Express Mail Post Office to
Addressee" service under 37 CFR 1.10 on the date
indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D. C. 20231

By _____Michael J. Ritter_____
        Michael J. Ritter

For:      COMPUTER-AIDED VISUALIZATION AND ANALYSIS SYSTEM FOR SEQUENCE EVALUATION

Also enclosed are:

[X]  _17_  sheet(s) of [ ] formal [X] informal drawing(s).
[ ] An assignment of the invention to _____.
[ ] Duplicate Assignment Form Recordation Cover Sheets (PTO-1595).
[X] A [ ] signed [X] unsigned Declaration & Power of Attorney.
[ ] A verified statement to establish small entity status under 37 CFR 1.9 and 37 CFR 1.27.
[ ] Information Disclosure Statement under 37 CFR 1.97.
[X] 5 sheets of Microfiche Appendix

In view of the unsigned Declaration as filed with this application and pursuant to 37 CFR §1.53(d), Applicant requests
deferral of the filing fee until submission of the Missing Parts of Application.

Please do not charge the filing fee at this time.

_Two (2)_  copies of this sheet are enclosed.

Respectfully submitted,
TOWNSEND & TOWNSEND KHOURIE & CREW

_____Michael J. Ritter_____

Michael J. Ritter
Reg. No.: 36,653
Attorneys for Applicant

Telephone:
(415) 326-2400

16528X82-APP.CVR

AVI_000053

08/327525

Attorney Docket No. 16528X-82/1091

PATENT APPLICATION

# COMPUTER-AIDED VISUALIZATION AND ANALYSIS SYSTEM FOR SEQUENCE EVALUATION

Inventors:



> MARK S. CHEE, who resides at
> 3199 Waverley Street
> Palo Alto, California 94306
> a citizen of Australia;
>
> CHUNWEI WANG, who resides at
> 20350 Stevens Creek Boulevard #307
> Cupertino, California 95014
> a citizen of the People's Republic of China;
>
> LUIS C. JEVONS, who resides at
> 701 Ramona Avenue
> Sunnyvale, California 94087
> a citizen of the United States of America;
>
> DEREK H. BERNHART, who resides at
> 111 Seale Avenue
> Palo Alto, California, 94301
> a citizen of the United States of America; and
>
> ROBERT J. LIPSHUTZ, who resides at
> 970 Palo Alto Avenue
> Palo Alto, California, 94301
> a citizen of the United States of America.

Assignee:

> AFFYMAX TECHNOLOGIES N.V., located at
> De Ruyderkade 62,
> Curacao, Netherlands Antilles
> a Netherlands Antilles corporation

Entity:

> Large

TOWNSEND and TOWNSEND KHOURIE and CREW
Steuart Street Tower, 20th Floor
One Market
San Francisco, California  94105
(415) 326-2400

AVI_000054

17

A/NO FEE

08/327525

1

PATENT

Attorney Docket No. 16528X-82/1091

# COMPUTER-AIDED VISUALIZATION AND ANALYSIS SYSTEM
## FOR SEQUENCE EVALUATION

5

### COPYRIGHT NOTICE

A portion of the disclosure of this patent document
contains material which is subject to copyright protection.
The copyright owner has no objection to the xeroxographic

10  reproduction by anyone of the patent document or the patent
disclosure in exactly the form it appears in the Patent and
Trademark Office patent file or records, but otherwise
reserves all copyright rights whatsoever.

15  ### MICROFICHE APPENDIX

Microfiche Appendices A to E comprising five (5)
sheets, totaling 272 frames are included herewith.

### GOVERNMENT RIGHTS NOTICE

20  Portions of the material in this specification arose
in the course of or under contract nos. 92ER81275 (SBIR)
between Affymetrix, Inc. and the Department of Energy and/or
H600813-1, -2 between Affymetrix, Inc. and the National
Institutes of Health.

25

### BACKGROUND OF THE INVENTION

The present invention relates to the field of
computer systems.  More specifically, the present invention
relates to computer systems for visualizing biological

30  sequences, as well as for evaluating and comparing biological
sequences.

Devices and computer systems for forming and using
arrays of materials on a substrate are known.  For example,
PCT application WO92/10588, incorporated herein by reference

35  for all purposes, describes techniques for sequencing or
sequence checking nucleic acids and other materials.  Arrays
for performing these operations may be formed in arrays
according to the methods of, for example, the pioneering

AVI_000055

2

techniques disclosed in U.S. Patent No. 5,143,854 and U.S.
Patent Application No. 08/249,188, both incorporated herein by
reference for all purposes.

      According to one aspect of the techniques described
5   therein, an array of nucleic acid probes is fabricated at
known locations on a chip or substrate.  A fluorescently
labeled nucleic acid is then brought into contact with the
chip and a scanner generates an image file indicating the
locations where the labeled nucleic acids bound to the chip.
10  Based upon the identities of the probes at these locations, it
becomes possible to extract information such as the monomer
sequence of DNA or RNA.  Such systems have been used to form,
for example, arrays of DNA that may be used to study and
detect mutations relevant to cystic fibrosis, the P53 gene
15  (relevant to certain cancers), HIV, and other genetic
characteristics.

      Improved computer systems and methods are needed to
evaluate, analyze, and process the vast amount of information
now used and made available by these pioneering technologies.
20

## SUMMARY OF THE INVENTION

      An improved computer-aided system for visualizing
and determining the sequence of nucleic acids is disclosed.
The computer system provides, among other things, improved
25  methods of analyzing fluorescent image files of a chip
containing hybridized nucleic acid probes in order to call
bases in sample nucleic acid sequences.

      According to one aspect of the invention, a computer
system is used to identify an unknown base in a sample nucleic
30  acid sequence by the steps of:

             - inputting multiple probe intensities, each of the
             probe intensities being associated with a probe;
             - the computer system comparing the multiple probe
             intensities where each of the probe intensities is
35             substantially proportional to a probe hybridizing
             with at least one sequence; and
calling the unknown base according to the comparison of the
multiple probe intensities.

AVI_000056

3

According to one specific aspect of the invention, a higher probe intensity is compared to a lower probe intensity to call the unknown base. According to another specific aspect of the invention, probe intensities of a sample

5    sequence are compared to probe intensities of a reference sequence. According to yet another specific aspect of the invention, probe intensities of a sample sequence are compared to statistics about probe intensities of a reference sequence from multiple experiments.

10    According to another aspect of the invention, a method is disclosed of processing reference and sample nucleic acid sequences to reduce the variations between the experiments by the steps of:

- providing a plurality of nucleic acid probes;

15    - labeling the reference nucleic acid sequence with a first marker;

- labeling the sample nucleic acid sequence with a second marker; and

hybridizing the labeled reference and sample nucleic acid

20    sequences at the same time.

According to yet another aspect of the invention, a computer system is used for comparative analysis and visualization of multiple sequences by the steps of:

- displaying at least one reference sequence in a

25    first area on a display device; and

- displaying at least one sample sequence in a second area on said display device;

whereby a user is capable of visually comparing the multiple sequences.

30    A further understanding of the nature and advantages of the inventions herein may be realized by reference to the remaining portions of the specification and the attached drawings.

AVI_000057

4

## BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 illustrates an overall system for forming and analyzing arrays of biological materials such as DNA or RNA;

Fig. 2A is an illustration of the software for the overall system; Fig. 2B illustrates the global layout of a chip formed in the overall system; and Fig. 2C illustrates conceptually the binding of probes on chips;

Fig. 3 illustrates the high level flow of the intensity ratio method;

Fig. 4A illustrates the high level flow of one implementation of the reference method and Fig. 4B shows an analysis table for use with the reference method;

Fig. 5A illustrates the high level flow of another implementation of the reference method; Fig. 5B shows a data table for use with the reference method; Fig. 5C shows a graph of the normalized sample base intensities minus the normalized reference base intensities; and Fig. 5D shows other graphs of data in the data table;

Fig. 6 illustrates the high level flow of the statistical method;

Fig. 7 illustrates the pooling processing of a reference and sample nucleic acid sequence;

Fig. 8 illustrates the main screen and the associated pull down menus for comparative analysis and visualization of multiple experiments;

Fig. 9 illustrates an intensity graph window for a selected base;

Fig. 10 illustrates multiple intensity graph windows for selected bases;

Fig. 11 illustrates the intensity ratio method correctly calling a mutation in solutions with varying concentrations;

Fig. 12 illustrates the reference method correctly calling a mutant base where the intensity ratio method incorrectly called the mutant base; and

Fig. 13 illustrates the output of the ViewSeq™ program with four pretreatment samples and four posttreatment samples.

AVI_000058

5

DESCRIPTION OF THE PREFERRED EMBODIMENT

CONTENTS

I.   General
5        II.  Intensity Ratio Method
III. Reference Method
IV.  Statistical Method
V.   Pooling Processing
VI.  Comparative Analysis
10       VII. Examples
VIII. Appendices

I.   _General_

The present invention provides methods of analyzing
15  hybridization intensity files for a chip containing hybridized
nucleic acid probes.  In a representative embodiment, the
files represent fluorescence data from a biological array, but
the files may also represent other data such as radioactive
intensity data.  For purposes of illustration, the present
20  invention is described as being part of a computer system that
designs a chip mask, synthesizes the probes on the chip,
labels the nucleic acids, and scans the hybridized nucleic
acid probes.  Such a system is fully described in U.S. Patent
Application No. 08/249,188 which has been incorporated by
25  reference for all purposes.  However, the present invention
may be used separately from the overall system for analyzing
data generated by such systems.

