# EXHIBITS 27-38

# REDACTED IN THEIR ENTIRETY

# EXHIBIT 39

# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended January 2, 2005

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from            to           .

Commission file number: 000-30361

# Illumina, Inc.
*(Exact name of Registrant as Specified in Its Charter)*

| | |
|---|---|
| **Delaware** | **33-0804655** |
| *(State or other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |
| **9885 Towne Centre Drive, San Diego, California** | **92121** |
| *(Address of Principal Executive Offices)* | *(zip code)* |

Registrant's telephone number, including area code:
(858) 202-4500

Securities registered pursuant to Section 12(b) of the Act:
None

Securities registered pursuant to Section 12(g) of the Act:
**Common Stock, $.01 par value**
*(Title of class)*

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☑    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.    ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Act).    Yes ☑    No ☐

As of January 31, 2005, there were 38,124,708 shares of the Registrant's Common Stock outstanding. The aggregate market value of the Common Stock held by non-affiliates of the Registrant (based on the closing price for the Common Stock on the Nasdaq National Market on June 30, 2004) was approximately $211,848,212. This amount excludes an aggregate of 4,291,431 shares of common stock held by officers and directors and each person known by the Registrant to own 10% or more of the outstanding common stock. Exclusion of shares held by any person should not be construed to indicate that such person possesses the power, direct or indirect, to direct or cause the direction of management or policies of the Registrant, or that such person is controlled by or under common control with the Registrant

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the Registrant's definitive proxy statement for the annual meeting of stockholders expected to be held on May 19, 2005 are incorporated by reference into Part III of this Report.

## ILLUMINA, INC.

### CONSOLIDATED STATEMENTS OF OPERATIONS

|  | Year Ended January 2, 2005 | Year Ended December 28, 2003 | Year Ended December 29, 2002 |
|---|---:|---:|---:|
|  | (In thousands except per share amounts) | | |
| **Revenue** | | | |
| Product revenue | $ 40,497 | $ 18,378 | $ 4,103 |
| Service revenue | 8,075 | 6,496 | 3,305 |
| Research revenue | 2,011 | 3,161 | 2,632 |
| Total revenue | 50,583 | 28,035 | 10,040 |
| **Costs and expenses:** | | | |
| Cost of product revenue | 11,572 | 7,437 | 1,815 |
| Cost of service revenue | 1,687 | 2,600 | 1,721 |
| Research and development | 21,114 | 22,511 | 26,848 |
| Selling, general and administrative | 25,080 | 18,899 | 9,099 |
| Amortization of deferred compensation and other stock-based compensation charges | 844 | 2,454 | 4,360 |
| Litigation judgment (settlement) | (4,201) | 756 | 8,052 |
| Total costs and expenses | 56,096 | 54,657 | 51,895 |
| Loss from operations | (5,513) | (26,622) | (41,855) |
| Interest income | 941 | 1,821 | 3,805 |
| Interest and other expense | (1,653) | (2,262) | (2,281) |
| Net loss | $ (6,225) | $ (27,063) | $ (40,331) |
| Net loss per share, basic and diluted | $ (0.17) | $ (0.85) | $ (1.31) |
| Shares used in calculating net loss per share, basic and diluted | 35,845 | 31,925 | 30,890 |
| **The composition of stock-based compensation is as follows:** | | | |
| Research and development | $ 348 | $ 1,289 | $ 2,399 |
| Selling, general and administrative | 496 | 1,165 | 1,961 |
|  | $ 844 | $ 2,454 | $ 4,360 |

See accompanying notes.

F-5

# EXHIBIT 40

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended January 1, 2006

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from           to          .

Commission file number: 000-30361

# Illumina, Inc.
*(Exact name of Registrant as Specified in Its Charter)*

| | |
|---|---|
| **Delaware** | **33-0804655** |
| *(State or other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |
| **9885 Towne Centre Drive, San Diego, California** | **92121** |
| *(Address of Principal Executive Offices)* | *(zip code)* |

Registrant's telephone number, including area code:
(858) 202-4500

Securities registered pursuant to Section 12(b) of the Act:
**None**

Securities registered pursuant to Section 12(g) of the Act:
**Common Stock, $0.01 par value**
*(Title of class)*

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act   Yes ☐   No ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☑

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐   Accelerated filer ☑   Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☑

As of January 31, 2006, there were 41,269,312 shares of the Registrant's Common Stock outstanding. The aggregate market value of the Common Stock held by non-affiliates of the Registrant as of July 1, 2005 (the last business day of the Registrant's most recently completed second fiscal quarter), based on the closing price for the Common Stock on the Nasdaq National Market on that date, was $463,243,240. This amount excludes an aggregate of 2,892,533 shares of Common Stock held by officers and directors and each person known by the Registrant to own 10% or more of the outstanding Common Stock. Exclusion of shares held by any person should not be construed to indicate that such person possesses the power, directly or indirectly, to direct or cause the direction of the management or policies of the Registrant, or that the Registrant is controlled by or under common control with such person.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the Registrant's definitive proxy statement for the annual meeting of stockholders expected to be held on June 8, 2006

# ILLUMINA, INC.
## CONSOLIDATED STATEMENTS OF OPERATIONS

| | Year Ended January 1, 2006 | Year Ended January 2, 2005 | Year Ended December 28, 2003 |
|---|---:|---:|---:|
| | (in thousands, except per share amounts) | | |
| **Revenue** | | | |
| Product revenue | $ 57,752 | $ 40,497 | $ 18,378 |
| Service and other revenue | 13,935 | 8,075 | 6,496 |
| Research revenue | 1,814 | 2,011 | 3,161 |
| Total revenue | 73,501 | 50,583 | 28,035 |
| **Costs and expenses:** | | | |
| Cost of product revenue | 19,920 | 11,572 | 7,437 |
| Cost of service and other revenue | 3,261 | 1,687 | 2,600 |
| Research and development | 27,725 | 21,114 | 22,511 |
| Selling, general and administrative | 27,972 | 25,080 | 18,899 |
| Acquired in-process research and development | 15,800 | — | — |
| Amortization of deferred compensation and other stock-based compensation charges | 270 | 844 | 2,454 |
| Litigation judgment (settlement), net | — | (4,201) | 756 |
| Total costs and expenses | 94,948 | 56,096 | 54,657 |
| Loss from operations | (21,447) | (5,513) | (26,622) |
| Interest income | 1,404 | 941 | 1,821 |
| Interest and other expense | (831) | (1,653) | (2,262) |
| Net loss | $ (20,874) | $ (6,225) | $ (27,063) |
| Net loss per share, basic and diluted | $ (0.52) | $ (0.17) | $ (0.85) |
| Shares used in calculating net loss per share, basic and diluted | 40,147 | 35,845 | 31,925 |
| **The composition of stock-based compensation is as follows:** | | | |
| Research and development | $ 84 | $ 348 | $ 1,289 |
| Selling, general and administrative | 186 | 496 | 1,165 |
| | $ 270 | $ 844 | $ 2,454 |

See accompanying notes to the consolidated financial statements

F-4

# EXHIBITS 41

# REDACTED IN ITS ENTIRETY

# EXHIBITS 42

# REDACTED IN ITS ENTIRETY