# EXHIBIT   B

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT   C

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT  D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AFFYMETRIX, INC., Plaintiff,

v.

ILLUMINA, INC., Defendant

CASE NO. 04-901 JJF

VIDEOTAPED DEPOSITION OF MARVIN STODOLSKY, Ph.D.

Washington, D.C.

Friday, January 27, 2006

9:37 a.m.

Job No. 22-71849

Pages 1 - 173

Reported by: Carl W. Girard, Notary Public

Videographer: Cali Day

09:39:07 Q. Is that Germantown, Maryland?
09:39:09 A. Yes.
09:39:09 Q. What's your work address?
09:39:12 A. 19901 Germantown Road, Germantown,
09:39:18 Maryland, 20874-1129 at the Department of Energy
09:39:24 Campus in Germantown.
09:39:25 Q. You currently work with the Department
09:39:27 of Energy?
09:39:28 A. Yes.
09:39:28 Q. What's your current position with the
09:39:30 Department of Energy?
09:39:31 A. I'm a molecular biologist.
09:39:34 Q. How long have you worked for the
09:39:38 Department of Energy?
09:39:39 A. I became formally a DOE employee in
09:39:41 1992; however, in the period 1986 to 1992 I was
09:39:47 essentially doing the same job as a detailee for
09:39:51 the Argonne National Laboratory.
09:39:55 Q. I will be asking you a number of
09:39:57 questions today, Dr. Stodolsky, largely about some
09:40:03 of the discussions, scientific presentations,
09:40:06 meetings, and events from the late 1980s and early
09:40:11 1990s.
09:40:11 Before I go more into that I'd like to
09:40:15 continue to ask you a few more questions about your

e75c0eaa-6b18-42e4-8250-fd00533ff5a7

09:43:23 think you indicated was from 1986 to 1992 when you
09:43:26 were a detailee to the Department of Energy?
09:43:29 A. Yes.
09:43:30 Q. What were your responsibility as
09:43:32 detailee to the Department of Energy?
09:43:38 A. Fairly diverse. Of the team that was
09:43:43 office at the time I was the freshest out of the
09:43:46 laboratory and with the most hand-on knowledge of
09:43:48 issues concerning cloning resources and the DNA
09:43:54 technologies.
09:43:58 So I helped to formulate research calls,
09:44:06 found reviewers for research panels, managed
09:44:09 panels; subsequent to the panels, wrote up the
09:44:14 grant paperwork, which often I couldn't sign
09:44:16 because I wasn't a federal employee.
09:44:21 And site visited projects at the DOE
09:44:31 laboratories, helped write up the yearly progress
09:44:38 reports on the human genome program -- quite
09:44:42 diverse, overlapped a little bit into the
09:44:46 instrumentation area with my colleague Jerry
09:44:50 Goldstein, now retired, who was the major person
09:44:53 managing the instrumentation sector at the time.
09:44:58 Q. You mentioned that one of your
09:45:00 responsibilities was forming research calls?
09:45:03 A. Yes.

09:45:03 Q. What is a research call?

09:45:05 A. Well, this is, our matriculation of what
09:45:12 is necessary over the next few years in the
09:45:15 advancement of the overall program -- it was the
09:45:18 human genome program until this case -- so with my
09:45:20 colleagues we would decide what should be
09:45:23 emphasized in the public and publicly request for
09:45:27 applications, which came out in the Federal
09:45:31 Register and other advertisement sources.

09:45:35 Q. So is this a request published in the
09:45:39 Federal Register to --

09:45:40 A. Invite applications from anyone, United
09:45:43 States and abroad.

09:45:46 Q. When you say applications, the
09:45:47 applications for funding?

09:45:49 A. Correct. We would specify the general
09:45:54 area we were interested in, and then scientists,
09:46:01 businesses, were invited to submit applications
09:46:06 which they thought met the needs we had announced,
09:46:11 and then review panels would be formed to review
09:46:16 these applications, advising the Department of
09:46:18 Energy as to which would be the best ones to fund.

09:46:23 Q. Did you have involvement in forming
09:46:25 review panels that reviewed projects relating to
09:46:30 the human genome project?

