# EXHIBIT  H

WOLF TRAP GENOME SEQUENCING CONFERENCE

The Barns of Wolf Trap
Vienna, Virginia

October 24-26, 1989

List of Attendees


Joan A. Aebig
American Type Culture Collection
12301 Parklawn Drive
Rockville, Maryland   20852

Urs Affolter, Ph.D.
Lofstrand Labs Limited
7961 Cessna Avenue
Gaithersburg, Maryland   20879

Tim Allen
EG & G Biomolecular
Four Tech Circle
Natick, Massachusetts   01760

Douglas A. Amorese, Ph.D.
Medical Products Department
E.I. DuPont de Nemours & Co., Inc.
Experimental Station J28/133
Wilmington, Delaware   19880-0328

Neboisa Avdalovic, Ph.D., M.D.
Bechman Instruments Inc.
1050 Page Mill Road
Palo Alto, California   94304

Ann Barber, M.D.
National Cancer Institute
National Institutes of Health
BG469
Frederick, Maryland   21701-1013

Benjamin J. Barnhart
Human Genome Program
U.S. Department of Energy
Office of Health and Environmental
   Research
ER-72 GTN
Washington, D.C.   20545

Stephan Beck, Ph.D.
MilliGen/Biosearch
186 Middlesex Turnpike
Burlington, Massachusetts   01803

William W. Biggs
LI-COR, Inc.
4421 Superior Street
Lincoln, Nebraska   68504

Lindsay W. Black, Ph.D.
Professor of Biochemistry
University of Maryland
   Medical School
660 West Redwood Street
Baltimore, Maryland   21201

Elbert Branscomb, Ph.D.
Biomedical Sciences Division,
   L-452
Lawrence Livermore National
   Laboratory
P.O. Box 5507
Livermore, California   94550

IAFP00597889

John Brumbaugh, Ph.D.
Division of Molecular Biosciences
National Science Foundation
1800 G Street, N.W.
Washington, D.C.  20550


Gertraud Burger, Ph.D.
Department of Biochimie
Université de Montrèal
CP 6128 Succ A
Montreal H3C 3J7
CANADA


Michael Cinkosky
Los Alamos National Laboratory
Group T-10, Mail Stop K710
Los Alamos, New Mexico  87545


Radomir Crkvenjakov
Genetic Engineering Center
P.O. Box 794
283 Vojvode Stepe, 11000
Belgrade
YUGOSLAVIA


Jackson B. Davidson
Instrumentation and Controls
  Division
Building 3500, MS010
Box 2008
Oak Ridge National Laboratory
Oak Ridge, Tennessee  37831-6010


W. Chris Dermody, Ph.D.
Associate Director for Science
American Type Culture Collection
12301 Parklawn Drive
Rockville, Maryland  20852


Radoje Drmanac
Imperial Cancer Research Fund
P.O. Box 123
Lincolns Inn Fields WC2A 3PX
London
UNITED KINGDOM

Bob Ellis
Marketing Manager
DNA Products
Applied Biosystems, Inc.
850 Lincoln Center Drive
Foster City, California  94404


Linda Engel
National Center for Human
  Genome Research
National Institutes of Health
Building 1, Room 201
Bethesda, Maryland  20892


Steve Ferris, Ph.D., M.B.A.
Bio-Rad Laboratories
1414 Harbor Way South
Richmond, California  94804


Mike Fitzgerald
Laboratory of Molecular and
  Cellular Neurobiology
National Institute of Neurological
  Disorders and Stroke
National Institutes of Health
Park Building, Room 405
Bethesda, Maryland  20892


Claire M. Fraser, Ph.D.
ADAMNA, NIAA
Section for Molecular Neurobiology
LPPS, NIAAA
12501 Washington Avenue
Rockville, Maryland  20852


Frederick H. Fraser, Ph.D.
E.I. DuPont de Nemours & Co., Inc.
Glasgow Site (Box 511)
P.O. Box 6101
Newark, Delaware  19714-6101


Steven Fung, Ph.D.
Applied Biosystems, Inc.
850 Lincoln Centre Drive
Foster City, California  94404

-2-

IAFP00597890

Kevin J. Garvey, Ph.D.
Program Resources, Inc.
NCI-Frederick Cancer
   Research Facility
P.O. Box B
Building 560
Chandler Street
Frederick, Maryland  21701

David G. George, Ph.D.
National Biomedical Research
   Foundation
Georgetown University Medical
   Center
3900 Reservoir Road, N.W.
Washington, D.C.  20007

Bettie Graham, Ph.D.
National Center for Human
   Genome Research
National Institutes of Health
Building 1, Room 201
Bethesda, Maryland  20892

Jeannine Gocayne, M.A.
Laboratory of Molecular and
   Cellular Neurobiology
National Institute of Neurological
   Disorders and Stroke
National Institutes of Health
Park Building, Room 405
Bethesda, Maryland  20892

Charles G. Hadley
Hillman Medical Ventures, Inc.
Suite 395
1235 Westlakes Drive
Berwyn, Pennsylvania  19312

John D. Harding, Ph.D.
Bethesda Research Labs
Life Technologies, Inc.
8717 Grovemont Circle
Gaithersburg, Maryland  20877

Jamie Hayden
Los Alamos National Laboratory
Group T-10, Mail Stop K710
Los Alamos, New Mexico  87545

Alan James Hillier, Ph.D.
Biochemistry Department
University of Melbourne
Parkville, Victoria
AUSTRALIA  3052

Lois T. Hunt, Ph.D.
National Biomedical Research
   Foundation
Georgetown University Medical Center
3900 Reservoir Road, N.W.
Washington, D.C.  20007

Dr. Ronald H. Jackson
Amersham International plc
White Lion Road
Amersham, Bucks  HP7 9LL
ENGLAND

Dan A. Jacobson
Johns Hopkins University
615 North Wolfe Street
Baltimore, Maryland  21205

K. Bruce Jacobson, Ph.D.
Biology Division
Oak Ridge National Laboratory
P.O. Box 2009
Oak Ridge, Tennessee  37831-8077

Leslie Johnson-Dow
Applied Biosystems, Inc.
777 Lincoln Center Drive
Foster City, California  94404

Sandy M. Koepf
Applied Biosystems, Inc.
850 Lincoln Centre Drive
Foster City, California  94404

-3-

IAFP00597891

Hubert Koester, Ph.D.
MilliGen/Biosearch Division
    of Millipore
186 Middlesex Turnpike
Burlington, Massachusetts  01803


Ben F. Koop, M.Sc., Ph.D.
Division of Biology 147-75
California Institute of
    Technology
Pasadena, California  91125


David Kristofferson, Ph.D.
IntelliGenetics, Inc.
700 East El Camino Road
Mountain View, California  94040


Zvi G. Loewy, Ph.D.
DNA Sequencing Facility
Lifecodes Corporation
Saw Mill River Road
Valhalla, New York  10595


Steve Lombardi
Applied Biosystems, Inc.
850 Lincoln Center Drive
Foster City, California  94404


John Lynch
Applied Biosystems, Inc.
11101 Waterman's Drive
Reston, Virginia  22081


Elaine R. Mardis
Senior Research Scientist
Bio-Rad Laboratories
1414 Harbour Way South
Richmond, California  94804


