IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFYMETRIX, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-901 JJF |
| ILLUMINA, INC., | : | |
| Defendant. | : | |

**O R D E R**

At Wilmington, this 16 day of August, 2006, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Defendant Illumina, Inc.'s Motion To Dismiss Affymetrix' Count 2 For Lack Of Standing And Subject Matter Jurisdiction (D.I. 234) is **DENIED**.

　　　　　　　　　　　　　　　　　　／s/ Joseph J. Farnan
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE