# EXHIBIT 21

Table of Contents

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# Form 10-K

☑    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended January 1, 2006**

or

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from          to          .**

**Commission file number: 000-30361**

# Illumina, Inc.
*(Exact name of Registrant as Specified in Its Charter)*

| | |
|---|---|
| **Delaware** | **33-0804655** |
| *(State or other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |
| **9885 Towne Centre Drive, San Diego, California** | |
| *(Address of Principal Executive Offices)* | **92121** *(zip code)* |

**Registrant's telephone number, including area code:
(858) 202-4500**

**Securities registered pursuant to Section 12(b) of the Act:
None**

**Securities registered pursuant to Section 12(g) of the Act:
Common Stock, $0.01 par value**
*(Title of class)*

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act
Yes ☐      No ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes ☐      No ☑

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑      No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.    ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):
Large accelerated filer ☐      Accelerated filer ☑      Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐      No ☑

As of January 31, 2006, there were 41,269,312 shares of the Registrant's Common Stock outstanding. The aggregate market value of the Common Stock held by non-affiliates of the Registrant as of July 1, 2005 (the last business day of the Registrant's most recently completed second fiscal quarter), based on the closing price for the Common Stock on the Nasdaq National Market on that date, was $463,243,240. This amount excludes an aggregate of 2,892,533 shares of Common Stock held by officers and directors and each person known by the Registrant to own 10% or more of the outstanding Common Stock. Exclusion of shares held by any person should not be construed to indicate that such person possesses the power, directly or indirectly, to direct or cause the direction of the management or policies of the Registrant, or that the Registrant is controlled by or under common control with such person.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Registrant's definitive proxy statement for the annual meeting of stockholders expected to be held on June 8, 2006 are incorporated by reference into Items 10 through 14 of Part III of this Report.

**Table of Contents**

In 2001, we commercialized the first implementation of our BeadArray technology, the Sentrix Array Matrix. Th disposable matrix with 96 fiber optic bundles arranged in a pattern that matches the standard 96-well microtiter pl optic bundle performs more than 1,500 unique assays, which enables researchers to perform focused genotyping a high-throughput format. This format was also used to initiate our single nucleotide polymorphism ("SNP") genoty product line. As a result of the increasing market acceptance of our high throughput, low cost BeadArray technolo entered into genotyping services contracts with many leading genotyping centers, and were awarded $9.1 million National Institutes of Health to play a major role in the first phase of the International HapMap Project.

Our production-scale BeadLab is a turnkey platform that includes all hardware and software necessary to ena to perform genetic analysis research on what we believe is an unprecedented scale. This system is being markete number of high-throughput genotyping users. As of January 1, 2006, we have installed and recorded revenue for

In 2003, we announced the launch of several new products, including 1) a new array format, the Sentrix Bead significantly expands market opportunities for our BeadArray technology and provides increased experimental fle> science researchers; 2) a gene expression product line on both the Sentrix Array Matrix and the Sentrix BeadChi, researchers to analyze a focused set of genes across eight to 96 samples on a single array; and 3) a benchtop SI and gene expression system, the BeadStation, for performing moderate-scale genotyping and gene expression u technology. The BeadStation includes our BeadArray Reader, analysis software and assay reagents and is desig the throughput requirements and variable automation needs of individual research groups and core labs. Sales of began in the first quarter of 2004 and, as of January 1, 2006, we have shipped 115 BeadStations.

In late 2004, we announced a strategic collaboration with Invitrogen Corporation ("Invitrogen") to synthesize a oligos. In the third quarter of 2005, we began shipping oligo products in connection with this agreement. As part o agreement, we have developed the next generation of our Oligator DNA synthesis technology, which we have de support both plate- and tube-based capabilities. Invitrogen is responsible for sales, marketing and technical supp sales of collaboration products are divided equally between the two companies.

In 2005, we began shipments of Sentrix BeadChips for whole-genome gene expression and whole-genome g whole-genome gene expression BeadChips are designed to enable high-performance, cost-effective, whole-geno profiling of multiple samples on a single chip, resulting in a dramatic reduction in cost of whole-genome expressio whole-genome expression product line includes multi-sample products for both the Human and Mouse Genomes. genome genotyping BeadChip is designed to scale to high levels of multiplexing without compromising data qualit provide scientists the ability to query hundreds of thousands of SNPs in parallel. In the second quarter of 2005, w shipment of our first whole-genome genotyping BeadChip, the HumanHap1, which interrogates more than 100,00 parallel.

In April 2005, we completed the acquisition of CyVera Corporation, a privately-held Connecticut-based compa which CyVera became a wholly-owned subsidiary of Illumina. We believe that CyVera's digital-microbead platforn complementary to our portfolio of products and services. The acquisition is expected to provide us with a compre approach to bead-based assays for biomarker research and development and in-vitro and molecular diagnostic o including those that require low-complexity as well as high-complexity testing. We expect the first products based technology to be available in the second half of 2006. The purchase price associated with the transaction was ap $17.8 million. We allocated $15.8 million of this purchase price to acquired in-process research and development such amount against earnings in the second quarter of 2005.

3

# EXHIBIT 22

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 23

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 24

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 25

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 26

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT 27

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 28

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 29

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 30

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 31

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 32

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 33

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 34

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 35

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 36

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 37

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 38

# EXHIBIT   REDACTED
# IN   ITS   ENTIRETY

# EXHIBIT 39

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 40

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 41

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 42

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 43

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 44

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 45

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT 46

## Thomson StreetEvents℠

### AFFX - Affymetrix Guidance Announcement

Event Date/Time: Jan. 05. 2006 / 5:00PM ET


© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Jan. 05. 2006 / 5:00PM, AFFX ~ Affymetrix Guidance Announcement |
| --- |

As a reminder, today's call is being recorded and the audio from the call is being webcast over the internet on our homepage at www.affymetrix.com.

During this call, we may make various remarks about the company's future expectations, plans, and prospects that constitute forward-looking statements for purposes of Safe Harbor provisions under the Private Securities Litigation Reform Act of 1995. Such statements are subject to risks and uncertainties that could cause actual results to differ materially for Affymetrix from those projected. These risk factors are discussed in Affymetrix's Form 10-K for the year ended December 31, 2004, and on other SEC reports, including our quarterly reports on Form 10-Q for subsequent periods.

We encourage you to review these documents carefully. Forward-looking statements are made as of today's date and we expressly disclaim any obligation to update this information.

So with that introduction, let me turn the call over to Greg Schiffman.

---

**Greg Schiffman** - *Affymetrix. - CFO*

Thanks Doug. Good afternoon and thank you for joining us. At the close of the market today, we announced that we expect to see a product and a product-related revenue for the fourth quarter roughly $15 million below our previous guidance of $120 million. For the full year, we now expect product and product-related revenue of roughly $350 million and total revenue of around $365 million.

