IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation,<br><br>    Defendant. | Civil Action No. 04-901-JJF |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Stephen Holmes, Affymetrix, Inc., 6550 Vallejo Street, Suite 100, Emeryville, CA 94608 to represent plaintiff in this matter.

                              MORRIS, NICHOLS, ARSHT & TUNNELL

                              */s/ Benjamin J. Schladweiler (#4601)*

                              Jack B. Blumenfeld (#1014)
                              Maryellen Noreika (#3208)
                              Benjamin J. Schladweiler (#4601)
                              1201 N. Market Street
                              P. O. Box 1347
                              Wilmington, DE  19899-1347
                              (302) 658-9200
                                *Attorneys for Plaintiff Affymetrix, Inc.*

Date:   August 21, 2006

## ORDER GRANTING MOTION

       IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

                                                             _____
                                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 8/16/2006

Stephen Holmes
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on August 21, 2006 upon the following in the manner indicated:

BY HAND

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

BY EMAIL AND FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
bschladweiler@mnat.com