## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

September 6, 2006

Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell
P. O. Box 1347
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris, James, Hitchens & Williams
P. O. Box 2306
Wilmington, DE 19899

RE:  Affymetrix Inc. v. Illumina Inc.
     Civil Action No. 04-901 JJF

Dear Counsel:

The Court entered the agreed upon revised scheduling order (D.I. 333); however, the trial date will need to be scheduled. Please provide dates the parties are available commencing February 26, 2007 through April 27, 2007.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Clerk, U.S. District Court