# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 575 7278
302 425 3011 Fax
mnoreika@mnat.com

September 15, 2006

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    <u>Affymetrix, Inc. v. Illumina Inc., C.A. No. 04-CV-901 JJF</u>

Dear Judge Farnan:

    The Court's September 8, 2006 letter asked for dates when the parties are prepared to proceed with trial in the above-referenced matter. The parties have conferred on the matter, and have agreed that, subject to the Court's availability, trial should begin on March 5, 2007.

    Respectfully,

    /s/ *Maryellen Noreika (#3208)*

    Maryellen Noreika

MN/bls

cc:    Dr. Peter T. Dalleo, Clerk (By Hand)
        Richard K. Herrmann, Esquire (By Hand)
        Marcus E. Sernel, Esquire (By Fax)