IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-901 (JJF) |
| ) | |
| ILLUMINA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Expert Report of Dr. Rudy Guerra; (2) Expert Report on Patent Damages of Matthew R. Lynde, Ph.D; (3) Expert Report of George M. Gould; and (4) Expert Report of Dr. Kevin Struhl were caused to be served upon the following on the dates and in the manner indicated:

**BY HAND – SEPTEMBER 18, 2006**

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**BY EMAIL – SEPTEMBER 15, 2006**

Frank Carlow
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Maryellen Noreika (#3208)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com
  *Attorneys for Plaintiff Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
George C. Yu
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

September 18, 2006