IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | )    C. A. No. 04-901 (JJF) |
| ILLUMINA, INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT the appearance of Melissa Stone Myers of the law firm of Morris, Nichols, Arsht & Tunnell LLP is hereby withdrawn as counsel of record for plaintiff Affymetrix, Inc. Affymetrix continues to be represented by Jack B. Blumenfeld and Maryellen Noreika of Morris, Nichols, Arsht & Tunnell LLP and Michael Malacek, Daniel R. Reed, and Andrea L. Gross of Affymetrix, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
mnoreika@mnat.com
  *Attorneys for Plaintiff Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
(510) 428-8500

September 27, 2006

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on September 27, 2006 upon the following in the manner indicated:

BY HAND

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

BY FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (#3208)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com