IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-901-JJF |
| ILLUMINA, INC., | : |
| Defendant. | : |

**ORDER**

WHEREAS, the Court granted parties Stipulation and Order to Amend the Scheduling Order (D.I. 333);

WHEREAS, the amendments to the schedule caused the trial in this matter to be postponed;

NOW THEREFORE, IT IS HEREBY ORDERED that a Jury Trial will commence on **Monday, March 5, 2007 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

October 3, 2006
DATE

_/s/ Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE