IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFYMETRIX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-901 (JJF) |
| | ) | |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant. | ) | REDACTED VERSION |
| | ) | |

EXHIBIT A TO LETTER FROM MARYELLEN NOREIKA
TO THE HONORABLE JOSEPH J. FARNAN, JR.
DATED SEPTEMBER 29, 2006

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 N. Market Street
        Wilmington, DE 19899-1347
        (302) 658-9200
        mnoreika@mnat.com
            Attorneys for Plaintiff Affymetrix, Inc.

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
(510) 428-8500


Original Version Filed September 29, 2006
Redacted Public Version Filed October 18, 2006

# EXHIBIT A

## AFFYMETRIX'S 2ND SUPPLEMENTAL PRIVILEGE LOG

| # | DATE | DESCRIPTION | TO/RECIPIENT | FROM/AUTHOR | CC | BASIS | REDACTED |
|---|---|---|---|---|---|---|---|
| 1852 | 11/04/2002 | REDACTED | REDACTED | | | A/C - W/P | |

HIGHLY CONFIDENTIAL – ATTORNEYS EYES' ONLY

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2006, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on October 18, 2006 upon the following in the manner indicated:

BY HAND

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306


BY FEDERAL EXPRESS

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601



/s/ Maryellen Noreika
Maryelllen Noreika (#3208)
mnoreika@mnat.com