IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C. A. No. 04-901 (JJF) |
| ) | |
| ILLUMINA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on October 20, 2006 copies of (1) Expert Report of Dr. Rudy Guerra; (2) Expert Report of Dr. Hubert Köster; and (3) Expert Report of Dr. Robin A. Felder were caused to be served upon the following in the manner indicated:

**BY HAND and E-MAIL**

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS and E-MAIL**

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek Fahnestock*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Derek Fahnestock (#4705)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
mnoreika@mnat.com
  *Attorneys for Plaintiff Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
Andrea L. Gross
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

October 25, 2006

542459

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP

I also certify that copies were caused to be served on October 25, 2006 upon the following in the manner indicated:

**BY HAND and E-MAIL**

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

**BY FEDERAL EXPRESS and E-MAIL**

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

*/s/ Derek Fahnestock*
Derek Fahnestock (#4705)
dfahnestock@mnat.com