IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-901-JJF |
| ILLUMINA, INC., | : |
| Defendant. | : |

**O R D E R**

WHEREAS, trial is set to commence on March 5, 2007 in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Thursday, February 8, 2007 at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

December 11, 2006
DATE

UNITED STATES DISTRICT JUDGE