# MORRIS JAMES LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

**Richard K. Herrmann**
**(302) 888-6816**
**rherrmann@morrisjames.com**

**Mailing Address**
**P.O. Box 2306**
**Wilmington, DE 19899-2306**

December 19, 2006

**VIA ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

> **Re:** *Affymetrix, Inc. v. Illumina, Inc.,* D. Del., C.A. No. 04-901-JJF

Your Honor:

      The pretrial conference in this matter is currently scheduled on February 8, 2007 at 11:30 a.m. Counsel for Illumina respectfully requests the Court consider changing the pretrial conference to February 12th, if the court's calendar permits. We understand Affymetrix has no objection to this request.

Respectfully,

Richard K. Herrmann, I.D. No. 405
rherrmann@morrisjames.com

cc: Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing)
    MaryEllen Noreika, Esq. (via email and hand delivery)
    Michael J. Malecek, Esq. (via email and Federal Express)