# Morris James LLP

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

January 11, 2007

**VIA ELECTRONIC FILING
AND HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Affymetrix, Inc. v. Illumina, Inc.,* D. Del., C.A. No. 04-901-JJF

Your Honor:

Pursuant to the Court's January 9, 2007 Order, the parties have met and conferred and request that the Court schedule the Pretrial Conference in this matter for February 9, 2007. Given that certain counsel will have to travel, Illumina would prefer that the conference take place in the afternoon of February 9, 2007.

Respectfully,

Richard K. Herrmann, I.D. No. 405
rherrmann@morrisjames.com

cc: MaryEllen Noreika, Esq. (via email and hand delivery)
    Daniel Reed, Esq. (via email)