### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | ) <br> ) <br> ) |
| Plaintiff/Counter-Defendant, | ) <br> ) |
| v. | )    Civil Action No. 04-901-JJF |
| **ILLUMINA, INC.**, a Delaware corporation, | ) <br> ) <br> ) |
| Defendant/Counter-Plaintiff. | ) <br> ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 2nd day of February, 2007, the following document,

**DEFENDANT ILLUMINA, INC.'S IDENTIFICATION OF INVALIDITY DEFENSES PURSUANT TO 35 U.S.C. § 282,** was served on counsel indicated via email:

| | |
|---|---|
| Jack B. Blumenfeld, Esq. | Daniel R. Reed, Esq. |
| MaryEllen Noreika, Esq. | Affymetrix, Inc. |
| Morris Nichols Arsht & Tunnell | 6550 Vallejo Street, Suite 100 |
| 1201 Market Street | Emeryville, CA 94608 |
| Wilmington, DE 19801 | 510.428.8500 |
| | Fax 510.428.8583 |

By:*/s/ Richard K. Herrmann*_____
    Richard K. Herrmann #405
    Mary B. Matterer #2696
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, Delaware 19801-1494
    (302) 888-6800
    rherrmann@morrisjames.com