# EXHIBIT 1

**Exhibit 1**

**STATEMENT OF ADMITTED FACTS**

1.    Affymetrix, Inc. ("Affymetrix") is a corporation organized under the laws of the State of Delaware with its principal place of business in Santa Clara, California.

2.    Illumina, Inc. ("Illumina") is a corporation organized under the laws of the State of Delaware with its principal place of business in San Diego, California.  Illumina's business includes the manufacture and sale of BeadArray products and related instrumentation.

3.    The '531 patent, entitled "Methods for making a device for concurrently processing multiple biological chip assays," was issued by the U.S. Patent and Trademark Office on August 13, 1996.

4.    The '716 patent, entitled "Computer-aided visualization and analysis system for sequence evaluation," was issued by the U.S. Patent and Trademark Office on August 18, 1998.

5.    The '432 patent, entitled "Products for detecting nucleic acids," was issued by the U.S. Patent and Trademark Office on March 12, 2002.

6.    The '365 patent, entitled "Bioarray chip reaction apparatus and its manufacture," was issued by the U.S. Patent and Trademark Office on June 4, 2002.

7.    The '243 patent, entitled "Nucleic acid reading and analysis system," was issued by the U.S. Patent and Trademark Office on November 11, 2003.

8.    Richard Rava, Stephen Fodor, and Mark Trulson are named as the inventors of the '531 patent.

9.    Mark Chee and Robert Lipshutz are named as the inventors of the '716 patent.

10.    Stephen Fodor, Dennis Solas, and William Dower are named as the inventors of the '432 patent.

11.    Donald Besemer, Virginia Goss, and James Winkler are named as the inventors of the '365 patent.

12.    Michael Pirrung, J. Leighton Read, Stephen Fodor, and Lubert Stryer are named as the inventors of the '243 patent.

# EXHIBIT 2

**Exhibit 2**

**AFFYMETRIX'S STATEMENT OF THE ISSUES
OF FACT THAT REMAIN TO BE LITIGATED**

Affymetrix contends that the issues of fact that remain to be litigated at trial are as follows[1]:

## I.     INFRINGEMENT

1.      Whether Illumina's BeadArray nucleic acid arrays infringe claims [asserted claims] of the '432 patent.

2.      Whether Illumina's BeadArray nucleic acid arrays, together with the associated scanner, infringe claims [asserted claims] of the '243 patent.

3.      Whether the methods employed by Illumina and its customers to use Illumina's BeadArray nucleic acid arrays infringe (directly and indirectly) claims [asserted claims] of the '243 patent.

4.      Whether the apparatus and methods employed by Illumina during its BeadArray nucleic acid array decoding process infringe claims [asserted claims] of the '243 patent.

5.      Whether the methods employed by Illumina and its customers to make the BeadArray nucleic acid arrays infringe (directly and indirectly) claims [asserted claims] of the '531 patent.

6.      Whether Illumina's BeadArray nucleic acid arrays and associated equipment infringe claims [asserted claims] of the '365 patent.

7.      Whether the methods Illumina and its customers employ to use the BeadArray nucleic acid arrays infringe (directly and indirectly) claims [asserted claims] of the '365 patent.

---

[1]  To the extent that any issues of law set forth in Exhibit 4 of the Proposed Joint Pre-Trial Order may be considered issues of fact, Affymetrix incorporates those portions of Exhibit 4 herein by reference.  To the extent any of the issues of fact set forth in this Exhibit 2 may be considered issues of law, Affymetrix incorporates those portions of this Exhibit 2 in Exhibit 4.

8.    Whether Illumina's GenCall software and related products and systems infringe claims [asserted claims] of the '716 patent.

## II.    WILLFULNESS

1.    Whether Illumina infringed the '432 patent while having knowledge of that patent and without having a reasonable good faith belief for concluding that it did not infringe or that the '432 patent was invalid.

2.    Whether Illumina infringed the '243 patent while having knowledge of that patent and without having a reasonable good faith belief for concluding that it did not infringe or that the '243 patent was invalid.

3.    Whether Illumina infringed the '531 patent while having knowledge of that patent and without having a reasonable good faith belief for concluding that it did not infringe or that the '531 patent was invalid.

4.    Whether Illumina infringed the '365 patent while having knowledge of that patent and without having a reasonable good faith belief for concluding that it did not infringe or that the '365 patent was invalid.

5.    Whether Illumina infringed the '716 patent while having knowledge of that patent and without having a reasonable good faith belief for concluding that it did not infringe or that the '716 patent was invalid.

## III.    DAMAGES

1.    Whether Affymetrix has proved that it is entitled to its lost profits on certain lost sales and price erosion resulting from Illumina's infringement of any of the patents-in-suit and, if so, in what amount.

2.      What reasonable royalty damages is Affymetrix entitled to for any infringement of the patents-in-suit by Illumina for which lost profits damages are not awarded.

3.      The amount of prejudgment interest to which Affymetrix is entitled on the damages award.

4.      Whether Affymetrix should be awarded increased damages, attorneys' fees, and costs due to Illumina's willful infringement of any of the patents-in-suit.

5.      Whether Affymetrix should be awarded its reasonable attorneys' fees, expenses, and costs due to this case being exceptional under 35 U.S.C. § 285.

6.      The nature and scope of the injunction to which Affymetrix is entitled.

## IV.    VALIDITY

1.      Whether Illumina has proved by clear and convincing evidence that any or all of the asserted claims of the '432 patent are invalid.

2.      Whether Illumina has proved by clear and convincing evidence that any or all of the asserted claims of the '243 patent are invalid.

3.      Whether Illumina has proved by clear and convincing evidence that any or all of the asserted claims of the '531 patent are invalid.

4.      Whether Illumina has proved by clear and convincing evidence that any or all of the asserted claims of the '365 patent are invalid.

5.      Whether Illumina has proved by clear and convincing evidence that any or all of the asserted claims of the '716 patent are invalid.

6.      Whether Illumina has proved by clear and convincing evidence that any of its alleged prior art qualifies as prior art to the patents-in-suit.

7.     Whether Illumina has proved by clear and convincing evidence that any of its alleged prior art discloses all of the elements of any of the asserted claims of the patents-in-suit.

8.     Whether Illumina has proved by clear and convincing evidence that the inventions described and claimed in any of the asserted claims of the patents-in-suit would have been obvious to a person of ordinary skill in the art at the time the claimed invention was made, in light of the scope and content of the prior art, the differences between each asserted claim of the patents-in-suit and the prior art, the level of ordinary skill in the art at that time, and objective indicia of non-obviousness.

9.     Whether Illumina has proved by clear and convincing evidence that the alleged prior art would have suggested to one of ordinary skill in the art that the methods claimed in the patents-in-suit should be carried out.

10.     Whether Illumina has proved by clear and convincing evidence that one of ordinary skill in the art would have been motivated to combine the prior art references relied upon by Illumina.

11.     Whether Illumina has proved by clear and convincing evidence that its alleged prior art enables one of ordinary skill in the art to make and use the asserted claims of the patents-in-suit without undue experimentation.

12.     Whether the commercial success of Affymetrix's claimed inventions, other entities' willingness to take a license to one or more of the patents-in-suit, and the praise of the inventions in the field, *inter alia*, establish the non-obviousness of the invention.

13.     Whether Illumina has proved by clear and convincing evidence that any of the claims of the patents-in-suit are not supported by a written description such that one of ordinary skill in the art would understand that the inventor had possession of the claimed invention.

14.     Whether Illumina has proved by clear and convincing evidence that any of the patents-in-suit do not enable one of ordinary skill in the art to make and use the asserted claims of the patents-in-suit without undue experimentation.

15.     Whether Affymetrix has proved an invention date of the '432 patent prior to December 6, 1990.

16.     Whether Affymetrix has proved an invention date of the '716 patent prior to October 21, 1994.

17.     Whether Affymetrix has proved an invention date of the '531 patent prior to June 7, 1995.

## V.     INEQUITABLE CONDUCT

1.      Whether Illumina has proved by clear and convincing evidence that Affymetrix withheld material information from the U.S. Patent and Trademark Office with the intent to deceive the PTO.

## VI.     ILLUMINA'S COUNTERCLAIMS

The Court has previously stayed Illumina's claim for a violation of Section 2 of the Sherman Act.  Affymetrix has filed a motion seeking to dismiss, stay, or bifurcate Illumina's remaining competition/business tort counterclaims – that is, its claim under Section 17200 of the California Business & Professions Code and the common law tort of Intentional Interference with Actual and Prospective Business Advantage.  These remaining competition/business tort counterclaims are premised on alleged anticompetitive conduct by Affymetrix and depend on Illumina's antitrust allegations.  Affymetrix submits that Illumina's competition/business tort counterclaims should either be dismissed or stayed.  The issues of fact that remain to be litigated with respect to Illumina's competition/business tort counterclaims are:

1.      Whether Illumina has proved that Affymetrix engaged in any conduct that threatens an "incipient violation" of an antitrust law or otherwise engaged in any unlawful business practice that harmed competition.

2.      Whether Illumina has standing to assert a claim that Affymetrix made false or misleading statements that were likely to deceive members of the public and, if so, whether Illumina has proved that Affymetrix made any such false or misleading statement.

3.      Whether Illumina has proved that it has sustained and is entitled to restitution-type damages as a result of Affymetrix's alleged anticompetitive acts, *i.e*., whether Illumina has proved that it has an "ownership" or "vested interest" in any money or property that Affymetrix took from Illumina.

4.      Whether Illumina has proved that it had an existing relationship with any identifiable third party and, with respect to each such third party, whether Illumina has proved that Affymetrix committed intentionally wrongful acts that were designed to and did disrupt that relationship *and* that such acts were independently unlawful, separate and apart from the interference, in that such acts constituted monopolization or attempted monopolization under Section 2 of the Sherman Act.

5.      Whether Illumina has proved the "relevant market" and that Affymetrix has "market power," such that Affymetrix has the power to control market output and exclude competitors, including Illumina, from that market.

6.      Whether Illumina has proved that it suffered any antitrust or other cognizable injury as a result of the complained of interference.

7.      Whether, as an affirmative defense, Affymetrix has proved that the alleged wrongful acts were permissible in view of the privileges of competition and free competition.

8.     Illumina did not plead the tort of "interference with contract," which is a separate tort from intentional interference with actual and prospective business advantage, yet Illumina's proposed jury instructions and statement of facts that remain to be litigated include this non-alleged tort.  Illumina should not be permitted to pursue this non-alleged tort claim.  If allowed, Illumina would have to prove the existence of a valid and enforceable contract, not revocable at will, between Illumina and a third party and, as to each such contract, that Affymetrix actually and wrongfully interfered with the contract to the detriment of Illumina.

# EXHIBIT 3

## EXHIBIT 3

## ILLUMINA'S STATEMENT OF ISSUES OF
## FACT THAT REMAIN TO BE LITIGATED

The following factual issues remain to be litigated.[1]  To the extent that any issues of law set forth in Exhibit 5 of the Proposed Joint Pre-Trial Order may be considered issues of fact, Illumina incorporates those portions of Exhibit 5 herein by reference.  To the extent any of the issues of fact set forth in this Exhibit 3 may be considered issues of law, Illumina incorporates those portions of this Exhibit 3 in Exhibit 5.

**Unfair Competition Issues**

1.    Whether Affymetrix has engaged in wrongful business activities that have harmed competition.

2.    If Affymetrix has engaged in wrongful business activities, what is Illumina entitled to recover from Affymetrix for the value of the profits that Illumina has lost, or the value of any benefit Affymetrix wrongfully obtained, as a result of Affymetrix's wrongful business activities.

3.    If Affymetrix has engaged in wrongful business activities, the nature and scope of the injunction that should be applied to Affymetrix for its wrongful business activities.

4.    Whether Affymetrix has intentionally interfered with Illumina's contractual relations with one or more third parties.

---

[1] In addition to these issues, there remain issues to be litigated with respect to Count 7 of Illumina's Counterclaims, which was previously stayed by the Court.

5.     Whether Affymetrix has intentionally interfered with Illumina's prospective business relations with one or more third parties.

6.     What amount of damages Illumina has suffered as a result of the harm caused by each instance of Affymetrix's intentional interference with Illumina's contractual and prospective business relations with a third party.

7.     If Affymetrix did intentionally interfere with Illumina's contractual and prospective business relations with a third party, whether Illumina has proven by clear and convincing evidence that Affymetrix engaged in that conduct with malice, oppression, or fraud, and, if so, what punitive damages should be awarded.

**Patent Issues**

8.     Whether Affymetrix has proven by a preponderance of the evidence that Illumina has directly infringed and continues directly to infringe any of the asserted claims of the patents-in-suit.[2]

9.     Whether Affymetrix has proven by a preponderance of the evidence that Illumina has indirectly infringed and continues indirectly to infringe any of the claims of the patents-in-suit by inducing or contributing to the infringement in the United States of any of those claims by others.

---

[2] Affymetrix first sought to assert infringement of several claims of the asserted patents after the close of fact discovery in this case. Illumina objected to this attempt to change the scope of this action, and promptly submitted a letter to the Court to request that Affymetrix be precluded from relying on these newly added claims at trial. (*See* 3/29/06 Letter from R. Herrmann to the Court, D.I. 235). Illumina's request is pending before the Court. In addition, Illumina is not aware of the specific claims of the patents-in-suit that Affymetrix intends to assert at trial because Affymetrix refuses to streamline the number of asserted claims to a manageable and reasonable amount.

10.    Whether any or all of the claims of the patents-in-suit are invalid because they were known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the date of invention of that claim of the patent-in-suit.

11.    Whether any or all of the claims of the patents-in-suit are invalid because they were patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of the application for the patent-in-suit in the United States.

12.    Whether any or all of the claims of the patents-in-suit are invalid because they were described in a patent granted on an application for patent by another filed in the United States before the date of invention of that claim of the patent-in-suit.

13.    Whether any or all of the claims of the patents-in-suit are invalid because the named inventors of the patents-in-suit did not themselves invent the claimed subject matter, but instead derived the subject matter from others who were first to invent it.

14.    Whether any or all of the claims of the patents-in-suit are invalid because they were made by another, prior inventor who did not abandon, suppress or conceal the invention.

15.    Whether any or all of the claims of the patents-in-suit are invalid because the claimed subject matter would have been obvious at the time the invention was made to a person having ordinary skill in the art to which the subject matter pertains.

16.    The scope and content of the prior art to each of the patents-in-suit.

3

17.    The differences between the prior art and the asserted claims of the patents-in-suit.

18.    The level of ordinary skill in the art to which each of the patents-in-suit relates.

19.    Whether any secondary considerations exist that relate to obviousness and, if so, whether these considerations have a sufficient nexus to any of the inventions of the claims for each of the patents-in-suit.

20.    Whether any or all of the claims of the patents-in-suit are entitled to an invention date earlier than the filing date of the United States application for each of the patents-in-suit.

21.    Whether any or all of the claims of the patents-in-suit are invalid because they are not sufficiently definite.

22.    Whether any or all of the claims of the patents-in-suit are invalid for failure of the patents-in-suit to provide an adequate written description of the full scope of the claimed invention.

23.    Whether any or all of the claims of patents-in-suit are invalid for failure of the patents-in-suit to provide a description of the manner and process of making and using the full scope of the claimed invention in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use it.

24.    Whether any or all of the patents-in-suit are unenforceable because the applicant failed to disclose material information to the United States Patent and Trademark

4

Office during the prosecution of the application(s) for the patent(s)-in-suit with intent to mislead the United States Patent and Trademark Office.

25.    Whether any or all of the patents-in-suit are unenforceable because Affymetrix has knowingly enforced and attempted to enforce the patents-in-suit while knowing that one or all of the patents-in-suit were unenforceable and/or invalid.

26.    Whether any or all of the patents-in-suit are unenforceable because Affymetrix has engaged in fraudulent or wrongful conduct that relates to one or more of the patents-in-suit.

27.    Whether Affymetrix, through misleading conduct, led Illumina to reasonably infer that Affymetrix did not intend to enforce any or all of the patents-in-suit against Illumina, and Illumina relied on Affymetrix's conduct such that Illumina will be materially prejudiced if Affymetrix is allowed to proceed with its infringement claims for one or more of the patents-in-suit.

28.    Whether Affymetrix unreasonably and inexcusably delayed in filing suit against Illumina such that the delay resulted in material prejudice to Illumina.

29.    For each of the patents-in-suit, whether Illumina has proven that each patent was issued after an unreasonable and unexplained delay in prosecution before the United States Patent and Trademark Office.

30.    Whether for any or all of the patents-in-suit, Affymetrix has given notice to the public that any article made, offered for sale or sold within the United States or imported into the United States by or for Affymetrix is patented under one or more of the patents-in-suit.

5

31.    Whether Affymetrix communicated a specific charge of infringement for any or all of the patents-in-suit to Illumina prior to filing suit, and if so, when such notice of infringement occurred for each patent-in-suit.

32.    In light of the noninfringement, invalidity and/or unenforceability of the claims of the patents-in-suit, whether this is an exceptional case, and whether Illumina is entitled to an award of its attorneys' fees.

33.    If Illumina has directly or indirectly infringed any valid and enforceable claim of one or more of the patents in suit, whether Affymetrix has proven that it has complied with its patent notice requirements.

34.    If Illumina has directly or indirectly infringed any valid and enforceable claim of one or more of the patents-in-suit, whether Affymetrix has proven that it is entitled to a measure of patent damages in the form of lost profits.

35.    If Illumina has directly or indirectly infringed any valid and enforceable claim of one or more of the patents-in-suit, what is the amount of damages sufficient to compensate Affymetrix for such infringement of such claim or claims.

36.    If Illumina has directly or indirectly infringed any valid and enforceable claim of one or more of the patents-in-suit, whether Affymetrix is entitled to any permanent injunctive relief, and the nature and scope of any such injunctive relief to which Affymetrix is entitled.

37.    If Illumina has directly or indirectly infringed any valid and enforceable claim of one or more of the patents-in-suit, whether Affymetrix has proven by clear and convincing evidence that under the totality of the circumstances that Illumina willfully infringed such claim or claims and, if so, whether enhanced damages should be awarded.

38.     If Illumina has directly or indirectly infringed any valid and enforceable claim of one or more of the patents-in-suit, whether this is an exceptional case, and whether Affymetrix is entitled to an award of its attorneys' fees.

EXHIBIT 4

**EXHIBIT 4**

**PLAINTIFF'S STATEMENT OF ISSUES OF LAW**

I.     **ISSUES ON WHICH PLAINTIFF BEARS THE BURDEN OF PROOF**

   A.     **INFRINGEMENT**

35 U.S.C. § 271(a) states:

> Except as otherwise provided in this title, whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefor, infringes the patent.

"The patent document [] grants the patentee a right to exclude others. . . .  The Supreme Court has likened patent claims to the description of real property in a deed which sets the bounds to the grant which it contains." *General Foods Corp. v. Studiengesellschaft Kohle*, 972 F.2d 1272, 1273 (Fed. Cir. 1992) (citation omitted). "With respect to . . . infringement . . . the claims define the patent owner's property rights whereas infringement is the act of trespassing upon those rights." *Hoechst-Roussel Pharms. Inc. v. Lehman*, 109 F.3d 756, 759 (Fed. Cir. 1997).

"A patent is infringed if any claim is infringed . . . for each claim is a separate statement of the patented invention." *Pall Corp. v. Micron Separations Inc.*, 66 F.3d 1211, 1220 (Fed. Cir. 1995), *cert. denied*, 520 U.S. 1115 (1997).

"Determination of infringement, whether literal or under the doctrine of equivalents, is a question of fact." *Hilgraeve Corp. v. Symantec Corp.*, 265 F.3d 1336, 1341 (Fed. Cir. 2001) (*citing Bai v. L&L Wings, Inc.*, 160 F.3d 1350, 1353 (Fed. Cir. 1998)).  "Infringement requires proof by a preponderance of the evidence." *Seal-Flex Inc. v. Athletic Track & Court Constr.*, 172 F.3d 836, 842 (Fed. Cir. 1999).  "To show infringement of a patent, a patentee must supply sufficient evidence to prove that the accused product or process contains, either literally or under the doctrine of equivalents, every limitation of the properly construed claim." *Id.*

- 1 -

1.    <u>**Literal Infringement**</u>

a.    <u>**Claim Construction**</u>

"A patent infringement analysis requires two steps.  First, the claim must be properly construed to determine its scope and meaning.  Second, the claim as properly construed must be compared to the accused device or process."  *Hilgraeve Corp.*, 265 F.3d at 1341 (*citing Gentry Gallery, Inc. v. Berkline Corp.*, 134 F.3d 1473, 1476 (Fed. Cir. 1998)).  The first step of the infringement analysis, claim construction, is a question of law.  *Cybor Corp. v. FAS Techs., Inc.*, 138 F.3d 1448, 1451, 1454 (Fed. Cir. 1998) (*en banc)*.

On August 16, 2006, this Court issued a memorandum opinion (D.I. 324) which provided the Court's construction of the claims at issue.  The construction of the disputed claims is as follows:

<u>**'432 Patent**</u>

1.    The phrase "said beads being coded with an encoding system" means "said beads having a property associated with each bead (separate from the binding polymer) that can be used to distinguish one bead from another."

2.    The term "target specific sequence" means "a known polymer sequence that has affinity for another sequence."

<u>**'243 Patent**</u>

3.    The term "substrate" means "a material having a rigid or semi-rigid surface."

4.    The term "target nucleic acids" means "nucleic acids that are deliberately exposed to the nucleic acids attached to the substrate."

<u>**'531 Patent**</u>

5.    The term "probe array" means "a collection of probes, at least two of which are different, arranged in a spacially defined and physically addressable manner."

6.    The phrase "arranged in a spacially defined and physically addressable manner" means "located in a particular location and capable of being addressed."

**'365 Patent**

7.    The phrase "biological polymers immobilized on a surface" means "two or more surface-immobilized biological polymers that are recognized by a particular target."

8.    The term "housing" means "a structure that covers, protects, and supports the probe array."

**'716 Patent**

9.    The term "probe" means "a nucleic acid of known sequence that is capable of hybridizing to its complementary sequence."

10.    The term "probe intensity" means "intensity from a labeled sample nucleic acid hybridized to a probe location."

11.    The phrase "corresponding to probe intensities for a plurality of nucleic acid probes" does not require further construction.

12.    The phrase "indicating an extent of hybridization" means "indicating the relative strength of binding."

13.    The phrase "comparison of said plurality of probe intensities to each other" means "an examination of the probe intensities of two or more probes in relation to each other."

14.    The phrase "generates a base call identifying said unknown base" means "determines which nucleotide is most likely to be present at a particular position in a nucleic acid sequence."

15.    The phrase "generates a base call … according to results of said comparison and said sequences of said nucleic acid probes" does not require further construction.

- 3 -

### b.     Comparing the Properly Construed Claims to the Accused Product

"After claim construction, the next step in an infringement analysis is comparing the properly construed claims with the allegedly infringing devices.  This comparison is a question of fact."  *Ecolab, Inc. v. Envirochem, Inc.*, 264 F.3d 1358, 1364 (Fed. Cir. 2001).

"Infringement . . . is determined by comparing an accused product not with a preferred embodiment described in the specifications . . . but with the properly and previously construed claims in suit."  *SRI Int'l v. Matsushita Elec. Corp. of Am.*, 775 F.2d 1107, 1121 (Fed. Cir. 1985).  "[C]laims are infringed, not specifications."  *Id.*  "[L]imitations cannot be read into the claims from the specification or the prosecution history."  *Burke Inc. v. Bruno Independent Living Aids, Inc,* 183 F.3d 1334, 1340 (Fed Cir. 1999).  The Federal Circuit "has consistently adhered to the proposition that courts cannot alter what the patentee has chosen to claim as his invention, that limitations appearing in the specification will not be read into the claims, and that interpreting what is meant by a word in a claim is not to be confused with adding an extraneous limitation appearing in the specification, which is improper." *Id.* (*quoting Intervet Am., Inc. v. Kee-Vet Labs., Inc.*, 887 F.2d 1050, 1053 (Fed. Cir. 1989) (citations omitted)).  *See also Renishaw PLC v. Marposs Societa' Per Azioni*, 158 F.3d 1243, 1248 (Fed. Cir. 1998).

"An accused device cannot escape infringement by merely adding features, if it otherwise has adopted the basic features of the patent."  *Amstar Corp. v. Envirotech Corp.*, 730 F.2d 1476, 1482 (Fed. Cir. 1984) (citation omitted).  Likewise, an accused method "does not avoid literally infringing a method claim  . . . simply because it employs additional steps."  *Dow Chem. Co. v. Sumitomo Chem. Co.*, 257 F.3d 1364, 1380 (Fed. Cir. July 25, 2001) (*quoting Moleculon Research Corp. v. CBS, Inc.,* 793 F.2d 1261, 1271 (Fed. Cir. 1986), *cert. denied*, 479 U.S. 1030 (1987)).

Many of the asserted claims use the phrase "comprising" or "comprises" which is open-ended. *See Genentech Inc. v. Chiron Corp.*, 112 F.3d 495, 501 (Fed. Cir. 1997) ("'Comprising' is a term of art used in claim language which means that the named elements are essential, but other elements may be added and still form a construct within the scope of the claim.").

### c.    One Cannot Avoid Infringement by Having Another Perform One Step of the Process or Method

"Infringement of a patented process or method cannot be avoided by having another perform one step of the process or method." *Shields v. Halliburton Co.*, 493 F. Supp. 1376, 1389 (W.D. La. 1980), *aff'd*, 667 F.2d 1232 (5th Cir. 1982), *quoted in E. I. DuPont de Nemours and Co. v. Monsanto Co.*, 903 F. Supp. 680, 734 (D. Del. 1995), *aff'd w/o op.*, 92 F.3d 1208 (Fed. Cir. 1996). "It is well settled that a party cannot avoid infringement merely by having a third party practice one or more of the required steps." *Ralston Purina Co. v. Far-Mar-Co., Inc.*, 586 F. Supp. 1176, 1226 (D. Kan. 1984), *aff'd in relevant part*, 772 F.2d 1570 (Fed. Cir. 1985).

### d.    A Company Is Liable For The Infringement Of Others If It Aids Or Abets Their Direct Infringement

#### (i)    A Party Is Liable For Inducing Infringement By Others

Section 271(b) states that "[w]hoever actively induces infringement of a patent shall be liable as an infringer." 35 U.S.C. § 271(b). If a company knowingly induces the direct infringement of its customers, it is liable for that infringement. *See Moba, B.V. v. Diamond Automation, Inc.*, 325 F.3d 1306, 1318 (Fed. Cir. 2003). Proof of induced infringement requires evidence of an intent to cause the infringing acts. *See id.* Evidence of infringing acts and of intent may be circumstantial, however. *See Golden Blount, Inc. v. Robert H. Peterson Co.*, 438 F.3d 1354, 1362-64 (Fed. Cir. 2006) (affirming infringement liability based on packaging of instruction

manual with product); *see also Metabolite Labs., Inc. v. Lab. Corp. of Am. Holdings*, 370 F.3d 1354, 1365 (Fed. Cir. 2004) (finding intent based on articles espousing use of product for infringing purpose).

**(ii)    A Party Is Liable For Contributory Infringement If It Knowingly Supplies Components For Others' Direct Infringement**

Under § 271(c):

> **(c)** Whoever offers to sell or sells within the United States or imports into the United States a component of a patented machine, manufacture, combination or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use, shall be liable as a contributory infringer.

35 U.S.C. § 271(c). According to the Federal Circuit, contributory infringement requires proof of underlying direct infringement and knowledge of infringing capability of a non-staple component. *See Golden Blount*, 438 F.3d at 1363 (affirming judgment of infringement and holding that patentee had adequately demonstrated underlying infringement, non-staple character of defendant's products, and knowledge of their use). The patentee must prove knowledge of the defendant "that the combination for which its components were especially made was both patented and infringing." *Id.* (*quoting Preemption Devices, Inc. v. Minn. Min. & Mfg. Co.*, 803 F. 2d 1170, 1174 (Fed. Cir. 1986). Although a patentee has the burden of persuasion regarding whether an article is a non-staple article of commerce, once it makes a prima facie case that an article has no substantial noninfringing use, the burden of production shifts to the defendant to show such a use. *Id.* at 1363-64. Whether a component has a substantial noninfringing use is a question of fact. *See Mentor H/S, Inc. v. Med. Device Alliance, Inc.*, 244 F.3d 1365, 1379 (Fed. Cir. 2001).

2.    **Infringement Under the Doctrine of Equivalents**

As the Supreme Court has stated:

> The language in the patent claims may not capture every nuance of the invention or describe with complete precision the range of its novelty.  If patents were always interpreted by their literal terms, their value would be greatly diminished.  Unimportant and insubstantial substitutes for certain elements could defeat the patent, and its value to inventors could be destroyed by simple acts of copying.

*Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*, 535 U.S. 722, 731 (2002).  Accordingly, "[t]he scope of a patent is not limited to its literal terms but instead embraces all equivalents to the claims described."  *Id.; see also Warner-Jenkinson Co., Inc. v. Hilton Davis Chem. Co.*, 520 U.S. 17, 21 (1997) (holding that "a product or process that does not literally infringe upon the express terms of a patent claim may nonetheless be found to infringe if there is 'equivalence' between the elements of the accused product or process and the claimed elements of the patented invention").

The Federal Circuit has stated that technology developed after the date of invention is "the 'quintessential example of an enforceable equivalent.'" *Varco, L.P. v. Pason Systems USA Corp.*, 436 F.3d 1368, 1376 (Fed Cir. 2006) (*quoting Smithkline Beecham Corp. v. Excel Pharm., Inc.,* 356 F.3d 1357, 1364 (Fed.Cir.2004)). Plainly, "[t]he law does not require the impossible. Hence, it does not require that an applicant describe in his specification every conceivable and possible future embodiment of his invention." *SRI Int'l v. Matsushita Elec. Corp. of Am.,* 775 F.2d 1107, 1121 (Fed.Cir.1985) (*en banc*).

"[T]here is no basis for treating an infringing equivalent any differently than a device that infringes the express terms of the patent.  Application of the doctrine of  equivalents, therefore, is akin to determining literal infringement, and neither requires proof of intent." *Warner-Jenkinson*, 520 U.S. at 35. "Infringement under the doctrine of equivalents is an equitable doctrine devised for 'situations where there is no literal infringement but [where] liability is nevertheless

- 7 -

appropriate to prevent what is in essence a pirating of the patentee's invention.'" *Insta-Foam Prods. Inc. v. Universal Foam Sys. Inc.*, 906 F.2d 698, 702 (Fed. Cir. 1990) (*quoting Loctite Corp. v. Ultraseal Ltd.*, 781 F.2d 861, 870 (Fed. Cir. 1985)). "The doctrine of equivalents is an equitable doctrine designed to prevent parties from realizing the benefits of another's patent by designing around the patent's literal language." *BOC Health Care, Inc. v. Nellcor Inc.*, 892 F. Supp. 598, 604 (D. Del. 1995). "Infringement under the doctrine of equivalents may be found where those limitations of a claim not found exactly in the accused device are met equivalently." *Zygo Corp. v. Wyko Corp.*, 79 F.3d 1563, 1568 (Fed. Cir. 1996).

The "essential inquiry" in determining infringement under the doctrine of equivalents is: "Does the accused product or process contain elements identical or equivalent to each claimed element of the patented invention?" *Warner-Jenkinson*, 520 U.S. at 40. The doctrine of equivalents involves an element-by-element comparison of the accused method or product and the claim. *Id.* One test for whether a step of an accused method is equivalent to a claim element is whether that step performs substantially the same function in substantially the same way, to obtain substantially the same result. *Graver Tank & Mfg. Co. v. Linde Air Prods. Co.,* 339 U.S. 605, 608 (1950); *see also Abraxis Bioscience, Inc. v. Mayne Pharma (USA), Inc.*, 467 F.3d 1370, 1379 (Fed. Cir. 2006).

"Each element contained in a patent claim is deemed material to defining the scope of the patented invention, and thus the doctrine of equivalents must be applied to individual elements of the claim, not to the invention as a whole." *Depuy Spine, Inc. v. Medtronic Sofamor Danek, Inc.*, 469 F.3d 1005, 1016-17 (Fed. Cir. 2006) (*quoting Warner-Jenkinson*, 520 U.S. at 29). In applying the "all elements rule" to determine infringement under the doctrine of equivalents, it is appropriate to identify "the role played by each element in the context of the specific patent claim." *Warner-Jenkinson*, 520 U.S. at 40. "This analysis . . . will thus inform the inquiry as to whether a

substitute element matches the function, way, and result of the claimed element, or whether the substitute element plays a role substantially different from the claimed element." *Id.*

The accused method must contain every claim element, but "not necessarily in a corresponding component." *Corning Glass Works v. Sumitomo Elec. U.S.A., Inc.*, 868 F.2d 1251, 1259 (Fed. Cir. 1989). "A patentee is, for example, free to frame the issue of equivalency, if it chooses, as equivalency to a combination of limitations." *Id.* at 1259 n. 6 (citation omitted). Courts have held that "'[o]ne-to-one correspondence of components is not required, and elements or steps may be combined without ipso facto loss of equivalency.'" *Ethicon Endo-Surgery Inc. v. U.S. Surgical Corp.*, 149 F.3d 1309, 1320 (Fed. Cir. 1998) (*quoting Sun Studs, Inc. v. ATA Equip. Leasing Inc.*, 872 F.2d 978, 989 (Fed. Cir. 1989), *overruled on other grounds*, *A.C. Aukerman Co. v. R.L. Chaides Const. Co.*, 960 F.2d 1020 (Fed. Cir.1992)). A finding of infringement under the doctrine of equivalents is permissible unless "no reasonable jury could conclude that an element of an accused device is equivalent to an element called for in the claim, or that the theory of equivalence to support the conclusion of infringement otherwise lacks legal sufficiency." *Depuy Spine*, 469 F.3d at 1018-19 (reversing for legal error District Court's holding precluding application of doctrine of equivalents as a matter of law).

## B.  **WILLFULNESS**

"Actual notice of another's patent rights triggers an affirmative duty of due care to avoid infringement." *nCube Corp. v. Seachange Int'l, Inc.*, 436 F.3d 1317, 1324 (Fed. Cir. 2006). A breach of such a duty can render an infringer liable for willfulness.

Willfulness "is quintessentially a question of fact . . . ." *Biotec Biologische Naturverpackungen Gmbh & Co. KG v. Biocorp. Inc.*, 249 F.3d 1341, 1356 (Fed. Cir. 2001). "Whether infringement is willful is a question of fact, and must be established by clear and convincing evidence." *Comark Communications Inc. v. Harris Corp.*, 156 F.3d 1182, 1190 (Fed.

Cir. 1998). Because of the factual nature of the willfulness inquiry the Federal Circuit has held that determining willfulness is a question for the jury. *Richardson v. Suzuki Motor Co. Ltd.*, 868 F.2d 1226, 1250 (Fed. Cir.), *cert. denied*, 493 U.S. 853 (1989) ("Willfulness of behavior is a classical jury question of intent. . . . When trial is had to a jury, the issue should be decided by the jury.")

"The test [for willful infringement] is whether, under all the circumstances, a reasonable person would prudently conduct himself with any confidence that a court might hold the patent invalid or not infringed." *Ryco, Inc. v. Ag-Bag Corp.*, 857 F.2d 1418, 1428 (Fed. Cir. 1988); *Procter & Gamble Co., v. Paragon Trade Brands, Inc.*, 989 F. Supp. 547, 615 (D. Del. 1997). In *SRI Int'l, Inc. v. Advanced Tech. Labs., Inc.*, 127 F.3d 1462, 1464 (Fed. Cir. 1997), the Federal Circuit held:

> Although various criteria have been stated for determining "willful infringement," which is the term designating behavior for which enhanced damages may be assessed, the primary consideration is whether the infringer, acting in good faith and upon due inquiry, had sound reason to believe that it had the right to act in the manner that was found to be infringing. The law of willful infringement does not search for minimally tolerable behavior, but requires prudent, and ethical, legal and commercial actions.

*See also nCube Corp. v. Seachange Int'l, Inc.*, 313 F. Supp. 2d 361, 379 (D. Del. 2004) (*quoting* above language from *SRI Int'l* and upholding jury verdict of willfulness).

"Willfulness requires a showing that the totality of the circumstances evince the egregious conduct that constitutes willful infringement." *nCube*, 436 F.3d at 1323-24 (*quoting Imonex Servs.,* 408 F.3d at 1377). "In determining whether willfulness has been shown, [the court looks] to the totality of the circumstances, understanding that willfulness, 'as in life, is not an all-or-nothing trait, but one of degree. It recognizes that infringement may range from unknowing, or accidental, to deliberate, or reckless, disregard of the patentee's legal rights.'" *Comark*, 156 F.3d at 1190 (*quoting Rite-Hite Corp. v. Kelley Co., Inc.*, 819 F.2d 1120, 1125-26 (Fed. Cir. 1987)). "The

extent to which the infringer disregarded the property rights of the patentee, the deliberateness of the tortious acts, or other manifestations of unethical or injurious commercial conduct, may provide grounds for a finding of willful infringement." *Golden Blount*, 483 F. 3d at 438 F.3d at 1367-68 (*quoting Hoechst Celanese Corp. v. BP Chems. Ltd.,* 78 F.3d 1575, 1583 (Fed.Cir.1996)).

To establish willful infringement, a patentee must prove by clear and convincing evidence:

1.    That the infringer was aware of the patent;

2.    That the infringer had no reasonable basis for believing it had a right to engage in the infringing acts either because it had formed a good faith belief that the claim of the patent at issue was invalid or not infringed or both. *Johns Hopkins Univ. v. Cellpro*, 894 F. Supp. 819, 843 (D. Del. 1995).

This "affirmative duty of care . . . usually requires the potential infringer to obtain competent legal advice before engaging in any activity that could infringe another's patent rights." *Comark*, 156 F.3d at 1190. When an alleged infringer with notice of a patent does not obtain competent opinion of counsel, the failure to obtain such an opinion can be considered evidence of a violation of the duty of care. *Golden Blount*, 438 F.3d at 1369. In *Jurgens v. CBK, Ltd.,*, 80 F.3d 1566, 1571 (Fed. Cir. 1996), the Federal Circuit stated:

> When one continues his infringing activity, and fails to investigate and determine, in good faith that he possesses reasonable defenses to an accusation of patent infringement, the infringement is in bad faith.    Such conduct occurs when an infringer . . . obtains incompetent, conclusory opinions of counsel only to use as a shield against a later charge of willful infringement, rather than in a good faith attempt to avoid infringing another's patent.

"The proper time to assess willfulness is at the time the infringer received notice." *Odetics, Inc. v. Storage Tech. Corp.*, 185 F.3d 1259, 1276 (Fed. Cir. 1999) (citation omitted); 7 Donald S. Chisum, *Chisum on Patents* § 20.03 [4][b][v][F] (2001) ("Court decisions focus the

willfulness inquiry primarily on the date the infringer began its infringing activities or became aware of the patent, whichever is later."); *Johns Hopkins Univ. v. Cellpro*, 152 F.3d 1342, 1362 (Fed. Cir. 1998) (dates on which Cellpro received notice of the patents were the proper times for assessing its willfulness).  Because the proper time to assess willfulness is at the time the infringer received notice of the patent rights, later developments have little or no relevance.  *Odetics*, 185 F.3d at 1276; *Johns Hopkins*, 152 F.3d at 1362.

Other issues that are "very relevant to the issue of willfulness" are "market pressure" and "commercial sales urgency" faced by the infringer.  *Stryker Corp. v. Intermedics Orthopedics, Inc.*, 891 F. Supp. 751, 817 (E.D.N.Y. 1995), *aff'd*, 96 F.3d 1409 (Fed. Cir. 1996); *Datascope Corp. v. SMEC, Inc.*, 879 F.2d 820, 828 (Fed. Cir. 1989), *cert. denied*, 493 U.S. 1024 (1990); *Spindelfabrik Suessen-Schurr v. Schubert & Salzer*, 829 F.2d 1075, 1083 (Fed. Cir. 1987), *cert. denied*, 484 U.S. 1063 (1988).

A party that continues its accused infringing activity after a patentee files suit can be guilty of willful infringement even if that party presents a non-frivolous defense to infringement. *Crystal Semiconductor*, 246 F.3d at 1351.

### C.    <u>ASSIGNOR ESTOPPEL</u>

Under the doctrine of assignor estoppel, one who assigns a patent to another party for valuable consideration is barred from contesting the validity of that patent when sued for infringement.  *See Pandrol USA, LP v. Airboss Ry. Prods., Inc.*, 424 F.3d 1161, 1166 (Fed. Cir. 2005) (*quoting Diamond Scientific Co. v. Ambico, Inc.*, 848 F.2d 1220, 1224 (Fed. Cir. 1988)) ("Assignor estoppel is an equitable doctrine that prevents one who has assigned the rights to a patent (or patent application) from later contending that what was assigned is a nullity.").  Courts invoke the doctrine "(1) to prevent unfairness and injustice; (2) to prevent one [from] benefiting from his own wrong; (3) [to adopt the] analogy [of]. . . estoppel by deed in real estate; and (4) [to

adopt the] analogy of a landlord-tenant relationship." *Pandrol USA*, 424 F.3d at 166 (*quoting*

*Diamond Scientific*, 848 F.2d at 1224).

Holding a former employee barred from challenging the validity of a patent assigned

to his employer, the Federal Circuit stated:

> When the inventor-assignor has signed the Oath, Power of
> Attorney and Petition, which attests to his belief in the validity of
> the patents, and has assigned the patent rights to another for
> valuable consideration, he should be estopped from defending
> patent infringement claims by proving that what he assigned was
> worthless. . . .  The inventor's active participation in the
> prosecution and preparation of the patent applications . . . would
> tilt the equities even more heavily in favor of the assignee, but
> consideration of this factor is not necessary to the result.

*Diamond Scientific*, 848 F.2d at 1226.

Assignor estoppel may also apply to those in privity with the assignor.  Privity, for

the purposes of the estoppel analysis, depends on the nature and extent of the relationship between

the assignor and the other party.  *See Shamrock Techs., Inc. v. Med. Sterilization, Inc.*, 903 F.2d

789, 193 (Fed. Cir. 1990).  For example,

> If an inventor assigns his invention to his employer company A
> and leaves to join company B, whether company B is in privity and
> thus bound by the doctrine will depend on the equities dictated by
> the relationship between the inventor and company B in light of
> the act of infringement. The closer that relationship, the more the
> equities will favor applying the doctrine to company B.

*Id.*

### D.    REMEDIES

#### 1.    Injunction

Under Section 283, "[t]he several courts having jurisdiction of cases under th[e

patent] title may grant injunctions in accordance with the principles of equity to prevent the

violation of any right secured by patent, on such terms as the court deems reasonable."  35 U.S.C. §

283 (2006).  "[T]he decision whether to grant or deny injunctive relief rests within the equitable

discretion of the district courts, and that such discretion must be exercised consistent with traditional principles of equity. . . ." *eBay, Inc. v. MercExchange, L.L.C.*, 126 S. Ct. 1837, 1841 (2006). Further, "the Patent Act also declares that 'patents shall have the attributes of personal property,' § 261, including 'the right to exclude others from making, using, offering for sale, or selling the invention,' § 154(a)(1)." *Id.* at 1840.

According to well-established principles of equity, a plaintiff seeking a permanent injunction "must demonstrate: (1) that it has suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction." *Id.* at 1839.

In one recent case, when applying this four-factor test in a case in which the infringer competed directly with the patent holder, the court observed:

> Justice Kennedy [concurring in *eBay*] recognized that "[t]o the extent earlier cases establish a pattern of granting an injunction against patent infringers almost as a matter of course, this pattern simply illustrates the result of the four-factor test in the contexts then prevalent." . . . Since a patent grants the right to exclude others from practicing the invention . . . the right to exclude remains a relevant issue for courts to consider when weighing the equities for and against an application for permanent injunction. Although GSF argues that it is not using Transocean's invention to influence common customers, GSF admits that "Transocean and GlobalSantaFe have the same customers in the deepwater rig market." GSF has not cited any case in which a continuing infringer in direct competition with a patent holder has not been permanently enjoined from using the patented invention to compete against the patent holder.

*Transocean Offshore Deepwater Drilling, Inc. v. GlobalSantaFe Corp.*, No. H-03-2910, 2006 WL 3813778, *3 (S.D. Tex., Dec. 27, 2006) (granting injunction to patentee) (citations omitted).

2.    **Damages**

35 U.S.C. § 284 states:

> Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court.

"The measurement of patent damages is a question of fact." *Crystal Semiconductor*, 246 F.3d at 1345.

The patent statute "imposes no limitation on the types of harm resulting from infringement that the statute will redress. The section's broad language awards damages for any injury as long as it resulted from the infringement." *King Instruments Corp. v. Perego*, 65 F.3d 941, 947 (Fed. Cir. 1995), *cert. denied*, 517 U.S. 1188 (1996). "The phrase 'damages *adequate to compensate*' means full compensation for 'any damages' [the patent owner] suffered as a result of the infringement." *Grain Processing Corp. v. American Maize-Prods. Co.*, 185 F.3d 1341, 1349 (Fed. Cir. 1999) (*citing General Motors Corp. v. Devex Corp.*, 461 U.S. 648 (1983)). "Full compensation includes any foreseeable lost profits the patent owner can prove." *Id.* A damage award shall be "in no event less than a reasonable royalty," which sets the floor below which a damage award may not fall. *See Rite-Hite Corp. v. Kelley Co.*, 56 F.3d 1538, 1544 (Fed. Cir.), *cert. denied*, 516 U.S. 867 (1995). "[T]he Supreme Court has interpreted [35 U.S.C. § 284] to mean that 'adequate' damages should approximate those damages that will *fully compensate* the patentee for infringement." *Id.* at 1545.

The patent owner must prove the amount of its damages by a preponderance of the evidence. *See SmithKline Diagnostics, Inc. v. Helena Lab. Corp.*, 926 F.2d 1161, 1164 (Fed. Cir. 1991). The patentee, however, need not prove its damages with absolute certainty. *See W.R. Grace & Co.-Conn. v. Intercat, Inc.*, 60 F. Supp. 2d 316, 321 (D. Del. 1999). "[I]t will be enough if the

evidence show [sic] the extent of the damages as a matter of just and reasonable inference, although the result be only approximate." *Story v. Parchment Paper Co.*, 282 U.S. 555, 563 (1931). Moreover, "any doubt about the correctness [of damages] is resolved against the infringer." *State Indus., Inc. v. Mor-Flo Indus., Inc.*, 883 F.2d 1573, 1576 (Fed. Cir. 1989), *cert. denied*, 493 U.S. 1022 (1990); *W.R. Grace*, 60 F. Supp. 2d at 321. "[F]undamental principles of justice require us to throw the risk of any uncertainty upon the wrongdoer instead of upon the injured party." *Paper Converting Machine Co. v. Magna-Graphics Corp.*, 745 F.2d 11, 22 (Fed. Cir. 1984).

### a.    Lost Profits

"To recover lost profits damages . . . , the patent owner must show that it would have received the additional profits 'but for' the infringement. The patent owner bears the burden to present evidence sufficient to show a reasonable probability that it would have made the asserted profits absent infringement." *King Instruments*, 65 F.3d at 952. The Federal Circuit "has prescribed no one particular method by which the patent owner must meet this burden; 'the methodology of assessing and computing damages is committed to the sound direction of the district court.'" *Id.* (citation omitted).

"[T]he statutory measure of 'damages' is 'the difference between [the patent owner's] pecuniary condition after the infringement, and what his condition would have been if the infringement had not occurred.'" *Grain Processing*, 185 F.3d at 1350 (*citing Aro Mfg. Co. v. Convertible Top Replacement Co.*, 377 U.S. 476, 507 (1964) (plurality opinion)). To prove lost profits, a patentee must reconstruct the market to show "likely outcomes with infringement factored out of the economic picture." *Id.* As the Federal Circuit explained:

> Within this framework, trial courts, with this [C]ourt's approval, consistently permit patentees to present market reconstruction theories showing all of the ways in which they would have been better off in the "but for world," and accordingly, to recover lost profits in a wide variety of forms . . . . In sum, courts have given

> patentees significant latitude to prove and recover lost profits for a
> wide variety of foreseeable economic effects of the infringement.

*Id.* (citations omitted).

To recover lost profits based on lost sales, the patent owner has an initial burden to show a reasonable probability that, but for the infringement, it would have made the infringer's sales. *See Crystal Semiconductor*, 246 F.3d at 1336; *State Indus.*, 883 F.2d at 1577. The patent owner is not required, however, to negate all possibilities that a purchaser might have bought a different product or might have foregone the purchase altogether. *State Indus.*, 883 F.2d at 1577. Once the patent owner has met its initial burden, "[t]he burden then shifts to the infringer to show that the ['but for' claim] is unreasonable for some or all of the lost sales." *Rite-Hite*, 56 F.3d at 1545. The patentee need not use the patented invention as a prerequisite to recovery of lost profits. *King Instruments*, 65 F.3d at 947.

Lost profits are available on collateral or derivative product sales if "[a]ll the components together  . . . are analogous to components of a single assembly or [are] parts of a complete machine or they . . . . constitute a functional unit . . . ." *Rite Hite* 56 F.3d at 1144. *See also Paper Converting Machine Co. v. Magna-Graphics Corp.*, 745 F.2d 11, 23 (Fed. Cir. 1984) (holding that "if in all reasonable probability the patent owner would have made the sales which the infringer has made, what the patent owner in reasonable probability would have netted from the sales denied to him is the measure of his loss, and the infringer is liable for that.")

One recognized method for proving lost sales – often called the *Panduit* test – is for the patent owner to prove: (1) demand for the patented product; (2) absence of acceptable noninfringing substitutes; (3) manufacturing and marketing capacity to exploit the demand; and (4) the amount of the profit that it would have made. *Panduit Corp. v. Stahlin Bros. Fibre Works, Inc.*, 575 F.2d 1152, 1156 (6th Cir. 1978). The *Panduit* test is an acceptable, though not exclusive, test

for determining the availability of lost profits. *See Tate Access Floors, Inc., v. Maxcess Techs., Inc.*, 222 F.3d 958, 971 (Fed. Cir. 2000) (noting that a patent owner may establish lost profits using the *Panduit* approach); *BIC Leisure Prods., Inc. v. Windsurfing Int'l,* 1 F.3d 1214, 1218 (Fed. Cir. 1993).

"The substantial number of sales . . . of infringing products containing the patented features itself is compelling evidence of demand for the patented product." *See Gyromat Corp. v. Champion Spark Plug Co.*, 735 F.2d 549, 552 (Fed. Cir. 1984).

As the *Grain Processing* court held:

> When an alleged alternative is not on the market during the accounting period, a trial court may reasonably infer that it was not available as a noninfringing substitute at that time. . . . The accused infringer then has the burden to overcome this inference by showing that the substitute was available during the accounting period. . . . Mere speculation or conclusory assertions will not suffice to overcome the inference. After all, the infringer chose to produce the infringing, rather than noninfringing, product. Thus, the trial court must proceed with caution in assessing proof of the availability of substitutes not actually sold during the period of infringement. Acceptable substitutes that the infringer proves were available during the accounting period can preclude or limit lost profits; substitutes only theoretically possible will not.

185 F.3d at 1353. "Consumer demand defines the relevant market and relative substitutability among products therein. . . . Important factors shaping demand may include consumers' intended use for the patentee's product, similarity of physical and functional attributes of the patentee's product to alleged competing products, and price." *Id.* at 1355. "While there may be competing devices available in the marketplace, the 'mere existence of a competing device does not make that device an acceptable substitute.'" *Kalman v. The Berlyn Corp.*, 914 F.2d 1473, 1484 (Fed. Cir. 1990) (citation omitted). "It is clear that '[a] product lacking the advantages of [the] patented [device] can hardly be termed a substitute 'acceptable' to the customer who wants those advantages.'" *Id.* (*citing Panduit*, 575 F.2d at 1162).

Another way to establish lost profits from lost sales is the market share approach that the Federal Circuit adopted in *State Industries*. Under this approach, even in the presence of acceptable noninfringing alternatives, a patent owner can recover lost profits based on its market share of the infringing sales, if the patent owner meets the other *Panduit* factors and shows an established market share in the relevant product market. *State Indus.*, 883 F.2d at 1576.

In other words, proof of market share can be substituted for the second factor of the *Panduit* factor test, the absence of acceptable noninfringing substitutes. The Federal Circuit explained its rationale as follows:

> To the extent infringing competitors got credit for sales that should have gone to State, the share of the market against which Mor-Flo's damages might be assessed is reduced. So we think that in these circumstances the presence or absence of acceptable noninfringing alternatives does not matter. The question then becomes whether an established market share combined with the other <u>Panduit</u> factors is sufficient to show State's loss to a reasonable probability.

*Id.* at 1578.

Courts frequently employ the "market share" approach to determine lost profits based on the patentee's market share in the presence of acceptable noninfringing alternatives. *See, e.g.*, *Pall Corp. v. Micron Separations, Inc.*, 66 F.3d 1211, 1222-23 (Fed. Cir. 1995), *cert. denied*, 520 U.S. 1115 (1997) (holding that patentee was entitled to lost profits on 25% of infringer's sales in a three party market and reasonable royalties on the remaining sales of infringing products); *King Instruments*, 65 F.2d at 953 (applying market share analysis where patentee possessed 70% of the market); *Atlantic Thermoplastics Co. v. Faytex Corp.*, 970 F.2d 834, 847 (Fed. Cir. 1992) (remanding to district court with direction to apply market share analysis to account for noninfringing sales by third party); *Procter & Gamble*, 989 F. Supp. at 601-02 (applying market share analysis to the second prong of the Panduit analysis); *Schneider (Europe) AG v. SciMed Life*

- 19 -

*Sys., Inc.*, 852 F. Supp. 813, 858-59 (D. Minn. 1994), *aff'd*, 60 F. 3d 839 (Fed. Cir.), *cert. denied*, 516 U.S. 990 (1995) (applying market share analysis to sales made after an acceptable noninfringing alternative entered the market); *Ziggity Sys., Inc. v. Val Watering Sys.*, 769 F. Supp. 752, 823 (E.D. Pa. 1990) (applying market share analysis).

The patent owner may prove the third factor -- capacity -- by showing that it had the ability to meet the demand for the quantity of sales that it claims to have lost. *See Bio-Rad Lab., Inc. v. Nicolet Instr. Corp.*, 739 F.2d 604, 616 (Fed. Cir.), *cert. denied*, 469 U.S. 1038 (1984). Finally, the patent owner may prove the fourth factor -- the amount of profits it lost -- by reasonably quantifying the incremental profits it would have made from the sales it lost. *See Paper Converting Mach. Co. v. Magna-Graphics Corp.*, 745 F.2d 11, 22 (Fed. Cir. 1984).

A portion of fixed or overhead costs is not allocated to the hypothetically increased sales. *Id. See also Stryker*, 891 F. Supp. at 825-26 ("[A]n incremental profits calculation is the proper measure of profit loss . . . . Incremental profits are the difference between gross revenues resulting from regaining the sales lost due to infringement and the incremental cost of making those sales. This measure of profit loss is appropriate when the patentee's fixed costs do not rise, or only slightly increase, relative to increases in production.").

### b.    <u>Reasonable Royalty</u>

"A patentee is entitled to no less than a reasonable royalty on an infringer's sales for which the patentee has not established entitlement to lost profits." *Rite-Hite*, 56 F.3d at 1554. "A patentee receives a reasonable royalty for any of the infringer's sales not included in the lost profit calculation." *Crystal Semiconductor,* 246 F.3d at 1354  "Thus, a patentee may obtain lost profit damages for that portion of the infringer's sales for which the patentee can demonstrate 'but for' causation and reasonable royalties for any remaining infring[ement]." *Id.*

"A reasonable royalty is the amount of money that would be agreed to in a hypothetical arms length negotiation between the owners of the patent rights and the infringer, with both operating under the assumption that the negotiated patent is not invalid and is infringed." *Johns Hopkins*, 894 F. Supp. at 838. "[W]hat an infringer would prefer to pay is not the test for damages." *Rite-Hite*, 56 F.3d at 1555. "[T]hat the parties might have agreed to a lesser royalty is of little relevance, for to look only at that question would be to pretend that the infringement never happened; it would also make an election to infringe a handy means for competitors to impose a compulsory license policy upon every patent owner." *Id.* "There is no rule that a royalty be no higher than the infringer's net profit margin." *State Indus.*, 883 F.2d at 1580.

The hypothetical negotiation is presumed to take place on the eve of first infringement. *Hanson v. Alpine Valley Ski Area, Inc.*, 718 F.2d 1075, 1079 (Fed. Cir. 1983). "The Court also must assume, for purposes of the hypothetical negotiation, that all parties would have known all relevant information." *Mobil Oil Corp. v. Amoco Chem. Co.*, 915 F. Supp. 1333, 1353 (D. Del. 1995). The hypothetical negotiation speaks of negotiations as of the time infringement began, yet a court may look to events and facts that occurred thereafter and that could not have been known to or predicted by the hypothetical negotiators. *Studiengesellschaft Kohle GmbH v. Start Indus. Inc.*, 862 F.2d 1564, 1571-72 (Fed. Cir. 1988). A jury may "rely on evidence of bundling and convoyed sales in determining the scope of the royalty base." *Interactive Pictures Corp. v. Infinite Pictures, Inc.* 274 F.3d 1371, 1385 (Fed. Cir. 2001). A jury may consider industry royalty rates in determining an applicable royalty rate, but these "do not necessarily establish a ceiling for the royalty that may be assessed after an infringement trial. *Bio-Rad Laboratories v. Nicolet Instrument Corp.*, 739 F.2d 604, 617 (Fed. Cir. 1984).

In determining a reasonable royalty, courts often apply the fifteen factors first enunciated in *Georgia-Pacific Corp. v. United States Plywood Corp.*, 318 F. Supp. 1116, 1120

(S.D.N.Y. 1970), *modified and aff'd*, 446 F.2d 295 (2d Cir.), *cert. denied*, 404 U.S. 870 (1971). *See Unisplay, S.A. v. American Elec. Sign Co.*, 69 F.3d 512, 517, n.7 (Fed. Cir. 1995) (*citing* to *Georgia-Pacific* factors). These factors are:

1.    The royalties received by the patentee for the licensing of the patent in suit, proving or tending to prove an established royalty.

2.    The rates paid by the patentee, the licensee, or others for the use of other patents comparable to the patent in suit.

3.    The nature and scope of the license, as exclusive or non-exclusive; or as restricted or nonrestricted in terms of territory or with respect to whom the manufactured product may be sold.

4.    The licensor's established policy and marketing program to maintain his patent monopoly by not licensing others to use the invention or by granting licenses under special conditions designed to preserve that monopoly.

5.    The commercial relationship between the licensor and licensee, such as, whether they are competitors in the same territory in the same line of business; or whether they are inventor and promotor [sic].

6.    The effect of selling the patented specialty in promoting sales of other products of the licensee; the existing value of the invention to the licensor as a generator of sales of his non-patented items; and the extent of such derivative or convoyed sales.

7.    The duration of the patent and the term of the license.

8.    The established profitability of the product made under the patent; its commercial success; and its current popularity.

9.    The utility and advantages of the patent property over the old modes or devices, if any, that had been used for working out similar results.

10.    The nature of the patented invention; the character of the commercial embodiment of it as owned and produced by the licensor; and the benefits to those who have used the invention.

11.    The extent to which the infringer has made use of the invention; and any evidence probative of the value of that use.

12.    The portion of the profit or of the selling price that may be customary in the particular business or in comparable businesses to allow for the use of the invention or analogous inventions.

13.    The portion of the realizable profit that should be credited to the invention as distinguished from non-patented elements, the manufacturing process, business risks, or significant features or improvements added by the infringer.

14.    The opinion testimony of qualified experts.

15.    The amount that a licensor (such as the patentee) and a licensee (such as the infringer) would have agreed upon (at the time the infringement began) if both had been reasonably and voluntarily trying to reach an agreement; that is, the amount which a prudent licensee – who desired, as a business proposition, to obtain a license to manufacture and sell a particular article embodying the patented invention – would have been willing to pay as a royalty and yet be able to make a reasonable profit and which amount would have been acceptable by a prudent patentee who was willing to grant a license.

*Georgia Pacific*, 318 F. Supp. at 1120.

### 3.    <u>Enhanced Damages</u>

35 U.S.C. § 284 states in pertinent part that "the court may increase the damages up to three times the amount found or assessed."  The Court may enhance damages, up to trebling the actual damages, upon a finding of willful infringement.  *Johns Hopkins*, 152 F.3d at 1364.  In

exercising its discretion to enhance damages, the Court should consider the weight of the evidence of the infringer's culpability in light of the following factors:

1.    whether the infringer copied the ideas or design of another,

2.    whether the infringer, when he knew of the other's patent protection, investigated the scope of the patent and formed a good faith belief that it was invalid or that it was not infringed,

3.    the infringer's behavior as a party to the litigation,

4.    the infringer's size and financial condition,

5.    the closeness of the case,

6.    the duration of the infringer's misconduct,

7.    any remedial action of the infringer,

8.    the infringer's motivation for harm, and

9.    whether the infringer attempted to conceal its misconduct.

*Id.* at 1352 n.16 and 1364-65. *See also Imonex Servs., Inc. v. W.H. Munzprufer Dietmar Trenner GMBH*, 408 F.3d 1374, 1377 (Fed. Cir. 2005) ("[The Federal Circuit] has identified several criteria for assessing damages, including, *inter alia,* whether the infringer, when he knew of the other's patent protection, investigated the scope of the patent and formed a good-faith belief that it was invalid or that it was not infringed, and the duration of defendant's misconduct").

### 4.    Attorneys' Fees

35 U.S.C. § 285 provides that "[t]he court in exceptional cases may award reasonable attorney fees to the prevailing party."  Determining whether a case is exceptional and whether attorneys' fees should be granted under 35 U.S.C. § 285 is a two-step process. *Tate Access Floors*, 222 F.3d at 964.  The first step is a factual determination whether the case is exceptional, and the second step, the Court exercises its discretion to determine whether attorneys' fees should be awarded.  *Id.*

The types of conduct that can form the basis for finding a case to be exceptional include willful infringement, misconduct during litigation and vexatious litigation. *Beckman Instruments, Inc. v. LKB Produkter AB*, 892 F.2d 1547, 1551 (Fed. Cir. 1989). Such conduct must be supported by clear and convincing evidence. *Id.*

### 5.    Prejudgment Interest

The patent statute authorizes awards of prejudgment interest. 35 U.S.C. § 284. The Supreme Court has held that "prejudgment interest should ordinarily be awarded." *General Motors*, 461 U.S. at 655. "An award of prejudgment interest serves to make the patentee whole because the patentee also lost the use of its money due to infringement." *Crystal Semiconductor*, 246 F.3d at 1361. In *General Motors*, the Supreme Court held that prejudgment interest is the rule, not the exception. *Id.*

"The rate of prejudgment interest and whether it should be compounded or uncompounded are matters left largely to the discretion of the district court. . . . In exercising that discretion, however, the district court must be guided by the purpose of prejudgment interest, which is 'to ensure that the patent owner is placed in as good a position as he would have been had the infringer entered into a reasonable royalty agreement.'" *Bio-Rad*, 807 F.2d at 969 (citation omitted).

## II.    ISSUES ON WHICH DEFENDANTS BEAR THE BURDEN OF PROOF

### A.    VALIDITY

35 U.S.C. § 282 states in pertinent part:

> A patent shall be presumed valid. Each claim of a patent (whether in independent, dependent or multiple dependent form) shall be presumed valid independently of the validity of other claims; dependent or multiple dependent claims shall be presumed valid even though dependent upon an invalid claim. The burden of establishing invalidity of a patent or any claim thereof shall rest on the party asserting such in validity.

- 25 -

"A party seeking to establish that particular claims are invalid must overcome the presumption of validity in 35 U.S.C. § 282 by clear and convincing evidence." *Nystrom v. TREX Co., Inc.* 424 F.3d 1136, 1149 (Fed. Cir. 2005) (*quoting State Contracting & Eng'g Corp. v. Condotte Am., Inc.,* 346 F.3d 1057, 1067 (Fed.Cir.2003)). "Clear and convincing evidence has been described as evidence which proves in the mind of the trier of fact 'an abiding conviction that the truth of [the] factual contentions are highly probable.'" *Intel Corp. v. U.S. Int'l Trade Comm'n*, 946 F.2d 821, 830 (Fed. Cir. 1991) (*quoting Colorado v. New Mexico*, 467 U.S. 310, 316 (1984)).

The presumption of validity "exists at every stage of the litigation." *Canon Computer Sys., Inc. v. Nu-Kote Int'l, Inc.*, 134 F.3d 1085, 1088 (Fed. Cir. 1998). "[T]he burden of persuasion is and remains always upon the party asserting invalidity." *American Hoist & Derrick Co. v. Sowa & Sons, Inc.*, 725 F.2d 1350, 1358 (Fed. Cir.), cert. denied, 469 U.S. 821 (1984) (emphasis in original). "The presumption is never annihilated, destroyed or even weakened, regardless of what facts are of record." *ACS Hosp. Sys., Inc. v. Montefiore Hosp.*, 732 F.2d 1572, 1574-75 (Fed. Cir. 1984) (emphasis in original). "[T]he burden of proving invalidity never shifts from the party asserting invalidity." *Imperial Chem. Indus., PLC v. Danbury Pharmacal, Inc.*, 777 F. Supp. 330, 368 (D. Del. 1991), *aff'd w/o op.*, 972 F.2d 1354 (Fed. Cir. 1992).

"The burden of proof arises from the presumption that the Patent Office properly carried out its administrative functions." *BOC Health Care*, 892 F. Supp. at 602. "It is not necessary that the court hold a patent valid; it is only necessary that it hold that the patent challenger has failed to carry its burden." *Ajinomoto Co., Inc. v. Archer-Daniels-Midland Co.*, 1996 WL 621830 at *5 (D. Del. 1996), *aff'd*, 228 F.3d 1338 (Fed. Cir. 2000). "[W]here the challenger fails to identify any persuasive evidence of invalidity, the very existence of the patent satisfies the patentee's burden on the validity issue." *Canon Computer Sys., Inc.*, 134 F.3d at 1088.

Where the art relied on at trial was considered by the Patent Office, the party asserting invalidity "has the added burden of overcoming the deference that is due to a qualified government agency presumed to have properly done its job, which includes one or more examiners who are assumed to have some expertise in interpreting the references and to be familiar from their work with the level of skill in the art and whose duty it is to issue only valid patents." *American Hoist & Derrick*, 725 F.2d at 1359.

The United States Supreme Court "has consistently held that failure of the patentee to make use of a patented invention does not affect the validity of the patent." *Special Equipment Co. v. Coe*, 324 U.S. 370, 378-79 (1945).

## 1.    Prior Art

One who challenges the validity of a patent bears the burden of establishing that a reference is "prior art" by clear and convincing evidence. *Mahurkar v. C.R. Bard, Inc.*, 79 F.3d 1572, 1576 (Fed. Cir. 1996). The *Mahurkar* Court held:

> By challenging the validity of the '155 patent, Bard bore the burden of persuasion by clear and convincing evidence on all issues relating to the status of the Cook catalog as prior art.

"The presumption of validity . . . requires those challenging validity to introduce clear and convincing evidence on all issues relating to the status of a particular reference as prior art." *Sandt Tech. Ltd. v. Resco Metal & Plastics Corp.*, 264 F.3d 1344, 1350 (Fed. Cir. 2001).

Even if a patent challenger can establish by clear and convincing evidence that a reference predates the filing date of the application from which the patent claims priority, it is not prior art under § 102(a) if it was not publicly available before the invention of the claimed subject matter. *See Mahurkar*, 79 F.3d at 1577 ("Any suggestion that a document is prior art because it appears before the filing date of a patent ignores the requirements of section 102(a). Section 102(a) explicitly refers to invention dates, not filing dates. Thus, under section 102(a), a document is prior

art only when published before the invention date.")  The effective priority date for comparison with publicly available references that can be claimed prior to the filing date is limited by § 102(b) to one year prior to filing, however.  *See* 35 U.S.C. § 102(b).

A patentee confronted with a reference that predates the filing date of the application to which the asserted patent claims priority has the burden to produce evidence of a prior conception date.  *See Mahurkar*, 79 F.3d at 1577.  Once the patentee meets that burden of production, the patent challenger has the burden to prove that the reference it contends is prior art predates invention.  *See id.* at 1578.

"To have conceived of an invention, an inventor must have formed in his or her mind 'a definite and permanent idea of the complete and operative invention, as it is hereafter to be applied in practice.'"  *Id.* at 1577 (*quoting Burroughs Wellcome Co. v. Barr Labs., Inc.,* 40 F.3d 1223, 1228 (Fed.Cir.1994)).  Inventor testimony offered to demonstrate conception prior to the filing date must be supported by some corroborating evidence, documentary or otherwise.  *Id.* (*citing Price v. Symsek,* 988 F.2d 1187, 1195 (Fed.Cir.1993)).  Evidence of corroboration is weighed according to a "rule of reason" standard.  Price, 988 F.2d at 1195.  In *Price*, 988 F.2d, n.3 at 1195, the Federal Circuit enumerated factors bearing on the rule of reason analysis:

> Factors bearing on the inventor's credibility and on whether the inventor's testimony has been adequately corroborated are: (1) delay between the event and the trial, (2) interest of corroborating witnesses, (3) contradiction or impeachment, (4) corroboration, (5) the corroborating witnesses' familiarity with details of alleged prior structure, (6) improbability of prior use considering state of the art, (7) impact of the invention on the industry, and (8) relationship between witness and alleged prior user.

(citation omitted).

Where a patentee relies on documentary evidence to prove prior invention, "[t]his court does not require corroboration. . . .  The trier of fact can conclude for itself what documents

- 28 -

show, aided by testimony as to what the exhibit would mean to one skilled in the art." *Mahurkar*, 79 F.3d at 1377-78.

A secret prior method or process does not qualify as prior art, even if the product of that process is disclosed to the public. *W.L. Gore & Assoc., Inc. v. Garlock, Inc.*, 721 F.2d 1540, 1550 (Fed. Cir. 1983), *cert. denied*, 469 U.S. 851 (1984).

### 2.  **Anticipation**

35 U.S.C. § 102 states in pertinent part:

> A person shall be entitled to a patent unless —
>
> (a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent, or
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of the application for patent in the United States[.]

Anticipation is a question of fact. *Atofina v. Great Lakes Chem. Corp.*, 441 F.3d 991, 995 (Fed. Cir. 2006). "Invalidity based upon lack of novelty (often called 'anticipation') requires that the same invention, including each element and limitation of the claims, was known or used by others before it was invented by the patentee." *Oney v. Ratliff*, 182 F.3d 893, 895 (Fed. Cir. 1999) (*citing Hoover Group, Inc. v. Custom Metalcraft, Inc.*, 66 F.3d 299, 302 (Fed. Cir. 1995)).

"A claim is anticipated and therefore invalid only when a single prior art reference discloses each and every limitation of the claim." *Glaxo Inc. v. Novopharm Ltd.*, 52 F.3d 1043, 1047 (Fed. Cir.), *cert. denied*, 516 U.S. 908 (1995). "Anticipation requires a showing that each limitation of a claim is found in a single reference, either expressly or inherently." *Atofina*, 441 F.3d at 999 (*quoting Perricone v. Medicis Pharm. Corp.,* 432 F.3d 1368, 1369 (Fed.Cir.2005)). "There must be no difference between the claimed invention and the reference disclosure, as viewed by a

person of ordinary skill in the field of the invention." *Scripps Clinic & Research Foundation v. Genentech, Inc.*, 927 F.2d 1565, 1576 (Fed. Cir. 1991).

"For a prior art reference to anticipate a claim, the reference must disclose each and every element of the claim with sufficient clarity to prove its existence in the prior art." *Motorola, Inc. v. Interdigital Tech. Corp.*, 121 F.3d 1461, 1473 (Fed. Cir. 1997). "Although this disclosure requirement presupposes the knowledge of one skilled in the art of the claimed invention, that presumed knowledge does not grant a license to read into the prior art reference teachings that are not there. An expert's conclusory testimony, unsupported by the documentary evidence, cannot supplant the requirement of anticipatory disclosure in the prior art reference itself." *Id.*

"Prior art does not 'anticipate' for purposes of § 102 even 'if the general aspects are the same and the differences in minor matters [is] [sic] . . . such as would suggest itself to one of ordinary skill in the art.'" *BOC Health Care*, 892 F. Supp. at 603 (*quoting Structural Rubber Prods. Co. v. Park Rubber Co.*, 749 F.2d 707, 716 (Fed. Cir. 1984)). *See also Jamesbury Corp. v. Litton Indus. Prod., Inc.*, 756 F.2d 1556, 1560 (Fed. Cir. 1985) ("A prior art disclosure that 'almost' meets [the] standard . . . does not anticipate.").

To anticipate, "[a] reference must describe the applicant's claimed invention sufficiently to have placed a person of ordinary skill in the field of the invention in possession of it." *In re Spada*, 911 F.2d 705, 708 (Fed.Cir.1990). Thus, "[t]o anticipate a claim, a reference must disclose every element of the challenged claim and enable one skilled in the art to make the anticipatory subject matter." *PPG Indus., Inc. v. Guardian Indus. Corp.*, 75 F.3d 1558, 1566 (Fed. Cir. 1996). "What a prior art reference discloses in an anticipation analysis is a factual determination." *Yoon Ja Kim v. Conagra Foods, Inc.*, 465 F.3d 1312, 1325 (Fed. Cir. 2006) (*quoting Novo Nordisk Pharm., Inc. v. Bio-Tech. Gen. Corp.*, 424 F.3d 1347, 1355 (Fed.Cir.2005)). "Invalidity by anticipation requires that the four corners of a single, prior art document describe

every element of the claimed invention, either expressly or inherently, such that a person of ordinary skill in the art could practice the invention without undue experimentation." *Advanced Display Sys., Inc. v. Kent State Univ.,* 212 F.3d 1272, 1282 (Fed.Cir.2000)). "Whether making and using the invention would have required undue experimentation, and thus whether the disclosure is enabling, is a legal conclusion based upon several underlying factual inquiries." *Amgen, Inc. v. Biogen, Inc.*, 973 F. Supp. 39, 43 (D. Mass. 1997) (*quoting Genentech, Inc. v. Novo Nordisk, A/S,* 108 F.3d 1361, 1365 (Fed.Cir.1997)).

### 3.    Obviousness[1]

35 U.S.C. § 103 states in pertinent part:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

A claimed invention is unpatentable if the differences between the subject matter and the prior art "'are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art.'" *In re Zurko,* 258 F.3d 1379, 1383 (Fed. Cir. 2001) (citation omitted); *McGinley v. Franklin Sports, Inc.*, 262 F.3d 1339, 1349 (Fed. Cir. 2001).

"Whether a claimed invention is unpatentable as obvious under 35 U.S.C. § 103 is a question of law based on underlying findings of fact." *Okajima v. Bourdeau*, 261 F.3d 1350, 1354

---

[1]    Affymetrix recognizes that the Supreme Court's decision in *KSR Int'l v. Teleflex Co.*, No. 04-1350, may have bearing on the precise analysis used by courts to assess patentability under § 103.

(Fed. Cir. 2001) (citation omitted).   The "underlying factual inquiries [the Graham factors] includ[e]:  (1) the scope and content of the prior art; (2) the level of ordinary skill in the art; (3) the differences between the prior art and the claimed invention; and (4) the extent of any objective indicia of non-obviousness."  *Winner Int'l Royalty Corp., v. Ching-Rong Wang*, 202 F.3d 1340, 1348 (Fed. Cir.), *cert. denied*, 530  U.S. 1238 (2000); *Graham v. John Deere Co. of Kansas City*, 383 U.S. 1, 17-18 (1966).   "[Federal Circuit] precedent clearly establishes that the district court must make [*Graham*] findings before invalidating a patent for obviousness."  *Ruiz v. A.B. Chance Co*., 234 F.3d 654, 663 (Fed. Cir. 2000).   "Throughout the obviousness determination, a patent retains its statutory presumption of validity, see 35 U.S.C. § 282, and the movant retains the burden to show the invalidity of the claims by clear and convincing evidence as to underlying facts."  *McGinley*, 262 F.3d at 1349 (*quoting Rockwell Int'l. Corp. v. United States,* 147 F.3d 1358, 1364 (Fed.Cir.1998)).

        "The consistent criterion for determination of obviousness is whether the prior art would have suggested to one of ordinary skill in the art that this process should be carried out and would have a reasonable likelihood of success, viewed in the light of the prior art."  *In re Dow Chem. Co.*, 837 F.2d 469, 473 (Fed. Cir. 1988).   "Both the suggestion and the expectation of success must be founded in the prior art, not in the applicant's disclosure."  *Merck & Co. v. Danbury Pharmacal, Inc.*, 694 F. Supp. 1, 29 (D. Del. 1988), *aff'd*, 873 F.2d 1418 (Fed. Cir. 1989).

        "35 U.S.C. § 103 requires that obviousness be determined with respect to the invention as a whole."  *Interconnect Planning Corp. v. Feil*, 774 F.2d 1132, 1143 (Fed. Cir. 1985). This is essential for "virtually all [inventions] are combinations of old elements."  *In re Rouffet*, 149 F.3d 1350, 1357 (Fed. Cir. 1998) (*citing Environmental Designs, Ltd. v. Union Oil Co.*, 713 F.2d 693, 698 (Fed. Cir. 1983), *cert. denied*, 464 U.S. 1043 (1984)).   "Thus, every element of a claimed invention may often be found in the prior art.  However, identification in the prior art of each

individual part claimed is insufficient to defeat patentability of the whole claimed invention." *In re Kotzab*, 217 F.3d 1365, 1369-70 (Fed. Cir. 2000) (*citing In re Rouffet*, 149 F.3d at 1357).

Just because an invention is simple does not mean that it is obvious under 35 U.S.C. § 103. "'[S]imple and obvious are not synonymous terms.'" *EWP Corp. v. Reliance Universal Inc.*, 755 F.2d 898, 906 (Fed. Cir.), *cert. denied*, 474 U.S. 843 (1985). "[T]he simplicity of new inventions is oftentimes the very thing that is not obvious before they are made." *Application of Van Wanderham*, 378 F.2d 981, 987 (CCPA 1967). "Indeed, simplicity may even be some evidence of invention." *Id*. "The fact that the invention seems simple after it is made is not determinative of the question of obviousness." *Id.* In fact, "[w]hen the art in question is relatively simple, as is the case here, the opportunity to judge by hindsight is particularly tempting. Consequently, the tests of whether to combine references need to be applied rigorously." *McGinley*, 262 F.3d at 1351; *Ruiz*, 234 F.3d at 664.

### a.     Use Of Hindsight Is Impermissible

The Federal Circuit has emphasized that the pertinent obviousness inquiry takes place at the time of the invention. *In re Dembiczak*, 175 F.3d 994, 999 (Fed. Cir. 1999). *Dembiczak* states:

> Measuring a claimed invention against the standard established by section 103 requires the oft-difficult but critical step of casting the mind back to the time of the invention, to consider the thinking of one of ordinary skill in the art, guided only by the prior art references and the then-accepted wisdom in the field.

*Id.* at 999 (citations omitted). *See also Ecolochem, Inc. v. Southern California Edison Co.*, 227 F.3d 1361, 1371 (Fed. Cir. 2000), *cert. denied*, 121 S. Ct. 1607 (2001). Thus, the use of hindsight in an obviousness analysis is always impermissible.

The Federal Circuit has singled out the danger involved in using hindsight to combine prior art references. As *Ecolochem* states, there must be a showing that there was a suggestion to combine the references at the time of invention:

> Our case law makes clear that the best defense against hindsight-based obviousness analysis is the rigorous application of the requirement for a showing of a teaching or motivation to combine prior art references. *See Dembiczak*, 175 F.3d at 999, 50 U.S.P.Q. 2d. (BNA) at 16-17. "Combining prior art references without evidence of such a suggestion, teaching, or motivation simply takes the inventor's disclosure as a blueprint for piecing together the prior art to defeat patentability – the essence of hindsight." *Id.*

*Id.* at 1371-72. *See also In re Rouffet*, 149 F.3d at 1358 (observing that "the suggestion to combine requirement stands as a critical safeguard against hindsight analysis and rote application of the legal test for obviousness"); *In re Kotzab*, 217 F.3d at 1369 ("Close adherence to this methodology is especially important in cases where the very ease with which the invention can be understood may prompt one 'to fall victim to the insidious effect of a hindsight syndrome wherein that which only the invention taught is used against its teacher.'").

"The genius of invention is often a combination of known elements which in hindsight seems preordained. To prevent hindsight invalidation of patent claims, the law requires some 'teaching, suggestion or reason' to combine cited references." *McGinley*, 262 F.3d at 1351. Therefore, "[i]n order to prevent a hindsight-based obviousness analysis, [the Federal Circuit has] clearly established that the relevant inquiry for determining the scope and content of the prior art is whether there is a reason, suggestion, or motivation in the prior art or elsewhere that would have led one of ordinary skill in the art to combine the references." *Ruiz*, 234 F.3d at 664. "The absence of such a suggestion to combine is dispositive in an obviousness determination." *Gambro Lundia AB v. Baxter Healthcare Corp.*, 110 F.3d 1573, 1579 (Fed. Cir. 1997).

- 34 -

Accordingly, as noted above, "[a] critical step in analyzing the patentability of claims pursuant to section 103(a) is casting the mind back to the time of the invention, to consider the thinking of one of ordinary skill in the art, guided only by the prior art references and the then-accepted wisdom in the field." *In re Kotzab*, 217 F.3d at 1369. Thus "[t]he decision of obviousness *vel non* is made not from the viewpoint of the inventor, but from the viewpoint of a person of ordinary skill in the field of the invention." *Arkie Lures, Inc. v. Gene Larew Tackle, Inc.*, 119 F.3d 953, 956 (Fed. Cir. 1997). "The purpose is to assure an appropriate perspective of the decisionmaker, and to focus on conditions as they existed when the invention was made." *Id.* As the Federal Circuit held in *Standard Oil Co. v. American Cyanamid Co.*, 774 F.2d 448 (Fed. Cir. 1985):

> The issue of obviousness is determined entirely with reference to a *hypothetical* "person having ordinary skill in the art." It is only that hypothetical person who is presumed to be aware of all the pertinent prior art. The actual inventor's skill is irrelevant to the inquiry, and this is for a very important reason. The statutory emphasis is on a person of *ordinary* skill. Inventors, as a class, according to the concepts underlying the Constitution and the statutes that have created the patent system, possess something -- call it what you will -- which sets them apart from the workers of *ordinary* skill, and one should not go about determining obviousness under § 103 by inquiring into what *patentees* (i.e. inventors) would have known or would likely have done, faced with the revelations of references. A person of ordinary skill in the art is also presumed to be one who thinks along the line of conventional wisdom in the art and is not one who undertakes to innovate, whether by patient, and often expensive systematic research or by extraordinary insights, it makes no difference which.

*Id*. at 454 (emphasis in original). "The invention must be viewed not with the blueprint drawn by the inventor, but in the state of the art that existed at the time." *Interconnect Planning*, 774 F.2d at 1138.

### b.    Prior Art Elements Cannot be Combined Absent Some
### Teaching in the Prior Art to Combine the Elements

In *Arkie Lures,* 119 F.3d at 957-58, the Federal Circuit warned district courts to

avoid "the tempting but forbidden zone of hindsight," and stated:

> It is insufficient to establish obviousness that the separate elements
> of the invention existed in the prior art, absent some teaching or
> suggestion, in the prior art, to combine the elements.  Indeed, the
> years of use of salty bait and of plastic lures, without combining
> their properties, weighs on the side of unobviousness of the
> combination.

Similarly, in *Smiths Indus. Med Sys. Inc. v. Vital Signs Inc.*, 183 F.3d 1347, 1356-57 (Fed. Cir.

1999), the Federal Circuit reversed because of the lack of clear and convincing evidence of the

suggestion to combine:

> That knowledge *may* have been within the province of the ordinary
> artisan does not in and of itself make it so, absent clear and
> convincing evidence of such knowledge . . . [citations omitted].
> Vital Signs thus failed in this case to establish why one of ordinary
> skill would have found it obvious to combine the numerous claim
> limitations in a particular way to achieve the '941 invention.

The suggestion to combine may come from the nature of the problem to be solved,

but the Court may not define the problem "in terms of its solution."  As the Federal Circuit stated in

*Ecolochem*:

> Although the suggestion to combine references may flow from the
> nature of the problem  . . . defining the problem in terms of its
> solution reveals improper hindsight in the selection of the prior art
> relevant to obviousness.

227 F.3d at 1372 (citations omitted).  Although the suggestion, teaching or motivation may come

from a number of sources:

> The range of sources available, however, does not diminish the
> requirement for actual evidence.  That is, the showing must be
> clear and particular  . . . [citation omitted].  Broad conclusory
> statements regarding the teaching of multiple references, standing
> alone, are not "evidence."

- 36 -

*Dembiczak*, 175 F.3d at 999.  There must be an explanation of "the reasons one of ordinary skill in the art would have been motivated to select the references and to combine them to render the claimed invention obvious."  *Rouffet*, 149 F.3d at 1359; *Kotzab*, 217 F.3d at 1370.

Where the prior art does not specifically teach or suggest combining prior art to make the claimed invention, it is rare that such a suggestion can be supplied simply by the level of skill in the art.  In *Al-Site, Inc. v. VSI Int'l*, 174 F.3d 1308, 1324 (Fed. Cir. 1999), the Court stated:

> Rarely, however, will the skill in the art component operate to supply missing knowledge or prior art to reach an obviousness judgment . . . Skill in the art does not act as a bridge over gaps in substantive presentation of an obviousness case, but instead supplies the primary guarantee of objectivity in the process.

*See also Ecolochem*, 227 F.3d at 1372; *Dembiczak*, 175 F.3d at 1000; *Kotzab,* 217 F.3d at 1371.

Motivation to combine requires an appreciation of the desirability of making the combination.  It is not measured by the feasibility of making the combination.  *Winner Int'l*, 202 F.3d at 1349.  *See also Ecolochem*, 227 F.3d at 1372 ("the question is whether there is something in the prior art as a whole to suggest the desirability . . . of making the combination.").

### c.     <u>Teaching Away</u>

The Federal Circuit stated in *Tec Air, Inc. v. Denso Mfg. Michigan Inc.*, 192 F.3d 1353, 1359-60 (Fed. Cir. 1999) (citations omitted):

> To establish a *prima facie* case of obviousness, [the defendant] must show "some objective teaching in the prior art that knowledge generally available to one of ordinary skill in the art would lead that individual to combine the relevant teachings of the references." . . .  There is no suggestion to combine, however, if a reference teaches away from its combination with another source. . . .  "A reference may be said to teach away when a person or ordinary skill, upon reading the reference, would be discouraged from following the path set out in the reference, or would be led in a direction divergent from the path that was taken by the applicant . . . [or] if it suggests that the line of development flowing from the reference's disclosure is unlikely to be productive of the result sought by the applicant." . . .  If when combined, the references

"would produce a seemingly inoperative device," then they teach away from their combination.

### d. "Obvious To Try" Is Not The Standard; Rather, The Suggested Combination Must Have A Reasonable Likelihood of Success

The Federal Circuit and this Court "have consistently held that 'obvious to try' is not to be equated with obviousness under 35 U.S.C. § 103." *Gillette Co. v. S.C. Johnson & Son, Inc.*, 919 F.2d 720, 725 (Fed. Cir. 1990). "Thus, the governing standard is emphatically not whether a particular method or process leading to an invention would be 'obvious to try,' but whether such an experiment would have been expected to succeed." *Merck & Co. v. Danbury Pharmacal, Inc.*, 694 F. Supp. 1, 29 (D. Del. 1988).

The controlling case law requires proof that at the relevant time there was a suggestion that the combination would be reasonably likely to succeed. In *Smith Indus.*, 183 F.3d at 1356, the Federal Circuit reversed an obviousness determination stating:

> [T]he relevant inquiry is whether there is a reason, suggestion or motivation in the prior art that would lead one of ordinary skill in the art to combine the references, and that would also suggest a reasonable likelihood of success.
>
> * * *
>
> Here, the district court summarily concluded that it would have been obvious to combine the claim limitations found in the '941 invention from the prior art … However, the court never identified the source of the various claim limitations in the prior art, much less the motivation, teaching or suggestion to combine them.

*See also Life Techs. Inc v. Clontech Labs. Inc.*, 224 F.3d 1320, 1326 (Fed. Cir. 2000) ("For the Johnson article to render the claimed invention obvious, there must have been, at the time the invention was made, a reasonable expectation of success in applying Johnson's teachings"); *In re Dow Chem. Co.*, 837 F.2d at 473 ("Both the suggestion and the expectation of success must be founded in the prior art, not in the applicant's disclosure.").

As this Court has stated:

> Evidence that it would have been 'obvious to try' a given invention is insufficient to support a finding of obviousness. *In re O'Farrell*, 853 F.2d 894, 903 (Fed. Cir. 1988). An 'obvious to try' situation exists when a general disclosure may pique the scientist's curiosity, such that further investigation might be done as a result of the disclosure, but the disclosure itself does not contain a sufficient teaching of how to obtain the desired result. *In re Eli Lilly & Co.*, 902 F.2d 943, 945 (Fed. Cir. 1990).

*LNP Eng'g Plastics, Inc. v. Miller Waste Mills, Inc.*, 77 F. Supp. 2d 514, 556 (D. Del. 1999).

### e.  Objective Indicia of Nonobviousness Must be Considered

Objective indicia or secondary considerations of nonobviousness must be considered prior to reaching a conclusion of nonobviousness. *Ashland Oil, Inc. v. Delta Resins & Refractories*, 776 F.2d 281, 306 (Fed. Cir. 1985), *cert. denied*, 475 U.S. 1017 (1986). These secondary considerations include "commercial success, long-felt but unresolved need, failure of others, copying and unexpected results." *Ruiz*, 234 F.3d at 662-63; *Tec Air*, 192 F.3d at 1361. These indicia "are often [the] most probative and determinative of the ultimate conclusion of obviousness or nonobviousness." *Pro-Mold & Tool Co. v. Great Lakes Plastics, Inc.,* 75 F.3d 1568, 1573 (Fed. Cir. 1996). *See also Tec Air*, 192 F.3d at 1361 (sales figures alone are evidence of commercial success sufficient to rebut *prima facie* obviousness).

"In *Graham* the Supreme Court explained that the public and commercial response to an invention is a factor to be considered in determining obviousness, and is entitled to fair weight. . . . The so-called 'secondary considerations' provide evidence of how the patented device is viewed by the interested public: not the inventor, but persons concerned with the product in the objective arena of the marketplace." *Arkie Lures*, 119 F.3d at 957.

"When a patentee asserts that commercial success supports its contention of nonobviousness, there must of course be a sufficient relationship between the commercial success

and the patented invention.  The term 'nexus' is often used, in this context, to designate a legally and factually sufficient connection between the proven success and the patented invention, such that the objective evidence should be considered in the determination of nonobviousness.  The burden of proof as to this connection or nexus resides with the patentee."  *Demaco Corp. v. F. Von Langsdorff Licensing Ltd.*, 851 F.2d 1387, 1392 (Fed. Cir.), *cert. denied*, 488 U.S. 956 (1988).

"In meeting its burden of proof, the patentee in the first instance bears the burden of coming forward with evidence sufficient to constitute a prima facie case of the requisite nexus. . . . A prima facie case of nexus is generally made out when the patentee shows both that there is commercial success and that the thing (product or method) that is commercially successful is the invention disclosed and claimed in the patent."  *Id.*; *Tec Air*, 192 F.3d at 1361.

"When the patentee has presented a prima facie case of nexus, the burden of coming forward with evidence in rebuttal shifts to the challenger. . . .  It is thus the task of the challenger to adduce evidence to show that the commercial success was due to extraneous factors other than the patented invention, such as advertising, superior workmanship, etc."  *Id.* at 1393.

"[W]hen differences that may appear technologically minor nonetheless have a practical impact, particularly in a crowded field, the decision maker must consider the obviousness of the new structure in this light.  Such objective indicia as commercial success, or filling an existing need, illuminate the technological and commercial environment of the inventor, and aid in understanding the state of the art at the time the invention was made."  *Continental Can Co. USA  v. Monsanto Co.*, 948 F.2d 1264, 1273 (Fed. Cir. 1991).

"[L]ong-felt need is analyzed as of the date or of an articulated identified problem and evidence of efforts to solve that problem."  *Texas Instr., Inc. v. United States Int'l Trade Comm'n*, 988 F.2d 1165, 1178 (Fed. Cir. 1993).  "Nonobviousness is suggested by the failure of others to 'find a solution to the problem which the patent[s] in question purport[] to solve.  Such

evidence shows indirectly the presence of a significant defect [in the prior art]. . . .'" *Symbol Techs., Inc. v. Opticon, Inc.*, 935 F.2d 1569, 1578-79 (Fed. Cir. 1991).

### f.    Section 103(c) Art May Not Be Considered

35 U.S.C. § 103(c) states:

> Patentability shall not be negatived by the manner in which the invention was made.  Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

"A purpose of the 1984 amendment to Section 103 [35 U.S.C. § 103(c)] was to overturn a line of cases under which a prior invention which was not public could be treated under 102(g) as prior art for purposes of Section 103 with respect to a later invention made by another employee of the same organization."  *Kimberly-Clark Corp. v. Procter & Gamble Distrib. Co.*, 973 F.2d 911, 917 (Fed. Cir. 1992).  "The practical consequence of these decisions was that research organizations were given an incentive to discourage information sharing and collaboration among their researchers, thus impeding research, because one inventor's unpublished work might be prior art against another's.  Congress amended Section 103 to eliminate this problem and thereby to encourage team research."  *Id.*

Art excluded from consideration under 35 U.S.C. § 103(c) may not be introduced as evidence of the level of skill in the art.  *Graco Children's Prods., Inc. v. Century Prods. Co., Inc.*, 1996 WL 421966, *18 (E.D. Pa. 1996).

- 41 -

4.    **Validity Under § 112**

a.    **Written Description**

The first paragraph of 35 U.S.C. § 112 requires that the specification of a patent contain a written description of the invention. "[I]nvalidating a claim requires a showing by clear and convincing evidence that the written description requirement has not been satisfied." *Invitrogen Corp. v. Clonotech Laboratories, Inc.*, 429 F.3d 1052, 1072 (Fed. Cir. 2005). "The written description requirement does not require the applicant to 'describe exactly the subject matter claimed, [instead] the description must clearly allow persons of ordinary skill in the art to recognize that [he or she] invented what is claimed.'" *Union Oil Co. of California v. Atlantic Richfield Co.*, 208 F.3d 989, 997 (Fed. Cir. 2000). The requirement "ensures that, as of the filing date, the inventor conveyed with reasonable clarity to those of skill in the art that he was in possession of the subject matter of the claims." *Id.* The Federal Circuit "has continued to apply the rule that disclosure of a species may be sufficient written description support for a later claimed genus including that species." *Bilstad v. Wakalopulos*, 386 F.3d 1116, 1124 (Fed. Cir. 2004).

"[C]ompliance with the written description requirement is a question of fact." *Invitrogen Corp.*, 429 F.3d at 1072. "In order to satisfy the written description requirement, the disclosure as originally filed does not have to provide in haec verba support for the claimed subject matter at issue." *Crown Operations Int'l., Ltd v. Solutia, Inc.*, 289 F.3d 1367, 1376 (Fed. Cir. 2002). An invention need not have been reduced to practice to have been adequately described. *Falko-Gunter Falkner v. Inglis*, 448 F.3d 1357, 1366 (Fed. Cir. 2006). The "requirement is satisfied by the patentee's disclosure of such descriptive means as words, structures, figures, diagrams, formulas, etc., that fully set forth the claimed invention." *Id.* Examples are not necessary for a patent's disclosure to be adequate, nor is the length of the description relevant provided it communicates possession to one of skill in the art. *See id.*, (quoting *In re Hayes Microcomputer*

*Prods., Inc. Patent Litig.*, 982 F.2d 1527, 1534 (Fed.Cir.1992) ("[T]he adequacy of the description of an invention depends on its content in relation to the particular invention, not its length.")

        **b.**        **Enablement**

        § 112 also requires that the specification describe the invention "in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same." 35 U.S.C. § 112. Whether a patent specification is sufficiently enabling is a question of law based on underlying factual inquiries. *Falkner v. Ingils*, 448 F.3d 1357, 1363 (Fed. Cir. 2006). Invalidating a claim requires a showing by clear and convincing evidence that the enablement requirement is not satisfied. *Koito Mfg. Co. v. Turn-Key-Tech, LLC*, 381 F.3d 1142, 1156 (Fed. Cir. 2004).

        Although a specification must enable the full scope of the subject matter claimed, it need not enable a commercially viable embodiment to have met that standard. *See CFMT, Inc. v. Yieldup Int'l Corp.*, 349 F.3d 1333, 1338 (Fed. Cir. 2003) ("Enablement does not require an inventor to meet lofty standards for success in the commercial marketplace. Title 35 does not require that a patent disclosure enable one of ordinary skill in the art to make and use a perfected, commercially viable embodiment absent a claim limitation to that effect.") The full scope of the claimed system is defined *by the claim terms* as construed by the Court. *See National Recovery Techs., Inc. v. Magnetic Separation Sys., Inc.*, 166 F.3d 1190, 1195-96 (Fed. Cir. 1999); *AK Steel Corp. v. Sollac and Ugine*, 344 F.3d 1234, 1243-44 (Fed. Cir. 2003). Thus, a proper enablement analysis consists of comparing the claims as construed to the specification to see if they are enabled. *AK Steel*, 344 F.3d at 1243-44.

        "[W]hether undue experimentation is needed is not a single, simple factual determination, but rather is a conclusion reached by weighing many factual considerations." *Warner-Lambert Co., v. Teva Pharms., U.S.A., Inc.*, 418 F.3d 1326, 1337 (Fed. Cir. 2005). The

factual considerations that may be weighed include "(1) the quantity of experimentation necessary, (2) the amount of direction or guidance presented, (3) the presence or absence of working examples, (4) the nature of the invention, (5) the state of the prior art, (6) the relative skill of those in the art, (7) the predictability or unpredictability of the art, and (8) the breadth of the claims." *Id.* (*quoting In re Wands*, 858 F.2d 731, 737 (Fed. Cir. 1988)).

### c.   Indefiniteness

Section 112 ¶2 requires that "[t]he specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention." 35 U.S.C. § 112 (emphasis added).  Whether a claim meets this statutory requirement or is invalid as "indefinite" is a question of law.  *See Aero Prods. Int'l, Inc. v. Intex Recreation Corp.*, 466 F.3d 1000, 1015 (Fed. Cir. 2006).  "If a claim is amenable to construction, 'even though the task may be formidable and the conclusion may be one over which reasonable persons will disagree,' the claim is not indefinite."  *Id.* at 1016 (*quoting Exxon Res. & Eng'g Co. v. United States,* 265 F.3d 1371, 1375 (Fed.Cir.2001)).

### B.   INEQUITABLE CONDUCT

#### 1.   General Requirements to Show Inequitable Conduct

"Patent applicants and those substantively involved in the preparation or prosecution of a patent application owe a 'duty of candor and good faith' to the PTO," and a breach of this duty may render the issued patent unenforceable for inequitable conduct.  *M. Eagles Tool Warehouse, Inc. v, Fisher Tooling Co.*, 439 F.3d 1335, 1339 (Fed. Cir. 2006) (citations omitted).  "To prove that a patent is unenforceable due to inequitable conduct, the alleged infringer must provide clear and convincing evidence of (1) affirmative misrepresentations of a material fact, failure to disclose material information, or submission of false material information and (2) an intent to deceive."  *Impax Labs., Inc. v. Aventis Pharms., Inc.*, 488 F. 3d 1366, 1374 (Fed. Cir. 2006).  If the accused

- 44 -

infringer has proven "threshold level[s]" of both materiality and intent, each by clear and convincing evidence, the trial court then balances materiality and intent to determine whether the conduct was inequitable, and the entire patent thus unenforceable. *Eli Lilly & Co. v. Zenith Goldline Pharms., Inc.*, No. 05-1396, 2006 WL 3792689 at *9 (Fed. Cir. Dec. 26, 2006). "It was to mitigate the 'plague' whereby every patentee's imperfections were promoted to 'inequitable conduct' that [the Federal Circuit] reaffirmed that both materiality and culpable intent must be established." *Allied Colloids, Inc. v. Am. Cyanamid Co.,* 64 F.3d 1570, 1578 (Fed. Cir. 1995).

### 2. **Materiality**

To determine what constitutes material information, courts may look to the definition of materiality provided by 37 C.F.R. § 1.56, which sets forth the PTO's definition of materiality, the "reasonable examiner" standard, or any of the older standards for materiality. *See Impax*, 239 F.3d at 1374 (*quoting Digital Control, Inc. v. Charles Mach. Works*, 437 F.3d 1309, 1316 (Fed. Cir. 2006)).

Under the "reasonable examiner" standard, information is material if "a reasonable examiner would have considered such prior art important in deciding whether to allow the parent application." *Id.* (*quoting Digital Control*, 437 F.3d at 1316). The "older standards" include:

> (1) the objective "but for" standard, "where the misrepresentation was so material that the patent should not have issued," (2) the subjective "but for" test, "where the misrepresentation actually caused the examiner to approve the patent application when he would not otherwise have done so," and (3) the "but it may have" standard, "where the misrepresentation may have influenced the patent examiner in the course of prosecution."

*Id.* (*quoting Digital Control*, 437 F.3d at 1316).

Under Rule 1.56:

> Information is material to patentability when it is not cumulative to information already of record or being made of record in the application, and

(1) It establishes, by itself or in combination with other information, a prima facie case of unpatentability of a claim;  or

(2) It refutes, or is inconsistent with, a position the applicant takes in:

(i) Opposing an argument of unpatentability relied on by the Office, or

(ii) Asserting an argument of patentability.

A prima facie case of unpatentability is established when the information compels a conclusion that a claim is unpatentable under the preponderance of evidence, burden-of-proof standard, giving each term in the claim its broadest reasonable construction consistent with the specification, and before any consideration is given to evidence which may be submitted in an attempt to establish a contrary conclusion of patentability

37 C.F.R. § 1.56.  Importantly, this provision was substantially narrowed in 1992 in response to the

widespread perception that the defense of inequitable conduct had become an abusive allegation.

As the Federal Circuit stated:

> **the habit of charging inequitable conduct in almost every major patent case has become an absolute plague.**  Reputable lawyers seem to feel compelled to make the charge against other reputable lawyers on the slenderest grounds, to represent their client's interests adequately, perhaps.  They get anywhere with the accusation in but a small percentage of the cases, but such charges are not inconsequential on that account.  They destroy the respect for one another's integrity, for being fellow members of an honorable profession, that used to make the bar a valuable help to the courts in making a sound disposition of their cases, and to sustain the good name of the bar itself.  A patent litigant should be made to feel, therefore, that an unsupported charge of "inequitable conduct in the Patent Office" is a negative contribution to the rightful administration of justice.

*Burlington Indus., Inc. v. Dayco Corp.,* 849 F.2d 1418, 1422 (Fed. Cir. 1988) (emphasis added).

As the first sentence of Rule 1.56 makes clear, however, information cannot be

material for purposes of inequitable conduct if it is "cumulative to information already of record or

being made of record in the application."  *See also Digital Control*, 437 F.3d at 1319 ("a withheld

otherwise material prior art reference is *not* material for the purposes of inequitable conduct if it is merely cumulative to that information considered by the examiner") (emphasis original). Whether a reference is cumulative to others before the examiner depends on the teachings of the references, which are questions of fact. *Id.*

Conduct during the prosecution of a related application is not material to the prosecution of a patent's claims unless the related application deals with the same subject matter as the claims. *See Baxter Int'l v. McGaw, Inc.*, 149 F.3d 1321, 1332 (Fed. Cir. 1998) ("[W]here the claims are subsequently separated from those tainted by inequitable conduct through a divisional application, and where the issued claims have no relation to the omitted prior art, the patent issued from the divisional application will not also be unenforceable due to inequitable conduct committed in the parent application."). Likewise, prior litigation involving an ancestor application is not per se material to the prosecution of a later divisional application. *See Kothmann Enters., Inc. v. Trinity Indus., Inc.*, 455 F.Supp.2d 608, 626 (S.D. Tex. 2006) ("In applying the MPEP, the [Federal Circuit] did not merely examine whether the patent-in-suit and the patent-in-prosecution involved similar claimed inventions, but specifically analyzed the claim terms at issue in both the litigation and the patent prosecution to see whether and how the litigation affected the patentability of the invention claimed in the application.").

### 3.    Intent

To establish inequitable conduct, an accused infringer must also prove by clear and convincing evidence that the material conduct was performed with the deliberate intent to mislead the PTO. *Manville Sales Corp. v. Paramount Sys., Inc.*, 917 F.2d 544, 552 (Fed. Cir. 1990) ("'Materiality does not presume intent, which is a separate and essential component of inequitable conduct.' Appellants must show by clear and convincing evidence that Manville acted inequitably

by *intending to mislead or deceive* the PTO.") (*quoting Allen Organ Co. v. Kimball Int'l, Inc.*, 839 F.2d 1556, 1567 (Fed. Cir. 1988)) (emphasis in original).

A finding of "gross negligence" is not sufficient to meet the threshold standard of intent. *Eli Lilly & Co.*, 2006 WL 3792689 at *9 (*citing Kingsdown Med. Consultants*, 863 F.2d at 876). When examining intent, "[t]he simple absence of a reference from the prosecution record does not prove deceptive intent; there must be evidence sufficient to show, clearly and convincingly, the intent to withhold material information in order to deceive or mislead the examiner." *Jazz Photo Corp. v. U.S. Int'l Trade Comm'n*, 264 F.3d 1094, 1110 (Fed. Cir. 2001). The Federal Circuit has made clear that "'intent to deceive can not be inferred solely from the fact that information was not disclosed; there must be a factual basis for a finding of deceptive intent.'" *Catalina Lighting, Inc. v. Lamps Plus, Inc.* 295 F.3d 1277, 1289 (Fed. Cir. 2002) (*quoting Herbert v. Lisle Corp.*, 99 F.3d 1109, 1116 (Fed Cir. 1996). Where the reasons given for the withholding are plausible, intent to deceive cannot be inferred simply from the decision to withhold the reference. *Dayco Products, Inc. v. Total Containment, Inc.*, 329 F.3d 1358, 1367 (Fed. Cir. 2003). Rather, "the record must contain clear and convincing evidence that the applicant made a deliberate decision to withhold a known material reference. Beyond that, the applicant must have withheld the material subject matter with the intent to deceive." *Eli Lilly & Co.*, 2006 WL 3792689 at *9.

### 4.    **Balancing**

If threshold levels of both materiality and intent have been established by clear and convincing evidence, the Court must weigh the facts, including *all* evidence of the patentee's good faith, to determine the ultimate question of inequitable conduct and whether that conduct renders the patent unenforceable. *Id.*; *Kingsdown Med. Consultants v. Hollister, Inc.,* 863 F.2d 867, 876 (Fed. Cir. 1988) (requiring consideration of any evidence of patentee's good faith).

In weighing materiality and intent, the more material the omission or the misrepresentation, the lower the level of intent required to establish inequitable conduct, and vice versa. *Monon Corp. v. Stoughton Trailers, Inc.,* 239 F.3d 1253, 1261 (Fed. Cir. 2001). However, if either materiality or intent is not found, then no further analysis need be performed, and unenforceability must be denied. *Id.*

### C.    COMPETITION COUNTERCLAIMS

Illumina has put forward a number of counterclaims, all of which are based on alleged anticompetitive conduct by Affymetrix, including claims under the Sherman Act and California Business & Professional Code, § 17200, and the common law tort of Intentional Interference with Actual and Prospective Economic Advantage. Illumina also claims that relief should be barred under the equitable doctrine of unclean hands.

The Court has already bifurcated Illumina's antitrust counterclaims under the Sherman Act from the other issues to a later date. (Order of February 17, 2006 bifurcating Sherman Act counterclaims). As such, to the extent that Illumina's counterclaims depend upon its antitrust allegations, those counterclaims cannot be fully adjudicated until the Sherman Act issues are fully litigated.

### 1.    Intentional Interference With Actual & Prospective Economic Advantage

Illumina's alleges the tort of intentional interference with actual and prospective economic advantage under California law. To prevail in a claim of intentional interference with actual and prospective economic advantage brought under California law, a plaintiff must show:

> (1) an economic relationship between the plaintiff and some third party, with the probability of future economic benefit to the plaintiff; (2) the defendant's knowledge of the relationship; (3) intentional acts on the part of the defendant designed to disrupt the relationship; (4) actual disruption of the relationship; and (5) economic harm to the plaintiff proximately caused by the acts of the defendant.

- 49 -

*Korea Supply Co. v. Lockheed Martin Corp.*, 29 Cal. 4th 1134, 1153 (2003) (*citing Westside Center Assoc. v. Safeway Stores*, 23 Inc. 42 Cal. App. 4th 507, 52 1-22 (1996)).

As the California Supreme Court made clear, "the third element also requires a plaintiff to plead [and prove] intentional *wrongful* acts on the part of the defendant designed to disrupt the relationship." *Korea Supply Co.*, 29 Cal. 4th at 1154 (emphasis in original). That is, " a plaintiff seeking to recover damages for interference with prospective economic advantage must plead and prove as part of its case-in-chief that the defendant's conduct was 'wrongful by some legal measure other than the fact of the interference itself.'" *Id*. at 1153 (*quoting Della Penna v. Toyota Motor Sales, U.S.A., Inc.* 11 Cal. 4th 376, 393 (1995)).

"An act is not independently wrongful merely because defendant acted with an improper motive." Rather, a defendant's conduct is "independently wrongful" only if it is "unlawful, that is, proscribed by some constitutional, statutory, regulatory, common law, or other determinable legal standard." *Korea Supply Co.,* 29 Cal. 4th at 1159. There is also an intent requirement. A plaintiff must prove "that the defendant acted either with the desire to interfere or the knowledge that interference was certain or substantially certain to occur as a result of its action." *Id.* at 1154, 1164-65.

The purpose of the "independent wrongfulness" requirement is to ensure that the tort of interference with prospective economic advantage is not applied to lawful business competition. *See, e.g., Korea Supply Co.,* 29 Cal.4th at 1158 ("[T]he tort of intentional interference with prospective economic advantage is not intended to punish individuals or commercial entities for their choice of commercial relationships or their pursuit of commercial objectives . . . ."); *Della Penna v. Toyota Motor Sales, U.S.A., Inc.* 11 Cal. 4th 376, 393 (1995) ("[P]erhaps the most significant privilege for interference with prospective economic advantage is free competition . . . . [I]n a sense, all vendees are potential buyers of the products and services of

all sellers in a given line, and success goes to him who is able to induce potential customers not to deal with a competitor.") (*quoting Buckaloo v. Johnson,* 14 Cal. 3rd 815, 828 (1975)).

The plaintiff must prove more than general "interference with the market"; to recover damages, the plaintiff must show "an existing relationship with an identifiable buyer." *Westside Center Associates v.* Safeway *Stores 23, Inc.* 42 Cal. App. 4th 507, 527 (1996); *see also Korea Supply Co.*, 29 Cal. 4th at 1165 (stating that "only plaintiffs that can demonstrate actual disruption of their economic relationship will be able to state a claim for this tort."). Further, "[i]t is hornbook law that an actionable misrepresentation must be made about past or existing facts; statements regarding future events are merely deemed opinions." *San Francisco Design Center Assoc. v. Portman Co.,* 41 Cal. App. 4th 29, 43-44 (1995). Also, "comments about a competitor's own project, even though misleading, are not sufficient to avoid the competitor's privilege." *Id.*

Where, as here, the claimant contends that the "independently wrongful" act is the alleged monopolization or attempted monopolization of the relevant market, the claimant must prove a claim for monopolization or attempted monopolization under Section 2 of the Sherman Act. A monopolization claim under section 2 of the Sherman Act requires a plaintiff to prove "(1) possession of monopoly power in the relevant market, (2) willful acquisition or maintenance of that power, and causal 'antitrust injury.'" *Rutman Wine Co. v. E. & J. Gallo Winery*, 829 F.2d 729, 736 (9th Cir. 1987). An attempted monopolization claim requires "(1) the specific intent to control prices or destroy competition in the relevant market, (2) predatory or anti-competitive conduct directed to accomplishing the unlawful purpose, and (3) a dangerous probability of success." *Id.*

"To prove that the defendant has power in the market, the plaintiff must prove both the relevant market and that the defendant has power within the market." *Carter v. Veriflex, Inc.*, 101 F. Supp. 2d 1261, 1266 (C.D. Cal. 2000) (*citing Oltz v. St. Peter's Comm'n Hosp.*, 861 F.2d 1440, 1445 (9th Cir. 1988). "To demonstrate market power circumstantially, a plaintiff must: (1)

- 51 -

define the relevant market, (2) show that the defendant owns a dominant share of that market, and (3) show there are significant barriers to entry and show that existing competitors lack the capacity to increase their output in the short run." *Rebel Oil Co., Inc. v. Atlantic Richfield Co.*, 51 F.3d 1421, 1434 (9th Cir. 1995).

"Plaintiffs have the burden of defining the relevant market." *Queen City Pizza, Inc. v. Dominio's Pizza, Inc.*, 124 F.3d 430 436 (3d Cir. 1997) (upholding dismissal of complaint because plaintiff's failed to plead a relevant market) (*citing Pastore v. Bell Telephone Co. of Pennsylvania*, 24 F.3d 508, 512 (3d Cir. 1994). "'The outer boundaries of a product market are determined by the reasonable interchangeability of use or the cross-elasticity of demand between the product itself and substitutes for it.'" *Id*. (*quoting Brown Shoe Co. v. U.S.*, 370 U.S. 294, 325 (1962)). Factors to consider include "such practical indicia as industry or public recognition of the submarket as a separate economic entity, the product's particular characteristics and uses, unique production facilities, distinct customers, distinct prices, sensitivity to price changes, and specialized vendors." *Brown Shoe*, 370 U.S. at 325.

"A mere showing of substantial or even dominant market share alone cannot establish market power sufficient to carry out a predatory scheme. The plaintiff must show that new rivals are barred from entering the market and show that existing competitors lack the capacity to expand their output to challenge the predator's high price." *Rebel Oil*, 51 F.3d at 1439 (citation omitted). "The main sources of entry barriers are: (1) legal license requirements; (2) control of an essential or superior resource; 93) entrenched buyer preference; (4) capital market evaluations imposing higher capital costs on new entrants; and, in some situations, (5) economies of scale." *Id.* (citation omitted). "To justify a finding that a defendant has the power to control prices, entry barriers must be significant – they must be capable of constraining the normal operation of the market to the extent that the problem is unlikely to be self-correcting." *Id.* (citation omitted).

"Market power cannot be inferred solely from the existence of entry barriers and a dominant market share." *Id.* at 1441. An existing competitor's capacity to expand belies the existence of market power. "Prior expansion by competitors would suggest that the defendant during that expansion lacked the market power to control marketwide output in the first place." *Id.* (citation omitted). "To pose a threat of market monopolization, one firm *alone* must have the power to control market output and exclude competition." *Id.* (emphasis in original).

### 2. Unfair Business Practices Under § 17200 Of The California Business & Professional Code

California's Business and Professions Code section 17200 *et seq.* – often referred to as the Unfair Competition Law or "UCL" – "prohibits unfair competition, including unlawful, unfair, and fraudulent business acts." *Korea Supply Co.*, 29 Cal. 4th at 1143. "A UCL action is equitable in nature; damages cannot be recovered." *Id.* at 1144. There is no right to a jury trial on a UCL claim. *Hodge v. Superior Court*, 145 Cal. App. 4th 278, 284-87.

On November 3, 2004, Proposition 64 (a voter-approved measure) took effect, amending certain aspects of the UCL, including the standing provisions. *See Californians For Disability Rights v. Mervyn's, Inc.*, 39 Cal. 4th 223, 227-28 (2006). Under the new standing provisions of the UCL, only a person "who has suffered injury in fact and has lost money or property as a result of unfair competition" has standing to sue. *Id.* at 228. The new standing provisions apply in all cases, including those cases pending at the time Proposition 64 took effect. *Id.* at 232-33. Furthermore, "standing must exist at all times until judgment is entered and not just on the date the complaint is filed. 'Contentions based on a lack of standing involve jurisdictional challenges and may be raised at any time in the proceeding.'" *Id.* at 232-33 (*quoting Common Cause v. Board of Supervisors*, 49 Cal. 3d 432, 438 (1989).

- 53 -

The UCL "establishes three varieties of unfair competition – acts or practices which are unlawful, or unfair, or fraudulent." *Schnall v. Hertz Corp.,* 78 Cal. App. 4th 1144, 1153 (2000). "Unlawful" conduct is self-defining. "By proscribing 'any unlawful' business practice, 'section 17200 "borrows" violations of other laws and treats them as unlawful practices' that the unfair competition law makes independently actionable." *Cel-Tech Communic'ns, Inc. v. Los Angeles Cellular Tel. Co.* 20 Cal. 4th 163, 187 (1999) (*quoting State Farm Fire & Casualty Co. v. Superior Court* 45 Cal.App.4th 1093, 1103 (1996)).

The "unfair" prong of the UCL is likewise circumscribed, particularly in defining what constitutes "unfair" competition in cases brought by business competitors. In *Cel-Tech Communications.,* 20 Cal. 4th at 187, the California Supreme Court defined the word "unfair" in the case of a claim brought by a competitor as follows:

> When a plaintiff who claims to have suffered an injury from a direct competitor's unfair act or practice invokes section 17200, the word 'unfair' in that section means *conduct that threatens an incipient violation of an antitrust law*, or violates the policy or spirit of one of those laws because its effects are comparable to or the same as a violation of the law, or otherwise significantly harms the competition.

(emphasis added).

The California Supreme Court emphasized that "injury to a competitor is not equivalent to injury to competition; only the latter is the proper focus of antitrust laws." *Id.* at 186. To state a claim under the "unfair" prong of the UCL, a plaintiff must necessarily prove "market power," the legal contours and required proof of which are discussed in Part C.1 above. *See, e.g.*, *Carter*, 101 F. Supp. 2d at 1270 (stating that "in light of the Court's findings under the Sherman Act, the Court finds that [the counterclaimaint] has failed to produce evidence to support its California unfair competition claim."); *In re Abbott Laboratories Norvir Anti-Trust Litig.*, 442 F.

- 54 -

Supp. 2d 800, 813 (N.D. Cal. 2006) (stating that if the federal antitrust claim fails, then the claims under Section 17200 would fail as well).

Under the "fraudulent" prong, a plaintiff must prove that "members of the public are likely to be deceived" by the alleged false or misleading statements. *Bank of the West v. Superior Court*, 2 Cal. 4th 1254, 1267 (1992). "Furthermore, anecdotal evidence alone is insufficient to prove that the public is likely to be misled ... [and] to prevail, plaintiff must demonstrate by extrinsic evidence, such as consumer survey evidence, that the challenged statements tend to mislead consumers." *Rice v. Fox Broad. Co.*, 330 F.3d 1170, 1182 n. 8 (9th Cir. 2003).

Because the new standing provisions of the UCL allow claims to be brought only by a person who "has suffered injury in fact and has lost money or property as a result of unfair competition," it follows that the new standing requirements "prevent *uninjured* private persons from suing for restitution on behalf of others." *Californians For Disability Rights,* 39 Cal. 4th at 232. (emphasis in original). A person has "lost money or property" only if it has "an ownership interest in the money [or property] it seeks to recover from defendants" or has a "vested interest" in such money or property. *Korea Supply Co.*, 29 Cal. 4th at 1149.

The UCL as a whole is equitable in nature, generally allowing only injunctive relief and restitution. *See id.* at 179. It is well-settled that nonrestitutionary damages are not permitted under the UCL. *Korea Supply Co.*, 29 Cal. 4th at 1144-45. Moreover, although restitution under 17200 allows a court to "compel[] a UCL defendant to return money obtained through an unfair business practice to those persons in interest from whom the property was taken, that is, to persons who had an ownership interest in the property or those claiming through that person," it does not allow    the    disgorgement    of    profits.       *Korea    Supply    Co.*,    29    Cal.4th    at    1152.

EXHIBIT 5

## EXHIBIT 5

## ILLUMINA'S STATEMENT OF THE CONTESTED ISSUES OF LAW[1]

To the extent that any issues of fact set forth in Exhibit 3 of the Proposed Joint Pre-Trial Order may be considered issues of law, Illumina incorporates those portions of Exhibit 3 herein by reference. To the extent any of the issues of law set forth in this Exhibit 5 may be considered issues of fact, Illumina incorporates those portions of this Exhibit 5 in Exhibit 3.

### A.    Illumina Does Not Infringe the Patents-in-suit

1. An issue that remains to be litigated is whether Illumina directly infringed certain claims of the patents-in-suit, either literally or by equivalence, and whether Illumina indirectly infringed certain claims of the patents-in-suit either by contributing to infringement of the claims in the United States or by knowingly inducing others to infringe the claims of the patents-in-suit in the United States.

2. An infringement analysis entails two steps. First, the meaning and scope of the asserted patent claims is determined.[2] *Aquatex Industries, Inc. v. Techniche Solutions*, 419 F.3d 1374, 1380 (Fed. Cir. 2005). Second, the properly construed claims are compared to the accused product or process. *Id.* Claims may be limited to process steps disclosed in the patent specification if such steps are an essential part of the claimed invention. *Anderson Corp. v. Fiber Composites, LLC*, No. 05-1434, 06-1009, slip op. at 23 (Fed. Cir. Jan. 26, 2007).

---

[1]    In addition to these issues, there remain issues to be litigated with respect to Count 7 of Illumina's Counterclaims, which was previously stayed by the Court. Additionally, the state of the law on various issues (e.g., obviousness, willful infringement) is currently unsettled, and Illumina reserves the right to incorporate any revised legal standards that are set forth by the United States Supreme Court or the Federal Circuit.

[2]    Illumina set forth the legal issues and citations to the controlling law relating to claim construction in its *Markman* submissions. (D.I. 240). Issues of law reflected in Illumina's proposed jury instructions and the instructions jointly submitted by the parties are incorporated herein by reference.

1.     <u>Illumina Does Not Literally Infringe the Patents-in-Suit</u>

3.     Literal infringement can only be found if "every limitation recited in the claim appears in the accused device, i.e., when 'the properly construed claim reads on the accused device exactly.'" *DeMarini Sports, Inc. v. Worth, Inc.*, 239 F.3d 1314, 1331 (Fed. Cir. 2001).

4.     A method or process consists of one or more operative steps, and, accordingly, "[i]t is well established that a patent for a method or process is not infringed unless all steps or stages of the claimed process are utilized." *NTP, Inc. v. Research In Motion, Ltd.*, 418 F.3d 1282, 1318 (Fed. Cir. 2005).

5.     A dependent claim is properly interpreted to include every limitation of the claim on which it depends. 35 U.S.C. § 112 ¶ 4. Thus, it is axiomatic that dependent claims cannot be found infringed unless the claims from which they depend have first been found to be infringed. *Finnigan Corp. v. International Trade Com'n*, 180 F.3d 1354, 1364 (Fed. Cir. 1999).

6.     The phrase "consisting of" is a term of patent convention "that define[s] the scope of the claim with respect to what unrecited additional components or steps, if any, are excluded from the scope of the claim." *Conoco, Inc. v. Energy & Environmental Int'l, L.C.*, 460 F.3d 1349, 1360 (Fed. Cir. 2006). "The phrase consisting of signifies restriction and exclusion of unrecited steps or components." *Id*. This means that the claimed invention contains only what is expressly set forth in the claim and nothing else. *Norian Corp. v. Stryker Corp.*, 363 F.3d 1321, 1331 (Fed. Cir. 2004). Only elements that are unrelated and irrelevant to the claimed invention may be included. *Id*.

7.     When a patent's preamble "recites essential structure that is important to the invention or necessary to give meaning to the claim," the preamble limits the scope of the claims. *Bicon, Inc. v. Straumann Comp.*, 441 F.3d 945, 952 (Fed. Cir. 2006). Therefore, when the "drafter chooses to use *both* the preamble and the body to define the subject matter of the

claimed invention, the invention so defined, and not some other, is the one the patent protects." *Id*.

> 2.    The Doctrine of Equivalents Does Not Allow Affymetrix to Reach Illumina's Distinct Technology

8.    If there is no literal infringement, the doctrine of equivalents may be considered only to the extent it is not precluded by the doctrine of prosecution history estoppel. *Warner-Jenkinson Co. v. Hilton Davis Chemical Co.*, 520 U.S. 17, 40 (1997). There are situations where application of the doctrine of equivalents is restricted. *Deputy Spine, Inc. v. Medtronic Sofamaor Danek, Inc.*, 469 F.3d 1005, 1016-1017 (Fed. Cir. 2006). The "all elements" rule restricts the doctrine of equivalents by preventing its application when doing so would vitiate a claim limitation. *Id*. This rule balances the doctrine of equivalents with the principle that "claim language defines the scope of an invention and every limitation is material." *Id*. at 1016. Therefore, the "all elements" rule requires that "equivalence be assessed on a limitation-by-limitation basis rather than from the perspective of the invention as a whole, and that no limitation be read completely out of the claim." *Id.* at 1017 (citing *Freedman Seating Co. v. Am. Seating Co.*, 420 F.3d 1350, 1358 (Fed. Cir. 2005); *see also LG Electronics, Inc. v. Bizcom Electronics, Inc.*, 453 F.3d 1364, 1380, (Fed. Cir. 2006) ("The doctrine of equivalents operates under the 'all limitations rule,' whereby 'equivalence [is] assessed on a limitation-by-limitation basis, as opposed to from the perspective of the invention as a whole.'").

9.    There are situations in which a patentee is not permitted to rely on the doctrine of equivalents. For example, prior art and prosecution history estoppel provide independent "policy oriented" limitations on the doctrine of equivalents. *Sextant Avionique, S.A. v. Analog Devices, Inc.*, 172 F.3d 817, 827 (Fed. Cir. 1999). Thus, where the accused infringer is merely practicing the prior art, he has a "complete defense" to a charge of infringement. *Id*.

10.     A patentee also may not use the doctrine of equivalents to recapture that which he disavowed during prosecution of the patent. *Astrazeneca AB, Aktiebolaget Hassle, KBI-E, Inc. v. Mutual Pharmaceutical Co., Inc.*, 384 F.3d 1333, 1342 (Fed. Cir. 2004). Such a disavowal may be made in the specification, statements or arguments made to the examiner, or amendments made during prosecution. *Id*. at 1341-42; *Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*, 535 U.S. 722, 740-41 (2002); *Elkay Mfg. Co. v. Ebco Mfg. Co.*, 192 F.3d 973, 979 (Fed. Cir. 1999).

11.     Amendment-based estoppel bars the application of the doctrine of equivalents. "When a patentee makes a narrowing amendment to a claim, the patent holder has the burden to demonstrate that the reason for the amendment was unrelated to patentability (e.g., to avoid prior art.)." *Conoco, Inc.*, 460 F.3d at 1363 (citing *Warner-Jenkins Co.*, 520 U.S. at 33). "When the record lacks explanation for the amendment," there is a presumption "that the PTO had a substantial reason related to patentability for including the limiting element added by amendment." *Id*. This requires that courts "presume that the patentee surrendered all subject matter between the broader and narrower language. . . ." *Id*. (citing *Festo Corp.*, 535 U.S. at 739). This presumption cannot be rebutted unless the patentee shows "that at the time of the amendment one skilled in the art could not reasonably be expected to have drafted a claim that would have literally encompassed the alleged equivalent." *Id*. at 1363.

12.     Argument-based estoppel also bars the application of the doctrine of equivalents when the prosecution history demonstrates the applicant's "clear and unmistakable surrender of subject matter." *Conoco, Inc.*, 460 F.3d at 1364. "The relevant inquiry is whether a competitor would reasonably believe that the applicant had surrendered the relevant subject matter." *Id*.

4

13.    If none of these limitations bar the application of the doctrine of equivalents, "[a]n element in the accused product is equivalent to a claim limitation if the differences between the two are 'insubstantial' to one of ordinary skill in the art." *Eagle Comtronics Inc. v. Arrow Communication Labs, Inc.*, 305 F.3d 1303, 1315 (Fed. Cir. 2002).   It is relevant whether the alleged equivalent element in the accused device "performs substantially the same function in substantially the same way to obtain the same result" as that of the missing element of the claimed invention. *Id*. at 1315 (citing *Graver Tank & Mfg, Co, v. Linde Air Prods. Co.*, 339 U.S. 605, 608 (1950), *overruled-in-part on other grounds*, 535 U.S. 722 (2002)).   However, "equivalency [must] be proven with 'particularized testimony and linking arguments.'" *Texas Instruments Inc. v. Cypress Semiconductor Corp.*, 90 F.3d 1558, 1566-67 (Fed. Cir. 1996) (citing *Lear Siegler, Inc. v. Sealy Mattress Co.*, 873 F.2d 1422 (Fed. Cir. 1991)).   This ensures that the fact finder had an "analytical framework for making its decision," and that the reviewing court is assured "that the jury was fully presented with a basis for applying the doctrine of equivalents." *Id*. at 1567.

14.    When an accused infringer's product or process is "so far changed in principle from a patented article that it performs the same or a similar function in a substantially different way" the accused product or process does not infringe the patented article. *Amgen Inc. v. Hoechst Marion Roussel, Inc.*, 314 F.3d 1313, 1351 (Fed. Cir. 2003).   This "reverse doctrine of equivalents" is used to "restrict the claim and defeat the patentee's action for infringement," even if the accused infringer's product or process falls within the literal words of the claim. *Tate Access Floors, Inc. v. Interface Architectural Resources, Inc.*, 279 F.3d 1357, 1368 (Fed. Cir. 2002).

### 3. Illumina Did Not Contribute To Infringement of Affymetrix's Patents In the United States

15.     Contributory infringement cannot occur in the absence of a direct infringement. *Joy Technologies, Inc. v. Flakt, Inc.*, 6 F.3d 770, 773 (Fed. Cir. 1993) ("Liability for either active inducement of infringement or for contributory infringement is dependent upon the existence of direct infringement."); *Met-Coil Sys. Corp. v. Korners Unlimited, Inc.*, 803 F.2d 684, 687 (Fed. Cir. 1986). Directly infringing activity, however, cannot occur outside the United States. 35 U.S.C. § 271(a); *Standard Havens Prods., Inc. v. Gencor Indus., Inc.*, 953 F.2d 1360, 1374 (Fed. Cir. 1991) (finding no contributory infringement where there was no evidence the patented method was practiced in the United States).

16.     The patentee must prove that the accused infringer (1) sold or offered to sell within the United States (2) a material component of a patented article or a material component used in practicing a patented process, (3) which item is not a staple article of commerce suitable for substantial noninfringing use, (4) with knowledge that the item sold, offered, or imported is especially made or especially adapted for use in an infringement of a patent, and (5) that such direct infringement did occur. 35 U.S.C. §271(c).

17.     A patentee must show that an alleged contributory infringer knew that the combination for which its components were especially made was both patented and infringing. *Golden Blount, Inc. v. Robert H. Peterson Co.*, 365 F.3d 1054, 1060 (Fed. Cir. 2004); *Preemption Devices, Inc. v. Minnesota Min. & Mfg. Co.*, 803 F.2d 1170 (Fed. Cir. 1986). Contributory infringement cannot occur prior to the accused infringer's knowledge of the patent. *Trell v. Marlee Elec. Corp.*, 912 F.2d 1443 (Fed. Cir. 1990).

18.     Furthermore, a patentee must show that the accused infringer's components have no substantial non-infringing uses in order to prove contributory infringement.  *Golden Blount, Inc.*, 365 F.3d at 1060; *Alloc Inc. v. ITC,* 342 F.3d 1361, 1374 (Fed. Cir. 2003).

        4.     <u>Illumina Did Not Induce Infringement of Affymetrix's Patents in the United States</u>

19.     The patentee must show direct infringement in order for there to be inducement of infringement.  *DSU Med. Corp. v. JMS Co., Ltd.*, 471 F.3d 1293, 1302 (Fed. Cir. 2006) ("the patentee always has the burden to show direct infringement for each instance of indirect infringement"); *Joy Techs., Inc. v. Flakt, Inc.*, 6 F.3d 770, 774 (Fed. Cir. 1993).    Directly infringing activity, however, cannot occur outside the United States.  35 U.S.C. § 271(a); *Joy Techs. Inc.*, 6 F.3d at 774.

20.     The plaintiff has the burden of showing that the alleged infringer's actions induced infringing acts within the United States and that he knew his actions would induce actual infringement.  *DSU Med. Corp*, 471 F.3d at 1302.  This means that the patent holder must prove that once the accused infringer knew of the patent, they actively and knowingly aided and abetted another's direct infringement.  *Id*. at 1305.  Thus, inducement requires evidence of culpable conduct, directed to encouraging another's infringement, not merely that the inducer had knowledge of the direct infringer's activities.  *Id*. at 1306.

**B.     All Claims Of The Asserted Patents-in-Suit Are Invalid**

21.     An issue that remains to be litigated is whether the claims of the asserted patents are invalid.  The claims of an issued patent may be shown to be invalid by clear and convincing evidence.  *Iron Grip Barbell Co, Inc. v. USA Sports, Inc.*, 392 F.3d 1317, 1320 (Fed. Cir. 2004).

1.    The Prior Art

22.    A patent claim is invalid if "the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent."  35 U.S.C. § 102(a).

23.    A patent claim is invalid if "the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of the application for patent in the United States."  35 U.S.C. § 102(b).

24.    Under § 102(a), the knowledge or use will be prior art if it was:  (1) a public use; (2) by someone other than the inventor; (3) before the inventor's date of invention; (4) in the United States.  *Woodland Trust v. Flowertree Nursery, Inc.*, 148 F.3d 1368, 1370 (Fed. Cir. 1998); *Lockwood v. AM. Airlines, Inc.*, 107 F.3d 1565, 1570 (Fed. Cir. 1997).  Under § 102(b), any prior public use or secret commercial use that occurred more than one year before the patent was filed qualifies as prior art.  A prior publication, published before the established invention date or one year prior to the filing date, qualifies as prior art under §§ 102(a) or (b), respectively, if it was reasonably accessible to that portion of the public most likely to use it.  *In re Cronyn*, 890 F.2d 1158, 1160 (Fed. Cir. 1989).  The date a printed publication qualifies as prior art is the date it became available to the public.  *Id.*

25.    A prior patent that issued anywhere in the world before the invention of the patent in suit or more than one year before the application leading to the patent in suit qualifies as prior art.  35 U.S.C. § 102(a), (b); *Lamb-Weston, Inc. v. McCain Foods, Ltd.*, 78 F.3d 540, 545 (Fed. Cir. 1996); *In re Chu*, 66 F.3d 292, 296-97 (Fed. Cir. 1995); *In re Robertson*, 169 F.3d 743, 745 (Fed. Cir. 1999).

26.    "The key inquiry is whether or not a reference has been made 'publicly accessible.'"  *In re Klopfenstein*, 380 F.3d 1345, 1348-1350 (Fed. Cir. 2004).  This is the criterion

by which a prior art reference is judged for the purpose of § 102 (b). *Id*. The test for determining whether a reference was publicly accessible is whether "it has been disseminated or otherwise made available to the extent that persons interested and of ordinary skill in the subject matter or art [] exercising reasonable diligence can locate it…." *Massachusetts Institute of Technology v. AB Fortia*, 774 F.2d 1104, 1109 (Fed. Cir. 1985). This test is met when a reference is distributed or made available "at a conference where members of the interested public were 'told of the [reference's] existence and informed of its contents." *Ajinomoto Co. v. Archer-Daniels-Midland Co.*, 1998 WL 151411, at *37 (D. Del. 1998) (citing *MIT*, 774 F.2d at 1109).

27.     Section 102(e)(2) provides that a patent claim is invalid by reason of anticipation if "the invention was described in…(2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent." 35 U.S.C. § 102(e)(2).

28.     A patent claim is invalid under § 102(g) "if a patentee's invention has been made by another, prior inventor who has not abandoned, suppressed, or concealed the invention." *Dow Chemical Co. v. Astro-Valcour, Inc.*, 267 F.3d 1334, 1339 (Fed. Cir. 2001). Generally, an invention was not abandoned, suppressed or concealed if the invention was made public, sold or offered for sale, or otherwise used for a commercial purpose. *Id*. at 1342-43.

29.     Reduction to practice under § 102(g)(2) can be constructive or actual reduction to practice. *In re Katz*, 687 F.2d 450, 454 (CCPA 1982); *Roberts v. Sears, Roebuck & Co.*, 665 F. Supp. 671 (N.D. Ill. 1987) (rejecting plaintiff's argument that a constructive reduction is insufficient under § 102(g), "given the numerous cases in which constructive reduction was applied where patentability was at issue").

2.    The Patents-in-Suit Are Invalid Because They Are Anticipated

30.    An issue that remains to be litigated is whether the patents-in-suit are anticipated and/or obvious in view of the prior art. Anticipation is found when a reference, either expressly or inherently, discloses each and every limitation of the claimed invention. *Novo Nordisk Pharmaceuticals, Inc. v. Bio Technology General Corp.*, 424 F.3d 1347, 1354 (Fed. Cir. 2005); *In re Cruciferous Sprout Litigation*, 301 F.3d 1343, 1349-1350 (Fed. Cir. 2002).

31.    "It is well settled that a prior art reference may anticipate when the claim limitations not expressly found in that reference are nonetheless inherent in it. Under the principles of inherency, if the prior art necessarily functions in accordance with, or includes, the claimed limitations, it anticipates." *In re Cruciferous Sprout Litigation*, 301 F.3d at 1349.

32.    A reference need not enable its own invention to anticipate a later invention. Instead, "[t]o serve as an anticipating reference, the reference must enable that which it is asserted to anticipate." *Elan Pharms., Inc. v. Mayo Found. for Med. Educ. & Research*, 346 F.3d 1051, 1054 (Fed. Cir. 2003). It is not necessary that an invention disclosed in a publication have actually been made in order to satisfy the enablement requirement. *Id.* at 1055. Anticipation only requires that the prior art disclosure of the claimed invention be enabling to one of ordinary skill in the art. *Id.*

3.    The Patents-In-Suit Are Not Entitled To the Priority Dates Affymetrix Claims

33.    An issue that remains to be litigated is the appropriate or effective filing dates for the asserted claims. Claims in a patent application are entitled to the filing date of a previously filed application only if the earlier application sufficiently disclosed the subject matter of the later filed claims in the manner provided by the first paragraph of 35 U.S.C. § 112. 35 U.S.C. § 120. Therefore, to receive an earlier filing date, the previously filed application must fully

10

enable and describe the claimed invention. *Falko-Gunter Falkner v. Inglis*, 448 F.3d 1357, 1368 (Fed. Cir. 2006).

34.     Under the first paragraph of 35 U.S.C. § 112, a patent's specification must describe the invention sufficiently to convey to a person of skill in the art that the patentee had possession of the claimed invention at the time of the application, i.e., that the patentee invented what is claimed. *LizardTech, Inc. v. Earth Resource Mapping, Inc.*, 424 F.3d 1336,1345 (Fed. Cir. 2005).

35.     To prove a date of invention prior to the filing date of an application, Affymetrix must prove that the named inventors of the patents-in-suit invented the claimed subject matter of the patents at such earlier date. *Mahurkar v. C.R. Bard, Inc.*, 79 F.3d 1572, 1576 (Fed. Cir. 1996).  Affymetrix must prove either a prior reduction to practice or an earlier conception and due diligence until the invention was reduced to practice. *Id*. at 1577.

36.     It is well established that, when a party seeks to prove conception via the oral testimony of a putative inventor, the party must proffer evidence corroborating that testimony. *Singh v. Brake*, 317 F.3d 1334, 1340-41 (Fed. Cir. 2003); *Price v. Symsek*, 988 F.2d 1187, 1194 (Fed. Cir. 1993) ("[a]n inventor's testimony, standing alone, is insufficient to prove conception — some form of corroboration must be shown"); *Invitrogen Corp. v. Clontech Labs, Inc.*, 429 F.3d 1052, 1065 (Fed. Cir. 2005) ("Indeed, because of the danger in post-hoc rationales by an inventor claiming priority, the court requires objective evidence to corroborate an inventor's testimony").  "[P]roof of an alleged inventor's conception and reduction to practice is a heavy one and requires full corroboration by other than the inventor's own self-serving testimony or records." *Aspex Eyewear, Inc. v. Revolution Eyewear Inc.*, No. CV99-1623LGB, 2001 WL

34852696, at * 5 (C.D. Cal., June 4, 2001) (quoting *Potter Instrument Co., Inc. v. Odec Computer Systems, Inc.*, 370 F.Supp. 198, 206 (D. R.I. 1974)).

37.     A "rule of reason" is used to determine whether the corroborating evidence is sufficient. *Price v. Symsek*, 988 F.2d at 1341.  This involves "an evaluation of all pertinent evidence. . . so that a sound determination of the credibility of the inventor's story may be reached." *Id.* at 1195.

38.     Absent adequate corroboration, conception is not proven and the party is not entitled to the benefit of the earlier filing. *Invitrogen Corp.*, 429 F.3d at 1065.

### 4.     The Asserted Claims Are Invalid As Obvious

39.     A patent claim is invalid under § 103(a) even if it is not identically disclosed by the prior art if the differences between the subject matter claimed and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.  35 U.S.C. § 103 (a). The factual considerations underlying the legal determination of obviousness include the scope and content of the prior art, the differences between the prior art and the claims at issue, the level of ordinary skill in the pertinent art, and secondary considerations, including commercial success, long felt but unresolved needs, and failure of others. *Dystar Textilfarben GMBH & Co. v. C.H. Patrick Co.*, 464 F.3d 1356, 1360 (Fed. Cir. 2006) (citing *Graham v. John Deere Co.*, 383 U.S. 1, 17 (1966).

40.     One step in any obviousness analysis is to determine the scope and content of the prior art.  The term "prior art" as used in § 103 refers at least to the statutory material named in 35 U.S.C. § 102.  *Riverwood Int'l Corp. v. R.A. Jones & Co., Inc.*, 324 F.3d 1346, 1354 (Fed. Cir. 2003).  Further, under § 103, a reference need not be enabled; it qualifies as prior art,

regardless, for whatever is disclosed therein.  *Amgen Inc. v. Hoechst Marion Roussel Inc.*, 314 F.3d 1313, 1357 (Fed. Cir. 2003).

41.    An explicit teaching that identifies and selects elements from different sources and states that they should be combined in the same way as the invention at issue, is rarely found in the prior art.  *Id.* at 1385.  Thus, the "motivation-suggestions-teaching" test is not so rigid as to "require[] an actual teaching to combine before concluding that one of ordinary skill in the art would know to combine references."  *Alza Corp. v. Myaln Labs, Inc.*, 464 F.3d 1286, 1291 (Fed. Cir. 2006).

42.    Under the Federal Circuit's non-rigid, motivation-suggestion-teaching test, "[t]he motivation to combine need not be found in the references sought to be combined, but may be found in a number of sources, including common knowledge, the prior art as a whole, or the nature of the problem itself."  *Dystar*, 464, F.3d at 1361 (citing *In re Dembiczak*, 175 F.3d 994, 999 (Fed. Cir. 1999)).  "[W]here the testimony of an expert witness is relevant to determining the knowledge that a person of ordinary skill in the art would have possessed at a given time, this is one kind of evidence that is pertinent to our evaluation of a *prima facie* case of obviousness." *Alza Corp.*, 464 F.3d at 1294.

43.    Therefore, the "motivation-suggestion-teaching" test asks not merely what the references disclose, but whether a person of ordinary skill in the art, possessed with the understandings and knowledge reflected in the prior art, and motivated by the general problem facing the inventor, would have been led to make the combination recited in the claims.  *In re Kahn*, 441 F.3d 977, 988 (Fed. Cir. 2006).

44.    Merely because a reference discloses more than one alternative does not constitute a teaching away from the patented system unless the disclosure criticizes, discredits, or

otherwise discourages the solution claimed.  *In re Fulton*, 391 F.3d 1195, 1200-01 (Fed. Cir. 2004).  Instead, the proper inquiry is "whether there is something in the prior art as a whole to suggest the *desirability*, and thus the obviousness, of making the combination, not whether there is something in the prior art as a whole to suggest that the combination is the *most desirable* combination available."  *Id.*  (emphasis in original).

45.    The secondary considerations may include commercial success, long-felt but unsolved needs, failure of others, licenses, unexpected results, and simultaneous development by others.  *Brown & Williamson Tobacco Corp. v. Philip Morris Inc.*, 229 F.3d 1120, 1129 (Fed. Cir. 2000); *Monarch Knitting Machinery Corp. v. Sulzer Morat GMBH*, 139 F.3d 877, 883-84 (Fed. Cir. 1998); *ISCO Int'l, Inc. v. Conductus, Inc.*, 279 F. Supp. 2d 489, 498 (D. Del. 2003). There must be a nexus between the secondary consideration and the claimed invention to be relevant to the obviousness inquiry.  *Brown & Williamson*, 229 F.3d at 1130.

46.    Commercial success of an accused infringer is not relevant to the obviousness inquiry unless the patentee proves that the accused product actually infringed the claim at issue in the patent.  *See Truswal Systems Corp. v. Hydro-Air Engineering, Inc.*, 813 F.2d 1207, 1215 (Fed. Cir. 1987) (Judge Rich, concurring) ("Now as a matter of common sense, the way one proves commercial success of a patented invention is, first to demonstrate the success of the patentee or one or more licensees.  Second, once an infringer is sued *and proved to be an infringer*, its sales are appropriately proved and added to the others.") (emphasis in original).

47.    The Federal Circuit has made clear that there must be evidence of nexus where the evidence of commercial success presented is a license, because it is often "cheaper to take licenses than to defend infringement suits."  *Iron Grip Barbell Co., Inc. v. USA Sports, Inc.*, 392 F.3d 1317, 1324 (Fed. Cir. 2004).    Thus, while licenses "may constitute evidence of

nonobviousness…only little weight can be attributed to such evidence if the patentee does not demonstrate a nexus between the merits of the invention and the licenses of record." *Id*. Without a showing of nexus, "the mere existence of…licenses is insufficient to overcome the conclusion of obviousness" when there is a strong prima facie case of obviousness. *Id*.

48.    Just as the failure of others to make the invention may be evidence that an invention would not have been obvious, independent making of the invention by persons other than the inventor at about the same time may be evidence that the invention would have been obvious. *Ecolochem, Inc. v. S. Cal. Edison Co.*, 227 F.3d 1361, 1379 (Fed. Cir. 2000).

### 5.    The Patents-in-Suit Are Invalid As Not Enabled

49.    An issue that remains to be litigated is whether the patents-in-suit are invalid for lack of enablement.  A patent's specification must "contain a written description...of the manner and process of making and using [the invention] . . . in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same. . . ."  35 U.S.C. § 112 (2000).  Accordingly, there is a requirement that "the patent specification enable those skilled in the art to make and use the full scope of the claimed invention without undue experimentation . . . ."  *Invitrogen Corp. v. Clontech Labs., Inc.*, 429 F.3d 1052, 1070 (Fed. Cir. 2005).  A patent is invalid if it is not enabled.  *See e.g.*, *Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki, Co. Ltd.*, 535 U.S. 722, 736 (2002).

50.    Whether undue experimentation is required, therefore rendering a patent invalid, requires a factually intensive inquiry, including the consideration of: (1) the quantity of experimentation necessary; (2) the amount of direction or guidance presented; (3) the presence or absence of working examples; (4) the nature of the invention; (5) the state of the prior art; (6) the relative skill of those in the art; (7) the predictability of unpredictability of the art; and (8) the

breadth of the claims. *Falko-Gunter Falkner*, 448 F.3d at 1363 (quoting *In re Wands*, 858 F.2d 731, 737 (Fed. Cir. 1988). This inquiry can invalidate "patent claims as not having been enabled, despite the PTO's having allowed those claims." *AK Steel Corp. v. Sollac*, 344 F.3d 1234, 1245 (Fed. Cir. 2003).

51.    "[A]n inventor's failed attempts to practice an invention are relevant evidence of non-enablement." *Novo Nordisk Pharmaceuticals, Inc. v. Bio-technology General Corp.*, 424 F.3d 1347, 1362 (Fed. Cir. 2005); *see also AK Steel Corp.*, 344 F.3d at 1244-45.

52.    Section 112's enablement requirement can also limit the scope of the patent claims, as "[t]he scope of [patent] claims must be less than or equal to the scope of enablement." *Invitrogen Corp.* at 1070-71. The requirement that the specification enable skilled artisans to "make and use the full scope of the claimed invention," ensures that the invention can be used "as broadly as it is claimed." *Id.* at 1070-71 (quoting *In re Goodman*, 11 F.3d 1046, 1050 (Fed. Cir. 1993). Therefore, expansive claim language may not be supported, such that § 112's requirements are met, merely by describing one embodiment of the thing claimed. *Lizardtech, Inc. v. Earth Resource Mapping, Inc.*, 424 F.3d 1336, 1346 (Fed. Cir. 2005).

### 6.    The Patents-in-Suit Are Invalid For Failure to Provide Adequate Written Description

53.    An issue that remains to be litigated is whether the patents-in-suit are invalid for lack of a sufficient written description. Section 112 of the patent act requires that "[t]he specification shall contain a written description of the invention. . . ." 35 U.S.C. § 112, ¶ 1 (2000). This written description requirement is distinct from the enablement requirement found in § 112. *Invitrogen Corp.*, 429 F.3d at 1071. The written description clause mandates that the specification satisfy two requirements. *Lizardtech, Inc.*, 424 F.3d at 1344-45. First, "it must describe the manner and process of making and using the invention so as to enable a person of

skill in the art to make and use the *full scope* of the invention without undue experimentation." *Id.* (emphasis added). Second, the specification "must describe the invention sufficiently to convey to a person of skill in the art that the patentee had possession of the claimed invention at the time of the application." *Id*.

54.    Therefore, to satisfy the written description requirement, patent applicants "must. . .convey to those skilled in the art that, as of the filing date sought, he or she was in possession of the invention." *Falko-Gunter Falkner*, 448 F.3d at 1365 (citing *Vas-Cath, Inc. v. Mahurkar*, 935 F.2d 1555, 1563-64 (Fed. Cir. 1991)). The specification must also describe the full scope of the invention. *Lizardtech, Inc.*, 424 F.3d at 1344-45. The purpose of these requirements is "to prevent an applicant from *later* asserting that he invented that which he did not. . . ." *Moba, B.V. v. Diamond Automation, Inc.*, 325 F.3d 1306, 1319 (Fed. Cir. 2003) (citing *Amgen, Inc.*, 314 F.3d at 1313) (emphasis in original). The applicant is therefore required "to recount his invention in such detail that his *future* claims can be determined to be encompassed within his *original* creation." *Id*.

### 7.    Claims of the Patents-in-Suit Are Invalid for Failure to Name The Correct Inventors

55.    Inventorship is a question of law with underlying factual issues. *Bd. of Educ. v. Am. Bioscience*, 333 F.3d 1330, 1337 (Fed. Cir. 2003). Section 102(f) provides that "[a] person shall be entitled to a patent unless…he did not himself invent the subject matter sought to be patented." This subsection mandates that a patent accurately list the correct inventors of the claimed invention. *Pannu v. Iolab Corp.*, 155 F.3d 1344, 1349 (Fed. Cir. 1998). If more than one inventor is listed on a patent, each joint inventor must contribute to the conception of the invention in a way that is not insignificant in quality when measured against the dimension of the full invention. *Eli Lily & Co. v. Aradigm Corp.*, 376 F.3d 1352, 1359 (Fed. Cir. 2004); *BJ*

*Services Co. v. Halliburton Energy Services, Inc.*, 338 F.3d 1368, 1373 (Fed. Cir. 2003); *Caterpillar Inc. v. Sturman Industries, Inc.*, 387 F.3d 1358, 1377 (Fed. Cir. 2004). Conception occurs "when one of ordinary skill in the art could construct [the invention] without unduly extensive research or experimentation." *Sewall v. Walters*, 21 F.3d 411, 415 (Fed. Cir. 1994).

56.     "One does not qualify as a joint inventor merely by assisting the actual inventor." *Board of Education v. American Bioscience, Inc.*, 333 F.3d 1330, 1338 (Fed. Cir. 2003). Rather, "[a]n inventor may solicit the assistance of others when perfecting the invention without losing any patent rights." *Trovan, Ltd. v. Sokymat Sa, Irori*, 299 F.3d 1292, 1301-1302 (Fed. Cir. 2002).

57.     The inventorship analysis requires two steps. *Id.* at 1302. First, the asserted claims must be construed. *Id.* Second, the alleged contributions of each asserted co-inventor must be compared with the subject matter of the individual claims. *Id.* In the case of misjoinder, where more than the correct inventors are named, the patent is invalid. *Id.* at 1301.

## 8.     The Patents-in-Suit Are Invalid Because They Were Derived from the Work of Others

58.     An applicant is not entitled to a patent if the applicant did not invent the subject matter sought to be patented, but instead derived the invention from another. 35 U.S.C. § 102(f); *Gambro Lundia AB v. Baxter Healthcare Corp.*, 110 F.3d 1573, 1576 (Fed. Cir. 1997).

59.     The party asserting invalidity may prove derivation by showing prior conception of the invention by another and communication of that conception to the patentee. *Gambro Lundia AB*, 110 F.3d at 1576.

60.     Information derived by an inventor from another is prior art to claims encompassing that information, even though the derived information may never have been publicly available. *OddzOn Prods., Inc. v. Just Toys, Inc.*, 122 F.3d 1396, 1401-02 (Fed. Cir.

18

1997) (involving confidential disclosures made to the inventor and not submitted to the PTO during patent prosecution.)

61.    Subject matter derived from another is unpatentable. *OddzOn Prods., Inc.*, 122 F.3d at 1403-1404.  Further, when combined with other prior art the derived invention may be obvious, and thus unpatentable under a combination of 102(f) and 103.  *Id*.

### 9.    Claims of the Patents-in-Suit Are Indefinite

62.    A determination of claim indefiniteness is a legal conclusion that is drawn from the court's performance of its duty as the construer of the claims.  *Datamize, LLC v. Plumtree Software, Inc.*, 417 F.3d 1342, 1347 (Fed. Cir. 2005).  A claim is indefinite if it is not amenable to construction.  *Id*.  A claim is considered indefinite if it does not reasonably apprise those skilled in the art of its scope.  *Amgen, Inc. v. Chugai Pharm. Co.*, 927 F.2d 1200, 1217 (Fed. Cir. 1991).

### 10.    The Doctrine of Assignor Estoppel Does Not Apply Against Illumina

63.    Assignor estoppel does not prevent Illumina from challenging the validity of the patents-in-suit.  Assignor estoppel is an equitable defense that may prevent an inventor who assigns his rights in a patent from subsequently contending that the patent he assigned has no value.  *Diamond Scientific Co. v. Ambico, Inc.*, 848 F.2d 1220, 1224 (Fed. Cir. 1988).

64.    In some circumstances assignor estoppel can limit challenges by those who are in privity with the assignor.  *Diamond Scientific Co.*, 848 F.2d at 1224.  However, to establish privity, the court must "balance the equities" in light of the act of infringement by evaluating "all direct and indirect contacts between the assignor and the defendant," such as whether the assignor had substantial control over the defendant's operations such that the defendant is merely the assignor's "corporate disguise."  *Acushnet Co. v. Dunlap Maxfli Sports Corp.*, Co. CIV. A. 98-717-SLR, 2000 WL 987979, at * 2-3 (D. Del,  June 29, 2000).  The proper inquiry is

19

"whether the ultimate infringer availed itself of the inventor's 'knowledge and assistance' to conduct infringement." *Intel Corp v. United States Int'l Trade Comm'n*, 946 F.2d 821, 838 (Fed. Cir. 1991). The doctrine of assignor estoppel "was not designed to prevent companies from competing for talented employees. . . ." *Acushnet Co.*, 2000 WL 987979, at * 3. Privity, therefore, depends on the nature of the parties' relationship "in light of the alleged infringement." *Mentor Graphics Corp. v. Quickturn Design Sys., Inc.*, 150 F.3d 1374, 1397 (Fed. Cir. 1998).

65.    Even where assignor estoppel applies, it may not preclude other patent defenses that arise post-assignment, such as inequitable conduct. *Shamrock Techs, Inc. v. Medical Sterilization, Inc.*, 903 F.2d 789, 795-96 (Fed. Cir. 1990). Further, assignor estoppel does not preclude "evidence of prior art to narrow the scope of the claims of the patent" to bring the accused device outside the scope of the claimed invention." *Diamond Scientific Co.*, 848 F.2d at 1226; *see also Mentor Graphics Corp.*, 150 F.3d at 1379 ("An estopped party may also argue for a narrow claim construction or that the accused devices are within the prior art and therefore cannot infringe.").

C.    **The Patents-in-Suit Are Unenforceable Due to the Inequitable Conduct That Occurred During the Prosecution of the Patent Applications and Related Patent Applications**

66.    As provided by 37 C.F.R. §1.56(a), "[e]ach individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section." This standard applies not only to the inventor, but also the prosecuting attorney or agent, and anyone else associated with the inventor or the assignee who is substantively involved in the preparation or prosecution of the application and extends throughout the patent's entire prosecution history. *Fox Indus., Inc. v. Structural*

*Preservation Sys., Inc.*, 922 F.2d 801, 804 (Fed. Cir. 1990); *Molins PLC v. Textron, Inc.*, 48 F.3d 1172, 1178 n.6 (Fed. Cir. 1995).

67.    A patent may be rendered unenforceable for inequitable conduct if an applicant, with intent to mislead or deceive the examiner, fails to disclose material information or submits materially false information to the PTO during prosecution. *Digital Control Inc. v. The Charles Machine Works*, 437 F.3d 1309, 1313 (Fed. Cir. 2006).

68.    Determining whether a party has engaged in such conduct is a two-step analysis: (1) whether the conduct meets a threshold level of materiality; and (2) whether the evidence shows a threshold level of intent to mislead the PTO. *Perspective Biosystems v. Pharmacia Biotech.*, 225 F.3d 1315, 1318-19 (Fed. Cir. 2000).   "The more material the omission or the misrepresentation, the lower the level of intent required to establish inequitable conduct, and vice versa." *Pharmacia Corp. v. ParPharm., Inc.*, 417 F.3d 1369, 1373 (Fed. Cir. 2005).   If the materiality and intent thresholds are met, a balancing test is used to determine whether the scales tilt to a conclusion that inequitable conduct occurred. *Critickon, Inc. v. Becton Dickinson Vascular Access, Inc.*, 120 F.3d 1253, 1256 (Fed. Cir. 1997).

69.    A patent applicant's duty of candor and good faith is not limited to the disclosure of prior art; rather, a patent applicant must disclose all material information to the PTO. *Critikon, Inc.*, 120 F.3d at 1258; 37 C.F.R. § 1.56(a) (1992).   Information is material to patentability where it is not cumulative to information already of record or being made of record in the application, and: (1) if a reasonable examiner would have considered such information important in deciding whether to allow the application; (2) it establishes, by itself or in combination with other information, a prima facie case of unpatentability of a claim; or (3) it refutes, or is inconsistent with, a position the applicant takes in opposing an argument of

21

unpatentability relied on by the Office or asserting an argument of patentability.  37 C.F.R. § 1.56(b); *Digital Control*, 437 F.3d at 1314-16.  A withheld reference may be highly material when it discloses a more complete combination of relevant features, even if those features are before the patent examiner in other references.  *Semiconductor Energy Laboratory Co., v. Samsung Electronics Co.*, 204 F.3d 1368, 1374 (Fed. Cir. 2000).

70.    A reference is not immaterial simply because the patent claims are eventually deemed by an examiner to be patentable thereover.  *Molins PLC*, 48 F.3d at 1178.

71.    An applicant's duty of candor and good faith, however, is breached when the applicant cites excessive and irrelevant references in an attempt to "bury" the examiner.  *Rohm & Haas Co. v. Crystal Chemical Co.*, 722 F.2d 1556, 1573 (Fed. Cir. 1983);  *Penn Yan Boats, Inc. v. Sea Lark Boats, Inc.*, 359 F.Supp. 948, 965 (D. Fla. 1972).

72.    Intent "need not, and rarely can, be proven by direct evidence."  *Bruno Independent Living Aids, Inc. v. Acorn Mobility Services, LTD*, 394 F.3d 1348, 1354 (Fed. Cir. 2005).  Instead, intent may be inferred from the surrounding circumstances.  *Critikon*, 120 F.3d at 1256.  Intent may be inferred where a patent applicant knew, or should have known, that withheld information would be material to the PTO's consideration of the application.  *Id*.  A lapse on the part of the Examiner does not excuse the applicant.  *KangaROOS U.S.A., Inc. v. Caldor, Inc.*, 778 F.2d 1571, 1576 (Fed. Cir. 1985).

73.    In the absence of a credible explanation, intent to deceive is generally inferred from the facts and circumstances surrounding a knowing failure to disclose material information.  *Frazier v. Roessel Cine Photo Tech, Inc.*, 417 F.3d 1230, 1235-6 (Fed. Cir. 2005) (quoting *Bruno Indep. Living Aids, Inc.*, 394 F.3d at 1354.  Applicants cannot overcome the inference with "[a] mere denial of intent to mislead. . . ."  *Critikon, Inc.*, 120 F.3d at 1257.

74. The fact of misrepresentation, coupled with proof that the party making it had knowledge of its falsity, is enough to warrant drawing the inference that there was a fraudulent intent. *Lipman v. Dickinson*, 174 F.3d 1363, 1370 (Fed. Cir. 1999).

75. Implied notice of a fact is notice that is inferred from facts that a person had a means of knowing and that is thus imputed to that person; actual notice of facts or circumstances that, if properly followed up, would have led to a knowledge of the particular fact in question. *Brasseler, U.S.A. v. Stryker Sales Corp.*, 267 F.3d 1370, 1382 (Fed. Cir. 2001).

76. To avoid a finding of inequitable conduct, doubts concerning whether information is material should be resolved in favor of disclosure. Where an applicant, his representatives, or other involved in a substantial way with the application knew of information the materiality of which may be so readily be determined, he cannot intentionally avoid learning of its materiality, even through gross negligence; in such cases, you may find that the applicant should have known of the materiality of the information. *Brasseler, U.S.A. v. Stryker Sales Corp.*, 267 F.3d 1370, 1380 (Fed. Cir. 2001). Close cases should be resolved by disclosure, not unilaterally by the applicant. *Critkon*, 120 F.3d at 1256 (citing *LaBounty Mfg., Inc. v. United States Int'l Trade Comm'n*, 958 F.2d 1066, 1076 (Fed. Cir. 1992)).

77. An applicant, his representative, or others involved in a substantial way with a patent application cannot cultivate ignorance or disregard warnings that material information or prior art may exist, merely to avoid actual knowledge of that information or prior art. Where one does, deceptive intent may be inferred. Once an applicant, representative, or others involved has notice that information exists that appears material and questionable, that person cannot ignore that notice in an effort to avoid his duty to disclose. *Brasseler, U.S.A.*, 267 F.3d at 1382.

78.    Attorneys representing patent applicants must conduct meaningful inquiries when the surrounding factual circumstances would cause a reasonable attorney to understand that relevant and questionable material information should be assessed to determine whether it should be disclosed to the Patent Office. *Id*. at 1385.

79.    Those individuals covered by 37 C.F.R. § 1.56 are also required "to bring to the attention of the examiner…information within their knowledge as to other copending United States applications which are material to patentability of the application in question." MPEP § 2001.06(b). It is improper to "assume that the examiner of a particular application is necessarily aware of other applications 'material to patentability' of the application in question." *Id*. *See also Dayco Prod., Inc. v. Total Containment*, 329 F.3d 1358, 1365-69 (Fed. Cir. 2003); MPEP § 2004 at No. 9 ("Do not rely on the examiner of a particular application to be aware of other applications belonging to the same applicant or assignee. It is desirable to call such applications to the attention of the examiner even if there is only a question that they might be 'material to patentability' of the application the examiner is considering. It is desirable to be particularly careful that prior art or other information in one application is cited to the examiner").

80.    A patent is unenforceable if, in bad faith or with deceptive intent, the named inventor(s) fails to correctly name all inventors. *See*, *e.g.*, *Frank's Casing Crew & Rental Tools, Inc. v. PMR Techs., Ltd.*, 292 F.3d 1363 (Fed. Cir. 2002).

81.    Where withheld information is material and the applicant, his representatives, or others involved in a substantial way with the application knew or should have known of the materiality, the applicant, representatives, and involved others will have great difficulty in

establishing subjective good faith sufficient to overcome an inference of intent to mislead. *Bristol-Myers Squibb Co. v. Rhone-Poulenc Rorer, Inc.*, 326 F.3d 1226, 1239 (Fed. Cir. 2003).

82.    Inventors represented by counsel are presumed to know the law. *Brasseler*, 267 F.3d at 1385.

83.    Where the subject matter for which a patent is being sought is or has been involved in litigation, the existence of such litigation and any other material information arising therefrom must be brought to the attention of the PTO.  "Examples of such material information include evidence of possible prior public use or sales, questions of inventorship, prior art, allegations of 'fraud,' 'inequitable conduct,' and 'violation of duty of disclosure'…[and] any assertion that is made during litigation which is contradictory to assertions made to the examiner."  MPEP Section 2001.06(c).  *See also Critikon*, 120 F.3d at 1259.  Litigation is material *per se* to patentability.  *See Daimlerchrysler AG v. Feuling Advanced Tech., Inc.*, 276 F. Supp. 2d 1054, 1063 (S.D. Cal. 2003).  Additionally, when an ancestor patent is involved in litigation, that litigation involves the same subject matter as any of its children.  *Id.* at 1063 n.4 (patents that were continuations-in-part necessarily involved the same subject matter as an ancestor patent); *Nisus Corp. v. Perma-Chink Systems, Inc.*, 421 F.Supp.2d 1084, 1104 (E.D. Tenn. 2006) (finding that litigation involving an ancestor patent was a related litigation involving the same subject matter as the child application).

84.    Inequitable conduct committed during prosecution of a parent application can "infect" a later filed application.  *See Consolidated Aluminum Corp. v. Foseco Intern. Ltd.*, 910 F.2d 804, 810-11 (Fed, Cir, 1990).  To prove infectious unenforceability, an accused infringer must establish two elements: (1) that a related patent is unenforceable due to inequitable conduct; and (2) that the patent(s) at issue bear an immediate and necessary relation to that alleged

inequitable conduct." *Mosaid Technologies Inc. v. Samsung Electronics Co., Ltd.*, 362 F. Supp. 2d 526 (D. N.J. 2005).

### D.    Affymetrix Has Come Before the Court with Unclean Hands

85.    An issue that remains to be litigated is whether Affymetrix is barred from asserting the patents-in-suit against Illumina under the doctrine of unclean hands.  Remedies are available under the unclean hands doctrine if some unconscionable act of one coming for relief has immediate and necessary relation to the equity that he seeks in litigation.  *Keystone Driller Co. v. General Excavator Co.*, 290 U.S. 240, 245 (1933); *Aptix Corp. v. Quickturn Design Systems, Inc.*, 269 F.3d 1369, 1373-1375 (Fed. Cir. 2001).

86.    The doctrine of unclean hands is "not bound by formula or restrained by any limitation that tends to trammel the free and just exercise of discretion."  *Keystone Driller Co.*, 290 U.S. at 245-46.  Unclean hands is an equitable defense that can be found both with respect to withholding information from the PTO and with respect to misconduct in litigation.  *See Precision Instrument Mfg. Co. v. Automatic Maintenance Machinery Co.*, 324 U.S. 806, 816 (1945) (unclean hands found where "[t]he history of the patents and contracts at issue is steeped in perjury and undisclosed knowledge of perjury"); *Consolidated Aluminum Corp. v. Foseco Intern. Ltd.*, 910 F.2d 804, 812 (Fed. Cir. 1990) (unclean hands can be found both with respect to withholding information from the Patent Office and with respect to conduct in litigation).

87.    An unconscionable act committed during the prosecution of a patent before the PTO has an immediate and necessary relationship to any subsequent attempt to enforce the patent in a court of equity, and the court has the discretion under the unclean hands doctrine to dismiss the litigation brought to enforce such a patent.  *Hoffman-La Roche, Inc. v. Promege Corp.*, 319 F. Supp. 2d 1011, 1017 (N.D. Cal. 2004).

88.    The court may consider conduct occurring both before and after the patent was issued in determining whether a party has unclean hands.  *Hoffman-La Roche, Inc.*, 319 F. Supp. 2d at 1025.  If an unconscionable act in question took place during litigation, the Court has authority to use the unclean hands doctrine to dismiss specific causes of action or the lawsuit in its entirety.  *Id.* at 1017.

### E.    Affymetrix is Barred from Enforcing the Patents-in-Suit Because It Committed Prosecution Laches

89.    An issue that remains to be litigated is whether Affymetrix is barred from asserting any of the patents-in-suit against Illumina under the doctrine of prosecution laches. Prosecution laches may be applied to "bar enforcement of patent claims following an unreasonable and unexplained delay in prosecution, even if the applicant technically complied with all pertinent statutes and rules."  *Novozymes A/S v. Genencor International, Inc.*, 446 F.Supp.2d 297, 333 (D. Del. 2006) (citing *Symbol Techs., Inc. v. Lemelson Med.*, 422 F.3d 1378, 1385 (Fed. Cir. 2005).  The doctrine of prosecution laches applies when an applicant misuses or abuses the patent system.  *Symbol Techs., Inc.*, 422 F.3d at 1385-86.

90.    Continued refilling of patent applications for the business purpose of delaying their issuance can be an abuse of the patent system.  *Id.*  There are no "firm guidelines for determining when such laches exists. . . ."  *Id.*  Further, "there are no strict time limitations for determining whether continued refilling of patent applications is a legitimate utilization of statutory provisions or an abuse of those provisions."  *Id.*  For at least U.S. Pat. Nos. 6,646,243 and 6,355,432,  Affymetrix waited until it saw Illumina's products before seeking patent claims to cover these products.  As a result, prosecution laches applies and bars Affymetrix from enforcing the patents-in-suit against Illumina.

### F. Affymetrix Is Estopped from Enforcing the Patents-in-Suit Against Illumina

91.     An issue that remains to be litigated is whether Affymetrix is barred from asserting the patents-in-suit against Illumina under the doctrine of equitable estoppel. Equitable estoppel is neither limited to a particular factual situation nor subject to resolution by simple or hard and fast rules. *A.C. Aukerman Co. v. R.L. Chaides Constr. Co.*, 960 F.2d 1020, 1041 (Fed. Cir. 1992).

92.     Three elements must be established to bar a patentee's suit by reason of equitable estoppel: (1) the patentee, through misleading conduct, leads the alleged infringer to reasonably infer that the patentee does not intend to enforce its patent against the alleged infringer ("Conduct" may include specific statements, action, inaction, or silence where there was an obligation to speak); (2) the alleged infringer relies on that conduct; and (3) due to its reliance, the alleged infringer will be materially prejudiced if the patentee is allowed to proceed with its claim. *Id*. at 1028. If an alleged infringer establishes these three elements by a preponderance of the evidence, the patentee's claim may be entirely barred. *Id*.

93.     In order for there to be equitable estoppel, "the alleged infringer must have knowledge of the patentee and its patent and must reasonably infer that the patentee acquiesced to the allegedly infringing activity for some time." *Winbond Elec. Corp. v. Int'l Trade Comm'n*, 262 F.3d 1363, 1374 (Fed. Cir. 2001).

### G. Even If Infringement Is Found, and the Patents-in-Suit Are Not Found Invalid or Unenforceable, Affymetrix's Failure To Mark Its Patented Products Limits The Period For Which It Is Entitled to Recover Damages

94.     Another issue that remains to be litigated is whether Affymetrix gave Illumina notice of its claim that Illumina's products and/or methods infringed the patents-in-suit. 35 U.S.C. § 287(a) requires patentees to provide notice of their patents rights to recover damages for infringement. Once the patentee sells patented articles, it is not entitled to damages for

infringement until it has complied with § 287(a). *American Med. Sys., Inc. v. Medical Eng'g Corp.*, 6 F.3d 1523, 1537 n. 18 (Fed. Cir. 1993). A patentee must either: (1) mark its patented products with the relevant patent number; or (2) give the alleged infringer actual notice of the alleged infringement to comply with § 287(a). *Id.* The patentee bears the burden to establish by a preponderance of the evidence that it complied with § 287(a), and the date by which its compliance occurred. *Nike, Inc. v. Wal-Mart Stores, Inc.*, 138 F.3d 1437, 1447 (Fed. Cir. 1998).

> 1.  <u>Affymetrix cannot meet its burden to prove that it complied with § 287(a)'s constructive notice provision</u>

95.    Once a patentee begins selling patented articles, it must "consistently mark[] substantially all of its patented products, and...no longer distribut[e] unmarked products" to comply with the constructive notice provision of § 287(a). *American Med. Sys.*, 6 F.3d at 1538. When a patent contains both method and apparatus claims, the patentee must mark the patented article "to the extent that there is a tangible item to mark by which notice of the asserted claims can be given." *Id*.

96.    A patentee's licensees must also mark patented articles with the relevant patent numbers. *Maxwell v. J. Baker Inc.*, 86 F.3d 1098, 1111-12 (Fed. Cir. 1996). Further, the patentee must take "reasonable efforts to ensure [the licensee's] compliance with the marking requirements." *Id*.

97.    To appropriately mark patented articles under § 287(a), the word "patent" or the abbreviation "pat." together with the number of the patent must be placed directly on the patented article. 35 U.S.C. § 287 (a). When, due to the nature of the patented article, the patentee cannot mark the article itself, the patentee may affix a label with the patent numbers to the article or the articles packaging. *Id*. However, it is generally not sufficient to comply with § 287(a) to place the patent numbers on package inserts, as opposed to the packaging itself.

*Stryker Corp. v. Intermedics Orthopedics, Inc.*, 891 F.Supp. 751, 829-30 (E.D.N.Y 1995), *aff'd* 96 F.3d 1409 (Fed. Cir. 1996); *Metrologic Instruments, Inc. v. PSC, Inc.*, No. 99-4876, 2004 WL 2851955, at * 20 (D.N.J. Dec. 13, 2004).  For instance, if the patentee includes other marking or printing on the patented article, the patent numbers should be affixed to the article itself, not the packaging.  *Rutherford v. Trim-Tex, Inc.*, 803 F.Supp. 158, 163-64 (N.D. Ill. 1992).

2.      Affymetrix cannot meet its burden to show that it complied with § 287(a)'s actual notice provision

98.      To give actual notice, the patent owner must make an "affirmative communication to the alleged infringer of a specific charge of infringement by a specific accused product or device."  *Gart v. Logitech, Inc.*, 254 F.3d 1334, 1345 (Fed. Cir. 2001).  A communication of infringement regarding one product or device is insufficient to provide actual notice of other products or devices also made, sold, or used by the accused infringer.  *See id.* at 1346-47 (notice as to defendant's TRACKMAN VISTA products did not provide notice as to related TRACKMAN MARBLE products); s*ee also Mosaid Technologies Inc. v. Samsung Electronics Co., Ltd.*, 362 F. Supp. 2d 526, 557-58 (D. N.J. 2005) (holding that naming a specific product did not give notice as to related products).  Instead, "the actual notice requirement of Section 287(a) is satisfied when the recipient is informed of the identity of the patent and the activity that is believed to be an infringement, accompanied by a proposal to abate the infringement. . . ."  *AT&T Corp. v. Microsoft Corp.*, 290 F.Supp.2d 409, 412 (S.D. N.Y. 2003) (citing *SRI Int'l v. Advanced Technology Labs.*, 127 F.3d 1462, 1470 (Fed. Cir. 1997).

99.      Whether an accused infringer had independent knowledge of the patent(s)-in-suit is irrelevant.  *AT&T Corp.*, 290 F.Supp.2d at 412.  "The correct approach to determining actual notice under [S]ection 287 must focus on the action of the patentee, not the knowledge or

understanding of the infringer."  *Id.* (citing *Amsted Indus. Inc. v. Buckeye Steel Castings Co.*, 24 F.3d 178, 187 (Fed. Cir. 1994).

### H.    Affymetrix Cannot Prove Lost Profits Damages

100.        An issue that remains to be litigated is the amount of damages owed to Affymetrix if Illumina is found to have infringed the patents in suit (which Illumina denies). Upon a finding of infringement, the patentee is entitled to "damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court."  35 U.S.C. § 284.

101.    "Damages is the amount of loss to a patentee.  A patentee may seek to recover actual damages, usually, the amount of profits actually lost, or if unable to prove actual damages, the patentee is entitled to a reasonable royalty."  *SmithKline Diagnostics, Inc. v. Helena Labs. Corp.*, 926 F.2d 1161, 1164 (Fed. Cir. 1991) (internal citations omitted).

102.    To recover lost profits, the patentee must have been selling some item, the sale and profits of which can be proven to have been lost due to infringing sales.  *Poly-America, LP. v. GSE Lining Tech., Inc.*, 383 F.3d 1303, 1311 (Fed. Cir. 2004) ("the patentee needs to have been selling some item, the profits of which have been lost due to infringing sales, in order to claim damages consisting of lost profits").

103.    Thus, to recover lost profits as opposed to royalties, a patent owner must prove a causal relation between the infringement and claimed loss of profits.  The patent owner must show that "but for" the infringement, it would have made the infringer's sales.  *BIC Leisure Prods, Inc. v. Windsurfing Int'l., Inc.*, 1 F.3d 1214, 1218 (Fed. Cir. 1993)

104.    Under the *Panduit* test*,* there are four elements required to prove lost profits: (1) a demand for the patented product; (2) the absence of an acceptable, non-infringing substitute for the patented product; (3) the patent owner's manufacturing and marketing capability to exploit

31

the demand for the patented product; and (4) the amount of profit the patent owner would have expected to make if the patent owner had made the infringer's sales. *SmithKline Diagnostics, Inc. v. Helena Labs. Corp.*, 926 F.2d 1161, 1164 (Fed. Cir. 1991)   (citing *Panduit Corp. v. Stahlin Bros. Fibre Works, Inc.*, 575 F.2d 1152, 1156 (6th Cir. 1978)).

105.    The first element of *Panduit* requires that "demand for the patentee's product and the infringer's product is interchangeable."   *Biacore, A.B. v. Thermo Bioanalysis Corp.*, 79 F. Supp. 2d 422, 469 (D. Del. 1999) (citing *BIC Leisure Prods, Inc.*, 1 F.3d at 1218 ("This factor requires, therefore, that the patent owner and the infringer sell substantially the same product.") The patentee's product must be sufficiently similar to the product that is the subject of a claimed lost sale -- in terms of price, product characteristics, and marketing channels -- to compete for the same customers, otherwise the infringing customers will not necessarily transfer their demand to the patentee's product in the absence of the infringing product.   *Comair Rotron Inc. v. Nippon Densan Corp.*, 49 F.3d 1535, 1540 (Fed. Cir. 1995) ("[I]f the products are not sufficiently similar -- in terms of price, product characteristics, and marketing channels -- to compete for the same customers, the infringing customers will not necessarily transfer their demand to the patentee's product in the absence of the infringing product.")

106.    If the patentee's and the infringer's products are not substitutes in a competitive market, *Panduit*'s first two factors do not meet the 'but for' test that is a prerequisite for lost profits.   *BIC Leisure Prods, Inc.*, 1 F.3d at 1218.   To be substitutes in the market, the patent owner and the infringer must sell products sufficiently similar to compete against each other in the same market segment.   *Id.*   To be acceptable to the infringer's customers in an elastic market, the alleged alternative "must not have a disparately higher price than or possess characteristics significantly different from, the patented product.   *Id.* at 1219.

32

107.    Damages may not be determined by mere speculation or guess.  *Oiness v. Walgreen Co.*, 88 F.3d 1025, 1030 (Fed. Cir. 1996).  Affymetrix, therefore, bears the burden of proving the amount of damages to a reasonable probability.  *Id.*

108.    For lost profits, the amount of lost profits is the difference between the patentee's pecuniary position after the infringement and what it can show with reasonable certainty its condition would have been if the infringement had not occurred.  *Grain Processing Corp. v. American Maize Prods., Co.*, 185 F.3d 1341, 1350 (Fed. Cir. 1999).  This requires sound economic proof of the nature of the market and likely outcomes with infringement factored out of the picture.  *Id.*

109.    A fair and accurate reconstruction of the 'but for' market also must take into account alternative actions the infringer foreseeably would have undertaken and the nature and value of the product that the infringer would have made had he not infringed.  *Id.* at 1350-1351.

110.    The patentee bears the burden of proving, by a preponderance of the evidence, that it had the manufacturing and marketing capacity to meet the demand that was generated by its own customers and sales plus the capacity to meet the demand generated by the sales for which it claims lost profits.  *Datascope Corp. v. SMEC, Inc.*, 879 F.2d 820, 825 (Fed. Cir. 1989).  This requires proof of factors such as an adequate distribution system and sales personnel in addition to manufacturing capacity.  *Polaroid Corp. v. Eastman Kodak Co.*, 16 USPQ2d 1481, 1491 (D. Mass. 1990).

## I.    A Reasonable Royalty As A Measure of Damages

111.    Another issue of law that remains to be litigated is the appropriate amount of damages under a reasonable royalty analysis.  "A reasonable royalty 'may be based upon an established royalty, if there is one, or if not, upon a hypothetical royalty resulting from arm's length negotiations between a willing licensor and a willing licensee.'"  *Philips Elecs. N. Am.*

33

*Corp. v. Contec Corp.*, 411 F. Supp. 2d 470,478 (D. Del. 2006); *see also Georgia-Pacific Corp.*

*v. United States Plywood Corp.*, 318 F. Supp. 1116, 1120 (S.D.N.Y. 1970).

112.    The hypothetical negotiation is assumed to have occurred on the date infringement began.  *Wang Labs., Inc. v. Toshiba Corp.*, 993 F.2d 858, 870 (Fed. Cir. 1993).

113.    A reasonable royalty is the amount that Illumina, desiring to manufacture, use or sell a patented article, as a business proposition, would be willing to pay as a royalty and yet be able to make, use or sell the patented item in the market at a reasonable profit.  *Id.*

114.    A reasonable royalty can only be applied to the infringer's sales which are found to have actually resulted in an infringement.  See 35 U.S.C. § 284; *Oak Indus., Inc. v. Zenith Elecs. Corp.*, 726 F. Supp. 1525, 1543 (N.D. Ill. 1989) (rejecting theory that royalty rate should be applied to all potentially infringing items sold; only those found to be actually infringing are appropriately taxed).

115.    Neither the "entire market value" rule nor the "convoyed sales" rule apply here in determining the sales that are subject to royalty, because, among other reasons, the parties to the hypothetical negotiation under the then-prevailing business circumstances would not have agreed to subject non-infringing conduct or sale to a royalty.  *See Georgia Pacific Corp.*, 318 F. Supp. 1116.

116.    In determining the reasonable royalty, district courts have been directed by the Federal Circuit to consider the *Georgia Pacific* factors.  *Dow Chem. Co. v. Mee Indus., Inc.*, 341 F.3d 1370, 1382 (Fed. Cir. 2003).   The *Georgia Pacific* factors include: (1) The royalties received by the patentee for the licensing of the patent in suit; (2) the rates paid by the licensee for the use of other patents comparable to the patent in suit; (3) the nature and scope of the license; (4) the licensor's established policy and marketing program to maintain his patent

monopoly; (5) the commercial relationship between the licensor and the licensee; (6) the effect of selling the patented specialty in promoting sales of other products of the licensee; the existing value of the invention to the licensor as a generator of sales of his non-patented items; and the extent of such derivative or convoyed sales; (7) the duration of the patent and the term of the license; (8) the established profitability of the product made under the patent; its commercial success; and its current popularity; (9) the utility and advantages of the patent property over the old modes and devices, if any, that had been used for working out similar results; (10) the nature of the patented invention; (11) the extent to which the infringer has made use of the invention and any evidence probative of the value of that use; (12) the portion of the profit or selling price that may be customary in the particular business or in comparable businesses to allow for the use of the invention or analogous inventions; (13) the portion of the realizable profit that should be credited to the invention as distinguished from non-patented elements, the manufacturing process, business risks, or significant features or improvements added by the infringer; (14) the opinion testimony of qualified experts; and (15) the amount that a licensor and a licensee would have agreed upon if both had been reasonably and voluntarily trying to reach an agreement. *Georgia Pacific Corp.*, 318 F. Supp. at 1120.

## J.    Prejudgment Interest

117.    Under 35 U.S.C. § 284, a successful patentee may recover damages adequate to compensate for infringement.  As the Supreme Court has stated, "§ 284 does not require an award of prejudgment interest whenever infringement is found."  *General Motors Corp. v. Devex Corp.*, 461 U.S. 648, 654 (1983).

118.    Instead, prejudgment interest should be awarded "where necessary to afford the plaintiff full compensation for infringement."  *Id*. at 656.  Under this standard, the grant or denial of prejudgment interest, the rate of such interest, and whether to award compound or simple

interest are all matters within the Court's discretion. *Bio-Rad Labs, Inc. v. Nicolet Instrument Corp.*, 807 F.2d 964, 967-69 (Fed. Cir. 1986). In exercising this discretion, the Court may limit prejudgment interest, or deny it altogether, where the patent owner unduly delays prosecuting the lawsuit and that delay results in prejudice to the defendant. *General Motors Corp.*, 461 U.S. at 656; *Crystal Semiconductors Corp. v. Tritech Microelectronics Int'l., Inc.*, 246 F.3d 1336, 1361-62 (Fed. Cir. 2001).

### K. If Infringement Is Found Illumina Did Not Willfully Infringe the Patents-in-Suit, and Enhanced Damages Should Not Be Awarded

119. Issues that remain to be litigated if Illumina is found to have infringed the patents-in-suit (which it has not) are whether Illumina's alleged infringement was willful (which it was not) and/or whether enhanced damages and/or attorneys' fees should be awarded to plaintiff (they should not be).

120. An individual has "an affirmative duty of due care to avoid infringement of the known patent rights of others." *Knorr-Bremse Systeme Fuer Nutzfahrzeuge v. Dana Corp.*, 383 F.3d 1337, 1345-46 (Fed. Cir. 2004).[3]

121. The plaintiff must prove "by clear and convincing evidence in view of the totality of the circumstances that [defendant] acted in disregard of the…patent and lacked a reasonable basis for believing it had a right to do what it did." *WMS Gaming Inc. v. International Game Tech.*, 184 F.3d 1339, 1354 (Fed. Cir. 1999); *Gustafson, Inc. v. Intersystems Indus. Prods. Inc.*, 897 F.2d 508, 510 (Fed. Cir. 1990); *Shaterproof Glass v. Libber-Owens Ford Co.*, 758 F.2d 628 (Fed. Cir. 1985). "There is no evidentiary presumption that every infringement is willful." *Norian Corp. v. Stryker Corp.*, 363 F.3d 1321, 332 (Fed. Cir. 2004). "Willful infringement is not

---

[3]    The Federal Circuit has recently agreed to examine the standard of due care *en banc*.

established by the simple fact of infringement," even where the accused has knowledge of the patents. *Id.*

122.    There is "no universal rule that to avoid willfulness, one must cease manufacture of a product immediately upon learning of a patent." *Gustafson*, 897 F.2d at 511.   Rather, "*[e]xercising* due care, a party may continue to manufacture and may present what in good faith it believes to be a legitimate defense without risk of being found *on that basis alone* a willful infringer." *Crystal Semiconductor Corp.*, 246 F.3d at 1351 (quoting *Gustafson*, 897 F.2d at 511) (emphasis in original)).   Even if an activity is later found to be infringing, this activity does not by itself establish willful infringement, especially if the party has a good faith belief in a legitimate defense. *Studiengesellschaft Kohle m.b.H. v. Dart Industries, Inc.*, 666 F.Supp. 674, 689 (D. Del. 1987), *aff'd*, 862 F.2d 1564 (Fed. Cir. 1988).   The fact that an accused infringer discovered a patent-in-suit through its own diligence suggests that the party acted reasonably, not willfully. *Braun Inc. v. Dynamics Corp. of America*, 975 F.2d 815, 823 (Fed. Cir. 1992); *Studiengesellschaft Kohle m.b.H.*, 666 F.Supp. at 689.

123.    The failure to obtain an exculpatory opinion of counsel cannot provide an adverse inference or evidentiary presumption that such as opinion would have been unfavorable. *Knorr-Bremse*, 383 F.3d at 1341-42.

124.    The Court must weigh the totality of the circumstances in determining whether any infringement was willful. *Knorr-Bremse*, 383 F.3d at 1342.   Willfulness of infringement is a finding of fact. *BIC Leisure Products, Inc.*, 1 F.3d at 1222.   The Court recently recognized in *Tenneco Auto. Operating Co. v. Visteon Corp.*, 375 F. Supp. 2d 360, 365 (D. Del. 2005), that:

> [t]he Federal Circuit has identified several factors that may be considered in determining whether infringement is willful: (1) whether the infringer deliberately copied the ideas or design of another; (2) whether the infringer, when he knew of he other's

patent protection, investigated the scope of the patent and formed a good-faith belief that it was invalid or that it was not infringed; (3) the infringer's behavior as a party to the litigation; (4) the defendant's size and financial condition; (5) closeness of the case; (6) the duration of defendant's misconduct; (7) remedial action taken by defendant; (8) defendant's motivation for harm; and (9) whether defendant attempted to conceal its misconduct. (citing *Read Corp v. Portec, Inc.*, 970 F.2d 816, 827 (Fed. Cir. 1992)).

125.    Courts typically use the Read factors to determine if a case is exceptional, therefore, whether enhanced damages, including attorney's fees, are appropriate. *See*, *e.g.*, *Metabolite Labs, Inc. v. Lab. Corp. of Am. Holdings*, 370 F.3d 1354, 1370-1371 (Fed. Cir. 2004); *Trista Technology, Inc. v. ICN Pharmaceuticals, Inc.*, 314 F. Supp. 2d 356, 360-63 (D. Del. 2004).    Under the evidence in this case, even if the jury finds Illumina infringed the patents-in-suit, such infringement was not willful and Affymetrix is not entitled to enhanced damages.

### L.    Affymetrix Is Not Entitled to a Permanent Injunction

126.    A plaintiff seeking a permanent injunction must satisfy a four factor test before a court may grant such relief. *eBay Inc. v. Mercexchange, L.L.C.*, 126 S.Ct. 1837, 1839 (2006).  A plaintiff must demonstrate: (1) that it has suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction. *Id*.

127.    A finding of infringement does not create a presumption of irreparable harm. *Paice LLC v. Toyota Motor Corp.*, No. 2:04-CV-211, 2006 WL 2385139, at *4 (E.D. Tex., Aug. 16, 2006); *z4 Technologies, Inc. v. Microsoft Corp.*, 434 F. Supp. 2d 437, 440 (E.D. Tex. 2006).

Instead, the plaintiff must meet its burden of demonstrating that it has suffered an irreparable injury.  *Id*.

128.    Infringing one's right to exclude alone is insufficient to establish that monetary damages are an inadequate remedy.  *Paice*, 2006 WL 2385139 at *5.

## M.    Illumina Is Entitled to Recover Its Attorneys' Fees

129.    A trial court may, in its discretion, award attorneys' fees in "exceptional" patent cases to the prevailing party.  See 35 U.S.C. § 285.

130.    "Exceptional cases are normally those involving bad faith litigation or those involving inequitable conduct by the patentee in procuring the patent."  *Brasseler U.S.A. I, L.P. v. Stryker Sales Corp.*, 267 F.3d 1370, 1380 (Fed. Cir. 2001).  "The prevailing party may prove exceptional case by showing: inequitable conduct before the PTO; litigation misconduct; vexatious, unjustified and otherwise bad faith litigation; a frivolous suit or willful infringement."  *Id*.

131.    In this case, the patents-in-suit were inequitably obtained, and Affymetrix has vexatiously and unjustifiably attempted to enforce these patents against Illumina.  This conduct renders this case exceptional, and Illumina, not Affymetrix, is entitled to recover its attorneys' fees.

## N.    Affymetrix Engaged in Unfair Competition

132.    To prove a violation of California's unfair competition law (the "UCL"), Illumina must prove that Affymetrix committed at least one of the following types of wrongful conduct: (1) an unlawful business act or practice; (2) an unfair business act or practice; (3) a fraudulent business act or practice; or (4) unfair, deceptive, untrue or misleading advertising.  Cal. Bus. & Prof. Code § 17200.  The UCL is disjunctive; each example of wrongful conduct operates separately from each other part.  *Cel-Tech Communications, Inc. v. Los Angeles Cellular*

*Telephone Co.*, 20 Cal.4th 163, 180 (1999).  Moreover, even a single act of wrongful conduct is prohibited by the UCL.  *Klein v. Earth Elements, Inc.*, 59 Cal.App.4th 965, 968-69 n. 3 (1997).

133.    The unlawful prong of the UCL "borrows violations from other laws making them independently actionable as unfair competitive practices."  *Korea Supply Co. v. Lockheed Martin Corp.*, 29 Cal.4th 1134, 1143 (2003).  Therefore, a business practice is unlawful under the UCL when it is "forbidden by law, be it civil or criminal, federal, state, or municipal, statutory, regulatory, or court made."  *National Rural Telecommunications Cooperative v. Directv, Inc.*, 319 F.Supp.2d 1059, 1074 (C.D. Cal. 2003)(quoting *Saunders v. Superior Court*, 27 Cal.App.4th 832, 838-39 (Cal. App. 1994)).  The federal law that can be borrowed to support a claim under the UCL includes federal antitrust law.  *See e.g.*, *Rambus, Inc. v. Infineon Tech. AG*, 304 F.Supp.2d 812, 820 (E.D. Vir. 2004) (refusing to dismiss UCL claim because plaintiff "had pleaded a legally sufficient claim under 15 U.S.C. § 2."); *Doe v. Abbott Labs.*, 04-1511, 2004 WL 3639688, at *5-6 (N.D. Cal. 2004, Oct. 21, 2004) ("If Plaintiffs have adequately plead their Sherman Act claims, section 17200 *et seq.* is triggered because the underlying unlawful activity is properly alleged.").

134.    Courts define unfair businesses practices broadly.  *National Rural Telecommunications Cooperative*, 319 F.Supp.2d at 1075.  In the case of business competitors, business practices "that threaten[] an incipient violation of an antitrust law, or violate[] the policy or spirit of one of those laws because [their] effects are comparable to or the same as a violation of the law, or otherwise significantly threatens or harms competition are forbidden" under this prong of the UCL.  *Cel-Tech Comm., Inc.*, 20 Cal.4th at 187.  A scheme to monopolize a technology market in violation of § 2 of the Sherman Act states a sufficient claim under the "unfair" prong of the UCL.  *Rambus, Inc. v. Infineon Tech. AG*, 304 F.Supp.2d at 820.

135.    A business practice is fraudulent within the meaning of the UCL if "members of the public are likely to be deceived." *Committee on Children's Television v. General Foods Corp.*, 35 Cal. 3d. 197, 211 (1983).  Unlike common law fraud, the fraudulent prong of the UCL does not require actual deception, reasonable reliance and damage.  *Daugherty v. American Honda Motor Co., Inc.*, 144 Cal.App.4th 824, 838 (2006); *Schnall v. Hertz Corp*, 78Cal.App.4th 1144, 1167 (2000).

136.    "[T]he remedies and penalties under the UCL are cumulative to other remedies and penalties." *Stop Youth Addiction, Inc. v. Lucky Stores, Inc.*, 17 Cal.4th 553, 566 (1998).  "[A] court of equity may exercise the full range of its inherent powers in order to accomplish complete justice between the parties, restoring if necessary the status quo ante as nearly as may be achieved." *People v. Sup. Ct.*, 9 Cal.3d. 282, 286 (1973).

137.    Private litigants are entitled to restitution and injunctive relief under the UCL. Cal. Bus. & Prof. Code § 17203; *ABC Int'l Traders, Inc. v. Matsushita*, 14 Cal.4th 1247, 1270-71 (1997).  Under the UCL, restitution includes "money or property that defendants took directly from plaintiff" or "money or property in which [the plaintiff] has a vested interest." *Korea Supply Co.*, 29 Cal.4th at 1146-47.

### O.    Affymetrix Intentionally Interfered With Illumina's Existing Contractual and Prospective Relations

138.    To prove that Affymetrix intentionally interfered with its existing contractual relations, Illumina must prove that: (1) Illumina had an existing contract; (2) Affymetrix knew of this contract; (3) Affymetrix intended to disrupt the performance of this contract; (4) Affymetrix's conduct prevented Illumina's performance or made Illumina's performance more expensive or difficult; (5) Illumina was harmed; and (6) Affymetrix's conduct was a substantial

factor in causing Illumina's harm.  *Quelimane Co., Inc. v. Stewart Title Guaranty Company*, 19 Cal.4th 26, 55 (1998)

139.    Intentional interference with contractual relations "does not require that the defendant's primary purpose be disruption of the contract."  *Id*. at 56.  Rather, it is sufficient if the defendant "knows that the interference is certain or substantially certain to occur as a result of his action."  *Id*.

140.    It is not necessary to show that there was an actual breach of contract.  *Pacific Gas and Electric Company v. Bear Stearns & Company*, 50 Cal.3d 1118, 1126-27 (1990). Instead, a defendant can be liable if its interference "makes enjoyment of a contract more expensive or burdensome. . . ."  *Id*.

141.    To prove that Affymetrix intentionally interfered with Illumina's prospective economic relations, Illumina must show that: (1) Illumina had an economic relationship with a probability of future economic benefit; (2) Affymetrix had knowledge of the relationship; (3) Affymetrix committed intentional, independently wrongful acts designed to disrupt the relationship; (4) actual disruption of Illumina's relationship; and (5) economic harm to Illumina proximately caused by Affymetrix.  *Korea Supply Co.*, 29 Cal.4th at 1152-54.  Conduct is independently wrongful when it is "proscribed by some constitutional, statutory, regulatory, common law, or other determinable legal standard."  *Id*. at 1159.

142.    An issue that remains to be litigated, is whether, in addition to compensatory damages, Illumina is entitled to punitive damages for Affymetrix's intentional interference.  *Robi v. Five Platters, Inc.*, 918 F.2d 1439, 1443 (9th Cir. 1990) (affirming compensatory and punitive damage awards under California law for defendant's intentional interference with contractual relations).

143.    Illumina does not need to prove the amount of damages it is entitled to with certainty.  Instead, once the plaintiff establishes that it was damaged, courts should resort "to the best evidence available and fix[] damages accordingly."  *Robi*, 918 F.2d at 1443 (citing *Hutcherson v. Alexander*, 164 Cal.App.2d 126, 135 (1968).

144.    Punitive damages are appropriate "[i]n an action for the breach of an obligation not arising from contract, where it is proven by clear and convincing evidence that the defendant has been guilty of oppression, fraud, or malice."  Cal. Civ. Code § 3294(a). In these cases, "the plaintiff, in addition to the actual damages, may recover damages for the sake of example and by way of punishing the defendant." *Id*.

145.    Conduct is malicious when the defendant intended "to cause injury to the plaintiff or [consists of] despicable conduct which is carried on by the defendant with a willful and conscious disregard of the rights or safety of others.  Cal. Civ. Code § 3294(c)(1).  Oppressive conduct "means despicable conduct that subjects a person to cruel and unjust hardship in conscious disregard of that person's rights.  Cal. Civ. Code § 3294(c)(2).  Fraudulent conduct "means an intentional misrepresentation, deceit, or concealment of a material fact known to the defendant with the intention on the part of the defendant of thereby depriving a person of property or legal rights or otherwise causing injury."  Cal. Civ. Code § 3294(c)(3).

EXHIBIT 6

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 1 | Certified US Patent No. 5,545,531 | | 08/13/1996 | copy at AVI_038924 | AVI_038938 | | | |
| 2 | Certified US Patent No. 5,795,716 | | 08/18/1998 | copy at AVI_039650 | AVI_039699 | | | |
| 3 | Certified US Patent No. 6,355,432 | | 03/12/2002 | copy at AVI_043790 | AVI_043844 | | | |
| 4 | Certified US Patent No. 6,399,365 | | 06/04/2002 | copy at AVI_044227 | AVI_044286 | | | |
| 5 | Certified US Patent No. 6,646,243 | | 11/11/2003 | copy at AVI_047056 | AVI_047106 | | | |
| 6 | File History for US Patent No. 5,545,531 | | | AVI_001864 | AVI_001984 | | | |
| 7 | File History for US Patent No. 5,795,716 | | | AVI_000001 | AVI_000429 | | | |
| 8 | File History for US Patent No. 6,355,432 | | | AVI_001341 | AVI_001863 | | | |
| 9 | File History for US Patent No. 6,399,365 | | | AVI_001051 | AVI_001340 | | | |
| 10 | File History for US Patent No. 6,646,243 | | | AVI_000731 | AVI_001985 | | | |
| 11 | Illumina BeadLab System Manual Rev. E | PX 201 | 09/02/2004 | IAFP00010319 | IAFP00011208 | | | |
| 12 | Illumina BeadArray Reader User Guide Rev. A | PX 202 | 08/18/2004 | IAFP00011520 | IAFP00011615 | | | |
| 13 | Illumina BeadStation 500X Gene Expression System Rev. B | PX 266 | 10/15/2004 | IAFP00010209 | IAFP00010268 | | | |
| 14 | Illumina Gene Expression on Sentrix Arrays Direct Hybridization System Manual - Array Matrix Rev. B | PX 271 | 11/14/2003 | IAFP00632951 | IAFP00633090 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 15 | Illumina Genotyping System Manual Rev. B | PX 603 | 00/00/2003 | IAFP00472418 | IAFP00473195 | | | |
| 16 | Illumina Infinium I Assay System Manual Rev. B | PX 605 | 11/04/2005 | IAFP00642663 | IAFP00643108 | | | |
| 17 | Illumina Infinium Assay System Manual Rev. A - Errata | PX 606 | 00/00/0000 | IAFP00643109 | IAFP00643112 | | | |
| 18 | Illumina Gene Expression on Sentrix Arrays - DASL Assay System Manual Rev. A | PX 609 | 01/26/2005 | IAFP00642477 | IAFP00642662 | | | |
| 19 | Illumina BeadStation 500G System Manual Rev. B | PX 614 | 04/04/2005 | IAFP00642129 | IAFP00642476 | | | |
| 20 | Illumina Hybridization Oven Operating Instructions Model 5420 with BeadChip Hyb Wheel | | 00/00/2004 | IAFP00010277 | IAFP00010316 | | | |
| 21 | Illumina BeadStudio X User Guide | | 08/27/2004 | IAFP00543653 | IAFP00543804 | | | |
| 22 | Illumina Sherlock 1000 Array Scanning System User Guide | | 00/00/2002 | IAFP00569671 | IAFP00569729 | | | |
| 23 | Illumina BeadLab System Site & Facility Pre-Installation Guide | | 00/00/2003 | IAFP00590786 | IAFP00590821 | | | |
| 24 | Information for Topic 3 | PX 9 | 00/00/0000 | | | | | |
| 25 | Illumina Catalog List 2004 | PX 10 | 02/21/2005 | IAFP00496472 | IAFP00496526 | | | |
| 26 | Employee Time Charged by Project | PX 14 | 00/00/2001 | IAFP00022393 | IAFP00022436 | | | |
| 27 | Employee Time Charged by Project | PX 15 | 00/00/2002 | IAFP00022437 | IAFP00022474 | | | |
| 28 | Employee Time Charged by Project | PX 16 | 00/00/2003 | IAFP00022475 | IAFP00022512 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 29 | Notebook No. 00023 Issued to Jian-Bing Fan | PX 31 | 06/21/1999 | IAFP00469703 | IAFP00469941 | | | |
| 30 | Notebook No. 00037 Issued to Jian-Bing Fan | PX 32 | 11/15/1999 | IAFP00584093 | IAFP00584290 | | | |
| 31 | Notebook No. 00065 Issued to Jian-Bing Fan | PX 33 | 04/04/2000 | IAFP00584291 | IAFP00584347 | | | |
| 32 | Email re: Target Quality Controls | PX 35 | 04/09/2002 | IAFP00556298 | IAFP00556300 | | | |
| 33 | Highly Parallel SNP Genotyping | PX 37 | 00/00/2003 | IAFP00583892 | IAFP00583901 | | | |
| 34 | BeadArray-Based Solutions for Enabling the Promise of Pharmacogenomics | PX 39 | 10/00/2005 | | | | | |
| 35 | Email re: RE: Chip Data Analysis Question | PX 43 | 04/01/1999 | IAFP00589242 | IAFP00589242 | | | |
| 36 | Email re: tag sequences | PX 44 | 04/25/2000 | IAFP00560600 | IAFP00560600 | | | |
| 37 | Email re: RE: PM over MM with Affy | PX 45 | 05/14/2002 | IAFP00556078 | IAFP00556078 | | | |
| 38 | Email re: probe selection paper from Affymetrix | PX 46 | 12/18/2003 | IAFP00555360 | IAFP00555360 | | | |
| 39 | Probe selection for high-density oligonucleotide arrays | PX 47 | 09/30/2003 | IAFP00555361 | IAFP00555366 | | | |
| 40 | Parallel Genotyping of Human SNPs Using Generic High-density Oligonucleotide Tag Arrays | PX 48 | 00/00/0000 | IAFP00558370 | IAFP00558377 | | | |
| 41 | Performance Review Self Assessment for Kevin L. Gunderson | PX 50 | 12/03/1997 | AVI_134236 | AVI_134237 | | | |
| 42 | Employee Time Charged by Project | PX 55 | 00/00/2004 | IAFP00022513 | IAFP00022566 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 43 | Notebook No. 00046 Issued to Kevin Gunderson | PX 57 | 01/19/2000 | IAFP00468538 | IAFP00468734 | | | |
| 44 | Notebook No. 00113 Issued to Kevin Gunderson | PX 58 | 10/19/2000 | IAFP00468735 | IAFP00468930 | | | |
| 45 | Grant Application for Representational analysis of DNA copy number / methylation | PX 61 | 12/02/2002 | IAFP00571878 | IAFP00571905 | | | |
| 46 | Illumina Project Eureka Concept Plan | PX 63 | 10/06/2003 | IAFP00548363 | IAFP00548376 | | | |
| 47 | Illumina PowerPoint Presentation - Infinium Assay Whole Genome Genotyping | PX 67 | 00/00/0000 | IAFP00616484 | IAFP00616518 | | | |
| 48 | Whole Genome Genotyping Update | PX 68 | 07/09/2003 | IAFP00554653 | IAFP00554663 | | | |
| 49 | Randomly-Assembled BeadArrays: Genomic and Proteomic Applications | PX 69 | 00/00/0000 | IAFP00554113 | IAFP00554187 | | | |
| 50 | Email re: FYI: Affy's genotyping algorithms | PX 71 | 01/07/2004 | IAFP00517099 | IAFP00517099 | | | |
| 51 | Email re: Annotation files for Affy HG U133P2.0 | PX 74 | 11/11/2004 | IAFP00547244 | IAFP00547244 | | | |
| 52 | List of nGenetics Inventions and Original Works of Authorship | PX 83 | 00/00/1998 | IAFP00571419 | IAFP00571419 | | | |
| 53 | Illumina PowerPoint Presentation - CyVera Transaction | PX 163 | 10/06/2004 | IAFP00590112 | IAFP00590127 | | | |
| 54 | Illumina PowerPoint Presentation - From Whole Genome to Targeted Analysis: An Integrated Platform for Genotyping and Gene Expression | PX 170 | 00/00/0000 | IAFP00546077 | IAFP00546108 | | | |
| 55 | Illumina PowerPoint Presentation - Leading Edge Sales Meeting | PX 171 | 04/00/2005 | IAFP00541260 | IAFP00541444 | | | |
| 56 | Laboratory Notebook No. 00099 issued to Francisco Garcia | PX 184 | 08/21/2000 | IAFP00626908 | IAFP00626960 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,**
**INCLUDING DESIGNATIONS OF INTERROGATORIES AND**
**ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 57 | GenCall Version | PX 185 | 00/00/0000 | IAFP00550588 | IAFP00550616 | | | |
| 58 | Illumina Signs Genotyping Services Agreement with Investigators at Boston University | PX 186 | 00/00/0000 | AVI_141814 | AVI_141814 | | | |
| 59 | Illumina Signs Genotyping Services Agreement with GlaxoSmithKline | PX 187 | 00/00/0000 | AVI_141821 | AVI_141821 | | | |
| 60 | Illumina Signs Genotyping Services Agreement with Johns Hopkins Medical University | PX 188 | 00/00/0000 | AVI_141816 | AVI_141816 | | | |
| 61 | Large-Scale SNP Genotyping on Random Arrays | PX 190 | 05/03/2002 | IAFP00610110 | IAFP00610188 | | | |
| 62 | Illumina PowerPoint Presentation - Genotyping Bead Arrays GenCall (Genotype Caller Program) | PX 191 | 11/07/2001 | IAFP00507719 | IAFP00507773 | | | |
| 63 | Illumina Atlas - Development Phase Design Verification Testing Peer Technology Review Pre-read | PX 192 | 02/04/2003 | IAFP00590053 | IAFP00590107 | | | |
| 64 | BeadStation 500G GenCall - Creating Clusters & Calling Genotypes | PX 200 | 00/00/0000 | IAFP00009250 | IAFP00009296 | | | |
| 65 | Email re: RE: Affy BeadChip misregistered image | PX 203 | 08/25/2003 | IAFP00550894 | IAFP00550894 | | | |
| 66 | Email re: LOH and arrayCGH etc | PX 204 | 07/08/2005 | IAFP00581675 | IAFP00581676 | | | |
| 67 | Email re: affy_spike_info.xls | PX 205 | 06/11/2003 | IAFP00556342 | IAFP00556346 | | | |
| 68 | Email re: The age old question… | PX 206 | 05/03/2004 | IAFP00552322 | IAFP00552326 | | | |
| 69 | Self-Assembled Random Arrays: High-performance imaging and genomics applications on a high-density microarray platform | PX 247 | 00/00/0000 | IAFP00532343 | IAFP00532353 | | | |
| 70 | Illumina PowerPoint Presentation - Mult-Sample Gene Expression: From whole genomes to focused gene sets; using fresh or fixed- | PX 267 | 00/00/0000 | IAFP00496330 | IAFP00496390 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 71 | Illumina Gene Expression Profiling - Gene Expression profiling on Multi-Array Sentrix BeadChips | PX 269 | 00/00/0000 | | | | | |
| 72 | Illumina 16/96/384 Array Matrix Concept Plan Revision 0.5 | PX 273 | 02/01/2000 | IAFP00533196 | IAFP00533205 | | | |
| 73 | Email re: RE: important - please respond | PX 288 | 03/30/2004 | IAFP00555540 | IAFP00555542 | | | |
| 74 | Illumina Systems, Products and Services Catalog 2005 | PX 296 | 10/03/2005 | IAFP00640163 | IAFP00640172 | | | |
| 75 | Decoding Randomly Ordered DNA Arrays | PX 322 | 01/29/2005 | AVI_118352 | AVI_118359 | | | |
| 76 | Email re: REVIEW new Genotyping Service Model | PX 323 | 05/14/2004 | IAFP00583557 | IAFP00583589 | | | |
| 77 | Illumina PowerPoint Presenation - An  Integrated Array Platform for Genetic Analysis | PX 335 | 00/00/0000 | IAFP00585224 | IAFP00585310 | | | |
| 78 | Email re: FW: Update on 100k chip presenation in Affymetrix Workshop | PX 341 | 04/07/2004 | IAFP00467591 | IAFP00467591 | | | |
| 79 | Affymetrix Workshop HUGO | PX 342 | 04/07/2004 | IAFP00467592 | IAFP00467592 | | | |
| 80 | Encoding methods for combinatorial chemistry | PX 385 | 00/00/1997 | AVI_201349 | AVI_201355 | | | |
| 81 | Biographical Sketch of Mark Stephen Chee | PX 400 | 00/00/0000 | IAFP00571411 | IAFP00571412 | | | |
| 82 | Large-Scale Identification, Mapping, and Genotyping of Single-Nucleotide Polymorphisms in the Human Genome | PX 401 | 05/15/1998 | AVI_003362 | AVI_003367 | | | |
| 83 | Expression monitoring by hybridization to high-density oligonucleotide arrays | PX 402 | 12/14/1996 | IAFP00005705 | IAFP00005710 | | | |
| 84 | Accessing Genetic Information with High-Density DNA Arrays | PX 403 | 10/25/1996 | AVI_002128 | AVI_002133 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 85 | E-mail re: Lend me your ears | PX 407 | 07/01/1997 | IAFP00634121 | IAFP00634124 | | | |
| 86 | Illumina Website - History | PX 412 | 00/00/0000 | AVI_141861 | AVI_141861 | | | |
| 87 | Background on Illumina | PX 413 | 00/00/0000 | IAFP00567197 | IAFP00567200 | | | |
| 88 | Illumina Business Plan Outline | PX 415 | 00/00/0000 | CHEE037630 | CHEE037662 | | | |
| 89 | Email re: directions on merit evaluations and compensation for Illumina's employees | PX 416 | 06/16/1999 | CHEE045899 | CHEE045900 | | | |
| 90 | Illumina Website - Management | PX 426 | 00/00/0000 | AVI_141862 | AVI_141866 | | | |
| 91 | Illumina Atlas - Development Phase Design Verification Testing Peer Technology Review Pre-read | PX 427 | 02/04/2003 | IAFP00639429 | IAFP00639483 | | | |
| 92 | Grant Application for Development of a Multi-State Decoding Framework | PX 429 | 04/01/2004 | IAFP00595240 | IAFP00595293 | | | |
| 93 | Phase I Grant Application for Randomly Ordered DNA Arrays for SNP Genotyping | PX 430 | 08/14/1998 | IAFP00572121 | IAFP00572147 | | | |
| 94 | Application for Continuation Grant for Randomly Ordered DNA Arrays for SNP Genotyping | PX 431 | 09/11/2000 | IAFP00572190 | IAFP00572204 | | | |
| 95 | Application for Continuation Grant for Randomly Ordered DNA Arrays for SNP Genotyping | PX 432 | 06/29/2001 | IAFP00572205 | IAFP00572215 | | | |
| 96 | Draft Grant Application | PX 434 | 00/00/0000 | CHEE046460 | CHEE046475 | | | |
| 97 | Letter re: 1 R01 HG01911-01 | PX 435 | 08/24/1998 | IAFP00639910 | IAFP00639919 | | | |
| 98 | Handwritten Notes | PX 438 | 00/00/0000 | IAFP00633299 | IAFP00633308 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,**
**INCLUDING DESIGNATIONS OF INTERROGATORIES AND**
**ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 99 | Handwritten Notes | PX 439 | 00/00/0000 | IAFP00594127 | IAFP00594140 | | | |
| 100 | Email re: Conference call with John Quackenbush | PX 443 | 01/24/2003 | IAFP00634151 | IAFP00634151 | | | |
| 101 | Email re: FW: Lockhart's talk | PX 445 | 11/01/1999 | CHEE010112 | CHEE010112 | | | |
| 102 | Email re: david lockhart offer letter - updated | PX 446 | 02/06/2000 | CHEE021824 | CHEE021824 | | | |
| 103 | Email re: imaging system | PX 447 | 06/14/1999 | CHEE045995 | CHEE045996 | | | |
| 104 | Illumina PowerPoint Presentation - High-Throughput Expression Profiling with BeadArray Technology | PX 452 | 00/00/0000 | IAFP00011676 | IAFP00011728 | | | |
| 105 | Email re: Affy Clone instructions_TM_edits.doc | PX 463 | 07/09/2003 | IAFP00556308 | IAFP00556308 | | | |
| 106 | Email re: RE: Poly(A) spike manual supplement | PX 465 | 07/09/2003 | IAFP00556497 | IAFP00556498 | | | |
| 107 | Email re: RE: Affy and Probe design | PX 466 | 02/26/2004 | IAFP00555687 | IAFP00555687 | | | |
| 108 | High-throughput SNP genotyping on universal bead arrays | PX 494 | 07/07/2004 | IAFP00532479 | IAFP00532490 | | | |
| 109 | Illumina PowerPoint Presentation - Genotyping via GenTrain / GenCall | PX 498 | 07/17/2002 | IAFP00507466 | IAFP00507523 | | | |
| 110 | Email re: affyread error | PX 500 | 04/06/2005 | IAFP00516853 | IAFP00516856 | | | |
| 111 | Email re: Thank you - LOH analysis software discussion | PX 501 | 10/07/2004 | IAFP00517082 | IAFP00517083 | | | |
| 112 | Illumina Catalog List 2003 - document produced live (live and paper copy may be offered) | PX 509 | 02/17/2006 | | | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 113 | Notice of Deposition of Illumina, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) | PX 600 | 12/22/2005 | | | | | |
| 114 | Illumina Systems, Products and Services Catalog 2005 | PX 601 | 12/01/2005 | IAFP00641957 | IAFP00641978 | | | |
| 115 | Claim Construction Memorandum Opinion | PX 675 | 08/16/2006 | | | | | |
| 116 | Notebook No. 19 Issued to William Dower | DX 123 | 01/12/1990 | AVI_138595 | AVI_138694 | | | |
| 117 | Notebook No. 20 Issued to William dower | | 06/12/1989 | AVI_138695 | AVI_138755 | | | |
| 118 | Notebook No. 31 Issued to William Dower | | 09/01/1989 | AVI_139053 | AVI_139118 | | | |
| 119 | Curriculum Vitae for Richard Patrick Rava | DX 245 | 00/00/0000 | AVI_196069 | AVI_196074 | | | |
| 120 | Design Input Requirements - Cartridge Barcode Design Input Requirements | DX 248 | 04/01/2002 | AVI_135052 | AVI_135058 | | | |
| 121 | High Capacity Substrates for DNA Probe Arrays | DX 373 | 00/00/0000 | AVI_134606 | AVI_134635 | | | |
| 122 | Claim Construction Order | DX 604 | 08/16/2006 | | | | | |
| 123 | Notebook No. 447 Issued to Mark Chee (by KK) | | 08/05/1992 | AVI_140004 | AVI_140102 | | | |
| 124 | Notebook No. 663 Issued to Mark Chee | | 07/20/1994 | AVI_140230 | AVI_140328 | | | |
| 125 | Notebook No. 77X Issued to Mark Chee | | 11/09/1993 | AVI_139404 | AVI_139502 | | | |
| 126 | Notebook No. 111X Issued to Mark Chee | | 04/04/1994 | AVI_139503 | AVI_139599 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 127 | Notebook No. 136X Issued to Mark Chee | | 07/05/1995 | AVI_139600 | AVI_139697 | | | |
| 128 | Notebook No. 196 Issued to Mark Chee | | 04/00/1995 | AVI_075559 | AVI_075659 | | | |
| 129 | Notebook No. 223 Issued to Mark Chee | | 09/00/1995 | AVI_141870 | AVI_141976 | | | |
| 130 | Notebook No. 00005 issued to Mark Chee | PX 417 | 08/00/2004 | IAFP00468305 | IAFP00468343 | | | |
| 131 | Future Medicine Company Profile - Illumina Inc. | | 00/00/2005 | AVI_212370 | AVI_212375 | | | |
| 132 | Illumina SNP Genotyping - Randomly Assembled Arrays: Applications to SNP Genotyping (Illumina Poster Presentation, 2001 | | 00/00/2001 | IAFP00508217 | IAFP00508217 | | | |
| 133 | Product & Technology Report - BeadArray Technology: Enabling an Accurate, Cost-Effective Approach to High-Throughput Genotyping | | 06/00/2002 | AVI_118599 | AVI_118603 | | | |
| 134 | Illumina Power Point Presentation - Genotyping via GenTrain / Gen Call | | 07/17/2002 | IAFP00507221 | IAFP00507278 | | | |
| 135 | Illumina Systems and Software - Illumina BeadScan 3.2 Software | | 00/00/2006 | AVI_214162 | AVI_214163 | | | |
| 136 | Illumina SNP Genotyping - GoldenGate Assay Workflow | | 00/00/2004 | IAFP00550850 | IAFP00550851 | | | |
| 137 | Settlement and Cross License Agreement between Applera Corporation and Illumina | | 08/18/2004 | IAFP00644018 | IAFP00644034 | | | |
| 138 | A genome-wide scalable SNP genotyping assay using microarray technology | | 04/17/2005 | AVI_118360 | AVI_118385 | | | |
| 139 | Genetic Variance Detection Technologies for Pharmacogenomics Chapter 10 - Whole Genome Genotyping on | | 00/00/0000 | AVI_212395 | AVI_212410 | | | |
| 140 | Illumina SNP Genotyping - Infinium Assay Workflow | | 00/00/2005 | AVI_212368 | AVI_212369 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,**
**INCLUDING DESIGNATIONS OF INTERROGATORIES AND**
**ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 141 | Illumina Web Page - Infinium Whole Genome Genotyping | | 00/00/2006 | AVI_212464 | AVI_212468 | | | |
| 142 | Curriculum Vitae of Rudy Guerra | | | | | | | |
| 143 | Research Plan | | 00/00/0000 | IAFP00639881 | IAFP00639907 | | | |
| 144 | Odyssey Program Update - Illumina Board Meeting | | 10/22/2002 | IAFP00536340 | IAFP00536355 | | | |
| 145 | Email re: RE: candidate evaluation for Jian-Bing Fan | | 04/12/1999 | CHEE031523 | CHEE031523 | | | |
| 146 | Email re: receipt of offer and letter and questions regarding getting more shares of stock | | 04/20/1999 | CHEE031522 | CHEE031522 | | | |
| 147 | Email re: RE: hapmap assays | | 04/30/2004 | IAFP00547643 | IAFP00547644 | | | |
| 148 | 1997-1998 Performance Review Assessment for Kevin L. Gunderson | | 12/02/1997 | IAFP00012001 | IAFP00012002 | | | |
| 149 | Draft Specifications | | 06/05/1999 | CHEE029664 | CHEE029667 | | | |
| 150 | Email re: Gunderson leaving Affymetrix for Illumina | | 09/22/1998 | AVI_081696 | AVI_081696 | | | |
| 151 | Illumina PowerPoint Presentation - Corporate Overview | | 03/03/2000 | IAFP00606648 | IAFP00606688 | | | |
| 152 | October 24 Offsite Action Items | | 10/00/2004 | IAFP00570858 | IAFP00570859 | | | |
| 153 | Illumina PowerPoint Presentation - Density evolution (or, how do we shrink Affy) | | 07/00/2005 | IAFP00570724 | IAFP00570733 | | | |
| 154 | Email re: RE: gene_flat_file_definition_draft053102.xls | | 06/02/2002 | IAFP00547641 | IAFP00547642 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 155 | Illumina PowerPoint Presentation - A genome-wide scalable SNP genotyping assay using microarray technology (HUGO's 10th Human | | 04/18/2005 | IAFP00516609 | IAFP00516635 | | | |
| 156 | Email re: Important please respond - list of the content on the Affy Hu133 chips? | | 03/29/2004 | IAFP00555230 | IAFP00555230 | | | |
| 157 | Genotyping with generic tag chip and signle base exptension (SBE) | | 05/18/1999 | IAFP00560581 | IAFP00560584 | | | |
| 158 | Email re: FW: Affy3000 7G info | | 07/29/2005 | IAFP00588631 | IAFP00588631 | | | |
| 159 | Email re: Mark | | 01/12/2004 | IAFP00585502 | IAFP00585503 | | | |
| 160 | Odyssey Meeting Minutes | | 00/00/0000 | IAFP00536574 | IAFP00536577 | | | |
| 161 | Illumina Acronyms | | 00/00/0000 | IAFP00480195 | IAFP00480198 | | | |
| 162 | Email re: Congratulations to Jian-Bing Fan | | 04/18/2000 | IAFP00558649 | IAFP00558649 | | | |
| 163 | Email re: RE: dynamic range of detection | | 10/04/2001 | IAFP00547607 | IAFP00547609 | | | |
| 164 | Email re: RE: Thanks again | | 11/14/2001 | IAFP00556195 | IAFP00556196 | | | |
| 165 | Bound Original of "Pioneering an Industry" | | 00/00/0000 | copy at AVI_211119 | AVI_211143 | | | |
| 166 | Photographs of Illumina Products - taken by Dan Reed at Kirkland & Ellis | | 10/14/2005 | ILPRD0001 | ILPRD0026 | | | |
| 167 | Photographs of Illumina Products - taken by Dan Reed at Kirkland & Ellis | | 12/15/2005 | ILPRD0027 | ILPRD0040 | | | |
| 168 | Journal of Medical Chemistry Perspective - Applications of Combinatorial Technologies to Drug Discovery. 1. Background and | | 04/29/1994 | IAFP00006653 | IAFP00006671 | | | |

**EXHIBIT 6**

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 169 | Journal of Medical Chemistry Perspective - Applications of Combinatorial Technologies to Drug Discovery. 2. Combinatorial Organic | | 05/13/1994 | IAFP00654288 | IAFP00654304 | | | |
| 170 | Generation and screening of an oligonucleotide-encoded synthetic peptide library | | 11/00/1993 | AVI_214157 | AVI_214161 | | | |
| 171 | Membrane Insertion Defects Caused by Positive Charges in the Early Mature Region of Protein pIII of Filamentous Phage fd Can Be | | 07/00/1994 | AVI_214136 | AVI_214145 | | | |
| 172 | BeadArray Technology: Enabling an Accurate Cost-Effective Approach to High-Throughput Genotyping | | 06/00/2002 | AVI_118599 | AVI_118603 | | | |
| 173 | Highly parallel genomic assays | | 08/00/2006 | IAFP00659359 | IAFP00659371 | | | |
| 174 | Original "Light-Directed, Spatially Addressable Parallel Chemical Synthesis" | | 02/15/1991 | copy at AVI_003210 | AVI_003216 | | | |
| 175 | Illumina PowerPoint Presentation - Pacific Growth Equities 2005 Life Sciences Growth Conference | | 06/07/2005 | IAFP00630747 | IAFP00630802 | | | |
| 176 | Illumina Gene Expression Profiling Technical Bulletin - RNA Profiling with the DASL Assay | | 00/00/2005 | AVI_212423 | AVI_212430 | | | |
| 177 | Illumina Gene Expression Profiling - Sentrix Human-6 Expression Bead Chip | | 00/00/2005 | IAFP00022571 | IAFP00022574 | | | |
| 178 | Illumina Gene Expression Profiling Technology Spotlight - DASL Assay vs. Direct Hybridization | | 00/00/2005 | AVI_212417 | AVI_212418 | | | |
| 179 | Illumina Systems & Software - Illumina BeadArray Reader | | 00/00/2003 | AVI_211610 | AVI_211611 | | | |
| 180 | Illumina Web Page - Array Assembly & Manufacturing | | 00/00/0000 | AVI_212460 | AVI_212460 | | | |
| 181 | Illumina Web Page - Technology Platform | | 00/00/0000 | AVI_212458 | AVI_212459 | | | |
| 182 | Illumina SNP Genotyping - Sentrix HumanHap300 Genotyping Beadchip | | 00/00/2006 | AVI_212433 | AVI_212436 | | | |

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 183 | Illumina Web Page - Sentrix HumanHap240S Genotyping Beadchip | | 00/00/0000 | AVI_212462 | AVI_212463 | | | |
| 184 | Illumina Gene Expression Profiling Technical Bulletin - Gene Expression Profiling with Sentrix Focused Arrays | | 00/00/2005 | AVI_212447 | AVI_212454 | | | |
| 185 | Order Construing Claims of US Patents Nos. 5,445,934, 5,744,305, 5,800,992, and 5,795,716 in Affymeetrix v. Hyseq | | 01/22/2001 | AVI_098006 | AVI_098041 | | | |
| 186 | Illumina SNP Genotyping - Sentrix Human1 Genotyping BeadChip | | 00/00/2005 | AVI_212437 | AVI_212440 | | | |
| 187 | Illumina Gene Expression Profiling - Sentrix Mouse-6 and MouseRef-8 Expression BeadChips | | 00/00/2006 | AVI_212443 | AVI_212446 | | | |
| 188 | Illumina Web Page - Sentrix Arrays | | 00/00/0000 | AVI_211603 | AVI_211603 | | | |
| 189 | Illumina Web Page - Beadscan 3.0 Data Acquisition Software for Beadarray Reader | | 00/00/0000 | AVI_212455 | AVI_212457 | | | |
| 190 | Illumina Systems & Software - BeadStation 500G Genotyping System | | 00/00/2004 | AVI_212413 | AVI_212416 | | | |
| 191 | Illumina PowerPoint Presentation - Commercial Services - Sr. Staff Update | | 06/27/2005 | IAFP00583805 | IAFP00583820 | | | |
| 192 | Illumina Web Page - Frequently Asked Questions: Genotyping Services expanded | | 00/00/2006 http://www.illumina.com/support/support_faq.ilmn | | | | | |
| 193 | Illumina Gene Expression Profiling - DASL Assay for RNA Profiling with Paraffin-Embedded Samples | | 00/00/2005 | AVI_212419 | AVI_212422 | | | |
| 194 | Cold Spring Harbor Symposia on Quantitative Biology - Highly Parallel SNP Genotyping by Fan, et al. | | 00/00/2003 | IAFP00532361 | IAFP00532370 | | | |
| 195 | A Versatile Assay for High-Throughput Gene Expression Profiling on Universal Array Matrices | | 00/00/2004 | IAFP00532371 | IAFP00532378 | | | |
| 196 | Illumina Gene Expression Profiling - Sentrix HumanRef-8 Expression BeadChip | | 00/00/2005 | IAFP00541256 | IAFP00541259 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 197 | Illumina Gene Expression Profiling Technical Bulletin - Whole-Genome Expression Analysis Using the Sentrix Human-6 and HumanRef-8 | | 00/00/2005 | IAFP00541244 | IAFP00541251 | | | |
| 198 | Notebook No. 26 Issued to Stephen Fodor | | 07/20/1989 | AVI_138964 | AVI_139052 | | | |
| 199 | Supplement to Notebook No. 26 Issued to Stephen Fodor | | 11/16/1989 | AVI_138756 | AVI_138963 | | | |
| 200 | Notebook No. 44 Issued to Stephen Fodor | | 12/21/1989 | AVI_139119 | AVI_139216 | | | |
| 201 | Notebook No. 48 Issued to Stephen Fodor | | 01/11/1990 | AVI_139217 | AVI_139318 | | | |
| 202 | Notebook No. 909 Issued to Stephen Fodor | | 09/22/1993 | AVI_140514 | AVI_140524 | | | |
| 203 | Curriculum Vitae of Kevin Struhl | | | | | | | |
| 204 | Email re: Jim Wolpert | PX 155 | 03/11/2004 | IAFP00616218 | IAFP00616218 | | | |
| 205 | Email re: Bio-ITWorld: RFID Tags | PX 252 | 01/18/2005 | IAFP00535505 | IAFP00535505 | | | |
| 206 | Email re: The Reverse Spin on Markham Decision...attaching Court Ruling Strengthens Affymetrix Patent Estate | PX 359 | 01/26/2001 | IAFP00467001 | IAFP00467003 | | | |
| 207 | Affymetrix Granted Significant Patent on Array Readers | PX 361 | 05/02/2001 | IAFP00466927 | IAFP00466927 | | | |
| 208 | Email re: Affx's patent press release | PX 378 | 04/06/2004 | IAFP00558211 | IAFP00558212 | | | |
| 209 | Email re: CEO Visit Comments | PX 444 | 08/31/1999 | CHEE023543 | CHEE023544 | | | |
| 210 | Candidate Appraisal Form for Nicky Espinosa | PX 499 | 03/15/2000 | IAFP00516121 | IAFP00516121 | | | |

**EXHIBIT 6**

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 211 | Email re: FW: Affx's patent press release | PX 526 | 04/06/2004 | IAFP00467595 | IAFP00467596 | | | |
| 212 | Curriculum Vitae of George M. Gould | | | | | | | |
| 213 | Curriculum Vitae of Matthew R. Lynde, Ph.D. | | | | | | | |
| 214 | Exhibits 1 - 17, 19 to the Expert Report of Matthew R. Lynde, Ph.D. | PX 661 | 00/00/0000 | | | | | |
| 215 | Lynde Report Exhibit 1 - Summary of Damages Analyses 2002-2007 (in thousands) | | 00/00/0000 | | | | | |
| 216 | Lynde Report Exhibit2 - Lost Sales Capacity Analysis 2002-2007 (in thousands) | | 00/00/0000 | | | | | |
| 217 | Lynde Report Exhibit 3 - Instrument Production: Illumina vs. Affymetrix 2002-2005 | | 00/00/0000 | | | | | |
| 218 | Lynde Report Exhibit 4 - Affymetrix Array Production: Incremental Capacity Analysis 2002-2005 | | 00/00/0000 | | | | | |
| 219 | Lynde Report Exhibit 5 - Illumina Revenue Summary 2002-2007 (in thousands) | | 00/00/0000 | | | | | |
| 220 | Lynde Report Exhibit 6 - Universal Array Revenue Allocation 2004-2005 (in thousands) | | 00/00/0000 | | | | | |
| 221 | Lynde Report Exhibit 7 - GoldenGate Reagent Revenue Allocation 2002-2005 (in thousands) | | 00/00/0000 | | | | | |
| 222 | Lynde Report Exhibit 8 - Illumina Revenue Comparison 2002-2005 (in thousands) | | 00/00/0000 | | | | | |
| 223 | Lynde Report Exhibit 9 - Illumina Array Revenue 2002-2007 (in thousands) | | 00/00/0000 | | | | | |
| 224 | Lynde Report Exhibit 10 - Revenue Apportionment 2002-2007 | | 00/00/0000 | | | | | |

**EXHIBIT 6**

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 225 | Lynde Report Exhibit 11 - Incremental Revenue 2002-2007 (in thousands) | | 00/00/0000 | | | | | |
| 226 | Lynde Report Exhibit 12 - Affymetrix Gross Margin 2002-2007 | | 00/00/0000 | | | | | |
| 227 | Lynde Report Exhibit 13 - Affymetrix Factors of Production 2002-2007 (in thousands) | | 00/00/0000 | | | | | |
| 228 | Lynde Report Exhibit 14 - Variable Component of SG&A 2002-2007 (in thousands) | | 00/00/0000 | | | | | |
| 229 | Lynde Report Exhibit 15 - Affymetrix Incremental Margin Analysis 2002-2007 | | 00/00/0000 | | | | | |
| 230 | Lynde Report Exhibit 16 - Affymetrix Lost Profit Damages 2002-2007 (in thousands) | | 00/00/0000 | | | | | |
| 231 | Lynde Report Exhibit 17 - Reasonable Royalty Damages 2002-2007 (in thousands) | | 00/00/0000 | | | | | |
| 232 | Lynde Report Exhibit 19 - Affymetrix Arrays: Gross Margin Analysis 2003-2006 | | 00/00/0000 | | | | | |
| 233 | License Agreement between Affymetrix, Inc. and Molecular Dynamics, Inc. | PX 369 | 11/28/1997 | AVI_145024 | AVI_145052 | | | |
| 234 | License Agreement between Affymetrix, Inc. and NEN Life Science Products, Inc. | DX 529 | 04/01/2000 | AVI_203658 | AVI_203681 | | | |
| 235 | License Agreement between Affymetrix, Inc. and MWG - Biotech AG | DX 518 | 06/01/2000 | AVI_199711 | AVI_199734 | | | |
| 236 | Amendments 1-4 to License Agreement between Affy and MWG Biotech | | 00/00/0000 | AVI_199735 | AVI_199742 | | | |
| 237 | License Agreement between Affymetrix, Inc. and Takara Shuzo | | 09/05/2000 | AVI_089526 | AVI_089550 | | | |
| 238 | First Amendment To License Agreement between Affymetrix and Takara Bio, Inc. | DX 527 | 09/28/2000 | AVI_208412 | AVI_208420 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,**
**INCLUDING DESIGNATIONS OF INTERROGATORIES AND**
**ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 239 | License Agreement between Affymetrix, Inc. and Genomic Solutions, Inc. | PX 685 | 12/28/2000 | AVI_204305 | AVI_204331 | | | |
| 240 | License Agreement between F. Hoffman-La Roche and Affymetrix | | 01/29/2003 | AVI_208202 | AVI_208241 | | | |
| 241 | Amendment 1 to License Agreement between F. Hoffman-La Roche and Affymetrix | | 12/21/2004 | AVI_208268 | AVI_208280 | | | |
| 242 | License Agreement between Affymetrix, Inc. and Spectral Genomics, Inc. | DX 235 | 09/18/2003 | AVI_089500 | AVI_089522 | | | |
| 243 | Letter re: First Amendment to the License Agreement between Affymetrix, Inc. ("Affymetrix") and Spectral Genomics, Inc. ("SGI") | | 07/15/2005 | AVI_210579 | AVI_210584 | | | |
| 244 | Diagnostic License Agreement between Affymetrix, Inc. and Spectral Genomics, Inc. | | 01/01/2004 | AVI_199743 | AVI_199762 | | | |
| 245 | Letter re: Amendment to the Diagnostic License Agreement between Affymetrix, Inc. ("Affymetrix") and Spectral | | 03/30/2005 | AVI_210571 | AVI_210572 | | | |
| 246 | Letter re: Second Amendment to the Diagnostic License Agreement between Affymetrix, Inc. ("Affymetrix") and Spectral | | 07/15/2005 | AVI_210573 | AVI_210578 | | | |
| 247 | Commercial Use License Agreement between Affymetrix, Inc. and Applera Corporation | DX 238 | 12/20/2005 | AVI_145080 | AVI_145105 | | | |
| 248 | Commercial Use License Agreement between Affymetrix, Inc. and Abbott Molecular Inc. | DX 511 | 03/30/2006 | AVI_201863 | AVI_201892 | | | |
| 249 | Commercial Use License Agreement between Affymetrix, Inc. and Invitrogen Corporation | | 04/27/2006 | AVI_208094 | AVI_208128 | | | |
| 250 | Commercial Use License Agreement between Affymetrix, Inc. and Nimblegen Systems, Inc. | PX 687 | 09/26/2006 | AVI_212475 | AVI_212503 | | | |
| 251 | Patent License Agreement between Isis Innovation Limited and Beckman Instruments, Inc. | DX 502 | 04/17/1996 | AVI_203606 | AVI_203634 | | | |
| 252 | Settlement Agreement between Oxford Gene Technology Limited, Oxford Gene Technology IP Limited, Oxford Gene Technoloy Ltd. And | DX 501 | 03/23/2001 | AVI_201356 | AVI_201377 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 253 | Agreement between Oxford Gene Technology Limited, Oxford Gene Technology IP Limited, Oxford Gene Technoly Ltd. And Edwin M. | DX 503 | 05/28/2004 | AVI_201378 | AVI_201386 | | | |
| 254 | OGT Payment Summary | DX 344 | 00/00/2002 | | | | | |
| 255 | The TR Patent Scorecard 2002 | | 05/00/2002 | AVI_211659 | AVI_211661 | | | |
| 256 | GM spreadsheets - document produced live (live and paper copy may be offered) | | 03/17/2006 | IAFP00641507A-R | IAFP00641507A-R | | | |
| 257 | The TR Patent Scorecard 2004 - Excel Workbook containing 8 industry spreadsheets | DX 608 | 00/00/2004 | AVI_212376 | AVI_212394 | | | |
| 258 | Illumina "GM" Spreadsheets - document produced live (live and paper copy may be offered) | | 03/17/2006 | IAFP00643324 | IAFP00643325 | | | |
| 259 | 2003 SalesLogArchive S.xls - document produced live (live and paper copy may be offered) | | 03/17/2006 | IAFP00643327 | IAFP00643330 | | | |
| 260 | Journal Entry Report.xls - document produced live (live and paper copy may be offered) | | 03/17/2006 | IAFP00643966 | IAFP00643966 | | | |
| 261 | 2005 Revenue Summary-PRELIM.xls - document produced live (live and paper copy may be offered) | | 03/17/2006 | IAFP00643320 | IAFP00643323 | | | |
| 262 | GM Reagents 2005 FS - March - document produced live (live and paper copy may be offered) | | 03/17/2006 | IAFP00641507 | IAFP00641507 | | | |
| 263 | Revenue Summary By Quarter | PX 507 | 00/00/2002 | IAFP00544980 | IAFP00545091 | | | |
| 264 | Tom Deposition Exhibit 508 | PX 508 | 00/00/0000 | | | | | |
| 265 | SalesSinceJan2002.xls - document produced live (live and paper copy may be offered) | PX 512 | 00/00/0000 | IAFP00643326 | IAFP00643326 | | | |
| 266 | SalesSinceJan2002.xls - document produced live (live and paper copy may be offered) | PX 513 | 00/00/0000 | IAFP00643326 | IAFP00643326 | | | |

**EXHIBIT 6**

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,**
**INCLUDING DESIGNATIONS OF INTERROGATORIES AND**
**ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 267 | SalesSinceJan2002.xls - document produced live (live and paper copy may be offered) | PX 523 | 00/00/0000 | IAFP00643326 | IAFP00643326 | | | |
| 268 | Gross Margin Instrument FS.xls file | PX 514 | 00/00/0000 | | | | | |
| 269 | GM Instruments 2004FS.xls file | PX 515 | 00/00/0000 | | | | | |
| 270 | Strategic Plan Target - originally produced as a live document and part of 5 yr pl model - document produced live (live and paper copy | PX 517 | 00/00/0000 | IAFP00643265 | IAFP00643265 | | | |
| 271 | SalesSinceJan2002.xls - document produced live (live and paper copy may be offered) | PX 525 | 00/00/0000 | IAFP00643326 | IAFP00643326 | | | |
| 272 | GM Arrays 2004 FS.xls(MAR) | PX 584 | 00/00/0000 | | | | | |
| 273 | ITEM - SYSTEM - PRODUCT Combination Reassigned to Product Categories | | 09/22/2006 | | | | | |
| 274 | Product Map Variable Guide | | 09/22/2006 | | | | | |
| 275 | ITEM - KEY Matches With Assigned Categories | | 09/22/2006 | | | | | |
| 276 | General Rules for Product Mapping | | 09/22/2006 | | | | | |
| 277 | Illumina Product Mapping Assumptions | | 09/22/2006 | | | | | |
| 278 | Illumina_Sales.pdf (382 page document) | | 09/22/2006 | | | | | |
| 279 | License Agreement between Tufts University and Illumina, Inc. | PX 347 | 05/06/1998 | IAFP00022372 | IAFP00022389 | | | |
| 280 | Amendment No. 1 to License Agreement between Tufts University and Illumina, Inc. | PX 349 | 07/22/1998 | IAFP00022390 | IAFP00022390 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,**
**INCLUDING DESIGNATIONS OF INTERROGATORIES AND**
**ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 281 | Amendment to License Agreement between Tufts University and Illumina, Inc. | PX 350 | 11/28/2001 | IAFP00022391 | IAFP00022392 | | | |
| 282 | Tufts University Sponsored Research Agreement between Illumina, Inc. and Tufts University | PX 348 | 07/22/1998 | TU000033 | TU000044 | | | |
| 283 | Amendment to Tufts University Sponsored Research Agreement between Illumina, Inc. and Trustees of Tufts College | PX 351 | 10/01/1999 | TU000046 | TU000046 | | | |
| 284 | Letter re: agreement between David K. Walt and Illumina, Inc. regarding right to purchase stock | PX 81 | 04/23/1998 | DW000815 | DW000816 | | | |
| 285 | Consulting Agreement between Illumina, Inc. and David R. Walt | PX 82 | 04/30/1998 | IAFP00022351 | IAFP00022360 | | | |
| 286 | Illumina, Inc. Restricted Stock Purchase Agreement | PX 94 | 04/30/1998 | DW000827 | DW000835 | | | |
| 287 | License Agreement between Torrey Pines Institute for Molecular Studies and Spyder Instruments, Inc. | PX 358 | 11/10/1994 | IAFP00613354 | IAFP00613369 | | | |
| 288 | Chip Sales Detail - document produced live (live and paper copy may be offered) | DX 323 | 00/00/0000 | AVI_196154 | AVI_196154 | | | |
| 289 | Instrument Sales Detail - document produced live (live and paper copy may be offered) | DX 324 | 00/00/0000 | AVI_196157 | AVI_196157 | | | |
| 290 | Part to Product Mapping - document produced live (live and paper copy may be offered) | DX 328 | 00/00/0000 | | | | | |
| 291 | Chip and Instrument Revenues and Costs Excluding Variances | DX 332 | 00/00/0000 | AVI_196156 | AVI_196156 | | | |
| 292 | Factors of Production | DX 334 | 00/00/0000 | | | | | |
| 293 | Instrument Production 2002-2005 | DX 337 | 00/00/2005 | AVI_196159 | AVI_196159 | | | |
| 294 | Historical Equivalent Chip Output and Additional Capacity Available by Quarter 2002 to 2005 | DX 339 | 00/00/2005 | | | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 295 | Historical Equivalent Chip Output and Additional Capacity Available By Quarter 2002 to 2005 | DX 600 | 00/00/2005 | AVI_208735 | AVI_208735 | | | |
| 296 | Total Demand Spreadsheet - document produced live (live and paper copy may be offered) | | 00/00/0000 | AVI_201784 | AVI_201808 | | | |
| 297 | Q1 2006 Inventory - document produced live (live and paper copy may be offered) | | 00/00/0000 | AVI_208706 | AVI_208715 | | | |
| 298 | Historical Equivalent Chip Output and Additional Capacity Available by Quarter 2002 to 2005 (Array Capacity) - document produced live | | 00/00/0000 | AVI_201538 | AVI_201538 | | | |
| 299 | Part to Product Mapping - document produced live (live and paper copy may be offered) | | 00/00/0000 | AVI_201541 | AVI_201541 | | | |
| 300 | Historical Wafer Capacity Spreadsheet - document produced live (live and paper copy may be offered) | | 00/00/2005 | AVI_201860 | AVI_201860 | | | |
| 301 | Factors of Production.xls - document produced live (live and paper copy may be offered) | | | AVI_201542 | AVI_201542 | | | |
| 302 | Affymetrix Internal Finance Package | DX 335 | 01/00/2002 | AVI_195202 | AVI_195250 | | | |
| 303 | Factors of Production - COGNOS 2003-2005.xls - document produced live (live and paper copy may be offered) | | | AVI_201548 | AVI_201548 | | | |
| 304 | Affymetrix Internal Finance Package | | 02/00/2002 | AVI_195174 | AVI_195201 | | | |
| 305 | Affymetrix Internal Finance Package | | 03/00/2002 | AVI_195126 | AVI_195173 | | | |
| 306 | Affymetrix Internal Finance Package | | 04/00/2002 | AVI_195072 | AVI_195125 | | | |
| 307 | Affymetrix Internal Finance Package | | 05/00/2002 | AVI_195017 | AVI_195071 | | | |
| 308 | Affymetrix Internal Finance Package | | 06/00/2002 | AVI_194958 | AVI_195014 | | | |

**EXHIBIT 6**

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 309 | Affymetrix Internal Finance Package | | 07/00/2002 | AVI_194900 | AVI_194957 | | | |
| 310 | Affymetrix Internal Finance Package | | 8/00/2002 | AVI_194848 | AVI_194899 | | | |
| 311 | Affymetrix Internal Finance Package | | 09/00/2002 | AVI_194792 | AVI_194847 | | | |
| 312 | Affymetrix Internal Finance Package | | 10/31/2002 | AVI_194740 | AVI_194791 | | | |
| 313 | Affymetrix Internal Finance Package | | 11/30/2002 | AVI_194688 | AVI_194739 | | | |
| 314 | Affymetrix Internal Finance Package | | 12/31/2002 | AVI_194635 | AVI_194687 | | | |
| 315 | Affymetrix Internal Finance Package | | 01/31/2003 | AVI_194585 | AVI_194634 | | | |
| 316 | Affymetrix Internal Finance Package | | 02/28/2003 | AVI_194525 | AVI_194584 | | | |
| 317 | Affymetrix Internal Finance Package | | 03/31/2003 | AVI_194467 | AVI_194524 | | | |
| 318 | Affymetrix Internal Finance Package | | 04/30/2003 | AVI_194411 | AVI_194466 | | | |
| 319 | Affymetrix Internal Finance Package | | 05/31/2003 | AVI_194355 | AVI_194410 | | | |
| 320 | Affymetrix Internal Finance Package | | 06/30/2003 | AVI_194296 | AVI_194354 | | | |
| 321 | Affymetrix Internal Finance Package | | 07/31/2003 | AVI_194236 | AVI_194295 | | | |
| 322 | Affymetrix Internal Finance Package | | 08/31/2003 | AVI_194174 | AVI_194235 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 323 | Affymetrix Internal Finance Package | | 09/30/2003 | AVI_194118 | AVI_194177 | | | |
| 324 | Affymetrix Internal Finance Package | | 10/31/2003 | AVI_194061 | AVI_194177 | | | |
| 325 | Affymetrix Internal Finance Package | | 11/30/2003 | AVI_194002 | AVI_194060 | | | |
| 326 | Affymetrix Internal Finance Package | | 12/31/2003 | AVI_193940 | AVI_194001 | | | |
| 327 | Affymetrix Internal Finance Package | | 01/31/2004 | AVI_193884 | AVI_193939 | | | |
| 328 | Affymetrix Internal Finance Package | | 02/29/2004 | AVI_193826 | AVI_193883 | | | |
| 329 | Affymetrix Internal Finance Package | | 03/31/2004 | AVI_193764 | AVI_193825 | | | |
| 330 | Affymetrix Internal Finance Package | | 04/30/2004 | AVI_193701 | AVI_193763 | | | |
| 331 | Affymetrix Internal Finance Package | | 05/31/2004 | AVI_193638 | AVI_193700 | | | |
| 332 | Affymetrix Internal Finance Package | | 06/30/2004 | AVI_193571 | AVI_193637 | | | |
| 333 | Affymetrix Internal Finance Package | | 07/31/2004 | AVI_193510 | AVI_193571 | | | |
| 334 | Affymetrix Internal Finance Package | | 08/31/2004 | AVI_193448 | AVI_193509 | | | |
| 335 | Affymetrix Internal Finance Package | | 09/30/2004 | AVI_193388 | AVI_193447 | | | |
| 336 | Affymetrix Internal Finance Package | | 10/31/2004 | AVI_193332 | AVI_193387 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 337 | Affymetrix Internal Finance Package | | 11/30/2004 | AVI_193273 | AVI_193331 | | | |
| 338 | Affymetrix Internal Finance Package | | 12/31/2004 | AVI_193208 | AVI_193272 | | | |
| 339 | Affymetrix Internal Finance Package | DX 336 | 01/31/2005 | AVI_193090 | AVI_193147 | | | |
| 340 | Affymetrix Internal Finance Package | | 02/28/2005 | AVI_193028 | AVI_193089 | | | |
| 341 | Affymetrix Internal Finance Package | | 03/31/2005 | AVI_192963 | AVI_193027 | | | |
| 342 | Affymetrix Internal Finance Package | | 04/30/2005 | AVI_192902 | AVI_192962 | | | |
| 343 | Affymetrix Internal Finance Package | | 05/31/2005 | AVI_193148 | AVI_193176 | | | |
| 344 | Affymetrix Internal Finance Package | | 06/30/2005 | AVI_192838 | AVI_192901 | | | |
| 345 | Affymetrix Internal Finance Package | | 07/31/2005 | AVI_192776 | AVI_192837 | | | |
| 346 | Affymetrix Internal Finance Package | | 08/31/2005 | AVI_192713 | AVI_192775 | | | |
| 347 | Affymetrix Internal Finance Package | | 09/30/2005 | AVI_192641 | AVI_192712 | | | |
| 348 | Affymetrix Internal Finance Package | DX 586 | 12/31/2005 | AVI_210112 | AVI_210187 | | | |
| 349 | Affymetrix Internal Finance Package | | 03/31/2006 | AVI_210188 | AVI_210255 | | | |
| 350 | Toward Genome-Wide SNP Genotyping | | 06/00/2005 | AVI_211458 | AVI_211463 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 351 | UBS Investment Research - The DNA Microarray Market | | 01/23/2006 | AVI_210588 | AVI_210651 | | | |
| 352 | Infinium - Affymetrix Inc. Not out of the woods yet | PX 689 | 03/30/2006 | AVI_210743 | AVI_210771 | | | |
| 353 | Bear Stearns US Equity Research - Affymetrix, Inc. Initiating Coverage of AFFX With an Outperform Rating and $25 Price Target | | 10/12/2006 | AVI_212799 | AVI_212823 | | | |
| 354 | Bear Stearns US Equity Research - Illumina, Inc. Initiating Coverage of ILMN with a Peer Perform Rating and $38 Price Target | | 10/12/2006 | AVI_212849 | AVI_212872 | | | |
| 355 | Pacific Growth Equities - Illumina, Inc. Transitioning research coverage with a Neutral rating: We believe positive near-term momentum is | PX 659 | 10/16/2006 | AVI_213210 | AVI_213224 | | | |
| 356 | Illumina Product Category | PX 559 | 00/00/0000 | | | | | |
| 357 | Illumina PowerPoint Presentation - Q3 Offsite Meeting | PX 238 | 00/00/0000 | IAFP00599169 | IAFP00599180 | | | |
| 358 | Whole Genome Expression Market Overview and Strategy | PX 562 | 00/00/0000 | IAFP00543950 | IAFP00543966 | | | |
| 359 | Welcome to Expression Expedition Q3 Sales Traning Meeting | PX 239 | 00/00/2004 | IAFP00543423 | IAFP00543462 | | | |
| 360 | Illumina PowerPoint Presentation - Senior Staff Offsite Meeting 500K chip discussion | PX 255 | 07/00/2004 | IAFP00570712 | IAFP00570717 | | | |
| 361 | Illumina PowerPoint Presentation - Spring Offsite Meeting | PX 371 | 00/00/0000 | IAFP00585780 | IAFP00585815 | | | |
| 362 | Illumina PowerPoint Presentation - Leading Edge Sales Meeting - Market Assessment | PX 560 | 04/00/2005 | IAFP00541086 | IAFP00541149 | | | |
| 363 | Illumina PowerPoint Presentation - Leading Edge Sales Meeting | PX 561 | 04/00/2005 | IAFP00541080 | IAFP00541151 | | | |
| 364 | Illumina PowerPoint Presentation - Production Scale Genotyping and Gene Expression Analysis Using Illumina BeadArray Technology | PX 221 | 00/00/0000 | IAFP00540682 | IAFP00540808 | | | |

**EXHIBIT 6**

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 365 | Illumina PowerPoint Presentation - UBS 2005 Global Life Science Conference | PX 143 | 09/29/2005 | IAFP00630843 | IAFP00630884 | | | |
| 366 | Illumina PowerPoint Presentation - Strategies to Combat Affymetrix 500K Selling Tactics | PX 376 | 00/00/0000 | IAFP00616713 | IAFP00616716 | | | |
| 367 | Illumina PowerPoint Presentation - Strategic Offsite Introduction | | 00/00/0000 | IAFP00586335 | IAFP00586375 | | | |
| 368 | Illumina PowerPoint Presentation - August 2002 Offsite Meeting | | 08/00/2002 | IAFP00570275 | IAFP00570290 | | | |
| 369 | Thomson StreetEvents Final Transcript - ILMN - Q4 2005 Illumina, Inc. Earnings Conference Call | | 02/01/2006 | AVI_211036 | AVI_211052 | | | |
| 370 | Thomson StreetEvents Final Transcript - ILMN - Q1 2006 Illumina, Inc. Earnings Conference Call | | 04/18/2006 | AVI_210995 | AVI_211014 | | | |
| 371 | Thomson StreetEvents Final Transcript - ILMN - Q2 2006 Illumina, Inc. Earnings Conference Call | | 07/18/2006 | AVI_211015 | AVI_211035 | | | |
| 372 | Thomson StreetEvents Final Transcript - ILMN - Q3 2006 Illumina, Inc. Earnings Conference Call | PX 656 | 10/17/2006 | AVI_212762 | AVI_212780 | | | |
| 373 | Affymetrix Website - List of Products | PX 691 | 00/00/0000 | | | | | |
| 374 | Affymetrix Announces Expanded Genomic Technologies Licensing Program | DX 233 | 04/05/2004 | AVI_132670 | AVI_132672 | | | |
| 375 | Affymetrix GeneChip® Application-Specific Fixed Assays: *http://www.affymetrix.com/products/ reagents/specific/application_specifi* | | 00/00/0000 | AVI_214146 | AVI_214148 | | | |
| 376 | Affymetrix and ParAllele Partner to Offer New Custom and Standard Genotyping Products | | 05/19/2004 | AVI_213287 | AVI_213289 | | | |
| 377 | Affymetrix Completes Acquisition of ParAllele BioScience; Companies Combine Their Innovative Technologies to Enable Advances in | | 10/24/2005 | AVI_213954 | AVI_213956 | | | |
| 378 | Affymetrix has Acquired ParAllele BioScience | | 00/00/0000 | AVI_213234 | AVI_213235 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,**
**INCLUDING DESIGNATIONS OF INTERROGATORIES AND**
**ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 379 | Perlegen Completes $100 Million Financing - Proceeds will facilitate rapid acceleration of Perlegen's genome scanning initiative | | 04/02/2001 | AVI_211577 | AVI_211579 | | | |
| 380 | Baylor College of Medicine - Affymetrix Analytical Services and Pricing *http://www.bcm.edu/mcfweb/?PMID* | | 00/00/0000 | AVI_214164 | AVI_214165 | | | |
| 381 | Affymetrix to Introduce 1 Million-SNP Product in Early 2007 and Single 500K Array before End of 2006; Affymetrix and Broad Institute | | 07/18/2006 | AVI_214154 | AVI_214156 | | | |
| 382 | Illumina Web PageUniversal Arrays *http://www.illumina.com/products/arraysreagents/universal_arrays.ilmn* | | 00/00/0000 | | | | | |
| 383 | Illumina Web Page - Custom Arrays *http://www.illumina.com/products/arraysreagents/custom_arrays.ilmn* | | 00/00/0000 | | | | | |
| 384 | Illumina Web Page - Arrays and Reagents *http://www.illumina.com/products/arraysreagents/overview.ilmn* | | 00/00/0000 | | | | | |
| 385 | Illumina Receives $1.2 Million Phase 2 Grant from National Cancer Institute to Develop Microarrays for Protein Profiling | | 03/11/2002 | | | | | |
| 386 | Illumina Receives $1.0 Million Phase 2 SBIR Grant from the National Institutes of Health to Develop Matrixed Microarrays | | 05/10/2002 | CHEE008348 | CHEE008349 | | | |
| 387 | Illumina Receives $9 Million from the National Institutes of Health for Large-Scale Genotyping of the Human Genome | | 09/30/2002 | IAFP00658931 | IAFP00658931 | | | |
| 388 | Illumina SNP Genotyping - Linkage IV Panel: http://www.illumina.com/General/pdf/LinkageIV/linkage_4_data_final2.pdf | | 00/00/2004 | | | | | |
| 389 | Illumina Receives $1.2 Million Grant from the National Institutes of Health to Continue Research on Bead-Based Proteomic Arrays | | 08/11/2004 | IAFP00503703 | IAFP00503704 | | | |
| 390 | Illumina Reports Financial results for Second Quarter 2006; Consumables and Instrument Revenue Drive 163% Growth Over Prior-Year | | 07/18/2006 | AVI_211595 | AVI_211602 | | | |
| 391 | Illumina Reports Financial Results for Third Quarter 2006 - Company Raises Financial Guidance | | 10/17/2006 | AVI_213929 | AVI_213936 | | | |
| 392 | Email re: Research Help with 7G | DX 479 | 09/17/2005 | AVI_203859 | AVI_203859 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 393 | Email re: FW: Revenue by Wafer for Greg Schiffman 10-7-05.xls | | 10/07/2005 | AVI_208458 | AVI_208459 | | | |
| 394 | Email re: RE: Illumina - Affymetrix meeting | PX 528 | 03/30/2004 | AVI_092361 | AVI_092366 | | | |
| 395 | Email re: RE: Licensing discussions - confidential | PX 529 | 05/14/2004 | AVI_092393 | AVI_092394 | | | |
| 396 | Email re: Follow-up licensing discussions - confidential | PX 530 | 05/25/2004 | AVI_092406 | AVI_092408 | | | |
| 397 | Email re: Revised term sheet - CONFIDENTIAL | DX 228 | 06/17/2004 | AVI_092423 | AVI_092427 | | | |
| 398 | Email re: Cross-licensing proposal | PX 532 | 07/08/2004 | AVI_092435 | AVI_092436 | | | |
| 399 | 10+10 Sheet: Affymetrix GT Competitive Positioning | | 00/00/0000 | IAFP00480174 | IAFP00480175 | | | |
| 400 | Email re: AFFX product shipment / revenue / cost data | PX 262 | 01/05/2002 | IAFP00610311 | IAFP00610314 | | | |
| 401 | Email re: RE: USC Deal | PX 235 | 04/02/2004 | IAFP00605391 | IAFP00605392 | | | |
| 402 | Email re: RE: Illumina Notified of Affy Lawsuit | PX 533 | 07/27/2004 | IAFP00615082 | IAFP00615083 | | | |
| 403 | Email re: RE: John Todd | PX 236 | 11/13/2004 | IAFP00601226 | IAFP00601226 | | | |
| 404 | Email re: RE: Sanger | PX 327 | 02/09/2005 | IAFP00586146 | IAFP00586147 | | | |
| 405 | switch to I | | 00/00/0000 | AVI_212848 | AVI_212848 | | | |
| 406 | JP Morgan Company Report - Affymetrix, Inc. The "Gold Standard" in DNA Arrays | | 07/24/2002 | AVI_212303 | AVI_212350 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 407 | Second Notice of Deposition of Illumina, Inc. Pursuant to Fed.R.Civ.P 30(b)(6) | PX 300 | 09/20/2005 | | | | | |
| 408 | Notice of Deposition of Illumina, Inc. Pursuant to Fed.R.Civ.P 30(b)(6) | PX 504 | 02/07/2006 | | | | | |
| 409 | Illumina PowerPoint Presentation - Cost Reduction Activities Off Site Meeting | PX 136 | 07/19/2005 | IAFP00550662 | IAFP00550676 | | | |
| 410 | Notice of Deposition of Illumina, Inc. Pursuant to Fed.R.Civ.P 30(b)(6) | PX 503 | 12/28/2005 | | | | | |
| 411 | Affymetrix Form 10-K405 Filed: March 30, 2001 (period: December 31, 2000) | | 03/30/2001 | AVI_119639 | AVI_119739 | | | |
| 412 | Affymetrix Form 10-K405 Filed: March 29, 2002 (period: December 31, 2001) | | 03/29/2002 | AVI_119740 | AVI_119852 | | | |
| 413 | Affymetrix Form 10-K Filed: March 31, 2003 (period: December 31, 2002) | | 03/31/2003 | AVI_119853 | AVI_119953 | | | |
| 414 | Affymetrix Form 10-K Filed: March 15, 2004 (period: December 31, 2003) | | 03/15/2004 | AVI_120061 | AVI_120188 | | | |
| 415 | Affymetrix Form 10-K Filed: March 16, 2005 (period: December 31, 2004) | | 03/16/2005 | AVI_120189 | AVI_120332 | | | |
| 416 | Affymetrix Form 10-K Filed: March 9, 2006 (period: December 31, 2005) | | 03/09/2006 | AVI_213606 | AVI_213753 | | | |
| 417 | Affymetrix Form 10-Q Filed: May 15, 2000 (period: March 31, 2000) | | 05/15/2000 | | | | | |
| 418 | Affymetrix Form 10-Q Filed: August 14, 2000 (period: June 30, 2000) | | 08/14/2000 | | | | | |
| 419 | Affymetrix Form 10-Q Filed: November 14, 2000 (period: September 30, 2000) | | 11/14/2000 | | | | | |
| 420 | Affymetrix Form 10-Q Filed: May 15, 2001 (period: March 31, 2001) | | 05/15/2001 | AVI_125223 | AVI_125272 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,**
**INCLUDING DESIGNATIONS OF INTERROGATORIES AND**
**ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 421 | Affymetrix Form 10-Q Filed: August 13, 2001 (period: June 30, 2001) | | 08/13/2001 | AVI_125222 | AVI_125261 | | | |
| 422 | Affymetrix Form 10-Q Filed: November 13, 2001 (period: September 30, 2001) | | 11/13/2001 | AVI_125214 | AVI_125221 | | | |
| 423 | Affymetrix Form 10-Q Filed: May 15, 2002 (period: March 31, 2002) | | 05/15/2002 | AVI_125616 | AVI_125658 | | | |
| 424 | Affymetrix Form 10-Q Filed: August 12, 2002 (period: June 30, 2002) | | 08/12/2002 | AVI_125576 | AVI_125615 | | | |
| 425 | Affymetrix Form 10-Q Filed: November 14, 2002 (period: September 30, 2002) | | 11/14/2002 | AVI_125536 | AVI_125575 | | | |
| 426 | Affymetrix Form 10-Q Filed: May 15, 2003 (period: March 31, 2003) | | 05/15/2003 | AVI_126176 | AVI_126387 | | | |
| 427 | Affymetrix Form 10-Q Filed: August 14, 2003 (period: June 30, 2003) | | 08/14/2003 | AVI_126125 | AVI_126175 | | | |
| 428 | Affymetrix Form 10-Q Filed: November 14, 2003 (period: September 30, 2003) | | 11/14/2003 | AVI_126065 | AVI_126124 | | | |
| 429 | Affymetrix Form 10-Q Filed: May 10, 2004 (period: March 31, 2004) | | 05/10/2004 | | | | | |
| 430 | Affymetrix Form 10-Q Filed: August 9, 2004 (period: June 30, 2004) | | 08/09/2004 | | | | | |
| 431 | Affymetrix Form 10-Q Filed: November 9, 2004 (period: September 30, 2004) | | 11/09/2004 | AVI_126565 | AVI_126621 | | | |
| 432 | Affymetrix Form 10-Q Filed: May 10, 2005 (period: March 31, 2005) | | 05/10/2005 | AVI_127505 | AVI_127549 | | | |
| 433 | Affymetrix Form 10-Q Filed: August 9, 2005 (period: June 30, 2005) | | 08/09/2005 | AVI_127417 | AVI_127460 | | | |
| 434 | Affymetrix Form 10-Q Filed: November 9, 2005 (period: September 30, 2005) | | 11/09/2005 | | | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 435 | Affymetrix Form 10-Q Filed: May 10, 2006 (period: March 31, 2006) | | 05/10/2006 | | | | | |
| 436 | Affymetrix Form 10-Q Filed: August 30, 2006 (period: June 30, 2006) | | 08/30/2006 | | | | | |
| 437 | Illumina Form 10-K Filed: March 29, 2001 (period: December 31, 2000) | | 03/29/2001 | AVI_211767 | AVI_211823 | | | |
| 438 | Illumina Form 10-K405 Filed: March 29, 2002 (period: December 31, 2001) | | 03/29/2002 | AVI_211714 | AVI_211766 | | | |
| 439 | Illumina Form 10-K Filed: March 27, 2003 (period: December 29, 2002) | | 03/27/2003 | AVI_211824 | AVI_211889 | | | |
| 440 | Illumina Form 10-K Filed: March 12, 2004 (period: December 28, 2003) | | 03/12/2004 | AVI_211890 | AVI_211981 | | | |
| 441 | Illumina Form 10-K Filed: March 8, 2005 (period: January 2, 2005) | | 03/08/2005 | AVI_211982 | AVI_212153 | | | |
| 442 | Illumina Form 10-K Filed: March 6, 2006 (period: January 1, 2006) | | 03/06/2006 | AVI_212154 | AVI_212256 | | | |
| 443 | Illumina Form 10-Q Filed: September 8, 2000 (period: June 30, 2000) | | 09/08/2000 | IAFP00021626 | IAFP00021650 | | | |
| 444 | Illumina Form 10-Q Filed: November 8, 2000 (period: September 30, 2000) | | 11/08/2000 | IAFP00021193 | IAFP00021216 | | | |
| 445 | Illumina Form 10-Q Filed: May 8, 2001 (period: March 31, 2001) | | 05/08/2001 | IAFP00021398 | IAFP00021428 | | | |
| 446 | Illumina Form 10-Q Filed: August 13, 2001 (period: June 30, 2001) | | 08/13/2001 | IAFP00021429 | IAFP00021462 | | | |
| 447 | Illumina Form 10-Q Filed: November 14, 2001 (period: September 30, 2001) | | 11/14/2001 | IAFP00021115 | IAFP00021153 | | | |
| 448 | Illumina Form 10-Q Filed: May 13, 2001 (period: March 31, 2002) | | 05/13/2001 | IAFP00021651 | IAFP00021740 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,**
**INCLUDING DESIGNATIONS OF INTERROGATORIES AND**
**ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 449 | Illumina Form 10-Q Filed: August 14, 2002 (period: June 30, 2002) | | 08/14/2002 | IAFP00021463 | IAFP00021495 | | | |
| 450 | Illumina Form 10-Q Filed: November 13, 2002 (period: September 29, 2002) | | 11/13/2002 | IAFP00021154 | IAFP00021192 | | | |
| 451 | Illumina Form 10-Q Filed: May 6, 2003 (period: March 30, 2003) | | 05/06/2003 | IAFP00021357 | IAFP00021397 | | | |
| 452 | Illumina Form 10-Q Filed: August 4, 2003 (period: June 29, 2003) | | 08/04/2003 | IAFP00021496 | IAFP00021539 | | | |
| 453 | Illumina Form 10-Q Filed: November 4, 2003 (period: September 28, 2003) | | 11/04/2003 | IAFP00020962 | IAFP00021007 | | | |
| 454 | Illumina Form 10-Q Filed: May 4, 2004 (period: March 28, 2004) | | 05/04/2004 | IAFP00021307 | IAFP00021356 | | | |
| 455 | Illumina Form 10-Q Filed: August 6, 2004 (period: June 27, 2004) | | 08/06/2004 | IAFP00021540 | IAFP00021625 | | | |
| 456 | Illumina Form 10-Q Filed: November 12, 2004 (period: October 3, 2004) | | 11/12/2004 | IAFP00021008 | IAFP00021101 | | | |
| 457 | Illumina Form 10-Q Filed: April 29, 2005 (period: April 4, 2005) | | 04/29/2005 | | | | | |
| 458 | Illumina Form 10-Q Filed: August 8, 2005 (period: July 3, 2005) | | 08/08/2005 | | | | | |
| 459 | Illumina Form 10-Q Filed: November 3, 2005 (period: October 2, 2005) | | 11/03/2005 | | | | | |
| 460 | Illumina Form 10-Q Filed: May 8, 2006 (period: April 2, 2006) | | 05/08/2006 | | | | | |
| 461 | Illumina Form 10-Q Filed: August 2, 2006 (period: July 2, 2006) | | 08/02/2006 | | | | | |
| 462 | Letter re: Illumina, Inc. | PX 3 | 06/03/1998 | IAFP00571399 | IAFP00571404 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 463 | Chee Employee File | PX 6 | 09/24/2004 | IAFP00571395 | IAFP00571459 | | | |
| 464 | Illumina Organizational Charts | PX 11 | 00/00/0000 | | | | | |
| 465 | Senior Staff Organizational Chart | PX 17 | 11/07/2003 | IAFP00466791 | IAFP00466791 | | | |
| 466 | Senior Staff Organizational Chart | PX 18 | 03/19/2001 | IAFP00466795 | IAFP00466795 | | | |
| 467 | Science R&D Organizational Chart | PX 19 | 02/14/2005 | IAFP00022348 | IAFP00022348 | | | |
| 468 | Science R&D Organizational Chart | PX 20 | 09/30/2003 | IAFP00466880 | IAFP00466880 | | | |
| 469 | Chemistry Organizational Chart | PX 21 | 00/00/0000 | IAFP00022567 | IAFP00022567 | | | |
| 470 | Chemistry Organizational Chart - ABI Decoding | PX 22 | 06/24/2000 | IAFP00466822 | IAFP00466822 | | | |
| 471 | Chemistry Organizational Chart | PX 23 | 11/29/2001 | IAFP00466825 | IAFP00466825 | | | |
| 472 | Genomics Organizational Chart | PX 24 | 00/00/0000 | IAFP00466831 | IAFP00466831 | | | |
| 473 | Genomics Organizational Chart - Informatics & Molecular Biology | PX 25 | 06/24/2003 | IAFP00466826 | IAFP00466829 | | | |
| 474 | Informatics 2002 Organizational Chart | PX 26 | 00/00/2002 | IAFP00466834 | IAFP00466834 | | | |
| 475 | Molecular Biology Organizational Chart | PX 27 | 00/00/0000 | IAFP00466833 | IAFP00466833 | | | |
| 476 | Engineering Organizational Chart | PX 28 | 00/00/0000 | IAFP00022568 | IAFP00022568 | | | |

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 477 | Engineering Reporting - Feb '02 Organizational Chart | PX 29 | 02/00/2002 | IAFP00466847 | IAFP00466847 | | | |
| 478 | Engineering Organizational Chart | PX 30 | 04/07/2005 | IAFP00022342 | IAFP00022342 | | | |
| 479 | Chemistry Organizational Chart | PX 161 | 06/24/2003 | IAFP00466821 | IAFP00466824 | | | |
| 480 | Bioinformatics Organizational Chart | PX 180 | 07/09/2001 | IAFP00466830 | IAFP00466830 | | | |
| 481 | Science R&D Organizational Chart | PX 182 | 06/13/2003 | IAFP00466861 | IAFP00466861 | | | |
| 482 | Engineering Organizational Chart | PX 183 | 01/10/2005 | IAFP00022336 | IAFP00022336 | | | |
| 483 | Senior Staff Organizational Chart | PX 244 | 06/24/2002 | IAFP00466794 | IAFP00466794 | | | |
| 484 | Nomination of GenTrain / GenCall Algorithms for 2002 Patent Award | PX 315 | 00/00/0000 | IAFP00508193 | IAFP00508193 | | | |
| 485 | Declaration of John R. Stuelpnagel, D.V.M. in Affymetrix v. Illumina | PX 357 | 10/25/2004 | | | | | |
| 486 | ngenetics Business Outline | PX 408 | 10/01/1997 | CHEE052196 | CHEE052214 | | | |
| 487 | eGenetics Assets | PX 410 | 00/00/0000 | CHEE037763 | CHEE037763 | | | |
| 488 | Confidential Information and Invention Assignment Agreement between Illumina, Inc. and Mark Chee | PX 411 | 06/01/1998 | IAFP00571413 | IAFP00571423 | | | |
| 489 | Molecular Biology Organizational Chart | PX 419 | 11/19/2001 | IAFP00466835 | IAFP00466835 | | | |
| 490 | Email re: hapmap application update | PX 425 | 07/29/2002 | CHEE001375 | CHEE001376 | | | |

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 491 | Illumina Employee Performance Appraisal for Bahram Kermani | PX 433 | 09/01/2000 | CHEE036090 | CHEE036093 | | | |
| 492 | Illumina Performance Review of Bahram G. Kermani by Semyon Kruglyak | PX 486 | 00/00/2001 | CHEE035251 | CHEE035256 | | | |
| 493 | Bahram Kermani Goals 4/2001 through 03/2002 | PX 487 | 00/00/2002 | CHEE035200 | CHEE035200 | | | |
| 494 | Grant Progress Report for Large-Scale Genotyping for the Haplotype map of the Human Genome | PX 491 | 09/15/2003 | IAFP00571688 | IAFP00571705 | | | |
| 495 | Assignment of Patent Application from Chee, Wang and Jevons to Affymax Technologies, N.V. | | 02/24/1995 | AVI_118798 | AVI_118804 | | | |
| 496 | Agreement for Assignment of Invention Rights from Affymax Technologies N.V. to Affymetrix, Inc. Pursuant to Affymetrix Technology | | 04/18/1996 | AVI_085993 | AVI_085994 | | | |
| 497 | Declaration and Power of Attorney from Chee, Wang, Jevons, Bernhart and Lipshutz to Norviel, Smith and Ritter | | 02/24/1995 | AVI_118791 | AVI_118792 | | | |
| 498 | Illumina, Inc. Form 424B4 | | 07/28/2000 | | | | | |
| 499 | Email re: specs | | 06/06/1999 | CHEE029668 | CHEE029668 | | | |
| 500 | Genotyping Algorithm Development Team Roster | | 00/00/0000 | IAFP00594125 | IAFP00594125 | | | |
| 501 | The final deprotection step in oligonucleotide synthesis is reduced to a mild and rapid ammonia treatment by using labile base- | PX 6 | 00/00/198 | IAFP00006014 | IAFP00006033 | | | |
| 502 | Allylic protecting groups in solid-phase DNA synthesis | PX 7 | 00/00/1988 | AVI_212511 | AVI_212512 | | | |
| 503 | Gene Synthesis Machines: DNA Chemistry and Its Uses | PX 8 | 10/18/1985 | IAFP00004121 | IAFP00004125 | | | |
| 504 | Mechanical Drawing - Gasket Dup Scan Cell | DX 8 | 00/00/0000 | AVI_137427 | AVI_137431 | | | |

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 505 | US Patent No. 5,143,854 | DX 12 | 09/01/1992 | AVI_038412 | AVI_038438 | | | |
| 506 | Affymax Invention Disclosure Form for Nucleic Acid VLSIPS Applications # 90-008 | DX 44 | 06/05/1990 | AVI_133303 | AVI_133313 | | | |
| 507 | Amendment and Reply to Office Action Pursuant to 37 CFR § 1.111 in re Application No. 10/125,530 for Arrays for Detecting Nucleic Acids | DX 155 | 01/03/2006 | AVI_145106 | AVI_145220 | | | |
| 508 | Handwritten Notes re: conference with Nussbacher, Dower, Fodor, WMS, EPC (part of larger document with bates range AVI_199906- | DX 157 | 08/06/2000 | AVI_199925 | AVI_199925 | | | |
| 509 | Letter re: invention disclosure for Sequencing of Surface Immobilized Nucleic Acids Utilizing Micro Fluorescence Detection | DX 159 | 05/14/1990 | AVI_199927 | AVI_199936 | | | |
| 510 | Invoice No. 53217 from Townsend to Affymax | DX 166 | 06/28/1990 | AVI_133250 | AVI_133302 | | | |
| 511 | License Agreement between Affymetrix, Inc. and Genospectra, Inc. | DX 234 | 05/28/2004 | AVI_098404 | AVI_098425 | | | |
| 512 | Collaboration Agreement between the Engelhardt Institute of Molecular Biology and the Affymax Research Institute | DX 367 | 07/30/1992 | AVI_201316 | AVI_201320 | | | |
| 513 | Invoice No. 62341 to Affymetrix from Smith | DX 405 | 01/30/1991 | AVI_134228 | AVI_134231 | | | |
| 514 | Declaration Under 37 C.F.R. § 1.132 in re the Patent Application 10/125,428, 10/125,460 and 10/125,530 | DX 468 | 04/19/2002 | AVI_145186 | AVI_145220 | | | |
| 515 | Curriculum Vitae of John D. Sutherland | DX 562 | 00/00/0000 | | | | | |
| 516 | Allylic protecting groups in solid-phase DNA synthesis | DX 569 | 00/00/1988 | IAFP00006034 | IAFP00006035 | | | |
| 517 | The Allylic Protection Method in Solid-Phase Oligonucleotide Synthesis. An Efficient Preparation of Solid-Anchored DNA Oligomers | DX 570 | 00/00/1990 | IAFP00006036 | IAFP00006041 | | | |
| 518 | Photosensitive Protecting Groups of Amino Sugars and Their Use in Glycoside Synthesis. 2-Nitrobenzyloxycarbonylamino and 6- | DX 571 | 00/00/1974 | IAFP00653834 | IAFP00653839 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,**
**INCLUDING DESIGNATIONS OF INTERROGATORIES AND**
**ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 519 | Photosensitive Protecting Groups | DX 572 | 00/00/1970 | IAFP00004376 | IAFP00004378 | | | |
| 520 | Photoremovable Protecting Groups in Organic Synthesis | DX 575 | 01/00/1980 | IAFP00004748 | IAFP00004774 | | | |
| 521 | Photolytic Deprotection and Activation of Functional Groups | DX 576 | 00/00/0000 | AVI_214037 | AVI_214135 | | | |
| 522 | Exhibit A to Expert Report of Dr. Hubert Köster - Curriculum Vitae of Dr. Hubert Köster | DX 600 | 00/00/0000 | | | | | |
| 523 | US Patent No. 7,073,720 | | 07/11/2006 | AVI_213992 | AVI_214003 | | | |
| 524 | US Patent No. 6,845,706 | | 01/25/2005 | AVI_213586 | AVI_213605 | | | |
| 525 | US Patent No. 7,122,157 | | 10/17/2006 | AVI_213290 | AVI_213301 | | | |
| 526 | US Patent No. 6,736,324 | | 05/18/2004 | AVI_212937 | AVI_212943 | | | |
| 527 | US Patent No. 5,639,612 | | 06/17/1997 | IAFP00644449 | IAFP00644769 | | | |
| 528 | Curriculum Vitae of Robin A. Felder, Ph.D. | | | | | | | |
| 529 | US District Court Nortern District (San Jose) Civil Docket for Case # 99-CV-21163 - Affymetrix v. Hyseq | | 10/30/2001 | | | | | |
| 530 | US District Court Nortern District (San Jose) Civil Docket for Case # 99-CV-21165 - Affymetrix v. Synteni | | 12/30/2001 | | | | | |
| 531 | Order Construing Claims of US Patents Nos. 5,445,934, 5,744,305, 5,800,992, and 5,795,716 in Affymeetrix v. Hyseq | | 01/22/2001 | AFF-HYS017028 | AFF-HYS017057 | | | |
| 532 | Instructions for using the Affymetrix Patent CD | | 00/00/0000 | | | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 533 | Initial Disclosure of Prior Art Pursuant to 16-7 in Affymetrix v. Synteni | | 02/26/1999 | | | | | |
| 534 | Initial Disclosure of Prior Art Pursuant to 16-7 in Affymetrix v. Synteni | | 06/11/1999 | | | | | |
| 535 | First Amended Answer and Counterclaim in Affymetrix v. Synteni | | 08/11/2000 | AVI_202022 | AVI_202039 | | | |
| 536 | First Amended Answer and Counterclaim in Affymetrix v. Synteni | | 08/11/2000 | AVI_202040 | AVI_202081 | | | |
| 537 | Declaration of Kricka in the United States Patent and Trademark Office in re Application of T.D. Shalon, et al. Serial No. 08/514,875 | | 10/26/1998 | | | | | |
| 538 | Decision in Brown v. Fodor Interference No. 104,358 | | 09/10/1999 | | | | | |
| 539 | Decision in Brown v. Fodor Interference No. 104,358 | | 09/10/1999 | | | | | |
| 540 | US Patent No. 3,790,492 | | 02/05/1974 | AVI_214149 | AVI_214153 | | | |
| 541 | Curriculum Vitae of Dr. Hubert Köster | | | | | | | |
| 542 | Scientia Yugoslavica | | 00/00/1990 | AVI_212616 | AVI_212723 | | | |
| 543 | US Patent Application No. 07/492,462 (The '462 Application) | | 03/07/1990 | IAFP00015227 | IAFP00015307 | | | |
| 544 | US Patent Application No. 07/624,114 (The '114 application) | | 12/06/1990 | IAFP00013538 | IAFP00013692 | | | |
| 545 | Page 52 and 77 of "Amino Acid and Peptide Synthesis" | | 00/00/0000 | AVI_213937 | AVI_213938 | | | |
| 546 | Tetrahedron Report Number 309 - Advances in the Synthesis of Oligonucleotides by the Phosphoramidite Approach | | 00/00/1992 | AVI_213756 | AVI_213844 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 547 | The Fluoren-9-ylmethoxycarbonyl Group for the Protection of Hydroxy-groups; Its Application in the Synthesis of an Octathymidylic Acid | | 00/00/1982 | AVI_214004 | AVI_214046 | | | |
| 548 | Solid Phase Synthesis of DNA Under a Non-Depurinating Condition with a Base Labile 5'-Protecting Group (Fmoc) Using | | 00/00/1987 | AVI_213939 | AVI_213941 | | | |
| 549 | The 9-Fluorenylmethyloxycarbonyl (Fmoc) Group as a 5'0 Base Labile Protecting Group in Solid Supported Oligonucleotide Synthesis | | 00/00/1987 | AVI_213900 | AVI_213902 | | | |
| 550 | The 9-Flrorenylmethyloxycabonyl Group as a 5'-OH Protection in Oligonucleotide Synthesis | | 00/00/89 | AVI_213920 | AVI_213928 | | | |
| 551 | Total Synthesis of Thienamycin Analogues. Synthesis of the Thienamycin Nucleus and *dl*-Descysteaminylthienamycin | | 12/06/1978 | AVI_212934 | AVI_212935 | | | |
| 552 | US Patent No. 4,086,254 | | 04/25/1978 | AVI_213912 | AVI_213919 | | | |
| 553 | Chemistry and Biology of beta-Lactam Antibiotics | | 00/00/1982 | AVI_213754 | AVI_213755 | | | |
| 554 | Declaration of Stephen A. Fodor in the Matter of EPO 0 619 321 | | 07/28/2003 | IAFP00006345 | IAFP00006351 | | | |
| 555 | Photochemistry of Phosphate Esters: An Efficient Method for the Generation of Eletrophiles | | 00/00/1984 | AVI_213225 | AVI_213226 | | | |
| 556 | The Photolysis of Methoxy-Substituted Benzoin Esters. A Photosensitive Protecting Group for Carboxylic Acids | | 12/29/1971 | AVI_213579 | AVI_213585 | | | |
| 557 | Inverse Phosphotriester DNA Synthesis Using Photochemically-Removable Dimethoxybenzoin Phosphate Protecting Groups | | 00/00/1996 | AVI_213957 | AVI_213964 | | | |
| 558 | P NMR Study of the Mechanism of Activation and Coupling Reactions in the Synthesis of Oligodeoxyribonucleotides by the | | 00/00/1984 | AVI_212504 | AVI_212510 | | | |
| 559 | General scheme of the phosphotriester condensation in the oligodeoxyribonucleotide synthesis with arylsulfonyl chlorides and | | 00/00/1984 | AVI_213965 | AVI_213984 | | | |
| 560 | *In situ* of bis-dialkytaminophosphines - a new method for synthesizing deoxyoligonucleotides on polymer | | 00/00/1984 | AVI_214007 | AVI_214017 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,**
**INCLUDING DESIGNATIONS OF INTERROGATORIES AND**
**ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 561 | The Efficiency of Light-Directed Synthesis of DNA Arrays on Glass Substrates | | 06/04/1997 | IAFP00005226 | IAFP00005235 | | | |
| 562 | The Effect of Spacer, Linkage and Solid Support on the Synthesis of Oligonucleotides | | 00/00/1989 | IAFP00006068 | IAFP00006083 | | | |
| 563 | Studies on Polynucleotides. XXIV. The Stepwise Synthesis of Specific Deoxyribopolynucleotides (4). Protected Derivatives of | | 12/05/1963 | AVI_213985 | AVI_213991 | | | |
| 564 | Comparison of Methods for Photochemical Phosphoramidite-Based DNA Synthesis | | 05/18/1995 | AVI_213947 | AVI_213953 | | | |
| 565 | Notebook No. DS 90002 Issued to Dennis Solas | | 05/21/1990 | AVI_077332 | AVI_077509 | | | |
| 566 | Declaration of Stephen A. Fodor in the Matter of EPO 0 619 321 | | 10/12/2000 | IAFP00006084 | IAFP00006088 | | | |
| 567 | Email re: affymetrix competitive intel group meeting | PX 73 | 11/19/2004 | IAFP00548515 | IAFP00548516 | | | |
| 568 | Email re: expression customers | PX 157 | 01/28/2003 | IAFP00555816 | IAFP00555816 | | | |
| 569 | Email re: RE: Candidate Presentation: Christian Henry | PX 158 | 03/28/2005 | IAFP00585964 | IAFP00585965 | | | |
| 570 | Email re: FW: Seminar information for 10/18/2004 | PX 175 | 10/11/2004 | IAFP00547398 | IAFP00547402 | | | |
| 571 | Email re: Draft agenda for Tuesday offsite meeting | PX 209 | 07/15/2005 | IAFP00481160 | IAFP00481162 | | | |
| 572 | Sales Organization Chart | PX 211 | 00/00/0000 | IAFP00466811 | IAFP00466811 | | | |
| 573 | Sales Organizational Chart | PX 212 | 02/02/2005 | IAFP00022347 | IAFP00022347 | | | |
| 574 | Email re: RE: affx subscription fees | PX 214 | 05/15/2003 | IAFP00566911 | IAFP00566911 | | | |

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 575 | Email re: Affy 10+10 for GT | PX 218 | 02/29/2004 | IAFP00480173 | IAFP00480173 | | | |
| 576 | Letter re: Trace Lane | PX 220 | 05/14/2003 | IAFP00012415 | IAFP00012415 | | | |
| 577 | Email re: Affy Genotyping Product Positioning | PX 222 | 04/09/2005 | IAFP00574278 | IAFP00574327 | | | |
| 578 | Email re: Affy GT Strategy and Competitive Positioning against ILMN | PX 223 | 04/10/2005 | IAFP00480265 | IAFP00480314 | | | |
| 579 | Email re: RE: Affy GT Strategy and Competitive Positioning against ILMN | PX 224 | 04/10/2005 | IAFP00549155 | IAFP00549156 | | | |
| 580 | Email re: RE: KNIH evaluation | PX 234 | 07/07/2005 | IAFP00601301 | IAFP00601304 | | | |
| 581 | Email re: Affy 500K Chip | PX 253 | 09/20/2004 | IAFP00535390 | IAFP00535392 | | | |
| 582 | Illumina, Inc. Offsite Meeting - Affy competition | PX 254 | 07/19/2005 | IAFP00535516 | IAFP00535517 | | | |
| 583 | Email re: Affy Genotyping Product Positioning | PX 278 | 04/09/2005 | IAFP00610331 | IAFP00610332 | | | |
| 584 | Affymetrix PowerPoint Presentation - Genotyping Products Positioning - DNA Analysis Product Marketing Group | PX 279 | 08/00/2004 | IAFP00610333 | IAFP00610381 | | | |
| 585 | Email re: CRUK Affy prices | PX 282 | 05/20/2005 | IAFP00610526 | IAFP00610527 | | | |
| 586 | Email re: RE: more affy info… | PX 283 | 03/17/2005 | IAFP00601985 | IAFP00601987 | | | |
| 587 | Email re: RE: Interview Jeremy Nickolenko, Gene Expression Market Manager | PX 290 | 05/26/2005 | IAFP00614064 | IAFP00614064 | | | |
| 588 | Email re: FW: Canadian diabetes project - Losing it - we need information | PX 303 | 05/23/2005 | IAFP00588670 | IAFP00588671 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 589 | 10+10 Sheet Affymetrix GT Competitive Positioning | PX 307 | 00/00/0000 | IAFP00566933 | IAFP00566935 | | | |
| 590 | 10+10 Affy/Parallele Competitive Positioning | PX 308 | 00/00/0000 | IAFP00480411 | IAFP00480414 | | | |
| 591 | Email re: RE: WGG commitments | PX 330 | 03/25/2005 | IAFP00616345 | IAFP00616349 | | | |
| 592 | Email re: RE: Mayo Clinic! | PX 370 | 12/18/2004 | IAFP00549525 | IAFP00549525 | | | |
| 593 | Email re: RE: Parallele from the Inside | PX 372 | 05/04/2004 | IAFP00615931 | IAFP00615933 | | | |
| 594 | Email re: RE: GEX vs Affy idea | PX 373 | 06/22/2005 | IAFP00588753 | IAFP00588754 | | | |
| 595 | Email re: RE: Pritzger Brain consortium | PX 377 | 11/12/2004 | IAFP00603036 | IAFP00603044 | | | |
| 596 | Letter re: Your New Employment with Illumina, Inc. | PX 384 | 04/30/2002 | IAFP00571478 | IAFP00571480 | | | |
| 597 | Email re: FW: Affy3000 7G info | PX 392 | 07/29/2005 | IAFP00610584 | IAFP00610584 | | | |
| 598 | Email re: FW: expression customers | PX 461 | 01/28/2003 | IAFP00556385 | IAFP00556385 | | | |
| 599 | Letter re: Trace Lane | DX 312 | 03/14/2003 | AVI_093271.1 | AVI_093271.4 | | | |
| 600 | Email re: RE: Affy 500K beta everywhere | | 10/15/2004 | IAFP00566974 | IAFP00566975 | | | |
| 601 | Email re: RE: Brain Consortium update FW: Follow up from Illumina | | 02/05/2005 | IAFP00567257 | IAFP00567260 | | | |
| 602 | Email re: FW: AB 1700 system | | 02/02/2004 | IAFP00481422 | IAFP00481423 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 603 | Email re: RE: Affy setup | | 06/26/2002 | IAFP00583153 | IAFP00583153 | | | |
| 604 | Email re: Draft of Offer Form and offer Letter - Dr. Fahim Amini | | 06/16/2003 | IAFP00481163 | IAFP00481163 | | | |
| 605 | United States Department of Justice, Horizontal Merger Guidelines | | 04/02/1992 | AVI_213236 | AVI_213278 | | | |
| 606 | Email re: RE: Merck | | 01/03/2005 | IAFP00601855 | IAFP00601857 | | | |
| 607 | Exhibit 1 - Reproduction of Weinstein Expert Report Exhibit 4 with Corrected Gross Margin Percentages Illumina Proposal for | | 00/00/0000 | | | | | |
| 608 | Illumina Announces Certified Service Provider Program for Genetic Analysis Services and Names First Participating | | 08/09/2006 | AVI_213227 | AVI_213228 | | | |
| 609 | Illumina Expands Services Agreement with GlaxoSmithKline to include infinium Genotyping with HumanHap550 BeadChips for Large- | | 08/02/2006 | AVI_212936 | AVI_212936 | | | |
| 610 | Illumina to Conduct Custom Genotyping for Johnson & Johnson Pharmaceutical Research & Development, L.L.C. | | 07/13/2006 | AVI_213302 | AVI_213303 | | | |
| 611 | Margin Trends.xls (live and paper copy may be offered | | | AVI_209017 | AVI_209017 | | | |
| 612 | United States Patent and Trademark Office Notice of Recordation of Assignment Document | | 08/04/1995 | AVI_214186 | AVI_214193 | | | |
| 613 | United States Patent and Trademark Office Notice of Recordation of Assignment Document | | 06/07/1995 | AVI_214166 | AVI_214170 | | | |
| 614 | United States Patent and Trademark Office Notice of Recordation of Assignment Document | | 06/02/2000 | AVI_214171 | AVI_214176 | | | |
| 615 | United States Patent and Trademark Office Notice of Recordation of Assignment Document | | 06/07/1995 | AVI_214181 | AVI_214185 | | | |
| 616 | United States Patent and Trademark Office Notice of Recordation of Assignment Document | | 03/07/1990 | AVI_214194 | AVI_214212 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 617 | Fortune - Soul of the New Gene Machines | | 05/02/2005 | AVI_214177 | AVI_214180 | | | |
| 618 | Cowen and Company - Illumina Outperform (1) Another Blow Out Quarter | | 07/19/2006 | AVI_210819 | AVI_210824 | | | |
| 619 | Leerink Swann & Company - Illumina Inc. Powerful 2Q Over Genotyping's Growth And Its Popular Arrays; Guidance Raised | | 07/19/2006 | AVI_210847 | AVI_210855 | | | |
| 620 | Baird - Illumina, Inc. (ILMN) Dominating Genotyping Performance Fuels Big Q2 Beat, Upgrading to Outperform | | 07/19/2006 | AVI_210808 | AVI_210818 | | | |
| 621 | Infinium Capital - Gene Expression Microarray Market Conference Call Highlights | | 06/15/2006 | AVI_210772 | AVI_210792 | | | |
| 622 | Deutsche Bank - Affymetrix Beaten but NOT Broken! | | 02/01/2006 | AVI_210683 | AVI_210721 | | | |
| 623 | Pacific Growth Equities - Illumina Inc. Initiating coverage with an Over Weight rating | | 09/20/2004 | AVI_210664 | AVI_210682 | | | |
| 624 | Master Label Form Part Number 900767 | | 08/25/2005 | AVI_141869 | AVI_141869 | | | |
| 625 | Consultant Services Agreement between Daniel H. Wagner Associates and Affymax Research Institute ("ARI") | | 05/03/1990 | WAG000446 | WAG000454 | | | |
| 626 | Letter re: signed original of Consultant Agreement | | 09/25/1991 | WAG000481 | WAG000486 | | | |
| 627 | Letter re: Services Agreement | | 10/23/1992 | WAG000545 | WAG000552 | | | |
| 628 | Letter re: Fax cop yof the Consultant Agreement | | 09/23/1991 | WAG000496 | WAG000503 | | | |
| 629 | Grant Application for Sequence Determination by Hybridization | | 03/12/1992 | WAG000976 | WAG001041 | | | |
| 630 | Letter re: continuation of consulting agreement | | 07/01/1992 | WAG000465 | WAG000465 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 631 | Internal Memorandum re: New Affymax Consulting Agreement | | 07/02/1992 | WAG000464 | WAG000464 | | | |
| 632 | Letter re: completion of initial peer review for grant application | | 08/26/1992 | WAG000759 | WAG000767 | | | |
| 633 | Letter re: consideration of application by National Advisory Council for Human Genome Research | | 10/08/1992 | AVI_143345 | AVI_143384 | | | |
| 634 | Signature Page | | 01/31/1995 | AVI_118804 | AVI_118804 | | | |
| 635 | Consultant Services Agreement between Mark Stephen Chee and Affymax Technologies | | 02/20/1992 | AVI_134335 | AVI_134339 | | | |
| 636 | Affymax Research Institute Confidential Information, Secrecy and Invention Agreement between Affymax and Mark Chee | | 04/28/1993 | AVI_134357 | AVI_134365 | | | |
| 637 | Letter re: Services Agreement | | 10/23/1992 | WAG000949 | WAG000956 | | | |
| 638 | Order in Civil Action No. 04-901 JJF Denying Defendant Illumina Inc.'s Motion to Dismiss Affymetrix Count 2 | | 08/16/2006 | | | | | |
| 639 | Affymetrix Bioinformatics System Package 1 | | 00/00/2000 | AVI_214213 | AVI_214214 | | | |
| 640 | Affymetrix Bioinfomatics System Package 2 | | 00/00/2000 | AVI_214241 | AVI_214242 | | | |
| 641 | Affymetrix Microarray Software Solutions | | 00/00/2000 | AVI_214239 | AVI_214240 | | | |
| 642 | GeneChip Bioinformatics Solutions | | 00/00/1999 | AVI_214247 | AVI_214248 | | | |
| 643 | Affymetrix Microarray Suite Version 4.0 | | 00/00/2000 | AVI_214233 | AVI_214234 | | | |
| 644 | Affymetrix Microarray Suite Version 5.0 | | 00/00/2002 | AVI_214237 | AVI_214238 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 645 | Affymetrix Microarray Suite Version 5.1 | | 00/00/2002 | AVI_214235 | AVI_214236 | | | |
| 646 | Affymetrix Microarray Software Solutions | | 00/00/2000 | AVI_214244 | AVI_214246 | | | |
| 647 | Software Box Wrapper | | 00/00/2002 | AVI_214231 | AVI_214232 | | | |
| 648 | Affymetrix Software Maintenance Terms and Conditions | | 00/00/2001 | AVI_214243 | AVI_214243 | | | |
| 649 | GeneChip Analysis Suite User Guide Version 3.3 | | 00/00/1999 | AVI_214229 | AVI_214230 | | | |
| 650 | Affymetrix NetAffx The Lab Users Guide~analysis_center_manual | | 00/00/2001 | AVI_050007 | AVI_050022 | | | |
| 651 | GeneChip Barley Genome Array~barley_insert | | 00/00/2003 | AVI_050107 | AVI_050108 | | | |
| 652 | GeneChip B. subtilis Genome Array~bsubtilis_insert | | 00/00/2002 | AVI_050149 | AVI_050150 | | | |
| 653 | GeneChip Canine Genome Array~canine_insert | | 00/00/2003 | AVI_050151 | AVI_050153 | | | |
| 654 | Array~GeneChip Drosophila Genome Array~celegans_drosophila_datasheet.p | | 00/00/0000 | AVI_050168 | AVI_050171 | | | |
| 655 | GeneChip CustomeExpress Advantage Arrays~cexpress_advantage_insert | | 02/02/2003 | AVI_050174 | AVI_050176 | | | |
| 656 | Corporate Standard Operating Procedure: Document Control and Maintenance | | 00/00/0000 | AVI_214225 | AVI_214230 | | | |
| 657 | Corporate Standard Operating Procedure: Document Control and Maintenance | | 00/00/0000 | AVI_214215 | AVI_214224 | | | |
| 658 | GeneChip CustomExpress Premier Arrays~cexpress_premier_insert | | 02/00/2003 | AVI_050177 | AVI_050179 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 659 | GeneChip CustomSeq Resequencing Demo Array~customdemo_insert | | 07/00/2003 | AVI_050225 | AVI_050226 | | | |
| 660 | GeneChip CustomSeq Resequencing arrays~customseq_datasheet | | 00/00/2003 | AVI_050227 | AVI_050230 | | | |
| 661 | GeneChip CustomSeq Resequencing Arrays~customseq_insert | | 11/00/2002 | AVI_050254 | AVI_050255 | | | |
| 662 | GeneChip CYP450 Assay~cyp450_datasheet | | 00/00/2001 | AVI_050363 | AVI_050364 | | | |
| 663 | Affymetrix Data Mining Tool (DMT) Version 3.0~dmt_datasheet | | 00/00/2001 | AVI_050465 | AVI_050466 | | | |
| 664 | GeneChip E. coli Antisense Genome Array~ecoli_antisense_datasheet | | 00/00/2002 | AVI_050899 | AVI_050900 | | | |
| 665 | Affymetrix GeneChip Operating Software (GCOS) Version 1.0 ~gcos_datasheet | | 00/00/2003 | AVI_052281 | AVI_052282 | | | |
| 666 | Affymetrix GeneChip Operating Software Server 1.0 (GCOS Server)~gcos_server_datasheet | | 00/00/2003 | AVI_052945 | AVI_052946 | | | |
| 667 | Affymetrix GeneChip DNA Analysis Software (GDAS) Version 2.0~gdas_datasheet | | 00/00/2003 | AVI_052947 | AVI_052950 | | | |
| 668 | GeneChip Human Genom U133A 2.0 array~hgu133a_insert | | 00/00/2003 | AVI_053292 | AVI_053294 | | | |
| 669 | GeneChip Human Genome U133 Plus 2.0 Array~hgu133_plus_insert | | 00/00/2003 | AVI_053326 | AVI_053328 | | | |
| 670 | GeneChip Human Genome U95 Set ~hgu95_datasheet | | 00/00/2001 | AVI_053329 | AVI_05330 | | | |
| 671 | GeneChip Human Genome Arrays ~human_datasheet | | 00/00/2003 | AVI_053352 | AVI_053355 | | | |
| 672 | Affymetrix Prevention Plus Instrument Service Agreement~isapp_service | | 00/00/2001 | AVI_053486 | AVI_053486 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 673 | Affymetrix Laboratory Information Management System (LIMS) 3.0~lims_datasheet | | 00/00/2001 | AVI_053489 | AVI_053490 | | | |
| 674 | GeneChip Made-to-Order Program~made_datasheet | | 00/00/2001 | AVI_054249 | AVI_054253 | | | |
| 675 | Affymetrix Microarray Suite Version 5.1~mas_datasheet | | 00/00/2002 | AVI_054258 | AVI_054259 | | | |
| 676 | Affymetrix MicroDB User's Guide~Version 3.0~microdb_manual | | 00/00/2000 | AVI_054814 | AVI_054865 | | | |
| 677 | GeneChip Mitochondrial Resequencing Array~mitochondrial_insert | | 00/00/2003 | AVI_054866 | AVI_054867 | | | |
| 678 | GeneChip Mouse Genome Arrays~mogarrays_datasheet | | 00/00/2003 | AVI_054877 | AVI_0554880 | | | |
| 679 | GeneChip Mouse Genome 430A 2.0 array~mouse430a_2_insert | | 00/00/2003 | AVI_054881 | AVI_054883 | | | |
| 680 | GeneChip Mouse Genome 430 2.0 Array~mouse430_2_insert | | 11/00/2003 | AVI_054884 | AVI_054886 | | | |
| 681 | GeneChip Mouse Expression Set 430 ~mouse430_datasheet | | 00/00/2003 | AVI_054887 | AVI_054888 | | | |
| 682 | GeneChip Mouse Expression Set 430~mouse430_insert | | 04/00/2003 | AVI_054889 | AVI_054891 | | | |
| 683 | Affymetrix NetAffx Analysis Center~netaffx_datasheet | | 00/00/2002 | AVI_054906 | AVI_054907 | | | |
| 684 | GeneChip Pseudomonas aeruginosa Genome Array~pseudomonas_datasheet | | 00/00/2003 | AVI_055077 | AVI_055078 | | | |
| 685 | GeneChip SARS Resequencing Array~sars_insert | | 07/00/2003 | AVI_055164 | AVI_055165 | | | |
| 686 | Affymetrix Assurance Software Maintenance Agreement~smaassurance_service | | 00/00/2001 | AVI_055192 | AVI_055193 | | | |

EXHIBIT 6

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 687 | Affymetrix Basic~Software Maintenance Agreement~smabasic_service | | 00/00/2001 | AVI_055194 | AVI_055195 | | | |
| 688 | Affymetrix Elite Software Maintenance Agreement~smaelite_service | | 00/00/2001 | AVI_055196 | AVI_055197 | | | |
| 689 | GeneChip Zenopus laevis Genome Array~xenopus_insert | | 12/00/2003 | AVI_055248 | AVI_055250 | | | |
| 690 | GeneChip Zebrafish Genome Array~zebrafish_insert | | 12/00/2003 | AVI_055255 | AVI_055257 | | | |
| | Response to Interrogatory No. 1 | | | | | | | |
| | Response to Interrogatory No. 2 | | | | | | | |
| | Response to Interrogatory No. 3 | | | | | | | |
| | Response to Interrogatory No. 4 | | | | | | | |
| | Response to Interrogatory No. 5 | | | | | | | |
| | Response to Interrogatory No. 7 | | | | | | | |
| | Response to Interrogatory No. 9 | | | | | | | |
| | Response to Interrogatory No. 11 | | | | | | | |
| | Response to Interrogatory No. 12 | | | | | | | |
| | Response to Interrogatory No. 16 | | | | | | | |

**EXHIBIT 6**

**AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS,
INCLUDING DESIGNATIONS OF INTERROGATORIES AND
ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| | Response to Interrogatory No. 17 | | | | | | | |
| | Response to Interrogatory No. 18 | | | | | | | |
| | Response to Interrogatory No. 19 | | | | | | | |
| | Response to Request for Admission No. 1 | | | | | | | |
| | Response to Request for Admission No. 5 | | | | | | | |
| | Response to Request for Admission No. 6 | | | | | | | |

# EXHIBIT 7

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|:---:|---|---|
| 1 | U.S. Patent No. 5,545,531 | AVI_38924-38<br>IAFP1-15 |
| 2 | U.S. Patent No. 5,545,531 File Wrapper<br>(U.S. App. No. 08/476,850) | IAFP16-136 |
| 3 | U.S. Patent No. 5,795,716 | AVI_39650-99<br>IAFP137-181 |
| 4 | U.S. Patent No. 5,795,716 File Wrapper<br>(U.S. App. No. 08/327,525) | AVI_1-429;<br>IAFP182-654 |
| 5 | U.S. Patent No. 6,355,432 | IAFP655-709 |
| 6 | U.S. Patent No. 6,355,432 File Wrapper<br>(U.S. App. No. 09/585,659) | IAFP710-1240 |
| 7 | U.S. App. No. 09/362,089 | IAFP19698-20394 |
| 8 | U.S. Patent No. 6,197,506 | AVI_41940-988 |
| 9 | U.S. Patent No. 6,197,506 File Wrapper<br>(U.S. App. No. 09/056,927) | IAFP17577-8085 |
| 10 | U.S. Patent No. 5,800,992 | IAFP653774-819 |
| 11 | U.S. Patent No. 5,800,992 File Wrapper<br>(U.S. App. No. 08/670,118) | IAFP00012006-413 |
| 12 | U.S. App. No. 08/168,904 | IAFP13528-4133 |
| 13 | U.S. App. No. 07/624,114 | IAFP16538-695 |
| 14 | U.S. Patent No. 5,143,854 | AVI_38412-38<br>IAFP655448-655487<br>IAFP658844-658883<br>IAFP594726-65<br>IAFP7295-334 |
| 15 | U.S. Patent No. 5,143,854 File Wrapper<br>(U.S. App. No. 07/492,462) | IAFP15218-699 |
| 16 | U.S. App. No. 07/362,901 | IAFP15081-217 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 17 | U.S. Patent No. 6,399,365 | IAFP1241-300 |
| 18 | U.S. Patent No. 6,399,365 File Wrapper (U.S. App. No. 09/907,196) | IAFP1301-590 |
| 19 | U.S. Patent No. 6,287,850 | AVI_42806-863 |
| 20 | U.S. Patent No. 6,287,850 File Wrapper (U.S. App. No. 09/302,052) | IAFP18823-9097 |
| 21 | U.S. Patent No. 5,945,334 | AVI_40535-92 |
| 22 | U.S. Patent No. 5,945,334 File Wrapper (U.S. App. No. 08/485,452) | IAFP16818-7161 |
| 23 | U.S. App. No. 08/255,682 | IAFP630971-1012 |
| 24 | U.S. Patent No. 6,646,243 | AVI_47056-106 |
| 25 | U.S. Patent No. 6,646,243 File Wrapper (U.S. App. No. 10/098,203) | AVI_731-1050 |
| 26 | U.S. Patent No. 6,406,957 | AVI_44396-4444 |
| 27 | U.S. Patent No. 6,406,957 File Wrapper (U.S. App. No. 09/690,191) | IAFP19388-697 |
| 28 | U.S. Patent No. 6,329,143 | AVI_43449-93 |
| 29 | U.S. Patent No. 6,329,143 File Wrapper (U.S. App. No. 09/129,470) | IAFP19098-387 |
| 30 | U.S. Patent No. 6,225,625 | AVI_42160-200 |
| 31 | U.S. Patent No. 6,225,625 File Wrapper (U.S. App. No. 08/456,598) | IAFP18086-552 |
| 32 | U.S. Patent No. 5,445,934 | IAFP653504-41 IAFP619956-93 |
| 33 | U.S. Patent No. 5,445,934 File Wrapper (U.S. App. No. 07/954,646) | IAFP15700-16007 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 34 | U.S. Patent No. 5,405,783 | IAFP655387-403 |
| 35 | U.S. Patent No. 5,405,783 File Wrapper (U.S. App. No. 07/850,356) | IAFP16008-344 |
| 36 | U.S. Patent No. 6,140,044 | IAFP655924-77 |
| 37 | U.S. Patent No. 6,140,044 File Wrapper (U.S. App. No. 08/528,173) | IAFP14134-821 |
| 38 | U.S. Patent No 5,974,164 | AVI_40661-719 |
| 39 | U.S. Patent No. 5,974,164 File Wrapper (U.S. App. No. 08/531,137) | IAFP17162-576 |
| 40 | U.S. Patent No. 6,242,180 | AVI_42375-433 |
| 41 | U.S. Patent No. 6,242,180 File Wrapper (U.S. App. No. 09/158,765) | IAFP18553-822 |
| 42 | U.S. Patent No. 6,607,887 | IAFP1591-1648 |
| 43 | U.S. Patent No. 6,607,887 File Wrapper (U.S. App. No. 09/796,071) | AVI_430-730 |
| 44 | U.S. Patent No. 6,440,667 | AVI_44896-951 |
| 45 | U.S. Patent No 6,440,667 File Wrapper | IAFP19698-20394 |
| 46 | U.S. Patent No. 6,355,431 | IAFP659099-140 |
| 47 | U.S. Patent No. 6,396,995 | IAFP659141-67 |
| 48 | U.S. Patent No. 6,429,027 | IAFP659168-86 |
| 49 | U.S. Patent No. 6,544,732 | IAFP659529-47 |
| 50 | U.S. Patent No. 6,620,584 | IAFP659187-222 |
| 51 | U.S. Patent No. 6,663,832 | |
| 52 | U.S. Patent No. 6,770,441 | IAFP659223-75 |
| 53 | U.S. Patent No. 6,812,005 | |
| 54 | U.S. Patent No. 6,846,460 | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 55 | U.S. Patent No. 6,858,394 | IAFP659276-304 |
| 56 | U.S. Patent No. 6,355,431 | |
| 57 | U.S. Patent No. 6,890,741 | |
| 58 | U.S. Patent No. 6,890,764 | |
| 59 | U.S. Patent No. 6,913,884 | |
| 60 | U.S. Patent No. 6,942,968 | IAFP659305-42 |
| 61 | U.S. Patent No. 6,998,274 | IAFP659548-65 |
| 62 | U.S. Patent No. 7,025,935 | |
| 63 | U.S. Patent No. 7,033,754 | |
| 64 | U.S. Patent No. 7,035,740 | |
| 65 | U.S. Patent No. 7,040,959 | |
| 66 | U.S. Patent No. 7,060,431 | |
| 67 | U.S. Patent No. 7,092,160 | |
| 68 | U.S. Patent No. 7,106,513 | |
| 69 | U.S. App. No. 2002/177,141A1 | AVI_135253-296 |
| 70 | U.S. App. No. 2002/187,515A1 | |
| 71 | U.S. App. No. 2003/003,490A1 | |
| 72 | U.S. App. No. 2003/175,773A1 | |
| 73 | U.S. App. No. 2003/198,573A1 | |
| 74 | U.S. App. No. 2004/185,482A1 | |
| 75 | U.S. App. No. 2004/185,483A1 | |
| 76 | U.S. App. No. 2004/224,352A1 | |
| 77 | U.S. App. No. 2004/224,353A1 | |
| 78 | U.S. App. No. 2004/259,100A1 | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|:---:|:---|:---:|
| 79 | U.S. App. No. 2004/259,106A1 | |
| 80 | U.S. App. No. 2005/037,393A1 | |
| 81 | U.S. App. No. 2005/053,980A1 | |
| 82 | U.S. App. No. 2005/059,048A1 | |
| 83 | U.S. App. No. 2005/164,246A1 | |
| 84 | U.S. App. No. 2005/181,394A1 | |
| 85 | U.S. App. No. 2005/181,440A1 | |
| 86 | U.S. App. No. 2005/191,698A1 | |
| 87 | U.S. App. No. 2005/216,207A1 | |
| 88 | U.S. App. No. 2005/244,870A1 | |
| 89 | U.S. App. No. 2005/266,432A1 | |
| 90 | U.S. App. No. 2006/0192,58A1 | |
| 91 | U.S. App. No. 2006/057,729A1 | |
| 92 | U.S. App. No. 2006/118,630A1 | |
| 93 | U.S. App. No. 2006/119,913A1 | |
| 94 | U.S. App. No. 2006/132,877A1 | |
| 95 | U.S. App. No. 2006/134,324A1 | |
| 96 | U.S. App. No. 2006/134,650A1 | |
| 97 | U.S. App. No. 2006/139,635A1 | |
| 98 | U.S. App. No. 2006/209,309A1 | |
| 99 | U.S. App. No. 2006/216,721A1 | |
| 100 | U.S. App. No. 2006/224,529A1 | |
| 101 | U.S. App. No. 2006/275,782A1 | |
| 102 | U.S. Patent No. 7,125,674 | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 103 | U.S. Patent No. 3,825,410 (Bagshawe) | IAFP655107-18 |
| 104 | U.S. Patent No. 4,031,197 (Marinkovich) | IAFP655119-26 |
| 105 | U.S. Patent No. 4,039,288 (Moran) | IAFP655127-35 |
| 106 | U.S. Patent No. 4,046,750 (Rembaum) | IAFP656028-36 |
| 107 | U.S. Patent No. 4,145,406 (Schick) | IAFP655136-52 |
| 108 | U.S. Patent No. 4,159,875 (Hauser) | IAFP655153-57 |
| 109 | U.S. Patent No. 4,225,410 (Pace) | IAFP656037-53 |
| 110 | U.S. Patent No. 4,258,001 (Pierce) | |
| 111 | U.S. Patent No. 4,259,223 (Rembaum) | IAFP656054-61 |
| 112 | U.S. Patent No. 4,267,234 (Rembaum) | IAFP656062-77 |
| 113 | U.S. Patent No. 4,427,415 (Cleveland) | IAFP655158-64 |
| 114 | U.S. Patent No. 4,430,299 (Horne) | IAFP655165-81 |
| 115 | U.S. Patent No. 4,542,102 (Duttagupta) | IAFP655182-87 |
| 116 | U.S. Patent No. 4,595,562 (Liston) | IAFP655188-204 |
| 117 | U.S. Patent No. 4,608,231 (Witty) | IAFP655205-11 |
| 118 | U.S. Patent No. 4,675,299 (Witty) | IAFP655212-21 |
| 119 | U.S. Patent No. 4,676,951 (Armes) | IAFP655222-46 |
| 120 | U.S. Patent No. 4,678,894 (Shafer) | IAFP655247-65 |
| 121 | U.S. Patent No. 4,713,326 (Dattagupta) | IAFP658884-90 |
| 122 | U.S. Patent No. 4,719,087 (Hanaway) | IAFP655266-88 |
| 123 | U.S. Patent No. 4,719,615 (Feyrer) | IAFP655289-301 |
| 124 | U.S. Patent No. 4,797,355 (Stabinsky) | IAFP655302-07 |
| 125 | U.S. Patent No. 4,798,706 (Brigati) | IAFP656078-86 |
| 126 | U.S. Patent No. 4,829,010 (Chang) | IAFP656087-92 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 127 | U.S. Patent No. 4,837,168 (de Jaeger) | IAFP656093-106 |
| 128 | U.S. Patent No. 4,877,965 (Dandliker) | IAFP655308-30 |
| 129 | U.S. Patent No. 4,889,427 (Van Veen) | IAFP655331-43 |
| 130 | U.S. Patent No. 4,933,147 (Hollar) | IAFP655344-55 |
| 131 | U.S. Patent No. 4, 981,783 (Augenlicht) | IAFP655387-403 |
| 132 | U.S. Patent No. 4,997,278 (Finlan) | IAFP655404-12 |
| 133 | U.S. Patent No. 5,028,545 (Soini) | IAFP655413-18 |
| 134 | U.S. Patent No. 4,963,815 (Hafeman) | IAFP655356-86 |
| 135 | U.S. Patent No. 5,035,863 (Finlan) | IAFP655419-32 |
| 136 | U.S. Patent No. 5,047,633 (Finlan) | IAFP655433-47 |
| 137 | U.S. Patent No. 5,112,736 (Caldwell) | IAFP653421-33 |
| 138 | U.S. Patent No. 5,156,810 (Ribi) | IAFP655488-500 |
| 139 | U.S. Patent No. 5,171,534 (Smith) | IAFP655501-14 |
| 140 | U.S. Patent No. 5,173,260 (Zander) | IAFP655515-19 |
| 141 | U.S. Patent No. 5,173,747 (Boiarski) | IAFP655520-32 |
| 142 | U.S. Patent No. 5,196,305 (Findlay) | IAFP653434-45 |
| 143 | U.S. Patent No. 5,215,889 (Schultz) | IAFP658039-79 |
| 144 | U.S. Patent No. 5,219,763 (Van Hoegaerden) | IAFP655533-44 |
| 145 | U.S. Patent No. 5,229,297 (Schnipelsky) | IAFP655545-67 |
| 146 | U.S. Patent No. 5,266,498 (Tarcha) | IAFP655568-85 |
| 147 | U.S. Patent No. 5,252,743 (Barrett) | IAFP658080-104 |
| 148 | U.S. Patent No. 5,270,006 (Uchigaki) | IAFP655586-99 |
| 149 | U.S. Patent No. 5,288,514 (Ellman) | IAFP653446-70 |
| 150 | U.S. Patent No. 5,310,469 (Cunningham) | IAFP655600-15 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 151 | U.S. Patent No. 5,320,808 (Holen) | IAFP655616-51 |
| 152 | U.S. Patent No. 5,348,855 (Dattagupta) | IAFP653471-89 |
| 153 | U.S. Patent No. 5,362,866 (Arnold, Jr.) | IAFP656107-26 |
| 154 | U.S. Patent No. 5,380,489 (Sutton) | IAFP655652-68 |
| 155 | U.S. Patent No. 5,382,512 (Smethers) | IAFP653490-503 |
| 156 | U.S. Patent No. 5,384,261 (Winkler) | IAFP655669-84 |
| 157 | U.S. Patent No. 5,427,908 (Dower) | IAFP658105-15 |
| 158 | U.S. Patent No. 5,436,327 (Southern) | IAFP655685-90 |
| 159 | U.S. Patent No. 5,445,934 (Fodor) | IAFP653504-41 |
| 160 | U.S. Patent No. 5,489,678 (Fodor) | AVI38762-801 |
| 161 | U.S. Patent No. 5,492, 840 (Malmqvist) | IAFP655691-704 |
| 162 | U.S. Patent No. 5,532,128 (Eggers) | IAFP656127-41 |
| 163 | U.S. Patent No. 5,547,839 (Dower) | IAFP658116-42 |
| 164 | U.S. Patent No. 5,571,639 (Hubbell) | IAFP653542-67 |
| 165 | U.S. Patent No. 5,573,950 (Graessle) | IAFP655724-39 |
| 166 | U.S. Patent No. 5,578,832 (Trulson) | IAFP653568-99 |
| 167 | U.S. Patent No. 5,639,603 (Dower) | IAFP653700-32 |
| 168 | U.S. Patent No. 5,700,637 (Southern) | IAFP13107-17 |
| 169 | U.S. Patent No. 5,744,305 (Fodor) | IAFP653733-73 |
| 170 | U.S. Patent No. 5,807,522 (Brown) | IAFP655751-68 |
| 171 | U.S. Patent No. 5,976,896 (Kumar) | IAFP655769-816 |
| 172 | U.S. Patent No. 6,063,339 (Tisone) | IAFP656142-74 |
| 173 | U.S. Patent No. 6,103,463 (Chetverin) | IAFP655817-23 |
| 174 | U.S. Patent No. 6,270,961 (Drmanac) | IAFP655978-98 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 175 | U.S. Patent No. 6,403,957 (Fodor) | AVI44396-444 |
| 176 | U.S. Patent No. 7,015,046 (Wohlstadter) | IAFP656174-283 |
| 177 | Prosecution History of U.S. Application No. 07/362,901 (Pirrung) | IAFP15080-15217 |
| 178 | Prosecution History of U.S. Application No. 07/404,920 (Schultz) | |
| 179 | Prosecution History of U.S. Application No.07/624,120 (Fodor) | IAFP632651-737 |
| 180 | Prosecution History of U.S. Application No.07/626,730 (Dower) | |
| 181 | Prosecution History of U.S. Application No.07/850,356 (Pirrung) | IAFP15700-16007 |
| 182 | Prosecution History of U.S. Application No.07/954,646 (Fodor) | IAFP16008-344 |
| 183 | Prosecution History of U.S. Application No.08/082,937 (Fodor) | IAFP632601-50 |
| 184 | Prosecution History of U.S. Application No.08/127,420 (Drmanac) | |
| 185 | Prosecution History of U.S. Application No.08/168,904 (Fodor) | IAFP13528-14133 |
| 186 | Prosecution History of U.S. Application No.08/249,188 (Hubbell) | IAFP 632738-84 |
| 187 | Prosecution History of U.S. Application No. 08/390,272 (Fodor) | |
| 188 | Prosecution History of U.S. Application No.08/456,598 (Pirrung) | IAFP18086-552 |
| 189 | Prosecution History of U.S. Application No.08/473,010 (Chetverin) | |
| 190 | Prosecution History of U.S. Application No.08/630,051 (Rava) | |
| 191 | Prosecution History of U.S. Application No.08/670,118 (Fodor) | IAFP12006-413 |
| 192 | Prosecution History of U.S. Application No.09/129,470 (Pirrung) | IAFP19098-387 |
| 193 | Prosecution History of U.S. Application No.09/247,430 (Rava) | IAFP 631701-930 |
| 194 | Prosecution History of U.S. Application No.09/362,089 (Fodor) | IAFP19698-20394 |
| 195 | Prosecution History of U.S. Application No.09/585,659 (Fodor) | IAFP710-1240 |
| 196 | Prosecution History of U.S. Application No.09/690,191 (Fodor) | IAFP19388-697 |
| 197 | Prosecution History of U.S. Application No.09/907,196 (Besemer) | IAFP1301-1590 |
| 198 | Prosecution History of U.S. Application No.10/098,203 (Fodor) | IAFP1974-2293 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 199 | Prosecution History of U.S. Application No.10/098,484 (Fodor) | IAFP645471-7004 |
| 200 | Prosecution History of U.S. Application No.10/125,428 (Fodor) | IAFP647005-9516 |
| 201 | Prosecution History of U.S. Application No.10/125,460 (Fodor) | IAFP649517-50931 |
| 202 | Prosecution Histories of U.S. Application No.10/125,530 (Fodor) | IAFP650932-3420 |
| 203 | U.S. Patent Application Publication No. 2004/0029115 A9 | IAFP655999-6027 |
| 204 | WO Patent Application No. 84/01031 (Ekins) | IAFP656970-85 |
| 205 | WO Patent Application No.84/03151 (Chang) | IAFP656478-518 |
| 206 | WO Patent Application No.85/01051 (Arnold, Jr.) | IAFP656372-421 |
| 207 | WO Patent Application No.86/03782 (Malcolm) | IAFP656519-37 |
| 208 | WO Patent Application No.88/01302 (Gingeras) | IAFP656422-77 |
| 209 | WO Patent Application No.89/10977 (Southern) | IAFP656538-68 |
| 210 | WO Patent Application No.90/04652 (Macevicz) | IAFP658891-930 |
| 211 | WO Patent Application No.90/15070 (Pirrung) | IAFP656569-654 |
| 212 | WO Patent Application No.92/10092 (Fodor) | IAFP656986-7099 |
| 213 | WO Patent Application No.92/10588 (Fodor) | IAFP656655-772 |
| 214 | WO Patent Application No.93/17126 (Chetverin) | IAFP656773-876 |
| 215 | WO Patent Application No.95/09248 (Drmanac) | IAFP656877-969 IAFP596185-277 |
| 216 | WO Patent Application No.95/11995 (Chee) | IAFP657487-709 |
| 217 | WO Patent Application No.97/10365 (Lockhart) | IAFP657100-226 |
| 218 | WO Patent Application No.97/27317 (Lockhart) | IAFP657227-441 |
| 219 | Canadian Patent (CA) 1 248 873 (Tripatzis) | IAFP2294-313 |
| 220 | European Patent (EP) Application No. EP 0 130 739 (Urdea) | IAFP654053-86 |
| 221 | European Patent (EP) Application No.EP 0 235 726 (Dattagupta) | IAFP654087-115 |
| 222 | European Patent (EP) Application No.EP 0 238 332 (Goodson) | IAFP654116-27 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 223 | European Patent (EP) Application No.EP 0 373 203 B1 (Southern) | IAFP654128-44 |
| 224 | European Patent (EP) Application No.EP 0 381 501 A2 (Schnipelsky) | IAFP654145-69 |
| 225 | European Patent (EP) Application No.EP 0 392 546 A2 (Drmanac) | IAFP654170-654185; IAFP2314-29 |
| 226 | European Patent (EP) Application No.EP 0 396 116 A2 (Pope) | IAFP654189-206 |
| 227 | Great Britain (GB) Publications GB 2 129 551A (Mochida) | IAFP654229-36 |
| 228 | Great Britain (GB) Publications GB 1 561 042 (Coulter) | IAFP654224-28 |
| 229 | Absalon et al. Bleomycin mediated degradation of DNA-RNA hybrids does not involve C-1' chemistry. Nucleic Acids Research 1992;20:4179-4185 | IAFP653820-26 |
| 230 | Abstracts of papers presented at the 1994 meeting on Genome Mapping & Sequencing, Cold Spring Harbor Laboratory | IAFP12968-69 |
| 231 | Adams et al. Pentafluorobenzylation of O4-Ethylthymidine and Analogues by Phase-Transfer Catalysis for Determination by Gas Chromatography with Electron Capture Detection. Anal. Chem. 1986 | IAFP653827-30 |
| 232 | Agard et al. Quantitative Analysis of Electrophoretograms. Anal. Biochem 1981;111:257 | IAFP654842-53 |
| 233 | Aller R, Elevitch F. Clinics in Labotory Medicine;11 | |
| 234 | Amit et al. Photosensitive Protecting Groups of Amino Sugars and Their Use in Glycoside Synthesis. 2-Nitrobenzyloxycarbonylamino and 6-Nitroveratryloxycarbonylamino Derivatives. J. Org. Chem. 1974;39:192-196 | IAFP3907-11 |
| 235 | Arndt-Jovin et al. Immunofluorescence Localization of Z-DNA in Chromosomes: Quantitation by Scanning Microphotometry and Computer-assisted Image Analysis. The Journal of Cell Biology 1985;101:1422-1433 | IAFP653840-51 |
| 236 | Bains W, Smith GZ. A novel method for nucleic acid sequence determination. J Theor Biol 1988;135:303-7 | IAFP653852-56 |
| 237 | Barrows et al. Measurement of fluorescence using digital integration of video images. J Histochem Cytochem 1984;32:741-746 | IAFP653857-62 |
| 238 | Bauman et al. A new method for fluorescence microscopical localization of specific DNA sequences by in situ hybridization of fluorochrome labeled RNA. Exp Cell Res 1980;128:485-490 | IAFP653863-68 |

# EXHIBIT 7

## TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 239 | Beattie et al.  REVIEW: Gene Synthesis Technology: Recent Developments and Future Prospects.  Biotechnology and Applied Biochemistry 1988;10:510-521 | IAFP653869-80 |
| 240 | Binnig G, Rohrer H.  The Scanning Tunneling Microscope: A new kind of microscope reveals the structures of surfaces atom by atom.  The instrument's versatility may extend to investigators in the fields of physics, chemistry and biology.  Sci Am 1985:50 -56 | IAFP653881-87 |
| 241 | Blond-Elguindi et al.  Affinity panning of a library of peptides displayed on bacteriophages reveals the binding specificity of BiP.  Cell 1993;75:717-728 | IAFP653888-99 |
| 242 | Blouke et al.  800x800 charge-coupled device image sensor.  Optical Engineering 1983;22:607-614 | IAFP653900-07 |
| 243 | Bohmer RM.  Flow-Cytometric Determination of Fluorescence Ratios between Differently Stained Particles Is Dependent on Excitation Intensity.  J Histochem Cytochem 1985;33:974-976 | IAFP653908-10 |
| 244 | Botstein D et al.  Construction of a Genetic Linkage Map in Man Using Restriction Fragment Length Polymorphisms.  Am J Hum Genet 1980 | IAFP653911-28 |
| 245 | Bright GR, Taylor DL.  Imaging at low light level in fluorescence microscopy.  Applications of fluorescence in the biomedical sciences.  Eds Taylor DL, Wagoner AS, Lanni F, Murphy RF, Birge RR.  New York: AR Liss, 1986:257-88 | IAFP653929-60 |
| 246 | Britten RJ.  Complementary strand association between nucleic acids and nucleic acid gels.  Science 1963;142:963-965 | IAFP653961-63 |
| 247 | Carruthers. Gene Synthesis Machines: DNA Chemistry and Its Uses, Science, 230:281, (1985) | IAFP4121-25 |
| 248 | Chatterjee et al.  Inducible Alkylation of DNA Using an Oligonucleotide-Quinone Conjugate, J. Am. Chem. Soc., 112:6397-6399, (1990) | IAFP658143-45 |
| 249 | Chetverin A, Kramer D.  Oligonucleotide Arrays: New Concepts and Possibilities.  Bio/technology 1994 12:1093-1099 | IAFP620470-77 |
| 250 | Cho et al.  An unnatural biopolymer.  Science 1993;2611:303-305 | IAFP653964-66 |
| 251 | Cimino et al.  Psoralens as photoactive probes of nucleic acid structure and function; organic chemistry, photochemistry, and biochemistry, Ann. Rev. Biochem. 54:1151-1193, (1985) | IAFP658146-67 |
| 252 | Conner et al.  Detection of sickle cell Bs-globin allele by hybridization with synthetic | IAFP653967-71 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | oligonucleotides.  Proc. Natl. Acad. Sci. 1983;80:278-82 | |
| 253 | Connor JA.  Digital Imaging of free calcium changes and of spatial gradients in growing processes in single, mammalian central nervous system cells.  Proc. Natl. Acad. Sci. UA 1986;83:6179-6183 | IAFP653989-93 |
| 254 | Coulson et al.  Toward a physical map of the genome of the nematode Caenorhabditis elegans.  Proc. Natl. Acad. Sci. 1986;83:7821-85 | IAFP620483-87 |
| 255 | Cramer F, Koster H.  Synthesis of Oligo-nucleotides on a Polymer Support, Angew. Chem., 80,488 (1968) | |
| 256 | Crkvenjakov R, Drmanac R.  An Integral Approach For Complex Genome Studies.  Research Proposal submitted by Biological and Medical Research Division of Argonne Nat'l Lab. To The Office of Health And Environmental Research and The Dept. of Energy in October 1990 | IAFP598768-822 |
| 257 | Crkvenjakov R, Drmanac R.  Sequencing of Megabse Plus DNA by Hybridization: Method Development.  Final Technical Progress Report October 1990 | IAFP595888-595905; 572351-68 |
| 258 | Crkvenjakov R.  Talk Presented at DOE/NIH Human Genome Sequencing Conference, Handwritten notes and transcription.  (Sante Fe, NM) October 29, 1990 | IAFP598136-41 |
| 259 | Dahma et al.  An Improved Procedure for Derivatization of Controlled-Pore Glass Beads for Solid-Phase Oligonucleotide Synthesis.  Nucleic Acid Research 1990;18:3813-3821 | IAFP653972-80 |
| 260 | DOE/NIH Human Genome Contractors/Grantee Workshop, November 3-4, (Santa Fe, NM) Abstracts 1989 | IAFP597958-8013 |
| 261 | DOE/NIH Human Genome Contractors/Grantee Workshop (Santa Fe, NM)  Speaker Abstracts Nov. 3-4, 1989 | IAFP597926-57 |
| 262 | Donis-Keller et al.  A Genetic Linkage Map of the Human Genome.  Cell 1987;51:319-337 | IAFP653994-4014 |
| 263 | Dower WJ. et al.  The search for molecular diversity (II): recombinant and synthetic randomized peptide libraries.  Annual Reports in Medicinal Chemistry 1991;26:271-280 | IAFP654015-24 |
| 264 | Drmanac R, Crkvenjakov R.  Prospects for a Miniaturized, Simplified and Frugal Human Genome Project: The 'Sequencing Chip' Concept.  Belgrade, Yugoslavia 1989 | IAFP594983-93; IAFP598743-52 |
| 265 | Drmanac et al.  An Algorithm for the DNA Sequence Generation from k-Tuple Word Contents of the Minimal Number of Random Fragments.  J. Biomol. Struct. Dyn. 1991; | IAFP 595943-60 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | 8:1085-1102 | |
| 266 | Drmanac et al.  Laboratory Methods, Reliable Hybridization of Oligonucleotides as Short as Six Nucleotides.  DNA and Cell Biology 1990;9 | IAFP598658-65 |
| 267 | Drmanac et al.  Partial sequencing by oligo-hybridization concept and applications in genome analysis.  1st International Conference Electrophoresis, Supercomputing and the Human Genome 1990:60-74 | IAFP654025-41 |
| 268 | Drmanac et al.  SBH and the Integration of Complementary Approaches in the Mapping, Sequencing, and Understanding of Complex Genomes," In Lim, H. and Fickett, J. W., Cantor, C.R. and Robbins, R.J., editors, The 2nd International Conference on Bioinformatics, Supercomputing and Complex Genome Analysis, Singapore, World Scientific 1992:121-134 | IAFP622294-307 |
| 269 | Drmanac et al.  Sequencing by Oligonucleotide Hybridization: A Promising Framework in Decoding of the Genome Program?  1989 | IAFP4410-23 |
| 270 | Drmanac et al.  Sequencing by Oligonucleotide Hybridization: A Promising Framework in Decoding of the Genome Program?  1st Int. Conf. Electrophor., Supercomp., Hum. Genome 1990:47-59 | IAFP598644-657 |
| 271 | Drmanac et al.  Sequencing of Megabase Plus DNA by Hybridization: Theory of the Method.  Genomics 1989;4:114-128 | IAFP594928-42 |
| 272 | Drmanac et al.  Sequencing of Megabase Plus DNA by Hybridization: Theory of the Method.  abstract of presentation given at Cold Spring Harbor Symposium on Genome Mapping and Sequencing, 4/27/88 - 5/1/88 | IAFP640330-524 |
| 273 | Drmanac et al.  Towards Genome DNA Sequencing Chip Based on Oligonucleotide Hybridization, Modelling and Computer Methods In Molecular Biology and Genetics.  Abstracts of the Int'l Conference, Novosibirsk, U.S.S.R. 1990 | IAFP598068-70 |
| 274 | Drmanac et al.  Reliable hybridization of oligonucleotides as short as 6 nucleotides.  DNA and Cell Biology 1990;9:527-534 | IAFP598658-65 |
| 275 | Drmanac R.  Miniaturization of Sequencing by Hybridization.  The Sequencing Chip Concept Poster Presentation | IAFP598099-117 |
| 276 | Drmanac R.  Letter and attachments to Norviel re Genome Sequencing Machine, Format 3 Dec. 22, 1994 | AVI_149699-705 |
| 277 | Drmanac R, Crkvenjakov R.  Prospects for a Miniaturized, Simplified and Frugal Human | DOE520-46 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | Genome Project. Genetic Engineering Center, Belgrade, Yugoslavia, March 31, 1989 | |
| 278 | Drmanac R, Crkvenjakov R. Prospects for a Miniaturized, Simplified and Frugal Human Genome Project. Scientia Yugoslavica 1990;16:97-107. | IAFP598620-30 |
| 279 | Duester et al. Molecular Cloning and Characterization of a cDNA for the B Subunit of Human Alcohol Dehydrogenase. PNAS 1984; 81:4055. | IAFP659667-71 |
| 280 | Ekins R et al. Development of Microspot Multi-analyte ratiometric immunoassay using dual fluorescent-labeled antibodies. Analytica Chimica Acta 1989;227:73-96 | IAFP4424-45 |
| 281 | Ekins R, Chu F. Microarrays: their origins and applications. Tibtech 1999;17:217-218 | IAFP659357-58 |
| 282 | Elder J. Image Processing in Nucleic Acid Sequence Analysis. A thesis submitted for the degree of Doctor of Philosophy, Department of Biochemistry and Trinity College, University of Oxford 1993 | IAFP632785-950 |
| 283 | Emlen W et al. A new ELIA for the detection of double-stranded DNA antibodies. J Immunol Methods 1990;132:91-101 | IAFP654042-52 |
| 284 | Estivill X, Williamson R. A rapid method to identify cosmids containing rare restriction sites. Nucleic Acids Research 1987;15:1415-1425 | IAFP654207-17 |
| 285 | Flanders et al. A New Interferometrix Alignment Technique. App. Phys. Lett. 1977;31:426-428 | IAFP658755-57 |
| 286 | Fodor et al. DNA sequencing by hybridization. Robert A. Welch Foundation 37th Conference on Chemical Research 40 years of the DNA Double Helix 1993 | IAFP6636-44 |
| 287 | Fodor et al. Light-directed, spatially addressable parallel chemical synthesis. Science 1991;251:767-773 | IAFP5246-52 |
| 288 | Fodor et al. Multiplexed biochemical assays with biological chips. Nature 1993;364:555-556 | IAFP5244-45 |
| 289 | Gait MJ. Oligonucleotide Synthesis: A Practical Approach. IRL Press (London) 1984. | IAFP659618-66 |
| 290 | Gallop et al. Applications of combinatorial technologies to drug discovery. 1. Background and peptide combinatorial libraries. Journal of Medicinal Chemistry 1994;37:1233-1251 | IAFP654288-304 |
| 291 | Genome Mapping and Sequencing, May 2-May 6 1990, Cold Spring Harbor Laboratory Abstracts | IAFP598193-326 |

## EXHIBIT 7

### TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 292 | Gergen et al. Filter replicas and permanent collections of recombinant DNA plasmids. Nucleic Acids Res 1979;7:2115-2136 | IAFP654237-58 |
| 293 | Geysen et al. Strategies for epitope analysis using peptide synthesis. J Immun Meth 1987;102:259-274 | IAFP654259-74 |
| 294 | Gilham PT. Immobilized polynucleotides and nucleic acids. Adv Exp Med Biol 1974;42:173-85 | IAFP654275-87 |
| 295 | Glazer et al. A stable double-stranded DNA-ethidium homodimer complex: Application to picogram fluorescence detection of DNA in agarose gels. Proc. Natl. Acad. Sci. 1990;87:3851-3855 | IAFP655027-31 |
| 296 | Gordon et al. Applications of combinatorial technologies to drug discovery. 2. Combinatorial organic synthesis, library screening strategies, and future directions. Journal of Medicinal Chemistry 1994;37:1385-1401 | IAFP654288-304 |
| 297 | Gundersen et al. Magnetic bead antigen capture enzyme-linked immunoassay in microtitre trays for rapid detection of schistosomal circulating anodic antigen. J Immunol Methods 1992;148:1-8 | IAFP654305-12 |
| 298 | Haralambidis et al. Preparation of base-modified nucleosides suitable for non-radioactive label attachment and their incorporation into synthetic oligodeoxyribonucleotides. Nucleic Acids Res 1987;15:4857-4876 | IAFP654313-32 |
| 299 | Heidmann W, Koster H. Polymer Support Oligonucleotide Synthesis, 11: Use of a Novel Hydrophilic Bead Polymer as Carrier, Makromolekulare Chemie, 181, 2495 (1980) | |
| 300 | Hiraoka et al. The NDA3 Gene of Fission Yeast Encodes B-Tubulin: A Cold-Sensitive nda3 Mutation Reversibly Blocks Spindle Formation and Chromosome Movement in Mitosis. Cell 1984;39:349-358 | IAFP654774-83 |
| 301 | Hiraoka et al. The use of charge-coupled device for quantitative optical microscopy of biological structures. Science 1987;238:36-41 | IAFP653981-88 |
| 302 | Hiraoka et al. The use of a charge-coupled device for quantitative optical microscopy of biological structures. Abstract from PubMed 1987 | IAFP654348 |
| 303 | Hultman et al. Direct solid phase sequencing of genomic and plasmid DNA using magnetic beads as solid support. Nucleic Acids Research 1989;17:4937-4946 | IAFP654349-58 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 304 | Inouye S, Hondo R.  Microplate hybridization of amplified viral DNA segment.  J Clin Microbiol 1990;28:1469-1472 | IAFP654359-62 |
| 305 | Jablonski E, DeLuca M.  Immobilization of bacterial luciferase and FMN reductase on glass rods.  Proc. Natl. Acad. Sci. 1976;73:3848-3851 | IAFP654363-66 |
| 306 | Jacobs et al.  Combinatorial chemistry--applications of light-directed chemical synthesis.  Ophthalmic Genetics 1994;12:19-26 | IAFP6645-52 |
| 307 | Jeffreys et al.  Amplification of human minisatellites by the polymerase chain reaction: towards DNA fingerprinting of single cells.  Nucleic Acids Research 1988;16:10953-10971 | IAFP654367-85 |
| 308 | Kanehisa M.  Use of statistical criteria for screening potential homologies in nucleic acid sequences, Nucleic Acids Research, 12:203-213, (1984) | IAFP658761-71 |
| 309 | Karlin et al.  Efficient algorithms for molecular sequence analysis.  Proc. Natl. Acad. Sci. 1988;85:841-845 | IAFP654597-601 |
| 310 | Khorana et al.  A New Approach to the Synthesis of Polynucleotides.  Chemistry and Industry 1956:1523 | IAFP654602 |
| 311 | Khrapko et al.  An oligonucleotide hybridization approach to DNA sequencing.  FEBS Lett 1989;256:118-122 | IAFP654603-07 |
| 312 | Khrapko et al.  Hybridization of DNA with Oligonucleotides Immobilized in Gel: Convenient Method for Recording Individual Base Changes.  Molekulyarnaya Biologiya 1991;25:718-730 | IAFP657971-99 |
| 313 | Kohara et al.  The physical map of the whole E. coli Chromosome: Application of a new strategy for rapid analysis and sorting of a large genomic library.  Cell 1987;50:495-508 | IAFP654608-21 |
| 314 | Koster et al.  Synthesis of Oligodeoxynucleotides on Controlled Pore Glass (CPG) Using Phosphate and a New Phosphite Triester Approach.  Tetrahedron 1984;40:103-112 | IAFP654622-31 |
| 315 | Köster H, Geussenhainer S.  A New Carrier for Polymer Support Oligomer Synthesis, Angew. Chem., 84, 712 (1972) | |
| 316 | Köster H.  Polymer Support Oligonucleotide Synthesis: Use of Inorganic Carriers, Tetrahedron Letters, 1972, 1527 | |
| 317 | Köster H.  Synthesis of a Structural Gene Coding for the Peptide Hormone Angiotensin II, Part 3: Synthesis of the Fragments d(T-T-T-T-A-A), d(A-T-A-T-C-A-TC-C-C) and | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | d(T-T-A-A-A-A-G-G-G-A-T), Liebigs Ann. Chem., 1978, 894 | |
| 318 | Köster et al. Polymer Support Oligonucleotide Synthesis - XV. Synthesis of Oligodeoxynucleotides on Controlled Pore Glass (CPG) Using Phosphate and a New Phosphite Triester Approach. Tetrahedron (1984), Vol. 40, No. 1, 103-112. | |
| 319 | Kremsky et al. Immobilization of DNA via oligonucleotides containing an aldehyde or carboxylic acid group at the 5' terminus Nucleic Acids Res 1987;15:2891-2909 | IAFP654632-50 |
| 320 | Kwoh et al. Transcription-based amplification system and detection of amplified human immunodeficiency virus type 1 with a bead-based sandwich hybridization format. PNAS 1989;86:1173-1177 | IAFP654651-55 |
| 321 | Landegren et al. A ligase-mediated gene detection technique. Science 1988;241:1077 | IAFP654680-82 |
| 322 | Larin et al. Fluoresense in situ hybridisation of multiple probes on a single microscope slide. Nucleic Acid Research 1994;22:3689-3692 | IAFP654656-59 |
| 323 | Lee et al. Interaction of psoralen-derivatized oligodeoxyribonucleoside methylphosphonates with synthetic DNA containing a promoter for T7 RNA polymerase. Nucleic Acids Research 1988;16:10681-10697 | IAFP654660-76 |
| 324 | Lieberman et al. A Light Source Smaller Than the Optical Wavelength. Science 1990;247:59-61 | IAFP654677-79 |
| 325 | Lipman D, Pearson W. Rapid and sensitive protein similarity searches. Science 1985;227:1435 | IAFP654863-69 |
| 326 | Lipshutz et al. DNA sequence confidence estimation. Genomics 1994;19:417-424 | IAFP654688-95 |
| 327 | Lipshutz R. Likelihood DNA sequencing by hybridization. Journal of Biomolecular Structure & Dynamics 1993;11:637-653 | IAFP654696-712 |
| 328 | Lipshutz R. and Stephen Fodor. Advanced DNA sequencing technologies. Current Biology 1994;4:376-380 | IAFP654683-87 |
| 329 | Lund et al. Assessment of Methods for Covalent Binding of Nucleic Acids to Magnetic Beads, Dynabeads, and the characteristics of bound nucleic acids in hybridization reactions. Nucleic Acid Research 1988;16 | IAFP654713-32 |
| 330 | Lundwell et al. Isolation and Sequence Analysis of a cDNA Clone Encoding the Fifth Complement Component. The Journal of Biological Chemistry 1985;260:2108. | IAFP659613-17 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 331 | Lysov YP, Florentev VL, Khorlin AA, Khrapko KR, Shik VV, Mirzabekov AD.  A new method for determining the DNA nucleotide sequence by hybridization with oligonucleotides. Dokl Biochem 1989; 436-8 (Russian original Dolk Biochem 1988;303: 355-452) | IAFP654733-35 |
| 332 | Maiolini R et al.  Study of an enzyme immunoassay kit for carcinoembryonic antigen. Clin Chem 1980;26:1718-1722 | IAFP654736-740 |
| 333 | Mapping Our Genes - Genome Projects: How Big? How Fast? April 1988 | |
| 334 | Maskos U.  A Novel Method of Nucleic Acid Sequence Analysis.  Thesis submitted for the degree of Doctor of Philosophy at the University of Oxford 1991 | IAFP617532-87 |
| 335 | Mathies et al.  High-sensitivity single-molecule fluorescence detection.  SPIE 1990;1205:52-59 | IAFP654333-40 |
| 336 | Mathies et al.  Optimization of High-Sensitivity Fluorescence Detection.  Anal. Chem. 1990;62:1786-1791 | IAFP654741-46 |
| 337 | Maxam A, Gilbert W.  A New method for sequencing DNA.  Proc. Natl. Acad. Sci. 1977;74:550-564 | IAFP654747-51 |
| 338 | McCray et al.  Properties and Uses of Photoreactive Caged Compounds, Ann. Rev. Biophys. And Biophys. Chem.,18:239-270, (1989) | IAFP658775-91 |
| 339 | Merrifield.  Solid Phase Synthesis, Science 232:341-347, (1986) | IAFP658792-98 |
| 340 | Merrifield RB.  Solid Phase Peptide Synthesis, I. The Synthesis of a Tetrapeptide. Method, J. Am. Chem. Soc. 1963;85:2149-2154 | IAFP654752-58 |
| 341 | Michael et al.  Randomly ordered addressable high-density optical sensor arrays.  Anal Chem. 1998;70:1242-1248 | IAFP654759-65 |
| 342 | Michiels et al.  Molecular approaches to genome analysis: a strategy for the construction of ordered overlapping clone libraries.  Cabios 1987;3,:203-210 | IAFP654766-73 |
| 343 | Nguyen et al.  Detection of Single Molecules of Phycoerythrin in Hydrodynamically Focused Flows by Laser-Induced Fluorescence.  Anal Chem 1987;59:2158-2161 | IAFP654784-87 |
| 344 | Olson et al.  Random-clone strategy for genomic restriction mapping in yeast.  Proc. Natl. Acad. Sci. 1986;83:7826-7830 | IAFP654788-92 |
| 345 | Parsons. Yearly Review: Psoralen Photochemistry, Photochem and Photobiol. 32:813- | IAFP658816-37 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | 821, (1980) | |
| 346 | Patchornik et al. Photosensitive Protecting Groups. J. Am. Chem. Soc. 1970;92:6333-6335 | IAFP654793-96 |
| 347 | Pease et al. Light-generated oligonucleotide arrays for rapid DNA sequence analysis. Proceedings of the National Academy of Sciences of the United States of America 1994;91:5022-5026 | IAFP4709-13 |
| 348 | Pevzner AV. 1-Tuple DNA sequencing: computer analysis. J Biomol Struct Dynamics 1989;7:63-73 | IAFP654797-807 |
| 349 | Phimister B. Going global. Nature Genet 1999;21 | IAFP654808 |
| 350 | Pirrung M, Bradley JC. Comparison of Method for Photochemical Phosphoramidite-Based DNA Synthesis. J. Org. Chem. 1995;60:6270-6267 | IAFP5318-5324 |
| 351 | Ploem JS. New instrumentation for sensitive image analysis of fluorescence in cells and tissues. In: Applications of fluorescence in the biomedical sciences, Eds Taylor DL, Wagoner AS, Lanni F, Murphy RF, Birge RR. New York: AR Liss, 1986:289-300 | IAFP654809-20 |
| 352 | Pon et al. Derivatization of Controlled-Pore Glass Beads for Solid-Phase Oligonucleotide Synthesis. Bio Techniques 1988;6:768-765 | IAFP654821-26 |
| 353 | Poustka et al. Molecular Approaches to Mammalian Genetics. Cold Spring Harbor Symposia on Quantitative Biology 1986 | IAFP654827-35 |
| 354 | Prober et al. A system for rapid DNA sequencing with fluorescent chain-terminating dideoxynucleotides. Science 1987;238:131-139 | IAFP654836-41 |
| 355 | Quesada et al. High-Sensitivity DNA Detection with a Laser-Excited Confocal Fluorescence Gel Scanner. Biotechniques 1991;10:616-625 | IAFP654854-62 |
| 356 | Raoult D, Dasch G. The line blot: an immunoassay for monoclonal and other antibodies. Journal of Immunological Methods 1989;125:57-65 | IAFP655042-50 |
| 357 | Rocks BF, Riley C. Automatic analysers in clinical biochemistry. Clin. Phys. Physiol. Meas. 1986;7:1-29 | IAFP654870-98 |
| 358 | Rost FWD. Quantitative fluorescence microscopy. Cambridge:Cambridge University Press, chapters 15 and 16, 1991:162-178 | IAFP654899-917 |
| 359 | Rozsnyai, L. et al. Photolithographic immobilization of biopolymers on solid supports. | IAFP654221-23 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
|  | Angewandte Chemie [International Edition, English] Vol. 31, No. 6, 759-61 (1992) |  |
| 360 | Rye et al.  High-sensitivity two-color detection of double-stranded DNA with a confocal fluorescence gel scanner using ethidium homodimer and thiazole orange.  Nucleic Acids Research 1990;19:327-333 | IAFP654341-47 |
| 361 | Saiki et al.  Analysis of enzymatically amplified B-globin and HLA-DQ_ DNA with allele-specific oligonucleotide probes. Nature 1986;324:163-166 | IAFP654940-43 |
| 362 | Saiki et al.  Primer-Directed Enzymatic Amplification of DNA with a Thermostable DNA Polymerase.  Science 1988;239:487-491 | IAFP654935-39 |
| 363 | Sanger et al.  DNA sequencing with chain-terminating inhibitors.  Proc. Natl. Acad. Sci. 1977;74:5463-5467 | IAFP654944-48 |
| 364 | Scillian et al.  Early Detection of Antibodies Against rDNA-Produced HIV Proteins with a Flow Cytometric Assay.  Journal of Blood 1998;73:2041-2048 | IAFP654949-56 |
| 365 | Shack et al.  Design for a fast fluorescent laser scanning microscope.  Anal Quant Cytol Histol 1987;9:509-520 | IAFP654957-68 |
| 366 | Shitara et al.  Advantage of cocktail-use of two anti-tumor monoclonal antibodies, KM-93 and KM-231, in serum diagnosis of cancer.  Anticancer Res. 1989;9:999-1004 | IAFP654969-74 |
| 367 | Skolnick MH, Wallace RB.  Simultaneous Analysis of Multiple Polymorphic Loci Using Amplified Sequence Polymorphisms (ASPs).  Genomics 1988;.2:273-279 | IAFP654975-81 |
| 368 | Smith et al.  Fluorescence detection in automated DNA sequence analysis.  Nature 1986;321 | IAFP655003-08 |
| 369 | Smith et al.  The synthesis of oligonucleotides containing an aliphatic amino group at the 5' terminus: synthesis of fluorescent DNA primers for use in DNA sequence analysis.  Nucleic Acids Res 1985;13:2399-2412 | IAFP654989-5002 |
| 370 | Smith L, Hood L.  Mapping and Sequencing the Human Genome: How to Proceed.  Bio/Technology 1987;5:674-679 | IAFP654982-88 |
| 371 | Song et al.  Review Article: Photochemistry and Photobiology of Psoralens, Photochem. Photobiol. 29:1177-1197, (1979) | IAFP658816-37 |
| 372 | Southern EM.  Detection of specific sequences among DNA fragments separated by gel electrophoresis.  J Mol Biol. 1975;98:503-517 | IAFP655009-026 |

EXHIBIT 7

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 373 | Stodolsky M.  Sequencing by Hybridization (SBH).  The Radomir Crkvenjakov Laboratory 1989 | IAFP598028-29 |
| 374 | Stodolsky M.  Sequencing by Hybridization (SBH).  R&D at the Center for Genetic Engineering in Belgrade, Yugoslavia: The Radomir Crkvenjakov Laboratory, Trip Report by Marvin Stodolsky 1989 | IAFP598028-29 |
| 375 | Streefkerk et al.  "Principles of a Preaction for Simultaneous Detection of Various Antibodies Using Colored Antigen-Coupled Agarose Beads."  1976;24:811-814 | IAFP655032-35 |
| 376 | Streefkerk et al.  Antigen-coupled beads adherent to slides: a simplified method for immunological studies.  J Immunol Methods 1975;8:251-256 | IAFP655036-41 |
| 377 | Thein et al.  The use of synthetic oligonucleotides as specific hybridization probes in the diagnosis of genetic disorders.  In Davies, K. (Ed.) Human Genetic Diseases, A Practical Approach. IRL Press, Oxford, UK, 1986:33-50 | IAFP655051-68 |
| 378 | Toda et al.  Sequential alterations in the nuclear chromatin region during mitosis of the fission yeast Schizosaccharomyces pombe: video fluorescence microscopy of synchronously growing wild-type and cold-sensitive cdc mutants by using a DNA-binding fluorescent probe.  J Cell Sci. 1981;52:271-287 | IAFP655069-86 |
| 379 | Umesono et al.  Visualization of Chromosomes in Mitotically Arrested Cells of the Fission Yeast Schizosaccharomyces pombe.  Current Genetics 1983;7:123 | IAFP656297-302 |
| 380 | Urdea et al.  A comparison of non-radioisotopic hybridization assay methods using fluorescent, chemiluminescent and enzyme labeled synthetic oligodeoxyribonucleotide probes.  Nucleic Acids Research 1988;16:4937-4956 | IAFP655087-106 |
| 381 | Vignali DA.  Multiplexed Particle-based flow cytometric assays.  Journal of Immunological Methods 2000;243:243-255 | IAFP656284-96 |
| 382 | Wahlberg et al.  Rapid detection and sequencing of specific in vitro amplified DNA sequences using solid phase methods.  Molecular and Cellular Probes 1990;4:285-297 | IAFP656303-15 |
| 383 | Wallace et al.  Hybridization of synthetic oligodeoxyribonucleotides to FcDNA: the effect of single base pair mismatch.  Nucleic Acids Research 1979;6:3543-3557 | IAFP656316-30 |
| 384 | Wallace et al.  The use of Synthetic Olionucleotides as Hybridization Probes - II. Hybridization of Olionucleotides of mixed sequence to rabbit B-globin DNA.  Nucleic Acids Research 1981;81:4055. | IAFP659672-87 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 385 | Wang S, Grayston JT.  Immunologic Relationship between Genital Tric, Lympho-Granuloma Venereum, and Related Organisms in a New Microtiter Indirect Immunofluorescence Test.  Am J Ophthalmology 1970;70:367-374 | IAFP656331-38 |
| 386 | White et al.  An Evaluation of Confocal Versus Conventional Imaging of Biological Structures by Fluorescence Light Microscopy.  The Journal of Cell Biology 1987;105:41-48 | IAFP656364-71 |
| 387 | Wolf et al.  Rapid hybridization kinetics of DNA attached to submicron latex particles.  Nucleic Acids Res 1987;15:2911-2926 | IAFP657442-57 |
| 388 | Wolf Trap Genome Sequencing Conference October 24-26, 1989 | IAFP597859-82 |
| 389 | European Patent (EP) Opposition No. 0 619 321 with Affymetrix and Protogene exhibits | IAFP3224-8029 |
| 390 | BioChip Array Technolgies | IAFP643753-71 |
| 391 | Diagram of Format 3 Combinatorial Chip | IAFP643752 |
| 392 | U.S. Patent No. 4,039,288 | IAFP622308-16 |
| 393 | U.S. Patent No. 4,159,875 | IAFP622317-21 |
| 394 | U.S. Patent No. 4,430,299 | IAFP655165-81 |
| 395 | U.S. Patent No. 4,595,562 | IAFP622339-55 |
| 396 | U.S. Patent No. 4,608,231 | IAFP622356-62 |
| 397 | U.S. Patent No. 4,675,299 | IAFP622363-72 |
| 398 | U.S. Patent No. 4,676,951 | IAFP655222-46 |
| 399 | U.S. Patent No. 4,678,894 | IAFP622398-416 |
| 400 | U.S. Patent No. 4,719,087 | IAFP622417-39 |
| 401 | U.S. Patent No. 4,720,786 | IAFP619446-58 |
| 402 | U.S. Patent No. 4,741,043 | IAFP619459-76 |
| 403 | U.S. Patent No. 4,777,597 | IAFP619477-92 |
| 404 | U.S. Patent No. 4,802,101 | IAFP619493-500 |
| 405 | U.S. Patent No. 4,811,218 | IAFP619501-22 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 406 | U.S. Patent No. 4,837,733 | IAFP619523-51 |
| 407 | U.S. Patent No. 4,885,696 | IAFP619552-64 |
| 408 | U.S. Patent No. 4,888,695 | IAFP619565-77 |
| 409 | U.S. Patent No. 4,894,786 | IAFP619578-89 |
| 410 | U.S. Patent No. 4,931,223 | IAFP619590-98 |
| 411 | U.S. Patent No. 4,939,667 | IAFP619599-608 |
| 412 | U.S. Patent No. 4,941,092 | IAFP619609-21 |
| 413 | U.S. Patent No. 4,952,707 | IAFP619622-33 |
| 414 | U.S. Patent No. 4,958,281 | IAFP619634-41 |
| 415 | U.S. Patent No. 4,965,725 | IAFP619642-57 |
| 416 | U.S. Patent No. 4,972,325 | IAFP619658-66 |
| 417 | U.S. Patent No. 4,982,326 | IAFP619667-86 |
| 418 | U.S. Patent No. 5,002,867 | IAFP619687-715 |
| 419 | U.S. Patent No. 5,171,534 | IAFP13058-70 |
| 420 | U.S. Patent No. 5,202,231 | IAFP619729-42 |
| 421 | U.S. Patent No. 5,260,190 | IAFP619743-56 |
| 422 | U.S. Patent No. 5,270,162 | IAFP619757-69 |
| 423 | U.S. Patent No. 5,273,632 (Stockham) | IAFP619770-89 |
| 424 | U.S. Patent No. 5,297,288 | IAFP619790-858 |
| 425 | U.S. Patent No. 5,306,618 | IAFP619859-99 |
| 426 | U.S. Patent No. 5,332,666 | IAFP619900-39 |
| 427 | U.S. Patent No. 5,445,934 | IAFP619956-93 |
| 428 | U.S. Patent No. 5,470,710 (Weiss) | IAFP61994-20012 |
| 429 | U.S. Patent No. 5,492,806 | IAFP620013-22 |

# EXHIBIT 7

## TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 430 | U.S. Patent No. 5,525,464 | IAFP620023-57 |
| 431 | U.S. Patent No. 5,527,681 | IAFP 620058-92 |
| 432 | U.S. Patent No. 5,556,749 | IAFP 620093-277 |
| 433 | U.S. Patent No. 5,665,549 | IAFP 620278-319 |
| 434 | U.S. Patent No. 5,695,940 | IAFP 596417-53 |
| 435 | U.S. Patent No. 5,727,098 | IAFP620368-88 |
| 436 | U.S. Patent No. 5,972,619 | IAFP596454-86 |
| 437 | U.S. Patent No. 6,316,191 | IAFP596634-66 |
| 438 | U.S. Patent No. 6,607,887 | IAFP 1591-648 |
| 439 | U.S. Patent No. 6,645,243 | IAFP 1923-73 |
| 440 | WO 89/10977 | IAFP620091-1121 |
| 441 | WO 90/01564 | IAFP621122-201 |
| 442 | WO 90/02173 | IAFP621202-76 |
| 443 | WO 90/02204 | IAFP621277-352 |
| 444 | WO 90/08838 | IAFP621353-407 |
| 445 | WO 92/10588 | IAFP621455-572 |
| 446 | WO 92/20824 | IAFP621573-682 |
| 447 | WO 93/11262 | IAFP621408-54 |
| 448 | WO 93/18186 | IAFP621683-774 |
| 449 | WO 94/11837 | IAFP621775-998 |
| 450 | WO 95/11995 | IAFP621999-2232 |
| 451 | WO 95/35505 | IAFP622233-85 |
| 452 | EP 0549388 | IAFP620587-613 |
| 453 | EP 0631635 | IAFP320614-61 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 454 | GB 2228998 | IAFP620697-745 |
| 455 | European Patent App. 0 514 927 A1 | IAFP 620526-86 |
| 456 | Prosecution History of App. Number 08/528,173 ('044 Patent) | IAFP14134-821 |
| 457 | Prosecution History of App. Number 09/158,765 ('180 Patent) | IAFP18553-822 |
| 458 | Prosecution History of App. Number 09/302,052 ('850 Patent) | IAFP18823-19097 |
| 459 | Prosecution History of App. Number 09/796,701 ('887 Patent) | IAFP1649-922 |
| 460 | Prosecution History of App. Number 09/907,196 ('365 Patent) | IAFP1301-590 |
| 461 | Amit et al., "Photosensitive Protecting Groups of Amino Sugars and Their Use in Glycoside Synthesis", 1974, J. Org. Chem 39:192-196 | IAFP3907-11 |
| 462 | Andrei D. Mirzabekov, DNA sequencing by hybridization -- a megasequencing method and a diagnostic tool?, 1994 | IAFP643926-30 |
| 463 | Bains and Smith, "A Novel Method for Nucleic Acid Sequence Determination", J. Theor. Biol. 135:303-307. 1998 | IAFP620455-60 |
| 464 | Barinaga, "Will 'DNA Chip' Speed Genome Initiative?", Science 253:1489. 1991 | IAFP620461 |
| 465 | Carrano et al., "A High-Resolution, Flourescence-Based, Semiautomated Method for DNA Fingerprinting" Genomics 4:129-136. 1989 | IAFP620462-69 |
| 466 | Charles R. Cantor, Ph.D., Daniel E. Koshland Jr., Ph.D., Co-chairmen, Human Genome I, An International Conference on the status and future of research on the Human Genome, 1989 | UTRF  293-297 |
| 467 | Cantor, et al., Report on the Sequencing by Hybridization Workshop, GENOMICS 13(4): 1378-1383 (August 1992) ("Moscow Report") | IAFP 644443-48 |
| 468 | Chetverin et al., "Oligonucleotide Arrays: New Concepts and Possibilities" Bio/Tech. 12:1093-1099. 1994 | IAFP620470-77 |
| 469 | Church et al.,  "Genomic Sequencing", Proc. Natl. Acad. Sci. UA 81:1991-1995. 1984 | IAFP620478-82 |
| 470 | Computer Assisted Multiplex Sequencing.  Progress Report, August 1, 1990-July 31, 1991, Harvard Medical School, Boston, MA (Aug 1991) | IAFP657957-65 |
| 471 | Coulson et al., "Toward a physical map of the genome of the nematode Caenorhabditis | IAFP620483-87 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | elegans" Proc. Natl. Acad. Sci. UA 83:7821-7825. 1986 | |
| 472 | Craig et al., "Ordering of cosmid clones covering the Herpes simplex virus type I (HSV-I) genome: a test case for fingerprinting by hybridization" Nucleic Acids Res. 18:2653-2660. 1990 | IAFP620488-95 |
| 473 | Dear et al, "A Sequence Assembly and Editing Program for Efficient Management of Large Projects," Nucleic Acids Research, 19(14): 3907-3911 (July 25, 1991) | IAFP657966-70 |
| 474 | Department of Energy, Sequencing of DNA by Hybridization with Oligonucleotides Matrix (SHOM), 1992 | DOE832-839 |
| 475 | Report on Foreign Travel of Richard A. Sachleben, 1991 | DOE 16-23 |
| 476 | Dower et al., "The search for molecular diversity: Recombinant and synthetic randomized peptide libraries", Ann. Rep. Med. Chem. 28:271-280. 1991 | IAFP620496-506 |
| 477 | Drmanac et al, "SBH and the Integration of Complementary Approaches in the Mapping" World Scientific, 1993 | IAFP643939-62 |
| 478 | Drmanac et al. "An Algorithm for the DNA Sequence Generation from k-Tuple Word contents of the Minimal Number of Random Fragments", 1991, J. Biomol. Struct. & Dynamics 8:1085-1102 | IAFP620507-25 |
| 479 | Drmanac et al. "DNA Sequence Determination by Hybridization: A Strategy for Efficient Large-Scale Sequencing", 1993, Science 260:1649-1652 | IAFP596101-04 |
| 480 | Drmanac et al. "Sequencing of Megabase Plus DNA by Hybridization: Theory of the Method", 1989, Genomic 4:114-128 | IAFP595888-905 |
| 481 | Drmanac et al., "Reliable Hybridization of Oligonucleotides as Short as Six Nucleotides", 1990, DNA Cell Biol. 9:527-534 | IAFP598658-65 |
| 482 | Drmanac et al., "Sequencing by Oligonucleotide Hybridization: A Promising Framework in Decoding of the Genome Program?", The First Intl. Conf. Electrophoresis, Supercomputing, and the Human Genome, Apr. 10-13, 1990, pp. 47-59, 60-74 | IAFP598644-57 |
| 483 | E. Kreindlin et al, "A Sequenator for analysis of diagnostic and sequencing microchips," Engelhardt Institute of Molecular Biology, Russian Academy of Sciences, Moscow. | IAFP598552-53 |
| 484 | Ekins et al., "Development of Microspot Multi-Analyte Ratiometric Immunoassay Using Duel Fluorescent-Labelled Antibodies", 1989, Analytica Chimica Acta227:73-96 | IAFP 4424-4445 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 485 | Elder thesis | IAFP 632785-950 |
| 486 | E.M. Southern, et al., Analyzing and Comparing Nucleic Acid Sequences by Hybridization to Arrays of Oligonucleotides: Eva luation Using Experimental Models, GENOMICS 13:1008-17 (1992) ("Southern") | IAFP 5989-5998 |
| 487 | Evans et al., 1989, Proc. Natl. Acad. Sci. UA 86:5030-5034 | IAFP620662-0666 |
| 488 | Feinberg and Vogelstein, "A Technique for Radiolabeling DNA Restriction Endonuclease Fragments to High Specific Activity", Anal. Biochem, 132:266-267 (Addendum). 1984 | IAFP620667-68 |
| 489 | Fodor et al., "Light-Directed, Spatially Addressable Parallel Chemical Synthesis", 1991, Science 251:767-773 | IAFP5246-52 |
| 490 | G. Church and S. Kieffer-Higgins, "Multiplex DNA Sequencing," Research Articles, 1998. | IAFP 658016-19 |
| 491 | Genomic Sequence Comparisons.  Annual Technical Progress Report (1998). | |
| 492 | Hodgson and Fisk, "Hybridization probe size control: optimized 'oligolabelling" Nucleic Acids Res. 15:6295. 1987 | IAFP5985 |
| 493 | Human Genome III Official Program Abstracts (Oct. 21-23, 1991) | AVI_131963-2005 |
| 494 | Human Genome Management Information System, DOE Human Genome Program, 1991 | |
| 495 | Illumina Technical Bulletin: Whole-Genome Expression Analysis Using the Sentrix Human-6 and HumanRef-8 Expression BeadChips | IAFP 22575-582 |
| 496 | International Workshop on Sequencing Hybridization with Abstracts Oct. 29-30 1993 | IAFP598513-612 |
| 497 | Kaiser, et al., "Specific-primer-directed DNA sequencing using automated fluorescence detection" Nucleic Acids Research, 17(15): 6087-6102 (1989) | IAFP658000-15 |
| 498 | Khrapko et al., "A Method for DNA sequencing by hybridization with oligonucleotide matrix" DNA Seq. Map 1:375-388. 1991 ("Khrapko II") | IAFP 620747-60 |
| 499 | K. Khrapko et al, "Hybridization of DNA with Oligonucleotides Immobilized in Gel: Convenient Method for Recording Individual Base Changes," Engelhardt Institute of Molecular Biology, Russian Academy of Sciences, Moscow. 1991 (718-730) | IAFP643912-25 |
| 500 | K.R. Khrapko, A.Yu.P. Lysov, K.P. Khrapko, A.V. Belyavsky, V.L. Florentiev, A.D. Mirzabekov, Improved Chips for Sequencing by Hybridization, 1991 | DOE 24-35 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 501 | Khrapko et al., "An Oligonucleotide Hybridization Approach to DNA Sequencing", FEBS Lett. 256:118-122. 1989 | IAFP4365-69 |
| 502 | | |
| 503 | Lander et al., "Genomic Mapping by Fingerprinting Random Clones: A Mathematical Analysis" Genomics 2:231-239. 1988 | IAFP620761-69 |
| 504 | Lipshutz et al, "DNA Sequence Confidence Estimation," Genomics, 19:  417-424 (1994). | AVI_2793-800 |
| 505 | Little, "Clone maps made simple", Nature 346:611-612. 1990 | IAFP620770-71 |
| 506 | Lysov, et al., A New Method for Determining the DNA Nucleotide Sequence by Hybridization with Oligonucleotides 303 (6): 1508-1511 (Dece\mber 1988) | IAFP 654733-35 |
| 507 | M. Adams, C. Fields and J. Venter, "Automated DNA Sequencing and Analysis," Academic Press, 1994. | IAFP 594973-82 |
| 508 | Mirzabekov, Sequencing of DNA by Hybridization with oligonucleotides matrix (SHOM). March 1992 ("Mirzabekov Grant Application") | IAFP 643931-38 |
| 509 | Mirzabekov, DNA sequencing by hybridization  - a megasequencing method and a diagnostic tool?, TIBTECH 12:27-32 (Jan. 1994) ("Mirzabekov I") | IAFP 643926-30 |
| 510 | N. Rabbee and T. Speed, "A Genotype Calling Algorithm for Affymetrix SR Arrays," Bioinformatics, 2005 (7-12) | IAFP658020-25 |
| 511 | P.A. Pevzner, Yu.P. Lysov, K.P. Khrapko, A.V. Belyavsky, V.L. Florentiev, A.D. Mirzabekov, Optimal Chips for Megabase DNA Sequencing, 1991 | IAFP 632403-12; DOE 48-59 (Russian Version) |
| 512 | Perkin Elmer Cetus, Gene Amp DNA Amplification Reagent Kit, insert, Oct. 1988 | |
| 513 | "A Method for DNA Sequencing by Hybridization with Oligonucleotide Matrix" DNA Seq. Map 1:375-388. 1991 | PHRI000405-418 |
| 514 | R. Gesteland, Notes on Russia | DOE 6-12 |
| 515 | Report on the Sequencing by Hybridization Workshop, Moscow, SBH:  An idea whose time has probably come, 1991 | DOE 97-108 |
| 516 | S. Smith, W. Welch et al, "High Throughput DNA Sequencing Using an Automated Electrophoresis Analysis System and a Novel Sequence Assembly Program," BioTechniques, June 1993 (1014-1018). | IAFP657951-56 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 517 | Southern et al., "Analyzing and Comparing Nucleic Acid Sequences by Hybridization to Arrays of Oligonucleotides:  Evaluation Using Experimental Models", 1992, Genomics 13:1008-1017 | IAFP5989-98 |
| 518 | Strezoska et al., 1991, "DNA Sequencing by Hybridization:  100 Bases Read by a Non-gel-based Method", Proc. Natl. Acad. Sci. 88:10089-10093 | IAFP596005-09 |
| 519 | T. Gress, J. Hoheisel et al., "Hybridization Fingerprinting of High-Density cDNA-Library Arrays with cDNA Pools Derived from Whole Tissues," Mammalian Genome, 1992 (609-619). | IAFP657894-904 |
| 520 | Human Genome I, An International Conference on the status and future of research on the Human Genome, 1989 | UTRF  293-297 |
| 521 | V. Tobe, S. Taylor et al, "Single-Well Genotyping of Diallelic Sequence Variations by a Two-Color ELIA-Based Oligonucleotide Ligation Assay," Nucleic Acids Research, 1996 (3728-3732) | IAFP657905-10 |
| 522 | Memo re: Search Strategy Data Analysis from Lipshutz to Affy Research Institute, Attn: Jennifer Tripp. 1991 | AG 1215-1224 |
| 523 | Announcement from Daniel H. Wagner Associates | AG 74 |
| 524 | Walter Bodmer, Ph.D., Charles R. Cantor, Ph.D., Co-chairmen of The International Conference on the status and future of research on the Human Genome, Human Genome III, 1991 | AVI_131963-2005 |
| 525 | X. Chen, K. Livak et al, "A Homogeneous, Ligase-Mediated, DNA Diagnostic Test" Genome Research, 1998 (549-556). | IAFP657911-20 |
| 526 | U. Maskos and E.M. Southern, A Study of Oligonucleotide Reassociation Using Arrays of Oligonucleotides Synthesized on a Glass Support, Nucleic Acids Research, 21(20): 4663-69 (1993) | IAFP13225-30 |
| 527 | U.S. Patent No. 5,889,165 | AVI_40270-309 |
| 528 | U.S. Patent No. 5,244,636 | |
| 529 | U.S. Patent No. 5,244,813 | |
| 530 | U.S. Patent No. 5,250,264 | |
| 531 | U.S. Patent No. 5,298,741 | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 532 | U.S. Patent No. 5,320,814 | |
| 533 | U.S. Patent No. 5,512,490 | |
| 534 | U.S. Patent No. 5,633,972 | |
| 535 | U.S. Patent No. 5,814,524 | |
| 536 | U.S. Patent No. 6,023,540 | |
| 537 | U.S. Patent No. 6,200,737 B1 | |
| 538 | U.S. Patent No. 6,266,459 B1 | |
| 539 | U.S. Patent No. 6,327,410 B1 | |
| 540 | U.S. Patent No. 6,406,845 B1 | |
| 541 | U.S. Patent No. 6,482,593 B2 | |
| 542 | U.S. Patent No. 6,859,570 B2 | |
| 543 | U.S. Patent No. 7,115,884 B1 | |
| 544 | PCT/US93/03448 | |
| 545 | JP 513204/94 | |
| 546 | EP 94902248.7 | |
| 547 | Canada 2128413 | |
| 548 | PCT/US93/11039 | |
| 549 | App. No. 10/920,637 | |
| 550 | PCT/US98/05025 | |
| 551 | PCT/US99/20914 | |
| 552 | PCT/US98/09163 | |
| 553 | App. No. 09/287,573 | |
| 554 | App. No. 11/040,504 | |
| 555 | PCT/US98/21193 | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 556 | *Randomly-Ordered Addressable High-Density Optical Sensor Arrays*, K.L. Michael et al, 70 Anal. Chem. 1242-8 (1998) | |
| 557 | Ordered Nanowell Arrays, P. Pantano et al, 8 Chem. of Materials, 2832-5 (1996) | |
| 558 | U.S. Patent No. 5,545,531 (D001) | AVI_38924-38 |
| 559 | Affy Lab Notebook #58 (D002) | AVI_77840-945 |
| 560 | Flowcell/Probe Array in cross section [Drawing] (D003) | |
| 561 | Multiple "Flow" cells -- Section A-A [Drawing] (D004) | |
| 562 | Top view -- Single Flowcell [Drawing] (D005) | - |
| 563 | Probe Array Flowcell -- Multiple Probe Arrays [Drawing] (D006) | |
| 564 | U.S. Patent No. 5,545,531 File History (D007) | AVI_1864-984 |
| 565 | Affy Supplemental Response to Illumina 1st Set of Rogs (D009) | |
| 566 | '149 Patent (D010) | AVI_141988-2003 |
| 567 | '149 File History (D011) | IAFP632138-367 |
| 568 | U.S. Patent No. 5,143,854 (D012) | AVI_38412-38 |
| 569 | WO 92/10092 (D013) | IAFP4251-364 |
| 570 | WO 90/15070 (D014) | |
| 571 | U.S. Patent Application Numbers 08/249188, 08/082937, and 07/624120 (D015) | |
| 572 | U.S. Patent No. 5,384,261 (D016) | AVI_38500-15 |
| 573 | "Multiplex metallica" article (D017) | AVI_2813-14 |
| 574 | Goss(Tusher) Notebook No. 052, dated 06/29/1993 (D018) | AVI_139319-403 |
| 575 | Article by Tusher et al., titled "Empirical bayes analysis of a microarray experiment; gene expression comparison:  Statistical Data Included" (D019) | |
| 576 | Article by Tusher et al., titled "Significance analysis of microarrays applied to the ionizing radiation response" (D020) | |
| 577 | U.S. Patent Application No. 08/255682 (D021) | IAFP630971-1012 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 578 | U.S. Patent No. 6,399,365 (D022) | IAFP1241-300 |
| 579 | U.S. Patent No. 6,399,365 Prosecution History (D023) | IAFP1301-590 |
| 580 | U.S. Patent 6,355,432 B1 (D040) | |
| 581 | Fodor et al, "Light-Directed, Spatially Addressable Parallel Chemical Synthesis" (D041) | AVI_3210-16 |
| 582 | Pease et al, "Light-generated Oligonucleotide Arrays for Rapid DNA Sequence Analysis" (D042) | AVI_3056-60 |
| 583 | Invention Disclosure Form (D044) | AVI_133303-13 |
| 584 | Declaration of Dr. Solas (D045) | AVI_107123-31 |
| 585 | Pirrung and Bradley, "Comparison of Methods for Photochemical Phosphoramidite-Based DNA Synthesis" (D046) | |
| 586 | Notebook #036, Lipshutz (D047) | AVI_76767-804 |
| 587 | U.S. Patent No. 5,795,716 Patent (D048) | |
| 588 | Letter from Crkvenjakov to Lipshutz (D049) | IAFP597826 |
| 589 | Human Genome Organization, updated list of addresses (D050) | AVI_131330-37 |
| 590 | Report on the Sequencing by Hybridization Workshop, Moscow, USSR - "SBH - An Idea Whose Time has Probably Come" (D051) | IAFP598480-92 |
| 591 | The International Workshop on Sequencing Hybridization Program (D052) | IAFP598513-612 |
| 592 | Pevzner et al, "Towards DNA Sequencing Chips" (D053) | AFF-HYS3282-313 |
| 593 | U.S. 5,795,716 File History (D054) | AVI_1-428 |
| 594 | U.S. 6,607,887 B2 (D055) | |
| 595 | Email re Illumina licensing (D056) | AVI_55770-71 |
| 596 | Proposal between Illumina and Affymetrix (D057) | AVI_92431 |
| 597 | Gunderson et al, "Mutation Detection by Ligation to Complete n-mer DNA arrays" (D058) | AVI_2512-23 |
| 598 | Fan et al, "Parallel Genotyping of Human SR's using Generic High-Density Oligonucleotide Tag Arrays" (D059) | AVI_2372-79 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 599 | Email from Lipshutz to Fan (D060) | IAFP598288-89 |
| 600 | Email from Yap to Lipshutz re Luminex (D061) | AVI_97922 |
| 601 | Email re Luminex  (D062) | AVI_55631 |
| 602 | Email from Diekman to Lipshutz (D063) | AVI_93228-29 |
| 603 | Various Documents (D064) | |
| 604 | Illumina's First Notice of Deposition pursuant to Fed. R. Civ. P. 30(b)(6) (D065) | |
| 605 | Illumina's Second Notice of Deposition pursuant to Fed. R. Civ. P. 30(b)(6) (D066) | |
| 606 | Affymetrix statistical algorithms description document (D067) | AVI_55126-53 |
| 607 | Letter re services agreement between Wagner Associates and Affymax (D068) | AVI_143260-67 |
| 608 | Grant Award Notice (addressed to Fodor at Affymax) (D069) | AVI_142657-724 |
| 609 | Affymetrial financial document re licenses (D070) | AVI_134569-603 |
| 610 | Letter between Affymetrix and Axon (D071) | AVI_81551-52 |
| 611 | Application 07/492,462 (D072) | |
| 612 | U.S. Patent No. 6,646,243 (D073) | AVI_47056-106 |
| 613 | Declaration of Professor Lubert Stryer, EP 0 619 321 (D074) | AVI_101140-41 |
| 614 | Declaration of Professor Lubert Stryer, EP 0 373 203 (D075) | AVI_102978-87 |
| 615 | Notebook #029, Lubert Stryer (D076) | AVI_77698-737 |
| 616 | VLSIP Expansion (D077) | AVI_99068-82 |
| 617 | U.S. Patent No. 5,384,261 (D078) | AVI_38500-15 |
| 618 | U.S. Patent No. 6,399,365 (D079) | IAFP1241-1300 |
| 619 | UK Patent 2 129 551 A (D080) | IAFP13285-92 |
| 620 | U.S. Patent 5,571,639 (D081) | AVI_39061-86 |
| 621 | Presentation: Genotyping Products Positioning, August 2004 (D082) | AVI_59979-060028 |
| 622 | Email from G. Fergus (D083) | AVI_63228-29 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 623 | Affymetrix emails (D084) | AVI_65029-32 |
| 624 | Affymetrix document entitled "Illumina competitive positioning" (D085) | AVI_73533-40 |
| 625 | 2003-11-20 Illumina competitive summary (D086) | AVI_80431-9 |
| 626 | Affymetrix emails (D087) | AVI_57177-82 |
| 627 | Affymetrix emails (D088) | AVI_57183-84 |
| 628 | Commercial Monthly Report, June 2004 (D089) | AVI_84586-96 |
| 629 | Fergus email re Parrallel pricing | AVI_82345-49 |
| 630 | Affymetrix emails (D091) | AVI_57038-41 |
| 631 | Affymetrix emails (D092) | AVI_57522-24 |
| 632 | Affymetrix emails (D093) | AVI_81824-25 |
| 633 | Affymetrix emails (D094) | AVI_56826-28 |
| 634 | Affymetrix emails (D095) | AVI_56550-51 |
| 635 | Affymetrix emails (D096) | AVI_56663-64 |
| 636 | Affymetrix emails (D097) | AVI_56145 |
| 637 | Affymetrix emails (D098) | AVI_56898-99 |
| 638 | Affymetrix emails (D099) | AVI_58680-83 |
| 639 | Affymetrix emails (D100) | AVI_64034-38 |
| 640 | Affymetrix emails (D101) | AVI_56850-51 |
| 641 | Affymetrix emails (D102) | AVI_56266-72 |
| 642 | Affymetrix emails (D103) | AVI_63648-49 |
| 643 | Affymetrix emails (D104) | AVI_80482-87 |
| 644 | Affymetrix emails (D105) | AVI_82499-501 |
| 645 | Affymetrix emails (D106) | AVI_57574-75 |
| 646 | Affymetrix emails (D107) | AVI_57752-54 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 647 | Affymetrix emails (D108) | AVI_64093-97 |
| 648 | Affymetrix emails (D109) | AVI_58766-68 |
| 649 | Affymetrix emails (D110) | AVI_56537-43 |
| 650 | Illumina's Fourth Notice of Deposition (D111) | |
| 651 | Affymetrix emails (D112) | AVI_64677 |
| 652 | Affymetrix emails (D113) | AVI_57905-06 |
| 653 | Affymetrix emails (D114) | AVI_57735-36 |
| 654 | Subpoena of Besemer (D115) | |
| 655 | US Patent No. 6,511,277 B1 (D116) | AVI_45640-63 |
| 656 | Declaration of Stephen Fodor in the matter of EP 0 619 321 (D117) | IAFP6084-88 |
| 657 | Declaration of J. Leighton Read in the matter of EP 0 619 321 (D118) | IAFP6185-88 |
| 658 | Declaration of Michael Pirrung (Affy v. Synteni and Incyte) (D119) | IAFP5291-311 |
| 659 | Notice of Opposition to EP 0 619 321 (D120) | |
| 660 | Opposition to patent (D121) | |
| 661 | U.S. Patent No. 6,646,243 (D122) | |
| 662 | Pirrung Lab Notebook #05, 11/16/1988 (D123) | AVI_76805-40 |
| 663 | Pirrung Notebook #19, May 2, 1989 (D123) | AVI_138595-694 |
| 664 | Drmanac et al, "Sequencing by Oligonucleotide Hybridization: A Promising Framework in Decoding of the Genome Program?" (D124) | IAFP4410-23 |
| 665 | Notice of Subpoena of Derek H. Bernhart (D125) | |
| 666 | 06/18/91 Agreement between Wagner Associates and Bernhart (D130) | AG70-72 |
| 667 | 08/01/1993 Performance Evaluation of Bernhart (D131) | AG82-87 |
| 668 | 08/01/1994 Performance Review of Bernhart (D132) | AG75-81 |
| 669 | Newsletter re Affymetrix dated 9/93 (D133) | AG119 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 670 | Letter re services agreement between Wagner Associates and Affymax (D134) | AVI_143260-67 |
| 671 | 10/24/91 Memo from P. Coassin (D135) | AVI_104919-20 |
| 672 | Fodor et al "Multiplexed biochemical assays with biological chips" (D136) | AVI_2401-02 |
| 673 | Pease declaration for Fodor patent application No. 624,114 (D137) | IAFP5236-43 |
| 674 | U.S. App. No. 08/168,904 (D138) | IAFP13528-14133 |
| 675 | Lab Notebook, Read #010 (D139) | AVI_140525-37 |
| 676 | Lab Notebook, Read #02 (D140) | AVI_138496-594 |
| 677 | U.S. Patent Application No. 07/362,901 (D141) | IAFP15081-139 |
| 678 | 6/1/92 Performance Evaluation of Jevons at Wagner (D141) | AG 109-114 |
| 679 | 6/1/93 Performance Evaluation of Jevons at Wagner (D142) | AG 104-108 |
| 680 | 6/1/94 Performance Evaluation of Jevons at Wagner (D143) | AG 99-103 |
| 681 | 6/1/95 Performance Evaluation of Jevons at Wagner (D144) | AG 94-98 |
| 682 | File History if U.S. Patent No. 6,607,887 (D145) | AVI_430-730 |
| 683 | Newsletter re Affymetrix dated 9/93 (D146) | AG119 |
| 684 | 6/1/89 Agreement as to Patent, Copyrights, and Inventions between Wagner and Jevons (D147) | AG90-91 |
| 685 | U.S. 5,795,716 File History (D148) | IAFP182-598 |
| 686 | Multi-page document headed, "Very Large Scale Immobilized Polymer Synthesis" (D149) | IAFP15086-148 |
| 687 | Fodor Lab Notebook No. 26 (D150) | AVI_138964-052 |
| 688 | 1991-06-14 Office Memo, Drmanac and Crkvenjakov tentative agenda for June 28 visit (D151) | IAFP598085 |
| 689 | Human Genome II Conference, Official Program & Abstracts (October 22-24 1990) (D152) | AVI_134115-75; IAFP598371-430 |
| 690 | Handwritten Notes (D153) | AVI_134087-114 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 691 | European Patent Application 0 392 546 A2 (D154) | IAFP2314-29 |
| 692 | Amendment and Reply to Office Action Pursuant to 37 CFR 1.111 (D155) | AVI_145106-220 |
| 693 | Redacted email chain (D156) | AVI_92321-27 |
| 694 | U.S. Patent Application No. 2004/0029115 A9 (D158) | |
| 695 | Letter from Smith to Nussbacher (D160) | AVI_201303 |
| 696 | Letter from Ching to Nussbacher (D161) | AVI_199923-24 |
| 697 | Ching letter to Fodor re draft patent application (D162) | AVI_200704-05 |
| 698 | Letter from Ching to Fodor (D163) | AVI_200765 |
| 699 | Letter from Ching to Nussbacher (D164) | AVI_200758-64 |
| 700 | US Patent Application no. 07/624114 (D165) | IAFP13538-695 |
| 701 | Invoice #53217, William Smith, June 28, 1990 (D166) | AVI_133250-302 |
| 702 | Declaration of Stephen Fodor in the matter of EP 0 619 321 (D167) | IAFP6084-88 |
| 703 | Letter from Bechtold to Fodor (D168) | AVI_131366-68 |
| 704 | Foote letter to Heathington (D169) | UTRF49-51 |
| 705 | Foote notebook (D170) | RSF257-290 |
| 706 | Foote lab notebook (D170A) | RSF291-339 |
| 707 | Approval Slip (D171) | RSF93-168 |
| 708 | Research Proposal (D172) | RSF1-92 |
| 709 | Summary of presentations at 10/26/1989 Wolf Tap Genome Sequencing Conferenc (D173) | IAFP597861-82 |
| 710 | October 30 Schedule (D174) | IAFP598039-40 |
| 711 | Prospects for a miniaturized, simplified and frugal human genome project (D175) | IAFP598743-52 |
| 712 | Houghton letter to Foote (D176) | UTRF69-70 |
| 713 | Hiltner letter to Wheeley (D177) | UTRF12 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 714 | Venture First Associates, Invention Disclosure Form (D178) | UTRF13 |
| 715 | Houghton letter to Gessler (D179) | UTRF53 |
| 716 | Schmitt letter to Foote (D180) | UTRF612-15 |
| 717 | '961 Patent (D181) | AVI_39042-60 |
| 718 | Fodor et al, "Light-Directed, Spatially Addressable Parallel Chemical Synthesis" (D182) | UTRF488-94 |
| 719 | Foote letter to O'Leary (D183) | LNG123-24 |
| 720 | U.S. Patent Application No. 07/362,901 (D184) | IAFP15081-217 |
| 721 | Foote letter to Norviel re 05556961 patent (D185) | AVI_195439-40 |
| 722 | Weaver letter to Foote (D186) | LNG2-7 |
| 723 | Agreement Concerning US Patent '961 (D187) | AVI_145054-79 |
| 724 | Trip Report by Stodolsky re visit to Crkvenjakov Lab in 1989 (D188) | DOE466-71 |
| 725 | 12/6/1991 Report of Foreign Travel of Richard A. Sachleben (D189) | DOE16-23 |
| 726 | List of parties (D200) | |
| 727 | Page from Affymetrix's 10-K re competition (D201) | |
| 728 | Illumina's Third Notice of Deposition - 30(b)(6) (D2020) | |
| 729 | Illumina's Fourth Notice of Deposition - 30(b)(6) (D203) | |
| 730 | Handwritten notes (D204) | |
| 731 | List of parties (D205) | |
| 732 | 9/20/04 Affymetrix emails (D206) | AVI_62650 |
| 733 | 10/06/04 Affymetrix emails (D207) | AVI_82323-25 |
| 734 | 05/14/04 Affymetrix emails (D208) | AVI_151227-28 |
| 735 | 10/18/04 Affymetrix emails (D209) | AVI_157317-19 |
| 736 | 02/25/05 Affymetrix emails (D210) | AVI_153807 |
| 737 | 06/13/05 Affymetrix emails (D211) | AVI_172017 |

## EXHIBIT 7

### TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 738 | 02/14/05 Affymetrix emails (D212) | AVI_153287-88 |
| 739 | 04/30/05 Affymetrix emails (D213) | AVI_82205-06 |
| 740 | 05/19/04 Affymetrix emails (D214) | AVI_81852-856 |
| 741 | 11/02/04 Affymetrix emails (D215) | AVI_59176 |
| 742 | 11/01/04 Affymetrix emails (D216) | AVI_59177-85 |
| 743 | 2004-10-26 Affymetrix emails(D217) | AVI_59359 |
| 744 | 2004-11-01 Yap email (D218) | AVI_64908 |
| 745 | 2005-05-17 Competitive Summit agenda (D219) | AVI_73490-92 |
| 746 | Competitive summit notes/outline (D220) | AVI_73501-02 |
| 747 | May 2004, Commercial Monthly Report (D221) | AVI_93829-844 |
| 748 | Affymetrix emails (D222) | AVI_56900 |
| 749 | Affymetrix emails (D223) | AVI_56121-24 |
| 750 | 2003-03-20 CIDR pre-meeting notes and agenda (D224) | AVI_60101-05 |
| 751 | International Patent Application Number WO 93/17126 (D200) | IAFP13424-527 |
| 752 | 12/24/91 Letter from Kramer (D201) | PHRI931-950 |
| 753 | 1/5/06 Letter from Bill Hone (D202) | |
| 754 | 1/17/95 Letter from Weinstein to Diekman (D203) | PHRI1977 |
| 755 | Article by Chetverin and Kramer titled "Oligonucleotide Arrays:  New Concepts and Possiblities" from *Biotechnology*, Vol. 12 Nov. 1994 (D204) | |
| 756 | 2/13/95 Letter from Fodor to Weinstein (D205) | PHRI1981 |
| 757 | 2/28/95 Email from Kramer to Weinstein (D206) | PHRI1982 |
| 758 | 5/26/95 Handwritten notes of Fred Kramer (D207) | PHRI1986 |
| 759 | 11/2/95 Letter from Kramer to Norviel (D208) | PHRI1987 |
| 760 | Article by Chetverin and Kramer titled "Sequencing of pools of nucleic acids on oligonucleotide arrays" (D209) | AVI_95847-195864 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 761 | Article by Chetverin and Kramer titled "Total Genome Sequencing with Oligonucleotide Arrays" (D210) | AVI_95865-195902 |
| 762 | Kramer's Handwritten Notes (D211) | PHRI1993 |
| 763 | Proposed Term Sheet for agreement between Affymetrix and New York Institute of Health (D212) | PHRI1995-001998 |
| 764 | 3/1/96 Handwritten Notes (D213) | PHRI2006 |
| 765 | 3/1/1996 Handwritten Notes (D214) | PHRI2008-002011 |
| 766 | 3/9/1996 Letter to Norviel from Kramer (D215) | PHRI2015-002016 |
| 767 | 5/6/1996 Letter to Kramer from Gingeras (D216) | PHRI2023-002025 |
| 768 | 5/24/1996 Memo to Norviel from Kramer (D217) | PHRI2030-002031 |
| 769 | 10/23/1996 Letter from Hone to Liebeschuetz (D218) | PHRI2219 |
| 770 | Handwirtten Notes re conversation with Norviel, Gingeras, and Hone re Affymetrix contract on 1/3/1997 [redacted version] (D219A) | PHRI2320 (redacted) |
| 771 | 6/2/1997 Letter to Kramer from Norviel (D220) | PHRI2350 |
| 772 | 5/30/1997 License Agreement between Affymetrix and PHRI (D221) | PHRI2351-002383 |
| 773 | 4/11/2000 Consulting Agreement between Affymetrix and Oxford Gene Technology (D222) | PHRI1442 |
| 774 | 9/8/1998 Letter from McFarlane (Hone's seceratary) to Kramer (D223) | PHRI1707 |
| 775 | Illumina's Third Notice of Deposition - 30(b)(6) (D225) | |
| 776 | Illumina's Fourth Notice of Deposition - 30(b)(6) (D226) | |
| 777 | Espinosa email (D227) | AVI_92374-81 |
| 778 | 2004-06-17 Sherr email (D228) | AVI_92423-27 |
| 779 | Collaboration Agreement between the Engelhart Institute of Molecular Biology and the Affymax Research Institute (D229) | AVI_195463-67 |
| 780 | 2003-06-30 Marfin letter to Sherr (D230) | AVI_89442 |
| 781 | 2003-08-11 Sherr letter to Marfin (D231) | AVI_74694-96 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 782 | 2003-11-17 Reiter letter to Sherr (D232) | AVI_55623 |
| 783 | 2005-04-05 Affymetrix press release re Expanded Genomic Technologies Program (D233) | AVI_132670-71 |
| 784 | 2004-05-28 License agreement between Affymetrix and Genospectra (D234) | AVI_98404-25 |
| 785 | Genospectra projected capitalization (D236) | AVI_81752-55 |
| 786 | 2000-06-16 Press release (D237) | AVI_132307-8 |
| 787 | License Agreement between Affymetrix and Galvoscan (D239) | AVI_90337-49 |
| 788 | IP Transfer and License Agreement (Perlegen to Affymetrix) (D242) | AVI_90947-64 |
| 789 | IP Transfer and License Agreement (Affymetrix to Perlegen) (D243) | AVI_91208-60 |
| 790 | Gene Logic information (D244) | |
| 791 | Richard Rava CV (D245) | AVI_196069-74 |
| 792 | 2004-01-23 Nicholls email (D246) | AVI_72730-32 |
| 793 | 2004-11-01 Yap email (D247) | AVI_64908 |
| 794 | 2002-04-01 Cartridge barcode document (D248) | AVI_135052-58 |
| 795 | Grant Application (D249) | AVI_74726-917 |
| 796 | Human Genome Project pack (D250) | AVI_65050-79 |
| 797 | Patent Application 09/247430 (D251) | IAFP631703-930 |
| 798 | 3/28/88 DOE Internal Memo re Research Grant (D253) | DOE458-459 |
| 799 | Trip Report by Stodolsky re visit to Crkvenjakov Lab in 1989 (D254) | DOE466-471 |
| 800 | Human Genome Initiative Review Panel Roster (D255) | IAFP640703-05 |
| 801 | 2/26/1989 Letter from Crkvenjakov to Stodolsky (D256) | IAFP640717 |
| 802 | Report titled "Prospects for Miniaturized, Simplified and Frugal Human Genome Project" (D257) | DOE520-46 |
| 803 | 10/4/1989 Letter from Crkvenjakov to Stodolsky (D258) | IAFP598036 |
| 804 | 10/26/1989 Wolf Trap Genome Sequence Conference Itinerary (D259) | IAFP597859-60 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 805 | Summary of presentations at 10/26/1989 Wolf Tap Genome Sequencing Conference (D260) | IAFP597861-82 |
| 806 | Document re human genome (D261) | IAFP598101-17 |
| 807 | DOE/NIH Human Genome Contractors/Grantee Workshop, November 3-4, 1989 (D262) | IAFP597958-8013 |
| 808 | List of Contractors and Grantees that participated in the 11/4/1989 DOE Human Genome Project Contractor/Grantee Workshop (D263) | IAFP597916-25 |
| 809 | 1990 "Human Genome Quarterly" Newsletter re the DOE Contractor/Grantee Workshop (D264) | IAFP598014-25 |
| 810 | SBH Status Report by Stodolsky, 10/28/1989 (D265) | DOE472-73 |
| 811 | 2/12/1990 Letter from Crkvenjakov to Stodolsky (D266) | DOE394-407 |
| 812 | Abstracts of papers presented at the 1990 meeting on Genome Mapping and Sequencing (D267) | IAFP598193-326 |
| 813 | 8/8/1990 Letter re SBH proof-of-concept test w/ attachment outlining said test (D268) | DOE488-93 |
| 814 | 12/6/1991 Report of Foreign Travel of Richard A. Sachleben (D269) | DOE16-23 |
| 815 | Department of Energy, Sequencing of DNA by Hybridization with Oligonucleotides Matrix (SHOM), 1992 (D270) | DOE832-39 |
| 816 | Technical Progress Report of DOE Grant re SBH w/ Oligonucleotide Matrix (head scientist: Mirzabekov) (D271) | DOE13-15 |
| 817 | Beattie letter to Cantor (D272) | IAFP640718-20 |
| 818 | Crkvenjakov letter to Beattie (D273) | IAFP640761 |
| 819 | Beattie letter to Crkvenjakov (D274) | IAFP640768-70 |
| 820 | Drmanac R. Miniaturization of Sequencing by Hybridization. The Sequencing Chip Concept Poster Presentation (D275) | IAFP598099-117 |
| 821 | Jacobson letter to Crkvenjakov (D276) | IAFP598050-53 |
| 822 | LexiGen confidential business plan, February 1990 (D277) | KB125-173 |
| 823 | Beattie fax to Brown (D278) | KB262-68 |

EXHIBIT 7

### TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 824 | Report on the Sequencing by Hybridization Workshop, Moscow, USSR - "SBH - An Idea Whose Time has Probably Come" (D279) | IAFP598480-91 |
| 825 | Grant Application 5-29-92, for Beattie (D280) | AVI_143475-508 |
| 826 | Trace Lane CV with handwritten notes (D281) | IAFP12478-79 |
| 827 | Proprietary Information and Invention Agreement (D282) | AVI_82289-94 |
| 828 | Employee Termination Certificate (D283) | IAFP12507 |
| 829 | Lane email (D284) | AVI_55913-15 |
| 830 | Lane email (D285) | AVI_58477 |
| 831 | Lane email (D286) | AVI_58463-65 |
| 832 | Lane memo (D287) | IAFP12550-52 |
| 833 | Balch email (D288) | IAFP12531 |
| 834 | Marcus email (D289) | AVI_64239-40 |
| 835 | Marcus email (D290) | AVI_63667-70 |
| 836 | Marcus email (D291) | AVI_62960-69 |
| 837 | Fideler email (D292) | AVI_56015-16 |
| 838 | Lane email (D293) | AVI_57101-06 |
| 839 | Crowley email (D294) | AVI_57763 |
| 840 | Lane email (D295) | AVI_91544 |
| 841 | Raimond email (D296) | AVI_57547-49 |
| 842 | Raimond email (D297) | AVI_63930-31 |
| 843 | Competitive Positioning Session at WWSC--Focus on Illumina (982) | AVI_73572-73 |
| 844 | 2005-05-17 Competitive summit agenda (D299) | AVI_73490-92 |
| 845 | Presentation titled "Competition--Sales and Support Meeting February 2005" (D300) | AVI_84566-78 |
| 846 | Affymetrix document entitled "Illumina competitive positioning" (D301) | AVI_73533-40 |

EXHIBIT 7

TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 847 | Presentation: Genotyping Products Positioning (D302) | AVI_73629-72 |
| 848 | Lane email re SR's (D303) | AVI_56385-93 |
| 849 | Lane email re Illumina (D304) | AVI_60193-94 |
| 850 | Commercial Monthly Report, June 2004 (D305) | AVI_84586-96 |
| 851 | Fergus email re Parrallel pricing (D306) | AVI_82345-49 |
| 852 | Letter from March re Harvard Partners in GeneChip Mendel Array (D307) | AVI_85166-72 |
| 853 | Lane email re 500K expectations on calls (D308) | AVI_155070-74 |
| 854 | Press Release (D309) | |
| 855 | Employee Exit Interview (D310) | IAFP12453-54 |
| 856 | Gunderson email re Illumina genotyping project-costs (D311) | IAFP547651-58 |
| 857 | Weiss letter re Trace Lane (D312) | AVI_93271.1-72 |
| 858 | Notes on Office Depot paper and other related docs (D313) | IAFP12495-789 |
| 859 | Subpoena of Chunwei Wang (D314) | |
| 860 | Algorithm to Compute Base Calls (D315) | AVI_80908-19 |
| 861 | U.S. Patent No. 5,795,716 (D316) | AVI_39650-99 |
| 862 | File History of US Patent No. 6,607,887 (D317) | AVI_430-730 |
| 863 | Illumina 5th notice of deposition pursuant to 30b6 (D318) | |
| 864 | Budgets and Forecasts Chart (D319) | AVI_196152 |
| 865 | Affymetrix Price List (D320) | AVI_135106-12 |
| 866 | GeneChip Price Catalog (D321) | AVI_135082-94 |
| 867 | Affymetrix Sales Proposal (D322) | AVI_151315-33 |
| 868 | 2003 Invoice (D323) | AVI_196154 (native production) |
| 869 | 2003 Invoice (D324) | AVI_196157 |
| 870 | For the record, Deposition Exhibit 325 is a partial production of Affymetrix's 10K for the | |

EXHIBIT 7

## TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | fiscal year ended December 31, 2004. (D325) | |
| 871 | Array Revenue (D326) | AVI_137433 |
| 872 | Software Revenue (D327) | AVI_137434 |
| 873 | Part to Product Mapping (D328) | AVI_201541 |
| 874 | Inventory Valuation Procedures (D329) | AVI_201540 |
| 875 | Part Description (D330) | AVI_201536 |
| 876 | Part Description (D331) | AVI_201537 |
| 877 | Chip and Instrument Revenues and Costs Excluding Variances (D332) | AVI_196156 |
| 878 | Affymetrix Manufacturing Variances by Quarter (D333) | AVI_196160 |
| 879 | Factors of Production - Chips (D334) | AVI_201542 |
| 880 | Internal Finance Package - January 2002 (D335) | AVI_195202-50 |
| 881 | Internal Finance Package - January 2005 (D336) | AVI_193090-147 |
| 882 | Instrument Production - 2002-2005 (D337) | AVI_196159 |
| 883 | Historical Equivalent Chip Output and Additional Capacity Available by Quarter 2002-2005 (D338) | AVI_196155 |
| 884 | Historical Equivalent Chip Output and Additional Capacity Available by Quarter 2002-2005 (D339) | AVI_201538 |
| 885 | Affy press release (D340) | |
| 886 | Nicholls email re commercial and manufacturing reports for May (D341) | AVI_91885-911 |
| 887 | 2002-2005 RUO Array Complaints by Quarter (D342) | AVI_201539 |
| 888 | List of lost orders to Illumina (D343) | AVI_56491-93 |
| 889 | OGT payment summary (D344) | AVI_201543 |
| 890 | Genzyme Molecular Oncology (D345) | AVI_201544 |
| 891 | Earned Royalty Chart (D346) | AVI_201545 |
| 892 | Drmanac subpoena (D347) | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 893 | European Patent Application 0 392 546 A2 (D348) | IAFP2314-29 |
| 894 | Drmanac R, Crkvenjakov R.  Prospects for a Miniaturized, Simplified and Frugal Human Genome Project.  Scientia Yugoslavica 1990;16:97-107. (D349) | IAFP598620-30 |
| 895 | Program Schedule, May 1989 (D350) | IAFP598156-61 |
| 896 | SBH Poster (D351) | See oversized page |
| 897 | 1990-05-01 Letter from Lim to Drmanac (D352) | IAFP598064 |
| 898 | Human Genome II Conference, Official Program & Abstracts (October 22-24 1990 (D353) | IAFP598371-430 |
| 899 | 1991-06-14 Office Memo, Drmanac and Crkvenjakov tentative agenda for June 28 visit (D354) | IAFP598085 |
| 900 | 1994-12-22 Letter from Drmanac to Norviel re SBH Format 3 (D355) | AVI_149699-705 |
| 901 | WO Patent Application No. 95/09248 (D356) | IAFP596185-277 |
| 902 | 1990-09-30 Genome Sequencing Conference II Agenda and Crkvenjakov conference notes (D357) | IAFP598369-70; IAFP598128-35 |
| 903 | 1995-05-10 BioChip Array Technologies, Fabrication and Applications conference (D358) | IAFP643752-71 |
| 904 | Human Genome Organization, updated list of addresses (D359) | AVI_131330-37 |
| 905 | Drmanac et al.  SBH and the Integration of Complementary Approaches in the Mapping, Sequencing, and Understanding of Complex Genomes," In Lim, H. and Fickett, J. W., Cantor, C.R. and Robbins, R.J., editors, The 2nd International Conference on Bioinformatics, Supercomputing and Complex Genome Analysis, Singapore, World Scientific 1992:121-134 (D360) | IAFP622294-307 |
| 906 | The Human Genome Organisation updated List of addresses (D361) | AVI_131330-37 |
| 907 | Human Genome News, September, 1991 (D362) | AVI_132006-29 |
| 908 | Molodow letter to LaRose re consultant and patent agreement (D363) | AVI_195287-314 |
| 909 | Fax, Engelhardt Institute to Kaster, from Mirzabekov, 6-3-92 (D364) | AVI_195700 |
| 910 | Fax, Kaster to Mirzabekov, 6-13-92 (D365) | AVI_195691-97 |

EXHIBIT 7

TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 911 | Letter, Fodor to Mirzabekov  9-18-92 (D366) | AVI_195665 |
| 912 | Collaboration Agreement between the Engelhardt Institute of Molecular Biology and the Affymax Research Institute, 1992 (D367) | AVI_201316-20 |
| 913 | Grant Application 5-29-92, for Beattie (D368) | AVI_143475-508 |
| 914 | Fax, Fodor to Dupere, 9-2-92 re Gel Matrix Geosensor (D369) | AVI_143359-60 |
| 915 | Letter, Mirzabekov to Fodor, 10-15-93, new patent applications (D370) | AVI_195636 |
| 916 | Letter, 2-13-95, Fodor to Weinstein re Diekman letter (D371) | PHRI1981 |
| 917 | License Agreement, PHRI and Affymetrix, 1996-1997 (D372) | AVI_195717-49 |
| 918 | Email re "Nakamura Reagent Order / Japan Sales Person" (D383) | IAFP615772 |
| 919 | Crkvenjakov R.  Talk Presented at DOE/NIH Human Genome Sequencing Conference, Handwritten notes and transcription.  (Sante Fe, NM) October 29, 1990 (D390) | IAFP598136-41 |
| 920 | Crkvenjakov R.  Talk Presented at DOE/NIH Human Genome Sequencing Conference, Handwritten notes and transcription.  (Sante Fe, NM) October 29, 1990 (D391) | IAFP598136-41 |
| 921 | Set of documents produced by Crkvenjokov (D392) | IAFP597818-82 |
| 922 | Set of documents produced by Crkvenjokov (D393) | IAFP640203-926 |
| 923 | Invoice #53217, William Smith, June 28, 1990 (D400) | AVI_133250-302 |
| 924 | US Patent Application no. 07/624114 (D401) | IAFP13538-695 |
| 925 | Abandoned application 08/168,904 (D402) | IAFP13528-4133 |
| 926 | Docs related to Dower 626,730 (D403) | AVI_200971-1066 |
| 927 | Invoice 62341, January 30, 1991 (D405) | AVI_134228-31 |
| 928 | 1994-12-22 Letter from Drmanac to Norviel re SBH Format 3 (D406) | AVI_149699-705 |
| 929 | 11/2/95 Letter from Kramer to Norviel (D407) | PHRI1987 |
| 930 | Chetverin and Kramer "Novel Oligonucleotide Arrays anDtheir use for sorting…" (D408) | AVI_195750-845 |
| 931 | Norviel to Kramer with proposed term sheet (D409) | AVI_195996-6000 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 932 | Kramer to Norviel (D410) | AVI_195994-95 |
| 933 | Kramer to Norviel re licensing agreement (D411) | AVI_195926 |
| 934 | License Agreement, PHRI and Affymetrix, 1996-1997 (D412) | AVI_195717-49 |
| 935 | Weinstein letter to Norviel re invoices (D413) | PHRI2619 |
| 936 | Fax from Norviel to McFarlane re: schedule of conference call between Hone and Norviel and McGarrigle (D414) | PHRI7547 |
| 937 | USPTO doc: Amendment (D415) | PHRI1370-86 |
| 938 | Norviel to Kramer re license agreement (D416) | AVI_195716 |
| 939 | 09/247,430 Patent Application (D417) | IAFP631701-930 |
| 940 | Foote letter to Norviel re 05556961 patent (D418) | AVI_195439-40 |
| 941 | Molodow letter to LaRose re consultant and patent agreement (D419) | AVI_195287-314 |
| 942 | Norviel to Mizabekov re payment items and contract questions (D420) | AVI_195620-23 |
| 943 | Rlaures to Norviel re docs (D421) | AVI_199557-58 |
| 944 | IP Transfer and License agreement (Affymetrix to Perlegen) (D422) | AVI_91208-60 |
| 945 | Invoice #53217, William Smith, June 28, 1990 (D423) | AVI_133250-302 |
| 946 | Ching letter to Fodor re draft patent application (D424) | AVI_200704-05 |
| 947 | Ching letter to Nussbacher re patent applications (D425) | AVI_199906-37 |
| 948 | Wolf Trap Genome Sequencing Conference October 24-26, 1989 (D426) | IAFP597859-597882 |
| 949 | Abstracts of papers presented at the 1990 meeting on Genome Mapping and Sequencing (D427) | IAFP598193-326 |
| 950 | DOE/NIH Human Genome Contractors/Grantee Workshop, November 3-4, 1989, Santa Fe, NM, Abstracts (D428) | IAFP597958-8013 |
| 951 | DOE/NIH Human Genome Contractor/Grantee Workshop, November 3-4, 1989, Santa Fe, NM, Speaker Abstracts (D429) | IAFP597926-57 |
| 952 | Map Production Efforts, November 3, 1989 (D430) | IAFP597899-915 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 953 | Mathies 1991 Notes (D431) | RAM1-83 |
| 954 | Human Genome II Conference Program and Abstracts, Oct. 22-24, 1990 (D432) | RAM192-251 |
| 955 | Mathies Composition Book (D433) | RAM84-191 |
| 956 | Nicholls email re commercial and manufacturing reports for May (D434) | AVI_91885-911 |
| 957 | Email re "Pricing for Additions to Sanger Effort--QUICK RESPONSE NEEDED" (D435) | AVI_161278-81 |
| 958 | Email re "Dawn Madden Final Results" (D436) | AVI_59247-97 |
| 959 | Email re "ParAllele" (D437) | AVI_59611-12 |
| 960 | Email re "Price Approval Request" (D438) | AVI_57447-49 |
| 961 | Email re "Illumina Expression Array Profile" (D439) | AVI_55389-92 |
| 962 | Email re "Illumina Competition" (D440) | AVI_63723 |
| 963 | Email re Illumina doc (D441) | AVI_75218-20 |
| 964 | Email re "Illumina Draft Sales Tool" (D442) | AVI_75212-17 |
| 965 | Email re "Illumina Competition" (D443) | AVI_65002 |
| 966 | Email re "Illumina Competitive MeetingFeb 3.doc" (D444) | AVI_75201-03 |
| 967 | Email re "Illumina Comptetitive Positioning" (D445) | AVI_75187-98 |
| 968 | Email re "Affy vs. Illumina" (D446) | AVI_55411-14 |
| 969 | Email re "Illumina Competitive Meeting Notes 021505.doc" (D447) | AVI_97964-69 |
| 970 | Email re "Illumina Competitive Meeting--Friday 4th ATTY Client Privilege (D448) | AVI_97948-63 |
| 971 | Email re "Illumina Meeting 11 Mar--Action" (D449) | AVI_55401 |
| 972 | Email re "Illumina Competitive Meeting" (D450) | AVI_82355-67 |
| 973 | Competitive Positioning Session at WWSC--Focus on Illumina (D451) | AVI_73572-73 |
| 974 | Presentation titled "Competition--Sales and Support Meeting February 2005" (D452) | AVI_84566-78 |
| 975 | Illumina Internal Paper (D453) | AVI_6572-739 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 976 | Email re "Galileo for Pricing Committee" (D454) | AVI_62913 |
| 977 | Email re "Perlegen/Galileo term sheet" (D455) | AVI_81635-36 |
| 978 | Email re "10K S Pricing" (D456) | AVI_140902-03 |
| 979 | Email re "Thoughts on ILMN announcement" (D457) | AVI_64319-22 |
| 980 | Email re "USC" (D458) | AVI_82559-60 |
| 981 | Email re "Welcome Trust Centre for Human Genetics" (D459) | AVI_15096-97 |
| 982 | Illumina 5th notice of deposition pursuant to 30b6 (D460) | |
| 983 | List of Lost Orders to Illumina (D461) | AVI_56491-93 |
| 984 | Presentation titled "SWOT Analysis" (D462) | AVI_73513-20 |
| 985 | Presentation on US Microarray Market in 2002 (D463) | AVI_74703-24 |
| 986 | Affymetrix document re "Illumina, Inc.: Internal Paper February 2004" (D464) | AVI_65702-39 |
| 987 | Email re "ParAllele" (D465) | AVI_59620-22 |
| 988 | Email re "ILMN--competitive update" (D466) | AVI_83608-12 |
| 989 | Email re "Illumina-Roche A/C privileged" (D467) | AVI_97842-44 |
| 990 | Declaration of Edwin Ching (D468) | AVI_145186-220 |
| 991 | Ching Privilege Log (D469) | |
| 992 | Notice of Subpoena of Sachleben (D471) | |
| 993 | Participants of SBH Workshop, Moscow (D472) | AVI_131354-59 |
| 994 | ORNL Foreign Trip Report, Sachleben (D473) | RAS78-85 |
| 995 | Report on the Sequencing by Hybridization Workshop, Moscow, USSR - "SBH - An Idea Whose Time has Probably Come" (D474) | IAFP598480-92 |
| 996 | Khrapko, et al "A method for DNA sequencing by hybridization with oligonucleotide matrix" (D475) | IAFP620747-620760 |
| 997 | Consultant Agreement and Patent Agreement between Foote and Sachleben (D476) | RAS154-80 |
| 998 | '916 patent (D477) | RAS1-19 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 999 | Email from Schiffman to Leung (D478) | AVI_204621-25 |
| 1000 | Email from Ragusa to Rava (D479) | AVI_203859 |
| 1001 | Email from Forbes to Lewis (D480) | AVI_207486 |
| 1002 | Email from Lewis to Forbes (D481) | AVI_207077 |
| 1003 | Email from Lewis to Kole (D482) | AVI_208798-800 |
| 1004 | Email from Ragusa to Puccini (D483) | AVI_204163 |
| 1005 | Email from Ragusa to various individuals (D484) | AVI_204214 |
| 1006 | Email from Ragusa to Siegel (D485) | AVI_204226 |
| 1007 | Email from Kole (D486) | AVI_207011 |
| 1008 | Email from Ragusa to various individuals (D487) | AVI_204056 |
| 1009 | Email from Forbes to Karas (D488) | AVI_208652-53 |
| 1010 | Email from Forbes to Lewis and Karas (D489) | AVI_208823-31 |
| 1011 | Document re "Historical Equivalent Chip Output & Additional Capacity Available by Quarter 2002 - 2005" (D490) | AVI_208721 |
| 1012 | Document re "Trended Aggregate Shipment Patterns and Seasonality" (D491) | AVI_208469-70 |
| 1013 | Email from Forbes to Lewis (D492) | AVI_208677-93 |
| 1014 | Email from Kaufman to Forbes (D493) | AVI_206988 |
| 1015 | Email from Cowell to Karas (D494) | AVI_206867-68 |
| 1016 | Email from Ragusa to Siegel (D495) | AVI_203969-70 |
| 1017 | Email from Ragusa to Karas (D496) | AVI_204044-46 |
| 1018 | Email from Gilbeau to Forbes (D497) | AVI_206888-89 |
| 1019 | Email from Verdoorn to Siegel (D498) | AVI_208806-07 |
| 1020 | Document re "Total Demand" (D499) | AVI_201784-808 |
| 1021 | Email from Karas to Forbes and Lewis (D500) | AVI_206899 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1022 | Settlement Agreement with OGT, 3/23/01 (D501) | AVI_201356-77 |
| 1023 | Settlement Agreement with OGT, 5/04 (D503) | AVI_201378-86 |
| 1024 | License Agreement between Parallele and O-Link (D504) | AVI_201481-515 |
| 1025 | Email from Mortensen to Brawer (D506) | AVI_209080 |
| 1026 | Email from Sherr to Mortensen (D507) | AVI_209082-88 |
| 1027 | Email from Sherr to Brawer (D508) | AVI_209285-86 |
| 1028 | Email from Sherr to Blair (D509) | AVI_203264-73 |
| 1029 | Email from Feuchtwang to McGarrigle (D510) | AVI_209376-77 |
| 1030 | Email from Sherr to Killian and Murray (D512) | AVI_203274-79 |
| 1031 | Email from Chait to Sherr (D514) | AVI_203041 |
| 1032 | Email from Sherr to Pieken (D519) | AVI_203599-604 |
| 1033 | Email from Subash to Pieken (D520) | AVI_202789 |
| 1034 | Email from Richey to Dolan (D521) | AVI_204277-278 |
| 1035 | Email from Siegel to Williams (D522) | AVI_204357 |
| 1036 | Email from Kendra to Dolan and Moore (D523) | AVI_204355 |
| 1037 | Email from D'Errico to Dolan (D524) | AVI_204292 |
| 1038 | Email from Williams to Siegel (D525) | AVI_204303-04 |
| 1039 | Option Agreement Between the Regents of the University of California and Affymetrix, Inc. (D526) | AVI_201412-29 |
| 1040 | Fax cover sheet and letter from Kato to Dolan (D528) | AVI_203406-12 |
| 1041 | Fax cover sheet and letter from Neumann to Dolan (D530) | AVI_204384-92 |
| 1042 | Email from Horton to Sherr (D533) | AVI_203181-82 |
| 1043 | Email from Wellis to Thompson and Lipshutz (D534) | AVI_204269-70 |
| 1044 | License Agreement Term Sheet (D535) | AVI_205271-85 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1045 | Email from White to Sherr (D536) | AVI_202579 |
| 1046 | Email from Sherr to Witney (D537) | AVI_202601 |
| 1047 | Letter from Witney to Affymetrix (D538) | AVI_203548-51 |
| 1048 | License Agreement between Affymetrix and PHRI, 1996-1997 (D539) | AVI_195717-49 |
| 1049 | Letter from Caulfield to Chait (D540) | AVI_210571-572 |
| 1050 | Letter from Caulfield to Johnson (D541) | AVI_210573-578 |
| 1051 | Phillip McGarrigle Declaration (D542) | |
| 1052 | Letter from McGarrigle re AB93 Comments (D543) | |
| 1053 | Powerpoint Presentation - Commercial IP Issues - Licensing, Prosecution and Litigation (D544) | AVI_210544-70 |
| 1054 | Email from Nussbacher to various individuals re: PE and Illumina exclusive in zip code genotyping (D545) | AVI_97479 |
| 1055 | Email from Caviar to various individuals re: Business Intelligence: Illumina Competitive Brief (D546) | AVI_91808 |
| 1056 | Email from McGarrigle to Crowley re: BI today 1pm PST Whitney - Illumina launches WG expression products; Agilent intros 8-pack slides (D547) | AVI_68351-60 |
| 1057 | Declaration of Michael Pirrung (Affy v. Synteni and Incyte) (D548) | IAFP5291-311 |
| 1058 | U.S. Patent Application No. 10/098203 (D549) | AVI_731-1050 |
| 1059 | Email from Tsang to McGarrigle re: IDS (D550) | AVI_210585-210587 |
| 1060 | Email from Tsang to McGarrigle re: Visit to PTO (D551) | AVI_210541 |
| 1061 | Email from Tsang to McGarrigle re: Trip to the PTO (D552) | AVI_210540 |
| 1062 | Exhibit seized during the deposition about which there is a pending motion (D553) | AVI_68483-85 |
| 1063 | U.S. Patent Application No. 09/585659 (D554) | AVI_1341-1863 |
| 1064 | Office communication re: U.S. Patent App. No. 10/125,530 (D555) | |
| 1065 | Office communication re: U.S. Patent App. No. 10/125,428 (D556) | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1066 | U.S. Patent Application No. 09/907196 (D557) | AVI_1051-340 |
| 1067 | U.S. Patent No. 6,103,463 (D558) | IAFP13118-13224 |
| 1068 | Fax from Norviel to McFarlane re: schedule of conference call between Hone and Norviel and McGarrigle (D559) | PHRI7547 |
| 1069 | Email from Kramer to Sherr re: PHRI license agreement (D560) | PHRI1579 |
| 1070 | Sutherland Expert Report (D561) | |
| 1071 | Curriculum Vitae of John D. Sutherland (D562) | |
| 1072 | Sutherland Expert Report Materials Considered (D563) | |
| 1073 | Declaration of Professor John Sutherland. EP 0 619321 (D564) | IAFP5999-6013 |
| 1074 | Declaration of Professor John Sutherland. EP 0 834575 (D565) | AVI_214018-23 |
| 1075 | Declaration of Professor John Sutherland. Japanese Patent App. No. (2-508966) (D566) | |
| 1076 | U.S. Patent Application No. 07/362,901 (D567) | IAFP15081-140 |
| 1077 | Schulhof, et al. "The final deprotection step in oligonucleotide synthesis is reduced to a mild and rapid ammonia treatment by using labile base-protecting groups." (D568) | |
| 1078 | Hayakawa, et al. "Allylic protecting groups in solid-phase DNA synthesis." (D569) | |
| 1079 | Hayakawa, et al. "The Allylic Protection Method in Solid-Phase Oligonucleotide Synthesis. An Efficient Preparation of Solid-Anchored DNA Oligomers." (D570) | IAFP6036-41 |
| 1080 | Amit, et al. "Photosensitive Protecting Groups of Amino Sugars and Their Use in Glycoside Synthesis…" (D571) | IAFP653834-39 |
| 1081 | Amit, et al. "Photosensitive Protecting Groups." (D572) | IAFP4376-78 |
| 1082 | Cama, et al. "Total Synthesis of Thienamycin Analogues 1. Synthesis of the Thienamycin Nucleus and dl-Descysteaminylthienamycin…" (D573) | |
| 1083 | U.S. Patent No. 4,086,254 (D574) | AVI_213912-19 |
| 1084 | Pillai, "Photoremovable Protecting Groups in Organic Synthesis (D575) (D575) | IAFP4748-74 |
| 1085 | Pillai, "Photolytic Deprotection and Activation of Functional Groups." (D576) | AVI_214037-135 |
| 1086 | Pease et al, "Light-generated Oligonucleotide Arrays for Rapid DNA Sequence Analysis" | IAFP4709-13 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | (D577) | |
| 1087 | Figures of NV, NVOC, MeROC (D578) | |
| 1088 | Michael Pirrung Deposition Transcript - 1/16/06 (D579) | |
| 1089 | Infinium Report "Affymetrix: Not Out Of The Woods Yet" (D581) | AVI_210743-71 |
| 1090 | Bear Stearns Report "Affymetrix: Iniating Coverage of AFFX with an Outperform Rating and $25 Price Target" (D582) | AVI_213185-209 |
| 1091 | Bear Stearns Report "Illumina: Initiating Coverage of ILMN with a Peer Perform Rating and $38 Price Target" (D583) | AVI_212824-47 |
| 1092 | Price Chart (D585) | AVI_209017 |
| 1093 | Affymetrix Internal Finance Package (December 31, 2005) (D586) | AVI_210396-471 |
| 1094 | Expert Report of Dr. Kevin Struhl; CV; Materials Considered (D587) | |
| 1095 | Cases as Expert Witness (D588) | |
| 1096 | "Sandwich Assay" Figure (D589) | |
| 1097 | Hand drawn figure of Infringe Claim 1 of '531 Patent (D590) | |
| 1098 | Hand drawn figure of Infringe Claim 3 of '531 Patent (D591) | |
| 1099 | Hand drawn figure 2 of Infringe Claim 3 of '531 Patent (D592) | |
| 1100 | Biochip Array Technologies: Fabrication & Applications - Drmanac, "Sequencing by Hybridization (SBH) on Super Chips" (D593) | IAFP643753-71 |
| 1101 | Hand drawn figure of Green Bead and Red Bead (D594) | |
| 1102 | Hand drawn figure of Small Bead and Big Bead (D595) | |
| 1103 | Hand drawn figure of Bead in Position 1 and Bead in Position 2 (D596) | |
| 1104 | Hand drawn figure of Oligonucleotide coding Sequence 1 and Oligonucleotide coding Sequence 2 (D597) | |
| 1105 | Tora, "A Unified nomenclature for TATA box binding protein (TBP)-associated factors (TAFs) involved in RNA polymerase II transcription" (D598) | |
| 1106 | Koster CV (D600) | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1107 | Koster Materials Considered (D601) | |
| 1108 | Exhibit C - Scientia Yugoslavica - Title Page and Contents (D602) | |
| 1109 | Markman Order (D604) | |
| 1110 | Markman Opinion (D605) | |
| 1111 | WO 89/10977(D606) | IAFP656538-68 |
| 1112 | Hand drawn figure (D611) | |
| 1113 | U.S. Patent No. 5,143,854 (D612) | IAFP07295-7334 |
| 1114 | SBH and The Integration of Complementary Approaches in the Mapping, Sequencing, and Understanding of Complex Genomes (D613) | IAFP 643941-643962 |
| 1115 | | |
| 1116 | U.S. Patent No. 5,700,637 (D615) | IAFP 655740-655750 |
| 1117 | Email from Czarnik to Chee & Stuelpnagel re T.C. having mood swings (Czarnik001) | C0007 |
| 1118 | Appellant's Appendix vol 2 of 2 from Czarnik v. Illumina (Czarnik002) | |
| 1119 | Illumina's Notice of Subpoena of Gene Logic (Gene Logic 1) | |
| 1120 | Amended and Restated Agreement between Gene Logic and Affymetrix (Gene Logic 2) | AVI_199638-701 |
| 1121 | Presentation re Affy Relationship (Gene Logic 3) | GL1-06 |
| 1122 | Affy Task Force Meeting Minutes (Gene Logic 4) | GL121-22 |
| 1123 | Affymetrix 2005 Negotiation Playbook (Gene Logic 5) | GL10-24 |
| 1124 | Affymetrix 2006 Negotiation Playbook (Gene Logic 6) | GL34-38 |
| 1125 | Affy Dec 14 Contract Review Meeting (Dec. 20, 2005) (Gene Logic 7) | GL75-77 |
| 1126 | Afx '06 Agreement Highlights for Operations Team (Gene Logic 8) | GL79-80 |
| 1127 | Gene Logic and Illumina email chain (Gene Logic 9) | IAFP611127-28 |
| 1128 | 1/23/04 Email to Dr. Hertz from Mr. Keser (Gene Logic 10) | GL195-201 |
| 1129 | Affymetrix Counter-Statement in Response to Illumina's Motion for Summary Judgment of Invalidity of the Asserted Claims of the '432 Patent | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1130 | | |
| 1131 | | |
| 1132 | Wolf Trap Genome Sequencing Conference | IAFP597889-95 |
| 1133 | | |
| 1134 | Jacobson letter to Crkvenjakov | IAFP598050-53 |
| 1135 | | |
| 1136 | US Patent 5,541,061 | AVI_38905-23 |
| 1137 | US Patent 5,639,603 | IAFP653700-653732 |
| 1138 | | |
| 1139 | US Patent 4,046,750 | IAFP65028-36 |
| 1140 | Declaration of Dr. Hubert Koster in Support of Affymetrix's Statement of Disputed Material Facts in Response to Illumina's Motion for Summary Judgment of Invalidity of the Asserted Claims of the '432 Patent | |
| 1141 | Affymetrix Counter-Statement in Response to Illumina's Motion for Summary Judgment of Unenforceability of the '243 Patent | |
| 1142 | Civil Docket for Case # 1:98-cv-00006 | |
| 1143 | Form 10-K405 (filed 3/31/1999) | AVI_47571-650 |
| 1144 | Form 10-K405 (filed 3/30/2001) | AVI_119639-733 |
| 1145 | Civil Docket for Case # 1:98-cv-00520 | |
| 1146 | Civil Docket for Case # 3:98-cv-4507 | |
| 1147 | Civil Docket for Case # 3:98-cv-4508 | |
| 1148 | | |
| 1149 | McGarrigle Statement re Fodor Application | IAFP2185-89 |

EXHIBIT 7

## TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1150 | Liebeschuetz Submission re Pirrung Application | IAFP19344-47 |
| 1151 | Liebeschuetz Amendments to Notice of Allowance re Fodor Application | IAFP18515-17 |
| 1152 | Information Disclosure Statement | IAFP17999-8000 |
| 1153 | Initial Disclosure of Prior Art Pusuant to 16-7 | IAFP17960-74 |
| 1154 | | |
| 1155 | Pirrung Document (Ex. P to '243 Summary Judgment Memorandum) | |
| 1156 | Amendment and Response re Fodor Application | IAFP18446-50 |
| 1157 | News Release: Affymetrix Provides Update on Litigation Against Incyte | |
| 1158 | Letter from Collier to Gross re licensing files, manufacturing yiled/capacity issue and McCarrigle deposition date | |
| 1159 | Letter from Gross to Collier re licensing files, Illumina's production of licenses, Affymetrix internal documents, proposed meeting and McCarrigle deposition date | |
| 1160 | Argonne document [Format 3 SBH Super Chip] | ARG986-1036, 1038 |
| 1161 | D. Barker et al. "Self-Assembled Random Arrays" | IAFP532343-53 |
| 1162 | D. Barker's ILMN presentation on GT & GEX showing beadchip and well formation | IAFP546077-6108 |
| 1163 | | |
| 1164 | Restriction Requirement - Chee Application | IAFP346-49 |
| 1165 | Response to Restriction Requirement - Chee Application | IAFP345-55 |
| 1166 | Supplemental Amendment - Chee Application | IAFP494-508 |
| 1167 | Petition to Correct Inventorship - Chee Application | IAFP598-99 |
| 1168 | Form 10-K - Illumina Inc (3/6/2006) | |
| 1169 | Securities and exchange Commission Form 10-K - Illumina Inc | IAFP20791-803 |
| 1170 | | |
| 1171 | | |

59

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | | |
| 1172 | Stuelpnagel Declaration | |
| 1173 | Illumina: Atlas Development Phase Design Verification Testing Peer Technology Review Pre-read | IAFP590053-107 |
| 1174 | SEC Form 10-K - Affymetrix - Annual Report for fiscal year ended 12/31/05 | AVI_213606 |
| 1175 | Form 8-K - Affymetrix filed 10/22/2003 | AVI_126397-407 |
| 1176 | US SEC Form 10-K - Affymetrix - Annual Report for fiscal year ended 12/31/2002 | AVI_48118-20 |
| 1177 | Market Assessment | IAFP541086-87 |
| 1178 | Illumina Catalog List 2005 | IAFP11913-15 |
| 1179 | Competitor Overview - Q3, '04 | AVI_65550-52 |
| 1180 | Illumina Product Technology claim Chart | AVI_55313-14 |
| 1181 | Email from Cowden to Raimond re: Proof is in  publication | AVI_57962-63 |
| 1182 | Email from Fergus re: ILMN earnings - details | AVI_58733-36 |
| 1183 | US SEC Form 10-K - Illumina | |
| 1184 | | |
| 1185 | Email from Fergus re: MS Consortium - Duke Members | AVI_58376-80 |
| 1186 | Commercial Monthly Report - June 2004 | AVI_84588-49 |
| 1187 | Chart of Illumina's purchases | AVI_82349 |
| 1188 | Email from Raimond re: Parallel pricing | AVI_092039-092045 |
| 1189 | CIDR Meeting notes from Jan. 30, 2002 & Follow-up Affy internal meeting from Feb. 4, 2003 | AVI_62268-73 |
| 1190 | Email from Fergus re: FWD: Illumina | AVI_55929 |
| 1191 | Email from Raimond re: holding off ILMN - HELP | AVI_53898 |
| 1192 | Email from Lankard to Siegel re: SR's | AVI_82089 |
| 1193 | | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1194 | Illumina Competitive Meeting - Feb. 3 | AVI_55289-90 |
| 1195 | | |
| 1196 | Email from Orpin re: NIH award | IAFP602431-32 |
| 1197 | Affymetrix Guidance Announcement | |
| 1198 | Email from Yap re: Illumina 100K SR | AVI_63653-54 |
| 1199 | Illumina News Release - Illumina Initiates Shipment of Whole-Genome Genotyping Beadchips | IAFP496718-6720 |
| 1200 | Affymetrix Market Perform (3/7/2006) | IAFP6455432-5437 |
| 1201 | Email from Raimond re: Parallele Press Release is Out | AVI_57995- 97 |
| 1202 | Illumina News Release - Illumina Reports Financial Results for 3rd Quarter 2005 | |
| 1203 | | |
| 1204 | | |
| 1205 | Game Time - Affymetrix Negotiation Playbook | GL 34 |
| 1206 | Game Time - Affymetrix Negotiation Playbook | GL 37 |
| 1207 | | |
| 1208 | Email from Lankard re: the comp- Joe Gray talking with Illumina | AVI 056451-53 |
| 1209 | BI Advisory Board - January 2004 | AVI_65133-37 |
| 1210 | Email from Kain re: Axon contact | IAFP535717-19 |
| 1211 | Discussion Materials for the Scanner Project, 2/2005 | IAFP535227-31 |
| 1212 | | |
| 1213 | Andrew Rosenthal, Bush Encounters the Supermarket, Amazed, N.Y. Times, Feb. 5, 1992, at A1 | IAFP644440-42 |
| 1214 | April 1978 MAD Magazine | IAFP643791-830 |
| 1215 | *Bars in the Lab: Two New Technologies Join Forces*, Bar Code News, March/April 1983 | IAFP644436-39 |
| 1216 | Benjamin Nelson, Punched Cards to Bar Codes 55 (Helmers Publishing 1997) | Not Produced (Excerpts Included) |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1217 | Bruce Smith, *Bar Code: The Data Entry Alternative*, Bar Code News, March 1982, at 1-2 | IAFP644434-35 |
| 1218 | | |
| 1219 | Craig K Harmon & Russ Adams, R., <u>Reading Between the Lines</u> 197-205 (North American Technology, Inc. 1984) | Not Produced (Excerpts Included) |
| 1220 | | |
| 1221 | | |
| 1222 | | |
| 1223 | | |
| 1224 | | |
| 1225 | | |
| 1226 | | |
| 1227 | U.S. Patent No. 5,358,691 (Clark) | |
| 1228 | Adams CV | |
| 1229 | MPEP | |
| 1230 | 37 CFR s1.1-1.318 | |
| 1231 | US 2,612,994 (Woodland) | |
| 1232 | Human Genome Conference Agenda, San Diego, 1990 | IAFP 598078-080 |
| 1233 | "Help Needed at Central Supply, STAT: Bar Codes Ease Growing Pains," March/April 1983, Bar Code News | |
| 1234 | "Sterile Bar Codes: Guiding Production for a Medical Manufacturer," March/April 1983, Bar Code News | |
| 1235 | "Upgrading Blood Banks: Checking Out The Library," March/April 1983, Bar Code News | |
| 1236 | "Health Industry Moves Quickly to Adopt Uniform Bar Coding," Sept/Oct 1983, Bar Code News | |
| 1237 | Sept/Oct 1983, Bar Code News 55 | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1238 | "Health Industry Bar Code (HIBC) Task Force Publishes Final Recommendations," Nov/Dec 1983, Bar Code News | |
| 1239 | "Prescription For Hospital Fixed Assets Management," July/August 1984, Bar Code News | |
| 1240 | "New Standards: Bar Code Markings For Healthcare," July/August 1984, Bar Code News | |
| 1241 | "How To Cure Medical Supply Chaos,"  July/August 1984, Bar Code News | |
| 1242 | "Health Care Bar Codes: Description or Identifiers," March/April 1985, Bar Code News | |
| 1243 | "The Bees' Knees in Bar Code," October 1988, ID Systems 21-26 | |
| 1244 | | |
| 1245 | | |
| 1246 | | |
| 1247 | | |
| 1248 | U.S. Patent No. 5,281,540 (Merkh) | IAFP659442-9473 |
| 1249 | U.S. Patent No. 5,348,855 (Dattagupta et al.) | IAFP 653471-653489 |
| 1250 | | |
| 1251 | U.S. Patent No. 5, 543,061 (Baskis) | IAFP 655705-655723 |
| 1252 | | |
| 1253 | | |
| 1254 | | |
| 1255 | | |
| 1256 | | |
| 1257 | | |
| 1258 | Prosecution Histories of U.S. Application No.09/585,659 (Fodor), 5/15/2001 Office Action | IAFP 1100-10 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1259 | Prosecution Histories of U.S. Application No.09/585,659 (Fodor), 9/17/2001 Office Action | IAFP 1143-56 |
| 1260 | Prosecution Histories of U.S. Application No. 09/907,196 (Besemer), 1/16/2002 Amendment | IAFP 1503-14 |
| 1261 | Prosecution Histories of U.S. Application No.10/125,428 (Fodor), 2/14/05 Office Action Summary | IAFP 648134-46 |
| 1262 | | |
| 1263 | | |
| 1264 | | |
| 1265 | | |
| 1266 | | |
| 1267 | | |
| 1268 | | |
| 1269 | | |
| 1270 | | |
| 1271 | | |
| 1272 | | |
| 1273 | | |
| 1274 | | |
| 1275 | Drmanac et al.  Laboratory Methods, Reliable Hybridization of Oligonucleotides as Short as Six Nucleotides.  DNA and Cell Biology 1990;9 | IAFP 595861-68 |
| 1276 | Drmanac et al.  SBH and the Integration of Complementary Approaches in the Mapping, Sequencing, and Understanding of Complex Genomes," In Lim, H. and Fickett, J. W., Cantor, C.R. and Robbins, R.J., editors, The 2nd International Conference on Bioinformatics, Supercomputing and Complex Genome Analysis, Singapore, World Scientific 1992:121-134 | IAFP 596030-43 |
| 1277 | | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1278 | | |
| 1279 | | |
| 1280 | Hiraoka et al.  The NDA3 Gene of Fission Yeast Encodes B-Tubulin: A Cold-Sensitive nda3 Mutation Reversibly Blocks Spindle Formation and Chromosome Movement in Mitosis.  Cell 1984;39:349-358 | IAFP 654774-654783 |
| 1281 | Hiraoka et al.  The use of charge-coupled device for quantitative optical microscopy of biological structures.  Science 1987;238:36-41 | IAFP 653981-653988 |
| 1282 | Hiraoka et al.  The use of a charge-coupled device for quantitative optical microscopy of biological structures.  Abstract from PubMed 1987 | IAFP 654348 |
| 1283 | Khrapko et al.  An oligonucleotide hybridization approach to DNA sequencing.  FEBS Lett 1989;256:118-122 | IAFP 654603-654607 |
| 1284 | Lysov YP, Florentev VL, Khorlin AA, Khrapko KR, Shik VV, Mirzabekov AD.  A new method for determining the DNA nucleotide sequence by hybridization with oligonucleotides. Dokl Biochem 1989; 436-8 (Russian original Dolk Biochem 1988;303: 355-452) | IAFP 654733-654735 |
| 1285 | Shitara et al.  Advantage of cocktail-use of two anti-tumor monoclonal antibodies, KM-93 and KM-231, in serum diagnosis of cancer.  Anticancer Res. 1989;9:999-1004 | IAFP 654969-654974 |
| 1286 | | |
| 1287 | "Affymetrix and Hyseq Settle All Patent Litigation" Affymetrix News Release - 10/25/01 | IAFP 656342-656344 |
| 1288 | All Cited Documents from Affymetrix's Supplemental Response to Illumina's First Set of Interrogatories No. 8 (*Affymetrix v. Illumina*, Inc. C.A. No. 04-901) | |
| 1289 | Affymetrix Counter-Statement in Response to Illumina's Motion for Summary Judgment of Invalidity of the Asserted Claims of the '531 Patent (*Affymetrix v. Illumina*, Inc. C.A. No. 04-901) | |
| 1290 | Declaration of Robin A. Felder, Ph.D. In Support of the Opposition of Affymetrix, Inc.'s Motion for Summary Judgment of Invalidity of the Asserted Claims of the '531 Patent (*Affymetrix v. Illumina*, Inc. C.A. No. 04-901) | |
| 1291 | Docket from *Affymetrix v. Hyseq, Inc.* 99-cv-21163 (NDCA) | IAFP 657710-41 |
| 1292 | Docket from *Affymetrix v. Synteni, Inc. et al.* 99-cv-21164 (NDCA) | IAFP 657742-825 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1293 | Opposition by Synteni and Incyte to Motion to Strike and Dismiss Certain Allegations of Inequitable Conduct (*Affymetrix v. Synteni, Inc. et al.* 99-cv-21164 (NDCA)) | IAFP 657458-86 |
| 1294 | Order Construing Claims of U.S. Patents Nos. 5,445,934; 5,744,305; 5,800,992; and 5,795,716  (*Affymetrix v. Syteni, Inc. et al.* 99-cv-21164 (NDCA)) | AFF-HYS017028-57 |
| 1295 | ARG 000986-1036 | |
| 1296 | | |
| 1297 | | |
| 1298 | *OGT v. Affymetrix* | IAFP6607-27 |
| 1299 | | |
| 1300 | DOE Final Technical Progress Report | IAFP572351-68 |
| 1301 | | |
| 1302 | Letter relating to File #26 (May 7,1990) | AVI_201301-14 |
| 1303 | | |
| 1304 | | |
| 1305 | | |
| 1306 | Billing Records (Dec. 5, 1990) | AVI_134228-29 |
| 1307 | | |
| 1308 | | |
| 1309 | Request for Inference Against '531 | ARG0001192-96 |
| 1310 | | |
| 1311 | '243 Information Disclosure Statement | IAFP2228, IAFP2232 |
| 1312 | '432 Information Disclosure Statement | IAFP1123, IAFP1127 |
| 1313 | Prosecution Histories of U.S. Application No.09/585,659 (Fodor) | IAFP 710-1240 |
| 1314 | Prosecution Histories of U.S. Application No.10/125,428 (Fodor), 2/14/05 Office Action Summary | IAFP 648134-146 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1315 | Prosecution Histories of U.S. Application No.10/125,428 (Fodor), 3/31/06 Office Action (Rejection) | DX 556 |
| 1316 | Prosecution Histories of U.S. Application No.10/125,530 (Fodor), 5/19/04 Office Action Summary | IAFP 651859-651867 |
| 1317 | | |
| 1318 | Prosecution Histories of U.S. Application No.10/125,530 (Fodor), 3/24/06 Office Action Summary | DX 555 |
| 1319 | Phimister B. Going global. Nature Genet 1999;21:1 | IAFP 654808 |
| 1320 | Bauman JG, Wiegant J, Borst P, van Duijn P. A new method for fluorescence microscopical localization of specific DNA sequences by in situ hybridization of fluorochrome labelled RNA. Exp Cell Res 1980;128:485-90 | IAFP 653863-653868 |
| 1321 | Smith LM, Fung S, Hunkapiller MW, Hunkapiller TJ, Hood LE. The synthesis of oligonucleotides containing an aliphatic amino group at the 5' terminus: synthesis of fluorescent DNA primers for use in DNA sequence analysis. Nucleic Acids Res 1985;13:2399-2412 | IAFP 654989-655002 |
| 1322 | Haralambidis J, Chai M, Tregear GW. Preparation of base-modified nucleosides suitable for non-radioactive label attachment and their incorporation into synthetic oligodeoxyribonucleotides. Nucleic Acids Res 1987;15:4857-76 | IAFP 654313-654332 |
| 1323 | Rost FWD. Quantitative fluorescence microscopy. Cambridge:Cambridge University Press, chapters 15 and 16, 1991 | IAFP 654899-654917 IAFP 654918-654934 |
| 1324 | Shack RV, Bartels PH, Buchroeder RA, Shoemaker RL, Hillman DW, Vukobratovich D. Design for a fast fluorescent laser scanning microscope. Anal Quant Cytol Histol 1987;9:509-20 | IAFP 654957-654968 |
| 1325 | Marinkovich VA. In vitro method for determining allergic hypersensitivity. United States Patent 1977: 4,031,197 | IAFP 655119-655126 |
| 1326 | Wang SP, Grayston JT. Immunologic relationship between genital TRIC, lymphogranuloma venereum, and related organisms in a new microtiter indirect immunofluorescence test. Am J Ophthalmol 1970; 70:367-74 | IAFP 656331-656338 |
| 1327 | Pace SJ. Integrated array of electrochemical sensors. United States Patent 1980:4 225 | IAFP 656037-656053 |

EXHIBIT 7

TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
|  | 410 |  |
| 1328 | Gergen JP, Stern RH, Wesink PC.  Filter replicas and permanent collections of recombinant DNA plasmids.  Nucleic Acids Res 1979;7:2115-36 | IAFP 654237-654258 |
| 1329 | Dattagupta N, Raben DU, Huguenal ED.  Rapid detection of nucleic acid sequences in a sample by labeling the sample.  European Patent 1987:235 726 | IAFP 654087-654115 |
| 1330 | Augenlicht L.  Method for detecting pathological conditions.  United States Patent 1991: 4 981 783 | IAFP 655387-655403 |
| 1331 | Wolf SF, Haines L, Fisch J, Kremsky JN, Dougherty JP, Jacobs K.  Rapid hybridization kinetics of DNA attached to submicron latex particles.  Nucleic Acids Res 1987;15:2911-26 | IAFP 657442-657457 |
| 1332 | Jablonski E, De Luca M.  Immobilization of bacterial luciferase and FMN reductase on glass rods.  PNAS 1976;73:3848-51 | IAFP 654363-654366 |
| 1333 | Scillian JJ, McHugh TM, Busch MP, Tam M, Fulwyler MJ, Chien DY et al.  Early detection of antibodies against rDNA-produced HIV proteins with a flow cytometric assay.  Blood  1989;73:2041-8 | IAFP 654949-654956 |
| 1334 | Streefkerk JG, Kors N, Boden D.  Principle of a reaction for simultaneous detection of various antibodies using coloured antigen-coupled agarose beads.  Protides Biol Fluids 1976; 24:811-4 | IAFP 655032-655035 |
| 1335 | Schick LA, Carpenter SK.  Specific binding-adsorbent assay method and test means.  United States Patent 1979:4 145 406 | IAFP 655136-65552 |
| 1336 | Gingeras TR, Ghosh SS, Davis GR, Kwoh DY, Musso GF.  Nucleic acid probe assay methods and compositions.  WIPO WO 88/01302 | IAFP 656422-656477 |
| 1337 | Kwoh DY, Davis GR, Whitfield KM, Chappelle HL, DiMichele LJ, Gingeras TR.  Transcription-based amplification system and detection of amplified human immunodeficiency virus type 1 with a bead-based sandwich hybridization format.  PNAS 1989;86:1173-7 | IAFP 654651-654655 |
| 1338 | Rembaum A, Gupta A, Volksen W.  Cross-linked polyvinyl pyridine coated glass particle catalyst support and aqueous composition or polyvinyl pyridine adducted microspheres.  United States Patent 1981:4 259 223 | IAFP 656054-656061 |
| 1339 |  |  |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1340 | Southern E, Maskos U.  Support-bound oligonucleotides.  United States Patent 1995:5 436 327 | IAFP 655685-655690 |
| 1341 | Khorana, H.G. et al., "A New Approach to the Synthesis of Polynucelotides," Chemistry and Industry, 1523 (1956) | IAFP 654602 |
| 1342 | Britten RJ.  Complementary strand association between nucleic acids and nucleic acid gels  Science  1963;142:963-5 | IAFP 653961-63 |
| 1343 | Gilham PT.  Immobilized polynucleotides and nucleic acids.  Adv Exp Med Biol 1974;42:173-85 | IAFP 654275-87 |
| 1344 | Rembaum A.  Polyglutaraldehyde synthesis and protein bonding trates.  United States Patent 1977:4 046 750 | IAFP 656028-36 |
| 1345 | Dattagupta N, Crothers DM.  Coupling of nucleic acids to solid support by photochemical methods.  United States Patent 1977:4 542 102 | IAFP 655182-87 |
| 1346 | Kremsky JN, Wooters JL, Dougherty JP, Meyers RE, Collins M, Brown EL.  Immobilization of DNA via oligonucleotides containing an aldehde or carboxylic acid group at the 5' terminus Nucleic Acids Res 1987;15:2891-909 | IAFP 654632-50 |
| 1347 | Hultman T, Stahl S, Homes E, Uhlén M Direct solid phase sequencing of genomic and plasmid DNA using magnetic beads as solid support.  Nucleic Acids Res. 1989;17:4937-45 | IAFP 654349-58 |
| 1348 | Wahlberg J, Lundeberg J, Hultman T, Holmberg M, Uhlén M.  Rapid detection and sequencing of specific in vitro amplified DNA sequences using solid phase methods. Molecular and Cellular Probes 1990;4:285-297 | IAFP 656303-15 |
| 1349 | http://marketing.appliedbiosystems.com (*see* 25 years heritage timeline) | IAFP 656351-58 |
| 1350 | | |
| 1351 | Arnold LJ Jr.  Oligonucleotide polymeric support system.  WIPO 1985:WO 85/01051 | IAFP 656372-421 |
| 1352 | Beattie KL, Logsdon NJ, Anderson RS et al. Biotechnol and Appl Biochem 1988;10:510-21 | IAFP 653869-80 |
| 1353 | Maiolini R, Bagrel A, Chavance C, Krebs B, Herbeth B, Masseyeff R.  Study of an enzyme immunoassay kit for carcinoembryonic antigen.  Clin Chem  1980;26:1718-22 | IAFP 654736-40 |
| 1354 | Gundersen SG,  Haagensen I,  Jonassen TO,  Figenschau KJ, de Jonge N, Deelder AM. | IAFP 654305-12 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | Magnetic bead antigen capture enzyme-linked immunoassay in microtitre trays for rapid detection of schistosomal circulating anodic antigen. J Immunol Methods 1992;148:1-8 | |
| 1355 | Inouye S, Hondo R.  Microplate hybridization of amplified viral DNA segment.  J Clin Microbiol 1990;28:1469-72 | IAFP 654359-62 |
| 1356 | Soini EJ.  Biospecific multianalyte assay method.  United States Patent 1991:5 028 545 | IAFP 655413-18 |
| 1357 | "Affymetrix infringed Ed Southern's microarray patent" Biotech News, 2000 | IAFP 653831-33; IAFP 656346-49 |
| 1358 | | |
| 1359 | Rembaum A.  Polyglutaraldehyde synthesis and protein bonding substrates.  United States Patent 1981:4 267 234 | IAFP 656062-77 |
| 1360 | de Jaeger et al.  Immunoassay using colorable latex particles.  United States Patent 1989:4 837 168 | IAFP 656093-106 |
| 1361 | www.luminex.com | IAFP 656360 |
| 1362 | Michael KL, Taylor LC, Schultz SL, Walt DR.  Randomly ordered addressable high-density optical sensor arrays.  Anal Chem. 1998;70:1242-8 | IAFP 654759-65 |
| 1363 | www.illumina.com | IAFP 656359 |
| 1364 | www.affymetrix.com/technology/chemistry.affx | IAFP 656345 |
| 1365 | Larin Z, Fricker MD, Mayer E, Ishikawa-Brush Y, Southern EM.  Fluorescence in situ hybridization of multiple probes on a single microscope slide.  Nucleic Acids Res 1994;22:3689-92 | IAFP 654656-59 |
| 1366 | Chang TW. Immunoassay device enclosing matrixes of antibody spots for cell determinations. United States Patent  1989:4,829,010 | IAFP 656087-92 |
| 1367 | Chetverin AB, Kramer FR.  Novel oligonucleotide arrays and their use for sorting, isolating, sequencing, and manipulating nucleic acids.  WIPO 1993:WO 93/17126 | IAFP 656773-76 |
| 1368 | Dandliker WB, Barr HS, Katzenstein HS, Watson KR.  Fluorometer.  United States Patent 1989:4 877 965 | IAFP 655308-30 |
| 1369 | Glazer AN, Peck K, Mathies RA.  A stable double-stranded DNA-ethidium homodimer complex: application to picogram fluorescence detection of DNA in agarose gels.  Proc | IAFP 655027-31 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | Natl Acad Sci U S A. 1990;87:3851-5; Mathies at 50:1-8 | |
| 1370 | Caldwell KD, Chu T-J, Pitt; WG. DNA sequencing using fluorescence background electroblotting membrane. United States Patent 1992:5,112,736 | IAFP 653421-33 |
| 1371 | Hiraoka Y, Sedat JW, Agard DA. The use of a charge-coupled device for quantitative optical microscopy with biological structures. Science 1987;238:36 | IAFP 653981-88 |
| 1372 | Arndt-Jovin DJ, Robert-Nicoud M, Baurschmidt P, Jovin TM. Immunofluorescence localization of Z-DNA in chromosomes: quantitation by scanning microphotometry and computer-assisted image analysis. J Cell Biol. 1985;101:1422-33 | IAFP 653840-51 |
| 1373 | Ploem JS. New instrumentation for sensitive image analysis of fluorescence in cells and tissues. In: Applications of fluorescence in the biomedical sciences, Eds Taylor DL, Wagoner AS, Lanni F, Murphy RF, Birge RR. New York:AR Liss, 1986: 289-300 | IAFP 654809-20 |
| 1374 | Toda T, Yamamoto M, Yanagida M. Sequential alterations in the nuclear chromatin region during mitosis of the fission yeast Schizosaccharomyces pombe: video fluorescence microscopy of synchronously growing wild-type and cold-sensitive cdc mutants by using a DNA-binding fluorescent probe. J Cell Sci. 1981; 52:271-87 | IAFP 655069-86 |
| 1375 | Bright GR, Taylor DL. Imaging at low light level in fluorescence microscopy. Applications of fluorescence in the biomedical sciences, Eds Taylor DL, Wagoner AS, Lanni F, Murphy RF, Birge RR. New York:AR Liss, 1986: 257-88 | IAFP 653929-60 |
| 1376 | Barrows GH, Sisken JE, Allegra JC, Grasch SD. Measurement of fluorescence using digital integration of video images. J Histochem Cytochem 1984;32:741-6 | IAFP 653857-62 |
| 1377 | | |
| 1378 | | |
| 1379 | | |
| 1380 | | |
| 1381 | "Cold Spring Harbor Laboratory's Genome Mapping and Sequencing Conference Abstracts (May 1990), Dramanac "Towards Genome DNA Sequerncing Chiop Based on Oligonucleotide Hybridization." | IAFP 598193-331, IAFP598240 |
| 1382 | Crkvenjakov & Drmanac, An Integral Approach for Complex Genome Studies (October 1990) | IAFP 598768-822 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1383 | | |
| 1384 | Crkvenjakov R, Drmanac R.  Sequencing of Megabse Plus DNA by Hybridization: Method Development.  Final Technical Progress Report October 1990 | IAFP 595888-905 |
| 1385 | U.S. Patent No. 5,219,763 ('763 Patent) | IAFP 13321-30 |
| 1386 | Great Britain Patent 1 561 042 ('042 Patent) | IAFP 13280-13284 |
| 1387 | | |
| 1388 | | |
| 1389 | Kricka CV | |
| 1390 | Exhibit C of Kricka Report: '243 & '432 Patent Family Histories | |
| 1391 | Exhibit E of Kricka Report:  Drmanac & Crkvenjakov References Reviewed | |
| 1392 | Exhibit D of Kricka Report:  Drmanac & Crkvenjakov Timeline | |
| 1393 | Exhibit G of Kricka Report:  '432 Priority Chart | |
| 1394 | www.allbusiness.com/periodicals/article/685594-1.html | IAFP656346-49 |
| 1395 | www.schleicher-schuell.com | |
| 1396 | www.nuncbrand.com | IAFP656361 |
| 1397 | http://www.zeiss.com/lsm | IAFP656363 |
| 1398 | http://www.appliedbiosystems.com/about/presskit/pdfs/evolution_revolution.pdf | IAFP656350 |
| 1399 | Final Judgment from Affymetrix v. Synteni, Inc. et al. 99-21111 JF (NDCA) | IAFP657864-71 |
| 1400 | Docket from Affymetrix v. Hyseq, Inc. 99-cv-21163 (NDCA) | IAFP657710-41 |
| 1401 | Docket from Affymetrix v. Synteni, Inc. et al. 99-cv-21164 (NDCA) | IAFP657742-825 |
| 1402 | Opposition by Synteni and Incyte to Motion to Strike and Dismiss Certain Allegations of Inequitable Conduct | IAFP657458-86 |
| 1403 | Joint Claim Construction Statement Pursuant to Local Rule 16-11b from Affymetrix v. Synteni, Inc. et al. 99-cv-21164 (NDCA) | |
| 1404 | Affymetrix Lab Notebook #19 (Power) | AVI_075820-74 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1405 | U.S. Patent No. 6,023,540 (Walt and Michael) | IAFP659512-28 |
| 1406 | Southern et al., *Analyzing and comparing nucleic acid sequences by hybridization to arrays of oligonucleotides: evaluation using experimental models,* Genomics, v. 13 pp. 1008-1017 (1992) | IAFP 13231-39 |
| 1407 | Wang et al., *Large-scaled identification, mapping, and genotyping of single-nucleotide polymorphisms in the human genome,* Science, v. 280, pp. 1077-1082 (1998) | AVI_3362-3367 |
| 1408 | Pastinen, T., et al., *Minisequencing: a specific tool for DNA analysis and diagnostics on oligonucleotide arrays*, Genome Res., v. 7, pp. 606-614 (1997) | IAFP 595602-10 |
| 1409 | GoldenGate Assay Workflow | IAFP 590683-84 |
| 1410 | U.S. Patent No. 6,355,431 | |
| 1411 | U.S. Patent No. 6,396,995 | |
| 1412 | U.S. Patent No. 6,429,027 | |
| 1413 | U.S. Patent No. 6,620,584 | |
| 1414 | U.S. Patent No. 6,770,441 | |
| 1415 | U.S. Patent No. 6,858,394 | |
| 1416 | U.S. Patent No. 6,942,968 | |
| 1417 | U.S. Patent No. 6,998,274 | |
| 1418 | Infinium Assay Workflow | IAFP 541509-10 |
| 1419 | Fan, J., et al., Highly Parallel Genomic Assays, v. 7, p. 634 | IAFP532361-70 |
| 1420 | Infinium I Assay System Manual | IAFP 642663-3108 |
| 1421 | Whole-Genome Expression Analysis Using the Sentrix Human-6 and Human-Ref 8 Expression BeadChips | IAFP 22575-82 |
| 1422 | Gunderson K., et al., "Decoding Randomly Ordered DNA Arrays", Genome Res., v. 14, p. 870-875 | IAFP 532400-07 |
| 1423 | BeadStation 500G System Manual | IAFP 642129-476 |
| 1424 | BioTechniques Supp. June 2002 | IAFP 532474-75 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1425 | Presentation - BeadArray - Fabrication | IAFP 630843-84 |
| 1426 | Multi-Sample Gene Expression Presentation | IAFP 496335-36 |
| 1427 | Memorandum Opinion 8/16/06 | |
| 1428 | WO 93/17126 Application | IAFP 13426-13511 |
| 1429 | Illumina BeadStation 500G System Manual | IAFP 642226-31 |
| 1430 | Gene Expression on Sentrix Arrays Direct Hybridization System Manual | IAFP 632997 |
| 1431 | '365 Patent File History -- 12/20/01 A't at 1, 4 | IAFP 1483-86 |
| 1432 | Microarrays and Related Technologies - Chapter 4 | AVI_013652-54 |
| 1433 | High-Throughput Genomics | AVI_9411-12 |
| 1434 | 6,440,667 Patent File History - 5/2/00 A't at 1 (Claim 58) | IAFP 20128-29 |
| 1435 | 6,440,667 Patent File History - 2/28/01 A't at 2,9 | IAFP20289-96 |
| 1436 | 6,440,667 Patent File History - 9/20/01 Interview Summary | IAFP 20355 |
| 1437 | 6,440,667 Patent File History - 9/25/01 A't at 2 (Claim 58) | IAFP 20357 |
| 1438 | '531 Patent File History - 3/18/96 Examiner Interview Summary Record | IAFP 89 |
| 1439 | '531 Patent File History - 3/25/96 Examiner Amendment at 2 | IAFP 86 |
| 1440 | U.S. Patent No. 5,636,612 | IAFP 644449-69 |
| 1441 | '365 Patent File History - 12/20/01 A't at 14,12 | IAFP 1483-1498 |
| 1442 | U.S. Patent No. 6,544, 732 | IAFP659529-47 |
| 1443 | Lusis Report Exhibit C Press Releases | |
| 1444 | Lusis Report Exhibit D Dictionary | |
| 1445 | Lusis Report Updated CV | |
| 1446 | Cantor, et al., Report on the Sequencing by Hybridization Workshop, GENOMICS 13(4): 1378-1383 (August 1992) ("Moscow Report") | IAFP 644443-48 |
| 1447 | Church, Computer Assisted Multiplex Sequencing, Progress Report (August 1, 1990-July 31, 1991) (August 1991) | IAFP 657957-65 |

# EXHIBIT 7

## TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1448 | Dear et al, "A Sequence Assembly and Editing Program for Efficient Management of Large Projects," Nucleic Acids Research, 19(14): 3907-3911 (July 25, 1991) | IAFP 657966-70 |
| 1449 | Drmanac et al, "SBH and the Integration of Complementary Approaches in the Mapping, Sequencing, and Understanding of Complex Genomes," Argonne National Laboratory (January 1992) | IAFP 643939-962 |
| 1450 | Drmanac et al. "Sequencing of Megabase Plus DNA by Hybridization: Theory of the Method", 1989, Genomic 4:114-128 | IAFP594928-42 |
| 1451 | E.M. Southern, et al., Analyzing and Comparing Nucleic Acid Sequences by Hybridization to Arrays of Oligonucleotides: Eva luation Using Experimental Models, GENOMICS 13:1008-17 (1992) ("Southern") | IAFP5989-98 |
| 1452 | J.K. Elder, Image Processing in Nucleic Acid Sequence Analysis, A Thesis submitted for the degree of Doctor of Philosophy, University of Oxford (1993) ("Elder thesis") | IAFP632785-950 |
| 1453 | Kaiser, et al., "Specific-primer-directed DNA sequencing using automated fluorescence detection" Nucleic Acids Research, 17(15): 6087-6102 (1989) | IAFP658000-015 |
| 1454 | Khrapko et al., "A Method for DNA sequencing by hybridization with oligonucleotide matrix" DNA Seq. Map 1:375-388. 1991 ("Khrapko II") | IAFP620747-760 |
| 1455 | Khrapko et al, "Hybridization of DNA with Oligonucleotides Immobilized in Gel: Convenient Method for Recording Individual Base Changes," Engelhardt Institute of Molecular Biology, Russian Academy of Sciences, Moscow. 1991 (718-730) | IAFP643912-925 |
| 1456 | Lipshutz et al, "DNA Sequence Confidence Estimation," Genomics, 19: 417-424 (1994). | AVI_2793-800 |
| 1457 | Lysov, et al., A New Method for Determining the DNA Nucleotide Sequence by Hybridization with Oligonucleotides 303 (6): 1508-1511 (Dece\mber 1988) | IAFP654733-35 |
| 1458 | Mirzabekov, Sequencing of DNA by Hybridization with oligonucleotides matrix (SHOM). March 1992 ("Mirzabekov Grant Application") | IAFP643931-38 |
| 1459 | Mirzabekov, DNA sequencing by hybridization - a megasequencing method and a diagnostic tool?, TIBTECH 12:27-32 (Jan. 1994) ("Mirzabekov I") | IAFP643926-30 |
| 1460 | Rabbee, et al., A genotype calling algorithm for affymetrix SR arrays, Bioinformatics 22(1):7-12 (2006) | IAFP658020-25 |
| 1461 | Strezoska et al., 1991, "DNA Sequencing by Hybridization: 100 Bases Read by a Non-gel-based Method", Proc. Natl. Acad. Sci. 88:10089-10093 | IAFP596005-09 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1462 | U. Maskos and E.M. Southern, A Study of Oligonucleotide Reassociation Using Arrays of Oligonucleotides Synthesized on a Glass Support, Nucleic Acids Research, 21(20): 4663-69 (1993) ("Maskos") | IAFP13225-30 |
| 1463 | U.S. Patent No. 4,811,218 | IAFP619501-22 |
| 1464 | U.S. Patent No. 5,972,619 | IAFP596454-86 |
| 1465 | Hunkapiller at al., "Large-Scale and Automated DNA Sequence Determination," 1991, Science 254:59-67 | |
| 1466 | Quackenbush CV | |
| 1467 | Cantor, et al., SBH: An Idea Whose Time Has Probably Come, Nov. 19-20, 1991, Report on the Sequencing by Hybridization Workshop, Moscow, USSR | IAFP598479-92 |
| 1468 | U.S. Patent No. 4,802,101 (Hara) | IAFP619493-500 |
| 1469 | http://arep.med.harvard.edu/gmc_pub.html | |
| 1470 | Claim Constructions set forth by the Court | |
| 1471 | http://www.illumina.com/General/pdf/LinkageIV/GOLDENGATE_ASAY_FINAL.pdf | |
| 1472 | http://www.illumina.com/General/Products/SRpdf/INFINWKFLOW.pdf | |
| 1473 | Kermani Powerpoint, July 17, 2002, IAFP00507221-278 at 235-36. | IAFP507221-78 |
| 1474 | Guerra Expert Report | |
| 1475 | GenTrain\Normalization.cs at lines 524-528 | GenTrain\Normalization.cs at lines 524-528 |
| 1476 | GenTrain\GenTrain52.cs at lines 1856-1866 | GenTrain\GenTrain52.cs at lines 1856-1866 |
| 1477 | GenCall\Form1.cs at line 3947-3962 | GenCall\Form1.cs at line 3947-3962 |
| 1478 | Ugozzoli, L., Wahlqvist, J.M., Ehsani, A., Kaplan, B.E., and Wallace, R.B., (1992) "Detection of Specific Alleles by Using Allele-Specific Primer Extension Followed by Capture on Solid Support" GATA 9(4): 107-112, 1992 | IAFP659386-9391 |
| 1479 | Zhang L, Miles MF, Aldape KD. (2003) "A model of molecular interactions on short oligonucleotide microarrays." Nature Biotechnology 21(7):818-21, Tab ____ | IAFP659593-97 |
| 1480 | Wick, L.M. Rouillard, J.M.,. Whittam, T.S., Gulari, E., Tiedje1, J.M., and. Hashsham, S.A., (2006) "On-chip non-equilibrium dissociation curves and dissociation rate | IAFP659583-92 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | constants as methods to assess specificity of oligonucleotide probes" Nucleic Acids Research, 34(3), e.26 | |
| 1481 | U.S. Patent No. 5,489,678 | AVI 38762-802 |
| 1482 | | |
| 1483 | Pirrung et al "Proofing of Photolithographic DNA Synthesis with 3.5 Dimethoxybenzoinyloxycarbonyl- Protected Deoxynucleoside Phosphoramidites" | IAFP5312--17 |
| 1484 | Silverman statement | IAFP7337-43 |
| 1485 | | |
| 1486 | | |
| 1487 | Carruthers, "Gene Synthesis Machines: DNA Chemistry and Its Uses", Science, 230:281, (1985) | IAFP4121-25 |
| 1488 | Drmanac, et al., "Reliable Hybridization of Oligonucleotides as Short as 6 Nucleotides" DNA Cell Bio., 9: 527-34, (1990) | IAFP598658-65 |
| 1489 | | |
| 1490 | | |
| 1491 | | |
| 1492 | Pirrung, et al., J. Org. Chem., 1995, 60, 6270 | IAFP5318-24 |
| 1493 | | |
| 1494 | | |
| 1495 | | |
| 1496 | | |
| 1497 | | |
| 1498 | Dower Lab Notebook | AVI_138695-755 |
| 1499 | Dower Lab Notebook | AVI_139053-118 |
| 1500 | Solas Lab Notebook | AVI_76899-997 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1501 | Solas Lab Notebook | AVI_76998-7103 |
| 1502 | | |
| 1503 | Fodor Lab notebook | AVI_138756-963 |
| 1504 | Fodor Lab notebook | AVI_139119-216 |
| 1505 | Fodor Lab notebook | AVI_139217-318 |
| 1506 | Fodor Lab notebook | AVI_140514-24 |
| 1507 | Illumina BeadStation 500X manual | IAFP10235-40 |
| 1508 | | |
| 1509 | http://www.illumina.com/products/snp/mhc_panelset.ilmn | |
| 1510 | http://www.illumina.com/General/pdf/LinkageIV/LINKAGE_4_DATA_FINAL2.pdf | |
| 1511 | http://www.corporate-ir.net/ireye/ir_site.zhtml?ticker=AFFX&script=417&layout=-6&item_id=573680 | |
| 1512 | http://www.corporate-ir.net/ireye/ir_site.zhtml?ticker=AFFX&script=416&layout=-6&item_id=771923 | |
| 1513 | Agilent Technologies Form 10-K for 2005 | |
| 1514 | Agilent Technologies Form 10-K for 2002 | |
| 1515 | | |
| 1516 | Form 10-K, Illumina, Inc., January 1, 2006 | |
| 1517 | Form 10-K, Affymetrix, Inc., December 31, 2005 | |
| 1518 | Dickinson Deposition, Exhibit 563 | Dickinson Dep. Ex. 563 |
| 1519 | http://www.illumina.com/products/systems/systems_production.ilmn | |
| 1520 | http://www.illumina.com/products/systems/systems_benchtop.ilmn | |
| 1521 | Form 10-K, Illumina, Inc., December 28, 2003 | |
| 1522 | Affymetrix Press Release "Affymetrix Updates Revenue Outlook for Third Quarter; Manufacturing Yields Affect Shipment of High Demand Product," Septemeber 27, 2005 | AVI_132691-93 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1523 | AFFX - Q1 2006 Affymetrix Earnings Conference Call, April 20, 2006 | IAFP658965-87 |
| 1524 | "Affymetrix Guidance Announcement Final Transcript," September 27, 2005 | IAFP658954-64 |
| 1525 | "Affymetrix Guidance Announcement Final Transcript," January 5, 2006 | IAFP658932-53 |
| 1526 | Affymetrix document re 500K capacity issue | |
| 1527 | Affymetrix document re 500K capacity issue | AVI_208510-17 |
| 1528 | Historical Equivalent Chip Output and Additional Capacity Available by Quarter 2002-2005 | AVI_201538 |
| 1529 | Affymetrix email re chip shortfall in Q4, 2005 | AVI_208747-49 |
| 1530 | | |
| 1531 | AFFX -- Affymetrix at Bears Stearns 19th Annual Healthcare Conference, September 12, 2006 | IAFP658988-96 |
| 1532 | Affymetrix document identifying technology licensed under Tufts license is fundamental technology of Illumina's commercial products | AVI_065673 |
| 1533 | License Agreement between Amersham Biosciences and Illumina, 1/24/02 | Velarde Dep. Ex. 557 |
| 1534 | Illumina licensing proposal to Affymetrix | Lipshutz Dep. Ex. 57 |
| 1535 | "Affymetrix and Molecular Dynamics Enter Agreements to Expand Access to DNA Array-Based Genetic Analysis Tools," Decemeber 2, 1997 | "Affymetrix and Molecular Dynamics Enter Agreements to Expand Access to DNA Array-Based Genetic Analysis Tools," Decemeber 2, 1997 |
| 1536 | Letter from Takara Shuzo to Affymetrix complaining about financial terms under license agreement and that Agilent has not taken a license under Affymetrix patents | AVI_203354-5 |
| 1537 | | |
| 1538 | | |
| 1539 | Letter from Genomic Solutions discussing potential collaboration that was discussed during licensing negotiations | AVI_204356 |
| 1540 | Affymetrix 10-K, March 31, 2003 | AVI_119954-120060 |
| 1541 | | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1542 | License Agreement between Galvoscan and Affymetrix | AVI_202212-24 |
| 1543 | Purchase Agreement between Galvoscan and Affymetrix | AVI_202201-11 |
| 1544 | | |
| 1545 | License agreement between PHRI and Affymetrix. | PHRI_002350-83 |
| 1546 | | |
| 1547 | License agreement between SBH Genomics and Affymetrix | AVI_201387-411 |
| 1548 | "Hyseq Creates Subsidiary to Focus on DNA Chip and Sequencing Technology," News Release 10/25/01 | |
| 1549 | AUTM U.S. Licensing Survey: FY 2004. Association of University Technology Managers, p. 56 | IAFP659013-81 |
| 1550 | License Agreement between Tufts University and Illumina | IAFP22372-88 |
| 1551 | License agreement between Beckman Coulter and Illumina. | IAFP 643772-90 |
| 1552 | License agreement between Dade Behring and Illumina. | IAFP 589952-68 |
| 1553 | License Agreement between Invitrogen IP Holdings and Illumina, 3/31/04 | IAFP 644096-113 |
| 1554 | License Agreement between Incyte Corp. and Illumina, 11/22/04 | IAFP613338-45 |
| 1555 | License Agreement between Stratagene and Illumina, 1/21/04 | IAFP613389-403 |
| 1556 | License Agreement between Spyder Instruments, Inc. and Trega Biosciences, 4/14/99 | IAFP644204-17 |
| 1557 | Affymetrix press release re expanded licensing program | AVI_202640-2 |
| 1558 | | |
| 1559 | "Algorithm and Blues: New Software Enables Affy to Cut 500K Price Tag, But Investors Left Spooked," BioArray News, July 25, 2006 | |
| 1560 | http://www.roche.com/de/med_dia_2005-05-09 | |
| 1561 | Ron Winslow, "Biotechnology: Hoffman-La Roche To Ease Curb on Gene Technology," The Wall Street Journal, January 27, 1992 | IAFP659088-89 |
| 1562 | | |

EXHIBIT 7

TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1563 | Illumina, Inc. 2003 Annual Report | |
| 1564 | Illumina, Inc. 2005 Annual Report | |
| 1565 | Goldscheider, Robert, John Jarosz, and Carla Mulhern, "Use of the 25 Per Cent Rule in Valuing IP," *Les Nouvelles*, December 2002 | IAFP659002-12 |
| 1566 | UBS Investment Research, "Q-Series: The DNA Microarray Market" 01/23/06 | |
| 1567 | Affymetrix invoice sales, 1/02 - 12/05 | AVI_196154 (Native Production) |
| 1568 | Affymetrix Internal Finance Reports | AVI_192641-5202 |
| 1569 | Illumina Invoice Sales Since Jan. 2002 | IAFP643963-66 |
| 1570 | Illumina Journal Entry Report | IAFP643966-69 |
| 1571 | Illumina Instrument Gross Margins | IAFP641507 A-R |
| 1572 | Illumina financial sheets | IAFP643324-5 |
| 1573 | Letter from C. Garlington to A. Gross, 3/17/06 | N/A |
| 1574 | Illumina product key | IAFP 643967-93 |
| 1575 | Sims Expert Rep. Ex. A | N/A |
| 1576 | Sims Expert Rep. Ex. D.1.1 | N/A |
| 1577 | Sims Expert Rep. Ex. D.2.1 | N/A |
| 1578 | Sims Expert Rep. Ex. D.2.2 | N/A |
| 1579 | Sims Expert Rep. Ex. D.3.1 | N/A |
| 1580 | Sims Expert Rep. Ex. D.4.1 | N/A |
| 1581 | Sims Expert Rep. Ex. D.4.2 | N/A |
| 1582 | Sims Expert Rep. Ex. D.5.1 | N/A |
| 1583 | Sims Expert Rep. Ex. D.5.2 | N/A |
| 1584 | Sims Expert Rep. Ex. E.1.1 | N/A |
| 1585 | Sims Expert Rep. Ex. F.1.1 | N/A |

EXHIBIT 7

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1586 | Sims Expert Rep. Ex. G.1.1 | N/A |
| 1587 | Sims Expert Rep. Ex. G.1.2 | N/A |
| 1588 | Sims Expert Rep. Ex. G.1.3 | N/A |
| 1589 | Sims Expert Rep. Ex. G.2.1 | N/A |
| 1590 | Sims Expert Rep. Ex. G.2.2 | N/A |
| 1591 | Sims Expert Rep. Ex. G.2.3 | N/A |
| 1592 | Sims Expert Rep. Ex. G.2.4 | N/A |
| 1593 | Sims Expert Rep. Ex. G.2.5 | N/A |
| 1594 | Sims Expert Rep. Ex. G.2.6 | N/A |
| 1595 | Sims Expert Rep. Ex. G.3.1 | N/A |
| 1596 | Sims Expert Rep. Ex. G.4.1 | N/A |
| 1597 | Sims Expert Rep. Ex. G.4.2 | N/A |
| 1598 | Sims Expert Rep. Ex. G.4.3 | N/A |
| 1599 | Sims Expert Rep. Ex. G.5.1 | N/A |
| 1600 | Sims Expert Rep. Ex. G.5.2 | N/A |
| 1601 | Sims Expert Rep. Ex. G.6.1 | N/A |
| 1602 | Sims Expert Rep. Ex. G.7.1 | N/A |
| 1603 | Sims Expert Rep. Ex. G.7.2 | N/A |
| 1604 | Sims Expert Rep. Ex. G.8.1 | N/A |
| 1605 | Sims Expert Rep. Ex. G.8.2 | N/A |
| 1606 | Sims Expert Rep. Ex. H.1.1 | N/A |
| 1607 | Sims Expert Rep. Ex. H.1.2 | N/A |
| 1608 | Sims Expert Rep. Ex. H.1.3 | N/A |
| 1609 | Sims Expert Rep. Ex. H.2.1 | N/A |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1610 | Sims Expert Rep. Ex. H.2.2 | N/A |
| 1611 | Sims Expert Rep. Ex. H.2.3 | N/A |
| 1612 | Sims Expert Rep. Ex. H.2.4 | N/A |
| 1613 | Sims Expert Rep. Ex. H.2.5 | N/A |
| 1614 | Sims Expert Rep. Ex. H.2.6 | N/A |
| 1615 | Sims Expert Rep. Ex. H.3.1 | N/A |
| 1616 | Sims Expert Rep. Ex. H.4.1 | N/A |
| 1617 | Sims Expert Rep. Ex. H.4.2 | N/A |
| 1618 | Sims Expert Rep. Ex. H.4.3 | N/A |
| 1619 | Sims Expert Rep. Ex. H.5.1 | N/A |
| 1620 | Sims Expert Rep. Ex. H.5.2 | N/A |
| 1621 | Sims Expert Rep. Ex. H.5.3 | N/A |
| 1622 | Sims Expert Rep. Ex. H.6.1 | N/A |
| 1623 | Sims Expert Rep. Ex. H.6.2 | N/A |
| 1624 | Sims Expert Rep. Ex. H.7.1 | N/A |
| 1625 | Sims Expert Rep. Ex. H.8.1 | N/A |
| 1626 | Sims Expert Rep. Ex. H.8.2 | N/A |
| 1627 | Sims Expert Rep. Ex. H.9.1 | N/A |
| 1628 | Sims Expert Rep. Ex. H.9.2 | N/A |
| 1629 | Sims Expert Rep. Ex. I.1.1 | N/A |
| 1630 | Sims Expert Rep. Ex. I.1.2 | N/A |
| 1631 | Sims Expert Rep. Ex. I.1.3 | N/A |
| 1632 | Sims Expert Rep. Ex. I.2.1 | N/A |
| 1633 | Sims Expert Rep. Ex. I.2.2 | N/A |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1634 | Sims Expert Rep. Ex. I.2.3 | N/A |
| 1635 | Sims Expert Rep. Ex. I.2.4 | N/A |
| 1636 | Sims Expert Rep. Ex. I.2.5 | N/A |
| 1637 | Sims Expert Rep. Ex. I.2.6 | N/A |
| 1638 | Sims Expert Rep. Ex. I.3.1 | N/A |
| 1639 | Sims Expert Rep. Ex. I.4.1 | N/A |
| 1640 | Sims Expert Rep. Ex. I.4.2 | N/A |
| 1641 | Sims Expert Rep. Ex. I.4.3 | N/A |
| 1642 | Sims Expert Rep. Ex. I.5.1 | N/A |
| 1643 | Sims Expert Rep. Ex. I.5.2 | N/A |
| 1644 | Sims Expert Rep. Ex. I.6.1 | N/A |
| 1645 | Sims Expert Rep. Ex. I.7.1 | N/A |
| 1646 | Sims Expert Rep. Ex. I.7.2 | N/A |
| 1647 | Sims Expert Rep. Ex. I.8.1 | N/A |
| 1648 | Sims Expert Rep. Ex. I.8.2 | N/A |
| 1649 | Sims Expert Rep. Ex. J.1.1 | N/A |
| 1650 | Sims Expert Rep. Ex. J.1.2 | N/A |
| 1651 | Sims Expert Rep. Ex. J.1.3 | N/A |
| 1652 | Sims Expert Rep. Ex. J.2.1 | N/A |
| 1653 | Sims Expert Rep. Ex. J.2.2 | N/A |
| 1654 | Sims Expert Rep. Ex. J.2.3 | N/A |
| 1655 | Sims Expert Rep. Ex. J.2.4 | N/A |
| 1656 | Sims Expert Rep. Ex. J.2.5 | N/A |
| 1657 | Sims Expert Rep. Ex. J.2.6 | N/A |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1658 | Sims Expert Rep. Ex. J.3.1 | N/A |
| 1659 | Sims Expert Rep. Ex. J.4.1 | N/A |
| 1660 | Sims Expert Rep. Ex. J.4.2 | N/A |
| 1661 | Sims Expert Rep. Ex. J.4.3 | N/A |
| 1662 | Sims Expert Rep. Ex. J.5.1 | N/A |
| 1663 | Sims Expert Rep. Ex. J.5.2 | N/A |
| 1664 | Sims Expert Rep. Ex. J.5.3 | N/A |
| 1665 | Sims Expert Rep. Ex. J.6.1 | N/A |
| 1666 | Sims Expert Rep. Ex. J.6.2 | N/A |
| 1667 | Sims Expert Rep. Ex. J.7.1 | N/A |
| 1668 | Sims Expert Rep. Ex. J.8.1 | N/A |
| 1669 | Sims Expert Rep. Ex. J.8.2 | N/A |
| 1670 | Sims Expert Rep. Ex. J.9.1 | N/A |
| 1671 | Sims Expert Rep. Ex. K.1.1 | N/A |
| 1672 | Sims Expert Rep. Ex. K.1.2 | N/A |
| 1673 | Sims Expert Rep. Ex. K.1.3 | N/A |
| 1674 | Sims Expert Rep. Ex. K.2.1 | N/A |
| 1675 | Sims Expert Rep. Ex. K.2.2 | N/A |
| 1676 | Sims Expert Rep. Ex. K.2.3 | N/A |
| 1677 | Sims Expert Rep. Ex. K.2.4 | N/A |
| 1678 | Sims Expert Rep. Ex. K.2.5 | N/A |
| 1679 | Sims Expert Rep. Ex. K.2.6 | N/A |
| 1680 | Sims Expert Rep. Ex. K.3.1 | N/A |
| 1681 | Sims Expert Rep. Ex. K.4.1 | N/A |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1682 | Sims Expert Rep. Ex. K.4.2 | N/A |
| 1683 | Sims Expert Rep. Ex. K.4.3 | N/A |
| 1684 | Sims Expert Rep. Ex. K.5.1 | N/A |
| 1685 | Sims Expert Rep. Ex. K.5.2 | N/A |
| 1686 | Sims Expert Rep. Ex. K.5.3 | N/A |
| 1687 | Sims Expert Rep. Ex. K.6.1 | N/A |
| 1688 | Sims Expert Rep. Ex. K.6.2 | N/A |
| 1689 | Sims Expert Rep. Ex. K.7.1 | N/A |
| 1690 | Sims Expert Rep. Ex. K.8.1 | N/A |
| 1691 | Sims Expert Rep. Ex. K.8.2 | N/A |
| 1692 | Sims Expert Rep. Ex. K.9.1 | N/A |
| 1693 | Sims Expert Rep. Ex. K.9.2 | N/A |
| 1694 | Sims Expert Rep. Ex. L.1.1 | N/A |
| 1695 | Sims Expert Rep. Ex. L.1.2 | N/A |
| 1696 | Sims Expert Rep. Ex. L.1.3 | N/A |
| 1697 | Sims Expert Rep. Ex. L.2.1 | N/A |
| 1698 | Sims Expert Rep. Ex. L.2.2 | N/A |
| 1699 | Sims Expert Rep. Ex. L.2.3 | N/A |
| 1700 | Sims Expert Rep. Ex. L.2.4 | N/A |
| 1701 | Sims Expert Rep. Ex. L.2.5 | N/A |
| 1702 | Sims Expert Rep. Ex. L.2.6 | N/A |
| 1703 | Sims Expert Rep. Ex. L.3.1 | N/A |
| 1704 | Sims Expert Rep. Ex. L.4.1 | N/A |
| 1705 | Sims Expert Rep. Ex. L.4.2 | N/A |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1706 | Sims Expert Rep. Ex. L.4.3 | N/A |
| 1707 | Sims Expert Rep. Ex. L.5.1 | N/A |
| 1708 | Sims Expert Rep. Ex. L.5.2 | N/A |
| 1709 | Sims Expert Rep. Ex. L.5.3 | N/A |
| 1710 | Sims Expert Rep. Ex. L.6.1 | N/A |
| 1711 | Sims Expert Rep. Ex. L.6.2 | N/A |
| 1712 | Sims Expert Rep. Ex. L.7.1 | N/A |
| 1713 | Sims Expert Rep. Ex. L.8.1 | N/A |
| 1714 | Sims Expert Rep. Ex. L.8.2 | N/A |
| 1715 | Sims Expert Rep. Ex. L.9.1 | N/A |
| 1716 | Sims Expert Rep. Ex. L.9.2 | N/A |
| 1717 | Sims Expert Rep. Ex. M.1.1 | N/A |
| 1718 | Sims Expert Rep. Ex. M.1.2 | N/A |
| 1719 | Sims Expert Rep. Ex. M.1.3 | N/A |
| 1720 | Sims Expert Rep. Ex. M.2.1 | N/A |
| 1721 | Sims Expert Rep. Ex. M.2.2 | N/A |
| 1722 | Sims Expert Rep. Ex. M.2.3 | N/A |
| 1723 | Sims Expert Rep. Ex. M.2.4 | N/A |
| 1724 | Sims Expert Rep. Ex. M.2.5 | N/A |
| 1725 | Sims Expert Rep. Ex. M.2.6 | N/A |
| 1726 | Sims Expert Rep. Ex. M.3.1 | N/A |
| 1727 | Sims Expert Rep. Ex. M.4.1 | N/A |
| 1728 | Sims Expert Rep. Ex. M.4.2 | N/A |
| 1729 | Sims Expert Rep. Ex. M.4.3 | N/A |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1730 | Sims Expert Rep. Ex. M.5.1 | N/A |
| 1731 | Sims Expert Rep. Ex. M.5.2 | N/A |
| 1732 | Sims Expert Rep. Ex. M.5.3 | N/A |
| 1733 | Sims Expert Rep. Ex. M.6.1 | N/A |
| 1734 | Sims Expert Rep. Ex. M.6.2 | N/A |
| 1735 | Sims Expert Rep. Ex. M.7.1 | N/A |
| 1736 | Sims Expert Rep. Ex. M.8.1 | N/A |
| 1737 | Sims Expert Rep. Ex. M.8.2 | N/A |
| 1738 | Sims Expert Rep. Ex. M.9.1 | N/A |
| 1739 | Sims Expert Rep. Ex. M.9.2 | N/A |
| 1740 | Sims Expert Rep. Ex. M. | N/A |
| 1741 | Sims Expert Rep. Ex. N.1 | N/A |
| 1742 | Sims Expert Rep. Ex. N.2 | N/A |
| 1743 | Sims Expert Rep. Ex. O.1.1 | N/A |
| 1744 | Sims Expert Rep. Ex. P.1.1 | N/A |
| 1745 | Sims Expert Rep. Ex. P.1.2 | N/A |
| 1746 | Sims Expert Rep. Ex. Q.1.1 | N/A |
| 1747 | Sims Expert Rep. Ex. R.1.1 | N/A |
| 1748 | Sims Expert Rep. Ex. S.1.1 | N/A |
| 1749 | Sims Expert Rep. Ex. S.1.2 | N/A |
| 1750 | Sims Expert Rep. Ex. S.1.3 | N/A |
| 1751 | Sims Expert Rep. Ex. S.1.4 | N/A |
| 1752 | Sims Expert Rep. Ex. T.1.1 | N/A |
| 1753 | Sims Expert Rep. Ex. T.1.2 | N/A |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1754 | Sims Expert Rep. Ex. U.1.1 | N/A |
| 1755 | Sims Expert Rep. Ex. U.1.2 | N/A |
| 1756 | Letter from R. Lipshutz to Takara re renegotiation of license | AVI_203404-05 |
| 1757 | Document re Agilent Technologies | AVI_211556-57 |
| 1758 | Document re GE Healthcare, Codelink Bioarray Systems | AVI_211558-63 |
| 1759 | Document re Sequenom | AVI_211580-81 |
| 1760 | JP Morgan document re Affymetrix | AVI_212303-5 |
| 1761 | Illumina proposal to Tufts via MBRI | Stuelpnagel Dep. Ex. 345 |
| 1762 | Letter from MBRI to Illumina | Stuelpnagel Dep. Ex. 346 |
| 1763 | Illumina, Form-10K, Fiscal Year Ending January 1, 2006 | |
| 1764 | Affymetrix Form 10-K Fiscal Year ending December 31, 2005 | |
| 1765 | Q4 2002 Affymetrix Earnings Conference Call, Final Transcript, p. 4 | IAFP645151-65 |
| 1766 | "Affymetrix Acquires ParAllele BioScience," Jan. 6, 2005, DrugResearcher.com | IAFP644932-34 |
| 1767 | Affymetrix Form DEF 14A, Apr. 29, 2003 | |
| 1768 | Affymetrix website (www.affymetrix.com) | |
| 1769 | Affymetrix website (www.com/corporate/history/factsheet.affx) | |
| 1770 | Affymetrix News Release, July, 19, 1996, "Affyemtrix Inc. Reports Second Quarter Results." | |
| 1771 | Affymetrix News Release, Septemeber 7, 1999, "Affymetrix Commences Commerical Shipments of GeneChip Products From West Sacramento Manufacturing Facility." | |
| 1772 | Affymetrix Form 10-Q, period ending Sept. 30, 1996 | |
| 1773 | Affymetrix News Release, Aug. 31, 1999 | |
| 1774 | "Opportunities for DNA Microchip and Array Technologies," Frost & Sullivan, 1999 | AVI_17597-789 |
| 1775 | DNA Microarrays, A Strategic Market Analysis, 2001 | AVI_16353-566 |
| 1776 | "Affymetrix Launches First Commercial Human DNA Array to Use Draft of Human | IAFP644973-75 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | Genome," Affymetrix News Release, Jan. 12, 2002 | |
| 1777 | | |
| 1778 | "Affymetrix Competitive Advantage Improving, New Products Near Term," Baird U.S. Equity Research, 9/12/02 | IAFP467722-26 |
| 1779 | "Affymetrix Launches New Products Including a Whole Human Genome Single Array," Baird U.S. Equity Research, Oct. 2, 2003 | IAFP467605-09 |
| 1780 | "Commercial Aspects of Microarray Technology," Technology Report, Ken Rubenstein, March 2003 | IAFP644922-24 |
| 1781 | "Affymetrix Results from End-Market Studies," Baird U.S. Equity Research, 1/15/04 | IAFP467471-83 |
| 1782 | Reagents and Diagnostics, Highlights from the 2004 ABRF Meeting, Update on Microarray Market," Baird U.S. Equity Research, 3/05/04 | IAFP467454-57 |
| 1783 | "Affymetrix Reports Break-Out Q4-04, Business Hitting on All Cylinders, PT to $46," Baird U.S. Equity Research, 1/27/05 | IAFP616698-707 |
| 1784 | "Affymetrix Reports Light Q205, Guides for Greater Back-End Loading, Maintain Underperform," Baird U.S. Equity Research, 7/22/05 | IAFP581377-86 |
| 1785 | Stuelpnagel Dep. Exh. 9 | Stuelpnagel Dep. Exh. 9 |
| 1786 | Affymetrix at Bear Stearns 19th Annual Healthcare Conference, Final Transcript, 9/12/06 | IAFP645423-31 |
| 1787 | Affymetrix at Pacific Growth Equities 2005 Life Sciences Growth, Final Transcript, 6/06/05 | IAFP645317-24 |
| 1788 | Illumina website (www.illumina.com) | |
| 1789 | Illumina Products and Services Catalog 2005 | IAFP641957-78 |
| 1790 | Affymetrix News Release, July 21, 2004 | |
| 1791 | Agilent Technologies website (www.agilent.com) | |
| 1792 | Applied Biosystems (www.appliedbiosystems.com | |
| 1793 | "Affymetrix Dominates DNA Microarray Market," PR Newswire, 8/31/05 | IAFP645005-06 |
| 1794 | "Power Tools for the Gene Age/Affymetrix Chips Digging Deeper into the Genome," The San Francisco Chronicle, 2/07/05; | IAFP644908-13 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1795 | "Canon Plans to Commercialize DNA Chips for Medical Use," The Wall Street Journal, 3/30/05 | IAFP944903-04 |
| 1796 | "Affymetrix, Inc. - SWOT Analysis," DataMonitor Company Profiles, 4/23/05 | |
| 1797 | "Sects, Strangers, and Drugs: Genotyping Gets Specific (Genetic Factors and Drug Developments)," Genomics and Proteomics, 9/01/05 | IAFP644905-07 |
| 1798 | "Affymetrix and Agilent Pursue New Microarray Markets," Instrument Business Outlook, 12/15/05 | IAFP644977-83 |
| 1799 | Dickinson Exh. 560 | IAFP541080-243 |
| 1800 | Dickinson Exh. 559 | Dickinson Exh. 559 |
| 1801 | Affymetrix news release 3/1/03 | |
| 1802 | Affymetrix news release 10/22/03 | |
| 1803 | Affymetrix news release 9/28/05 | |
| 1804 | Affymetrix news release 10/5/2005 | |
| 1805 | Affymetrix news release, 10/24/05 | |
| 1806 | Affymetrix news release 1/1/2006 | |
| 1807 | Affymetrix news release 1/26/06 | |
| 1808 | Affymetrix news release 2/7/06 | |
| 1809 | Affymetrix Inc. Form 425, 6/1/05 | AVI_127636-50 |
| 1810 | Affymetrix Document | AVI_68794-815 |
| 1811 | Brand Attitudes & Awareness Study: Focus on DNA Analysis Market, 7/31/04 | AVI_82570-644 |
| 1812 | Nussbacher, K. "Biopoly Money" Wired.com, June 2000 | IAFP644919-21 |
| 1813 | Van de Goor, Tom A. "A History of DNA Microarrays", PharmaDD, 9/1/05 | IAFP644914-18 |
| 1814 | Illumina meeting presentation | IAFP585780-815 |
| 1815 | "Market size and Growth Expectations," Frost and Sullivan, 2002 | AVI_3840-53 |
| 1816 | "Power Tools for the Gene Age/Affymetrix Chips Digging Deeper into the Genome," | IAFP644908-13 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | San Francisco Chronicle, Feb. 7, 2005 | |
| 1817 | "Illumina Reports Q4-03 Revenues in Line with Expectations," Baird U.S. Equity Research, 1/28/04 | AVI_71741-49 |
| 1818 | Email from Janet Lankard to Lydia Willing, 2/25/04 | AVI_55635-36 |
| 1819 | SWOT Analysis, Competitive Summit, 5/17/05 | AVI_89173-75 |
| 1820 | Email from Tracy Lane to Ted Young, et al., 6/2/04 | AVI_56073-74 |
| 1821 | Email from Carl Raimond to Gregg Fergus, 10/20/04 | AVI_57538-39 |
| 1822 | Email from Todd Pollard to Mathew Lorence, 2/3/05 | AVI_83186-89 |
| 1823 | Emails between Junya Tominaga and Tristan Orpin dated 12/05 | IAFP640189 |
| 1824 | Email from B. Singh to T. Orpin dated 10/20/05 | IAFP640199-200 |
| 1825 | Email from Raimond to Stratton, 7/22/04 | AVI_57846-48 |
| 1826 | Email from Gregory Marcus to Yap, 7/23/04 | AVI_62796-97 |
| 1827 | Commercial Monthly Report, 5/04 | AVI_91901 |
| 1828 | Perlegen Sciences, Inc. Form S-1, 4/10/06 | |
| 1829 | Email from B. Kain to J. Stuelpnagel et al, 11/04 | IAFP535717-19 |
| 1830 | Email from Garsetti to Sean Hu and Bill Balch, 8/9/04 | IAFP640177-79 |
| 1831 | Email from Kyle O'Connor to Dickinson, 10/14/04; See Tab 96 | IAFP640180 |
| 1832 | Emails among Janet Lankard to Curtis Fideler, Neal Shea, Jesse Pope-Chapel, Joe Gray, 5/04 | AVI_56451-53 |
| 1833 | Lipshutz Exh. 71 | Lipshutz Dep. Ex. 71 |
| 1834 | Patent License Agreement between Affymetrix and Axon dated 4/8/04 | AVI_134769-808 |
| 1835 | Strategic Planning Meeting Notes dated 8/21/00 | IAFP570148-53 |
| 1836 | Affymetrix competitive position document on Illumina | AVI_55704-06 |
| 1837 | Email from E. Pleshko to T. Orpin dated 11/29/05 | IAFP640190 |
| 1838 | Email from M. Munson to T. Orpin dated 11/29/05 | IAFP640191 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1839 | Email from J. Garsetti to J.B. Fan dated 10/20/04 | IAFP640181-82 |
| 1840 | Emails from R. Laxman to T. Orpin et al dated 8/19/05 | IAFP640185-86 |
| 1841 | Email from E. Pleshko to B. Balch dated 4/14/04 | IAFP640201-02 |
| 1842 | "Highly Parallel SR Genotyping," J.-B. Fan, et al. | IAFP532361-67 |
| 1843 | "Decoding Randomly Ordered DNA Arrays," Kevin Gunderson, et al | IAFP532400-07 |
| 1844 | "A Novel, High-Performance Random Array Platform for Quantitative Gene Expression Profiling," Kuhn, et al. | IAFP532441-50 |
| 1845 | Orpin Exh. 223 | IAFP480266-314 |
| 1846 | Orpin Exh. 307 | Orpin Exh. 307 |
| 1847 | Emails among McBean, Malloy, et al. 1/05 | IAFP601532-34 |
| 1848 | Emails from G. Fergus and G. Yap dated 3/20/05 | AVI_81872-80 |
| 1849 | Email from Deloukas to Orpin, 3/27/05 | IAFP602964-66 |
| 1850 | "Affy CFO Sheds New Light on Genotyping Woes, Introduces New Products at Investor Conference," 5/9/06, BioArraynews.com | IAFP644770-72 |
| 1851 | R. Weinstein CV | Weinstein Expert Report Exhibits 1, 2 |
| 1852 | Document entitled "Revenue and Net Profit Calculation: Illumina Proposal for Wellcome Trust Control Consortium May 11, 2005" | Weinstein Expert Report Exhibit 4 |
| 1853 | Document entitled "Revenue and Net Profit Calculation: Orders from Eurus Genomics to Illumina 2005" | Weinstein Expert Report Exhibit 5 |
| 1854 | Illumina financial summaries | IAFP643320-25 |
| 1855 | Proposal for Wellcome Trust Case Control Consortium, April 27, 2005 | IAFP644429-32 |
| 1856 | Proposal for Wellcome Trust Control Consortium, May 11, 2005 | IAFP644242-97 |
| 1857 | Illumina Financial Tables | IAFP643963-66 |
| 1858 | Illumina Financial Reports | IAFP641507 A-R |
| 1859 | 5/9/2006 Bioarray News article | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1860 | Affymetrix document "Illumina competitive positioning" | AVI_55292-99 |
| 1861 | Affymetrix document entitled "Illumina competitive positioning: Technical arguments for expression" | AVI_55309-10 |
| 1862 | Illumina - Competitive Review 2/10/2004 | AVI_55595-618 |
| 1863 | Affymetrix document entitled "Competitive Price Analysis" | AVI_74053-056 |
| 1864 | Whole Genome SR Analysis: Positioning | AVI_78403-462 |
| 1865 | Strategic Priorities | AVI_69082-087 |
| 1866 | Competitor Overview | AVI_65230-235 |
| 1867 | Spreadsheet re "Lost Orders to Illumina" | AVI_56188-89 |
| 1868 | Spreadsheet re "Lost Orders to Illumina" | AVI_56475-76 |
| 1869 | Spreadsheet re "Lost Orders to Illumina" | AVI_56481-82 |
| 1870 | | |
| 1871 | Affymetrix Spreadsheet | AVI_57137 |
| 1872 | Affymetrix Spreadsheet | AVI_57707-08 |
| 1873 | Affymetrix document entitled "Genotyping Products Positioning" | AVI_60780-826 |
| 1874 | Genotyping Wars Continue, 10/2006 | |
| 1875 | Pacific Growth Equities, Illumina, Inc. 10/2006 | |
| 1876 | Leerink Jaffray, "Growing Concerns Over Data Quality from 500K." | IAFP645432-37 |
| 1877 | Email from Selby Re: "Preliminary Agenda - 14th International Genome Sequencing and Analysis Conference" | AVI_068828-829 |
| 1878 | Email from Raimond | AVI_056903-905 |
| 1879 | Email from Raimond Re "FW: Max Lumke @ NHGRI has quote from Illumina" | AVI_058594-595 |
| 1880 | Email from Nicholls Re: "FW: competitive activity genotyping" | AVI_072518-524 |
| 1881 | Email from Lane Re: "Baird/ILMN: Reports Strong Q1, Fundamentals Improving, Upgrading to Outperform" | AVI_056575-576 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1882 | Email from Fergus Re: "FW: Illumina purchase at UC Davis" | AVI_055927-928 |
| 1883 | Email from Fergus "Re: Fw: Q2" | AVI_083897-898 |
| 1884 | Competitive Summit Meeting Minutes 5/17/05 | AVI_073498-500 |
| 1885 | Email from Nicholls Re: "ILMN - competitive update" | AVI_068730-737 |
| 1886 | Email from Fergus Re: "FW Parallele" | AVI_056529-531 |
| 1887 | Email from Siegel Re: "Debbie Nickerson and ILMN" | AVI_074367-369 |
| 1888 | Email from Germann Re:  "Quarter End" | AVI_080476-477 |
| 1889 | Email from Marcus Re: "Myriad Genetics" | AVI_064118-119 |
| 1890 | Email from Raimond Re:  "500K positioning slides" | AVI_063045-046 |
| 1891 | Email from Yap Re: "**FINAL PRODUCT PROFILES & CHOICE MATRICES FOR YOUR SIGN OFF TODAY!**" | AVI_056095-096 |
| 1892 | Email from Affymetrix sales representative, June 25, 2004 | AVI_064192-194 |
| 1893 | Email from Affymetrix sales representative, September 13, 2004 | AVI_078668-675 |
| 1894 | Email from Affymetrix re Mendel Arrays Sets | AVI_177390-392 |
| 1895 | Email from Affymetrix re 500K chips, September 28, 2005 | AVI_132679-680 |
| 1896 | Affymetix spreadsheet | AVI_201588-591 |
| 1897 | Affymetrix document re "Life Sciences Research Market" | AVI_068794-815 |
| 1898 | Affymetrix document entitled "Illumina Sales Role Play" | AVI_074046-48 |
| 1899 | Illumina document entitled "Gene Expression" | IAFP540473-513 |
| 1900 | Affymetrix e-mails, 5/27/04 | AVI_82152-54 |
| 1901 | Affymetrix emails, 9/22/04 | AVI_89157-58 |
| 1902 | Affymetrix emails, 1/11/05 | AVI_78505-11 |
| 1903 | 10/5/05 Affymetrix press release "Wellcome Trust Case Control Consortium Partners With Perlegen and Affymetrix to Search for Genetic Origins of Ten Complex Diseases" | |
| 1904 | Affymetrix emails, 9/18/04 | AVI_80745-46 |

EXHIBIT 7

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1905 | Affymetrix emails re "Illumina info very sensitive," 11/27/02 | AVI_64460-61 |
| 1906 | Affymetrix emails re "10K opportunities," 3/18/03 | AVI_56566-69 |
| 1907 | Affymetrix emails re "10K opportunities" | AVI_64472-76 |
| 1908 | Affymetrix emails re "Illumina at JHU," 6/30/03 | AVI_63696-98 |
| 1909 | Affymetrix emails re "Media FYI: John Hopkins," 8/29/03 | AVI_63987-95 |
| 1910 | Affymetrix emails re "Nakamura & ParAllele vs. Illumina," 10/27/03 | AVI_64512 |
| 1911 | Affymetrix emails re "Nakamura & ParAllele vs. Illumina," 10/27/03 | AVI_64519-23 |
| 1912 | Affymetrix emails re "The Nakamura lab," 11/7/03 | AVI_64532-33 |
| 1913 | Affymetrix emails re "MSKCC Genotyping -- Confidential INFO -- DO NOT CONTACT MSKCC," 11/25/03 | AVI_64070-75 |
| 1914 | Affymetrix emails re "Galileo visit 12/3," 11/25/02 | AVI_62916 |
| 1915 | Affymetrix emails re "Call with Galileo tomorrow morning," 11/25/03 | AVI_58437-39 |
| 1916 | Affymetrix emails re "Galileo conference call for 11/26/03" | AVI_63625-26 |
| 1917 | Affymetrix emails re "Hooper," 12/1/03 | AVI_58168-69 |
| 1918 | Affymetrix emails re "Hooper," 12/3/03 | AVI_64598-601 |
| 1919 | Affymetrix's emails re "Galileo Postmortem," 12/4/03 | AVI_62914-15 |
| 1920 | | |
| 1921 | Affymetrix emails re "Illumina competitive positioning," 12/7/03 | AVI_63739-40 |
| 1922 | Affymetrix emails re "MS linkage redo," 1/13/2004 | AVI_64014-18 |
| 1923 | Affymetrix emails re "Parallele oppro?," 12/23/2003 | AVI_81633-34 |
| 1924 | Affymetrix emails re "Thoughts on ILMN announcement," 1/14/2004 | AVI_82228-32 |
| 1925 | Illumina emails re "Duke," 4/19/04 | IAFP598827-29 |
| 1926 | Illumina emails re "Email from Bob Millikan," 4/9/2004 | IAFP555009-010 |
| 1927 | Illumina emails re "Affy spreading lies," 4/15/04 | IAFP567057-58 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1928 | Affymetrix emails re "Competitive situation!," 5/3/04 | AVI_56588-90 |
| 1929 | Affymetrix emails re "Illumina pricing," 5/5/04 | AVI_89121-23 |
| 1930 | Affymetrix emails re "John Todd Summary," 5/6/04 | AVI_82150-51 |
| 1931 | Affymetrix emails re "Illumina purchase at UC Davis," 5/12/04 | AVI_56231-32 |
| 1932 | Affymetrix emails re "Strategic help needed," 5/14/04 | AVI_82353-54 |
| 1933 | | |
| 1934 | Illumina emails re "More info," 6/10/04 | IAFP640174-76 |
| 1935 | Affymetrix emails re "Martyn Smith doc," 5/6/04 | AVI_55933-36 |
| 1936 | Affymetrix document entitled "Opportunity/Threat outline: UC Berkeley, School of Public Health 3/12/2004" | AVI_55868-69 |
| 1937 | Affymetrix emails re "Illumina purchase at UC Davis" dated 5/11/04 | AVI_85323-24 |
| 1938 | Affymetrix emails re "Lost sale," 6/18/04 | AVI_64769-81 |
| 1939 | Affymetrix emails re "Quarter end," 6/18/04 | AVI_80476-77 |
| 1940 | Affymetrix emails re "John Todd -- big opportunities" | AVI_64234-36 |
| 1941 | Affymetrix emails re "Dr. Tashiro," 9/14/04 | AVI_78600-05 |
| 1942 | Affymetrix emails re "Dr. Tashiro proposal," 10/2/04 | AVI_82180-81 |
| 1943 | Affymetrix emails re "Dr. Tashiro," 1/11/05 | AVI_78512-18 |
| 1944 | Affymetrix emails re "Illumina," 10/20/04 | AVI_82527-30 |
| 1945 | Affymetrix emails re "500K TA," 10/27/04 | AVI_81885-86 |
| 1946 | Affymetrix emails re "Illumina competitive overview," 11/9/04 | AVI_57491-92 |
| 1947 | Affymetrix emails re "4c demand," 11/11/04 | AVI_81821-23 |
| 1948 | Affymetrix emails re "holding off ILMN -- HELP," 12/15/04 | AVI_64985-86 |
| 1949 | Affymetrix emails re "ILMN 360K panel," 2/9/05 | AVI_57274-76 |
| 1950 | Affymetrix emails re "ILMN earning report," 2/23/05 | AVI_58753-54 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1951 | Illumina emails re "T-Gen Beadstation order 11284" | IAFP640173 |
| 1952 | Illumina document entitled "Leading Edge," 4/05 | IAFP541080-104 |
| 1953 | Illumina document entitled "Whole Genome Expression:  Market Overview and Strategy" | IAFP543950-89 |
| 1954 | Affymetrix document entitled "2002 Marketing Plan Version 4.0" | AVI_87891-46 |
| 1955 | Affymetrix document entitled "Pricing/Selling Opportunities -- Data Collected end of May 2004" | AVI_65252-55 |
| 1956 | Affymetrix document entitled "Analysis of the North American Spotted Microarray Market, November 19, 2002" | AVI_74918-97 |
| 1957 | Affymetrix document entitled "2004 Brand Attitudes and Awareness Study:  Focus on DNA Analysis Market" | AVI_82570-644 |
| 1958 | | |
| 1959 | 7-24-02 Affymetrix Earnings Call Transcript | IAFP645122-33 |
| 1960 | 10-23-02 Affymetrix Earnings Call Transcript | IAFP645134-50 |
| 1961 | 1-29-03 Affymetrix Earnings Call Transcript | IAFP645151-65 |
| 1962 | 1-30-03 Affymetrix to Discuss Clinical Genomics Transcript | IAFP645166-74 |
| 1963 | 4-23-03 Affymetrix Earnings Call Transcript | IAFP645175-90 |
| 1964 | 7-23-03 Affymetrix Earnings Call Transcript | IAFP645191-206 |
| 1965 | 10-22-03 Affymetrix Earnings Call Transcript | IAFP645207-19 |
| 1966 | 1-12-04 Affymetrix JPMorgan 22nd Annual Healthcare Conference Transcript | IAFP645220-25 |
| 1967 | 1-28-04 Affymetrix Earnings Call Transcript | IAFP645226-43 |
| 1968 | 4-21-04 Affymetrix Earnings Call Transcript | IAFP645244-58 |
| 1969 | 7-21-04 Affymetrix Earnings Call Transcript | IAFP645259-71 |
| 1970 | 1-11-05 Affymetrix JPMorgan 23rd Annual Healthcare Conference Transcript | IAFP645272-77 |
| 1971 | 1-26-05 Affymetrix Earnings Call Transcript | IAFP613234-46 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1972 | 1-27-05 Affymetrix at Piper Jaffray Healthcare Conference Transcript | IAFP645278-85 |
| 1973 | 3-31-05 Affymetrix at Lehman Brothers Global Healthcare Conference Transcript | IAFP645286-92 |
| 1974 | 4-21-05 Affymetrix Earnings Call Transcript | IAFP613116-33 |
| 1975 | 5-10-05 Affymetrix at Robert W. Baird & Co., Inc. Growth Stock Conference Transcript | IAFP645293-301 |
| 1976 | 5-31-05 Affymetrix Signs Agreement to Acquire ParAllele BioScience | IAFP645302-16 |
| 1977 | 6-06-05 Affymetrix at Pacific Growth Equities 2005 Life Sciences Growth Conference Transcript | IAFP645317-24 |
| 1978 | 6-14-05 Affymetrix Earnings Call Transcript | IAFP588707-18 |
| 1979 | 7-21-05 Affymetrix Earnings Call Transcript | IAFP645325-46 |
| 1980 | 9-27-05 Affymetrix Guidance Announcement Transcript | IAFP658954-64 |
| 1981 | 10-20-05 Affymetrix Earnings Call Transcript | IAFP645358-81 |
| 1982 | 1-05-06 Affymetrix Guidance Announcement Transcript | IAFP658932-53 |
| 1983 | 4-20-06 Affymetrix Earnings Call Transcript | IAFP645448-70 |
| 1984 | 7-31-06 Affymetrix Earnings Call Transcript | IAFP64404-22 |
| 1985 | 09-12-06 Affymetrix at Bear Stearns 19th Annual Healthcare Conference Transcript | IAFP658988-96 |
| 1986 | 10-25-06 Affymetrix Earnings Call Transcript | 10-25-06 Affymetrix Earnings Call Transcript |
| 1987 | Affymetrix 10-Q (11/9/06) | Affymetrix 10-Q (11/9/06) |
| 1988 | Affymetrix 10-Q (8/3/06) | Affymetrix 10-Q (8/3/06) |
| 1989 | Affymetrix 10-Q (5/10/06) | Affymetrix 10-Q (5/10/06) |
| 1990 | Affymetrix 10-Q (11/9/05) | AVI_126565-126621 |
| 1991 | Affymetrix 10-Q (8/9/05) | AVI_127461-127504 |
| 1992 | Affymetrix 10-Q (5/10/05) | AVI_127505-127460 |
| 1993 | Affymetrix 10-Q (3/16/05) | AVI_127275-127416 |
| 1994 | Affymetrix 10-Q (8/9/04) | Affymetrix 10-Q (8/9/04) |

EXHIBIT 7

TRIAL EXHIBIT LIST FOR ILLUMINA, INC.

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 1995 | Affymetrix 10-Q (5/10/04) | Affymetrix 10-Q (5/10/04) |
| 1996 | Affymetrix 10-Q (11/14/03) | AVI_126065-126124 |
| 1997 | Affymetrix 10-Q (8/14/03) | AVI_126125-126175 |
| 1998 | Affymetrix 10-Q (5/15/03) | AVI_126176-126387 |
| 1999 | Affymetrix 10-Q (11/14/02) | AVI_125536-125575 |
| 2000 | Affymetrix 10-Q (8/12/02) | AVI_125576-125615 |
| 2001 | Affymetrix 10-Q (5/15/02) | AVI_125616-125658 |
| 2002 | Affymetrix 10-Q (11/13/01) | AVI_125214-125221 |
| 2003 | Affymetrix 10-Q (8/13/01) | AVI_125222-125261 |
| 2004 | Affymetrix 10-Q (5/15/01) | AVI_125223-125272 |
| 2005 | Affymetrix 10-Q (11/14/00) | AVI_123962-123996 |
| 2006 | Affymetrix 10-Q (8/14/00) | AVI_123997-124025 |
| 2007 | Affymetrix 10-Q (5/15/00) | AVI_124026-124053 |
| 2008 | Affymetrix 10-K (8/3/06) | Affymetrix 10-K (8/3/06) |
| 2009 | Affymetrix 10-K (3/9/06) | AVI_213606-123753 |
| 2010 | Affymetrix 10-K (3/16/05) | AVI_120189-120332 |
| 2011 | Affymetrix 10-K (3/15/04) | AVI_120061-120188 |
| 2012 | Affymetrix 10-K (3/31/03) | AVI_125958-126064 |
| 2013 | Affymetrix 10-K (3/29/02) | AVI_125480-125535 |
| 2014 | Affymetrix 10-K (3/30/01) | AVI_119639-119739 |
| 2015 | Affymetrix 10-K (3/30/00) | AVI_119424-119638 |
| 2016 | Affymetrix's Responses to Illumina's First Set of Interrogatories | |
| 2017 | Affymetrix's Supplemental Responses to Illumina's First Set of Interrogatories | |
| 2018 | Affymetrix's Second Supplemental Responses to Illumina's First Set of Interrogatories | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 2019 | Affymetrix's Responses to Illumina's Second Set of Interrogatories | |
| 2020 | Affymetrix's Supplemental Responses to Illumina's Second Set of Interrogatories | |
| 2021 | Affymetrix's Second Supplemental Responses to Illumina's Second Set of Interrogatories | |
| 2022 | Affymetrix's Responses to Illumina's Third Set of Interrogatories | |
| 2023 | Affymetrix's Responses to Illumina's Fourth Set of Interrogatories | |
| 2024 | Affymetrix's Supplemental Responses to Illumina's Fourth Set of Interrogatories | |
| 2025 | Affymetrix's Responses to Illumina's Fifth Set of Interrogatories | |
| 2026 | Affymetrix's Supplemental Responses to Illumina's Fifth Set of Interrogatories | |
| 2027 | Affymetrix's Responses to Illumina's First Set of Requests for Production | |
| 2028 | Affymetrix's Responses to Illumina's Second Set of Requests for Production | |
| 2029 | Affymetrix's Responses to Illumina's Third Set of Requests for Production | |
| 2030 | Affymetrix's Responses to Illumina's First Set of Requests for Admission | |
| 2031 | Affymetrix's Responses to Illumina's Second Set of Requests for Admission | |
| 2032 | | |
| 2033 | Expert report(s) of Hubert Koster, Ph.d, submitted in *Affymetrix, Inc. v. Illumina, Inc.*, CA 04-901-JFF (D. Del.) | |
| 2034 | Expert report(s) of Robin Felder, Ph.d., submitted in *Affymetrix, Inc. v. Illumina, Inc.*, CA 04-901-JFF (D. Del.) | |
| 2035 | Expert report(s) of Matthew Lynde, Ph.d, submitted in *Affymetrix, Inc. v. Illumina, Inc.*, CA 04-901-JFF (D. Del.) | |
| 2036 | Expert report(s) of George Gould, submitted in *Affymetrix, Inc. v. Illumina, Inc.*, CA 04-901-JFF (D. Del.) | |
| 2037 | 10/28/91 Beckman letter re Affymetrix and Human Genome III meeting | IAFP6604-05 |
| 2038 | 10/24/91 Gasin letter re Meeting/Affymetrix Research | IAFP7335-36 |
| 2039 | 12/8/98 Foder Document | AFF-HYS15254-57 |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 2040 | Affymetrix Initial Disclosures HySeq. case | AFF-HYS15135-42 |
| 2041 | 10/17/97 Affymetrix S-3 Form | AVI121307-460 |
| 2042 | Wagner Assignment Document | AG137-38 |
| 2043 | | |
| 2044 | US Patent App. "Methods for Processing Multiple Biological Chip Assays" | IAFP33-73 |
| 2045 | Affymetrix's Markman Brief for HySeq litigation | AFFY-HYS27714-31 |
| 2046 | US Patent No. 5,639,611 | |
| 2047 | Affymetrix's Opposition to Isis EPO 0373,203 | IAFP 5341-5434 |
| 2048 | Declaration of Paul Silverman in Affymetrix/Synteni litigation | IAFP5982-84 |
| 2049 | 7/1/92 Letter from J. Tripp to R. Lipshutz of Wagner | AG464-65 |
| 2050 | Copyright Assignment | AG865-69 |
| 2051 | Hyseq's reply brief | AFFY-HYS11333-35 |
| 2052 | 12/6/91 Wagner Memorandum | AG1215-18 |
| 2053 | 2/14/92 Quote from Wagner to Affymetrix | AG471-72 |
| 2054 | Sentrix Universal-96 Array Matrix (physical sample) | |
| 2055 | Sentrix Universal-16 BeadChip (physical sample) | |
| 2056 | Sentrix Human-1 Genotyping BeadChip (physical sample) | |
| 2057 | Sentrix Human-6 Expression BeadChip (physical sample) | |
| 2058 | Sentrix HumanRef-8 Expression BeadChip (physical sample) | |
| 2059 | Sentrix Mouse-6 Expression BeadChip (physical sample) | |
| 2060 | Sentrix MouseRef-8 Expression BeadChip (physical sample) | |
| 2061 | Sentrix Human Sampler-16 Expression BeadChip (physical sample) | |
| 2062 | Sentrix Human Sampler-96 Expression Array Matrix (physical sample) | |
| 2063 | Sentrix HumanTox-16 Expression BeadChip (physical sample) | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 2064 | Mouse Sampler-16 Expression BeadChip (physical sample) | |
| 2065 | Sentrix Mouse-96 Expression Array Matrix (physical sample) | |
| 2066 | Sentrix Arabidopsis Sampler-16 Expression BeadChip (physical sample) | |
| 2067 | Sentrix Arabidopsis-96 Expression Array Matrix (physical sample) | |
| 2068 | Sentrix Custom-16 Expression BeadChip (physical sample) | |
| 2069 | Sentrix Custom-96 Expression Array Matrix (physical sample) | |
| 2070 | Linkage IVb Panel (physical sample) | |
| 2071 | MHC Panel Set (physical sample) | |
| 2072 | Illumina's Beadchip device without beads (physical sample) | |
| 2073 | Illumina's Beadchip device with beads (physical sample) | |
| 2074 | Physical sample of product packaging | |
| 2075 | Physical sample of product packaging | |
| 2076 | Physical sample of product packaging | |
| 2077 | Physical sample of product packaging | |
| 2078 | Physical sample of product packaging | |
| 2079 | Physical sample of product packaging | |
| 2080 | Physical sample of product packaging | |
| 2081 | Physical sample of product packaging | |
| 2082 | Physical sample of product packaging | |
| 2083 | Physical sample of product packaging | |
| 2084 | Physical sample of product packaging | |
| 2085 | Physical sample of product packaging | |
| 2086 | Physical sample of product packaging | |
| 2087 | Physical sample of product packaging | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 2088 | Physical sample of product packaging | |
| 2089 | Physical sample of product packaging | |
| 2090 | Physical sample of product packaging | |
| 2091 | Physical sample of product packaging | |
| 2092 | Physical sample of product packaging | |
| 2093 | Physical sample of product packaging | |
| 2094 | | |
| 2095 | Physical sample of Illumina's Sentrix Array Matrix hybridization chamber | N/A |
| 2096 | Photographs of Illumina's Sentrix Array Matrix hybridization chamber | ILPRD14, 16-20, 24 |
| 2097 | | |
| 2098 | Physical sample of Illumina's Beadchip hybridization chamber | |
| 2099 | Photographs of Illumina's Beadchip hybridization chamber | ILPRD5-7, 9, 10, 12 |
| 2100 | | |
| 2101 | | |
| 2102 | | |
| 2103 | Gordon Research Conferences, 1999 Summer and Fall Meetings. Science 1999; 283, Cover, 1220, 1356. | |
| 2104 | Simon-Sanchez, et al. Genome-wide SR assay reveals structural genomic variation, extended homozygosity and cell-line induced alterations in normal individuals.  Human Molecular Genetics 2007; 16: 1-14. | |
| 2105 | Duerr, et. al. A Genome-Wide Association Study Identifies IL23R as an Inflammatory Bowel Disease Gene.  Science 2006; 314:1461-1463. | |
| 2106 | Plaque:  North American Drug Discovery Technologies Product Innovation of the Year Award, 2006. | |
| 2107 | Plaque:  Cover of Science 2006; 283. | |
| 2108 | Frost & Sullivan, 2006 North American Drug Discovery Technologies Product | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| | Innovation of the Year Award; Award Recipient: Illumina, Inc. (4 pp.) | |
| 2109 | The International HapMap Consortium. The International HapMap Project. Nature 2003; 426: 789-796. | |
| 2110 | The International HapMap Consortium. A Haplotype Map of the Human Genome. Nature 2005; 437:1299-1320. | |
| 2111 | Wadman M. The Chips Are Down. Nature 2006;444:256-257. | |
| 2112 | License Agreement between Affymetrix, Inc. and PerkinElmer Inc. (DX 531) | AVI_203223-54 |
| 2113 | Alan Sherr Email re Correction. | AVI_203692 |
| 2114 | Common Terms Agreement between F. Hoffmann-LaRoche and Affymetrix, Inc. dated January 29, 2003 | AVI_208281-304 |
| 2115 | Instrument and Chip Supply Agreement between F. Hoffmann-LaRoche and Affymetrix, Inc. dated January 29, 2003 | AVI_208305-31 |
| 2116 | Instrument Agency Agreement between F. Hoffmann-LaRoche and Affymetrix, Inc. dated January 29, 2003 | AVI_208332-52 |
| 2117 | Diagnostic Product and Instrument Agency Agreement between F. Hoffmann-LaRoche and Affymetrix, Inc. dated January 29, 2003 | AVI_208353-67 |
| 2118 | Standstill Agreement between F. Hoffmann-LaRoche and Affymetrix, Inc. dated January 29, 2003 | AVI_208368-73 |
| 2119 | Research & Development Collaboration Agreement between F. Hoffmann-LaRoche and Affymetrix, Inc. dated January 29, 2003 | AVI_208374-89 |
| 2120 | Beads (physical sample) | |
| 2121 | Beads with oligos (physical sample) | |
| 2122 | Glass fiber bundles without beads  (physical sample) | |
| 2123 | Glass fiber bundles with beads without oligos (physical sample) | |
| 2124 | Glass fiber bundles with beads with oligos (physical sample) | |
| 2125 | Illumina's Sentrix Array Matrix without beads (physical sample) | |
| 2126 | Illumina's Sentrix Array Matrix with beads (physical sample) | |

**EXHIBIT 7**

**TRIAL EXHIBIT LIST FOR ILLUMINA, INC.**

| Trial Ex. No. | Document | Bates Range |
|---|---|---|
| 2127 | Affymetrix's Human Genome U133A 2.0 Array (physical sample) | |
| 2128 | Affymetrix's Human Genome Focus Array (physical sample) | |
| 2129 | Affymetrix's GeneChip Human Mapping 100K Array (physical sample) | |
| 2130 | Affymetrix's GeneChip Human Mapping 500K Array (physical sample) | |
| 2131 | Affymetrix's GeneChip Human Mapping 10K Array (physical sample) | |
| 2132 | Affymetrix's GeneChip Custom 1.5 (physical sample) | |
| 2133 | Affymetrix's Universal 3K Tag Array (physical sample) | |
| 2134 | E-mail re Array Patent List | AVI_202266 |
| 2135 | Email re Revised Term Sheet | AVI_202242 |
| 2136 | First Amendment to License Agreement | AVI_208088-93 |
| 2137 | Email re AFFY Questions | AVI_204293 |
| 2138 | Amendment 4 to the License Agreement between Affymetrix, Inc. and MWG-Biotech AG | AVI_203595-6 |
| 2139 | Amendment 5 to the License Agreement between Affymetrix, Inc. and MWG-Biotech AG | AVI_202780-1 |
| 2140 | Meeting Agenda | AVI_203597 |
| 2141 | Email re Meeting Follow-up | AVI_202747 |
| 2142 | Email re Document, etc. | AVI_203166-67 |
| 2143 | Document entitled "Affymetrix Conference Call" | AVI_203295 |
| 2144 | Email re Spectral Genomics Negotiation Version of Revised Terms and spreadsheet | AVI_202985-6 |
| 2145 | Email re GMS | AVI_203070-72 |
| 2146 | U.S. Patent No. 4,263,504 (Thomas) | |

# EXHIBIT 8

**EXHIBIT 8**

**Illumina, Inc.'s Responses To Affymetrix, Inc.'s Objections To Illumina, Inc.'s List Of Exhibits That Illumina Intends To Offer At Trial**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections[1] | Illumina's Response to Affymetrix's Objection[2] |
|---|---|---|---|---|
| 1 | U.S. Patent No. 5,545,531 | AVI_38924-38 IAFP1-15 | | |
| 2 | U.S. Patent No. 5,545,531 File Wrapper (U.S. App. No. 08/476,850) | IAFP16-136 | | |
| 3 | U.S. Patent No. 5,795,716 | AVI_39650-99 IAFP137-181 | | |
| 4 | U.S. Patent No. 5,795,716 File Wrapper (U.S. App. No. 08/327,525) | AVI_1-429; IAFP182-654 | | |
| 5 | U.S. Patent No. 6,355,432 | IAFP655-709 | | |
| 6 | U.S. Patent No. 6,355,432 File Wrapper (U.S. App. No. 09/585,659) | IAFP710-1240 | | |
| 7 | U.S. App. No. 09/362,089 | IAFP19698-20394 | 402, 403 | R |
| 8 | U.S. Patent No. 6,197,506 | AVI_41940-988 | 402, 403 | R |
| 9 | U.S. Patent No. 6,197,506 File Wrapper (U.S. App. No. 09/056,927) | IAFP17577-8085 | 402, 403, 802, ID, MD | R, HE, NH, SD[3] |
| 10 | U.S. Patent No. 5,800,992 | IAFP653774-819 | 402, 403 | R |

---

[1] See below for key to Affymetrix objections

[2] See below for key to Illumina objections

[3] Illumina notes that Affymetrix has raised an "ID" objection which is neither based on any Federal Rule of Evidence nor based on any legitimate grounds for objecting to Illumina's trial exhibits. Affymetrix's arbitrary and capricious application of this "objection" is confusing and seemingly unfounded. If Affymetrix ever provides a clear and legitimate basis for this "objection," Illumina renews its right to respond accordingly.

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 11 | U.S. Patent No. 5,800,992 File Wrapper (U.S. App. No. 08/670,118) | IAFP00012006-413 | 402, 403, 802, ID, MD | R, HE, NH, SD |
| 12 | U.S. App. No. 08/168,904 | IAFP13528-4133 | 402, 403 | R |
| 13 | U.S. App. No. 07/624,114 | IAFP16538-695 | | |
| 14 | U.S. Patent No. 5,143,854 | AVI_38412-38 IAFP655448-655487 IAFP658844-658883 IAFP594726-65 IAFP7295-334 | | |
| 15 | U.S. Patent No. 5,143,854 File Wrapper (U.S. App. No. 07/492,462) | IAFP15218-699 | 402, 403, 802, ID, MD | R, HE, NH, SD |
| 16 | U.S. App. No. 07/362,901 | IAFP15081-217 | 402, 403 | R |
| 17 | U.S. Patent No. 6,399,365 | IAFP1241-300 | | |
| 18 | U.S. Patent No. 6,399,365 File Wrapper (U.S. App. No. 09/907,196) | IAFP1301-590 | | |
| 19 | U.S. Patent No. 6,287,850 | AVI_42806-863 | 402, 403 | R |
| 20 | U.S. Patent No. 6,287,850 File Wrapper (U.S. App. No. 09/302,052) | IAFP18823-9097 | 402, 403, 802, ID, MD | R, HE, NH, SD |
| 21 | U.S. Patent No. 5,945,334 | AVI_40535-92 | 402, 403 | R |
| 22 | U.S. Patent No. 5,945,334 File Wrapper (U.S. App. No. 08/485,452) | IAFP16818-7161 | 402, 403, 802, ID, MD | R, HE, NH, SD |
| 23 | U.S. App. No. 08/255,682 | IAFP630971-1012 | 402, 403 | R |
| 24 | U.S. Patent No. 6,646,243 | AVI_47056-106 | | |
| 25 | U.S. Patent No. 6,646,243 File Wrapper (U.S. App. No. 10/098,203) | AVI_731-1050 | | |
| 26 | U.S. Patent No. 6,406,957 | AVI_44396-4444 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 27 | U.S. Patent No. 6,406,957 File Wrapper (U.S. App. No. 09/690,191) | IAFP19388-697 | 402, 403, 802, ID, MD | R, HE, NH, SD |
| 28 | U.S. Patent No. 6,329,143 | AVI_43449-93 | 402, 403 | R |
| 29 | U.S. Patent No. 6,329,143 File Wrapper (U.S. App. No. 09/129,470) | IAFP19098-387 | 402, 403, 802, ID, MD | R, HE, NH, SD |
| 30 | U.S. Patent No. 6,225,625 | AVI_42160-200 | 402, 403 | R |
| 31 | U.S. Patent No. 6,225,625 File Wrapper (U.S. App. No. 08/456,598) | IAFP18086-552 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 32 | U.S. Patent No. 5,445,934 | IAFP653504-41 IAFP619956-93 | 402, 403 | R |
| 33 | U.S. Patent No. 5,445,934 File Wrapper (U.S. App. No. 07/954,646) | IAFP15700-16007 | 402, 403, 802, ID, MD | AV(IAFP15700-16007), R, HE, NH, SD |
| 34 | U.S. Patent No. 5,405,783 | IAFP655387-403 | 402, 403 | R |
| 35 | U.S. Patent No. 5,405,783 File Wrapper (U.S. App. No. 07/850,356) | IAFP16008-344 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 36 | U.S. Patent No. 6,140,044 | IAFP655924-77 | 402, 403 | R |
| 37 | U.S. Patent No. 6,140,044 File Wrapper (U.S. App. No. 08/528,173) | IAFP14134-821 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 38 | U.S. Patent No 5,974,164 | AVI_40661-719 | 402, 403 | R |
| 39 | U.S. Patent No. 5,974,164 File Wrapper (U.S. App. No. 08/531,137) | IAFP17162-576 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 40 | U.S. Patent No. 6,242,180 | AVI_42375-433 | 402, 403 | R |
| 41 | U.S. Patent No. 6,242,180 File Wrapper (U.S. App. No. 09/158,765) | IAFP18553-822 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 42 | U.S. Patent No. 6,607,887 | IAFP1591-1648 | 402, 403 | R |
| 43 | U.S. Patent No. 6,607,887 File Wrapper (U.S. App. No. 09/796,071) | AVI_430-730 | 402, 403, 802, ID, MD | R, NH, HE, SD |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 44 | U.S. Patent No. 6,440,667 | AVI_44896-951 | 402, 403 | R |
| 45 | U.S. Patent No 6,440,667 File Wrapper | IAFP19698-20394 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 46 | U.S. Patent No. 6,355,431 | IAFP659099-140 | 402, 403 | R |
| 47 | U.S. Patent No. 6,396,995 | IAFP659141-67 | 402, 403 | R |
| 48 | U.S. Patent No. 6,429,027 | IAFP659168-86 | 402, 403 | R |
| 49 | U.S. Patent No. 6,544,732 | IAFP659529-47 | 402, 403 | R |
| 50 | U.S. Patent No. 6,620,584 | IAFP659187-222 | 402, 403 | R |
| 51 | U.S. Patent No. 6,663,832 | | NP, 402, 403 | R, AV |
| 52 | U.S. Patent No. 6,770,441 | IAFP659223-75 | 402, 403 | R |
| 53 | U.S. Patent No. 6,812,005 | | 402, 403, NP | R, AV |
| 54 | U.S. Patent No. 6,846,460 | | 402, 403, NP | R, AV |
| 55 | U.S. Patent No. 6,858,394 | IAFP659276-304 | 402, 403 | R |
| 56 | U.S. Patent No. 6,355,431 | | NP, 402, 403 | R, AV |
| 57 | U.S. Patent No. 6,890,741 | | NP, 402, 403 | R, AV |
| 58 | U.S. Patent No. 6,890,764 | | NP, 402, 403 | R, AV |
| 59 | U.S. Patent No. 6,913,884 | | NP, 402, 403 | R, AV |
| 60 | U.S. Patent No. 6,942,968 | IAFP659305-42 | 402, 403 | R |
| 61 | U.S. Patent No. 6,998,274 | IAFP659548-65 | 402, 403 | R |
| 62 | U.S. Patent No. 7,025,935 | | NP, 402, 403 | R, AV |
| 63 | U.S. Patent No. 7,033,754 | | NP, 402, 403 | R, AV |
| 64 | U.S. Patent No. 7,035,740 | | NP, 402, 403 | R, AV |
| 65 | U.S. Patent No. 7,040,959 | | NP, 402, 403 | R, AV |
| 66 | U.S. Patent No. 7,060,431 | | NP, 402, 403 | R, AV |
| 67 | U.S. Patent No. 7,092,160 | | NP, 402, 403 | R, AV |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 68 | U.S. Patent No. 7,106,513 | | NP, 402, 403 | R, AV |
| 69 | U.S. App. No. 2002/177,141A1 | AVI_135253-296 | 402, 403 | R |
| 70 | U.S. App. No. 2002/187,515A1 | | NP, 402, 403 | R, AV |
| 71 | U.S. App. No. 2003/003,490A1 | | NP, 402, 403 | R, AV |
| 72 | U.S. App. No. 2003/175,773A1 | | NP, 402, 403 | R, AV |
| 73 | U.S. App. No. 2003/198,573A1 | | NP, 402, 403 | R, AV |
| 74 | U.S. App. No. 2004/185,482A1 | | NP, 402, 403 | R, AV |
| 75 | U.S. App. No. 2004/185,483A1 | | NP, 402, 403 | R, AV |
| 76 | U.S. App. No. 2004/224,352A1 | | NP, 402, 403 | R, AV |
| 77 | U.S. App. No. 2004/224,353A1 | | NP, 402, 403 | R, AV |
| 78 | U.S. App. No. 2004/259,100A1 | | NP, 402, 403 | R, AV |
| 79 | U.S. App. No. 2004/259,106A1 | | NP, 402, 403 | R, AV |
| 80 | U.S. App. No. 2005/037,393A1 | | NP, 402, 403 | R, AV |
| 81 | U.S. App. No. 2005/053,980A1 | | NP, 402, 403 | R, AV |
| 82 | U.S. App. No. 2005/059,048A1 | | NP, 402, 403 | R, AV |
| 83 | U.S. App. No. 2005/164,246A1 | | NP, 402, 403 | R, AV |
| 84 | U.S. App. No. 2005/181,394A1 | | NP, 402, 403 | R, AV |
| 85 | U.S. App. No. 2005/181,440A1 | | NP, 402, 403 | R, AV |
| 86 | U.S. App. No. 2005/191,698A1 | | NP, 402, 403 | R, AV |
| 87 | U.S. App. No. 2005/216,207A1 | | NP, 402, 403 | R, AV |
| 88 | U.S. App. No. 2005/244,870A1 | | NP, 402, 403 | R, AV |
| 89 | U.S. App. No. 2005/266,432A1 | | NP, 402, 403 | R, AV |
| 90 | U.S. App. No. 2006/0192,58A1 | | NP, 402, 403 | R, AV |
| 91 | U.S. App. No. 2006/057,729A1 | | NP, 402, 403 | R, AV |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 92 | U.S. App. No. 2006/118,630A1 | | NP, 402, 403 | R, AV |
| 93 | U.S. App. No. 2006/119,913A1 | | NP, 402, 403 | R, AV |
| 94 | U.S. App. No. 2006/132,877A1 | | NP, 402, 403 | R, AV |
| 95 | U.S. App. No. 2006/134,324A1 | | NP, 402, 403 | R, AV |
| 96 | U.S. App. No. 2006/134,650A1 | | NP, 402, 403 | R, AV |
| 97 | U.S. App. No. 2006/139,635A1 | | NP, 402, 403 | R, AV |
| 98 | U.S. App. No. 2006/209,309A1 | | NP, 402, 403 | R, AV |
| 99 | U.S. App. No. 2006/216,721A1 | | NP, 402, 403 | R, AV |
| 100 | U.S. App. No. 2006/224,529A1 | | NP, 402, 403 | R, AV |
| 101 | U.S. App. No. 2006/275,782A1 | | NP, 402, 403 | R, AV |
| 102 | U.S. Patent No. 7,125,674 | | NP, 402, 403 | R, AV |
| 103 | U.S. Patent No. 3,825,410 (Bagshawe) | IAFP655107-18 | 402, 403 | R |
| 104 | U.S. Patent No. 4,031,197 (Marinkovich) | IAFP655119-26 | 402, 403 | R |
| 105 | U.S. Patent No. 4,039,288 (Moran) | IAFP655127-35 | 402, 403 | R |
| 106 | U.S. Patent No. 4,046,750 (Rembaum) | IAFP656028-36 | 402, 403 | R |
| 107 | U.S. Patent No. 4,145,406 (Schick) | IAFP655136-52 | 402, 403 | R |
| 108 | U.S. Patent No. 4,159,875 (Hauser) | IAFP655153-57 | 402, 403 | R |
| 109 | U.S. Patent No. 4,225,410 (Pace) | IAFP656037-53 | 402, 403 | R |
| 110 | U.S. Patent No. 4,258,001 (Pierce) | | 402, 403, NP | R, AV |
| 111 | U.S. Patent No. 4,259,223 (Rembaum) | IAFP656054-61 | 402, 403 | R |
| 112 | U.S. Patent No. 4,267,234 (Rembaum) | IAFP656062-77 | 402, 403 | R |
| 113 | U.S. Patent No. 4,427,415 (Cleveland) | IAFP655158-64 | 402, 403 | R |
| 114 | U.S. Patent No. 4,430,299 (Horne) | IAFP655165-81 | 402, 403 | R |
| 115 | U.S. Patent No. 4,542,102 (Duttagupta) | IAFP655182-87 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 116 | U.S. Patent No. 4,595,562 (Liston) | IAFP655188-204 | 402, 403 | R |
| 117 | U.S. Patent No. 4,608,231 (Witty) | IAFP655205-11 | 402, 403 | R |
| 118 | U.S. Patent No. 4,675,299 (Witty) | IAFP655212-21 | 402, 403 | R |
| 119 | U.S. Patent No. 4,676,951 (Armes) | IAFP655222-46 | 402, 403 | R |
| 120 | U.S. Patent No. 4,678,894 (Shafer) | IAFP655247-65 | 402, 403 | R |
| 121 | U.S. Patent No. 4,713,326 (Dattagupta) | IAFP658884-90 | 402, 403 | R |
| 122 | U.S. Patent No. 4,719,087 (Hanaway) | IAFP655266-88 | 402, 403 | R |
| 123 | U.S. Patent No. 4,719,615 (Feyrer) | IAFP655289-301 | 402, 403 | R |
| 124 | U.S. Patent No. 4,797,355 (Stabinsky) | IAFP655302-07 | 402, 403 | R |
| 125 | U.S. Patent No. 4,798,706 (Brigati) | IAFP656078-86 | 402, 403 | R |
| 126 | U.S. Patent No. 4,829,010 (Chang) | IAFP656087-92 | 402, 403 | R |
| 127 | U.S. Patent No. 4,837,168 (de Jaeger) | IAFP656093-106 | 402, 403 | R |
| 128 | U.S. Patent No. 4,877,965 (Dandliker) | IAFP655308-30 | 402, 403 | R |
| 129 | U.S. Patent No. 4,889,427 (Van Veen) | IAFP655331-43 | 402, 403 | R |
| 130 | U.S. Patent No. 4,933,147 (Hollar) | IAFP655344-55 | 402, 403 | R |
| 131 | U.S. Patent No. 4, 981,783 (Augenlicht) | IAFP655387-403 | 402, 403 | R |
| 132 | U.S. Patent No. 4,997,278 (Finlan) | IAFP655404-12 | 402, 403 | R |
| 133 | U.S. Patent No. 5,028,545 (Soini) | IAFP655413-18 | 402, 403 | R |
| 134 | U.S. Patent No. 4,963,815 (Hafeman) | IAFP655356-86 | 402, 403 | R |
| 135 | U.S. Patent No. 5,035,863 (Finlan) | IAFP655419-32 | 402, 403 | R |
| 136 | U.S. Patent No. 5,047,633 (Finlan) | IAFP655433-47 | 402, 403 | R |
| 137 | U.S. Patent No. 5,112,736 (Caldwell) | IAFP653421-33 | 402, 403 | R |
| 138 | U.S. Patent No. 5,156,810 (Ribi) | IAFP655488-500 | 402, 403 | R |
| 139 | U.S. Patent No. 5,171,534 (Smith) | IAFP655501-14 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 140 | U.S. Patent No. 5,173,260 (Zander) | IAFP655515-19 | 402, 403 | R |
| 141 | U.S. Patent No. 5,173,747 (Boiarski) | IAFP655520-32 | 402, 403 | R |
| 142 | U.S. Patent No. 5,196,305 (Findlay) | IAFP653434-45 | 402, 403 | R |
| 143 | U.S. Patent No. 5,215,889 (Schultz) | IAFP658039-79 | 402, 403 | R |
| 144 | U.S. Patent No. 5,219,763 (Van Hoegaerden) | IAFP655533-44 | 402, 403 | R |
| 145 | U.S. Patent No. 5,229,297 (Schnipelsky) | IAFP655545-67 | 402, 403 | R |
| 146 | U.S. Patent No. 5,266,498 (Tarcha) | IAFP655568-85 | 402, 403 | R |
| 147 | U.S. Patent No. 5,252,743 (Barrett) | IAFP658080-104 | 402, 403 | R |
| 148 | U.S. Patent No. 5,270,006 (Uchigaki) | IAFP655586-99 | 402, 403 | R |
| 149 | U.S. Patent No. 5,288,514 (Ellman) | IAFP653446-70 | 402, 403 | R |
| 150 | U.S. Patent No. 5,310,469 (Cunningham) | IAFP655600-15 | 402, 403 | R |
| 151 | U.S. Patent No. 5,320,808 (Holen) | IAFP655616-51 | 402, 403 | R |
| 152 | U.S. Patent No. 5,348,855 (Dattagupta) | IAFP653471-89 | 402, 403 | R |
| 153 | U.S. Patent No. 5,362,866 (Arnold, Jr.) | IAFP656107-26 | 402, 403 | R |
| 154 | U.S. Patent No. 5,380,489 (Sutton) | IAFP655652-68 | 402, 403 | R |
| 155 | U.S. Patent No. 5,382,512 (Smethers) | IAFP653490-503 | 402, 403 | R |
| 156 | U.S. Patent No. 5,384,261 (Winkler) | IAFP655669-84 | 402, 403 | R |
| 157 | U.S. Patent No. 5,427,908 (Dower) | IAFP658105-15 | 402, 403 | R |
| 158 | U.S. Patent No. 5,436,327 (Southern) | IAFP655685-90 | 402, 403 | R |
| 159 | U.S. Patent No. 5,445,934 (Fodor) | IAFP653504-41 | 402, 403 | R |
| 160 | U.S. Patent No. 5,489,678 (Fodor) | AVI38762-801 | 402, 403 | R |
| 161 | U.S. Patent No. 5,492, 840 (Malmqvist) | IAFP655691-704 | 402, 403 | R |
| 162 | U.S. Patent No. 5,532,128 (Eggers) | IAFP656127-41 | 402, 403 | R |
| 163 | U.S. Patent No. 5,547,839 (Dower) | IAFP658116-42 | 402, 403 | R |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 164 | U.S. Patent No. 5,571,639 (Hubbell) | IAFP653542-67 | 402, 403 | R |
| 165 | U.S. Patent No. 5,573,950 (Graessle) | IAFP655724-39 | 402, 403 | R |
| 166 | U.S. Patent No. 5,578,832 (Trulson) | IAFP653568-99 | 402, 403 | R |
| 167 | U.S. Patent No. 5,639,603 (Dower) | IAFP653700-32 | 402, 403 | R |
| 168 | U.S. Patent No. 5,700,637 (Southern) | IAFP13107-17 | 402, 403 | R |
| 169 | U.S. Patent No. 5,744,305 (Fodor) | IAFP653733-73 | 402, 403 | R |
| 170 | U.S. Patent No. 5,807,522 (Brown) | IAFP655751-68 | 402, 403 | R |
| 171 | U.S. Patent No. 5,976,896 (Kumar) | IAFP655769-816 | 402, 403 | R |
| 172 | U.S. Patent No. 6,063,339 (Tisone) | IAFP656142-74 | 402, 403 | R |
| 173 | U.S. Patent No. 6,103,463 (Chetverin) | IAFP655817-23 | 402, 403 | R |
| 174 | U.S. Patent No. 6,270,961 (Drmanac) | IAFP655978-98 | 402, 403 | R |
| 175 | U.S. Patent No. 6,403,957 (Fodor) | AVI44396-444 | 402, 403 | R |
| 176 | U.S. Patent No. 7,015,046 (Wohlstadter) | IAFP656174-283 | 402, 403 | R |
| 177 | Prosecution History of U.S. Application No. 07/362,901 (Pirrung) | IAFP15080-15217 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 178 | Prosecution History of U.S. Application No. 07/404,920 (Schultz) | | NP, 402, 403, 802, ID, MD | R, NH, HE, SD, AV |
| 179 | Prosecution History of U.S. Application No.07/624,120 (Fodor) | IAFP632651-737 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 180 | Prosecution History of U.S. Application No.07/626,730 (Dower) | | NP, 402, 403, 802, ID, MD | R, NH, HE, SD, AV |
| 181 | Prosecution History of U.S. Application No.07/850,356 (Pirrung) | IAFP15700-16007 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 182 | Prosecution History of U.S. Application No.07/954,646 (Fodor) | IAFP16008-344 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 183 | Prosecution History of U.S. Application | IAFP632601-50 | 402, 403, 802, ID, MD | R, NH, HE, SD |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | No.08/082,937 (Fodor) | | | |
| 184 | Prosecution History of U.S. Application No.08/127,420 (Drmanac) | | NP, 402, 403, 802, ID, MD | R, NH, HE, SD, AV |
| 185 | Prosecution History of U.S. Application No.08/168,904 (Fodor) | IAFP13528-14133 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 186 | Prosecution History of U.S. Application No.08/249,188 (Hubbell) | IAFP 632738-84 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 187 | Prosecution History of U.S. Application No. 08/390,272 (Fodor) | | NP, 402, 403, 802, ID, MD | R, NH, HE, SD, AV |
| 188 | Prosecution History of U.S. Application No.08/456,598 (Pirrung) | IAFP18086-552 | 402, 403, 802, ID, MD | R, SD, NH, HE |
| 189 | Prosecution History of U.S. Application No.08/473,010 (Chetverin) | | NP, 402, 403, 802, ID, MD | R, NH, HE, SD, AV |
| 190 | Prosecution History of U.S. Application No.08/630,051 (Rava) | | NP, 402, 403, 802, ID, MD | R, NH, HE, SD, AV |
| 191 | Prosecution History of U.S. Application No.08/670,118 (Fodor) | IAFP12006-413 | NP, 402, 403, 802, ID, MD | AV(IAFP12006-413), R, NH, HE, SD |
| 192 | Prosecution History of U.S. Application No.09/129,470 (Pirrung) | IAFP19098-387 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 193 | Prosecution History of U.S. Application No.09/247,430 (Rava) | IAFP 631701-930 | NP, 402, 403, 802, ID, MD | AV(IAFP 631701-930), R, NH, HE, SD |
| 194 | Prosecution History of U.S. Application No.09/362,089 (Fodor) | IAFP19698-20394 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 195 | Prosecution History of U.S. Application No.09/585,659 (Fodor) | IAFP710-1240 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 196 | Prosecution History of U.S. Application No.09/690,191 (Fodor) | IAFP19388-697 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 197 | Prosecution History of U.S. Application No.09/907,196 (Besemer) | IAFP1301-1590 | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 198 | Prosecution History of U.S. Application No.10/098,203 (Fodor) | IAFP1974-2293 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 199 | Prosecution History of U.S. Application No.10/098,484 (Fodor) | IAFP645471-7004 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 200 | Prosecution History of U.S. Application No.10/125,428 (Fodor) | IAFP647005-9516 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 201 | Prosecution History of U.S. Application No.10/125,460 (Fodor) | IAFP649517-50931 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 202 | Prosecution Histories of U.S. Application No.10/125,530 (Fodor) | IAFP650932-3420 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 203 | U.S. Patent Application Publication No. 2004/0029115 A9 | IAFP655999-6027 | 402, 403 | R |
| 204 | WO Patent Application No. 84/01031 (Ekins) | IAFP656970-85 | 402, 403 | R |
| 205 | WO Patent Application No.84/03151 (Chang) | IAFP656478-518 | 402, 403 | R |
| 206 | WO Patent Application No.85/01051 (Arnold, Jr.) | IAFP656372-421 | 402, 403 | R |
| 207 | WO Patent Application No.86/03782 (Malcolm) | IAFP656519-37 | 402, 403 | R |
| 208 | WO Patent Application No.88/01302 (Gingeras) | IAFP656422-77 | 402, 403 | R |
| 209 | WO Patent Application No.89/10977 (Southern) | IAFP656538-68 | 402, 403 | R |
| 210 | WO Patent Application No.90/04652 (Macevicz) | IAFP658891-930 | 402, 403 | R |
| 211 | WO Patent Application No.90/15070 (Pirrung) | IAFP656569-654 | 402, 403 | R |
| 212 | WO Patent Application No.92/10092 (Fodor) | IAFP656986-7099 | 402, 403 | R |
| 213 | WO Patent Application No.92/10588 (Fodor) | IAFP656655-772 | 402, 403 | R |
| 214 | WO Patent Application No.93/17126 (Chetverin) | IAFP656773-876 | 402, 403 | R |
| 215 | WO Patent Application No.95/09248 (Drmanac) | IAFP656877-969 IAFP596185-277 | 402, 403 | R |
| 216 | WO Patent Application No.95/11995 (Chee) | IAFP657487-709 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 217 | WO Patent Application No.97/10365 (Lockhart) | IAFP657100-226 | 402, 403 | R |
| 218 | WO Patent Application No.97/27317 (Lockhart) | IAFP657227-441 | 402, 403 | R |
| 219 | Canadian Patent (CA) 1 248 873 (Tripatzis) | IAFP2294-313 | 402, 403 | R |
| 220 | European Patent (EP) Application No. EP 0 130 739 (Urdea) | IAFP654053-86 | 402, 403 | R |
| 221 | European Patent (EP) Application No.EP 0 235 726 (Dattagupta) | IAFP654087-115 | 402, 403 | R |
| 222 | European Patent (EP) Application No.EP 0 238 332 (Goodson) | IAFP654116-27 | 402, 403 | R |
| 223 | European Patent (EP) Application No.EP 0 373 203 B1 (Southern) | IAFP654128-44 | 402, 403 | R |
| 224 | European Patent (EP) Application No.EP 0 381 501 A2 (Schnipelsky) | IAFP654145-69 | 402, 403 | R |
| 225 | European Patent (EP) Application No.EP 0 392 546 A2 (Drmanac) | IAFP654170-654185; IAFP2314-29 | 402, 403 | R |
| 226 | European Patent (EP) Application No.EP 0 396 116 A2 (Pope) | IAFP654189-206 | 402, 403 | R |
| 227 | Great Britain (GB) Publications GB 2 129 551A (Mochida) | IAFP654229-36 | 402, 403 | R |
| 228 | Great Britain (GB) Publications GB 1 561 042 (Coulter) | IAFP654224-28 | 402, 403 | R |
| 229 | Absalon et al. Bleomycin mediated degradation of DNA-RNA hybrids does not involve C-1' chemistry. Nucleic Acids Research 1992;20:4179-4185 | IAFP653820-26 | 402, 403, 802 | R, NH, HE |
| 230 | Abstracts of papers presented at the 1994 meeting on Genome Mapping & Sequencing, Cold Spring Harbor Laboratory | IAFP12968-69 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 231 | Adams et al. Pentafluorobenzylation of O4-Ethylthymidine and Analogues by Phase-Transfer | IAFP653827-30 | 402, 403, 802 | R, NH, HE |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Catalysis for Determination by Gas Chromatography with Electron Capture Detection. Anal. Chem. 1986 | | | |
| 232 | Agard et al. Quantitative Analysis of Electrophoretograms. Anal. Biochem 1981;111:257 | IAFP654842-53 | 402, 403, 802 | R, NH, HE |
| 233 | Aller R, Elevitch F. Clinics in Labotory Medicine;11 | | NP, 402, 403, ID, 802 | R, NH, HE, AV |
| 234 | Amit et al. Photosensitive Protecting Groups of Amino Sugars and Their Use in Glycoside Synthesis. 2-Nitrobenzyloxycarbonylamino and 6-Nitroveratryloxycarbonylamino Derivatives. J. Org. Chem. 1974;39:192-196 | IAFP3907-11 | | |
| 235 | Arndt-Jovin et al. Immunofluorescence Localization of Z-DNA in Chromosomes: Quantitation by Scanning Microphotometry and Computer-assisted Image Analysis. The Journal of Cell Biology 1985;101:1422-1433 | IAFP653840-51 | 402, 403, 802 | R, NH, HE |
| 236 | Bains W, Smith GZ. A novel method for nucleic acid sequence determination. J Theor Biol 1988;135:303-7 | IAFP653852-56 | 402, 403, 802 | R, NH, HE |
| 237 | Barrows et al. Measurement of fluorescence using digital integration of video images. J Histochem Cytochem 1984;32:741-746 | IAFP653857-62 | 402, 403, 802 | R, NH, HE |
| 238 | Bauman et al. A new method for fluorescence microscopical localization of specific DNA sequences by in situ hybridization of fluorochrome labeled RNA. Exp Cell Res 1980;128:485-490 | IAFP653863-68 | 402, 403, 802 | R, NH, HE |
| 239 | Beattie et al. REVIEW: Gene Synthesis Technology: Recent Developments and Future Prospects. Biotechnology and Applied Biochemistry 1988;10:510-521 | IAFP653869-80 | 402, 403, 802 | R, NH, HE |
| 240 | Binnig G, Rohrer H. The Scanning Tunneling Microscope: A new kind of microscope reveals the | IAFP653881-87 | 402, 403, 802 | R, NH, HE |

13

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | structures of surfaces atom by atom. The instrument's versatility may extend to investigators in the fields of physics, chemistry and biology. Sci Am 1985:50 -56 | | | |
| 241 | Blond-Elguindi et al. Affinity panning of a library of peptides displayed on bacteriophages reveals the binding specificity of BiP. Cell 1993;75:717-728 | IAFP653888-99 | 402, 403, 802 | R, NH, HE |
| 242 | Blouke et al. 800x800 charge-coupled device image sensor. Optical Engineering 1983;22:607-614 | IAFP653900-07 | 402, 403, 802 | R, NH, HE |
| 243 | Bohmer RM. Flow-Cytometric Determination of Fluorescence Ratios between Differently Stained Particles Is Dependent on Excitation Intensity. J Histochem Cytochem 1985;33:974-976 | IAFP653908-10 | 402, 403, 802 | R, NH, HE |
| 244 | Botstein D et al. Construction of a Genetic Linkage Map in Man Using Restriction Fragment Length Polymorphisms. Am J Hum Genet 1980 | IAFP653911-28 | 402, 403, 802 | R, NH, HE |
| 245 | Bright GR, Taylor DL. Imaging at low light level in fluorescence microscopy. Applications of fluorescence in the biomedical sciences. Eds Taylor DL, Wagoner AS, Lanni F, Murphy RF, Birge RR. New York: AR Liss, 1986:257-88 | IAFP653929-60 | 402, 403, 802 | R, NH, HE |
| 246 | Britten RJ. Complementary strand association between nucleic acids and nucleic acid gels. Science 1963;142:963-965 | IAFP653961-63 | 402, 403, 802 | R, NH, HE |
| 247 | Carruthers. Gene Synthesis Machines: DNA Chemistry and Its Uses, Science, 230:281, (1985) | IAFP4121-25 | | |
| 248 | Chatterjee et al. Inducible Alkylation of DNA Using an Oligonucleotide-Quinone Conjugate, J. Am. Chem. Soc., 112:6397-6399, (1990) | IAFP658143-45 | 402, 403, 802 | R, NH, HE |
| 249 | Chetverin A, Kramer D. Oligonucleotide Arrays: New Concepts and Possibilities. Bio/technology 1994 12:1093-1099 | IAFP620470-77 | 402, 403, 802 | R, NH, HE |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 250 | Cho et al. An unnatural biopolymer. Science 1993;2611:303-305 | IAFP653964-66 | 402, 403, 802 | R, NH, HE |
| 251 | Cimino et al. Psoralens as photoactive probes of nucleic acid structure and function; organic chemistry, photochemistry, and biochemistry, Ann. Rev. Biochem. 54:1151-1193, (1985) | IAFP658146-67 | 402, 403, 802 | R, NH, HE |
| 252 | Conner et al. Detection of sickle cell Bs-globin allele by hybridization with synthetic oligonucleotides. Proc. Natl. Acad. Sci. 1983;80:278-82 | IAFP653967-71 | 402, 403, 802 | R, NH, HE |
| 253 | Connor JA. Digital Imaging of free calcium changes and of spatial gradients in growing processes in single, mammalian central nervous system cells. Proc. Natl. Acad. Sci. UA 1986;83:6179-6183 | IAFP653989-93 | 402, 403, 802 | R, NH, HE |
| 254 | Coulson et al. Toward a physical map of the genome of the nematode Caenorhabditis elegans. Proc. Natl. Acad. Sci. 1986;83:7821-85 | IAFP620483-87 | 402, 403, 802 | R, NH, HE |
| 255 | Cramer F, Koster H. Synthesis of Oligo-nucleotides on a Polymer Support, Angew. Chem., 80,488 (1968) | | NP, 402, 403, 802 | R, NH, HE, AV |
| 256 | Crkvenjakov R, Drmanac R. An Integral Approach For Complex Genome Studies. Research Proposal submitted by Biological and Medical Research Division of Argonne Nat'l Lab. To The Office of Health And Environmental Research and The Dept. of Energy in October 1990 | IAFP598768-822 | 402, 403, 802 | R, NH, HE |
| 257 | Crkvenjakov R, Drmanac R. Sequencing of Megabse Plus DNA by Hybridization: Method Development. Final Technical Progress Report October 1990 | IAFP595888-595905; 572351-68 | 402, 403, 802, 901, MD | R, NH, HE, SD, A |
| 258 | Crkvenjakov R. Talk Presented at DOE/NIH Human Genome Sequencing Conference, Handwritten notes and transcription. (Sante Fe, NM) October 29, 1990 | IAFP598136-41 | 402, 403, 802, 901 | R, NH, HE, A |

15

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 259 | Dahma et al. An Improved Procedure for Derivatization of Controlled-Pore Glass Beads for Solid-Phase Oligonucleotide Synthesis. Nucleic Acid Research 1990;18:3813-3821 | IAFP653972-80 | 402, 403, 802 | R, NH, HE |
| 260 | DOE/NIH Human Genome Contractors/Grantee Workshop, November 3-4, (Santa Fe, NM) Abstracts 1989 | IAFP597958-8013 | 402, 403, 802, MD, 901 | R, HE, NH, SD, A |
| 261 | DOE/NIH Human Genome Contractors/Grantee Workshop (Santa Fe, NM) Speaker Abstracts Nov. 3-4, 1989 | IAFP597926-57 | 402, 403, 802, MD, 901 | R, HE, NH, SD, A |
| 262 | Donis-Keller et al. A Genetic Linkage Map of the Human Genome. Cell 1987;51:319-337 | IAFP653994-4014 | 402, 403, 802 | R, NH, HE |
| 263 | Dower WJ. et al. The search for molecular diversity (II): recombinant and synthetic randomized peptide libraries. Annual Reports in Medicinal Chemistry 1991;26:271-280 | IAFP654015-24 | 402, 403 | R |
| 264 | Drmanac R, Crkvenjakov R. Prospects for a Miniaturized, Simplified and Frugal Human Genome Project: The 'Sequencing Chip' Concept. Belgrade, Yugoslavia 1989 | IAFP594983-93; IAFP598743-52 | 402, 403, 802, 901, MD | R, NH, HE, SD, A |
| 265 | Drmanac et al. An Algorithm for the DNA Sequence Generation from k-Tuple Word Contents of the Minimal Number of Random Fragments. J. Biomol. Struct. Dyn. 1991; 8:1085-1102 | IAFP 595943-60 | 402, 403, 802 | R, NH, HE |
| 266 | Drmanac et al. Laboratory Methods, Reliable Hybridization of Oligonucleotides as Short as Six Nucleotides. DNA and Cell Biology 1990;9 | IAFP598658-65 | 402, 403, 802 | R, NH, HE |
| 267 | Drmanac et al. Partial sequencing by oligo-hybridization concept and applications in genome analysis. 1st International Conference Electrophoresis, Supercomputing and the Human Genome 1990:60-74 | IAFP654025-41 | 402, 403, 802, 901 | R, NH, HE, A |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 268 | Drmanac et al.  SBH and the Integration of Complementary Approaches in the Mapping, Sequencing, and Understanding of Complex Genomes," In Lim, H. and Fickett, J. W., Cantor, C.R. and Robbins, R.J., editors, The 2nd International Conference on Bioinformatics, Supercomputing and Complex Genome Analysis, Singapore, World Scientific 1992:121-134 | IAFP622294-307 | 402, 403, 802, 901 | R, NH, HE, A |
| 269 | Drmanac et al.  Sequencing by Oligonucleotide Hybridization: A Promising Framework in Decoding of the Genome Program?  1989 | IAFP4410-23 | 402, 403, 802, 901 | R, NH, HE, A |
| 270 | Drmanac et al.  Sequencing by Oligonucleotide Hybridization: A Promising Framework in Decoding of the Genome Program?  1st Int. Conf. Electrophor., Supercomp., Hum. Genome 1990:47-59 | IAFP598644-657 | 402, 403, 802, 901 | R, NH, HE, A |
| 271 | Drmanac et al.  Sequencing of Megabase Plus DNA by Hybridization: Theory of the Method.  Genomics 1989;4:114-128 | IAFP594928-42 | 402, 403, 802 | R, NH, HE |
| 272 | Drmanac et al.  Sequencing of Megabase Plus DNA by Hybridization: Theory of the Method.  abstract of presentation given at Cold Spring Harbor Symposium on Genome Mapping and Sequencing, 4/27/88 - 5/1/88 | IAFP640330-524 | 402, 403, 802, 901 | R, NH, HE, A |
| 273 | Drmanac et al.  Towards Genome DNA Sequencing Chip Based on Oligonucleotide Hybridization, Modelling and Computer Methods In Molecular Biology and Genetics.  Abstracts of the Int'l Conference, Novosibirsk, U.S.S.R. 1990 | IAFP598068-70 | 402, 403, 802, 901 | R, NH, HE, A |
| 274 | Drmanac et al.  Reliable hybridization of oligonucleotides as short as 6 nucleotides.  DNA and Cell Biology 1990;9:527-534 | IAFP598658-65 | 402, 403, 802 | R, NH, HE |
| 275 | Drmanac R.  Miniaturization of Sequencing by Hybridization.  The Sequencing Chip Concept Poster | IAFP598099-117 | 402, 403, 802, 901 | R, NH, HE, A |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Presentation | | | |
| 276 | Drmanac R. Letter and attachments to Norviel re Genome Sequencing Machine, Format 3 Dec. 22, 1994 | AVI_149699-705 | 402, 403, 802, NP, ID | R, NH, HE, AV (AVI_149699-705) |
| 277 | Drmanac R, Crkvenjakov R. Prospects for a Miniaturized, Simplified and Frugal Human Genome Project. Genetic Engineering Center, Belgrade, Yugoslavia, March 31, 1989 | DOE520-46 | 402, 403, 802, 901 | R, NH, HE, A |
| 278 | Drmanac R, Crkvenjakov R. Prospects for a Miniaturized, Simplified and Frugal Human Genome Project. Scientia Yugoslavica 1990;16:97-107. | IAFP598620-30 | 402, 403, 802 | R, NH, HE |
| 279 | Duester et al. Molecular Cloning and Characterization of a cDNA for the B Subunit of Human Alcohol Dehydrogenase. PNAS 1984; 81:4055. | IAFP659667-71 | 402, 403, 802 | R, NH, HE |
| 280 | Ekins R et al. Development of Microspot Multi-analyte ratiometric immunoassay using dual fluorescent-labeled antibodies. Analytica Chimica Acta 1989;227:73-96 | IAFP4424-45 | 402, 403, 802 | R, NH, HE |
| 281 | Ekins R, Chu F. Microarrays: their origins and applications. Tibtech 1999;17:217-218 | IAFP659357-58 | 402, 403, 802 | R, NH, HE |
| 282 | Elder J. Image Processing in Nucleic Acid Sequence Analysis. A thesis submitted for the degree of Doctor of Philosophy, Department of Biochemistry and Trinity College, University of Oxford 1993 | IAFP632785-950 | 402, 403, 802, 901 | R, NH, HE, A |
| 283 | Emlen W et al. A new ELIA for the detection of double-stranded DNA antibodies. J Immunol Methods 1990;132:91-101 | IAFP654042-52 | 402, 403, 802 | R, NH, HE |
| 284 | Estivill X, Williamson R. A rapid method to identify cosmids containing rare restriction sites. Nucleic Acids Research 1987;15:1415-1425 | IAFP654207-17 | 402, 403, 802 | R, NH, HE |
| 285 | Flanders et al. A New Interferometrix Alignment | IAFP658755-57 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Technique. App. Phys. Lett. 1977;31:426-428 | | | |
| 286 | Fodor et al. DNA sequencing by hybridization. Robert A. Welch Foundation 37th Conference on Chemical Research 40 years of the DNA Double Helix 1993 | IAFP6636-44 | 402, 403 | R |
| 287 | Fodor et al. Light-directed, spatially addressable parallel chemical synthesis. Science 1991;251:767-773 | IAFP5246-52 | | |
| 288 | Fodor et al. Multiplexed biochemical assays with biological chips. Nature 1993;364:555-556 | IAFP5244-45 | 402, 403 | R |
| 289 | Gait MJ. Oligonucleotide Synthesis: A Practical Approach. IRL Press (London) 1984. | IAFP659618-66 | | |
| 290 | Gallop et al. Applications of combinatorial technologies to drug discovery. 1. Background and peptide combinatorial libraries. Journal of Medicinal Chemistry 1994;37:1233-1251 | IAFP654288-304 | | |
| 291 | Genome Mapping and Sequencing, May 2-May 6 1990, Cold Spring Harbor Laboratory Abstracts | IAFP598193-326 | 402, 403, 802, MD | R, NH, HE, SD |
| 292 | Gergen et al. Filter replicas and permanent collections of recombinant DNA plasmids. Nucleic Acids Res 1979;7:2115-2136 | IAFP654237-58 | 402, 403, 802 | R, NH, HE |
| 293 | Geysen et al. Strategies for epitope analysis using peptide synthesis. J Immun Meth 1987;102:259-274 | IAFP654259-74 | 402, 403, 802 | R, NH, HE |
| 294 | Gilham PT. Immobilized polynucleotides and nucleic acids. Adv Exp Med Biol 1974;42:173-85 | IAFP654275-87 | 402, 403, 802 | R, NH, HE |
| 295 | Glazer et al. A stable double-stranded DNA-ethidium homodimer complex: Application to picogram fluorescence detection of DNA in agarose gels. Proc. Natl. Acad. Sci. 1990;87:3851-3855 | IAFP655027-31 | 402, 403, 802 | R, NH, HE |
| 296 | Gordon et al. Applications of combinatorial technologies to drug discovery. 2. Combinatorial | IAFP654288-304 | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | organic synthesis, library screening strategies, and future directions.  Journal of Medicinal Chemistry 1994;37:1385-1401 | | | |
| 297 | Gundersen et al.  Magnetic bead antigen capture enzyme-linked immunoassay in microtitre trays for rapid detection of schistosomal circulating anodic antigen.  J Immunol Methods 1992;148:1-8 | IAFP654305-12 | 402, 403, 802 | R, NH, HE |
| 298 | Haralambidis et al.  Preparation of base-modified nucleosides suitable for non-radioactive label attachment and their incorporation into synthetic oligodeoxyribonucleotides.  Nucleic Acids Res 1987;15:4857-4876 | IAFP654313-32 | 402, 403, 802 | R, NH, HE |
| 299 | Heidmann W,  Koster H.  Polymer Support Oligonucleotide Synthesis, 11: Use of a Novel Hydrophilic Bead Polymer as Carrier, Makromolekulare Chemie, 181, 2495 (1980) | | NP, 402, 403, 802 | R, NH, HE, AV |
| 300 | Hiraoka et al.  The NDA3 Gene of Fission Yeast Encodes B-Tubulin: A Cold-Sensitive nda3 Mutation Reversibly Blocks Spindle Formation and Chromosome Movement in Mitosis.  Cell 1984;39:349-358 | IAFP654774-83 | 402, 403, 802 | R, NH, HE |
| 301 | Hiraoka et al.  The use of charge-coupled device for quantitative optical microscopy of biological structures.  Science 1987;238:36-41 | IAFP653981-88 | 402, 403, 802 | R, NH, HE |
| 302 | Hiraoka et al.  The use of a charge-coupled device for quantitative optical microscopy of biological structures.  Abstract from PubMed 1987 | IAFP654348 | 402, 403, 802 | R, NH, HE |
| 303 | Hultman et al.  Direct solid phase sequencing of genomic and plasmid DNA using magnetic beads as solid support.  Nucleic Acids Research 1989;17:4937-4946 | IAFP654349-58 | 402, 403, 802 | R, NH, HE |
| 304 | Inouye S, Hondo R.  Microplate hybridization of amplified viral DNA segment.  J Clin Microbiol | IAFP654359-62 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | 1990;28:1469-1472 | | | |
| 305 | Jablonski E, DeLuca M. Immobilization of bacterial luciferase and FMN reductase on glass rods. Proc. Natl. Acad. Sci. 1976;73:3848-3851 | IAFP654363-66 | 402, 403, 802 | R, NH, HE |
| 306 | Jacobs et al. Combinatorial chemistry--applications of light-directed chemical synthesis. Ophthalmic Genetics 1994;12:19-26 | IAFP6645-52 | 402, 403, 802 | R, NH, HE |
| 307 | Jeffreys et al. Amplification of human minisatellites by the polymerase chain reaction: towards DNA fingerprinting of single cells. Nucleic Acids Research 1988;16:10953-10971 | IAFP654367-85 | 402, 403, 802 | R, NH, HE |
| 308 | Kanehisa M. Use of statistical criteria for screening potential homologies in nucleic acid sequences, Nucleic Acids Research, 12:203-213, (1984) | IAFP658761-71 | 402, 403, 802 | R, NH, HE |
| 309 | Karlin et al. Efficient algorithms for molecular sequence analysis. Proc. Natl. Acad. Sci. 1988;85:841-845 | IAFP654597-601 | 402, 403, 802 | R, NH, HE |
| 310 | Khorana et al. A New Approach to the Synthesis of Polynucleotides. Chemistry and Industry 1956:1523 | IAFP654602 | 402, 403, 802 | R, NH, HE |
| 311 | Khrapko et al. An oligonucleotide hybridization approach to DNA sequencing. FEBS Lett 1989;256:118-122 | IAFP654603-07 | 402, 403, 802 | R, NH, HE |
| 312 | Khrapko et al. Hybridization of DNA with Oligonucleotides Immobilized in Gel: Convenient Method for Recording Individual Base Changes. Molekulyarnaya Biologiya 1991;25:718-730 | IAFP657971-99 | 402, 403, 802 | R, NH, HE |
| 313 | Kohara et al. The physical map of the whole E. coli Chromosome: Application of a new strategy for rapid analysis and sorting of a large genomic library. Cell 1987;50:495-508 | IAFP654608-21 | 402, 403, 802 | R, NH, HE |
| 314 | Koster et al. Synthesis of Oligodeoxynucleotides on Controlled Pore Glass (CPG) Using Phosphate and a | IAFP654622-31 | 402, 403, 802 | R, NH, HE |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
|  | New Phosphite Triester Approach.  Tetrahedron 1984;40:103-112 |  |  |  |
| 315 | Köster H, Geussenhainer S.  A New Carrier for Polymer Support Oligomer Synthesis, Angew. Chem., 84, 712 (1972) |  | NP, 402, 403, 802 | R, NH, HE, AV |
| 316 | Köster H.  Polymer Support Oligonucleotide Synthesis: Use of Inorganic Carriers, Tetrahedron Letters, 1972, 1527 |  | NP, 402, 403, 802 | R, NH, HE, AV |
| 317 | Köster H.  Synthesis of a Structural Gene Coding for the Peptide Hormone Angiotensin II, Part 3: Synthesis of the Fragments d(T-T-T-T-A-A), d(A-T-A-T-C-A-TC-C-C) and d(T-T-A-A-A-A-G-G-G-A-T), Liebigs Ann. Chem., 1978, 894 |  | NP, 402, 403, 802 | R, NH, HE, AV |
| 318 | Köster et al.  Polymer Support Oligonucleotide Synthesis - XV. Synthesis of Oligodeoxynucleotides on Controlled Pore Glass (CPG) Using Phosphate and a New Phosphite Triester Approach. Tetrahedron (1984), Vol. 40, No. 1, 103-112. |  | NP, 402, 403, 802 | R, NH, HE, AV |
| 319 | Kremsky et al.  Immobilization of DNA via oligonucleotides containing an aldehyde or carboxylic acid group at the 5' terminus Nucleic Acids Res 1987;15:2891-2909 | IAFP654632-50 | 402, 403, 802 | R, NH, HE |
| 320 | Kwoh et al.  Transcription-based amplification system and detection of amplified human immunodeficiency virus type 1 with a bead-based sandwich hybridization format.  PNAS 1989;86:1173-1177 | IAFP654651-55 | 402, 403, 802 | R, NH, HE |
| 321 | Landegren et al.  A ligase-mediated gene detection technique.  Science 1988;241:1077 | IAFP654680-82 | 402, 403, 802 | R, NH, HE |
| 322 | Larin et al.  Fluorescence in situ hybridisation of multiple probes on a single microscope slide. Nucleic Acid Research 1994;22:3689-3692 | IAFP654656-59 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 323 | Lee et al.  Interaction of psoralen-derivatized oligodeoxyribonucleoside methylphosphonates with synthetic DNA containing a promoter for T7 RNA polymerase.  Nucleic Acids Research 1988;16:10681-10697 | IAFP654660-76 | 402, 403, 802 | R, NH, HE |
| 324 | Lieberman et al.  A Light Source Smaller Than the Optical Wavelength.  Science 1990;247:59-61 | IAFP654677-79 | 402, 403, 802 | R, NH, HE |
| 325 | Lipman D, Pearson W.  Rapid and sensitive protein similarity searches.  Science 1985;227:1435 | IAFP654863-69 | 402, 403, 802 | R, NH, HE |
| 326 | Lipshutz et al.  DNA sequence confidence estimation.  Genomics 1994;19:417-424 | IAFP654688-95 | 402, 403 | R |
| 327 | Lipshutz R.  Likelihood DNA sequencing by hybridization.  Journal of Biomolecular Structure & Dynamics 1993;11:637-653 | IAFP654696-712 | 402, 403 | R |
| 328 | Lipshutz R. and Stephen Fodor.  Advanced DNA sequencing technologies.  Current Biology 1994;4:376-380 | IAFP654683-87 | 402, 403 | R |
| 329 | Lund et al.  Assessment of Methods for Covalent Binding of Nucleic Acids to Magnetic Beads, Dynabeads, and the characteristics of bound nucleic acids in hybridization reactions.  Nucleic Acid Research 1988;16 | IAFP654713-32 | 402, 403, 802 | R, NH, HE |
| 330 | Lundwell et al.  Isolation and Sequence Analysis of a cDNA Clone Encoding the Fifth Complement Component.  The Journal of Biological Chemistry 1985;260:2108. | IAFP659613-17 | 402, 403, 802 | R, NH, HE |
| 331 | Lysov YP, Florentev VL, Khorlin AA, Khrapko KR, Shik VV, Mirzabekov AD.  A new method for determining the DNA nucleotide sequence by hybridization with oligonucleotides. Dokl Biochem 1989; 436-8 (Russian original Dolk Biochem 1988;303: 355-452) | IAFP654733-35 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 332 | Maiolini R et al.  Study of an enzyme immunoassay kit for carcinoembryonic antigen.  Clin Chem 1980;26:1718-1722 | IAFP654736-740 | 402, 403, 802 | R, NH, HE |
| 333 | Mapping Our Genes - Genome Projects: How Big? How Fast? April 1988 | | NP, 402, 403, 802, ID | R, NH, HE , AV |
| 334 | Maskos U.  A Novel Method of Nucleic Acid Sequence Analysis.  Thesis submitted for the degree of Doctor of Philosophy at the University of Oxford 1991 | IAFP617532-87 | 402, 403, 802, 901 | R, NH, HE, A |
| 335 | Mathies et al.  High-sensitivity single-molecule fluorescence detection.  SPIE 1990;1205:52-59 | IAFP654333-40 | 402, 403, 802 | R, NH, HE |
| 336 | Mathies et al.  Optimization of High-Sensitivity Fluorescence Detection.  Anal. Chem. 1990;62:1786-1791 | IAFP654741-46 | 402, 403, 802 | R, NH, HE |
| 337 | Maxam A, Gilbert W.  A New method for sequencing DNA.  Proc. Natl. Acad. Sci. 1977;74:550-564 | IAFP654747-51 | 402, 403, 802 | R, NH, HE |
| 338 | McCray et al.  Properties and Uses of Photoreactive Caged Compounds, Ann. Rev. Biophys. And Biophys. Chem.,18:239-270, (1989) | IAFP658775-91 | 402, 403, 802 | R, NH, HE |
| 339 | Merrifield.  Solid Phase Synthesis, Science 232:341-347, (1986) | IAFP658792-98 | 402, 403, 802 | R, NH, HE |
| 340 | Merrifield RB.  Solid Phase Peptide Synthesis, I. The Synthesis of a Tetrapeptide.  Method, J. Am. Chem. Soc. 1963;85:2149-2154 | IAFP654752-58 | 402, 403, 802 | R, NH, HE |
| 341 | Michael et al.  Randomly ordered addressable high-density optical sensor arrays.  Anal Chem. 1998;70:1242-1248 | IAFP654759-65 | 402, 403, 802 | R, NH, HE |
| 342 | Michiels et al.  Molecular approaches to genome analysis: a strategy for the construction of ordered overlapping clone libraries.  Cabios 1987;3,:203-210 | IAFP654766-73 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 343 | Nguyen et al. Detection of Single Molecules of Phycoerythrin in Hydrodynamically Focused Flows by Laser-Induced Fluorescence. Anal Chem 1987;59:2158-2161 | IAFP654784-87 | 402, 403, 802 | R, NH, HE |
| 344 | Olson et al. Random-clone strategy for genomic restriction mapping in yeast. Proc. Natl. Acad. Sci. 1986;83:7826-7830 | IAFP654788-92 | 402, 403, 802 | R, NH, HE |
| 345 | Parsons. Yearly Review: Psoralen Photochemistry, Photochem and Photobiol. 32:813-821, (1980) | IAFP658816-37 | 402, 403, 802 | R, NH, HE |
| 346 | Patchornik et al. Photosensitive Protecting Groups. J. Am. Chem. Soc. 1970;92:6333-6335 | IAFP654793-96 | | |
| 347 | Pease et al. Light-generated oligonucleotide arrays for rapid DNA sequence analysis. Proceedings of the National Academy of Sciences of the United States of America 1994;91:5022-5026 | IAFP4709-13 | 402, 403 | R |
| 348 | Pevzner AV. 1-Tuple DNA sequencing: computer analysis. J Biomol Struct Dynamics 1989;7:63-73 | IAFP654797-807 | 402, 403, 802 | R, NH, HE |
| 349 | Phimister B. Going global. Nature Genet 1999;21 | IAFP654808 | 402, 403, 802 | R, NH, HE |
| 350 | Pirrung M, Bradley JC. Comparison of Method for Photochemical Phosphoramidite-Based DNA Synthesis. J. Org. Chem. 1995;60:6270-6267 | IAFP5318-5324 | 402, 403, 802 | R, NH, HE |
| 351 | Ploem JS. New instrumentation for sensitive image analysis of fluorescence in cells and tissues. In: Applications of fluorescence in the biomedical sciences, Eds Taylor DL, Wagoner AS, Lanni F, Murphy RF, Birge RR. New York: AR Liss, 1986:289-300 | IAFP654809-20 | 402, 403, 802 | R, NH, HE |
| 352 | Pon et al. Derivatization of Controlled-Pore Glass Beads for Solid-Phase Oligonucleotide Synthesis. Bio Techniques 1988;6:768-765 | IAFP654821-26 | 402, 403, 802 | R, NH, HE |
| 353 | Poustka et al. Molecular Approaches to Mammalian Genetics. Cold Spring Harbor Symposia on | IAFP654827-35 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Quantitative Biology 1986 | | | |
| 354 | Prober et al.  A system for rapid DNA sequencing with fluorescent chain-terminating dideoxynucleotides.  Science 1987;238:131-139 | IAFP654836-41 | 402, 403, 802 | R, NH, HE |
| 355 | Quesada et al.  High-Sensitivity DNA Detection with a Laser-Excited Confocal Fluorescence Gel Scanner.  Biotechniques 1991;10:616-625 | IAFP654854-62 | 402, 403, 802 | R, NH, HE |
| 356 | Raoult D, Dasch G.  The line blot: an immunoassay for monoclonal and other antibodies.  Journal of Immunological Methods 1989;125:57-65 | IAFP655042-50 | 402, 403, 802 | R, NH, HE |
| 357 | Rocks BF, Riley C.  Automatic analysers in clinical biochemistry.  Clin. Phys. Physiol. Meas. 1986;7:1-29 | IAFP654870-98 | 402, 403, 802 | R, NH, HE |
| 358 | Rost FWD.  Quantitative fluorescence microscopy.  Cambridge:Cambridge University Press, chapters 15 and 16, 1991:162-178 | IAFP654899-917 | 402, 403, 802 | R, NH, HE |
| 359 | Rozsnyai, L. et al.  Photolithographic immobilization of biopolymers on solid supports.  Angewandte Chemie [International Edition, English] Vol. 31, No. 6, 759-61 (1992) | IAFP654221-23 | 402, 403 | R |
| 360 | Rye et al.  High-sensitivity two-color detection of double-stranded DNA with a confocal fluorescence gel scanner using ethidium homodimer and thiazole orange.  Nucleic Acids Research 1990;19:327-333 | IAFP654341-47 | 402, 403, 802 | R, NH, HE |
| 361 | Saiki et al.  Analysis of enzymatically amplified B-globin and HLA-DQ_ DNA with allele-specific oligonucleotide probes.  Nature 1986;324:163-166 | IAFP654940-43 | 402, 403, 802 | R, NH, HE |
| 362 | Saiki et al.  Primer-Directed Enzymatic Amplification of DNA with a Thermostable DNA Polymerase.  Science 1988;239:487-491 | IAFP654935-39 | 402, 403, 802 | R, NH, HE |
| 363 | Sanger et al.  DNA sequencing with chain-terminating inhibitors.  Proc. Natl. Acad. Sci. | IAFP654944-48 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | 1977;74:5463-5467 | | | |
| 364 | Scillian et al. Early Detection of Antibodies Against rDNA-Produced HIV Proteins with a Flow Cytometric Assay. Journal of Blood 1998;73:2041-2048 | IAFP654949-56 | 402, 403, 802 | R, NH, HE |
| 365 | Shack et al. Design for a fast fluorescent laser scanning microscope. Anal Quant Cytol Histol 1987;9:509-520 | IAFP654957-68 | 402, 403, 802 | R, NH, HE |
| 366 | Shitara et al. Advantage of cocktail-use of two anti-tumor monoclonal antibodies, KM-93 and KM-231, in serum diagnosis of cancer. Anticancer Res. 1989;9:999-1004 | IAFP654969-74 | 402, 403, 802 | R, NH, HE |
| 367 | Skolnick MH, Wallace RB. Simultaneous Analysis of Multiple Polymorphic Loci Using Amplified Sequence Polymorphisms (ASPs). Genomics 1988;.2:273-279 | IAFP654975-81 | 402, 403, 802 | R, NH, HE |
| 368 | Smith et al. Fluorescence detection in automated DNA sequence analysis. Nature 1986;321 | IAFP655003-08 | 402, 403, 802 | R, NH, HE |
| 369 | Smith et al. The synthesis of oligonucleotides containing an aliphatic amino group at the 5' terminus: synthesis of fluorescent DNA primers for use in DNA sequence analysis. Nucleic Acids Res 1985;13:2399-2412 | IAFP654989-5002 | 402, 403, 802 | R, NH, HE |
| 370 | Smith L, Hood L. Mapping and Sequencing the Human Genome: How to Proceed. Bio/Technology 1987;5:674-679 | IAFP654982-88 | 402, 403, 802 | R, NH, HE |
| 371 | Song et al. Review Article: Photochemistry and Photobiology of Psoralens, Photochem. Photobiol. 29:1177-1197, (1979) | IAFP658816-37 | 402, 403, 802 | R, NH, HE |
| 372 | Southern EM. Detection of specific sequences among DNA fragments separated by gel electrophoresis. J Mol Biol. 1975;98:503-517 | IAFP655009-026 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 373 | Stodolsky M.  Sequencing by Hybridization (SBH). The Radomir Crkvenjakov Laboratory 1989 | IAFP598028-29 | 402, 403, 802, 602, 901 | R, NH, HE, A, PK |
| 374 | Stodolsky M.  Sequencing by Hybridization (SBH). R&D at the Center for Genetic Engineering in Belgrade, Yugoslavia: The Radomir Crkvenjakov Laboratory, Trip Report by Marvin Stodolsky 1989 | IAFP598028-29 | 402, 403, 802, 602, 901 | R, NH, HE, A, PL |
| 375 | Streefkerk et al.  "Principles of a Preaction for Simultaneous Detection of Various Antibodies Using Colored Antigen-Coupled Agarose Beads." 1976;24:811-814 | IAFP655032-35 | 402, 403, 802 | R, NH, HE |
| 376 | Streefkerk et al.  Antigen-coupled beads adherent to slides: a simplified method for immunological studies.  J Immunol Methods 1975;8:251-256 | IAFP655036-41 | 402, 403, 802 | R, NH, HE |
| 377 | Thein et al.  The use of synthetic oligonucleotides as specific hybridization probes in the diagnosis of genetic disorders.  In Davies, K. (Ed.) Human Genetic Diseases, A Practical Approach. IRL Press, Oxford, UK, 1986:33-50 | IAFP655051-68 | 402, 403, 802 | R, NH, HE |
| 378 | Toda et al.  Sequential alterations in the nuclear chromatin region during mitosis of the fission yeast Schizosaccharomyces pombe: video fluorescence microscopy of synchronously growing wild-type and cold-sensitive cdc mutants by using a DNA-binding fluorescent probe.  J Cell Sci. 1981;52:271-287 | IAFP655069-86 | 402, 403, 802 | R, NH, HE |
| 379 | Umesono et al.  Visualization of Chromosomes in Mitotically Arrested Cells of the Fission Yeast Schizosaccharomyces pombe.  Current Genetics 1983;7:123 | IAFP656297-302 | 402, 403, 802 | R, NH, HE |
| 380 | Urdea et al.  A comparison of non-radioisotopic hybridization assay methods using fluorescent, chemiluminescent and enzyme labeled synthetic oligodeoxyribonucleotide probes.  Nucleic Acids Research 1988;16:4937-4956 | IAFP655087-106 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 381 | Vignali DA.  Multiplexed Particle-based flow cytometric assays.  Journal of Immunological Methods 2000;243:243-255 | IAFP656284-96 | 402, 403, 802 | R, NH, HE |
| 382 | Wahlberg et al.  Rapid detection and sequencing of specific in vitro amplified DNA sequences using solid phase methods.  Molecular and Cellular Probes 1990;4:285-297 | IAFP656303-15 | 402, 403, 802 | R, NH, HE |
| 383 | Wallace et al.  Hybridization of synthetic oligodeoxyribonucleotides to FcDNA: the effect of single base pair mismatch.  Nucleic Acids Research 1979;6:3543-3557 | IAFP656316-30 | 402, 403, 802 | R, NH, HE |
| 384 | Wallace et al.  The use of Synthetic Olionucleotides as Hybridization Probes - II. Hybridization of Olionucleotides of mixed sequence to rabbit B-globin DNA.  Nucleic Acids Research 1981;81:4055. | IAFP659672-87 | 402, 403, 802 | R, NH, HE |
| 385 | Wang S, Grayston JT.  Immunologic Relationship between Genital Tric, Lympho-Granuloma Venereum, and Related Organisms in a New Microtiter Indirect Immunofluorescence Test.  Am J Ophthalmology 1970;70:367-374 | IAFP656331-38 | 402, 403, 802 | R, NH, HE |
| 386 | White et al.  An Evaluation of Confocal Versus Conventional Imaging of Biological Structures by Fluorescence Light Microscopy.  The Journal of Cell Biology 1987;105:41-48 | IAFP656364-71 | 402, 403, 802 | R, NH, HE |
| 387 | Wolf et al.  Rapid hybridization kinetics of DNA attached to submicron latex particles.  Nucleic Acids Res 1987;15:2911-2926 | IAFP657442-57 | 402, 403, 802 | R, NH, HE |
| 388 | Wolf Trap Genome Sequencing Conference October 24-26, 1989 | IAFP597859-82 | 402, 403, 802, MD, ID, 901, 602 | R, NH, HE, A, SD, PK |
| 389 | European Patent (EP) Opposition No. 0 619 321 with Affymetrix and Protogene exhibits | IAFP3224-8029 | 402, 403, 802, MD | R, NH, HE, SD |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 390 | BioChip Array Technolgies | IAFP643753-71 | 402, 403, 802 | R, NH, HE |
| 391 | Diagram of Format 3 Combinatorial Chip | IAFP643752 | 402, 403, 802, ID, 901 | R, NH, HE |
| 392 | U.S. Patent No. 4,039,288 | IAFP622308-16 | 402, 403 | R |
| 393 | U.S. Patent No. 4,159,875 | IAFP622317-21 | 402, 403 | R |
| 394 | U.S. Patent No. 4,430,299 | IAFP655165-81 | 402, 403 | R |
| 395 | U.S. Patent No. 4,595,562 | IAFP622339-55 | 402, 403 | R |
| 396 | U.S. Patent No. 4,608,231 | IAFP622356-62 | 402, 403 | R |
| 397 | U.S. Patent No. 4,675,299 | IAFP622363-72 | 402, 403 | R |
| 398 | U.S. Patent No. 4,676,951 | IAFP655222-46 | 402, 403 | R |
| 399 | U.S. Patent No. 4,678,894 | IAFP622398-416 | 402, 403 | R |
| 400 | U.S. Patent No. 4,719,087 | IAFP622417-39 | 402, 403 | R |
| 401 | U.S. Patent No. 4,720,786 | IAFP619446-58 | 402, 403 | R |
| 402 | U.S. Patent No. 4,741,043 | IAFP619459-76 | 402, 403 | R |
| 403 | U.S. Patent No. 4,777,597 | IAFP619477-92 | 402, 403 | R |
| 404 | U.S. Patent No. 4,802,101 | IAFP619493-500 | 402, 403 | R |
| 405 | U.S. Patent No. 4,811,218 | IAFP619501-22 | 402, 403 | R |
| 406 | U.S. Patent No. 4,837,733 | IAFP619523-51 | 402, 403 | R |
| 407 | U.S. Patent No. 4,885,696 | IAFP619552-64 | 402, 403 | R |
| 408 | U.S. Patent No. 4,888,695 | IAFP619565-77 | 402, 403 | R |
| 409 | U.S. Patent No. 4,894,786 | IAFP619578-89 | 402, 403 | R |
| 410 | U.S. Patent No. 4,931,223 | IAFP619590-98 | 402, 403 | R |
| 411 | U.S. Patent No. 4,939,667 | IAFP619599-608 | 402, 403 | R |
| 412 | U.S. Patent No. 4,941,092 | IAFP619609-21 | 402, 403 | R |
| 413 | U.S. Patent No. 4,952,707 | IAFP619622-33 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 414 | U.S. Patent No. 4,958,281 | IAFP619634-41 | 402, 403 | R |
| 415 | U.S. Patent No. 4,965,725 | IAFP619642-57 | 402, 403 | R |
| 416 | U.S. Patent No. 4,972,325 | IAFP619658-66 | 402, 403 | R |
| 417 | U.S. Patent No. 4,982,326 | IAFP619667-86 | 402, 403 | R |
| 418 | U.S. Patent No. 5,002,867 | IAFP619687-715 | 402, 403 | R |
| 419 | U.S. Patent No. 5,171,534 | IAFP13058-70 | 402, 403 | R |
| 420 | U.S. Patent No. 5,202,231 | IAFP619729-42 | 402, 403 | R |
| 421 | U.S. Patent No. 5,260,190 | IAFP619743-56 | 402, 403 | R |
| 422 | U.S. Patent No. 5,270,162 | IAFP619757-69 | 402, 403 | R |
| 423 | U.S. Patent No. 5,273,632 (Stockham) | IAFP619770-89 | 402, 403 | R |
| 424 | U.S. Patent No. 5,297,288 | IAFP619790-858 | 402, 403 | R |
| 425 | U.S. Patent No. 5,306,618 | IAFP619859-99 | 402, 403 | R |
| 426 | U.S. Patent No. 5,332,666 | IAFP619900-39 | 402, 403 | R |
| 427 | U.S. Patent No. 5,445,934 | IAFP619956-93 | 402, 403 | R |
| 428 | U.S. Patent No. 5,470,710 (Weiss) | IAFP61994-20012 | 402, 403 | R |
| 429 | U.S. Patent No. 5,492,806 | IAFP620013-22 | 402, 403 | R |
| 430 | U.S. Patent No. 5,525,464 | IAFP620023-57 | 402, 403 | R |
| 431 | U.S. Patent No. 5,527,681 | IAFP 620058-92 | 402, 403 | R |
| 432 | U.S. Patent No. 5,556,749 | IAFP 620093-277 | 402, 403 | R |
| 433 | U.S. Patent No. 5,665,549 | IAFP 620278-319 | 402, 403 | R |
| 434 | U.S. Patent No. 5,695,940 | IAFP 596417-53 | 402, 403 | R |
| 435 | U.S. Patent No. 5,727,098 | IAFP620368-88 | 402, 403 | R |
| 436 | U.S. Patent No. 5,972,619 | IAFP596454-86 | 402, 403 | R |
| 437 | U.S. Patent No. 6,316,191 | IAFP596634-66 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 438 | U.S. Patent No. 6,607,887 | IAFP 1591-648 | 402, 403 | R |
| 439 | U.S. Patent No. 6,645,243 | IAFP 1923-73 | | |
| 440 | WO 89/10977 | IAFP620091-1121 | 402, 403, 802 | R, NH, HE |
| 441 | WO 90/01564 | IAFP621122-201 | 402, 403, 802 | R, NH, HE |
| 442 | WO 90/02173 | IAFP621202-76 | 402, 403, 802 | R, NH, HE |
| 443 | WO 90/02204 | IAFP621277-352 | 402, 403, 802 | R, NH, HE |
| 444 | WO 90/08838 | IAFP621353-407 | 402, 403, 802 | R, NH, HE |
| 445 | WO 92/10588 | IAFP621455-572 | 402, 403 | R, NH, HE |
| 446 | WO 92/20824 | IAFP621573-682 | 402, 403, 802 | R, NH, HE |
| 447 | WO 93/11262 | IAFP621408-54 | 402, 403, 802 | R, NH, HE |
| 448 | WO 93/18186 | IAFP621683-774 | 402, 403, 802 | R, NH, HE |
| 449 | WO 94/11837 | IAFP621775-998 | 402, 403, 802 | R, NH, HE |
| 450 | WO 95/11995 | IAFP621999-2232 | 402, 403 | R |
| 451 | WO 95/35505 | IAFP622233-85 | 402, 403, 802 | R, NH, HE |
| 452 | EP 0549388 | IAFP620587-613 | 402, 403 | R |
| 453 | EP 0631635 | IAFP320614-61 | 402, 403 | R |
| 454 | GB 2228998 | IAFP620697-745 | 402, 403, 802 | R, NH, HE |
| 455 | European Patent App. 0 514 927 A1 | IAFP 620526-86 | 402, 403, 802 | R, NH, HE |
| 456 | Prosecution History of App. Number 08/528,173 ('044 Patent) | IAFP14134-821 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 457 | Prosecution History of App. Number 09/158,765 ('180 Patent) | IAFP18553-822 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 458 | Prosecution History of App. Number 09/302,052 ('850 Patent) | IAFP18823-19097 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 459 | Prosecution History of App. Number 09/796,701 | IAFP1649-922 | 402, 403, 802, ID, MD | R, NH, HE, SD |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | ('887 Patent) | | | |
| 460 | Prosecution History of App. Number 09/907,196 ('365 Patent) | IAFP1301-590 | | |
| 461 | Amit et al., "Photosensitive Protecting Groups of Amino Sugars and Their Use in Glycoside Synthesis", 1974, J. Org. Chem 39:192-196 | IAFP3907-11 | | |
| 462 | Andrei D. Mirzabekov, DNA sequencing by hybridization -- a megasequencing method and a diagnostic tool?, 1994 | IAFP643926-30 | 402, 403, 802 | R, NH, HE |
| 463 | Bains and Smith, "A Novel Method for Nucleic Acid Sequence Determination", J. Theor. Biol. 135:303-307. 1998 | IAFP620455-60 | 402, 403, 802 | R, NH, HE |
| 464 | Baringa, "Will 'DNA Chip' Speed Genome Initiative?", Science 253:1489. 1991 | IAFP620461 | 402, 403, 802 | R, NH, HE |
| 465 | Carrano et al., "A High-Resolution, Flourescence-Based, Semiautomated Method for DNA Fingerprinting" Genomics 4:129-136. 1989 | IAFP620462-69 | 402, 403, 802 | R, NH, HE |
| 466 | Charles R. Cantor, Ph.D., Daniel E. Koshland Jr., Ph.D., Co-chairmen, Human Genome I, An International Conference on the status and future of research on the Human Genome, 1989 | UTRF 293-297 | 402, 403, 802, 602, 901, MD, ID | R, NH, HE, A, SD, PK |
| 467 | Cantor, et al., Report on the Sequencing by Hybridization Workshop, GENOMICS 13(4): 1378-1383 (August 1992) ("Moscow Report") | IAFP 644443-48 | 402, 403, 802 | R, NH, HE |
| 468 | Chetverin et al., "Oligonucleotide Arrays: New Concepts and Possibilities" Bio/Tech. 12:1093-1099. 1994 | IAFP620470-77 | 402, 403, 802 | R, NH, HE |
| 469 | Church et al., "Genomic Sequencing", Proc. Natl. Acad. Sci. UA 81:1991-1995. 1984 | IAFP620478-82 | 402, 403, 802 | R, NH, HE |
| 470 | Computer Assisted Multiplex Sequencing. Progress Report, August 1, 1990-July 31, 1991, Harvard | IAFP657957-65 | 402, 403, 802 | R, NH, HE |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Medical School, Boston, MA (Aug 1991) | | | |
| 471 | Coulson et al., "Toward a physical map of the genome of the nematode Caenorhabditis elegans" Proc. Natl. Acad. Sci. UA 83:7821-7825. 1986 | IAFP620483-87 | 402, 403, 802 | R, NH, HE |
| 472 | Craig et al., "Ordering of cosmid clones covering the Herpes simplex virus type I (HSV-I) genome: a test case for fingerprinting by hybridization" Nucleic Acids Res. 18:2653-2660. 1990 | IAFP620488-95 | 402, 403, 802 | R, NH, HE |
| 473 | Dear et al, "A Sequence Assembly and Editing Program for Efficient Management of Large Projects," Nucleic Acids Research, 19(14): 3907-3911 (July 25, 1991) | IAFP657966-70 | 402, 403, 802 | R, NH, HE |
| 474 | Department of Energy, Sequencing of DNA by Hybridization with Oligonucleotides Matrix (SHOM), 1992 | DOE832-839 | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 475 | Report on Foreign Travel of Richard A. Sachleben, 1991 | DOE 16-23 | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 476 | Dower et al., "The search for molecular diversity: Recombinant and synthetic randomized peptide libraries", Ann. Rep. Med. Chem. 28:271-280. 1991 | IAFP620496-506 | 402, 403 | R |
| 477 | Drmanac et al, "SBH and the Integration of Complementary Approaches in the Mapping" World Scientific, 1993 | IAFP643939-62 | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 478 | Drmanac et al. "An Algorithm for the DNA Sequence Generation from k-Tuple Word contents of the Minimal Number of Random Fragments", 1991, J. Biomol. Struct. & Dynamics 8:1085-1102 | IAFP620507-25 | 402, 403, 802 | R, NH, HE |
| 479 | Drmanac et al. "DNA Sequence Determination by Hybridization: A Strategy for Efficient Large-Scale Sequencing", 1993, Science 260:1649-1652 | IAFP596101-04 | 402, 403, 802 | R, NH, HE |
| 480 | Drmanac et al. "Sequencing of Megabase Plus DNA by Hybridization: Theory of the Method", 1989, | IAFP595888-905 | 402, 403, 802, 901 | R, NH, HE, A |

34

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Genomic 4:114-128 | | | |
| 481 | Drmanac et al., "Reliable Hybridization of Oligonucleotides as Short as Six Nucleotides", 1990, DNA Cell Biol. 9:527-534 | IAFP598658-65 | 402, 403, 802 | R, NH, HE |
| 482 | Drmanac et al., "Sequencing by Oligonucleotide Hybridization: A Promising Framework in Decoding of the Genome Program?", The First Intl. Conf. Electrophoresis, Supercomputing, and the Human Genome, Apr. 10-13, 1990, pp. 47-59, 60-74 | IAFP598644-57 | 402, 403, 802, 901 | R, NH, HE, A |
| 483 | E. Kreindlin et al, "A Sequenator for analysis of diagnostic and sequencing microchips," Engelhardt Institute of Molecular Biology, Russian Academy of Sciences, Moscow. | IAFP598552-53 | 402, 403, 802 | R, NH, HE |
| 484 | Ekins et al., "Development of Microspot Multi-Analyte Ratiometric Immunoassay Using Duel Fluorescent-Labelled Antibodies", 1989, Analytica Chimica Acta227:73-96 | IAFP 4424-4445 | 402, 403, 802 | R, NH, HE |
| 485 | Elder thesis | IAFP 632785-950 | 402, 403, 802, 901 | R, NH, HE, A |
| 486 | E.M. Southern, et al., Analyzing and Comparing Nucleic Acid Sequences by Hybridization to Arrays of Oligonucleotides: Eva luation Using Experimental Models, GENOMICS 13:1008-17 (1992) ("Southern") | IAFP 5989-5998 | 402, 403, 802 | R, NH, HE |
| 487 | Evans et al., 1989, Proc. Natl. Acad. Sci. UA 86:5030-5034 | IAFP620662-0666 | 402, 403, 802 | R, NH, HE |
| 488 | Feinberg and Vogelstein, "A Technique for Radiolabeling DNA Restriction Endonuclease Fragments to High Specific Activity", Anal. Biochem, 132:266-267 (Addendum). 1984 | IAFP620667-68 | 402, 403, 802 | R, NH, HE |
| 489 | Fodor et al., "Light-Directed, Spatially Addressable Parallel Chemical Synthesis", 1991, Science 251:767-773 | IAFP5246-52 | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 490 | G. Church and S. Kieffer-Higgins, "Multiplex DNA Sequencing," Research Articles, 1998. | IAFP 658016-19 | 402, 403, 802 | R, NH, HE |
| 491 | Genomic Sequence Comparisons. Annual Technical Progress Report (1998). | | NP, 402, 403, 802 | R, NH, HE, AV |
| 492 | Hodgson and Fisk, "Hybridization probe size control: optimized 'oligolabelling" Nucleic Acids Res. 15:6295. 1987 | IAFP5985 | 402, 403, 802 | R, NH, HE |
| 493 | Human Genome III Official Program Abstracts (Oct. 21-23, 1991) | AVI_131963-2005 | 402, 403, MD, 802 | R, NH, HE, SD |
| 494 | Human Genome Management Information System, DOE Human Genome Program, 1991 | | NP, 402, 403, ID, MD | R, SD, AV |
| 495 | Illumina Technical Bulletin: Whole-Genome Expression Analysis Using the Sentrix Human-6 and HumanRef-8 Expression BeadChips | IAFP 22575-582 | 402, 403, 802 | R, NH, HE |
| 496 | International Workshop on Sequencing Hybridization with Abstracts Oct. 29-30 1993 | IAFP598513-612 | 402, 403, 802, 602, ID, MD | R, NH, HE, PK, SD |
| 497 | Kaiser, et al., "Specific-primer-directed DNA sequencing using automated fluorescence detection" Nucleic Acids Research, 17(15): 6087-6102 (1989) | IAFP658000-15 | 402, 403, 802 | R, NH, HE |
| 498 | Khrapko et al., "A Method for DNA sequencing by hybridization with oligonucleotide matrix" DNA Seq. Map 1:375-388. 1991 ("Khrapko II") | IAFP 620747-60 | 402, 403, 802 | R, NH, HE |
| 499 | K. Khrapko et al, "Hybridization of DNA with Oligonucleotides Immobilized in Gel: Convenient Method for Recording Individual Base Changes," Engelhardt Institute of Molecular Biology, Russian Academy of Sciences, Moscow. 1991 (718-730) | IAFP643912-25 | 402, 403, 802 | R, NH, HE |
| 500 | K.R. Khrapko, A.Yu.P. Lysov, K.P. Khrapko, A.V. Belyavsky, V.L. Florentiev, A.D. Mirzabekov, Improved Chips for Sequencing by Hybridization, 1991 | DOE 24-35 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 501 | Khrapko et al., "An Oligonucleotide Hybridization Approach to DNA Sequencing", FEBS Lett. 256:118-122. 1989 | IAFP4365-69 | 402, 403, 802 | R, NH, HE |
| 502 | | | | |
| 503 | Lander et al., "Genomic Mapping by Fingerprinting Random Clones: A Mathematical Analysis" Genomics 2:231-239. 1988 | IAFP620761-69 | 402, 403, 802 | R, NH, HE |
| 504 | Lipshutz et al, "DNA Sequence Confidence Estimation," Genomics, 19:  417-424 (1994). | AVI_2793-800 | 402, 403 | R |
| 505 | Little, "Clone maps made simple", Nature 346:611-612. 1990 | IAFP620770-71 | 402, 403, 802 | R, NH, HE |
| 506 | Lysov, et al., A New Method for Determining the DNA Nucleotide Sequence by Hybridization with Oligonucleotides 303 (6): 1508-1511 (Dece\mber 1988) | IAFP 654733-35 | 402, 403, 802 | R, NH, HE |
| 507 | M. Adams, C. Fields and J. Venter, "Automated DNA Sequencing and Analysis," Academic Press, 1994. | IAFP 594973-82 | 402, 403, 802 | R, NH, HE |
| 508 | Mirzabekov, Sequencing of DNA by Hybridization with oligonucleotides matrix (SHOM). March 1992 ("Mirzabekov Grant Application") | IAFP 643931-38 | 402, 403, 802, 602 | R, NH, HE, PK |
| 509 | Mirzabekov, DNA sequencing by hybridization  - a megasequencing method and a diagnostic tool?, TIBTECH 12:27-32 (Jan. 1994) ("Mirzabekov I") | IAFP 643926-30 | 402, 403, 802 | R, NH, HE |
| 510 | N. Rabbee and T. Speed, "A Genotype Calling Algorithm for Affymetrix SR Arrays," Bioinformatics, 2005 (7-12) | IAFP658020-25 | 402, 403, 802 | R, NH, HE |
| 511 | P.A. Pevzner, Yu.P. Lysov, K.P. Khrapko, A.V. Belyavsky, V.L. Florentiev, A.D. Mirzabekov, Optimal Chips for Megabase DNA Sequencing, 1991 | IAFP 632403-12; DOE 48-59 (Russian Version) | 402, 403, 802, MD | R, NH, HE, SD |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 512 | Perkin Elmer Cetus, Gene Amp DNA Amplification Reagent Kit, insert, Oct. 1988 | | NP, 402, 403, 802 | R, NH, HE, AV |
| 513 | "A Method for DNA Sequencing by Hybridization with Oligonucleotide Matrix" DNA Seq. Map 1:375-388. 1991 | PHRI000405-418 | 402, 403, 802 | R, NH, HE |
| 514 | R. Gesteland, Notes on Russia | DOE 6-12 | 402, 403, 802, 901 | R, NH, HE, A |
| 515 | Report on the Sequencing by Hybridization Workshop, Moscow, SBH:  An idea whose time has probably come, 1991 | DOE 97-108 | 402, 403, 802, 901 | R, NH, HE, A |
| 516 | S. Smith, W. Welch et al, "High Throughput DNA Sequencing Using an Automated Electrophoresis Analysis System and a Novel Sequence Assembly Program," BioTechniques, June 1993 (1014-1018). | IAFP657951-56 | 402, 403, 802 | R, NH, HE |
| 517 | Southern et al., "Analyzing and Comparing Nucleic Acid Sequences by Hybridization to Arrays of Oligonucleotides:  Evaluation Using Experimental Models", 1992, Genomics 13:1008-1017 | IAFP5989-98 | 402, 403, 802 | R, NH, HE |
| 518 | Strezoska et al., 1991, "DNA Sequencing by Hybridization: 100 Bases Read by a Non-gel-based Method", Proc. Natl. Acad. Sci. 88:10089-10093 | IAFP596005-09 | 402, 403, 802 | R, NH, HE |
| 519 | T. Gress, J. Hoheisel et al., "Hybridization Fingerprinting of High-Density cDNA-Library Arrays with cDNA Pools Derived from Whole Tissues," Mammalian Genome, 1992 (609-619). | IAFP657894-904 | 402, 403, 802 | R, NH, HE |
| 520 | Human Genome I, An International Conference on the status and future of research on the Human Genome, 1989 | UTRF  293-297 | 402, 403, 802, MD, MP | R, NH, HE, SD |
| 521 | V. Tobe, S. Taylor et al, "Single-Well Genotyping of Diallelic Sequence Variations by a Two-Color ELIA-Based Oligonucleotide Ligation Assay," Nucleic Acids Research, 1996 (3728-3732) | IAFP657905-10 | 402, 403, 802 | R, NH, HE |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 522 | Memo re: Search Strategy Data Analysis from Lipshutz to Affy Research Institute, Attn: Jennifer Tripp. 1991 | AG 1215-1224 | 402, 403 | R |
| 523 | Announcement from Daniel H. Wagner Associates | AG 74 | 402, 403, 802 | R, NH, HE |
| 524 | Walter Bodmer, Ph.D., Charles R. Cantor, Ph.D., Co-chairmen of The International Conference on the status and future of research on the Human Genome, Human Genome III, 1991 | AVI_131963-2005 | 402, 403, 802 | R, NH, HE |
| 525 | X. Chen, K. Livak et al, "A Homogeneous, Ligase-Mediated, DNA Diagnostic Test" Genome Research, 1998 (549-556). | IAFP657911-20 | 402, 403, 802 | R, NH, HE |
| 526 | U. Maskos and E.M. Southern, A Study of Oligonucleotide Reassociation Using Arrays of Oligonucleotides Synthesized on a Glass Support, Nucleic Acids Research, 21(20): 4663-69 (1993) | IAFP13225-30 | 402, 403, 802 | R, NH, HE |
| 527 | U.S. Patent No. 5,889,165 | AVI_40270-309 | 402, 403 | R |
| 528 | U.S. Patent No. 5,244,636 | | NP, 402, 403 | R, AV |
| 529 | U.S. Patent No. 5,244,813 | | NP, 402, 403 | R, AV |
| 530 | U.S. Patent No. 5,250,264 | | NP, 402, 403 | R, AV |
| 531 | U.S. Patent No. 5,298,741 | | NP, 402, 403 | R, AV |
| 532 | U.S. Patent No. 5,320,814 | | NP, 402, 403 | R, AV |
| 533 | U.S. Patent No. 5,512,490 | | NP, 402, 403 | R, AV |
| 534 | U.S. Patent No. 5,633,972 | | NP, 402, 403 | R, AV |
| 535 | U.S. Patent No. 5,814,524 | | NP, 402, 403 | R, AV |
| 536 | U.S. Patent No. 6,023,540 | | NP, 402, 403 | R, AV |
| 537 | U.S. Patent No. 6,200,737 B1 | | NP, 402, 403 | R, AV |
| 538 | U.S. Patent No. 6,266,459 B1 | | NP, 402, 403 | R, AV |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 539 | U.S. Patent No. 6,327,410 B1 | | NP, 402, 403 | R, AV |
| 540 | U.S. Patent No. 6,406,845 B1 | | NP, 402, 403 | R, AV |
| 541 | U.S. Patent No. 6,482,593 B2 | | NP, 402, 403 | R, AV |
| 542 | U.S. Patent No. 6,859,570 B2 | | NP, 402, 403 | R, AV |
| 543 | U.S. Patent No. 7,115,884 B1 | | NP, 402, 403 | R, AV |
| 544 | PCT/US93/03448 | | NP, 402, 403 | R, AV |
| 545 | JP 513204/94 | | NP, 402, 403 | R, AV |
| 546 | EP 94902248.7 | | NP, 402, 403 | R, AV |
| 547 | Canada 2128413 | | NP, 402, 403 | R, AV |
| 548 | PCT/US93/11039 | | NP, 402, 403 | R, AV |
| 549 | App. No. 10/920,637 | | NP, 402, 403 | R, AV |
| 550 | PCT/US98/05025 | | NP, 402, 403 | R, AV |
| 551 | PCT/US99/20914 | | NP, 402, 403 | R, AV |
| 552 | PCT/US98/09163 | | NP, 402, 403 | R, AV |
| 553 | App. No. 09/287,573 | | NP, 402, 403 | R, AV |
| 554 | App. No. 11/040,504 | | NP, 402, 403 | R, AV |
| 555 | PCT/US98/21193 | | NP, 402, 403 | R, AV |
| 556 | *Randomly-Ordered Addressable High-Density Optical Sensor Arrays*, K.L. Michael et al, 70 Anal. Chem. 1242-8 (1998) | | NP, 402, 403, 802 | R, NH, HE, AV |
| 557 | Ordered Nanowell Arrays, P. Pantano et al, 8 Chem. of Materials, 2832-5 (1996) | | NP, 402, 403, 802 | R, NH, HE, AV |
| 558 | U.S. Patent No. 5,545,531 (D001) | AVI_38924-38 | | |
| 559 | Affy Lab Notebook #58 (D002) | AVI_77840-945 | | |
| 560 | Flowcell/Probe Array in cross section [Drawing] | | 402, 403 | R |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | (D003) | | | |
| 561 | Multiple "Flow" cells -- Section A-A [Drawing] (D004) | | 402, 403 | R |
| 562 | Top view -- Single Flowcell [Drawing] (D005) | - | 402, 403 | R |
| 563 | Probe Array Flowcell -- Multiple Probe Arrays [Drawing] (D006) | | 402, 403 | R |
| 564 | U.S. Patent No. 5,545,531 File History (D007) | AVI_1864-984 | | |
| 565 | Affy Supplemental Response to Illumina 1st Set of Rogs (D009) | | 402, 403, ID, MD | R, SD |
| 566 | '149 Patent (D010) | AVI_141988-2003 | 402, 403 | R |
| 567 | '149 File History (D011) | IAFP632138-367 | 402, 403, 802 | R, NH, HE |
| 568 | U.S. Patent No. 5,143,854 (D012) | AVI_38412-38 | | |
| 569 | WO 92/10092 (D013) | IAFP4251-364 | 402, 403 | R |
| 570 | WO 90/15070 (D014) | | 402, 403 | R |
| 571 | U.S. Patent Application Numbers 08/249188, 08/082937, and 07/624120 (D015) | | 402, 403, MD | R, SD |
| 572 | U.S. Patent No. 5,384,261 (D016) | AVI_38500-15 | 402, 403 | R |
| 573 | "Multiplex metallica" article (D017) | AVI_2813-14 | 402, 403, 802 | R, NH, HE |
| 574 | Goss(Tusher) Notebook No. 052, dated 06/29/1993 (D018) | AVI_139319-403 | | |
| 575 | Article by Tusher et al., titled "Empirical bayes analysis of a microarray experiment; gene expression comparison: Statistical Data Included" (D019) | | 402, 403, 802 | R, NH, HE |
| 576 | Article by Tusher et al., titled "Significance analysis of microarrays applied to the ionizing radiation response" (D020) | | 402, 403, 802 | R, NH, HE |
| 577 | U.S. Patent Application No. 08/255682 (D021) | IAFP630971-1012 | 402, 403 | R |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 578 | U.S. Patent No. 6,399,365 (D022) | IAFP1241-300 | | |
| 579 | U.S. Patent No. 6,399,365 Prosecution History (D023) | IAFP1301-590 | | |
| 580 | U.S. Patent 6,355,432 B1 (D040) | | | |
| 581 | Fodor et al, "Light-Directed, Spatially Addressable Parallel Chemical Synthesis" (D041) | AVI_3210-16 | | |
| 582 | Pease et al, "Light-generated Oligonucleotide Arrays for Rapid DNA Sequence Analysis" (D042) | AVI_3056-60 | 402, 403 | R |
| 583 | Invention Disclosure Form (D044) | AVI_133303-13 | | |
| 584 | Declaration of Dr. Solas (D045) | AVI_107123-31 | 402, 403, 802 | R, NH, HE |
| 585 | Pirrung and Bradley, "Comparison of Methods for Photochemical Phosphoramidite-Based DNA Synthesis" (D046) | | 402, 403, 802 | R, NH, HE |
| 586 | Notebook #036, Lipshutz (D047) | AVI_76767-804 | | |
| 587 | U.S. Patent No. 5,795,716 Patent (D048) | | | |
| 588 | Letter from Crkvenjakov to Lipshutz (D049) | IAFP597826 | 402, 403, ID, 802 | R, NH, HE |
| 589 | Human Genome Organization, updated list of addresses (D050) | AVI_131330-37 | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 590 | Report on the Sequencing by Hybridization Workshop, Moscow, USSR - "SBH - An Idea Whose Time has Probably Come" (D051) | IAFP598480-92 | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 591 | The International Workshop on Sequencing Hybridization Program (D052) | IAFP598513-612 | 402, 403, 802, MD, 901, 602 | R, NH, HE, SD, A, PK |
| 592 | Pevzner et al, "Towards DNA Sequencing Chips" (D053) | AFF-HYS3282-313 | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 593 | U.S. 5,795,716 File History (D054) | AVI_1-428 | | |
| 594 | U.S. 6,607,887 B2 (D055) | | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 595 | Email re Illumina licensing (D056) | AVI_55770-71 | 402, 403, 701 | R, O |
| 596 | Proposal between Illumina and Affymetrix (D057) | AVI_92431 | 402, 403, 802 | R, NH, HE |
| 597 | Gunderson et al, "Mutation Detection by Ligation to Complete n-mer DNA arrays" (D058) | AVI_2512-23 | | |
| 598 | Fan et al, "Parallel Genotyping of Human SR's using Generic High-Density Oligonucleotide Tag Arrays" (D059) | AVI_2372-79 | | |
| 599 | Email from Lipshutz to Fan (D060) | IAFP598288-89 | 402, 403, 802 | R, NH, HE |
| 600 | Email from Yap to Lipshutz re Luminex (D061) | AVI_97922 | 402, 403 | R |
| 601 | Email re Luminex  (D062) | AVI_55631 | 402, 403 | R |
| 602 | Email from Diekman to Lipshutz (D063) | AVI_93228-29 | 402, 403, 802 | R, NH, HE |
| 603 | Various Documents (D064) | | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 604 | Illumina's First Notice of Deposition pursuant to Fed. R. Civ. P. 30(b)(6) (D065) | | 402, 403 | R |
| 605 | Illumina's Second Notice of Deposition pursuant to Fed. R. Civ. P. 30(b)(6) (D066) | | 402, 403 | R |
| 606 | Affymetrix statistical algorithms description document (D067) | AVI_55126-53 | 402, 403 | R |
| 607 | Letter re services agreement between Wagner Associates and Affymax (D068) | AVI_143260-67 | 402, 403 | R |
| 608 | Grant Award Notice (addressed to Fodor at Affymax) (D069) | AVI_142657-724 | 402, 403 | R |
| 609 | Affymetrial financial document re licenses (D070) | AVI_134569-603 | 402, 403 | R |
| 610 | Letter between Affymetrix and Axon (D071) | AVI_81551-52 | 402, 403 | R |
| 611 | Application 07/492,462 (D072) | | | |
| 612 | U.S. Patent No. 6,646,243 (D073) | AVI_47056-106 | | |
| 613 | Declaration of Professor Lubert Stryer, EP 0 619 321 | AVI_101140-41 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | (D074) | | | |
| 614 | Declaration of Professor Lubert Stryer, EP 0 373 203 (D075) | AVI_102978-87 | 402, 403, 802 | R, NH, HE |
| 615 | Notebook #029, Lubert Stryer (D076) | AVI_77698-737 | | |
| 616 | VLSIP Expansion (D077) | AVI_99068-82 | 402, 403 | R |
| 617 | U.S. Patent No. 5,384,261 (D078) | AVI_38500-15 | 402, 403 | R |
| 618 | U.S. Patent No. 6,399,365 (D079) | IAFP1241-1300 | | |
| 619 | UK Patent 2 129 551 A (D080) | IAFP13285-92 | 402, 403, 802 | R, NH, HE |
| 620 | U.S. Patent 5,571,639 (D081) | AVI_39061-86 | 402, 403 | R |
| 621 | Presentation: Genotyping Products Positioning, August 2004 (D082) | AVI_59979-060028 | 402, 403, 105 | R, AI |
| 622 | Email from G. Fergus (D083) | AVI_63228-29 | 402, 403 | R |
| 623 | Affymetrix emails (D084) | AVI_65029-32 | 402, 403, MD | R, SD |
| 624 | Affymetrix document entitled "Illumina competitive positioning" (D085) | AVI_73533-40 | 402, 403 | R |
| 625 | 2003-11-20 Illumina competitive summary (D086) | AVI_80431-9 | 402, 403, 802 | R, NH, HE |
| 626 | Affymetrix emails (D087) | AVI_57177-82 | 402, 403, 802 | R, NH, HE |
| 627 | Affymetrix emails (D088) | AVI_57183-84 | 402, 403, 802 | R, NH, HE |
| 628 | Commercial Monthly Report, June 2004 (D089) | AVI_84586-96 | 402, 403, 802 | R, NH, HE |
| 629 | Fergus email re Parrallel pricing | AVI_82345-49 | 402, 403, MD, 802 | R, SD, NH, HE |
| 630 | Affymetrix emails (D091) | AVI_57038-41 | 402, 403, MD, 802 | R, SD, NH, HE |
| 631 | Affymetrix emails (D092) | AVI_57522-24 | 402, 403, MD, 802 | R, SD, NH, HE |
| 632 | Affymetrix emails (D093) | AVI_81824-25 | 402, 403, 802 | R, NH, HE |
| 633 | Affymetrix emails (D094) | AVI_56826-28 | 402, 403, 802 | R, NH, HE |
| 634 | Affymetrix emails (D095) | AVI_56550-51 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 635 | Affymetrix emails (D096) | AVI_56663-64 | 402, 403, 802 | R, NH, HE |
| 636 | Affymetrix emails (D097) | AVI_56145 | 402, 403, 802 | R, NH, HE |
| 637 | Affymetrix emails (D098) | AVI_56898-99 | 402, 403, 802 | R, NH, HE |
| 638 | Affymetrix emails (D099) | AVI_58680-83 | 402, 403, 802 | R, NH, HE |
| 639 | Affymetrix emails (D100) | AVI_64034-38 | 402, 403, 802 | R, NH, HE |
| 640 | Affymetrix emails (D101) | AVI_56850-51 | 402, 403, 802 | R, NH, HE |
| 641 | Affymetrix emails (D102) | AVI_56266-72 | 402, 403, 802 | R, NH, HE |
| 642 | Affymetrix emails (D103) | AVI_63648-49 | 402, 403, 802 | R, NH, HE |
| 643 | Affymetrix emails (D104) | AVI_80482-87 | 402, 403, 802 | R, NH, HE |
| 644 | Affymetrix emails (D105) | AVI_82499-501 | 402, 403, 802 | R, NH, HE |
| 645 | Affymetrix emails (D106) | AVI_57574-75 | 402, 403, 802, 701 | R, NH, HE, O |
| 646 | Affymetrix emails (D107) | AVI_57752-54 | 402, 403, 802 | R, NH, HE |
| 647 | Affymetrix emails (D108) | AVI_64093-97 | 402, 403, 802 | R, NH, HE |
| 648 | Affymetrix emails (D109) | AVI_58766-68 | 402, 403, 802 | R, NH, HE |
| 649 | Affymetrix emails (D110) | AVI_56537-43 | 402, 403, MD | R, SD |
| 650 | Illumina's Fourth Notice of Deposition (D111) | | 402, 403 | R |
| 651 | Affymetrix emails (D112) | AVI_64677 | 402, 403 | R |
| 652 | Affymetrix emails (D113) | AVI_57905-06 | 402, 403, 802 | R, NH, HE |
| 653 | Affymetrix emails (D114) | AVI_57735-36 | 402, 403, 802 | R, NH, HE |
| 654 | Subpoena of Besemer (D115) | | 402, 403 | R |
| 655 | US Patent No. 6,511,277 B1 (D116) | AVI_45640-63 | 402, 403 | R |
| 656 | Declaration of Stephen Fodor in the matter of EP 0 619 321 (D117) | IAFP6084-88 | 402, 403 | R |
| 657 | Declaration of J. Leighton Read in the matter of EP 0 619 321 (D118) | IAFP6185-88 | 402, 403 | R |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 658 | Declaration of Michael Pirrung (Affy v. Synteni and Incyte) (D119) | IAFP5291-311 | 402, 403, 802 | R, HE, NH |
| 659 | Notice of Opposition to EP 0 619 321 (D120) | | 402, 403, 802 | R, HE, NH |
| 660 | Opposition to patent (D121) | | 402, 403, 802 | R, HE, NH |
| 661 | U.S. Patent No. 6,646,243 (D122) | | | |
| 662 | Pirrung Lab Notebook #05, 11/16/1988 (D123) | AVI_76805-40 | | |
| 663 | Pirrung Notebook #19, May 2, 1989 (D123) | AVI_138595-694 | ID | |
| 664 | Drmanac et al, "Sequencing by Oligonucleotide Hybridization: A Promising Framework in Decoding of the Genome Program?" (D124) | IAFP4410-23 | 402, 403, 802 | R, NH, HE |
| 665 | Notice of Subpoena of Derek H. Bernhart (D125) | | 402, 403 | R |
| 666 | 06/18/91 Agreement between Wagner Associates and Bernhart (D130) | AG70-72 | 402, 403, 802 | R, NH, HE |
| 667 | 08/01/1993 Performance Evaluation of Bernhart (D131) | AG82-87 | 402, 403, 802 | R, NH, HE |
| 668 | 08/01/1994 Performance Review of Bernhart (D132) | AG75-81 | 402, 403, 802 | R, NH, HE |
| 669 | Newsletter re Affymetrix dated 9/93 (D133) | AG119 | 402, 403, 802 | R, HE, NH |
| 670 | Letter re services agreement between Wagner Associates and Affymax (D134) | AVI_143260-67 | 402, 403, 802 | R, NH, HE |
| 671 | 10/24/91 Memo from P. Coassin (D135) | AVI_104919-20 | 402, 403, 802, 901 | R, HE, NH, A |
| 672 | Fodor et al "Multiplexed biochemical assays with biological chips" (D136) | AVI_2401-02 | 402, 403 | R |
| 673 | Pease declaration for Fodor patent application No. 624,114 (D137) | IAFP5236-43 | 402, 403 | R |
| 674 | U.S. App. No. 08/168,904 (D138) | IAFP13528-14133 | 402, 403 | R |
| 675 | Lab Notebook, Read #010 (D139) | AVI_140525-37 | | |
| 676 | Lab Notebook, Read #02 (D140) | AVI_138496-594 | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 677 | U.S. Patent Application No. 07/362,901 (D141) | IAFP15081-139 | 402, 403 | R |
| 678 | 6/1/92 Performance Evaluation of Jevons at Wagner (D141) | AG 109-114 | 402, 403, 802 | R, NH, HE |
| 679 | 6/1/93 Performance Evaluation of Jevons at Wagner (D142) | AG 104-108 | 402, 403, 802 | R, HE, NH |
| 680 | 6/1/94 Performance Evaluation of Jevons at Wagner (D143) | AG 99-103 | 402, 403, 802 | R, NH, HE |
| 681 | 6/1/95 Performance Evaluation of Jevons at Wagner (D144) | AG 94-98 | 402, 403, 802 | R, NH, HE |
| 682 | File History if U.S. Patent No. 6,607,887 (D145) | AVI_430-730 | 402, 403, 802, MD, ID | R, HE, NH, SD |
| 683 | Newsletter re Affymetrix dated 9/93 (D146) | AG119 | 402, 403, 802 | R, NH, HE |
| 684 | 6/1/89 Agreement as to Patent, Copyrights, and Inventions between Wagner and Jevons (D147) | AG90-91 | 402, 403, 802 | R, NH, HE |
| 685 | U.S. 5,795,716 File History (D148) | IAFP182-598 | | |
| 686 | Multi-page document headed, "Very Large Scale Immobilized Polymer Synthesis" (D149) | IAFP15086-148 | 402, 403, ID, MD | R, SD |
| 687 | Fodor Lab Notebook No. 26 (D150) | AVI_138964-052 | | |
| 688 | 1991-06-14 Office Memo, Drmanac and Crkvenjakov tentative agenda for June 28 visit (D151) | IAFP598085 | 402, 403 | R |
| 689 | Human Genome II Conference, Official Program & Abstracts (October 22-24 1990) (D152) | AVI_134115-75; IAFP598371-430 | 402, 403, MD, 802 | R, SD, NH, HE |
| 690 | Handwritten Notes (D153) | AVI_134087-114 | 402, 403, MD | R, SD |
| 691 | European Patent Application 0 392 546 A2 (D154) | IAFP2314-29 | 402, 403 | R |
| 692 | Amendment and Reply to Office Action Pursuant to 37 CFR 1.111 (D155) | AVI_145106-220 | | |
| 693 | Redacted email chain (D156) | AVI_92321-27 | 402, 403, 802 | R, HE, NH |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 694 | U.S. Patent Application No. 2004/0029115 A9 (D158) | | 402, 403 | R |
| 695 | Letter from Smith to Nussbacher (D160) | AVI_201303 | 402, 403, 802 | R, HE, NH |
| 696 | Letter from Ching to Nussbacher (D161) | AVI_199923-24 | 402, 403, 802 | R, HE, NH |
| 697 | Ching letter to Fodor re draft patent application (D162) | AVI_200704-05 | 402, 403, 802 | R, HE, NH |
| 698 | Letter from Ching to Fodor (D163) | AVI_200765 | 402, 403, 802 | R, HE, NH |
| 699 | Letter from Ching to Nussbacher (D164) | AVI_200758-64 | 402, 403, 802 | R, HE, NH |
| 700 | US Patent Application no. 07/624114 (D165) | IAFP13538-695 | | |
| 701 | Invoice #53217, William Smith, June 28, 1990 (D166) | AVI_133250-302 | | |
| 702 | Declaration of Stephen Fodor in the matter of EP 0 619 321 (D167) | IAFP6084-88 | 402, 403 | R |
| 703 | Letter from Bechtold to Fodor (D168) | AVI_131366-68 | 402, 403, 802 | R, HE, NH |
| 704 | Foote letter to Heathington (D169) | UTRF49-51 | 402, 403, 802 | R, HE, NH |
| 705 | Foote notebook (D170) | RSF257-290 | 402, 403, 802 | R, HE, NH |
| 706 | Foote lab notebook (D170A) | RSF291-339 | 402, 403, 802 | R, HE, NH |
| 707 | Approval Slip (D171) | RSF93-168 | 402, 403, 802, MD | R, HE, NH, SD |
| 708 | Research Proposal (D172) | RSF1-92 | 402, 403, 802, MD | R, HE, NH, SD |
| 709 | Summary of presentations at 10/26/1989 Wolf Tap Genome Sequencing Conferenc (D173) | IAFP597861-82 | 402, 403, 802, 901, MD | R, HE, NH, SD |
| 710 | October 30 Schedule (D174) | IAFP598039-40 | 402, 403, 802, 901, MD | R, HE, NH, SD |
| 711 | Prospects for a miniaturized, simplified and frugal human genome project (D175) | IAFP598743-52 | 402, 403, 802, 901 | R, HE, NH, A |
| 712 | Houghton letter to Foote (D176) | UTRF69-70 | 402, 403, 802 | R, HE, NH |
| 713 | Hiltner letter to Wheeley (D177) | UTRF12 | 402, 403, 802 | R, HE, NH |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 714 | Venture First Associates, Invention Disclosure Form (D178) | UTRF13 | 402, 403, 802 | R, HE, NH |
| 715 | Houghton letter to Gessler (D179) | UTRF53 | 402, 403, 802 | R, HE, NH |
| 716 | Schmitt letter to Foote (D180) | UTRF612-15 | 402, 403, 802 | R, HE, NH |
| 717 | '961 Patent (D181) | AVI_39042-60 | 402, 403 | R |
| 718 | Fodor et al, "Light-Directed, Spatially Addressable Parallel Chemical Synthesis" (D182) | UTRF488-94 | | |
| 719 | Foote letter to O'Leary (D183) | LNG123-24 | 402, 403, 802 | R, HE, NH |
| 720 | U.S. Patent Application No. 07/362,901 (D184) | IAFP15081-217 | 402, 403 | R |
| 721 | Foote letter to Norviel re 05556961 patent (D185) | AVI_195439-40 | 402, 403, 802 | R, HE, NH |
| 722 | Weaver letter to Foote (D186) | LNG2-7 | 402, 403, 802, MD | R, HE, NH, sd |
| 723 | Agreement Concerning US Patent '961 (D187) | AVI_145054-79 | 402, 403 | R |
| 724 | Trip Report by Stodolsky re visit to Crkvenjakov Lab in 1989 (D188) | DOE466-71 | 402, 403, 802, 901 | R, HE, NH, A |
| 725 | 12/6/1991 Report of Foreign Travel of Richard A. Sachleben (D189) | DOE16-23 | 402, 403, 802, 901 | R, HE, NH, A |
| 726 | List of parties (D200) | | 402, 403 | R |
| 727 | Page from Affymetrix's 10-K re competition (D201) | | 402, 403, MP | R |
| 728 | Illumina's Third Notice of Deposition - 30(b)(6) (D2020) | | 402, 403 | R |
| 729 | Illumina's Fourth Notice of Deposition - 30(b)(6) (D203) | | 402, 403 | R |
| 730 | Handwritten notes (D204) | | 402, 403, 802 | R, HE, NH |
| 731 | List of parties (D205) | | 402, 403 | R |
| 732 | 9/20/04 Affymetrix emails (D206) | AVI_62650 | 402, 403, 802 | R, HE, NH |
| 733 | 10/06/04 Affymetrix emails (D207) | AVI_82323-25 | 402, 403, 802 | R,HE, NH |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 734 | 05/14/04 Affymetrix emails (D208) | AVI_151227-28 | 402, 403, 802 | R, HE, NH |
| 735 | 10/18/04 Affymetrix emails (D209) | AVI_157317-19 | 402, 403, 802 | R, HE, NH |
| 736 | 02/25/05 Affymetrix emails (D210) | AVI_153807 | 402, 403, 802 | R, HE, NH |
| 737 | 06/13/05 Affymetrix emails (D211) | AVI_172017 | 402, 403, 802 | R, HE, NH |
| 738 | 02/14/05 Affymetrix emails (D212) | AVI_153287-88 | 402, 403 | R |
| 739 | 04/30/05 Affymetrix emails (D213) | AVI_82205-06 | 402, 403, 802 | R, HE, NH |
| 740 | 05/19/04 Affymetrix emails (D214) | AVI_81852-856 | 402, 403, 802, MD | R, HE, NH, SD |
| 741 | 11/02/04 Affymetrix emails (D215) | AVI_59176 | 402, 403 | R |
| 742 | 11/01/04 Affymetrix emails (D216) | AVI_59177-85 | 402, 403 | R |
| 743 | 2004-10-26 Affymetrix emails(D217) | AVI_59359 | 402, 403 | R |
| 744 | 2004-11-01 Yap email (D218) | AVI_64908 | 402, 403, 802 | R, HE, NH |
| 745 | 2005-05-17 Competitive Summit agenda (D219) | AVI_73490-92 | 402, 403 | R |
| 746 | Competitive summit notes/outline (D220) | AVI_73501-02 | 402, 403 | R |
| 747 | May 2004, Commercial Monthly Report (D221) | AVI_93829-844 | 402, 403, 802 | R, HE, NH |
| 748 | Affymetrix emails (D222) | AVI_56900 | 402, 403, 802 | R, HE, NH |
| 749 | Affymetrix emails (D223) | AVI_56121-24 | 402, 403, 802 | R,HE, NH |
| 750 | 2003-03-20 CIDR pre-meeting notes and agenda (D224) | AVI_60101-05 | 402, 403, 802 | R, HE, NH |
| 751 | International Patent Application Number WO 93/17126 (D200) | IAFP13424-527 | 402, 403 | R |
| 752 | 12/24/91 Letter from Kramer (D201) | PHRI931-950 | 402, 403, 802, MD | R, HE, NH, SD |
| 753 | 1/5/06 Letter from Bill Hone (D202) | | 402, 403, 802, 901 | R, HE, A, NH |
| 754 | 1/17/95 Letter from Weinstein to Diekman (D203) | PHRI1977 | 402, 403, 802 | R, HE, NH |
| 755 | Article by Chetverin and Kramer titled "Oligonucleotide Arrays:  New Concepts and | | 402, 403, 802 | R, HE, NH |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Possiblities" from *Biotechnology*, Vol. 12 Nov. 1994 (D204) | | | |
| 756 | 2/13/95 Letter from Fodor to Weinstein (D205) | PHRI1981 | 402, 403 | R |
| 757 | 2/28/95 Email from Kramer to Weinstein (D206) | PHRI1982 | 402, 403, 802 | R, HE, NH |
| 758 | 5/26/95 Handwritten notes of Fred Kramer (D207) | PHRI1986 | 402, 403, 802, 901 | R, HE, NH, A |
| 759 | 11/2/95 Letter from Kramer to Norviel (D208) | PHRI1987 | 402, 403, 802, 901 | R, HE, NH, A |
| 760 | Article by Chetverin and Kramer titled "Sequencing of pools of nucleic acids on oligonucleotide arrays" (D209) | AVI_95847-195864 | 402, 403, 802 | R, NH, HE |
| 761 | Article by Chetverin and Kramer titled "Total Genome Sequencing with Oligonucleotide Arrays" (D210) | AVI_95865-195902 | 402, 403, 802 | R, NH, HE |
| 762 | Kramer's Handwritten Notes (D211) | PHRI1993 | 402, 403, 802, 901 | R, HE, NH, A |
| 763 | Proposed Term Sheet for agreement between Affymetrix and New York Institute of Health (D212) | PHRI1995-001998 | 402, 403, 802, 901 | R, HE, NH, A |
| 764 | 3/1/96 Handwritten Notes (D213) | PHRI2006 | 402, 403, 802, 901 | R, HE, NH, A |
| 765 | 3/1/1996 Handwritten Notes (D214) | PHRI2008-002011 | 402, 403, 802, 901 | R, HE, NH, A |
| 766 | 3/9/1996 Letter to Norviel from Kramer (D215) | PHRI2015-002016 | 402, 403, 802, 901 | R, HE, NH, A |
| 767 | 5/6/1996 Letter to Kramer from Gingeras (D216) | PHRI2023-002025 | 402, 403, MD | R, SD |
| 768 | 5/24/1996 Memo to Norviel from Kramer (D217) | PHRI2030-002031 | 402, 403, 802, 901 | R, HE, NH, A |
| 769 | 10/23/1996 Letter from Hone to Liebeschuetz (D218) | PHRI2219 | 402, 403, 802, 901 | R, HE, NH, A |
| 770 | Handwirtten Notes re conversation with Norviel, Gingeras, and Hone re Affymetrix contract on 1/3/1997 [redacted version] (D219A) | PHRI2320 (redacted) | 402, 403, 802, 901 | R, HE, NH, A |
| 771 | 6/2/1997 Letter to Kramer from Norviel (D220) | PHRI2350 | 402, 403 | R |
| 772 | 5/30/1997 License Agreement between Affymetrix and PHRI (D221) | PHRI2351-002383 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 773 | 4/11/2000 Consulting Agreement between Affymetrix and Oxford Gene Technology (D222) | PHRI1442 | 402, 403 | R |
| 774 | 9/8/1998 Letter from McFarlane (Hone's secreatary) to Kramer (D223) | PHRI1707 | 402, 403, 802 | R, HE, NH |
| 775 | Illumina's Third Notice of Deposition - 30(b)(6) (D225) | | 402, 403 | R |
| 776 | Illumina's Fourth Notice of Deposition - 30(b)(6) (D226) | | 402, 403 | R |
| 777 | Espinosa email (D227) | AVI_92374-81 | 402, 403, 802 | R, HE, NH |
| 778 | 2004-06-17 Sherr email (D228) | AVI_92423-27 | 105, 402, 403 | R, AI |
| 779 | Collaboration Agreement between the Engelhart Institute of Molecular Biology and the Affymax Research Institute (D229) | AVI_195463-67 | 402, 403 | R |
| 780 | 2003-06-30 Marfin letter to Sherr (D230) | AVI_89442 | 402, 403, 802 | R, HE, NH |
| 781 | 2003-08-11 Sherr letter to Marfin (D231) | AVI_74694-96 | 402, 403, MD | R, HE, NH |
| 782 | 2003-11-17 Reiter letter to Sherr (D232) | AVI_55623 | 402, 403, 802 | R, HE, NH |
| 783 | 2005-04-05 Affymetrix press release re Expanded Genomic Technologies Program (D233) | AVI_132670-71 | | |
| 784 | 2004-05-28 License agreement between Affymetrix and Genospectra (D234) | AVI_98404-25 | 105, 402, 403 | R, AI |
| 785 | Genospectra projected capitalization (D236) | AVI_81752-55 | 402, 403 | R |
| 786 | 2000-06-16 Press release (D237) | AVI_132307-8 | | |
| 787 | License Agreement between Affymetrix and Galvoscan (D239) | AVI_90337-49 | 402, 403 | R |
| 788 | IP Transfer and License Agreement (Perlegen to Affymetrix) (D242) | AVI_90947-64 | 402, 403 | R |
| 789 | IP Transfer and License Agreement (Affymetrix to Perlegen) (D243) | AVI_91208-60 | 402, 403 | R |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 790 | Gene Logic information (D244) | | 402, 403, 802 | R, NH, HE |
| 791 | Richard Rava CV (D245) | AVI_196069-74 | 402, 403, 802 | R, HE, NH |
| 792 | 2004-01-23 Nicholls email (D246) | AVI_72730-32 | 402, 403, 802 | R, HE, NH |
| 793 | 2004-11-01 Yap email (D247) | AVI_64908 | 402, 403, 802 | R, HE, NH |
| 794 | 2002-04-01 Cartridge barcode document (D248) | AVI_135052-58 | | |
| 795 | Grant Application (D249) | AVI_74726-917 | 402, 403 | R |
| 796 | Human Genome Project pack (D250) | AVI_65050-79 | 402, 403 | R |
| 797 | Patent Application 09/247430 (D251) | IAFP631703-930 | 402, 403 | R |
| 798 | 3/28/88 DOE Internal Memo re Research Grant (D253) | DOE458-459 | 402, 403, 802, 901 | R, A, HE, NH |
| 799 | Trip Report by Stodolsky re visit to Crkvenjakov Lab in 1989 (D254) | DOE466-471 | 402, 403, 802, 901 | R, HE, NH, A |
| 800 | Human Genome Initiative Review Panel Roster (D255) | IAFP640703-05 | 402, 403, 802 | R, A, HE, NH |
| 801 | 2/26/1989 Letter from Crkvenjakov to Stodolsky (D256) | IAFP640717 | 402, 403, 802, 901 | R, A, HE, NH |
| 802 | Report titled "Prospects for Miniaturized, Simplified and Frugal Human Genome Project" (D257) | DOE520-46 | 402, 403, 802, 901 | R, A, HE, NH |
| 803 | 10/4/1989 Letter from Crkvenjakov to Stodolsky (D258) | IAFP598036 | 402, 403, 802, 901 | R, A, HE, NH |
| 804 | 10/26/1989 Wolf Trap Genome Sequence Conference Itinerary (D259) | IAFP597859-60 | 402, 403, 802, 901 | R, A, HE, NH |
| 805 | Summary of presentations at 10/26/1989 Wolf Tap Genome Sequencing Conference (D260) | IAFP597861-82 | 402, 403, 802, 901, MD | R, A, HE, SD, NH |
| 806 | Document re human genome (D261) | IAFP598101-17 | 402, 403, 802, 901 | R, A, NH, HE |
| 807 | DOE/NIH Human Genome Contractors/Grantee Workshop, November 3-4, 1989 (D262) | IAFP597958-8013 | 402, 403, 802, 901, MD | R, NH, A, HE, SD |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 808 | List of Contractors and Grantees that participated in the 11/4/1989 DOE Human Genome Project Contractor/Grantee Workshop (D263) | IAFP597916-25 | 402, 403, 802, 901 | R, HE, NH, A |
| 809 | 1990 "Human Genome Quarterly" Newsletter re the DOE Contractor/Grantee Workshop (D264) | IAFP598014-25 | 402, 403, 802, 901 | R, HE, A, NH |
| 810 | SBH Status Report by Stodolsky, 10/28/1989 (D265) | DOE472-73 | 402, 403, 802, 901 | R, HE, A, NH |
| 811 | 2/12/1990 Letter from Crkvenjakov to Stodolsky (D266) | DOE394-407 | 402, 403, 802, 901 | R, A, HE, NH |
| 812 | Abstracts of papers presented at the 1990 meeting on Genome Mapping and Sequencing (D267) | IAFP598193-326 | 402, 403, 802, 901, MD | R, A, SD, HE, NH |
| 813 | 8/8/1990 Letter re SBH proof-of-concept test w/ attachment outlining said test (D268) | DOE488-93 | 402, 403, 802, 901, MD | R, A, SD, HE, NH |
| 814 | 12/6/1991 Report of Foreign Travel of Richard A. Sachleben (D269) | DOE16-23 | 402, 403, 802, 901 | R, A, HE, NH |
| 815 | Department of Energy, Sequencing of DNA by Hybridization with Oligonucleotides Matrix (SHOM), 1992 (D270) | DOE832-39 | 402, 403, 802, 901 | R, A, HE, NH |
| 816 | Technical Progress Report of DOE Grant re SBH w/ Oligonucleotide Matrix (head scientist: Mirzabekov) (D271) | DOE13-15 | 402, 403, 802, 901 | R, A, HE, NH |
| 817 | Beattie letter to Cantor (D272) | IAFP640718-20 | 402, 403, 802, 901 | R, A, HE, NH |
| 818 | Crkvenjakov letter to Beattie (D273) | IAFP640761 | 402, 403, 802, 901 | R, A, NH, HE |
| 819 | Beattie letter to Crkvenjakov (D274) | IAFP640768-70 | 402, 403, 802, 901 | R, A, HE, NH |
| 820 | Drmanac R. Miniaturization of Sequencing by Hybridization. The Sequencing Chip Concept Poster Presentation (D275) | IAFP598099-117 | 402, 403, 802, 901 | R, A, HE, NH |
| 821 | Jacobson letter to Crkvenjakov (D276) | IAFP598050-53 | 402, 403, 802, 901 | R, A, HE, NH |
| 822 | LexiGen confidential business plan, February 1990 (D277) | KB125-173 | 402, 403, 802, 901 | R, A, HE, NH |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 823 | Beattie fax to Brown (D278) | KB262-68 | 402, 403, 802, 901 | R, A, HE, NH |
| 824 | Report on the Sequencing by Hybridization Workshop, Moscow, USSR - "SBH - An Idea Whose Time has Probably Come" (D279) | IAFP598480-91 | 402, 403, 802, 901 | R, NH, HE, A |
| 825 | Grant Application 5-29-92, for Beattie (D280) | AVI_143475-508 | 402, 403, 802 | R, HE, NH |
| 826 | Trace Lane CV with handwritten notes (D281) | IAFP12478-79 | 402, 403, 802, 901 | R, A, HE, NH |
| 827 | Proprietary Information and Invention Agreement (D282) | AVI_82289-94 | 402, 403 | R |
| 828 | Employee Termination Certificate (D283) | IAFP12507 | 402, 403, 802 | R, HE, NH |
| 829 | Lane email (D284) | AVI_55913-15 | 402, 403, 802 | R, NH, HE |
| 830 | Lane email (D285) | AVI_58477 | 402, 403 | R |
| 831 | Lane email (D286) | AVI_58463-65 | 402, 403 | R |
| 832 | Lane memo (D287) | IAFP12550-52 | 402, 403, 802 | R, NH, HE |
| 833 | Balch email (D288) | IAFP12531 | 402, 403, 802 | R, NH, HE |
| 834 | Marcus email (D289) | AVI_64239-40 | 402, 403, 802 | R, NH, HE |
| 835 | Marcus email (D290) | AVI_63667-70 | 402, 403, 802 | R, NH, HE |
| 836 | Marcus email (D291) | AVI_62960-69 | 402, 403, MD | R, SD |
| 837 | Fideler email (D292) | AVI_56015-16 | 402, 403, 802 | R, NH, HE |
| 838 | Lane email (D293) | AVI_57101-06 | 402, 403, 802 | R, NH, HE |
| 839 | Crowley email (D294) | AVI_57763 | 402, 403 | R |
| 840 | Lane email (D295) | AVI_91544 | 402, 403 | R |
| 841 | Raimond email (D296) | AVI_57547-49 | 402, 403, 802 | R, NH, HE |
| 842 | Raimond email (D297) | AVI_63930-31 | 402, 403, 802 | R, NH, HE |
| 843 | Competitive Positioning Session at WWSC--Focus on Illumina (982) | AVI_73572-73 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 844 | 2005-05-17 Competitive summit agenda (D299) | AVI_73490-92 | 402, 403 | R |
| 845 | Presentation titled "Competition--Sales and Support Meeting February 2005"  (D300) | AVI_84566-78 | 402, 403 | R |
| 846 | Affymetrix document entitled "Illumina competitive positioning" (D301) | AVI_73533-40 | 402, 403 | R |
| 847 | Presentation: Genotyping Products Positioning (D302) | AVI_73629-72 | 402, 403, 105 | R, AI |
| 848 | Lane email re SR's (D303) | AVI_56385-93 | 402, 403, 802 | R, NH, HE |
| 849 | Lane email re Illumina (D304) | AVI_60193-94 | 402, 403, 802 | R, NH, HE |
| 850 | Commercial Monthly Report, June 2004 (D305) | AVI_84586-96 | 402, 403, 802 | R, NH, HE |
| 851 | Fergus email re Parrallel pricing (D306) | AVI_82345-49 | 402, 403, 802, MD | R, SD, NH, HE |
| 852 | Letter from March re Harvard Partners in GeneChip Mendel Array (D307) | AVI_85166-72 | 402, 403, MD | R, SD |
| 853 | Lane email re 500K expectations on calls (D308) | AVI_155070-74 | 402, 403, 802 | R, NH, HE |
| 854 | Press Release (D309) | | 402, 403 | R |
| 855 | Employee Exit Interview (D310) | IAFP12453-54 | 402, 403, 802 | R, NH, HE |
| 856 | Gunderson email re Illumina genotyping project-costs (D311) | IAFP547651-58 | 402, 403, 802 | R, NH, NE |
| 857 | Weiss letter re Trace Lane (D312) | AVI_93271.1-72 | | |
| 858 | Notes on Office Depot paper and other related docs (D313) | IAFP12495-789 | 402, 403, 802, 901, MD | R, A, NH, HE |
| 859 | Subpoena of Chunwei Wang (D314) | | 402, 403 | R |
| 860 | Algorithm to Compute Base Calls (D315) | AVI_80908-19 | 402, 403 | R |
| 861 | U.S. Patent No. 5,795,716 (D316) | AVI_39650-99 | | |
| 862 | File History of US Patent No. 6,607,887 (D317) | AVI_430-730 | 402, 403 | R |
| 863 | Illumina 5th notice of deposition pursuant to 30b6 | | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | (D318) | | | |
| 864 | Budgets and Forecasts Chart (D319) | AVI_196152 | 402, 403 | R |
| 865 | Affymetrix Price List (D320) | AVI_135106-12 | | |
| 866 | GeneChip Price Catalog (D321) | AVI_135082-94 | | |
| 867 | Affymetrix Sales Proposal (D322) | AVI_151315-33 | 402, 403, MD | R, SD |
| 868 | 2003 Invoice (D323) | AVI_196154 (native production) | | |
| 869 | 2003 Invoice (D324) | AVI_196157 | | |
| 870 | For the record, Deposition Exhibit 325 is a partial production of Affymetrix's 10K for the fiscal year ended December 31, 2004. (D325) | | MP | R |
| 871 | Array Revenue (D326) | AVI_137433 | 402, 403 | R |
| 872 | Software Revenue (D327) | AVI_137434 | 402, 403 | R |
| 873 | Part to Product Mapping (D328) | AVI_201541 | | |
| 874 | Inventory Valuation Procedures (D329) | AVI_201540 | 402, 403 | R |
| 875 | Part Description (D330) | AVI_201536 | MP, 402, 403 | R |
| 876 | Part Description (D331) | AVI_201537 | MP, 402, 403 | R |
| 877 | Chip and Instrument Revenues and Costs Excluding Variances (D332) | AVI_196156 | | |
| 878 | Affymetrix Manufacturing Variances by Quarter (D333) | AVI_196160 | | |
| 879 | Factors of Production - Chips (D334) | AVI_201542 | | |
| 880 | Internal Finance Package - January 2002 (D335) | AVI_195202-50 | | |
| 881 | Internal Finance Package - January 2005 (D336) | AVI_193090-147 | | |
| 882 | Instrument Production - 2002-2005 (D337) | AVI_196159 | | |
| 883 | Historical Equivalent Chip Output and Additional | AVI_196155 | 402, 403 | R |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Capacity Available by Quarter 2002-2005 (D338) | | | |
| 884 | Historical Equivalent Chip Output and Additional Capacity Available by Quarter 2002-2005 (D339) | AVI_201538 | | |
| 885 | Affy press release (D340) | | 402, 403 | R |
| 886 | Nicholls email re commercial and manufacturing reports for May (D341) | AVI_91885-911 | 402, 403, 802 | R, NH, HE |
| 887 | 2002-2005 RUO Array Complaints by Quarter (D342) | AVI_201539 | 402, 403 | R |
| 888 | List of lost orders to Illumina (D343) | AVI_56491-93 | 402, 403, 802 | R, NH, HE |
| 889 | OGT payment summary (D344) | AVI_201543 | 105 | AI |
| 890 | Genzyme Molecular Oncology (D345) | AVI_201544 | 402, 403 | R |
| 891 | Earned Royalty Chart (D346) | AVI_201545 | 402, 403 | R |
| 892 | Drmanac subpoena (D347) | | 402, 403 | R |
| 893 | European Patent Application 0 392 546 A2 (D348) | IAFP2314-29 | 402, 403 | R |
| 894 | Drmanac R, Crkvenjakov R. Prospects for a Miniaturized, Simplified and Frugal Human Genome Project. Scientia Yugoslavica 1990;16:97-107. (D349) | IAFP598620-30 | 402, 403, 802 | R, NH, HE |
| 895 | Program Schedule, May 1989 (D350) | IAFP598156-61 | 402, 403, 802, 901 | R, NH, A, HE |
| 896 | SBH Poster (D351) | See oversized page | 402, 403, 802, 901 | R, NH, A, HE |
| 897 | 1990-05-01 Letter from Lim to Drmanac (D352) | IAFP598064 | 402, 403, 802, 901 | R, A, NH, HE |
| 898 | Human Genome II Conference, Official Program & Abstracts (October 22-24 1990 (D353) | IAFP598371-430 | 402, 403, 802, 901, MD | R, SD, A, HE, NH |
| 899 | 1991-06-14 Office Memo, Drmanac and Crkvenjakov tentative agenda for June 28 visit (D354) | IAFP598085 | 402, 403 | R |
| 900 | 1994-12-22 Letter from Drmanac to Norviel re SBH Format 3 (D355) | AVI_149699-705 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 901 | WO Patent Application No. 95/09248 (D356) | IAFP596185-277 | 402, 403 | R |
| 902 | 1990-09-30 Genome Sequencing Conference II Agenda and Crkvenjakov conference notes (D357) | IAFP598369-70; IAFP598128-35 | 402, 403, 802 | R, NH, HE |
| 903 | 1995-05-10 BioChip Array Technologies, Fabrication and Applications conference (D358) | IAFP643752-71 | 402, 403, 802 | R, NH, HE |
| 904 | Human Genome Organization, updated list of addresses (D359) | AVI_131330-37 | 402, 403, 802 | R, NH, HE |
| 905 | Drmanac et al. SBH and the Integration of Complementary Approaches in the Mapping, Sequencing, and Understanding of Complex Genomes," In Lim, H. and Fickett, J. W., Cantor, C.R. and Robbins, R.J., editors, The 2nd International Conference on Bioinformatics, Supercomputing and Complex Genome Analysis, Singapore, World Scientific 1992:121-134 (D360) | IAFP622294-307 | 402, 403, 802 | R, NH, HE |
| 906 | The Human Genome Organisation updated List of addresses (D361) | AVI_131330-37 | 402, 403, 802 | R, NH, HE |
| 907 | Human Genome News, September, 1991 (D362) | AVI_132006-29 | 402, 403, 802 | R, NH, HE |
| 908 | Molodow letter to LaRose re consultant and patent agreement (D363) | AVI_195287-314 | 402, 403 | R |
| 909 | Fax, Engelhardt Institute to Kaster, from Mirzabekov, 6-3-92 (D364) | AVI_195700 | 402, 403, 802 | R, NH, HE |
| 910 | Fax, Kaster to Mirzabekov, 6-13-92 (D365) | AVI_195691-97 | 402, 403 | R |
| 911 | Letter, Fodor to Mirzabekov 9-18-92 (D366) | AVI_195665 | 402, 403 | R |
| 912 | Collaboration Agreement between the Engelhardt Institute of Molecular Biology and the Affymax Research Institute, 1992 (D367) | AVI_201316-20 | 402, 403 | R |
| 913 | Grant Application 5-29-92, for Beattie (D368) | AVI_143475-508 | 402, 403 | R |
| 914 | Fax, Fodor to Dupere, 9-2-92 re Gel Matrix Geosensor (D369) | AVI_143359-60 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 915 | Letter, Mirzabekov to Fodor, 10-15-93, new patent applications (D370) | AVI_195636 | 402, 403, 802 | R, NH, HE |
| 916 | Letter, 2-13-95, Fodor to Weinstein re Diekman letter (D371) | PHRI1981 | 402, 403 | R |
| 917 | License Agreement, PHRI and Affymetrix, 1996-1997 (D372) | AVI_195717-49 | 402, 403 | R |
| 918 | Email re "Nakamura Reagent Order / Japan Sales Person" (D383) | IAFP615772 | 402, 403, 802, 901 | R, NH, HE, A |
| 919 | Crkvenjakov R. Talk Presented at DOE/NIH Human Genome Sequencing Conference, Handwritten notes and transcription. (Sante Fe, NM) October 29, 1990 (D390) | IAFP598136-41 | 402, 403, 802, 901 | R, NH, HE, A |
| 920 | Crkvenjakov R. Talk Presented at DOE/NIH Human Genome Sequencing Conference, Handwritten notes and transcription. (Sante Fe, NM) October 29, 1990 (D391) | IAFP598136-41 | 402, 403, 802, 901 | R, NH, HE, A |
| 921 | Set of documents produced by Crkvenjokov (D392) | IAFP597818-82 | 402, 403, 802, 901, MD | R, NH, HE, A |
| 922 | Set of documents produced by Crkvenjokov (D393) | IAFP640203-926 | 402, 403, 802, 901, MD | R, NH, HE, A |
| 923 | Invoice #53217, William Smith, June 28, 1990 (D400) | AVI_133250-302 | | |
| 924 | US Patent Application no. 07/624114 (D401) | IAFP13538-695 | | |
| 925 | Abandoned application 08/168,904 (D402) | IAFP13528-4133 | 402, 403 | R |
| 926 | Docs related to Dower 626,730 (D403) | AVI_200971-1066 | 402, 403, MD | R, SD |
| 927 | Invoice 62341, January 30, 1991 (D405) | AVI_134228-31 | | |
| 928 | 1994-12-22 Letter from Drmanac to Norviel re SBH Format 3 (D406) | AVI_149699-705 | 402, 403, 802, MD | R, NH, HE, SD |
| 929 | 11/2/95 Letter from Kramer to Norviel (D407) | PHRI1987 | 402, 403, 802 | R, NH, HE |
| 930 | Chetverin and Kramer "Novel Oligonucleotide Arrays anDtheir use for sorting…" (D408) | AVI_195750-845 | 402, 403, 802, 901 | R, NH, HE, A |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 931 | Norviel to Kramer with proposed term sheet (D409) | AVI_195996-6000 | 402, 403 | R |
| 932 | Kramer to Norviel (D410) | AVI_195994-95 | 402, 403, 802 | R, NH, HE |
| 933 | Kramer to Norviel re licensing agreement (D411) | AVI_195926 | 402, 403, 802 | R, NH, HE |
| 934 | License Agreement, PHRI and Affymetrix, 1996-1997 (D412) | AVI_195717-49 | 402, 403 | R |
| 935 | Weinstein letter to Norviel re invoices (D413) | PHRI2619 | 402, 403 | R |
| 936 | Fax from Norviel to McFarlane re: schedule of conference call between Hone and Norviel and McGarrigle (D414) | PHRI7547 | 402, 403 | R |
| 937 | USPTO doc: Amendment (D415) | PHRI1370-86 | 402, 403 | R |
| 938 | Norviel to Kramer re license agreement (D416) | AVI_195716 | 402, 403 | R |
| 939 | 09/247,430 Patent Application (D417) | IAFP631701-930 | 402, 403, 802, MD | R, HE, NH, SD |
| 940 | Foote letter to Norviel re 05556961 patent (D418) | AVI_195439-40 | 402, 403, 802 | R, NH, HE |
| 941 | Molodow letter to LaRose re consultant and patent agreement (D419) | AVI_195287-314 | 402, 403, MD | R, SD |
| 942 | Norviel to Mizabekov re payment items and contract questions (D420) | AVI_195620-23 | 402, 403 | R |
| 943 | Rlaures to Norviel re docs (D421) | AVI_199557-58 | 402, 403, 802 | R, NH, HE |
| 944 | IP Transfer and License agreement (Affymetrix to Perlegen) (D422) | AVI_91208-60 | 402, 403 | R |
| 945 | Invoice #53217, William Smith, June 28, 1990 (D423) | AVI_133250-302 | | |
| 946 | Ching letter to Fodor re draft patent application (D424) | AVI_200704-05 | 402, 403 | R |
| 947 | Ching letter to Nussbacher re patent applications (D425) | AVI_199906-37 | 402, 403, MD | R, SD |
| 948 | Wolf Trap Genome Sequencing Conference October | IAFP597859-597882 | 402, 403, 802, 901, MD, ID | R, NH, HE, A, SD |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | 24-26, 1989 (D426) | | | |
| 949 | Abstracts of papers presented at the 1990 meeting on Genome Mapping and Sequencing (D427) | IAFP598193-326 | 402, 403, 802, 901, MD | R, NH, HE, A, SD |
| 950 | DOE/NIH Human Genome Contractors/Grantee Workshop, November 3-4, 1989, Santa Fe, NM, Abstracts (D428) | IAFP597958-8013 | 402, 403, 802, 901, MD | R, NH, HE, A, SD |
| 951 | DOE/NIH Human Genome Contractor/Grantee Workshop, November 3-4, 1989, Santa Fe, NM, Speaker Abstracts (D429) | IAFP597926-57 | 402, 403, 802, 901, MD | R, NH, HE, A, SD |
| 952 | Map Production Efforts, November 3, 1989 (D430) | IAFP597899-915 | 402, 403, 802, 901 | R, NH, HE, A |
| 953 | Mathies 1991 Notes (D431) | RAM1-83 | 402, 403, 802 | R, NH, HE |
| 954 | Human Genome II Conference Program and Abstracts, Oct. 22-24, 1990 (D432) | RAM192-251 | 402, 403, 802, 901, MD | R, NH, HE, A, SD |
| 955 | Mathies Composition Book (D433) | RAM84-191 | 402, 403, 802 | R, NH, HE |
| 956 | Nicholls email re commercial and manufacturing reports for May (D434) | AVI_91885-911 | 402, 403, 802, MD | R, NH, HE, SD |
| 957 | Email re "Pricing for Additions to Sanger Effort--QUICK RESPONSE NEEDED" (D435) | AVI_161278-81 | 402, 403, 802 | R, NH, HE |
| 958 | Email re "Dawn Madden Final Results" (D436) | AVI_59247-97 | 402, 403, MD | R, SD |
| 959 | Email re "ParAllele" (D437) | AVI_59611-12 | 402, 403 | R |
| 960 | Email re "Price Approval Request" (D438) | AVI_57447-49 | 402, 403, 802 | R, NH, HE |
| 961 | Email re "Illumina Expression Array Profile" (D439) | AVI_55389-92 | 402, 403, MD | R, SD |
| 962 | Email re "Illumina Competition" (D440) | AVI_63723 | 402, 403 | R |
| 963 | Email re Illumina doc (D441) | AVI_75218-20 | 402, 403, MD | R, SD |
| 964 | Email re "Illumina Draft Sales Tool" (D442) | AVI_75212-17 | 402, 403, MD | R, SD |
| 965 | Email re "Illumina Competition" (D443) | AVI_65002 | 402, 403 | R |
| 966 | Email re "Illumina Competitive MeetingFeb 3.doc" | AVI_75201-03 | 402, 403, MD | R, SD |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | (D444) | | | |
| 967 | Email re "Illumina Comptetitive Positioning" (D445) | AVI_75187-98 | 402, 403, MD | R, SD |
| 968 | Email re "Affy vs. Illumina" (D446) | AVI_55411-14 | 402, 403, MD | R, SD |
| 969 | Email re "Illumina Competitive Meeting Notes 021505.doc" (D447) | AVI_97964-69 | 402, 403, 802, MD | R, NH, HE, SD |
| 970 | Email re "Illumina Competitive Meeting--Friday 4th ATTY Client Privilege (D448) | AVI_97948-63 | 402, 403, MD | R, SD |
| 971 | Email re "Illumina Meeting 11 Mar--Action" (D449) | AVI_55401 | 402, 403 | R |
| 972 | Email re "Illumina Competitive Meeting" (D450) | AVI_82355-67 | 402, 403, MD | R, SD |
| 973 | Competitive Positioning Session at WWSC--Focus on Illumina (D451) | AVI_73572-73 | 402, 403 | R |
| 974 | Presentation titled "Competition--Sales and Support Meeting February 2005" (D452) | AVI_84566-78 | 402, 403 | R |
| 975 | Illumina Internal Paper (D453) | AVI_6572-739 | 402, 403, ID | R, AV (AVI-065702-739) |
| 976 | Email re "Galileo for Pricing Committee" (D454) | AVI_62913 | 402, 403, 802 | R, NH, HE |
| 977 | Email re "Perlegen/Galileo term sheet" (D455) | AVI_81635-36 | 402, 403, 802 | R, NH, HE |
| 978 | Email re "10K S Pricing" (D456) | AVI_140902-03 | 402, 403, 802 | R, NH, HE |
| 979 | Email re "Thoughts on ILMN announcement" (D457) | AVI_64319-22 | 402, 403, 802 | R, NH, HE |
| 980 | Email re "USC" (D458) | AVI_82559-60 | 402, 403, 802 | R, NH, HE |
| 981 | Email re "Welcome Trust Centre for Human Genetics" (D459) | AVI_15096-97 | 402, 403, 802 | R, NH, HE |
| 982 | Illumina 5th notice of deposition pursuant to 30b6 (D460) | | 402, 403 | R |
| 983 | List of Lost Orders to Illumina (D461) | AVI_56491-93 | 402, 403 | R |
| 984 | Presentation titled "SWOT Analysis" (D462) | AVI_73513-20 | 402, 403 | R |
| 985 | Presentation on US Microarray Market in 2002 | AVI_74703-24 | 402, 403, 802 | R, NH, HE |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | (D463) | | | |
| 986 | Affymetrix document re "Illumina, Inc.: Internal Paper February 2004" (D464) | AVI_65702-39 | 402, 403 | R |
| 987 | Email re "ParAllele" (D465) | AVI_59620-22 | 402, 403 | R |
| 988 | Email re "ILMN--competitive update" (D466) | AVI_83608-12 | 402, 403 | R |
| 989 | Email re "Illumina-Roche A/C privileged" (D467) | AVI_97842-44 | 402, 403 | R |
| 990 | Declaration of Edwin Ching (D468) | AVI_145186-220 | | |
| 991 | Ching Privilege Log (D469) | | 402, 403 | R |
| 992 | Notice of Subpoena of Sachleben (D471) | | 402, 403 | R |
| 993 | Participants of SBH Workshop, Moscow (D472) | AVI_131354-59 | 402, 403, 802, 901 | R, NH, HE, A |
| 994 | ORNL Foreign Trip Report, Sachleben (D473) | RAS78-85 | 402, 403, 802, 901 | R, NH, HE, A |
| 995 | Report on the Sequencing by Hybridization Workshop, Moscow, USSR - "SBH - An Idea Whose Time has Probably Come" (D474) | IAFP598480-92 | 402, 403, 802, 901 | R, NH, HE, A |
| 996 | Khrapko, et al "A method for DNA sequencing by hybridization with oligonucleotide matrix" (D475) | IAFP620747-620760 | 402, 403, 802 | R, NH, HE |
| 997 | Consultant Agreement and Patent Agreement between Foote and Sachleben (D476) | RAS154-80 | 402, 403, 802 | r, nh, he |
| 998 | '916 patent (D477) | RAS1-19 | 402, 403 | R |
| 999 | Email from Schiffman to Leung (D478) | AVI_204621-25 | 402, 403 | R |
| 1000 | Email from Ragusa to Rava (D479) | AVI_203859 | 105, 402, 403 | AI, R |
| 1001 | Email from Forbes to Lewis (D480) | AVI_207486 | 402, 403 | R |
| 1002 | Email from Lewis to Forbes (D481) | AVI_207077 | 402, 403 | R |
| 1003 | Email from Lewis to Kole (D482) | AVI_208798-800 | 402, 403 | R |
| 1004 | Email from Ragusa to Puccini (D483) | AVI_204163 | 402, 403 | R |
| 1005 | Email from Ragusa to various individuals (D484) | AVI_204214 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1006 | Email from Ragusa to Siegel (D485) | AVI_204226 | 402, 403 | R |
| 1007 | Email from Kole (D486) | AVI_207011 | 402, 403 | R |
| 1008 | Email from Ragusa to various individuals (D487) | AVI_204056 | 402, 403 | R |
| 1009 | Email from Forbes to Karas (D488) | AVI_208652-53 | 402, 403 | R |
| 1010 | Email from Forbes to Lewis and Karas (D489) | AVI_208823-31 | 402, 403, MD | R, SD |
| 1011 | Document re "Historical Equivalent Chip Output & Additional Capacity Available by Quarter 2002 - 2005" (D490) | AVI_208721 | 402, 403 | R |
| 1012 | Document re "Trended Aggregate Shipment Patterns and Seasonality" (D491) | AVI_208469-70 | 402, 403 | R |
| 1013 | Email from Forbes to Lewis (D492) | AVI_208677-93 | 402, 403, MD | R, SD |
| 1014 | Email from Kaufman to Forbes (D493) | AVI_206988 | 402, 403 | R |
| 1015 | Email from Cowell to Karas (D494) | AVI_206867-68 | 402, 403 | R |
| 1016 | Email from Ragusa to Siegel (D495) | AVI_203969-70 | 402, 403 | R |
| 1017 | Email from Ragusa to Karas (D496) | AVI_204044-46 | 402, 403 | R |
| 1018 | Email from Gilbeau to Forbes (D497) | AVI_206888-89 | 402, 403 | R |
| 1019 | Email from Verdoorn to Siegel (D498) | AVI_208806-07 | 402, 403 | R |
| 1020 | Document re "Total Demand" (D499) | AVI_201784-808 | 402, 403 | R |
| 1021 | Email from Karas to Forbes and Lewis (D500) | AVI_206899 | 402, 403 | R |
| 1022 | Settlement Agreement with OGT, 3/23/01 (D501) | AVI_201356-77 | 105, 402, 403 | AI, R |
| 1023 | Settlement Agreement with OGT, 5/04 (D503) | AVI_201378-86 | 105, 402, 403 | AI, R |
| 1024 | License Agreement between Parallele and O-Link (D504) | AVI_201481-515 | 402, 403 | R |
| 1025 | Email from Mortensen to Brawer (D506) | AVI_209080 | 402, 403 | R |
| 1026 | Email from Sherr to Mortensen (D507) | AVI_209082-88 | 402, 403, MD | R, SD |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1027 | Email from Sherr to Brawer (D508) | AVI_209285-86 | 402, 403 | R |
| 1028 | Email from Sherr to Blair (D509) | AVI_203264-73 | 402, 403, 802, MD | R, NH, HE, SD |
| 1029 | Email from Feuchtwang to McGarrigle (D510) | AVI_209376-77 | 402, 403, 802 | R, NH, HE |
| 1030 | Email from Sherr to Killian and Murray (D512) | AVI_203274-79 | 402, 403, 802, MD | R, NH, HE, SD |
| 1031 | Email from Chait to Sherr (D514) | AVI_203041 | 402, 403, 802 | R, NH, HE |
| 1032 | Email from Sherr to Pieken  (D519) | AVI_203599-604 | 402, 403 | R |
| 1033 | Email from Subash to Pieken (D520) | AVI_202789 | 402, 403, 802 | R, NH, HE |
| 1034 | Email from Richey to Dolan (D521) | AVI_204277-278 | 402, 403, 802 | R, NH, HE |
| 1035 | Email from Siegel to Williams (D522) | AVI_204357 | 402, 403, 802 | R, NH, HE |
| 1036 | Email from Kendra to Dolan and Moore (D523) | AVI_204355 | 402, 403, 802 | R, NH, HE |
| 1037 | Email from D'Errico to Dolan (D524) | AVI_204292 | 402, 403, 802 | R, NH, HE |
| 1038 | Email from Williams to Siegel (D525) | AVI_204303-04 | 402, 403, 802 | R, NH, HE |
| 1039 | Option Agreement Between the Regents of the University of California and Affymetrix, Inc. (D526) | AVI_201412-29 | 402, 403 | R |
| 1040 | Fax cover sheet and letter from Kato to Dolan (D528) | AVI_203406-12 | 402, 403, 802, MD | R, NH, HE, SD |
| 1041 | Fax cover sheet and letter from Neumann to Dolan (D530) | AVI_204384-92 | 402, 403, 802, MD | R, NH, HE, SD |
| 1042 | Email from Horton to Sherr (D533) | AVI_203181-82 | 402, 403, 802 | R, NH, HE |
| 1043 | Email from Wellis to Thompson and Lipshutz (D534) | AVI_204269-70 | 402, 403, 802 | R, NH, HE |
| 1044 | License Agreement Term Sheet (D535) | AVI_205271-85 | 402, 403, 802 | R, NH, HE |
| 1045 | Email from White to Sherr (D536) | AVI_202579 | 402, 403, 802 | R, NH, HE |
| 1046 | Email from Sherr to Witney (D537) | AVI_202601 | 402, 403, 802 | R, NH, HE |
| 1047 | Letter from Witney to Affymetrix (D538) | AVI_203548-51 | 402, 403, 802, MD | R, NH, HE, SD |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1048 | License Agreement between Affymetrix and PHRI, 1996-1997 (D539) | AVI_195717-49 | 402, 403 | R |
| 1049 | Letter from Caulfield to Chait (D540) | AVI_210571-572 | | |
| 1050 | Letter from Caulfield to Johnson (D541) | AVI_210573-578 | | |
| 1051 | Phillip McGarrigle Declaration (D542) | | | |
| 1052 | Letter from McGarrigle re AB93 Comments (D543) | | 402, 403 | R |
| 1053 | Powerpoint Presentation - Commercial IP Issues - Licensing, Prosecution and Litigation (D544) | AVI_210544-70 | 402, 403 | R |
| 1054 | Email from Nussbacher to various individuals re: PE and Illumina exclusive in zip code genotyping (D545) | AVI_97479 | 402, 403 | R |
| 1055 | Email from Caviar to various individuals re: Business Intelligence: Illumina Competitive Brief (D546) | AVI_91808 | 402, 403 | R |
| 1056 | Email from McGarrigle to Crowley re: BI today 1pm PST Whitney - Illumina launches WG expression products; Agilent intros 8-pack slides (D547) | AVI_68351-60 | 402, 403 | R |
| 1057 | Declaration of Michael Pirrung (Affy v. Synteni and Incyte) (D548) | IAFP5291-311 | 402, 403, 802 | R, NH, HE |
| 1058 | U.S. Patent Application No. 10/098203 (D549) | AVI_731-1050 | 402, 403, 802, ID, MD | R, NH, HE, SD |
| 1059 | Email from Tsang to McGarrigle re: IDS (D550) | AVI_210585-210587 | 402, 403, 802 | R, HE, NH |
| 1060 | Email from Tsang to McGarrigle re: Visit to PTO (D551) | AVI_210541 | 402, 403, 802 | R, NH, HE |
| 1061 | Email from Tsang to McGarrigle re: Trip to the PTO (D552) | AVI_210540 | 402, 403, 802 | R, NH, HE |
| 1062 | Exhibit seized during the deposition about which there is a pending motion (D553) | AVI_68483-85 | PRIV, 402, 403 | R, PI |
| 1063 | U.S. Patent Application No. 09/585659 (D554) | AVI_1341-1863 | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1064 | Office communication re: U.S. Patent App. No. 10/125,530 (D555) | | 402, 403, 802 | R, NH, HE |
| 1065 | Office communication re: U.S. Patent App. No. 10/125,428 (D556) | | 402, 403, 802 | R, NH, HE |
| 1066 | U.S. Patent Application No. 09/907196 (D557) | AVI_1051-340 | | |
| 1067 | U.S. Patent No. 6,103,463 (D558) | IAFP13118-13224 | 402, 403, 802, MD | R, NH, HE, SD |
| 1068 | Fax from Norviel to McFarlane re: schedule of conference call between Hone and Norviel and McGarrigle (D559) | PHRI7547 | 402, 403 | R |
| 1069 | Email from Kramer to Sherr re: PHRI license agreement (D560) | PHRI1579 | 402, 403, 802 | R, NH, HE |
| 1070 | Sutherland Expert Report (D561) | | 802 | NH |
| 1071 | Curriculum Vitae of John D. Sutherland (D562) | | | |
| 1072 | Sutherland Expert Report Materials Considered (D563) | | 402, 403, 802 | R, NH, HE, SU |
| 1073 | Declaration of Professor John Sutherland. EP 0 619321 (D564) | IAFP5999-6013 | 402, 403, 802 | R, NH, HE |
| 1074 | Declaration of Professor John Sutherland. EP 0 834575 (D565) | AVI_214018-23 | 402, 403, 802 | R, NH, HE |
| 1075 | Declaration of Professor John Sutherland. Japanese Patent App. No. (2-508966) (D566) | | 402, 403, 802 | R, NH, HE |
| 1076 | U.S. Patent Application No. 07/362,901 (D567) | IAFP15081-140 | 402, 403 | R |
| 1077 | Schulhof, et al. "The final deprotection step in oligonucleotide synthesis is reduced to a mild and rapid ammonia treatment by using labile base-protecting groups." (D568) | | | |
| 1078 | Hayakawa, et al. "Allylic protecting groups in solid-phase DNA synthesis." (D569) | | | |
| 1079 | Hayakawa, et al. "The Allylic Protection Method in | IAFP6036-41 | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Solid-Phase Oligonucleotide Synthesis. An Efficient Preparation of Solid-Anchored DNA Oligomers." (D570) | | | |
| 1080 | Amit, et al. "Photosensitive Protecting Groups of Amino Sugars and Their Use in Glycoside Synthesis…" (D571) | IAFP653834-39 | | |
| 1081 | Amit, et al. "Photosensitive Protecting Groups." (D572) | IAFP4376-78 | | |
| 1082 | Cama, et al. "Total Synthesis of Thienamycin Analogues 1. Synthesis of the Thienamycin Nucleus and dl-Descysteaminylthienamycin…" (D573) | | | |
| 1083 | U.S. Patent No. 4,086,254 (D574) | AVI_213912-19 | | |
| 1084 | Pillai, "Photoremovable Protecting Groups in Organic Synthesis (D575) (D575) | IAFP4748-74 | | |
| 1085 | Pillai, "Photolytic Deprotection and Activation of Functional Groups." (D576) | AVI_214037-135 | | |
| 1086 | Pease et al, "Light-generated Oligonucleotide Arrays for Rapid DNA Sequence Analysis" (D577) | IAFP4709-13 | 402, 403 | R |
| 1087 | Figures of NV, NVOC, MeROC (D578) | | 402, 403, 802 | R, NH, HE |
| 1088 | Michael Pirrung Deposition Transcript - 1/16/06 (D579) | | 402, 403, 802 | R, HE |
| 1089 | Infinium Report "Affymetrix: Not Out Of The Woods Yet" (D581) | AVI_210743-71 | | |
| 1090 | Bear Stearns Report "Affymetrix: Iniating Coverage of AFFX with an Outperform Rating and $25 Price Target" (D582) | AVI_213185-209 | | |
| 1091 | Bear Stearns Report "Illumina: Initiating Coverage of ILMN with a Peer Perform Rating and $38 Price Target" (D583) | AVI_212824-47 | | |
| 1092 | Price Chart (D585) | AVI_209017 | MP | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1093 | Affymetrix Internal Finance Package (December 31, 2005) (D586) | AVI_210396-471 | | |
| 1094 | Expert Report of Dr. Kevin Struhl; CV; Materials Considered (D587) | | 802, MD | HE, NH, SD, SU |
| 1095 | Cases as Expert Witness (D588) | | 402, 403 | R |
| 1096 | "Sandwich Assay" Figure (D589) | | 402, 403, 802, 901 | R, NH, A, HE |
| 1097 | Hand drawn figure of Infringe Claim 1 of '531 Patent (D590) | | 402, 403, 802, 901 | R, NH, A, HE |
| 1098 | Hand drawn figure of Infringe Claim 3 of '531 Patent (D591) | | 402, 403, 802, 901 | R, NH, A, HE |
| 1099 | Hand drawn figure 2 of Infringe Claim 3 of '531 Patent (D592) | | 402, 403, 802, 901 | R, NH, A, HE |
| 1100 | Biochip Array Technologies: Fabrication & Applications - Drmanac, "Sequencing by Hybridization (SBH) on Super Chips" (D593) | IAFP643753-71 | 402, 403, 802, 901 | R, NH, HE, A |
| 1101 | Hand drawn figure of Green Bead and Red Bead (D594) | | 402, 403, 802, 901 | R, NH, A, HE |
| 1102 | Hand drawn figure of Small Bead and Big Bead (D595) | | 402, 403, 802, 901 | R, NH, A, HE |
| 1103 | Hand drawn figure of Bead in Position 1 and Bead in Position 2 (D596) | | 402, 403, 802, 901 | R, NH, A, HE |
| 1104 | Hand drawn figure of Oligonucleotide coding Sequence 1 and Oligonucleotide coding Sequence 2 (D597) | | 402, 403, 802, 901 | R, NH, HE, A |
| 1105 | Tora, "A Unified nomenclature for TATA box binding protein (TBP)-associated factors (TAFs) involved in RNA polymerase II transcription" (D598) | | 402, 403, 802 | R, NH, HE |
| 1106 | Koster CV (D600) | | | |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1107 | Koster Materials Considered (D601) | | 402, 403, 802 | SU, R, NH, HE |
| 1108 | Exhibit C - Scientia Yugoslavica - Title Page and Contents (D602) | | 402, 403, 802 | R, NH, HE |
| 1109 | Markman Order (D604) | | | |
| 1110 | Markman Opinion (D605) | | | |
| 1111 | WO 89/10977(D606) | IAFP656538-68 | 402, 403, 802 | R, NH, HE |
| 1112 | Hand drawn figure (D611) | | 402, 403, 802, 901 | R, NH, HE, A |
| 1113 | U.S. Patent No. 5,143,854 (D612) | IAFP07295-7334 | | |
| 1114 | SBH and The Integration of Complementary Approaches in the Mapping, Sequencing, and Understanding of Complex Genomes (D613) | IAFP 643941-643962 | 402, 403, 802 | R, NH, HE |
| 1115 | | | | |
| 1116 | U.S. Patent No. 5,700,637 (D615) | IAFP 655740-655750 | 402, 403 | R |
| 1117 | Email from Czarnik to Chee & Stuelpnagel re T.C. having mood swings (Czarnik001) | C0007 | 402, 403, 802, NP | R, NH, HE, AV |
| 1118 | Appellant's Appendix vol 2 of 2 from Czarnik v. Illumina (Czarnik002) | | 402, 403, 802, NP | R, NH, HE, AV |
| 1119 | Illumina's Notice of Subpoena of Gene Logic (Gene Logic 1) | | 402, 403 | R |
| 1120 | Amended and Restated Agreement between Gene Logic and Affymetrix (Gene Logic 2) | AVI_199638-701 | 402, 403 | R |
| 1121 | Presentation re Affy Relationship (Gene Logic 3) | GL1-06 | 402, 403, 802, 901 | R, NH, HE, A |
| 1122 | Affy Task Force Meeting Minutes (Gene Logic 4) | GL121-22 | 402, 403, 802, 901 | R, NH, HE, A |
| 1123 | Affymetrix 2005 Negotiation Playbook (Gene Logic 5) | GL10-24 | 402, 403, 802, 901 | R, NH, HE, A |
| 1124 | Affymetrix 2006 Negotiation Playbook (Gene Logic 6) | GL34-38 | 402, 403, 802, 901 | R, NH, HE, A |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1125 | Affy Dec 14 Contract Review Meeting (Dec. 20, 2005) (Gene Logic 7) | GL75-77 | 402, 403, 802, 901 | R, NH, HE, A |
| 1126 | Afx '06 Agreement Highlights for Operations Team (Gene Logic 8) | GL79-80 | 402, 403, 802, 901 | R, NH, HE, A |
| 1127 | Gene Logic and Illumina email chain (Gene Logic 9) | IAFP611127-28 | 402, 403, 802 | R, NH, HE |
| 1128 | 1/23/04 Email to Dr. Hertz from Mr. Keser (Gene Logic 10) | GL195-201 | 402, 403, 802, 901 | R, NH, HE, A |
| 1129 | Affymetrix Counter-Statement in Response to Illumina's Motion for Summary Judgment of Invalidity of the Asserted Claims of the '432 Patent | | 402, 403 | R |
| 1130 | | | | |
| 1131 | | | | |
| 1132 | Wolf Trap Genome Sequencing Conference | IAFP597889-95 | 402, 403, 802, 901, MD, ID | R, NH, HE, A, SD |
| 1133 | | | | |
| 1134 | Jacobson letter to Crkvenjakov | IAFP598050-53 | 402, 403, 802, 901, MD | R, HE, NH, A, SD |
| 1135 | | | | |
| 1136 | US Patent 5,541,061 | AVI_38905-23 | 402, 403 | R |
| 1137 | US Patent 5,639,603 | IAFP653700-653732 | 402, 403 | R |
| 1138 | | | | |
| 1139 | US Patent 4,046,750 | IAFP65028-36 | 402, 403 | R |
| 1140 | Declaration of Dr. Hubert Koster in Support of Affymetrix's Statement of Disputed Material Facts in Response to Illumina's Motion for Summary Judgment of Invalidity of the Asserted Claims of the '432 Patent | | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1141 | Affymetrix Counter-Statement in Response to Illumina's Motion for Summary Judgment of Unenforceability of the '243 Patent | | 402, 403 | R |
| 1142 | Civil Docket for Case # 1:98-cv-00006 | | | |
| 1143 | Form 10-K405 (filed 3/31/1999) | AVI_47571-650 | | |
| 1144 | Form 10-K405 (filed 3/30/2001) | AVI_119639-733 | | |
| 1145 | Civil Docket for Case # 1:98-cv-00520 | | | |
| 1146 | Civil Docket for Case # 3:98-cv-4507 | | | |
| 1147 | Civil Docket for Case # 3:98-cv-4508 | | | |
| 1148 | | | | |
| 1149 | McGarrigle Statement re Fodor Application | IAFP2185-89 | 402, 403, MD | R, SD |
| 1150 | Liebeschuetz Submission re Pirrung Application | IAFP19344-47 | 402, 403 | R |
| 1151 | Liebeschuetz Amendments to Notice of Allowance re Fodor Application | IAFP18515-17 | 402, 403 | R |
| 1152 | Information Disclosure Statement | IAFP17999-8000 | 402, 403 | R |
| 1153 | Initial Disclosure of Prior Art Pusuant to 16-7 | IAFP17960-74 | 105, 402, 403 | AI, R |
| 1154 | | | | |
| 1155 | Pirrung Document (Ex. P to '243 Summary Judgment Memorandum) | | 402, 403, 802 | R, NH, HE |
| 1156 | Amendment and Response re Fodor Application | IAFP18446-50 | 402, 403 | R |
| 1157 | News Release: Affymetrix Provides Update on Litigation Against Incyte | | NP, ID | AV |
| 1158 | Letter from Collier to Gross re licensing files, manufacturing yiled/capacity issue and McCarrigle deposition date | | 402, 403, 802, 901 | R. NH, HE, A |
| 1159 | Letter from Gross to Collier re licensing files, Illumina's production of licenses, Affymetrix | | 402, 403, 802, 901 | R. NH, HE, A |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | internal documents, proposed meeting and McCarrigle deposition date | | | |
| 1160 | Argonne document [Format 3 SBH Super Chip] | ARG986-1036, 1038 | 402, 403, 802, MD | R, NH, HE, SD |
| 1161 | D. Barker et al. "Self-Assembled Random Arrays" | IAFP532343-53 | | |
| 1162 | D. Barker's ILMN presentation on GT & GEX showing beadchip and well formation | IAFP546077-6108 | 402, 403, 802 | R, NH, HE |
| 1163 | | | | |
| 1164 | Restriction Requirement - Chee Application | IAFP346-49 | 402, 403 | R |
| 1165 | Response to Restriction Requirement - Chee Application | IAFP345-55 | 402, 403 | R |
| 1166 | Supplemental Amendment - Chee Application | IAFP494-508 | 402, 403 | R |
| 1167 | Petition to Correct Inventorship - Chee Application | IAFP598-99 | 402, 403 | R |
| 1168 | Form 10-K - Illumina Inc (3/6/2006) | | | |
| 1169 | Securities and exchange Commission Form 10-K - Illumina Inc | IAFP20791-803 | | |
| 1170 | | | | |
| 1171 | | | | |
| 1172 | Stuelpnagel Declaration | | ID, 105 | AI |
| 1173 | Illumina: Atlas Development Phase Design Verification Testing Peer Technology Review Pre-read | IAFP590053-107 | | |
| 1174 | SEC Form 10-K - Affymetrix - Annual Report for fiscal year ended 12/31/05 | AVI_213606 | | |
| 1175 | Form 8-K - Affymetrix filed 10/22/2003 | AVI_126397-407 | MP | R |
| 1176 | US SEC Form 10-K - Affymetrix - Annual Report | AVI_48118-20 | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | for fiscal year ended 12/31/2002 | | | |
| 1177 | Market Assessment | IAFP541086-87 | 402, 403, MP | R |
| 1178 | Illumina Catalog List 2005 | IAFP11913-15 | MP | R |
| 1179 | Competitor Overview - Q3, '04 | AVI_65550-52 | 402, 403 | R |
| 1180 | Illumina Product Technology claim Chart | AVI_55313-14 | ID, 105, 402, 403 | AI, R |
| 1181 | Email from Cowden to Raimond re: Proof is in publication | AVI_57962-63 | 402, 403 | R |
| 1182 | Email from Fergus re: ILMN earnings - details | AVI_58733-36 | 402, 403 | R |
| 1183 | US SEC Form 10-K - Illumina | | ID | |
| 1184 | | | | |
| 1185 | Email from Fergus re: MS Consortium - Duke Members | AVI_58376-80 | 402, 403, 802 | R, NH, HE |
| 1186 | Commercial Monthly Report - June 2004 | AVI_84588-49 | 402, 403, 802 | R, NH, HE |
| 1187 | Chart of Illumina's purchases | AVI_82349 | 402, 403, 802, ID | R, NH, HE |
| 1188 | Email from Raimond re: Parallel pricing | AVI_092039-092045 | 402, 403, 802 | R, NH, HE |
| 1189 | CIDR Meeting notes from Jan. 30, 2002 & Follow-up Affy internal meeting from Feb. 4, 2003 | AVI_62268-73 | 402, 403, 802 | R, NH, HE |
| 1190 | Email from Fergus re: FWD: Illumina | AVI_55929 | 402, 403, 802 | R, NH, HE |
| 1191 | Email from Raimond re: holding off ILMN - HELP | AVI_53898 | 402, 403, 802 | R, NH, HE |
| 1192 | Email from Lankard to Siegel re: SR's | AVI_82089 | 402, 403, 802, ID, MP | R, NH, HE |
| 1193 | | | | |
| 1194 | Illumina Competitive Meeting - Feb. 3 | AVI_55289-90 | 402, 403 | R |
| 1195 | | | | |
| 1196 | Email from Orpin re: NIH award | IAFP602431-32 | 402, 403, 802 | R, NH, HE |
| 1197 | Affymetrix Guidance Announcement | | ID, NP | AV |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1198 | Email from Yap re: Illumina 100K SR | AVI_63653-54 | 402, 403, 802 | R, NH, HE |
| 1199 | Illumina News Release - Illumina Initiates Shipment of Whole-Genome Genotyping Beadchips | IAFP496718-6720 | 402, 403, 802 | R, NH, HE |
| 1200 | Affymetrix Market Perform (3/7/2006) | IAFP6455432-5437 | 402, 403, 802 | R, NH, HE |
| 1201 | Email from Raimond re: Parallele Press Release is Out | AVI_57995- 97 | 402, 403 | R |
| 1202 | Illumina News Release - Illumina Reports Financial Results for 3rd Quarter 2005 | | ID, NP | AV |
| 1203 | | | | |
| 1204 | | | | |
| 1205 | Game Time - Affymetrix Negotiation Playbook | GL 34 | 402, 403, 802, 901 | R, NH, HE, A |
| 1206 | Game Time - Affymetrix Negotiation Playbook | GL 37 | 402, 403, 802, 901 | R, NH, HE, A |
| 1207 | | | | |
| 1208 | Email from Lankard re: the comp- Joe Gray talking with Illumina | AVI 056451-53 | 402, 403, 802 | R, NH, HE |
| 1209 | BI Advisory Board - January 2004 | AVI_65133-37 | 402, 403 | R |
| 1210 | Email from Kain re: Axon contact | IAFP535717-19 | 402, 403, 802 | R, NH, HE |
| 1211 | Discussion Materials for the Scanner Project, 2/2005 | IAFP535227-31 | 402, 403, 802 | R, NH, HE |
| 1212 | | | | |
| 1213 | Andrew Rosenthal, <u>Bush Encounters the Supermarket, Amazed</u>, N.Y. Times, Feb. 5, 1992, at A1 | IAFP644440-42 | 402, 403, 802 | R, HE, NH |
| 1214 | April 1978 MAD Magazine | IAFP643791-830 | 402, 403, 802 | R, HE, NH |
| 1215 | *Bars in the Lab: Two New Technologies Join Forces*, Bar Code News, March/April 1983 | IAFP644436-39 | 402, 403, 802 | R, HE, NH |
| 1216 | Benjamin Nelson, <u>Punched Cards to Bar Codes</u> 55 (Helmers Publishing 1997) | Not Produced (Excerpts Included) | ID, NP, 402, 403, 802 | AV, R, HE, NH |

76

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1217 | Bruce Smith, *Bar Code: The Data Entry Alternative*, Bar Code News, March 1982, at 1-2 | IAFP644434-35 | 402, 403, 802 | R, HE, NH |
| 1218 | | | | |
| 1219 | Craig K Harmon & Russ Adams, R., <u>Reading Between the Lines</u> 197-205 (North American Technology, Inc. 1984) | Not Produced (Excerpts Included) | ID, NP, 402, 403, 802 | AV, R, HE, NH |
| 1220 | | | | |
| 1221 | | | | |
| 1222 | | | | |
| 1223 | | | | |
| 1224 | | | | |
| 1225 | | | | |
| 1226 | | | | |
| 1227 | U.S. Patent No. 5,358,691 (Clark) | | NP, 402, 403 | R, AV |
| 1228 | Adams CV | | 402, 403, 802 | R, NH, HE |
| 1229 | MPEP | | NP, 402, 403, ID, MD | AV, R, SD |
| 1230 | 37 CFR s1.1-1.318 | | NP, 402, 403, ID, MD | AV, R, SD |
| 1231 | US 2,612,994 (Woodland) | | 402, 403, NP | R, AV |
| 1232 | Human Genome Conference Agenda, San Diego, 1990 | IAFP 598078-080 | 402, 403, 802 | R, HE, NH |
| 1233 | "Help Needed at Central Supply, STAT: Bar Codes Ease Growing Pains," March/April 1983, Bar Code News | | NP, ID | AV |
| 1234 | "Sterile Bar Codes: Guiding Production for a Medical Manufacturer," March/April 1983, Bar Code News | | NP, ID | AV |
| 1235 | "Upgrading Blood Banks: Checking Out The | | NP, ID | AV |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Library," March/April 1983, Bar Code News | | | |
| 1236 | "Health Industry Moves Quickly to Adopt Uniform Bar Coding," Sept/Oct 1983, Bar Code News | | NP, ID | AV |
| 1237 | Sept/Oct 1983, Bar Code News 55 | | NP, ID | AV |
| 1238 | "Health Industry Bar Code (HIBC) Task Force Publishes Final Recommendations," Nov/Dec 1983, Bar Code News | | NP, ID | AV |
| 1239 | "Prescription For Hospital Fixed Assets Management," July/August 1984, Bar Code News | | NP, ID | AV |
| 1240 | "New Standards: Bar Code Markings For Healthcare," July/August 1984, Bar Code News | | NP, ID | AV |
| 1241 | "How To Cure Medical Supply Chaos," July/August 1984, Bar Code News | | NP, ID | AV |
| 1242 | "Health Care Bar Codes: Description or Identifiers," March/April 1985, Bar Code News | | NP, ID | AV |
| 1243 | "The Bees' Knees in Bar Code," October 1988, ID Systems 21-26 | | NP, ID | AV |
| 1244 | | | | |
| 1245 | | | | |
| 1246 | | | | |
| 1247 | | | | |
| 1248 | U.S. Patent No. 5,281,540 (Merkh) | IAFP659442-9473 | 402, 403 | R |
| 1249 | U.S. Patent No. 5,348,855 (Dattagupta et al.) | IAFP 653471-653489 | 402, 403 | R |
| 1250 | | | | |
| 1251 | U.S. Patent No. 5, 543,061 (Baskis) | IAFP 655705-655723 | 402, 403 | R |
| 1252 | | | | |
| 1253 | | | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1254 | | | | |
| 1255 | | | | |
| 1256 | | | | |
| 1257 | | | | |
| 1258 | Prosecution Histories of U.S. Application No.09/585,659 (Fodor), 5/15/2001 Office Action | IAFP 1100-10 | 402, 403, 802 | R, NH, HE |
| 1259 | Prosecution Histories of U.S. Application No.09/585,659 (Fodor), 9/17/2001 Office Action | IAFP 1143-56 | 402, 403, 802 | R, NH, HE |
| 1260 | Prosecution Histories of U.S. Application No. 09/907,196 (Besemer), 1/16/2002 Amendment | IAFP 1503-14 | 402, 403, 802 | R, NH, HE |
| 1261 | Prosecution Histories of U.S. Application No.10/125,428 (Fodor), 2/14/05 Office Action Summary | IAFP 648134-46 | 402, 403, 802 | R, NH, HE |
| 1262 | | | | |
| 1263 | | | | |
| 1264 | | | | |
| 1265 | | | | |
| 1266 | | | | |
| 1267 | | | | |
| 1268 | | | | |
| 1269 | | | | |
| 1270 | | | | |
| 1271 | | | | |
| 1272 | | | | |
| 1273 | | | | |
| 1274 | | | | |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1275 | Drmanac et al. Laboratory Methods, Reliable Hybridization of Oligonucleotides as Short as Six Nucleotides. DNA and Cell Biology 1990;9 | IAFP 595861-68 | 402, 403, 802 | R, NH, HE |
| 1276 | Drmanac et al. SBH and the Integration of Complementary Approaches in the Mapping, Sequencing, and Understanding of Complex Genomes," In Lim, H. and Fickett, J. W., Cantor, C.R. and Robbins, R.J., editors, The 2nd International Conference on Bioinformatics, Supercomputing and Complex Genome Analysis, Singapore, World Scientific 1992:121-134 | IAFP 596030-43 | 402, 403, 802 | R, NH, HE |
| 1277 | | | | |
| 1278 | | | | |
| 1279 | | | | |
| 1280 | Hiraoka et al. The NDA3 Gene of Fission Yeast Encodes B-Tubulin: A Cold-Sensitive nda3 Mutation Reversibly Blocks Spindle Formation and Chromosome Movement in Mitosis. Cell 1984;39:349-358 | IAFP 654774-654783 | 402, 403, 802 | R, NH, HE |
| 1281 | Hiraoka et al. The use of charge-coupled device for quantitative optical microscopy of biological structures. Science 1987;238:36-41 | IAFP 653981-653988 | 402, 403, 802 | R, NH, HE |
| 1282 | Hiraoka et al. The use of a charge-coupled device for quantitative optical microscopy of biological structures. Abstract from PubMed 1987 | IAFP 654348 | 402, 403, 802 | R, NH, HE |
| 1283 | Khrapko et al. An oligonucleotide hybridization approach to DNA sequencing. FEBS Lett 1989;256:118-122 | IAFP 654603-654607 | 402, 403, 802 | R, NH, HE |
| 1284 | Lysov YP, Florentev VL, Khorlin AA, Khrapko KR, Shik VV, Mirzabekov AD. A new method for determining the DNA nucleotide sequence by hybridization with oligonucleotides. Dokl Biochem | IAFP 654733-654735 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | 1989; 436-8 (Russian original Dolk Biochem 1988;303: 355-452) | | | |
| 1285 | Shitara et al.  Advantage of cocktail-use of two anti-tumor monoclonal antibodies, KM-93 and KM-231, in serum diagnosis of cancer.  Anticancer Res. 1989;9:999-1004 | IAFP 654969-654974 | 402, 403, 802 | R, NH, HE |
| 1286 | | | | |
| 1287 | "Affymetrix and Hyseq Settle All Patent Litigation" Affymetrix News Release - 10/25/01 | IAFP 656342-656344 | 402, 403 | R |
| 1288 | All Cited Documents from Affymetrix's Supplemental Response to Illumina's First Set of Interrogatories No. 8 (*Affymetrix v. Illumina*, Inc. C.A. No. 04-901) | | ID, MD | SD |
| 1289 | Affymetrix Counter-Statement in Response to Illumina's Motion for Summary Judgment of Invalidity of the Asserted Claims of the '531 Patent (*Affymetrix v. Illumina*, Inc. C.A. No. 04-901) | | 402, 403 | R |
| 1290 | Declaration of Robin A. Felder, Ph.D. In Support of the Opposition of Affymetrix, Inc.'s Motion for Summary Judgment of Invalidity of the Asserted Claims of the '531 Patent (*Affymetrix v. Illumina*, Inc. C.A. No. 04-901) | | 402, 403, 802 | R, NH, HE |
| 1291 | Docket from *Affymetrix v. Hyseq, Inc.* 99-cv-21163 (NDCA) | IAFP 657710-41 | | |
| 1292 | Docket from *Affymetrix v. Synteni, Inc. et al.* 99-cv-21164 (NDCA) | IAFP 657742-825 | | |
| 1293 | Opposition by Synteni and Incyte to Motion to Strike and Dismiss Certain Allegations of Inequitable Conduct (*Affymetrix v. Synteni, Inc. et al.* 99-cv-21164 (NDCA)) | IAFP 657458-86 | 402, 403, 802 | R, NH, HE |
| 1294 | Order Construing Claims of U.S. Patents Nos. 5,445,934; 5,744,305; 5,800,992; and 5,795,716 | AFF-HYS017028-57 | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | (*Affymetrix v. Syteni, Inc. et al.* 99-cv-21164 (NDCA)) | | | |
| 1295 | ARG 000986-1036 | | 402, 403, 802, 901 | R, NH, HE, A |
| 1296 | | | | |
| 1297 | | | | |
| 1298 | *OGT v. Affymetrix* | IAFP6607-27 | 802, 402, 403, MD, ID | NH, HE, R, SD |
| 1299 | | | | |
| 1300 | DOE Final Technical Progress Report | IAFP572351-68 | 402, 403, 802, 901 | R, NH, HE, A |
| 1301 | | | | |
| 1302 | Letter relating to File #26 (May 7,1990) | AVI_201301-14 | 402, ID, 403, MD | R, SD |
| 1303 | | | | |
| 1304 | | | | |
| 1305 | | | | |
| 1306 | Billing Records (Dec. 5, 1990) | AVI_134228-29 | | |
| 1307 | | | | |
| 1308 | | | | |
| 1309 | Request for Inference Against '531 | ARG0001192-96 | 402, 403, 802 | R, NH, HE |
| 1310 | | | | |
| 1311 | '243 Information Disclosure Statement | IAFP2228, IAFP2232 | 402, 403, MP | R |
| 1312 | '432 Information Disclosure Statement | IAFP1123, IAFP1127 | 402, 403, MP | R |
| 1313 | Prosecution Histories of U.S. Application No.09/585,659 (Fodor) | IAFP 710-1240 | 402, 403 | R |
| 1314 | Prosecution Histories of U.S. Application No.10/125,428 (Fodor), 2/14/05 Office Action Summary | IAFP 648134-146 | 402, 403, 802 | R, NH, HE |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1315 | Prosecution Histories of U.S. Application No.10/125,428 (Fodor), 3/31/06 Office Action (Rejection) | DX 556 | 402, 403, 802 | R, NH, HE |
| 1316 | Prosecution Histories of U.S. Application No.10/125,530 (Fodor), 5/19/04 Office Action Summary | IAFP 651859-651867 | 402, 403, 802 | R, NH, HE |
| 1317 | | | | |
| 1318 | Prosecution Histories of U.S. Application No.10/125,530 (Fodor), 3/24/06 Office Action Summary | DX 555 | 402, 403, 802 | R, NH, HE |
| 1319 | Phimister B.  Going global.  Nature Genet 1999;21:1 | IAFP 654808 | 402, 403, 802 | R, NH, HE |
| 1320 | Bauman JG, Wiegant J, Borst P, van Duijn P.  A new method for fluorescence microscopical localization of specific DNA sequences by in situ hybridization of fluorochrome labelled RNA.  Exp Cell Res 1980;128:485-90 | IAFP 653863-653868 | 402, 403, 802 | R, NH, HE |
| 1321 | Smith LM, Fung S, Hunkapiller MW, Hunkapiller TJ, Hood LE.  The synthesis of oligonucleotides containing an aliphatic amino group at the 5' terminus: synthesis of fluorescent DNA primers for use in DNA sequence analysis.  Nucleic Acids Res 1985;13:2399-2412 | IAFP 654989-655002 | 402, 403, 802 | R, NH, HE |
| 1322 | Haralambidis J, Chai M, Tregear GW.  Preparation of base-modified nucleosides suitable for non-radioactive label attachment and their incorporation into synthetic oligodeoxyribonucleotides.  Nucleic Acids Res 1987;15:4857-76 | IAFP 654313-654332 | 402, 403, 802 | R, NH, HE |
| 1323 | Rost FWD.  Quantitative fluorescence microscopy. Cambridge:Cambridge University Press, chapters 15 and 16, 1991 | IAFP 654899-654917 IAFP 654918-654934 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1324 | Shack RV, Bartels PH, Buchroeder RA, Shoemaker RL, Hillman DW, Vukobratovich D. Design for a fast fluorescent laser scanning microscope. Anal Quant Cytol Histol 1987;9:509-20 | IAFP 654957-654968 | 402, 403, 802 | R, NH, HE |
| 1325 | Marinkovich VA. In vitro method for determining allergic hypersensitivity. United States Patent 1977: 4,031,197 | IAFP 655119-655126 | 402, 403, 802 | R, NH, HE |
| 1326 | Wang SP, Grayston JT. Immunologic relationship between genital TRIC, lymphogranuloma venereum, and related organisms in a new microtiter indirect immunofluorescence test. Am J Ophthalmol 1970; 70:367-74 | IAFP 656331-656338 | 402, 403, 802 | R, NH, HE |
| 1327 | Pace SJ. Integrated array of electrochemical sensors. United States Patent 1980:4 225 410 | IAFP 656037-656053 | 402, 403, 802 | R, NH, HE |
| 1328 | Gergen JP, Stern RH, Wesink PC. Filter replicas and permanent collections of recombinant DNA plasmids. Nucleic Acids Res 1979;7:2115-36 | IAFP 654237-654258 | 402, 403, 802 | R, NH, HE |
| 1329 | Dattagupta N, Raben DU, Huguenal ED. Rapid detection of nucleic acid sequences in a sample by labeling the sample. European Patent 1987:235 726 | IAFP 654087-654115 | 402, 403, 802 | R, NH, HE |
| 1330 | Augenlicht L. Method for detecting pathological conditions. United States Patent 1991: 4 981 783 | IAFP 655387-655403 | 402, 403, 802 | R, NH, HE |
| 1331 | Wolf SF, Haines L, Fisch J, Kremsky JN, Dougherty JP, Jacobs K. Rapid hybridization kinetics of DNA attached to submicron latex particles. Nucleic Acids Res 1987;15:2911-26 | IAFP 657442-657457 | 402, 403, 802 | R, NH, HE |
| 1332 | Jablonski E, De Luca M. Immobilization of bacterial luciferase and FMN reductase on glass rods. PNAS 1976;73:3848-51 | IAFP 654363-654366 | 402, 403, 802 | R, NH, HE |
| 1333 | Scillian JJ, McHugh TM, Busch MP, Tam M, Fulwyler MJ, Chien DY et al. Early detection of antibodies against rDNA-produced HIV proteins | IAFP 654949-654956 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | with a flow cytometric assay.  Blood  1989;73:2041-8 | | | |
| 1334 | Streefkerk JG, Kors N, Boden D.  Principle of a reaction for simultaneosus detection of various antibodies using coloured antigen-coupled agarose beads.  Protides Biol Fluids 1976; 24:811-4 | IAFP 655032-655035 | 402, 403, 802 | R, NH, HE |
| 1335 | Schick LA, Carpenter SK.  Specific binding-adsorbent assay method and test means.  United States Patent 1979:4 145 406 | IAFP 655136-65552 | 402, 403, 802 | R, NH, HE |
| 1336 | Gingeras TR, Ghosh SS, Davis GR, Kwoh DY, Musso GF.  Nucleic acid probe assay methods and compositions.  WIPO WO 88/01302 | IAFP 656422-656477 | 402, 403, 802 | R, NH, HE |
| 1337 | Kwoh DY, Davis GR, Whitfield KM, Chappelle HL, DiMichele LJ, Gingeras TR.  Transcription-based amplification system and detection of amplified human immunodeficiency virus type 1 with a bead-based sandwich hybridization format.  PNAS 1989;86:1173-7 | IAFP 654651-654655 | 402, 403, 802 | R, NH, HE |
| 1338 | Rembaum A, Gupta A, Volksen W.  Cross-linked polyvinyl pyridine coated glass particle catalyst support and aqueous composition or polyvinyl pyridine adducted microspheres.  United States Patent 1981:4 259 223 | IAFP 656054-656061 | 402, 403, 802 | R, NH, HE |
| 1339 | | | | |
| 1340 | Southern E, Maskos U.  Support-bound oligonucleotides.  United States Patent 1995:5 436 327 | IAFP 655685-655690 | 402, 403, 802 | R, NH, HE |
| 1341 | Khorana, H.G. et al., "A New Approach to the Synthesis of Polynucelotides," Chemistry and Industry, 1523 (1956) | IAFP 654602 | 402, 403, 802 | R, NH, HE |
| 1342 | Britten RJ.  Complementary strand association between nucleic acids and nucleic acid gels  Science | IAFP 653961-63 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | 1963;142:963-5 | | | |
| 1343 | Gilham PT. Immobilized polynucleotides and nucleic acids. Adv Exp Med Biol 1974;42:173-85 | IAFP 654275-87 | 402, 403, 802 | R, NH, HE |
| 1344 | Rembaum A. Polyglutaraldehyde synthesis and protein bonding trates. United States Patent 1977:4 046 750 | IAFP 656028-36 | 402, 403, 802 | R, NH, HE |
| 1345 | Dattagupta N, Crothers DM. Coupling of nucleic acids to solid support by photochemical methods. United States Patent 1977:4 542 102 | IAFP 655182-87 | 402, 403, 802 | R, NH, HE |
| 1346 | Kremsky JN, Wooters JL, Dougherty JP, Meyers RE, Collins M, Brown EL. Immobilization of DNA via oligonucleotides containing an aldehyde or carboxylic acid group at the 5' terminus Nucleic Acids Res 1987;15:2891-909 | IAFP 654632-50 | 402, 403, 802 | R, NH, HE |
| 1347 | Hultman T, Stahl S, Homes E, Uhlén M Direct solid phase sequencing of genomic and plasmid DNA using magnetic beads as solid support. Nucleic Acids Res. 1989;17:4937-45 | IAFP 654349-58 | 402, 403, 802 | R, NH, HE |
| 1348 | Wahlberg J, Lundeberg J, Hultman T, Holmberg M, Uhlén M. Rapid detection and sequencing of specific in vitro amplified DNA sequences using solid phase methods. Molecular and Cellular Probes 1990;4:285-297 | IAFP 656303-15 | 402, 403, 802 | R, NH, HE |
| 1349 | http://marketing.appliedbiosystems.com (*see* 25 years heritage timeline) | IAFP 656351-58 | 402, 403, 802, 701 | R, HE, NH, O |
| 1350 | | | | |
| 1351 | Arnold LJ Jr. Oligonucleotide polymeric support system. WIPO 1985:WO 85/01051 | IAFP 656372-421 | 402, 403, 802 | R, NH, HE |
| 1352 | Beattie KL, Logsdon NJ, Anderson RS et al. Biotechnol and Appl Biochem 1988;10:510-21 | IAFP 653869-80 | 402, 403, 802 | R, NH, HE |
| 1353 | Maiolini R, Bagrel A, Chavance C, Krebs B, | IAFP 654736-40 | 402, 403, 802 | R, NH, HE |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Herbeth B, Masseyeff R.  Study of an enzyme immunoassay kit for carcinoembryonic antigen.  Clin Chem  1980;26:1718-22 | | | |
| 1354 | Gundersen SG,  Haagensen I,  Jonassen TO, Figenschau KJ, de Jonge N, Deelder AM.  Magnetic bead antigen capture enzyme-linked immunoassay in microtitre trays for rapid detection of schistosomal circulating anodic antigen.  J Immunol Methods 1992;148:1-8 | IAFP 654305-12 | 402, 403, 802 | R, NH, HE |
| 1355 | Inouye S, Hondo R.  Microplate hybidization of amplified viral DNA segment.  J Clin Microbiol 1990;28:1469-72 | IAFP 654359-62 | 402, 403, 802 | R, NH, HE |
| 1356 | Soini EJ.  Biospecific multianalyte assay method. United States Patent 1991:5 028 545 | IAFP 655413-18 | 402, 403 | R |
| 1357 | "Affymetrix infringed Ed Southern's microarray patent" Biotech News, 2000 | IAFP 653831-33; IAFP 656346-49 | 402, 403, 802, MD | R, NH, HE, SD |
| 1358 | | | | |
| 1359 | Rembaum A.  Polyglutaraldehyde synthesis and protein bonding substrates.  United States Patent 1981:4 267 234 | IAFP 656062-77 | 402, 403 | R |
| 1360 | de Jaeger et al.  Immunoassay using colorable latex particles.  United States Patent  1989:4 837 168 | IAFP 656093-106 | 402, 403 | R |
| 1361 | www.luminex.com | IAFP 656360 | 402, 403, 802 | R, NH, HE |
| 1362 | Michael KL, Taylor LC, Schultz SL, Walt DR. Randomly ordered addressable high-density optical sensor arrays.  Anal Chem. 1998;70:1242-8 | IAFP 654759-65 | 402, 403, 802 | R, NH, HE |
| 1363 | www.illumina.com | IAFP 656359 | 402, 403, 802 | R, NH, HE |
| 1364 | www.affymetrix.com/technology/chemistry.affx | IAFP 656345 | 402, 403 | R |
| 1365 | Larin Z, Fricker MD, Mayer E, Ishikawa-Brush Y, Southern EM.  Fluorescence in situ hybridization of | IAFP 654656-59 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | multiple probes on a single microscope slide. Nucleic Acids Res 1994;22:3689-92 | | | |
| 1366 | Chang TW. Immunoassay device enclosing matrixes of antibody spots for cell determinations. United States Patent 1989:4,829,010 | IAFP 656087-92 | 402, 403 | R |
| 1367 | Chetverin AB, Kramer FR. Novel oligonucleotide arrays and their use for sorting, isolating, sequencing, and manipulating nucleic acids. WIPO 1993:WO 93/17126 | IAFP 656773-76 | 402, 403, 802 | R, NH, HE |
| 1368 | Dandliker WB, Barr HS, Katzenstein HS, Watson KR. Fluorometer. United States Patent 1989:4 877 965 | IAFP 655308-30 | 402, 403, 802 | R, NH, HE |
| 1369 | Glazer AN, Peck K, Mathies RA. A stable double-stranded DNA-ethidium homodimer complex: application to picogram fluorescence detection of DNA in agarose gels. Proc Natl Acad Sci U S A. 1990;87:3851-5; Mathies at 50:1-8 | IAFP 655027-31 | 402, 403, 802 | R, NH, HE |
| 1370 | Caldwell KD, Chu T-J, Pitt; WG. DNA sequencing using fluorescence background electroblotting membrane. United States Patent 1992:5,112,736 | IAFP 653421-33 | 402, 403 | R |
| 1371 | Hiraoka Y, Sedat JW, Agard DA. The use of a charge-coupled device for quantitative optical microscopy with biological structures. Science 1987;238:36 | IAFP 653981-88 | 402, 403, 802 | R, NH, HE |
| 1372 | Arndt-Jovin DJ, Robert-Nicoud M, Baurschmidt P, Jovin TM. Immunofluorescence localization of Z-DNA in chromosomes: quantitation by scanning microphotometry and computer-assisted image analysis. J Cell Biol. 1985;101:1422-33 | IAFP 653840-51 | 402, 403, 802 | R, NH, HE |
| 1373 | Ploem JS. New instrumentation for sensitive image analysis of fluorescence in cells and tissues. In: Applications of fluorescence in the biomedical sciences, Eds Taylor DL, Wagoner AS, Lanni F, | IAFP 654809-20 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Murphy RF, Birge RR. New York:AR Liss, 1986: 289-300 | | | |
| 1374 | Toda T, Yamamoto M, Yanagida M. Sequential alterations in the nuclear chromatin region during mitosis of the fission yeast Schizosaccharomyces pombe: video fluorescence microscopy of synchronously growing wild-type and cold-sensitive cdc mutants by using a DNA-binding fluorescent probe. J Cell Sci. 1981; 52:271-87 | IAFP 655069-86 | 402, 403, 802 | R, NH, HE |
| 1375 | Bright GR, Taylor DL. Imaging at low light level in fluorescence microscopy. Applications of fluorescence in the biomedical sciences, Eds Taylor DL, Wagoner AS, Lanni F, Murphy RF, Birge RR. New York:AR Liss, 1986: 257-88 | IAFP 653929-60 | 402, 403, 802 | R, NH, HE |
| 1376 | Barrows GH, Sisken JE, Allegra JC, Grasch SD. Measurement of fluorescence using digital integration of video images. J Histochem Cytochem 1984;32:741-6 | IAFP 653857-62 | 402, 403, 802 | R, NH, HE |
| 1377 | | | | |
| 1378 | | | | |
| 1379 | | | | |
| 1380 | | | | |
| 1381 | "Cold Spring Harbor Laboratory's Genome Mapping and Sequencing Conference Abstracts (May 1990), Dramanac "Towards Genome DNA Sequerncing Chiop Based on Oligonucleotide Hybridization." | IAFP 598193-331, IAFP598240 | 402, 403, 802, 901, MD | A, R, NH, HE, SD |
| 1382 | Crkvenjakov & Drmanac, An Integral Approach for Complex Genome Studies (October 1990) | IAFP 598768-822 | 402, 403, 802, 901 | A, R, NH, HE |
| 1383 | | | | |
| 1384 | Crkvenjakov R, Drmanac R. Sequencing of Megabse Plus DNA by Hybridization: Method | IAFP 595888-905 | 402, 403, 802, 901 | A, R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Development. Final Technical Progress Report October 1990 | | | |
| 1385 | U.S. Patent No. 5,219,763 ('763 Patent) | IAFP 13321-30 | 402, 403 | R |
| 1386 | Great Britain Patent 1 561 042 ('042 Patent) | IAFP 13280-13284 | 402, 403 | R |
| 1387 | | | | |
| 1388 | | | | |
| 1389 | Kricka CV | | | |
| 1390 | Exhibit C of Kricka Report: '243 & '432 Patent Family Histories | | 402, 403, 802, 901 | R, NH, HE, SU, A |
| 1391 | Exhibit E of Kricka Report: Drmanac & Crkvenjakov References Reviewed | | 402, 403 | R |
| 1392 | Exhibit D of Kricka Report: Drmanac & Crkvenjakov Timeline | | 402, 403, 802, 901 | R, NH, HE, A |
| 1393 | Exhibit G of Kricka Report: '432 Priority Chart | | 402, 403, 802 | R, NH, HE |
| 1394 | www.allbusiness.com/periodicals/article/685594-1.html | IAFP656346-49 | 402, 403, 802, 901 | R, NH, HE, A |
| 1395 | www.schleicher-schuell.com | | NP, ID | AV |
| 1396 | www.nuncbrand.com | IAFP656361 | 402, 403, 802, 901 | R, NH, HE, A |
| 1397 | http://www.zeiss.com/lsm | IAFP656363 | 402, 403, 802, 901 | R, NH, HE, A |
| 1398 | http://www.appliedbiosystems.com/about/presskit/pdfs/evolution_revolution.pdf | IAFP656350 | 402, 403, 802, 901 | R, NH, HE, A |
| 1399 | Final Judgment from Affymetrix v. Synteni, Inc. et al. 99-21111 JF (NDCA) | IAFP657864-71 | 402, 403, 802 | R, NH, HE |
| 1400 | Docket from Affymetrix v. Hyseq, Inc. 99-cv-21163 (NDCA) | IAFP657710-41 | | |
| 1401 | Docket from Affymetrix v. Synteni, Inc. et al. 99-cv-21164 (NDCA) | IAFP657742-825 | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1402 | Opposition by Synteni and Incyte to Motion to Strike and Dismiss Certain Allegations of Inequitable Conduct | IAFP657458-86 | 402, 403, 802 | R, NH, HE |
| 1403 | Joint Claim Construction Statement Pursuant to Local Rule 16-11b from Affymetrix v. Synteni, Inc. et al. 99-cv-21164 (NDCA) | | 402, 403, ID, NP | R, AV |
| 1404 | Affymetrix Lab Notebook #19 (Power) | AVI_075820-74 | | |
| 1405 | U.S. Patent No. 6,023,540 (Walt and Michael) | IAFP659512-28 | 402, 403 | R |
| 1406 | Southern et al., *Analyzing and comparing nucleic acid sequences by hybridization to arrays of oligonucleotides: evaluation using experimental models,* Genomics, v. 13 pp. 1008-1017 (1992) | IAFP 13231-39 | 402, 403, 802 | R, NH, HE |
| 1407 | Wang et al., *Large-scaled identification, mapping, and genotyping of single-nucleotide polymorphisms in the human genome,* Science, v. 280, pp. 1077-1082 (1998) | AVI_3362-3367 | | |
| 1408 | Pastinen, T., et al., *Minisequencing: a specific tool for DNA analysis and diagnostics on oligonucleotide arrays,* Genome Res., v. 7, pp. 606-614 (1997) | IAFP 595602-10 | 402, 403, 802 | R, NH, HE |
| 1409 | GoldenGate Assay Workflow | IAFP 590683-84 | | |
| 1410 | U.S. Patent No. 6,355,431 | | 402, 403, NP | R, AV |
| 1411 | U.S. Patent No. 6,396,995 | | 402, 403, NP | R, AV |
| 1412 | U.S. Patent No. 6,429,027 | | 402, 403, NP | R, AV |
| 1413 | U.S. Patent No. 6,620,584 | | 402, 403, NP | R, AV |
| 1414 | U.S. Patent No. 6,770,441 | | 402, 403, NP | R, AV |
| 1415 | U.S. Patent No. 6,858,394 | | 402, 403, NP | R, AV |
| 1416 | U.S. Patent No. 6,942,968 | | 402, 403, NP | R, AV |
| 1417 | U.S. Patent No. 6,998,274 | | 402, 403, NP | R, AV |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1418 | Infinium Assay Workflow | IAFP 541509-10 | | |
| 1419 | Fan, J., et al., Highly Parallel Genomic Assays, v. 7, p. 634 | IAFP532361-70 | 402, 403, 802 | R, NH, HE |
| 1420 | Infinium I Assay System Manual | IAFP 642663-3108 | | |
| 1421 | Whole-Genome Expression Analysis Using the Sentrix Human-6 and Human-Ref 8 Expression BeadChips | IAFP 22575-82 | 402, 403, 802 | R, NH, HE |
| 1422 | Gunderson K., et al., "Decoding Randomly Ordered DNA Arrays", Genome Res., v. 14, p. 870-875 | IAFP 532400-07 | | |
| 1423 | BeadStation 500G System Manual | IAFP 642129-476 | | |
| 1424 | BioTechniques Supp. June 2002 | IAFP 532474-75 | ID, MP | R |
| 1425 | Presentation - BeadArray - Fabrication | IAFP 630843-84 | | |
| 1426 | Multi-Sample Gene Expression Presentation | IAFP 496335-36 | MP | R |
| 1427 | Memorandum Opinion 8/16/06 | | | |
| 1428 | WO 93/17126 Application | IAFP 13426-13511 | 402, 403, 802 | R, NH, HE |
| 1429 | Illumina BeadStation 500G System Manual | IAFP 642226-31 | ID, MP | R |
| 1430 | Gene Expression on Sentrix Arrays Direct Hybridization System Manual | IAFP 632997 | ID, MP | R |
| 1431 | '365 Patent File History -- 12/20/01 A't at 1, 4 | IAFP 1483-86 | MP | R |
| 1432 | Microarrays and Related Technologies - Chapter 4 | AVI_013652-54 | 402, 403, 802 | R, NH, HE |
| 1433 | High-Throughput Genomics | AVI_9411-12 | 402, 403, 802 | R, NH, HE |
| 1434 | 6,440,667 Patent File History - 5/2/00 A't at 1 (Claim 58) | IAFP 20128-29 | 402, 403 | R |
| 1435 | 6,440,667 Patent File History - 2/28/01 A't at 2,9 | IAFP20289-96 | 402, 403 | R |
| 1436 | 6,440,667 Patent File History - 9/20/01 Interview Summary | IAFP 20355 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1437 | 6,440,667 Patent File History - 9/25/01 A't at 2 (Claim 58) | IAFP 20357 | 402, 403 | R |
| 1438 | '531 Patent File History - 3/18/96 Examiner Interview Summary Record | IAFP 89 | MP, 802 | NH, HE, R |
| 1439 | '531 Patent File History - 3/25/96 Examiner Amendment at 2 | IAFP 86 | MP, 802 | NH, HE, R |
| 1440 | U.S. Patent No. 5,636,612 | IAFP 644449-69 | 402, 403 | R |
| 1441 | '365 Patent File History - 12/20/01 A't at 14,12 | IAFP 1483-1498 | MP | R |
| 1442 | U.S. Patent No. 6,544, 732 | IAFP659529-47 | 402, 403 | R |
| 1443 | Lusis Report Exhibit C Press Releases | | 402, 403, MD, 802 | R, SD, NH, HE |
| 1444 | Lusis Report Exhibit D Dictionary | | 402, 403, 802 | R, NH, HE |
| 1445 | Lusis Report Updated CV | | | |
| 1446 | Cantor, et al., Report on the Sequencing by Hybridization Workshop, GENOMICS 13(4): 1378-1383 (August 1992) ("Moscow Report") | IAFP 644443-48 | 402, 403, 802 | R, NH, HE |
| 1447 | Church, Computer Assisted Multiplex Sequencing, Progress Report (August 1, 1990-July 31, 1991) (August 1991) | IAFP 657957-65 | 402, 403, 802, 901 | R, NH, HE, A |
| 1448 | Dear et al, "A Sequence Assembly and Editing Program for Efficient Management of Large Projects," Nucleic Acids Research, 19(14): 3907-3911 (July 25, 1991) | IAFP 657966-70 | 402, 403, 802 | R, NH, HE |
| 1449 | Drmanac et al, "SBH and the Integration of Complementary Approaches in the Mapping, Sequencing, and Understanding of Complex Genomes," Argonne National Laboratory (January 1992) | IAFP 643939-962 | 402, 403, 802, 901 | R, NH, HE, A |
| 1450 | Drmanac et al. "Sequencing of Megabase Plus DNA by Hybridization: Theory of the Method", 1989, Genomic 4:114-128 | IAFP594928-42 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1451 | E.M. Southern, et al., Analyzing and Comparing Nucleic Acid Sequences by Hybridization to Arrays of Oligonucleotides: Eva luation Using Experimental Models, GENOMICS 13:1008-17 (1992) ("Southern") | IAFP5989-98 | 402, 403, 802 | R, NH, HE |
| 1452 | J.K. Elder, Image Processing in Nucleic Acid Sequence Analysis, A Thesis submitted for the degree of Doctor of Philosophy, University of Oxford (1993) ("Elder thesis") | IAFP632785-950 | 402, 403, 802, 901 | R, NH, HE, A |
| 1453 | Kaiser, et al., "Specific-primer-directed DNA sequencing using automated fluorescence detection" Nucleic Acids Research, 17(15): 6087-6102 (1989) | IAFP658000-015 | 402, 403, 802 | R, NH, HE |
| 1454 | Khrapko et al., "A Method for DNA sequencing by hybridization with oligonucleotide matrix" DNA Seq. Map 1:375-388. 1991 ("Khrapko II") | IAFP620747-760 | 402, 403, 802 | R, NH, HE |
| 1455 | Khrapko et al, "Hybridization of DNA with Oligonucleotides Immobilized in Gel:  Convenient Method for Recording Individual Base Changes," Engelhardt Institute of Molecular Biology, Russian Academy of Sciences, Moscow. 1991 (718-730) | IAFP643912-925 | 402, 403, 802, 901 | R, NH, HE, A |
| 1456 | Lipshutz et al, "DNA Sequence Confidence Estimation," Genomics, 19:  417-424 (1994). | AVI_2793-800 | 402, 403 | R |
| 1457 | Lysov, et al., A New Method for Determining the DNA Nucleotide Sequence by Hybridization with Oligonucleotides 303 (6): 1508-1511 (Dece\mber 1988) | IAFP654733-35 | 402, 403, 802 | R, NH, HE |
| 1458 | Mirzabekov, Sequencing of DNA by Hybridization with oligonucleotides matrix (SHOM). March 1992 ("Mirzabekov Grant Application") | IAFP643931-38 | 402, 403, 802, 901 | R, NH, HE, A |
| 1459 | Mirzabekov, DNA sequencing by hybridization  - a megasequencing method and a diagnostic tool?, TIBTECH 12:27-32 (Jan. 1994) ("Mirzabekov I") | IAFP643926-30 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1460 | Rabbee, et al., A genotype calling algorithm for affymetrix SR arrays, Bioinformatics 22(1):7-12 (2006) | IAFP658020-25 | 402, 403, 802 | R, NH, HE |
| 1461 | Strezoska et al., 1991, "DNA Sequencing by Hybridization: 100 Bases Read by a Non-gel-based Method", Proc. Natl. Acad. Sci. 88:10089-10093 | IAFP596005-09 | 402, 403, 802 | R, NH, HE |
| 1462 | U. Maskos and E.M. Southern, A Study of Oligonucleotide Reassociation Using Arrays of Oligonucleotides Synthesized on a Glass Support, Nucleic Acids Research, 21(20): 4663-69 (1993) ("Maskos") | IAFP13225-30 | 402, 403, 802 | R, NH, HE |
| 1463 | U.S. Patent No. 4,811,218 | IAFP619501-22 | 402, 403 | R |
| 1464 | U.S. Patent No. 5,972,619 | IAFP596454-86 | 402, 403 | R |
| 1465 | Hunkapiller at al., "Large-Scale and Automated DNA Sequence Determination," 1991, Science 254:59-67 | | 402, 403, 802 | R, NH, HE |
| 1466 | Quackenbush CV | | | |
| 1467 | Cantor, et al., SBH: An Idea Whose Time Has Probably Come, Nov. 19-20, 1991, Report on the Sequencing by Hybridization Workshop, Moscow, USSR | IAFP598479-92 | 402, 403, 802, 901 | R, NH, HE, A |
| 1468 | U.S. Patent No. 4,802,101 (Hara) | IAFP619493-500 | 402, 403 | R |
| 1469 | http://arep.med.harvard.edu/gmc_pub.html | | NP, 402, 403, 802 | AV, R, NH, HE |
| 1470 | Claim Constructions set forth by the Court | | ID | |
| 1471 | http://www.illumina.com/General/pdf/LinkageIV/GOLDENGATE_ASAY_FINAL.pdf | | | |
| 1472 | http://www.illumina.com/General/Products/SRpdf/INFINWKFLOW.pdf | | | |
| 1473 | Kermani Powerpoint, July 17, 2002, IAFP00507221-278 at 235-36. | IAFP507221-78 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1474 | Guerra Expert Report | | 802 | NH |
| 1475 | GenTrain\Normalization.cs at lines 524-528 | GenTrain\Normalization.cs at lines 524-528 | NP, ID | AV |
| 1476 | GenTrain\GenTrain52.cs at lines 1856-1866 | GenTrain\GenTrain52.cs at lines 1856-1866 | NP, ID | AV |
| 1477 | GenCall\Form1.cs at line 3947-3962 | GenCall\Form1.cs at line 3947-3962 | NP, ID | AV |
| 1478 | Ugozzoli, L., Wahlqvist, J.M., Ehsani, A., Kaplan, B.E., and Wallace, R.B., (1992) "Detection of Specific Alleles by Using Allele-Specific Primer Extension Followed by Capture on Solid Support" GATA 9(4): 107-112, 1992 | IAFP659386-9391 | 402, 403, 802 | R, NH, HE |
| 1479 | Zhang L, Miles MF, Aldape KD. (2003) "A model of molecular interactions on short oligonucleotide microarrays." Nature Biotechnology 21(7):818-21, Tab ____ | IAFP659593-97 | 402, 403, 802 | R, NH, HE |
| 1480 | Wick, L.M. Rouillard, J.M.,. Whittam, T.S., Gulari, E., Tiedje1, J.M., and. Hashsham, S.A., (2006) "On-chip non-equilibrium dissociation curves and dissociation rate constants as methods to assess specificity of oligonucleotide probes" Nucleic Acids Research, 34(3), e.26 | IAFP659583-92 | 402, 403, 802 | R, NH, HE |
| 1481 | U.S. Patent No. 5,489,678 | AVI 38762-802 | 402, 403 | R |
| 1482 | | | | |
| 1483 | Pirrung et al "Proofing of Photolithographic DNA Synthesis with 3.5 Dimethoxybenzoinyloxycarbonyl- Protected Deoxynucleoside Phosphoramidites" | IAFP5312--17 | 402, 403, 802 | R, NH, HE |
| 1484 | Silverman statement | IAFP7337-43 | 402, 403, 802, 901 | R, A, NH, HE |
| 1485 | | | | |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1486 | | | | |
| 1487 | Carruthers, "Gene Synthesis Machines: DNA Chemistry and Its Uses", Science, 230:281, (1985) | IAFP4121-25 | | |
| 1488 | Drmanac, et al., "Reliable Hybridization of Oligonucleotides as Short as 6 Nucleotides" DNA Cell Bio., 9: 527-34, (1990) | IAFP598658-65 | 402, 403, 802 | R, NH, HE |
| 1489 | | | | |
| 1490 | | | | |
| 1491 | | | | |
| 1492 | Pirrung, et al., J. Org. Chem., 1995, 60, 6270 | IAFP5318-24 | 402, 403, 802 | R, NH, HE |
| 1493 | | | | |
| 1494 | | | | |
| 1495 | | | | |
| 1496 | | | | |
| 1497 | | | | |
| 1498 | Dower Lab Notebook | AVI_138695-755 | | |
| 1499 | Dower Lab Notebook | AVI_139053-118 | | |
| 1500 | Solas Lab Notebook | AVI_76899-997 | | |
| 1501 | Solas Lab Notebook | AVI_76998-7103 | | |
| 1502 | | | | |
| 1503 | Fodor Lab notebook | AVI_138756-963 | | |
| 1504 | Fodor Lab notebook | AVI_139119-216 | | |
| 1505 | Fodor Lab notebook | AVI_139217-318 | | |
| 1506 | Fodor Lab notebook | AVI_140514-24 | | |
| 1507 | Illumina BeadStation 500X manual | IAFP10235-40 | MP | R |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1508 | | | | |
| 1509 | http://www.illumina.com/products/snp/mhc_panelset.ilmn | | NP, 402, 403, 802 | AV, R, HE, NH |
| 1510 | http://www.illumina.com/General/pdf/LinkageIV/LINKAGE_4_DATA_FINAL2.pdf | | NP, 402, 403, 802 | AV, R, HE, NH |
| 1511 | http://www.corporate-ir.net/ireye/ir_site.zhtml?ticker=AFFX&script=417&layout=-6&item_id=573680 | | NP, 402, 403 | AV, R |
| 1512 | http://www.corporate-ir.net/ireye/ir_site.zhtml?ticker=AFFX&script=416&layout=-6&item_id=771923 | | NP, 402, 403 | AV, R |
| 1513 | Agilent Technologies Form 10-K for 2005 | | 402, 403, 802, NP | AV, R, NH, HE |
| 1514 | Agilent Technologies Form 10-K for 2002 | | 402, 403, 802, NP | AV, R, NH, HE |
| 1515 | | | | |
| 1516 | Form 10-K, Illumina, Inc., January 1, 2006 | | | |
| 1517 | Form 10-K, Affymetrix, Inc., December 31, 2005 | | | |
| 1518 | Dickinson Deposition, Exhibit 563 | Dickinson Dep. Ex. 563 | 402, 403, 802, 901 | R, NH, HE, A |
| 1519 | http://www.illumina.com/products/systems/systems_production.ilmn | | NP, 402, 403, 802 | AV, R, HE, NH |
| 1520 | http://www.illumina.com/products/systems/systems_benchtop.ilmn | | NP, 402, 403, 802 | AV, R, HE, NH |
| 1521 | Form 10-K, Illumina, Inc., December 28, 2003 | | | |
| 1522 | Affymetrix Press Release "Affymetrix Updates Revenue Outlook for Third Quarter; Manufacturing Yields Affect Shipment of High Demand Product," Septeember 27, 2005 | AVI_132691-93 | 402, 403 | R |
| 1523 | AFFX - Q1 2006 Affymetrix Earnings Conference Call, April 20, 2006 | IAFP658965-87 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1524 | "Affymetrix Guidance Announcement Final Transcript," September 27, 2005 | IAFP658954-64 | 402, 403, 802 | R, NH, HE |
| 1525 | "Affymetrix Guidance Announcement Final Transcript," January 5, 2006 | IAFP658932-53 | 402, 403, 802 | R, NH, HE |
| 1526 | Affymetrix document re 500K capacity issue | | NP, ID | AV |
| 1527 | Affymetrix document re 500K capacity issue | AVI_208510-17 | 402, 403 | R |
| 1528 | Historical Equivalent Chip Output and Additional Capacity Available by Quarter 2002-2005 | AVI_201538 | | |
| 1529 | Affymetrix email re chip shortfall in Q4, 2005 | AVI_208747-49 | 402, 403 | R |
| 1530 | | | | |
| 1531 | AFFX -- Affymetrix at Bears Stearns 19th Annual Healthcare Conference, September 12, 2006 | IAFP658988-96 | 402, 403, 802 | R, NH, HE |
| 1532 | Affymetrix document identifying technology licensed under Tufts license is fundamental technology of Illumina's commercial products | AVI_065673 | 402, 403 | R |
| 1533 | License Agreement between Amersham Biosciences and Illumina, 1/24/02 | Velarde Dep. Ex. 557 | 402, 403 | R |
| 1534 | Illumina licensing proposal to Affymetrix | Lipshutz Dep. Ex. 57 | 402, 403, 802 | R, NH, HE |
| 1535 | "Affymetrix and Molecular Dynamics Enter Agreements to Expand Access to DNA Array-Based Genetic Analysis Tools," Decemeber 2, 1997 | "Affymetrix and Molecular Dynamics Enter Agreements to Expand Access to DNA Array-Based Genetic Analysis Tools," Decemeber 2, 1997 | NP, 402, 403 | R, AV |
| 1536 | Letter from Takara Shuzo to Affymetrix complaining about financial terms under license agreement and that Agilent has not taken a license under Affymetrix patents | AVI_203354-5 | 402, 403, 802 | R, NH, HE |
| 1537 | | | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1538 | | | | |
| 1539 | Letter from Genomic Solutions discussing potential collaboration that was discussed during licensing negotiations | AVI_204356 | 402, 403, 802 | R, NH, HE |
| 1540 | Affymetrix 10-K, March 31, 2003 | AVI_119954-120060 | | |
| 1541 | | | | |
| 1542 | License Agreement between Galvoscan and Affymetrix | AVI_202212-24 | 402, 403 | R |
| 1543 | Purchase Agreement between Galvoscan and Affymetrix | AVI_202201-11 | 402, 403 | R |
| 1544 | | | | |
| 1545 | License agreement between PHRI and Affymetrix. | PHRI_002350-83 | 402, 403, MD | R, SD |
| 1546 | | | | |
| 1547 | License agreement between SBH Genomics and Affymetrix | AVI_201387-411 | 402, 403 | R |
| 1548 | "Hyseq Creates Subsidiary to Focus on DNA Chip and Sequencing Technology," News Release 10/25/01 | | NP, 402, 403, 802 | AV, R, NH, HE |
| 1549 | AUTM U.S. Licensing Survey: FY 2004. Association of University Technology Managers, p. 56 | IAFP659013-81 | 402, 403, 802 | R, NH, HE |
| 1550 | License Agreement between Tufts University and Illumina | IAFP22372-88 | 105 | AI |
| 1551 | License agreement between Beckman Coulter and Illumina. | IAFP 643772-90 | 402, 403 | R |
| 1552 | License agreement between Dade Behring and Illumina. | IAFP 589952-68 | 402, 403 | R |
| 1553 | License Agreement between Invitrogen IP Holdings and Illumina, 3/31/04 | IAFP 644096-113 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1554 | License Agreement between Incyte Corp. and Illumina, 11/22/04 | IAFP613338-45 | 402, 403 | R |
| 1555 | License Agreement between Stratagene and Illumina, 1/21/04 | IAFP613389-403 | 402, 403 | R |
| 1556 | License Agreement between Spyder Instruments, Inc. and Trega Biosciences, 4/14/99 | IAFP644204-17 | 402, 403 | R |
| 1557 | Affymetrix press release re expanded licensing program | AVI_202640-2 | 105 | AI |
| 1558 | | | | |
| 1559 | "Algorithm and Blues: New Software Enables Affy to Cut 500K Price Tag, But Investors Left Spooked," BioArray News, July 25, 2006 | | NP, 402, 403, 802 | R, NH, HE, AV |
| 1560 | http://www.roche.com/de/med_dia_2005-05-09 | | NP, 402, 403, 802 | AV, R, NH, HE |
| 1561 | Ron Winslow, "Biotechnology: Hoffman-La Roche To Ease Curb on Gene Technology," The Wall Street Journal, January 27, 1992 | IAFP659088-89 | 402, 403, 802 | R, NH, HE |
| 1562 | | | | |
| 1563 | Illumina, Inc. 2003 Annual Report | | NP, 402, 403, 802 | R, AV, NH, HE |
| 1564 | Illumina, Inc. 2005 Annual Report | | NP, 402, 403, 802 | R, AV, NH, HE |
| 1565 | Goldscheider, Robert, John Jarosz, and Carla Mulhern, "Use of the 25 Per Cent Rule in Valuing IP," Les Nouvelles, December 2002 | IAFP659002-12 | 802 | NH, HE |
| 1566 | UBS Investment Research, "Q-Series: The DNA Microarray Market" 01/23/06 | | ID | |
| 1567 | Affymetrix invoice sales, 1/02 - 12/05 | AVI_196154 (Native Production) | | |
| 1568 | Affymetrix Internal Finance Reports | AVI_192641-5202 | | |
| 1569 | Illumina Invoice Sales Since Jan. 2002 | IAFP643963-66 | 402, 403, 802, 901 | R, NH, HE, A |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1570 | Illumina Journal Entry Report | IAFP643966-69 | 402, 403, 802, 901 | R, NH, HE, A |
| 1571 | Illumina Instrument Gross Margins | IAFP641507 A-R | | |
| 1572 | Illumina financial sheets | IAFP643324-5 | | |
| 1573 | Letter from C. Garlington to A. Gross, 3/17/06 | N/A | 402, 403, 802, 901 | R, NH, HE, A |
| 1574 | Illumina product key | IAFP 643967-93 | 402, 403 | R |
| 1575 | Sims Expert Rep. Ex. A | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1576 | Sims Expert Rep. Ex. D.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1577 | Sims Expert Rep. Ex. D.2.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1578 | Sims Expert Rep. Ex. D.2.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1579 | Sims Expert Rep. Ex. D.3.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1580 | Sims Expert Rep. Ex. D.4.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1581 | Sims Expert Rep. Ex. D.4.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1582 | Sims Expert Rep. Ex. D.5.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1583 | Sims Expert Rep. Ex. D.5.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1584 | Sims Expert Rep. Ex. E.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1585 | Sims Expert Rep. Ex. F.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1586 | Sims Expert Rep. Ex. G.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1587 | Sims Expert Rep. Ex. G.1.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1588 | Sims Expert Rep. Ex. G.1.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1589 | Sims Expert Rep. Ex. G.2.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1590 | Sims Expert Rep. Ex. G.2.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1591 | Sims Expert Rep. Ex. G.2.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1592 | Sims Expert Rep. Ex. G.2.4 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1593 | Sims Expert Rep. Ex. G.2.5 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1594 | Sims Expert Rep. Ex. G.2.6 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1595 | Sims Expert Rep. Ex. G.3.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1596 | Sims Expert Rep. Ex. G.4.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1597 | Sims Expert Rep. Ex. G.4.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1598 | Sims Expert Rep. Ex. G.4.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1599 | Sims Expert Rep. Ex. G.5.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1600 | Sims Expert Rep. Ex. G.5.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1601 | Sims Expert Rep. Ex. G.6.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1602 | Sims Expert Rep. Ex. G.7.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1603 | Sims Expert Rep. Ex. G.7.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1604 | Sims Expert Rep. Ex. G.8.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1605 | Sims Expert Rep. Ex. G.8.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1606 | Sims Expert Rep. Ex. H.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1607 | Sims Expert Rep. Ex. H.1.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1608 | Sims Expert Rep. Ex. H.1.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1609 | Sims Expert Rep. Ex. H.2.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1610 | Sims Expert Rep. Ex. H.2.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1611 | Sims Expert Rep. Ex. H.2.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1612 | Sims Expert Rep. Ex. H.2.4 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1613 | Sims Expert Rep. Ex. H.2.5 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1614 | Sims Expert Rep. Ex. H.2.6 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1615 | Sims Expert Rep. Ex. H.3.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1616 | Sims Expert Rep. Ex. H.4.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1617 | Sims Expert Rep. Ex. H.4.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1618 | Sims Expert Rep. Ex. H.4.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1619 | Sims Expert Rep. Ex. H.5.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1620 | Sims Expert Rep. Ex. H.5.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1621 | Sims Expert Rep. Ex. H.5.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1622 | Sims Expert Rep. Ex. H.6.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1623 | Sims Expert Rep. Ex. H.6.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1624 | Sims Expert Rep. Ex. H.7.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1625 | Sims Expert Rep. Ex. H.8.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1626 | Sims Expert Rep. Ex. H.8.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1627 | Sims Expert Rep. Ex. H.9.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1628 | Sims Expert Rep. Ex. H.9.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1629 | Sims Expert Rep. Ex. I.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1630 | Sims Expert Rep. Ex. I.1.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1631 | Sims Expert Rep. Ex. I.1.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1632 | Sims Expert Rep. Ex. I.2.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1633 | Sims Expert Rep. Ex. I.2.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1634 | Sims Expert Rep. Ex. I.2.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1635 | Sims Expert Rep. Ex. I.2.4 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1636 | Sims Expert Rep. Ex. I.2.5 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1637 | Sims Expert Rep. Ex. I.2.6 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1638 | Sims Expert Rep. Ex. I.3.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1639 | Sims Expert Rep. Ex. I.4.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1640 | Sims Expert Rep. Ex. I.4.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1641 | Sims Expert Rep. Ex. I.4.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1642 | Sims Expert Rep. Ex. I.5.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1643 | Sims Expert Rep. Ex. I.5.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1644 | Sims Expert Rep. Ex. I.6.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1645 | Sims Expert Rep. Ex. I.7.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1646 | Sims Expert Rep. Ex. I.7.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1647 | Sims Expert Rep. Ex. I.8.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1648 | Sims Expert Rep. Ex. I.8.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1649 | Sims Expert Rep. Ex. J.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1650 | Sims Expert Rep. Ex. J.1.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1651 | Sims Expert Rep. Ex. J.1.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1652 | Sims Expert Rep. Ex. J.2.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1653 | Sims Expert Rep. Ex. J.2.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1654 | Sims Expert Rep. Ex. J.2.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1655 | Sims Expert Rep. Ex. J.2.4 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1656 | Sims Expert Rep. Ex. J.2.5 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1657 | Sims Expert Rep. Ex. J.2.6 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1658 | Sims Expert Rep. Ex. J.3.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1659 | Sims Expert Rep. Ex. J.4.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1660 | Sims Expert Rep. Ex. J.4.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1661 | Sims Expert Rep. Ex. J.4.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1662 | Sims Expert Rep. Ex. J.5.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1663 | Sims Expert Rep. Ex. J.5.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1664 | Sims Expert Rep. Ex. J.5.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1665 | Sims Expert Rep. Ex. J.6.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1666 | Sims Expert Rep. Ex. J.6.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1667 | Sims Expert Rep. Ex. J.7.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1668 | Sims Expert Rep. Ex. J.8.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1669 | Sims Expert Rep. Ex. J.8.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1670 | Sims Expert Rep. Ex. J.9.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1671 | Sims Expert Rep. Ex. K.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1672 | Sims Expert Rep. Ex. K.1.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1673 | Sims Expert Rep. Ex. K.1.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1674 | Sims Expert Rep. Ex. K.2.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1675 | Sims Expert Rep. Ex. K.2.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1676 | Sims Expert Rep. Ex. K.2.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1677 | Sims Expert Rep. Ex. K.2.4 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1678 | Sims Expert Rep. Ex. K.2.5 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1679 | Sims Expert Rep. Ex. K.2.6 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1680 | Sims Expert Rep. Ex. K.3.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1681 | Sims Expert Rep. Ex. K.4.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1682 | Sims Expert Rep. Ex. K.4.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1683 | Sims Expert Rep. Ex. K.4.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1684 | Sims Expert Rep. Ex. K.5.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1685 | Sims Expert Rep. Ex. K.5.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1686 | Sims Expert Rep. Ex. K.5.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1687 | Sims Expert Rep. Ex. K.6.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1688 | Sims Expert Rep. Ex. K.6.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1689 | Sims Expert Rep. Ex. K.7.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1690 | Sims Expert Rep. Ex. K.8.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1691 | Sims Expert Rep. Ex. K.8.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1692 | Sims Expert Rep. Ex. K.9.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1693 | Sims Expert Rep. Ex. K.9.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1694 | Sims Expert Rep. Ex. L.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1695 | Sims Expert Rep. Ex. L.1.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1696 | Sims Expert Rep. Ex. L.1.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1697 | Sims Expert Rep. Ex. L.2.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1698 | Sims Expert Rep. Ex. L.2.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1699 | Sims Expert Rep. Ex. L.2.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1700 | Sims Expert Rep. Ex. L.2.4 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1701 | Sims Expert Rep. Ex. L.2.5 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1702 | Sims Expert Rep. Ex. L.2.6 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1703 | Sims Expert Rep. Ex. L.3.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1704 | Sims Expert Rep. Ex. L.4.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1705 | Sims Expert Rep. Ex. L.4.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1706 | Sims Expert Rep. Ex. L.4.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1707 | Sims Expert Rep. Ex. L.5.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1708 | Sims Expert Rep. Ex. L.5.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1709 | Sims Expert Rep. Ex. L.5.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1710 | Sims Expert Rep. Ex. L.6.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1711 | Sims Expert Rep. Ex. L.6.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1712 | Sims Expert Rep. Ex. L.7.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1713 | Sims Expert Rep. Ex. L.8.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1714 | Sims Expert Rep. Ex. L.8.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1715 | Sims Expert Rep. Ex. L.9.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1716 | Sims Expert Rep. Ex. L.9.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1717 | Sims Expert Rep. Ex. M.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1718 | Sims Expert Rep. Ex. M.1.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1719 | Sims Expert Rep. Ex. M.1.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1720 | Sims Expert Rep. Ex. M.2.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1721 | Sims Expert Rep. Ex. M.2.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1722 | Sims Expert Rep. Ex. M.2.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1723 | Sims Expert Rep. Ex. M.2.4 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1724 | Sims Expert Rep. Ex. M.2.5 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1725 | Sims Expert Rep. Ex. M.2.6 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1726 | Sims Expert Rep. Ex. M.3.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1727 | Sims Expert Rep. Ex. M.4.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1728 | Sims Expert Rep. Ex. M.4.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1729 | Sims Expert Rep. Ex. M.4.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1730 | Sims Expert Rep. Ex. M.5.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1731 | Sims Expert Rep. Ex. M.5.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1732 | Sims Expert Rep. Ex. M.5.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1733 | Sims Expert Rep. Ex. M.6.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1734 | Sims Expert Rep. Ex. M.6.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1735 | Sims Expert Rep. Ex. M.7.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1736 | Sims Expert Rep. Ex. M.8.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1737 | Sims Expert Rep. Ex. M.8.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1738 | Sims Expert Rep. Ex. M.9.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1739 | Sims Expert Rep. Ex. M.9.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1740 | Sims Expert Rep. Ex. M. | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1741 | Sims Expert Rep. Ex. N.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1742 | Sims Expert Rep. Ex. N.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1743 | Sims Expert Rep. Ex. O.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1744 | Sims Expert Rep. Ex. P.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1745 | Sims Expert Rep. Ex. P.1.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1746 | Sims Expert Rep. Ex. Q.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1747 | Sims Expert Rep. Ex. R.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1748 | Sims Expert Rep. Ex. S.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1749 | Sims Expert Rep. Ex. S.1.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1750 | Sims Expert Rep. Ex. S.1.3 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1751 | Sims Expert Rep. Ex. S.1.4 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1752 | Sims Expert Rep. Ex. T.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1753 | Sims Expert Rep. Ex. T.1.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1754 | Sims Expert Rep. Ex. U.1.1 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1755 | Sims Expert Rep. Ex. U.1.2 | N/A | 402, 403, 802, 901, 602 | R, NH, HE, A, PK |
| 1756 | Letter from R. Lipshutz to Takara re renegotiation of license | AVI_203404-05 | 402, 403 | R |
| 1757 | Document re Agilent Technologies | AVI_211556-57 | 402, 403, 802 | R, NH, HE |
| 1758 | Document re GE Healthcare, Codelink Bioarray Systems | AVI_211558-63 | 402, 403, 802 | R, NH, HE |
| 1759 | Document re Sequenom | AVI_211580-81 | 402, 403, 802 | R, NH, HE |
| 1760 | JP Morgan document re Affymetrix | AVI_212303-5 | 105 | AI |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1761 | Illumina proposal to Tufts via MBRI | Stuelpnagel Dep. Ex. 345 | 402, 403, 802 | R, NH, HE |
| 1762 | Letter from MBRI to Illumina | Stuelpnagel Dep. Ex. 346 | 402, 403, 802 | R, NH, HE |
| 1763 | Illumina, Form-10K, Fiscal Year Ending January 1, 2006 | | | |
| 1764 | Affymetrix Form 10-K Fiscal Year ending December 31, 2005 | | | |
| 1765 | Q4 2002 Affymetrix Earnings Conference Call, Final Transcript, p. 4 | IAFP645151-65 | 402, 403, 802 | R, NH, HE |
| 1766 | "Affymetrix Acquires ParAllele BioScience," Jan. 6, 2005, DrugResearcher.com | IAFP644932-34 | 402, 403, 802 | R, NH, HE |
| 1767 | Affymetrix Form DEF 14A, Apr. 29, 2003 | | NP, ID | AV |
| 1768 | Affymetrix website (www.affymetrix.com) | | NP, ID, MD | AV, SD |
| 1769 | Affymetrix website (www.com/corporate/history/factsheet.affx) | | NP, ID, 402, 403 | AV, R |
| 1770 | Affymetrix News Release, July, 19, 1996, "Affyemtrix Inc. Reports Second Quarter Results." | | NP, ID, 402, 403 | AV, R |
| 1771 | Affymetrix News Release, Septemeber 7, 1999, "Affymetrix Commences Commerical Shipments of GeneChip Products From West Sacramento Manufacturing Facility." | | NP, ID, 402, 403 | AV, R |
| 1772 | Affymetrix Form 10-Q, period ending Sept. 30, 1996 | | | |
| 1773 | Affymetrix News Release, Aug. 31, 1999 | | NP, ID, 402, 403 | AV, R |
| 1774 | "Opportunities for DNA Microchip and Array Technologies," Frost & Sullivan, 1999 | AVI_17597-789 | 402, 403, 802 | R, NH, HE |
| 1775 | DNA Microarrays, A Strategic Market Analysis, 2001 | AVI_16353-566 | 402, 403, 802 | R, NH, HE |
| 1776 | "Affymetrix Launches First Commercial Human DNA Array to Use Draft of Human Genome," Affymetrix News Release, Jan. 12, 2002 | IAFP644973-75 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1777 | | | | |
| 1778 | "Affymetrix Competitive Advantage Improving, New Products Near Term," Baird U.S. Equity Research, 9/12/02 | IAFP467722-26 | 402, 403, 802 | R, NH, HE |
| 1779 | "Affymetrix Launches New Products Including a Whole Human Genome Single Array," Baird U.S. Equity Research, Oct. 2, 2003 | IAFP467605-09 | 402, 403, 802 | R, NH, HE |
| 1780 | "Commercial Aspects of Microarray Technology," Technology Report, Ken Rubenstein, March 2003 | IAFP644922-24 | 402, 403, 802 | R, NH, HE |
| 1781 | "Affymetrix Results from End-Market Studies," Baird U.S. Equity Research, 1/15/04 | IAFP467471-83 | 402, 403, 802 | R, NH, HE |
| 1782 | Reagents and Diagnostics, Highlights from the 2004 ABRF Meeting, Update on Microarray Market," Baird U.S. Equity Research, 3/05/04 | IAFP467454-57 | 402, 403, 802 | R, NH, HE |
| 1783 | "Affymetrix Reports Break-Out Q4-04, Business Hitting on All Cylinders, PT to $46," Baird U.S. Equity Research, 1/27/05 | IAFP616698-707 | 402, 403, 802 | R, NH, HE |
| 1784 | "Affymetrix Reports Light Q205, Guides for Greater Back-End Loading, Maintain Underperform," Baird U.S. Equity Research, 7/22/05 | IAFP581377-86 | 402, 403, 802 | R, NH, HE |
| 1785 | Stuelpnagel Dep. Exh. 9 | Stuelpnagel Dep. Exh. 9 | 105 | AI |
| 1786 | Affymetrix at Bear Stearns 19[th] Annual Healthcare Conference, Final Transcript, 9/12/06 | IAFP645423-31 | 402, 403, 802 | R, NH, HE |
| 1787 | Affymetrix at Pacific Growth Equities 2005 Life Sciences Growth, Final Transcript, 6/06/05 | IAFP645317-24 | 402, 403 | R |
| 1788 | Illumina website (www.illumina.com) | | NP, ID, MD | AV, SD |
| 1789 | Illumina Products and Services Catalog 2005 | IAFP641957-78 | | |
| 1790 | Affymetrix News Release, July 21, 2004 | | NP, ID, 402, 403 | AV, R |
| 1791 | Agilent Technologies website (www.agilent.com) | | NP, ID, MD, 802 | AV, SD, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1792 | Applied Biosystems (www.appliedbiosystems.com | | NP, ID, MD, 802 | AV, SD, NH, HE |
| 1793 | "Affymetrix Dominates DNA Microarray Market," PR Newswire, 8/31/05 | IAFP645005-06 | 402, 403, 802 | R, NH, HE |
| 1794 | "Power Tools for the Gene Age/Affymetrix Chips Digging Deeper into the Genome," The San Francisco Chronicle, 2/07/05; | IAFP644908-13 | 402, 403, 802 | R, NH, HE |
| 1795 | "Canon Plans to Commercialize DNA Chips for Medical Use," The Wall Street Journal, 3/30/05 | IAFP944903-04 | 402, 403, 802 | R, NH, HE |
| 1796 | "Affymetrix, Inc. - SWOT Analysis," DataMonitor Company Profiles, 4/23/05 | | NP, ID, 402, 403, 802 | AV, R, NH, HE |
| 1797 | "Sects, Strangers, and Drugs: Genotyping Gets Specific (Genetic Factors and Drug Developments)," Genomics and Proteomics, 9/01/05 | IAFP644905-07 | 402, 403, 802 | R, NH, HE |
| 1798 | "Affymetrix and Agilent Pursue New Microarray Markets," Instrument Business Outlook, 12/15/05 | IAFP644977-83 | 402, 403, 802 | R, NH, HE |
| 1799 | Dickinson Exh. 560 | IAFP541080-243 | ID, 402, 403 | R |
| 1800 | Dickinson Exh. 559 | Dickinson Exh. 559 | | |
| 1801 | Affymetrix news release 3/1/03 | | NP, ID, 402, 403 | AV, R |
| 1802 | Affymetrix news release 10/22/03 | | NP, ID, 402, 403 | AV, R |
| 1803 | Affymetrix news release 9/28/05 | | NP, ID, 402, 403 | AV, R |
| 1804 | Affymetrix news release 10/5/2005 | | NP, ID, 402, 403 | AV, R |
| 1805 | Affymetrix news release, 10/24/05 | | NP, ID, 402, 403 | AV, R |
| 1806 | Affymetrix news release 1/1/2006 | | NP, ID, 402, 403 | AV, R |
| 1807 | Affymetrix news release 1/26/06 | | NP, ID, 402, 403 | AV, R |
| 1808 | Affymetrix news release 2/7/06 | | NP, ID, 402, 403 | AV, R |
| 1809 | Affymetrix Inc. Form 425, 6/1/05 | AVI_127636-50 | 402, 403, 802 | R, NH, HE |
| 1810 | Affymetrix Document | AVI_68794-815 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1811 | Brand Attitudes & Awareness Study: Focus on DNA Analysis Market, 7/31/04 | AVI_82570-644 | 402, 403 | R |
| 1812 | Nussbacher, K. "Biopoly Money" Wired.com, June 2000 | IAFP644919-21 | 402, 403, 802 | R, NH, HE |
| 1813 | Van de Goor, Tom A. "A History of DNA Microarrays", PharmaDD, 9/1/05 | IAFP644914-18 | 105 | AI |
| 1814 | Illumina meeting presentation | IAFP585780-815 | 402, 403, 802 | R, NH, HE |
| 1815 | "Market size and Growth Expectations," Frost and Sullivan, 2002 | AVI_3840-53 | 402, 403, 802 | R, NH, HE |
| 1816 | "Power Tools for the Gene Age/Affymetrix Chips Digging Deeper into the Genome," San Francisco Chronicle, Feb. 7, 2005 | IAFP644908-13 | 402, 403, 802 | R, NH, HE |
| 1817 | "Illumina Reports Q4-03 Revenues in Line with Expectations," Baird U.S. Equity Research, 1/28/04 | AVI_71741-49 | 402, 403, 802 | R, NH, HE |
| 1818 | Email from Janet Lankard to Lydia Willing, 2/25/04 | AVI_55635-36 | 402, 403 | R |
| 1819 | SWOT Analysis, Competitive Summit, 5/17/05 | AVI_89173-75 | 402, 403 | R |
| 1820 | Email from Tracy Lane to Ted Young, et al., 6/2/04 | AVI_56073-74 | 402, 403 | R |
| 1821 | Email from Carl Raimond to Gregg Fergus, 10/20/04 | AVI_57538-39 | 402, 403 | R |
| 1822 | Email from Todd Pollard to Mathew Lorence, 2/3/05 | AVI_83186-89 | 402, 403, 802 | R, NH, HE |
| 1823 | Emails between Junya Tominaga and Tristan Orpin dated 12/05 | IAFP640189 | 402, 403, 802 | R, NH, HE |
| 1824 | Email from B. Singh to T. Orpin dated 10/20/05 | IAFP640199-200 | 402, 403, 802 | R, NH, HE |
| 1825 | Email from Raimond to Stratton, 7/22/04 | AVI_57846-48 | 402, 403 | R |
| 1826 | Email from Gregory Marcus to Yap, 7/23/04 | AVI_62796-97 | 402, 403 | R |
| 1827 | Commercial Monthly Report, 5/04 | AVI_91901 | 402, 403, MP, 802 | R, NH, HE, SD |
| 1828 | Perlegen Sciences, Inc. Form S-1, 4/10/06 | | NP, 402, 403, 802 | R, AV, NH, HE |
| 1829 | Email from B. Kain to J. Stuelpnagel et al, 11/04 | IAFP535717-19 | 402, 403, 802 | R, HE, NH |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1830 | Email from Garsetti to Sean Hu and Bill Balch, 8/9/04 | IAFP640177-79 | 402, 403, 802 | R, HE, NH |
| 1831 | Email from Kyle O'Connor to Dickinson, 10/14/04; See Tab 96 | IAFP640180 | 402, 403, 802 | R, HE, NH |
| 1832 | Emails among Janet Lankard to Curtis Fideler, Neal Shea, Jesse Pope-Chapel, Joe Gray, 5/04 | AVI_56451-53 | 402, 403, 802 | R, HE, NH |
| 1833 | Lipshutz Exh. 71 | Lipshutz Dep. Ex. 71 | 402, 403 | R |
| 1834 | Patent License Agreement between Affymetrix and Axon dated 4/8/04 | AVI_134769-808 | 402, 403 | R |
| 1835 | Strategic Planning Meeting Notes dated 8/21/00 | IAFP570148-53 | 402, 403 | R |
| 1836 | Affymetrix competitive position document on Illumina | AVI_55704-06 | 402, 403 | R |
| 1837 | Email from E. Pleshko to T. Orpin dated 11/29/05 | IAFP640190 | 402, 403, 802 | R, HE, NH |
| 1838 | Email from M. Munson to T. Orpin dated 11/29/05 | IAFP640191 | 402, 403, 802 | R, HE, NH |
| 1839 | Email from J. Garsetti to J.B. Fan dated 10/20/04 | IAFP640181-82 | 402, 403, 802 | R, HE, NH |
| 1840 | Emails from R. Laxman to T. Orpin et al dated 8/19/05 | IAFP640185-86 | 402, 403, 802 | R, HE, NH |
| 1841 | Email from E. Pleshko to B. Balch dated 4/14/04 | IAFP640201-02 | 402, 403, 802 | R, HE, NH |
| 1842 | "Highly Parallel SR Genotyping," J.-B. Fan, et al. | IAFP532361-67 | | |
| 1843 | "Decoding Randomly Ordered DNA Arrays," Kevin Gunderson, et al | IAFP532400-07 | | |
| 1844 | "A Novel, High-Performance Random Array Platform for Quantitative Gene Expression Profiling," Kuhn, et al. | IAFP532441-50 | 402, 403, 802 | R, HE, NH |
| 1845 | Orpin Exh. 223 | IAFP480266-314 | MP | R |
| 1846 | Orpin Exh. 307 | Orpin Exh. 307 | 105, 402, 403 | AI, R |
| 1847 | Emails among McBean, Malloy, et al. 1/05 | IAFP601532-34 | 402, 403, 802 | R, HE, NH |

114

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1848 | Emails from G. Fergus and G. Yap dated 3/20/05 | AVI_81872-80 | 402, 403, 802 | R, HE, NH |
| 1849 | Email from Deloukas to Orpin, 3/27/05 | IAFP602964-66 | 402, 403, 802 | R, HE, NH |
| 1850 | "Affy CFO Sheds New Light on Genotyping Woes, Introduces New Products at Investor Conference," 5/9/06, BioArraynews.com | IAFP644770-72 | 402, 403, 802 | R, HE, NH |
| 1851 | R. Weinstein CV | Weinstein Expert Report Exhibits 1, 2 | | |
| 1852 | Document entitled "Revenue and Net Profit Calculation: Illumina Proposal for Wellcome Trust Control Consortium May 11, 2005" | Weinstein Expert Report Exhibit 4 | 402, 403, 802, 901, 602 | R, A. PK, HE, NH, SU |
| 1853 | Document entitled "Revenue and Net Profit Calculation: Orders from Eurus Genomics to Illumina 2005" | Weinstein Expert Report Exhibit 5 | 402, 403, 802, 901, 602 | R, A. PK, HE, NH, SU |
| 1854 | Illumina financial summaries | IAFP643320-25 | | |
| 1855 | Proposal for Wellcome Trust Case Control Consortium, April 27, 2005 | IAFP644429-32 | 402, 403, 802 | R, HE, NH |
| 1856 | Proposal for Wellcome Trust Control Consortium, May 11, 2005 | IAFP644242-97 | 402, 403, 802 | R, HE, NH |
| 1857 | Illumina Financial Tables | IAFP643963-66 | 402, 403, 802, 901 | R, HE, SU, NH, A |
| 1858 | Illumina Financial Reports | IAFP641507 A-R | | |
| 1859 | 5/9/2006 Bioarray News article | | ID, 402, 403, 802 | AV, R, HE, NH |
| 1860 | Affymetrix document "Illumina competitive positioning" | AVI_55292-99 | 402, 403 | R |
| 1861 | Affymetrix document entitled "Illumina competitive positioning:  Technical arguments for expression" | AVI_55309-10 | 402, 403 | R |
| 1862 | Illumina - Competitive Review 2/10/2004 | AVI_55595-618 | 402, 403 | R |
| 1863 | Affymetrix document entitled "Competitive Price Analysis" | AVI_74053-056 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1864 | Whole Genome SR Analysis:  Positioning | AVI_78403-462 | 402, 403 | R |
| 1865 | Strategic Priorities | AVI_69082-087 | 402, 403 | R |
| 1866 | Competitor Overview | AVI_65230-235 | 402, 403 | R |
| 1867 | Spreadsheet re "Lost Orders to Illumina" | AVI_56188-89 | 402, 403 | R |
| 1868 | Spreadsheet re "Lost Orders to Illumina" | AVI_56475-76 | 402, 403 | R |
| 1869 | Spreadsheet re "Lost Orders to Illumina" | AVI_56481-82 | 402, 403 | R |
| 1870 | | | | |
| 1871 | Affymetrix Spreadsheet | AVI_57137 | 402, 403, 802 | R, HE, NH |
| 1872 | Affymetrix Spreadsheet | AVI_57707-08 | 402, 403, 802, MP, ID | R, HE, NH |
| 1873 | Affymetrix document entitled "Genotyping Products Positioning" | AVI_60780-826 | 402, 403 | R |
| 1874 | Genotyping Wars Continue, 10/2006 | | NP, ID | AV |
| 1875 | Pacific Growth Equities, Illumina, Inc. 10/2006 | | NP, ID | AV |
| 1876 | Leerink Jaffray, "Growing Concerns Over Data Quality from 500K." | IAFP645432-37 | 402, 403, 802 | R, HE, NH |
| 1877 | Email from Selby Re: "Preliminary Agenda - 14th International Genome Sequencing and Analysis Conference" | AVI_068828-829 | 402, 403 | R |
| 1878 | Email from Raimond | AVI_056903-905 | 402, 403, 802 | R, HE, NH |
| 1879 | Email from Raimond Re "FW: Max Lumke @ NHGRI has quote from Illumina" | AVI_058594-595 | 402, 403, 802 | R, HE, NH |
| 1880 | Email from Nicholls Re: "FW: competitive activity genotyping" | AVI_072518-524 | 402, 403 | R |
| 1881 | Email from Lane Re: "Baird/ILMN: Reports Strong Q1, Fundamentals Improving, Upgrading to Outperform" | AVI_056575-576 | 402, 403, 802 | R, HE, NH |
| 1882 | Email from Fergus Re: "FW: Illumina purchase at | AVI_055927-928 | 402, 403, 802 | R, HE, NH |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | UC Davis" | | | |
| 1883 | Email from Fergus "Re: Fw: Q2" | AVI_083897-898 | 402, 403 | R |
| 1884 | Competitive Summit Meeting Minutes 5/17/05 | AVI_073498-500 | 402, 403 | R |
| 1885 | Email from Nicholls Re: "ILMN - competitive update" | AVI_068730-737 | 402, 403, 802 | R, NH, HE |
| 1886 | Email from Fergus Re: "FW Parallele" | AVI_056529-531 | 402, 403 | R |
| 1887 | Email from Siegel Re: "Debbie Nickerson and ILMN" | AVI_074367-369 | 402, 403, 802 | R, NH, HE |
| 1888 | Email from Germann Re:  "Quarter End" | AVI_080476-477 | 402, 403 | R |
| 1889 | Email from Marcus Re: "Myriad Genetics" | AVI_064118-119 | 402, 403, 802 | R, NH, HE |
| 1890 | Email from Raimond Re:  "500K positioning slides" | AVI_063045-046 | 402, 403 | R |
| 1891 | Email from Yap Re: "**FINAL PRODUCT PROFILES & CHOICE MATRICES FOR YOUR SIGN OFF TODAY!**" | AVI_056095-096 | 402, 403, 802 | R, NH, HE |
| 1892 | Email from Affymetrix sales representative, June 25, 2004 | AVI_064192-194 | 402, 403, 802 | R, NH, HE |
| 1893 | Email from Affymetrix sales representative, September 13, 2004 | AVI_078668-675 | 402, 403, 802 | R, NH, HE |
| 1894 | Email from Affymetrix re Mendel Arrays Sets | AVI_177390-392 | 402, 403 | R |
| 1895 | Email from Affymetrix re 500K chips, September 28, 2005 | AVI_132679-680 | 402, 403 | R |
| 1896 | Affymetix spreadsheet | AVI_201588-591 | MP, 402, 403 | R |
| 1897 | Affymetrix document re "Life Sciences Research Market" | AVI_068794-815 | 402, 403 | R |
| 1898 | Affymetrix document entitled "Illumina Sales Role Play" | AVI_074046-48 | 402, 403 | R |
| 1899 | Illumina document entitled "Gene Expression" | IAFP540473-513 | 402, 403, 802 | R, HE, NH |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1900 | Affymetrix e-mails, 5/27/04 | AVI_82152-54 | 402, 403, 802 | R, HE, NH |
| 1901 | Affymetrix emails, 9/22/04 | AVI_89157-58 | ID, MP, 402, 403 | R |
| 1902 | Affymetrix emails, 1/11/05 | AVI_78505-11 | 402, 403, 802 | R, HE, NH |
| 1903 | 10/5/05 Affymetrix press release "Wellcome Trust Case Control Consortium Partners With Perlegen and Affymetrix to Search for Genetic Origins of Ten Complex Diseases" | | 402, 403, 802 | R, HE, NH |
| 1904 | Affymetrix emails, 9/18/04 | AVI_80745-46 | 402, 403, 802 | R, HE, NH |
| 1905 | Affymetrix emails re "Illumina info very sensitive," 11/27/02 | AVI_64460-61 | 402, 403, 802 | R, HE, NH |
| 1906 | Affymetrix emails re "10K opportunities," 3/18/03 | AVI_56566-69 | 402, 403, 802 | R, HE, NH |
| 1907 | Affymetrix emails re "10K opportunities" | AVI_64472-76 | 402, 403, 802 | R, HE, NH |
| 1908 | Affymetrix emails re "Illumina at JHU,"  6/30/03 | AVI_63696-98 | 402, 403, 802 | R, HE, NH |
| 1909 | Affymetrix emails re "Media FYI: John Hopkins," 8/29/03 | AVI_63987-95 | 402, 403, 802 | R, HE, NH |
| 1910 | Affymetrix emails re "Nakamura & ParAllele vs. Illumina," 10/27/03 | AVI_64512 | 402, 403, 802 | R, HE, NH |
| 1911 | Affymetrix emails re "Nakamura & ParAllele vs. Illumina," 10/27/03 | AVI_64519-23 | 402, 403, 802 | R, HE, NH |
| 1912 | Affymetrix emails re "The Nakamura lab," 11/7/03 | AVI_64532-33 | 402, 403, 802 | R, HE, NH |
| 1913 | Affymetrix emails re "MSKCC Genotyping -- Confidential INFO -- DO NOT CONTACT MSKCC," 11/25/03 | AVI_64070-75 | 402, 403, 802 | R, HE, NH |
| 1914 | Affymetrix emails re "Galileo visit 12/3," 11/25/02 | AVI_62916 | 402, 403 | R |
| 1915 | Affymetrix emails re "Call with Galileo tomorrow morning," 11/25/03 | AVI_58437-39 | 402, 403, 802 | R, HE, NH |
| 1916 | Affymetrix emails re "Galileo conference call for 11/26/03" | AVI_63625-26 | 402, 403 | R |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1917 | Affymetrix emails re "Hooper," 12/1/03 | AVI_58168-69 | 402, 403, 802 | R, HE, NH |
| 1918 | Affymetrix emails re "Hooper," 12/3/03 | AVI_64598-601 | 402, 403, 802 | R, HE, NH |
| 1919 | Affymetrix's emails re "Galileo Postmortem," 12/4/03 | AVI_62914-15 | 402, 403 | R |
| 1920 | | | | |
| 1921 | Affymetrix emails re "Illumina competitive positioning," 12/7/03 | AVI_63739-40 | 402, 403 | R |
| 1922 | Affymetrix emails re "MS linkage redo," 1/13/2004 | AVI_64014-18 | 402, 403, 802 | R, HE, NH |
| 1923 | Affymetrix emails re "Parallele oppro?," 12/23/2003 | AVI_81633-34 | 402, 403, 802 | R, HE, NH |
| 1924 | Affymetrix emails re "Thoughts on ILMN announcement," 1/14/2004 | AVI_82228-32 | 402, 403, 802 | R, HE, NH |
| 1925 | Illumina emails re "Duke," 4/19/04 | IAFP598827-29 | 402, 403, 802 | R, HE, NH |
| 1926 | Illumina emails re "Email from Bob Millikan," 4/9/2004 | IAFP555009-010 | 402, 403, 802 | R, HE, NH |
| 1927 | Illumina emails re "Affy spreading lies," 4/15/04 | IAFP567057-58 | 402, 403, 802 | R, HE, NH |
| 1928 | Affymetrix emails re "Competitive situation!," 5/3/04 | AVI_56588-90 | 402, 403, 802 | R, HE, NH |
| 1929 | Affymetrix emails re "Illumina pricing," 5/5/04 | AVI_89121-23 | 402, 403 | R |
| 1930 | Affymetrix emails re "John Todd Summary," 5/6/04 | AVI_82150-51 | 402, 403, 802 | R, HE, NH |
| 1931 | Affymetrix emails re "Illumina purchase at UC Davis," 5/12/04 | AVI_56231-32 | 402, 403, 802 | R, HE, NH |
| 1932 | Affymetrix emails re "Strategic help needed," 5/14/04 | AVI_82353-54 | 402, 403 | R |
| 1933 | | | | |
| 1934 | Illumina emails re "More info," 6/10/04 | IAFP640174-76 | 402, 403, 802 | R, HE, NH |
| 1935 | Affymetrix emails re "Martyn Smith doc," 5/6/04 | AVI_55933-36 | 402, 403, 802, MD | R, HE, NH, SD |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1936 | Affymetrix document entitled "Opportunity/Threat outline: UC Berkeley, School of Public Health 3/12/2004" | AVI_55868-69 | 402, 403, 802 | R, HE, NH |
| 1937 | Affymetrix emails re "Illumina purchase at UC Davis" dated 5/11/04 | AVI_85323-24 | 402, 403, 802 | R, HE, NH |
| 1938 | Affymetrix emails re "Lost sale," 6/18/04 | AVI_64769-81 | 402, 403, 802 | R, HE, NH |
| 1939 | Affymetrix emails re "Quarter end," 6/18/04 | AVI_80476-77 | 402, 403 | R |
| 1940 | Affymetrix emails re "John Todd -- big opportunities" | AVI_64234-36 | 402, 403, 802 | R, NH, HE |
| 1941 | Affymetrix emails re "Dr. Tashiro," 9/14/04 | AVI_78600-05 | 402, 403, 802 | R, NH, HE |
| 1942 | Affymetrix emails re "Dr. Tashiro proposal," 10/2/04 | AVI_82180-81 | 402, 403, 802 | R, NH, HE |
| 1943 | Affymetrix emails re "Dr. Tashiro," 1/11/05 | AVI_78512-18 | 402, 403, 802 | R, HE, NH |
| 1944 | Affymetrix emails re "Illumina," 10/20/04 | AVI_82527-30 | 402, 403, 802 | R, NH, HE |
| 1945 | Affymetrix emails re "500K TA," 10/27/04 | AVI_81885-86 | 402, 403 | R |
| 1946 | Affymetrix emails re "Illumina competitive overview," 11/9/04 | AVI_57491-92 | 402, 403 | R |
| 1947 | Affymetrix emails re "4c demand," 11/11/04 | AVI_81821-23 | 402, 403, 802 | R, HE, NH |
| 1948 | Affymetrix emails re "holding off ILMN -- HELP," 12/15/04 | AVI_64985-86 | 402, 403, 802 | R, HE, NH |
| 1949 | Affymetrix emails re "ILMN 360K panel," 2/9/05 | AVI_57274-76 | 402, 403, 802 | R, HE, NH |
| 1950 | Affymetrix emails re "ILMN earning report," 2/23/05 | AVI_58753-54 | 402, 403, 802 | R, HE, NH |
| 1951 | Illumina emails re "T-Gen Beadstation order 11284" | IAFP640173 | 402, 403, 802 | R, HE, NH |
| 1952 | Illumina document entitled "Leading Edge," 4/05 | IAFP541080-104 | MP, 402, 403, 802 | R, HE, NH |
| 1953 | Illumina document entitled "Whole Genome Expression: Market Overview and Strategy" | IAFP543950-89 | MP, 402, 403, 802 | R, HE, NH |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1954 | Affymetrix document entitled "2002 Marketing Plan Version 4.0" | AVI_87891-46 | 402, 403, 105 | R, AI |
| 1955 | Affymetrix document entitled "Pricing/Selling Opportunities -- Data Collected end of May 2004" | AVI_65252-55 | 402, 403 | R |
| 1956 | Affymetrix document entitled "Analysis of the North American Spotted Microarray Market, November 19, 2002" | AVI_74918-97 | 402, 403, 802 | R, NH, HE |
| 1957 | Affymetrix document entitled "2004 Brand Attitudes and Awareness Study:  Focus on DNA Analysis Market" | AVI_82570-644 | 402, 403 | R |
| 1958 | | | | |
| 1959 | 7-24-02 Affymetrix Earnings Call Transcript | IAFP645122-33 | 402, 403, 802 | R, NH, HE |
| 1960 | 10-23-02 Affymetrix Earnings Call Transcript | IAFP645134-50 | 402, 403, 802 | R, NH, HE |
| 1961 | 1-29-03 Affymetrix Earnings Call Transcript | IAFP645151-65 | 402, 403, 802 | R, NH, HE |
| 1962 | 1-30-03 Affymetrix to Discuss Clinical Genomics Transcript | IAFP645166-74 | 402, 403, 802 | R, NH, HE |
| 1963 | 4-23-03 Affymetrix Earnings Call Transcript | IAFP645175-90 | 402, 403, 802 | R, NH, HE |
| 1964 | 7-23-03 Affymetrix Earnings Call Transcript | IAFP645191-206 | 402, 403, 802 | R, NH, HE |
| 1965 | 10-22-03 Affymetrix Earnings Call Transcript | IAFP645207-19 | 402, 403, 802 | R, NH, HE |
| 1966 | 1-12-04 Affymetrix JPMorgan 22nd Annual Healthcare Conference Transcript | IAFP645220-25 | 402, 403, 802 | R, NH, HE |
| 1967 | 1-28-04 Affymetrix Earnings Call Transcript | IAFP645226-43 | 402, 403, 802 | R, NH, HE |
| 1968 | 4-21-04 Affymetrix Earnings Call Transcript | IAFP645244-58 | 402, 403, 802 | R, NH, HE |
| 1969 | 7-21-04 Affymetrix Earnings Call Transcript | IAFP645259-71 | 402, 403, 802 | R, NH, HE |
| 1970 | 1-11-05 Affymetrix JPMorgan 23rd Annual Healthcare Conference Transcript | IAFP645272-77 | 402, 403, 802 | R, NH, HE |
| 1971 | 1-26-05 Affymetrix Earnings Call Transcript | IAFP613234-46 | 402, 403, 802 | R, NH, HE |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1972 | 1-27-05 Affymetrix at Piper Jaffray Healthcare Conference Transcript | IAFP645278-85 | 402, 403, 802 | R, NH, HE |
| 1973 | 3-31-05 Affymetrix at Lehman Brothers Global Healthcare Conference Transcript | IAFP645286-92 | 402, 403, 802 | R, NH, HE |
| 1974 | 4-21-05 Affymetrix Earnings Call Transcript | IAFP613116-33 | 402, 403, 802 | R, NH, HE |
| 1975 | 5-10-05 Affymetrix at Robert W. Baird & Co., Inc. Growth Stock Conference Transcript | IAFP645293-301 | 402, 403, 802 | R, NH, HE |
| 1976 | 5-31-05 Affymetrix Signs Agreement to Acquire ParAllele BioScience | IAFP645302-16 | 402, 403, 802 | R, NH, HE |
| 1977 | 6-06-05 Affymetrix at Pacific Growth Equities 2005 Life Sciences Growth Conference Transcript | IAFP645317-24 | 402, 403, 802 | R, NH, HE |
| 1978 | 6-14-05 Affymetrix Earnings Call Transcript | IAFP588707-18 | 402, 403, 802 | R, NH, HE |
| 1979 | 7-21-05 Affymetrix Earnings Call Transcript | IAFP645325-46 | 402, 403, 802 | R, NH, HE |
| 1980 | 9-27-05 Affymetrix Guidance Announcement Transcript | IAFP658954-64 | 402, 403, 802 | R, NH, HE |
| 1981 | 10-20-05 Affymetrix Earnings Call Transcript | IAFP645358-81 | 402, 403, 802 | R, NH, HE |
| 1982 | 1-05-06 Affymetrix Guidance Announcement Transcript | IAFP658932-53 | 402, 403, 802 | R, NH, HE |
| 1983 | 4-20-06 Affymetrix Earnings Call Transcript | IAFP645448-70 | 402, 403, 802 | R, NH, HE |
| 1984 | 7-31-06 Affymetrix Earnings Call Transcript | IAFP64404-22 | 402, 403, 802 | R, NH, HE |
| 1985 | 09-12-06 Affymetrix at Bear Stearns 19th Annual Healthcare Conference Transcript | IAFP658988-96 | 402, 403, 802 | R, NH, HE |
| 1986 | 10-25-06 Affymetrix Earnings Call Transcript | 10-25-06 Affymetrix Earnings Call Transcript | 402, 403, 802, NP, ID | R, NH, HE, AV |
| 1987 | Affymetrix 10-Q (11/9/06) | Affymetrix 10-Q (11/9/06) | | |
| 1988 | Affymetrix 10-Q (8/3/06) | Affymetrix 10-Q (8/3/06) | | |
| 1989 | Affymetrix 10-Q (5/10/06) | Affymetrix 10-Q (5/10/06) | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 1990 | Affymetrix 10-Q (11/9/05) | AVI_126565-126621 | | |
| 1991 | Affymetrix 10-Q (8/9/05) | AVI_127461-127504 | | |
| 1992 | Affymetrix 10-Q (5/10/05) | AVI_127505-127460 | | |
| 1993 | Affymetrix 10-Q (3/16/05) | AVI_127275-127416 | | |
| 1994 | Affymetrix 10-Q (8/9/04) | Affymetrix 10-Q (8/9/04) | | |
| 1995 | Affymetrix 10-Q (5/10/04) | Affymetrix 10-Q (5/10/04) | | |
| 1996 | Affymetrix 10-Q (11/14/03) | AVI_126065-126124 | | |
| 1997 | Affymetrix 10-Q (8/14/03) | AVI_126125-126175 | | |
| 1998 | Affymetrix 10-Q (5/15/03) | AVI_126176-126387 | | |
| 1999 | Affymetrix 10-Q (11/14/02) | AVI_125536-125575 | | |
| 2000 | Affymetrix 10-Q (8/12/02) | AVI_125576-125615 | | |
| 2001 | Affymetrix 10-Q (5/15/02) | AVI_125616-125658 | | |
| 2002 | Affymetrix 10-Q (11/13/01) | AVI_125214-125221 | | |
| 2003 | Affymetrix 10-Q (8/13/01) | AVI_125222-125261 | | |
| 2004 | Affymetrix 10-Q (5/15/01) | AVI_125223-125272 | | |
| 2005 | Affymetrix 10-Q (11/14/00) | AVI_123962-123996 | | |
| 2006 | Affymetrix 10-Q (8/14/00) | AVI_123997-124025 | | |
| 2007 | Affymetrix 10-Q (5/15/00) | AVI_124026-124053 | | |
| 2008 | Affymetrix 10-K (8/3/06) | Affymetrix 10-K (8/3/06) | | |
| 2009 | Affymetrix 10-K (3/9/06) | AVI_213606-123753 | | |
| 2010 | Affymetrix 10-K (3/16/05) | AVI_120189-120332 | | |
| 2011 | Affymetrix 10-K (3/15/04) | AVI_120061-120188 | | |
| 2012 | Affymetrix 10-K (3/31/03) | AVI_125958-126064 | | |
| 2013 | Affymetrix 10-K (3/29/02) | AVI_125480-125535 | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 2014 | Affymetrix 10-K (3/30/01) | AVI_119639-119739 | | |
| 2015 | Affymetrix 10-K (3/30/00) | AVI_119424-119638 | | |
| 2016 | Affymetrix's Responses to Illumina's First Set of Interrogatories | | 402, 403, ID, MD | R, SD |
| 2017 | Affymetrix's Supplemental Responses to Illumina's First Set of Interrogatories | | 402, 403, ID, MD | R, SD |
| 2018 | Affymetrix's Second Supplemental Responses to Illumina's First Set of Interrogatories | | 402, 403, ID, MD | R, SD |
| 2019 | Affymetrix's Responses to Illumina's Second Set of Interrogatories | | 402, 403, ID, MD | R, SD |
| 2020 | Affymetrix's Supplemental Responses to Illumina's Second Set of Interrogatories | | 402, 403, ID, MD | R, SD |
| 2021 | Affymetrix's Second Supplemental Responses to Illumina's Second Set of Interrogatories | | 402, 403, ID, MD | R, SD |
| 2022 | Affymetrix's Responses to Illumina's Third Set of Interrogatories | | 402, 403, ID, MD | R, SD |
| 2023 | Affymetrix's Responses to Illumina's Fourth Set of Interrogatories | | 402, 403, ID, MD | R, SD |
| 2024 | Affymetrix's Supplemental Responses to Illumina's Fourth Set of Interrogatories | | 402, 403, ID, MD | R, SD |
| 2025 | Affymetrix's Responses to Illumina's Fifth Set of Interrogatories | | 402, 403, ID, MD | R, SD |
| 2026 | Affymetrix's Supplemental Responses to Illumina's Fifth Set of Interrogatories | | 402, 403, ID, MD | R, SD |
| 2027 | Affymetrix's Responses to Illumina's First Set of Requests for Production | | 402, 403, ID, MD | R, SD |
| 2028 | Affymetrix's Responses to Illumina's Second Set of Requests for Production | | 402, 403, ID, MD | R, SD |
| 2029 | Affymetrix's Responses to Illumina's Third Set of | | 402, 403, ID, MD | R, SD |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | Requests for Production | | | |
| 2030 | Affymetrix's Responses to Illumina's First Set of Requests for Admission | | 402, 403, ID, MD | R, SD |
| 2031 | Affymetrix's Responses to Illumina's Second Set of Requests for Admission | | 402, 403, ID, MD | R, SD |
| 2032 | | | | |
| 2033 | Expert report(s) of Hubert Koster, Ph.d, submitted in *Affymetrix, Inc. v. Illumina, Inc.*, CA 04-901-JFF (D. Del.) | | 802 | NH |
| 2034 | Expert report(s) of Robin Felder, Ph.d., submitted in *Affymetrix, Inc. v. Illumina, Inc.*, CA 04-901-JFF (D. Del.) | | 802 | NH |
| 2035 | Expert report(s) of Matthew Lynde, Ph.d, submitted in *Affymetrix, Inc. v. Illumina, Inc.*, CA 04-901-JFF (D. Del.) | | 802 | NH |
| 2036 | Expert report(s) of George Gould, submitted in *Affymetrix, Inc. v. Illumina, Inc.*, CA 04-901-JFF (D. Del.) | | 802 | NH |
| 2037 | 10/28/91 Beckman letter re Affymetrix and Human Genome III meeting | IAFP6604-05 | 402, 403, 802 | R, NH, HE |
| 2038 | 10/24/91 Gasin letter re Meeting/Affymetrix Research | IAFP7335-36 | 402, 403, 802 | R, NH, HE |
| 2039 | 12/8/98 Foder Document | AFF-HYS15254-57 | 402, 403, 802 | R, NH, HE |
| 2040 | Affymetrix Initial Disclosures HySeq. case | AFF-HYS15135-42 | 402, 403, 802 | R, NH, HE |
| 2041 | 10/17/97 Affymetrix S-3 Form | AVI121307-460 | 402, 403 | R |
| 2042 | Wagner Assignment Document | AG137-38 | 402, 403, 802, MD | R, NH, HE, SD |
| 2043 | | | | |
| 2044 | US Patent App. "Methods for Processing Multiple Biological Chip Assays" | IAFP33-73 | | |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 2045 | Affymetrix's Markman Brief for HySeq litigation | AFFY-HYS27714-31 | 402, 403, 802 | R, NH, HE |
| 2046 | US Patent No. 5,639,611 | | 402, 403, NP | R, AV |
| 2047 | Affymetrix's Opposition to Isis EPO 0373,203 | IAFP 5341-5434 | 402, 403, 802 | R, NH, HE |
| 2048 | Declaration of Paul Silverman in Affymetrix/Synteni litigation | IAFP5982-84 | 402, 403, 802 | R, NH, HE |
| 2049 | 7/1/92 Letter from J. Tripp to R. Lipshutz of Wagner | AG464-65 | 402, 403, 802, MD | R, NH, HE, SD |
| 2050 | Copyright Assignment | AG865-69 | 402, 403, 802 | R, NH, HE |
| 2051 | Hyseq's reply brief | AFFY-HYS11333-35 | 402, 403, 802 | R, HE, NH |
| 2052 | 12/6/91 Wagner Memorandum | AG1215-18 | 402, 403, 802 | R, NH, HE |
| 2053 | 2/14/92 Quote from Wagner to Affymetrix | AG471-72 | 402, 403, 802 | R, NH, HE |
| 2054 | Sentrix Universal-96 Array Matrix (physical sample) | | NP, ID, 901 | AV, A |
| 2055 | Sentrix Universal-16 BeadChip (physical sample) | | NP, ID, 901 | AV, A |
| 2056 | Sentrix Human-1 Genotyping BeadChip (physical sample) | | NP, ID, 901 | AV, A |
| 2057 | Sentrix Human-6 Expression BeadChip (physical sample) | | NP, ID, 901 | AV, A |
| 2058 | Sentrix HumanRef-8 Expression BeadChip (physical sample) | | NP, ID, 901 | AV, A |
| 2059 | Sentrix Mouse-6 Expression BeadChip (physical sample) | | NP, ID, 901 | AV, A |
| 2060 | Sentrix MouseRef-8 Expression BeadChip (physical sample) | | NP, ID, 901 | AV, A |
| 2061 | Sentrix Human Sampler-16 Expression BeadChip (physical sample) | | NP, ID, 901 | AV, A |
| 2062 | Sentrix Human Sampler-96 Expression Array Matrix (physical sample) | | NP, ID, 901 | AV, A |
| 2063 | Sentrix HumanTox-16 Expression BeadChip | | NP, ID, 901 | AV, A |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | (physical sample) | | | |
| 2064 | Mouse Sampler-16 Expression BeadChip (physical sample) | | NP, ID, 901 | AV, A |
| 2065 | Sentrix Mouse-96 Expression Array Matrix (physical sample) | | NP, ID, 901 | AV, A |
| 2066 | Sentrix Arabidopsis Sampler-16 Expression BeadChip (physical sample) | | NP, ID, 901 | AV, A |
| 2067 | Sentrix Arabidopsis-96 Expression Array Matrix (physical sample) | | NP, ID, 901 | AV, A |
| 2068 | Sentrix Custom-16 Expression BeadChip (physical sample) | | NP, ID, 901 | AV, A |
| 2069 | Sentrix Custom-96 Expression Array Matrix (physical sample) | | NP, ID, 901 | AV, A |
| 2070 | Linkage IVb Panel (physical sample) | | NP, ID, 901 | AV, A |
| 2071 | MHC Panel Set (physical sample) | | NP, ID, 901 | AV, A |
| 2072 | Illumina's Beadchip device without beads (physical sample) | | NP, ID, 901 | AV, A |
| 2073 | Illumina's Beadchip device with beads (physical sample) | | NP, ID, 901 | AV, A |
| 2074 | Physical sample of product packaging | | NP, ID | AV |
| 2075 | Physical sample of product packaging | | NP, ID | AV |
| 2076 | Physical sample of product packaging | | NP, ID | AV |
| 2077 | Physical sample of product packaging | | NP, ID | AV |
| 2078 | Physical sample of product packaging | | NP, ID | AV |
| 2079 | Physical sample of product packaging | | NP, ID | AV |
| 2080 | Physical sample of product packaging | | NP, ID | AV |
| 2081 | Physical sample of product packaging | | NP, ID | AV |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 2082 | Physical sample of product packaging | | NP, ID | AV |
| 2083 | Physical sample of product packaging | | NP, ID | AV |
| 2084 | Physical sample of product packaging | | NP, ID | AV |
| 2085 | Physical sample of product packaging | | NP, ID | AV |
| 2086 | Physical sample of product packaging | | NP, ID | AV |
| 2087 | Physical sample of product packaging | | NP, ID | AV |
| 2088 | Physical sample of product packaging | | NP, ID | AV |
| 2089 | Physical sample of product packaging | | NP, ID | AV |
| 2090 | Physical sample of product packaging | | NP, ID | AV |
| 2091 | Physical sample of product packaging | | NP, ID | AV |
| 2092 | Physical sample of product packaging | | NP, ID | AV |
| 2093 | Physical sample of product packaging | | NP, ID | AV |
| 2094 | | | | |
| 2095 | Physical sample of Illumina's Sentrix Array Matrix hybridization chamber | N/A | NP, ID, 901 | AV, A |
| 2096 | Photographs of Illumina's Sentrix Array Matrix hybridization chamber | ILPRD14, 16-20, 24 | | |
| 2097 | | | | |
| 2098 | Physical sample of Illumina's Beadchip hybridization chamber | | NP, ID, 901 | AV, A |
| 2099 | Photographs of Illumina's Beadchip hybridization chamber | ILPRD5-7, 9, 10, 12 | | |
| 2100 | | | | |
| 2101 | | | | |
| 2102 | | | | |

EXHIBIT 8

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 2103 | Gordon Research Conferences, 1999 Summer and Fall Meetings. Science 1999; 283, Cover, 1220, 1356. | | NP, 402, 403, 802, MP | AV, R, HE, NH |
| 2104 | Simon-Sanchez, et al. Genome-wide SR assay reveals structural genomic variation, extended homozygosity and cell-line induced alterations in normal individuals. Human Molecular Genetics 2007; 16: 1-14. | | NP, 402, 403, 802 | AV, R, HE, NH |
| 2105 | Duerr, et. al. A Genome-Wide Association Study Identifies IL23R as an Inflammatory Bowel Disease Gene. Science 2006; 314:1461-1463. | | NP, 402, 403, 802, ID, 901 | AV, R, HE, NH, A |
| 2106 | Plaque: North American Drug Discovery Technologies Product Innovation of the Year Award, 2006. | | NP, 402, 403, 802, ID, 901 | AV, R, HE, NH, A |
| 2107 | Plaque: Cover of Science 2006; 283. | | NP, 402, 403, 802, 701 | AV, R, HE, NH, O |
| 2108 | Frost & Sullivan, 2006 North American Drug Discovery Technologies Product Innovation of the Year Award; Award Recipient: Illumina, Inc. (4 pp.) | | NP, 402, 403, 802, 701 | AV, R, HE, NH, O |
| 2109 | The International HapMap Consortium. The International HapMap Project. Nature 2003; 426: 789-796. | | NP, 402, 403, 802 | AV, R, HE, NH |
| 2110 | The International HapMap Consortium. A Haplotype Map of the Human Genome. Nature 2005; 437:1299-1320. | | NP, 402, 403, 802 | AV, R, HE, NH |
| 2111 | Wadman M. The Chips Are Down. Nature 2006;444:256-257. | | NP, 402, 403, 802 | AV, R, HE, NH |
| 2112 | License Agreement between Affymetrix, Inc. and PerkinElmer Inc. (DX 531) | AVI_203223-54 | 402, 403 | R |
| 2113 | Alan Sherr Email re Correction. | AVI_203692 | 402, 403, 701 | R, O |
| 2114 | Common Terms Agreement between F. Hoffmann-LaRoche and Affymetrix, Inc. dated January 29, | AVI_208281-304 | 402, 403 | R |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| | 2003 | | | |
| 2115 | Instrument and Chip Supply Agreement between F. Hoffmann-LaRoche and Affymetrix, Inc. dated January 29, 2003 | AVI_208305-31 | 402, 403 | R |
| 2116 | Instrument Agency Agreement between F. Hoffmann-LaRoche and Affymetrix, Inc. dated January 29, 2003 | AVI_208332-52 | 402, 403 | R |
| 2117 | Diagnostic Product and Instrument Agency Agreement between F. Hoffmann-LaRoche and Affymetrix, Inc. dated January 29, 2003 | AVI_208353-67 | 402, 403 | R |
| 2118 | Standstill Agreement between F. Hoffmann-LaRoche and Affymetrix, Inc. dated January 29, 2003 | AVI_208368-73 | 402, 403 | R |
| 2119 | Research & Development Collaboration Agreement between F. Hoffmann-LaRoche and Affymetrix, Inc. dated January 29, 2003 | AVI_208374-89 | 402, 403 | R |
| 2120 | Beads (physical sample) | | NP, ID, 901 | AV, A |
| 2121 | Beads with oligos (physical sample) | | NP, ID, 901 | AV, A |
| 2122 | Glass fiber bundles without beads  (physical sample) | | NP, ID, 901 | AV, A |
| 2123 | Glass fiber bundles with beads without oligos (physical sample) | | NP, ID, 901 | AV, A |
| 2124 | Glass fiber bundles with beads with oligos (physical sample) | | NP, ID, 901 | AV, A |
| 2125 | Illumina's Sentrix Array Matrix without beads (physical sample) | | NP, ID, 901 | AV, A |
| 2126 | Illumina's Sentrix Array Matrix with beads (physical sample) | | NP, ID, 901 | AV, A |
| 2127 | Affymetrix's Human Genome U133A 2.0 Array (physical sample) | | NP, 402, 403, 901 | AV, R, A |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 2128 | Affymetrix's Human Genome Focus Array (physical sample) | | NP, 402, 403, 901 | AV, R, A |
| 2129 | Affymetrix's GeneChip Human Mapping 100K Array (physical sample) | | NP, 402, 403, 901 | AV, R, A |
| 2130 | Affymetrix's GeneChip Human Mapping 500K Array (physical sample) | | NP, 402, 403, 901 | AV, R, A |
| 2131 | Affymetrix's GeneChip Human Mapping 10K Array (physical sample) | | NP, 402, 403, 901 | AV, R, A |
| 2132 | Affymetrix's GeneChip Custom 1.5 (physical sample) | | NP, 402, 403, 901 | AV, R, A |
| 2133 | Affymetrix's Universal 3K Tag Array (physical sample) | | NP, 402, 403, 901 | AV, R, A |
| 2134 | E-mail re Array Patent List | AVI_202266 | 402, 403, 802 | R, HE, NH |
| 2135 | Email re Revised Term Sheet | AVI_202242 | 402, 403, 802 | R, HE, NH |
| 2136 | First Amendment to License Agreement | AVI_208088-93 | 402, 403 | R |
| 2137 | Email re AFFY Questions | AVI_204293 | 402, 403, 802 | R, HE, NH |
| 2138 | Amendment 4 to the License Agreement between Affymetrix, Inc. and MWG-Biotech AG | AVI_203595-6 | 402, 403 | R |
| 2139 | Amendment 5 to the License Agreement between Affymetrix, Inc. and MWG-Biotech AG | AVI_202780-1 | 402, 403 | R |
| 2140 | Meeting Agenda | AVI_203597 | 402, 403, 802 | R, HE, NH |
| 2141 | Email re Meeting Follow-up | AVI_202747 | 402, 403, 802 | R, HE, NH |
| 2142 | Email re Document, etc. | AVI_203166-67 | 402, 403, 802 | R, HE, NH |
| 2143 | Document entitled "Affymetrix Conference Call" | AVI_203295 | 402, 403, 802 | R, HE, NH |
| 2144 | Email re Spectral Genomics Negotiation Version of Revised Terms and spreadsheet | AVI_202985-6 | 402, 403, 802 | R, HE, NH |
| 2145 | Email re GMS | AVI_203070-72 | 402, 403, 802 | R, HE, NH |

**EXHIBIT 8**

| Trial Ex. No. | Document | Bates Range | Affymetrix's Objections | Illumina's Response to Affymetrix's Objection |
|---|---|---|---|---|
| 2146 | U.S. Patent No. 4,263,504 (Thomas) | | NP, 402, 403 | AV, R |

**EXHIBIT 8**

<u>**Key to Affymetrix's Objections to Illumina's Proposed Trial Exhibits**</u>

Affymetrix reserves the right to add to or amend its objections to Illumina's proposed trial exhibits depending on how the Court divides the issues for trial and on the outcome of any motions *in limine*.

402      All or part of proposed exhibit is objected to under FRE 402 because it is not relevant

403      All or part of proposed exhibit is objected to under FRE 403 because its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence

408      All or part of proposed exhibit is objected to under FRE 408

701      All or part of proposed exhibit is objected to under FRE 701 because it is inadmissible opinion testimony by a lay witness

802      All or part of proposed exhibit is objected to under FRE 802 or 805 as inadmissible hearsay

901      All or part of proposed exhibit is objected to under FRE 901 as lacking authenticity or identification

105      All or part of proposed exhibit is objected to under FRE 105 as having only limited admissibility

602      All or part of proposed exhibit is objected to under FRE 602 and 702-705 for lack of foundation

ID       Insufficient or incorrect description of proposed exhibit / testimony – all objections are reserved

MD       All or part of proposed exhibit is objected to because it consists of multiple documents

MP       All or part of proposed exhibit is objected to because it is incomplete or missing pages

R        All or part of proposed exhibit is objected to because it was not produced in discovery

Priv     All or part of proposed exhibit is objected to because it is subject to attorney-client privilege or attorney work product

**EXHIBIT 8**

<u>**Key to Illumina's Responses To Affymetrix's Objections to Illumina's Proposed Trial Exhibits**</u>

Illumina reserves the right to add to or amend its responses to Affymetrix's objections to Illumina's proposed trial exhibits depending on how the Court divides the issues for trial and on the outcome of any motions *in limine*.

| Designation | Description |
|---|---|
| A | **Authentication**.  All or part of the proposed exhibit will be authenticated through appropriate live or deposition testimony under FRE 104, or is self authenticating pursuant to FRE 902. |
| AI | **Admissible For Illumina.**  All or part of the proposed exhibit is admissible for purposes that Illumina intends to use the document pursuant to FRE 105. |
| AV | **Publicly Available**.  All or part of the proposed exhibit is publicly available or otherwise available to Affymetrix. |
| HE | **Hearsay Exception**.  All or part of the proposed exhibit is not excluded by the hearsay rule, and admissible under the hearsay exceptions pursuant to FRE 803, 804 and/or 807. |
| NH | **Non-Hearsay**.  All or part of the proposed exhibit is not hearsay under FRE 801 because the statement is not being offered in evidence to prove the truth of the matter asserted, is a prior statement by witness, and / or is an admission by a party-opponent. |
| PI | **Pending Issue**.  All or part of the proposed exhibit was seized during the deposition and a pending motion is before the Court.  This proposed exhibit is non-privileged. |
| O | **Opinion on Ultimate Issue**.  All or part of the proposed exhibit is not opinion testimony by a lay witness, and/or the exhibit reflects testimony in the form of an opinion or inference that is otherwise admissible and is not objectionable because it embraces an ultimate issue to be decided by the trier of fact pursuant to FRE 704. |
| PK | **Personal Knowledge**.  The author of all or part of the proposed exhibit has personal knowledge discussed in the writing or foundation will be laid at trial through appropriate live or deposition testimony under FRE 602. |
| R | **Relevant**.  All or part of the proposed exhibit is relevant under FRE 401, and its probative value is not substantially outweighed by any unfair prejudice. |
| SD | **Single Document**.  All or part of the proposed exhibit is a single document or part of a single document, but to the extent it is not, Affymetrix cites no Federal Rule of Evidence that supports exclusion. |

**EXHIBIT 8**

| Designation | Description |
|---|---|
| SU | **Summaries**.  All or part of the proposed exhibit contains contents of voluminous writings, recordings, or photographs which cannot conveniently be examined in court and is presented in the form of a chart, summary, or calculation pursuant to FRE 1006. The originals, or duplicates, are publicly available or otherwise available to Affymetrix. |

# EXHIBIT 9

**EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Certified US Patent No. 5,545,531 | | 08/13/1996 | copy at AVI_038924 | AVI_038938 | | | | | |
| 2 | Certified US Patent No. 5,795,716 | | 08/18/1998 | copy at AVI_039650 | AVI_039699 | | | | | |
| 3 | Certified US Patent No. 6,355,432 | | 03/12/2002 | copy at AVI_043790 | AVI_043844 | | | | | |
| 4 | Certified US Patent No. 6,399,365 | | 06/04/2002 | copy at AVI_044227 | AVI_044286 | | | | | |
| 5 | Certified US Patent No. 6,646,243 | | 11/11/2003 | copy at AVI_047056 | AVI_047106 | | | | | |
| 6 | File History for US Patent No. 5,545,531 | | | AVI_001864 | AVI_001984 | | | | | |
| 7 | File History for US Patent No. 5,795,716 | | | AVI_000001 | AVI_000429 | | | | | |
| 8 | File History for US Patent No. 6,355,432 | | | AVI_001341 | AVI_001863 | | | | | |
| 9 | File History for US Patent No. 6,399,365 | | | AVI_001051 | AVI_001340 | | | | | |
| 10 | File History for US Patent No. 6,646,243 | | | AVI_000731 | AVI_001985 | | | | | |
| 11 | Illumina BeadLab System Manual Rev. E | PX 201 | 09/02/2004 | IAFP00010319 | IAFP00011208 | | | | | |
| 12 | Illumina BeadArray Reader User Guide Rev. A | PX 202 | 08/18/2004 | IAFP00011520 | IAFP00011615 | | | | | |
| 13 | Illumina BeadStation 500X Gene Expression System Rev. B | PX 266 | 10/15/2004 | IAFP00010209 | IAFP00010268 | | | | | |
| 14 | Illumina Gene Expression on Sentrix Arrays Direct Hybridization System Manual - Array Matrix Rev. B | PX 271 | 11/14/2003 | IAFP00632951 | IAFP00633090 | | | | | |
| 15 | Illumina Genotyping System Manual Rev. B | PX 603 | 00/00/2003 | IAFP00472418 | IAFP00473195 | | | | | |
| 16 | Illumina Infinium I Assay System Manual Rev. B | PX 605 | 11/04/2005 | IAFP00642663 | IAFP00643108 | | | | | |
| 17 | Illumina Infinium Assay System Manual Rev. A - Errata | PX 606 | 00/00/0000 | IAFP00643109 | IAFP00643112 | | | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Illumina Gene Expression on Sentrix Arrays - DASL Assay System Manual Rev. A | PX 609 | 01/26/2005 | IAFP00642477 | IAFP00642662 | | | | | |
| 19 | Illumina BeadStation 500G System Manual Rev. B | PX 614 | 04/04/2005 | IAFP00642129 | IAFP00642476 | | | | | |
| 20 | Illumina Hybridization Oven Operating Instructions Model 5420 with BeadChip Hyb Wheel | | 00/00/2004 | IAFP00010277 | IAFP00010316 | | | | | |
| 21 | Illumina BeadStudio X User Guide | | 08/27/2004 | IAFP00543653 | IAFP00543804 | | | | | |
| 22 | Illumina Sherlock 1000 Array Scanning System User Guide | | 00/00/2002 | IAFP00569671 | IAFP00569729 | | | | | |
| 23 | Illumina BeadLab System Site & Facility Pre-Installation Guide | | 00/00/2003 | IAFP00590786 | IAFP00590821 | | | | | |
| 24 | Information for Topic 3 | PX 9 | 00/00/0000 | | | S | 1006 | | | |
| 25 | Illumina Catalog List 2004 | PX 10 | 02/21/2005 | IAFP00496472 | IAFP00496526 | | | | | |
| 26 | Employee Time Charged by Project | PX 14 | 00/00/2001 | IAFP00022393 | IAFP00022436 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 27 | Employee Time Charged by Project | PX 15 | 00/00/2002 | IAFP00022437 | IAFP00022474 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 28 | Employee Time Charged by Project | PX 16 | 00/00/2003 | IAFP00022475 | IAFP00022512 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 29 | Notebook No. 00023 Issued to Jian-Bing Fan | PX 31 | 06/21/1999 | IAFP00469703 | IAFP00469941 | R, P | 401(a), 403(prob) | | | |
| 30 | Notebook No. 00037 Issued to Jian-Bing Fan | PX 32 | 11/15/1999 | IAFP00584093 | IAFP00584290 | R, P | 401(a), 403(prob) | | | |
| 31 | Notebook No. 00065 Issued to Jian-Bing Fan | PX 33 | 04/04/2000 | IAFP00584291 | IAFP00584347 | R, P | 401(a), 403(prob) | | | |
| 32 | Email re: Target Quality Controls | PX 35 | 04/09/2002 | IAFP00556298 | IAFP00556300 | R, P | 401(a), 403(prob) | | | |
| 33 | Highly Parallel SNP Genotyping | PX 37 | 00/00/2003 | IAFP00583892 | IAFP00583901 | | | | | |
| 34 | BeadArray-Based Solutions for Enabling the Promise of Pharmacogenomics | PX 39 | 10/00/2005 | | | | | | | |

**EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO,
THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | Email re: RE: Chip Data Analysis Question | PX 43 | 04/01/1999 | IAFP00589242 | IAFP00589242 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 36 | Email re: tag sequences | PX 44 | 04/25/2000 | IAFP00560600 | IAFP00560600 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 37 | Email re: RE: PM over MM with Affy | PX 45 | 05/14/2002 | IAFP00556078 | IAFP00556078 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 38 | Email re: probe selection paper from Affymetrix | PX 46 | 12/18/2003 | IAFP00555360 | IAFP00555360 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 39 | Probe selection for high-density oligonucleotide arrays | PX 47 | 09/30/2003 | IAFP00555361 | IAFP00555366 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 40 | Parallel Genotyping of Human SNPs Using Generic High-density Oligonucleotide Tag Arrays | PX 48 | 00/00/0000 | IAFP00558370 | IAFP00558377 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 41 | Performance Review Self Assessment for Kevin L. Gunderson | PX 50 | 12/03/1997 | AVI_134236 | AVI_134237 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 42 | Employee Time Charged by Project | PX 55 | 00/00/2004 | IAFP00022513 | IAFP00022566 | F, P, R | 401(f), 403(prob), 401(a) | | | |
| 43 | Notebook No. 00046 Issued to Kevin Gunderson | PX 57 | 01/19/2000 | IAFP00468538 | IAFP00468734 | R, P | 401(a), 403(prob) | | | |
| 44 | Notebook No. 00113 Issued to Kevin Gunderson | PX 58 | 10/19/2000 | IAFP00468735 | IAFP00468930 | R, P | 401(a), 403(prob) | | | |
| 45 | Grant Application for Representational analysis of DNA copy number / methylation | PX 61 | 12/02/2002 | IAFP00571878 | IAFP00571905 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 46 | Illumina Project Eureka Concept Plan | PX 63 | 10/06/2003 | IAFP00548363 | IAFP00548376 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 47 | Illumina PowerPoint Presentation - Infinium Assay Whole Genome Genotyping | PX 67 | 00/00/0000 | IAFP00616484 | IAFP00616518 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 48 | Whole Genome Genotyping Update | PX 68 | 07/09/2003 | IAFP00554653 | IAFP00554663 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 49 | Randomly-Assembled BeadArrays: Genomic and Proteomic Applications | PX 69 | 00/00/0000 | IAFP00554113 | IAFP00554187 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 50 | Email re: FYI: Affy's genotyping algorithms | PX 71 | 01/07/2004 | IAFP00517099 | IAFP00517099 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 51 | Email re: Annotation files for Affy HG U133P2.0 | PX 74 | 11/11/2004 | IAFP00547244 | IAFP00547244 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |

EXHIBIT 9: ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | List of nGenetics Inventions and Original Works of Authorship | PX 83 | 00/00/1998 | IAFP00571419 | IAFP00571419 | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 53 | Illumina PowerPoint Presentation - CyVera Transaction | PX 163 | 10/06/2004 | IAFP00590112 | IAFP00590127 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 54 | Illumina PowerPoint Presentation - From Whole Genome to Targeted Analysis: An Integrated Platform for Genotyping and Gene Expression | PX 170 | 00/00/0000 | IAFP00546077 | IAFP00546108 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 55 | Illumina PowerPoint Presentation - Leading Edge Sales Meeting | PX 171 | 04/00/2005 | IAFP00541260 | IAFP00541444 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 56 | Laboratory Notebook No. 00099 issued to Francisco Garcia | PX 184 | 08/21/2000 | IAFP00626908 | IAFP00626960 | R, P | 401(a), 403(prob) | | | |
| 57 | GenCall Version | PX 185 | 00/00/0000 | IAFP00550588 | IAFP00550616 | | | | | |
| 58 | Illumina Signs Genotyping Services Agreement with Investigators at Boston University | PX 186 | 00/00/0000 | AVI_141814 | AVI_141814 | | | | | |
| 59 | Illumina Signs Genotyping Services Agreement with GlaxoSmithKline | PX 187 | 00/00/0000 | AVI_141821 | AVI_141821 | | | | | |
| 60 | Illumina Signs Genotyping Services Agreement with Johns Hopkins Medical University | PX 188 | 00/00/0000 | AVI_141816 | AVI_141816 | | | | | |
| 61 | Large-Scale SNP Genotyping on Random Arrays | PX 190 | 05/03/2002 | IAFP00610110 | IAFP00610188 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 62 | Illumina PowerPoint Presentation - Genotyping Bead Arrays GenCall (Genotype Caller Program) | PX 191 | 11/07/2001 | IAFP00507719 | IAFP00507773 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 63 | Illumina Atlas - Development Phase Design Verification Testing Peer Technology Review Pre-read | PX 192 | 02/04/2003 | IAFP00590053 | IAFP00590107 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 64 | BeadStation 500G GenCall - Creating Clusters & Calling Genotypes | PX 200 | 00/00/0000 | IAFP00009250 | IAFP00009296 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 65 | Email re: RE: Affy BeadChip misregistered image | PX 203 | 08/25/2003 | IAFP00550894 | IAFP00550894 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 66 | Email re: LOH and arrayCGH etc | PX 204 | 07/08/2005 | IAFP00581675 | IAFP00581676 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 67 | Email re: affy_spike_info.xls | PX 205 | 06/11/2003 | IAFP00556342 | IAFP00556346 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 68 | Email re: The age old question… | PX 206 | 05/03/2004 | IAFP00552322 | IAFP00552326 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |

**EXHIBIT 9: ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 69 | Self-Assembled Random Arrays: High-performance imaging and genomics applications on a high-density microarray platform | PX 247 | 00/00/0000 | IAFP00532343 | IAFP00532353 | | | | | |
| 70 | Illumina PowerPoint Presentation - Mult-Sample Gene Expression: From whole genomes to focused gene sets; using fresh or fixed- | PX 267 | 00/00/0000 | IAFP00496330 | IAFP00496390 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 71 | Illumina Gene Expression Profiling - Gene Expression profiling on Multi-Array Sentrix BeadChips | PX 269 | 00/00/0000 | | | | | | | |
| 72 | Illumina 16/96/384 Array Matrix Concept Plan Revision 0.5 | PX 273 | 02/01/2000 | IAFP00533196 | IAFP00533205 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 73 | Email re: RE: important - please respond | PX 288 | 03/30/2004 | IAFP00555540 | IAFP00555542 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 74 | Illumina Systems, Products and Services Catalog 2005 | PX 296 | 10/03/2005 | IAFP00640163 | IAFP00640172 | | | | | |
| 75 | Decoding Randomly Ordered DNA Arrays | PX 322 | 01/29/2005 | AVI_118352 | AVI_118359 | | | | | |
| 76 | Email re: REVIEW new Genotyping Service Model | PX 323 | 05/14/2004 | IAFP00583557 | IAFP00583589 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 77 | Illumina PowerPoint Presenation - An  Integrated Array Platform for Genetic Analysis | PX 335 | 00/00/0000 | IAFP00585224 | IAFP00585310 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 78 | Email re: FW: Update on 100k chip presenation in Affymetrix Workshop | PX 341 | 04/07/2004 | IAFP00467591 | IAFP00467591 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 79 | Affymetrix Workshop HUGO | PX 342 | 04/07/2004 | IAFP00467592 | IAFP00467592 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 80 | Encoding methods for combinatorial chemistry | PX 385 | 00/00/1997 | AVI_201349 | AVI_201355 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 81 | Biographical Sketch of Mark Stephen Chee | PX 400 | 00/00/0000 | IAFP00571411 | IAFP00571412 | A, F, H, R, Inc | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 82 | Large-Scale Identification, Mapping, and Genotyping of Single-Nucleotide Polymorphisms in the Human Genome | PX 401 | 05/15/1998 | AVI_003362 | AVI_003367 | H, R, P | 801/803, 401(a), 403(prob) | | | |
| 83 | Expression monitoring by hybridization to high-density oligonucleotide arrays | PX 402 | 12/14/1996 | IAFP00005705 | IAFP00005710 | H, R, P | 801/803, 401(a), 403(prob) | | | |
| 84 | Accessing Genetic Information with High-Density DNA Arrays | PX 403 | 10/25/1996 | AVI_002128 | AVI_002133 | H, R, P | 801/803, 401(a), 403(prob) | | | |
| 85 | E-mail re: Lend me your ears | PX 407 | 07/01/1997 | IAFP00634121 | IAFP00634124 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |

**EXHIBIT 9: ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 86 | Illumina Website - History | PX 412 | 00/00/0000 | AVI_141861 | AVI_141861 | | | | | |
| 87 | Background on Illumina | PX 413 | 00/00/0000 | IAFP00567197 | IAFP00567200 | F, R, Inc, P | 401(f), 801/803, 403(prob) | | | |
| 88 | Illumina Business Plan Outline | PX 415 | 00/00/0000 | CHEE037630 | CHEE037662 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 89 | Email re: directions on merit evaluations and compensation for Illumina's employees | PX 416 | 06/16/1999 | CHEE045899 | CHEE045900 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 90 | Illumina Website - Management | PX 426 | 00/00/0000 | AVI_141862 | AVI_141866 | | | | | |
| 91 | Illumina Atlas - Development Phase Design Verification Testing Peer Technology Review Pre-read | PX 427 | 02/04/2003 | IAFP00639429 | IAFP00639483 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 92 | Grant Application for Development of a Multi-State Decoding Framework | PX 429 | 04/01/2004 | IAFP00595240 | IAFP00595293 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 93 | Phase I Grant Application for Randomly Ordered DNA Arrays for SNP Genotyping | PX 430 | 08/14/1998 | IAFP00572121 | IAFP00572147 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 94 | Application for Continuation Grant for Randomly Ordered DNA Arrays for SNP Genotyping | PX 431 | 09/11/2000 | IAFP00572190 | IAFP00572204 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 95 | Application for Continuation Grant for Randomly Ordered DNA Arrays for SNP Genotyping | PX 432 | 06/29/2001 | IAFP00572205 | IAFP00572215 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 96 | Draft Grant Application | PX 434 | 00/00/0000 | CHEE046460 | CHEE046475 | A, F, R, P, Inc | 901, 401(f), 401(a), 403(prob) | | | |
| 97 | Letter re: 1 R01 HG01911-01 | PX 435 | 08/24/1998 | IAFP00639910 | IAFP00639919 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 98 | Handwritten Notes | PX 438 | 00/00/0000 | IAFP00633299 | IAFP00633308 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 99 | Handwritten Notes | PX 439 | 00/00/0000 | IAFP00594127 | IAFP00594140 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 100 | Email re: Conference call with John Quackenbush | PX 443 | 01/24/2003 | IAFP00634151 | IAFP00634151 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 101 | Email re: FW: Lockhart's talk | PX 445 | 11/01/1999 | CHEE010112 | CHEE010112 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 102 | Email re: david lockhart offer letter - updated | PX 446 | 02/06/2000 | CHEE021824 | CHEE021824 | F, R, P | 401(f), 401(a), 403(prob) | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 103 | Email re: imaging system | PX 447 | 06/14/1999 | CHEE045995 | CHEE045996 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 104 | Illumina PowerPoint Presentation - High-Throughput Expression Profiling with BeadArray Technology | PX 452 | 00/00/0000 | IAFP00011676 | IAFP00011728 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 105 | Email re: Affy Clone instructions_TM_edits.doc | PX 463 | 07/09/2003 | IAFP00556308 | IAFP00556308 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 106 | Email re: RE: Poly(A) spike manual supplement | PX 465 | 07/09/2003 | IAFP00556497 | IAFP00556498 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 107 | Email re: RE: Affy and Probe design | PX 466 | 02/26/2004 | IAFP00555687 | IAFP00555687 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 108 | High-throughput SNP genotyping on universal bead arrays | PX 494 | 07/07/2004 | IAFP00532479 | IAFP00532490 | | | | | |
| 109 | Illumina PowerPoint Presentation - Genotyping via GenTrain / GenCall | PX 498 | 07/17/2002 | IAFP00507466 | IAFP00507523 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 110 | Email re: affyread error | PX 500 | 04/06/2005 | IAFP00516853 | IAFP00516856 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 111 | Email re: Thank you - LOH analysis software discussion | PX 501 | 10/07/2004 | IAFP00517082 | IAFP00517083 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 112 | Illumina Catalog List 2003 - document produced live (live and paper copy may be offered) | PX 509 | 02/17/2006 | | | | | | | |
| 113 | Notice of Deposition of Illumina, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) | PX 600 | 12/22/2005 | | | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 114 | Illumina Systems, Products and Services Catalog 2005 | PX 601 | 12/01/2005 | IAFP00641957 | IAFP00641978 | | | | | |
| 115 | Claim Construction Memorandum Opinion | PX 675 | 08/16/2006 | | | | | | | |
| 116 | Notebook No. 19 Issued to William Dower | DX 123 | 01/12/1990 | AVI_138595 | AVI_138694 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 117 | Notebook No. 20 Issued to William dower | | 06/12/1989 | AVI_138695 | AVI_138755 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 118 | Notebook No. 31 Issued to William Dower | | 09/01/1989 | AVI_139053 | AVI_139118 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 119 | Curriculum Vitae for Richard Patrick Rava | DX 245 | 00/00/0000 | AVI_196069 | AVI_196074 | F, H, R | 401(f), 801/803, 401(a) | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 120 | Design Input Requirements - Cartridge Barcode Design Input Requirements | DX 248 | 04/01/2002 | AVI_135052 | AVI_135058 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 121 | High Capacity Substrates for DNA Probe Arrays | DX 373 | 00/00/0000 | AVI_134606 | AVI_134635 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 122 | Claim Construction Order | DX 604 | 08/16/2006 | | | | | | | |
| 123 | Notebook No. 447 Issued to Mark Chee (by KK) | | 08/05/1992 | AVI_140004 | AVI_140102 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 124 | Notebook No. 663 Issued to Mark Chee | | 07/20/1994 | AVI_140230 | AVI_140328 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 125 | Notebook No. 77X Issued to Mark Chee | | 11/09/1993 | AVI_139404 | AVI_139502 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 126 | Notebook No. 111X Issued to Mark Chee | | 04/04/1994 | AVI_139503 | AVI_139599 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 127 | Notebook No. 136X Issued to Mark Chee | | 07/05/1995 | AVI_139600 | AVI_139697 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 128 | Notebook No. 196 Issued to Mark Chee | | 04/00/1995 | AVI_075559 | AVI_075659 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 129 | Notebook No. 223 Issued to Mark Chee | | 09/00/1995 | AVI_141870 | AVI_141976 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 130 | Notebook No. 00005 issued to Mark Chee | PX 417 | 08/00/2004 | IAFP00468305 | IAFP00468343 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 131 | Future Medicine Company Profile - Illumina Inc. | | 00/00/2005 | AVI_212370 | AVI_212375 | | | | | |
| 132 | Illumina SNP Genotyping - Randomly Assembled Arrays: Applications to SNP Genotyping (Illumina Poster Presentation, 2001 | | 00/00/2001 | IAFP00508217 | IAFP00508217 | A, F, R, P | 901, 401(f), 401(a), 403(prob) | | | |
| 133 | Product & Technology Report - BeadArray Technology: Enabling an Accurate, Cost-Effective Approach to High-Throughput Genotyping | | 06/00/2002 | AVI_118599 | AVI_118603 | | | | | |
| 134 | Illumina Power Point Presentation - Genotyping via GenTrain / Gen Call | | 07/17/2002 | IAFP00507221 | IAFP00507278 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 135 | Illumina Systems and Software - Illumina BeadScan 3.2 Software | | 00/00/2006 | AVI_214162 | AVI_214163 | U, F, R, P | 403(prob), 401(a) | | | |
| 136 | Illumina SNP Genotyping - GoldenGate Assay Workflow | | 00/00/2004 | IAFP00550850 | IAFP00550851 | | | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 137 | Settlement and Cross License Agreement between Applera Corporation and Illumina | | 08/18/2004 | IAFP00644018 | IAFP00644034 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 138 | A genome-wide scalable SNP genotyping assay using microarray technology | | 04/17/2005 | AVI_118360 | AVI_118385 | | | | | |
| 139 | Genetic Variance Detection Technologies for Pharmacogenomics Chapter 10 - Whole Genome Genotyping on | | 00/00/0000 | AVI_212395 | AVI_212410 | A, B, F, H, Inc, R, U | 901, 401(f), 801/803, 403(prob), prod | | | |
| 140 | Illumina SNP Genotyping - Infinium Assay Workflow | | 00/00/2005 | AVI_212368 | AVI_212369 | | | | | |
| 141 | Illumina Web Page - Infinium Whole Genome Genotyping | | 00/00/2006 | AVI_212464 | AVI_212468 | | | | | |
| 142 | Curriculum Vitae of Rudy Guerra | | | | | F, H | 401(f), 801/803 | | | |
| 143 | Research Plan | | 00/00/0000 | IAFP00639881 | IAFP00639907 | A, F, H, R, P, Inc | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 144 | Odyssey Program Update - Illumina Board Meeting | | 10/22/2002 | IAFP00536340 | IAFP00536355 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 145 | Email re: RE: candidate evaluation for Jian-Bing Fan | | 04/12/1999 | CHEE031523 | CHEE031523 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 146 | Email re: receipt of offer and letter and questions regarding getting more shares of stock | | 04/20/1999 | CHEE031522 | CHEE031522 | A, F, H, R | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 147 | Email re: RE: hapmap assays | | 04/30/2004 | IAFP00547643 | IAFP00547644 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 148 | 1997-1998 Performance Review Assessment for Kevin L. Gunderson | | 12/02/1997 | IAFP00012001 | IAFP00012002 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 149 | Draft Specifications | | 06/05/1999 | CHEE029664 | CHEE029667 | A, F, R, P | 901, 401(f), 401(a), 403(prob) | | | |
| 150 | Email re: Gunderson leaving Affymetrix for Illumina | | 09/22/1998 | AVI_081696 | AVI_081696 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 151 | Illumina PowerPoint Presentation - Corporate Overview | | 03/03/2000 | IAFP00606648 | IAFP00606688 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 152 | October 24 Offsite Action Items | | 10/00/2004 | IAFP00570858 | IAFP00570859 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 153 | Illumina PowerPoint Presentation - Density evolution (or, how do we shrink Affy) | | 07/00/2005 | IAFP00570724 | IAFP00570733 | F, R, P | 401(f), 401(a), 403(prob) | | | |

**EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 154 | Email re: RE: gene_flat_file_definition_draft053102.xls | | 06/02/2002 | IAFP00547641 | IAFP00547642 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 155 | Illumina PowerPoint Presentation - A genome-wide scalable SNP genotyping assay using microarray technology (HUGO's 10th Human | | 04/18/2005 | IAFP00516609 | IAFP00516635 | A, F, R, P | 901, 401(f), 401(a), 403(prob) | | | |
| 156 | Email re: Important please respond - list of the content on the Affy Hu133 chips? | | 03/29/2004 | IAFP00555230 | IAFP00555230 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 157 | Genotyping with generic tag chip and signle base expension (SBE) | | 05/18/1999 | IAFP00560581 | IAFP00560584 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 158 | Email re: FW: Affy3000 7G info | | 07/29/2005 | IAFP00588631 | IAFP00588631 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 159 | Email re: Mark | | 01/12/2004 | IAFP00585502 | IAFP00585503 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 160 | Odyssey Meeting Minutes | | 00/00/0000 | IAFP00536574 | IAFP00536577 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 161 | Illumina Acronyms | | 00/00/0000 | IAFP00480195 | IAFP00480198 | A, F, R, P | 901, 401(f), 401(a), 403(prob) | | | |
| 162 | Email re: Congratulations to Jian-Bing Fan | | 04/18/2000 | IAFP00558649 | IAFP00558649 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 163 | Email re: RE: dynamic range of detection | | 10/04/2001 | IAFP00547607 | IAFP00547609 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 164 | Email re: RE: Thanks again | | 11/14/2001 | IAFP00556195 | IAFP00556196 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 165 | Bound Original of "Pioneering an Industry" | | 00/00/0000 | copy at AVI_211119 | AVI_211143 | A, F, H, R, S | 901, 401(f), 801/803, 401(a), 1006 | | | |
| 166 | Photographs of Illumina Products - taken by Dan Reed at Kirkland & Ellis | | 10/14/2005 | ILPRD0001 | ILPRD0026 | | | | | |
| 167 | Photographs of Illumina Products - taken by Dan Reed at Kirkland & Ellis | | 12/15/2005 | ILPRD0027 | ILPRD0040 | | | | | |
| 168 | Journal of Medical Chemistry Perspective - Applications of Combinatorial Technologies to Drug Discovery. 1. Background and | | 04/29/1994 | IAFP00006653 | IAFP00006671 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 169 | Journal of Medical Chemistry Perspective - Applications of Combinatorial Technologies to Drug Discovery. 2. Combinatorial Organic | | 05/13/1994 | IAFP00654288 | IAFP00654304 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 170 | Generation and screening of an oligonucleotide-encoded synthetic peptide library | | 11/00/1993 | AVI_214157 | AVI_214161 | U, F, H, P, R | prod | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 171 | Membrane Insertion Defects Caused by Positive Charges in the Early Mature Region of Protein pIII of Filamentous Phage fd Can Be | | 07/00/1994 | AVI_214136 | AVI_214145 | U, F, H, P, R | prod | | | |
| 172 | BeadArray Technology: Enabling an Accurate Cost-Effective Approach to High-Throughput Genotyping | | 06/00/2002 | AVI_118599 | AVI_118603 | | | | | |
| 173 | Highly parallel genomic assays | | 08/00/2006 | IAFP00659359 | IAFP00659371 | | | | | |
| 174 | Original "Light-Directed, Spatially Addressable Parallel Chemical Synthesis" | | 02/15/1991 | copy at AVI_003210 | AVI_003216 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 175 | Illumina PowerPoint Presentation - Pacific Growth Equities 2005 Life Sciences Growth Conference | | 06/07/2005 | IAFP00630747 | IAFP00630802 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 176 | Illumina Gene Expression Profiling Technical Bulletin - RNA Profiling with the DASL Assay | | 00/00/2005 | AVI_212423 | AVI_212430 | | | | | |
| 177 | Illumina Gene Expression Profiling - Sentrix Human-6 Expression Bead Chip | | 00/00/2005 | IAFP00022571 | IAFP00022574 | | | | | |
| 178 | Illumina Gene Expression Profiling Technology Spotlight - DASL Assay vs. Direct Hybridization | | 00/00/2005 | AVI_212417 | AVI_212418 | | | | | |
| 179 | Illumina Systems & Software - Illumina BeadArray Reader | | 00/00/2003 | AVI_211610 | AVI_211611 | | | | | |
| 180 | Illumina Web Page - Array Assembly & Manufacturing | | 00/00/0000 | AVI_212460 | AVI_212460 | | | | | |
| 181 | Illumina Web Page - Technology Platform | | 00/00/0000 | AVI_212458 | AVI_212459 | | | | | |
| 182 | Illumina SNP Genotyping - Sentrix HumanHap300 Genotyping Beadchip | | 00/00/2006 | AVI_212433 | AVI_212436 | | | | | |
| 183 | Illumina Web Page - Sentrix HumanHap240S Genotyping Beadchip | | 00/00/0000 | AVI_212462 | AVI_212463 | | | | | |
| 184 | Illumina Gene Expression Profiling Technical Bulletin - Gene Expression Profiling with Sentrix Focused Arrays | | 00/00/2005 | AVI_212447 | AVI_212454 | | | | | |
| 185 | Order Construing Claims of US Patents Nos. 5,445,934, 5,744,305, 5,800,992, and 5,795,716 in Affymeetrix v. Hyseq | | 01/22/2001 | AVI_098006 | AVI_098041 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 186 | Illumina SNP Genotyping - Sentrix Human1 Genotyping BeadChip | | 00/00/2005 | AVI_212437 | AVI_212440 | | | | | |
| 187 | Illumina Gene Expression Profiling - Sentrix Mouse-6 and MouseRef-8 Expression BeadChips | | 00/00/2006 | AVI_212443 | AVI_212446 | | | | | |

**EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 188 | Illumina Web Page - Sentrix Arrays | | 00/00/0000 | AVI_211603 | AVI_211603 | | | | | |
| 189 | Illumina Web Page - Beadscan 3.0 Data Acquisition Software for Beadarray Reader | | 00/00/0000 | AVI_212455 | AVI_212457 | | | | | |
| 190 | Illumina Systems & Software - BeadStation 500G Genotyping System | | 00/00/2004 | AVI_212413 | AVI_212416 | | | | | |
| 191 | Illumina PowerPoint Presentation - Commercial Services - Sr. Staff Update | | 06/27/2005 | IAFP00583805 | IAFP00583820 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 192 | Illumina Web Page - Frequently Asked Questions: Genotyping Services expanded | | 00/00/2006 | http://www.illumina.com/support/support. | | Inc | 403(prob) | | | |
| 193 | Illumina Gene Expression Profiling - DASL Assay for RNA Profiling with Paraffin-Embedded Samples | | 00/00/2005 | AVI_212419 | AVI_212422 | | | | | |
| 194 | Cold Spring Harbor Symposia on Quantitative Biology - Highly Parallel SNP Genotyping by Fan, et al. | | 00/00/2003 | IAFP00532361 | IAFP00532370 | | | | | |
| 195 | A Versatile Assay for High-Throughput Gene Expression Profiling on Universal Array Matrices | | 00/00/2004 | IAFP00532371 | IAFP00532378 | | | | | |
| 196 | Illumina Gene Expression Profiling - Sentrix HumanRef-8 Expression BeadChip | | 00/00/2005 | IAFP00541256 | IAFP00541259 | | | | | |
| 197 | Illumina Gene Expression Profiling Technical Bulletin - Whole-Genome Expression Analysis Using the Sentrix Human-6 and HumanRef-8 | | 00/00/2005 | IAFP00541244 | IAFP00541251 | | | | | |
| 198 | Notebook No. 26 Issued to Stephen Fodor | | 07/20/1989 | AVI_138964 | AVI_139052 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 199 | Supplement to Notebook No. 26 Issued to Stephen Fodor | | 11/16/1989 | AVI_138756 | AVI_138963 | A, F, H, R, P, Inc | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 200 | Notebook No. 44 Issued to Stephen Fodor | | 12/21/1989 | AVI_139119 | AVI_139216 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 201 | Notebook No. 48 Issued to Stephen Fodor | | 01/11/1990 | AVI_139217 | AVI_139318 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 202 | Notebook No. 909 Issued to Stephen Fodor | | 09/22/1993 | AVI_140514 | AVI_140524 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 203 | Curriculum Vitae of Kevin Struhl | | | | | F, H | 401(f), 801/803 | | | |
| 204 | Email re: Jim Wolpert | PX 155 | 03/11/2004 | IAFP00616218 | IAFP00616218 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |

**EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO,**
**THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 205 | Email re: Bio-ITWorld: RFID Tags | PX 252 | 01/18/2005 | IAFP00535505 | IAFP00535505 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 206 | Email re: The Reverse Spin on Markham Decision...attaching Court Ruling Strengthens Affymeetrix Patent Estate | PX 359 | 01/26/2001 | IAFP00467001 | IAFP00467003 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 207 | Affymetrix Granted Significant Patent on Array Readers | PX 361 | 05/02/2001 | IAFP00466927 | IAFP00466927 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 208 | Email re: Affx's patent press release | PX 378 | 04/06/2004 | IAFP00558211 | IAFP00558212 | A, F, H, R | 901, 401(f), 801/803, 401(a) | | | |
| 209 | Email re: CEO Visit Comments | PX 444 | 08/31/1999 | CHEE023543 | CHEE023544 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 210 | Candidate Appraisal Form for Nicky Espinosa | PX 499 | 03/15/2000 | IAFP00516121 | IAFP00516121 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 211 | Email re: FW: Affx's patent press release | PX 526 | 04/06/2004 | IAFP00467595 | IAFP00467596 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 212 | Curriculum Vitae of George M. Gould | | | | | F, H | 401(f), 801/803 | | | |
| 213 | Curriculum Vitae of Matthew R. Lynde, Ph.D. | | | | | F, H | 401(f), 801/803 | | | |
| 214 | Exhibits 1 - 17, 19 to the Expert Report of Matthew R. Lynde, Ph.D. | PX 661 | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 215 | Lynde Report Exhibit 1 - Summary of Damages Analyses 2002-2007 (in thousands) | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 216 | Lynde Report Exhibit2 - Lost Sales Capacity Analysis 2002-2007 (in thousands) | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 217 | Lynde Report Exhibit 3 - Instrument Production: Illumina vs. Affymetrix 2002-2005 | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 218 | Lynde Report Exhibit 4 - Affymetrix Array Production: Incremental Capacity Analysis 2002-2005 | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 219 | Lynde Report Exhibit 5 - Illumina Revenue Summary 2002-2007 (in thousands) | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 220 | Lynde Report Exhibit 6 - Universal Array Revenue Allocation 2004-2005 (in thousands) | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 221 | Lynde Report Exhibit 7 - GoldenGate Reagent Revenue Allocation 2002-2005 (in thousands) | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |

**EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 222 | Lynde Report Exhibit 8 - Illumina Revenue Comparison 2002-2005 (in thousands) | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 223 | Lynde Report Exhibit 9 - Illumina Array Revenue 2002-2007 (in thousands) | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 224 | Lynde Report Exhibit 10 - Revenue Apportionment 2002-2007 | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 225 | Lynde Report Exhibit 11 - Incremental Revenue 2002-2007 (in thousands) | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 226 | Lynde Report Exhibit 12 - Affymetrix Gross Margin 2002-2007 | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 227 | Lynde Report Exhibit 13 - Affymetrix Factors of Production 2002-2007 (in thousands) | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 228 | Lynde Report Exhibit 14 - Variable Component of SG&A 2002-2007 (in thousands) | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 229 | Lynde Report Exhibit 15 - Affymetrix Incremental Margin Analysis 2002-2007 | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 230 | Lynde Report Exhibit 16 - Affymetrix Lost Profit Damages 2002-2007 (in thousands) | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 231 | Lynde Report Exhibit 17 - Reasonable Royalty Damages 2002-2007 (in thousands) | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 232 | Lynde Report Exhibit 19 - Affymetrix Arrays: Gross Margin Analysis 2003-2006 | | 00/00/0000 | | | A, F, H, P, R, S | 901, 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 233 | License Agreement between Affymetrix, Inc. and Molecular Dynamics, Inc. | PX 369 | 11/28/1997 | AVI_145024 | AVI_145052 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 234 | License Agreement between Affymetrix, Inc. and NEN Life Science Products, Inc. | DX 529 | 04/01/2000 | AVI_203658 | AVI_203681 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 235 | License Agreement between Affymetrix, Inc. and MWG - Biotech AG | DX 518 | 06/01/2000 | AVI_199711 | AVI_199734 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 236 | Amendments 1-4 to License Agreement between Affy and MWG Biotech | | 00/00/0000 | AVI_199735 | AVI_199742 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 237 | License Agreement between Affymetrix, Inc. and Takara Shuzo | | 09/05/2000 | AVI_089526 | AVI_089550 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 238 | First Amendment To License Agreement between Affymetrix and Takara Bio, Inc. | DX 527 | 09/28/2000 | AVI_208412 | AVI_208420 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO,
THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 239 | License Agreement between Affymetrix, Inc. and Genomic Solutions, Inc. | PX 685 | 12/28/2000 | AVI_204305 | AVI_204331 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 240 | License Agreement between F. Hoffman-La Roche and Affymetrix | | 01/29/2003 | AVI_208202 | AVI_208241 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 241 | Amendment 1 to License Agreement between F. Hoffman-La Roche and Affymetrix | | 12/21/2004 | AVI_208268 | AVI_208280 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 242 | License Agreement between Affymetrix, Inc. and Spectral Genomics, Inc. | DX 235 | 09/18/2003 | AVI_089500 | AVI_089522 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 243 | Letter re: First Amendment to the License Agreement between Affymetrix, Inc. ("Affymetrix") and Spectral Genomics, Inc. ("SGI") | | 07/15/2005 | AVI_210579 | AVI_210584 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 244 | Diagnostic License Agreement between Affymetrix, Inc. and Spectral Genomics, Inc. | | 01/01/2004 | AVI_199743 | AVI_199762 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 245 | Letter re: Amendment to the Diagnostic License Agreement between Affymetrix, Inc. ("Affymetrix") and Spectral | | 03/30/2005 | AVI_210571 | AVI_210572 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 246 | Letter re: Second Amendment to the Diagnostic License Agreement between Affymetrix, Inc. ("Affymetrix") and Spectral | | 07/15/2005 | AVI_210573 | AVI_210578 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 247 | Commercial Use License Agreement between Affymetrix, Inc. and Applera Corporation | DX 238 | 12/20/2005 | AVI_145080 | AVI_145105 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 248 | Commercial Use License Agreement between Affymetrix, Inc. and Abbott Molecular Inc. | DX 511 | 03/30/2006 | AVI_201863 | AVI_201892 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 249 | Commercial Use License Agreement between Affymetrix, Inc. and Invitrogen Corporation | | 04/27/2006 | AVI_208094 | AVI_208128 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 250 | Commercial Use License Agreement between Affymetrix, Inc. and Nimblegen Systems, Inc. | PX 687 | 09/26/2006 | AVI_212475 | AVI_212503 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 251 | Patent License Agreement between Isis Innovation Limited and Beckman Instruments, Inc. | DX 502 | 04/17/1996 | AVI_203606 | AVI_203634 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 252 | Settlement Agreement between Oxford Gene Technology Limited, Oxford Gene Technology IP Limited, Oxford Gene Technoloy Ltd. And | DX 501 | 03/23/2001 | AVI_201356 | AVI_201377 | | | | | |
| 253 | Agreement between Oxford Gene Technology Limited, Oxford Gene Technology IP Limited, Oxford Gene Technoloy Ltd. And Edwin M. | DX 503 | 05/28/2004 | AVI_201378 | AVI_201386 | | | | | |
| 254 | OGT Payment Summary | DX 344 | 00/00/2002 | | | | | | | |
| 255 | The TR Patent Scorecard 2002 | | 05/00/2002 | AVI_211659 | AVI_211661 | A, F, H, P, R | 901, 401(f), 801/803, 403(prob), 401(a) | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 256 | GM spreadsheets - document produced live (live and paper copy may be offered) | | 03/17/2006 | IAFP00641507A-R | IAFP00641507A-R | | | | | |
| 257 | The TR Patent Scorecard 2004 - Excel Workbook containing 8 industry spreadsheets | DX 608 | 00/00/2004 | AVI_212376 | AVI_212394 | A, F, H, P, R | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 258 | Illumina "GM" Spreadsheets - document produced live (live and paper copy may be offered) | | 03/17/2006 | IAFP00643324 | IAFP00643325 | | | | | |
| 259 | 2003 SalesLogArchive S.xls - document produced live (live and paper copy may be offered) | | 03/17/2006 | IAFP00643327 | IAFP00643330 | | | | | |
| 260 | Journal Entry Report.xls - document produced live (live and paper copy may be offered) | | 03/17/2006 | IAFP00643966 | IAFP00643966 | | | | | |
| 261 | 2005 Revenue Summary-PRELIM.xls - document produced live (live and paper copy may be offered) | | 03/17/2006 | IAFP00643320 | IAFP00643323 | | | | | |
| 262 | GM Reagents 2005 FS - March - document produced live (live and paper copy may be offered) | | 03/17/2006 | IAFP00641507 | IAFP00641507 | | | | | |
| 263 | Revenue Summary By Quarter | PX 507 | 00/00/2002 | IAFP00544980 | IAFP00545091 | | | | | |
| 264 | Tom Deposition Exhibit 508 | PX 508 | 00/00/0000 | | | | | | | |
| 265 | SalesSinceJan2002.xls  - document produced live (live and paper copy may be offered) | PX 512 | 00/00/0000 | IAFP00643326 | IAFP00643326 | | | | | |
| 266 | SalesSinceJan2002.xls  - document produced live (live and paper copy may be offered) | PX 513 | 00/00/0000 | IAFP00643326 | IAFP00643326 | | | | | |
| 267 | SalesSinceJan2002.xls  - document produced live (live and paper copy may be offered) | PX 523 | 00/00/0000 | IAFP00643326 | IAFP00643326 | | | | | |
| 268 | Gross Margin Instrument FS.xls file | PX 514 | 00/00/0000 | | | | | | | |
| 269 | GM Instruments 2004FS.xls file | PX 515 | 00/00/0000 | | | | | | | |
| 270 | Strategic Plan Target - originally produced as a live document and part of 5 yr pl model - document produced live (live and paper copy may be offered) | PX 517 | 00/00/0000 | IAFP00643265 | IAFP00643265 | F, P, R | 401(f), 403(prob), 401(a) | | | |
| 271 | SalesSinceJan2002.xls  - document produced live (live and paper copy may be offered) | PX 525 | 00/00/0000 | IAFP00643326 | IAFP00643326 | Inc (exhibit) | 403(prob) | | | |
| 272 | GM Arrays 2004 FS.xls(MAR) | PX 584 | 00/00/0000 | | | | | | | |

EXHIBIT 9: ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 273 | ITEM - SYSTEM - PRODUCT Combination Reassigned to Product Categories | | 09/22/2006 | | | A, B, F, H, P, R, V | 901, 401(f), 801/803, 403(prob), 401(a), prod | | | |
| 274 | Product Map Variable Guide | | 09/22/2006 | | | A, B, F, H, P, R, V | 901, 401(f), 801/803, 403(prob), 401(a), prod | | | |
| 275 | ITEM - KEY Matches With Assigned Categories | | 09/22/2006 | | | A, B, F, H, P, R, V | 901, 401(f), 801/803, 403(prob), 401(a), prod | | | |
| 276 | General Rules for Product Mapping | | 09/22/2006 | | | A, B, F, H, P, R, V | 901, 401(f), 801/803, 403(prob), 401(a), prod | | | |
| 277 | Illumina Product Mapping Assumptions | | 09/22/2006 | | | A, B, F, H, P, R, V | 901, 401(f), 801/803, 403(prob), 401(a), prod | | | |
| 278 | Illumina_Sales.pdf (382 page document) | | 09/22/2006 | | | A, B, F, H, P, R, S, V | 901, 401(f), 801/803, 403(prob), 401(a), prod, 1006 | | | |
| 279 | License Agreement between Tufts University and Illumina, Inc. | PX 347 | 05/06/1998 | IAFP00022372 | IAFP00022389 | | | | | |
| 280 | Amendment No. 1 to License Agreement between Tufts University and Illumina, Inc. | PX 349 | 07/22/1998 | IAFP00022390 | IAFP00022390 | | | | | |
| 281 | Amendment to License Agreement between Tufts University and Illumina, Inc. | PX 350 | 11/28/2001 | IAFP00022391 | IAFP00022392 | | | | | |
| 282 | Tufts University Sponsored Research Agreement between Illumina, Inc. and Tufts University | PX 348 | 07/22/1998 | TU000033 | TU000044 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 283 | Amendment to Tufts University Sponsored Research Agreement between Illumina, Inc. and Trustees of Tufts College | PX 351 | 10/01/1999 | TU000046 | TU000046 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 284 | Letter re: agreement between David K. Walt and Illumina, Inc. regarding right to purchase stock | PX 81 | 04/23/1998 | DW000815 | DW000816 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 285 | Consulting Agreement between Illumina, Inc. and David R. Walt | PX 82 | 04/30/1998 | IAFP00022351 | IAFP00022360 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 286 | Illumina, Inc. Restricted Stock Purchase Agreement | PX 94 | 04/30/1998 | DW000827 | DW000835 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 287 | License Agreement between Torrey Pines Institute for Molecular Studies and Spyder Instruments, Inc. | PX 358 | 11/10/1994 | IAFP00613354 | IAFP00613369 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 288 | Chip Sales Detail - document produced live (live and paper copy may be offered) | DX 323 | 00/00/0000 | AVI_196154 | AVI_196154 | A, F | 901, 401(f) | | | |
| 289 | Instrument Sales Detail - document produced live (live and paper copy may be offered) | DX 324 | 00/00/0000 | AVI_196157 | AVI_196157 | A, F | 901, 401(f) | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO,
THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 290 | Part to Product Mapping - document produced live (live and paper copy may be offered) | DX 328 | 00/00/0000 | | | A, F | 901, 401(f) | | | |
| 291 | Chip and Instrument Revenues and Costs Excluding Variances | DX 332 | 00/00/0000 | AVI_196156 | AVI_196156 | A, F | 901, 401(f) | | | |
| 292 | Factors of Production | DX 334 | 00/00/0000 | | | A, F | 901, 401(f) | | | |
| 293 | Instrument Production 2002-2005 | DX 337 | 00/00/2005 | AVI_196159 | AVI_196159 | A, F | 901, 401(f) | | | |
| 294 | Historical Equivalent Chip Output and Additional Capacity Available by Quarter 2002 to 2005 | DX 339 | 00/00/2005 | | | A, F, R, P | 901, 401(f), 401(a), 403(prob) | | | |
| 295 | Historical Equivalent Chip Output and Additional Capacity Available By Quarter 2002 to 2005 | DX 600 | 00/00/2005 | AVI_208735 | AVI_208735 | A, F, R, P, Inc (missing cover email) | 901, 401(f), 401(a), 403(prob) | | | |
| 296 | Total Demand Spreadsheet - document produced live (live and paper copy may be offered) | | 00/00/0000 | AVI_201784 | AVI_201808 | A, F, R, P | 901, 401(f), 401(a), 403(prob) | | | |
| 297 | Q1 2006 Inventory - document produced live (live and paper copy may be offered) | | 00/00/0000 | AVI_208706 | AVI_208715 | A, F, R, P, Inc (missing cover email) | 901, 401(f), 401(a), 403(prob) | | | |
| 298 | Historical Equivalent Chip Output and Additional Capacity Available by Quarter 2002 to 2005 (Array Capacity) - document produced live | | 00/00/0000 | AVI_201538 | AVI_201538 | A, F, R, P | 901, 401(f), 401(a), 403(prob) | | | |
| 299 | Part to Product Mapping - document produced live (live and paper copy may be offered) | | 00/00/0000 | AVI_201541 | AVI_201541 | A, F | 901, 401(f) | | | |
| 300 | Historical Wafer Capacity Spreadsheet - document produced live (live and paper copy may be offered) | | 00/00/2005 | AVI_201860 | AVI_201860 | A, F, R, P Inc (missing cover email) | 901, 401(f), 401(a), 403(prob) | | | |
| 301 | Factors of Production.xls - document produced live (live and paper copy may be offered) | | | AVI_201542 | AVI_201542 | A, F, R | 901, 401(f), 401(a) | | | |
| 302 | Affymetrix Internal Finance Package | DX 335 | 01/00/2002 | AVI_195202 | AVI_195250 | | | | | |
| 303 | Factors of Production - COGNOS 2003-2005.xls - document produced live (live and paper copy may be offered) | | | AVI_201548 | AVI_201548 | A, F | 901, 401(f) | | | |
| 304 | Affymetrix Internal Finance Package | | 02/00/2002 | AVI_195174 | AVI_195201 | | | | | |
| 305 | Affymetrix Internal Finance Package | | 03/00/2002 | AVI_195126 | AVI_195173 | | | | | |
| 306 | Affymetrix Internal Finance Package | | 04/00/2002 | AVI_195072 | AVI_195125 | | | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO,
THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 307 | Affymetrix Internal Finance Package | | 05/00/2002 | AVI_195017 | AVI_195071 | | | | | |
| 308 | Affymetrix Internal Finance Package | | 06/00/2002 | AVI_194958 | AVI_195014 | | | | | |
| 309 | Affymetrix Internal Finance Package | | 07/00/2002 | AVI_194900 | AVI_194957 | | | | | |
| 310 | Affymetrix Internal Finance Package | | 8/00/2002 | AVI_194848 | AVI_194899 | | | | | |
| 311 | Affymetrix Internal Finance Package | | 09/00/2002 | AVI_194792 | AVI_194847 | | | | | |
| 312 | Affymetrix Internal Finance Package | | 10/31/2002 | AVI_194740 | AVI_194791 | | | | | |
| 313 | Affymetrix Internal Finance Package | | 11/30/2002 | AVI_194688 | AVI_194739 | | | | | |
| 314 | Affymetrix Internal Finance Package | | 12/31/2002 | AVI_194635 | AVI_194687 | | | | | |
| 315 | Affymetrix Internal Finance Package | | 01/31/2003 | AVI_194585 | AVI_194634 | | | | | |
| 316 | Affymetrix Internal Finance Package | | 02/28/2003 | AVI_194525 | AVI_194584 | | | | | |
| 317 | Affymetrix Internal Finance Package | | 03/31/2003 | AVI_194467 | AVI_194524 | | | | | |
| 318 | Affymetrix Internal Finance Package | | 04/30/2003 | AVI_194411 | AVI_194466 | | | | | |
| 319 | Affymetrix Internal Finance Package | | 05/31/2003 | AVI_194355 | AVI_194410 | | | | | |
| 320 | Affymetrix Internal Finance Package | | 06/30/2003 | AVI_194296 | AVI_194354 | | | | | |
| 321 | Affymetrix Internal Finance Package | | 07/31/2003 | AVI_194236 | AVI_194295 | | | | | |
| 322 | Affymetrix Internal Finance Package | | 08/31/2003 | AVI_194174 | AVI_194235 | | | | | |
| 323 | Affymetrix Internal Finance Package | | 09/30/2003 | AVI_194118 | AVI_194177 | | | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO,
THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 324 | Affymetrix Internal Finance Package | | 10/31/2003 | AVI_194061 | AVI_194177 | | | | | |
| 325 | Affymetrix Internal Finance Package | | 11/30/2003 | AVI_194002 | AVI_194060 | | | | | |
| 326 | Affymetrix Internal Finance Package | | 12/31/2003 | AVI_193940 | AVI_194001 | | | | | |
| 327 | Affymetrix Internal Finance Package | | 01/31/2004 | AVI_193884 | AVI_193939 | | | | | |
| 328 | Affymetrix Internal Finance Package | | 02/29/2004 | AVI_193826 | AVI_193883 | | | | | |
| 329 | Affymetrix Internal Finance Package | | 03/31/2004 | AVI_193764 | AVI_193825 | | | | | |
| 330 | Affymetrix Internal Finance Package | | 04/30/2004 | AVI_193701 | AVI_193763 | | | | | |
| 331 | Affymetrix Internal Finance Package | | 05/31/2004 | AVI_193638 | AVI_193700 | | | | | |
| 332 | Affymetrix Internal Finance Package | | 06/30/2004 | AVI_193571 | AVI_193637 | | | | | |
| 333 | Affymetrix Internal Finance Package | | 07/31/2004 | AVI_193510 | AVI_193571 | | | | | |
| 334 | Affymetrix Internal Finance Package | | 08/31/2004 | AVI_193448 | AVI_193509 | | | | | |
| 335 | Affymetrix Internal Finance Package | | 09/30/2004 | AVI_193388 | AVI_193447 | | | | | |
| 336 | Affymetrix Internal Finance Package | | 10/31/2004 | AVI_193332 | AVI_193387 | | | | | |
| 337 | Affymetrix Internal Finance Package | | 11/30/2004 | AVI_193273 | AVI_193331 | | | | | |
| 338 | Affymetrix Internal Finance Package | | 12/31/2004 | AVI_193208 | AVI_193272 | | | | | |
| 339 | Affymetrix Internal Finance Package | DX 336 | 01/31/2005 | AVI_193090 | AVI_193147 | | | | | |
| 340 | Affymetrix Internal Finance Package | | 02/28/2005 | AVI_193028 | AVI_193089 | | | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 341 | Affymetrix Internal Finance Package | | 03/31/2005 | AVI_192963 | AVI_193027 | | | | | |
| 342 | Affymetrix Internal Finance Package | | 04/30/2005 | AVI_192902 | AVI_192962 | | | | | |
| 343 | Affymetrix Internal Finance Package | | 05/31/2005 | AVI_193148 | AVI_193176 | | | | | |
| 344 | Affymetrix Internal Finance Package | | 06/30/2005 | AVI_192838 | AVI_192901 | | | | | |
| 345 | Affymetrix Internal Finance Package | | 07/31/2005 | AVI_192776 | AVI_192837 | | | | | |
| 346 | Affymetrix Internal Finance Package | | 08/31/2005 | AVI_192713 | AVI_192775 | | | | | |
| 347 | Affymetrix Internal Finance Package | | 09/30/2005 | AVI_192641 | AVI_192712 | | | | | |
| 348 | Affymetrix Internal Finance Package | DX 586 | 12/31/2005 | AVI_210112 | AVI_210187 | | | | | |
| 349 | Affymetrix Internal Finance Package | | 03/31/2006 | AVI_210188 | AVI_210255 | | | | | |
| 350 | Toward Genome-Wide SNP Genotyping | | 06/00/2005 | AVI_211458 | AVI_211463 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 351 | UBS Investment Research - The DNA Microarray Market | | 01/23/2006 | AVI_210588 | AVI_210651 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 352 | Infinium - Affymetrix Inc. Not out of the woods yet | PX 689 | 03/30/2006 | AVI_210743 | AVI_210771 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 353 | Bear Stearns US Equity Research - Affymetrix, Inc. Initiating Coverage of AFFX With an Outperform Rating and $25 Price Target | | 10/12/2006 | AVI_212799 | AVI_212823 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 354 | Bear Stearns US Equity Research - Illumina, Inc. Initiating Coverage of ILMN with a Peer Perform Rating and $38 Price Target | | 10/12/2006 | AVI_212849 | AVI_212872 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 355 | Pacific Growth Equities - Illumina, Inc. Transitioning research coverage with a Neutral rating: We believe positive near-term momentum is | PX 659 | 10/16/2006 | AVI_213210 | AVI_213224 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 356 | Illumina Product Category | PX 559 | 00/00/0000 | | | | | | | |
| 357 | Illumina PowerPoint Presentation - Q3 Offsite Meeting | PX 238 | 00/00/0000 | IAFP00599169 | IAFP00599180 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |

**EXHIBIT 9: ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 358 | Whole Genome Expression Market Overview and Strategy | PX 562 | 00/00/0000 | IAFP00543950 | IAFP00543966 | F, H | 401(f), 801/803 | | | |
| 359 | Welcome to Expression Expedition Q3 Sales Traning Meeting | PX 239 | 00/00/2004 | IAFP00543423 | IAFP00543462 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 360 | Illumina PowerPoint Presentation - Senior Staff Offsite Meeting 500K chip discussion | PX 255 | 07/00/2004 | IAFP00570712 | IAFP00570717 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 361 | Illumina PowerPoint Presentation - Spring Offsite Meeting | PX 371 | 00/00/0000 | IAFP00585780 | IAFP00585815 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 362 | Illumina PowerPoint Presentation - Leading Edge Sales Meeting - Market Assessment | PX 560 | 04/00/2005 | IAFP00541086 | IAFP00541149 | F, H | 401(f), 801/803 | | | |
| 363 | Illumina PowerPoint Presentation - Leading Edge Sales Meeting | PX 561 | 04/00/2005 | IAFP00541080 | IAFP00541151 | | | | | |
| 364 | Illumina PowerPoint Presentation - Production Scale Genotyping and Gene Expression Analysis Using Illumina BeadArray Technology | PX 221 | 00/00/0000 | IAFP00540682 | IAFP00540808 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 365 | Illumina PowerPoint Presentation - UBS 2005 Global Life Science Conference | PX 143 | 09/29/2005 | IAFP00630843 | IAFP00630884 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 366 | Illumina PowerPoint Presentation - Strategies to Combat Affymetrix 500K Selling Tactics | PX 376 | 00/00/0000 | IAFP00616713 | IAFP00616716 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 367 | Illumina PowerPoint Presentation - Strategic Offsite Introduction | | 00/00/0000 | IAFP00586335 | IAFP00586375 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 368 | Illumina PowerPoint Presentation - August 2002 Offsite Meeting | | 08/00/2002 | IAFP00570275 | IAFP00570290 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 369 | Thomson StreetEvents Final Transcript - ILMN - Q4 2005 Illumina, Inc. Earnings Conference Call | | 02/01/2006 | AVI_211036 | AVI_211052 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 370 | Thomson StreetEvents Final Transcript - ILMN - Q1 2006 Illumina, Inc. Earnings Conference Call | | 04/18/2006 | AVI_210995 | AVI_211014 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 371 | Thomson StreetEvents Final Transcript - ILMN - Q2 2006 Illumina, Inc. Earnings Conference Call | | 07/18/2006 | AVI_211015 | AVI_211035 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 372 | Thomson StreetEvents Final Transcript - ILMN - Q3 2006 Illumina, Inc. Earnings Conference Call | PX 656 | 10/17/2006 | AVI_212762 | AVI_212780 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 373 | Affymetrix Website - List of Products | PX 691 | 00/00/0000 | | | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 374 | Affymetrix Announces Expanded Genomic Technologies Licensing Program | DX 233 | 04/05/2004 | AVI_132670 | AVI_132672 | F, H | 401(f), 801/803 | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 375 | Affymetrix GeneChip® Application-Specific Fixed Assays: http://www.affymetrix.com/products/reagents/specific/application_specifi | | 00/00/0000 | AVI_214146 | AVI_214148 | A, F, H, U, R | 901, 401(f), 801/803, prod | | | |
| 376 | Affymetrix and ParAllele Partner to Offer New Custom and Standard Genotyping Products | | 05/19/2004 | AVI_213287 | AVI_213289 | A, F, H | 901, 401(f), 801/801 | | | |
| 377 | Affymetrix Completes Acquisition of ParAllele BioScience; Companies Combine Their Innovative Technologies to Enable Advances in | | 10/24/2005 | AVI_213954 | AVI_213956 | A, F, H | 901, 401(f), 801/802 | | | |
| 378 | Affymetrix has Acquired ParAllele BioScience | | 00/00/0000 | AVI_213234 | AVI_213235 | A, F, H | 901, 401(f), 801/803 | | | |
| 379 | Perlegen Completes $100 Million Financing - Proceeds will facilitate rapid acceleration of Perlegen's genome scanning initiative | | 04/02/2001 | AVI_211577 | AVI_211579 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 380 | Baylor College of Medicine - Affymetrix Analytical Services and Pricing http://www.bcm.edu/mcfweb/?PMID | | 00/00/0000 | AVI_214164 | AVI_214165 | A, F, H, R, P, U | 901, 401(f), 801/803, 401(a), 403(prob), prod | | | |
| 381 | Affymetrix to Introduce 1 Million-SNP Product in Early 2007 and Single 500K Array before End of 2006; Affymetrix and Broad Institute | | 07/18/2006 | AVI_214154 | AVI_214156 | A, F, H, R, P, U | 901, 401(f), 801/803, 401(a), 403(prob), prod | | | |
| 382 | Illumina Web PageUniversal Arrays http://www.illumina.com/products/arraysreagents/universal_arrays.ilmn | | 00/00/0000 | | | | | | | |
| 383 | Illumina Web Page - Custom Arrays http://www.illumina.com/products/arraysreagents/custom_arrays.ilmn | | 00/00/0000 | | | | | | | |
| 384 | Illumina Web Page - Arrays and Reagents http://www.illumina.com/products/arraysreagents/overview.ilmn | | 00/00/0000 | | | | | | | |
| 385 | Illumina Receives $1.2 Million Phase 2 Grant from National Cancer Institute to Develop Microarrays for Protein Profiling | | 03/11/2002 | | | R, P | 401(a), 403(prob) | | | |
| 386 | Illumina Receives $1.0 Million Phase 2 SBIR Grant from the National Institutes of Health to Develop Matrixed Microarrays | | 05/10/2002 | CHEE008348 | CHEE008349 | R, P | 401(a), 403(prob) | | | |
| 387 | Illumina Receives $9 Million from the National Institutes of Health for Large-Scale Genotyping of the Human Genome | | 09/30/2002 | IAFP00658931 | IAFP00658931 | R, P | 401(a), 403(prob) | | | |
| 388 | Illumina SNP Genotyping - Linkage IV Panel: http://www.illumina.com/General/pdf/LinkageIV/linkage_4_data_final2.pdf | | 00/00/2004 | | | | | | | |
| 389 | Illumina Receives $1.2 Million Grant from the National Institutes of Health to Continue Research on Bead-Based Proteomic Arrays | | 08/11/2004 | IAFP00503703 | IAFP00503704 | R, P | 401(a), 403(prob) | | | |
| 390 | Illumina Reports Financial results for Second Quarter 2006; Consumables and Instrument Revenue Drive 163% Growth Over Prior-Year | | 07/18/2006 | AVI_211595 | AVI_211602 | | | | | |
| 391 | Illumina Reports Financial Results for Third Quarter 2006 - Company Raises Financial Guidance | | 10/17/2006 | AVI_213929 | AVI_213936 | | | | | |

**EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 392 | Email re: Research Help with 7G | DX 479 | 09/17/2005 | AVI_203859 | AVI_203859 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 393 | Email re: FW: Revenue by Wafer for Greg Schiffman 10-7-05.xls | | 10/07/2005 | AVI_208458 | AVI_208459 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 394 | Email re: RE: Illumina - Affymetrix meeting | PX 528 | 03/30/2004 | AVI_092361 | AVI_092366 | C, F, H, R | 401(f), 801/803, 401(a) | | | |
| 395 | Email re: RE: Licensing discussions confidential | PX 529 | 05/14/2004 | AVI_092393 | AVI_092394 | C, F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 396 | Email re: Follow-up licensing discussions - confidential | PX 530 | 05/25/2004 | AVI_092406 | AVI_092408 | C, F, R, P | 401(f), 401(a), 403(prob) | | | |
| 397 | Email re: Revised term sheet - CONFIDENTIAL | DX 228 | 06/17/2004 | AVI_092423 | AVI_092427 | C, F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 398 | Email re: Cross-licensing proposal | PX 532 | 07/08/2004 | AVI_092435 | AVI_092436 | C, F, R, P | 401(f), 401(a), 403(prob) | | | |
| 399 | 10+10 Sheet: Affymetrix GT Competitive Positioning | | 00/00/0000 | IAFP00480174 | IAFP00480175 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 400 | Email re: AFFX product shipment / revenue / cost data | PX 262 | 01/05/2002 | IAFP00610311 | IAFP00610314 | F, R, P, H | 401(f), 401(a), 403(prob), 801/803 | | | |
| 401 | Email re: RE: USC Deal | PX 235 | 04/02/2004 | IAFP00605391 | IAFP00605392 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 402 | Email re: RE: Illumina Notified of Affy Lawsuit | PX 533 | 07/27/2004 | IAFP00615082 | IAFP00615083 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 403 | Email re: RE: John Todd | PX 236 | 11/13/2004 | IAFP00601226 | IAFP00601226 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 404 | Email re: RE: Sanger | PX 327 | 02/09/2005 | IAFP00586146 | IAFP00586147 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 405 | switch to I | | 00/00/0000 | AVI_212848 | AVI_212848 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 406 | JP Morgan Company Report - Affymetrix, Inc. The "Gold Standard" in DNA Arrays | | 07/24/2002 | AVI_212303 | AVI_212350 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 407 | Second Notice of Deposition of Illumina, Inc. Pursuant to Fed.R.Civ.P 30(b)(6) | PX 300 | 09/20/2005 | | | F, R, P, H | 401(f), 401(a), 403(prob), 801/803 | | | |
| 408 | Notice of Deposition of Illumina, Inc. Pursuant to Fed.R.Civ.P 30(b)(6) | PX 504 | 02/07/2006 | | | F, R, P, H | 401(f), 401(a), 403(prob), 801/803 | | | |

**EXHIBIT 9: ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 409 | Illumina PowerPoint Presentation - Cost Reduction Activities Off Site Meeting | PX 136 | 07/19/2005 | IAFP00550662 | IAFP00550676 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 410 | Notice of Deposition of Illumina, Inc. Pursuant to Fed.R.Civ.P 30(b)(6) | PX 503 | 12/28/2005 | | | A, F, R, P, H | 901, 401(f), 401(a), 403(prob), 801/803 | | | |
| 411 | Affymetrix Form 10-K405 Filed: March 30, 2001 (period: December 31, 2000) | | 03/30/2001 | AVI_119639 | AVI_119739 | | | | | |
| 412 | Affymetrix Form 10-K405 Filed: March 29, 2002 (period: December 31, 2001) | | 03/29/2002 | AVI_119740 | AVI_119852 | | | | | |
| 413 | Affymetrix Form 10-K Filed: March 31, 2003 (period: December 31, 2002) | | 03/31/2003 | AVI_119853 | AVI_119953 | | | | | |
| 414 | Affymetrix Form 10-K Filed: March 15, 2004 (period: December 31, 2003) | | 03/15/2004 | AVI_120061 | AVI_120188 | | | | | |
| 415 | Affymetrix Form 10-K Filed: March 16, 2005 (period: December 31, 2004) | | 03/16/2005 | AVI_120189 | AVI_120332 | | | | | |
| 416 | Affymetrix Form 10-K Filed: March 9, 2006 (period: December 31, 2005) | | 03/09/2006 | AVI_213606 | AVI_213753 | | | | | |
| 417 | Affymetrix Form 10-Q Filed: May 15, 2000 (period: March 31, 2000) | | 05/15/2000 | | | | | | | |
| 418 | Affymetrix Form 10-Q Filed: August 14, 2000 (period: June 30, 2000) | | 08/14/2000 | | | | | | | |
| 419 | Affymetrix Form 10-Q Filed: November 14, 2000 (period: September 30, 2000) | | 11/14/2000 | | | | | | | |
| 420 | Affymetrix Form 10-Q Filed: May 15, 2001 (period: March 31, 2001) | | 05/15/2001 | AVI_125223 | AVI_125272 | | | | | |
| 421 | Affymetrix Form 10-Q Filed: August 13, 2001 (period: June 30, 2001) | | 08/13/2001 | AVI_125222 | AVI_125261 | | | | | |
| 422 | Affymetrix Form 10-Q Filed: November 13, 2001 (period: September 30, 2001) | | 11/13/2001 | AVI_125214 | AVI_125221 | | | | | |
| 423 | Affymetrix Form 10-Q Filed: May 15, 2002 (period: March 31, 2002) | | 05/15/2002 | AVI_125616 | AVI_125658 | | | | | |
| 424 | Affymetrix Form 10-Q Filed: August 12, 2002 (period: June 30, 2002) | | 08/12/2002 | AVI_125576 | AVI_125615 | | | | | |
| 425 | Affymetrix Form 10-Q Filed: November 14, 2002 (period: September 30, 2002) | | 11/14/2002 | AVI_125536 | AVI_125575 | | | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO,
THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 426 | Affymetrix Form 10-Q Filed: May 15, 2003 (period: March 31, 2003) | | 05/15/2003 | AVI_126176 | AVI_126387 | | | | | |
| 427 | Affymetrix Form 10-Q Filed: August 14, 2003 (period: June 30, 2003) | | 08/14/2003 | AVI_126125 | AVI_126175 | | | | | |
| 428 | Affymetrix Form 10-Q Filed: November 14, 2003 (period: September 30, 2003) | | 11/14/2003 | AVI_126065 | AVI_126124 | | | | | |
| 429 | Affymetrix Form 10-Q Filed: May 10, 2004 (period: March 31, 2004) | | 05/10/2004 | | | | | | | |
| 430 | Affymetrix Form 10-Q Filed: August 9, 2004 (period: June 30, 2004) | | 08/09/2004 | | | | | | | |
| 431 | Affymetrix Form 10-Q Filed: November 9, 2004 (period: September 30, 2004) | | 11/09/2004 | AVI_126565 | AVI_126621 | | | | | |
| 432 | Affymetrix Form 10-Q Filed: May 10, 2005 (period: March 31, 2005) | | 05/10/2005 | AVI_127505 | AVI_127549 | | | | | |
| 433 | Affymetrix Form 10-Q Filed: August 9, 2005 (period: June 30, 2005) | | 08/09/2005 | AVI_127417 | AVI_127460 | | | | | |
| 434 | Affymetrix Form 10-Q Filed: November 9, 2005 (period: September 30, 2005) | | 11/09/2005 | | | | | | | |
| 435 | Affymetrix Form 10-Q Filed: May 10, 2006 (period: March 31, 2006) | | 05/10/2006 | | | | | | | |
| 436 | Affymetrix Form 10-Q Filed: August 30, 2006 (period: June 30, 2006) | | 08/30/2006 | | | | | | | |
| 437 | Illumina Form 10-K Filed: March 29, 2001 (period: December 31, 2000) | | 03/29/2001 | AVI_211767 | AVI_211823 | | | | | |
| 438 | Illumina Form 10-K405 Filed: March 29, 2002 (period: December 31, 2001) | | 03/29/2002 | AVI_211714 | AVI_211766 | | | | | |
| 439 | Illumina Form 10-K Filed: March 27, 2003 (period: December 29, 2002) | | 03/27/2003 | AVI_211824 | AVI_211889 | | | | | |
| 440 | Illumina Form 10-K Filed: March 12, 2004 (period: December 28, 2003) | | 03/12/2004 | AVI_211890 | AVI_211981 | | | | | |
| 441 | Illumina Form 10-K Filed: March 8, 2005 (period: January 2, 2005) | | 03/08/2005 | AVI_211982 | AVI_212153 | | | | | |
| 442 | Illumina Form 10-K Filed: March 6, 2006 (period: January 1, 2006) | | 03/06/2006 | AVI_212154 | AVI_212256 | | | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO,
THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 443 | Illumina Form 10-Q Filed: September 8, 2000 (period: June 30, 2000) | | 09/08/2000 | IAFP00021626 | IAFP00021650 | | | | | |
| 444 | Illumina Form 10-Q: November 8, 2000 (period: September 30, 2000) | | 11/08/2000 | IAFP00021193 | IAFP00021216 | | | | | |
| 445 | Illumina Form 10-Q Filed: May 8, 2001 (period: March 31, 2001) | | 05/08/2001 | IAFP00021398 | IAFP00021428 | | | | | |
| 446 | Illumina Form 10-Q Filed: August 13, 2001 (period: June 30, 2001) | | 08/13/2001 | IAFP00021429 | IAFP00021462 | | | | | |
| 447 | Illumina Form 10-Q Filed: November 14, 2001 (period: September 30, 2001) | | 11/14/2001 | IAFP00021115 | IAFP00021153 | | | | | |
| 448 | Illumina Form 10-Q Filed: May 13, 2001 (period: March 31, 2002) | | 05/13/2001 | IAFP00021651 | IAFP00021740 | | | | | |
| 449 | Illumina Form 10-Q Filed: August 14, 2002 (period: June 30, 2002) | | 08/14/2002 | IAFP00021463 | IAFP00021495 | | | | | |
| 450 | Illumina Form 10-Q Filed: November 13, 2002 (period: September 29, 2002) | | 11/13/2002 | IAFP00021154 | IAFP00021192 | | | | | |
| 451 | Illumina Form 10-Q Filed: May 6, 2003 (period: March 30, 2003) | | 05/06/2003 | IAFP00021357 | IAFP00021397 | | | | | |
| 452 | Illumina Form 10-Q Filed: August 4, 2003 (period: June 29, 2003) | | 08/04/2003 | IAFP00021496 | IAFP00021539 | | | | | |
| 453 | Illumina Form 10-Q Filed: November 4, 2003 (period: September 28, 2003) | | 11/04/2003 | IAFP00020962 | IAFP00021007 | | | | | |
| 454 | Illumina Form 10-Q Filed: May 4, 2004 (period: March 28, 2004) | | 05/04/2004 | IAFP00021307 | IAFP00021356 | | | | | |
| 455 | Illumina Form 10-Q Filed: August 6, 2004 (period: June 27, 2004) | | 08/06/2004 | IAFP00021540 | IAFP00021625 | | | | | |
| 456 | Illumina Form 10-Q Filed: November 12, 2004 (period: October 3, 2004) | | 11/12/2004 | IAFP00021008 | IAFP00021101 | | | | | |
| 457 | Illumina Form 10-Q Filed: April 29, 2005 (period: April 4, 2005) | | 04/29/2005 | | | | | | | |
| 458 | Illumina Form 10-Q Filed: August 8, 2005 (period: July 3, 2005) | | 08/08/2005 | | | | | | | |
| 459 | Illumina Form 10-Q Filed: November 3, 2005 (period: October 2, 2005) | | 11/03/2005 | | | | | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO,
THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 460 | Illumina Form 10-Q Filed: May 8, 2006 (period: April 2, 2006) | | 05/08/2006 | | | | | | | |
| 461 | Illumina Form 10-Q Filed: August 2, 2006 (period: July 2, 2006) | | 08/02/2006 | | | | | | | |
| 462 | Letter re: Illumina, Inc. | PX 3 | 06/03/1998 | IAFP00571399 | IAFP00571404 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 463 | Chee Employee File | PX 6 | 09/24/2004 | IAFP00571395 | IAFP00571459 | F, R, P, H | 401(f), 401(a), 403(prob), 801/803 | | | |
| 464 | Illumina Organizational Charts | PX 11 | 00/00/0000 | | | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 465 | Senior Staff Organizational Chart | PX 17 | 11/07/2003 | IAFP00466791 | IAFP00466791 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 466 | Senior Staff Organizational Chart | PX 18 | 03/19/2001 | IAFP00466795 | IAFP00466795 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 467 | Science R&D Organizational Chart | PX 19 | 02/14/2005 | IAFP00022348 | IAFP00022348 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 468 | Science R&D Organizational Chart | PX 20 | 09/30/2003 | IAFP00466880 | IAFP00466880 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 469 | Chemistry Organizational Chart | PX 21 | 00/00/0000 | IAFP00022567 | IAFP00022567 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 470 | Chemistry Organizational Chart - ABI Decoding | PX 22 | 06/24/2000 | IAFP00466822 | IAFP00466822 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 471 | Chemistry Organizational Chart | PX 23 | 11/29/2001 | IAFP00466825 | IAFP00466825 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 472 | Genomics Organizational Chart | PX 24 | 00/00/0000 | IAFP00466831 | IAFP00466831 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 473 | Genomics Organizational Chart - Informatics & Molecular Biology | PX 25 | 06/24/2003 | IAFP00466826 | IAFP00466829 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 474 | Informatics 2002 Organizational Chart | PX 26 | 00/00/2002 | IAFP00466834 | IAFP00466834 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 475 | Molecular Biology Organizational Chart | PX 27 | 00/00/0000 | IAFP00466833 | IAFP00466833 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 476 | Engineering Organizational Chart | PX 28 | 00/00/0000 | IAFP00022568 | IAFP00022568 | F, R, P | 401(f), 401(a), 403(prob) | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO,
THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 477 | Engineering Reporting - Feb '02 Organizational Chart | PX 29 | 02/00/2002 | IAFP00466847 | IAFP00466847 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 478 | Engineering Organizational Chart | PX 30 | 04/07/2005 | IAFP00022342 | IAFP00022342 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 479 | Chemistry Organizational Chart | PX 161 | 06/24/2003 | IAFP00466821 | IAFP00466824 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 480 | Bioinformatics Organizational Chart | PX 180 | 07/09/2001 | IAFP00466830 | IAFP00466830 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 481 | Science R&D Organizational Chart | PX 182 | 06/13/2003 | IAFP00466861 | IAFP00466861 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 482 | Engineering Organizational Chart | PX 183 | 01/10/2005 | IAFP00022336 | IAFP00022336 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 483 | Senior Staff Organizational Chart | PX 244 | 06/24/2002 | IAFP00466794 | IAFP00466794 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 484 | Nomination of GenTrain / GenCall Algorithms for 2002 Patent Award | PX 315 | 00/00/0000 | IAFP00508193 | IAFP00508193 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 485 | Declaration of John R. Stuelpnagel, D.V.M. in Affymetrix v. Illumina | PX 357 | 10/25/2004 | | | | | | | |
| 486 | ngenetics Business Outline | PX 408 | 10/01/1997 | CHEE052196 | CHEE052214 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 487 | eGenetics Assets | PX 410 | 00/00/0000 | CHEE037763 | CHEE037763 | F, H, P, R, S | 401(f), 801/803, 403(prob), 401(a), 1006 | | | |
| 488 | Confidential Information and Invention Assignment Agreement between Illumina, Inc. and Mark Chee | PX 411 | 06/01/1998 | IAFP00571413 | IAFP00571423 | F, P, R | 401(f), 403(prob), 401(a) | | | |
| 489 | Molecular Biology Organizational Chart | PX 419 | 11/19/2001 | IAFP00466835 | IAFP00466835 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 490 | Email re: hapmap application update | PX 425 | 07/29/2002 | CHEE001375 | CHEE001376 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 491 | Illumina Employee Performance Appraisal for Bahram Kermani | PX 433 | 09/01/2000 | CHEE036090 | CHEE036093 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 492 | Illumina Performance Review of Bahram G. Kermani by Semyon Kruglyak | PX 486 | 00/00/2001 | CHEE035251 | CHEE035256 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 493 | Bahram Kermani Goals 4/2001 through 03/2002 | PX 487 | 00/00/2002 | CHEE035200 | CHEE035200 | F, R, P, B | 401(f), 401(a), 403(prob) | | | |

**EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 494 | Grant Progress Report for Large-Scale Genotyping for the Haplotype map of the Human Genome | PX 491 | 09/15/2003 | IAFP00571688 | IAFP00571705 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 495 | Assignment of Patent Application from Chee, Wang and Jevons to Affymax Technologies, N.V. | | 02/24/1995 | AVI_118798 | AVI_118804 | | | | | |
| 496 | Agreement for Assignment of Invention Rights from Affymax Technologies N.V. to Affymetrix, Inc. Pursuant to Affymetrix Technology | | 04/18/1996 | AVI_085993 | AVI_085994 | Inc (missing Schedule A) | 403(prob) | | | |
| 497 | Declaration and Power of Attorney from Chee, Wang, Jevons, Bernhart and Lipshutz to Norviel, Smith and Ritter | | 02/24/1995 | AVI_118791 | AVI_118792 | Inc | 403(prob) | | | |
| 498 | Illumina, Inc. Form 424B4 | | 07/28/2000 | | | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 499 | Email re: specs | | 06/06/1999 | CHEE029668 | CHEE029668 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 500 | Genotyping Algorithm Development Team Roster | | 00/00/0000 | IAFP00594125 | IAFP00594125 | A, F, R | 901, 401(f), 401(a) | | | |
| 501 | The final deprotection step in oligonucleotide synthesis is reduced to a mild and rapid ammonia treatment by using labile base- | PX 6 | 00/00/198 | IAFP00006014 | IAFP00006033 | A, F, R, H | 901, 401(f), 401(a), 801/803 | | | |
| 502 | Allylic protecting groups in solid-phase DNA synthesis | PX 7 | 00/00/1988 | AVI_212511 | AVI_212512 | A, F, R, P, H | 901, 401(f), 401(a), 403(prob), 801/803 | | | |
| 503 | Gene Synthesis Machines: DNA Chemistry and Its Uses | PX 8 | 10/18/1985 | IAFP00004121 | IAFP00004125 | A, F, R, P, H | 901, 401(f), 401(a), 403(prob), 801/803 | | | |
| 504 | Mechanical Drawing - Gasket Dup Scan Cell | DX 8 | 00/00/0000 | AVI_137427 | AVI_137431 | A, F, R, P, H | 901, 401(f), 401(a), 403(prob), 801/803 | | | |
| 505 | US Patent No. 5,143,854 | DX 12 | 09/01/1992 | AVI_038412 | AVI_038438 | | | | | |
| 506 | Affymax Invention Disclosure Form for Nucleic Acid VLSIPS Applications # 90-008 | DX 44 | 06/05/1990 | AVI_133303 | AVI_133313 | A, F, H, P, R | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 507 | Amendment and Reply to Office Action Pursuant to 37 CFR § 1.111 in re Application No. 10/125,530 for Arrays for Detecting Nucleic Acids | DX 155 | 01/03/2006 | AVI_145106 | AVI_145220 | A, F, H, R, Inc | 901, 401(f), 801/803, 401(a), 403(prob), | | | |
| 508 | Handwritten Notes re: conference with Nussbacher, Dower, Fodor, WMS, EPC (part of larger document with bates range AVI_199906- | DX 157 | 08/06/2000 | AVI_199925 | AVI_199925 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 509 | Letter re: invention disclosure for Sequencing of Surface Immobilized Nucleic Acids Utilizing Micro Fluorescence Detection | DX 159 | 05/14/1990 | AVI_199927 | AVI_199936 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 510 | Invoice No. 53217 from Townsend to Affymax | DX 166 | 06/28/1990 | AVI_133250 | AVI_133302 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO,
THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 511 | License Agreement between Affymetrix, Inc. and Genospectra, Inc. | DX 234 | 05/28/2004 | AVI_098404 | AVI_098425 | | | | | |
| 512 | Collaboration Agreement between the Engelhardt Institute of Molecular Biology and the Affymax Research Institute | DX 367 | 07/30/1992 | AVI_201316 | AVI_201320 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 513 | Invoice No. 62341 to Affymetrix from Smith | DX 405 | 01/30/1991 | AVI_134228 | AVI_134231 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 514 | Declaration Under 37 C.F.R. § 1.132 in re the Patent Application 10/125,428, 10/125,460 and 10/125,530 | DX 468 | 04/19/2002 | AVI_145186 | AVI_145220 | F, H, R, P, Inc | 401(f), 801/803, 401(a), 403(prob), | | | |
| 515 | Curriculum Vitae of John D. Sutherland | DX 562 | 00/00/0000 | | | F, H | 401(f), 801/803 | | | |
| 516 | Allylic protecting groups in solid-phase DNA synthesis | DX 569 | 00/00/1988 | IAFP00006034 | IAFP00006035 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 517 | The Allylic Protection Method in Solid-Phase Oligonucleotide Synthesis. An Efficient Preparation of Solid-Anchored DNA Oligomers | DX 570 | 00/00/1990 | IAFP00006036 | IAFP00006041 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 518 | Photosensitive Protecting Groups of Amino Sugars and Their Use in Glycoside Synthesis. 2-Nitrobenzyloxycarbonylamino and 6- | DX 571 | 00/00/1974 | IAFP00653834 | IAFP00653839 | B, F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 519 | Photosensitive Protecting Groups | DX 572 | 00/00/1970 | IAFP00004376 | IAFP00004378 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 520 | Photoremovable Protecting Groups in Organic Synthesis | DX 575 | 01/00/1980 | IAFP00004748 | IAFP00004774 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 521 | Photolytic Deprotection and Activation of Functional Groups | DX 576 | 00/00/0000 | AVI_214037 | AVI_214135 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 522 | Exhibit A to Expert Report of Dr. Hubert Köster - Curriculum Vitae of Dr. Hubert Köster | DX 600 | 00/00/0000 | | | F, H | 401(f), 801/803 | | | |
| 523 | US Patent No. 7,073,720 | | 07/11/2006 | AVI_213992 | AVI_214003 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 524 | US Patent No. 6,845,706 | | 01/25/2005 | AVI_213586 | AVI_213605 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 525 | US Patent No. 7,122,157 | | 10/17/2006 | AVI_213290 | AVI_213301 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 526 | US Patent No. 6,736,324 | | 05/18/2004 | AVI_212937 | AVI_212943 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 527 | US Patent No. 5,639,612 | | 06/17/1997 | IAFP00644449 | IAFP00644769 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 528 | Curriculum Vitae of Robin A. Felder, Ph.D. | | | | | F, H | 401(f), 801/803 | | | |
| 529 | US District Court Nortern District (San Jose) Civil Docket for Case # 99-CV-21163 - Affymetrix v. Hyseq | | 10/30/2001 | | | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 530 | US District Court Nortern District (San Jose) Civil Docket for Case # 99-CV-21165 - Affymetrix v. Synteni | | 12/30/2001 | | | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 531 | Order Construing Claims of US Patents Nos. 5,445,934, 5,744,305, 5,800,992, and 5,795,716 in Affymetrix v. Hyseq | | 01/22/2001 | AFF-HYS017028 | AFF-HYS017057 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 532 | Instructions for using the Affymetrix Patent CD | | 00/00/0000 | | | A, F, H, R, P U | 901, 401(f), 801/803, 401(a), 403(prob), prod | | | |
| 533 | Initial Disclosure of Prior Art Pursuant to 16-7 in Affymetrix v. Synteni | | 02/26/1999 | | | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 534 | Initial Disclosure of Prior Art Pursuant to 16-7 in Affymetrix v. Synteni | | 06/11/1999 | | | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 535 | First Amended Answer and Counterclaim in Affymetrix v. Synteni | | 08/11/2000 | AVI_202022 | AVI_202039 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 536 | First Amended Answer and Counterclaim in Affymetrix v. Synteni | | 08/11/2000 | AVI_202040 | AVI_202081 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 537 | Declaration of Kricka in the United States Patent and Trademark Office in re Application of T.D. Shalon, et al. Serial No. 08/514,875 | | 10/26/1998 | | | A, F, H, P, R, V, U | 901, 401(f), 801/803, 403(prob), 401(a), prod | | | |
| 538 | Decision in Brown v. Fodor Interference No. 104,358 | | 09/10/1999 | | | A, F, H, P, R, U | 901, 401(f), 801/803, 403(prob), 401(a), prod | | | |
| 539 | Decision in Brown v. Fodor Interference No. 104,358 | | 09/10/1999 | | | A, F, H, P, R, U | 901, 401(f), 801/803, 403(prob), 401(a), prod | | | |
| 540 | US Patent No. 3,790,492 | | 02/05/1974 | AVI_214149 | AVI_214153 | A, F, H, R, P, U | 901, 401(f), 801/803, 401(a), 403(prob), prod | | | |
| 541 | Curriculum Vitae of Dr. Hubert Köster | | | | | F, H | 401(f), 801/803 | | | |
| 542 | Scientia Yugoslavica | | 00/00/1990 | AVI_212616 | AVI_212723 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 543 | US Patent Application No. 07/492,462 (The '462 Application) | | 03/07/1990 | IAFP00015227 | IAFP00015307 | | | | | |
| 544 | US Patent Application No. 07/624,114 (The '114 application) | | 12/06/1990 | IAFP00013538 | IAFP00013692 | | | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 545 | Page 52 and 77 of "Amino Acid and Peptide Synthesis" | | 00/00/0000 | AVI_213937 | AVI_213938 | A, F, H, R, P, Inc | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 546 | Tetrahedron Report Number 309 - Advances in the Synthesis of Oligonucleotides by the Phosphoramidite Approach | | 00/00/1992 | AVI_213756 | AVI_213844 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 547 | The Fluoren-9-ylmethoxycarbonyl Group for the Protection of Hydroxy-groups; Its Application in the Synthesis of an Octathymidylic Acid | | 00/00/1982 | AVI_214004 | AVI_214046 | A, F, H, R, P, Inc | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 548 | Solid Phase Synthesis of DNA Under a Non-Depurinating Condition with a Base Labile 5'-Protecting Group (Fmoc) Using | | 00/00/1987 | AVI_213939 | AVI_213941 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 549 | The 9-Fluorenylmethyloxycarbonyl (Fmoc) Group as a 5'0 Base Labile Protecting Group in Solid Supported Oligonucleotide Synthesis | | 00/00/1987 | AVI_213900 | AVI_213902 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 550 | The 9-Florenylmethyloxycabonyl Group as a 5'-OH Protection in Oligonucleotide Synthesis | | 00/00/89 | AVI_213920 | AVI_213928 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 551 | Total Synthesis of Thienamycin Analogues. Synthesis of the Thienamycin Nucleus and dl-Descysteaminylthienamycin | | 12/06/1978 | AVI_212934 | AVI_212935 | A, B, F, H, R, V, U | 901, 401(f), 801/803, 401(a), prod | | | |
| 552 | US Patent No. 4,086,254 | | 04/25/1978 | AVI_213912 | AVI_213919 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 553 | Chemistry and Biology of beta-Lactam Antibiotics | | 00/00/1982 | AVI_213754 | AVI_213755 | A, F, H, R, P, Inc | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 554 | Declaration of Stephen A. Fodor in the Matter of EPO 0 619 321 | | 07/28/2003 | IAFP00006345 | IAFP00006351 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 555 | Photochemistry of Phosphate Esters: An Efficient Method for the Generation of Eletrophiles | | 00/00/1984 | AVI_213225 | AVI_213226 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 556 | The Photolysis of Methoxy-Substituted Benzoin Esters. A Photosensitive Protecting Group for Carboxylic Acids | | 12/29/1971 | AVI_213579 | AVI_213585 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 557 | Inverse Phosphotriester DNA Synthesis Using Photochemically-Removable Dimethoxybenzoin Phosphate Protecting Groups | | 00/00/1996 | AVI_213957 | AVI_213964 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 558 | P NMR Study of the Mechanism of Activation and Coupling Reactions in the Synthesis of Oligodeoxyribonucleotides by the | | 00/00/1984 | AVI_212504 | AVI_212510 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 559 | General scheme of the phosphotriester condensation in the oligodeoxyribonucleotide synthesis with arylsulfonyl chlorides and | | 00/00/1984 | AVI_213965 | AVI_213984 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 560 | In situ of bis-dialkytaminophosphines - a new method for synthesizing deoxyoligonucleotides on polymer | | 00/00/1984 | AVI_214007 | AVI_214017 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 561 | The Efficiency of Light-Directed Synthesis of DNA Arrays on Glass Substrates | | 06/04/1997 | IAFP00005226 | IAFP00005235 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |

**EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 562 | The Effect of Spacer, Linkage and Solid Support on the Synthesis of Oligonucleotides | | 00/00/1989 | IAFP00006068 | IAFP00006083 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 563 | Studies on Polynucleotides. XXIV. The Stepwise Synthesis of Specific Deoxyribopolynucleotides (4). Protected Derivatives of | | 12/05/1963 | AVI_213985 | AVI_213991 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 564 | Comparison of Methods for Photochemical Phosphoramidite-Based DNA Synthesis | | 05/18/1995 | AVI_213947 | AVI_213953 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 565 | Notebook No. DS 90002 Issued to Dennis Solas | | 05/21/1990 | AVI_077332 | AVI_077509 | A, F, H, P, R | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 566 | Declaration of Stephen A. Fodor in the Matter of EPO 0 619 321 | | 10/12/2000 | IAFP00006084 | IAFP00006088 | A, F, H, P, R | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 567 | Email re: affymetrix competitive intel group meeting | PX 73 | 11/19/2004 | IAFP00548515 | IAFP00548516 | F, P, R | 401(f), 403(prob), 401(a) | | | |
| 568 | Email re: expression customers | PX 157 | 01/28/2003 | IAFP00555816 | IAFP00555816 | F, P, R | 401(f), 403(prob), 401(a) | | | |
| 569 | Email re: RE: Candidate Presentation: Christian Henry | PX 158 | 03/28/2005 | IAFP00585964 | IAFP00585965 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 570 | Email re: FW: Seminar information for 10/18/2004 | PX 175 | 10/11/2004 | IAFP00547398 | IAFP00547402 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 571 | Email re: Draft agenda for Tuesday offsite meeting | PX 209 | 07/15/2005 | IAFP00481160 | IAFP00481162 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 572 | Sales Organization Chart | PX 211 | 00/00/0000 | IAFP00466811 | IAFP00466811 | R, P | 401(a), 403(prob) | | | |
| 573 | Sales Organizational Chart | PX 212 | 02/02/2005 | IAFP00022347 | IAFP00022347 | R, P | 401(a), 403(prob) | | | |
| 574 | Email re: RE: affx subscription fees | PX 214 | 05/15/2003 | IAFP00566911 | IAFP00566911 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 575 | Email re: Affy 10+10 for GT | PX 218 | 02/29/2004 | IAFP00480173 | IAFP00480173 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 576 | Letter re: Trace Lane | PX 220 | 05/14/2003 | IAFP00012415 | IAFP00012415 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 577 | Email re: Affy Genotyping Product Positioning | PX 222 | 04/09/2005 | IAFP00574278 | IAFP00574327 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 578 | Email re: Affy GT Strategy and Competitive Positioning against ILMN | PX 223 | 04/10/2005 | IAFP00480265 | IAFP00480314 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |

**EXHIBIT 9: ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 579 | Email re: RE: Affy GT Strategy and Competitive Positioning against ILMN | PX 224 | 04/10/2005 | IAFP00549155 | IAFP00549156 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 580 | Email re: RE: KNIH evaluation | PX 234 | 07/07/2005 | IAFP00601301 | IAFP00601304 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 581 | Email re: Affy 500K Chip | PX 253 | 09/20/2004 | IAFP00535390 | IAFP00535392 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 582 | Illumina, Inc. Offsite Meeting - Affy competition | PX 254 | 07/19/2005 | IAFP00535516 | IAFP00535517 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 583 | Email re: Affy Genotyping Product Positioning | PX 278 | 04/09/2005 | IAFP00610331 | IAFP00610332 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 584 | Affymetrix PowerPoint Presentation - Genotyping Products Positioning - DNA Analysis Product Marketing Group | PX 279 | 08/00/2004 | IAFP00610333 | IAFP00610381 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 585 | Email re: CRUK Affy prices | PX 282 | 05/20/2005 | IAFP00610526 | IAFP00610527 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 586 | Email re: RE: more affy info… | PX 283 | 03/17/2005 | IAFP00601985 | IAFP00601987 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 587 | Email re: RE: Interview Jeremy Nickolenko, Gene Expression Market Manager | PX 290 | 05/26/2005 | IAFP00614064 | IAFP00614064 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 588 | Email re: FW: Canadian diabetes project - Losing it - we need information | PX 303 | 05/23/2005 | IAFP00588670 | IAFP00588671 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 589 | 10+10 Sheet Affymetrix GT Competitive Positioning | PX 307 | 00/00/0000 | IAFP00566933 | IAFP00566935 | F, H | 401(f), 801/803 | | | |
| 590 | 10+10 Affy/Parallele Competitive Positioning | PX 308 | 00/00/0000 | IAFP00480411 | IAFP00480414 | F, H | 401(f), 801/803 | | | |
| 591 | Email re: RE: WGG commitments | PX 330 | 03/25/2005 | IAFP00616345 | IAFP00616349 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 592 | Email re: RE: Mayo Clinic! | PX 370 | 12/18/2004 | IAFP00549525 | IAFP00549525 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 593 | Email re: RE: Parallele from the Inside | PX 372 | 05/04/2004 | IAFP00615931 | IAFP00615933 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 594 | Email re: RE: GEX vs Affy idea | PX 373 | 06/22/2005 | IAFP00588753 | IAFP00588754 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 595 | Email re: RE: Pritzger Brain consortium | PX 377 | 11/12/2004 | IAFP00603036 | IAFP00603044 | F, P, R | 401(f), 403(prob), 401(a) | | | |

**EXHIBIT 9: ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 596 | Letter re: Your New Employment with Illumina, Inc. | PX 384 | 04/30/2002 | IAFP00571478 | IAFP00571480 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 597 | Email re: FW: Affy3000 7G info | PX 392 | 07/29/2005 | IAFP00610584 | IAFP00610584 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 598 | Email re: FW: expression customers | PX 461 | 01/28/2003 | IAFP00556385 | IAFP00556385 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 599 | Letter re: Trace Lane | DX 312 | 03/14/2003 | AVI_093271.1 | AVI_093271.4 | A, F, H, R, P | 901, 401(f), 801/803, 401(a), 403(prob) | | | |
| 600 | Email re: RE: Affy 500K beta everywhere | | 10/15/2004 | IAFP00566974 | IAFP00566975 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 601 | Email re: RE: Brain Consortium update FW: Follow up from Illumina | | 02/05/2005 | IAFP00567257 | IAFP00567260 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 602 | Email re: FW: AB 1700 system | | 02/02/2004 | IAFP00481422 | IAFP00481423 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 603 | Email re: RE: Affy setup | | 06/26/2002 | IAFP00583153 | IAFP00583153 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 604 | Email re: Draft of Offer Form and offer Letter - Dr. Fahim Amini | | 06/16/2003 | IAFP00481163 | IAFP00481163 | F, R, P | 401(f), 401(a), 403(prob) | | | |
| 605 | United States Department of Justice, Horizontal Merger Guidelines | | 04/02/1992 | AVI_213236 | AVI_213278 | A, E, F, H, R | 901, 403(prob), 401(f), 801/803, 401(a) | | | |
| 606 | Email re: RE: Merck | | 01/03/2005 | IAFP00601855 | IAFP00601857 | F, H, R, P | 401(f), 801/803, 401(a), 403(prob) | | | |
| 607 | Exhibit 1 - Reproduction of Weinstein Expert Report Exhibit 4 with Corrected Gross Margin Percentages Illumina Proposal for | | 00/00/0000 | | | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 608 | Illumina Announces Certified Service Provider Program for Genetic Analysis Services and Names First Participating | | 08/09/2006 | AVI_213227 | AVI_213228 | | | | | |
| 609 | Illumina Expands Services Agreement with GlaxoSmithKline to include infinium Genotyping with HumanHap550 BeadChips for Large | | 08/02/2006 | AVI_212936 | AVI_212936 | | | | | |
| 610 | Illumina to Conduct Custom Genotyping for Johnson & Johnson Pharmaceutical Research & Development, L.L.C. | | 07/13/2006 | AVI_213302 | AVI_213303 | | | | | |
| 611 | Margin Trends.xls (live and paper copy may be offered | | | AVI_209017 | AVI_209017 | A, F, P, R, S, Inc. | 901, 401(f), 403(prob), 401(a), 1006 | | | |
| 612 | United States Patent and Trademark Office Notice of Recordation of Assignment Document | | 08/04/1995 | AVI_214186 | AVI_214193 | F, H, Inc, P, R, U* | 401(f), 801/803, 403(prob), 401(a), prod | | | |

**EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 613 | United States Patent and Trademark Office Notice of Recordation of Assignment Document | | 06/07/1995 | AVI_214166 | AVI_214170 | F, H, Inc, P, R, U | 401(f), 801/803, 403(prob), 401(a), prod | | | |
| 614 | United States Patent and Trademark Office Notice of Recordation of Assignment Document | | 06/02/2000 | AVI_214171 | AVI_214176 | F, H, Inc, P, R, U | 401(f), 801/803, 403(prob), 401(a), prod | | | |
| 615 | United States Patent and Trademark Office Notice of Recordation of Assignment Document | | 06/07/1995 | AVI_214181 | AVI_214185 | F, H, Inc, P, R, U | 401(f), 801/803, 403(prob), 401(a), prod | | | |
| 616 | United States Patent and Trademark Office Notice of Recordation of Assignment Document | | 03/07/1990 | AVI_214194 | AVI_214212 | F, H, Inc, P, R, U | 401(f), 801/803, 403(prob), 401(a), prod | | | |
| 617 | Fortune - Soul of the New Gene Machines | | 05/02/2005 | AVI_214177 | AVI_214180 | U, F, P, R, H | prod, 401(f), 403(prob), 401(a), 801/803 | | | |
| 618 | Cowen and Company - Illumina Outperform (1) Another Blow Out Quarter | | 07/19/2006 | AVI_210819 | AVI_210824 | A, F, P, R, H | 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 619 | Leerink Swann & Company - Illumina Inc. Powerful 2Q Over Genotyping's Growth And Its Popular Arrays; Guidance Raised | | 07/19/2006 | AVI_210847 | AVI_210855 | A, F, P, R, H | 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 620 | Baird - Illumina, Inc. (ILMN) Dominating Genotyping Performance Fuels Big Q2 Beat, Upgrading to Outperform | | 07/19/2006 | AVI_210808 | AVI_210818 | A, F, P, R, H | 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 621 | Infinium Capital - Gene Expression Microarray Market Conference Call Highlights | | 06/15/2006 | AVI_210772 | AVI_210792 | A, F, P, R, H | 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 622 | Deutsche Bank - Affymetrix Beaten but NOT Broken! | | 02/01/2006 | AVI_210683 | AVI_210721 | A, F, P, R, H | 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 623 | Pacific Growth Equities - Illumina Inc. Initiating coverage with an Over Weight rating | | 09/20/2004 | AVI_210664 | AVI_210682 | A, F, P, R, H | 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 624 | Master Label Form Part Number 900767 | | 08/25/2005 | AVI_141869 | AVI_141869 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 625 | Consultant Services Agreement between Daniel H. Wagner Associates and Affymax Research Institute ("ARI") | | 05/03/1990 | WAG000446 | WAG000454 | U, A, F, H, P, R | prod, 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 626 | Letter re: signed original of Consultant Agreement | | 09/25/1991 | WAG000481 | WAG000486 | U, A, F, H, P, R | prod, 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 627 | Letter re: Services Agreement | | 10/23/1992 | WAG000545 | WAG000552 | U, A, F, H, P, R | prod, 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 628 | Letter re: Fax cop yof the Consultant Agreement | | 09/23/1991 | WAG000496 | WAG000503 | U, A, F, H, P, R | prod, 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 629 | Grant Application for Sequence Determination by Hybridization | | 03/12/1992 | WAG000976 | WAG001041 | U, A, F, H, P, R | prod, 901, 401(f), 801/803, 403(prob), 401(a) | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 630 | Letter re: continuation of consulting agreement | | 07/01/1992 | WAG000465 | WAG000465 | U, A, F, H, P, R | prod, 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 631 | Internal Memorandum re: New Affymax Consulting Agreement | | 07/02/1992 | WAG000464 | WAG000464 | U, A, F, H, P, R | prod, 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 632 | Letter re: completion of initial peer review for grant application | | 08/26/1992 | WAG000759 | WAG000767 | U, A, F, H, P, R | prod, 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 633 | Letter re: consideration of application by National Advisory Council for Human Genome Research | | 10/08/1992 | AVI_143345 | AVI_143384 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 634 | Signature Page | | 01/31/1995 | AVI_118804 | AVI_118804 | F, H, P, R, Inc | 401(f) 801/803, 403(prob), 401(a) | | | |
| 635 | Consultant Services Agreement between Mark Stephen Chee and Affymax Technologies | | 02/20/1992 | AVI_134335 | AVI_134339 | B, Inc, F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 636 | Affymax Research Institute Confidential Information, Secrecy and Invention Agreement between Affymax and Mark Chee | | 04/28/1993 | AVI_134357 | AVI_134365 | F, H, P, R | 401(f), 801/803, 403(prob), 401(a) | | | |
| 637 | Letter re: Services Agreement | | 10/23/1992 | WAG000949 | WAG000956 | U, A, F, H, P, R | prod, 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 638 | Order in Civil Action No. 04-901 JJF Denying Defendant Illumina Inc.'s Motion to Dismiss Affymetrix Count 2 | | 08/16/2006 | | | H, R, P | 801/803, 401(a), 403(prob) | | | |
| 639 | Affymetrix Bioinformatics System Package 1 | | 00/00/2000 | AVI_214213 | AVI_214214 | U, A, F, P, R, H, Inc | prod, 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 640 | Affymetrix Bioinfomatics System Package 2 | | 00/00/2000 | AVI_214241 | AVI_214242 | U, A, F, P, R, H, Inc | prod, 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 641 | Affymetrix Microarray Software Solutions | | 00/00/2000 | AVI_214239 | AVI_214240 | U, A, F, P, R, H, Inc | prod, 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 642 | GeneChip Bioinformatics Solutions | | 00/00/1999 | AVI_214247 | AVI_214248 | U, A, F, P, R, H, Inc | prod, 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 643 | Affymetrix Microarray Suite Version 4.0 | | 00/00/2000 | AVI_214233 | AVI_214234 | U, A, F, P, R, H, Inc | prod, 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 644 | Affymetrix Microarray Suite Version 5.0 | | 00/00/2002 | AVI_214237 | AVI_214238 | U, A, F, P, R, H, Inc | prod, 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 645 | Affymetrix Microarray Suite Version 5.1 | | 00/00/2002 | AVI_214235 | AVI_214236 | U, A, F, P, R, H, Inc | prod, 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 646 | Affymetrix Microarray Software Solutions | | 00/00/2000 | AVI_214244 | AVI_214246 | U, A, F, P, R, H, Inc | prod, 901, 401(f), 403(prob), 401(a), 801/803 | | | |

**EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 647 | Software Box Wrapper | | 00/00/2002 | AVI_214231 | AVI_214232 | U, A, F, P, R, H, Inc | prod, 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 648 | Affymetrix Software Maintenance Terms and Conditions | | 00/00/2001 | AVI_214243 | AVI_214243 | U, A, F, P, R, H, Inc | prod, 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 649 | GeneChip Analysis Suite User Guide Version 3.3 | | 00/00/1999 | AVI_214229 | AVI_214230 | U, A, F, P, R, H, Inc | prod, 901, 401(f), 403(prob), 401(a), 801/803 | | | |
| 650 | Affymetrix NetAffx The Lab Users Guide~analysis_center_manual | | 00/00/2001 | AVI_050007 | AVI_050022 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 651 | GeneChip Barley Genome Array~barley_insert | | 00/00/2003 | AVI_050107 | AVI_050108 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 652 | GeneChip B. subtilis Genome Array~bsubtilis_insert | | 00/00/2002 | AVI_050149 | AVI_050150 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 653 | GeneChip Canine Genome Array~canine_insert | | 00/00/2003 | AVI_050151 | AVI_050153 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 654 | Array~GeneChip Drosophila Genome Array~celegans_drosophila_datasheet.p | | 00/00/0000 | AVI_050168 | AVI_050171 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 655 | GeneChip CustomeExpress Advantage Arrays~cexpress_advantage_insert | | 02/02/2003 | AVI_050174 | AVI_050176 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 656 | Corporate Standard Operating Procedure: Document Control and Maintenance | | 00/00/0000 | AVI_214225 | AVI_214230 | U, A, F, H, P, R, Inc | prod, 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 657 | Corporate Standard Operating Procedure: Document Control and Maintenance | | 00/00/0000 | AVI_214215 | AVI_214224 | U, A, F, H, P, R, Inc | prod, 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 658 | GeneChip CustomExpress Premier Arrays~cexpress_premier_insert | | 02/00/2003 | AVI_050177 | AVI_050179 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 659 | GeneChip CustomSeq Resequencing Demo Array~customdemo_insert | | 07/00/2003 | AVI_050225 | AVI_050226 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 660 | GeneChip CustomSeq Resequencing arrays~customseq_datasheet | | 00/00/2003 | AVI_050227 | AVI_050230 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 661 | GeneChip CustomSeq Resequencing Arrays~customseq_insert | | 11/00/2002 | AVI_050254 | AVI_050255 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 662 | GeneChip CYP450 Assay~cyp450_datasheet | | 00/00/2001 | AVI_050363 | AVI_050364 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 663 | Affymetrix Data Mining Tool (DMT) Version 3.0~dmt_datasheet | | 00/00/2001 | AVI_050465 | AVI_050466 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 664 | GeneChip E. coli Antisense Genome Array~ecoli_antisense_datasheet | | 00/00/2002 | AVI_050899 | AVI_050900 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 665 | Affymetrix GeneChip Operating Software (GCOS) Version 1.0 ~gcos_datasheet | | 00/00/2003 | AVI_052281 | AVI_052282 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 666 | Affymetrix GeneChip Operating Software Server 1.0 (GCOS Server)~gcos_server_datasheet | | 00/00/2003 | AVI_052945 | AVI_052946 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 667 | Affymetrix GeneChip DNA Analysis Software (GDAS) Version 2.0~gdas_datasheet | | 00/00/2003 | AVI_052947 | AVI_052950 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 668 | GeneChip Human Genom U133A 2.0 array~hgu133a_insert | | 00/00/2003 | AVI_053292 | AVI_053294 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 669 | GeneChip Human Genome U133 Plus 2.0 Array~hgu133_plus_insert | | 00/00/2003 | AVI_053326 | AVI_053328 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 670 | GeneChip Human Genome U95 Set ~hgu95_datasheet | | 00/00/2001 | AVI_053329 | AVI_05330 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 671 | GeneChip Human Genome Arrays ~human_datasheet | | 00/00/2003 | AVI_053352 | AVI_053355 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 672 | Affymetrix Prevention Plus Instrument Service Agreement~isapp_service | | 00/00/2001 | AVI_053486 | AVI_053486 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 673 | Affymetrix Laboratory Information Management System (LIMS) 3.0~lims_datasheet | | 00/00/2001 | AVI_053489 | AVI_053490 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 674 | GeneChip Made-to-Order Program~made_datasheet | | 00/00/2001 | AVI_054249 | AVI_054253 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 675 | Affymetrix Microarray Suite Version 5.1~mas_datasheet | | 00/00/2002 | AVI_054258 | AVI_054259 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 676 | Affymetrix MicroDB User's Guide~Version 3.0~microdb_manual | | 00/00/2000 | AVI_054814 | AVI_054865 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 677 | GeneChip Mitochondrial Resequencing Array~mitochondrial_insert | | 00/00/2003 | AVI_054866 | AVI_054867 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 678 | GeneChip Mouse Genome Arrays~mogarrays_datasheet | | 00/00/2003 | AVI_054877 | AVI_0554880 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 679 | GeneChip Mouse Genome 430A 2.0 array~mouse430a_2_insert | | 00/00/2003 | AVI_054881 | AVI_054883 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 680 | GeneChip Mouse Genome 430 2.0 Array~mouse430_2_insert | | 11/00/2003 | AVI_054884 | AVI_054886 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |

**EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL**

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| 681 | GeneChip Mouse Expression Set 430 ~mouse430_datasheet | | 00/00/2003 | AVI_054887 | AVI_054888 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 682 | GeneChip Mouse Expression Set 430~mouse430_insert | | 04/00/2003 | AVI_054889 | AVI_054891 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 683 | Affymetrix NetAffx Analysis Center~netaffx_datasheet | | 00/00/2002 | AVI_054906 | AVI_054907 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 684 | GeneChip Pseudomonas aeruginosa Genome Array~pseudomonas_datasheet | | 00/00/2002 | AVI_055077 | AVI_055078 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 685 | GeneChip SARS Resequencing Array~sars_insert | | 07/00/2003 | AVI_055164 | AVI_055165 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 686 | Affymetrix Assurance Software Maintenance Agreement~smaassurance_service | | 00/00/2001 | AVI_055192 | AVI_055193 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 687 | Affymetrix Basic~Software Maintenance Agreement~smabasic_service | | 00/00/2001 | AVI_055194 | AVI_055195 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 688 | Affymetrix Elite Software Maintenance Agreement~smaelite_service | | 00/00/2001 | AVI_055196 | AVI_055197 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 689 | GeneChip Zenopus laevis Genome Array~xenopus_insert | | 12/00/2003 | AVI_055248 | AVI_055250 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| 690 | GeneChip Zebrafish Genome Array~zebrafish_insert | | 12/00/2003 | AVI_055255 | AVI_055257 | A, F, H, P, R, Inc | 901, 401(f), 801/803, 403(prob), 401(a) | | | |
| | Response to Interrogatory No. 1 | | | | | R, P | 401(a), 403(prob) | | | |
| | Response to Interrogatory No. 2 | | | | | R, P | 401(a), 403(prob) | | | |
| | Response to Interrogatory No. 3 | | | | | R, P | 401(a), 403(prob) | | | |
| | Response to Interrogatory No. 4 | | | | | R, P, V | 401(a), 403(prob) | | | |
| | Response to Interrogatory No. 5 | | | | | R, P | 401(a), 403(prob) | | | |
| | Response to Interrogatory No. 7 | | | | | R, P | 401(a), 403(prob) | | | |
| | Response to Interrogatory No. 9 | | | | | R, P | 401(a), 403(prob) | | | |

EXHIBIT 9:  ILLUMINA'S OBJECTIONS TO AFFYMETRIX'S LIST OF PRE-MARKED EXHIBITS, INCLUDING DESIGNATIONS OF INTERROGATORIES AND ANSWERS THERETO, THAT IT INTENDS TO OFFER AT TRIAL

| Trial Exhibit No. | Description | Deposition Exhibit No. | Date | Bates Begin | Bates End | Illumina Objection | Affymetrix Response | Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|---|---|
| | Response to Interrogatory No. 11 | | | | | R, P | 401(a), 403(prob) | | | |
| | Response to Interrogatory No. 12 | | | | | | | | | |
| | Response to Interrogatory No. 16 | | | | | R, P | 401(a), 403(prob) | | | |
| | Response to Interrogatory No. 17 | | | | | R, P | 401(a), 403(prob) | | | |
| | Response to Interrogatory No. 18 | | | | | | | | | |
| | Response to Interrogatory No. 19 | | | | | R, P | 401(a), 403(prob) | | | |
| | Response to Request for Admission No. 1 | | | | | R, V | 401(a) | | | |
| | Response to Request for Admission No. 5 | | | | | R, V | 401(a) | | | |
| | Response to Request for Admission No. 6 | | | | | R, V | 401(a) | | | |

*Exhibits 612 to 690 were only identified after the close of business on February 2, 2007, the business day before the pretrial order was due, and thus Illumina reserves the right to add additional objections once it has had a reasonable time to review the exhibits.

**Exhibit 9**
**Key for Illumina's Objections To Affymetrix's Exhibits That It Intends To Offer At Trial**

| Code | Description |
|------|-------------|
| A | The authenticity of the document has not been properly established for admission into evidence.  Fed. R. Evid. 104, 901. |
| B | The Bates range for the document is improperly identified  Illumina reserves the right to amend its objections if Affymetrix provides the correct Bates range information for the exhibit. |
| BE | The information in the document is being used to prove the content of a writing, recording or photograph but is not the original writing, original or photograph; thus, should be excluded pursuant to best evidence rule.  Fed. R. Evid. 403, 1001 *et seq.* |
| C | The document contains information that reflects compromise negotiations between the parties.  Fed. R. Evid. 408. |
| D | The document is duplicative of other exhibits and/or is repetitious of other exhibits relating to the same subject matter.  Fed. R. Evid. 403. |
| E | The document contains matter that is not considered evidence, but rather it contains legal conclusions/statutory language/case language or attorney argument of supposition that is impermissible and prejudicial.  Fed. R. Evid. 401, 402, 403. |
| F | The document lacks supporting foundation.  Fed. R. Evid. 401, 402, 403. |
| H | The document constitutes or contains hearsay in that it is an out-of-court statement offered in evidence to prove the truth of the matter asserted.  Fed. R. Evid. 802. |
| Inc | The use of this document without accompanying testimony, other parts of the document, or another document, and is misleading and prejudicial.  Fed. R. Evid. 403. |
| P | The document is prejudicial in that its probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay waste of time, or needless presentation of cumulative evidence.  Fed. R. Evid. 403.[1] |
| R | The document is irrelevant; it does not tend to make the existence of any fact that is of consequence to the determination of this action more probable or less probable than it would be without the evidence. Fed. R. Evid. 401. |
| S | The document is an improper summary of other material.  Fed. R. Evid. 1006. |
| U | The document was not timely produced during the litigation, and its use will unduly prejudice Illumina.  Fed. R. Evid. 403. |
| V | The document as described is vague, and cannot be discerned with particularity. |

---

[1] Illumina objects to a number of Affymetrix's exhibits as prejudicial under FRE 403 because, among other things, Affymetrix has withheld relevant material, such as laboratory notebooks and licensing-related material, that has precluded Illumina from conducting full discovery in this case.

**<u>Key to Affymetrix's Responses to Illumina's Objections to Affymetrix's Trial Exhibits</u>**

Affymetrix reserves the right to add to or amend its responses to Illumina's objections to Affymetrix's trial exhibits depending on how the Court divides the issues for trial and on the outcome of any motions *in limine*.

| | |
|---|---|
| 401(a) | Exhibit is relevant and admissible under FRE 401 and 402 |
| 401(f) | Exhibit does not lack foundation |
| 403(prob) | Exhibit should not be excluded under FRE 403 because its probative value is not substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence |
| 801/803 | Exhibit is not hearsay or falls within a hearsay exception under FRE 801, 803, 804, 805 or 807 |
| 901 | Exhibit does not lack authenticity or identification pursuant to FRE 901 or 902 |
| 1006 | Exhibit is a proper summary under FRE 1006 |
| Prod | Illumina has the Exhibit because it has been produced or provided to Illumina, including as an exhibit to a brief or disclosed in an expert report |

44

EXHIBIT 10

**Exhibit 10**

**THE WITNESSES AFFYMETRIX INTENDS TO CALL IN PERSON**

Affymetrix presently intends to call the witnesses identified below to testify in person at trial, or by deposition if unavailable[1].  Affymetrix reserves the right to call any witness identified in Illumina's witness list.

<u>NAME</u>                                                    <u>ADDRESS</u>

<u>Fact Witnesses</u>

| | |
|---|---|
| Dr. Edwin Ching | 4248 Jefferson Avenue<br>Woodside, California 94062 |
| Mr. Alan Dance | Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 |
| Dr. William Dower | 2307 Branner Drive<br>Menlo Park, CA |
| Dr. Stephen Fodor | Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 |
| Ms. Jamie Kole | Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 |
| Dr. Robert Lipshutz | Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 |
| Mr. Philip McGarrigle | Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 |
| Mr. Vern Norviel | Wilson Sonsini Goodrich & Rosati, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304 |

---

[1]   Whether Affymetrix calls a witness, and whether that witness is live or by deposition, will depend in part on what issues are tried in any particular phase of the trial.

| | |
|---|---|
| Mr. Robert Ragusa | Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 |
| Mr. Carl Raimond | Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 |
| Dr. Richard Rava | Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 |
| Dr. Leighton Read | Alloy Ventures<br>400 Hamilton Avenue, 4th floor<br>Palo Alto, CA 94301 |
| Mr. Alan Sherr | Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 |
| Ms. Susan Siegel | Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 |
| Mr. Greg Yap | Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 |

Expert Witnesses

| | |
|---|---|
| Dr. Robin Felder | University of Virginia Health Sciences Center<br>Post Office Box 800403<br>Charlottesville, VA 22908 |
| Mr. George Gould | Gibbons, Del Deo, Dolan, Griffinger &<br>Vecchione, P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| Dr. Rudy Guerra | Department of Statistics Rice University<br>Houston, TX 77005 |

Dr. Hubert Koester                      Leinpfad 98,
                                        D-22299 Hamburg
                                        Germany

Dr. Matthew Lynde                       Cornerstone Research
                                        353 Sacramento Street, 19th Floor
                                        San Francisco, CA 94111

Dr. Kevin Struhl                        Department of Biological Chemistry and
                                        Molecular Pharmacology Harvard Medical
                                        School
                                        Boston, MA 02115

Dr. John Sutherland                     School of Chemistry
                                        The University of Manchester
                                        Oxford Road
                                        Manchester M13 9PL
                                        United Kingdom

### Specialties of the experts to be called as witnesses

Summaries of the specialties of the experts Affymetrix expects to call are set out below. Further details are set out in their expert reports and CVs exhibited thereto.

### Dr. Robin Felder

Dr. Felder is Professor of Pathology and Associate Director of Clinical Chemistry and Toxicology at the University of Virginia in Charlottesville, Virginia. He is also Director of the Medical Automation Research Center at the University of Virginia. He received a Bachelor of Science Degree from the College of William and Mary in Chemistry in 1977, and a Ph.D. in Biochemistry from Georgetown University in 1983. He performed a postdoctoral fellowship at the National Institutes of Health in 1983-1984. He is the author of approximately 145 scientific articles in peer-refereed journals and has published more than 35 scientific reviews and book chapters. He is a named inventor on 10 issued U.S. Patents and has been an invited lecturer at

3

more than 100 meetings, events, and conferences.  He is the founder and former President of the Association for Laboratory Automation, which is an international multi-disciplinary organization of scientists and business professionals devoted to the advancement of automation and technology education in today's laboratories.  He is, or was previously, a member of more than 40 committees, editorial boards and similar organizations.  He is a Fellow of the National Academy of Clinical Biochemistry and Chair of the American Association of Clinical Chemistry Annual Automation Conference scheduled for 2007.  He is also a member of the Scientific Advisory Boards of four companies.

Dr. Felder is expected to testify during the validity phase of the trial as to matters related to the validity of Affymetrix's United States Patent Nos. 5,545,531 and 6,399,365.

### Mr. George Gould

Mr. Gould is a patent attorney and the former Vice President of Licensing and Corporate Development and Chief Patent Counsel of Hoffmann-La Roche Inc.  He has over 40 years of experience in all facets of patent law and practice, including counseling corporations on patent law issues and procedures.

He received a Bachelor of Arts degree in Organic Chemistry in 1958 from the Johns Hopkins University, and undertook a graduate study program in Chemistry at New York University from 1958-1960.  He received his J.D. degree in 1963 from Columbia University School of Law and his LL.M. degree in 1973 from New York University School of Law.  He has been a patent attorney for over 40 years.  He has extensive experience with patents, including obtaining and relying upon opinion letters, evaluating the patentability of inventions, assessing the infringement, validity and enforceability of patents and supervising all aspects of patent

litigation and enforcement. He has also drafted and successfully prosecuted hundreds of patent applications before the United States Patent and Trademark Office. From 1962 to 1968, he served as a patent attorney at Esso Research & Engineering Co. (now Exxon Corporation). From 1968 to 1996, he was a patent attorney for Hoffmann-La Roche Inc. ("Roche"), the U.S. affiliate of a multinational family of companies, including the last seven years as Chief Patent Counsel. In 1996, he retired from Roche as Vice President of Licensing and Corporate Development and Chief Patent Counsel. Mr. Gould also serves on the Boards of several start-up and more moderate sized biotechnology companies. In 1996, he joined the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione and is presently Of Counsel. He has been a member of the American Intellectual Property Law Association and the New Jersey Intellectual Property Law Association or their predecessors since 1962. He has testified as an expert witness in a number of other cases involving the biotechnology industry and has also served as a mediator or neutral arbitrator on several arbitration panels.

Mr. Gould will testify during the willfulness phase of the trial as to the duty of due care to avoid infringement of the known patent rights of others that a reasonable company owes, and in particular the objective standard of care that this duty requires for a corporation such as Illumina, Inc. starting out in the DNA microarray industry.

Dr. Rudy Guerra

Dr. Guerra is a professor in and former Chair of the Department of Statistics at Rice University. He has been on the faculty of Rice University since 2000. He is also on the Executive Committee of and served as the Rice Training Director for the Keck Center for Computational and Structural Biology. He is the Master of Jones Residential College. He holds

a bachelor's degree in Applied Mathematics from University of Texas.  He received an M.A. in

Mathematics and a Ph.D. (1992) in Statistics from University of California, Berkeley.  Over the

course of his career, his research has focused primarily on the application of statistical methods

to biological and biomedical data, with an emphasis on genetics. Over the past two years he has

focused on bioinformatics including data derived from DNA microarrays.  He has been

recognized for his contributions to the field of statistical genetics and bioinformatics.  From 2001

through 2004, he was invited to serve on a grant study section (BMRD) for the National

Institutes of Health in the area of statistical genetics and bioinformatics.  He has published over

40 peer-reviewed scientific papers and is currently editing a book in the field of bioinformatics,

to be published by Chapman Hall in 2007, entitled Meta-Analysis and Combining Data in

Genetics.  He is also authoring a textbook in statistical genetics for Chapman Hall in 2007,

entitled A Primer of Statistical Genetics.  He has reviewed papers for over a dozen journals in the

area of bioinformatics.  He is presently an Associate Editor of the Journal of the American

Statistical Association.  He is also a member of the American Statistical Association, the

American Society of Human Genetics and the Society of Genetic Epidemiology.  He is the

director of the Gulf Coast Consortium for Bioinformatics, which coordinates the collaborative

research in bioinformatics and computational biology across six universities and medical schools

in the Houston-Galveston area.

     Dr. Guerra will testify during the infringement phase of the trial as to whether Illumina,

Inc.'s products, services, and methods of making and using such products infringe the asserted

claims of Affymetrix's United States Patent No. 5,795,716 (the '716 patent), as well as other

matters related to this patent, including validity, as may arise.

<u>Dr. Hubert Koester</u>

Dr. Koester is an expert in organic chemistry and biochemistry, including in particular DNA and peptide synthesis. He is the Managing Director of caprotec GmbH in Berlin, Germany, which succeeded HK Pharmaceuticals, Inc., in San Diego, CA, a company which he founded, providing a novel protein analysis technology suitable for the analysis of complex protein mixtures. He obtained his Vordiplom (equivalent to a Bachelors degree) in Chemistry in 1963 and his Diplomchemiker (equivalent to a Masters degree) in Chemistry in 1966, both from the University of Hamburg, in Hamburg, Germany. In 1968, he obtained his Doctorate from the Technical University in Braunschweig, Germany. In 1969, he became an Assistant Professor at the University of Hamburg in 1969, and in 1982 became a tenured Professor for Organic Chemistry and Biochemistry. He has founded or co-founded a total of four biotech companies, primarily around his own inventions. In 1994, he founded Sequenom (San Diego, California and Hamburg, Germany) which developed his inventions around DNA analysis using mass spectrometry. He is very familiar with the fields of biochemistry, genomics, and proteomics, fields which involve the study of gene and protein expression. He is also familiar with the application of sophisticated automated instrumentation for the synthesis and analysis of nucleic acids and proteins, and is also familiar with DNA microarray technology. He is familiar with photochemistry, photolithographic concepts and the synthesis of peptides and nucleic acids. He is the author of over 120 scientific publications and a named inventor on more than 60 issued patents. He has been on the Editorial Boards of Biomolecular Engineering and the Journal of Biochemical & Biophysical Methods.

Dr. Koester is expected to testify during the validity phase of the trial as to matters related to the validity of Affymetrix's United States Patent Nos. 6,355,432 and 6,646,243.

<u>Dr. Matthew Lynde</u>

Dr. Lynde is an economist and a Vice President of Cornerstone Research, an economic and financial consulting firm.  He specializes in applied economic, financial, and statistical analysis of complex business matters, especially for intellectual property issues, including the calculation of damages.  He has over 20 years of experience as a practicing applied economist for the government, academia, and business.

He earned both a B.A. and a Ph.D. in economics from the University of California at Berkeley.  For more than 10 years, he has been involved in damages and liability questions in complex commercial litigation, as well as advising clients on patent and copyright licensing issues.  He has testified as an expert witness in arbitration, deposition, and in both state and federal courts on patent, copyright, trademark and trade secret damages, contract breach damages, securities fraud damages, and ERISA related damages.  He is a member of the American Economics Association, the National Association of Business Economists, the American Statistical Association, and the Licensing Executives Society.

Dr. Lynde will testify during the damages phase of the trial as to the damages that Affymetrix has sustained as a result of Illumina's infringement of the five patents-in-suit, including as to Affymetrix's entitlement to and quantification of lost profit damages, as well as damages in the form of a reasonable royalty on sales of Illumina's infringing products and services for which Affymetrix would not be found eligible by the court to receive lost profits. He will also testify in rebuttal to testimony on these matters by Illumina's experts and as to prejudgment interest.  Dr. Lynde will also testify in rebuttal to Illumina's experts concerning alleged damages relating to Illumina's counterclaims.

8

Dr. Kevin Struhl

Dr. Struhl is the David Wesley Gaiser Professor of Biological Chemistry in the Department of Biological Chemistry and Molecular Pharmacology at Harvard Medical School. He has been on the faculty of the Harvard Medical School since 1982.

He holds a bachelor's and master's degree in biology from the Massachusetts Institute of Technology. He received a Ph.D. (1979) in biochemistry from Stanford University. He has been involved in biotechnology and genetics research for over 30 years. His research has focused on the structure, function, and control of genes. As such, he is familiar with and has used a number of molecular biology techniques, including nucleic acid hybridization and nucleic acid microarrays. He has received several awards for his scientific work, including the Eli Lilly Award in Microbiology and the MERIT award from the National Institutes of Health. He is also a Fellow in the American Academy of Microbiology and the American Academy of Arts and Sciences. He has published over 200 scientific papers and has been on the editorial boards of numerous journals. He is also familiar with the use of Affymetrix's GeneChip® microarrays and has used them in his own research. He testified as an expert witness for Affymetrix at the trial of Oxford Gene Technology Ltd. v. Affymetrix, Inc., 99-348-JJF (D. Del.) and at a deposition in Affymetrix, Inc. v. Multilyte Ltd., 03-3779 (N.D. Cal.).

Dr. Struhl will testify during the infringement phase of the trial as to whether Illumina, Inc.'s products, services, and methods of making and using such products infringe the asserted claims of Affymetrix's United States Patent Nos. 5,545,531, 6,355,432, 6,399,365 and 6,646,243.

<u>Dr. John Sutherland</u>

Dr. Sutherland is Professor of Biological Chemistry at the School of Chemistry at the University of Manchester. He has an undergraduate degree in chemistry and a D.Phil. in biological organic chemistry, both from the University of Oxford. Upon completion of his D.Phil. in 1988, he became a research fellow and then, in 1990, University Lecturer in Organic Chemistry at the University of Oxford. In 1998, he moved to his current position at the University of Manchester. He has been directly involved with peptide chemistry, and nucleic acid synthesis research since 1988. His knowledge of photochemistry dates back to the early 1980's and since then he has maintained an active interest in the area and has used photochemistry in his research. At the University of Manchester, he runs a group that carries out research in organic and biological chemistry, and he also teaches in these general areas. In the course of his career he has conducted research and published papers, *inter alia*, on solid-phase combinatorial synthesis, the synthesis of peptides, nucleic acid chemistry, and array screening. He is a named inventor on several patents and patent applications including ones concerned with arrays and screening.

Dr. Sutherland is expected to testify during the validity phase of the trial as to matters related to the validity, including in particular the enablement, of Affymetrix's United States Patent Nos. 6,355,432 and 6,646,243.

10

# EXHIBIT 11

**EXHIBIT 11**

**ILLUMINA'S IDENTIFICATION OF WITNESSES
THAT MAY BE CALLED IN PERSON AT TRIAL**

Pursuant to Rule 16.4(7) of the Local Rules for the District of Delaware, Illumina identifies the following persons that may be called as witnesses to testify in person at the trial of this matter. Determinations as to which witnesses will be called, and whether they will be called live or by deposition, will be made in accordance with guidelines agreed to by the parties and/or implemented by the Court. It should be further noted that although Illumina does not presently intend to call any witnesses beyond those listed below, Illumina reserves its right to call rebuttal witnesses as appropriate.

Illumina may call the following witnesses live at the trial:

1. David Barker, 12818 Via Grimaldi Drive, Del Mar, CA 92014
2. Kenneth Beattie, 1326 Open Range Road, Crossville, TN 38555
3. Mark Chee, 325 Arroyo Drive, Encinitas, CA 92024
4. Peter Coassin, 9645 Scranton Road, Ste. 140, San Diego, CA 92121
5. Radomir Crkvenjakov, 762 Haverhill Drive, Sunnyvale, CA 94087
6. Todd Dickinson, 7890 Via Belfiore, Unit #5, San Diego, CA 92129
7. John Elder, University of Oxford, South Parks Road, Oxford, OXI30, England
8. Jay Flatley, 6725 Calle Pontebella, Rancho Sante Fe, CA 92091
9. Francisco Garcia, 11228 Vereda Mar Del Corazon, San Diego, CA 92130
10. Kevin Gunderson, 1543 Juniper Drive, Encinitas, CA 92024
11. Bob Kain, 6520 Mesa Norte Drive, San Diego, CA 92130
12. Tristan Orpin, 5174 Greenwillow Lane, San Diego, CA 92130
13. Michael Pirrung, 2511 Manchester Avenue, Cardiff By The Sea, CA 92007
14. Sir Edwin Southern,12 School Road, Kidlington, Oxford OX5 2HB, England
15. Marvin Stodolsky, 13015 Country Ridge Dr., Germantown, MD 20874
16. John Stuelpnagel, 38 Briggs Avenue, Encinitas, CA 92024
17. David Walt, 233 Marlborough Street, Boston, MA 02116

The following expert witnesses may also be called live at the trial:

18. John Quackenbush, 12 Walpole Street, Dover, MA 02030

Dr. Quackenbush is a Professor of Computational Biology and Bioinformatics at the Harvard School of Public Health in Boston, Massachusetts, and a Professor of Biostatistics and Computational Biology, and a Professor of Cancer Biology, at

the Dana-Farber Cancer Institute, also in Boston, Massachusetts. Dr. Quackenbush is expected to provide testimony regarding the technology of the patents-in-suit and the accused products, as well as the state of the art at the time of the alleged inventions, and regarding issues relating to Affymetrix's '716 patent, including the non-infringement, invalidity, and unenforceability of this patent, including the opinions and bases for the opinions set forth in his expert reports and deposition testimony. Finally, Dr. Quackenbush is expected to provide testimony in rebuttal to evidence introduced by Affymetrix on the above issues, including if introduced the testimony and the opinions of Affymetrix expert Dr. Rudy Guerra.

19.    Aldons J. Lusis, 5321 Amigo Ave., Tarzana, CA 91356

Dr. Lusis is a Professor of Microbiology, Immunology, and Molecular Genetics in the College of Letters and Sciences, and a Professor of Medicine and Human Genetics in the David Geffen School of Medicine, at the University of California, Los Angeles. Dr. Lusis is expected to provide testimony regarding the technology of the patents-in-suit and the accused products, regarding issues relating to the non-infringement of Affymetrix's '432, '243, '531, and '365 patents, and regarding the opinions and bases for the opinions set forth in his expert reports and deposition testimony. Finally, Dr. Lusis is expected to provide testimony in rebuttal to evidence introduced by Affymetrix on the above issues, including if introduced the testimony and the opinions of Affymetrix experts Dr. Kevin Struhl, Dr. Hubert Köster, and Dr. Robin Felder.

20.    Larry Kricka, 654 Dorset Road, Devon, PA 19333

Dr. Kricka is a Professor in the Department of Pathology and Laboratory Medicine at the University of Pennsylvania and Director of the General Chemistry Laboratory at the Hospital of the University of Pennsylvania. Dr. Kricka is expected to provide testimony regarding the technology of the patents-in-suit and the accused products, as well as the state of the art at the time of the alleged inventions, regarding issues relating to the invalidity and unenforceability of Affymetrix's '432, '243, '531, and '365 patents, including the proper priority and invention dates for these patents, and regarding the opinions and bases for the opinions set forth in his expert reports and deposition testimony. Finally, Dr. Kricka is expected to provide testimony in rebuttal to evidence introduced by Affymetrix on the above issues, including if introduced the testimony and the opinions of Affymetrix experts Dr. Hubert Köster, Dr. Robin Felder and Dr. John Sutherland.

21.    Jeffrey Winkler , 410 Charles Lane, Wynnewood, PA 19096

Dr. Winkler is a Professor in the Department of Chemistry at the University of Pennsylvania. Dr. Winkler is expected to provide testimony regarding biological

polymer synthesis, including conventional chemistry, photochemistry and photolithographic synthesis methods, as well as the state of the art at the time of the alleged inventions, regarding issues relating to the non-enablement and lack of written description for the '432 and '243 patents, including the proper priority and invention dates for these patents, and regarding the opinions and bases for the opinions set forth in his expert reports and deposition testimony. Finally, Dr. Winkler is expected to provide testimony in rebuttal to evidence introduced by Affymetrix on the above issues, including if introduced the testimony and opinions of Affymetrix expert Dr. John Sutherland.

22.    Russell Adams, 3008 Mosby Street, Alexandria, VA 22305.

Mr. Adams is a former supervisory primary examiner with the United States Patent and Trademark Office, having worked for the USPTO for 33 years. Mr. Adams is also one of the world's leading experts on bar code usage, having been Editor-in-Chief of Bar Code News / ID Systems and Technical Editor of Automatic ID News, the two principal publications for the bar code industry. Mr. Adams is expected to testify with respect to the USPTO rules and procedures, the duties of patent applicants to comply with these rules and procedures, and the failure of the applicants for the patents-in-suit to comply with these rules and procedures. Mr. Adams is also expected to testify on the invalidity and unenforceability of the '365 patent, specifically as it relates to usage of bar codes, and regarding the opinions and bases for the opinions set forth in his expert reports and deposition testimony. Finally, Mr. Adams is expected to provide testimony in rebuttal to evidence introduced by Affymetrix on the above issues, including if introduced the testimony and the opinions of Affymetrix expert Dr. Robin Felder.

23.    Raymond Sims, CRA International, 101 N. Wacker Drive, Suite 1600, Chicago, IL 60606

Mr. Sims is a Vice-President of CRA and a Co-Leader of its Intellectual Property practice. Mr. Sims has broad experience in consulting a wide variety of business and industrial clients and government agencies on matters involving financial and statistical analysis and modeling for the purpose of projecting and interpreting data and evaluating the economic impact of business decisions, transactions, and economic events. Mr. Sims has served as an expert in various litigation matters, including matters involving allegations of patent infringement. Mr. Sims is expected to testify with respect to the type and amount of damages (if any) that should be awarded for any finding of patent infringement in this case, and regarding the opinions and bases for the opinions set forth in his expert reports and deposition testimony. Mr. Sims is also expected to provide testimony in rebuttal to evidence introduced by Affymetrix on the above issues, including if introduced the testimony and the opinions of Affymetrix expert Dr. Matthew Lynde.

24.    Roy Weinstein, Micronomics LLC, 777 South Figueroa Street, 46th Floor, Los Angeles, CA 90017

Mr. Weinstein is an economist and is President of Micronomics, Inc., an economic research and consulting firm located in Los Angeles, California. Mr. Weinstein has more than 35 years of experience in the areas of antitrust economics, industrial organizations, and the calculation of economic damages, and has been retained by governmental agencies and private clients to analyze markets and behavior in participants in those markets. Mr. Weinstein is expected to provide testimony with respect to Illumina's allegations of unfair competition and tortious interference with contractual and prospective business relations, and regarding the opinions and bases for the opinions set forth in his expert reports and deposition testimony. Mr. Weinstein is also expected to provide testimony in rebuttal to evidence introduced by Affymetrix on the above issues, including if introduced the testimony and the opinions of Affymetrix expert Dr. Matthew Lynde.

Though Illumina does not presently intend to call others of its employees live at trial, that does not necessarily mean that they are unavailable for trial. Illumina will inform Affymetrix of those Illumina employees that are available to be called live at trial at a mutually-agreeable time prior to trial. Likewise, Illumina may call witnesses from Affymetrix that are available to be called live at trial.

EXHIBIT 12

**Exhibit 12**

**THE WITNESSES AFFYMETRIX MAY CALL BY DEPOSITION**

Affymetrix may call the witnesses listed below to testify by deposition at trial[1].

Affymetrix reserves the right to call any witness to testify by deposition identified in Illumina's witness lists.

| **NAME** | **ADDRESS**[2] |
|---|---|
| Dr. David Barker | 12818 Via Grimaldi<br>Del Mar, CA |
| Dr. Jian-Bing Fan | Illumina, Inc.<br>9885 Towne Centre Drive<br>San Diego, CA 92121-1975 |
| Mr. Lawrence Bock | CW Group<br>2683 Via De La Valle Suite G<br>Del Mar, CA 92014 |
| Ms. Constance Brick | Illumina, Inc.<br>9885 Towne Centre Drive<br>San Diego, CA 92121-1975 |
| Dr. Mark Chee | 325 Arroyo Drive<br>Encinitas, CA |
| Dr. Edwin Ching | 4248 Jefferson Avenue<br>Woodside, California 94062 |
| Dr. Anthony Czarnik, Jr. | University of Nevada<br>Department of Chemistry<br>1664 North Virginia Street<br>Reno, NV 89503 |

---

[1]   Whether Affymetrix calls a witness, and whether that witness is live or by deposition, will depend in part on what issues are tried in any particular phase of the trial.

[2]   The current addresses of current or former Illumina employees are better known to Illumina than Affymetrix.

| | |
|---|---|
| Dr. Todd Dickinson | Illumina, Inc.<br>9885 Towne Centre Drive<br>San Diego, CA 92121-1975 |
| Ms. Noemi Espinosa | 365 Cuesta Drive<br>Los Altos, CA |
| Mr. Jay Flatley | Illumina, Inc.<br>9885 Towne Centre Drive<br>San Diego, CA 92121-1975 |
| Dr. Francisco Garcia | Illumina, Inc.<br>9885 Towne Centre Drive<br>San Diego, CA 92121-1975 |
| Dr. Kevin Gunderson | Illumina, Inc.<br>9885 Towne Centre Drive<br>San Diego, CA 92121-1975 |
| Dr. Christian Henry | Illumina, Inc.<br>9885 Towne Centre Drive<br>San Diego, CA 92121-1975 |
| Mr. Robert Kain | Illumina, Inc.<br>9885 Towne Centre Drive<br>San Diego, CA 92121-1975 |
| Dr. Bahram Kermani | Illumina, Inc.<br>9885 Towne Centre Drive<br>San Diego, CA 92121-1975 |
| Mr. Timothy Kish | 388 Horse Pond Road<br>Madison, CT 06443 |
| Dr. Bethany Mancilla | 5411 Lambeth Road<br>Bethesda, MD |
| Dr. Timothy McDaniel | Illumina, Inc.<br>9885 Towne Centre Drive<br>San Diego, CA 92121-1975 |
| Dr. Lawrence Mertz | 18533 Azalea Drive<br>Derwood, MD |

Dr. Arnold Oliphant                          15518 Markar Road
                                             Poway, CA 92064

Mr. Tristan Orpin                            Illumina, Inc.
                                             9885 Towne Centre Drive
                                             San Diego, CA 92121-1975

Dr. Ann Pease                                758 Haverhill Drive
                                             Sunnyvale, CA

Mr. Robert Ragusa                            Affymetrix, Inc.
                                             3420 Central Expressway
                                             Santa Clara, CA 95051

Ms. Susan Siegel                             Affymetrix, Inc.
                                             3420 Central Expressway
                                             Santa Clara, CA 95051

Ms. Penny Tom                                Illumina, Inc.
                                             9885 Towne Centre Drive
                                             San Diego, CA 92121-1975

Dr. John Stuelpnagel                         Illumina, Inc.
                                             9885 Towne Centre Drive
                                             San Diego, CA 92121-1975

Mr. Jorge Velarde                            Illumina, Inc.
                                             9885 Towne Centre Drive
                                             San Diego, CA 92121-1975

EXHIBIT 13

**EXHIBIT 13**

**ILLUMINA'S IDENTIFICATION OF WITNESSES
THAT MAY BE CALLED BY DEPOSITION**

Pursuant to Rule 16.4(7) of the Local Rules for the District of Delaware, Illumina identifies the following persons that may be called as witnesses to testify by deposition at the trial of this matter. Determinations as to which witnesses will be called, and whether they will be called live or by deposition, will be made in accordance with guidelines agreed to by the parties and/or implemented by the Court. It should be further noted that although Illumina does not presently intend to call any witnesses beyond those listed below, Illumina reserves its right to call rebuttal witnesses as appropriate.

Illumina may call any of the following witnesses by deposition at the trial:

1. Affymetrix (30(b)(6) testimony)
2. Kenneth Beattie, 1326 Open Range Rd., Crossville, TN 38555
3. Derek Bernhart, 201 Elliot Way West, Seattle, WA 98119
4. Donald Besemer, 11417 Red Dog Road, Nevada City, CA
5. Edwin Ching, 4248 Jefferson Ave., Woodside, CA 94062
6. Radomir Crkvenjakov, 752 Haverhill Drive, Sunnyvale, CA 94087
7. Alan Dance, 4965 Jerries Drive, Saratoga, CA
8. William Dower, 2307 Branner Dr., Menlo Park, CA
9. Radoje Drmanac, 27635 Red Rock Rd., Los Altos, CA 94022
10. Stephen Fodor, 1120 Parkinson Ave., Palo Alto, CA
11. Robert Foote, 105 Elliot Circle, Oak Ridge, Tennessee
12. Virginia Goss Tusher, 10 Peninsula Rd., Belvedere, CA 94920
13. Luis Jevons, 701 Ramona Ave., Sunnyvale, CA
14. Fred Kramer, 561 West 231st Street, Riverdale, NY 10463
15. Tracy Lane, 12574 Darkwood Rd., San Diego, CA
16. Robert Lipshutz, 970 Palo Alto Ave., Palo Alto, CA 94301
17. Bethany Mancilla, 5411 Lambeth Rd., Bethesda, Maryland
18. Richard Mathies, 93 Danefield Place, Moraga, CA 94556
19. Phil McGarrigle, 714 Torrey Court, Palo Alto, CA
20. Lawrence Mertz, 18533 Azalea Drive, Derwood, MD
21. Vernon Norviel, 1155 El Abra Way, San Jose, CA
22. Ann Pease, 758 Haverhill Drive, Sunnyvale, CA
23. Michael Pirrung, 2511 Manchester Avenue, Cardiff By The Sea, CA 92007
24. Carl Raimond, 30 Great Oak Lane, Pittsford, NY 14534
25. Richard Rava, 1 Quetzal Court, Redwood City, CA

26. J. Leighton Read, 375 Coleridge Avenue, Palo Alto, CA 94301
27. Richard Sachleben, 4 Humiston Circle, Westford, MA
28. Alan Sherr, 12344 First Fork Road, Los Gatos, CA
29. Susan Siegel, 580 Patrol Road, Woodside, CA
30. William Smith, 95 Howard Way, Atherton, CA 94027
31.  Dennis Solas, 22 Sequoia Way, San Francisco, CA  94127
32. Marvin Stodolsky, 13015 Country Ridge Drive, Germantown, MD
33. Lubert Stryer, 843 Sonoma Terrace, Stanford, CA
34. Mark Trulson, 1240 Martin Avenue, San Jose, CA
35. Chunwei Wang, 72 Middle Street, Lexington, MA  02421
36. James Winkler, 10696 Brookhollow Court, San Diego, CA  92126
37. Gregory Yap, 461 Second Street, San Francisco, CA

EXHIBIT 14

**Exhibit 14**

**A BRIEF STATEMENT OF WHAT AFFYMETRIX INTENDS TO PROVIDE IN SUPPORT OF ITS CLAIMS, IN ADDITION TO THE FACTS NOT IN DISPUTE, <u>INCLUDING THE DAMAGES CLAIMED, AND OTHER RELIEF SOUGHT</u>**

Affymetrix intends to provide in support of its claims, in addition to the facts not in dispute, including the damages claimed, and other relief sought, as follows:

Affymetrix intends to prove that Illumina infringes the '432 patent by making, selling, and using BeadArray nucleic acid arrays that embody all disputed limitations in claims [asserted claims] of the '432 patent, literally or under the doctrine of equivalents.

Affymetrix intends to prove that Illumina infringes the '243 patent by decoding its BeadArray nucleic acid arrays in a manner that performs all disputed limitations in claim [asserted claims] of the '243 patent, literally or under the doctrine of equivalents.

Affymetrix intends to prove that Illumina infringes the '243 patent by using a decoding apparatus during the manufacture of its BeadArray nucleic acid arrays that embodies all disputed limitation in claim [asserted claims] of the '243 patent, literally or under the doctrine of equivalents.

Affymetrix intends to prove that Illumina infringes the '243 patent by making, selling, and using BeadArray nucleic acid arrays, together with the associated scanners, that embody all disputed limitations in claims [asserted claims] of the '243 patent, literally or under the doctrine of equivalents.

Affymetrix intends to prove that Illumina infringes the '243 patent directly and indirectly (contributory/inducement) by using (and instructing its customers to use) BeadArray nucleic acid arrays, together with the associated scanners, in a manner that

performs all disputed limitations in claims [asserted claims] of the '243 patent, literally or under the doctrine of equivalents.

Affymetrix intends to prove that Illumina infringes the '531 patent directly and indirectly (contributory/inducement) by making and instructing its customers to make BeadArray nucleic acid arrays in a manner that performs all disputed limitations in claims [asserted claims] of the '531 patent, literally or under the doctrine of equivalents.

Affymetrix intends to prove that Illumina infringes the '365 patent by making, selling, and using BeadArray nucleic acid arrays that embody all disputed limitations in claims [asserted claims] of the '365 patent, literally or under the doctrine of equivalents.

Affymetrix intends to prove that Illumina infringes the '365 patent directly and indirectly (contributory/inducement) by using (and instructing its customers to use) the BeadArray nucleic acid arrays and associated scanners in a manner that performs all disputed limitations in claims [asserted claims] of the '365 patent, literally or under the doctrine of equivalents.

Affymetrix intends to prove that Illumina infringes the '716 patent by making, selling, and using GenCall software and related products and systems that embody all disputed limitations in claims [asserted claims] of the '716, literally or under the doctrine of equivalents.

Affymetrix intends to prove that Illumina willfully infringes each of the patents-in-suit, did not have a reasonable belief that it did not infringe the patents-in-suit or that the patents-in-suit were invalid, and failed to exercise due care to determine whether it was infringing.

Affymetrix intends to prove the amount of actual damages it has suffered from Illumina's infringement of the patents-in-suit, including lost profits damages and reasonable royalties in the amounts set forth in the expert report of Dr. Matthew Lynde, PhD.  (Note that, to the extent that it is able based on Illumina's production of actual 2006 financial data, Affymetrix will provide updated damages figures for 2006 and provide proof regarding damages it has suffered due to price erosion.)  Affymetrix will also prove its entitlement to enhanced damages, attorneys fees, and costs under 35 U.S.C. §§ 284 and 285 based on Illumina's willful infringement and other factors entitling Affymetrix to enhanced damages, and entitlement to prejudgment interest under § 284.

Affymetrix intends to prove entitlement to a permanent injunction prohibiting Illumina from infringing the patents-in-suit.

Affymetrix intends to rebut the proof offered by Illumina in its cases-in-chief.

Affymetrix intends to prove, to the extent necessary, that the alleged wrongful acts with respect to Illumina's counterclaims were covered by the privilege of competition and/or the privilege of free competition.

Affymetrix intends to prove an invention date of the '432 patent prior to December 6, 1990.

Affymetrix intends to prove an invention date of the '716 patent prior to October 21, 1994.

Affymetrix intends to prove an invention date of the '531 patent prior to June 7, 1995.

EXHIBIT 15

**EXHIBIT 15**

**ILLUMINA'S BRIEF STATEMENT OF WHAT IT INTENDS TO PROVE AT TRIAL**

Illumina intends to prove that Affymetrix has engaged in unfair competition and tortious interference with contracts and prospective business relations. Illumina will show that Affymetrix has engaged in unfair, unlawful and/or fraudulent business practices that have resulted in harm to competition and to Illumina, which entitles Illumina to appropriate restitution and injunctive relief. Illumina also intends to prove that Affymetrix has engaged in intentional behavior, including wrongful conduct, that disrupted certain of Illumina's prospective or existing business relations, resulting in harm to Illumina. Illumina intends to prove the amount of damages it has suffered as a consequence of Affymetrix's wrongful conduct. Damages relating to this wrongful conduct are discussed and/or calculated in the expert report of Mr. Roy Weinstein. Further, Illumina intends to prove that Affymetrix interfered with Illumina's prospective and existing business relations with malice, oppression, or fraud such that Illumina is entitled to an award of punitive damages.

Illumina intends to prove that it is not liable for infringement of the patents-in-suit and, instead, that the patents are not infringed, are invalid and unenforceable, that Affymetrix has engaged in patent misuse by, *inter alia*, asserting its patent claims in this case, and that Affymetrix is estopped to assert them by equitable estoppel, prosecution laches, and unclean hands. Affymetrix is attempting to assert a large number of claims from five patents in this case.[1] Illumina intends to rebut Affymetrix's effort to prove infringement and, instead, will establish noninfringement of whichever of these claims Affymetrix is ultimately permitted to assert at trial. Illumina intends to defeat Affymetrix's allegations that Illumina has directly

---

[1]    As discussed in other sections of this Proposed Pretrial Order, Affymetrix attempted to add after the close of fact discovery in this case an additional 9 claims of the patents-in-suit. Illumina has objected to this and has asked the Court to preclude this untimely assertion of new claims. Illumina's position is that Affymetrix should be limited to presenting evidence of infringement to five claims total selected from the claims that were asserted before fact discovery closed.

infringed the patents-in-suit and that it has induced and/or contributed to the infringement of the patents-in-suit in the United States.  Illumina intends to defeat Affymetrix's allegations whether Affymetrix is limited to allegations of literal infringement or allowed to assert infringement under the doctrine of equivalents.

Illumina intends not only to defeat Affymetrix's allegations of infringement, but also to prove that the claims of the patents-in-suit are invalid.  Faced with invalidating prior art, Affymetrix's infringement and validity experts have taken inconsistent positions in an attempt to assert infringement while avoiding this prior art.  Affymetrix's patent claims are invalid on a number of bases.  Illumina intends to prove that all of the claims are anticipated and/or obvious over the prior art, including prior publications (including patents and patent applications, articles, meeting abstracts and poster presentations), public use and public knowledge.  Among other grounds for invalidity, Illumina intends to prove that Affymetrix derived many of the claims of the patents-in-suit from others; *e.g.*, Affymetrix's alleged inventors did not themselves invent the claims of, *inter alia*, the '432 patent but instead derived them from the work by Drs. Crkvenjakov and Drmanac ("Drs. C and D"), which at least one of its inventors, Dr. Stephen Fodor, learned of at a conference.  It was not until after Dr. Fodor's return from this conference that Affymetrix began preparation of a patent application to claim Drs. C and D's work as its own invention.  Illumina also intends to prove that the claims of the patents-in-suit are invalid for failure to comply with the requirements of section 112 of the Patent Act.  Illumina will show that the patents-in-suit meet neither the requirement that the patent shall contain a written description of the invention that conveys to one of ordinary skill in the art that the inventor was in possession of the invention at the time of filing the application, nor the requirement that the patent enables those of ordinary skill in the art to make and use the full scope of the claimed invention without undue experimentation.  Further, Illumina intends to prove that the patents-in-suit do not meet the

2

requirement that the claims particularly point out and claim the subject matter that the applicant for each patent regarded as the claimed invention.

Illumina intends to prove that Affymetrix, through its counsel, inventors and/or other relevant personnel, committed inequitable conduct in the prosecution of the patents-in-suit. Illumina intends to prove that Affymetrix and such persons were aware of and withheld material information from the United States Patent and Trademark Office ("USPTO") during prosecution with the intent to mislead the USPTO. Illumina thus intends to prove that each of the patents-in-suit is unenforceable. Illumina will prove a pattern of misconduct by Affymetrix, certain of its inventors and its counsel, with these persons having clear knowledge of the most relevant prior art but concealing it from the USPTO with intent to mislead the USPTO. Illumina will prove that Affymetrix has engaged in patent misuse by enforcing and attempting to enforce the patents-in-suit while knowing that one or all of the patents-in-suit were unenforceable and/or invalid, and that such conduct, as well as the misconduct before the USPTO, renders the patents unenforceable.

Illumina intends to prove that each of the patents-in-suit are also unenforceable against Illumina under the doctrines of laches and equitable estoppel. Illumina intends to prove that Affymetrix unreasonably and inexcusably delayed in filing suit against Illumina, and that Illumina relied on such delay, such that Illumina will be materially prejudiced if Affymetrix is permitted to enforce its patents against Illumina. Further, Illumina will show that one or more of the patents-in-suit are unenforceable because one or more issued after an unreasonable and unexplained delay in prosecution before the USPTO.

Illumina intends to rebut and to defeat any claim by Affymetrix that any infringement of a valid and enforceable claim of any of the patents-in-suit was willful. Illumina's technology was not in any way copied from the patents-in-suit, and it presents a fundamentally new way of studying samples of nucleic acids. Illumina will rebut any

3

evidence introduced by Affymetrix and show that it took appropriate measures and met its duty of care under the totality of the circumstances.

Illumina intends to rebut any claim by Affymetrix that it complied, and to prove instead that Affymetrix did not comply, with the notice requirement of 35 U.S.C. § 287. In the event that Illumina is found to infringe a valid and enforceable claim of the patents-in-suit (which it does not), Illumina also intends to rebut Affymetrix's claim for patent damages and to introduce evidence that the proper measure of patent damages is in the form of a reasonable royalty and in the amount described in the expert report of Raymond Sims. Illumina also intends to rebut any claim for attorneys fees and enhanced damages, and to rebut any claim of entitlement to a permanent injunction.

Illumina intends to prove that this is an exceptional case and that Illumina is entitled to its attorneys' fees in being forced to defend it.

EXHIBIT 16

**Exhibit 16**

**A LIST OF MISCELLANEOUS ISSUES THAT AFFYMETRIX
WISHES TO ADDRESS AT THE PRE-TRIAL CONFERENCE**

1.    <u>The bifurcation, separation, and order of issues for trial</u>.

      a.    Affymetrix proposes that the first phase of trial include infringement, damages, and willfulness.  Affymetrix proposes that the second phase include validity.  Illumina has requested that the trial of validity issues take place in the summer.  Subject to availability of Affymetrix's experts, witnesses, and counsel, Affymetrix does not object to Illumina's proposal.

      b.    Illumina proposes a trial of infringement and Illumina's state law unfair competition claims.  Affymetrix opposes this for several reasons including (1) the significant overlap with the issues involved in Illumina's federal antitrust claims, on which discovery has been stayed; (2) the need to call numerous witnesses on these issues from both companies (and third parties) who do not overlap with the infringement witnesses; and (3) the need for lengthy additional instructions and verdict forms and the significant potential for jury confusion.  Affymetrix proposes that, to the extent necessary after the first two phases, that discovery be reopened on Illumina's counterclaims including the issue of market power which defines both the state and federal claims, and that after discovery, Illumina's state law claims and antitrust claims would be tried in a third phase.

      c.    Affymetrix has a pending Motion For Summary Judgment or to stay or to bifurcate Illumina's state law counterclaims.  *See* D.I. 277 and related filings.

2.    <u>The trial schedule, including the time allotted for each side</u>.  Affymetrix proposes that trial of the infringement, willfulness and damages for the five patents will take approximately 8 trial days.

3.    <u>The schedule and timing of the trial of equitable issues to the Court.</u>

a.    Assignor estoppel.  Affymetrix has a pending Motion For Summary Judgment regarding Illumina's counterclaims of invalidity as to the '716 patent.  *See* D.I. 272 and related filings.   Affymetrix believes that the factual record is sufficiently developed in that pending motion for the Court to decide this equitable issue.  If the Court does not grant this motion, this is an equitable issue for the Court to decide.  Affymetrix proposes that any trial related to the issue of assignor estoppel be conducted in connection with the second phase of trial given the overlap between the validity issues and this equitable issue.

b.    Allegations of inequitable conduct.  Affymetrix proposes that any trial on the issue of inequitable conduct be conducted in connection with the second phase of trial given the overlap between the validity issues and these equitable issues.

c.    Illumina's counterclaims pursuant to section 17200 of California state law. Illumina has alleged counterclaims upon which only equitable relief is available.  Affymetrix proposes that trial of these issues be conducted in connection with the third phase of trial given the overlap with other counterclaim issues.

4.    <u>Affymetrix's asserted claims.</u>  There are five patents at issue in this litigation, each of which has multiple claims.  Affymetrix has already substantially narrowed its asserted claims to get to the 22 it currently asserts.  Affymetrix contends that infringement of the 22 asserted claims can be efficiently presented to the jury, and that Illumina's proposal to limit Affymetrix to five claims (no more than one claim per patent) is overly restrictive and unwarranted.

5.    <u>Illumina's failure to narrow issues for trial.</u>

a.    Illumina designated approximately 4200 pages of deposition testimony. Affymetrix requests that Illumina provide Affymetrix with reasonable designations so that Affymetrix can prepare for trial.

b.    Illumina designated approximately 2100 exhibits. Affymetrix requests that that Illumina provide a revised list with the exhibits it actually may use at trial.

c.    Illumina has also listed approximately 50 "physical exhibits" without providing a clear description. No physical exhibits were produced in discovery despite requests to do so. Affymetrix requests the immediate production of an example of each physical exhibit Illumina intends to offer at trial and reserves the right to object to such exhibits if they are produced.

d.    Last Friday, Illumina served its Notice pursuant to 35 U.S.C. § 282, which listed 167 patent documents, 219 publications and 23 individuals with no indication of which of the references or individuals Illumina deems relevant to which of the five patents-in-suit. Affymetrix has asked Illumina to specify which of the various patents, publications and individuals Illumina actually intends to rely on at trial, and to which patent or patents-in-suit each patent, publication and individual is relevant. Illumina has declined to do so. Affymetrix requests that the Court order Illumina to provide an adequate Notice immediately.

6.    <u>Submission of motions *in limine*</u>. The parties have agreed to file motions *in limine* on Thursday, February 15, 2007, and oppositions thereto on Thursday, February 22, 2007, and that there shall be no replies. Affymetrix proposes that motions *in limine* submitted on those dates be limited to the issues to be tried in the first phase of trial.

3

7.     <u>Willfulness</u>.  Whether Illumina witnesses John Stuelpnagel and/or Mark Chee should be allowed to testify as to the issues of willfulness given the late disclosure of reliance on such "opinions" in discovery (after the depositions of Stuelpnagel and Chee had already occurred), the inextricable intertwined nature of the attorney opinions which Illumina has refused to waive, and other reasons.  <u>See</u> Affymetrix Motion *In Limine*, to be filed.

8.     <u>Damages</u>.  Both Illumina and Affymetrix close their FY 2006 financial books in the first week of February.  Affymetrix will produce its updated financials sufficient for the damages experts to update their reports through calendar year 2006 by Friday, February 16, 2007.  Affymetrix requests that the Court order Illumina to do the same.

9.     <u>Ownership of the '716 patent</u>.  Illumina continues to contend that Affymetrix does not own the '716 patent.  This issue was decided by the Court on August 16, 2006:  "the Court concludes that Affymetrix held legal title to the '716 patent during the period of alleged infringement and, therefore, that Affymetrix has standing to sue for infringement of the'716 patent."  D.I. 326 and 327.  Affymetrix understands that this issue has been adjudicated and would like clarification that it is not properly involved in any phase of the trial.

EXHIBIT 17

## EXHIBIT 17

## MISCELLANEOUS ISSUES TO BE RAISED BY ILLUMINA AT THE PRETRIAL CONFERENCE

1. Affymetrix's infringement contentions at trial should be limited to (1) no more than five claims total, and (2) those claims selected from the 50 claims that were asserted during the fact discovery period (*i.e.* Affymetrix's attempt to add new claims after the fact discovery deadline should be denied). *See* DI Nos. 237 and 238. A trial with five patents and multiple claims from each patent -- Affymetrix's most recent proposal is to still try 22 claims -- is too complicated and threatens severe jury confusion.

2. Affymetrix should be compelled to produce the non-privileged document that Affymetrix confiscated with an improper claim of privilege during the deposition of Phillip McGarrigle. *See* DI Nos. 339 and 342. Throughout this case the parties have agreed to return inadvertently-produced documents when the circumstances warranted, but for this particular document there is no legitimate claim of privilege. This is simply a "bad" document that Affymetrix seeks to bury through an improper claim of privilege, and its re-production should be ordered.

3. Affymetrix should be compelled to produce a limited subset of non-public documents from its prior litigation with Incyte, based on the inconsistent positions Affymetrix has taken and the fact that Affymetrix is itself now affirmatively relying on non-public documents from that litigation. *See* DI No. 299. Though the Court has previously denied Illumina's request for all of the Incyte litigation documents in the absence of a more particularized showing of relevance, Your Honor indicated that it might revisit its ruling if a showing could be made that certain "strategizing" and "gamesmanship" had occurred. (*See* DI No. 143 (12/07/05 Hearing Tr.), at 53:9-14; 55:1-11). As discovery has played out in this case, it is clear that Affymetrix has engaged in such gamesmanship, with the result being severe prejudice to Illumina (and justice in general). As anticipated, Affymetrix has taken positions in this case that are diametrically opposed to the positions Affymetrix took in the *Incyte* litigation. Even worse, ***Affymetrix had its litigation counsel from the Incyte litigation specifically review non-public documents from this prior litigation, and then Affymetrix appended two confidential pleadings from the Incyte case to its response to one of Illumina's summary judgment motions.*** It goes without saying that it is fundamentally unfair for Affymetrix's lawyers to be able to cherry pick non-public documents from the prior *Incyte* litigation while refusing to grant Illumina's lawyers similar access. In light of these developments, and to level the playing field, Illumina respectfully requests that Affymetrix be ordered to produce a very limited subset of documents from the Incyte litigations.[1]

---

[1] Illumina has narrowed its request to only those pleadings relating to the preliminary injunction motion filed by Affymetrix in the *Incyte* litigation. Affymetrix has refused even this narrow request, and has also refused to answer questions that would establish the relevance of these documents (*e.g.* questions as to whether any of the documents refer to beads or other subjects relevant to the instant case).

4. Illumina would like guidance from the Court as to how to contact third party witnesses that were represented by Affymetrix for purposes of their depositions, but whose testimony puts them in conflict with the positions that Affymetrix has taken in this litigation. Illumina believes that it may be a conflict of interest, and it is certainly prejudicial to Illumina, for Affymetrix to represent these witnesses for purposes of determining their availability to testify at trial.

5. Illumina's pending summary judgment motions: (1) Motion for Summary Judgment of Invalidity of the Asserted Claims of the '531 Patent (DI No. 275), (2) Motion for Summary Judgment of Invalidity of the Asserted Claims of the '432 Patent (DI No. 279), and (3) Motion for Summary Judgment of Inequitable Conduct and Unenforceability of U.S. Patent No. 6,646,243 (DI No. 281). Expert discovery conducted subsequent to the filing of these motions has confirmed that should be granted, and Illumina believes that the Court should entertain full briefing and rule on them prior to conducting any trial in this matter.

6. Other outstanding discovery issues that may be implicated by Illumina's forthcoming motions *in limine*. For example, to the extent the Court does not preclude Affymetrix from putting on certain evidence for which it has withheld discovery, Illumina would renew its request to obtain this discovery.