**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | )<br>)<br>) |
| Plaintiff/Counter-Defendant, | )<br>) |
| v. | ) Civil Action No.: 04-901 JJF |
| **ILLUMINA, INC.**, a Delaware corporation, | )<br>)<br>) |
| Defendant/Counter-Plaintiff. | )<br>) |

**ILLUMINA, INC.'S PROPOSED VERDICT FORM**

Illumina, Inc. submits the attached Proposed Verdict Form, in triplicate. Illumina will submit a disk that contains its Proposed Verdict Form in WordPerfect format at a time that is convenient for the Court.

    */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
(302) 888 6800
rherrmann@morrisjames.com

Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861 2000

*Attorneys for Illumina, Inc.*

# PATENT ISSUES

## U.S. PATENT NO. 5,795,716 ("THE '716 PATENT")

### Infringement of the '716 Patent

1. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of the '716 patent?

    Claim Y     Yes _____ (for Affymetrix)   No _____ (for Illumina)

2. Has Affymetrix proven by a preponderance of the evidence that Illumina has infringed any of the following claims of the '716 patent under the doctrine of equivalents?

    Claim Y     Yes _____ (for Affymetrix)   No _____ (for Illumina)

3. Has Affymetrix proven by a preponderance of the evidence that Illumina has contributorily infringed any of the following claims of the '716 patent?

    Claim Y     Yes _____ (for Affymetrix)   No _____ (for Illumina)

4. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '716 patent?

    Claim Y     Yes _____ (for Affymetrix)   No _____ (for Illumina)

5. If you found that Illumina infringes any claim of the '716 patent, state separately for each claim the specific Illumina products and services you find to infringe:
    _____
    _____
    _____

### Invalidity and Unenforceability of the '716 Patent

6. Has Illumina proven by clear and convincing evidence that any of the following claims of the '716 patent are invalid as anticipated?

    [Specify art]:

    Claim Y     Yes _____ (for Illumina)   No _____ (for Affymetrix)

    [Specify art]:

    Claim Y     Yes _____ (for Illumina)   No _____ (for Affymetrix)

7. Has Illumina proven by clear and convincing evidence that any of the following claims of the '716 patent are invalid as obvious?

   [Specify art]:

       Claim Y    Yes \_\_\_\_\_ (for Illumina)    No \_\_\_\_\_ (for Affymetrix)

   [Specify art]:

       Claim Y    Yes \_\_\_\_\_ (for Illumina)    No \_\_\_\_\_ (for Affymetrix)

8. Has Illumina proven by clear and convincing evidence that any of the following claims of the '716 patent are invalid for lack of an adequate written description?

   Claim Y    Yes \_\_\_\_\_ (for Illumina)    No \_\_\_\_\_ (for Affymetrix)

9. Has Illumina proven by clear and convincing evidence that any of the following claims of the '716 patent are invalid for lack of enablement?

   Claim Y    Yes \_\_\_\_\_ (for Illumina)    No \_\_\_\_\_ (for Affymetrix)

10. Has Illumina proven by clear and convincing evidence that any of the following claims of the '716 patent are invalid as indefinite?

    Claim Y    Yes \_\_\_\_\_ (for Illumina)    No \_\_\_\_\_ (for Affymetrix)

11. Has Illumina proven by clear and convincing evidence that the '716 patent is unenforceable for inequitable conduct?

    Yes \_\_\_\_\_ (for Illumina)    No \_\_\_\_\_ (for Affymetrix)

## U.S. PATENT NO. 6,646,243 ("THE '243 PATENT")

**<u>Infringement of the '243 Patent</u>**

12. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of the '243 patent?

  Claim Y  Yes _____ (for Affymetrix) No _____ (for Illumina)

13. Has Affymetrix proven by a preponderance of the evidence that Illumina has infringed any of the following claims of the '243 patent under the doctrine of equivalents?

  Claim Y  Yes _____ (for Affymetrix) No _____ (for Illumina)

14. Has Affymetrix proven by a preponderance of the evidence that Illumina has contributorily infringed any of the following claims of the '243 patent?

  Claim Y  Yes _____ (for Affymetrix) No _____ (for Illumina)

15. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '243 patent?

  Claim Y  Yes _____ (for Affymetrix) No _____ (for Illumina)

16. If you found that Illumina infringes any claim of the '243 patent, state separately for each claim the specific Illumina products and services you find to infringe:
_____
_____
_____

**<u>Invalidity and Unenforceability of the '243 Patent</u>**

17. Has Illumina proven by clear and convincing evidence that any of the following art invalidates the following claims of the '243 patent as anticipated?

[Specify art]:

  Claim Y  Yes _____ (for Illumina)  No _____ (for Affymetrix)

[Specify art]

  Claim Y  Yes _____ (for Illumina)  No _____ (for Affymetrix)

18. Has Illumina proven by clear and convincing evidence that any of the following claims of the '243 patent are invalid as obvious?

    [Specify art]:

        Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

    [Specify art]:

        Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

19. Has Illumina proven by clear and convincing evidence that any of the following claims of the '243 patent are invalid for lack of an adequate written description?

