IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 04-901 JJF |
| | ) | |
| **ILLUMINA, INC.**, a Delaware corporation, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |

**ILLUMINA, INC.'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MATTHEW LYNDE AS IT RELATES TO LOST PROFITS**

Illumina, Inc ("Illumina") respectfully moves this Court pursuant to Federal Rules of Evidence 104(a) and 702 to preclude the expert testimony of Matthew Lynde as they relate to lost profits. The grounds for this motion are fully set forth in the accompanying memorandum filed contemporaneously herewith.

                   */s/ Richard K. Herrmann*
                   Richard K. Herrmann (#405)
                   MORRIS JAMES LLP
                   500 Delaware Avenue, Suite 1500
                   Wilmington, DE 19801
                   (302) 888-6800
                   rherrmann@morrisjames.com

                   Robert G. Krupka, P.C.
                   KIRKLAND & ELLIS LLP
                   777 South Figueroa Street
                   Los Angeles, California 90017
                   (213) 680-8400

                   Mark A. Pals, P.C.
                   Marcus E. Sernel
                   KIRKLAND & ELLIS LLP
                   200 East Randolph Drive
                   Chicago, Illinois 60601
Dated: February 13, 2007          (312) 861-2000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | ) <br> ) <br> ) |
| Plaintiff/Counter-Defendant, | ) <br> ) |
| v. | ) Civil Action No.: 04-901 JJF |
| **ILLUMINA, INC.**, a Delaware corporation, | ) <br> ) <br> ) |
| Defendant/Counter-Plaintiff. | ) <br> ) |

## ORDER

IT IS HEREBY ORDERED, this ____ day of _____, 2007 upon consideration of Illumina Inc.'s Motion To Exclude The Expert Testimony Of Matthew Lynde As It Relates To Lost Profits, and Affymetrix's Memorandum in Opposition thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED and that Matthew Lynde is hereby precluded from testifying as to lost profits in the trial of this action.

_____
United States District Judge