# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

February 20, 2007

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

**CONFIDENTIAL ENCLOSURE –
FILED *IN CAMERA* AND
UNDER SEAL**

      Re:    <u>Affymetrix, Inc. v. Illumina Inc., C.A. No. 04-CV-901 JJF</u>

Dear Judge Farnan:

      Pursuant to the Court's direction at the pretrial conference, Affymetrix has obtained copies of Affymetrix documents submitted in connection with the preliminary injunction motion in the *Incyte* litigation and is submitting them for *in camera* review.

                                 Respectfully,

                                 Maryellen Noreika (#3208)

MN/dlb
Enclosure (*in camera* only)

cc:    Dr. Peter T. Dalleo, Clerk (by hand; w/o encl.)
       Richard K. Herrmann, Esquire (by hand; w/o encl.)
       Marcus E. Sernel, Esquire (by fax; w/o encl.)