**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>**ILLUMINA, INC.**, a Delaware corporation,<br><br>Defendant/Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-901-JJF<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Meredith Krannich, Esquire and Colleen M. Garlington, Esquire of the law firm of Kirkland & Ellis to represent Defendant Illumina, Inc. in this matter.

Dated: February 23, 2007            /s/ Richard K. Herrmann
                                                     Richard K. Herrmann (#405)
                                                     MORRIS JAMES LLP
                                                     500 Delaware Avenue, Suite 1500
                                                     Wilmington, Delaware 19801-1494
                                                     302.888.6800
                                                     rherrmann@morrisjames.com
                                                     Attorneys for Defendant ILLUMINA, INC.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____            _____
                                                                         United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 19, 2007    Signed: *Meredith Krannich*
Meredith Krannich, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 20, 2007

Signed: *Colleen M. Garlington*
Colleen M. Garlington, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000