# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation, )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>ILLUMINA, INC., a Delaware corporation, )<br>)<br>Defendant/Counter-Plaintiff. )<br>) | Civil Action No. 04-901-JJF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Robert G. Krupka, P.C., Esquire of the law firm of Kirkland & Ellis to represent Defendant Illumina, Inc. in this matter.

Dated: February 26, 2007  
                           */s/ Richard K. Herrmann*  
                           Richard K. Herrmann (#405)  
                           MORRIS JAMES LLP  
                           500 Delaware Avenue, Suite 1500  
                           Wilmington, Delaware 19801-1494  
                           302.888.6800  
                           rherrmann@morrisjames.com  
                           Attorneys for Defendant ILLUMINA, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____           _____  
                                                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois, California and Colorado and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 23, 2007        Signed: _____
                                      Robert G. Krupka, P.C., Esq.
                                      Kirkland & Ellis
                                      777 South Figueroa Street
                                      Los Angeles, CA 90017-5800
                                      (213) 680-8400