# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

MARYELLEN NOREIKA
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

February 28, 2007

**BY E-FILING**

Ms. Deborah Krett
Case Manager
United States District Court
844 North King Street, Lockbox 10
Wilmington, Delaware 19801

> Re: Request For Permission To Have Computer Equipment in Courtroom 4B for *Markman* in the matter of *Affymetrix, Inc. v. Illumina, Inc.*, C.A. No. 04-901-JJF

Dear Ms. Krett:

We are scheduled to appear for a 5 day trial in Courtroom 4B beginning on March 5, 2007 and request permission to bring four laptop computers into Courtroom 4B to assist with the presentation during the trial. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Respectfully,

Maryellen Noreika

cc: David Thomas, United States Marshal (by hand delivery)
Keith Ash, Chief Court Security Officer (by hand delivery)
Richard K. Hermann, Esq. (by CM/ECF)