IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> PERMISSION FOR COUNSEL TO <br> POSSESS AND UTILIZE A LAPTOP <br> COMPUTER DURING HEARING <br> PROCEEDINGS IN COURTROOM 4 <br> OF THE J. CALEB BOGGS FEDERAL <br> BUILDING | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, four laptop computers for the *Affymetrix, Inc. v. Illumina, Inc.*, C.A. 04-901 JJB trial beginning on March 5, 2007. Counsel shall comply with the inspection provisions of the United States Marshal.

        Michael Malecek
        Daniel Reed
        Kelly Scribner
        Jeff Herzka

Dated: February ____, 2007                _____
                                                      JOSEPH J. FARNAN, JR.
                                                      United States District Court Judge