# Morris James LLP

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

February 28, 2007

**VIA ELECTRONIC FILING
AND HAND DELIVERY**
Ms. Deborah Krett, Case Manager for
The Honorable Joseph J. Farnan, Jr.
USDC for the District of Delaware
844 King Street, Lockbox 27
Wilmington, DE 19801

Re:   *Affymetrix, Inc. v. Illumina, Inc.*, D. Del., C.A. No. 04-901-JJF
      Request for Permission to Bring Laptops into the Courtroom

Ms. Krett:

    We are scheduled to appear for a trial in Courtroom 4B commencing on March 5, 2007 and ending on March 9, 2007 and also for courtroom setup on March 1, 2007 and request permission to bring laptops to Courtroom 4B to assist in presentation during the trial. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Yours,

Richard K. Herrmann, I.D. No. 405
rherrmann@morrisjames.com

cc: David Thomas, United States Marshall (via hand delivery)
    Keith Ash, Chief Court Security Officer (via hand delivery)
    MaryEllen Noreika, Esq. (via email and hand delivery)
    Daniel Reed, Esq. (via email)