# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) | Civil Action No.:  04-901 JJF |
| **ILLUMINA, INC.**, a Delaware corporation, | ) ) ) | |
| Defendant/Counter-Plaintiff. | ) ) | |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptops for courtroom setup on March 1, 2007 and then for trial commencing on March 5 and ending on March 9, 2007.  Counsel shall comply with the inspection provisions of the United States Marshal.


Will Thomas          Frank Carlow          Mindy Marshall


Date:  March _____, 2007


_____
JOSEPH J. FARNAN, JR.
United States District CourtJudge