# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARYELLEN NOREIKA
302 351 9278
302 425 3011 FAX
mnoreika@mnat.com

March 1, 2007

**BY E-FILING**

Ms. Deborah Krett
Case Manager
United States District Court
844 North King Street, Lockbox 10
Wilmington, Delaware  19801

> Re:    Request For Permission To Have Computer Equipment in Courtroom
> 4B for trial in the matter of *Affymetrix, Inc.  v. Illumina, Inc.*,
> C.A. No. 04-901-JJF

Dear Ms. Krett:

Yesterday, plaintiff filed a request for permission to have computer equipment in courtroom 4B for the trial in the captioned matter (D.I. 390).  The proposed order that was submitted with the letter request inadvertently contained the incorrect caption.  Plaintiff is now submitted a proposed order with the correct caption.

I apologize for any inconvenience this may have caused the Court.

If you have any questions, counsel is of course available at the convenience of the Court.

Respectfully,

Maryellen Noreika

MN/dlb
Enclosure
cc:    David Thomas, United States Marshal (by hand delivery; w/ encl.)
       Keith Ash, Chief Court Security Officer (by hand delivery; w/ encl.)
       Richard K. Hermann, Esq. (by CM/ECF)