IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-901 (JJF) |
| ) | |
| ILLUMINA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, four laptop computers for the *Affymetrix, Inc. v. Illumina, Inc.*, C.A. 04-901 JJB trial beginning on March 5, 2007. Counsel shall comply with the inspection provisions of the United States Marshal.

      Michael Malecek
      Daniel Reed
      Kelly Scribner
      Jeff Herzka

Dated: February ____, 2007

                                          JOSEPH J. FARNAN, JR.
                                          United States District Court Judge