## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation, )<br><br>Plaintiff/Counter-Defendant, )<br><br>v. )<br><br>ILLUMINA, INC., a Delaware corporation, )<br><br>Defendant/Counter-Plaintiff. ) | Civil Action No.: 04-901 JJF |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptops for courtroom setup on March 1, 2007 and then for trial commencing on March 5 and ending on March 9, 2007.  Counsel shall comply with the inspection provisions of the United States Marshal.

Will Thomas            Frank Carlow            Mindy Marshall

Date:  March _____, 2007

_____
JOSEPH J. FARNAN, JR.
United States District CourtJudge