# EXHIBIT 1

**RoyaltySource** | Royalty Rates | LER | Agreements

Email: [ ]
Password: [ ]

Login:

Contact RoyaltySource Staff

Contact:

## RoyaltySource ® Online
## Intellectual Property Valuation & Licensing

Welcome to RoyaltySource ® Online -- a toolbox for professionals involved in intellectual property valuation, negotiation, and licensing.
Through the RoyaltySource website, you can access helpful tools and expert advice on various aspects of intellectual property valuation and negotiation:

- Reasonable royalty rates for transactions.
- Estimation of infringement damages.
- Negotiation of intellectual property transactions.
- Competitive intelligence for deal making.
- Recent IP transactions and litigation.
- Intellectual property resources.
- Opportunities for enhancing professional expertise and credentials.

"Tools to manage your intellectual property around the clock, around the world."

Source: www.royalty.source.com

**RoyaltySource** | Royalty Rates | LER | Agreements

Email: [          ]
Password: [          ]

**Login:**

Contact RoyaltySource Staff

**Contact:**

# RoyaltySource® Royalty Rates

Whether for negotiation, valuation or infringement damage measurement, AUS Consultants has been investigating and tracking royalty rate information from a length licensing transactions for over 25 years. The result of this continuous investigation has yielded a searchable database of technology and trademark sa licensing transactions that can minimize the time spent to research the marketp this information.

We continue to research all forms of media for reported transactions. The Royal intellectual property transaction database includes:

- Royalty rates are reported for all transactions
- Licensee and Licensor, including industry description or code
- Description of the property licensed or sold
- Other compensation, such as upfront payments or equity positions
- Transaction terms, such as exclusivity, geographical restrictions, etc.
- Source of information.

Representative Industries

To receive a sample copy of our report or to discuss further details, complete the information below or contact Dave Weiler by phone at 856-234-1199 or via E-n

We understand the need for a quick response and can usually e-mail a detailed r your desktop in 24 hours. To submit a request for Royalty Rate information, Ple:
**"click here"**

# Pricing Information

# RoyaltySource Intellectual Property Database
*-A service provided by AUS Consultants-*

Biotechnology: Polymerase Chain Reaction Related Technology
*Jul 19 2006*

| | |
|---|---|
| Licensee: | (various) |
| Licensee Business: | Pharmaceutical preparations: Biotechnology |
| Licensor: | Roche Molecular Systems Inc |
| Licensor Business: | Pharmaceutical preparations |
| Royalty Rate, % (low range): | 9.0 |
| Royalty Rate, % (high range): | 9.0 |
| Upfront Fee: | |

### Licensed Property:
The Company has announced (1992) that it expanded the licensing policy for its Polymerase Chain Reaction (PCR) diagnostic and testing services to include all laboratories. Polymerase Chain Reaction, diagnostic technology that replicates a single strand of DNA millions of times in 2 hours. PCR is used in medical tests for conditions such as infectious disease, genetic disease, cancer, and in other applications including food testing, environmental research and identity testing.

### Compensation Detail:
Royalty: The new license agreements will be based on royalty rates of at least 9% of sales

Source: LER, 02/01/1992

*The source of information provided in this report has been gathered from public financial records, news releases, and other articles and references, and also includes all of the Licensing Economics Review (LER) issues. While we believe the sources to be reliable, this does not guarantee the accuracy or completeness of the information provided.*

EXHIBIT 618
Lynde 2-2-07

AVI 211708

# RoyaltySource Intellectual Property Database
*-A service provided by AUS Consultants-*

---

Biotechnology: Polymerase Chain Reaction Related Technology
*Jul 19 2006*

| | |
|---|---|
| Licensee: | Lifecodes Corp |
| Licensee Business: | Medical laboratories |
| Licensor: | Roche Molecular Systems Inc |
| Licensor Business: | Pharmaceutical preparations |
| Royalty Rate, % (low range): | 15.0 |
| Royalty Rate, % (high range): | 15.0 |
| Upfront Fee: | |

