IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFYMETRIX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-901 (JJF) |
| | ) | |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, four laptop computers for the *Affymetrix, Inc. v. Illumina, Inc.*, C.A. 04-901 JJB trial beginning on March 5, 2007. Counsel shall comply with the inspection provisions of the United States Marshal.

        Michael Malecek
        Daniel Reed
        Kelly Scribner
        Jeff Herzka

Dated: ~~February~~ March 1, 2007

JOSEPH J. FARNAN, JR.
United States District Court Judge