IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFYMETRIX, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant | ) | C.A. No. 04-901-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff | ) | |

**AFFYMETRIX'S OBJECTIONS TO DEFENDANTS'
PROPOSED PRELIMINARY JURY INSTRUCTIONS**

On February 5, 2007, the parties submitted their joint proposal for preliminary jury instruction numbers 1.4, 1.5, 1.7 and 1.8. On March 2, 2007, Illumina submitted revised preliminary jury instructions to the Court for instruction numbers 1.1, 1.2, 1.3 and 1.6. Those revised constructions included "red-lined" changes against a draft of those instructions Affymetrix had sent to Illumina.

Affymetrix objects to the additional (underlined) changes Illumina proposes to preliminary instruction numbers 1.1 and 1.2. Illumina's additions propose to tell the jury that it has raised validity and enforceability defenses in this case and to tell the jury about prior art. Given the Court's bifurcation of validity and enforceability from this case, Affymetrix objects to instructing to jury regarding other issues in the case. Such instructions are irrelevant and risk jury confusion.

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Maryellen Noreika (#3208)*
                              Jack B. Blumenfeld (#1014)
                              Maryellen Noreika (#3208)
                              Derek J. Fahnestock (#4705)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE 19899
                              (302) 658-9200
                                *Attorneys for Plaintiff*
                                *Affymetrix, Inc.*

OF COUNSEL:

Michael J. Malecek
Daniel R. Reed
Andrea L. Gross
Stephen C. Holmes
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA  94608
(510) 428-8500

March 4, 2007

756148

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 4, 2007, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris James LLP

I also certify that copies were caused to be served on March 4, 2007 upon the following in the manner indicated:

**<u>BY EMAIL</u>**

Richard K. Herrmann
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19801-1494

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (#3208)
mnoreika@mnat.com