**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **AFFYMETRIX, INC.**, a Delaware corporation, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | ) Civil Action No.: 04-901 JJF |
| **ILLUMINA, INC.**, a Delaware corporation, | ) ) ) |
| Defendant/Counter-Plaintiff. | ) ) ) |

## ILLUMINA, INC.'S PROPOSED VERDICT FORM

Illumina, Inc. submits the attached Proposed Verdict Form, in triplicate and on disc in WordPerfect format.

          */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888 6800
rherrmann@morrisjames.com

Robert G. Krupka, P.C.
Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861 2000

*Attorneys for Illumina, Inc.*

## PATENT ISSUES

### U.S. PATENT NO. 5,795,716 ("THE '716 PATENT")

1. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of the '716 patent?

    Claim 1    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 5    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 9    Yes _____ (for Affymetrix)   No _____ (for Illumina)

2. Has Affymetrix proven by a preponderance of the evidence that Illumina has infringed any of the following claims of the '716 patent under the doctrine of equivalents?

    Claim 1    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 5    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 9    Yes _____ (for Affymetrix)   No _____ (for Illumina)

3. Has Affymetrix proven by a preponderance of the evidence that Illumina has contributorily infringed any of the following claims of the '716 patent?

    Claim 1    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 5    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 9    Yes _____ (for Affymetrix)   No _____ (for Illumina)

4. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '716 patent?

    Claim 1    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 5    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 9    Yes _____ (for Affymetrix)   No _____ (for Illumina)

5. If you found that Illumina infringes any claim of the '716 patent, state separately for each claim the specific Illumina products and services you find to infringe:
    _____
    _____
    _____

## U.S. PATENT NO. 6,355,432 ("THE '432 PATENT")

6. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of the '432 patent?

    Claim 2    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 9    Yes _____ (for Affymetrix)   No _____ (for Illumina)

7. If you found that Illumina infringes any claim of the '432 patent, state separately for each claim the specific Illumina products and services you find to infringe:
_____
_____
_____

## U.S. PATENT NO. 6,646,243 ("THE '243 PATENT")

8. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of the '243 patent?

    Claim 14    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 15    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 35    Yes _____ (for Affymetrix)   No _____ (for Illumina)

9. Has Affymetrix proven by a preponderance of the evidence that Illumina has contributorily infringed any of the following claims of the '243 patent?

    Claim 35    Yes _____ (for Affymetrix)   No _____ (for Illumina)

10. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '243 patent?

    Claim 35    Yes _____ (for Affymetrix)   No _____ (for Illumina)

11. If you found that Illumina infringes any claim of the '243 patent, state separately for each claim the specific Illumina products and services you find to infringe:
    _____
    _____
    _____

## U.S. PATENT NO. 6,399,365 ("THE '365 PATENT")

12. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of the '365 patent?

    Claim 36     Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 41     Yes _____ (for Affymetrix)   No _____ (for Illumina)

13. Has Affymetrix proven by a preponderance of the evidence that Illumina has contributorily infringed any of the following claims of the '365 patent?

    Claim 41     Yes _____ (for Affymetrix)   No _____ (for Illumina)

14. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '365 patent?

    Claim 41     Yes _____ (for Affymetrix)   No _____ (for Illumina)

15. If you found that Illumina infringes any claim of the '365 patent, state separately for each claim the specific Illumina products and services you find to infringe:
    _____
    _____
    _____

**U.S. PATENT NO. 5,545,531 ("THE '531 PATENT)**

16. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of the '531 patent?

    Claim 1    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 2    Yes _____ (for Affymetrix)   No _____ (for Illumina)

17. Has Affymetrix proven by a preponderance of the evidence that Illumina has contributorily infringed any of the following claims of the '531 patent?

    Claim 1    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 2    Yes _____ (for Affymetrix)   No _____ (for Illumina)

18. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '531 patent?

    Claim 1    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Claim 2    Yes _____ (for Affymetrix)   No _____ (for Illumina)

19. If you found that Illumina infringes any claim of the '531 patent, state separately for each claim the specific Illumina products and services you find to infringe:
    _____
    _____
    _____

## **DAMAGES**

20. If you have found that Illumina has infringed at least one claim from any of the asserted patents, has Affymetrix proven by a preponderance of the evidence that it is entitled to lost profits damages, and if so, for which Illumina products and services is Affymetrix entitled to lost profit damages?

    Yes _____ (for Affymetrix)   No _____ (for Illumina)

    Illumina products/services: _____
    _____
    _____
    _____

21. If you answered "Yes" to the above question, what amount of lost profits has Affymetrix proven by a preponderance of the evidence that it is entitled to?

    Amount        $_____

22. For each infringing Illumina product/service that Affymetrix has not sought lost profits damages for or for which you conclude that Affymetrix is not entitled to lost profits damages, specify the reasonable royalty rate and total infringing sales volume that Affymetrix has proven by a preponderance of the evidence that it is entitled to?

    Illumina product/service: _____

       Royalty rate:           ____%

       Infringing sales volume:    $_____

    Illumina product/service: _____

       Royalty rate:           ____%

       Infringing sales volume:    $_____

    Illumina product/service: _____

       Royalty rate:           ____%

       Infringing sales volume:    $_____

You must each sign this Verdict Form:        Dated: _____

_____(foreperson)        _____

_____        _____

_____        _____

_____        _____