IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFYMETRIX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-901-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AFFYMETRIX'S PROPOSED VERDICT SHEET**

Pursuant to D. Del. L.R. 51.1(c), Affymetrix, Inc. submits the attached Proposed Verdict Sheet, in triplicate. This document is also being submitted on disk in WordPerfect format.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock (#4705)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Derek J. Fahnestock (#4705)
1201 N. Market Street
P.O. Box 1347
  Wilmington, DE 19899 (302) 658-9200
  Attorneys for Plaintiff Affymetrix, Inc.

# INFRINGEMENT

## INFRINGEMENT OF THE '243 PATENT

1. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 6,646,243?

   *Answer the following question regarding infringement of the '243 patent with a "Yes" or "No." "Yes" is a finding for Affymetrix. "No" is a finding for Illumina.*

   Claim 14    Yes _____    No _____
   Claim 15    Yes _____    No _____
   Claim 35    Yes _____    No _____

2. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '243 patent?

   Claim 14    Yes _____    No _____
   Claim 15    Yes _____    No _____
   Claim 35    Yes _____    No _____

## INFRINGEMENT OF THE '365 PATENT

3. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 6,399,365?
   *Answer the following question regarding infringement of the '365 patent with a "Yes" or "No." "Yes" is a finding for Affymetrix. "No" is a finding for Illumina.*

   Claim 36    Yes _____    No _____
   Claim 41    Yes _____    No _____

4. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '365 patent?
   *Answer the following question regarding infringement of the '365 patent with a "Yes" or "No." "Yes" is a finding for Affymetrix. "No" is a finding for Illumina.*

   Claim 36    Yes _____    No _____
   Claim 41    Yes _____    No _____

## INFRINGEMENT OF THE '432 PATENT

5. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 6,355,432?
   *Answer the following question regarding infringement of the '432 patent with a "Yes" or "No." "Yes" is a finding for Affymetrix. "No" is a finding for Illumina.*

   Claim 2    Yes _____    No _____
   Claim 9    Yes _____    No _____

6. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '432?
   Claim 2    Yes _____    No _____
   Claim 9    Yes _____    No _____

## INFRINGEMENT OF THE '531 PATENT

7. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 5,545,531?
   *Answer the following question regarding infringement of the '531 patent with a "Yes" or "No." "Yes" is a finding for Affymetrix. "No" is a finding for Illumina.*

   Claim 1    Yes _____    No _____
   Claim 2    Yes _____    No _____

8. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '531 patent?
   *Answer the following question regarding infringement of the '531 patent with a "Yes" or "No." "Yes" is a finding for Affymetrix. "No" is a finding for Illumina.*

   Claim 1    Yes _____    No _____
   Claim 2    Yes _____    No _____

## INFRINGEMENT OF THE '716 PATENT

9. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 5,795,716?
   *Answer the following question regarding infringement of the '716 patent with a "Yes" or "No." "Yes" is a finding for Affymetrix. "No" is a finding for Illumina.*

   | | | |
   |---|---|---|
   | Claim 1 | Yes _____ | No _____ |
   | Claim 5 | Yes _____ | No _____ |
   | Claim 9 | Yes _____ | No _____ |

10. Has Affymetrix proven by a preponderance of the evidence that Illumina has infringed any of the following claims of the '716 patent under the doctrine of equivalents?
    *Answer the following question regarding infringement of the '716 patent with a "Yes" or "No." "Yes" is a finding for Affymetrix. "No" is a finding for Illumina.*

    | | | |
    |---|---|---|
    | Claim 1 | Yes _____ | No _____ |
    | Claim 5 | Yes _____ | No _____ |
    | Claim 9 | Yes _____ | No _____ |

11. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '716 patent?
    *Answer the following question regarding infringement of the '716 patent with a "Yes" or "No." "Yes" is a finding for Affymetrix. "No" is a finding for Illumina.*

    | | | |
    |---|---|---|
    | Claim 1 | Yes _____ | No _____ |
    | Claim 5 | Yes _____ | No _____ |
    | Claim 9 | Yes _____ | No _____ |

## DAMAGES

12. If you have found that Illumina has infringed at least one asserted claim from any of the '243, '365, '432, '531 and/or '716 patents, has Affymetrix proven by a preponderance of the evidence that it is entitled to lost profits damages?
    *Answer the following question regarding damages with a "Yes" or "No." "Yes" is a finding for Affymetrix. "No" is a finding for Illumina.*

    Yes _____   No _____

13. If you answered "Yes" to question number 12, what amount of lost profits has Affymetrix proven it is entitled to?

    Amount   $_____

4

14. For any infringing sales that Affymetrix has not sought lost profits damages for or to which you conclude that Affymetrix is not entitled to lost profits damages, what reasonably royalty has Affymetrix proven by a preponderance of the evidence that it is entitled to?

    Royalty    _____%

    Amount    $_____

You must each sign this Verdict Form:    Dated: _____

_____(foreperson)    _____

_____    _____

_____    _____

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2007, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann
Morris James LLP

I also certify that copies were caused to be served on March 9, 2007 upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Richard K. Herrmann
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801-1494

**BY E-MAIL**

Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

/s/ Derek Fahnestock (#4705)
Derek Fahnestock (#4705)
dfahnestock@mnat.com