IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AFFYMETRIX, INC.,

      Plaintiff,

v.                                              C.A. No. 04-901-JJF

ILLUMINA, INC.,

      Defendant.

## SPECIAL VERDICT SHEET

March 12, 2007

# INFRINGEMENT

## INFRINGEMENT OF THE '243 PATENT

1. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 6,646,243?

    Claim 14    Yes _____    No _____
    Claim 15    Yes _____    No _____
    Claim 35    Yes _____    No _____

2. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '243 patent?

    Claim 14    Yes _____    No _____
    Claim 15    Yes _____    No _____
    Claim 35    Yes _____    No _____

## INFRINGEMENT OF THE '365 PATENT

3. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 6,399,365?

    Claim 36    Yes _____    No _____
    Claim 41    Yes _____    No _____

4. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '365 patent?

    Claim 36    Yes _____    No _____
    Claim 41    Yes _____    No _____

## INFRINGEMENT OF THE '432 PATENT

5. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 6,355,432?

   Claim 2    Yes ____    No ____
   Claim 9    Yes ____    No ____

6. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '432?
   Claim 2    Yes ____    No ____
   Claim 9    Yes ____    No ____

## INFRINGEMENT OF THE '531 PATENT

7. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 5,545,531?

   Claim 1    Yes ____    No ____
   Claim 2    Yes ____    No ____

8. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '531 patent?

   Claim 1    Yes ____    No ____
   Claim 2    Yes ____    No ____

## INFRINGEMENT OF THE '716 PATENT

9. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 5,795,716?

   Claim 1    Yes _____    No _____
   Claim 5    Yes _____    No _____
   Claim 9    Yes _____    No _____

10. Has Affymetrix proven by a preponderance of the evidence that Illumina has infringed any of the following claims of the '716 patent under the doctrine of equivalents?

    Claim 1    Yes _____    No _____
    Claim 5    Yes _____    No _____
    Claim 9    Yes _____    No _____

11. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '716 patent?

    Claim 1    Yes _____    No _____
    Claim 5    Yes _____    No _____
    Claim 9    Yes _____    No _____

## DAMAGES

12. If you have found that Illumina has infringed at least one asserted claim from any of the '243, '365, '432, '531 and/or '716 patents, has Affymetrix proven by a preponderance of the evidence that it is entitled to lost profits damages?

    Yes _____    No _____

13. If you answered "Yes" to question number 12, what amount of lost profits has Affymetrix proven it is entitled to?

    Amount    $ _____

14. For any infringing sales that Affymetrix has not sought lost profits damages for or to which you conclude that Affymetrix is not entitled to lost profits damages, what reasonable royalty has Affymetrix proven by a preponderance of the evidence that it is entitled to?

Royalty _____%

Amount $_____

You must each sign this Verdict Form:    Dated: _____

_____(foreperson)    _____

_____    _____

_____    _____

5