IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFYMETRIX, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-901-JJF |
| ILLUMINA, INC., | : | |
| Defendant. | : | |

## SPECIAL VERDICT SHEET

March 12, 2007

## INFRINGEMENT

### INFRINGEMENT OF THE '243 PATENT

1. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 6,646,243?

    Claim 14    Yes ✓    No ___
    Claim 15    Yes ✓    No ___
    Claim 35    Yes ✓    No ___

2. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '243 patent?

    Claim 14    Yes ✓    No ___
    Claim 15    Yes ✓    No ___
    Claim 35    Yes ✓    No ___

### INFRINGEMENT OF THE '365 PATENT

3. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 6,399,365?

    Claim 36    Yes ✓    No ___
    Claim 41    Yes ✓    No ___

4. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '365 patent?

    Claim 36    Yes ✓    No ___
    Claim 41    Yes ✓    No ___

## INFRINGEMENT OF THE '432 PATENT

5. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 6,355,432?

   Claim 2     Yes ✓     No ____
   Claim 9     Yes ✓     No ____

6. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '432?
   Claim 2     Yes ✓     No ____
   Claim 9     Yes ✓     No ____

## INFRINGEMENT OF THE '531 PATENT

7. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 5,545,531?

   Claim 1     Yes ✓     No ____
   Claim 2     Yes ✓     No ____

8. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '531 patent?

   Claim 1     Yes ✓     No ____
   Claim 2     Yes ✓     No ____

## INFRINGEMENT OF THE '716 PATENT

9. Has Affymetrix proven by a preponderance of the evidence that Illumina has literally infringed any of the following claims of U.S. Patent No. 5,795,716?

   Claim 1   Yes _____   No ✓
   Claim 5   Yes _____   No ✓
   Claim 9   Yes _____   No ✓

10. Has Affymetrix proven by a preponderance of the evidence that Illumina has infringed any of the following claims of the '716 patent under the doctrine of equivalents?

    Claim 1   Yes ✓   No _____
    Claim 5   Yes ✓   No _____
    Claim 9   Yes ✓   No _____

11. Has Affymetrix proven by a preponderance of the evidence that Illumina has induced infringement of any of the following claims of the '716 patent?

    Claim 1   Yes ✓   No _____
    Claim 5   Yes ✓   No _____
    Claim 9   Yes ✓   No _____

## DAMAGES

12. If you have found that Illumina has infringed at least one asserted claim from any of the '243, '365, '432, '531 and/or '716 patents, has Affymetrix proven by a preponderance of the evidence that it is entitled to lost profits damages?

    Yes _____   No ✓

13. If you answered "Yes" to question number 12, what amount of lost profits has Affymetrix proven it is entitled to?

    Amount   $ 0

14. For any infringing sales that Affymetrix has not sought lost profits damages for or to which you conclude that Affymetrix is not entitled to lost profits damages, what reasonable royalty has Affymetrix proven by a preponderance of the evidence that it is entitled to?

Royalty _15_ %

Amount $ _16,727,459.00_

You must each sign this Verdict Form:    Dated: 3/13/07

Redacted