IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFYMETRIX INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-901 JJF |
| | : | |
| ILLUMINA INC., | : | |
| | : | |
| Defendants. | : | |

O R D E R

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 8 jurors in the above entitled case on March 5, 2007 through March 9, 2007 and March 12, 2007 through March 13, 2007.

_March 21 , 2007_
DATE

_____
UNITED STATES DISTRICT JUDGE