IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-901 (JJF) |

**JOINT STIPULATION OF THE PARTIES TO FOREGO RESPONSES TO
PRE-VERDICT JMOL MOTIONS FILED UNDER RULE 50(A)**

IT IS HEREBY STIPULATED AND AGREED that the parties will not file briefs in Opposition to their respective pre-verdict Motions for JMOL under Fed. R. Civ. P. 50(a), and will address any properly renewed Motions for JMOL at the appropriate time as established by the Court.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Maryellen Noreika (#3208)* | */s/ Richard K. Herrmann (#405)* |
| Jack B. Blumenfeld (#1014) <br> Maryellen Noreika (#3208) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> *Attorneys for Affymetrix, Inc.* | Richard K. Herrmann (#405) <br> Mary B. Matterer (#2696) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br><br> *Attorneys for Illumina, Inc.* |

SO ORDERED this _____ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE