IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-901 JJF |
| ILLUMINA, INC., | : |
| Defendant. | : |

### ORDER

WHEREAS, on February 15, 2007, Plaintiff and Defendant each separately filed under seal a Motion In Limine For Phase One Of Trial (D.I. 372, 373);

WHEREAS, on March 4, 2007, Defendant filed under seal a Motion For Reconsideration Of Affymetrix's Motion In Limine No. 6 (D.I. 405);

WHEREAS, the Motions were resolved at a hearing held on March 2, 2007, and at the trial held March 5, 2007, through March 13, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's Motion In Limine For Phase One Of Trial (D.I. 372) is **DENIED as moot**;

2) Defendant's Motion In Limine Relating To Phase One Of Trial (D.I. 373) is **DENIED as moot**;

3) Defendant's Motion For Reconsideration Of Affymetrix's Motion In Limine No. 6 (D.I. 405) is **DENIED as moot**.

April 4, 2007

_____
UNITED STATES DISTRICT JUDGE