IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AFFYMETRIX, INC.,

    Plaintiff,

v.                                  Civil Action No. 04-901 JJF

ILLUMINA, INC.,

    Defendant.

### ORDER

WHEREAS, pending before the Court are Plaintiff's Motion For Judgment As A Matter Of Law (D.I. 418) and Defendant's Motion For Judgment As A Matter Of Law (D.I. 419);

NOW THEREFORE, IT IS HEREBY ORDERED that the Motions (D.I. 418, 419) are **DENIED with leave to renew** after the conclusion of the remaining phases of trial.

July 10, 2007

                                                                UNITED STATES DISTRICT JUDGE