# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Derek J. Fahnestock
302 351 9389
302 425 3093 Fax
dfahnestock@mnat.com

July 12, 2007

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    <u>Affymetrix, Inc. v. Illumina Inc.</u>, C.A. No. 04-CV-901 JJF

Dear Judge Farnan:

    We write regarding the scheduling of the next phase of the trial. Counsel for Affymetrix and Illumina have met and conferred to discuss possible dates and have agreed upon the week of November 5, 2007 as optimal for both parties, depending of course on the availability of the Court.

    The parties also have agreed that a status conference would be useful to discuss, among other matters, the issues to be included in the next phase of trial and the order in which the issues will be tried. To this end, the parties would like to request a status conference with the Court, and can be available sometime during the week of August 27, 2007, with the exception of August 30. The parties request an in person conference, if possible.

Respectfully,

*/s/ Derek J. Fahnestock*

Derek J. Fahnestock (#4705)

DJF/lm
cc:    Dr. Peter T. Dalleo, Clerk (By Hand and electronic filing)
       Richard K. Herrmann, Esquire (By Hand and electronic filing)
       Marcus E. Sernel, Esquire (By email)

960609