# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

July 25, 2007

Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell
P. O. Box 1347
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris, James, Hitchens & Williams
P. O. Box 2306
Wilmington, DE 19899

   RE: Affymetrix Inc. v. Illumina Inc.
      <u>Civil Action No. 04-901 JJF</u>

Dear Counsel:

  I have Mr. Fahnestock's letter of July 12, 2207 suggesting the next phase of trial be scheduled the week of November 5, 2007. Unfortunately, I already have a jury trial and motion day scheduled that week.

  I am able to schedule the trial to commence on October 30, 2007 if the parties are available. Please contact my Case Manager, Deborah Krett if this date is convenient.

Sincerely,

/s/ Joseph J. Farnan
JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Clerk, U.S. District Court