# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **AFFYMETRIX, INC., a Delaware Corporation,** | ) ) ) | |
| **Plaintiff/Counter-Defendant,** | ) ) | **Civil Action No. 04-901-JJF** |
| **vs.** | ) ) | |
| **ILLUMINA, INC., a Delaware Corporation,** | ) ) | |
| **Defendant/Counter-Plaintiff.** | ) ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Ronald M. Wawrzyn, Esquire of the law firm of Foley & Lardner LLP to represent Defendant Illumina, Inc. in this matter.

Dated:  August 15, 2007

        */s/ Richard K. Herrmann*
Richard K. Herrmann #405
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
T:  (302) 888-6800
F:  (302) 571-1750
rherrmann@morrisjames.com

*Attorneys for Defendant ILLUMINA, INC.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                United States District Court Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:  August __15__ , 2007         Signed: _____

Ronald M. Wawrzyn, Esq.
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin  53202-5306
(414) 271-2400