IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-901-JJF |
| ILLUMINA, INC., | : |
| Defendant. | : |

O R D E R

WHEREAS, the Court in response to the parties' July 12, 2007 request for November 5, 2007 trial date suggested, by letter dated July 25, 2007, an October 30, 2007 trial date;

WHEREAS, counsel by letter dated August 9, 2007, requested a status conference be held and trial be scheduled for any of several weeks in 2008 because of the parties unavailability for the October 30, 2007 date;

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Conference will be held on **Wednesday, October 10, 2007 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

August 16, 2007
DATE

UNITED STATES DISTRICT JUDGE