# EXHIBIT 1

Exhibit 1: '716 Patent Claim 1 Amendment History

| 10/21/94 '716 Patent App. (DTX 4 at IAFP234) | 10/23/95 Amendment B (DTX 4 at IAFP350-351) | 5/20/96 Amendment C (DTX 4 at IAFP390) | 1/13/97 Amendment D (DTX 3 at IAFP422-423) | 4/30/97 Amendment E (DTX 3 at IAFP502) | Claim 1, '716 Patent (DTX 3 at IAFP179) |
|---|---|---|---|---|---|
| 1. In a computer system, a method of identifying an unknown base in a sample nucleic acid sequence, said method comprising the steps of: | 1. In a computer system, a method of identifying an unknown base in a sample nucleic acid sequence, said method comprising: | 60. In a computer system, a method of identifying an unknown base in a sample nucleic acid sequence, said method comprising the steps of: | 108. A computer program product that identifies an unknown base in a sample nucleic acid sequence, comprising: | 108. A computer program product that identifies an unknown base in a sample nucleic acid sequence, comprising: | 1. A computer program product that identifies an unknown base in a sample nucleic acid sequence, comprising: |
| inputting a plurality of probe intensities, each of said probe intensities being associated with a probe on a chip; | inputting a plurality of probe intensities, each of said probe intensities being associated with a nucleic acid probe on a chip; | inputting a plurality of probe intensities for a plurality of nucleic acid probes, *each probe intensity indicating an extent of hybridization of a nucleic acid probe with at least one nucleic acid sequence* including said sample sequence, and each nucleic acid probe differing from each other by a single base; | computer code that receives a plurality of probe intensities for a plurality of nucleic acid probes, *each probe intensity indicating an extent of hybridization of a nucleic acid probe with at least one nucleic acid sequence* including said sample sequence, and each nucleic acid probe differing from each other by at least a single base; | computer code that receives a plurality of signals corresponding to probe intensities for a plurality of nucleic acid probes, *each probe intensity indicating an extent of hybridization of a nucleic acid probe with at least one nucleic acid sequence* including said sample sequence, and each nucleic acid probe differing from each other by at least a single base; | computer code that receives a plurality of signals corresponding to probe intensities for a plurality of nucleic acid probes, *each probe intensity indicating an extent of hybridization of a nucleic acid probe with at least one nucleic acid sequence* including said sample sequence, and each nucleic acid probe differing from each other by at least a single base; |
| said computer system comparing said plurality of probe intensities wherein each of said plurality of probe intensities is substantially proportional to a probe hybridizing with at least one sequence; | said computer system comparing said plurality of probe intensities wherein each of said plurality of probe intensities is substantially proportional to said associated probe hybridizing with at least one nucleic acid sequence, said at least one nucleic acid sequence including said sample sequence; | said computer system comparing said plurality of probe intensities; | computer code that performs a comparison of said plurality of probe intensities to each other; | computer code that performs a comparison of said plurality of probe intensities to each other; | computer code that performs a comparison of said plurality of probe intensities to each other; |

Underlined text indicates the claim text was newly added during amendment.

| 10/21/94 '716 Patent App. (DTX 4 at IAFP234) | 10/23/95 Amendment B (DTX 4 at IAFP350-351) | 5/20/96 Amendment C (DTX 4 at IAFP390) | 1/13/97 Amendment D (DTX 3 at IAFP422-423) | 4/30/97 Amendment E (DTX 3 at IAFP502) | Claim 1, '716 Patent (DTX 3 at IAFP179) |
|---|---|---|---|---|---|
| and calling said unknown base according to comparison of said plurality of probe intensities. | and calling said unknown base according to results of said comparison step. | and identifying said unknown base according to results of said comparing step. | computer code that generates a base call identifying said unknown base according to results of said comparison; and | computer code that generates a base call identifying said unknown base according to results of said comparison and said sequences of said nucleic acid probes; and | computer code that generates a base call identifying said unknown base according to results of said comparison and said sequences of said nucleic acid probes; and |
|  |  |  | a computer readable medium that stores said computer codes. | a computer readable medium that stores said computer codes. | a computer readable medium that stores said computer codes. |

2