5795716

PATENT DATE    PATENT NUMBER
AUG 18 1998    5795716

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/327,525 | 10/21/94 | 435 | | 1807 | ROES |

MARKS S. CHEE, PALO ALTO, CA; CHUNNEE WANG, CUPERTINO, CA; EUGENE J. YEUNG, SUNNYVALE, CA; DEREK H. BERNHART, PALO ALTO, CA; ROBERT J. LIPSHUTZ, PALO ALTO, CA. **+ page of 26**

**CONTINUING DATA*****************
VERIFIED
NONE DR 12/14/95

**FOREIGN/PCT APPLICATIONS***********
VERIFIED
NONE DR 12/14/95

FOREIGN FILING LICENSE GRANTED 06/12/95

Microfiche
5 sheets
272 frames

| Foreign priority claimed | ☐ yes ☐ no | STATE OR COUNTRY | SHEETS DRWG. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEYS DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | ☐ yes ☐ no | | 17 | 44 | 3 | $1,388.00 | 16528X82 |

Ansend + Townsend and Crew
Tu Embarcadero Ctr., 8th Fl.
San Francisco CA 94111 - 7

HICKMAN BEYER + WEAVER LLP
Center 8th floor
P.O. Box 61059
Palo Alto CA 94306

TITLE  COMPUTER-AIDED VISUALIZATION AND ANALYSIS SYSTEM FOR SEQUENCE EVALUATION

U.S. DEPT. OF COMM./ PAT. & TM — PTO-436L (Rev.

PARTS OF APPLICATION FILED SEPARATELY

NOTICE OF ALLOWANCE MAILED
8-18-92
430.97

DIANNE REES
Assistant Examiner

| Total Claims | Print Claim |
|---|---|
| 10 | 1 |

ISSUE FEE
Amount Due    Date Paid
$1290.00    12/11/97

W. GARY JONES
SUPERVISORY PATENT EXAMINER
GROUP 1800
Primary Examiner

CLAIMS ALLOWED

DRAWING
Sheets Drwg.  Figs. Drwg.  Print Fig.
17 26   18-21

ISSUE BATCH NUMBER  M46

PREPARED FOR ISSUE

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 8/92)

Affymetrix v. Illumina
C.A. No 04-901 JFF
Trial Exhibit
DTX 4

IAFP00000182

08/327525



Attorney Docket No. 16528X-82/1091

PATENT APPLICATION

COMPUTER-AIDED VISUALIZATION AND ANALYSIS SYSTEM
FOR SEQUENCE EVALUATION

Inventors:

    MARK S. CHEE, who resides at
    3199 Waverley Street
    Palo Alto, California 94306
    a citizen of Australia;

    CHUNWEI WANG, who resides at
    20350 Stevens Creek Boulevard #307
    Cupertino, California 95014
    a citizen of the People's Republic of China;

    LUIS C. JEVONS, who resides at
    701 Ramona Avenue
    Sunnyvale, California 94087
    a citizen of the United States of America;

    DEREK H. BERNHART, who resides at
    111 Seale Avenue
    Palo Alto, California, 94301
    a citizen of the United States of America; and

    ROBERT J. LIPSHUTZ, who resides at
    970 Palo Alto Avenue
    Palo Alto, California, 94301
    a citizen of the United States of America.

Assignee:

    AFFYMAX TECHNOLOGIES N.V., located at
    De Ruyderkade 62,
    Curacao, Netherlands Antilles
    a Netherlands Antilles corporation

Entity:

    Large

TOWNSEND and TOWNSEND KHOURIE and CREW
Steuart Street Tower, 20th Floor
One Market
San Francisco, California 94105
(415) 326-2400

·17

A/NO FEE

08/327525

1

PATENT

Attorney Docket No. 16528X-82/1091

(MAIL ROOM stamp: OCT 21 1994)

# COMPUTER-AIDED VISUALIZATION AND ANALYSIS SYSTEM FOR SEQUENCE EVALUATION

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document
contains material which is subject to copyright protection.
The copyright owner has no objection to the xerographic
reproduction by anyone of the patent document or the patent
disclosure in exactly the form it appears in the Patent and
Trademark Office patent file or records, but otherwise
reserves all copyright rights whatsoever.

## MICROFICHE APPENDIX

Microfiche Appendices A to E comprising five (5)
sheets, totaling 272 frames are included herewith.

## GOVERNMENT RIGHTS NOTICE

Portions of the material in this specification arose
in the course of or under contract nos. 92ER81275 (SBIR)
between Affymetrix, Inc. and the Department of Energy and/or
H600813-1, -2 between Affymetrix, Inc. and the National
Institutes of Health.

## BACKGROUND OF THE INVENTION

The present invention relates to the field of
computer systems. More specifically, the present invention
relates to computer systems for visualizing biological
sequences, as well as for evaluating and comparing biological
sequences.

Devices and computer systems for forming and using
arrays of materials on a substrate are known. For example,
PCT application WO92/10588, incorporated herein by reference
for all purposes, describes techniques for sequencing or
sequence checking nucleic acids and other materials. Arrays
for performing these operations may be formed in arrays
according to the methods of, for example, the pioneering

IAFP00000190

2

techniques disclosed in U.S. Patent No. 5,143,854 and U.S.
Patent Application No. 08/249,188, both incorporated herein by
reference for all purposes.

   According to one aspect of the techniques described
5   therein, an array of nucleic acid probes is fabricated at
known locations on a chip or substrate. A fluorescently
labeled nucleic acid is then brought into contact with the
chip and a scanner generates an image file indicating the
locations where the labeled nucleic acids bound to the chip.
10  Based upon the identities of the probes at these locations, it
becomes possible to extract information such as the monomer
sequence of DNA or RNA. Such systems have been used to form,
for example, arrays of DNA that may be used to study and
detect mutations relevant to cystic fibrosis, the P53 gene
15  (relevant to certain cancers), HIV, and other genetic
characteristics.

   Improved computer systems and methods are needed to
evaluate, analyze, and process the vast amount of information
now used and made available by these pioneering technologies.

20

SUMMARY OF THE INVENTION

   An improved computer-aided system for visualizing
and determining the sequence of nucleic acids is disclosed.
The computer system provides, among other things, improved
25  methods of analyzing fluorescent image files of a chip
containing hybridized nucleic acid probes in order to call
bases in sample nucleic acid sequences.

   According to one aspect of the invention, a computer
system is used to identify an unknown base in a sample nucleic
30  acid sequence by the steps of:

       - inputting multiple probe intensities, each of the
       probe intensities being associated with a probe;
       - the computer system comparing the multiple probe
       intensities where each of the probe intensities is
35     substantially proportional to a probe hybridizing
       with at least one sequence; and
calling the unknown base according to the comparison of the
multiple probe intensities.

IAFP00000191

3

According to one specific aspect of the invention, a
higher probe intensity is compared to a lower probe intensity
to call the unknown base.  According to another specific
aspect of the invention, probe intensities of a sample
5   sequence are compared to probe intensities of a reference
sequence.  According to yet another specific aspect of the
invention, probe intensities of a sample sequence are compared
to statistics about probe intensities of a reference sequence
from multiple experiments.

10   According to another aspect of the invention, a
method is disclosed of processing reference and sample nucleic
acid sequences to reduce the variations between the
experiments by the steps of:

- providing a plurality of nucleic acid probes;
15   - labeling the reference nucleic acid sequence with
a first marker;
- labeling the sample nucleic acid sequence with a
second marker; and
hybridizing the labeled reference and sample nucleic acid
20   sequences at the same time.

According to yet another aspect of the invention, a
computer system is used for comparative analysis and
visualization of multiple sequences by the steps of:

- displaying at least one reference sequence in a
25   first area on a display device; and
- displaying at least one sample sequence in a
second area on said display device;
whereby a user is capable of visually comparing the multiple
sequences.

30   A further understanding of the nature and advantages
of the inventions herein may be realized by reference to the
remaining portions of the specification and the attached
drawings.

IAFP00000192

4

## BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 illustrates an overall system for forming and analyzing arrays of biological materials such as DNA or RNA;

Fig. 2A is an illustration of the software for the overall system; Fig. 2B illustrates the global layout of a chip formed in the overall system; and Fig. 2C illustrates conceptually the binding of probes on chips;

Fig. 3 illustrates the high level flow of the intensity ratio method;

Fig. 4A illustrates the high level flow of one implementation of the reference method and Fig. 4B shows an analysis table for use with the reference method;

Fig. 5A illustrates the high level flow of another implementation of the reference method; Fig. 5B shows a data table for use with the reference method; Fig. 5C shows a graph of the normalized sample base intensities minus the normalized reference base intensities; and Fig. 5D shows other graphs of data in the data table;

Fig. 6 illustrates the high level flow of the statistical method;

Fig. 7 illustrates the pooling processing of a reference and sample nucleic acid sequence;

Fig. 8 illustrates the main screen and the associated pull down menus for comparative analysis and visualization of multiple experiments;

Fig. 9 illustrates an intensity graph window for a selected base;

Fig. 10 illustrates multiple intensity graph windows for selected bases;

Fig. 11 illustrates the intensity ratio method correctly calling a mutation in solutions with varying concentrations;

Fig. 12 illustrates the reference method correctly calling a mutant base where the intensity ratio method incorrectly called the mutant base; and

Fig. 13 illustrates the output of the ViewSeq™ program with four pretreatment samples and four posttreatment samples.

5

DESCRIPTION OF THE PREFERRED EMBODIMENT

CONTENTS

I.      General
II.     Intensity Ratio Method
III.    Reference Method
IV.     Statistical Method
V.      Pooling Processing
VI.     Comparative Analysis
VII.    Examples
VIII.   Appendices

I.   General

       The present invention provides methods of analyzing
hybridization intensity files for a chip containing hybridized
nucleic acid probes.  In a representative embodiment, the
files represent fluorescence data from a biological array, but
the files may also represent other data such as radioactive
intensity data.  For purposes of illustration, the present
invention is described as being part of a computer system that
designs a chip mask, synthesizes the probes on the chip,
labels the nucleic acids, and scans the hybridized nucleic
acid probes.  Such a system is fully described in U.S. Patent
Application No. 08/249,188 which has been incorporated by
reference for all purposes.  However, the present invention
may be used separately from the overall system for analyzing
data generated by such systems.

       Fig. 1 illustrates a computerized system for forming
and analyzing arrays of biological materials such as RNA or
DNA.  A computer 100 is used to design arrays of biological
polymers such as RNA or DNA.  The computer 100 may be, for
example, an appropriately programmed Sun Workstation or
personal computer or workstation, such as an IBM PC
equivalent, including appropriate memory and a CPU.  The
computer system 100 obtains inputs from a user regarding
characteristics of a gene of interest, and other inputs
regarding the desired features of the array.  Optionally, the
computer system may obtain information regarding a specific

IAFP00000194

6

genetic sequence of interest from an external or internal
database 102 such as GenBank. The output of the computer
system 100 is a set of chip design computer files 104 in the
form of, for example, a switch matrix, as described in PCT
5       application WO 92/10092, and other associated computer files.

The chip design files are provided to a system 106
that designs the lithographic masks used in the fabrication of
arrays of molecules such as DNA. The system or process 106
may include the hardware necessary to manufacture masks 110
10      and also the necessary computer hardware and software 108
necessary to lay the mask patterns out on the mask in an
efficient manner. As with the other features in Fig. 1, such
equipment may or may not be located at the same physical site,
but is shown together for ease of illustration in Fig. 1. The
15      system 106 generates masks 110 or other synthesis patterns
such as chrome-on-glass masks for use in the fabrication of
polymer arrays.

The masks 110, as well as selected information
relating to the design of the chips from system 100, are used
20      in a synthesis system 112. Synthesis system 112 includes the
necessary hardware and software used to fabricate arrays of
polymers on a substrate or chip 114. For example, synthesizer
112 includes a light source 116 and a chemical flow cell 118
on which the substrate or chip 114 is placed. Mask 110 is
25      placed between the light source and the substrate/chip, and
the two are translated relative to each other at appropriate
times for deprotection of selected regions of the chip.
Selected chemical reagents are directed through flow cell 118
for coupling to deprotected regions, as well as for washing
30      and other operations. All operations are preferably directed
by an appropriately programmed computer 119, which may or may
not be the same computer as the computer(s) used in mask
design and mask making.

The substrates fabricated by synthesis system 112
35      are optionally diced into smaller chips and exposed to marked
receptors. The receptors may or may not be complementary to
one or more of the molecules on the substrate. The receptors
are marked with a label such as a fluorescein label (indicated

IAFP00000195

7

by an asterisk in Fig. 1) and placed in scanning system 120.
Scanning system 120 again operates under the direction of an
appropriately programmed digital computer 122, which also may
or may not be the same computer as the computers used in
5  synthesis, mask making, and mask design. The scanner 120
includes a detection device 124 such as a confocal microscope
or CCD (charge-coupled device) that is used to detect the
location where labeled receptor (*) has bound to the
substrate.   The output of scanner 120 is an image file(s) 124
10  indicating, in the case of fluorescein labeled receptor, the
fluorescence intensity (photon counts or other related
measurements, such as voltage) as a function of position on
the substrate.  Since higher photon counts will be observed
where the labeled receptor has bound more strongly to the
15  array of polymers, and since the monomer sequence of the
polymers on the substrate is known as a function of position,
it becomes possible to determine the sequence(s) of polymer(s)
on the substrate that are complementary to the receptor.

The image file 124 is provided as input to an
20  analysis system 126 that incorporates the visualization and
analysis methods of the present invention.  Again, the
analysis system may be any one of a wide variety of computer
system(s), but in a preferred embodiment the analysis system
is based on a Sun Workstation or equivalent.  The present
25  invention provides various methods of analyzing the chip
design files and the image files, providing appropriate output
128.  The present invention may further be used to identify
specific mutations in a receptor such as DNA or RNA.

Fig. 2A provides a simplified illustration of the
30  overall software system used in the operation of one
embodiment of the invention.  As shown in Fig. 2A, the system
first identifies the genetic sequence(s) or targets that would
be of interest in a particular analysis at step 202.  The
sequences of interest may, for example, be normal or mutant
35  portions of a gene, genes that identify heredity, or provide
forensic information.  Sequence selection may be provided via
manual input of text files or may be from external sources
such as GenBank.  At step 204 the system evaluates the gene to

IAFP00000196

8

determine or assist the user in determining which probes would
be desirable on the chip, and provides an appropriate "layout"
on the chip for the probes.  A wild-type probe is a probe that
will ideally hybridize with the gene of interest and thus a
5   wild-type gene (also called the chip wild-type) would ideally
hybridize with all the wild-type probes on the chip.  The
layout implements desired characteristics such as arrangement
on the chip that permits "reading" of genetic sequence and/or
minimization of edge effects, ease of synthesis, and the like.
10      Fig. 2B illustrates the global layout of a chip.
Chip 114 is composed of multiple units where each unit may
contain different tilings for the chip wild-type sequence.
Unit 1 is shown in greater detail and shows that each unit is
composed of multiple cells which are areas on the chip that
15   may contain probes.  Conceptually, each unit is composed of
multiple sets of related cells.  As used herein, the term cell
refers to a region on a substrate that contains many copies of
a molecule or molecules of interest.  Each unit is composed of
multiple cells that may be placed in rows and columns.  In one
20   embodiment, a set of five related cells includes the
following:  a wild-type cell 220, "mutation" cells 222, and a
"blank" cell 224.  Cell 220 contains a wild-type probe that is
the complement of a portion of the wild-type sequence.  Cells
222 contain "mutation" probes for the wild-type sequence.  For
25   example, if the wild-type probe is 3'-ACGT, the probes 3'-
ACAT, 3'-ACCT, 3'-ACGT, and 3'-ACTT may be the "mutation"
probes.  Cell 224 is the "blank" cell because it contains no
probes (also called the "blank" probe).  As the blank cell
contains no probes, labeled receptors should not bind to the
30   chip in this area.  Thus, the blank cell provides an area that
can be used to measure the background intensity.
        In one embodiment, numerous tiling processes are
available including sequence tiling, block tiling, and opt-
~tiling~ *which is described below. Of course* a wide range of layout strategies may be
35   used according to the invention herein, without departing from
the scope of the invention.  For example, the probes may be
tiled on a substrate in an apparently random fashion where a

IAFP00000197

9

computer system is utilized to keep track of the probe
locations and correlate the data obtained from the substrate.

Opt-tiling is the process of tiling additional
probes for suspected mutations.  As a simple example of opt-
5    tiling, suppose the wild-type target sequence is 5'-ACGTATGCA-
3' and it is suspected that a mutant sequence has a possible T
base mutation at the underlined base position.  Suppose
further that the chip will be synthesized with a "4x3" tiling
strategy, meaning that probes of four monomers are used and
10    that the monomers in position 3, counting left to right, of
the probe are varied.

In opt-tiling, extra probes are tiled for each
suspected mutation.  The extra probes are tiled as if the
mutation base is a wild-type base.  The following shows the
15    probes that may be generated for this example:

Table 1
Probe Sequences (From 3'-end)
4x3 Opt-Tiling

| Wild | TGCA | GCAT | CATA | ATAC | TACG |
|---|---|---|---|---|---|
| A sub. | TGAA | GCAT | CAAA | ATAC | TAAG |
| C sub. | TGCA | GCCT | CACA | ATCC | TACG |
| G sub. | TGGA | GCGT | CAGA | ATGC | TAGG |
| T sub. | TGTA | GCTT | CATA | ATTC | TATG |
| Wild | TGCA | GCAA | CAAA | AAAC | AACG |
| A sub. | TGAA | GCAA | CAAA | AAAC | AAAG |
| C sub. | TGCA | GCCA | CACA | AACC | AACG |
| G sub. | TGGA | GCGA | CAGA | AAGC | AAGG |
| T sub. | TGTA | GCTA | CATA | AATC | AATG |

30    In the first "chip" above, the top row of the probes (along
with one probe below each of the four wild-type probes) should
bind to the target DNA sequence.  However, if the target
sequence has a T base mutation as suspected, the labeled
mutant sequence will not bind that strongly to the probes in
35    the columns around column 3.  For example, the mutant receptor
that could bind with the probes in column 2 is 5'-CGTT which
may not bind that strongly to any of the probes in column 2

IAFP00000198

10

because there are T bases at the ends of the receptor and
probes (i.e., not complementary). This often results in a
relatively dark scanned area around a mutation.

5    Opt-tiling provides the second "chip" above which
treats the suspected mutation as the wild-type base. Thus,
the mutant receptor 5'-CGTT should bind strongly to the wild-
type probe of column 2 (along with one probe below) and the
mutation can be further detected.

10    Again referring to Fig. 2A, at step 206 the masks
for the synthesis are designed. At step 208 the software
utilizes the mask design and layout information to make the
DNA or other polymer chips. This software 208 will control,
among other things, relative translation of a substrate and
15    the mask, the flow of desired reagents through a flow cell,
the synthesis temperature of the flow cell, and other
parameters. At step 210, another piece of software is used in
scanning a chip thus synthesized and exposed to a labeled
receptor. The software controls the scanning of the chip, and
stores the data thus obtained in a file that may later be
20    utilized to extract sequence information.

At step 212 a computer system according to the
present invention utilizes the layout information and the
fluorescence information to evaluate the hybridized nucleic
acid probes on the chip. Among the important pieces of
25    information obtained from DNA chips are the identification of
mutant receptors and determination of genetic sequence of a
particular receptor.

Fig. 2C illustrates the binding of a particular
target DNA to an array of DNA probes 114. As shown in this
30    simple example, the following probes are formed in the array
(only one probe is shown for the wild-type probe):

```
3'-AGAACGT
   AGACCGT
   AGAGCGT
   AGATCGT
```

35

40

11

As shown, the set of probes differ by only one base so the probes are designed to determine the identity of the base at that *position* location in the nucleic acid sequence.

5       When a fluorescein-labeled (or *otherwise* ~~other~~ marked) target with the sequence 5'-TCTTGCA is exposed to the array, it is complementary only to the probe 3'-AGAACGT, and fluorescein will be primarily found on the surface of the chip where 3'-AGAACGT is located. Thus, for each set of probes that differ
10     by only one base, the image file will contain four fluorescence intensities, one for each probe. Each fluorescence intensity can therefore be associated with the base of each probe that is different from the other probes. Additionally, the image file will contain a "blank" cell which can be used as the fluorescence intensity of the background.
15     By analyzing the five fluorescence intensities associated with a specific base location, it becomes possible to extract sequence information from such arrays using the methods of the invention disclosed herein.

        The present invention calls bases by assigning the
20     bases the following codes:

| Code | Group | Meaning |
|------|-------|---------|
| A | A | Adenine |
| C | C | Cytosine |
| G | G | Guanine |
| T | T(U) | Thymine (Uracil) |
| M | A or C | aMino |
| R | A or G | puRine |
| W | A or T(U) | Weak interaction (2 H bonds) |
| Y | C or T(U) | pYrimidine |
| S | C or G | Strong interaction (3 H bonds) |
| K | G or T(U) | Keto |
| V | A, C or G | not T(U) |
| H | A, C or T(U) | not G |
| D | A, G or T(U) | not C |
| B | C, G or T(U) | not A |
| N | A, C, G, or T(U) | Insufficient intensity to call |
| X | A, C, G, or T(U) | Insufficient discrimination to call |

IAFP00000200

12

Most of the codes conform to the IUPAC standard.  However, code N has been redefined and code X has been added.