Fig. 1 illustrates a computerized system for forming
and analyzing arrays of biological materials such as RNA or
30  DNA.  A computer 100 is used to design arrays of biological
polymers such as RNA or DNA.  The computer 100 may be, for
example, an appropriately programmed Sun Workstation or
personal computer or workstation, such as an IBM PC
equivalent, including appropriate memory and a CPU.  The
35  computer system 100 obtains inputs from a user regarding
characteristics of a gene of interest, and other inputs
regarding the desired features of the array.  Optionally, the
computer system may obtain information regarding a specific

6

genetic sequence of interest from an external or internal
database 102 such as GenBank.  The output of the computer
system 100 is a set of chip design computer files 104 in the
form of, for example, a switch matrix, as described in PCT
5    application WO 92/10092, and other associated computer files.
        The chip design files are provided to a system 106
that designs the lithographic masks used in the fabrication of
arrays of molecules such as DNA.  The system or process 106
may include the hardware necessary to manufacture masks 110
10   and also the necessary computer hardware and software 108
necessary to lay the mask patterns out on the mask in an
efficient manner.  As with the other features in Fig. 1, such
equipment may or may not be located at the same physical site,
but is shown together for ease of illustration in Fig. 1.  The
15   system 106 generates masks 110 or other synthesis patterns
such as chrome-on-glass masks for use in the fabrication of
polymer arrays.
        The masks 110, as well as selected information
relating to the design of the chips from system 100, are used
20   in a synthesis system 112.  Synthesis system 112 includes the
necessary hardware and software used to fabricate arrays of
polymers on a substrate or chip 114.  For example, synthesizer
112 includes a light source 116 and a chemical flow cell 118
on which the substrate or chip 114 is placed.  Mask 110 is
25   placed between the light source and the substrate/chip, and
the two are translated relative to each other at appropriate
times for deprotection of selected regions of the chip.
Selected chemical reagents are directed through flow cell 118
for coupling to deprotected regions, as well as for washing
30   and other operations.  All operations are preferably directed
by an appropriately programmed computer 119, which may or may
not be the same computer as the computer(s) used in mask
design and mask making.
        The substrates fabricated by synthesis system 112
35   are optionally diced into smaller chips and exposed to marked
receptors.  The receptors may or may not be complementary to
one or more of the molecules on the substrate.  The receptors
are marked with a label such as a fluorescein label (indicated

AVI_000060

7

by an asterisk in Fig. 1) and placed in scanning system 120.
Scanning system 120 again operates under the direction of an
appropriately programmed digital computer 122, which also may
or may not be the same computer as the computers used in
synthesis, mask making, and mask design. The scanner 120
includes a detection device 124 such as a confocal microscope
or CCD (charge-coupled device) that is used to detect the
*location*
~~location~~ where labeled receptor (*) has bound to the
substrate.  The output of scanner 120 is an image file(s) 124
indicating, in the case of fluorescein labeled receptor, the
fluorescence intensity (photon counts or other related
measurements, such as voltage) as a function of position on
the substrate.  Since higher photon counts will be observed
where the labeled receptor has bound more strongly to the
array of polymers, and since the monomer sequence of the
polymers on the substrate is known as a function of position,
it becomes possible to determine the sequence(s) of polymer(s)
on the substrate that are complementary to the receptor.

The image file 124 is provided as input to an
analysis system 126 that incorporates the visualization and
analysis methods of the present invention.  Again, the
analysis system may be any one of a wide variety of computer
system(s), but in a preferred embodiment the analysis system
is based on a Sun Workstation or equivalent.  The present
invention provides various methods of analyzing the chip
design files and the image files, providing appropriate output
128.  The present invention may further be used to identify
specific mutations in a receptor such as DNA or RNA.

Fig. 2A provides a simplified illustration of the
overall software system used in the operation of one
embodiment of the invention.  As shown in Fig. 2A, the system
first identifies the genetic sequence(s) or targets that would
be of interest in a particular analysis at step 202.  The
sequences of interest may, for example, be normal or mutant
portions of a gene, genes that identify heredity, or provide
forensic information.  Sequence selection may be provided via
manual input of text files or may be from external sources
such as GenBank.  At step 204 the system evaluates the gene to

AVI_000061

8

determine or assist the user in determining which probes would
be desirable on the chip, and provides an appropriate "layout"
on the chip for the probes.  A wild-type probe is a probe that
will ideally hybridize with the gene of interest and thus a

5    wild-type gene (also called the chip wild-type) would ideally
hybridize with all the wild-type probes on the chip.  The
layout implements desired characteristics such as arrangement
on the chip that permits "reading" of genetic sequence and/or
minimization of edge effects, ease of synthesis, and the like.

10          Fig. 2B illustrates the global layout of a chip.
Chip 114 is composed of multiple units where each unit may
contain different tilings for the chip wild-type sequence.
Unit 1 is shown in greater detail and shows that each unit is
composed of multiple cells which are areas on the chip that

15   may contain probes.  Conceptually, each unit is composed of
multiple sets of related cells.  As used herein, the term cell
refers to a region on a substrate that contains many copies of
a molecule or molecules of interest.  Each unit is composed of
multiple cells that may be placed in rows and columns.  In one

20   embodiment, a set of five related cells includes the
following:  a wild-type cell 220, "mutation" cells 222, and a
"blank" cell 224.  Cell 220 contains a wild-type probe that is
the complement of a portion of the wild-type sequence.  Cells
222 contain "mutation" probes for the wild-type sequence.  For

25   example, if the wild-type probe is 3'-ACGT, the probes 3'-
ACAT, 3'-ACCT, 3'-ACGT, and 3'-ACTT may be the "mutation"
probes.  Cell 224 is the "blank" cell because it contains no
probes (also called the "blank" probe).  As the blank cell
contains no probes, labeled receptors should not bind to the

30   chip in this area.  Thus, the blank cell provides an area that
can be used to measure the background intensity.

          In one embodiment, numerous tiling processes are
available including sequence tiling, block tiling, and opt-
tiling *tilings as described below. Of course* a wide range of layout strategies may be

35   used according to the invention herein, without departing from
the scope of the invention.  For example, the probes may be
tiled on a substrate in an apparently random fashion where a

AVI_000062

9

computer system is utilized to keep track of the probe
locations and correlate the data obtained from the substrate.

Opt-tiling is the process of tiling additional
probes for suspected mutations.  As a simple example of opt-
5    tiling, suppose the wild-type target sequence is 5'-ACGTATGCA-
3' and it is suspected that a mutant sequence has a possible T
base mutation at the underlined base position.  Suppose
further that the chip will be synthesized with a "4x3" tiling
strategy, meaning that probes of four monomers are used and
10   that the monomers in position 3, counting left to right, of
the probe are varied.

In opt-tiling, extra probes are tiled for each
suspected mutation.  The extra probes are tiled as if the
mutation base is a wild-type base.  The following shows the
15   probes that may be generated for this example:

### Table 1
### Probe Sequences (From 3'-end)
#### 4x3 Opt-Tiling

| Wild   | TGCA | GCAT | CATA | ATAC | TACG |
|--------|------|------|------|------|------|
| A sub. | TGAA | GCAT | CAAA | ATAC | TAAG |
| C sub. | TGCA | GCCT | CACA | ATCC | TACG |
| G sub. | TGGA | GCGT | CAGA | ATGC | TAGG |
| T sub. | TGTA | GCTT | CATA | ATTC | TATG |
| Wild   | TGCA | GCAA | CAAA | AAAC | AACG |
| A sub. | TGAA | GCAA | CAAA | AAAC | AAAG |
| C sub. | TGCA | GCCA | CACA | AACC | AACG |
| G sub. | TGGA | GCGA | CAGA | AAGC | AAGG |
| T sub. | TGTA | GCTA | CATA | AATC | AATG |

30   In the first "chip" above, the top row of the probes (along
with one probe below each of the four wild-type probes) should
bind to the target DNA sequence.  However, if the target
sequence has a T base mutation as suspected, the labeled
mutant sequence will not bind that strongly to the probes in
35   the columns around column 3.  For example, the mutant receptor
that could bind with the probes in column 2 is 5'-CGTT which
may not bind that strongly to any of the probes in column 2

AVI_000063

10

because there are T bases at the ends of the receptor and
probes (i.e., not complementary). This often results in a
relatively dark scanned area around a mutation.

5    Opt-tiling ~~provides which~~ the second "chip" above ~~treats~~ the suspected mutation as ~~the~~ wild-type base. Thus,
the mutant receptor 5'-CGTT should bind strongly to the wild-
type probe of column 2 (along with one probe below) and the
mutation can be further detected.

Again referring to Fig. 2A, at step 206 the masks
10    for the synthesis are designed. At step 208 the software
utilizes the mask design and layout information to make the
DNA or other polymer chips. This software 208 will ~~control,~~
~~among other things,~~ relative translation of a substrate and
the mask, the flow of desired reagents through a flow cell,
15    the synthesis temperature of the flow cell, and other
parameters. At step 210, another piece of software is used in
scanning a chip thus synthesized and exposed to a labeled
receptor. The software controls the scanning of the chip, and
stores the data thus obtained in a file that may later be
20    utilized to extract sequence information.

At step 212 a computer system according to the
present invention utilizes the layout information and the
fluorescence information to evaluate the hybridized nucleic
acid probes on the chip. Among the important pieces of
25    information obtained from DNA chips are the identification of
mutant receptors and determination of genetic sequence of a
particular receptor.

Fig. 2C illustrates the binding of a particular
target DNA to an array of DNA probes 114. As shown in this
30    simple example, the following probes are formed in the array
(only one probe is shown for the wild-type probe):

        3'-AGAACGT
          AGACCGT
35.       AGAGCGT
          AGATCGT

40

11

As shown, the set of probes differ by only one base so the
probes are designed to determine the identity of the base at
that location in the nucleic acid sequence.

5          When a fluorescein-labeled (or other marked) target
with the sequence 5'-TCTTGCA is exposed to the array, it is
complementary only to the probe 3'-AGAACGT, and fluorescein
will be primarily found on the surface of the chip where 3'-
AGAACGT is located.  Thus, for each set of probes that differ
10      by only one base the image file will contain four
fluorescence intensities, one for each probe.  Each
fluorescence intensity can therefore be associated with the
base of each probe that is different from the other probes.
Additionally, the image file will contain a "blank" cell which
can be used as the fluorescence intensity of the background.
15      By analyzing the five fluorescence intensities associated with
a specific base location, it becomes possible to extract
sequence information from such arrays using the methods of the
invention disclosed herein.

          The present invention calls bases by assigning the
20      bases the following codes:

| Code | Group | Meaning |
|------|-------|---------|
| A | A | Adenine |
| C | C | Cytosine |
| G | G | Guanine |
| T | T(U) | Thymine (Uracil) |
| M | A or C | aMino |
| R | A or G | puRine |
| W | A or T(U) | Weak interaction (2 H bonds) |
| Y | C or T(U) | pYrimidine |
| S | C or G | Strong interaction (3 H bonds) |
| K | G or T(U) | Keto |
| V | A, C or G | not T(U) |
| H | A, C or T(U) | not G |
| D | A, G or T(U) | not C |
| B | C, G or T(U) | not A |
| N | A, C, G, or T(U) | Insufficient intensity to call |
| X | A, C, G, or T(U) | Insufficient discrimination to call |

AVI_000065

12

Most of the codes conform to the IUPAC standard.  However, code N has been redefined and code X has been added.

II.   Intensity Ratio Method

5          The intensity ratio method is a method of calling bases in a sample nucleic acid sequence.  The intensity ratio method is most accurate when there is good discrimination between the fluorescence intensities of hybrid matches and hybrid mismatches.  If there is insufficient discrimination,

10   the intensity ratio method assigns a corresponding ambiguity code to the unknown base.