10:04:01 A. Well, it was never -- well, let me qualify. It was never 100 percent full time in that sense, in that we all had -- everyone in the office had some overlap in other responsibilities, as needed, by I would say like probably functionally 90 percent of my time was, from about 1988 on, was concerned with the human genome project.

10:04:25 Q. When did you first have any interaction with either Dr. Drmanac or Dr. Crkvenjakov?

10:04:34 A. Right. Okay. When we had our first public call for research under the human genome program they put in an application, and it reviewed well, and we set up the vehicle to -- the vehicles to fund them.

10:05:01 The consequence -- the useful vehicle at that time was there was a treaty of technical and scientific cooperation between the United States and Yugoslavia which greatly simplified moving of money over there, and then they came to -- they received the funding and came to our meeting -- public meeting in May at Cold Spring Harbor which was focussed on the human genome program. That was an NIH-sponsored meeting. And they came and that's when I first physically met them.

e75c0eaa-6b18-42e4-8250-fd00533ff5a7

10:11:32 A. Yes.

10:11:32 Q. Who is the reference to the Board there? Who was that?

10:11:39 A. This was the board managing the treaty.

10:11:45 Q. The U.S./Yugoslavia Treaty?

10:11:48 A. Yes.

10:11:48 Q. There's the reference to one DOE program officer?

10:11:53 A. Uh-huh.

10:11:53 Q. Do you see that?

10:11:54 A. Yes.

10:11:54 Q. Was there a DOE program officer that had responsibilities for this grant by Dr. Crkvenjakov or Drmanac?

10:12:04 A. The program officer was meant in a generic sense without specifying any one but, this was an enablement that was under the treaty, and, in fact, the office chose me to go because I was the one who was most familiar with these types of technologies.

10:12:28 Q. When you say it was an enablement I think under the treaty -- those were your words?

10:12:33 A. Right.

10:12:33 Q. Do you mean that the treaty permitted someone to go visit their laboratory?

10:12:38 MS. NOREIKA: Objection, leading. Go ahead.

10:12:41 BY MR. PALS:

10:12:41 Q. Let me say it this way: When you said enablement under the treaty, this was an enablement under the treaty, what did you mean?

10:12:56 A. This project was funded under the umbrella of the treaty and written up in certain legalese and they decided to put into it when this particular grant was written up that the funds could be used for one of the Yugoslavia team to come to the U.S., to report to scientific meetings and reciprocally someone from the United States would site visit the lab in Belgrade.

10:13:27 Q. You ended up being the DOE program officer who site-visited Dr. Drmanac and Crkvenjakov's lab?

10:13:35 A. Close. In fact, I was not a DOE employee at the time but they chose to send me because I had the strongest background in that area.

10:13:44 Q. Did you go to Yugoslavia to visit Dr. Crkvenjakov and Drmanac in 1988?

10:13:54 A. Yes.

10:13:56 Q. What do you recall about that visit?

e75c0eaa-6b18-42e4-8250-fd00533ff5a7

10:31:11 not know it at the time when I visited them, but in fact this team was being courted by the Argonne -- were in discussions with the Argonne National Laboratory.

10:31:22 Actually, I did know; they did bring that up explicitly as I recall, although -- that they had been approached by a division director Eliza Huberman to move to the Argonne National Laboratory.

10:31:48 And they did ask me questions, the team and members of the host institute on, you know, what life would be like in the United States and what sort of arrangements might be implemented.

10:32:03 Q. So there was a 1990 trip report as well?

10:32:06 A. Yes.

10:32:07 Q. So there's, just so the record is clear, you made trips in 1988, 1989 and 1990 --

10:32:13 A. Yes.

10:32:15 Q. -- to visit Drs. Crkvenjakov and Drmanac?

10:32:18 MS. NOREIKA: Objection, leading.

10:32:19 A. Yes.

10:32:20 BY MR. PALS:

10:32:20 Q. Is that right?

10:32:21 A. Yes.