Antonia Martin, Ph.D.
Laboratory of Molecular and
    Cellular Neurobiology
National Institute of Neurological
    Disorders and Stroke
National Institutes of Health
Park Building, Room 405
Bethesda, Maryland  20892


Keith McKenney, Ph.D.
National Institute of Standards
    and Technology/CARB
Center for Advanced Research
    in Biotechnology
9600 Gudelsky Drive
Rockville, Maryland  20850


Lyle Middendorf
LI-COR, Inc.
4421 Superior Street
Lincoln, Nebraska  68504


G. William Moore, M.D., Ph.D.
Staff Pathologist, Laboratory
    Services
Veterans' Administration Medical
    Center
3900 Loch Raven Boulevard
Baltimore, Maryland  21218


Lincoln C. Muir
E.I. DuPont de Nemours & Co., Inc.
11379 Little Patuxent Parkway
Columbia, Maryland  21044


Matthew Murray
University of California
    at Berkeley
2338 Telegraph, #332
Berkeley, California  94704

-4-

IAFP00597892

Donna M. Muzny
Howard Hughes Medical Institute
Baylor College of Medicine
One Baylor Plaza
Houston, Texas   77030

Michiel Noordewier, Ph.D.
Genetics Computer Group
1710 University Avenue
Madison Wisconsin   53706

M. Steven Oberste, Ph.D.
Lab of Cell and Molecular
   Structure
Program Resources, Inc.
P.O. Box B
Building 560, Room 11-70
Chandler Street
Frederick, Maryland   21701

Frank Olken
Lawrence Berkeley Laboratory
Mailstop 50B/3238
1 Cyclotron Road
Berkley, California   94720

Harry Osterman, Ph.D.
Pharmacia P-L Biochemical, Inc.
2202 North Bartlett Avenue
Milwaukee, Wisconsin   53202

Guy Page, Ph.D.
EG & G Biomolecular
Four Tech Circle
Natick, Massachusetts   01760

Nancy Pearson, Ph.D.
National Center for Human
   Genome Research
National Institutes of Health
Building 1, Room 201
Bethesda, Maryland   20892

Stephanie L. Pyla
Department of Chemistry
   and Biochemistry
University of Oklahoma
620 Parrington Oval
Norman, Oklahoma   73019

Venigalla B. Rao, Ph.D.
Department of Biological
   Chemistry
University of Maryland Medical
   School
660 West Redwood Street
Baltimore, Maryland   21201

David Rodbard, M.D.
National Institute of Child
   Health and Human Development
National Institutes of Health
Building 10, Room 6C101
Bethesda, Maryland   20892

Winston Salser, Ph.D.
Biology Department
University of California
   at Los Angeles
405 Hilyard Street
Los Angeles, California   90024-1604

Donna Marie Seyfried
Perkin Elmer
761 Main Avenue
Norwalk, Connecticut   06859-0251

Marilee M. Shaffer
Applied Biosystems, Inc.
850 Lincoln Center Drive
Foster City, California   94404

IAFP00597893

Jerry L. Slightom, Ph.D.
The Upjohn Company
Molecular Biology
Unit 7242
Kalamazoo, Michigan  49007

Richard Smith, Ph.D.
President
Lofstrand Labs Limited
7961 Cessna Avenue
Gaithersburg, Maryland  20879

Roy E. Snoke, Ph.D.
Eastman Kodak Company
   Life Sciences
B-82, F1.4
Rochester, New York  14650-2122

Michael J. Stanhope
Department of Anatomy
   and Cell Biology
Wayne State University
   School of Medicine
Gordon H. Scott Hall
540 East Canfield Avenue
Detroit, Michigan  48201

Murray R. Summers, Ph.D.
Intelligenetics, Inc.
700 East El Camino Real
Mountain View, California  94040

Danilo A. Tagle, M.S.
Department of Molecular
   Biology and Genetics
422 Medical Research Building
Wayne State University Medical
   School
550 East Canfield
Detroit, Michigan  48201

Donald E. Taylor
Applied Biosystems, Inc.
850 Lincoln Center Drive
Foster City, California  94404

David Thompson
Promega Corporation
2800 Woods Hollow Road
Madison, Wisconsin  53711

Laurie Tomlinson
Los Alamos National Laboratory
Group T-10, Mail Stop K710
Los Alamos, New Mexico  87545

Levy Ulanovsky, Ph.D.
Harvard University
Biological Laboratories
16 Divinity Avenue
Cambridge, Massachusetts  02138

Tuan Vo-Dinh, Ph.D.
Oak Ridge National Laboratory
P.O. Box 2008, 4500S, MS-6101
Oak Ridge, Tennessee  37831-6101

Anne Marie Wan, Ph.D.
Applied Biosystems, Inc.
850 Lincoln Center Drive
Foster City, California  94404

Patricia H. Ward
Applied Biosystems, Inc.
21301 Glendevon Court
Germantown, Maryland  20874

John S. West
BioAutomation, Inc.
Continental Business Center
Building A
Front and Ford Streets
Bridgeport, Pennsylvania  19405

-6-

IAFP00597894

Matthew Winkler, Ph.D.
Ambion, Inc.
2130 Woodward Street, #200
Austin, Texas  78744

Zingdong Zhu, Ph.D.
Biomedical Research Institute
12111 Parklawn Drive
Rockville, Maryland  20852

-7-

IAFP00597895

# EXHIBIT I

U. S. Department of Energy
Human Genome Program
Contractor/Grantee Workshop
Santa Fe, New Mexico
November 3-4, 1989

**CONTRACTORS**

David Allison
Post Office Box 2009
Oak Ridge, TN 37831-8077

Stylianos E. Antonarakis
The John Hopkins
University
CMCS 10-110
School of Medicine
600 N. Wolfe Street
Baltimore, MD 21205

Rod Balhorn
Biomedical Sciences
Division, L-452
Lawrence Livermore
National Laboratory
PO Box 5507
Livermore, CA 94550

Benjamin J. Barnhart
Program Manager,
Human Genome
ER-72, GTN
OHER, DOE
Washington, DC 20545

Jack Bartley
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road
Berkeley, CA 94720

Mark Bednarski
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road
Berkeley, CA 94720

George Bell
T10 MS K710
Los Alamos National
Laboratory
Los Alamos, NM 87545

Claire M. Berg
Molecular & Cell Biology
U-131
University of Connecticut
354 Mansfield Road
Storrs, CT 06269-2131

Douglas E. Berg
Microbiology Box 8093
Washington University
Medical School
724 S. Euclid
St. Louis, MO 63110

Tony Beugelsdijk
MAA3 MS J580
Los Alamos National
Laboratory
Los Alamos, NM 87545

Elbert Branscomb
Biomedical Sciences
Division, L-452
Lawrence Livermore
National Laboratory
PO Box 5507
Livermore, CA 94550

Christian Burks
T10 MS K710
Los Alamos National
Laboratory
Los Alamos, NM 87545

Martin Burschka
T10 MS K710
Los Alamos National
Laboratory
Los Alamos, NM 87545

Carlos Bustamante
Chemistry Department
University of New Mexico
Albuquerque, NM 87131