We have organized this call to give you an update on our preliminary revenue estimates.

The shortfall relative to our expectations was driven primarily by two factors, weaker than expected year-end instrument revenues as well as delays in completing a genotyping services contract.

Instrument sales were approximately $10 million below our expectation for Q4 2005 and $6 million less than the prior year. We did not experience the strong Q4 demand for capital equipment at year end that we have in prior years. For the full year, sales of instruments are down around 20%.

The balance of our shortfall is the result of delays in completing genotyping processing under the service contract for the Welcome Trust Case Control Consortium, which we expected would generate approximately $5 million in fourth quarter revenue. Providing genotyping services is a new business for Affymetrix and scaling up throughput to process the samples has taken longer than expected. We are scaling up throughput in South San Francisco, expanding the current capabilities in our recently acquired ParAllele service unit.

Since our array manufacturing capacity remained constrained during the fourth quarter, we were unable to book some year-end chip orders. Our 500K mapping array manufacturing yield improved to levels which were slightly ahead of our expectations. And consistent with our plans, we added 30% additional wafer capacity in Sacramento during the fourth quarter.

As we continue work to improve yield, we will be adding another 30% to our capacity in the first quarter of 2006. Additionally, we are establishing manufacturing operations in Singapore in 2006. This will give us increased capacity, redundancy for array manufacturing, and a source of product for our growing international business, which is now roughly half of our revenue.

As a result of the capacity constraints we experienced in the fourth quarter, consumable sales growth were limited to about 7% over Q4 2004. Even with these capacity limitations, consumable sales were up roughly 20% for the full year 2005. We will release our complete financial results for the fourth quarter and fiscal 2005 on January 26th, 2006.

Now let me turn the call over to Steve Fodor for our closing comments.

---

© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

# EXHIBIT 47

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT 48

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 49

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 50

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 51



**making sense out of life**

## news release

**Illumina Initiates Shipment Of Whole-Genome Genotyping Beadchips**

### EXON-CENTRIC BEADCHIP AND NEW INFINIUM™ ASSAY ENABLE INDUSTRY-LEADING PERFORMAN QUALITY FOR DISEASE ASSOCIATION STUDIES

SAN DIEGO, CALIFORNIA, June 28, 2005 -- Illumina, Inc. (NASDAQ: ILMN) announced today that it has begun commer its Sentrix® Human-1 Genotyping BeadChip. Powered by the Company's proprietary Infinium™ assay, the new Human-interrogate over 100,000 SNP loci per sample. Over 70% of the SNP markers reside in or near genes, delivering higher value per locus than any other commercially available whole-genome genotyping array.

This SNP content strategy is made possible by Illumina's revolutionary Infinium assay, the industry's only genotyping m virtually unconstrained locus selection and infinitely scalable assay multiplexing. As a result of this flexibility, the Infiniu Note) enables genotyping of large numbers of SNPs in genes and highly conserved regions of the genome. SNPs in and provide the most informative content for associating genetic variation with disease.

The Infinium assay protocol features single-tube DNA amplification and eliminates PCR and ligation steps, significantly r and potential sample-handling errors. Based on analysis of validated HapMap samples, Infinium genotyping with the Se BeadChip yields high call rates (99.40%), reproducibility (99.99%) and accuracy (99.99%) as measured by Mendelian c critical performance metrics in large-scale disease association studies.

The Sentrix Human-1 BeadChip and companion Infinium assay have undergone evaluation at research centers in both N and Europe. Spain's CIC bioGUNE (Centro de Investigacion Cooperativa en Biociencias) has been collecting statistical da family trios. "We've genotyped samples and replicates with the Human-1 BeadChip," stated Dr. Ana Aransay, an investi Functional Genomics unit, "and generated data that was really quite impressive and remarkably consistent. Accuracy wa high, and reproducibility approached 100%." The Sentrix Human-1 BeadChip and Infinium assay are part of an integrate genome genotyping solution that includes reagents, a BeadArray Reader, powerful allele-calling software, and installatic Illumina offers the Infinium assay with manual protocols or with full, walk-away automation. For existing BeadStation s customers, the Sentrix Human-1 BeadChip is read by current instruments and requires only minor software and equipm Customers may purchase an optional liquid-handling robot for automated sample preparation.

The University of Southern California (USC) has also tested Sentrix whole-genome genotyping arrays on the Illumina Be system. Christopher Haiman, Sc.D., an investigator at USC's Keck School of Medicine, characterized the Infinium assay and very simple to perform." "We were able to quickly master the streamlined steps of the protocol and begin generatir stated Haiman. "We anticipate saving significant time and labor as we begin deploying the new BeadChip and Infinium a genetics studies, and we plan to take advantage of the automation option to increase sample throughput even further."

The Sentrix Human-1 BeadChip extends a growing portfolio of genotyping solutions from Illumina. The Company offers focused, and custom SNP content. Content is deployed on one of two bead-based array platforms -- the Array Matrix ar -- and supported by two high-performance genotyping protocols: the Infinium assay and the GoldenGate® assay.

"Our new exon-centric Human-1 BeadChip and Infinium assay deliver high information content and ease of use to gene remarked Jay Flatley. "These offerings again underscore the power and flexibility of BeadArray™ technology." Flatley ac help of collaborators, we have already completed SNP selection for a 250K BeadChip featuring TagSNP content from the Project. Many of the TagSNP assays were developed on the Illumina platform, so we expect to be able to quickly deploy and introduce follow-on whole-genotyping products over the next several quarters."

Illumina (www.illumina.com ) is developing next-generation tools that permit large-scale analysis of genetic variation a Company's proprietary BeadArray™ technology -- now used in leading genome centers around the world -- provides the cost effectiveness and flexibility to enable researchers in the life sciences and pharmaceutical industries to perform the necessary to extract medically valuable information from advances in genomics and proteomics. This information will he to personalized medicine. For additional detail on the new Sentrix BeadChips and Infinium Assay for whole-genome gen www.illumina.com/infinium .

"Safe Harbor" Statement under the Private Securities Litigation Reform Act of 1995: this release may contain forward-lc statements that involve risks and uncertainties. Among the important factors that could cause actual results to differ m those in any forward-looking statements are the costs and outcome of Illumina's litigation with Affymetrix, the Compan scale and integrate CyVera technology, the ability to further scale oligo synthesis output and technology to satisfy mark deriving from the Company's collaboration with Invitrogen, Illumina's ability to further develop and commercialize its Be technologies and to deploy new gene expression and genotyping products and applications for its platform technology, i

robust Sentrix® arrays and Oligator® oligonucleotides, and other factors detailed in the Company's filings with the Sec Exchange Commission including its recent filings on Forms 10-K and 10-Q or in information disclosed in public conferen date and time of which are released beforehand. Illumina disclaims any intent or obligation to update these forward-loo beyond the date of this release.