    [Specify art]:

        Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

    [Specify art]:

        Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

20. Has Illumina proven by clear and convincing evidence that any of the following claims of the '243 patent are invalid for lack of enablement?

        Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

21. Has Illumina proven by clear and convincing evidence that any of the following claims of the '243 patent are invalid as indefinite?

        Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

22. Has Illumina proven by clear and convincing evidence that the '243 patent is unenforceable for inequitable conduct?

        Yes _____ (for Illumina)    No _____ (for Affymetrix)

**U.S. PATENT NO. 6,355,432 ("THE '432 PATENT")**

**Infringement of the '432 Patent**

23. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of the '432 patent?

    Claim Y    Yes _____ (for Affymetrix)    No _____ (for Illumina)

24. Has Affymetrix proven by a preponderance of the evidence that Illumina has infringed any of the following claims of the '432 patent under the doctrine of equivalents?

    Claim Y    Yes _____ (for Affymetrix)    No _____ (for Illumina)

25. Has Affymetrix proven by a preponderance of the evidence that Illumina has contributorily infringed any of the following claims of the '432 patent?

    Claim Y    Yes _____ (for Affymetrix)    No _____ (for Illumina)

26. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '432 patent?

    Claim Y    Yes _____ (for Affymetrix)    No _____ (for Illumina)

27. If you found that Illumina infringes any claim of the '432 patent, state separately for each claim the specific Illumina products and services you find to infringe:
    _____
    _____
    _____

**Invalidity and Unenforceability of the '432 Patent**

28. Has Illumina proven by clear and convincing evidence that any of the following claims of the '432 patent are invalid as anticipated?

    [Specify art]:

        Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

    [Specify art]:

        Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

29. Has Illumina proven by clear and convincing evidence that any of the following claims of the '432 patent are invalid as obvious?

    [Specify art]:

        Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

    [Specify art]:

        Claim Y     Yes \_\_\_\_\_ (for Illumina)     No \_\_\_\_\_ (for Affymetrix)

30. Has Illumina proven by clear and convincing evidence that any of the following claims of the '432 patent are invalid for lack of an adequate written description?

        Claim Y     Yes \_\_\_\_\_ (for Illumina)     No \_\_\_\_\_ (for Affymetrix)

31. Has Illumina proven by clear and convincing evidence that any of the following claims of the '432 patent are invalid for lack of enablement?

        Claim Y     Yes \_\_\_\_\_ (for Illumina)     No \_\_\_\_\_ (for Affymetrix)

32. Has Illumina proven by clear and convincing evidence that any of the following claims of the '432 patent are invalid as indefinite?

        Claim Y     Yes \_\_\_\_\_ (for Illumina)     No \_\_\_\_\_ (for Affymetrix)

33. Has Illumina proven by clear and convincing evidence that the '432 patent is unenforceable for inequitable conduct?

        Yes \_\_\_\_\_ (for Illumina)     No \_\_\_\_\_ (for Affymetrix)

**U.S. PATENT NO. 6,399,365 ("THE '365 PATENT")**

**<u>Infringement of the '365 Patent</u>**

34. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of the '365 patent?

    Claim Y    Yes _____ (for Affymetrix)   No _____ (for Illumina)

35. Has Affymetrix proven by a preponderance of the evidence that Illumina has infringed any of the following claims of the '365 patent under the doctrine of equivalents?

    Claim Y    Yes _____ (for Affymetrix)   No _____ (for Illumina)

36. Has Affymetrix proven by a preponderance of the evidence that Illumina has contributorily infringed any of the following claims of the '365 patent?

    Claim Y    Yes _____ (for Affymetrix)   No _____ (for Illumina)

37. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '365 patent?

    Claim Y    Yes _____ (for Affymetrix)   No _____ (for Illumina)

38. If you found that Illumina infringes any claim of the '365 patent, state separately for each claim the specific Illumina products and services you find to infringe:
    _____
    _____
    _____

**<u>Invalidity and Unenforceability of the '365 Patent</u>**

39. Has Illumina proven by clear and convincing evidence that any of the following claims of the '365 patent are invalid as anticipated?

    [Specify art]:

        Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

    [Specify art]:

        Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

40. Has Illumina proven by clear and convincing evidence that any of the following claims of the '365 patent are invalid as obvious?

    [Specify art]:

        Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

[Specify art]:

    Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

41. Has Illumina proven by clear and convincing evidence that any of the following claims of the '365 patent are invalid for lack of an adequate written description?

    Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

42. Has Illumina proven by clear and convincing evidence that any of the following claims of the '365 patent are invalid for lack of enablement?

    Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

43. Has Illumina proven by clear and convincing evidence that any of the following claims of the '365 patent are invalid as indefinite?

    Claim Y    Yes _____ (for Illumina)    No _____ (for Affymetrix)

44. Has Illumina proven by clear and convincing evidence that the '365 patent is unenforceable for inequitable conduct?

    Yes _____ (for Illumina)    No _____ (for Affymetrix)

## U.S. PATENT NO. 5,545,531 ("THE '531 PATENT)

### Infringement of the '531 Patent

45. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of the '531 patent?