*Licensed Property:*
"Effective Date" shall mean April 1, 1998. The Company obtains a non-exclusive license to manufacture and sell products which are useful in polymerase chain reaction ("PCR") process and which enable the user to perform in vitro parentage determination testing procedures; "Licensed Product" shall mean a reagent kit manufactured by LIFECODES containing a thermostable DNA polymerase in combination with all such other reagents, enzymes or materials, whether packaged together or separately, as are necessary to perform a PCR-based assay for Parentage Determination Testing, which is covered by at least one Valid Claim within PCR Technology, and (a) which is marketed for use in Parentage Determination Testing and (b) bears a label as specified in Section 2.6, setting forth the license limitations. C. Licensor owns and has the right to grant licenses under the corresponding foreign counterpart patents and patent applications describing and claiming nucleic acid amplification techniques, including inter alia, a process known as the polymerase chain reaction (PCR) process.

*Compensation Detail:*
Royalty: Royalty Rate: 15% on Net Product Revenues; "Net Product Revenues" shall mean gross invoice price for the Royalty Products sold by LIFECODES to an end user customer less a lump sum deduction of four percent (4%)

Source: Form S-1 LIFECODES CORP: Exhibit 10., 07/17/1998

---

The source of information provided in this report has been gathered from public financial records, news releases, and other articles and references, and also includes all of the Licensing Economics Review (LER) issues. While we believe the sources to be reliable, this does not guarantee the accuracy or completeness of the information provided.

AVI 211709

# RoyaltySource Intellectual Property Database
*-A service provided by AUS Consultants-*

Biotechnology: Polymerase Chain Reaction Related Technology
*Jul 19 2006*

| | |
|---|---|
| Licensee: | Myriad Genetics Inc |
| Licensee Business: | Diagnostic substances |
| | |
| Licensor: | Roche Molecular Systems Inc |
| Licensor Business: | Pharmaceutical preparations |
| | |
| Royalty Rate, % (low range): | 15.0 |
| Royalty Rate, % (high range): | 15.0 |
| Upfront Fee: | |

## Licensed Property:
The Company hereby grants a royalty-bearing, non-exclusive immunity from suit under PCR Technology solely to use Licensed Technology to perform Licensed Services within the United States and its possessions and the Commonwealth of Puerto Rico; gene amplification process known as the polymerase chain reaction ("PCR") technology. "Assay" shall mean an in vitro diagnostic procedure utilizing PCR Technology to detect the presence, absence or quantity of a nucleic acid sequence associated with a specific human disease or condition. Licensed Field shall mean the field of human in vitro diagnostics solely for the detection of genetic diseases, genetic pre-disposition to disease, microorganisms associated with infectious diseases, cancer, or for tissue transplant typing or Parentage - 4/23/93.

## Compensation Detail:
Royalty: For the rights and privileges granted under this Agreement, MGI shall pay to Roche earned royalties equal to fifteen percent (15%) of MGI's Net Service Revenues for each Assay performed

Source: Form S-3 A00 MYRIAD GENETICS INC: Exhibit, 11/14/1996

The source of information provided in this report has been gathered from public financial records, news releases, and other articles and references, and also includes all of the Licensing Economics Review (LER) issues. While we believe the sources to be reliable, this does not guarantee the accuracy or completeness of the information provided.

AVI 211710

# RoyaltySource Intellectual Property Database
*-A service provided by AUS Consultants-*

Biotechnology: Polymerase Chain Reaction Related Technology
*Jul 19 2006*

| | |
|---|---|
| Licensee: | Biotech Research Laboratories |
| Licensee Business: | Commercial physical research |
| Licensor: | Roche Molecular Systems Inc |
| Licensor Business: | Pharmaceutical preparations |
| Royalty Rate, % (low range): | 15.0 |
| Royalty Rate, % (high range): | 15.0 |
| Upfront Fee: | |