II.  Intensity Ratio Method

5          The intensity ratio method is a method of calling bases in a sample nucleic acid sequence.  The intensity ratio method is most accurate when there is good discrimination between the fluorescence intensities of hybrid matches and hybrid mismatches.  If there is insufficient discrimination, 10 the intensity ratio method assigns a corresponding ambiguity code to the unknown base.

          For simplicity, the intensity ratio method will be described as being used to identify one unknown base in a sample nucleic acid sequence.  In practice, the method is used 15 to identify many or all the bases in a nucleic acid sequence.

          The unknown base will be identified by evaluation of up to four mutation probes and a "blank" cell, which is a location where a labeled receptor should not bind to the chip since no probe is present.  For example, suppose a DNA 20 sequence of interest or target sequence contains the sequence 5'-AGAACCTGC-3' with a possible mutation at the underlined base position.  Suppose that 5-mer probes are to be synthesized for the target sequence.  A representative wild-type probe of 5'-TTGGA is complementary to the region of the 25 sequence around the possible mutation.  The "mutation" probes will be the same as the wild-type probe except for a different base at the third position as follows:  3'-TTAGA, 3'-TTCGA, 3'-TTGGA, and 3'-TTTGA.

          If the fluorescently marked sample sequence is 30 exposed to the above four mutation probes, the intensity should be highest for the probe that binds most strongly to the sample sequence.  Therefore, if the probe 3'-TTTGA shows the highest intensity, the unknown base in the sample will generally be called an A mutation because the probes are 35 complementary to the sample sequence.

          The mutation probes are identical to the wild-type probes except that they each contain one of the four A, C, G, or T "mutations" for the unknown base.  Although one of the

IAFP00000201

13

*a*    "mutation" probes will ~~optimally~~ be identical to the wild-type
probe, such redundant probes are intentionally synthesized for
quality control and design consistency.

     The identity of the unknown base is preferably
5    determined by evaluating the relative fluorescence intensities
of up to four of the mutation probes, and the "blank" cell.
Because each mutation probe is identifiable by the mutation
*a*    base, a mutation probe's intensity will be referred to the
"base intensity" of the mutation base.

10   As a simple example of the intensity ratio method,
suppose a gene of interest (target) is an HIV protease gene
*a*    with the sequence 5'-ATGTGGACAGTTGTA-3'. *(SEQ ID NO:1)* Suppose further that
a sample sequence is suspected to have the same sequence as
the target sequence except for a mutation of base C to base T
15   at the underlined base position. Although hundreds of probes
may be synthesized on the chip, the complementary mutation
probes synthesized to detect a mutation in the sample sequence
at the suspected mutation position may be as follows:

```
          3'-TATC
20        3'-TCTC
          3'-TGTC   (wild-type)
          3'-TTTC
```

The mutation probe 3'-TGTC is also the wild-type probe as it
should bind most strongly with the target sequence.

25   After the sample sequence is labeled, hybridized on
the chip, and scanned, suppose the following fluorescence
intensities were obtained:

```
          3'-TATC   -> 45
          3'-TCTC   ->  8
30        3'-TGTC   -> 32
          3'-TTTC   -> 12
```

where the intensity is measured by the photon count detected
by the scanner. The "blank" cell had a fluorescence intensity
of 2. The photon counts in the examples herein are
35   representative (not actual data) and provided for illustration
purposes. In practice, the actual photon counts will vary
greatly depending on the experiment parameters and the scanner
utilized.

     Although each fluorescence intensity is from a
40   probe, the probes may be characterized by their unique

IAFP00000202

14

mutation base so the bases may be said to have the following
intensities:

```
        A    -> 45
        C    ->  8
5       G    -> 32
        T    -> 12
```

Thus, base A will be described as having an intensity of 45,
which corresponds to the intensity of the mutation probe with
the mutation base A.

10          Initially, each mutation base intensity is reduced
by the background or "blank" cell intensity.  This is done as
follows:

```
        A    -> 45 - 2 = 43
        C    ->  8 - 2 =  6
15      G    -> 32 - 2 = 30
        T    -> 12 - 2 = 10
```

Then, the base intensities are sorted by intensity.  *in descending order of*  The above
bases would be sorted as follows:

```
        A    -> 43
20      G    -> 30
        T    -> 10
        C    ->  6
```

Next, the highest intensity base is compared to the second
highest intensity base.  Thus, the ratio of the intensity of
25 base A to the intensity of base G is calculated as follows:
A:G = 43 / 30 = 1.4.  The ratio A:G is then compared to a
predetermined ratio cutoff, which is a number that specifies
the ratio required to identify the unknown base.  For example,
if the ratio cutoff is 1.2, the ratio A:G is greater than the
30 ratio cutoff (1.4 > 1.2) and the unknown base is called by the
mutation probe containing the mutation A.  As probes are
complementary to the sample sequence, the sample sequence is
called as having a mutation T, resulting in a called sample
sequence of 5'-ATGTGGATAGTTGTA-3'.  *(SEE ID NO: 2)*

35          As another example, suppose everything else is the
same as in the previous example except that the sorted
background adjusted intensities were as follows:

```
        C    -> 42
        A    -> 40
40      G    -> 10
        T    ->  8
```

IAFP00000203

15

The ratio of the highest intensity base to the second highest
intensity base (C:A) is 1.05.  Because this ratio is not
greater than the ratio cutoff of 1.2, the unknown base will be
called as being ambiguously one of two or more bases as
5      follows.

The second highest intensity base is then compared
to the third highest base.  The ratio of A:G is 4.  The ratio
of A:G is then compared to the ratio cutoff of 1.2.  As the
ratio A:G is greater than the ratio cutoff (4 > 1.2), the
10      unknown base is called by the mutation probes containing the
mutations C or A.  As probes are complementary to the sample
sequence, the sample sequence is called as having either a
mutation G or T, resulting in a sample sequence of 5'-
ATGTGGAKAGTTGTA-3', where K is the IUPAC code for G or T(U).
                 (SEQ ID NO:3)
15      The ratio cutoff in the previous examples was equal
to 1.2.  However, the ratio cutoff will generally need to be
adjusted to produce optimal results for the specific chip
design and wild-type target.  Also, although the ratio cutoff
used has been the same for each ratio comparison, the ratio
20      cutoff may vary depending on whether the ratio comparisons
involve the highest, second highest, third highest, etc.
intensity base.

Fig. 3 illustrates the high level flow of the
intensity ratio method.  At step 302 the four base intensities
25      are adjusted by subtracting the background or "blank" cell
intensity from each base intensity.  Preferably, if a base
intensity is then less than or equal to zero, the base
intensity is set equal to a small positive number to prevent
division by zero or negative numbers in future calculations.
30      At step 304 the base intensities are sorted by
intensity.  Each base is then associated with a number from 1
to 4.  The base with the highest intensity is 1, second
highest 2, third highest 3, and fourth highest 4.  Thus, the
intensity of base 1 ≥ base 2 ≥ base 3 ≥ base 4.
35      At step 306 the highest intensity base (base 1) is
checked to see if it has sufficient intensity to call the
unknown base.  The intensity is checked by determining if the
intensity of base 1 is greater than a predetermined background

IAFP00000204

16

difference cutoff.  The background difference cutoff is a
number that specifies the intensity a base intensity must be
over the background intensity in order to correctly call the
unknown base.  Thus, the background adjusted base intensity
must be greater than the background difference cutoff or the
unknown is not callable.

     If the intensity of base 1 is not greater than the
background difference cutoff, the unknown base is assigned the
code N (insufficient intensity) as shown at step 308.
Otherwise, the ratio of the intensity of base 1 to base 2 is
calculated as shown at step 310.

     At step 312 the ratio of intensity of base 1:2 is
compared to the ratio cutoff.  If the ratio 1:2 is greater
than the ratio cutoff, the unknown base is called as the
complement of the highest intensity base (base 1) as shown at
step 314.  Otherwise, the ratio of the intensity of base 2 to
base 3 is calculated as shown at step 316.

     At step 318 the ratio of intensity of base 2:3 is
compared to the ratio cutoff.  If the ratio 2:3 is greater
than the ratio cutoff, the unknown base is called as being an
ambiguity code specifying the complements of the highest or
second highest intensity bases (base 1 or 2) as shown at step
320.  Otherwise, the ratio of the intensity of base 3 to base
4 is calculated as shown at step 322.

     At step 324 the ratio of intensity of base 3:4 is
compared to the ratio cutoff.  If the ratio 3:4 is greater
than the ratio cutoff, the unknown base is called as being an
ambiguity code specifying the complements of the highest,
second highest, or third highest bases (base 1, 2 or 3) as
shown at step 326.  Otherwise, the unknown base is assigned
the code X (insufficient discrimination) as shown at step 328.

     The advantage of the intensity ratio method is that
it is very accurate when there is good discrimination between
the fluorescence intensities of hybrid matches and hybrid
mismatches.  However, if the base corresponding to a correct
hybrid gives a lower intensity than a mismatch (e.g., as a
result of cross-hybridization), incorrect identification of
the base will result.  For this reason, however, the method is

IAFP00000205

17

useful for comparative assessment of hybridization quality and
as an indicator of sequence-specific problem spots.  For
example, the intensity ratio method has been used to determine
that ambiguities and miscalls tend to be very different from
5    sequence to sequence, and reflect predominantly the
composition and repetitiveness of the sequence.  It has also
been used to assess improvements obtained by varying
hybridization conditions, sample preparation, and post-
hybridization treatments (e.g., RNase treatment).

10

III. Reference Method
        The reference method is a method of calling bases in
a sample nucleic acid sequence.  The reference method depends
very little on discrimination between the fluorescence
15    intensities of hybrid matches and hybrid mismatches, and
therefore is much less sensitive to cross-hybridization.  The
method compares the probe intensities of a reference sequence
to the probe intensities of a sample sequence.  Any
significant changes are flagged as possible mutations.  There
20    are two implementations of the reference method disclosed
herein.
        For simplicity, the reference method will be
described as being used to identify one unknown base in a
sample nucleic acid sequence.  In practice, the method is used
25    to identify many or all the bases in a nucleic acid sequence.
        The unknown base will be called by comparing the
probe intensities of a reference sequence to the probe
intensities of a sample sequence.  Preferably, the probe
intensities of the reference sequence and the sample sequence
30    are from chips having the same chip wild-type.  However, the
reference sequence may or may not be exactly the same as the
chip wild-type, as it may have mutations.
        The bases at the same position in the reference and
sample sequences will each be associated with up to four
35    mutation probes and a "blank" cell.  The unknown base in the
sample sequence is called by comparing probe intensities of
the sample sequence to probe intensities of the reference
sequence.  For example, suppose the chip wild-type contains

IAFP00000206

18

the sequence 5'-AGACCTTGC-3' and it is suspected that the
sample has a possible mutation at the underlined base
position, which is the unknown base that will be called by the
reference method.  The "mutation" probes for the sample
sequence may be as follows:  3'-GAAA, 3'-GCAA, 3'-GGAA, and
3'-GTAA, where 3'-GGAA is the wild-type probe.

Suppose further that a reference sequence, which
differs from the chip wild-type by one base mutation, has the
sequence 5'-AGACATTGC-3' where the mutation base is
underlined.  The "mutation" probes for the reference sequence
may be as follows:  3'-TGAAA, 3'-TGCAA, 3'-TGGAA, and 3'-
TGTAA, where 3'-TGTAA is the reference wild-type probe since
the reference sequence is known.  Although generally the
sample and reference sequences were tiled with the same chip
wild-type, this is not required, and the tiling methods do not
have to be identical as shown in the example. *by the use of two probe lengths*  Thus, the
unknown base will be called by comparing the "mutation" probes
of the sample sequence to the "mutation" probes of the
reference sequence.  As before, because each mutation probe is
identifiable by the mutation base, the mutation probes'
intensities will be referred to *as* the "base intensities" of
their respective mutation bases.

As a simple example of one implementation of the
reference method, suppose a gene of interest (target) has the
sequence 5'-AAAACTGAAA-3'. *(SEQ ID NO:4)*  Suppose a reference sequence has
the sequence 5'-AAAACCGAAA-3', which differs from the target
sequence by the underlined base.  The reference sequence is
marked and exposed to probes on a chip with the target
sequence being the chip wild-type.  Suppose further that a
sample sequence is suspected to have the same sequence as the
target sequence except for a mutation at the underlined base
position in 5'-AAAACTGAAA-3'. *(SEQ ID NO:5)*  The sample sequence is also
marked and exposed to probes on a chip with the target
sequence being the chip wild-type.  After hybridization and
scanning, the following probe intensities (not actual data)
were found for the respective complementary probes:

19

```
     Reference                Sample
     3'-TGAC  -> 12           3'-GACT  -> 11
     3'-TGCC  ->  9           3'-GCCT  -> 30
     3'-TGGC  -> 80           3'-GGCT  -> 60
5    3'-TGTC  -> 15           3'-GTCT  ->  6
```

Although each fluorescence intensity is from a probe, the
probes may be identified by their unique mutation base so the
bases may be said to have the following intensities:

```
     Reference                Sample
10   A   -> 12                A   -> 11
     C   ->  9                C   -> 30
     G   -> 80                G   -> 60
     T   -> 15                T   ->  6
```

Thus, base A of the reference sequence will be described as
15  having an intensity of 12, which corresponds to the intensity
of the mutation probe with the mutation base A.  The reference
method will now be described as calling the unknown base in
the sample sequence by using these intensities.

20      Fig. 4A illustrates the high level flow of one
implementation of the reference method.  For illustration
purposes, the reference method is described as filling in the
columns (identified by the numbers along the bottom) of the
analysis table shown in Fig. 4B.  However, the generation of
an analysis table is not necessary to practice the method.
25  The analysis table is shown to aid the reader in understanding
the method.

        At step 402 the four base intensities of the
reference and sample sequences are adjusted by subtracting the
background or "blank" cell intensity from each base intensity.
30  Each set of "mutation" probes has an associated "blank" cell.
Suppose that the reference "blank" cell intensity is 1 and the
sample "blank" cell intensity is 2.  The base intensities are
then background subtracted as follows:

```
     Reference                Sample
35   A   -> 12 - 1 = 11       A   -> 11 - 2 = 9
     C   ->  9 - 1 = 8        C   -> 30 - 2 = 28
     G   -> 80 - 1 = 79       G   -> 60 - 2 = 58
     T   -> 15 - 1 = 14       T   ->  6 - 2 = 4
```

Preferably, if a base intensity is then less than or equal to
40  zero, the base intensity is set equal to a small positive
number to prevent division by zero or negative numbers in
future calculations.

20

*a*                    For identification, the position of ~~the bases~~ *each base* of
interest in the reference and sample sequences is placed in
column 1 of the analysis table.  Also, since the reference
sequence is a known sequence, the base at this position is
5        known and is referred to as the reference wild-type.  The
reference wild-type is placed in column 2 of the analysis
table, which is C for this example.
            At step 404 the base intensity associated with the
reference wild-type (column 2 of the analysis table) is
10       checked to see if it has sufficient intensity to call the
unknown base.  In this example, the reference wild-type is C.
However, the base intensity associated with the wild-type is
the G base intensity, which is 79 in this example.  This is
because the base intensities actually represent the
15       complementary "mutation" probes.  The G base intensity is
checked by determining if its intensity is greater than a
predetermined background difference cutoff.  The background
difference cutoff is a number that specifies the intensity the
base intensities must be above the background intensity in
20       order to correctly call the unknown base.  Thus, the base
intensity associated with the reference wild-type must be
greater than the background difference cutoff or the unknown
base is not callable.
            If the background difference cutoff is 5, the base
25       intensity associated with the reference wild-type has
sufficient intensity (79 > 5) so a P (pass) is placed in
column 3 of the analysis table as shown at step 406.
Otherwise, at step 407 an F (fail) is placed in column 3 of
the analysis table.
30          At step 408 the ratio of the base intensity
associated with the reference wild-type to each of the
possible bases are calculated.  The ratio of the base
intensity associated with the reference wild-type to itself
will be 1 and the other ratios will usually be greater than 1.
35       The base intensity associated with the reference wild-type is
G so the following ratios are calculated:

IAFP00000209

21

```
G:A  -> 79 / 11 = 7.2
G:C  -> 79 / 8 = 9.9
G:G  -> 79 / 79 = 1.0
G:T  -> 79 / 14 = 5.6
```

These ratios are placed in columns 4 through 7 of the analysis table, respectively.

At step 410 the highest base intensity associated with the sample sequence is checked to see if it has sufficient intensity to call the unknown base. The highest base intensity is checked by determining if the intensity is greater than the background difference cutoff. Thus, the highest base intensity must be greater than the background difference cutoff or the unknown base is not callable.

Again, if the background difference cutoff is 5, the highest base intensity, which is G in this example, has sufficient intensity (58 > 5) so a P (pass) is placed in column 8 of the analysis table as shown at step 412. Otherwise, at step 413 an F (fail) is placed in column 8 of the analysis table.

At step 414 the ratios of the highest base intensity of the sample to each of the possible bases are calculated. The ratio of the highest base intensity to itself will be 1 and the other ratios will usually be greater than 1. Thus, the highest base intensity is G so the following ratios are calculated:

```
G:A  -> 58 / 9 = 6.4
G:C  -> 58 / 28 = 2.3
G:G  -> 58 / 58 = 1.0
G:T  -> 58 / 4 = 14.5
```

These ratios are placed in columns 9 through 12 of the analysis table, respectively.

At step 416 if both the reference and sample sequence probes failed to have sufficient intensity to call the unknown base, meaning there is an 'F' in columns 3 and 8 of the analysis table, the unknown base is assigned the code N (insufficient intensity) as shown at step 418. An 'N' is placed in column 17 of the analysis table. Additionally, a confidence code of 9 is placed in column 18 of the analysis table where the confidence codes have the following meanings:

IAFP00000210

22

| Code | Meaning |
|------|---------|
| 0 | Probable reference wild-type |
| 1 | Probable mutation |
| 2 | Reference sufficient intensity, insufficient intensity in sample suggests possible mutation |
| 3 | Borderline differences, unknown base ambiguous |
| 4 | Sample sufficient intensity, insufficient intensity in reference to allow comparison |
| 5-8 | Currently unassigned |
| 9 | Insufficient intensity in reference and sample, no interpretation possible |

The confidence codes are useful for indicating to the user the resulting analysis of the reference method.

At step 420 if only the reference sequence probes failed to have sufficient intensity to call the unknown base, meaning there is an 'F' in column 3 and a 'P' in column 8 of the analysis table, the unknown base is assigned the code N (insufficient intensity) as shown at step 422. An 'N' is placed in column 17 and a confidence code of 4 is placed in column 18 of the analysis table.

At step 424 if only the sample sequence probes failed to have sufficient intensity to call the unknown base, meaning there is a 'P' in column 3 and a 'F' in column 8 of the analysis table, the unknown base is assigned the code N (insufficient intensity) as shown at step 426. An 'N' is placed in column 17 and a confidence code of 2 is placed in column 18 of the analysis table.

In this example, both the reference and sample sequence probes have sufficient intensity to call the unknown base. At step 428 the ratios of the reference ratios to the sample ratios for each base type are calculated. Thus, the ratio A:A (column 4 to column 9) is placed in column 13 of the analysis table. The ratio C:C (column 5 to column 10) is placed in column 14 of the analysis table. The ratio G:G (column 6 to column 11) is placed in column 15 of the analysis table. Lastly, the ratio T:T (column 7 to column 12) is placed in column 16 of the analysis table. These ratios are calculated as follows:

IAFP00000211

23

```
A:A  -> 7.2 /  6.4 = 1.1
C:C  -> 9.9 /  2.3 = 4.3
G:G  -> 1.0 /  1.0 = 1.0
T:T  -> 5.6 / 14.5 = 0.4
```

5   The unknown base is called by comparing these ratios of ratios
to two predetermined values as follows.

At step 430 if all the ratios of ratios (columns 13
to 16 of the analysis table) are less than a predetermined
lower ratio cutoff, the unknown base is assigned the code of
10  the reference wild-type as shown at step 432.  Thus, the code
for the reference wild-type (as shown in column 2) would be
placed in column 17 and a confidence code of 0 *would be* placed in
column 18 of the analysis table.

At step 434 if all the ratios of ratios are less
15  than a predetermined upper ratio cutoff, the unknown base is
assigned an ambiguity code that indicates the unknown base may
be any one of the bases that has a complementary ratio of
ratios greater than the lower ratio cutoff and less than the
upper ratio cutoff as shown at step 436.  Thus, if the ratio
20  of ratios for A:A, C:C and G:G are all greater than the lower
ratio cutoff and less than the upper ratio cutoff, the unknown
base would be assigned the code B (meaning "not A").  This is
because the ratios of ratios are complementary to their
respective base as follows:
25      A:A  -> T
        C:C  -> G
        G:G  -> C
so the unknown base *would be* called as being either C, G, or T,
which is identified by the IUPAC code B.  This ambiguity code
30  *would be* placed in column 17 and a confidence code of 3 would be
placed in column 18 of the analysis table.

At step 438 at least one of the ratios of ratios is
greater than the upper ratio cutoff and the unknown base is
called as the base complementary to the highest ratio of
35  ratios.  The code for the base complementary to the highest
ratio of ratios would be placed in column 17 and a confidence
code of 1 *would be* placed in column 18 of the analysis table.