For simplicity, the intensity ratio method will be described as being used to identify one unknown base in a sample nucleic acid sequence.  In practice, the method is used

15   to identify many or all the bases in a nucleic acid sequence.

The unknown base will be identified by evaluation of up to four mutation probes and a "blank" cell, which is a location where a labeled receptor should not bind to the chip since no probe is present.  For example, suppose a DNA

20   sequence of interest or target sequence contains the sequence 5'-AGAACCTGC-3' with a possible mutation at the underlined base position.  Suppose that 5-mer probes are to be synthesized for the target sequence.  A representative wild-type probe of 5'-TTGGA is complementary to the region of the

25   sequence around the possible mutation.  The "mutation" probes will be the same as the wild-type probe except for a different base at the third position as follows:  3'-TTAGA, 3'-TTCGA, 3'-TTGGA, and 3'-TTTGA.

If the fluorescently marked sample sequence is

30   exposed to the above four mutation probes, the intensity should be highest for the probe that binds most strongly to the sample sequence.  Therefore, if the probe 3'-TTTGA shows the highest intensity, the unknown base in the sample will generally be called an A mutation because the probes are

35   complementary to the sample sequence.

The mutation probes are identical to the wild-type probes except that they each contain one of the four A, C, G, or T "mutations" for the unknown base.  Although one of the

13

*a*  "mutation" probes will ~~optimally~~ be identical to the wild-type
probe, such redundant probes are intentionally synthesized for
quality control and design consistency.

5        The identity of the unknown base is preferably
determined by evaluating the relative fluorescence intensities
of up to four of the mutation probes, and the "blank" cell.
Because each mutation probe is identifiable by the mutation
*a*  base, a mutation probe's intensity will be referred to the *its*
"base intensity" of the mutation base. ∧

10       As a simple example of the intensity ratio method,
suppose a gene of interest (target) is an HIV protease gene
*a*  with the sequence 5'-ATGTGGACAGTTGTA-3'. *(SEQ ID NO:1)* Suppose further that
a sample sequence is suspected to have the same sequence as
the target sequence except for a mutation of base C to base T
15  at the underlined base position.  Although hundreds of probes
may be synthesized on the chip, the complementary mutation
probes synthesized to detect a mutation in the sample sequence
at the suspected mutation position may be as follows:

```
            3'-TATC
            3'-TCTC
20          3'-TGTC   (wild-type)
            3'-TTTC
```

The mutation probe 3'-TGTC is also the wild-type probe as it
should bind most strongly with the target sequence.

25       After the sample sequence is labeled, hybridized on
the chip, and scanned, suppose the following fluorescence
intensities were obtained:

```
            3'-TATC   -> 45
            3'-TCTC   -> 8
30          3'-TGTC   -> 32
            3'-TTTC   -> 12
```

where the intensity is measured by the photon count detected
by the scanner.  The "blank" cell had a fluorescence intensity
of 2.  The photon counts in the examples herein are
35  representative (not actual data) and provided for illustration
purposes.  In practice, the actual photon counts will vary
greatly depending on the experiment parameters and the scanner
utilized.

        Although each fluorescence intensity is from a
40  probe, the probes may be characterized by their unique

AVI_000067

14

mutation base so the bases may be said to have the following
intensities:

```
        A    -> 45
        C    ->  8
5       G    -> 32
        T    -> 12
```

Thus, base A will be described as having an intensity of 45,
which corresponds to the intensity of the mutation probe with
the mutation base A.

10          Initially, each mutation base intensity is reduced
by the background or "blank" cell intensity.  This is done as
follows:

```
        A    -> 45 - 2 = 43
        C    ->  8 - 2 =  6
15      G    -> 32 - 2 = 30
        T    -> 12 - 2 = 10
```

Then, the base intensities are sorted by intensity. *in descending order of*  The above
bases would be sorted as follows:

```
        A    -> 43
20      G    -> 30
        T    -> 10
        C    ->  6
```

Next, the highest intensity base is compared to the second
highest intensity base.  Thus, the ratio of the intensity of
25  base A to the intensity of base G is calculated as follows:
$A:G = 43 / 30 = 1.4$.  The ratio A:G is then compared to a
*a*  predetermined ratio cutoff, which is a number that specifies
the ratio required to identify the unknown base.  For example,
if the ratio cutoff is 1.2, the ratio A:G is greater than the
30  ratio cutoff (1.4 > 1.2) and the unknown base is called by the
mutation probe containing the mutation A.  As probes are
complementary to the sample sequence, the sample sequence is
called as having a mutation T, resulting in a called sample
*a*  sequence of 5'-ATGTGGATAGTTGTA-3'. *(SEQ ID NO: 2)*
35          As another example, suppose everything else is the
same as in the previous example except that the sorted
background adjusted intensities were as follows:

```
        C    -> 42
        A    -> 40
40      G    -> 10
        T    ->  8
```

AVI_000068

15

The ratio of the highest intensity base to the second highest
intensity base (C:A) is 1.05.  Because this ratio is not
greater than the ratio cutoff of 1.2, the unknown base will be
called as being ambiguously one of two or more bases as
5    follows.

The second highest intensity base is then compared
to the third highest base.  The ratio of A:G is 4.  The ratio
of A:G is then compared to the ratio cutoff of 1.2.  As the
ratio A:G is greater than the ratio cutoff (4 > 1.2), the
10   unknown base is called by the mutation probes containing the
mutations C or A.  As probes are complementary to the sample
sequence, the sample sequence is called as having either a
mutation G or T, resulting in a sample sequence of 5'-
ATGTGGAKAGTTGTA-3', where K is the IUPAC code for G or T(U).

15   The ratio cutoff in the previous examples was equal
to 1.2.  However, the ratio cutoff will generally need to be
adjusted to produce optimal results for the specific chip
design and wild-type target.  Also, although the ratio cutoff
used has been the same for each ratio comparison, the ratio
20   cutoff may vary depending on whether the ratio comparisons
involve the highest, second highest, third highest, etc.
intensity base.

Fig. 3 illustrates the high level flow of the
intensity ratio method.  At step 302 the four base intensities
25   are adjusted by subtracting the background or "blank" cell
intensity from each base intensity.  Preferably, if a base
intensity is then less than or equal to zero, the base
intensity is set equal to a small positive number to prevent
division by zero or negative numbers in future calculations.

30   At step 304 the base intensities are sorted by
intensity.  Each base is then associated with a number from 1
to 4.  The base with the highest intensity is 1, second
highest 2, third highest 3, and fourth highest 4.  Thus, the
intensity of base 1 ≥ base 2 ≥ base 3 ≥ base 4.

35   At step 306 the highest intensity base (base 1) is
checked to see if it has sufficient intensity to call the
unknown base.  The intensity is checked by determining if the
intensity of base 1 is greater than a predetermined background

16

difference cutoff.  The background difference cutoff is a
number that specifies the intensity a base intensity must be
over the background intensity in order to correctly call the
unknown base.  Thus, the background adjusted base intensity
5    must be greater than the background difference cutoff or the
unknown is not callable.

If the intensity of base 1 is not greater than the
background difference cutoff, the unknown base is assigned the
code N (insufficient intensity) as shown at step 308.
10   Otherwise, the ratio of the intensity of base 1 to base 2 is
calculated as shown at step 310.
a         At step 312 the ratio of ~~intensity~~ *intensities bases* of ~~base~~ 1:2 is
compared to the ratio cutoff.  If the ratio 1:2 is greater
than the ratio cutoff, the unknown base is called as the
15   complement of the highest intensity base (base 1) as shown at
step 314.  Otherwise, the ratio of the intensity of base 2 to
base 3 is calculated as shown at step 316.
a         At step 318 the ratio of ~~intensity~~ *intensities bases* of ~~base~~ 2:3 is
compared to the ratio cutoff.  If the ratio 2:3 is greater
20   than the ratio cutoff, the unknown base is called as being an
ambiguity code specifying the complements of the highest or
second highest intensity bases (base 1 or 2) as shown at step
320.  Otherwise, the ratio of the intensity of base 3 to base
4 is calculated as shown at step 322.
a   25        At step 324 the ratio of ~~intensity~~ *intensities bases* of ~~base~~ 3:4 is
compared to the ratio cutoff.  If the ratio 3:4 is greater
than the ratio cutoff, the unknown base is called as being an
ambiguity code specifying the complements of the highest,
second highest, or third highest bases (base 1, 2 or 3) as
30   shown at step 326.  Otherwise, the unknown base is assigned
the code X (insufficient discrimination) as shown at step 328.
The advantage of the intensity ratio method is that
it is very accurate when there is good discrimination between
the fluorescence intensities of hybrid matches and hybrid
35   mismatches.  However, if the base corresponding to a correct
hybrid gives a lower intensity than a mismatch (e.g., as a
result of cross-hybridization), incorrect identification of
the base will result.  For this reason, however, the method is

AVI_000070

17

useful for comparative assessment of hybridization quality and
as an indicator of sequence-specific problem spots.  For
example, the intensity ratio method has been used to determine
that ambiguities and miscalls tend to be very different from
5    sequence to sequence, and reflect predominantly the
composition and repetitiveness of the sequence.  It has also
been used to assess improvements obtained by varying
hybridization conditions, sample preparation, and post-
hybridization treatments (e.g., RNase treatment).

10

III. <u>Reference Method</u>
          The reference method is a method of calling bases in
a sample nucleic acid sequence.  The reference method depends
very little on discrimination between the fluorescence
15   intensities of hybrid matches and hybrid mismatches, and
therefore is much less sensitive to cross-hybridization.  The
method compares the probe intensities of a reference sequence
to the probe intensities of a sample sequence.  Any
significant changes are flagged as possible mutations.  There
20   are two implementations of the reference method disclosed
herein.
          For simplicity, the reference method will be
described as being used to identify one unknown base in a
sample nucleic acid sequence.  In practice, the method is used
25   to identify many or all the bases in a nucleic acid sequence.
          The unknown base will be called by comparing the
probe intensities of a reference sequence to the probe
intensities of a sample sequence.  Preferably, the probe
intensities of the reference sequence and the sample sequence
30   are from chips having the same chip wild-type.  However, the
reference sequence may or may not be exactly the same as the
chip wild-type, as it may have mutations.
          The bases at the same position in the reference and
sample sequences will each be associated with up to four
35   mutation probes and a "blank" cell.  The unknown base in the
sample sequence is called by comparing probe intensities of
the sample sequence to probe intensities of the reference
sequence.  For example, suppose the chip wild-type contains

AVI_000071

18

the sequence 5'-AGACCTTGC-3' and it is suspected that the
sample has a possible mutation at the underlined base
position, which is the unknown base that will be called by the
reference method. The "mutation" probes for the sample

5    sequence may be as follows: 3'-GAAA, 3'-GCAA, 3'-GGAA, and
3'-GTAA, where 3'-GGAA is the wild-type probe.