10:45:22 discussion and they were certainly able to vote in
10:45:25 the rating of the applications.
10:45:33 Q. Could you turn back to Exhibit 254 which
10:45:36 is your 1989 trip report?
10:45:37 A. (Witness complied.)
10:45:39 Q. At the end of the second paragraph you
10:45:42 state, "I am technical representative for several
10:45:46 of the DNA sequencing technology projects within
10:45:50 the Human Genome Initiative."
10:45:53 Do you see that?
10:45:55 A. I'm sorry. Where is that?
10:45:56 Q. The second paragraph.
10:45:59 A. Yes.
10:46:01 Q. For what DNA sequencing technology
10:46:03 projects within the Human Genome Initiative were
10:46:08 you the technical representative for?
10:46:11 A. Oh, well, by that time I was the rep for
10:46:16 the Crkvenjakov and Drmanac proposal. I would have
10:46:23 to go back to our program report. I could pick out
10:46:27 the others but these are projects like in
10:46:35 developing of clones which were to be used for
10:46:36 development of vectors, development of enzymes.
10:46:44 I was not responsible for the
10:46:49 instrumentation development at that time except as
10:46:52 it overlaps into one of these projects and which

10:46:55 are responsible for the more biological resources.

10:46:58 Q. Did you have responsibilities for any funding to Dr. Foote?

10:47:06 A. That was mostly through my colleague Gerald Goldstein. That was more the instrumentation sector, but we had next-to offices and frequently consulted with one another and keep each other abreast of what was going on.

10:47:26 Q. So you had some familiarity with the work Dr. Foote was doing?

10:47:29 A. Yes.

10:47:30 Q. Did you have any responsibilities with respect to funding of Dr. Mirzabekov?

10:47:37 A. Yes. I worked through the rather arduous process of that, because, in contrast to the Yugoslavia case, we did not have a treaty with Russia governing the specific thing and having -- and we were still at the edges of the Cold War and wanted to make sure we did not step on, touch any sensitive issues in the course of implementing this -- this funding, so it proceeded very cautiously through the Department of Energy.

10:48:14 I wrote up several papers that went up the track explaining what was going on and there were no defense secrets involved and it would

10:49:36 involved, and not just for the Yugoslav project but
10:49:40 for any of the projects. If I saw opportunities to
10:49:46 move the program forward by having Two groups talk
10:49:52 to one another, whereas they did not yet know what
10:49:55 was going on in each other's lab because they
10:49:59 hadn't been published, I would say, you know, send
10:50:02 them like an e-mail, or tell them at a meeting, you
10:50:02 know, you could benefit from talking to one
10:50:08 another. And I did a lot of that facilitation.

10:50:12 Q. In the next paragraph on the next page
10:50:15 of Exhibit 254, you state, second sentence, "Most
10:50:20 outstanding are improvements in DNA interrogation
10:50:24 procedures and a scheme for process
10:50:28 miniaturization."
10:50:29 Do you see that?

10:50:30 A. I'm sorry. Which page?

10:50:32 Q. In the fourth paragraph?

10:50:34 A. Right.

10:50:34 Q. What is the scheme proper process
10:50:38 miniaturization that you're referring to?

10:50:39 A. That was this concept for using small
10:50:45 beads as anchors for the reagents.

10:50:48 Q. In the next sentence of the fourth
10:50:51 paragraph on the first page of Exhibit 254 you
10:50:53 refer to the SBH team. Do you see that? First

e75c0eaa-6b18-42e4-8250-fd00533ff5a7

10:51:00 page, fourth paragraph third sentence.

10:51:03 A. Yes.

10:51:03 Q. You see "the SBH team are now seeking
10:51:06 collaborators?"

10:51:07 A. Yes, uh-huh.

10:51:08 Q. Who was the SBH team?

10:51:10 A. Well, the -- it was slang, acronym the
10:51:14 Sequencing by Hybridization team in Belgrade,
10:51:18 Crkvenjakov, Drmanac, their students, associates.

10:51:43 Q. If you turn to the fifth page of your
10:51:46 1989 trip report?

10:51:47 A. (Witness complied.)

10:51:51 Q. I'm looking at the second paragraph,
10:51:56 Dr. Stodolsky.

10:51:57 A. Uh-huh.

10:51:58 Q. That begins "The capacity to resolve
10:52:02 exact sources..." Do you see that?

10:52:08 A. (Witness perusing.)

10:52:16 Oh, yes. Okay. Uh-huh.