David Callen
Cytogenetics Unit
Adelaide Children's Hospital
King William Road
North Adelaide, S.A. 5006
AUSTRALIA

Charles R. Cantor
Dept. of Genetics &
Development
Columbia University
701 168th St.
Room 1602
New York, NY 10032

Anthony V. Carrano
Biomedical Sciences
Division L-452
Lawrence Livermore
National Lab
Livermore, CA 94550

Thomas C. Caskey
Institute for Molecular
Genetics
Baylor College of Medicine
One Baylor Plaza
Houston, TX 77030

11/1/89

Affymetrix v.
Illumina

DX 263

U. S. Department of Energy
Human Genome Program
Contractor/Grantee Workshop
Santa Fe, New Mexico
November 3-4, 1989

Jan-Fang Cheng
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road
Berkeley, CA 94720

Edward M. Davis
SymBiotech, Inc.
8 Fairfield Blvd.
Wallingford, CT 06492

Radoje Drmanac
Center for Genetic
Engineering
Genome Structure Unit
283 Vojvode Stepe
P.O. Box 794
11000 Belgrade YUGOSLAVIA

George Church
Department of Genetics
Harvard Medical School
25 Shattuck Street
Boston, MA 02115

Larry L. Deaven
Life Sciences Division
MS M881
Los Alamos National
Laboratory
Los Alamos, NM 87545

David Dunlap
Chemistry Department
University of New Mexico
Albuquerque, NM 87131

Michael Cinkosky
T10 MS K710
Los Alamos National
Laboratory
Los Alamos, NM 87545

Pieter de Jong
Biomedical Sciences
Division, L-452
Lawrence Livermore
National Laboratory
PO Box 5507
Livermore, CA 94550

John J. Dunn
Biology Department
Brookhaven National
Laboratory
Upton, NY 11973

David Corey
Dept. of Chemistry
University of California,
Berkeley
Berkeley, CA 94720

Jeanne Dietz-Band
Life Sciences Division
MS M886
Los Alamos National
Laboratory
Los Alamos, NM 87545

Gary Epling
Dept. of Chemistry, U-60
University of Connecticut
Storrs, CT 06268

Radomir Crkvenjakov
Center for Genetic
Engineering
Genome Structure Unit
283 Vojvode Stepe
P.O. Box 794
11000 Belgrade YUGOSLAVIA

Norman Doggett
Life Sciences Division
MS M886
Los Alamos National
Laboratory
Los Alamos, NM 87545

Glen A. Evans
Salk Institute for Biological
Studies
PO Box 85800
San Diego, CA 92138

J.B. Davidson
Martin Marietta Energy
Systems, Inc.
PO Box 2008
Oak Ridge, TN 37830

Richard J. Douthart
Batelle Pacific Northwest
Laboratory
Battelle Blvd.
Richland, WA 99352

Eric Fairfield
T-10 MS K710
Los Alamos National
Laboratory
Los Alamos, NM 87545

`1/1/89

IAFP00597917

U. S. Department of Energy
Human Genome Program
Contractor/Grantee Workshop
Santa Fe, New Mexico
November 3-4, 1989

Hong Fang
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road
Berkeley, CA 94720

Deborah Grady
Life Sciences Division
MS M886
Los Alamos National
Laboratory
Los Alamos, NM 87545

Ed Hildebrand
Life Sciences Division
MS M886
Los Alamos National
Laboratory
Los Alamos, NM 87545

Christopher A. Fields
New Mexico State University
Computing Research
Laboratory
Box 30001
Las Cruces, NM 88003-0001

Joe Gray
Biomedical Sciences
Division, L-452
Lawrence Livermore
National Laboratory
PO Box 5507
Livermore, CA 94550

Diane Hinton
Genome Project
Howard Hughes Medical
Institute
6701 Rockledge Drive
10th Floor
Bethesda, MD 20817

Emilio Garcia
Biomedical Sciences
Division, L-452
Lawrence Livermore
National Laboratory
'O Box 5507
Livermore, CA 94550

Mark Guyer
National Center for Human
Genome Research
NIH
Building 1, Rm. 332
9000 Rockville Pike
Bethesda, MD 20892

Bob Hollen
MS J580
Los Alamos National
Laboratory
Los Alamos, NM 87545

Raymond F. Gesteland
Howard Hughes Medical
Inst.
Department of Genetics
743 Wintrobe Bldg.
University of Utah
Salt Lake City, UT 84132

James F. Hainfeld
Biology Department
Brookhaven National
Laboratory
Building 463
Upton, NY 11973

Leroy Hood
Division of Biology 147-75
California Institute of
Technology
Pasadena, CA 91125

Alex Glazer
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road
Berkeley, CA 94720

Richard P. Haugland
Molecular Probes, Inc.
4849 Pitchford Avenue
Eugene, OR 97402

Tim Hunkapiller
Division of Biology 147-75
California Institute of
Technology
Pasadena, CA 91125

Gerald Goldstein
Physical & Technological
Research Division
ER-74 GTN
OHER, DOE
Wasington, DC 20545

Gary Hermanson
Salk Institute for Biological
Studies
PO Box 85800
San Diego, CA 92138-9216

Marge Hutchison
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road
Berkeley, CA 94720

11/1/89

IAFP00597918

U. S. Department of Energy
Human Genome Program
Contractor/Grantee Workshop
Santa Fe, New Mexico
November 3-4, 1989

K. Bruce Jacobson
Biology Division
Oak Ridge National
Laboratory
PO Box 2009
Oak Ridge, TN 37831-8077


Joe Jaklevic
Instrumentation Division
70A-2205
Lawrence Berkeley
Laboratory
Berkeley, CA 94720


J. H. Jett
Life Sciences Division
Los Alamos National
Laboratory
PO Box 1663
Los Alamos, NM 87545


Bill Johnston
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road
Berkeley, CA 94720


Roland Johnson
L-157
Lawrence Livermore
National Lab.
PO Box 5507
Livermore, CA 94550


Richard Keller
MS G738
Los Alamos National
Laboratory
Los Alamos, NM 87545


Ivan Labat
Center for Genetic
Engineering
Genome Structure Unit
283 Vojvode Stepe
P.O. Box 794
11000 Belgrade YUGOSLAVIA


Esther Leeflang
Dept. of Chemistry
University of California,
Davis
Davis, CA 95616


Leonard S. Lerman
Massachusetts Institute of
Technology 56-743
Department of Biology
77 Massachusetts Avenue
Cambridge, MA 02139


Suzanna Lewis
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road
Berkeley, CA 94720


Hwa Lim
Supercomputer
Computations Research
Institute
467 SCL
Florida State University
Tallahassee, FL 32306-4052


Jonathan Longmire
Life Sciences Division
MS M881
Los Alamos National
Laboratory
Los Alamos, NM 87545


Po-Yung Lu
Biomedical and
Environmental Information
Analysis
Oak Ridge National Lab.
PO Box 2008, Bldg. 2001
Oak Ridge, TN 37831-6050


Marcos Maestre
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road
Berkeley, CA 94720


Donna Maglott
American Type
Culture Collection
12301 Parklawn Drive
Rockville, MD 20852-1776