Infinium Assay Note The Infinium Assay is notable for its simplicity, its high locus specificity and allelic discrimination, a interrogate a broad range of SNPs with little constraint on locus selection. This, in turn, enables scalability limited only b features on the array itself (the Human-1 BeadChip contains over 10 million features). Unlike assay methods using rest with an A-T bias, the Infinium assay enables selection of SNPs located almost anywhere in the genome. This is particula for researchers who want to study SNPs within or near transcripts or conserved regions, which are typically G-C rich. Fo genome amplification (no PCR or ligation steps), samples are hybridized to 50-mer bead-based probes. Allele-specific m extended and labeled, imaged on Illumina's BeadArray Reader, and then analyzed.

Additional Reference
A Genome-Wide Scalable SNP Genotyping Assay Using Microarray Technology, Kevin L. Gunderson, Frank J. Steemers. G. Mendoza and Mark S. Chee, Nature Genetics, Vol.37, No. 549-554, 2005.

To access a list of additional Illumina publications, visit http://www.illumina.com/technology/publications/tech_pub_scie

Contacts:

Jay Flatley President &
CEO
1.858.202.4501
jflatley@illumina.com

William Craumer Director
Corporate Communications
1.858.202.4667
bcraumer@illumina.com

# EXHIBIT 52

# PiperJaffray.

Company Note
March 7, 2006

**Edward A. Tenthoff, Sr Research Analyst**
212 284-9403, edward.a.tenthoff@pjc.com
**William T. Ho, Research Analyst**
212 284-9308, william.t.ho@pjc.com

Piper Jaffray & Co.

**Affymetrix, Inc.**
**Market Perform**

**(AFFX - $33.53)**
**Volatility: Medium**

## Growing Concern Over Data Quality From 500K

**Reason for Report:**
Change in Earnings Forecast

| Changes | Previous | Current |
|---|---|---|
| Rating | | — Market Perform |
| Price Tgt | -- | $38.00 |
| FY06E Rev (mil) | $420.0 | $415.0 |
| FY07E Rev (mil) | -- | $482.2 |
| FY06E EPS | $0.67 | $0.64 |
| FY07E EPS | | $0.96 |

| Price: | $33.53 |
|---|---|
| 52 Week High: | $59.73 |
| 52 Week Low: | $33.50 |
| Price Target: | $38.00 |
| *(40x FY07 pro-forma EPS)* | |
| Shares Out (mil): | 72.2 |
| Market Cap. (mil): | $2,420.9 |
| Avg Daily Vol (000): | 1,634 |
| Book Value/Share: | $7.19 |
| Cash Per Share: | $3.94 |
| Debt to Total Capital: | 16% |
| Div (ann): | $0.00 |
| Est LT EPS Growth: | 18% |
| P/E to LT EPS Growth (FY06): | 2.9x |
| Est Next Rep Date: | 04/27/2006 |
| Fiscal Year End: | Dec |

| Rev (mil) | 2005A | 2006E | 2007E |
|---|---|---|---|
| Mar | $88.6A | $89.1E | $109.8E |
| Jun | $84.1A | $95.2E | $113.9E |
| Sep | $83.5A | $104.8E | $119.8E |
| Dec | $111.5A | $126.6E | $138.6E |
| FY | $367.2A | $415.0E | $482.2E |
| CY | $367.2A | $415.0E | $482.2E |
| FY RM | 6.6x | 5.8x | 5.0x |
| CY RM | 6.6x | 5.8x | 5.0x |

| EPS | 2005A | 2006E | 2007E |
|---|---|---|---|
| Mar | $0.24A | $0.07E | $0.19E |
| Jun | $0.12A | $0.07E | $0.21E |
| Sep | $0.13A | $0.18E | $0.23E |
| Dec | $0.48A | $0.32E | $0.33E |
| FY | $0.97A | $0.64E | $0.96E |
| CY | $0.97A | $0.64E | $0.96E |
| FY P/E | 34.6x | 52.4x | 34.9x |
| CY P/E | 34.6x | 52.4x | 34.9x |

*Note: Proforma diluted EPS*

### KEY POINTS:

- From discussions with multiple users, we are picking up negative feedback on the 500K genotyping array. Specifically, users described the assay as "less robust" with dramatically lower call rates of 60%-95% and lower reproducibility than the 100K product.
- Also of note, users have pointed out that the 500K is experiencing loss of heterozygosity. In other words, the array is inaccurately scoring heterozygote samples as homozygotes.
- Further, customers have complained that service from Affymetrix has deteriorated of late, probably do to the heightened focus on fixing the 500K manufacturing and technical challenges.
- We believe Affymetrix is working hard to resolve these issues and are optimistic that the company will ultimately succeed; however, near-term hurdles may remain.
- In a recent 8-K filing, Affymetrix warned of 500K genotyping Array reordering: "More than 70 of our existing customers are currently scaling up production on the Mapping 500K Array Set and some of these customers are experiencing challenges in the scale-up. Since many customers complete projects before reordering, this may affect the timing of the 500K product reorders."
- **From our conversations with users, we believe these "scale-up challenges" are likely related to the performance of the 500K array itself.**
- As a result, we are decreasing our 1Q:06 product sales forecast to $84 million with genotyping array sales of $17 million in the quarter. We now estimate Affymetrix may only grow total revenues 13% to $415 million this year with proforma EPS of $0.64.
- Affymetrix also stated in the 8-K: "we believe that the market for whole genome mapping products has temporarily slowed as early technology adopters begin to report on their whole genome genotyping studies and customers evaluate claims of competitive products about future price and performance."
- **We disagree with this assessment that the market is slowing and believe Illumina (ILMN) has been gaining market share during the 500K yield and capacity setbacks.**

### INVESTMENT RECOMMENDATION:

We are maintaining our Market Perform rating with a $38 price target based on 40x our 2007E proforma EPS estimate of $0.96. We worry that 500K manufacturing and technical challenges may affect product sales forecast in the near term.

### RISKS TO ACHIEVEMENT OF TARGET PRICE:

Risks include the development of new technologies that could obsolete the GeneChip platform, increased competition, slow market growth, new product uptake or possible future litigation. Affymetrix may not achieve our sales or earnings forecasts.

### COMPANY DESCRIPTION:

Affymetrix is a leading provider of gene expression technology and is expanding into genotyping research and clinical diagnostics.

*Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 4 - 6 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.*

*Customers of Piper Jaffray in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research by visiting piperjaffray.com or can call 800 747-5128 to request a copy of this research.*

Edward A. Tenthoff
Piper Jaffray

(212) 284-9403
edward.a.tenthoff@pjc.com

**Affymetrix, Inc.**
**Quarterly Earnings Estimates**
($ in thousands except per share)

| | 1Q | 2Q | 3Q | 4Q | 2005A | 1QE | 2QE | 3QE | 4QE | 2006E | 1QE | 2QE | 3QE | 4QE | 2007E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | | | | | |
| Product Sales | $84,868 | $80,147 | $79,125 | $105,675 | $349,815 | $84,075 | $90,225 | $89,075 | $121,625 | $385,000 | $104,325 | $107,360 | $113,825 | $131,100 | $457,150 |
| Revenues from Perlegen | 2,187 | 1,993 | 2,220 | 2,755 | 9,155 | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 | 3,000 | 3,500 | 3,500 | 5,000 | 15,000 |
| Royalties and Other | 1,560 | 1,911 | 1,727 | 3,059 | 8,257 | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| Total Revenues | $88,615 | $84,051 | $83,072 | $111,489 | $367,227 | $89,075 | $95,225 | $104,075 | $126,625 | $415,000 | $109,825 | $113,360 | $119,825 | $138,600 | $482,150 |
| | | | | | | | | | | | | | | | |
| Cost of Product Sales | $21,784 | $20,411 | $23,410 | $30,653 | $96,258 | $26,904 | $32,481 | $29,732 | $34,055 | $122,172 | $31,296 | $31,291 | $33,000 | $36,708 | $132,306 |
| Cost of Perlegen Revenues | 1,242 | 1,750 | 1,559 | 803 | 5,154 | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 | 1,500 | 1,750 | 1,750 | 2,500 | 7,500 |
| Gross Income | $65,589 | $61,890 | $58,303 | $80,033 | $265,815 | $60,671 | $61,244 | $73,843 | $91,070 | $286,828 | $77,028 | $80,859 | $85,066 | $99,392 | $342,344 |
| Gross Margin | 74.0% | 73.6% | 70.2% | 71.8% | 72.4% | 68.1% | 64.3% | 71.0% | 71.9% | 69.1% | 70.1% | 71.0% | 71.0% | 71.7% | 71.0% |
| | | | | | | | | | | | | | | | |
| **Operating Expenses:** | | | | | | | | | | | | | | | |
| R&D Expenses | 17,080 | 20,799 | 19,835 | 19,680 | 77,404 | 22,500 | 22,500 | 22,500 | 22,500 | 90,000 | 23,000 | 24,000 | 25,000 | 26,000 | 98,000 |
| SG&A Expenses | 29,597 | 32,540 | 30,362 | 28,453 | 121,952 | 33,000 | 34,000 | 34,000 | 35,000 | 136,000 | 36,000 | 37,000 | 38,000 | 39,000 | 150,000 |
| Stock Based Compensation | 83 | 33 | 141 | 849 | 1,106 | 4,000 | 4,000 | 4,000 | 5,000 | 17,000 | 4,000 | 4,000 | 4,000 | 4,000 | 16,000 |
| Amortization/In-process R&D | 0 | 0 | 0 | 8,315 [1] | 8,316 | (425) | (425) | (425) | (425) | (1,700) | (425) | (425) | (425) | 0 | (1,700) |
| Total Costs and Expenses | $46,770 | $53,372 | $50,338 | $58,297 | $208,778 | $59,500 | $60,500 | $60,500 | $62,500 | $243,000 | $63,000 | $65,000 | $67,000 | $69,000 | $264,000 |
| | | | | | | | | | | | | | | | |
| Operating Income ex. Amort. | $18,902 | $8,551 | $8,106 | $30,900 | $66,469 | $5,171 | $4,744 | $17,343 | $33,570 | $60,828 | $18,028 | $19,859 | $22,066 | $34,392 | $94,344 |
| Operating Income/(Loss) | $18,819 | $8,518 | $7,965 | $21,736 | $57,038 | $1,171 | $744 | $13,343 | $25,570 | $43,828 | $14,028 | $15,859 | $18,066 | $30,392 | $78,344 |
| Operating Margin | 21.2% | 10.1% | 9.6% | 19.5% | 15.5% | 1.3% | 0.8% | 12.8% | 22.6% | 10.6% | 12.8% | 13.9% | 15.1% | 21.9% | 16.2% |
| | | | | | | | | | | | | | | | |
| Investment Income | 714 | 953 | 2,294 | 2,779 | 6,740 | 2,500 | 2,750 | 3,000 | 3,250 | 11,500 | 3,500 | 3,750 | 4,000 | 4,250 | 16,500 |
| Investment Expense | (427) | (269) | (413) | (416) | (1,545) | (425) | (425) | (425) | (425) | (1,700) | (425) | (425) | (425) | (425) | (1,700) |
| | | | | | | | | | | | | | | | |
| Pretax Income ex. Amort. | $19,189 | $9,215 | $9,987 | $33,263 | $71,654 | $7,246 | $7,069 | $19,918 | $36,395 | $70,628 | $21,103 | $23,184 | $25,641 | $38,217 | $108,144 |
| Pretax Income/(Loss) | $19,106 | $9,182 | $9,846 | $24,099 | $62,233 | $3,246 | $3,069 | $15,918 | $31,395 | $53,628 | $17,103 | $19,184 | $21,641 | $34,217 | $92,144 |
| Pretax Margin | 21.6% | 10.9% | 11.9% | 21.6% | 16.9% | 3.6% | 3.2% | 15.3% | 24.8% | 12.9% | 15.6% | 16.8% | 18.1% | 24.7% | 19.1% |
| | | | | | | | | | | | | | | | |
| Income Tax | 2,888 | 1,371 | 1,508 | (675) | 5,082 | 1,136 | 1,074 | 5,571 | 10,988 | 18,770 | 5,815 | 6,523 | 7,358 | 11,634 | 31,329 |
| Tax Rate | 15.1% | 14.9% | 15.3% | NM | 8.2% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 34.0% | 34.0% | 34.0% | 34.0% | 34.0% |
| | | | | | | | | | | | | | | | |
| Net Income ex. Amort. | $16,288 | $7,839 | $8,457 | $33,938 | $66,523 | $4,710 | $4,595 | $12,947 | $23,557 | $45,908 | $13,928 | $15,301 | $16,923 | $25,223 | $71,375 |
| Net Income/(Loss) | $16,218 | $7,811 | $8,338 | $24,774 | $57,141 | $2,110 | $1,995 | $10,347 | $20,407 | $34,858 | $11,288 | $12,661 | $14,283 | $22,583 | $60,815 |
| Net Margin | 18.3% | 9.3% | 10.0% | 22.2% | 15.6% | 2.4% | 2.1% | 9.9% | 16.1% | 8.4% | 10.3% | 11.1% | 11.9% | 16.3% | 12.6% |
| | | | | | | | | | | | | | | | |
| Proforma EPS | $0.26 | $0.12 | $0.13 | $0.51 | $1.04 | $0.07 | $0.07 | $0.19 | $0.35 | $0.68 | $0.20 | $0.22 | $0.25 | $0.36 | $1.04 |
| Proforma Diluted EPS | $0.24 | $0.12 | $0.13 | $0.48 | $0.97 | $0.07 | $0.07 | $0.18 | $0.32 | $0.64 | $0.19 | $0.22 | $0.23 | $0.33 | $0.96 |
| GAAP EPS | $0.26 | $0.12 | $0.13 | $0.38 | $0.89 | $0.03 | $0.03 | $0.15 | $0.30 | $0.51 | $0.17 | $0.18 | $0.21 | $0.30 | $0.88 |
| GAAP Diluted EPS | $0.24 | $0.12 | $0.12 | $0.35 | $0.84 | $0.03 | $0.03 | $0.14 | $0.28 | $0.49 | $0.16 | $0.17 | $0.19 | $0.30 | $0.82 |
| | | | | | | | | | | | | | | | |
| Primary Shares Outstanding | 62,351 | 63,214 | 63,787 | 65,935 | 63,822 | 67,000 | 67,250 | 67,500 | 68,000 | 67,438 | 68,250 | 68,500 | 68,750 | 69,250 | 68,688 |
| Diluted Shares Outstanding | 66,081 | 70,227 | 70,463 | 72,250 | 70,505 | 74,000 | 74,250 | 74,500 | 75,000 | 74,438 | 75,250 | 75,500 | 75,750 | 76,750 | 75,613 |