    Claim Y     Yes _____ (for Affymetrix)   No _____ (for Illumina)

46. Has Affymetrix proven by a preponderance of the evidence that Illumina has infringed any of the following claims of the '531 patent under the doctrine of equivalents?

    Claim Y     Yes _____ (for Affymetrix)   No _____ (for Illumina)

47. Has Affymetrix proven by a preponderance of the evidence that Illumina has contributorily infringed any of the following claims of the '531 patent?

    Claim Y     Yes _____ (for Affymetrix)   No _____ (for Illumina)

48. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '531 patent?

    Claim Y     Yes _____ (for Affymetrix)   No _____ (for Illumina)

49. If you found that Illumina infringes any claim of the '531 patent, state separately for each claim the specific Illumina products and services you find to infringe:
    _____
    _____
    _____

### Invalidity and Unenforceability of the '531 Patent

50. Has Illumina proven by clear and convincing evidence that any of the following claims of the '531 patent are invalid as anticipated?

    [Specify art]:

        Claim Y     Yes _____ (for Illumina)    No _____ (for Affymetrix)

    [Specify art]:

        Claim Y     Yes _____ (for Illumina)    No _____ (for Affymetrix)

51. Has Illumina proven by clear and convincing evidence that any of the following claims of the '531 patent are invalid as obvious?

    [Specify art]:

        Claim Y     Yes _____ (for Illumina)    No _____ (for Affymetrix)

10

[Specify art]:

    Claim Y    Yes \_\_\_\_\_ (for Illumina)    No \_\_\_\_\_ (for Affymetrix)

52. Has Illumina proven by clear and convincing evidence that any of the following claims of the '531 patent are invalid for lack of an adequate written description?

    Claim Y    Yes \_\_\_\_\_ (for Illumina)    No \_\_\_\_\_ (for Affymetrix)

53. Has Illumina proven by clear and convincing evidence that any of the following claims of the '531 patent are invalid for lack of enablement?

    Claim Y    Yes \_\_\_\_\_ (for Illumina)    No \_\_\_\_\_ (for Affymetrix)

54. Has Illumina proven by clear and convincing evidence that any of the following claims of the '531 patent are invalid as indefinite?

    Claim Y    Yes \_\_\_\_\_ (for Illumina)    No \_\_\_\_\_ (for Affymetrix)

55. Has Illumina proven by clear and convincing evidence that the '531 patent is unenforceable for inequitable conduct?

    Yes \_\_\_\_\_ (for Illumina)    No \_\_\_\_\_ (for Affymetrix)

## **DAMAGES**

56. If you have found that Illumina has infringed at least one valid and enforceable claim from any of the asserted patents, has Affymetrix proven by a preponderance of the evidence that it is entitled to lost profits damages, and if so, for which Illumina products and services is Affymetrix entitled to lost profit damages?

    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Illumina products/services: _____
    _____
    _____
    _____

57. If you answered "Yes" to the above question, what amount of lost profits has Affymetrix proven by a preponderance of the evidence that it is entitled to?

    Amount    $_____

58. For each infringing Illumina product/service that Affymetrix has not sought lost profits damages for or for which you conclude that Affymetrix is not entitled to lost profits damages, specify the reasonable royalty rate and total infringing sales volume that Affymetrix has proven by a preponderance of the evidence that it is entitled to.

    Illumina product/service: _____

       Royalty rate:            ____%

       Infringing sales volume:    $_____

    Illumina product/service: _____

       Royalty rate:            ____%

       Infringing sales volume:    $_____

    Illumina product/service: _____

       Royalty rate:            ____%

       Infringing sales volume:    $_____

## **WILLFUL INFRINGEMENT**

59.  If you found that Illumina has infringed a valid and enforceable claim of the asserted patents, has Affymetrix proven by clear and convincing evidence that Illumina's infringement was willful?

   Yes _____ (for Affymetrix)   No _____ (for Illumina)

## UNFAIR COMPETITION

60. Has Illumina proven by a preponderance of the evidence that Affymetrix has engaged in conduct that is fraudulent, constitutes unfair business practices and/or is forbidden by law?

    Yes _____ (for Illumina)     No _____ (for Affymetrix)

## TORTIOUS INTERFERENCE

61. Has Illumina proven by a preponderance of the evidence that Affymetrix intentionally interfered with a contract between Illumina and another entity?

    Yes _____ (for Illumina)     No _____ (for Affymetrix)

62. Has Illumina proven by a preponderance of the evidence that Affymetrix intentionally interfered with an economic relationship between Illumina and another entity that probably would have resulted in an economic benefit to Illumina?

    Yes _____ (for Illumina)     No _____ (for Affymetrix)

63. If you answered "Yes" to either Question 61 or 62, what amount of compensatory damages has Illumina proven by a preponderance of the evidence that it is entitled to?

    Amount     $_____

64. If you answered "Yes" to either Question 61 or 62, what amount of punitive damages has Illumina proven by clear and convincing evidence that it is entitled to?

    Amount     $_____

You must each sign this Verdict Form:   Dated: _____

_____(foreperson)   _____

_____   _____

_____   _____

_____   _____