*Licensed Property:*
Date: Jan 14, 1994. The Company hereby grants to BTRL non-exclusive right for PCR Technology solely to use Licensed Technology to perform Licensed Services within the United States and its possessions and the Commonwealth of Puerto Rico. "PCR TECHNOLOGY" shall mean polymerase chain reaction technology covered by United States Patent Nos. B1 4,683,195 and B1 4,683,202. "LICENSED FIELD" shall mean the field of human in vitro diagnostics solely for the detection of genetic diseases, genetic predisposition to disease, microorganisms associated with infectious diseases, cancer, or for tissue transplant typing or Parentage. "LICENSED SERVICES" shall mean the performance of an Assay by BTRL to detect nucleic acid sequences associated with a human disease or condition within the Licensed Field. Licensed Services include but are not limited to, any combination of the steps of collecting a sample for analysis, isolating nucleic acid sequences therein, amplifying one or more desired sequences, analyzing the amplified material and reporting the results. The present invention is directed to a process for amplifying any desired specific nucleic acid sequence contained in a nucleic acid or mixture thereof. The process comprises treating separate complementary strands of the nucleic acid with a molar excess of two oligonucleotide primers, and extending the primers to form complementary primer extension products which act as templates for synthesizing the desired nucleic acid sequence. The steps of the reaction may be carried out stepwise or simultaneously and can be repeated as often as desired.

*Compensation Detail:*
Royalty. For the rights and privileges granted under this Agreement, BTRL shall pay to RMS earned royalties equal to fifteen percent (15%) of BTRL's Net Service Revenues for each Assay performed.

Source: Form S-1 BOSTON BIOMEDICA INC: Exhibit 10.1, 08/26/1996

The source of information provided in this report has been gathered from public financial records, news releases, and other articles and references, and also includes all of the Licensing Economics Review (LER) issues. While we believe the sources to be reliable, this does not guarantee the accuracy or completeness of the information provided.

AVI 211711

# RoyaltySource Intellectual Property Database
*-A service provided by AUS Consultants-*

---

Biotechnology: Polymerase Chain Reaction Related Technology
*Jul 19 2006*

---

Licensee:              Mangalore Biotech (India)
Licensee Business:     —

Licensor:              University of Agricultural Sciences
                       (College of Fisheries) (India)
Licensor Business:     Academia

Royalty Rate, % (low range):   5.0
Royalty Rate, % (high range):  5.0
Upfront Fee:

### Licensed Property:
An Indian Biotech company licensed rights to a kit for the rapid detection of shrimp virus by polymerase chain reaction from an university in India. This is used in the shrimp industry. Industry estimates put that the country has been losing Rs 600 crore annually in exports due to the white spot virus. The kit helps in detection of the virus at a nascent stage, without harming the broodstock and the technology was so sensitive that it could detect a needle virus in the haystack.

### Compensation Detail:
Royalty: Now MBL has paid 5 per cent of the gross annual sales as royalty to UAS amounting to Rs 52,000.

Source: The Times of India BANGALORE COLLEGE REAPS RICH REWARDS, 02/04/2004

---

The source of information provided in this report has been gathered from public financial records, news releases, and other articles and references, and also includes all of the Licensing Economics Review (LER) issues. While we believe the sources to be reliable, this does not guarantee the accuracy or completeness of the information provided.

AVI 211712

# RoyaltySource Intellectual Property Database
*-A service provided by AUS Consultants-*

Biotechnology: Polymerase Chain Reaction Related Technology
*Jul 19 2006*

| | |
|---|---|
| Licensee: | Genometrix Inc |
| Licensee Business: | Commercial physical research |
| Licensor: | Xenometrix Inc |
| Licensor Business: | Analytical instruments |
| Royalty Rate, % (low range): | 3.0 |
| Royalty Rate, % (high range): | 3.0 |
| Upfront Fee: | |

### Licensed Property:
In August 1999, the Company entered into a license agreement to use and sell certain licensed products and services; patents relating to electronic and optical DNA chip technology; "LICENSED PRODUCT(S)" means a Chip where (i) the Chip or a functional component thereof is claimed in the XENO Patents or (ii) the Chip is manufactured or used in accordance with or by means of the Licensed Process, or (iii) the Chip makes use of the technology claimed in the XENO Patents in its manufacture, testing, use or sale. "CHIP" means a microarray of biological probes designed to carry out or enable genomic sequencing, mutation detection, assays, syntheses, reactions, analyses or sample preparation. The term "Chip" also includes assemblies of multiple Chips that are interconnected in close physical proximity to each other. Chips may incorporate other electrical, electronic, electromechanical and mechanical components when said components are an integral part of the Chip.