Assume for the purposes of this example that the
lower ratio cutoff is 1.5 and the upper ratio cutoff is 3.
40  Again, the ratios of ratios are as follows:
```

24

```
A:A  -> 1.1
C:C  -> 4.3
G:G  -> 1.0
T:T  -> 0.4
```

5      As all the ratios of ratios are not less than the upper ratio
       cutoff, the unknown base is called the base complementary to
       the highest ratio of ratios.  The highest ratio of ratios is
       C:C, which has a complementary base G.  Thus, the unknown base
       is called G which is placed in column 17 and a confidence code
10     of 1 is placed in column 18 of the analysis table.

              The example shows how the unknown base in the sample
       nucleic acid sequence was correctly called as base G.
       Although the complementary "mutation" probe associated with
       the base G (3'-GCCT) did not have the highest fluorescence
15     intensity, the unknown base was called as base G because the
       associated "mutation" probe had the highest ratio increase
       over the other "mutation" probes.

              Fig. 5A illustrates the high level flow of another
       implementation of the reference method.  As in the previous
20     implementation, this implementation also compares the probe
       intensities of a reference sequence to the probe intensities
       of a sample sequence.  However, this implementation differs
       conceptually from the previous implementation in that
       neighboring probe intensities are also analyzed, resulting in
25     more accurate base calling.

              As a simple example of this implementation of the
       reference method, suppose a reference sequence has a sequence
       *(SEQ ID NO:6)*
       of 5'-AAACCCAATCCACATCA-3', and a sample sequence has a
       *(SEQ ID NO:7)*
       sequence of 5'-AAACCCAGTCCACATCA-3', where the mutant base is
30     underlined.  Thus, there is a mutation of A to G.  Suppose
       further that the reference and sample sequences are tiled on
       chips with the reference sequence being the chip wild-type.
       This implementation of the reference method will be described
       as identifying this mutation base.

35            For illustration purposes, this implementation of
       the reference method is described as filling in a data table
       *(SEQ ID NO:6, SEQ ID NO:31 and SEQ ID NO:24)*
       shown in Fig. 5B.  Although the data table contains more data
       than is required for this implementation, the portions of the
       data table that are produced by steps in Fig. 5A are shown

IAFP00000213

25

with the same reference numerals.  The generation of a data
table is not necessary, however, and is shown to aid the
reader in understanding the method.  The mutant base position
is at position 241 in the reference and sample sequences,
which is shown in bold in the data table.

At step 502 the base intensities of the reference
and sample sequences are adjusted by subtracting the
background or "blank" cell intensity from each base intensity.
Preferably, if a base intensity is then less than or equal to
zero, the base intensity is set equal to a small positive
number to prevent division by zero or negative numbers.  In the
data table, data 502A is the background subtracted base
intensities for the reference sequence and data 502B is the
background subtracted base intensities for the sample sequence
(also called the "mutant" sequence in the data table).

At step 504 the base intensity associated with the
reference wild-type is checked to see if it has sufficient
intensity to call the unknown base.  In this example, the
reference wild-type is base A at position 241.  The base
intensity associated with the reference wild-type is
identified by a lower case "a" in the left hand column.  Thus,
the base intensities in the data table are not identified by
their complements and the reference wild-type at the mutation
position has an intensity of 385.  The reference wild-type
intensity of 385 is checked by determining if its intensity is
greater than a predetermined background difference cutoff.
The background difference cutoff is a number that specifies
the intensity the base intensities must be over the background
intensity in order to correctly call the unknown base.  Thus,
the base intensity associated with the reference wild-type
must be greater than the background difference cutoff or the
unknown base is not callable.

If the base intensity associated with the reference
wild-type is not greater than the background difference
cutoff, the wild-type sequence would fail to have sufficient
intensity as shown at step 506.  Otherwise, at step 508 the
wild-type sequence would pass by having sufficient intensity.

IAFP00000214

26

At step 510 calculations are performed on the background subtracted base intensities of the reference sequence in order to "normalize" the intensities. Each position in the reference sequence has four background
5    subtracted base intensities associated with it. The ratio of the intensity of each base to the sum of the intensities of the possible bases (all four) is calculated, resulting in four ratios, one for each base as shown in the data table. Thus, the following ratios would be calculated at each position in
10   the reference sequence:

        A ratio = A / (A + C + G + T)
        C ratio = C / (A + C + G + T)
        G ratio = G / (A + C + G + T)
        T ratio = T / (A + C + G + T)

15   At position 241, A ratio would be the wild-type ratio. These ratios are generally calculated in order to "normalize" the intensity data as the photon counts may vary widely from experiment to experiment. Thus, the ratios provide a way of reconciling the intensity variations between experiments.
20   Preferably, if the photon counts do not vary widely from experiment to experiment, the probe intensities do not need to be "normalized."

        At step 512 the highest base intensity associated with the sample sequence is checked to see if it has
25   sufficient intensity to call the unknown base. The intensity is checked by determining if the highest intensity sample base is greater than the background difference cutoff. If the intensity is not greater than the background difference cutoff, the sample sequence fails to have sufficient intensity
30   as shown at step 514. Otherwise, at step 516 the sample sequence passes by having sufficient intensity.

        At step 518 calculations are performed on the background subtracted base intensities of the sample sequence in order to "normalize" the intensities. Each position in the
35   sample sequence has four background subtracted base intensities associated with it. The ratios of the intensity of each base to the sum of the intensities of the possible bases (all four) are calculated, resulting in four ratios, one for each base as shown in the data table.

27

At step 520 if either the reference or sample sequences failed to have sufficient intensity, the unknown base is assigned the code N (insufficient intensity) as shown at step 522.

At step 524 the normalized base intensities [*intensity ratios*] of the reference sequence are subtracted from the normalized base intensities [*intensity ratios*] of the sample sequence. Thus, at each position the following calculations are performed:

A Difference = Sample A Ratio - Reference A Ratio
C Difference = Sample C Ratio - Reference C Ratio
G Difference = Sample G Ratio - Reference G Ratio
T Difference = Sample T Ratio - Reference T Ratio

where the reference and sample ratios are calculated at steps 510 and 518, respectively. The base differences resulting from these calculations are shown in the data table.

At step 526 each position is checked to see if there is a base difference greater than an upper difference cutoff and a base difference lower than a lower difference cutoff. For example, Fig. 5C shows a graph the normalized sample base intensities minus the normalized reference base intensities. Suppose that the upper difference cutoff is 0.15 and the lower difference cutoff is -0.15 as shown by the horizontal lines in Fig. 5C. At the mutation position (labeled with a reference 0), the G difference is 0.28 which is greater than 0.15, the upper difference cutoff. Similarly, the A difference is -0.32 which is less than -0.15, the lower difference cutoff. As there is a base difference above the upper difference cutoff and a base difference below the lower difference cutoff, there may be mutation at this position.

If there is [*neither*] not a base difference above the upper difference cutoff [*nor*] and a base difference below the lower difference cutoff, the base at that position is assigned the code of the reference wild-type base as shown at step 528.

At step 530 the ratio of the highest background subtracted base intensity in the sample to the background subtracted reference wild-type base intensity is calculated. For example, at the mutation position 241 in the data table, the *highest background subtracted base intensity in the sample is 571 (base G)*. The background subtracted reference wild-

IAFP00000216

28

type base intensity is 385 (base A). Thus, the ratio of 571:385 is calculated and results in 1.48 as shown in the data table.

At step 532 these ratios are compared to a ratio at
5  a neighboring position. The ratio for the $n^{th}$ position is subtracted from the ratio for the $r^{th}$ position, where $r = n + 1$. For example, at the mutation position 241 in the data table, the ratio at position 242 (which equals 1.02) is subtracted from the ratio at position 241 (which equals 1.48).
10  It has been found that a mutant can be confidently detected by analyzing the difference of these neighboring ratios.

Fig. 5D shows other graphs of data in the data table. Of particular importance is the graph identified as 532 because this is a graph of the calculations at step 532.
15  The pattern shown in a box in graph 532 has been found to be characteristic of a mutation. Thus, if this pattern is detected, the base is called as the base (or bases) with a normalized difference greater than the upper difference cutoff as shown at step 536. For example, the pattern was detected
20  and at step 526 it was shown that base G had a normalized difference of 0.28, which is greater than the upper difference cutoff of 0.15. Therefore, the base at position 241 in the sample sequence is called a base G, which is a mutation from the reference sequence (A to G).
25  If the pattern is not detected at step 534, the base at that position is assigned the code of the reference wild-type base as shown at step 538.

This second implementation of the reference method is preferable in some instances as it takes into account probe
30  intensities of neighboring probes. Thus, the first implementation may not have detected the A to G mutation in this example.

The advantage of the reference method is that the correct base can be called even in the presence of significant
35  levels of cross-hybridization, as long as ratios of intensities are fairly consistent from experiment to experiment. In practice, the number of miscalls and ambiguities is significantly reduced, while the number of

29

correct calls is actually increased, making the reference
method very useful for identifying candidate mutations.  The
reference method has also been used to compare the
reproducibility of experiments in terms of base calling.

5

IV.  Statistical Method

The statistical method is a method of calling bases
in a sample nucleic acid sequence.  The statistical method
utilizes the statistical variation across experiments to call
10  the bases.  Therefore, the statistical method *as good at
calling bases if* data from multiple experiments is available
and the data is fairly consistent ~~among~~ the experiments.  The
method compares the probe intensities of a sample sequence to
statistics of probe intensities of a reference sequence in
15  multiple experiments.

For simplicity, the statistical method will be
described as being used to identify one unknown base in a
sample nucleic acid sequence.  In practice, the method is used
to identify many or all the bases in a nucleic acid sequence.
20      The unknown base will be called by comparing the
probe intensities of a sample sequence to statistics on probe
intensities of a reference sequence in multiple experiments.
Generally, the probe intensities of the sample sequence and
the reference sequence experiments are from chips having the
25  same chip wild-type.  However, the reference sequence may or
may not be equal to the chip wild-type, as it may have
mutations.

A base at the same position in the reference and
sample sequences will be associated with up to four mutation
30  probes and a "blank" cell.  As before, because each mutation
probe is identifiable by the mutation base, the mutation
probes' intensities will be referred to as the "base
intensities" of their respective mutation bases.

As a simple example of the statistical method,
35  suppose a gene of interest (target) has the sequence 5'-
AAAACTGAAAA-3' (SEQ ID NO:4).  Suppose a reference sequence has the sequence
5'-AAAACCGAAAA-3' (SEQ ID NO:5), which differs from the target sequence by
the underlined base.  Suppose further that a sample sequence

IAFP00000218

30

is suspected to have the same sequence as the target sequence
except for a T base mutation at the underlined base position
in 5'-AAAACTGAAAA-3'. *(SEQ ID NO: 4)* Suppose that in multiple experiments
the reference sequence is marked and exposed to probes on a
chip.    Suppose further the sample sequence is also marked and
exposed to probes on a chip.

The following are complementary "mutation" probes
that could be used for a reference experiment and the sample
sequence:

| Reference | Sample |
|-----------|--------|
| 3'-TGAC | 3'-GACT |
| 3'-TGCC | 3'-GCCT |
| 3'-TGGC | 3'-GGCT |
| 3'-TGTC | 3'-GTCT |

The "mutation" probes shown for the reference sequence may be
from only one experiment, the other experiments may have
different "mutation" probes, chip wild-types, tiling methods,
and the like.  Although each fluorescence intensity is from a
probe, since the probes may be identified by their unique
mutation bases, the probe intensities may be identified by
their respective bases as follows:

| Reference | | Sample | |
|-----------|---|--------|---|
| 3'-TGAC | -> A | 3'-GACT | -> A |
| 3'-TGCC | -> C | 3'-GCCT | -> C |
| 3'-TGGC | -> G | 3'-GGCT | -> G |
| 3'-TGTC | -> T | 3'-GTCT | -> T |

Thus, base A of the reference sequence will be described as
having an intensity which corresponds to the intensity of the
mutation probe with the mutation base A.  The statistical
method will now be described as calling the unknown base in
the sample sequence by using this example.

Fig. 6 illustrates the high level flow of the
statistical method.  At step 602 the four base intensities
associated with the sample sequence and each of the multiple
reference experiments are adjusted by subtracting the
background or "blank" cell intensity from each base intensity.
Preferably, if a base intensity is then less than or equal to
zero, the base intensity is set equal to a small positive
number to prevent division by zero or negative numbers.

At step 604 the intensities of the reference wild-
type bases in the multiple experiments are checked to see if

IAFP00000219

31

they all have sufficient intensity to call the unknown base.
The intensities are checked by determining if the intensity of
the reference wild-type base of an experiment is greater than
a predetermined background difference cutoff.  The wild-type
5    probe shown earlier for the reference sequence is 3'-TGGC, and
thus the G base intensity is the wild-type base intensity.
These steps are analogous to steps in the other two methods
described herein.

If the intensity of any one of the reference wild-
10   type bases is not greater than the background difference
cutoff, the wild-type experiments fail to have sufficient
intensity as shown at step 606.  Otherwise, at step 608 the
wild-type experiments pass by having sufficient intensity.

At step 610 calculations are performed on the
15   background subtracted base intensities of each of the
reference experiments in order to "normalize" the intensities.
Each reference experiment has four background subtracted base
intensities associated with it:  one wild-type and three for
the other possible bases.  In this example, the G base
20   intensity is the wild-type, the A, C, and T base intensities
being the "other" intensities.  The ratios of the intensity of
each base to the sum of the intensities of the possible bases
(all four) are calculated, giving one wild-type ratio and
three "other" ratios.  Thus, the following ratios would be
25   calculated:

A ratio = A / (A + C + G + T)
C ratio = C / (A + C + G + T)
G ratio = G / (A + C + G + T)
T ratio = T / (A + C + G + T)

30   where G ratio is the wild-type ratio and A, C, and T ratios
are the "other" ratios.  These four ratios are calculated for
each reference experiment.  Thus if the number of reference
experiments is n, there would be 4n ratios calculated.  These
ratios are generally calculated in order to "normalize" the
35   intensity data, as the photon counts may vary widely from
experiment to experiment.  However, if the probe intensities
do not vary widely from experiment to experiment, the probe
intensities do not need to be "normalized."

IAFP00000220

32

At step 612 statistics are prepared for the ratios calculated for each of the reference experiments.  As stated before, each reference experiment will be associated with one wild-type ratio and three "other" ratios.  The mean and
5    standard deviation are calculated for all the wild-type ratios.  The mean and standard deviation are also calculated for each of the other ratios, resulting in three other means and standard deviations for each of the bases that is not the wild-type base.  Therefore, the following would be calculated:
10       Mean and standard deviation of A ratios
         Mean and standard deviation of C ratios
         Mean and standard deviation of G ratios
         Mean and standard deviation of T ratios
     where the mean and standard deviation of the G ratios are also
15   known as the wild-type mean and the wild-type standard deviation, respectively.  The mean and standard deviation of the A, C, and T means and standard deviations are also known collectively as the "other" means and standard deviations.
         Suppose that the preceding calculations produced the
20   following data:
         A ratios  ->   mean = 0.16    std. dev. = 0.003
         C ratios  ->   mean = 0.03    std. dev. = 0.002
         G ratios  ->   mean = 0.71    std. dev. = 0.050
         T ratios  ->   mean = 0.11    std. dev. = 0.004
25       In one embodiment, the steps up to and including step 612 are performed in a preprocessing stage for the multiple wild-type experiments.  The results of the preprocessing stage are stored in a file so that the reference calculations do not have to be repeatedly calculated, which
30   results in increased performance.  Microfiche Appendices C and D contain the programming code to perform the preprocessing stage.
         At step 614 the highest base intensity associated with the sample sequence is checked to see if it has
35   sufficient intensity to call the unknown base.  The intensity is checked by determining if the highest intensity unknown base is greater than the background difference cutoff.  If the intensity is not greater than the background difference cutoff, the sample sequence fails to have sufficient intensity

33

as shown at step 616.  Otherwise, at step 618 the sample
sequence passes by having sufficient intensity.

At step 620 calculations are performed on the four
background subtracted intensities of the sample sequence.  The
ratio of the background subtracted intensity of each base to
the sum of the background subtracted intensities of the
possible bases (all four) is calculated, giving four ratios,
one for each base.  For consistency, the ratio associated with
the reference wild-type base is called the wild-type ratio,
with there being three "other" ratios.  Thus, the following
ratios would be calculated:

```
A ratio = A / (A + C + G + T)
C ratio = C / (A + C + G + T)
G ratio = G / (A + C + G + T)
T ratio = T / (A + C + G + T)
```

where ratio G is the wild-type ratio and ratios A, C, and T
are the "other" ratios.

Suppose the background subtracted intensities
associated with the sample are as follows:

```
A    -> 310
C    -> 50
G    -> 26
T    -> 100
```

Then, the corresponding ratios would be as follows:

```
A ratio = 310 / (310 + 50 + 26 + 100) = 0.64
C ratio =  50 / (310 + 50 + 26 + 100) = 0.10
G ratio =  26 / (310 + 50 + 26 + 100) = 0.05
T ratio = 100 / (310 + 50 + 26 + 100) = 0.21
```

At step 622 if either the reference experiments or
the sample sequence failed to have sufficient intensity, the
unknown base is assigned the code N (insufficient intensity)
as shown at step 624.

At step 626 the wild-type and "other" ratios
associated with the sample sequence are compared to
statistical expressions.  The statistical expressions include
four predetermined standard deviation cutoffs, one associated
with each base.  Thus, there is a standard deviation cutoff
for each of the bases A, C, G, and T.  The standard deviation
cutoffs allow the unknown base to be called with higher
precision because each standard deviation cutoff can be set to

IAFP00000222

34

a different value.  Suppose the standard deviation cutoffs are set as follows:

          A standard deviation cutoff    -> 4
          C standard deviation cutoff    -> 2
5         G standard deviation cutoff    -> 8
          T standard deviation cutoff    -> 4

The wild-type base ratio associated with the sample is compared to a corresponding statistical expression:

          WT ratio ≥ WT mean - (WT std. dev. * WT base std.
10        dev. cutoff)

where the WT base std. dev. cutoff is the standard deviation cutoff for the wild-type base.  As the wild-type base is G, the above comparison solves to the following:

          0.05 ≥ 0.71 - (0.050 * 8)
15        0.05 ≥ 0.31

which is not a true expression (0.05 is not greater than 0.31).

          Each of the "other" ratios associated with the sample is compared to a corresponding statistical expression:

20        Other ratio > Other mean + (Other std. dev. * Other
          base std. dev. cutoff)

where the Other base std. dev. cutoff is the standard deviation cutoff for the particular "other" base.  Thus, the above comparison solves to the following three expressions:

25        A    ->    0.64 > 0.16 + (0.003 * 4)
                     0.64 > 0.17
          C    ->    0.10 > 0.03 + (0.002 * 2)
                     0.10 > 0.03
          T    ->    0.21 > 0.11 + (0.004 * 4)
30                   0.21 > 0.13

which are all true expressions.

          At step 628 if only the wild-type ratio of the sample sequence was greater than the statistical expression, the unknown base is assigned the code of the reference wild-
35  type base as shown at step 630.

          At step 632 if one or more of the "other" ratios of the sample sequence were greater than their respective statistical expressions, the unknown base is assigned an ambiguity code that indicates the unknown base may be any one
40  of the complements of these bases, including the reference wild-type.  In this example, the "other" ratios for A, C, and T were all greater than their corresponding statistical

IAFP00000223

35

expression.  Thus, the unknown base would be called the
complements of these bases, represented by the subset T, G,
and A.  Thus, the unknown base would be assigned the code D
(meaning "not C").

5          If none of the ratios are greater than their
respective statistical expressions, the unknown base is
assigned the code X (insufficient discrimination) as shown at
step 636.

          The statistical method provides accurate base
10    calling because it utilizes statistical data from multiple
reference experiments to call the unknown base.  The
statistical method has also been used to implement confidence
estimates and calling of mixed sequences.

15    V.    Pooling Processing
          The present invention provides pooling processing
which is a method of processing reference and sample nucleic
acid sequences together to reduce variations across individual
experiments.  In the representative embodiment discussed
20    herein, the reference and sample nucleic acid sequences are
labeled with fluorescent markers emitting light at different
wavelengths.  However, the nucleic acids may be labeled with
other types of markers including distinguishable radioactive
markers.

25          After the reference and sample nucleic acid
sequences are labeled with different color fluorescent
markers, the labeled reference and sample nucleic acid
sequences are then combined and processed together.  An
apparatus for detecting targets labeled with different markers
30    is provided in U.S. Application No. 08/195,889 and is hereby
incorporated by reference for all purposes.

          Fig. 7 illustrates the pooling processing of a
reference and sample nucleic acid sequence.  At step 702 a
reference nucleic acid sequence is marked with a fluorescent
35    dye, such as a fluorescein.  At step 704 a sample nucleic acid
sequence is marked with a dye that, upon excitation, emits
light that of a different wavelength than the fluorescent dye

IAFP00000224

36

of the reference sequence.  For example, the sample nucleic
acid sequence may be marked with rhodamine.

At step 706 the labeled reference sequence and the
labeled sample sequence are combined.  After this step,
5  processing continues in the same manner as for only one
labeled sequence.  At step 708 the sequences are fragmented.
The fragmented nucleic acid sequences are then hybridized on a
chip containing probes as shown at step 710.

At step 712 a scanner generates image files that
10  indicate the locations where the labeled nucleic acids bound
to the chip.  In general, the scanner generates an image file
by focusing excitation light on the hybridized chip and
detecting the fluorescent light that is emitted.  The marker
emitting the fluorescent light can be identified by the
15  wavelength of the light.  For example, the fluorescence peak
of fluorescein is about 530 nm while that of a typical
rhodamine dye is about 580 nm.

The scanner creates an image file for the data
associated with each fluorescent marker, indicating the
20  locations where the correspondingly labeled nucleic acid bound
to the chip.  Based upon an analysis of the fluorescence
intensities and locations, it becomes possible to extract
information such as the monomer sequence of DNA or RNA.

Pooling processing reduces variations across
25  individual experiments because much of the test environment is
common.  Although pooling processing has been described as
being used to improve the combined processing of reference and
sample nucleic acid sequences, the process may also be used
for two reference sequences, two sample sequences, or multiple
30  sequences by utilizing multiple distinguishable markers.

VI.  Comparative Analysis (ViewSeq™)

The present invention provides a method of
comparative analysis and visualization of multiple
35  experiments.  The method allows the intensity ratio,
reference, and statistical methods to be run on multiple
datafiles simultaneously.  This permits different experimental
conditions, sample preparations, and analysis parameters to be

37

compared in terms of their effects on sequence calling.  The
method also provides verification and editing functions, which
are essential to reading sequences, as well as navigation and
analysis tools.

5          Fig. 8 illustrates the main screen and the
associated pull down menus for comparative analysis and
visualization of multiple experiments.  The windows shown are
from an appropriately programmed Sun Workstation.  However,
the comparative analysis software may also be implemented on
10    or ported to a personal computer, including IBM PCs and
compatibles, or other workstation environments.  A window 802
is shown having pull down menus for the following functions:
File 804, Edit 806, View 808, Highlight 810, and Help 812.

          The main section of the window is divided into a
15    reference sequence area 814 and a sample sequence area 816.
The reference sequence area is where known sequences are
displayed and is divided into a reference name subarea 818 and
reference base subarea 820.  The reference name subarea is
shown with filenames that contain the reference sequences.
20    The chip wild-type is identified by the filename with the
extension ".wt#" where the # indicates a unit on the chip.
The reference base subarea contains the bases of the reference
sequences.  A capital C 822 is displayed to the right of the
reference sequence that is the chip wild-type for the current
25    analysis.  Although the chip wild-type sequence has associated
fluorescence intensities, the other reference sequences shown
below the chip wild-type may be known sequences that have not
been tiled on the chip.  These may or may not have associated
fluorescence intensities.  The reference sequences other than
30    the chip wild-type are used for sequence comparisons and may
be in the form of simple ASCII text files.

          Sample sequence area 816 is where sample or unknown
experimental sequences are displayed for comparison with the
reference sequences.  The sample sequence area is divided into
35    a sample name subarea 824 and sample base subarea 826.  The
sample name subarea is shown with filenames that contain the
sample sequences.  The filename extensions indicate the method
used to call the sample sequence where ".cg#" denotes the

IAFP00000226

38

intensity ratio method, ".rq#" denotes the reference method,
and ".sq#" denotes the statistical method (# indicates the
unit on the chip). The sample base subarea contains the bases
of the sample sequences. The bases of the sample sequences
5   are identified by the codes previously set forth which, for
the most part, conform to the IUPAC standard.

Window 802 also contains a message panel 828. When
the user selects a base with an input device in the reference
or sample base subarea, the base becomes highlighted and the
10  pathname of the file containing the base is displayed in the
message panel. The base's position in the nucleic acid
sequence is also displayed in the message panel.

In pull down menu File 804, the user is able to load
files of experimental sequences that have been tiled and
15  scanned on a chip. There is a chip wild-type associated with
each experimental sequence. The chip wild-type associated
with the first experimental sequence loaded is read and shown
as the chip wild-type in reference sequence area 814. The
user is also able to load files of known nucleic acid
20  sequences as reference sequences for comparison purposes. As
before, these known reference sequences may or may not have
associated probe intensity data. Additionally, in this menu
the user is able to save sequences that are selected on the
screen into a project file that can be loaded in at a later
25  time. The project file also contains any linkage of the
sequences, where sequences are linked for comparison purposes.
~~individual sequences,~~ both reference and sample, are ~~selected~~
by selecting the sequence filename with an input device in the
reference or sample name subareas.

30  In pull down menu Edit 806, the user is able to link
together sequences in the reference and sample sequence areas.
After the user has selected one reference and one or more
sample sequences, the sample sequences can be linked to the
reference sequence by selecting an entry in the pull down
35  menu. Once the sequences are linked, a link number 830 is
displayed next to each of the linked sequences. Each group of
linked sequences is associated with a unique link number, so
the user can easily identify which sequences are linked

39

together. Linking sequences permits the user to more easily
compare the linked sequence. The user is also able to remove
and display links in this menu.

In pull down menu View 808, the user is able to
5  display intensity graphs for selected bases. Once a base is
selected in the reference or sample base subareas, the user
may request an intensity graph showing the hybridized probe
intensities of the selected base and a delineated neighborhood
of bases near the selected base. Intensity graphs may be
10  displayed for one or multiple selected bases. The user is
also able to prepare comment files and reports in this menu.

Fig. 9 illustrates an intensity graph window for a
selected base at position 120. The filename containing the
sequence data is displayed at 904. The graph shows the
15  intensities for each of the hybridized probes associated with
a base. Each grouping of four vertical bars on the graph,
which are labeled as "a", "c", "g", and "t" on line 906, shows
the background subtracted intensities of probes having the
indicated substitution base. In one embodiment, the called
20  bases are shown in red. The wild-type base is shown at line
908, the called base is shown at line 910, and the base
position is shown at line 912. In Fig. 9, the base selected
is at position 120 as shown by arrow 914. The wild-type base
at this position is T; however, the called base is M which
25  means the base is either A or C (amino). The user is able to
use intensity graphs to visually compare the intensities of
each of the possible calls.

Fig. 10 illustrates multiple intensity graph windows
for selected bases. There are three intensity graph windows
30  1002, 1004, and 1006 as shown. Each window may be associated
with a different experiment, where the sequence analyzed in
the experiment may be either a reference (if it has associated
probe intensity data as in the chip wild-type) or a sample
sequence. The windows are aligned and a rectangular box 1008
35  shows the selected bases' position in each of the sequences
(position 162 in Fig. 10). The rectangular box aids the user
in identifying the selected bases.

40

Referring again to Fig. 8, in pull down menu Highlight 810, the user is able to compare the sequences of references and samples. At least four comparisons are available to the user, including the following: sample
5    sequences to the chip wild-type sequence, sample sequences to any reference sequences, sample sequences to any linked reference sequences, and reference sequences to the chip wild-type sequence. For example, after the user has linked a reference and sample sequence, the user can compare the bases
10   in the linked sequences. Bases in the sample sequence that are different from the reference sequence will then be indicated on the display device to the user (e.g., base is shown in a different color). In another example, the user is able to perform a comparison that will help identify sample
15   sequences. After a sample is linked to multiple reference sequences, each base in the sample sequence that does not match the wild-type sequence is checked to see if it matches one of the linked reference sequences. The bases that match a linked reference sequence will then be indicated on the
20   display device to the user. The user may then more easily identify the sample sequence as being one of the reference sequences.

In pull down menu Help 812, the user is able to get information and instructions regarding the comparative
25   analysis program, the calling methods, and the IUPAC definitions used in the program.

Fig. 11 illustrates the intensity ratio method correctly calling a mutation in solutions with varying concentrations. A window 1102 is shown with a chip wild-type
30   1104 and a mutant sequence 1106. The mutant sequence differs from the chip wild-type at the position indicated by the rectangular box 1108. The chip wild-type and mutant sequences are a region of HIV Pol Gene spanning mutations occurring in AZT drug therapy.
35   There are seven sample sequences that are called using the intensity ratio method. The sample sequences are actually solutions of different proportions of the chip wild-type sequence and the mutant sequence. Thus, there are sample

IAFP00000229

41

solutions 1110, 1112, 1114, 1116, 1118, 1120, and 1122.  The
solutions are 15-mer tilings across the chip wild-type with
increased percentages of the mutant sequence from 0 to 100% by
weight.  The following shows the proportions of the sample

5      solutions:

| Sample Solution | Chip Wild-Type:Mutant |
|---|---|
| 1110 | 100:0 |
| 1112 | 90:10 |
| 1114 | 75:25 |
| 1116 | 50:50 |
| 1118 | 25:75 |
| 1120 | 10:90 |
| 1122 | 0:100 |

For example, sample solution 1114 contains 75% chip wild-type

15     sequence and 25% mutant sequence.

Now referring to the bases called in rectangular box
1108 for the sample solutions, the intensity ratio method
correctly calls sample solution 1110 as having a base A as in
the chip-wild type sequence.  This is correct because sample

20     solution 1110 is 100% chip wild-type sequence.  The intensity
ratio method also calls sample solution 1112 as having a base
A because the sample solution is 90% chip wild-type sequence.

The intensity ratio method calls the identified base
in sample solutions 1114 and 1116 as being an R, which is an

25     ambiguity IUPAC code denoting A or G (purine).  This also a
correct base call because the sample solutions have from 75%
to 50% chip-wild type sequence and from 25% to 50% mutation
sequence.  Thus, the intensity ratio method correctly calls
the base in this transition state.

30     Sample solutions 1118, 1120, and 1122 are called by
the intensity ratio method as having a mutation base G at the
specified location.  This is a correct base call because the
sample solutions primarily consist of the mutation sequence
(75%, 90%, and 100% respectively).  Again, the intensity ratio

35     method correctly called the bases.

These experiments also show that the base calling
methods of the present invention may also be used for
solutions of more than one nucleic acid sequence.

Fig. 12 illustrates the reference method correctly

40     calling a mutant base where the intensity ratio method
(SEQ ID NO:38, SEQ ID NO:39, SEQ ID NO:39 and SEQ ID NO:39)
incorrectly called the mutant base.  There are three intensity

IAFP00000230

42

graph windows 1202, 1204, and 1206 as shown. The windows are
aligned and a rectangular box 1208 outlines the bases of
interest. Window 1202 shows a sample sequence called using
the intensity ratio method. However, the base in the
5   rectangular box 1208 was incorrectly called base C because
there is actually a base A at that position. The intensity
ratio method incorrectly called the base as C because the
probe intensity associated with base C is much higher than the
other probe intensities.

10      Window 1204 shows a reference sequence called using
the intensity ratio method. As the reference sequence is
known, it is not necessary to know the method used to call the
reference sequence. However, it is important to have probe
intensities for a reference sequence to use the reference
15   method. The reference sequence has a base C at the position
indicated by the rectangular box.

Window 1206 shows the sample sequence called using
the reference method. The reference method correctly calls
the specified base as being base A. Thus, for some cases the
20   reference method is preferable to the intensity ratio method
because it compares probe intensities of a sample sequence to
probe intensities of a reference sequence.

VII. Examples

25

Example 1

The intensity ratio method was used in sequence
analysis of various polymorphic HIV-1 clones using a protease
chip. Single stranded DNA of a 382 nt region was used with 4
30   different clones (HXB2, SF2, NY5, pPol4mut18). Results were
compared to results from an ABI sequencer. The results are
illustrated below:

IAFP00000231

43

| | ABI | | Protease Chip | |
|---|---|---|---|---|
| | Sense | Antisense | Sense | Antisense |
| No call | 0 | 4 | 9 | 4 |
| Ambiguous | 6 | 14 | 17 | 8 |
| Wrong call | 2 | 3 | 3 | 1 |
| TOTAL | 8 | 21 | 29 | 13 |

SUMMARY
ABI (sense) - 99.5%
Chip (sense) - 98.1%

ABI (antisense) - 98.6%
Chip (antisense) - 99.1%


Example 2

HIV protease genotyping was performed using the
described chips and CallSeq™ intensity ratio calculations.
Samples were evaluated from AIDS patients before and after ddI
treatment. Results were confirmed with ABI sequencing.

Fig. 13 illustrates the output of the ViewSeq™
program with four pretreatment samples and four posttreatment
samples. Note the mutation at position 207 where a mutation
has arisen. Even adjacent two additional mutations (gt), the
"a" mutation has been properly detected.


VIII. Appendices

The Microfiche appendices (copyright Affymetrix,
Inc.) provide C++ source code and header files for
implementing the present invention. Appendix A contains the
source code files (.cc files) for CallSeq™, which is a base
calling program that implements the intensity ratio,
reference, and statistical methods of the present invention.
Appendix B contains the header files (.h files) for CallSeq™.
Appendices C and D contain the source code and header files,
respectively, for a program that performs a preprocessing
stage for the statistical method of CallSeq™.

Appendix E contains the source code and header files
for ViewSeq™, which is a comparative analysis and
visualization program according to the present invention.
Appendices A-E are written for a Sun Workstation.

IAFP00000232

44

The above description is illustrative and not restrictive. Many variations of the invention will become apparent to those of skill in the art upon review of this disclosure. Merely by way of example, while the invention is illustrated with particular reference to the evaluation of DNA (natural or unnatural), the methods can be used in the analysis from chips with other materials synthesized thereon, such as RNA. The scope of the invention should, therefore, be determined not with reference to the above description, but instead should be determined with reference to the appended claims along with their full scope of equivalents.

IAFP00000233

WHAT IS CLAIMED IS:
CallSeq™

1.    In a computer system, a method of identifying
an unknown base in a sample nucleic acid sequence, said method
comprising the steps of:

       inputting a plurality of probe intensities, each of
said probe intensities being associated with a probe on a
chip;

       said computer system comparing said plurality of
probe intensities wherein each of said plurality of probe
intensities is substantially proportional to a probe
hybridizing with at least one sequence; and

       calling said unknown base according to said
comparison of said plurality of probe intensities.

2.    The method of claim 1, wherein said at least
one sequence includes said sample sequence.

3.    The method of claim 2, further comprising the
step of said computer system calculating a ratio of a higher
probe intensity to a lower probe intensity.

4.    The method of claim 3, further comprising the
step of calling said unknown base as being a base complement
of said probe associated with said higher probe intensity if
said ratio is greater than a predetermined ratio value.

5.    The method of claim 3, wherein said ratio is
approximately 1.2.

6.    The method of claim 2, further comprising the
step of sorting said plurality of probe intensities.

7.    The method of claim 1, wherein said at least
one sequence includes said sample sequence and a reference
sequence.

IAFP00000234

8. The method of claim 7, further comprising the
step of said computer system comparing probe intensities of a
probe hybridizing with said sample sequence to probe
intensities hybridizing with said reference sequence.

9. The method of claim 7, further comprising the
step of calculating first ratios of a wild-type probe
intensity to each probe intensity of a probe hybridizing with
said reference sequence, wherein said wild-type probe
intensity is associated with a wild-type probe.

10. The method of claim 9, further comprising the
step of calculating second ratios of the highest probe
intensity of a probe hybridizing with said sample sequence to
each probe intensity of a probe hybridizing with said sample
sequence.

11. The method of claim 10, further comprising the
step of calculating third ratios of said first ratios to said
second ratios.

12. The method of claim 7, further comprising the
step of comparing neighboring probe intensities of said
plurality of probe intensities.

13. The method of claim 7, wherein probe
intensities of a probe hybridizing with said reference
sequence are from a plurality of experiments.

14. The method of claim 13, further comprising the
step of said computer system comparing probe intensities of a
probe hybridizing with said sample sequence to statistics
about said plurality of experiments.

15. The method of claim 14, wherein said statistics
include a mean and standard deviation.

IAFP00000235

87
37

1   16.  The method of claim 13, further comprising the
2   step of normalizing said plurality of probe intensities by
3   dividing each probe intensity by a sum of related probe
4   intensities.

1   17.  The method of claim 1, further comprising the
2   step of subtracting a background intensity from each of said
3   plurality of probe intensities.

1   18.  The method of claim 1, further comprising the
2   step of setting a probe intensity equal to a relative small
3   positive number if said probe intensity is less than or equal
4   to zero.

1   19.  The method of claim 1, further comprising the
2   step of indicating said unknown base is unable to be called if
3   said plurality of probe intensities have insufficient
4   intensity to call said unknown base.

1   20.  The method of claim 1, wherein said unknown
2   base is called as being A, C, G, or T.

Pooling Processing

1   21.  A method of processing first and second nucleic
2   acid sequences, comprising the steps of:
3        providing a plurality of nucleic acid probes;
4        labeling said first nucleic acid sequence with a
5   first marker;
6        labeling said second nucleic acid sequence with a
7   second marker; and
8        hybridizing said first and second labeled nucleic
9   acid sequences at the same time.

1   22.  The method of claim 21, wherein said plurality
2   of nucleic acid probes are on a chip.

88
48

1      23.  The method of claim 21, further comprising the
2  step of fragmenting said first and second nucleic acid
3  sequences at the same time.

1      24.  The method of claim 21, further comprising the
2  step of scanning for said first and second markers on said
3  chip, said first and second labeled nucleic acid sequences
4  being on said chip.

1      25.  The method of claim 21, wherein said first and
2  second markers are fluorescent markers.

1      26.  The method of claim 25, wherein said first and
2  second markers emit light at different wavelengths upon
3  excitation.

ViewSeq™
1      27.  In a computer system, a method of analyzing a
2  plurality of sequences of bases, said plurality of sequences
3  including at least one reference sequence and at least one
4  sample sequence, the method comprising the steps of:
5          displaying said at least one reference sequence in a
6  first area on a display device; and
7          displaying said at least one sample sequence in a
8  second area on said display device;
9          whereby a user is capable of visually comparing said
10  plurality of sequences.

1      28.  The method of claim 27, wherein said plurality