        Suppose further that a reference sequence, which
differs from the chip wild-type by one base mutation, has the
sequence 5'-AGACATTGC-3' where the mutation base is

10   underlined. The "mutation" probes for the reference sequence
may be as follows: 3'-TGAAA, 3'-TGCAA, 3'-TGGAA, and 3'-
TGTAA, where 3'-TGTAA is the reference wild-type probe since
the reference sequence is known. Although generally the
sample and reference sequences were tiled with the same chip

15   wild-type, this is not required, and the tiling methods do not
have to be identical as shown in the example. Thus, the
unknown base will be called by comparing the "mutation" probes
of the sample sequence to the "mutation" probes of the
reference sequence. As before, because each mutation probe is

20   identifiable by the mutation base, the mutation probes'
intensities will be referred to the "base intensities" of
their respective mutation bases.

        As a simple example of one implementation of the
reference method, suppose a gene of interest (target) has the

25   sequence 5'-AAAACTGAAAA-3'. Suppose a reference sequence has
the sequence 5'-AAAACCGAAAA-3', which differs from the target
sequence by the underlined base. The reference sequence is
marked and exposed to probes on a chip with the target
sequence being the chip wild-type. Suppose further that a

30   sample sequence is suspected to have the same sequence as the
target sequence except for a mutation at the underlined base
position in 5'-AAAACTGAAAA-3'. The sample sequence is also
marked and exposed to probes on a chip with the target
sequence being the chip wild-type. After hybridization and

35   scanning, the following probe intensities (not actual data)
were found for the respective complementary probes:

AVI_000072

19

| Reference | | | Sample | | |
|-----------|---|-----|--------|---|----|
| 3'-TGAC | -> | 12 | 3'-GACT | -> | 11 |
| 3'-TGCC | -> | 9 | 3'-GCCT | -> | 30 |
| 3'-TGGC | -> | 80 | 3'-GGCT | -> | 60 |
| 3'-TGTC | -> | 15 | 3'-GTCT | -> | 6 |

Although each fluorescence intensity is from a probe, the
probes may be identified by their unique mutation base so the
bases may be said to have the following intensities:

| Reference | | | Sample | | |
|-----------|---|-----|--------|---|----|
| A | -> | 12 | A | -> | 11 |
| C | -> | 9 | C | -> | 30 |
| G | -> | 80 | G | -> | 60 |
| T | -> | 15 | T | -> | 6 |

Thus, base A of the reference sequence will be described as
having an intensity of 12, which corresponds to the intensity
of the mutation probe with the mutation base A.  The reference
method will now be described as calling the unknown base in
the sample sequence by using these intensities.

Fig. 4A illustrates the high level flow of one
implementation of the reference method.  For illustration
purposes, the reference method is described as filling in the
columns (identified by the numbers along the bottom) of the
analysis table shown in Fig. 4B.  However, the generation of
an analysis table is not necessary to practice the method.
The analysis table is shown to aid the reader in understanding
the method.

At step 402 the four base intensities of the
reference and sample sequences are adjusted by subtracting the
background or "blank" cell intensity from each base intensity.
Each set of "mutation" probes has an associated "blank" cell.
Suppose that the reference "blank" cell intensity is 1 and the
sample "blank" cell intensity is 2.  The base intensities are
then background subtracted as follows:

| Reference | | | Sample | | |
|-----------|---|-------------|--------|---|-------------|
| A | -> | 12 - 1 = 11 | A | -> | 11 - 2 = 9 |
| C | -> | 9 - 1 = 8 | C | -> | 30 - 2 = 28 |
| G | -> | 80 - 1 = 79 | G | -> | 60 - 2 = 58 |
| T | -> | 15 - 1 = 14 | T | -> | 6 - 2 = 4 |

Preferably, if a base intensity is then less than or equal to
zero, the base intensity is set equal to a small positive
number to prevent division by zero or negative numbers in
future calculations.

20

*a*

For identification, the position of ~~the bases~~ *each base* of
interest in the reference and sample sequences is placed in
column 1 of the analysis table.  Also, since the reference
sequence is a known sequence, the base at this position is
5    known and is referred to as the reference wild-type.  The
reference wild-type is placed in column 2 of the analysis
table, which is C for this example.

At step 404 the base intensity associated with the
reference wild-type (column 2 of the analysis table) is
10    checked to see if it has sufficient intensity to call the
unknown base.  In this example, the reference wild-type is C.
However, the base intensity associated with the wild-type is
the G base intensity, which is 79 in this example.  This is
because the base intensities actually represent the
15    complementary "mutation" probes.  The G base intensity is
checked by determining if its intensity is greater than a
predetermined background difference cutoff.  The background
difference cutoff is a number that specifies the intensity the
base intensities must be above the background intensity in
20    order to correctly call the unknown base.  Thus, the base
intensity associated with the reference wild-type must be
greater than the background difference cutoff or the unknown
base is not callable.

If the background difference cutoff is 5, the base
25    intensity associated with the reference wild-type has
sufficient intensity (79 > 5) so a P (pass) is placed in
column 3 of the analysis table as shown at step 406.
Otherwise, at step 407 an F (fail) is placed in column 3 of
the analysis table.

30    At step 408 the ratio of the base intensity
associated with the reference wild-type to each of the
possible bases are calculated.  The ratio of the base
intensity associated with the reference wild-type to itself
will be 1 and the other ratios will usually be greater than 1.
35    The base intensity associated with the reference wild-type is
G so the following ratios are calculated:

AVI_000074

21

```
G:A  -> 79 / 11 = 7.2
G:C  -> 79 /  8 = 9.9
G:G  -> 79 / 79 = 1.0
G:T  -> 79 / 14 = 5.6
```

These ratios are placed in columns 4 through 7 of the analysis table, respectively.

At step 410 the highest base intensity associated with the sample sequence is checked to see if it has sufficient intensity to call the unknown base. The highest base intensity is checked by determining if the intensity is greater than the background difference cutoff. Thus, the highest base intensity must be greater than the background difference cutoff or the unknown base is not callable.

Again, if the background difference cutoff is 5, the highest base intensity, which is G in this example, has sufficient intensity (58 > 5) so a P (pass) is placed in column 8 of the analysis table as shown at step 412. Otherwise, at step 413 an F (fail) is placed in column 8 of the analysis table.

At step 414 the ratios of the highest base intensity of the sample to each of the possible bases are calculated. The ratio of the highest base intensity to itself will be 1 and the other ratios will usually be greater than 1. Thus, the highest base intensity is G so the following ratios are calculated:

```
G:A  -> 58 /  9 =  6.4
G:C  -> 58 / 28 =  2.3
G:G  -> 58 / 58 =  1.0
G:T  -> 58 /  4 = 14.5
```

These ratios are placed in columns 9 through 12 of the analysis table, respectively.

At step 416 if both the reference and sample sequence probes failed to have sufficient intensity to call the unknown base, meaning there is an 'F' in columns 3 and 8 of the analysis table, the unknown base is assigned the code N (insufficient intensity) as shown at step 418. An 'N' is placed in column 17 of the analysis table. Additionally, a confidence code of 9 is placed in column 18 of the analysis table where the confidence codes have the following meanings:

AVI_000075

22

| Code | Meaning |
|------|---------|
| 0 | Probable reference wild-type |
| 1 | Probable mutation |
| 2 | Reference sufficient intensity, insufficient intensity in sample suggests possible mutation |
| 3 | Borderline differences, unknown base ambiguous |
| 4 | Sample sufficient intensity, insufficient intensity in reference to allow comparison |
| 5-8 | Currently unassigned |
| 9 | Insufficient intensity in reference and sample, no interpretation possible |

15    The confidence codes are useful for indicating to the user the resulting analysis of the reference method.

At step 420 if only the reference sequence probes failed to have sufficient intensity to call the unknown base, meaning there is an 'F' in column 3 and a 'P' in column 8 of
20    the analysis table, the unknown base is assigned the code N (insufficient intensity) as shown at step 422. An 'N' is placed in column 17 and a confidence code of 4 is placed in column 18 of the analysis table.

At step 424 if only the sample sequence probes
25    failed to have sufficient intensity to call the unknown base, meaning there is a 'P' in column 3 and a 'F' in column 8 of the analysis table, the unknown base is assigned the code N (insufficient intensity) as shown at step 426. An 'N' is placed in column 17 and a confidence code of 2 is placed in
30    column 18 of the analysis table.

In this example, both the reference and sample sequence probes have sufficient intensity to call the unknown base. At step 428 the ratios of the reference ratios to the sample ratios for each base type are calculated. Thus, the
35    ratio A:A (column 4 to column 9) is placed in column 13 of the analysis table. The ratio C:C (column 5 to column 10) is placed in column 14 of the analysis table. The ratio G:G (column 6 to column 11) is placed in column 15 of the analysis table. Lastly, the ratio T:T (column 7 to column 12) is
40    placed in column 16 of the analysis table. These ratios are calculated as follows:

AVI_000076

23

```
A:A -> 7.2 /  6.4 = 1.1
C:C -> 9.9 /  2.3 = 4.3
G:G -> 1.0 /  1.0 = 1.0
T:T -> 5.6 / 14.5 = 0.4
```

5      The unknown base is called by comparing these ratios of ratios
to two predetermined values as follows.

At step 430 if all the ratios of ratios (columns 13
to 16 of the analysis table) are less than a predetermined
lower ratio cutoff, the unknown base is assigned the code of

10     the reference wild-type as shown at step 432.  Thus, the code
for the reference wild-type (as shown in column 2) would be
placed in column 17 and a confidence code of 0 *would be* placed in
column 18 of the analysis table.

At step 434 if all the ratios of ratios are less

15     than a predetermined upper ratio cutoff, the unknown base is
assigned an ambiguity code that indicates the unknown base may
be any one of the bases that has a complementary ratio of
ratios greater than the lower ratio cutoff and less than the
upper ratio cutoff as shown at step 436.  Thus, if the ratio

20     of ratios for A:A, C:C and G:G are all greater than the lower
ratio cutoff and less than the upper ratio cutoff, the unknown
base would be assigned the code B (meaning "not A").  This is
because the ratios of ratios are complementary to their
respective base as follows:

25         A:A  -> T
           C:C  -> G
           G:G  -> C
so the unknown base *would be* called as being either C, G, or T,
which is identified by the IUPAC code B.  This ambiguity code

30     *would be* placed in column 17 and a confidence code of 3 would be
placed in column 18 of the analysis table.