10:52:24 Q. You refer in the second paragraph on
10:52:26 page 5 of your 1989 trip report to a manuscript,
10:52:30 "Prospects for Miniaturized, Simplified and Frugal
10:52:38 Human Genome Project" by Drmanac and Crkvenjakov.
10:52:40 Do you see that?

10:52:41 A. Yes.

10:52:41 Q. That's a manuscript you received from them?
10:52:49
10:52:49 A. I saw, at least at that time, I saw the draft. I don't know whether it was -- at least the draft. I don't remember at this point how far along away, along the way it was to the publication track. It was later published.
10:52:51
10:52:55
10:52:57
10:53:01
10:53:03 Q. Okay. You did at some point in time see the manuscript for this article by Drs. Drmanac and Crkvenjakov?
10:53:08
10:53:13
10:53:15 A. Yes.
10:53:19 Q. Can you explain to me what you saw and what you discussed with Drs. Drmanac and Crkvenjakov during your 1989 visit to their laboratory with respect to this concept for miniaturization using what you call in your trip report "discrete particles?"
10:53:26
10:53:30
10:53:34
10:53:39
10:53:43
10:53:44 MS. NOREIKA: Objection to form.
10:53:48 A. Uh-huh. Okay. Well, this goes back to the wavelength of the reporting signal, again. What they were implementing at that time was the use of blocks which with a reporting signal and an emitted electron during radioactive decaying which limited them to about a millimeter spacing between the individual pixels.
10:53:56
10:54:00
10:54:03
10:54:09
10:54:18
10:54:18

10:54:18 On the other hand, if this -- if this
10:54:23 use of flourescent reporters on the speed
10:54:27 particles, I call it DP here for short, could be
10:54:33 implemented, then they would be limited by the
10:54:36 wavelength of the emitting light or the -- or the
10:54:44 uniformity with which one would manufacture the
10:54:47 speed particles which would have been down to about
10:54:52 the 10 micron size at the time.
10:54:56 BY MR. PALS:
10:54:57 Q. So the idea was to put oligonucleotides
10:55:06 on to these discrete particles?
10:55:08 A. Yes.
10:55:08 MS. NOREIKA: Objection to form.
10:55:13 A. Yes. The implementation was to put
10:55:19 oligos on to discrete particles which would serve
10:55:27 two roles: One would be to sort of serve as a
10:55:31 license plate for the particles and the other was
10:55:34 to actually bind target DNAs in the interrogation
10:55:40 process.
10:55:40 BY MR. PALS:
10:55:40 Q. How would the -- let me start that over:
10:55:44 How could you use an oligo on a discrete particle
10:55:49 as a license plate to the particle?
10:55:51 MS. NOREIKA: Objection to form.
10:55:52 A. An oligo can essentially -- it's one

10:55:57 form of a bar code, so in the same sense that you
10:56:00 have bar code readers an oligo can serve as the
10:56:04 same role in giving a digital report, essentially
10:56:09 license plate?
10:56:10 BY MR. PALS:
10:56:10 Q. How would that work?
10:56:12 MS. NOREIKA: Objection to worm. How
10:56:13 did it work? How would it work? Objection
10:56:16 to form.
10:56:17 MR. PALS: I'm sorry. You interrupted
10:56:18 me.
10:56:19 Q. When you discussed, during your trip in
10:56:23 1989, this concept with Dr. Drmanac and
10:56:27 Dr. Crkvenjakov, did they talk with you about using
10:56:30 oligos on discrete particles as a license plate?
10:56:34 MS. NOREIKA: Objection, to the extent
10:56:35 it calls for hearsay.
10:56:41 A. They certainly discussed the concept of
10:56:47 making beads distinguishable --
10:56:50 BY MR. PALS:
10:56:50 Q. What did you discuss -- I'm sorry.
10:56:52 A. -- by the oligos attached to them.
10:56:54 Q. What did you discuss with them about how
10:56:58 to make beads distinguishable by the oligos
10:57:01 attached to them?

10:58:37 MS. NOREIKA: Objection to form.

10:58:40 A. Well, it was -- they told me and I understood it; it's very straightforward. The beads would be localized once they were on the microscope slide and the oligos they carried would serve to distinguishing the origin of the beads in terms of their processing up.