Betty Mansfield
Human Genome Mgmt.
Information System
Oak Ridge National Lab.
PO Box 2008, Bldg. 2001
Oak Ridge, TN 37831-6050


John Martin
LS4 MS M888
Los Alamos National
Laboratory
Los Alamos, NM 87545


Richard A. Mathies
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road
Berkeley, CA 94720

11/1/89

IAFP00597919

U. S. Department of Energy
Human Genome Program
Contractor/Grantee Workshop
Santa Fe, New Mexico
November 3-4, 1989

Mary Kay McCormick
Life Sciences Division
MS M886
Los Alamos National
Laboratory
Los Alamos, NM 87545

Donald McMullen
455 Supercomputer
Computations Research
Institute
Florida State University
Tallahassee, FL 52306-4052

Dr. Mortimer L. Mendelsohn
Biomedical & Sciences Div.
Lawrence Livermore
National Lab.
PO Box 5507
Livermore, CA 94550

Julianne Meyne
LS-3 MS M886
Los Alamos National
Laboratory
Los Alamos, NM 87545

Harvey Mohrenweiser
Biomedical Sciences
Division, L-452
Lawrence Livermore
National Laboratory
PO Box 5507
Livermore, CA 94550

Frederick Morse
Associate Director for
Research
MS A-114
Los Alamos National
Laboratory
Los Alamos, NM 87545

Robert K. Mortimer
Dept. of Molecular and
Cellular Biology Div.
UC Berkeley
Berkeley, CA 94720

R. K. Moyzis
Life Sciences Division
MS M886
Los Alamos National
Laboratory
Los Alamos, NM 87545

David Nelson
Computations, L-305
Lawrence Livermore
National Laboratory
Livermore, CA 94550

David L. Nelson
Institute for Molecular
Genetics
Baylor College of Medicine
One Baylor Plaza
Houston, TX 77030

Debra Nelson
T10 MS K710
Los Alamos National
Laboratory
Los Alamos, NM 87545

William C. Nierman
American Type Culture
Collection
12301 Parklawn Drive
Rockville, MD 20852-17

Frank Ogletree
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road
Berkeley, CA 94720

Arnold Oliphant
Medical Informatics
University of Utah
420 Chipeta Way, Rm. 180
Salt Lake City, UT 84108

Frank Olken
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road
Berkeley, CA 94720

Anne Olsen
Biomedical Sciences
Division, L-452
Lawrence Livermore
National Laboratory
PO Box 5507
Livermore, CA 94550

Ross Overbeck
MCS 221 C-216
Argonne National
Laboratory
Argonne, IL 60439

Rob Pecherer
T10 MS K710
Los Alamos National
Laboratory
Los Alamos, NM 87545

11/1/89

IAFP00597920

U. S. Department of Energy
Human Genome Program
Contractor/Grantee Workshop
Santa Fe, New Mexico
November 3-4, 1989

Donald Peters
Biomedical Sciences
Division, L-452
Lawrence Livermore
National Laboratory
PO Box 5507
Livermore, CA 94550

Karl Sirotkin
T10 MS K710
Los Alamos National
Laboratory
Los Alamos, NM 87545

Raymond Stallings
Life Sciences Division
MS M886
Los Alamos National
Laboratory
Los Alamos, NM 87545

Robert Ratliff
Life Sciences Division
MS M886
Los Alamos National
Laboratory
Los Alamos, NM 87545

Tom Slezak
Biomedical Sciences
Division, L-452
Lawrence Livermore
National Laboratory
PO Box 5507
Livermore, CA 94550

M. Stodolsky
ER-72, GTN
OHER, DOE
Washinton, DC 20545

Mark Salmeron
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road, 50B-3238
Berkeley, CA 94720

Cassandra Smith
1602 HHSC
College of P&S
701 W 168
New York, NY 10032

F. William Studier
Biology Department
Brookhaven National Lab
Upton, NY 11973

Karen Schenk
T10, MS K710
Los Alamos National
Laboratory
Los Alamos, NM 87545

David Smith
ER-72, GTN
OHER, DOE
Washington, DC 20545

Betsy Sutherland
Biology Department 463
Brookhaven National
Laboratory
Upton, NY 11973

Jeffrey Schmaltz
ER-72 GTN
OHER, DOE
Washington, DC 20545

Carol Soderlund
New Mexico State University
Computing Research
Laboratory
Box 30001
Las Cruces, NM 88003-001

Stanley Tabor
Dept. of Biological
Chemistry & Molecular
Pharmacology
240 Longwood Ave.
Harvard Medical School
Boston, MA 02115

Paul Silverman
Associate Laboratory
Director
Lawrence Berkeley Lab.
1 Cyclotron Road
50A, 5104
Berkeley, CA 94720

Sylvia Spengler
Human Genome Center
Lawrence Berkeley
Laboratory
1 Cyclotron Road, 1-213
Berkeley, CA 94720

Thomas Tenforde
Batelle Pacific Northwest
Laboratory
Batelle Blvd.
Richland, WA 99352

11/1/89

IAFP00597921

U. S. Department of Energy
Human Genome Program
Contractor/Grantee Workshop
Santa Fe, New Mexico
November 3-4, 1989

David Thurman
Batelle Pacific Northwest
Laboratory
Batelle Blvd.
Richland, WA 99352

David Torney
T10 MS K710
Los Alamos National
Laborary
Los Alamos, NM 87545

Barbara Trask
Biomedical Sciences
Division L-452
Lawrence Livermore
National
  Laboratory
Livermore, CA 94550

James Treves
L-473
Lawrence Livermore
National Laboratory
Livermore, CA 94550

Kathryn Tynan
Biomedical Sciences
Division L-452
Lawrence Livermore
National Laboratory
Livermore, CA 94550

Marvin Van Dilla
Biomedical Sciences
Division
Lawrence Livermore
National Laboratory
Livermore, CA 94550

Mark Wagner
Biomedical Sciences
Division L-228
Lawrence Livermore
National Laboratory
Livermore, CA 94550

Robert P. Wagner
LS3 MS M886
Los Alamos National
Laboratory
Los Alamos, NM 87545

Ronald A. Walters
Program Director
Biological & Environment
MS A114
Los Alamos National
Laboratory
Los Alamos, NM 87545

Denan Wang
Human Genome Center
Lawrence Berkeley Lab
1 Cyclotron Road
Berkeley, CA 94720

R. J. Warmack
MS 6123
PO Box 2008
Oak Ridge National Lab.
Oak Ridge, TN 37831-6123

John Wassom
Director
Human Genome &
Toxicology Program
Oak Ridge National Lab.
PO Box 2008, Bldg. 2001
Oak Ridge, TN 37831-6050

Robert Weiss
Howard Hughes Medical
Inst.
Dept. of Human Genetics
743 Wintrobe Bldg.
University of Utah
Salt Lake City, UT 84132

Sherman Weissman
Yale University
Dept. of Human Genetics
PO Box 3333
333 Cedar Street
New Haven, CT 06510

Patricia Wilkie
Biomedical Sciences
Division L-452
Lawrence Livermore
National Laboratory
Livermore, CA 94550

Gayle Woloschak
Argonne National
Laboratory
BIN-202
9700 S. Cass Avenue
Argonne, IL 60439