Source: Company reports and Piper Jaffray estimates.
[1] 4Q05 forecast includes in-process R&D and increased share count relating to the ParAllele acquisition.

Edward A. Tenthoff
Piper Jaffray

(212) 284-9403
edward.a.tenthoff@pjc.com

**Affymetrix**
Quarterly Revenue Forecast
($ in thousands except per share)

| | 1Q | 2Q | 3Q | 4Q | 2005A | 1Q | 2Q | 3Q | 4Q | 2006E | 1Q | 2Q | 3Q | 4Q | 2007E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Array Revenues:** | | | | | | | | | | | | | | | |
| GeneChip Revenues | $ 35,700 | $ 32,941 | $ 30,225 | $ 40,700 | $ 139,566 | $ 34,000 | $ 36,000 | $ 38,000 | $ 42,000 | $ 150,000 | $ 37,000 | $ 38,000 | $ 40,000 | $ 45,000 | $ 160,000 |
| Annual Growth (%) | 8.2% | 14.1% | 6.1% | -14.1% | 1.3% | -4.8% | 9.3% | 25.7% | 3.2% | 7.5% | 8.8% | 5.6% | 5.3% | 7.1% | 6.7% |
| Sequential Growth (%) | -24.7% | -7.7% | -8.2% | 34.7% | | -16.5% | 5.9% | 5.6% | 10.5% | | -11.9% | 2.7% | 5.3% | 12.5% | |
| Genotyping Revenues | $ 12,000 | $ 13,000 | $ 14,000 | $ 19,000 | $ 58,000 | $ 17,000 | $ 21,000 | $ 24,000 | $ 30,000 | $ 92,000 | $ 28,000 | $ 30,000 | $ 32,000 | $ 35,000 | $ 125,000 |
| Annual Growth (%) | 140.0% | 99.2% | 55.6% | 90.0% | 90.0% | 41.7% | 61.5% | 71.4% | 57.9% | 58.6% | 64.7% | 42.9% | 33.3% | 16.7% | 35.9% |
| Sequential Growth (%) | 20.0% | 8.3% | 7.7% | 35.7% | | -10.5% | 23.5% | 14.3% | 25.0% | | -6.7% | 7.1% | 6.7% | 9.4% | |
| HTA Array Plate Sales | | | | | | | $ 1,000 | $ 2,000 | $ 5,000 | $ 8,000 | $ 2,500 | $ 3,000 | $ 3,000 | $ 5,000 | $ 13,500 |
| **Total Array Revenues** | $ 47,700 | $ 45,941 | $ 44,225 | $ 59,700 | $ 197,566 | $ 51,000 | $ 58,000 | $ 64,000 | $ 77,000 | $ 250,000 | $ 67,500 | $ 71,000 | $ 75,000 | $ 85,000 | $ 298,500 |
| Annual Growth (%) | 25.5% | 29.8% | 17.9% | 4.0% | 17.4% | 6.9% | 26.2% | 44.7% | 29.0% | 26.5% | 32.4% | 22.4% | 17.2% | 10.4% | 19.4% |
| Reagent Sales | $ 9,905 | $ 9,748 | $ 10,600 | $ 12,100 | $ 42,351 | $ 12,000 | $ 13,000 | $ 14,000 | $ 16,000 | $ 55,000 | $ 16,000 | $ 17,000 | $ 17,000 | $ 19,000 | $ 69,000 |
| Annual Growth (%) | 32.1% | 57.2% | 26.2% | 26.3% | 33.7% | 21.2% | 33.4% | 32.1% | 32.2% | 29.9% | 33.3% | 30.8% | 21.4% | 18.8% | 25.5% |
| Sequential Growth (%) | 3.4% | -1.6% | 8.8% | 14.2% | | -0.8% | 8.3% | 7.7% | 14.3% | | 0.0% | 6.3% | 0.0% | 11.8% | |
| **Consumable Revenues** | $ 57,605 | $ 55,687 | $ 54,825 | $ 71,800 | $ 239,917 | $ 63,000 | $ 71,000 | $ 78,000 | $ 93,000 | $ 305,000 | $ 83,500 | $ 88,000 | $ 92,000 | $ 104,000 | $ 387,500 |
| Annual Growth (%) | 26.6% | 33.9% | 19.4% | 7.2% | 20.0% | 9.4% | 27.5% | 42.3% | 29.5% | 27.1% | 32.5% | 23.9% | 17.9% | 11.8% | 20.5% |
| **GeneChip System Sales:** | | | | | | | | | | | | | | | |
| New System Placements | 50 | 40 | 45 | 75 | 210 | 45 | 55 | 45 | 75 | 200 | 45 | 40 | 45 | 50 | 180 |
| GeneChip System Sales | $ 11,000 | $ 8,800 | $ 9,450 | $ 13,875 | $ 43,838 | $ 8,325 | $ 6,475 | $ 8,325 | $ 13,875 | $ 37,000 | $ 8,325 | $ 7,400 | $ 8,325 | $ 11,100 | $ 35,150 |
| Annual Growth (%) | 63.0% | -15.0% | -14.3% | -34.4% | -11.0% | -24.3% | -26.4% | -11.9% | 0.0% | -15.6% | 0.0% | 14.3% | 0.0% | -20.0% | -5.0% |
| Total Automated Instrumentation* | $ 1,000 | $ 1,000 | $ 1,000 | $ 2,500 | $ 5,500 | $ 1,750 | $ 1,750 | $ 1,750 | $ 3,750 | $ 9,000 | $ 2,500 | $ 2,500 | $ 2,500 | $ 5,000 | $ 12,500 |
| Upgrade Revenues | $ 3,946 | $ 3,728 | $ 3,394 | $ 3,025 | $ 14,991 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 4,000 | $ 500 | $ 500 | $ 500 | $ 500 | $ 2,000 |
| **Total Instrument Revenues** | $ 15,946 | $ 13,528 | $ 13,844 | $ 19,400 | $ 62,716 | $ 11,075 | $ 9,225 | $ 11,075 | $ 18,625 | $ 50,000 | $ 11,325 | $ 10,400 | $ 11,325 | $ 16,600 | $ 49,650 |
| Annual Growth (%) | 2.2% | -32.7% | -15.5% | -23.0% | -16.9% | -30.5% | -31.8% | -20.0% | -4.0% | -20.3% | 2.3% | 12.7% | 2.3% | -10.9% | -0.7% |
| Total GeneChip Revenues | $ 73,551 | $ 69,213 | $ 68,669 | $ 91,265 | $ 302,636 | $ 74,075 | $ 80,225 | $ 89,075 | $ 111,625 | $ 355,000 | $ 94,325 | $ 98,400 | $ 103,325 | $ 120,600 | $ 417,150 |
| Annual Growth (%) | 20.4% | 12.2% | 10.2% | -1.1% | 0.7% | 0.7% | 15.9% | 29.7% | 22.4% | 17.3% | 28.0% | 22.7% | 16.0% | 8.0% | 17.5% |
| Product Related Revenues | $ 11,317 | $ 10,934 | $ 10,456 | $ 14,470 | $ 47,177 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 40,000 | $ 9,500 | $ 9,500 | $ 10,500 | $ 10,500 | $ 40,000 |
| Annual Growth (%) | -16.3% | -19.1% | -24.9% | 14.2% | -12.0% | -11.6% | -8.5% | -4.4% | -30.9% | -16.2% | -5.0% | -5.0% | 5.0% | 5.0% | 0.0% |
| **Total Product Sales** | $ 84,868 | $ 80,147 | $ 79,125 | $ 105,675 | $ 349,815 | $ 84,075 | $ 90,225 | $ 99,075 | $ 121,625 | $ 395,000 | $ 104,325 | $ 107,900 | $ 113,825 | $ 131,100 | $ 457,150 |
| Annual Growth (%) | 13.7% | 6.6% | 3.8% | 0.8% | 5.7% | -0.9% | 12.5% | 25.2% | 15.1% | 12.9% | 24.1% | 19.6% | 14.9% | 7.9% | 15.7% |
| Sequential Growth (%) | -19.1% | -5.6% | -1.3% | 33.6% | | -20.4% | 7.3% | 9.8% | 22.8% | | -14.2% | 3.4% | 5.5% | 15.2% | |