### Compensation Detail:
Royalty: Under the terms of the agreement, the Company shall pay Xenometrix a royalty of 3% of the net sales of licensed products

Source: Form S-1 GENOMETRIX INC: EXHIBIT 10.6, 03/15/2000

*The source of information provided in this report has been gathered from public financial records, news releases, and other articles and references, and also includes all of the Licensing Economics Review (LER) issues. While we believe the sources to be reliable, this does not guarantee the accuracy or completeness of the information provided.*

AVI 211713

DS0713703

# RoyaltySource Intellectual Property Database
-A service provided by AUS Consultants-

**Biotechnology: Polymerase Chain Reaction Related Technology**
Jul 18 2006

1. **Licensed Property**     *Royalty Base: sales*

   The Company has announced (1992) that it expanded the licensing policy for its Polymerase Chain Reaction (PCR) diagnostic and testing services to include all laboratories. Polymerase Chain Reaction, diagnostic technology that replicates a single strand of DNA millions of times in 2 hours. PCR is used in medical tests for conditions such as infectious disease, genetic disease, cancer, and in other applications including food testing, environmental research and identity testing.

2. **Licensed Property**     *Royalty Base: net sales*

   "Effective Date" shall mean April 1, 1998. The Company obtains a non-exclusive license to manufacture and sell products which are useful in polymerase chain reaction ("PCR") process and which enable the user to perform in vitro parentage determination testing procedures; "Licensed Product" shall mean a reagent kit manufactured by LIFECODES containing a thermostable DNA polymerase in combination with all such other reagents, enzymes or materials, whether packaged together or separately, as are necessary to perform a PCR-based assay for Parentage Determination Testing, which is covered by at least one Valid Claim within PCR Technology, and (a) which is marketed for use in Parentage Determination Testing and (b) bears a label as specified in Section 2.6, setting forth the license limitations. C. Licensor owns and has the right to grant licenses under the corresponding foreign counterpart patents and patent applications describing and claiming nucleic acid amplification techniques, including inter alia, a process known as the polymerase chain reaction (PCR) process.

3. **Licensed Property**     *Royalty Base: net sales*

   The Company hereby grants a royalty-bearing, non-exclusive immunity from suit under PCR Technology solely to use Licensed Technology to perform Licensed Services within the United States and its possessions and the Commonwealth of Puerto Rico; gene amplification process known as the polymerase chain reaction ("PCR") technology. "Assay" shall mean an in vitro diagnostic procedure utilizing PCR Technology to detect the presence, absence or quantity of a nucleic acid sequence associated with a specific human disease or condition. Licensed Field shall mean the field of human in vitro diagnostics solely for the detection of genetic diseases, genetic pre-disposition to disease, microorganisms associated with infectious diseases, cancer, or for tissue transplant typing or Parentage - 4/23/93.

4. **Licensed Property**     *Royalty Base: net sales*

   Date: Jan 14, 1994. The Company hereby grants to BTRL non-exclusive right for PCR Technology solely to use Licensed Technology to perform Licensed Services within the United States and its possessions and the Commonwealth of Puerto Rico. "PCR TECHNOLOGY" shall mean polymerase chain reaction technology covered by United States Patent Nos. B1 4,683,195 and B1 4,683,202. "LICENSED FIELD" shall mean the field of human in vitro diagnostics solely for the detection of genetic diseases, genetic pre-disposition to disease, microorganisms associated with infectious diseases, cancer, or for tissue transplant typing or Parentage. "LICENSED SERVICES" shall mean the

AVI 211080

AVI 211081

*The source of information provided in this report has been gathered from public financial records, news releases, and other articles and references, and also includes all of the Licensing Economics Review (LER) issues. While we believe the sources to be reliable, this does not guarantee the accuracy or completeness of the information provided.*

AVI 211082