2  of sequences are monomer strands of DNA or RNA.

1      29.  The method of claim 27, wherein said bases are
2  A, C, G, or T.

1      30.  The method of claim 27, wherein said at least
2  one reference sequence includes a chip wild-type that has been
3  tiled on a chip.

IAFP00000237

89
48

1       31.  The method of claim 30, wherein said chip wild-
2   type sequence is displayed as a first sequence in said first
3   area.

1       32.  The method of claim 30, further comprising the
2   step of displaying a label in said first area to identify said
3   chip wild-type sequence.

1       33.  The method of claim 32, wherein said label is a
2   capital C.

1       34.  The method of claim 27, wherein said at least
2   one sample sequence has been hybridized on a chip.

1       35.  The method of claim 27, further comprising the
2   step of indicating bases that differ among a plurality of user
3   selected sequences.

1       36.  The method of claim 27, further comprising the
2   steps of:
3       displaying a name associated with each of said at
4   least one reference sequence in said first area; and
5       displaying a name associated with each of said at
6   least one sample sequence in said second area.

1       37.  The method of claim 27, further comprising the
2   step of linking at least one reference sequence in said first
3   area with at least one sample sequence in said second area.

1       38.  The method of claim 37, further comprising the
2   step of indicating on said display device which sequences are
3   linked.

1       39.  The method of claim 38, wherein said indicating
2   step includes the step of displaying a common symbol next to
·3  said linked sequences.

IAFP00000238

1      40.   The method of claim 39, wherein said common
2    symbol is a link number.

1      41.   The method of claim 37, further comprising the
2    step of indicating bases of said at least one sample sequence
3    that are not equal to a corresponding base in said at least
4    one reference sequence.

1      42.   The method of claim 27, wherein said at least
2    one reference sequence and said at least one sample sequence
3    are aligned on said display device.

1      43.   The method of claim 27, further comprising the
2    step of exposing sequences to probes.

1      44.   The method of claim 43, further comprising the
2    step of evaluating said exposed sequences according to
3    hybridization with said probes.

IAFP00000239

91
51

# COMPUTER-AIDED VISUALIZATION AND ANALYSIS SYSTEM
## FOR SEQUENCE EVALUATION

### ABSTRACT OF THE DISCLOSURE

5    A computer system for analyzing nucleic acid
sequences is provided.  The computer system is used to perform
multiple methods for determining unknown bases by analyzing
the fluorescence intensities of hybridized nucleic acid
probes.  The results of individual experiments are improved by
10   processing nucleic acid sequences together.  Comparative
analysis of multiple experiments is also provided by
displaying reference sequences in one area and sample
sequences in another area on a display device.

15

K:\0652\0652801-02.APP

IAFP00000240

I hereby certify that ... correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on _March 21, 1995_
By _Anne Currier Carr_
      Anne Currier Carr

#4 5/6
P. Negay 1995
PATENT

Attorney Docket No. 16528X-82

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                    )
                                         )
MARK S. CHEE et al.                      )   Examiner: unassigned
                                         )
Serial No.: 08/327,525                   )   Art Unit: unassigned
                                         )
Filed: October 21, 1994                  )   PRELIMINARY AMENDMENT
                                         )
For: COMPUTER-AIDED                      )
     VISUALIZATION AND ANALYSIS          )
     SYSTEM FOR SEQUENCE                 )
     EVALUATION                          )

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

        Prior to the examination of the subject application,
please amend the application as follows.


IN THE SPECIFICATION:

        Please amend the specification as follows.
        Page 7, line 8, change "location" to --locations--.
        Page 8, line 34, change "tiling.  Of course" to --
tiling, as described below.  Of course,--.
        Page 8, line 35, change "herein" to --herein,--.
        Page 10, lines 4-5, change "provides the second "chip"
above which treats the suspected mutation as the" to --generates
the second "chip" above to handle the suspected mutation as a--.
        Page 10, lines 12-13, change "control, among other
things," to --control--.
        Page 11, line 3, change "location" to --position--.
        Page 11, line 4, change "other" to --otherwise--.
        Page 13, line 1, delete the word "optimally".
        Page 13, line 8, after "to", insert --as--.
        Page 13, line 12, after "5'-ATGTGGACAGTTGTA-3'", insert
--(SEQ ID NO:1)--.

IAFP00000297

MARK S. CHEE & al.
Serial No.: 08/327,525
Page 2                                                                    PATENT

Page 14, line 17, change "by" to --in descending order of--.

Page 14, line 27, change "cutoff" to --cutoff,--.

Page 14, line 34, after "5'-ATGTGGATAGTTGTA-3'", insert --(SEQ ID NO:2)--.

Page 15, line 14, after "ATGTGGAKAGTTGTA-3'", insert --(SEQ ID NO:3)--.

Page 16, lines 12, 18, and 25, change "intensity of base" to --intensities of bases--.

Page 17, line 32, change "wild-type" to --wild-type,--.

Page 18, line 16, after "shown", insert --by the use of two probe lengths--.

Page 18, line 21, after "to", insert --as--.

Page 18, line 25, after "5'-AAAACTGAAAA-3'", insert --(SEQ ID NO:4)--.

Page 18, line 26, after "5'-AAAACCGAAAA-3'", insert --(SEQ ID NO:5)--.

Page 18, line 32, after "5'-AAAACTGAAAA-3'", insert --(SEQ ID NO:4)--.

Page 20, line 1, change "the bases" to --each base--.

Page 23, lines 12, 28, 30, and 37, change "is" to --would be--.

Page 24, line 28, after "5'-AAACCCAATCCACATCA-3'", insert --(SEQ ID NO:6)--.

Page 24, line 29, after "5'-AAACCCAGTCCACATCA-3'", insert --(SEQ ID NO:7)--.

Page 24, line 37, after "Fig. 5B", insert --(SEQ ID NO:6, SEQ ID NO:28, and SEQ ID NO:29)--.

Page 25, line 11, change "umber" to --number--.

Page 26, line 19, change "between" to --across--.

Page 26, line 36, change "ratio" to --ratios--.

Page 26, line 38, change "is" to --are--.

Page 27, lines 5 and 7, change "intensities" to --intensity ratios--.

Page 27, line 30, change "not" to --neither--.

Page 27, line 31, change "and" to --nor--.

Page 28, line 29, change "inot" to --into--.

IAFP00000298

MARK S. CHEE    al.                                                    PATENT
Serial No.: 08/327,525
Page 3

Page 28, line 30, change "Thus, the" to --The--.

Page 29, lines 10-11, change "good at calling bases if"
to --preferable when--.

Page 29, line 12, change "among" to --across--.

Page 29, line 36, after "AAAACTGAAAA-3'", insert --(SEQ
ID NO:4)--.

Page 29, line 37, after "5'-AAAACCGAAAA-3'", insert --
(SEQ ID NO:5)--.

Page 30, line 3, after "5'-AAAACTGAAAA-3'", insert --
(SEQ ID NO:4)--.

Page 31, line 35, change "data" to --data,--.

Page 32, lines 29-30, change "which results in
increased" to --improving--.

Page 33, line 5, change "ratio" to --ratios--.

Page 33, line 7, change "is" to --are--.

Page 33, line 11, change "would be" to --are--.

Page 33, line 38, after "The", insert --localized--.

Page 35, line 21, after "with", insert --different--.

Page 35, line 37, delete the word "that" and after
"than", insert --that of--.

Page 37, line 7, after "experiments", insert --(SEQ ID
NO:8 and SEQ ID NO:9)--.

Page 37, line 19, after "with", insert --the--.

Page 38, line 27, change "Individual sequences, both
reference and sample, are selected" to --Sequences to be saved,
both reference and sample, are chosen--.

Page 39, line 2, change "the linked sequences." to --
sequences of related interest.--

Page 39, line 11, change "in" to --from--.

Page 39, line 13, after "position 120", insert --(SEQ
ID NO:30 and SEQ ID NO:31)--.

Page 39, line 23, change "120" to --120,--.

Page 39, line 29, after "bases", insert --(SEQ ID
NO:32, SEQ ID NO:33, SEQ ID NO:34, and SEQ ID NO:35)--.

Page 40, line 29, after "concentrations", insert --(SEQ
ID NO:10, SEQ ID NO:11, SEQ ID NO:12, SEQ ID NO:13, SEQ ID NO:14,
SEQ ID NO:15, SEQ ID NO:16, SEQ ID NO:17, and SEQ ID NO:18)--.

MARK S. CHEE et al.                                    PATENT
Serial No.: 08/327,525
Page 4

        Page 41, line 41, after "base", insert --(SEQ ID NO:36,
SEQ ID NO:37, SEQ ID NO:38, and SEQ ID NO:39)--.
        Page 42, line 5, change "C because" to --C, as--.
        Page 42, line 15, change "has a" to --is called--.
        Page 43, line 24, after "samples", insert --(SEQ ID
NO:19, SEQ ID NO:20, SEQ ID NO:21, SEQ ID NO:22, SEQ ID NO:23,
SEQ ID NO:24, SEQ ID NO:25, SEQ ID NO:26, and SEQ ID NO:27)--.
        Page 43, line 24, change the first occurrence of
"mutation" to --base change--.
        Please insert the attached pages numbered 45 through 84
and entitled "SEQUENCE LISTING" following page 44 in the
specification and renumber original pages 45-51 sequentially as
85-91.

IN THE CLAIMS:
        Please amend claims 18 and 19 as follows.


        18.  (Amended) The method of claim 1, further
comprising the step of setting a probe intensity equal to a
relatively [relative] small positive number if said probe
intensity is less than or equal to zero.

        19.  (Amended) The method of claim 1, further
comprising the step of indicating said unknown base is unable to
be called if said plurality of probe intensities has [have]
insufficient intensity to call said unknown base.


                            REMARKS
        In reviewing the application, Applicants found some
typographical errors, grammar inconsistencies, and the like.
Consequently, Applicants present this preliminary amendment.  No
new matter has been added by these amendments.
        Applicants hereby submit a Sequence Listing and a
Sequence Listing in computer readable form.  Applicants'
attorneys attest that the information in the "Sequence Listing"
is identical to that which is in computer readable form, as
required under 37 CFR 1.821(f).  This submission introduces no

IAFP00000300

MARK S. CHEE et al.                                        PATENT
Serial No.: 08/327,525
Page 5

new matter, since the enclosed sequences are identical to the
sequences which were submitted in the original patent
application.

                              Respectfully submitted,

                              Michael J. Ritter

                              Michael J. Ritter
                              Reg. No. 36,653

TOWNSEND and TOWNSEND KHOURIE and CREW
One Market
Steuart Street Tower, 20th Floor
San Francisco, California  94105
(415) 326-2400

MJR/acc
K:\16528\82-PRE.AMD

IAFP00000301

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on _____

By _____
Anne Currier Carr

8/B
PATENT

Attorney Docket No. 16528X-82

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                    )
                                         )
MARKS S. CHEE et al.                     )   Examiner: Unassigned
                                         )
Serial No.: 08/327,525                   )   Art Unit: 2613
                                         )
Filed: October 21, 1994                  )
                                         )
For: COMPUTER-AIDED                      )   PRELIMINARY AMENDMENT
     VISUALIZATION AND ANALYSIS          )
     SYSTEM FOR SEQUENCE                  )
     EVALUATION                          )

RECEIVED NOV 6 1996 GROUP 2600

RECEIVED
NOV 17 1995
GROUP 1800

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

Before examination of the above-identified application on its merits, please amend the application as follows:

IN THE CLAIMS:

Please cancel claims 2 and 21-44 without prejudice. Please amend claims 1, 3-4, 6, 8-12 and 14 as follows.



1.    (Amended) In a computer system, a method of identifying an unknown base in a sample nucleic acid sequence, said method comprising the steps of:

inputting a plurality of probe intensities, each of said probe intensities being associated with a nucleic acid probe on a chip;

said computer system comparing said plurality of probe intensities wherein each of said plurality of probe intensities is substantially proportional to said associated [a] probe hybridizing with at least one nucleic acid sequence, said at least one nucleic acid sequence including said sample sequence; and

IAFP00000350

MARKS S. CHEE et al.
Serial No.: 08/327,525
Page 2
PATENT

calling said unknown base according to <u>results of said</u>
<u>comparing step</u> [said comparison of said plurality of probe
intensities].

3. (Amended) The method of claim <u>1</u> [2], <u>wherein said</u>
<u>comparing step includes</u> [further comprising] the step of said
computer system calculating a ratio of a higher probe intensity
to a lower probe intensity.

4. (Amended) The method of claim 3, <u>wherein said</u>
<u>calling step includes</u> [further comprising] the step of calling
said unknown base as being a base <u>according to</u> [complement of]
said probe associated with said higher probe intensity if said
ratio is greater than a predetermined ratio value.

6. (Amended) The method of claim <u>1</u> [2], further
comprising the step of sorting said plurality of probe
intensities.

8. (Amended) The method of claim 7, <u>wherein said</u>
<u>comparing step includes</u> [further comprising] the step of said
computer system comparing probe intensities of a probe
hybridizing with said sample sequence to probe intensities
hybridizing with said reference sequence.

9. (Amended) The method of claim 7, <u>wherein said</u>
<u>comparing step includes</u> [further comprising] the step of
calculating first ratios of a wild-type probe intensity to each
probe intensity of a probe hybridizing with said reference
sequence, wherein said wild-type probe intensity is associated
with a wild-type probe.

10. (Amended) The method of claim 9, <u>wherein said</u>
<u>comparing step includes</u> [further comprising] the step of
calculating second ratios of the highest probe intensity of a
probe hybridizing with said sample sequence to each probe
intensity of a probe hybridizing with said sample sequence.

IAFP00000351

MARKS S. CHEE et al.                                        PATENT
Serial No.: 08/327,525
Page 3

11. (Amended) The method of claim 10, wherein said comparing step includes [further comprising] the step of calculating third ratios of said first ratios to said second ratios.

12. (Amended) The method of claim 46 [7], wherein said comparing step includes [further comprising] the step of comparing said ratio of neighboring nucleic acid probes [neighboring probe intensities of said plurality of probe intensities].

14. (Amended) The method of claim 13, wherein said comparing step includes [further comprising] the step of said computer system comparing probe intensities of a probe hybridizing with said sample sequence to statistics about said plurality of experiments.

Please add claims 45-59 as follows.

45. The method of claim 11, wherein said calling step includes the step of calling said unknown base according to said probe associated with a highest third ratio.

46. The method of claim 7, wherein said comparing step includes the step of calculating a ratio of a highest probe intensity of a probe hybridizing with said reference sequence to a highest intensity of a probe hybridizing with said sample sequence.

47. In a computer system, a method of identifying an unknown base in a sample nucleic acid sequence, said method comprising the steps of:

inputting a plurality of probe intensities, each of said probe intensities being associated with a nucleic acid probe;

said computer system comparing said plurality of probe intensities wherein each of said plurality of probe intensities

MARKS S. CHEE et al.                                    PATENT
Serial No.: 08/327,525
Page 4

9   is substantially proportional to said associated nucleic acid
10  probe hybridizing with said sample sequence; and
11          calling said unknown base according to results of said
12  comparing step.

1   48.  The method of claim 47, wherein said comparing
2   step includes the step of said computer system calculating a
3   ratio of a higher probe intensity to a lower probe intensity.

1   49.  The method of claim 48, wherein said calling step
2   includes the step of calling said unknown base according to said
3   probe associated with said higher probe intensity if said ratio
4   is greater than a predetermined ratio value.

1   50.  The method of claim 49, wherein said predetermined
2   ratio value is approximately 1.2.

1   51.  In a computer system, a method of identifying an
2   unknown base in a sample nucleic acid sequence, said method
3   comprising the steps of:
4           inputting a first set of probe intensities, each of
5   said probe intensities in said first set being associated with a
6   nucleic acid probe and substantially proportional to said
7   associated nucleic acid probe hybridizing with a reference
8   nucleic acid sequence;
9           inputting a second set of probe intensities, each of
10  said probe intensities in said second set being associated with a
11  nucleic acid probe and substantially proportional to said
12  associated nucleic acid probe hybridizing with said sample
13  sequence;
14          said computer system comparing at least one of said
15  probe intensities in said first set and at least one of said
16  probe intensities in said second set; and
17          calling said unknown base according to results of said
18  comparing step.

IAFP00000353

MARKS S. CHEE et al.                                    PATENT
Serial No.: 08/327,525
Page 5

1          52.  The method of claim 51, wherein said comparing
2      step includes the steps of:
3              calculating first ratios of a wild-type probe intensity
4      to each probe intensity of a probe hybridizing with said
5      reference sequence, wherein said wild-type probe intensity is
6      associated with a wild-type probe; and
7              calculating second ratios of the highest probe
8      intensity of a probe hybridizing with said sample sequence to
9      each probe intensity of a probe hybridizing with said sample
10     sequence.

1          53.  The method of claim 52, wherein said comparing
2      step further includes the step of calculating third ratios of
3      said first ratios to said second ratios.

1          54.  The method of claim 53, wherein said calling step
2      includes the step of calling said unknown base according to said
3      probe associated with a highest third ratio.

1          55.  The method of claim 51, wherein said comparing
2      step includes the step of calculating a ratio of a highest probe
3      intensity in said first set to a highest intensity in said second
4      set.

1          56.  The method of claim 55, wherein said comparing
2      step further includes the step of comparing said ratio of
3      neighboring nucleic acid probes.

1          57.  In a computer system, a method of identifying an
2      unknown base in a sample nucleic acid sequence, said method
3      comprising the steps of:
4              inputting statistics about a plurality of experiments,
5      each of said experiments producing probe intensities each being
6      associated with a nucleic acid probe and substantially
7      proportional to said associated nucleic acid probe hybridizing
8      with a reference nucleic acid sequence;

MARKS S. CHEE et al.                                    PATENT
Serial No.: 08/327,525
Page 6

9            inputting a plurality of probe intensities, each of
10    said plurality of probe intensities being associated with a
11    nucleic acid probe and substantially proportional to said
12    associated nucleic acid probe hybridizing with said sample
13    sequence;
14            said computer system comparing at least one of said
15    plurality of probe intensities with said statistics; and
16            calling said unknown base according to results of said
17    comparing step.

1            58.   The method of claim 57, further comprising the
2    step of calculating said statistics.

1            59.   The method of claim 57, wherein said statistics
2    include a mean and standard deviation. --

_____

                              REMARKS

      Claims 1, 3-20 and 45-59 are pending in the subject
application.  Applicants canceled claims 2 and 21-44 without
prejudice and reserve all right to pursue these or other claims
in another application.

                              Respectfully submitted,

                              Michael J. Ritter

                              Michael J. Ritter
                              Reg. No. 36,653


TOWNSEND and TOWNSEND and CREW
One Market Plaza
Steuart Street Tower, 20th Floor
San Francisco, California  94105
Tel: (415) 326-2400
Fax: (415) 326-2422

MJR/acc
f:\data\pa\smd\mjr\18661

IAFP00000355

AUG 04 04 09:22a    Kitty Huffman    540-786-0687    p.2



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/327,525 | 10/21/94 | CHEE | M | 16526Y82 |

| EXAMINER |
|---|
| REES, D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1807 | 9 |

18N1/1219

VERN NORVIEL
TOWNSEND AND TOWNSEND KHOURIE AND CREW
STEWART STREET TOWER
ONE MARKET PLAZA
SAN FRANCISCO CA 94105

DATE MAILED:    12/19/95

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

10-23/95
5/18/95
3/23/95

☑ This application has been examined.  ☐ Responsive to communication filed on 3/23/95  ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), __0__ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I** THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☑ Notice of References Cited by Examiner, PTO-892.    2. ☐ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☑ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐

**Part II** SUMMARY OF ACTION

1. ☑ Claims __1, 3 - 20, 45 -59__ are pending in the application.
   Of the above, claims ____ are withdrawn from consideration.
2. ☐ Claims ____ have been cancelled.
3. ☐ Claims ____ are allowed.
4. ☑ Claims __1, 3 - 20, 45 -59__ are rejected.
5. ☐ Claims ____ are objected to.
6. ☐ Claims ____ are subject to restriction or election requirement.
7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
8. ☐ Formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on ____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948.
10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on ____ has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed ____, has been ☐ approved; ☐ disapproved (see explanation).
12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. ____; filed on ____.
13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

PTOL-326 (Rev. 2/93)

**EXAMINER'S ACTION**

08327525

IAFP00000365

Serial Number: 08327525                                    -2-
Art Unit: 1807

Part III  DETAILED ACTION


*Claim Rejections - 35 USC § 112*


1.    Claims 1,3-20, 45-59 are rejected under 35 U.S.C.
§ 112, second paragraph, as being indefinite for failing to
particularly point out and distinctly claim the subject matter
which applicant regards as the invention.

The following phrases render the claims vague and
indefinite:

a)Claim 1 is indefinite in reciting "probe intensities being
associated with a nucleic acid probe on a chip" in that it is not
clear how the probe intensity is "associated" with the probe. For
example, it is not clear whether an "intensity" value is an
intrinsic property of each individual probe or if the "intensity"
is actually a reflection of the extent of hybridization of probe
molecules at a specific site on the chip. The claim might be
amended to clarify this point.

b) Claim 1 is further indefinite in reciting "substantially
proportional" in that it is not clear how "substantially" is
defined.

c) Claim 1 is further indefinite is indefinite in reciting
"said associated probe" in that it is the probe intensities which
are said to "associated" with a nucleic acid probe; therefore
this term lacks proper antecedent basis.

IAFP00000366

d) Claim 1 is further indefinite in reciting "calling said unknown base" in that it is unclear how "calling" is defined; i.e there appears to be a step missing. The comparing step provides a value with reference to standards? a blank? and the calling step is based on this value? Some recitation should be made in the claims of this intermediate step(s) as it appears to be an essential link between "comparing" and "calling".

e) Claim 4 is indefinite in reciting "calling said unknown base as being a base" in that it is unclear what the unknown base is specifically being "called". The claim might be amended to recite --calling said unknown base an A, T, C or G-- or alternatively --identifying an unknown base--. Further "said probe" lacks proper antecedent basis. It is additionally unclear what "a predetermined ratio value is" in that it is unclear what the reference point for this value is.

f) Claim 6 is indefinite in reciting the "step of sorting" said plurality of probe intensities in that it is not clear what the probe intensities are sorted into (i.e how does this differ from a comparison or the calling step?).

g) Claim 9 is indefinite in reciting "a wild type probe intensity" in that it is not clear how "wild-type" is defined in comparison with the "reference sequence" . Further the recitation of "each probe intensity of a probe" because it is unclear how a single probe can have more than one intensity (as implied by the use of the term "each").

Serial Number: 08327525                                    -4-
Art Unit: 1807

    h) Claims 9 and 10 are further indefinite in reciting "first ratios" and "second ratios" in that these ratios are not clearly defined with respect to probes and probe intensities. The problem seems to be mainly one of antecedent basis -it is not clear how "a probe" is to be distinguished from "each probe" in claim 10.

    i) Claim 12 is indefinite in reciting "comparing said ratio of neighboring nucleic acid probes" in that it is not clear if the ratios of neighboring nucleic acid probes are compared to each other or to the reference sequence or both.

    j) Claim 13 and 14 are indefinite in reciting "Probe intensities of a probe" in that it is not clear how "a" probe generates more than one intensity. It is further how probe intensities are "compared" to statistics and further what the outcome of this step is.

    k) Claim 16 is indefinite in reciting "related probe intensities" in that it is not clear how the probes are related.

    l) Claim 17 is indefinite in reciting "subtracting a background intensity" in that it is not clear how a background intensity is determined (before hybridization of the probes?).

    m) Claim 45 is indefinite in reciting "the step of calling the unknown base". See paragraph 1d.

    n) Claim 47 is indefinite in reciting "substantially proportional". See paragraph 1b.