At step 438 at least one of the ratios of ratios is
greater than the upper ratio cutoff and the unknown base is
called as the base complementary to the highest ratio of

35     ratios.  The code for the base complementary to the highest
ratio of ratios would be placed in column 17 and a confidence
code of 1 *would be* placed in column 18 of the analysis table.

Assume for the purposes of this example that the
lower ratio cutoff is 1.5 and the upper ratio cutoff is 3.

40     Again, the ratios of ratios are as follows:

24

```
A:A  -> 1.1
C:C  -> 4.3
G:G  -> 1.0
T:T  -> 0.4
```

5      As all the ratios of ratios are not less than the upper ratio
       cutoff, the unknown base is called the base complementary to
       the highest ratio of ratios.  The highest ratio of ratios is
       C:C, which has a complementary base G.  Thus, the unknown base
       is called G which is placed in column 17 and a confidence code
10     of 1 is placed in column 18 of the analysis table.

              The example shows how the unknown base in the sample
       nucleic acid sequence was correctly called as base G.
       Although the complementary "mutation" probe associated with
       the base G (3'-GCCT) did not have the highest fluorescence
15     intensity, the unknown base was called as base G because the
       associated "mutation" probe had the highest ratio increase
       over the other "mutation" probes.

              Fig. 5A illustrates the high level flow of another
       implementation of the reference method.  As in the previous
20     implementation, this implementation also compares the probe
       intensities of a reference sequence to the probe intensities
       of a sample sequence.  However, this implementation differs
       conceptually from the previous implementation in that
       neighboring probe intensities are also analyzed, resulting in
25     more accurate base calling.

              As a simple example of this implementation of the
       reference method, suppose a reference sequence has a sequence
       of 5'-AAACCCAATCCACATCA-3', and a sample sequence has a
       sequence of 5'-AAACCCAGTCCACATCA-3', where the mutant base is
30     underlined.  Thus, there is a mutation of A to G.  Suppose
       further that the reference and sample sequences are tiled on
       chips with the reference sequence being the chip wild-type.
       This implementation of the reference method will be described
       as identifying this mutation base.

35            For illustration purposes, this implementation of
       the reference method is described as filling in a data table
       shown in Fig. 5B.  Although the data table contains more data
       than is required for this implementation, the portions of the
       data table that are produced by steps in Fig. 5A are shown

25

with the same reference numerals.  The generation of a data
table is not necessary, however, and is shown to aid the
reader in understanding the method.  The mutant base position
is at position 241 in the reference and sample sequences,
5    which is shown in bold in the data table.

     At step 502 the base intensities of the reference
and sample sequences are adjusted by subtracting the
background or "blank" cell intensity from each base intensity.
Preferably, if a base intensity is then less than or equal to
10   zero, the base intensity is set equal to a small positive
     *number* to prevent division by zero or negative numbers.  In the
data table, data 502A is the background subtracted base
intensities for the reference sequence and data 502B is the
background subtracted base intensities for the sample sequence
15   (also called the "mutant" sequence in the data table).

     At step 504 the base intensity associated with the
reference wild-type is checked to see if it has sufficient
intensity to call the unknown base.  In this example, the
reference wild-type is base A at position 241.  The base
20   intensity associated with the reference wild-type is
identified by a lower case "a" in the left hand column.  Thus,
the base intensities in the data table are not identified by
their complements and the reference wild-type at the mutation
position has an intensity of 385.  The reference wild-type
25   intensity of 385 is checked by determining if its intensity is
greater than a predetermined background difference cutoff.
The background difference cutoff is a number that specifies
the intensity the base intensities must be over the background
intensity in order to correctly call the unknown base.  Thus,
30   the base intensity associated with the reference wild-type
must be greater than the background difference cutoff or the
unknown base is not callable.

     If the base intensity associated with the reference
wild-type is not greater than the background difference
35   cutoff, the wild-type sequence would fail to have sufficient
intensity as shown at step 506.  Otherwise, at step 508 the
wild-type sequence would pass by having sufficient intensity.

26

At step 510 calculations are performed on the background subtracted base intensities of the reference sequence in order to "normalize" the intensities. Each position in the reference sequence has four background

5   subtracted base intensities associated with it. The ratio of the intensity of each base to the sum of the intensities of the possible bases (all four) is calculated, resulting in four ratios, one for each base as shown in the data table. Thus, the following ratios would be calculated at each position in

10  the reference sequence:

$$A \text{ ratio} = A / (A + C + G + T)$$
$$C \text{ ratio} = C / (A + C + G + T)$$
$$G \text{ ratio} = G / (A + C + G + T)$$
$$T \text{ ratio} = T / (A + C + G + T)$$

15  At position 241, A ratio would be the wild-type ratio. These ratios are generally calculated in order to "normalize" the intensity data as the photon counts may vary widely from experiment to experiment. Thus, the ratios provide a way of reconciling the intensity variations across experiments.

20  Preferably, if the photon counts do not vary widely from experiment to experiment, the probe intensities do not need to be "normalized."

At step 512 the highest base intensity associated with the sample sequence is checked to see if it has

25  sufficient intensity to call the unknown base. The intensity is checked by determining if the highest intensity sample base is greater than the background difference cutoff. If the intensity is not greater than the background difference cutoff, the sample sequence fails to have sufficient intensity

30  as shown at step 514. Otherwise, at step 516 the sample sequence passes by having sufficient intensity.

At step 518 calculations are performed on the background subtracted base intensities of the sample sequence in order to "normalize" the intensities. Each position in the

35  sample sequence has four background subtracted base intensities associated with it. The ratios of the intensity of each base to the sum of the intensities of the possible bases (all four) are calculated, resulting in four ratios, one for each base as shown in the data table.

AVI_000080

27

At step 520 if either the reference or sample sequences failed to have sufficient intensity, the unknown base is assigned the code N (insufficient intensity) as shown at step 522.

5      At step 524 the normalized base ~~intensities~~ *intensity ratios* of the reference sequence are subtracted from the normalized base *intensity ratios* ~~intensities~~ of the sample sequence. Thus, at each position the following calculations are performed:

10
```
A Difference = Sample A Ratio - Reference A Ratio
C Difference = Sample C Ratio - Reference C Ratio
G Difference = Sample G Ratio - Reference G Ratio
T Difference = Sample T Ratio - Reference T Ratio
```

where the reference and sample ratios are calculated at steps 510 and 518, respectively. The base differences resulting

15    from these calculations are shown in the data table.

At step 526 each position is checked to see if there is a base difference greater than an upper difference cutoff and a base difference lower than a lower difference cutoff. For example, Fig. 5C shows a graph the normalized sample base

20    intensities minus the normalized reference base intensities. Suppose that the upper difference cutoff is 0.15 and the lower difference cutoff is -0.15 as shown by the horizontal lines in Fig. 5C. At the mutation position (labeled with a reference 0), the G difference is 0.28 which is greater than 0.15, the

25    upper difference cutoff. Similarly, the A difference is -0.32 which is less than -0.15, the lower difference cutoff. As there is a base difference above the upper difference cutoff and a base difference below the lower difference cutoff, there may be mutation at this position.

30    If there ~~is not~~ *neither* a base difference above the upper difference cutoff ~~and~~ *nor* a base difference below the lower difference cutoff, the base at that position is assigned the code of the reference wild-type base as shown at step 528.

At step 530 the ratio of the highest background

35    subtracted base intensity in the sample to the background subtracted reference wild-type base intensity is calculated. For example, at the mutation position 241 in the data table, the highest background subtracted base intensity in the sample is 571 (base G). The background subtracted reference wild-

AVI_000081

28

type base intensity is 385 (base A).  Thus, the ratio of
571:385 is calculated and results in 1.48 as shown in the data
table.

5        At step 532 these ratios are compared to a ratio at
a neighboring position.  The ratio for the $n^{th}$ position is
subtracted from the ratio for the $r^{th}$ position, where r = n +
1.  For example, at the mutation position 241 in the data
table, the ratio at position 242 (which equals 1.02) is
subtracted from the ratio at position 241 (which equals 1.48).
10    It has been found that a mutant can be confidently detected by
analyzing the difference of these neighboring ratios.

Fig. 5D shows other graphs of data in the data
table.  Of particular importance is the graph identified as
532 because this is a graph of the calculations at step 532.
15    The pattern shown in a box in graph 532 has been found to be
characteristic of a mutation.  Thus, if this pattern is
detected, the base is called as the base (or bases) with a
normalized difference greater than the upper difference cutoff
as shown at step 536.  For example, the pattern was detected
20    and at step 526 it was shown that base G had a normalized
difference of 0.28, which is greater than the upper difference
cutoff of 0.15.  Therefore, the base at position 241 in the
sample sequence is called a base G, which is a mutation from
the reference sequence (A to G).

25        If the pattern is not detected at step 534, the base
at that position is assigned the code of the reference wild-
type base as shown at step 538.

This second implementation of the reference method
is preferable in some instances as it takes into account probe
30    intensities of neighboring probes.  The first
implementation may not have detected the A to G mutation in
this example.

The advantage of the reference method is that the
correct base can be called even in the presence of significant
35    levels of cross-hybridization, as long as ratios of
intensities are fairly consistent from experiment to
experiment.  In practice, the number of miscalls and
ambiguities is significantly reduced, while the number of

AVI_000082

29

correct calls is actually increased, making the reference
method very useful for identifying candidate mutations.  The
reference method has also been used to compare the
reproducibility of experiments in terms of base calling.

5

IV.  Statistical Method

        The statistical method is a method of calling bases
in a sample nucleic acid sequence.  The statistical method
utilizes the statistical variation across experiments to call
10  the bases.  Therefore, the statistical method is as good at
calling bases if data from multiple experiments is available
and the data is fairly consistent among the experiments.  The
method compares the probe intensities of a sample sequence to
statistics of probe intensities of a reference sequence in
15  multiple experiments.

        For simplicity, the statistical method will be
described as being used to identify one unknown base in a
sample nucleic acid sequence.  In practice, the method is used
to identify many or all the bases in a nucleic acid sequence.

20      The unknown base will be called by comparing the
probe intensities of a sample sequence to statistics on probe
intensities of a reference sequence in multiple experiments.
Generally, the probe intensities of the sample sequence and
the reference sequence experiments are from chips having the
25  same chip wild-type.  However, the reference sequence may or
may not be equal to the chip wild-type, as it may have
mutations.

        A base at the same position in the reference and
sample sequences will be associated with up to four mutation
30  probes and a "blank" cell.  As before, because each mutation
probe is identifiable by the mutation base, the mutation
probes' intensities will be referred to as the "base
intensities" of their respective mutation bases.