10:59:12 So by acquisition of a flourescent signal one could determine the identity of the beads, one; and, two, by acquisition of a second fluorescent signal carried by the test DNA, assess whether the DNA -- whether the particular bead was binding the test DNA whose interrogation was the overall goal.

10:59:44 BY MR. PALS:

10:59:44 Q. Did you also discuss with them the use of a characteristic of the bead, for example, size or shape or color, to distinguish one population -- I'm sorry, a bead with one probe DNA molecule on it from a bead with a different probe DNA molecule on it?

11:00:07 MS. NOREIKA: Objection to form.

11:00:08 A. It was essential to the implementation to be able to distinguish the beads. It's a simple concept.

11:35:56 particular members of our advisory group.

11:36:00 And often after these meetings we would
11:36:03 sit down, on the basis of surveying of these
11:36:07 posters, and decide how to fine tune the program
11:36:10 for the next stage.

11:36:13 So there was that obligatory part and,
11:36:17 of course, the scientists were expected to publish
11:36:21 in the public literature and when they came forward
11:36:23 for grant renewals they should have a substantive
11:36:28 publication record on what they had produced with
11:36:32 the public funds.

11:36:46 Q. Following the Cold Spring Harbor
11:36:48 conference in 1989, are you familiar with a
11:36:58 conference called the Wolf Trap Sequencing
11:37:01 Conference?

11:37:02 A. Yes.

11:37:02 Q. Did you attend that conference?

11:37:07 A. Yes.

11:37:10 Q. Do you recall if Dr. Crkvenjakov and
11:37:12 Dr. Drmanac attended that conference?

11:37:13 A. Yes.

11:37:14 Q. Did they?

11:37:16 A. I believe so. I believe so.

11:37:49 Q. Dr. Stodolsky, I've marked Exhibit 258,
11:37:54 which has Illumina production No. 598036.

11:38:03 (Exhibit 258 marked for identification.)

11:38:03 BY MR. PALS:

11:38:03 Q. Dr. Stodolsky, do you recognize Exhibit 258 as a correspondence from Dr. Crkvenjakov to you?

11:38:10 A. Yes, I do.

11:38:12 Q. Is this from October 1989?

11:38:15 A. Yes.

11:38:20 Q. There's a reference to a "Rasha" at the bottom after the bottom block paragraph. Do you see that?

11:38:30 A. That's slang for rod -- for Dr. Crkvenjakov, slang for his first name, Rasha.

11:38:44 Q. His first name is typed Radomir?

11:38:46 A. Radomir but "Rasha" was his -- the folks in his lab called him "Rasha".

11:38:58 Q. Okay. Did the DOE provide funding to allow Drs. Drmanac, Crkvenjakov and Mr. Labat to attend the Wolf Trap conference?

11:39:10 A. It was not quite so much providing funding as approval of the use of funds previously provided for this usage as opposed for the research expenditures in Belgrade.

11:39:26 Q. So that the U.S. government did authorize the use of allocated funds for

11:39:33 Drs. Crkvenjakov, Drmanac and Mr. Labat to come to
11:39:37 Wolf Trap and to a Santa Fe meeting?
11:39:41 MS. NOREIKA: Objection, leading.
11:39:43 A. Yes.
11:39:44 BY MR. PALS:
11:39:54 Q. Did you have any responsibilities for
11:39:57 organizing the Wolf Trap Sequencing Conference?
11:40:02 A. No.
11:40:03 Q. Did you have any responsibilities for
11:40:05 organizing the Santa Fe meeting?
11:40:09 A. Yes. I was not -- I was just one of a
11:40:14 team who helped in the development of the agenda
11:40:18 and typically for these meetings my office would
11:40:23 receive the abstracts, and then I would order them
11:40:27 in like groups to be published in the meeting
11:40:33 pamphlet.
11:40:47 But preparing for these meetings was a
11:40:50 large group effort of which I was just one person.
11:41:21 Q. Illumina deposition Exhibit 259 has
11:41:25 Illumina production numbers 597859 through 860.
(Exhibit 259 marked for identification.)
11:41:32 BY MR. PALS:
11:41:32 Q. Dr. Stodolsky, do you recognize Illumina
11:41:35 deposition Exhibit 259?
11:41:35 A. Yes, I do.

e75c0eaa-6b18-42e4-8250-fd00533ff5a7

11:41:36 Q. What is it?