John Wooley
Director
Info. & Resources Division
National Science Foundation
1800 G Street NW
Wasington, D.C. 20550

Judy Wyrick
PO Box 2008
Oak Ridge National
Laboratory
Oak Ridge, TN 37831-6050

11/1/89

IAFP00597922

U. S. Department of Energy
Human Genome Program
Contractor/Grantee Workshop
Santa Fe, New Mexico
November 3-4, 1989

E.S. Yeung
Dept. of Chemistry
85 E. Gilman Hall
Iowa State University
Ames, Iowa 50011

Edward David Hyman
Sybtrel
3330 N. Causeway Blvd.
Metairie, LA 70002

**INDUSTRY**

George Bers
Bio-Rad Labs
1414 Harbour Way S.
Richmond, CA 94804

Kathy Yokobata
Biomedical Sciences
Division L-452
Lawrence Livermore
National Laboratory
Livermore, CA 94550

Andrew Kumamoto
California Institute of
Biological Research
11099 North Torrey Pines
Rd.
La Jolla, CA 92037

David Botten
EG&G Biomolecular
4 Tech Circle
Natick, MA 01760

**SBIR GRANTEES**

Michael McClelland
California Institute of
Biological Research
11099 North Torrey Pines
Rd.
La Jolla, CA 92037

Thomas Brennan
Genomyx
460 Pt. San Bruno Blvd.
So. San Francisco, CA 94080

Irena Bronstein
Tropix, Inc.
47 Wiggins Avenue
Bedford, MA 01730

Jim Brulé
Coherent Research, Inc.
100 East Washington Street
Syracuse, NY 13202

Patricia McGrath
Tropix, Inc.
47 Wiggins Avenue
Bedford, MA 01730

Robert Brown
Oracle Corp.
120 Wood Avenue S.
Iselin, NJ 08830

John W. Chase
Scientific Director
U.S. Biochemical
Corporation
26111 Miles Road
Cleveland, OH 44128

Sukhendu Dev
BTX, Inc.
3472 Jewell Street
San Diego, CA 92109

Ronald McKean
KMS Fusion
700 KMS Place
PO Box 1567
Ann Arbor, MI 48106

Stephen Dias
Natural Language Inc.
879 W. 190th Street
Los Angeles, CA 90248-4214

Gunter Hofmann
BTX, Inc.
3472 Jewell Street
San Diego, CA 92109

Jeffrey M. Stiegman
Biophotonics Corporation
P.O. Box 3756
Ann Arbor, MI 48106

11/1/89

IAFP00597923

U. S. Department of Energy
Human Genome Program
Contractor/Grantee Workshop
Santa Fe, New Mexico
November 3-4, 1989

Robert Eades
Cray Research, Inc.
1333 Northland Drive
Mendota Heights, MN  55120

Robert Jones
Applied Biosystems
850 Lincoln Cener Drive
Foster City, CA  94404

Bonner Nishida
IBM
Neighborhood Road
MS 228
Kingston, NY  12401

Steve Ferris
Bio-Rad Laboratories
1414 Harbour Way South
Richmond, CA  94804

Eva Juhos
Beckman Instruments Inc.
1050 Page Mill Road
Palo Alto, CA  94304

Hans Osterhoudt
Strategic Planning
Eastman Kodak Co.
Life Science Division
343 State Street
Rochester, NY  14650

David Fram
Oracle Corp.
901 Mariners Island Blvd.
San Mateo, CA  94404

Leonard Klevan
Life Technologies Inc.
8717 Grovemont Circle
PO Box 6009
Gaithersburg, MD 20877

Dietmar Rabussay
Life Technologies Inc.
8717 Grovemont Circle
PO Box 6009
Gaithersburg, MD 20877

Okan Gurel
IBM
101 Main Street
Cambridge, MA  02142

Terry Lerner
Integrated Genetics, Inc.
Framingham, MA  01701

Ira Schildkraut
New England Biolabs Inc.
32 Tozer Road
Beverly, MA  01915

John Harding
Life Technologies Inc.
8717 Grovemont Circle
PO Box 6009
Gaithersburg, MD 20877

Michael Liebman
Amoco Technology
Biotechnology Division
PO Box 3021
Napierville, IL  600566

Larry Stewart
CRAY Research, Inc.
555 Oppenheimer
Suite 100
Los Alamos, NM  87544

W. Charles Johnson
Beckman Instruments
2500 Harbor Blvd.
Fullerton, CA  92634

Mike Nemzek
EG&G Biomolecular
4 Tech Circle
Natick, MA  01760

Mark Sullivan
Eastman Kodak
Life Science Division
343 State Street
Rochester, NY  14650

11/1/89

IAEP00597924

U. S. Department of Energy
Human Genome Program
Contractor/Grantee Workshop
Santa Fe, New Mexico
November 3-4, 1989

David Turek
IBM
Neighborhood Road
MS 228
Kingston, NY   12401


John West
BioAutomation Inc.
A-204
Front & Ford Streets
Bridgeport, PA   19405


Michael Zoccoli
Cetus Corporation
1400 Fifty-Third St.
Emeryville, CA   94608

1/1/89

IAFP00597925

# EXHIBIT   J

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT  K

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT L

DEC 07 '89 16:12 BCM_713-798-S555                                    P.2

Dr. Radomir Crkvenjakov
Genetic Engineering Center
P. O. Box 794
11000 Belgrade
YUGOSLAVIA
tel 38 11 491 391
fax 38 11 492 397

December 7, 1989

Dear Rasha,

I am sending you this fax to discuss some things that were not
mentioned in my recent letter (sent via airmail to you and to Rada
a few days ago). First, to repeat some things that were in the
letter, Stefan and I have been working on a business plan for
Genomic Solutions, Inc. (GSI) which he will send to a potential
investor within the next few days. Stefan has identified several
people who are interested in seeing a business plan, and he is
quite confident that we will be able to get seed funding of about
$500,000 in Jan. or Feb. to organize the business and start the
research projects. Also, I have obtained some of the Teflon
support for making support-linked oligos, and will start working
with it very soon.

Stefan thinks that it might be worthwhile to look into setting
up formal collaborations with other groups working on SBH, such as
the Moscow group and/or the Oak Ridge group. We won't pursue
any of these possibilities without your approval and participation.
The main point is that since these other groups are obviously
working on projects related to SBH, and some of these other
approaches may fall outside of your patents and may succeed, it
may be best to establish communications and coordinate the
projects early on, to minimize conflicts, prevent duplication of
effort, and work toward mutual commercial benefits.

The least urgent situation is the Soviet group. They may be
able to offer manpower and nucleic acid chemistry expertise that



IAFP00598050

DEC 07 '89 16:13 BCM_713-798-5555    P.3

could facilitate some aspects of the DNA chip construction. If so, we might start thinking about ways of collaborating with them. What do you think about this?