Source: Company reports and Piper Jaffray estimates.

Affymetrix, Inc.

# PiperJaffray.

## Important Research Disclosures



Notes: The boxes on the Rating and Price Target History chart above indicate the date of the Research Note, the rating, and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:

I: Initiating Coverage

D: Discontinuing Coverage

S: Suspending Coverage

R: Resuming Coverage

T: Transferring Coverage

SB: Strong Buy (effective 01/12/04, Equity Research eliminated the SB rating)

OP: Outperform

MP: Market Perform

UP: Underperform

NA: Not Available

UR: Under Review

GP On: Listed on one of the Guided Portfolios maintained by Piper Jaffray

GP Off: Removed from the Guided Portfolios maintained by Piper Jaffray

| Distribution of Ratings/IB Services | | | | |
|---|---|---|---|---|
| Piper Jaffray | | | | |
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OP] | 309 | 52.91 | 76 | 24.60 |
| HOLD [MP] | 258 | 44.18 | 33 | 12.79 |
| SELL [UP] | 17 | 2.91 | 3 | 17.65 |

Note: Distribution of Ratings/IB Services shows the number of companies in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. NASD and NYSE rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Accordingly, Outperform corresponds most closely with buy, Market Perform with hold, and Underperform with sell. Outperform, Market Perform and Underperform, however, are not the equivalent of buy, hold or sell, but instead represent indications of relative performance. See Rating Definitions below. An investor's decision to buy or sell a security must depend on individual circumstances.

# PiperJaffray.

## Important Research Disclosures

### Analyst Certification — Edward A. Tenthoff, Sr Research Analyst

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

### Research Disclosures

Piper Jaffray was making a market in the securities of Affymetrix, Inc. at the time this research report was published. Piper Jaffray will buy and sell Affymetrix, Inc. securities on a principal basis.

**Affiliate Disclosures:** This report has been prepared by Piper Jaffray & Co. or its affiliate Piper Jaffray Ltd., both of which are subsidiaries of Piper Jaffray Companies (collectively Piper Jaffray). Piper Jaffray & Co. is regulated by the NYSE, NASD and the United States Securities and Exchange Commission, and its headquarters is located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Ltd. is incorporated under the laws of the England and Wales and is authorised and regulated by the UK Financial Services Authority, and is a member of the London Stock Exchange, and is located at 18 King William Street, London, EC4N 7US. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

### Rating Definitions

**Investment Opinion:** Investment opinions are based on each stock's return potential relative to broader market indices, not on an absolute return. The relevant market indices are the S&P 500 and Russell 2000 for U.S. Companies and the FTSE Techmark Mediscience index for European companies.

- **Outperform (OP):** Expected to outperform the relevant broader market index over the next 12 months.
- **Market Perform (MP):** Expected to perform in line with the relevant broader market index over the next 12 months.
- **Underperform (UP):** Expected to underperform the relevant broader market index over the next 12 months.
- **Suspended (SUS):** No active analyst opinion or no active analyst coverage; however, an analyst investment opinion or analyst coverage is expected to resume.