    o) Claim 49 is indefinite in reciting "calling step" and "predetermined ratio value". See paragraph 1d and 1e.

IAFP00000368

Serial Number: 08327525                                              -5-
Art Unit: 1807

p) Claim 51 is indefinite in reciting "substantially
proportional" (see paragraph 1b). The claim is further indefinite
in reciting "to said associated nucleic acid probe hybridizing
with a reference nucleic acid sequence" in that an associated
nucleic acid probe hybridizing with a reference sequence has not
been previously recited. Similarly the recitation of "said
associated nucleic acid probe hybridizing with said sample
sequence" lacks proper antecedent basis in this claim. Claim 51
is further indefinite in reciting "calling said unknown base
according to results of said comparing step" (paragraph 1d).

q) Claim 52 is indefinite in reciting "calculating first
ratios of a wild type probe intensity associated with a wild type
probe" , in that it is not clear how a" wild-type probe is
defined" (how is it distinguished from the reference sequence?).
It is further unclear how "a probe" is distinguished from "each
probe".

r) Claim 54 is indefinite in reciting "calling said unknown
base". See paragraph 1d.

s) Claim 56 is further indefinite in reciting "comparing the
ratio of neighboring nucleic acid probes" in that it is not clear
what is being compared: the intensity ratios? And if the latter -
of neighboring probes to each other? to reference probes?

t) Claim 57 is unclear in reciting "said plurality of probe
intensities being associated with a nucleic acid probe in that
it is unclear how a "plurality" of intensities are associate "a"

IAFP00000369

Serial Number: 08327525                                          -6-
Art Unit: 1807

nucleic acid probe". The claim is further unclear in reciting
"comparing at least one of said probe intensities with said
statistics"-in that it is not clear exactly what is being
compared or what the outcome of this comparison is that allows
one to "call" an unknown base sequence.


## Claim Rejections - 35 USC § 103

2.    The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

> A patent may not be obtained though the invention is not
> identically disclosed or described as set forth in section
> 102 of this title, if the differences between the subject
> matter sought to be patented and the prior art are such that
> the subject matter as a whole would have been obvious at the
> time the invention was made to a person having ordinary
> skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which
> the invention was made.
>
> Subject matter developed by another person, which qualifies
> as prior art only under subsection (f) or (g) of section 102
> of this title, shall not preclude patentability under this
> section where the subject matter and the claimed invention
> were, at the time the invention was made, owned by the same
> person or subject to an obligation of assignment to the same
> person.
>
> This application currently names joint inventors.  In
> considering patentability of the claims under 35 U.S.C. § 103,
> the examiner presumes that the subject matter of the various
> claims was commonly owned at the time any inventions covered
> therein were made absent any evidence to the contrary.  Applicant
> is advised of the obligation under 37 C.F.R. § 1.56 to point out
> the inventor and invention dates of each claim that was not
> commonly owned at the time a later invention was made in order

IAFP00000370

Serial Number: 08327525                                         -7-
Art Unit: 1807

for the examiner to consider the applicability of potential 35
U.S.C. § 102(f) or (g) prior art under 35 U.S.C. § 103.


    Claims 1,3-20, 45-59 are rejected under 35 U.S.C. § 103
as being unpatentable over Fodor et al. WO 92/10588 25 June 1992,
in view of Weiss et al (USPAT 5470710, filed Oct 22, 1993)and
Stockham et al. (USPAT 5273632, Dec 28, 1993).


    Fodor et al. WO 92/10588 25 June 1992, teaches an SBH method
wherein initial data resulting from a detection system is an
array of data indicative of fluorescent intensity versus location
of a substrate. Spurious data points are removed in the method to
determine an average of data points. In general the data are
fitted to a base curve and statistical measures are used to
remove spurious data (page 17, lines 26-40). The detection method
provides a positional localization of the region where
hybridization takes place and upon having collected all the data
indicating the subsequences present in the target sequence, this
data may be aligned by overlap to reconstruct the entire sequence
of the target (pages 35-36). Fodor also teaches that pixel
density may be evaluated over a region to determine the locations
and actual extent of a positive signal (this may be interpreted
as performing a comparison of intensities in order to "call" a
site) (page 76). Fodor teaches that although the method is most
directly applicable to sequencing, the invention is also

IAFP00000371

Serial Number: 08327525                                              -8-
Art Unit: 1807

applicable to fingerprinting, mapping and general screening of
specific interactions. Thus the method of Fodor clearly suggests
the comparison of hybridization of wild type sequences to mutant
sequences or to reference sequences. The method of Fodor et al.
differs from that of the present invention in that intensity
ratios are not compared as a means on determining the identity of
a base, rather it is the location of the signal which is called
(although as noted above, distinguishing between different ratios
of signal intensities is a part of the method of Fodor which
allows one to determine a positive signal at any one site).

        Weiss et al (USPAT 5470710, filed Oct 22, 1993) teaches a
system which converts the signals obtained from a pattern of
multiplex reaction products hybridized with fluorescent probes
into a string of nucleotides corresponding to the nucleotide
sequence (see abstract).The data acquired is interpreted by an
algorithm that yields a "called sequence". Weiss teaches that a
CCD snapshot of hybridization signals may be obtained and  pixel
values may be determined and averaged (column 14, lines 55-63).
Ratios of signal intensities are determined using this system and
statistics used to calculate standard deviations of sample
intensities vs background signals. (see example 7).Further,
Stockham et al. (USPAT 5273632, Dec 28, 1993) teaches a method of
computerized analysis of the visual images of DNA sequence
ladders. A digital lane signal is converted by Fourier
transformation to a frequency spectrum. When all the lane signals

IAFP00000372

Serial Number: 08327525                                          -9-
Art Unit: 1807

from a set of four lanes have been deconvolved using the same
lifter function, the signals are normalized to each other (column
4, lines 56-70). A deconvolved signal is subjected to a
preliminary peak detection step. A group of putative peaks is
established by selecting all peaks which exceed a pre-
established threshold intensity. The putative peaks include all
peaks whose height (intensity) exceeds the value of the threshold
function at their position, i.e a comparison of the ratios of
intensities at a segment of a lane is used to determine an
average peak height. Determination of threshold values is
performed for each of the four lanes and a procedure for
registering each of the four lanes is used which preferably
places the peaks not only in the correct spatial order, but
minimizes the variance of spacing. Preferably the alignment
procedure uses high speed sorting across the lanes using a four
lane interdependent adjustment of peak positions (columns 9-10).
The nucleotide sequence is the correspondence between peak order
among the different lanes and the lane associated with each peak,
a step referred to as base calling. The methods of Weiss and
Stockham do not set any limits on the numbers of ratios that can
be determined using their computer system. Therefore it would
have been prima facie obvious to one of ordinary skill in the art
at the time that the invention was made to use the computer
algorithms of Stockham and Weiss to interpret the data inputted
from the SBH system of Fodor, given that one could "call" a site

IAFP00000373

Serial Number: 08327525                                                    -10-
Art Unit: 1807

based on the intensity of a signal produced by an associated
probe at that site and thus assign an identity to that site.  It
would be further well within the skill of the ordinary artisan,
given the conventionality of standards or reference sequences to
determine a predetermined ratio of signal intensities in order to
assess whether a positive or negative signal is obtained at that
site.

    (It therefore appears that the issue of patentability in the
present application resides in distinguishing over the
"comparing" and "calling" processes of the computer algorithms
of Weiss and Stockham and reciting this clearly in the claims).


3.    The following references are additionally cited as relevant
to programs designed to distinguish between ratios of intensities
of light:


    Rutenberg et al. (USPAT 4965725,Oct 23, 1993) teaches the
use of a neural net system which is a commercially available
statistical classifier which identifies a location of interest
(in this example a cell) by measurement of integrated optical
densities which are the sum of pixel grey values for the object
corrected for optical errors. Based on data obtained from a

IAFP00000374

Serial Number: 08327525                                          -11-
Art Unit: 1807

primary classifier, a secondary classifier is used to check
specific areas of the specimen that are deemed to require further
screening or classification. Such further examination may be
effected by reliance on the already obtained digitized image data
for the selected areas of a specimen or by taking additional data
components (columns 3, lines 56-60, column 4, lines 7-18)
Information within the system is stored in the strength of
connections known as weights. In an asynchronous fashion, each
processing element computes the sum of products of the weight of
each input line multiplied by the signal level (usually 0 or 1)
on that input line . If the sum of products exceeds a preset
activation threshold, the output processing element is set to 1,
if less, it is set to zero. Rutenberg also teaches that "a
threelayer neural network can always find a representation that
will map any input pattern to any desired output pattern".

Bacus (USPAT 4741043, April 26, 1988) teaches the use of a
neural net system to  determine the staining of DNA in
cytological specimens. The system is calibrated for the optical
density of an object , and incoming data may be converted to
lookup tables in an imaging processing board so that the output
shown optical density can be linearly added to proportionally
reflect directly, in this instance the  amounts of DNA (column 7,
lines 4-11).

IAFP00000375

Serial Number: 08327525                                          -12-
Art Unit: 1807

4. No claims are allowed.


5.    Papers related to this application may be submitted to
Group 1800 by facsimile transmission via the P.T.O. Fax Center
located in Crystal Mall 1. The CM1 Fax Center number is (703)
305-7939. Please note that the faxing of such papers must conform
with the notice to Comply published in the Official Gazette, 1096
OG 30 (Nov 15, 1989).
      An inquiry regarding this communication should be directed
to examiner Dianne Rees, Ph.D., whose telephone number is (703)
308-6565. If attempts to reach the examiner by telephone are
unsuccessful, the examiner's supervisor, W. Gary Jones, can be
reached on (703) 308-1156.
      Calls of a general nature may be directed to the Group
receptionist who may be reached at (703) 308-0196.


Dianne Rees
Dianne Rees

Dec 14, 1995

W. GARY JONES
SUPERVISORY PATENT EXAMINER
GROUP 1800
12/14/95

IAFP00000376

MAY 20 '96  04:58PM TTC PAL~ ALTO 415 326 2422                              P.8/24

I hereby certify that th:   respondence is being
sent by facsimile transmission to: Examiner D. Rees, Ph.D.
Fax No.: 1-703-305-7409
Assistant Commissioner for Patents
Washington, D.C. 20231, on May 20, 1996
by Christina A. Bybee
   Christina A. Bybee

                                                        PATENT

                           Attorney Docket No. 16528X-008200
                                   (client file no. 1091)


           IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:              )
                                   )   Examiner: D. Rees
MARK S. CHEE ET AL.                )
                                   )   Art Unit: 1807
Application No.: 08/327,525        )
                                   )
Filed: October 21, 1994            )
                                   )
For: COMPUTER-AIDED               )    AMENDMENT
     VISUALIZATION AND ANALYSIS )
     SYSTEM FOR SEQUENCE          )
     EVALUATION                   )

                                                     RECEIVED
                                                     MAY 2 0 1996
                                                     GROUP 1800

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

        In response to the Office Action mailed December 19,
1995, for which a petition for an extension of time is enclosed,
please amend this application as follows.


IN THE CLAIMS:

        Please cancel claims 1, 3-20 and 45-59 without
prejudice.  Please add new claims 60-105 as follows.

             1-59.  --CANCELED--

1            60.  In a computer system, a method of identifying an
2    unknown base in a sample nucleic acid sequence, said method
3    comprising the steps of:
4            inputting a plurality of probe intensities for a
5    plurality of nucleic acid probes, each probe intensity indicating
6    an extent of hybridization of a nucleic acid probe with at least
7    one nucleic acid sequence including said sample sequence, and
8    each nucleic acid probe differing from each other by a single
9    base;

IAFP00000390

MAY 20 '96  04:58PM TTC PALO ALTO 415 326 2422                    P.9/24

MARK S. CHEE ET .L.                                              PATENT
Application No.: 08/327,525
Page 2

10          said computer system comparing said plurality of probe
11      intensities; and
12              identifying said unknown base according to results of
13      said comparing step.

1           61.   The method of claim 60, wherein said comparing
2       step includes the step of said computer system calculating a
3       ratio of a higher probe intensity to a lower probe intensity.

1           62.   The method of claim 61, wherein said identifying
2       step includes the step of identifying said unknown base according
3       to a nucleic acid probe having said higher probe intensity if
4       said ratio is greater than a predetermined ratio value.

1           63.   The method of claim 62, wherein said predetermined
2       ratio value is approximately 1:2.

1           64.   The method of claim 60, further comprising the
2       step of sorting said plurality of probe intensities before said
3       comparing step.

1           65.   The method of claim 60, wherein said at least one
2       sequence includes a reference sequence.

1           66.   The method of claim 65, wherein said comparing
2       step includes the step of said computer system comparing probe
3       intensities of a probe hybridizing with said sample sequence to
4       said probe hybridizing with said reference sequence.

1           67.   The method of claim 65, wherein said comparing
2       step includes the step of calculating first ratios of a wild-type
3       probe intensity to each probe intensity of probes hybridizing
4       with said reference sequence, wherein said wild-type probe
5       intensity indicates an extent of hybridization of a complementary
6       probe with said reference sequence.

IAFP00000391

MAY 20 '96  04:58PM TTC PALO ALTO 415 326 2422                    P.10/24

MARK S. CHEE ET AL.                                    PATENT
Application No.: 08/327,525
Page 3

        68.  The method of claim 67, wherein said comparing
step includes the step of calculating second ratios of the
highest probe intensity of a probe hybridizing with said sample
sequence to each probe intensity of probes hybridizing with said
sample sequence.

        69.  The method of claim 68, wherein said comparing
step includes the step of calculating third ratios of said first
ratios to said second ratios.

        70.  The method of claim 69, wherein said identifying
step includes the step of identifying said unknown base according
to said probe associated with a highest third ratio.

        71.  The method of claim 68, wherein said comparing
step includes the step of calculating a ratio of a highest probe
intensity of a probe hybridizing with said reference sequence to
a highest intensity of a probe hybridizing with said sample
sequence.

        72.  The method of claim 71, wherein said comparing
step includes the step of comparing said ratio to an analogous
ratio of neighboring nucleic acid probes.

        73.  The method of claim 65, wherein probe intensities
of probes hybridizing with said reference sequence are from a
plurality of experiments.

        74.  The method of claim 73, wherein said comparing
step includes the step of said computer system comparing probe
intensities of probes hybridizing with said sample sequence to
statistics about said plurality of experiments.

        75.  The method of claim 74, wherein said statistics
include a mean and standard deviation.

IAFP00000392

MAY 20 '96  04:51PM TTC PALO ALTO 415 326 2422                    P.11/24

MARK S. CHEE ET aL.                                              PATENT
Application No.: 08/327,525
Page 4

1        76.  The method of claim 73, further comprising the
2   step of normalizing said plurality of probe intensities by
3   dividing each probe intensity by a sum of related probe
4   intensities, wherein related probe intensities are from probes
5   that differ by a single base.

1        77.  The method of claim 60, further comprising the
2   step of subtracting a background intensity from each of said
3   plurality of probe intensities.

1        78.  The method of claim 60, further comprising the
2   step of setting a probe intensity equal to a positive number if
3   said probe intensity is less than or equal to zero.

1        79.  The method of claim 60, further comprising the
2   step of indicating said unknown base is unable to be identified
3   if said plurality of probe intensities have insufficient
4   intensity to identify said unknown base.

1        80.  The method of claim 60, wherein said method of
2   is identified as being A, C, G, or T.

1        81.  In a computer system, a method of identifying an
2   unknown base in a sample nucleic acid sequence, said method
3   comprising the steps of:
4        inputting a plurality of probe intensities for a
5   plurality of nucleic acid probes, each probe intensity indicating
6   an extent of hybridization of a nucleic acid probe with said
7   sample sequence, and each nucleic acid probe differing from each
8   other by a single base;
9        said computer system calculating a ratio of a higher
10  probe intensity to a lower probe intensity; and
11       identifying said unknown base according to a nucleic
12  acid probe having said higher probe intensity if said ratio is
13  greater than a predetermined ratio value.

MAY 20 '96  04:51PM TTC PALO,ALTO 415 326 2422                    P.12/24

MARK S. CHEE ET AL.                                          PATENT
Application No.: 08/327,525
Page 5

1        82.  The method of claim 81, wherein said predetermined
2   ratio value is approximately 1.2.

1        83.  The method of claim 81, further comprising the
2   step of sorting said plurality of probe intensities before said
3   comparing step.

1        84.  The method of claim 81, further comprising the
2   step of subtracting a background intensity from each of said
3   plurality of probe intensities.

1        85.  The method of claim 81, further comprising the
2   step of setting a probe intensity equal to a positive number if
2   said probe intensity is less than or equal to zero.

1        86.  The method of claim 81, further comprising the
2   step of indicating said unknown base is unable to be identified
3   if said plurality of probe intensities have insufficient
4   intensity to identify said unknown base.

1        87.  The method of claim 81, wherein said unknown base
2   is identified as being A, C, G, or T.

1        88.  In a computer system, a method of identifying an
2   unknown base in a sample nucleic acid sequence, said method
3   comprising the steps of:
4        inputting a first set of probe intensities, each probe
5   intensity in said first set indicating an extent of hybridization
6   of a nucleic acid probe with a reference nucleic acid sequence,
7   and each nucleic acid probe differing from each other by a single
8   base;
9        inputting a second set of probe intensities, each probe
10  intensity in said second set indicating an extent of
11  hybridization of a nucleic acid probe with said sample sequence,
12  and each nucleic acid probe differing from each other by a single
13  base;

IAFP00000394

MAY 28 '96  04:51PM TTC PALO ALTO 415 326 2422                                    P.13/24

MARK S. CHEE ET al.                                                    PATENT
Application No.: 08/327,525
Page 6

14          said computer system comparing at least one of said
15     probe intensities in said first set and at least one of said
16     probe intensities in said second set; and
17          identifying said unknown base according to results of
18     said comparing step.

1          89.  The method of claim 88, wherein said comparing
2     step includes the step of calculating first ratios of a wild-type
3     probe intensity to each probe intensity of probes hybridizing
4     with said reference sequence, wherein said wild-type probe
5     intensity indicates an extent of hybridization of a complementary
6     probe with said reference sequence.

1          90.  The method of claim 89, wherein said comparing
2     step includes the step of calculating second ratios of the
3     highest probe intensity of probes hybridizing with said sample
4     sequence to each probe intensity of a probe hybridizing with said
5     sample sequence.

1          91.  The method of claim 90, wherein said comparing
2     step further includes the step of calculating third ratios of
3     said first ratios to said second ratios.

1          92.  The method of claim 91, wherein said identifying
3     step includes the step of identifying said unknown base according
      to said probe associated with a highest third ratio.

1          93.  The method of claim 88, wherein said comparing
2     step includes the step of calculating a ratio of a highest probe
3     intensity in said first set to a highest intensity in said second
4     set.

1          94.  The method of claim 93, wherein said comparing
2     step further includes the step of comparing said ratio to an
3     analogous ratio of neighboring nucleic acid probes.

IAFP00000395

MAY 20 '96  04:51PM TTC PALO ALTO 415 326 2422                    P.14/24

MARK S. CHEE ET AL.                                          PATENT
Application No.: 08/327,525
Page 7

95.  The method of claim 88, further comprising the
step of subtracting a background intensity from each of said
plurality of probe intensities.

96.  The method of claim 88, further comprising the
step of setting a probe intensity equal to a positive number if
said probe intensity is less than or equal to zero.

97.  The method of claim 88, further comprising the
step of indicating said unknown base is unable to be identified
if said plurality of probe intensities have insufficient
intensity to identify said unknown base.

98.  The method of claim 88, wherein said unknown base
is identified as being A, C, G, or T.

99.  In a computer system, a method of identifying an
unknown base in a sample nucleic acid sequence, said method
comprising the steps of:
        inputting statistics about a plurality of experiments,
each of said experiments producing probe intensities, each probe
intensity indicating an extent of hybridization of a nucleic acid
probe with a reference nucleic acid sequence, and each nucleic
acid probe differing from each other by a single base;
        inputting a plurality of probe intensities, each probe
intensity indicating an extent of hybridization of a nucleic acid
probe with said sample sequence, and each nucleic acid probe
differing from each other by a single base;
        said computer system comparing at least one of said
plurality of probe intensities with said statistics; and
        identifying said unknown base according to results of
said comparing step.

100. The method of claim 99, wherein said statistics
include a mean and standard deviation.

MARK S. CHEE ET aL.                                                    PATENT
Application No.: 08/327,525
Page 8

1       101. The method of claim 99, further comprising the
2   step of normalizing said plurality of probe intensities by
3   dividing each probe intensity by a sum of related probe
4   intensities, wherein related probe intensities are from probes
5   that differ by a single base.

1       102. The method of claim 99, further comprising the
2   step of subtracting a background intensity from each of said
3   plurality of probe intensities.

1       103. The method of claim 99, further comprising the
2   step of setting a probe intensity equal to a positive number if
3   said probe intensity is less than or equal to zero.

1       104. The method of claim 99, further comprising the
2   step of indicating said unknown base is unable to be identified
3   if said plurality of probe intensities have insufficient
4   intensity to identify said unknown base.

1       105. The method of claim 99, wherein said unknown base
2   is identified as being A, C, G, or T.--

                              REMARKS

        Claims 60-105 are pending in the subject application.
In a sincere effort to expedite prosecution Applicants canceled
claims 1, 3-20 and 45-59.  However, Applicants reserve all right
to pursue these or other claims in another application.  In light
of the amendments and following remarks, Applicants believe all
claims now pending are in condition for allowance.

        Claims 1, 3-20 and 45-59 were rejected under 35 U.S.C.
§ 112, second paragraph, as being indefinite for failing to
particularly point out and distinctly claim the subject
invention.  Claims 1, 3-20 and 45-59 were rejected under 35
U.S.C. § 103 as being unpatentable over WO 92/10588 by Fodor et
al. ("Fodor") in view of U.S. Patent No. 5,470,710, issued
November 28, 1995 to Weiss et al. ("Weiss") and U.S. Patent No.