        As a simple example of the statistical method,
35  suppose a gene of interest (target) has the sequence 5'-
AAAACTGAAAA-3' (SEQ ID NO:4)  Suppose a reference sequence has the sequence
5'-AAAACCGAAAA-3' (SEQ ID NO:5), which differs from the target sequence by
the underlined base.  Suppose further that a sample sequence

30

is suspected to have the same sequence as the target sequence except for a T base mutation at the underlined base position in 5'-AAAACTGAAAA-3'. (SEQ ID NO: 4) Suppose that in multiple experiments the reference sequence is marked and exposed to probes on a chip. Suppose further the sample sequence is also marked and exposed to probes on a chip.

The following are complementary "mutation" probes that could be used for a reference experiment and the sample sequence:

| Reference | Sample |
|-----------|--------|
| 3'-TGAC | 3'-GACT |
| 3'-TGCC | 3'-GCCT |
| 3'-TGGC | 3'-GGCT |
| 3'-TGTC | 3'-GTCT |

The "mutation" probes shown for the reference sequence may be from only one experiment, the other experiments may have different "mutation" probes, chip wild-types, tiling methods, and the like. Although each fluorescence intensity is from a probe, since the probes may be identified by their unique mutation bases, the probe intensities may be identified by their respective bases as follows:

| Reference | | Sample | |
|-----------|-------|--------|-------|
| 3'-TGAC | -> A | 3'-GACT | -> A |
| 3'-TGCC | -> C | 3'-GCCT | -> C |
| 3'-TGGC | -> G | 3'-GGCT | -> G |
| 3'-TGTC | -> T | 3'-GTCT | -> T |

Thus, base A of the reference sequence will be described as having an intensity which corresponds to the intensity of the mutation probe with the mutation base A. The statistical method will now be described as calling the unknown base in the sample sequence by using this example.

Fig. 6 illustrates the high level flow of the statistical method. At step 602 the four base intensities associated with the sample sequence and each of the multiple reference experiments are adjusted by subtracting the background or "blank" cell intensity from each base intensity. Preferably, if a base intensity is then less than or equal to zero, the base intensity is set equal to a small positive number to prevent division by zero or negative numbers.

At step 604 the intensities of the reference wild-type bases in the multiple experiments are checked to see if

AVI_000084

31

they all have sufficient intensity to call the unknown base.
The intensities are checked by determining if the intensity of
the reference wild-type base of an experiment is greater than
a predetermined background difference cutoff.  The wild-type
5   probe shown earlier for the reference sequence is 3'-TGGC, and
thus the G base intensity is the wild-type base intensity.
These steps are analogous to steps in the other two methods
described herein.

If the intensity of any one of the reference wild-
10  type bases is not greater than the background difference
cutoff, the wild-type experiments fail to have sufficient
intensity as shown at step 606.  Otherwise, at step 608 the
wild-type experiments pass by having sufficient intensity.

At step 610 calculations are performed on the
15  background subtracted base intensities of each of the
reference experiments in order to "normalize" the intensities.
Each reference experiment has four background subtracted base
intensities associated with it: one wild-type and three for
the other possible bases.  In this example, the G base
20  intensity is the wild-type, the A, C, and T base intensities
being the "other" intensities.  The ratios of the intensity of
each base to the sum of the intensities of the possible bases
(all four) are calculated, giving one wild-type ratio and
three "other" ratios.  Thus, the following ratios would be
25  calculated:

A ratio = A / (A + C + G + T)
C ratio = C / (A + C + G + T)
G ratio = G / (A + C + G + T)
T ratio = T / (A + C + G + T)

30  where G ratio is the wild-type ratio and A, C, and T ratios
are the "other" ratios.  These four ratios are calculated for
each reference experiment.  Thus if the number of reference
experiments is n, there would be 4n ratios calculated.  These
ratios are generally calculated in order to "normalize" the
35  intensity data as the photon counts may vary widely from
experiment to experiment.  However, if the probe intensities
do not vary widely from experiment to experiment, the probe
intensities do not need to be "normalized."

32

At step 612 statistics are prepared for the ratios
calculated for each of the reference experiments.  As stated
before, each reference experiment will be associated with one
wild-type ratio and three "other" ratios.  The mean and
5   standard deviation are calculated for all the wild-type
ratios.  The mean and standard deviation are also calculated
for each of the other ratios, resulting in three other means
and standard deviations for each of the bases that is not the
wild-type base.  Therefore, the following would be calculated:
10          Mean and standard deviation of A ratios
            Mean and standard deviation of C ratios
            Mean and standard deviation of G ratios
            Mean and standard deviation of T ratios
where the mean and standard deviation of the G ratios are also
15  known as the wild-type mean and the wild-type standard
deviation, respectively.  The mean and standard deviation of
the A, C, and T means and standard deviations are also known
collectively as the "other" means and standard deviations.
        Suppose that the preceding calculations produced the
20  following data:
            A ratios  ->    mean = 0.16    std. dev. = 0.003
            C ratios  ->    mean = 0.03    std. dev. = 0.002
            G ratios  ->    mean = 0.71    std. dev. = 0.050
            T ratios  ->    mean = 0.11    std. dev. = 0.004
25          In one embodiment, the steps up to and including
step 612 are performed in a preprocessing stage for the
multiple wild-type experiments.  The results of the
preprocessing stage are stored in a file so that the reference
calculations do not have to be repeatedly calculated, improving
30  results in increased performance.  Microfiche Appendices C and
D contain the programming code to perform the preprocessing
stage.
        At step 614 the highest base intensity associated
with the sample sequence is checked to see if it has
35  sufficient intensity to call the unknown base.  The intensity
is checked by determining if the highest intensity unknown
base is greater than the background difference cutoff.  If the
intensity is not greater than the background difference
cutoff, the sample sequence fails to have sufficient intensity

AVI_000086

33

as shown at step 616. Otherwise, at step 618 the sample
sequence passes by having sufficient intensity.

At step 620 calculations are performed on the four
5   background subtracted intensities of the sample sequence. The
ratio of the background subtracted intensity of each base to
the sum of the background subtracted intensities of the
possible bases (all four) is calculated, giving four ratios,
one for each base. For consistency, the ratio associated with
the reference wild-type base is called the wild-type ratio,
10  with there being three "other" ratios. Thus, the following
ratios would be calculated:

          A ratio = A / (A + C + G + T)
          C ratio = C / (A + C + G + T)
          G ratio = G / (A + C + G + T)
15        T ratio = T / (A + C + G + T)

where ratio G is the wild-type ratio and ratios A, C, and T
are the "other" ratios.

Suppose the background subtracted intensities
associated with the sample are as follows:

20        A    -> 310
          C    -> 50
          G    -> 26
          T    -> 100

Then, the corresponding ratios would be as follows:

25        A ratio = 310 / (310 + 50 + 26 + 100) = 0.64
          C ratio =  50 / (310 + 50 + 26 + 100) = 0.10
          G ratio =  26 / (310 + 50 + 26 + 100) = 0.05
          T ratio = 100 / (310 + 50 + 26 + 100) = 0.21

At step 622 if either the reference experiments or
30  the sample sequence failed to have sufficient intensity, the
unknown base is assigned the code N (insufficient intensity)
as shown at step 624.

At step 626 the wild-type and "other" ratios
associated with the sample sequence are compared to
35  statistical expressions. The statistical expressions include
four predetermined standard deviation cutoffs, one associated
with each base. Thus, there is a standard deviation cutoff
for each of the bases A, C, G, and T. The standard deviation
cutoffs allow the unknown base to be called with higher
40  precision because each standard deviation cutoff can be set to

AVI_000087

34

a different value.  Suppose the standard deviation cutoffs are
set as follows:

        A standard deviation cutoff    -> 4
        C standard deviation cutoff    -> 2
5        G standard deviation cutoff    -> 8
        T standard deviation cutoff    -> 4

The wild-type base ratio associated with the sample is
compared to a corresponding statistical expression:

        WT ratio ≥ WT mean - (WT std. dev. * WT base std.
10        dev. cutoff)

where the WT base std. dev. cutoff is the standard deviation
cutoff for the wild-type base.  As the wild-type base is G,
the above comparison solves to the following:

        0.05 ≥ 0.71 - (0.050 * 8)
15        0.05 ≥ 0.31

which is not a true expression (0.05 is not greater than
0.31).

        Each of the "other" ratios associated with the
sample is compared to a corresponding statistical expression:

20        Other ratio > Other mean + (Other std. dev. * Other
        base std. dev. cutoff)

where the Other base std. dev. cutoff is the standard
deviation cutoff for the particular "other" base.  Thus, the
above comparison solves to the following three expressions:

25        A    ->    0.64 > 0.16 + (0.003 * 4)
                    0.64 > 0.17
        C    ->    0.10 > 0.03 + (0.002 * 2)
                    0.10 > 0.03
        T    ->    0.21 > 0.11 + (0.004 * 4)
30                    0.21 > 0.13

which are all true expressions.

        At step 628 if only the wild-type ratio of the
sample sequence was greater than the statistical expression,
the unknown base is assigned the code of the reference wild-
35 type base as shown at step 630.

        At step 632 if one or more of the "other" ratios of
the sample sequence were greater than their respective
statistical expressions, the unknown base is assigned an
ambiguity code that indicates the unknown base may be any one
40 of the complements of these bases, including the reference
wild-type.  In this example, the "other" ratios for A, C, and
T were all greater than their corresponding statistical

AVI_000088

35

expression.  Thus, the unknown base would be called the
complements of these bases, represented by the subset T, G,
and A.  Thus, the unknown base would be assigned the code D
(meaning "not C").

5          If none of the ratios are greater than their
respective statistical expressions, the unknown base is
assigned the code X (insufficient discrimination) as shown at
step 636.

           The statistical method provides accurate base
10  calling because it utilizes statistical data from multiple
reference experiments to call the unknown base.  The
statistical method has also been used to implement confidence
estimates and calling of mixed sequences.

15  V.   Pooling Processing
           The present invention provides pooling processing
which is a method of processing reference and sample nucleic
acid sequences together to reduce variations across individual
experiments.  In the representative embodiment discussed
20  herein, the reference and sample nucleic acid sequences are
labeled with *different* fluorescent markers emitting light at different
wavelengths.  However, the nucleic acids may be labeled with
other types of markers including distinguishable radioactive
markers.

25          After the reference and sample nucleic acid
sequences are labeled with different color fluorescent
markers, the labeled reference and sample nucleic acid
sequences are then combined and processed together.  An
apparatus for detecting targets labeled with different markers
30  is provided in U.S. Application No. 08/195,889 and is hereby
incorporated by reference for all purposes.