11:41:38 A. It is the -- I guess one of the lead pages of the agenda for the conference.

11:42:31 Q. I have marked as Illumina deposition Exhibit No. 260 a document with Illumina production numbers 597861 through 882.

(Exhibit 260 marked for identification.)

11:42:46 BY MR. PALS:

11:42:47 Q. Setting aside the handwriting, at least on the first page of Exhibit260, Dr. Stodolsky, do you recognize Exhibit 260?

11:42:57 A. Yes. It's the poster abstracts for the Wolf Trap conference.

11:43:03 Q. For the Wolf Trap Genome Sequencing Conference?

11:43:08 A. Yes, for the Wolf Trap Genome Sequencing Conference.

11:43:09 Q. Did you say before the conference?

11:43:12 A. No, for.

11:43:13 Q. For the conference.

11:43:13 A. It is for the conference.

11:43:16 Q. When you went to the conference at Wolf Trap in October 1989, did you receive copies of Exhibits 259 and 260 before the conference started?

11:43:33 A. Probably 259 -- probably something like

11:43:37 259 was broadly publicly available in order to
11:43:42 elicit attendees. I suspect, but I don't have a
11:43:50 explicit memory, that the poster abstracts were
11:43:53 only made available at the conference. That would
11:43:55 have been typical for the time.

11:43:59 Q. When you arrived at the conference, the
11:44:02 Wolf Trap conference in October 1989, you were
11:44:05 handed a booklet of abstracts?

11:44:08 A. That would have been typical. I don't
11:44:11 have explicit memory.

11:44:12 Q. It is typical for each attendee to be
11:44:15 handed a booklet of abstracts?

11:44:18 A. Yes.

11:44:26 Q. You indicated earlier that
11:44:32 Dr. Crkvenjakov and Drmanac were at least at the
11:44:35 Wolf Trap conference, correct?

11:44:37 A. Yes.

11:44:37 Q. Did they give any presentations or
11:44:39 posters at the conference?

11:44:42 A. If they had an abstract, they certainly
11:44:45 gave a poster. The abstract just would have been
11:44:49 the base material for expansion into a poster.

11:44:52 Q. Could you look at -- I'll refer you to
11:44:54 the number in the lower right-hand corner, the
11:44:57 number that ends 869?

e75c0eaa-6b18-42e4-8250-fd00533ff5a7

11:48:33 discrete particles (DPs) as vehicles for
11:48:38 samples/probes."
11:48:40 Do you see that?
11:48:42 A. Yes.
11:48:47 Q. To your knowledge -- let me ask it this
11:48:51 way: Do you recall Drs. Drmanac or Crkvenjakov
11:48:57 discussing their proposed use of discrete particles
11:49:03 as vehicles for samples or probes prior to their
11:49:08 poster presentation at Wolf trap in October 1989?
11:49:11 MS. NOREIKA: Objection. Hearsay.
11:49:12 BY MR. PALS:
11:49:12 Q. And I'm talking about public
11:49:14 presentation, not strictly your meeting with them
11:49:17 which was prior to this?
11:49:18 MS. NOREIKA: Same objection.
11:49:21 A. I do not know if they had any public
11:49:25 presentation prior to this meeting.
11:49:28 BY MR. PALS:
11:49:29 Q. This poster presentation is a poster
11:49:32 presentation of the concept of using discrete
11:49:35 particles that you discuss with them in your trip
11:49:40 to their laboratory and discussed in your trip
11:49:44 report, Exhibit 254; is that correct?
11:49:48 A. That is correct.
11:50:07 Q. Do you recall how long the poster

11:50:08 presentations were at the Wolf Trap conference?

11:50:14 A. Not explicitly, but the typical format
11:50:17 of these poster presentations was that you would
11:50:22 have a hall. There would be a table with hors
11:50:27 d'oeuvres and people would put things on their
11:50:30 paper plates and wander around for the poster
11:50:32 sessions which could last for anyone from let's say
11:50:36 for a minimum of an hour or they might be up for
11:50:39 three hours with various people, from a group,
11:50:42 taking turns at the poster. That's just a typical
11:50:46 format.