The more urgent case is the Oak Ridge group -- urgent only because they have asked me to write a supporting letter of collaboration for a grant application which is due next week, and I won't make any commitment to assist in their project unless you recommend it. They specifically stated that the project would be a collaboration with you, too, since they agree that the use of beads for SBH is your "territory." As Bruce wrote in his letter to you, they propose to make CPG tagged by combinations of stable isotopes and derivatized in a way which makes a CPG-DNA linkage that is stable to the deprotection condition. They would like to supply these beads to me for use in synthesizing large numbers of oligonucleotides. The beads would then be used in a different kind of SBH implementation than yours. The grant (Mike Ramsey at Oak Ridge is Principal Investigator) proposes to use the beads for hybridization to fluorescent-tagged genomic fragments, then isolate the fluorescent beads by single droplet RIS and fluorescence sorting, then identify the sequences by their "isotopic signature." Are you agreeable to this collaboration?

Can you phone or fax me with your thoughts about this collaboration? My personal view is that the beads that they would be supplying would also be helpful in your currently planned SBH projects, and that additional mutually beneficial collaborations could be developed if our groups worked together. A copy of Bruce's letter to me is attached. Two more things: (1) Can you fax me a copy of your resume (for the business plan)? (2) If necessary to get the startup funding, would you afford to visit here in early or mid January?

Best wishes,

*Ken*

Kenneth L. Beattie
tel (713) 798-5762
fax (713) 798-5555

IAFP00598051

DEC 07 '89 16:14 BCM_713-798-5555*                                      P.4

12/7/89

Biology Division
Oak Ridge Nat. Lab.
P.O.Box 2009
Oak Ridge, TN 37831-8077
Fax 615 574 1274

Dr. Kenneth Beattle
Dept. of Biochemistry
Baylor College of Medicine
One BAylor Plaza
Houston, TX 77030          Fax  713 798 5555

Dear Ken,

We are preparing two grant proposals that will deal with different aspects of the SBH procedure. Bob Foote is describing the 'chip' and Mike Ramsey is describing the CPG bead labeled with multiple stable isotopes. You did not meet Ramsey in October but he came to Crkvenjakov's seminar. Mike is knowledgable in the area of detecting single fluorescent molecules and wants to develop this into a practical assay in some areas involving DNA. As I described to you on the phone we propose to label beads with three stable isotopes; using five isotopes each of five elements there are over 10,000 combinations. Each bead would have a unique oligonucleotide attached and when hybridized to a fluorescently labeled DNA the bead would have fluorescence and be detected in a microdroplet that could contain only one bead at a time. The fluorescent bead would be diverted, in a sorter like the cell sorter, and the non-fluorescent beads discarded. The fluorescent bead would then be characterized for the combination of stable isotopes.

We propose an experiemt to label the beads with ten combinations of stable isotopes of gadolinium. We are proposing that you would synthesize appropriate oligos on these beads and we would test them for proper hybridization.

If you are agreeable to this kind of collaboration would you prepare a letter to J. Michael Ramsey, Analytical Chemistry Division, ORNL, P.O. Box 2008, Oak Ridge, TN 37831. It is very near the deadline and we would like to receive the letter by Dec 11.

I wrote to Belgrade to tell them about this but have not received a reply yet. I told them we would consider any "bead" project a collaborative one with them since we agreed to have beads be their territory.

With two approaches to SBH here and others in Belgrade it seems that something should work out. Some careful work on the specificity of hybridization is one of our top priorities. Please let me know as soon as you can if you can agree to this arrangement.

Sincerely yours,

Bruce

K. Bruce Jacobson
Biology Division

TOTAL P.01

IAFP00598052

DEC 07 '89 16:11 BCM_713-798-5555*

# TELEFAX COMMUNICATION

**DATE:** Dec. 7, 1989
**TIME:** 4:15 p.m.

**TO:** Dr. Radomir Crkvenjakov
Genetic Engineering Center

**FROM:** Dr. Ken Beattie
Baylor College of Medicine

**NUMBER OF PAGES, INCLUDING COVER:** 4

**MESSAGE:**

Rasha,

Things are exciting here. I hope
you can send me a fax message
today (Dec. 8)

Ken

IAFP00598053

# EXHIBIT   M

SEQUENCING BY HYBRIDIZATION (SBH) R&D at the CENTER FOR GENETIC ENGINEERING
in BELGRADE, YUGOSLAVIA: The RADOMIR CRKVENJAKOV LABORATORY in 1989
Trip Report by Marvin Stodolsky

**Summary** The purpose of this trip was to review progress of SBH R&D in the
laboratory of Assoc. Prof. R. Crkvenyakov. His laboratory is developing
a novel scheme for genome Sequencing By Hybridization (Dramnac et al, 1989,
Genomics 4, 114-128), the interrogation of representative clonal DNAs with
short DNA strands (oligonucleotides). It was reviewed by a 1988 DOE Special
Review Panel for the Human Genome Initiative and is now jointly funded by DOE
and the Center for Genetic Engineering in Belgrade, Yugoslavia. The Center is
a non-profit institution sharing staff and graduate training responsibilities
with the University of Belgrade.
    The project further benefits from a 1980 US-Yugoslavia Treaty for
Scientific and Technological Cooperation. Projects considered meritorious by a
US-Yugoslav Joint Board have a special financial privilege. Yugoslav dinars
can be exchanged for US dollars to facilitate the import of foreign research
materials. Also funds are provided (through the US Dept. of State and its
Embassy) for Yugoslav scientists to visit the US colleagues and vice versa.
My 1988 and this May 28-June 9, 1989 site visit to the Center was made under
these auspices. In the DOE Office of Health and Environmental Research, I am
technical representative for several of the DNA sequencing technology projects
within the Human Genome Initiative.
    From the onset of the SBH project it was evident that a full
implementation of human genome sequencing by SBH would require cooperation
with US scientists/technologists, particular as development moved from
biological/biochemical proof of concept to instrument/automation intensive
phases. Thus my responsibility for this trip was to evaluate progress,
facilitate the program as possible and bring back recommendations for further
actions.
    Progress in 1988-89 has been considerable. Most outstanding are
improvements in DNA interrogation procedures and a scheme for process
miniaturization. The SBH team are now seeking collaborators to develop process
constituents for which the Center is not adequately equipped.

**Itiniary** May 27-Departure from Wash. DC, arriving in Belgrade May 28.
Monday, May 29-June 9, in Belgrade and surrounds.
Saturday June 10-Thursday June 21 in Istanbul, Turkey as guest of Prof. Engin
    Bermek and Dr. Cafer Yildiran. This portion of my trip was taken as yearly
    vacation.  I taught in Turkey from 1980-1982 and retain numerous collegial
    friendships there. Dr. Bermek is director of the Molecular Biology Section
    of TUBETAK (Turkey's NSF equivalent with both funding responsibilities and
    its own laboratories) and administrator of a NATO R&D Award for a
    multifaceted biotechnology program.
Thursday, June 22-return to Wash. DC.

**Meetings/Personalities** The first week was largely spent absorbing details of
the years effort. My first two day's overlapped a visit by Daniel Jacobson (to
be at Johns Hopkins U. this fall). He is developing some very interesting SBH
instrumentation ideas with Crkvenyakov. The concepts are however proprietary

1

Affymetrix v.
Illumina

DX 254

and cannot here be described. Ivan Labat (Ph. D. candidate) is writing
further software for SBH analysis. Belgrade's almost daily power failures have
been causing loss of enroute computations; to minimize these we designed a
simple power backup to preserve data in computer RAM, which Labat will
implement.