- **Volatility Rating:** Our focus on growth companies implies that the stocks we recommend are typically more volatile than the overall stock market. We are not recommending the "suitability" of a particular stock for an individual investor. Rather, it identifies the volatility of a particular stock.
- **Low:** The stock price has moved up or down by more than 10% in a month in fewer than 8 of the past 24 months.
- **Medium:** The stock price has moved up or down by more than 20% in a month in fewer than 8 of the past 24 months.
- **High:** The stock price has moved up or down by more than 20% in a month in at least 8 of the past 24 months. All IPO stocks automatically get this volatility rating for the first 12 months of trading.

# PiperJaffray.

**Company Note**
**March 7, 2006**

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.

This report is published in accordance with a conflicts management policy, which is available at http://www.piperjaffray.com/researchdisclosures.

**Notice to customers in Europe:** This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as intermediate customers under the rules of the Financial Services Authority.

**Notice to customers in the United States:** This report is distributed in the United States by Piper Jaffray & Co., member SIPC and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available. Customers in the United States who wish to effect a transaction in the securities discussed in this report should contact their Piper Jaffray & Co. sales representative.

This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity.

This report may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co.

Additional information is available upon request.

Copyright 2006 Piper Jaffray & Co. and/or Piper Jaffray Ltd. All rights reserved.

# EXHIBIT 53

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 54

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT 55

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 56



**news release**

**Illumina Reports Financial Results for Third Quarter 2005; Revenue Increases 44% Over Third Quarter 200**

SAN DIEGO--(BUSINESS WIRE)--Oct. 24, 2005--Illumina, Inc. (NASDAQ:ILMN) announced today its financial results for quarter and nine-month period ended October 2, 2005.

Total revenue for the quarter was $19.5 million, which represents a 44% increase compared to total revenue of $13.5 million in the third quarter of 2004. Product and service revenue was $19.0 million, representing a 44% increase over the third 2004.

The Company reported a net loss of $1.4 million, or $0.03 per basic and diluted share, for the third quarter of 2005 com loss of $2.0 million, or $0.05 per basic and diluted share, in the third quarter of 2004. Cash and investments at October $50.2 million.

Gross margins for products and services in the quarter were 65.3%, compared to 73.3% for the third quarter in 2004. and administrative expense decreased to $7.3 million compared to $7.6 million in the prior year's period. Research and expenses increased to $7.1 million compared to $5.4 million in the third quarter of 2004.

Highlights since our last quarterly conference call include:

-- Achieved our 17th consecutive quarter of sequential revenue growth;

-- Shipped a record 19 BeadStations during the quarter, bringing our total number of Beadlabs and BeadStations shipped to 102;

-- Commenced commercial shipments of Sentrix(R) Mouse BeadChips for genome-wide expression analysis. We believe that these products, like Illumina's human whole-genome expression products, are the only commercial microarrays widely available that enable researchers to query multiple whole genomes with multiple samples on a single chip.

-- Began shipping to the Wellcome Trust Sanger Institute the first multi-sample Sentrix BeadChips. The custom genotyping BeadChips will use the Infinium assay to analyze over 10,000 high-value SNPs found in protein coding regions of the genome;

-- Installed a production BeadLab at the National Cancer Institute (NCI). The BeadLab supports a growing portfolio of novel, array-based solutions from Illumina and will be used by the NCI to initially study breast and prostate cancers and validate disease biomarkers across thousands of samples;

-- Entered into a multi-year agreement with GlaxoSmithKline in which the Company will perform genotyping services on thousands of samples;

-- Announced that the Max-Planck Institute of Psychiatry will use Illumina systems and the Sentrix Human-1 BeadChip and the forthcoming Sentrix HumanHap-1 BeadChip to identify genetic variations that predispose individuals to depression and anxiety and affect therapeutic response to psychotropic drugs. These genotyping arrays, when used in combination will interrogate over 350,000 SNPs;

-- Announced that the Children's Hospital Oakland Research Institute has chosen to use Illumina's Sentrix Human-1 BeadChip and Sentrix HumanHap-1 BeadChip in a large-scale collaborative effort to understand how genetic variation affects cardiovascular risk factors;

-- Received two new patents, bringing our total to 41 issued or

```
allowed and 102 pending.
```

These highlights underscore Illumina's strategy of building a comprehensive offering of scalable, multi-application syste foundation of our systems are the Sentrix(R) Array Matrix, the Sentrix BeadChip, the BeadArray Reader and our Oligato synthesis capability. The BeadStation system addresses moderate-throughput requirements and complements Illumina' scale BeadLab. Both systems can be scaled in multiple dimensions, providing customers the flexibility to perform SNP g gene expression experiments on the same platform, with content ranging from whole genomes to focused sets, at vario throughput and automation and industry-leading cost per sample. Illumina is also developing a portfolio of powerful ass to deliver even further benefit to BeadArray(TM) technology.

Financial Outlook

For fiscal 2005 we expect total revenue between $72 million and $74 million. We expect net loss per basic and diluted s basis between $0.56 and $0.53 per basic and diluted share. Excluding the impact of the $15.8 million charge related to acquired in-process research and development in connection with the CyVera acquisition recorded in the second quarter full year net loss per basic and diluted share between $0.16 and $0.13.

For the fourth quarter 2005, the Company expects total revenue to range between $21 million and $23 million. Manage net loss per basic and diluted share between $0.03 and breakeven.

Conference Call Information

Management will conduct a conference call at 2:00 p.m. Pacific Time today to discuss Illumina's third quarter 2005 resu guidance for the balance of 2005. Individuals may listen to the call by dialing 800-819-9193 (international callers shoul 981.4911) or by accessing the live webcast under the "Investors" tab of Illumina's website at: www.illumina.com .

About Illumina

Illumina (www.illumina.com ) is developing next-generation tools for the large-scale analysis of genetic variation and fu Company's proprietary BeadArray technology -- now used in leading genomics centers around the world -- provides the cost effectiveness and flexibility necessary to enable researchers in the life sciences and pharmaceutical industries to pe billions of tests necessary to extract medically valuable information from advances in genomics and proteomics. This inf help pave the way to personalized medicine by correlating genetic variation and gene function with particular disease st drug discovery, allowing diseases to be detected earlier and more specifically, and permitting better choices of drugs fo patients.