IAFP00000397

MARK S. CHEE ET AL.                                              PATENT
Application No.: 08/327,525
Page 9

5,273,632, issued December 28, 1993 to Stockham et al.
("Stockham").

Formal Matters

    Applicants appreciate the Examiner's time in discussing
the subject application in a telephonic interview on May 20,
1996.  In the interview, the Examiner stated that the phrase
"ralative [sic] small" in claim 78 may be indefinite as it is
unclear how relatively small is determined.  Applicants changed
the claim to delete this phrase so the claim recites that the
probe intensity will be set to a positive number if the probe
intensity is less than or equal to zero.  As discussed in the
interview, for a number of different reasons, adjusted probe
intensities may become negative or zero.  Thus, these probe
intensities may be set to a positive number (preferably small) to
prevent utilizing negative numbers or zero in future calculations
(see page 15, lines 23-29).  Applicants similarly changed claims
85, 96 and 103 so Applicants believe that these claims are
patentably definite.

    The Examiner also requested that Applicants discuss
U.S. Patent No. 4,965,725, issued October 23, 1990 to Rutenberg
et al. ("Rutenberg") and U.S. Patent No. 4,741,043, issued April
26, 1988 to Bacus.  Applicants will discuss these references at
the end of this Amendment.

    In the Office Action, the Examiner rejected claims 1,
3-20 and 45-59 under § 112, second paragraph, and § 103.  In
order to expedite prosecution, Applicants canceled these claims
rendering the rejections moot.  Applicants added new claims and
the following paragraphs will show how these claims are allowable
over the rejections.

    Applicants appreciate the Examiner's careful attention
to the pending claims.  Although claims 1, 3-20 and 45-59 were
canceled, the following will briefly describe how the new claims
are patentably definite over the § 112 rejections cited in the
Office Action.  For the Examiner's convenience, Applicants will
label the paragraphs according to the labels in the Office
Action.

IAFP00000398

MAY 20 '96  04:52PM TTC PALO ALTO 415 326 2422                    P.17/24

MARK S. CHEE ET AL.                                           PATENT
Application No.: 08/327,525
Page 10

a) In regard to claim 1, the Examiner stated that it is
not clear how a probe intensity is associated with a nucleic acid
probe.  As the Examiner suggested, Applicants amended claim 60 to
recite "each probe intensity indicat[es] an extent of
hybridization of a nucleic acid probe with at least one nucleic
acid sequence including said sample sequence."  Accordingly, the
rejection does not apply to the new claims.

b,c) Also in regard to claim 1, the Examiner stated
that "substantially" and "associated" were indefinite or lack
antecedent basis.  As claim 60 does not contain these words, the
rejection does not apply to the new claims.

d) In regard to claim 1, the Examiner stated that it is
unclear how "calling" is defined.  Claim 60 recites instead
"identifying said unknown base" as was suggested by the Examiner
in paragraph e).  The Examiner also stated that there seems to a
step missing.  Applicants do not believe that any steps are
missing in claim 60.  Accordingly, the rejection does not apply
to the new claims.

e) In regard to claim 4, the Examiner stated that the
phrase "calling said unknown base as being a base" is unclear.
Claim 60 recites instead "identifying said unknown base" as
suggested by the Examiner.  Additionally, the Examiner stated
that it is unclear what a "predetermined ratio value" is.  A
predetermined ratio value is typically a constant number like 1.2
(see, e.g., claim 63).  In the interview, it is believed that the
Examiner tentatively agreed that this phrase is patentably
definite.

f) In regard to claim 6, the Examiner stated that the
"step of sorting" is unclear.  Claim 64 recites that a step of
sorting probe intensities is done "before said comparing step"
(see, e.g., page 14, lines 17-22).  Accordingly, the rejection
does not apply to the new claims.

g) In regard to claim 9, the Examiner stated that it is
unclear how "wild-type" is defined with respect to the "reference
sequence."  Claim 67 recites that the wild-type probe intensity
indicates the extent of hybridization of a complementary probe
with the reference sequence.  Since the reference sequence is a

IAFP00000399

MAY 29 '96  04:52PM TTC PALO ALTO 415 326 2422                                P.18/24

MARK S. CHEE ET ٭L.                                              PATENT
Application No.: 08/327,525
Page 11

known sequence, the wild-type probe is also known (see, e.g.,
page 20, lines 1-7). Also, the Examiner stated that "each probe
intensity of a probe" is unclear. Claim 67 recites instead "each
probe intensity of _probes_" (emphasis supplied). Accordingly, the
rejection does not apply to the new claims.

        h) In regard to claims 9 and 10, the Examiner stated
that the phrases "first ratios" and "second ratios" are not
clearly defined. The Examiner suggested that the problem is
similar to that of claim 9. As claim 68 recites that "each probe
intensity of _probes_ hybridizing with said sample sequence"
(emphasis supplied), the rejection does not apply to the new
claims.

        i) In regard to claim 12, the Examiner stated that the
phrase "comparing said ratio of neighboring nucleic acid probes"
is unclear. Claim 72 recites instead "comparing said ratio to _an_
_analogous ratio_ of neighboring nucleic acid probes" (emphasis
supplied). In the interview, the Examiner stated that she
understood what Applicants are claiming and would consider if
there is a clearer way to recite this in the claims. Applicants
invite the Examiner to contact the undersigned if it would aid in
prosecution of the subject application.

        j) In regard to claims 13 and 14, the Examiner stated
that it is not clear how "a" probe generates more than one
intensity. Claims 73 and 74 instead contain the plural "probes."
Additionally, the Examiner queried how probe intensities may be
compared to statistics. One method described in the
specification is to compare the probe intensities to a mean and
standard deviation (see also claim 75). As to what the result of
the comparison will be, this may depend on the implementation of
the invention and the data. Accordingly, the rejection does not
apply to the new claims.

        k) In regard to claim 16, the Examiner stated that it
is not clear what is meant by "related probe intensities." Claim
76 recites that "related probe intensities are from probes that
differ by a single base" (see also page 31, lines 14-38).
Accordingly, the rejection does not apply to the new claims.

IAFP00000400

MARK S. CHEE ET aL.                                             PATENT
Application No.: 08/327,525
Page 12

        1) In regard to claim 17, the Examiner stated that it
is unclear how a background intensity is determined.  Applicants
respectfully point out that it is not necessary that a claim
specifically recite "how" each step may be performed.  In
general, this is the purpose of the specification.  Nevertheless,
the Examiner stated that the background intensity may be measured
before hybridization of the probes.  Additionally, the background
intensity may be measured from "blank" probes (see, e.g., page 8,
lines 27-31).  Accordingly, the rejection does not apply to the
new claims.

        m-t) same as above

        The above has shown that the § 112, second paragraph,
rejections in the Office Action do not apply to the pending
claims.  Therefore, Applicants believe that the claims are
patentably definite under § 112.


The Invention

        . The present invention provides innovative computer-
aided methods for identifying unknown bases in nucleic acids.
The methods compare probe intensities that indicate the extent of
hybridization of a nucleic acid probe with a sample nucleic acid,
where each of the nucleic acid probes differ from each other by a
single base. . After comparing the probe intensities, an unknown
base is identified (typically as A, C, G, or T) according to the
results of the comparison.  In one embodiment, a ratio is
calculated between the highest probe intensity and the next
highest probe intensity.  If the ratio is greater than a
predetermined ratio value (e.g., 1.2), the unknown base is
identified according to nucleic acid probe that produced the
highest probe intensity.


The Cited Art Distinguished

        Claims 1, 3-20 and 45-59 were rejected under 35 U.S.C.
§ 103 as being unpatentable over Fodor in view of Weiss and
Stockham.  Fodor describes, among other things, pioneering
techniques for sequencing by hybridization.  However, the
Examiner cited Weiss and Stockham for disclosing the base calling

IAFP00000401

MARK S. CHEE ET AL.                                                    PATENT
Application No.: 08/327,525
Page 13

(identifying) methods of the present invention.  For the
following reasons, these references do not disclose or suggest
the present invention as claimed.

    Weiss and Stockham are related to nucleic acid
sequencing which utilizes nucleic acid ladders which may be
formed by well known techniques such as the Sanger dideoxy method
or the Maxam and Gilbert method.  More specifically, Weiss
describes utilizing an enzyme on identical probes that hybridize
with tags in the fragments of the nucleic acid ladder.  The
enzymes convert a fluorogenic substrate (e.g., BBTP) into a
fluorescent product in order to enhance the pattern of
hybridization (see, e.g., Fig. 1C).

    Stockham, more specifically, describes methods of
sharpening signal peaks from electrophoretic migration patterns
of nucleic acid ladders.  Each fragment of the nucleic acid
ladder is labeled with a radioactive label which is utilized to
identify the position of the fragment on the gel following
electrophoresis.  As analyzing the migration patterns is time
consuming and often error prone, Stockham describes equations and
formulas for increasing the accuracy of this process (e.g.,
sharpening signal peaks).

    Weiss and Stockham do not disclose or suggest inputting
probe intensities to identify an unknown base where the probe
intensities indicate the extent of hybridization of probes
differing by a single base and the sample nucleic acid sequence.
Claim 60 recites the following:

        inputting a plurality of probe intensities for a
        plurality of nucleic acid probes, each probe intensity
        indicating an extent of hybridization of a nucleic acid
        probe with at least one nucleic acid sequence including
        said sample sequence, and each nucleic acid probe
        differing from each other by a single base;

(emphasis supplied).  Neither Weiss nor Stockham discloses these
limitations.

    Initially, Weiss uses a single probe which will
hybridize to a tag on the nucleic acid ladder fragments.  As
such, all of the "probes" in Weiss are identical.  Furthermore,
the probes in Weiss do not indicate the extent of hybridization
but instead are utilized to generate a fluorescent signal which

IAFP00000402

MARK S. CHEE ET AL.                                              PATENT
Application No.: 08/327,525
Page 14

indicates the location of a fragment on the substrate.
Accordingly, it is the location of the fragments that is utilized
to sequence a nucleic acid.

     Stockham does not utilize probes at all.  Instead,
Stockham recites that the fragments of the nucleic acid ladder
are radioactively labeled.  The radioactive signal resulting
indicates the position of the fragments on the gel in a way which
is similar to Weiss.  Accordingly, Stockham also utilizes the
location of the fragments to sequence a nucleic acid.

     In stark contrast, the present invention compares probe
intensities that indicate the extent of hybridization of probes
differing by a single base and the sample nucleic acid sequence.
Claim 60 recites the following:

          said computer system comparing said plurality of
    probe intensities; and
          identifying said unknown base according to results
    of said comparing step.

In the Office Action, the Examiner stated that it would have been
prima facie obvious to one of ordinary skill in the art to use
the computer algorithms of Weiss and Stockham to interpret that
data from the sequencing by hybridization described by Fodor.
More specifically, the Examiner stated that one could "call" a
site based on the intensity of a signal produced by a probe at
that site and thus assign an identity to that site.  Applicants
disagree.

     Weiss and Stockham relate to vastly different
technologies than the pioneering advances of Fodor.  Weiss and
Stockham are directed to identifying the <u>location</u> of a fragment
of a nucleic acid ladder.  In the present invention, the
locations of the hybridized probes are known and, as such, the
computer algorithms of Weiss and Stockham would indeed seem to
teach away from the present invention which is directed to
calling an unknown base according to probe intensities from
nucleic acid probes that differ by a single base.

     As Weiss and Stockham do not disclose or suggest all
the limitations of claim 60, the claim is patentably distinct
over the references.  All the other pending claims contain
similar limitations.  Therefore, Applicants request that all the

IAFP00000403

MARK S. CHEE ET AL.                                          PATENT
Application No.: 08/327,525
Page 15

pending claims be passed to issue.

Other Claims

        Independent claims 81, 88 and 99 recite specific
methods of identifying unknown bases.  Details on specific
embodiments of these methods may be found in the specification
under the headings "Intensity Ratio Method," "Reference Method"
and "Statistical Method."  These claims recite methods that are
patentable for at least the same reasons as above.  Additionally,
these claims include further limitations that make them further
patentably distinct.

        Claim 81 recites that a ratio of a higher probe
intensity and a lower probe intensity is calculated.  Then, the
unknown base is identified according to the probe that had the
higher probe intensity if the ratio is greater than a
predetermined ratio value.  Weiss and Stockham simply do not
disclose or suggest this method.  Accordingly, claims 81-87 are
patentably distinct.

        Claim 88 recites that probe intensities from a first
set of probe intensities from probes hybridizing with a reference
nucleic acid sequence and a second set of probe intensities from
probes hybridizing with a sample nucleic acid sequence are
compared.  Based on this comparison, the unknown base is
identified.  Weiss and Stockham do not disclose or suggest this
method.  Accordingly, claims 88-98 are patentably distinct.

        Claim 99 recites that a probe intensity of a nucleic
acid probe hybridizing with a sample sequence is compared to
statistics from nucleic acid probes hybridizing with a reference
sequence.  Based on this comparison, the unknown base is
identified.  Weiss and Stockham do not disclose or suggest this
method.  Accordingly, claims 99-105 are patentably distinct.

Additionally Cited Art

        In the Office Action, the Examiner cited Rutenberg and
Bacus as relevant to programs designed to distinguish ratios of
intensities of light.  Although in the interview the Examiner
stated that these references may be nonanalogous art, she

IAFP00000404

MARK S. CHEE ET AL.                                          PATENT
Application No.: 08/327,525
Page 16

requested that these references be discussed by Applicants.  The
following will show that these references do not teach or suggest
the present invention regardless of whether the references are
analogous art.

        Rutenberg describes a two stage neural network system
for classifying cells on a slide, e.g., for detecting cervical
cancer.  In a first stage, the neural network classifies cells or
objects which are pre-malignant and malignant.  However, the
first stage may include other nonmalignant objects like cell
clumps, debris, leucocytes, and mucus.  A second stage of the
neural network is utilized to distinguish the pre-malignant and
malignant cells from the nonmalignant objects.  As Rutenberg
describes methods of distinguishing objects on a slide utilizing
neural networks, the reference does not disclose or suggest the
base calling methods of the present invention.

        Bacus describes a method for overcoming staining
variations among cells for analysis, e.g., for cancer diagnosis
and prognosis.  Conventional staining mechanisms may have
variations among experiments so reference cells are placed on the
slides with the specimen cells.  After staining, the imaging
apparatus is calibrated according to the reference cells.  The
specimen cells are then analyzed to determine characteristics
such as nuclear optical density.  As Bacus describes methods of
calibrating imaging apparatus for analyzing cells on a slide, the
reference does not disclose or suggest the base calling methods
of the present invention.

                        CONCLUSION

        In view of the foregoing, Applicants believe all claims
now pending in this application are in condition for allowance.
The issuance of a formal Notice of Allowance at an early date is
respectfully requested.

MARK S. CHEE ET AL.                                                        PATENT
Application No.: 08/327,525
Page 17

           If the Examiner believes a telephone conference would
expedite prosecution of this application, please telephone the
undersigned at (415) 326-2400.

                     Respectfully submitted,

                     Michael J. Ritter
                     Reg. No. 36,653

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111-3834
(415) 326-2400
Fax (415) 326-2422

MJR/cab

k:\16533R87000900.am2

MAY 20 '96  04:49PM TTC PALO ALTO 415 326 2422                    P.1/24

Atty Docket No. 16528X-008200

PTO FAX NO.: 1-703-305-7401

ATTENTION: EXAMINER D. REES, PH.D., ART UNIT 1807

CERTIFICATION OF FACSIMILE TRANSMISSION

I hereby certify that the following Amendment, in re Application of
Mark S. Chee, Application No. 08/327,525, filed October 21, 1994,
for COMPUTER-AIDED VISUALIZATION AND ANALYSIS SYSTEM FOR SEQUENCE
EVALUATION is being transmitted by facsimile to the Patent and
Trademark Office on the date shown below.

Number of pages being transmitted, including this page:  23

Dated:  May 20, 1996                *Christine A. Bybee*
                                    Christine A. Bybee


*PLEASE CONFIRM RECEIPT OF THIS PAPER BY*
*RETURN FACSIMILE AT (415) 576-0300*


TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Telephone:  (415) 326-2400
Fax:  (415) 326-2422

M:16528X\FAX.COV

OFFICIAL

FAX CENTER
RECEIVED

MAY 20 1996

GROUP 1800

IAFP00000407

MAY 20 '96  04:48PM TTC PALO ALTO 415 326 2422                    P.2/24

TOWNSEND and TOWNSEND and CREW _P
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111-3834
(415) 576-0200

In re application of Mark S. Chee et al.

Appln. No. 08/327,525

Filed: October 21, 1994

Group Art Unit 1807
For: COMPUTER-AIDED VISUALIZATION AND
ANALYSIS SYSTEM FOR SEQUENCE EVALUATION

Atty. Docket No. 1652    008200

Date    May 20, 1996

I hereby certify that this correspondence is being sent by
facsimile transmission to: Examiner D. Rees, Ph.D.
Fax No.: 1-703-305-7401
Assistant Commissioner for Patents,
Washington, D.C. 20231
on: __May 20, 1996__
by: *Christine A. Bybee*
       Christine A. Bybee

THE ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

Sir:

Transmitted herewith is an amendment in the above-identified application.

[X]  Enclosed is a petition to extend time to respond.
If any extension of time is needed, then this response should be considered a petition therefor.
The filing fee has been calculated as shown below:

|  | (Col. 1) | | (Col. 2) | (Col. 3) | SMALL ENTITY | | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
|  | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE |  | RATE | ADDIT. FEE |
| TOTAL | *46 | MINUS | **44 | *2 | x11= | $ | OR | x22= | $44 |
| INDEP. | *4 | MINUS | ***3 | *1 | x39= | $ |  | x78= | $78 |
| [ ] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +125= | $ |  | +250= | $ |
|  | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $122 |

*       If the entry in Col. 1 is less than the entry in Col. 2,
        write "0" in Col. 3.
**      If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
***     If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.
        The "Highest Number Previously Paid For" (Total or Independent) is the highest number found from the equivalent
        box in Col. 1 of a prior amendment or the number of claims originally filed.

        [ ] No fee is due.

Please charge Deposit Account No. 20-1430 as follows:

        [X]     Claims fee                                                    $ 122
        [X]     Any additional fees associated with this paper or during the pendency of this application.

        2       extra copies of this sheet are enclosed.

TOWNSEND and TOWNSEND and CREW LLP

*Michael J. Ritter*
Michael J. Ritter
Reg. No.: 36,653
Attorneys for Applicant

IAFP00000408

*SR 1807*

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Assistant Commissioner for Patents
Washington, D.C. 20231, on ___19-97___
By ___Christina A. Bykel___

PATENT

Attorney Docket No. 16528X-008200
(client file no. 1091)

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                )    Examiner: D. Rees
                                      )
MARK S. CHEE ET AL.                   )
                                      )    Art Unit: 1807
Application No.: 08/327,525           )
                                      )
Filed: October 21, 1994               )
                                      )
For: COMPUTER-AIDED                   )    AMENDMENT
     VISUALIZATION AND ANALYSIS       )
     SYSTEM FOR SEQUENCE              )
     EVALUATION                       )

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

        In response to the Office Action mailed July 9, 1996,
for which a petition for an extension of time is enclosed, please
amend this application as follows.

IN THE CLAIMS:

        For the Examiner's convenience, all claims pending are
shown below.  Claims that have not been amended herein are shown
in small print.

        Please cancel claims 72 and 94 without prejudice and
amend claims 60, 62, 64, 70, 72, 81, 83, 88, 92, 94, and 99 as
follows.

        1-59.  --CANCELED--

        60.   (Amended) In a computer system, a method of
identifying an unknown base in a sample nucleic acid sequence,
said method comprising the steps of:

MARK S. CHEE ET AL.                                          PATENT
Application No.: 08/327,525
Page 2

      imputing a plurality of probe intensities for a
plurality of nucleic acid probes, each probe intensity indicating
an extent of hybridization of a nucleic acid probe with at least
one nucleic acid sequence including said sample sequence, and
each nucleic acid probe differing from each other by at least a
single base;
      said computer system comparing said plurality of probe
intensities to each other; and
      said computer system generating a base call identifying
said unknown base according to results of said comparing step.

      61.    The method of claim 60, wherein said comparing step includes
the step of said computer system calculating a ratio of a higher probe
intensity to a lower probe intensity.

      62.    (Amended) The method of claim 61, wherein said
generating [identifying] step includes the step of identifying
said unknown base according to a nucleic acid probe having said
higher probe intensity if said ratio is greater than a
predetermined ratio value.

      63.    The method of claim 62, wherein said predetermined ratio
value is approximately 1.2.

      64.    (Amended) The method of claim 60, further
comprising the step of sorting said plurality of probe
intensities by intensity before said comparing step.

      65.    The method of claim 60, wherein said at least one sequence
includes a reference sequence.

      66.    The method of claim 65, wherein said comparing step includes
the step of said computer system comparing probe intensities of a probe
hybridizing with said sample sequence to said probe hybridizing with said
reference sequence.

      67.    The method of claim 65, wherein said comparing step includes
the step of calculating first ratios of a wild-type probe intensity to each
probe intensity of probes hybridizing with said reference sequence, wherein







IAFP00000417

MARK S. CHEE ET AL.                                    PATENT
Application No.: 08/327,525
Page 3

said wild-type probe intensity indicates an extent of hybridization of a
complementary probe with said reference sequence.

68.    The method of claim 67, wherein said comparing step includes
the step of calculating second ratios of the highest probe intensity of a
probe hybridizing with said sample sequence to each probe intensity of probes
hybridizing with said sample sequence.

69.    The method of claim 68, wherein said comparing step includes
the step of calculating third ratios of said first ratios to said second
ratios.

70.    (Amended) The method of claim 69, wherein said
generating [identifying] step includes the step of identifying
said unknown base according to a base of said probe associated
with a highest third ratio.

71.    The method of claim 68, wherein said comparing step includes
the step of calculating a ratio of a highest probe intensity of a probe
hybridizing with said reference sequence to a highest intensity of a probe
hybridizing with said sample sequence.

72.   —CANCELED—

73.    The method of claim 65, wherein probe intensities of probes
hybridizing with said reference sequence are from a plurality of experiments.

74.    The method of claim 73, wherein said comparing step includes
the step of said computer system comparing probe intensities of probes
hybridizing with said sample sequence to statistics about said plurality of
experiments.

75.    The method of claim 74, wherein said statistics include a
mean and standard deviation.

76.    The method of claim 73, further comprising the step of
normalizing said plurality of probe intensities by dividing each probe
intensity by a sum of related probe intensities, wherein related probe
intensities are from probes that differ by a single base.

MARK S. CHEE ET AL.                                          PATENT
Application No.: 08/327,525
Page 4

77.    The method of claim 60, further comprising the step of
subtracting a background intensity from each of said plurality of probe
intensities.

78.    The method of claim 60, further comprising the step of
setting a probe intensity equal to a positive number if said probe intensity
is less than or equal to zero.

79.    The method of claim 60, further comprising the step of
indicating said unknown base is unable to be identified if said plurality of
probe intensities have insufficient intensity to identify said unknown base.