           Fig. 7 illustrates the pooling processing of a
reference and sample nucleic acid sequence.  At step 702 a
reference nucleic acid sequence is marked with a fluorescent
35  dye, such as a fluorescein.  At step 704 a sample nucleic acid
sequence is marked with a dye that, upon excitation, emits
light ~~that~~ *that of* of a different wavelength than the fluorescent dye

36

of the reference sequence.  For example, the sample nucleic
acid sequence may be marked with rhodamine.

At step 706 the labeled reference sequence and the
labeled sample sequence are combined.  After this step,
5    processing continues in the same manner as for only one
labeled sequence.  At step 708 the sequences are fragmented.
The fragmented nucleic acid sequences are then hybridized on a
chip containing probes as shown at step 710.

At step 712 a scanner generates image files that
10   indicate the locations where the labeled nucleic acids bound
to the chip.  In general, the scanner generates an image file
by focusing excitation light on the hybridized chip and
detecting the fluorescent light that is emitted.  The marker
emitting the fluorescent light can be identified by the
15   wavelength of the light.  For example, the fluorescence peak
of fluorescein is about 530 nm while that of a typical
rhodamine dye is about 580 nm.

The scanner creates an image file for the data
associated with each fluorescent marker, indicating the
20   locations where the correspondingly labeled nucleic acid bound
to the chip.  Based upon an analysis of the fluorescence
intensities and locations, it becomes possible to extract
information such as the monomer sequence of DNA or RNA.

Pooling processing reduces variations across
25   individual experiments because much of the test environment is
common.  Although pooling processing has been described as
being used to improve the combined processing of reference and
sample nucleic acid sequences, the process may also be used
for two reference sequences, two sample sequences, or multiple
30   sequences by utilizing multiple distinguishable markers.

VI.  Comparative Analysis (ViewSeq™)

The present invention provides a method of
comparative analysis and visualization of multiple
35   experiments.  The method allows the intensity ratio,
reference, and statistical methods to be run on multiple
datafiles simultaneously.  This permits different experimental
conditions, sample preparations, and analysis parameters to be

37

compared in terms of their effects on sequence calling. The
method also provides verification and editing functions, which
are essential to reading sequences, as well as navigation and
analysis tools.

5          Fig. 8 illustrates the main screen and the
associated pull down menus for comparative analysis and
visualization of multiple experiments. *(SEQ ID NO:8 and SEQ ID NO:9)* The windows shown are
from an appropriately programmed Sun Workstation. However,
the comparative analysis software may also be implemented on
10   or ported to a personal computer, including IBM PCs and
compatibles, or other workstation environments. A window 802
is shown having pull down menus for the following functions:
File 804, Edit 806, View 808, Highlight 810, and Help 812.

          The main section of the window is divided into a
15   reference sequence area 814 and a sample sequence area 816.
The reference sequence area is where known sequences are
displayed and is divided into a reference name subarea 818 and
reference base subarea 820. The reference name subarea is
shown with *the* filenames that contain the reference sequences.
20   The chip wild-type is identified by the filename with the
extension ".wt#" where the # indicates a unit on the chip.
The reference base subarea contains the bases of the reference
sequences. A capital C 822 is displayed to the right of the
reference sequence that is the chip wild-type for the current
25   analysis. Although the chip wild-type sequence has associated
fluorescence intensities, the other reference sequences shown
below the chip wild-type may be known sequences that have not
been tiled on the chip. These may or may not have associated
fluorescence intensities. The reference sequences other than
30   the chip wild-type are used for sequence comparisons and may
be in the form of simple ASCII text files.

          Sample sequence area 816 is where sample or unknown
experimental sequences are displayed for comparison with the
reference sequences. The sample sequence area is divided into
35   a sample name subarea 824 and sample base subarea 826. The
sample name subarea is shown with filenames that contain the
sample sequences. The filename extensions indicate the method
used to call the sample sequence where ".cq#" denotes the

AVI_000091

38

intensity ratio method, ".rq#" denotes the reference method, and ".sq#" denotes the statistical method (# indicates the unit on the chip). The sample base subarea contains the bases of the sample sequences. The bases of the sample sequences

5    are identified by the codes previously set forth which, for the most part, conform to the IUPAC standard.

Window 802 also contains a message panel 828. When the user selects a base with an input device in the reference or sample base subarea, the base becomes highlighted and the

10    pathname of the file containing the base is displayed in the message panel. The base's position in the nucleic acid sequence is also displayed in the message panel.

In pull down menu File 804, the user is able to load files of experimental sequences that have been tiled and

15    scanned on a chip. There is a chip wild-type associated with each experimental sequence. The chip wild-type associated with the first experimental sequence loaded is read and shown as the chip wild-type in reference sequence area 814. The user is also able to load files of known nucleic acid

20    sequences as reference sequences for comparison purposes. As before, these known reference sequences may or may not have associated probe intensity data. Additionally, in this menu the user is able to save sequences that are selected on the screen into a project file that can be loaded in at a later

25    time. The project file also contains any linkage of the sequences, where sequences are linked for comparison purposes.  *sequences to be saved*  ~~Individual sequences~~, both reference and sample, are ~~selected~~ *chosen* by selecting the sequence filename with an input device in the reference or sample name subareas.

30    In pull down menu Edit 806, the user is able to link together sequences in the reference and sample sequence areas. After the user has selected one reference and one or more sample sequences, the sample sequences can be linked to the reference sequence by selecting an entry in the pull down

35    menu. Once the sequences are linked, a link number 830 is displayed next to each of the linked sequences. Each group of linked sequences is associated with a unique link number, so the user can easily identify which sequences are linked

AVI_000092

39

together.  Linking sequences permits the user to more easily
compare the linked sequences.  *sequences in related interest*  The user is also able to remove
and display links in this menu.

In pull down menu View 808, the user is able to
5    display intensity graphs for selected bases.  Once a base is
selected in the reference or sample base subareas, the user
may request an intensity graph showing the hybridized probe
intensities of the selected base and a delineated neighborhood
of bases near the selected base.  Intensity graphs may be
10    displayed for one or multiple selected bases.  The user is
also able to prepare comment files and reports *from* in this menu.

Fig. 9 illustrates an intensity graph window for a
*(SEQ ID NO: 30 and SEQ ID NO: 31)*
selected base at position 120.  The filename containing the
sequence data is displayed at 904.  The graph shows the
15    intensities for each of the hybridized probes associated with
a base.  Each grouping of four vertical bars on the graph,
which are labeled as "a", "c", "g", and "t" on line 906, shows
the background subtracted intensities of probes having the
indicated substitution base.  In one embodiment, the called
20    bases are shown in red.  The wild-type base is shown at line
908, the called base is shown at line 910, and the base
position is shown at line 912.  In Fig. 9, the base selected
is at position 120, as shown by arrow 914.  The wild-type base
at this position is T; however, the called base is M which
25    means the base is either A or C (amino).  The user is able to
use intensity graphs to visually compare the intensities of
each of the possible calls.

Fig. 10 illustrates multiple intensity graph windows
*(SEQ ID NO: 32, SEQ ID NO: 33, SEQ ID NO: 34, and SEQ ID NO: 35)*
for selected bases.  There are three intensity graph windows
30    1002, 1004, and 1006 as shown.  Each window may be associated
with a different experiment, where the sequence analyzed in
the experiment may be either a reference (if it has associated
probe intensity data as in the chip wild-type) or a sample
sequence.  The windows are aligned and a rectangular box 1008
35    shows the selected bases' position in each of the sequences
(position 162 in Fig. 10).  The rectangular box aids the user
in identifying the selected bases.

40

Referring again to Fig. 8, in pull down menu
Highlight 810, the user is able to compare the sequences of
references and samples. At least four comparisons are
available to the user, including the following: sample
5    sequences to the chip wild-type sequence, sample sequences to
any reference sequences, sample sequences to any linked
reference sequences, and reference sequences to the chip wild-
type sequence. For example, after the user has linked a
reference and sample sequence, the user can compare the bases
10   in the linked sequences. Bases in the sample sequence that
are different from the reference sequence will then be
indicated on the display device to the user (e.g., base is
shown in a different color). In another example, the user is
able to perform a comparison that will help identify sample
15   sequences. After a sample is linked to multiple reference
sequences, each base in the sample sequence that does not
match the wild-type sequence is checked to see if it matches
one of the linked reference sequences. The bases that match a
linked reference sequence will then be indicated on the
20   display device to the user. The user may then more easily
identify the sample sequence as being one of the reference
sequences.

In pull down menu Help 812, the user is able to get
information and instructions regarding the comparative
25   analysis program, the calling methods, and the IUPAC
definitions used in the program.

Fig. 11 illustrates the intensity ratio method
correctly calling a mutation in solutions with varying
concentrations. A window 1102 is shown with a chip wild-type
30   1104 and a mutant sequence 1106. The mutant sequence differs
from the chip wild-type at the position indicated by the
rectangular box 1108. The chip wild-type and mutant sequences
are a region of HIV Pol Gene spanning mutations occurring in
AZT drug therapy.

35   There are seven sample sequences that are called
using the intensity ratio method. The sample sequences are
actually solutions of different proportions of the chip wild-
type sequence and the mutant sequence. Thus, there are sample

AVI_000094

41

solutions 1110, 1112, 1114, 1116, 1118, 1120, and 1122.  The
solutions are 15-mer tilings across the chip wild-type with
increased percentages of the mutant sequence from 0 to 100% by
weight.  The following shows the proportions of the sample
5   solutions:

| Sample Solution | Chip Wild-Type:Mutant |
|---|---|
| 1110 | 100:0 |
| 1112 | 90:10 |
| 1114 | 75:25 |
| 1116 | 50:50 |
| 1118 | 25:75 |
| 1120 | 10:90 |
| 1122 | 0:100 |

For example, sample solution 1114 contains 75% chip wild-type
15   sequence and 25% mutant sequence.

Now referring to the bases called in rectangular box
1108 for the sample solutions, the intensity ratio method
correctly calls sample solution 1110 as having a base A as in
the chip-wild type sequence.  This is correct because sample
20   solution 1110 is 100% chip wild-type sequence.  The intensity
ratio method also calls sample solution 1112 as having a base
A because the sample solution is 90% chip wild-type sequence.

The intensity ratio method calls the identified base
in sample solutions 1114 and 1116 as being an R, which is an
25   ambiguity IUPAC code denoting A or G (purine).  This also a
correct base call because the sample solutions have from 75%
to 50% chip-wild type sequence and from 25% to 50% mutation
sequence.  Thus, the intensity ratio method correctly calls
the base in this transition state.