11:50:47 Q. Prior to the Wolf Trap conference was
11:50:49 there any requirement that people execute any
11:50:52 confidentiality agreement?

11:50:54 A. Not I know of.

11:50:56 Q. Was the Wolf Trap conference a public
11:50:59 conference?

11:50:59 A. Yes.

11:51:00 Q. The information that was disclosed and
11:51:01 discussed was intended to be information that could
11:51:04 be used by others?

11:51:05 A. Most definitely.

11:51:21 Q. Do you know if people took any notes
11:51:24 during the poster sessions at the Wolf trap
11:51:30 conference?

11:51:30 A. Some certainly did to -- typically you would wander around with your book of abstracts and stop and talk to the presenter at the poster or just make some additional notes alongside your abstract. That was typical behavior among the scientists.

11:51:52 Q. Note-taking was permitted?

11:51:56 A. Oh, yes.

11:51:56 Q. And people had their abstract booklets at the time of the poster session?

11:51:58 A. Oh, yes, definitely.

11:53:11 Q. Dr. Stodolsky, I have marked and handed to you Illumina deposition Exhibit 262 which has Illumina production numbers 597958 through 598013.

(Exhibit 262 marked for identification.)

11:53:32 BY MR. PALS:

11:53:32 Q. Dr. Stodolsky, do you recognize Illumina deposition Exhibit 262?

11:53:35 A. Yes. This was the pamphlet prepared in preparation for our 1989 workshop.

11:53:44 Q. Did you participate in the preparation of Exhibit 262?

11:53:49 A. Yes. I would have received the abstracts and sorted them into like groups for assembly into the final pamphlet of which this is a

11:54:07 part, and with projects of similar type being
11:54:11 physically close to one another.
11:54:14 Q. So Exhibit 262 is a portion of the
11:54:18 collection of abstracts that was distributed at the
11:54:21 Santa Fe meeting?
11:54:21 A. I think it is likely the whole
11:54:23 collection. There seems to be missing from here
11:54:27 some of the introductory pages for -- it could be
11:54:31 that this is just a workshop session, excuse me,
11:54:35 the abstract collection. There was usually in the
11:54:39 whole program port there would be several
11:54:42 introductory page.
11:54:44 Q. There are some introductory pages at the
11:54:46 minimum missing from what was --
11:54:47 A. It could be or this could just be the
11:54:50 abstract handout and later it did all appear in
11:54:55 some larger program -- workshop report. This is
11:54:59 just the abstract session but it's probably
11:55:03 complete so far as the abstracts go.
11:55:05 Q. Exhibit 262 is a collection of abstracts
11:55:08 that you reviewed and compiled for distribution at
11:55:12 the Santa Fe meeting?
11:55:14 A. Correct.
11:55:17 Q. Were the abstracts in Exhibit 262 made
11:55:24 available at the beginning of the Santa Fe meeting

e75c0eaa-6b18-42e4-8250-fd00533ff5a7

11:55:27 in 1989?

11:55:28 A. Yes; typically, people would come and they would register and they would be given one of these clothbacks with the abstracts and other meeting materials and meal tickets and advertisements about the local environment and so forth.

11:55:42 Q. That's the way it was done at the Santa Fe meeting?

11:55:47 A. Yes.

11:55:59 Q. Could you look in Exhibit 262 at the page -- the number on the bottom right-hand corner is 597996, it appears to the book page is probably P37 if that's easier for you?

11:56:15 A. (Witness perusing.) Uh-huh.

11:56:22 Q. On page P37 of Exhibit 262 there's an abstract entitled "Miniaturization of Sequencing by Hybridization (SBH): A Novel Method for Genome Sequencing."

11:56:40 Do you see that?

11:56:40 A. Yes, I do.

11:56:40 Q. Is this an abstract of presentation that Dr. Crkvenjakov and Drmanac made at the Santa Fe meeting in November 1989?

11:56:47 A. Yes, it is.