The day of June 7 was largely spent at the US Embassy. The science attache
Robert Day, his assistant Anna Druzetic and other staff elicited from
Crkvenyakov and me a description of the Human Genome Initiative, the DOE/NIH
roles and the niche of SBH. I promised to put them on the Human Genome mailing
list and left them copies of the 1988 genome program pamphlet and the current
DOE genome news letter. The Embassy's video communications facilities were
demonstrated. Crkvenyakov subsequently utilized them, as one of six
participants worldwide in a June 21, USIA sponsored WorldNet forum on the
Human Genome Initiative. In the afternoon scientific attache Day, Crkvenyakov,
V.Z. Ascher and I met with Ambassador Zimmerman and responded to questions
about the Genome Initiative and SBH. This was the Ambassador's first personal
contact with Crkvenyakov, though he had cited the SBH project and the WorldNet
broadcast during the May meeting of the US-Yugoslav Joint Board. Vivienne Z.
Ascher (my wife) had joined me for the second week in Belgrade. During
1980-82, she had served in the US Embassy in capacities of scientific, banking
and finance officer. Her knowledge of Serbo-croatian, Yugoslav culture and
protocol facilitated many contacts.

On June 8, I responded to a request for a group meeting from Center
staff, for my assessment of the SBH project. My primary points were that SBH
development is indeed progressing well, and that they should begin to consider
the new problems/opportunities the Center would encounter if it does become a
genome sequencing method of choice. Movement from current proof of concept
efforts to effective genome sequencing would require much supportive
infrastructure if the Center/Yugoslavia wished to obtain optimal benefits. At
a minimum, they could serve as a training center for SBH technology. Maximal
benefits could accrue from offering a commercial genome sequencing service,
but that would take long range planning, economic modeling and much
cooperation from their government.

Indeed, much of the second week was spent considering alternative
development plans with Crkvenyakov. They had two common themes. The SBH
software will be made publicly available, so that the efficacy of the
sequencing assembly algorithms can be independently verified and further
improved. Secondly, a full technical demonstration of the multidisciplinary
system can most easily be accomplished in the US. A finalized system could be
reproduced in Yugoslavia if they can develop the supporting infrastructure. An
alternative would be to establish a SBH facility in Trieste at the
International Centre for Genetic Engineering and Biotechnology (for developing
countries), with which the Belgrade Center has close ties.

In all my contacts, I emphasized that I was merely a scientific advisor
to the DOE, and my analyses/suggestions were in no way binding or policies of
the DOE Office of Health and Environmental Research.

**The Center for Genetic Engineering.** Some current circumstances concerning the
Center bear mention. Ground has now been broken for their dedicated research
building, with structural completion scheduled for Fall 1989. Eventually the
School of Pharmacy of the U. of Belgrade will be situated beside it. There are

2

DOE 000467

currently three Center projects benefiting from the US-Yugoslav treaty: the
SBH co-funded by the Center and DOE; Prof. D. Savic's (NIH) project on a
strong mutator action of the polAI allele in Escherichia coli; and Prof. V.
Glisin's (NIH) Belgrade rat model for thalessemia. The international
recognition of these projects gives the Center high visibility, and leverage
to illustrate the values of good R&D to capable Yugoslav students. The major
change in the Crkvenjakov group has been the departure of SBH theoretician
Radoje Drmanac. He has begun a postdoctoral in the laboratory of Hans Lehrach
at the ICRF in London, but remains a continuing force in SBH development.

**SBH R&D during 1988-89.** The Lehrach and Crkvenjakov laboratories utilize many
common technologies and are constantly exchanging protocol improvements. The
idea for fingerprinting a clone by its content of a number of oligomer
sequences originated with Lehrach. Residence/absence of a particular sequence
is determined by hybridizing a corresponding DNA oligomer against the DNAs of
a clone.  In the SBH implementations, clonal DNAs are excreted from intact
bacteria in the form of M13 virions with up to 17 kb single stranded DNAs, of
which up to 10 kb is foreign insert. When as little as 0.1 ul of virion
supernatant (about 50 million virions or 0.1 ng of DNA) is spotted on a blot
membrane, adequate signal is obtained in subsequent oligomer interrogations.
Oligomer fingerprinting applications have not been as successful on cosmid or
bacteriophage lambda dot blots. With their much larger 50 kb chromosomes, the
number of chromosomes per ug DNA deposited in a dot is much lower and
bacterial DNA debris are present, with attendant severe signal/noise problems.
    The core goal of SBH is to obtain the sequence of a chromosome or genome
as an assemblage of its constituent short oligomer sequences. Through computer
modeling optimal system configurations are chosen. In the published scheme, a
family of 100,000 oligomer probes is necessary, comprised of a family of some
60,000 eight-mers plus strategic longer oligomers. Complementary "ordering"
and "basic" libraries are produced with 0.5 and 10 kb inserts respectively.
This configuration would be optimal for 1-5 megabase range chromosomes, such
as bacterial or YAC chromosomes. A library of about 10 million clones would be
necessary for SBH sequencing of the total human genome. Early oligomer
residence data gathered orders the clones. Eventually the entire sequence of
the source chromosome (or genome) can be assembled as its set of overlapping
oligomers. Enroute ambiguities in the oligomer overlaps are resolved by the
clone order information. This is the core of SBH theory.
    Several developments of the past year deserve summary. There has been
further improvement of computer algorithms. They are needed to optimize
specifications of the basic and ordering libraries, in terms of the redundancy
of chromosome/genome coverage, for a particular SBH implementation. The longer
the oligomers utilized, the larger the clonal inserts and the smaller the
libraries can be. But the number of oligomer hybridizations and associated
costs also rapidly increase with oligomer size. Thus there are trade offs to
be made in the economics of process constituents. Several computer scientists
have become interested in these problems. In the US, Ross Overbeek (ANL) and
Karl M. Sirotkin (LANL) have/are cooperating. In the USSR, a completely
independent development of SBH mathematics appears to have been initiated (see
attached references).
    In Belgrade, the software was initially written in the BASIC programming
language. At the Human Genome Workshop at Cold Spring Harbor this April, an

3

DOE 000468

informal group including K. Sirotkin, E. Branscom and D. Waterman (of the Lander-Waterman ordering models) advised Crkvenjakov on future preferred software implementations. They recommended that the algorithms be translated into the more popular C language. Cooperation with and improvements by other scientists could thus be much more easily achieved. Crkvenjakov accordingly purchased Turbo C compiler software before departing, and programmer Labat is now enthusiastically doing the BASIC to C conversion.

The group also considered routes to economically improving the Center's computation capacities. Details on the Center's hardware were FAXed to me and forwarded to LANL. Before leaving on this trip LANL specialists were able to advise me on suitable electronic boards for increasing RAM to 4 megabytes on the Center's PC/AT compatible. This would permit much faster modeling and optimization at the Center. Examination of this computer confirmed that there are no compatibility problems. Also Belgrade now has a BITNET nexus, so electronic mail transmission to the Center is forthcoming.