"Safe Harbor" Statement under the Private Securities Litigation Reform Act of 1995: this release contains forward-lookii that involve risks and uncertainties. In particular, among others, the section titled "Financial Outlook" details managem financial expectations which may differ materially from future actual results. Among the important factors that could ca results to differ materially from those in any forward-looking statements are the Company's ability to further develop ar commercialize its BeadArray technologies and to deploy new gene expression and genotyping products and applications in a commercially timely manner, the costs and outcome of Illumina's litigation with Affymetrix, the Company's ability t integrate CyVera technology, the ability to further scale oligo synthesis output and technology to satisfy market deman the Company's collaboration with Invitrogen, to manufacture robust Sentrix(R) arrays and Oligator(R) oligonucleotides, factors detailed in the Company's filings with the Securities and Exchange Commission including its Form 10-K for the y January 2, 2005 and its Forms 10-Q filed for the quarters ending April 3, 2005 and July 3, 2005 or in information disclo conference calls, the date and time of which are released beforehand. Illumina disclaims any intent or obligation to upd forward-looking statements beyond the date of this release.

```
              ILLUMINA, INC.
   CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
        (in thousands except per share amounts)
                 (Unaudited)
```

| | Three months ended | | Nine months ended | |
|---|---|---|---|---|
| | October 2, 2005 | October 3, 2004 | October 2, 2005 | October 3, 2004 |

| Revenue: | | | | |
|---|---|---|---|---|
| Product | $16,285 | $12,091 | $41,085 | $30,075 |
| Service | 2,724 | 1,071 | 8,198 | 4,036 |
| Research | 507 | 350 | 1,205 | 1,689 |
| Total revenue | 19,516 | 13,512 | 50,488 | 35,800 |
| Costs and expenses: | | | | |
| Cost of product and service revenue | 6,599 | 3,517 | 15,932 | 9,385 |
| Research and development | 7,062 | 5,356 | 20,241 | 15,852 |
| Selling, general and administrative | 7,276 | 7,563 | 19,763 | 19,294 |
| Amortization of deferred compensation and other non-cash compensation charges | 117 | 167 | 215 | 735 |
| Litigation judgment | - | (1,311) | - | (933) |
| In Process R&D | - | - | 15,800 | - |
| Total costs and expenses | 21,054 | 15,292 | 71,951 | 44,333 |
| Loss from operations | (1,538) | (1,780) | (21,463) | (8,533) |
| Interest and other income (expense), net | 112 | (246) | 263 | (939) |
| Net loss | $(1,426) | $(2,026) | $(21,200) | $(9,472) |
| Net loss per share, basic and diluted | $(0.03) | $(0.05) | $(0.53) | $(0.27) |
| Shares used in calculating net loss per share, basic and diluted | 40,910 | 37,614 | 39,806 | 34,906 |

ILLUMINA, INC.
CONDENSED CONSOLIDATED BALANCE SHEETS
(in thousands)

| | October 2, 2005 | January 2, 2005 |
|---|---|---|
| | (unaudited) | (Note) |
| ASSETS | | |
| Current assets: | | |
| Cash and investments | $50,172 | $66,994 |
| Other current assets | 26,151 | 16,697 |
| Total current assets | 76,323 | 83,691 |
| Property and equipment, net | 15,342 | 8,574 |
| Intangible and other assets, net | 5,361 | 2,642 |
| Total assets | $97,026 | $94,907 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | |
| Current liabilities | $19,742 | $19,048 |
| Long-term debt and liabilities | 6,180 | 3,597 |
| Stockholders' equity | 71,104 | 72,262 |
| Total liabilities and stockholders' equity | $97,026 | $94,907 |

News Release - Illumina, Inc.                                    Page 4 of 4

Note: The Balance Sheet at January 2, 2005 has been derived from the
audited financial statements as of that date.

CONTACT: Illumina, Inc.
Jay Flatley, 1.858.202.4501
jflatley@illumina.com
Christian Henry, 1.858.202.4508
chenry@illumina.com
SOURCE: Illumina, Inc.

# EXHIBIT 57

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 58

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 59

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 60

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 61

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 62

# DNA Microarrays

## A Strategic Market Analysis



2001

Front Line Strategic
Consulting, Inc.
1065 E. Hillsdale Blvd, Suite 403
Foster City, CA 94404
650-525-1500 x125, x135 or x145
info@frontlinesmc.com

52

AVI_016353

*C. DNA Microarray Market Analysis*

## 6.  Scanner Segment

The scanner segment is estimated to grow to $1.6 billion by 2006 from $180 million in 2000, representing a CAGR of 44%.  Affymetrix is the current leading scanner manufacturer, with over 33% of this market segment.  PerkinElmer and Axon Instruments follow, accounting for 27% and 24% respectively.

**Figure I-21:**
**SCANNER SEGMENT**

SEGMENT SHARES



**SIZE AND GROWTH**

CAGR 44%

$180 $277 $425 $654 $888 $1,206 $1,637
2000 2001 2002 2003 2004 2005 2006

Market Value (Millions)

Affymetrix 33%
Axon 24%
PerkinElmer 27%
Agilent 6%
Amersham BioSciences 4%
Other 6%

*The expected 44% average annual growth rate in the scanner segment will be driven by new sales in the academic segment, higher-throughput and greater image analysis requirements in the pharma and biotech segments, instrument replacements and upgrades, and the purchase of multiple scanners per group over time.*

Source: Front Line Strategic Consulting, Inc.; Primary Interviews



**DNA MICROARRAYS**

I-21
© 2001  Front Line Strategic Consulting, Inc.
Unauthorized photocopying or distribution is strictly prohibited by law.

AVI_016392

# EXHIBIT 63

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT 64

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 65

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 66

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT 67

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 68

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT 69

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 70

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT 71

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 72

# EXHIBIT REDACTED
# IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2006, I caused to be electronically filed the foregoing document, **REDACTED VERSION OF EXHIBITS TO ILLUMINA'S COUNTER-STATEMENT OF CONTESTED FACTS IN OPPOSITION TO AFFYMETRIX, MOTION FOR SUMMARY JUDGMENT OF ILLUMINA'S COUNTERCLAIM OF INTENTIONAL INTERFERENCE WITH ACTUAL AND PROSPECTIVE ECONOMIC ADVANTAGE AND PORTIONS OF ILLUMINA'S COUNTERCLAIM FOR UNFAIR BUSINESS PRACTICES**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Jack B. Blumenfeld, Esq.
> Mary Ellen Noreika, Esq.
> Morris Nichols Arsht & Tunnell
> 1201 Market Street
> Wilmington, DE  19801

Additionally, I hereby certify that on the 18th day of August, 2006, the foregoing document was served via email on the following non-registered participant:

> Daniel R. Reed, Esq.
> Affymetrix, Inc.
> 6550 Vallejo Street, Suite 100
> Emeryville, CA 94618
> 510.428.8500

> By:    */s/ Richard K. Herrmann*
> Richard K. Herrmann #405
> Mary B. Matterer #2696
> MORRIS, JAMES, HITCHENS &
> WILLIAMS LLP
> 222 Delaware Avenue, 10[th] Floor
> Wilmington, Delaware  19801
> (302) 888-6800
> rherrmann@morrisjames.com