80.    The method of claim 60, wherein said unknown base is
identified as being A, C, G, or T.

81.    (Amended) In a computer system, a method of
identifying an unknown base in a sample nucleic acid sequence,
said method comprising the steps of:
    imputing a plurality of probe intensities for a
plurality of nucleic acid probes, each probe intensity indicating
an extent of hybridization of a nucleic acid probe with said
sample sequence, and each nucleic acid probe differing from each
other by at least a single base;
    said computer system calculating a ratio of a higher
probe intensity to a lower probe intensity; and
    said computer system generating a base call identifying
said unknown base according to a base of a nucleic acid probe
having said higher probe intensity if said ratio is greater than
a predetermined ratio value.

82.    The method of claim 81, wherein said predetermined ratio
value is approximately 1.2.

83.    (Amended) The method of claim 81, further
comprising the step of sorting said plurality of probe
intensities by intensity before said comparing step.

84.    The method of claim 81, further comprising the step of
subtracting a background intensity from each of said plurality of probe
intensities.

IAFP00000419

MARK S. CHEE ET AL.                                                              PATENT
Application No.: 08/327,525
Page 5

85.    The method of claim 81, further comprising the step of
setting a probe intensity equal to a positive number if said probe intensity
is less than or equal to zero.

86.    The method of claim 81, further comprising the step of
indicating said unknown base is unable to be identified if said plurality of
probe intensities have insufficient intensity to identify said unknown base.

87.    The method of claim 81, wherein said unknown base is
identified as being A, C, G, or T.

88.    (Amended) In a computer system, a method of
identifying an unknown base in a sample nucleic acid sequence,
said method comprising the steps of:

imputing a first set of probe intensities, each probe
intensity in said first set indicating an extent of hybridization
of a nucleic acid probe with a reference nucleic acid sequence,
and each nucleic acid probe differing from each other by at least
a single base;

imputing a second set of probe intensities, each probe
intensity in said second set indicating an extent of
hybridization of a nucleic acid probe with said sample sequence,
and each nucleic acid probe differing from each other by at least
a single base;

said computer system comparing at least one of said
probe intensities in said first set and at least one of said
probe intensities in said second set; and

said computer system generating a base call identifying
said unknown base according to results of said comparing step.

89.    The method of claim 88, wherein said comparing step includes
the step of calculating first ratios of a wild-type probe intensity to each
probe intensity of probes hybridizing with said reference sequence, wherein
said wild-type probe intensity indicates an extent of hybridization of a
complementary probe with said reference sequence.

90.    The method of claim 89, wherein said comparing step includes
the step of calculating second ratios of the highest probe intensity of probes
hybridizing with said sample sequence to each probe intensity of a probe
hybridizing with said sample sequence.

IAFP00000420

MARK S. CHEE ET AL.                                                PATENT
Application No.: 08/327,525
Page 6

91.   The method of claim 90, wherein said comparing step further
includes the step of calculating third ratios of said first ratios to said
second ratios.

92.   (Amended) The method of claim 91, wherein said
generating [identifying] step includes the step of identifying
said unknown base according to a base of said probe associated
with a highest third ratio.

93.   The method of claim 88, wherein said comparing step includes
the step of calculating a ratio of a highest probe intensity in said first set
to a highest intensity in said second set.

94.   --CANCELED-- 6

95.   The method of claim 88, further comprising the step of
subtracting a background intensity from each of said plurality of probe
intensities.

96.   The method of claim 88, further comprising the step of
setting a probe intensity equal to a positive number if said probe intensity
is less than or equal to zero.

97.   The method of claim 88, further comprising the step of
indicating said unknown base is unable to be identified if said plurality of
probe intensities have insufficient intensity to identify said unknown base.

98.   The method of claim 88, wherein said unknown base is
identified as being A, C, G, or T.

99.   (Amended) In a computer system, a method of
identifying an unknown base in a sample nucleic acid sequence,
said method comprising the steps of:
      imputing statistics about a plurality of experiments,
each of said experiments producing probe intensities, each probe
intensity indicating an extent of hybridization of a nucleic acid
probe with a reference nucleic acid sequence, and each nucleic
acid probe differing from each other by at least a single base;
      imputing a plurality of probe intensities, each probe
intensity indicating an extent of hybridization of a nucleic acid

IAFP00000421

MARK S. CHEE ET AL.                                    PATENT
Application No.: 08/327,525
Page 7

probe with said sample sequence, and each nucleic acid probe
differing from each other by at least a single base;

     said computer system comparing at least one of said
plurality of probe intensities with said statistics; and

     said computer system generating a base call identifying
said unknown base according to results of said comparing step.

     100.  The method of claim 99, wherein said statistics include a
mean and standard deviation.

     101.  The method of claim 99, further comprising the step of
normalizing said plurality of probe intensities by dividing each probe
intensity by a sum of related probe intensities, wherein related probe
intensities are from probes that differ by a single base.

     102.  The method of claim 99, further comprising the step of
subtracting a background intensity from each of said plurality of probe
intensities.

     103.  The method of claim 99, further comprising the step of
setting a probe intensity equal to a positive number if said probe intensity
is less than or equal to zero.

     104.  The method of claim 99, further comprising the step of
indicating said unknown base is unable to be identified if said plurality of
probe intensities have insufficient intensity to identify said unknown base.

     105.  The method of claim 99, wherein said unknown base is
identified as being A, C, G, or T.

     Please add new claims 106-117 as follows:

     106. The method of claim 60, wherein the plurality of
nucleic acid probes are in an array of probes.

     107. The method of claim 60, wherein the plurality of
probe intensities are fluorescent intensities.

     108. A computer program product that identifies an
unknown base in a sample nucleic acid sequence, comprising:

MARK S. CREE ET AL.                                    PATENT
Application No.: 08/327,525
Page 8

3        computer code that receives a plurality of probe
4   intensities for a plurality of nucleic acid probes, each probe
5   intensity indicating an extent of hybridization of a nucleic acid
6   probe with at least one nucleic acid sequence including said
7   sample sequence, and each nucleic acid probe differing from each
8   other by at least a single base;
9        computer code that performs a comparison of said
10  plurality of probe intensities to each other;
11       computer code that generates a base call identifying
12  said unknown base according to results of said comparison; and
13       a computer readable medium that stores said computer
14  codes.

1        109. A computer program product that identifies an
2   unknown base in a sample nucleic acid sequence, comprising:
3        computer code that receives a plurality of probe
4   intensities for a plurality of nucleic acid probes, each probe
5   intensity indicating an extent of hybridization of a nucleic acid
6   probe with said sample sequence, and each nucleic acid probe
7   differing from each other by at least a single base;
8        computer code that calculates a ratio of a higher probe
9   intensity to a lower probe intensity;
10       computer code that generates a base call identifying
11  said unknown base according to a base of a nucleic acid probe
12  having said higher probe intensity if said ratio is greater than
13  a predetermined ratio value; and
14       a computer readable medium that stores said computer
15  codes.

1        110. A computer program product that identifies an
2   unknown base in a sample nucleic acid sequence, comprising:
3        computer code that receives a first set of probe
4   intensities, each probe intensity in said first set indicating an
5   extent of hybridization of a nucleic acid probe with a reference
6   nucleic acid sequence, and each nucleic acid probe differing from
7   each other by at least a single base;

IAFP00000423

MARK S. CHEE ET AL.                                    PATENT
Application No.: 08/327,525
Page 9

8      computer code that receives a second set of probe
9    intensities, each probe intensity in said second set indicating
10   an extent of hybridization of a nucleic acid probe with said
11   sample sequence, and each nucleic acid probe differing from each
12   other by at least a single base;
13          computer code that performs a comparison of at least
14   one of said probe intensities in said first set and at least one
15   of said probe intensities in said second set;
16          computer code that generates a base call identifying
17   said unknown base according to results of said comparison; and
18          a computer readable medium that stores said computer
19   codes.

          111. A computer program product that identifies an
2    unknown base in a sample nucleic acid sequence, comprising:
3           computer code that receives statistics about a
4    plurality of experiments, each of said experiments producing
5    probe intensities, each probe intensity indicating an extent of
6    hybridization of a nucleic acid probe with a reference nucleic
7    acid sequence, and each nucleic acid probe differing from each
8    other by at least a single base;
9           computer code that receives a plurality of probe
10   intensities, each probe intensity indicating an extent of
11   hybridization of a nucleic acid probe with said sample sequence,
12   and each nucleic acid probe differing from each other by at least
13   a single base;
14          computer code that performs a comparison of at least
15   one of said plurality of probe intensities with said statistics;
16          computer code that generates a base call identifying
17   said unknown base according to results of said comparison; and
18          a computer readable medium that stores said computer
19   codes.

1           112. A system that identifies an unknown base in a
2    sample nucleic acid sequence, comprising:
3           a processor; and

MARK S. CHEE ET AL.                                    PATENT
Application No.: 08/327,525
Page 10

    4          a computer readable medium coupled to said processor
    5    for storing a computer program comprising:
    6          computer code that receives a plurality of probe
    7    intensities for a plurality of nucleic acid probes, each probe
    8    intensity indicating an extent of hybridization of a nucleic acid
    9    probe with at least one nucleic acid sequence including said
   10    sample sequence, and each nucleic acid probe differing from each
   11    other by at least a single base;
   12          computer code that performs a comparison of said
   13    plurality of probe intensities to each other; and
   14          computer code that generates a base call identifying
   15    said unknown base according to results of said comparison.

    1          113. A system that identifies an unknown base in a
    2    sample nucleic acid sequence, comprising:
    3          a processor; and
    4          a computer readable medium coupled to said processor
    5    for storing a computer program comprising:
    6          computer code that receives a plurality of probe
    7    intensities for a plurality of nucleic acid probes, each probe
    8    intensity indicating an extent of hybridization of a nucleic acid
    9    probe with said sample sequence, and each nucleic acid probe
   10    differing from each other by at least a single base;
   11          computer code that calculates a ratio of a higher probe
   12    intensity to a lower probe intensity; and
   13          computer code that generates a base call identifying
   14    said unknown base according to a base of a nucleic acid probe
   15    having said higher probe intensity if said ratio is greater than
   16    a predetermined ratio value.

    1          114. A system that identifies an unknown base in a
    2    sample nucleic acid sequence, comprising:
    3          a processor; and
    4          a computer readable medium coupled to said processor
    5    for storing a computer program comprising:
    6          computer code that receives a first set of probe
    7    intensities, each probe intensity in said first set indicating an

IAFP00000425

MARK S. CHEE ET AL.                                          PATENT
Application No.: 08/327,525
Page 11

8    extent of hybridization of a nucleic acid probe with a reference
9    nucleic acid sequence, and each nucleic acid probe differing from
10   each other by at least a single base;
11          computer code that receives a second set of probe
12   intensities, each probe intensity in said second set indicating
13   an extent of hybridization of a nucleic acid probe with said
14   sample sequence, and each nucleic acid probe differing from each
15   other by at least a single base;
16          computer code that performs a comparison of at least
17   one of said probe intensities in said first set and at least one
18   of said probe intensities in said second set; and
19          computer code that generates a base call identifying
20   said unknown base according to results of said comparison.

1    115. A system that identifies an unknown base in a
2    sample nucleic acid sequence, comprising:
3          a processor; and
4          a computer readable medium coupled to said processor
5    for storing a computer program comprising:
6          computer code that receives statistics about a
7    plurality of experiments, each of said experiments producing
8    probe intensities, each probe intensity indicating an extent of
9    hybridization of a nucleic acid probe with a reference nucleic
10   acid sequence, and each nucleic acid probe differing from each
11   other by at least a single base;
12          computer code that receives a plurality of probe
13   intensities, each probe intensity indicating an extent of
14   hybridization of a nucleic acid probe with said sample sequence,
15   and each nucleic acid probe differing from each other by at least
16   a single base;
17          computer code that performs a comparison of at least
18   one of said plurality of probe intensities with said statistics;
19   and
20          computer code that generates a base call identifying
21   said unknown base according to results of said comparison.--

IAFP00000426

MARK S. CHEE ET AL.                                    PATENT
Application No.: 08/327,525
Page 12

     116. A system according to claims 112, 113, 114, or
115, wherein the plurality of nucleic acid probes are in an array
of probes.

     117. A system according to claims 112, 113, 114, or
115, wherein the plurality of probe intensities are fluorescent
intensities.--

                            REMARKS
     Claims 60-71, 73-93, and 95-117 are pending in the
subject application.  Applicants canceled claims 72 and 94
without prejudice and reserve all right to pursue these or other
claims in another application.  Claims 106-117 were added by this
Amendment.  In light of the amendments and following remarks,
Applicants believe all claims now pending are in condition for
allowance.

     The Examiner indicated that claims 60-105 were
allowable over the cited art, however, the disclosure was
objected to because the Sequence Listing did not conform to 37
C.F.R. §§ 1.821-25.  Additionally, claims 60-105 were rejected
under 35 U.S.C. § 101 as being directed at non-statutory subject
matter and under 35 U.S.C. § 112, second paragraph, as being
indefinite for failing to particularly point out and distinctly
claim the subject invention.

The Sequence Listing
     The Office Action mailed July 9, 1996 did not include a
Notice to Comply.  Applicants telephoned the Examiner on July 17,
1996 to inform her that the Notice had not been received.
Applicants appreciate the Examiner's diligence in faxing the
Sequence Verification Report (enclosed) to the undersigned's
attention on August 22, 1996.
     Applicants corrected the Sequence Listing to remedy
errors specified in the faxed Report.  The corrections include
replacing each occurrence of 'X' in the Sequence Listing with an
'N' (both were utilized in the specification to indicate an

IAFP00000427

MARK S. CHEE ET AL.                                          PATENT
Application No.: 08/327,525
Page 13

ambiguous base; see page 11, lines 38-42, of the specification).
Applicants submit herewith a corrected Sequence Listing and
diskette including the Sequence Listing in computer readable
form.

    The Office Action stated that the Notice to Comply had
a shortened statutory period for response of one month from the
mailing date; however, Applicants never received the Notice.  In
a telephone conversation with the Examiner on December 9, 1996,
the Examiner indicated that it would be permissible to file the
new Sequence Listing with this Amendment along with the requisite
petition for three months extension of time.  Should any other
fees be required, Applicants authorize any other fees to be
charged to Deposit Account No. 20-1430.

The Invention

    The Examiner acknowledges that the present invention
provides innovative computer-aided methods that are not disclosed
or suggested in the prior art for identifying unknown bases in
nucleic acids.  However, the Examiner rejected the claims under §
101 and § 112, second paragraph.  Applicants have amended the
claims to overcome the rejections and will discuss each of the
Examiner's specific rejections below.

The § 101 Rejection

    The Examiner rejected claims 60-105 under 35 U.S.C. §
101 as being directed to non-statutory subject matter.  More
specifically, the Examiner stated that the claims are directed to
a computer algorithm which is not applied to physical elements or
process steps.  Applicants respectfully disagree.  The claims
recite computer-aided processes which analyze probe intensities
indicative of the extent of hybridization of the nucleic acid
probes and the sample sequence.  The extent of hybridization is
indeed a physical quantity just as are electrocardiograph signals
(see Arrhythmia Research Tech. v. Corazonix Corp., 958 F2d 1053,
22 USPQ2d 1033 (Fed. Cir. 1992).  In order to more clearly
recite the invention, Applicants amended the independent claims
to recite that "said computer system generat[es] a base call"

IAFP00000428

MARK S. CHEE ET AL.                                      PATENT
Application No.: 08/327,525
Page 14

that identifies an unknown base. Therefore, the claims recite
statutory computer-aided processes of receiving probe intensities
indicative of hybridization with a sample sequence and generating
a base call of an unknown base in the sample sequence.

      The Examiner suggested that the claims "should be
amended so that if viewed without the algorithm the process would
stand alone." Applicants understand the Examiner to say that the
claims should recite statutory subject matter in the abstract,
without consideration of an algorithm or computer. For example,
processes of curing synthetic rubber are statutory subject matter
so a process of curing synthetic rubber that utilizes a computer
is also statutory subject matter (see Diamond v. Diehr, 450 US
175, 209 USPQ 1 (1981)). Applicants submit that processes for
identifying unknown bases in sample nucleic acids are statutory
subject matter so the recited computer-aided processes are also
statutory subject matter.

      Applicants have reviewed the Examination Guidelines for
Computer-Related Inventions in § 2106 of the MPEP (see, e.g., the
section entitled "Manipulation of Data Representing Physical
Objects or Activities" in MPEP § 2106(IV)(B)(2)(b)(i)).
Applicants fully believe that the pending claims are directed to
statutory subject matter. Applicants invite the Examiner to
telephone the undersigned if a telephone discussion would
facilitate prosecution of the subject application.

The § 112, Second Paragraph, Rejections

      The Examiner rejected claims 60-105 under 35 U.S.C. §
112, second paragraph, as being indefinite for failing to
particularly point out and distinctly claim the subject
invention. With regard to claim 60, the Examiner indicated it is
not clear to what the probe intensities are compared. Applicants
amended claim 60 to recited that the probe intensities are
compared to each other (see, e.g., Figs. 3, 4A and 5A).
Accordingly, the rejection is overcome.

      Additionally, the Examiner stated that claim 60 is
indefinite in that it is not clear how one extrapolates from
"comparing" to "identifying." Applicants respectfully submit

that, when read in light of the specification as the case law
requires, the claims are not unclear. Applicants' specification
provides full detail on possible "comparing" and "generating" (as
amended) steps. For example, the highest probe intensity may be
compared to the next highest probe intensity to generate a ratio.
If this ratio is greater than a predetermined ratio cutoff, the
unknown base will be called according to (e.g., complementary to)
a base in the probe with the highest intensity (see page 14,
lines 23-34). Many of the dependent claims recite further
details on these steps (see, e.g., claims 61-63). As Applicants'
specification provides ample description of exemplary ways that
the present invention may be performed, Applicants request that
this rejection be withdrawn.

        With regard to claim 64, the Examiner indicated it is
unclear how the probe intensities are sorted. Applicants amended
claim 64 to recite that the probe intensities are sorted "by
intensity" (see, e.g., page 14, line 17). Accordingly, the
rejection is overcome.

        The Examiner indicated that in claim 70 it is unclear
what characteristic of the probe "identifies" the unknown base.
As described in the specification, the nucleic acid probes are
generally complementary to the sample sequence in order to allow
for hybridization between the probes and the sample sequence.
Applicants amended claim 70 to recite that the unknown base is
identified according to "a base" of a probe with a highest ratio
(see page 24, lines 5-10). Accordingly, the rejection is
overcome.

        The Examiner rejected claims 72 and 94. In a sincere
effort to expedite prosecution. Applicants canceled these claims
rendering the rejections moot.

        The Examiner rejected claims 81, 83, and 92 for the
same reasons as claims discussed above. Applicants amended these
and other claims in the manner discussed to overcome the
rejections. Therefore, Applicants have addressed all the § 112,
second paragraph, rejections and respectfully request that these
rejections be withdrawn.

MARK S. CHEE ET AL.                                          PATENT
Application No.: 08/327,525
Page 16

CONCLUSION

    In view of the foregoing, Applicants believe all claims
now pending in this application are in condition for allowance.
The issuance of a formal Notice of Allowance at an early date is
respectfully requested.

    If the Examiner believes a telephone conference would
expedite prosecution of this application, please telephone the
undersigned at (415) 326-2400.

Respectfully submitted,

Michael J. Ritter
Reg. No. 36,653

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(415) 326-2400
Fax (415) 326-2422

MJR:cab

h:\...

IAFP00000431

| *Notice of Allowability* | Application No.<br>08/327,525 | Applicant(s)<br>Chee et al. |
|---|---|---|
| | Examiner<br>Dianne Rees | Group Art Unit<br>1807 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *fax of 4/28/97*

☒ The allowed claim(s) is/are *108-117*

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
  ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been
    ☐ received.
    ☐ received in Application No. (Series Code/Serial Number) _____
    ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
  *Certified copies not received: _____
☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS
  ☒ because the originally filed drawings were declared by applicant to be informal.
  ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .
  ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.
  ☐ including changes required by the attached Examiner's Amendment/Comment.

  Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)
☒ Notice of References Cited, PTO-892
☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____
☐ Notice of Draftsperson's Patent Drawing Review, PTO-948
☐ Notice of Informal Patent Application, PTO-152
☒ Interview Summary, PTO-413
☒ Examiner's Amendment/Comment
☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
☐ Examiner's Statement of Reasons for Allowance

U.S. Patent and Trademark Office
PTO-37 (Rev. 9-95)            Notice of Allowability            Part of Paper No. 28

IAFP00000511

Serial Number: 08327525                                    Page 2

Art Unit: 1807                                    F

## DETAILED ACTION

1.     An examiner's amendment to the record appears below.  Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312.  To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

       Authorization for this examiner's amendment was given in a telephone interview with Vern Norveil and Nancy De Santis on 4/28/97.

2.     The application has been amended as follows:

Claims 60-71, 73-93, 95-107 have been canceled.

In claim 110, line 11, "correspodnig" has been deleted and --corresponding-- inserted.

In claim 114, line 21, after "said", --sequence of said-- has been inserted.

In claim 118, line 22, after "said", --sequence of said-- has been inserted.

IAFP00000512

Serial Number: 08327525                                         Page 3

Art Unit: 1807

      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Dianne Rees whose telephone number is (703) 308-6565.

W. GARY JONES
SUPERVISORY PATENT EXAMINER
GROUP 1800

Dianne Rees
April 28, 1997

IAFP00000513