30   Sample solutions 1118, 1120, and 1122 are called by
the intensity ratio method as having a mutation base G at the
specified location.  This is a correct base call because the
sample solutions primarily consist of the mutation sequence
(75%, 90%, and 100% respectively).  Again, the intensity ratio
35   method correctly called the bases.

These experiments also show that the base calling
methods of the present invention may also be used for
solutions of more than one nucleic acid sequence.

Fig. 12 illustrates the reference method correctly
40   calling a mutant base where the intensity ratio method
(SEQ ID NO:36, SEQ ID NO:37, SEQ ID NO:38 and SEQ ID NO:39)
incorrectly called the mutant base.  There are three intensity

42

graph windows 1202, 1204, and 1206 as shown.  The windows are
aligned and a rectangular box 1208 outlines the bases of
interest.  Window 1202 shows a sample sequence called using
the intensity ratio method.  However, the base in the
5    rectangular box 1208 was incorrectly called base C because
there is actually a base A at that position.  The intensity
ratio method incorrectly called the base as C because the
probe intensity associated with base C is much higher than the
other probe intensities.

10         Window 1204 shows a reference sequence called using
the intensity ratio method.  As the reference sequence is
known, it is not necessary to know the method used to call the
reference sequence.  However, it is important to have probe
intensities for a reference sequence to use the reference
15   method.  The reference sequence has a base C at the position
indicated by the rectangular box.

         Window 1206 shows the sample sequence called using
the reference method.  The reference method correctly calls
the specified base as being base A.  Thus, for some cases the
20   reference method is preferable to the intensity ratio method
because it compares probe intensities of a sample sequence to
probe intensities of a reference sequence.

         VII. Examples

25

         Example 1

         The intensity ratio method was used in sequence
analysis of various polymorphic HIV-1 clones using a protease
chip.  Single stranded DNA of a 382 nt region was used with 4
30   different clones (HXB2, SF2, NY5, pPol4mut18).  Results were
compared to results from an ABI sequencer.  The results are
illustrated below:

AVI_000096

43

| | ABI | | Protease Chip | |
|---|---|---|---|---|
| | Sense | Antisense | Sense | Antisense |
| No call | 0 | 4 | 9 | 4 |
| Ambiguous | 6 | 14 | 17 | 8 |
| Wrong call | 2 | 3 | 3 | 1 |
| TOTAL | 8 | 21 | 29 | 13 |

SUMMARY
ABI (sense) - 99.5%
Chip (sense) - 98.1%

ABI (antisense) - 98.6%
Chip (antisense) - 99.1%

Example 2

HIV protease genotyping was performed using the described chips and Callseq™ intensity ratio calculations. Samples were evaluated from AIDS patients before and after ddI treatment. Results were confirmed with ABI sequencing.

Fig. 13 illustrates the output of the ViewSeq™ program with four pretreatment samples and four posttreatment samples. Note the mutation at position 207 where a mutation has arisen. Even adjacent two additional mutations (gt), the "a" mutation has been properly detected.

VIII. Appendices

The Microfiche appendices (copyright Affymetrix, Inc.) provide C++ source code and header files for implementing the present invention. Appendix A contains the source code files (.cc files) for Callseq™, which is a base calling program that implements the intensity ratio, reference, and statistical methods of the present invention. Appendix B contains the header files (.h files) for Callseq™. Appendices C and D contain the source code and header files, respectively, for a program that performs a preprocessing stage for the statistical method of Callseq™.

Appendix E contains the source code and header files for ViewSeq™, which is a comparative analysis and visualization program according to the present invention. Appendices A-E are written for a Sun Workstation.

44

The above description is illustrative and not
restrictive. Many variations of the invention will become
apparent to those of skill in the art upon review of this
disclosure. Merely by way of example, while the invention is
5    illustrated with particular reference to the evaluation of DNA
(natural or unnatural), the methods can be used in the
analysis from chips with other materials synthesized thereon,
such as RNA. The scope of the invention should, therefore, be
determined not with reference to the above description, but
10    instead should be determined with reference to the appended
claims along with their full scope of equivalents.

AVI_00009

WHAT IS CLAIMED IS:

**CallSeq™**

1. In a computer system, a method of identifying an unknown base in a sample nucleic acid sequence, said method comprising the steps of:

inputting a plurality of probe intensities, each of said probe intensities being associated with a probe on a chip;

said computer system comparing said plurality of probe intensities wherein each of said plurality of probe intensities is substantially proportional to a probe hybridizing with at least one sequence; and

calling said unknown base according to said comparison of said plurality of probe intensities.

2. The method of claim 1, wherein said at least one sequence includes said sample sequence.

3. The method of claim 2, further comprising the step of said computer system calculating a ratio of a higher probe intensity to a lower probe intensity.

4. The method of claim 3, further comprising the step of calling said unknown base as being a base complement of said probe associated with said higher probe intensity if said ratio is greater than a predetermined ratio value.

5. The method of claim 3, wherein said ratio is approximately 1.2.

6. The method of claim 2, further comprising the step of sorting said plurality of probe intensities.

7. The method of claim 1, wherein said at least one sequence includes said sample sequence and a reference sequence.

8.   The method of claim 7, further comprising the
step of said computer system comparing probe intensities of a
probe hybridizing with said sample sequence to probe
intensities hybridizing with said reference sequence.

9.   The method of claim 7, further comprising the
step of calculating first ratios of a wild-type probe
intensity to each probe intensity of a probe hybridizing with
said reference sequence, wherein said wild-type probe
intensity is associated with a wild-type probe.

10.   The method of claim 9, further comprising the
step of calculating second ratios of the highest probe
intensity of a probe hybridizing with said sample sequence to
each probe intensity of a probe hybridizing with said sample
sequence.

11.   The method of claim 10, further comprising the
step of calculating third ratios of said first ratios to said
second ratios.

12.   The method of claim 7, further comprising the
step of comparing neighboring probe intensities of said
plurality of probe intensities.

13.   The method of claim 7, wherein probe
intensities of a probe hybridizing with said reference
sequence are from a plurality of experiments.

14.   The method of claim 13, further comprising the
step of said computer system comparing probe intensities of a
probe hybridizing with said sample sequence to statistics
about said plurality of experiments.

15.   The method of claim 14, wherein said statistics
include a mean and standard deviation.

87

16. The method of claim 13, further comprising the
step of normalizing said plurality of probe intensities by
dividing each probe intensity by a sum of related probe
intensities.

17. The method of claim 1, further comprising the
step of subtracting a background intensity from each of said
plurality of probe intensities.

18. The method of claim 1, further comprising the
step of setting a probe intensity equal to a relative small
positive number if said probe intensity is less than or equal
to zero.

19. The method of claim 1, further comprising the
step of indicating said unknown base is unable to be called if
said plurality of probe intensities have insufficient
intensity to call said unknown base.

20. The method of claim 1, wherein said unknown
base is called as being A, C, G, or T.

**Pooling Processing**

21. A method of processing first and second nucleic
acid sequences, comprising the steps of:
     providing a plurality of nucleic acid probes;
     labeling said first nucleic acid sequence with a
first marker;
     labeling said second nucleic acid sequence with a
second marker; and
     hybridizing said first and second labeled nucleic
acid sequences at the same time.

22. The method of claim 21, wherein said plurality
of nucleic acid probes are on a chip.

88
88

1    23.  The method of claim 21, further comprising the
2    step of fragmenting said first and second nucleic acid
3    sequences at the same time.

1    24.  The method of claim 21, further comprising the
2    step of scanning for said first and second markers on said
3    chip, said first and second labeled nucleic acid sequences
4    being on said chip.

1    25.  The method of claim 21, wherein said first and
2    second markers are fluorescent markers.

1    26.  The method of claim 25, wherein said first and
2    second markers emit light at different wavelengths upon
3    excitation.

**ViewSeq™**
1    27.  In a computer system, a method of analyzing a
2    plurality of sequences of bases, said plurality of sequences
3    including at least one reference sequence and at least one
4    sample sequence, the method comprising the steps of:
5         displaying said at least one reference sequence in a
6    first area on a display device; and
7         displaying said at least one sample sequence in a
8    second area on said display device;
9         whereby a user is capable of visually comparing said
10   plurality of sequences.

1    28.  The method of claim 27, wherein said plurality
2    of sequences are monomer strands of DNA or RNA.

1    29.  The method of claim 27, wherein said bases are
2    A, C, G, or T.

1    30.  The method of claim 27, wherein said at least
2    one reference sequence includes a chip wild-type that has been
3    tiled on a chip.

AVI_000102

89
48

31. The method of claim 30, wherein said chip wild-type sequence is displayed as a first sequence in said first area.

32. The method of claim 30, further comprising the step of displaying a label in said first area to identify said chip wild-type sequence.

33. The method of claim 32, wherein said label is a capital C.

34. The method of claim 27, wherein said at least one sample sequence has been hybridized on a chip.

35. The method of claim 27, further comprising the step of indicating bases that differ among a plurality of user selected sequences.

36. The method of claim 27, further comprising the steps of:
   displaying a name associated with each of said at least one reference sequence in said first area; and
   displaying a name associated with each of said at least one sample sequence in said second area.

37. The method of claim 27, further comprising the step of linking at least one reference sequence in said first area with at least one sample sequence in said second area.

38. The method of claim 37, further comprising the step of indicating on said display device which sequences are linked.

39. The method of claim 38, wherein said indicating step includes the step of displaying a common symbol next to said linked sequences.

*90*
*50*

1         40. The method of claim 39, wherein said common
2 symbol is a link number.

1         41. The method of claim 37, further comprising the
2 step of indicating bases of said at least one sample sequence
3 that are not equal to a corresponding base in said at least
4 one reference sequence.

1         42. The method of claim 27, wherein said at least
2 one reference sequence and said at least one sample sequence
3 are aligned on said display device.

1         43. The method of claim 27, further comprising the
2 step of exposing sequences to probes.

1         44. The method of claim 43, further comprising the
2 step of evaluating said exposed sequences according to
3 hybridization with said probes.

91
51

# COMPUTER-AIDED VISUALIZATION AND ANALYSIS SYSTEM
## FOR SEQUENCE EVALUATION

### ABSTRACT OF THE DISCLOSURE

5          A computer system for analyzing nucleic acid
sequences is provided.  The computer system is used to perform
multiple methods for determining unknown bases by analyzing
the fluorescence intensities of hybridized nucleic acid
probes.  The results of individual experiments are improved by
10    processing nucleic acid sequences together.  Comparative
analysis of multiple experiments is also provided by
displaying reference sequences in one area and sample
sequences in another area on a display device.

15

K:\16528\16528-82.APP