11:56:48 Q. In the posters that were presented at the Santa Fe meeting were the abstracts included on the poster?

11:56:59 A. Yes, definitely.

11:57:02 Q. Was the abstract on P37 of Exhibit 262 included on the poster presented by Dr. Crkvenjakov and Drmanac in Santa Fe?

11:57:12 A. I'm sure it was; it was custom and practice, though I can't claim an explicit knowledge that it was there, but that was the customary format.

11:57:43 Q. At the Santa Fe meeting in November 1989, did Drs. Crkvenjakov and Drmanac present on the discrete particle miniaturization ideas that they discussed with you at their lab in 1989 and that we saw in your 1989 trip report?

11:58:05 A. This poster is a continuation of it.

11:58:08 Q. It's a continuation of that discrete particle work?

11:58:12 A. Yes.

11:58:59 Q. Dr. Stodolsky, I've handed to you Exhibits 263 which has Illumina production numbers 597916 through 597925.

(Exhibit 263 marked for identification.)

11:59:13 BY MR. PALS:

e75c0eaa-6b18-42e4-8250-fd00533ff5a7

11:59:13 Q. Dr. Stodolsky, is Exhibit 263 a list of the attendees at the Santa Fe conference in November 1989?
11:59:21 A. Yes; it is.
11:59:34 Q. On the page with production number 597921 of Exhibit 263 there is an entry identifying you as an attendee. Do you see that?
11:59:46 A. (Witness perusing.) Yes.
11:59:53 Q. It identifies a DOE address for you. This is the period when you were on loan from Argonne to DOE?
12:00:02 A. Yes. That is correct.
12:00:14 Q. Prior to the Santa Fe conference in November 1989 was there any requirement that people execute a confidentiality agreement?
12:00:23 A. None.
12:00:24 Q. Was the information that was presented at the Santa Fe meeting in November 1989 intended to be information that was public and for use of the people that attended and heard the information?
12:00:37 A. It was a completely open meeting, not only to scientists of our program, but members of the press; there was some commercial representatives.
12:00:49 Q. So it was fully public?

12:00:51 A. Fully public, for anyone who paid the registration fee.

12:01:12 Q. Did you talk to Drs. Crkvenjakov or Drmanac about their poster during the Santa Fe conference in November 1989?

12:01:27 A. Undoubtedly, though I can't remember the specific conversation, and more than likely I would have gotten together with them and other people who they might collaborate with over a lunch or a beer or, you know, more than once during the meeting...and similarly with all the other projects I was responsible to. It was just my responsibility to thus circulate.

12:01:58 Q. Did people take notes during the presentations at the Santa Fe conference?

12:02:04 A. I'm sure they did.

12:02:05 Q. There is no prohibition against them taking --

12:02:08 A. There was no prohibition. Some people brought cameras and took pictures of posters they were particularly interested in.

12:02:18 Q. And there was no prohibition against that, either?

12:02:21 A. No.

12:02:22 Q. I'm sorry. I just introduced a double

e75c0eaa-6b18-42e4-8250-fd00533ff5a7

12:02:25 negative. Is it correct that there was no
12:02:28 prohibition against taking pictures of posters?
12:02:31 A. There was no prohibition against taking
12:02:34 pictures of posters.
12:03:19 Q. Dr. Stodolsky, I've handed you Illumina
12:03:24 deposition exhibit number 264 which that Illumina
12:03:28 production numbers 598104 through 598025.
(Exhibit 264 marked for identification.)
12:03:33 BY MR. PALS:
12:03:33 Q. Do you recognize Illumina deposition
12:03:36 Exhibit 264?
12:03:37 A. Yes. This was one of our periodic
12:03:40 publications in the course of the human genome
12:03:43 project about one per quarter.
12:03:45 Q. Was this publicly available?
12:03:47 A. Yes.
12:03:49 MR. PALS: As a matter recordkeeping
12:03:51 during production, this was when it was
12:03:55 produced by us, it was stamped as
12:03:58 "confidential," which is incorrect. We
12:04:03 withdraw any designation of confidentiality
12:04:06 as to this.
12:04:07 Q. Dr. Stodolsky, was Exhibit 264 in any
12:04:10 way confidential?
12:04:12 A. No.