Perfection of an essential SBH technique was reported by Crkvenjakov at Cold Spring Harbor. It is the capacity to unequivocally discriminate between a perfectly paired oligomer/target DNA complex and any corresponding oligomer/target with even one mis-paired residue. The theoretical analysis depicted a two step process. The first is a loading of targets with enough labeled oligomer to subsequently give an adequate signal. This loading does not have to be highly selective. The second step is a thermal dissolution of complexes, which would eventually release perfectly paired as well as mis-paired oligomers. But the dissolution rate is higher for the mis-paired oligomers, and the differential between the rates is highest at low dissolution temperatures. Thus (contrary to some earlier intuitions) the best discrimination and signal are achieved by: an initial low specificity oligomer loading; a slow dissolution of complexes during which the perfectly paired complexes best survive; and a stabilization of surviving complexes, after which the readout signal of the bound oligomer is acquired. In the corroborating experiment, effective discrimination was cleanly demonstrated for complexes differing by a mis-pairing in a terminal residue of the oligomer. This represents the most difficult discrimination situation. Thus a critical milestone has been passed.

A year ago it seemed that 11-mers were the shortest oligos which could be utilized in clone interrogations. But SBH interrogations with oligomers shorter than eight subunits have now been achieved, which permit substantial savings in synthesis costs. Also utilizing shorter oligos permits the utilization of lower temperatures during target DNA interrogations. One consequence is that more labile process constituents can be expected to have longer lifetimes, during the clone interrogation cycles. While demonstrations have as yet not been pursued, 1000 cycle longevity of dot blots or the DPs described below would not be surprising.

Some other presentations at Cold Spring Harbor have relevance to SBH. Firstly, K. Beattie (Baylor U.) reported on a system for more economical synthesis of Oligomer Banks relevant to a full SBH implementation. The cost determining factors on the number of oligos and the minimum amounts for a practical synthesis. For the current minimum practical quantity of 0.2 micromoles and 100,000 oligos, the cost is between $0.5-1.0 million. But the 0.2 micromoles will further suffice for analysis of a million genomes of human size by SBH. Also the Oligo Bank would be a source for producing PCR primers

4

DOE 000469

very economically by ligation. Thus the initial Bank cost would be greatly amortized by continuing uses.

Secondly, there has been an increasing effective development of non-radioactive reporting labels for DNAs and oligomers. The importance is that these labels report with light. Consequently, source sizes down to their wavelengths (less than a micron) can be spatially resolved. In contrast, the prior use of radioactive labels required minimal source separations of about 0.5 millimeter, because of the pathlength of the reporting electron emissions. In addition photon signals are now acquired by efficient quantitating CCD devices. This provides for automated recording of and electronic processing of digitized data.  These benefits were evident in several analyses of metaphase chromosomes by fluoresence microscopy.

The capacity to resolve compact sources motivates a new direction in the practical implementation of SBH, described in a manuscript "Prospects for Miniaturized, Simplified and Frugal Human Genome Project" by Dramnac and Crkvenyakov. Heretofore clonal DNAs to be analyzed have been immobilized on blot membranes. With a clone spot per square millimeter, 10 million clones needed for human SBH and an estimated blot longevity of 100-1000 (of 100,000) hybridization cycles, some 1000-10,000 square meters of blot membranes would be necessary. Costs of reagents scale with the surface area (and roughly the same economics apply to conventional sequencing). To achieve economies, D&C are advocating the use of small Discrete Particles (DPs) as the holders of clonal DNAs in SBH. The defining characteristic of a DP is that each DP is identifiable within a mixture of thousands, in addition to its suitability as a stable solid/matrix for SBH interrogations. A stratagem for distinguishing.DPs is currently being patented. After DPs irreversible bind their recombinant DNAs in wells of microtitre trays, they can be pooled without information loss and fixed in a layer upon a suitable carrier.

A square centimeter of microscope slide could carry a million DPs with 10 micron diameters. For a fail safe 10 fold redundancy in representation of the DPs, a 100,000 distinct DPs would be carried on a slide. Thus the 10 million M13 clones required for a complete human genome sequencing could be carried on 100 slides. In preliminary interrogations of the slides, the location and identity of each DP would be established. Then these slides would be run through automated cycles of:

1. The fast stripping of oligomers bound during the prior cycle;

2. The fast binding of multiple oligos with distinguishable labels;
3. A "slow" 45 minute elimination of mis-paired oligos;
4. Oligomer label excitation/readout on the microscope stage
       with automated database entry.

Assuming 10 distinguishable fluor labels for oligos, 10,000 1-4 cycles would extract the sequence data. Assuming that Step 4 readout needn't be rate limiting, the 1-4 step oligo cycle time is about an hour and 420 days would be required for data readout from slides. With hybridizations of replicate slides with different oligomers in parallel (or time staggered sequences), this time would be correspondingly reduced. Assuming a 1000-100 replicate slides required by a 100-1000 cycle DP longevity, data acquisition from slides would take 1-5 days if mechanics and optical readout are not limiting.

5

DOE 000470

The complete human genome sequencing would have the following components:

A. Preparation of 10 million recombinant M13 virion supernatants;
B. DNA binding to DP and DP mount preparation;
C. The above described 1-4 cycle DP-oligo readout;
D. Bridging centromeric/telomeric repeat regions with YACs.
E. Eliminating any final ambiguities by standard sequencing of PCR amplified
     segments; needed primer sequences would be known from the SBH data.

In summary, the process miniaturization and short cycle times make SBH on DPs
a very interesting candidate for total genome sequencing, and the follow on
sequencing of subsequent genomes of biotechnological/agricultural interest.

The Future The Belgrade team with R. Drmanac are now seeking collaborators to
aid implementation of Frugal Genome Sequencing. On the theoretical side, more
computational modeling and optimization is desirable before large investments
in oligomers and libraries are begun. On the physico-chemical side,
optimization of DP properties/preparation are the next necessary step. Modes
of 2D immobilization of pooled DPs on slides require test and verification.
Proof of concept DP interrogations can utilize already sequenced M13
recombinant DNAs or a library representing a genome of moderate size. *Kb*
     In the latter application, an ordered library (of clones with 10 megabase
inserts) would be an enroute product, serving for validification tests before
committment to a full 100,000 Oligo Bank construction. Readout from the
microscope stage can begin with current fluorescence instrumentation. But
total process time can be greatly decreased by automated readout and data
recording.
     The SBH team have requested that I send my Trip Report to potential
collaborators. Collaboration could include a visit by Dramnac to a US
multidisciplinary lab, after completion of his current postdoctoral with
Lehrach. I can provide some futher information or contacts can be made at the
below addresses.

Marvin Stodolsky, on detail with the
DOE Office of Health and Environmental Research
301-353-4475

Dr. Radomir Crkvenyakov                 Dr. Radoje Dramnac
Genetic Engineering Center              Imperial Cancer Research Foundation
283 Vojvoda Stepe                       PO Box 123
P.O. Box 794                            Lincoln's Inn Fields
11000 Belgrade                          London W2CA 3PX
Yugoslavia                              United Kingdom

33 11 491 391 lab                       44 1 836 8851
"   "  492-397 facsimile
"   "  648-972 home
38 11- 669-572

6

# EXHIBIT   N

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT   O

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT P

# EXHIBIT REDACTED IN ITS ENTIRETY