**PCT**    WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau



## INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 5 : C12Q 1/68, G01N 33/566, 33/48 C07H 15/12 | A1 | (11) International Publication Number: WO 92/10588 |
|---|---|---|
| | | (43) International Publication Date: 25 June 1992 (25.06.92) |

(21) International Application Number: PCT/US91/09226

(22) International Filing Date: 6 December 1991 (06.12.91)

(30) Priority data:
624,114    6 December 1990 (06.12.90)    US

(71) Applicant (for all designated States except US): AFFYMAX TECHNOLOGIES N.V. [NL/NL]; De Ruyderkade 62, Curaçao (AN).

(72) Inventors; and
(75) Inventors/Applicants (for US only) : FODOR, Stephen, P., A. [US/US]; 3863 Nathan Way, Palo Alto, CA 94303 (US). SOLAS, Dennis, W. [US/US]; 50 Gardenside Drive, #13, San Francisco, CA 94131 (US). DOWER, William, J. [US/US]; 761 Partridge Avenue, Menlo Park, CA 94025 (US).

(74) Agents: DUNN, Tracy, J. et al.; Townsend and Townsend, One Market Plaza, 2000 Steuart Tower, San Francisco, CA 94105 (US).

(81) Designated States: AT (European patent), AU, BE (European patent), CA, CH (European patent), DE (European patent), DK (European patent), ES (European patent), FR (European patent), GB (European patent), GR (European patent), IT (European patent), JP, LU (European patent), MC (European patent), NL (European patent), SE (European patent), US.

**Published**
*With international search report.*

(54) Title: SEQUENCING BY HYBRIDIZATION OF A TARGET NUCLEIC ACID TO A MATRIX OF DEFINED OLIGONUCLEOTIDES

(57) Abstract

The present invention provides methods and appartus for sequencing, fingerprinting and mapping biological polymers, particularly polynucleotides. The methods make use of a plurality of positionally distinct sequence specific recognition reagents, such as polynucleotides. The apparatus employs a substrate comprising positionally distinct sequence specific recognition reagents, such as polynucleotides, which are preferably localized at high densities. The methods and apparatus of the present invention can be used for determining the sequence of polynucleotides, mapping polynucleotides, and developing polynucleotide fingerprints. Polynucleotide fingerprints can be used for identifying individuals, tissue samples, pathological conditions, genetic diseases, infectious diseases, and other applications. Polynucleotide fingerprints can also be used for classification of bioligical samples, including taxonomy, and to characterize their sources. The invention also provides polynucleotide mapping, fingerprinting, and sequencing as valuable laboratory research tools for use in biological investigations.

Plaintiff's
Trial Exhibit
PTX 725
C.A. No. 04-901 JJF

## FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | |
|---|---|---|---|---|---|---|
| AT | Austria | ES | Spain | MG | Madagascar |
| AU | Australia | FI | Finland | ML | Mali |
| BB | Barbados | FR | France | MN | Mongolia |
| BE | Belgium | GA | Gabon | MR | Mauritania |
| BF | Burkina Faso | GB | United Kingdom | MW | Malawi |
| BG | Bulgaria | GN | Guinea | NL | Netherlands |
| BJ | Benin | GR | Greece | NO | Norway |
| BR | Brazil | HU | Hungary | PL | Poland |
| CA | Canada | IT | Italy | RO | Romania |
| CF | Central African Republic | JP | Japan | SD | Sudan |
| CG | Congo | KP | Democratic People's Republic | SE | Sweden |
| CH | Switzerland | | of Korea | SN | Senegal |
| CI | Côte d'Ivoire | KR | Republic of Korea | SU+ | Soviet Union |
| CM | Cameroon | LI | Liechtenstein | TD | Chad |
| CS | Czechoslovakia | LK | Sri Lanka | TG | Togo |
| DE* | Germany | LU | Luxembourg | US | United States of America |
| DK | Denmark | MC | Monaco | | |

+     Any designation of "SU" has effect in the Russian Federation. It is not yet known whether any such designation has effect in other States of the former Soviet Union.

WO 92/10588                                          PCT/US91/09226 .

1

SEQUENCING BY HYBRIDIZATION OF A TARGET NUCLEIC ACID
TO A MATRIX OF DEFINED OLIGONUCLEOTIDES

## BACKGROUND OF THE INVENTION

The present invention relates to the sequencing,
fingerprinting, and mapping of polymers, particularly
biological polymers.  The inventions may be applied, for
example, in the sequencing, fingerprinting, or mapping of
polynucleotides.

The relationship between structure and function of
macromolecules is of fundamental importance in the
understanding of biological systems.  These relationships are
important to understanding, for example, the functions of
enzymes, structural proteins, and signalling proteins, ways in
which cells communicate with each other, as well as mechanisms
of cellular control and metabolic feedback.

Genetic information is critical in continuation of
life processes.  Life is substantially informationally based
and its genetic content controls the growth and reproduction of
the organism and its complements.  Polypeptides, which are
critical features of all living systems, are encoded by the
genetic material of the cell.  In particular, the properties of
enzymes, functional proteins, and structural proteins are
determined by the sequence of amino acids which make them up.
As structure and function are integrally related, many
biological functions may be explained by elucidating the
underlying the structural features which provide those
functions.  For this reason, it has become very important to
determine the genetic sequences of nucleotides which encode the
enzymes, structural proteins, and other effectors of biological
functions.  In addition to segments of nucleotides which encode
polypeptides, there are many nucleotide sequences which are
involved in control and regulation of gene expression.

The human genome project is directed toward
determining the complete sequence the genome of the human
organism.  Although such a sequence would not correspond to the

2

sequence of any specific individual, it would provide
significant information as to the general organization and
specific sequences contained within segments from particular
individuals.  It would also provide mapping information which

5      is very useful for further detailed studies.  However, the need
for highly rapid, accurate, and inexpensive sequencing
technology is nowhere more apparent than in a demanding
sequencing project such as this.  To complete the sequencing of
a human genome would require the determination of approximately

10     $3 \times 10^9$, or 3 billion base pairs.

The procedures typically used today for sequencing
include the Sanger dideoxy method, see, e.g., Sanger et al.
(1977) Proc. Natl. Acad. Sci. USA, 74:5463-5467, or the Maxam
and Gilbert method, see, e.g., Maxam et al., (1980) Methods in

15     Enzymology, 65:499-559.  The Sanger method utilizes enzymatic
elongation procedures with chain terminating nucleotides.  The
Maxam and Gilbert method uses chemical reactions exhibiting
specificity of reaction to generate nucleotide specific
cleavages.  Both methods require a practitioner to perform a

20     large number of complex manual manipulations.  These
manipulations usually require isolating homogeneous DNA
fragments, elaborate and tedious preparing of samples,
preparing a separating gel, applying samples to the gel,
electrophoresing the samples into this gel, working up the

25     finished gel, and analyzing the results of the procedure.
Thus, a less expensive, highly reliable, and labor
efficient means for sequencing biological macromolecules is
needed.  A substantial reduction in cost and increase in speed
of nucleotide sequencing would be very much welcomed.  In

30     particular, an automated system would improve the
reproducibility and accuracy of procedures.  The present
invention satisfies these and other needs.


SUMMARY OF THE INVENTION

35          The present invention provides improved methods
useful for de novo sequencing of an unknown polymer sequence,
for verification of known sequences, for fingerprinting
polymers, and for mapping homologous segments within a

sequence.  By reducing the number of manual manipulations
required and automating most of the steps, the speed, accuracy,
and reliability of these procedures are greatly enhanced.

5      The production of a substrate having a matrix of
positionally defined regions with attached reagents exhibiting
known recognition specificity can be used for the sequence
analysis of a polymer.  Although most directly applicable to
sequencing, the present invention is also applicable to
fingerprinting, mapping, and general screening of specific
10     interactions.

The present invention also provides a means to
automate sequencing manipulations.  The automation of the
substrate production method and of the scan and analysis steps
minimizes the need for human intervention.  This simplifies the
15     tasks and promotes reproducibility.

The present invention provides a composition
comprising a plurality of positionally distinguishable sequence
specific reagents attached to a solid substrate, which reagents
are capable of specifically binding to a predetermined subunit
20     sequence of a preselected multi-subunit length having at least
three subunits, said reagents representing substantially all
possible sequences of said preselected length.  In some
embodiments, the subunit sequence is a polynucleotide sequence.
In other embodiments, the specific reagent is an
25     oligonucleotide of at least about five nucleotides, preferably
at least eight nucleotides, more preferably at least 12
nucleotides.  Usually the specific reagents are all attached to
a single solid substrate, and the reagents comprise at least
3000 different sequences.  In other embodiments, the reagents
30     represents at least about 25% of the possible subsequences of
said preselected length.  Usually, the reagents are localized
in regions of the substrate having a density of at least 25
regions per square centimeter, and often the substrate has a
surface area of less than about 4 square centimeters.
35     The present invention also provides methods for
analyzing a sequence of a polynucleotide, said method
comprising the step of:

4

       a)    exposing said polynucleotide to a composition as described.

It also provides useful methods for identifying or comparing a target sequence with a reference (i.e., fingerprinting), said method comprising the step of:

       a)    exposing said target sequence to a composition as described;

       b)    determining the pattern of positions of the reagents which specifically interact with the target sequence; and

       c)    comparing the pattern with the pattern exhibited by the reference when exposed to the composition.

By way of example and not limitation, such fingerprinting methods may be used for personal identification, genetic screening, identification of pathological conditions, determination of patterns of specific gene expression, and others.

The present invention also provides methods for sequencing a segment of a polynucleotide comprising the steps of:

       a)    combining:

           i)    a substrate comprising a plurality of chemically synthesized and positionally distinguishable oligonucleotides capable of recognizing defined oligonucleotide sequences; and

           ii)    a target polynucleotide; thereby forming high fidelity matched duplex structures of complementary subsequences of known sequence; and

       b)    determining which of said reagents have specifically interacted with subsequences in said target polynucleotide.

In one embodiment, the segment is substantially the entire length of said polynucleotide.

In one embodiment, the substrates are beads.

Preferably, the plurality of reagents comprise substantially

5

all possible subsequences of said preselected length found in
said target.  In another embodiment, the solid phase substrate
is a single substrate having attached thereto reagents
recognizing substantially all possible subsequences of
5   preselected length found in said target.

      In another embodiment, the method further comprises
the step of analyzing a plurality of said recognized
subsequences to assemble a sequence of said target polymer.  In
a bead embodiment, at least some of the plurality of substrates
10  have one subsequence specific reagent attached thereto, and the
substrates are coded to indicate the sequence specificity of
said reagent.

      The present invention also embraces a method of using
a fluorescent nucleotide to detect interactions with
15  oligonucleotide probes of known sequence, said method
comprising:

            a)   attaching said nucleotide to a target unknown
                 polynucleotide sequence, and
            b)   exposing said target polynucleotide sequence to
20               a collection of positionally defined
                 oligonucleotide probes of known sequences to
                 determine the sequences of said probes which
                 interact with said target.

      In a further refinement, an additional step is
25  included of:

            a)   collating said known sequences to determine the
                 overlaps of said known sequences to determine
                 the sequence of said target sequence.

30          A method of mapping a plurality of sequences relative
to one another is also provided, the method comprising:

            a)   preparing a substrate having a plurality of
                 positionally attached sequence specific probes
                 are attached;
35          b)   exposing each of said sequences to said
                 substrate, thereby determining the patterns of
                 interaction between said sequence specific
                 probes and said sequences; and

    c)    determining the relative locations of said
sequence specific probe interactions on said
sequences to determine the overlaps and order of
said sequences.

5        In one refinement, the sequence specific probes are
oligonucleotides, applicable to where the target sequences are
nucleic acid sequences.

    In the nucleic acid sequencing application, the steps
of the sequencing process comprise:

10        a)    producing a matrix substrate having known
positionally defined regions of known sequence
specific oligonucleotide probes;

    b)    hybridizing a target polynucleotide to the
15        positions on the matrix so that each of the
positions which contain oligonucleotide probes
complementary to a sequence on the target
hybridize to the target molecule;

20        c)    detecting which positions have bound the target,
thereby determining sequences which are found on
the target; and

    d)    analyzing the known sequences contained in the
25        target to determine sequence overlaps and
assembling the sequence of the target therefrom.

    The enablement of the sequencing process by
hybridization is based in large part upon the ability to
synthesize a large number (e.g., to virtually saturate) of the
30  possible overlapping sequence segments and distinguishing those
probes which hybridize with fidelity from those which have
mismatched bases, and to analyze a highly complex pattern of
hybridization results to determine the overlap regions.

    The detecting of the positions which bind the target
35  sequence would typically be through a fluorescent label on the
target.  Although a fluorescent label is probably most
convenient, other sorts of labels, e.g., radioactive, enzyme
linked, optically detectable, or spectroscopic labels may be

WO 92/10588                                                                PCT/US91/09226

7

used. Because the oligonucleotide probes are positionally
defined, the location of the hybridized duplex will directly
translate to the sequences which hybridize. Thus, upon
analysis of the positions provides a collection of subsequences
5    found within the target sequence. These subsequences are
matched with respect to their overlaps so as to assemble an
intact target sequence.


                    BRIEF DESCRIPTION OF THE FIGURES
10              Fig. 1 illustrates a flow chart for sequence,
fingerprint, or mapping analysis.
                Fig. 2 illustrates the proper function of a VLSIPS
nucleotide synthesis.
                Fig. 3 illustrates the proper function of a VLSIPS
15   dinucleotide synthesis.
                Fig. 4 illustrates the process of a VLSIPS
trinucleotide synthesis.


                    DESCRIPTION OF THE PREFERRED EMBODIMENTS
20   I.      Overall Description
             A.    general
             B.    VLSIPS substrates
             C.    binary masking
             D.    applications
25           E.    detection methods and apparatus
             F.    data analysis

     II.     Theoretical Analysis
             A.    simple n-mer structure; theory
30           B.    complications

     III.    Polynucleotide Sequencing
             A.    preparation of substrate matrix
             B.    labeling target polynucleotide
35           C.    hybridization conditions
             D.    detection; VLSIPS scanning
             E.    analysis
             F.    substrate reuse

40   IV.     Fingerprinting
             A.    general
             B.    preparation of substrate matrix
             C.    labeling target nucleotides
             D.    hybridization conditions
45           E.    detection; VLSIPS scanning
             F.    analysis
             G.    substrate reuse
             H.    other polynucleotide aspects


                        SUBSTITUTE SHEET

V.      Mapping
        A.   general
        B.   preparation of substrate matrix
        C.   labeling
5       D.   hybridization/specific interaction
        E.   detection
        F.   analysis
        G.   substrate reuse

10  VI.     Additional Screening
        A.   specific interactions
        B.   sequence comparisons
        C.   categorizations
        D.   statistical correlations
15
    VII.    Formation of Substrate
        A.   instrumentation
        B.   binary masking
        C.   synthetic methods
20      D.   surface immobilization

    VIII.   Hybridization/Specific Interaction
        A.   general
        B.   important parameters
25
    IX.     Detection Methods
        A.   labeling techniques
        B.   scanning system

30  X.      Data Analysis
        A.   general
        B.   hardware
        C.   software

35  XI.     Substrate Reuse
        A.   removal of label
        B.   storage and preservation
        C.   processes to avoid degradation of oligomers

40  XII.    Integrated Sequencing Strategy
        A.   initial mapping strategy
        B.   selection of smaller clones

    XIII.   Commercial Applications
45      A.   sequencing
        B.   fingerprinting
        C.   mapping

                            *   *   *

50

    I.   OVERALL DESCRIPTION

        A.   <u>General</u>

            The present invention relies in part on the ability
    to synthesize or attach specific recognition reagents at known

WO 92/10588                                                    PCT/US91/09226

9

locations on a substrate, typically a single substrate. In
particular, the present invention provides the ability to
prepare a substrate having a very high density matrix pattern
of positionally defined specific recognition reagents. The
5       reagents are capable of interacting with their specific targets
while attached to the substrate, e.g., solid phase
interactions, and by appropriate labeling of these targets, the
sites of the interactions between the target and the specific
reagents may be derived. Because the reagents are positionally
10      defined, the sites of the interactions will define the
specificity of each interaction. As a result, a map of the
patterns of interactions with specific reagents on the
substrate is convertible into information on the specific
interactions taking place, e.g., the recognized features.
15      Where the specific reagents recognize a large number of
possible features, this system allows the determination of the
combination of specific interactions which exist on the target
molecule. Where the number of features is sufficiently large,
the identical same combination, or pattern, of features is
20      sufficiently unlikely that a particular target molecule may
often be uniquely defined by its features. In the extreme, the
features may actually be the subunit sequence of the target
molecule, and a given target sequence may be uniquely defined
by its combination of features.
25              In particular, the methodology is applicable to
sequencing polynucleotides. The specific sequence recognition
reagents will typically be oligonucleotide probes which
hybridize with specificity to subsequences found on the target
sequence. A sufficiently large number of those probes allows
30      the fingerprinting of a target polynucleotide or the relative
mapping of a collection of target polynucleotides, as described
in greater detail below.
                In the high resolution fingerprinting provided by a
saturating collection of probes which include all possible
35      subsequences of a given size, e.g., 10-mers, collating of all
the subsequences and determination of specific overlaps will be
derived and the entire sequence can usually be reconstructed.

10

Sequence analysis may take the form of complete
sequence determination, to the level of the sequence of
individual subunits along the entire length of the target
sequence.  Sequence analysis also may take the form of sequence
5   homology, e.g., less than absolute subunit resolution, where
"similarity" in the sequence will be detectable, or the form of
selective sequences of homology interspersed at specific or
irregular locations.

In either case, the sequence is determinable at
10   selective resolution or at particular locations.  Thus, the
hybridization method will be useful as a means for
identification, e.g., a "fingerprint", much like a Southern
hybridization method is used.  It is also useful to map
particular target sequences.

15

B.   VLSIPS Substrates
The invention is enabled by the development of
technology to prepare substrates on which specific reagents may
be either positionally attached or synthesized.  In particular,
20   the very large scale immobilized polymer synthesis (VLSIPS)
technology allows for the very high density production of an
enormous diversity of reagents mapped out in a known matrix
pattern on a substrate.  These reagents specifically recognize
subsequences in a target polymer and bind thereto, producing a
25   map of positionally defined regions of interaction.  These map
positions are convertible into actual features recognized, and
thus would be present in the target molecule of interest.

As indicated, the sequence specific recognition
reagents will often be oligonucleotides which hybridize with
30   fidelity and discrimination to the target sequence.

In the generic sense, the VLSIPS technology allows
the production of a substrate with a high density matrix of
positionally mapped regions with specific recognition reagents
attached at each distinct region.  By use of protective groups
35   which can be positionally removed, or added, the regions can be
activated or deactivated for addition of particular reagents or
compounds.  Details of the protection are described below and
in PCT publication no. WO90/15070, published December 13, 1990.

11

In a preferred embodiment, photosensitive protecting agents
will be used and the regions of activation or deactivation may
be controlled by electro-optical and optical methods, similar
to many of the processes used in semiconductor wafer and chip
5    fabrication.

In the nucleic acid nucleotide sequencing
application, a VLSIPS substrate is synthesized having
positionally defined oligonucleotide probes. See PCT
publication no. WO90/15070, published December 13, 1990; and
10   U.S.S.N. 07/624,120, filed December 6, 1990. By use of masking
technology and photosensitive synthetic subunits, the VLSIPS
apparatus allows for the stepwise synthesis of polymers
according to a positionally defined matrix pattern. Each
oligonucleotide probe will be synthesized at known and defined
15   positional locations on the substrate. This forms a matrix
pattern of known relationship between position and specificity
of interaction. The VLSIPS technology allows the production of
a very large number of different oligonucleotide probes to be
simultaneously and automatically synthesized including numbers
20   in excess of about $10^2$, $10^3$, $10^4$, $10^5$, $10^6$, or even more, and at
densities of at least about $10^2$, $10^3/cm^2$, $10^4/cm^2$, $10^5/cm^2$ and up
to $10^6/cm^2$ or more. This application discloses methods for
synthesizing polymers on a silicon or other suitably
derivatized substrate, methods and chemistry for synthesizing
25   specific types of biological polymers on those substrates,
apparatus for scanning and detecting whether interaction has
occurred at specific locations on the substrate, and various
other technologies related to the use of a high density very
large scale immobilized polymer substrate. In particular,
30   sequencing, fingerprinting, and mapping applications are
discussed herein in detail, though related technologies are
described in U.S.S.N. 07/624,120, filed December 6, 1990; and
PCT/US91/02989, filed May 1, 1991, each of which is hereby
incorporated herein by reference.

35       The regions which define particular reagents will
usually be generated by selective protecting groups which may
be activated or deactivated. Typically the protecting group
will be bound to a monomer subunit or spatial region, and can

12

be spatially affected by an activator, such as electromagnetic
radiation.  Examples of protective groups with utility herein
include nitroveratryl oxycarbonyl (NVOC), nitrobenzyl
oxycarbony (NBOC) or α,α-dimethyl-dimethoxybenzyl oxycarbonyl
5      (DEZ).

C.    Binary Masking
        In fact, the means for producing a substrate useful
for these techniques are explained in U.S.S.N. 07/492,462
10     (VLSIPS CIP), which is hereby incorporated herein by reference.
However, there are various particular ways to optimize the
synthetic processes.  Many of these methods are described in
U.S.S.N. 07/624,120.
        Briefly, the binary synthesis strategy refers to an
15     ordered strategy for parallel synthesis of diverse polymer
sequences by sequential addition of reagents which may be
represented by a reactant matrix, and a switch matrix, the
product of which is a product matrix.  A reactant matrix is a
1 x n matrix of the building blocks to be added.  The switch
20     matrix is all or a subset of the binary numbers from 1 to n
arranged in columns.  In preferred embodiments, a binary
strategy is one in which at least two successive steps
illuminate half of a region of interest on the substrate.  In
most preferred embodiments, binary synthesis refers to a
25     synthesis strategy which also factors a previous addition step.
For example, a strategy in which a switch matrix for a masking
strategy halves regions that were previously illuminated,
illuminating about half of the previously illuminated region
and protecting the remaining half (while also protecting about
30     half of previously protected regions and illuminating about
half of previously protected regions).  It will be recognized
that binary rounds may be interspersed with non-binary rounds
and that only a portion of a substrate may be subjected to a
binary scheme, but will still be considered to be a binary
35     masking scheme within the definition herein.  A binary
"masking" strategy is a binary synthesis which uses light to
remove protective groups from materials for addition of other
materials such as nucleotides.

13

In particular, this procedure provides a simplified and highly efficient method for saturating all possible sequences of a defined length polymer. This masking strategy is also particularly useful in producing all possible
5    oligonucleotide sequence probes of a given length.


            D.    Applications

The technology provided by the present invention has very broad applications. Although described specifically for
10   polynucleotide sequences, similar sequencing, fingerprinting, mapping, and screening procedures may be applied to polypeptide, carbohydrate, or other polymers. This may be for de novo sequencing, or may be used in conjunction with a second sequencing procedure to provide independent verification. See,
15   e.g., (1988) Science 242:1245. For example, a large polynucleotide sequence defined by either the Maxam and Gilbert technique or by the Sanger technique may be verified by using the present invention.

In addition, by selection of appropriate probes, a
20   polynucleotide sequence can be fingerprinted. Fingerprinting is a less detailed sequence analysis which usually involves the characterization of a sequence by a combination of defined features. Sequence fingerprinting is particularly useful because the repertoire of possible features which can be tested
25   is virtually infinite. Moreover, the stringency of matching is also variable depending upon the application. A Southern Blot analysis may be characterized as a means of simple fingerprint analysis.

Fingerprinting analysis may be performed to the
30   resolution of specific nucleotides, or may be used to determine homologies, most commonly for large segments. In particular, an array of oligonucleotide probes of virtually any workable size may be positionally localized on a matrix and used to probe a sequence for either absolute complementary matching, or
35   homology to the desired level of stringency using selected hybridization conditions.

In addition, the present invention provides means for mapping analysis of a target sequence or sequences. Mapping

14

will usually involve the sequential ordering of a plurality of
various sequences, or may involve the localization of a
particular sequence within a plurality of sequences. This may
be achieved by immobilizing particular large segments onto the
5    matrix and probing with a shorter sequence to determine which
of the large sequences contain that smaller sequence.
Alternatively, relatively shorter probes of known or random
sequence may be immobilized to the matrix and a map of various
different target sequences may be determined from overlaps.
10   Principles of such an approach are described in some detail by
Evans et al. (1989) "Physical Mapping of Complex Genomes by
Cosmid Multiplex Analysis," Proc. Natl. Acad. Sci. USA 86:5030-
5034; Michiels et al. (1987) "Molecular Approaches to Genome
Analysis:  A Strategy for the Construction of Ordered Overlap
15   Clone Libraries," CABIOS 3:203-210; Olsen et al. (1986)
"Random-Clone Strategy for Genomic Restriction Mapping in
Yeast," Proc. Natl. Acad. Sci. USA 83:7826-7830; Craig, et al.
(1990) "Ordering of Cosmid Clones Covering the Herpes Simplex
Virus Type I (HSV-I) Genome:  A Test Case for Fingerprinting by
20   Hybridization," Nuc. Acids Res. 18:2653-2660; and Coulson, et
al. (1986) "Toward a Physical Map of the Genome of the Nematode
Caenorhabditis elegans," Proc. Natl. Acad. Sci. USA 83:7821-
7825; each of which is hereby incorporated herein by reference.
     Fingerprinting analysis also provides a means of
25   identification.  In addition to its value in apprehension of
criminals from whom a biological sample, e.g., blood, has been
collected, fingerprinting can ensure personal identification
for other reasons.  For example, it may be useful for
identification of bodies in tragedies such as fire, flood, and
30   vehicle crashes.  In other cases the identification may be
useful in identification of persons suffering from amnesia, or
of missing persons.  Other forensics applications include
establishing the identity of a person, e.g., military
identification "dog tags", or may be used in identifying the
35   source of particular biological samples.  Fingerprinting
technology is described, e.g., in Carrano, et al. (1989) "A
High-Resolution, Fluorescence-Based, Semi-automated method for
DNA Fingerprinting," Genomics 4: 129-136, which is hereby

WO 92/10588                                                    PCT/US91/09226

15

incorporated herein by reference.  See, e.g., table I, for
nucleic acid applications.


TABLE I

VLSIPS PROJECT IN NUCLEIC ACIDS

I.    Construction of Chips
II.   Applications
      A.    Sequencing
            1.    Primary sequencing
            2.    Secondary sequencing (sequence checking)
            3.    Large scale mapping
            4.    Fingerprinting
      B.    Duplex/Triplex formation
            1.    Antisense
            2.    Sequence specific function modulation
                  (e.g. promoter inhibition)
      C.    Diagnosis
            1.    Genetic markers
            2.    Type markers
                  a.    Blood donors
                  b.    Tissue transplants
      D.    Microbiology
            1.    Clinical microbiology
            2.    Food microbiology

III.  Instrumentation
      A.    Chip machines
      B.    Detection


IV.   Software Development
      A.    Instrumentation software
      B.    Data reduction software
      C.    Sequence analysis software


         The fingerprinting analysis may be used to perform
various types of genetic screening.  For example, a single
substrate may be generated with a plurality of screening
probes, allowing for the simultaneous genetic screening for a

16

large number of genetic markers.  Thus, prenatal or diagnostic
screening can be simplified, economized, and made more
generally accessible.

5    In addition to the sequencing, fingerprinting, and
mapping applications, the present invention also provides means
for determining specificity of interaction with particular
sequences.  Many of these applications were described in
U.S.S.N. 07/362,901 (VLSIPS parent), U.S.S.N. 07/492,462
(VLSIPS CIP), U.S.S.N. 07/435,316 (caged biotin parent), and
10   U.S.S.N. 07/612,671 (caged biotin CIP).


E.    Detection Methods and Apparatus
An appropriate detection method applicable to the
selected labeling method can be selected.  Suitable labels
15   include radionucleotides, enzymes, substrates, cofactors,
inhibitors, magnetic particles, heavy metal atoms, and
particularly fluorescers, chemiluminescers, and spectroscopic
labels.  Patents teaching the use of such labels include U.S.
Patent Nos. 3,817,837; 3,850,752; 3,939,350; 3,996,345;
20   4,277,437; 4,275,149; and 4,366,241.
With an appropriate label selected, the detection
system best adapted for high resolution and high sensitivity
detection may be selected.  As indicated above, an optically
detectable system, e.g., fluorescence or chemiluminescence
25   would be preferred.  Other detection systems may be adapted to
the purpose, e.g., electron microscopy, scanning electron
microscopy (SEM), scanning tunneling electron microscopy
(STEM), infrared microscopy, atomic force microscopy (AFM),
electrical condutance, and image plate transfer.
30   With a detection method selected, an apparatus for
scanning the substrate will be designed.  Apparatus, as
described in PCT publication no. WO90/15070, published December
13, 1990; or U.S.S.N. 07/624,120, filed December 6, 1990, are
particularly appropriate.  Design modifications may also be
35   incorporated therein.

17

### F.    Data Analysis

Data is analyzed by processes similar to those
described below in the section describing theoretical analysis.
More efficient algorithms will be mathematically devised, and
5    will usually be designed to be performed on a computer.
Various computer programs which may more quickly or efficiently
make measurement samples and distinguish signal from noise will
also be devised.  See, particularly, U.S.S.N. 07/624,120.

The initial data resulting from the detection system
10    is an array of data indicative of fluorescent intensity versus
location on the substrate.  The data are typically taken over
regions substantially smaller than the area in which synthesis
of a given polymer has taken place.  Merely by way of example,
if polymers were synthesized in squares on the substrate having
15    dimensions of 500 microns by 500 microns, the data may be taken
over regions having dimensions of 5 microns by 5 microns.  In
most preferred embodiments, the regions over which florescence
data are taken across the substrate are less than about 1/2 the
area of the regions in which individual polymers are
20    synthesized, preferably less than 1/10 the area in which a
single polymer is synthesized, and most preferably less than
1/100 the area in which a single polymer is synthesized.
Hence, within any area in which a given polymer has been
synthesized, a large number of fluorescence data points are
25    collected.

A plot of number of pixels versus intensity for a
scan should bear a rough resemblance to a bell curve, but
spurious data are observed, particularly at higher intensities.
Since it is desirable to use an average of fluorescent
30    intensity over a given synthesis region in determining relative
binding affinity, these spurious data will tend to undesirably
skew the data.

Accordingly, in one embodiment of the invention the
data are corrected for removal of these spurious data points,
35    and an average of the data points is thereafter utilized in
determining relative binding efficiency.  In general the data
are fitted to a base curve and statistically measures are used
to remove spurious data.

        In an additional analytical tool, various degeneracy reducing analogues may be incorporated in the hybridization probes.  Various aspects of this strategy are described, e.g., in Macevicz, S. (1990) PCT publication number WO 90/04652,

5    which is hereby incorporated herein by reference.

    II.    THEORETICAL ANALYSIS

        The principle of the hybridization sequencing procedure is based, in part, upon the ability to determine

10    overlaps of short segments.  The VLSIPS technology provides the ability to generate reagents which will saturate the possible short subsequence recognition possibilities.  The principle is most easily illustrated by using a binary sequence, such as a sequence of zeros and ones.  Once having illustrated the

15    application to a binary alphabet, the principle may easily be understood to encompass three letter, four letter, five or more letter, even 20 letter alphabets.  A theoretical treatment of analysis of subsequence information to reconstruction of a target sequence is provided, e.e., in Lysov, Yu., et al. (1988)

20    Doklady Akademi. Nauk. SSR 303:1508-1511; Khropko K., et al. (1989) FEBS Letters 256:118-122; Pevzner, P. (1989) J. of Biomolecular Structure and Dynamics 7:63-69; and Drmanac, R. et al. (1989) Genomics 4:114-128; each of which is hereby incorporated herein by reference.

25        The reagents for recognizing the subsequences will usually be specific for recognizing a particular polymer subsequence anywhere within a target polymer.  It is preferable that conditions may be devised which allow absolute discrimination between high fidelity matching and very low

30    levels of mismatching.  The reagent interaction will preferably exhibit no sensitivity to flanking sequences, to the subsequence position within the target, or to any other remote structure within the sequence.

    A.    Simple n-mer Structure:  Theory

35        1.  Simple two letter alphabet:  example

        A simple example is presented below of how a sequence of ten digits comprising zeros and ones would be sequenceable

WO 92/10588                                    PCT/US91/09226
19

using short segments of five digits.  For example, consider the
sample ten digit sequence:

1010011100.

A VLSIPS substrate could be constructed, as discussed
5   elsewhere, which would have reagents attached in a defined
matrix pattern which specifically recognize each of the
possible five digit sequences of ones and zeros.  The number of
possible five digit subsequences is $2^5 = 32$.  The number of
possible different sequences 10 digits long is $2^{10} = 1,024$.  The
10   five contiguous digit subsequences within a ten digit sequence
number six, i.e., positioned at digits 1-5, 2-6, 3-7, 4-8, 5-9,
and 6-10.  It will be noted that the specific order of the
digits in the sequence is important and that the order is
directional, e.g., running left to right versus right to left.
15   The first five digit sequence contained in the target sequence
is 10100.  The second is 01001, the third is 10011, the fourth
is 00111, the fifth is 01110, and the sixth is 11100.

The VLSIPS substrate would have a matrix pattern of
positionally attached reagents which recognize each of the
20   different 5-mer subsequences.  Those reagents which recognize
each of the 6 contained 5-mers will bind the target, and a
label allows the positional determination of where the sequence
specific interaction has occurred.  By correlation of the
position in the matrix pattern, the corresponding bound
25   subsequences can be determined.

In the above-mentioned sequence, six different 5-mer
sequences would be determined to be present.  They would be:

10100
01001
10011
00111
01110
11100

Any sequence which contains the first five digit
35   sequence, 10100, already narrows the number of possible
sequences (e.g., from 1024 possible sequences) which contain it
to less than about 192 possible sequences.

This 192 is derived from the observation that with
the subsequence 10100 at the far left of the sequence, in
40   positions 1-5, there are only 32 possible sequences.  Likewise,

20

for that particular subsequence in positions 2-6, 3-7, 4-8, 5-
9, and 6-10. So, to sum up all of the sequences that could
contain 10100, there are 32 for each position and 6 positions
for a total of about 192 possible sequences. However, some of
these 10 digit sequences will have been counted twice. Thus,
by virtue of containing the 10100 subsequence, the number of
possible 10-mer sequences has been decreased from 1024
sequences to less than about 192 sequences.

In this example, not only do we know that sequence
contains 10100, but we also know that it contains the second
five character sequence, 01001. By virtue of knowing that the
sequence contains 10100, we can look specifically to determine
whether the sequence contains a subsequence of five characters
which contains the four leftmost digits plus a next digit to
the left. For example, we would look for a sequence of X1010,
but we find that there is none. Thus, we know that the 10100
must be at the left end of the 10-mer. We would also look to
see whether the sequence contains the rightmost four digits
plus a next digit to the right, e.g., 0100X. We find that the
sequence also contains the sequence 01001, and that X is a 1.
Thus, we know at least that our target sequence has an overlap
of 0100 and has the left terminal sequence 101001.

Applying the same procedure to the second 5-mer, we
also know that the sequence must include a sequence of five
digits having the sequence 1001Y where Y must be either 0 or 1.
We look through the fragments and we see that we have a 10011
sequence within our target, thus Y is also 1. Thus, we would
know that our sequence has a sequence of the first seven being
1010011.

Moving to the next 5-mer, we know that there must be
a sequence of 0011Z, where Z must be either 0 or 1. We look at
the fragments produced above and see that the target sequence
contains a 00111 subsequence and Z is 1. Thus, we know the
sequence must start with 10100111.

The next 5-mer must be of the sequence 0111W where W
must be 0 or 1. Again, looking up at the fragments produced,
we see that the target sequence contains a 01110 subsequence,
and W is a 0. Thus, our sequence to this point is 101001110.

We know that the last 5-mer must be either 11100 or 11101. Looking above, we see that it is 11100 and that must be the last of our sequence. Thus, we have determined that our sequence must have been 1010011100.

5          However, it will be recognized from the example above with the sequences provided therein, that the sequence analysis can start with any known positive probe subsequence. The determination may be performed by moving linearly along the sequence checking the known sequence with a limited number of
10    next positions. Given this possibility, the sequence may be determined, besides by scanning all possible oligonucleotide probe positions, by specifically looking only where the next possible positions would be. This may increase the complexity of the scanning but may provide a longer time span dedicated
15    towards scanning and detecting specific positions of interest relative to other sequence possibilities. Thus, the scanning apparatus could be set up to work its way along a sequence from a given contained oligonucleotide to only look at those positions on the substrate which are expected to have a
20    positive signal.

          It is seen that given a sequence, it can be de-constructed into n-mers to produce a set of internal contiguous subsequences. From any given target sequence, we would be able to determine what fragments would result. The hybridization
25    sequence method depends, in part, upon being able to work in the reverse, from a set of fragments of known sequences to the full sequence. In simple cases, one is able to start at a single position and work in either or both directions towards the ends of the sequence as illustrated in the example.

30          The number of possible sequences of a given length increases very quickly with the length of that sequence. Thus, a 10-mer of zeros and ones has 1024 possibilities, a 12-mer has 4096. A 20-mer has over a million possibilities, and a 30-mer has over a billion. However, a given 30-mer has, at most, 26
35    different internal 5-mer sequences. Thus, a 30 character target sequence having over a million possible sequences can be substantially defined by only 26 different 5-mers. It will be recognized that the probe oligonucleotides will preferably, but

22

need not necessarily, be of identical length, and that the
probe sequences need not necessarily be contiguous in that the
overlapping subsequences need not differ by only a single
subunit.  Moreover, each position of the matrix pattern need

5   not be homogeneous, but may actually contain a plurality of
probes of known sequence.  In addition, although all of the
possible subsequence specifications would be preferred, a less
than full set of sequences specifications could be used.  In
particular, although a substantial fraction will preferably be

10  at least about 70%, it may be less than that.  About 20% would
be preferred, more preferably at least about 30% would be
desired.  Higher percentages would be especially preferred.

### 2.    Example of four letter alphabet

15       A four letter alphabet may be conceptualized in at
least two different ways from the two letter alphabet.  One
way, is to consider the four possible values at each position
and to analogize in a similar fashion to the binary example
each of the overlaps.  A second way is to group the binary

20  digits into groups.
       Using the first means, the overlap comparisons are
performed with a four letter alphabet rather than a two letter
alphabet.  Then, in contrast to the binary system with 10
positions where $2^{10}$ = 1024 possible sequences, in a 4-character

25  alphabet with 10 positions, there will actually be $4^{10}$ =
1,048,576 possible sequences.  Thus, the complexity of a four
character sequence has a much larger number of possible
sequences compared to a two character sequence.  Note, however,
that there are still only 6 different internal 5-mers.  For

30  simplicity, we shall examine a 5 character string with 3
character subsequences.  Instead of only 1 and 0, the
characters may be designated, e.g., A, C, G, and T.  Let us
take the sequence GGCTA.  The 3-mer subsequences are:

35                    GGC
                      GCT
                      CTA

Given these subsequences, there is one sequence, or at most
only a few sequences which would produce that combination of

40  subsequences, i.e., GGCTA.

23

Alternatively, with a four character universe, the binary system can be looked at in pairs of digits. The pairs would be 00, 01, 10, and 11. In this manner, the earlier used sequence 1010011100 is looked at as 10,10,01,11,00. Then the
5   first character of two digits is selected from the possible universe of the four representations 00, 01, 10, and 11. Then a probe would be in an even number of digits, e.g., not five digits, but, three pairs of digits or six digits. A similar comparison is performed and the possible overlaps determined.
10  The 3-pair subsequences are:

$$10,10,01$$
$$10,01,11$$
$$01,11,00$$

and the overlap reconstruction produces 10,10,01,11,00.
15          The latter of the two conceptual views of the 4 letter alphabet provides a representation which is similar to what would be provided in a digital computer. The applicability to a four nucleotide alphabet is easily seen by assigning, e.g., 00 to A, 01 to C, 10 to G, and 11 to T. And,
20  in fact, if such a correspondence is used, both examples for the 4 character sequences can be seen to represent the same target sequence. The applicability of the hybridization method and its analysis for determining the ultimate sequence is easily seen if A is the representation of adenine, C is the
25  representation of cytosine, G is the representation of guanine, and T is the representation of thymine or uracil.


        B.    Complications

        Two obvious complications exist with the method of
30  sequence analysis by hybridization. The first results from a probe of inappropriate length while the second relates to internally repeated sequences.

        The first obvious complication is a problem which arises from an inappropriate length of recognition sequence,
35  which causes problems with the specificity of recognition. For example, if the recognized sequence is too short, every sequence which is utilized will be recognized by every probe sequence. This occurs, e.g., in a binary system where the probes are each of sequences which occur relatively frequently,

24

e.g., a two character probe for the binary system.  Each
possible two character probe would be expected to appear ¼ of
the time in every single two character position.  Thus, the
above sequence example would be recognized by each of the 00,
5  10, 01, and 11.  Thus, the sequence information is virtually
lost because the resolution is too low and each recognition
reagent specifically binds at multiple sites on the target
sequence.

The number of different probes which bind to a target
10  depends on the relationship between the probe length and the
target length.  At the extreme of short probe length, the just
mentioned problem exists of excessive redundancy and lack of
resolution.  The lack of stability in recognition will also be
a problem with extremely short probes.  At the extreme of long
15  probe length, each entire probe sequence is on a different
position of a substrate.  However, a problem arises from the
number of possible sequences, which goes up dramatically with
the length of the sequence.  Also, the specificity of
recognition begins to decrease as the contribution to binding
20  by any particular subunit may become sufficiently low that the
system fails to distinguish the fidelity of recognition.
Mismatched hybridization may be a problem with the
polynucleotide sequencing applications, though the
fingerprinting and mapping applications may not be so strict in
25  their fidelity requirements.  As indicated above, a thirty
position binary sequence has over a million possible sequences,
a number which starts to become unreasonably large in its
required number of different sequences, even though the target
length is still very short.  Preparing a substrate with all
30  sequence possibilities for a long target may be extremely
difficult due to the many different oligomers which must be
synthesized.

The above example illustrates how a long target
sequence may be reconstructed with a reasonably small number of
35  shorter subsequences.  Since the present day resolution of the
regions of the substrate having defined oligomer probes
attached to the substrate approaches about 10 microns by 10
microns for resolvable regions, about $10^6$, or 1 million,

25

positions can be placed on a one centimeter square substrate.
However, high resolution systems may have particular
disadvantages which may be outweighed using the lower density
substrate matrix pattern.  For this reason, a sufficiently
5   large number of probe sequences can be utilized so that any
given target sequence may be determined by hybridization to a
relatively small number of probes.

A second complication relates to convergence of
sequences to a single subsequence.  This will occur when a
10  particular subsequence is repeated in the target sequence.
This problem can be addressed in at least two different ways.
The first, and simpler way, is to separate the repeat sequences
onto two different targets.  Thus, each single target will not
have the repeated sequence and can be analyzed to its end.
15  This solution, however, complicates the analysis by requiring
that some means for cutting at a site between the repeats can
be located.  Typically a careful sequencer would want to have
two intermediate cut points so that the intermediate region can
also be sequenced in both directions across each of the cut
20  points.  This problem is inherent in the hybridization method
for sequencing but can be minimized by using a longer known
probe sequence so that the frequency of probe repeats is
decreased.

Knowing the sequence of flanking sequences of the
25  repeat will simplify the use of polymerase chain reaction (PCR)
or a similar technique to further definitively determine the
sequence between sequence repeats.  Probes can be made to
hybridize to those known sequences adjacent the repeat
sequences, thereby producing new target sequences for analysis.
30  See, e.g., Innis et al. (eds.) (1990) PCR Protocols:  A Guide
to Methods and Applications, Academic Press; and methods for
synthesis of oligonucleotide probes, see, e.g., Gait (1984)
Oligonucleotide Synthesis:  A Practical Approach, IRL Press,
Oxford.

35  Other means for dealing with convergence problems
include using particular longer probes, and using degeneracy
reducing analogues, see, e.g., Macevicz, S. (1990) PCT
publication number WO 90/04652, which is hereby incorporated

26

herein by reference.  By use of stretches of the degeneracy
reducing analogues with other probes in particular
combinations, the number of probes necessary to fully saturate
the possible oligomer probes is decreased.  For example, with a
5    stretch of 12-mers having the central 4-mer of degenerate
nucleotides, in combination with all of the possible 8-mers,
the collection numbers twice the number of possible 8-mers,
e.g. 65,536 + 65,536 = 131,072, but the population provides
screening equivalent to all possible 12-mers.

10        By way of further explanation, all possible
oligonucleotide 8-mers may be depicted in the fashion:
          N1-N2-N3-N4-N5-N6-N7-N8,
in which there are $4^8 = 65,536$ possible 8-mers.  As described
in U.S.S.N. 07/624,120, producing all possible 8-mers requires
15   4x8 = 32 chemical binary synthesis steps to produce the entire
matrix pattern of 65,536 8-mer possibilities.  By incorporating
degeneracy reducing nucleotides, D's, which hybridize
nonselectively to any corresponding complementary nucleotide,
new oligonucleotides 12-mers can be made in the fashion:
20        N1-N2-N3-N4-D-D-D-D-N5-N6-N7-N8,
in which there are again, as above, only $4^8 = 65,536$ possible
"12-mers", which in reality only have 8 different nucleotides.
          However, it can be seen that each possible 12-mer
probe could be represented by a group of the two 8-mer types.
25   Moreover, repeats of less than 12 nucleotides would not
converge, or cause repeat problems in the analysis.  Thus,
instead of requiring a collection of probes corresponding to
all 12-mers, or $4^{12} = 16,777,216$ different 12-mers, the same
information can be derived by making 2 sets of "8-mers"
30   consisting of the typical 8-mer collection of $4^8 = 65,536$ and
the "12-mer" set with the degeneracy reducing analogues, also
requiring making $4^8 = 65,536$.  The combination of the two sets,
requires making 65,536 + 65,536 = 131,072 different molecules,
but giving the information of 16,777,216 molecules.  Thus,
35   incorporating the degeneracy reducing analogue decreases the
number of molecules necessary to get 12-mer resolution by a
factor of about 128-fold.

III.    POLYNUCLEOTIDE SEQUENCING

        In principle, the making of a substrate having a
positionally defined matrix pattern of all possible
5   oligonucleotides of a given length involves a conceptually
simple method of synthesizing each and every different possible
oligonucleotide, and affixed to a definable position.
Oligonucleotide synthesis is presently mechanized and enabled
by current technology, see, e.g., U.S.S.N. 07/362,901 (VLSIPS
10   parent); U.S.S.N. 07/492,462 (VLSIPS CIP); and instruments
supplied by Applied Biosystems, Foster City, California.

       A.    <u>Preparation of Substrate Matrix</u>
       The production of the collection of specific
15   oligonucleotides used in polynucleotide sequencing may be
produced in at least two different ways.  Present technology
certainly allows production of ten nucleotide oligomers on a
solid phase or other synthesizing system.  See, e.g.,
instrumentation provided by Applied Biosystems, Foster City,
20   California.  Although a single oligonucleotide can be
relatively easily made, a large collection of them would
typically require a fairly large amount of time and investment.
For example, there are $4^{10} = 1,048,576$ possible ten nucleotide
oligomers.  Present technology allows making each and every one
25   of them in a separate purified form though such might be costly
and laborious.

       Once the desired repertoire of possible oligomer
sequences of a given length have been synthesized, this
collection of reagents may be individually positionally
30   attached to a substrate, thereby allowing a batchwise
hybridization step.  Present technology also would allow the
possibility of attaching each and every one of these 10-mers to
a separate specific position on a solid matrix.  This
attachment could be automated in any of a number of ways,
35   particularly use of a caged biotin type linking.  This would
produce a matrix having each of different possible 10-mers.

       A batchwise hybridization is much preferred because
of its reproducibility and simplicity.  An automated process of

28

attaching various reagents to positionally defined sites on a
substrate is provided in PCT publication no. W090/15070;
U.S.S.N. 07/624,120; and PCT publication no. W091/07087; each
of which is hereby incorporated herein by reference.

5        Instead of separate synthesis of each
oligonucleotide, these oligonucleotides are conveniently
synthesized in parallel by sequential synthetic processes on a
defined matrix pattern as provided in PCT publication no.
W090/15070; and U.S.S.N. 07/624,120, which are incorporated
10   herein by reference.  Here, the oligonucleotides are
synthesized stepwise on a substrate at positionally separate
and defined positions.  Use of photosensitive blocking reagents
allows for defined sequences of synthetic steps over the
surface of a matrix pattern.  By use of the binary masking
15   strategy, the surface of the substrate can be positioned to
generate a desired pattern of regions, each having a defined
sequence oligonucleotide synthesized and immobilized thereto.

         Although the prior art technology can be used to
generate the desired repertoire of oligonucleotide probes, an
20   efficient and cost effective means would be to use the VLSIPS
technology described in PCT publication no. W090/15070 and
U.S.S.N. 07/624,120.  In this embodiment, the photosensitive
reagents involved in the production of such a matrix are
described below.

25       The regions for synthesis may be very small, usually
less than about 100 $\mu$m x 100 $\mu$m, more usually less than about
50 $\mu$m x 50 $\mu$m.  The photolithography technology allows
synthetic regions of less than about 10 $\mu$m x 10 $\mu$m, about
3 $\mu$m x 3 $\mu$m, or less.  The detection also may detect such sized
30   regions, though larger areas are more easily and reliably
measured.

         At a size of about 30 microns by 30 microns, one
million regions would take about 11 centimeters square or a
single wafer of about 4 centimeters by 4 centimeters.  Thus the
35   present technology provides for making a single matrix of that
size having all one million plus possible oligonucleotides.
Region size are sufficiently small to correspond to densities
of at least about 5 regions/cm$^2$, 20 regions/cm$^2$, 50 regions/cm$^2$,

29

100 regions/$cm^2$, and greater, including 300 regions/$cm^2$, 1000 regions/$cm^2$, 3K regions/$cm^2$, 10K regions/$cm^2$, 30K regions/$cm^2$, 100K regions/$cm^2$, 300K regions/$cm^2$ or more, even in excess of one million regions/$cm^2$.

5          Although the pattern of the regions which contain specific sequences is theoretically not important, for practical reasons certain patterns will be preferred in synthesizing the oligonucleotides.  The application of binary masking algorithms for generating the pattern of known
10   oligonucleotide probes is described in related U.S.S.N. 07/624,120.  By use of these binary masks, a highly efficient means is provided for producing the substrate with the desired matrix pattern of different sequences.  Although the binary masking strategy allows for the synthesis of all lengths of
15   polymers, the strategy may be easily modified to provide only polymers of a given length.  This is achieved by omitting steps where a subunit is not attached.

          The strategy for generating a specific pattern may take any of a number of different approaches.  These approaches
20   are well described in related application U.S.S.N. 07/624,120 and include a number of binary masking approaches which will not be exhaustively discussed herein.  However, the binary masking and binary synthesis approaches provide a maximum of diversity with a minimum number of actual synthetic steps.

25          The length of oligonucleotides used in sequencing applications will be selected on criteria determined to some extent by the practical limits discussed above.  For example, if probes are made as oligonucleotides, there will be 65,536 possible eight nucleotide sequences.  If a nine subunit
30   oligonucleotide is selected, there are 262,144 possible permeations of sequences.  If a ten-mer oligonucleotide is selected, there are 1,048,576 possible permeations of sequences.  As the number gets larger, the required number of positionally defined subunits necessary to saturate the
35   possibilities also increases.  With respect to hybridization conditions, the length of the matching necessary to converse stability of the conditions selected can be compensated for.

30

See, e.g., Kanehisa, M. (1984) <u>Nuc. Acids Res.</u> 12:203-213,
which is hereby incorporated herein by reference.

　　　　Although not described in detail here, but below for
oligonucleotide probes, the VLSIPS technology would typically
5　use a photosensitive protective group on an oligonucleotide.
Sample oligonucleotides are shown in Figure 1. In particular,
the photoprotective group on the nucleotide molecules may be
selected from a wide variety of positive light reactive groups
preferably including nitro aromatic compounds such as o-nitro-
10　benzyl derivatives or benzylsulfonyl. See, e.g., Gait (1984)
<u>Oligonucleotide Synthesis: A Practical Approach</u>, IRL Press,
Oxford, which is hereby incorporated herein by reference. In a
preferred embodiment, 6-nitro-veratryl oxycarbony (NVOC), 2-
nitrobenzyl oxycarbonyl (NBOC), or α,α-dimethyl-dimethoxybenzyl
15　oxycarbonyl (DEZ) is used. Photoremovable protective groups
are described in, e.g., Patchornik (1970) <u>J. Amer. Chem. Soc.</u>
92:6333; and Amit et al. (1974) <u>J. Organic Chem.</u> 39:192; each
of which is hereby incorporated herein by reference.

　　　　A preferred linker for attaching the oligonucleotide
20　to a silicon matrix is illustrated in Figure 2. A more
detailed description is provided below. A photosensitive
blocked nucleotide may be attached to specific locations of
unblocked prior cycles of attachments on the substrate and can
be successfully built up to the correct length oligonucleotide
25　probe.

　　　　It should be noted that multiple substrates may be
simultaneously exposed to a single target sequence where each
substrate is a duplicate of one another or where, in
combination, multiple substrates together provide the complete
30　or desired subset of possible subsequences. This provides the
opportunity to overcome a limitation of the density of
positions on a single substrate by using multiple substrates.
In the extreme case, each probe might be attached to a single
bead or substrate and the beads sorted by whether there is a
35　binding interaction. Those beads which do bind might be
encoded to indicate the subsequence specificity of reagents
attached thereto.

Then, the target may be bound to the whole collection
of beads and those beads that have appropriate specific
reagents on them will bind to target.  Then a sorting system
may be utilized to sort those beads that actually bind the
5  target from those that do not.  This may be accomplished by
presently available cell sorting devices or a similar
apparatus.  After the relatively small number of beads which
have bound the target have been collected, the encoding scheme
may be read off to determine the specificity of the reagent on
10  the bead.  An encoding system may include a magnetic system, a
shape encoding system, a color encoding system, or a
combination of any of these, or any other encoding system.
Once again, with the collection of specific interactions that
have occurred, the binding may be analyzed for sequence
15  information, fingerprint information, or mapping information.

The parameters of polynucleotide sizes of both the
probes and target sequences are determined by the applications
and other circumstances.  The length of the oligonucleotide
probes used will depend in part upon the limitations of the
20  VLSIPS technology to provide the number of desired probes.  For
example, in an absolute sequencing application, it is often
useful to have virtually all of the possible oligonucleotides
of a given length.  As indicated above, there are 65,536 8-
mers, 262,144 9-mers, 1,048,576 10-mers, 4,194,304 11-mers,
25  etc.  As the length of the oligomer increases the number of
different probes which must be synthesized also increases at a
rate of a factor of 4 for every additional nucleotide.
Eventually the size of the matrix and the limitations in the
resolution of regions in the matrix will reach the point where
30  an increase in number of probes becomes disadvantageous.
However, this sequencing procedure requires that the system be
able to distinguish, by appropriate selection of hybridization
and washing conditions, between binding of absolute fidelity
and binding of complementary sequences containing mismatches.
35  On the other hand, if the fidelity is unnecessary, this
discrimination is also unnecessary and a significantly longer
probe may be used.  Significantly longer probes would typically
be useful in fingerprinting or mapping applications.

                                    32

         The length of the probe is selected for a length that
    it will bind with specificity to possible targets.  The
    hybridization conditions are also very important in that they
    will determine how close the homology of complementary binding
5   will be detected.  In fact, a single target may be evaluated at
    a number of different conditions to determine its spectrum of
    specificity for binding particular probes.  This may find use
    in a number of other applications besides the polynucleotide
    sequencing fingerprinting or mapping.  In a related fashion,
10  different regions with reagents having differing affinities or
    levels of specificity may allow such a spectrum to be defined
    using a single incubation, where various regions, at a given
    hybridization condition, show the binding affinity.  For
    example, fingerprint probes of various lengths, or with
15  specific defined non-matches may be used.  Unnatural
    nucleotides or nucleotides exhibiting modified specificity of
    complementary binding are described in greater detail in
    Macevicz (1990) PCT pub. No. WO 90/04652; and see the section
    on modified nucleotides in the Sigma Chemical Company
20  catalogue.

              B.  Labeling Target Nucleotide
         The label used to detect the target sequences will be
    determined, in part, by the detection methods being applied.
25  Thus, the labeling method and label used are selected in
    combination with the actual detecting systems being used.
         Once a particular label has been selected,
    appropriate labeling protocols will be applied, as described
    below for specific embodiments.  Standard labeling protocols
30  for nucleic acids are described, e.g., in Sambrook et al.;
    Kambara, H. et al. (1988) BioTechnology 6:816-821; Smith, L. et
    al. (1985) Nuc. Acids Res. 13:2399-2412; for polypeptides, see,
    e.g., Allen G. (1989) Sequencing of Proteins and Peptides,
    Elsevier, New York, especially chapter 5, and Greenstein and
35  Winitz (1961) Chemistry of the Amino Acids, Wiley and Sons, New
    York.  Carbohydrate labeling is described, e.g., in Chaplin and
    Kennedy (1986) Carbohydrate Analysis:  A Practical Approach,
    IRL Press, Oxford.  Labeling of other polymers will be

33

performed by methods applicable to them as recognized by a
person having ordinary skill in manipulating the corresponding
polymer.

   In some embodiments, the target need not actually be
5  labeled if a means for detecting where interaction takes place
is available.  As described below, for a nucleic acid
embodiment, such may be provided by an intercalating dye which
intercalates only into double stranded segments, e.g., where
interaction occurs.  See, e.g., Sheldon et al. U.S. Pat. No.
10  4,582,789.

   In many uses, the target sequence will be absolutely
homogeneous, both with respect to the total sequence and with
respect to the ends of each molecule.  Homogeneity with respect
to sequence is important to avoid ambiguity.  It is preferable
15  that the target sequences of interest not be contaminated with
a significant amount of labeled contaminating sequences.  The
extent of allowable contamination will depend on the
sensitivity of the detection system and the inherent signal to
noise of the system.  Homogeneous contamination sequences will
20  be particularly disruptive of the sequencing procedure.

   However, although the target polynucleotide must have
a unique sequence, the target molecules need not have identical
ends.  In fact, the homogeneous target molecule preparation may
be randomly sheared to increase the numerical number of
25  molecules.  Since the total information content remains the
same, the shearing results only in a higher number of distinct
sequences which may be labeled and bind to the probe.  This
fragmentation may give a vastly superior signal relative to a
preparation of the target molecules having homogeneous ends.
30  The signal for the hybridization is likely to be dependent on
the numerical frequency of the target-probe interactions.  If a
sequence is individually found on a larger number of separate
molecules a better signal will result.  In fact, shearing a
homogeneous preparation of the target may often be preferred
35  before the labeling procedure is performed, thereby producing a
large number of labeling groups associated with each
subsequence.

34

### C.   Hybridization Conditions

The hybridization conditions between probe and target
should be selected such that the specific recognition
interaction, i.e., hybridization, of the two molecules is both
5     sufficiently specific and sufficiently stable. See, e.g.,
Hames and Higgins (1985) Nucleic Acid Hybridisation:  A
Practical Approach, IRL Press, Oxford.  These conditions will
be dependent both on the specific sequence and often on the
guanine and cytosine (GC) content of the complementary hybrid
10    strands.  The conditions may often be selected to be
universally equally stable independent of the specific
sequences involved.  This typically will make use of a reagent
such as an arylammonium buffer.  See, Wood et al. (1985) "Base
Composition-independent Hybridization in Tetramethylammonium
15    Chloride:  A Method for Oligonucleotide Screening of Highly
Complex Gene Libraries," Proc. Natl. Acad. Sci. USA, 82:1585-
1588; and Krupov et al. (1989) "An Oligonucleotide
Hybridization Approach to DNA Sequencing," FEBS Letters,
256:118-122; each of which is hereby incorporated herein by
20    reference.  An arylammonium buffer tends to minimize
differences in hybridization rate and stability due to GC
content.  By virtue of the fact that sequences then hybridize
with approximately equal affinity and stability, there is
relatively little bias in strength or kinetics of binding for
25    particular sequences.  Temperature and salt conditions along
with other buffer parameters should be selected such that the
kinetics of renaturation should be essentially independent of
the specific target subsequence or oligonucleotide probe
involved.  In order to ensure this, the hybridization reactions
30    will usually be performed in a single incubation of all the
substrate matrices together exposed to the identical same
target probe solution under the same conditions.

Alternatively, various substrates may be individually
treated differently.  Different substrates may be produced,
35    each having reagents which bind to target subsequences with
substantially identical stabilities and kinetics of
hybridization.  For example, all of the high GC content probes
could be synthesized on a single substrate which is treated

accordingly.  In this embodiment, the arylammonium buffers
could be unnecessary.  Each substrate is then treated in a
manner that the collection of substrates show essentially
uniform binding and the hybridization data of target binding to
5    the individual substrate matrix is combined with the data from
other substrates to derive the necessary subsequence binding
information.  The hybridization conditions will usually be
selected to be sufficiently specific that the fidelity of base
matching will be properly discriminated.  Of course, control
10   hybridizations should be included to determine the stringency
and kinetics of hybridization.

D.    Detection; VLSIPS Scanning
The next step of the sequencing process by
15   hybridization involves labeling of target polynucleotide
molecules.  A quickly and easily detectable signal is
preferred.  The VLSIPS apparatus is designed to easily detect a
fluorescent label, so fluorescent tagging of the target
sequence is preferred.  Other suitable labels include heavy
20   metal labels, magnetic probes, chromogenic labels (e.g.,
phosphorescent labels, dyes, and fluorophores) spectroscopic
labels, enzyme linked labels, radioactive labels, and labeled
binding proteins.  Additional labels are described in U.S. Pat.
No. 4,366,241, which is incorporated herein by reference.
25        The detection methods used to determine where
hybridization has taken place will typically depend upon the
label selected above.  Thus, for a fluorescent label a
fluorescent detection step will typically be used.  PCT
publication no. WO90/15070 and U.S.S.N. 07/624,120 describe
30   apparatus and mechanisms for scanning a substrate matrix using
fluorescence detection, but a similar apparatus is adaptable
for other optically detectable labels.
The detection method provides a positional
localization of the region where hybridization has taken place.
35   However, the position is correlated with the specific sequence
of the probe since the probe has specifically been attached or
synthesized at a defined substrate matrix position.  Having
collected all of the data indicating the subsequences present

in the target sequence, this data may be aligned by overlap to
reconstruct the entire sequence of the target, as illustrated
above.

It is also possible to dispense with actual labeling
5   if some means for detecting the positions of interaction
between the sequence specific reagent and the target molecule
are available.  This may take the form of an additional reagent
which can indicate the sites either of interaction, or the
sites of lack of interaction, e.g., a negative label.  For the
10  nucleic acid embodiments, locations of double strand
interaction may be detected by the incorporation of
intercalating dyes, or other reagents such as antibody or other
reagents that recognize helix formation, see, e.g., Sheldon, et
al. (1986) U.S. Pat. No. 4,582,789, which is hereby
15  incorporated herein by reference.

E.    Analysis
Although the reconstruction can be performed manually
as illustrated above, a computer program will typically be used
20  to perform the overlap analysis.  A program may be written and
run on any of a large number of different computer hardware
systems.  The variety of operating systems and languages
useable will be recognized by a computer software engineer.
Various different languages may be used, e.g., BASIC; C;
25  PASCAL; etc.  A simple flow chart of data analysis is
illustrated in Figure 4.

F.    Substrate Reuse
Finally, after a particular sequence has been
30  hybridized and the pattern of hybridization analyzed, the
matrix substrate should be reusable and readily prepared for
exposure to a second or subsequent target polynucleotides.  In
order to do so, the hybrid duplexes are disrupted and the
matrix treated in a way which removes all traces of the
35  original target.  The matrix may be treated with various
detergents or solvents to which the substrate, the
oligonucleotide probes, and the linkages to the substrate are
inert.  This treatment may include an elevated temperature

37

treatment, treatment with organic or inorganic solvents,
modifications in pH, and other means for disrupting specific
interaction.  Thereafter, a second target may actually be
applied to the recycled matrix and analyzed as before.

5

IV.    FINGERPRINTING
       A.    General
             Many of the procedures and techniques used in the
polynucleotide sequencing section are also appropriate for
10    fingerprinting applications.  See, e.g., Poustka, et al. (1986)
Cold Spring Harbor Symposia on Quant. Biol., vol. LI, 131-139,
Cold Spring Harbor Press, New York; which is hereby
incorporated herein by reference.  The fingerprinting method
provided herein is based, in part, upon the ability to
15    positionally localize a large number of different specific
probes onto a single substrate.  This high density matrix
pattern provides the ability to screen for, or detect, a very
large number of different sequences simultaneously.  In fact,
depending upon the hybridization conditions, fingerprinting to
20    the resolution of virtually absolute matching of sequence is
possible thereby approaching an absolute sequencing embodiment.
And the sequencing embodiment is very useful in identifying the
probes useful in further fingerprinting uses.  For example,
characteristic features of genetic sequences will be identified
25    as being diagnostic of the entire sequence.  However, in most
embodiments, longer probe and target will be used, and for
which slight mismatching may not need to be resolved.


       B.    Preparation of Substrate Matrix
30          A collection of specific probes may be produced by
either of the methods described above in the section on
sequencing.  Specific oligonucleotide probes of desired lengths
may be individually synthesized on a standard oligonucleotide
synthesizer.  The length of these probes is limited only by the
35    length of the ability of the synthesizer to continue to
accurately synthesize a molecule.  Oligonucleotides or sequence
fragments may also be isolated from natural sources.
Biological amplification methods may be coupled with synthetic

38

synthesizing procedures such as, e.g., polymerase chain
reaction.

In one embodiment, the individually isolated probes
may be attached to the matrix at defined positions.  These
5     probe reagents may be attached by an automated process making
use of the caged biotin methodology described in U.S.S.N.
07/612,671 (caged biotin CIP), or using photochemical reagents,
see, e.g., Dattagupta et al. (1985) U.S. Pat. No. 4,542,102 and
(1987) U.S. Pat. No. 4,713,326.  Each individual purified
10    reagent can be attached individually at specific locations on a
substrate.

In another embodiment, the VLSIPS synthesizing
technique may be used to synthesize the desired probes at
specific positions on a substrate.  The probes may be
15    synthesized by successively adding appropriate monomer
subunits, e.g., nucleotides, to generate the desired sequences.

In another embodiment, a relatively short specific
oligonucleotide is used which serves as a targeting reagent for
positionally directing the sequence recognition reagent.  For
20    example, the sequence specific reagents having a separate
additional sequence recognition segment (usually of a different
polymer from the target sequence) can be directed to target
oligonucleotides attached to the substrate.  By use of non-
natural targeting reagents, e.g., unusual nucleotide analogues
25    which pair with other unnatural nucleotide analogues and which
do not interfere with natural nucleotide interactions, the
natural and non-natural portions can coexist on the same
molecule without interfering with their individual
functionalities.  This can combine both a synthetic and
30    biological production system analogous to the technique for
targeting monoclonal antibodies to locations on a VLSIPS
substrate at defined positions.  Unnatural optical isomers of
nucleotides may be useful unnatural reagents subject to similar
chemistry, but incapable of interfering with the natural
35    biological polymers.  See also, U.S.S.N. 07/626,730, filed
December 6, 1990; which is hereby incorporated herein by
reference.

39

After the separate substrate attached reagents are
attached to the targeting segment, the two are crosslinked,
thereby permanently attaching them to the substrate.  Suitable
crosslinking reagents are known, see, e.g., Dattagupta et al.
5       (1985) U.S. Pat. No. 4,542,102 and (1987) "Coupling of nucleic
acids to solid support by photochemical methods," U.S. Pat. No.
4,713,326, each of which is hereby incorporated herein by
reference.  Similar linkages for attachment of proteins to a
solid substrate are provided, e.g., in Merrifield (1986)
10      _Science_ 232:341, which is hereby incorporated herein by
reference.


C.    Labeling Target Nucleotides
The labeling procedures used in the sequencing
15      embodiments will also be applicable in the fingerprinting
embodiments.  However, since the fingerprinting embodiments
often will involve relatively large target molecules and
relatively short oligonucleotide probes, the amount of signal
necessary to incorporate into the target sequence may be less
20      critical than in the sequencing applications.  For example, a
relatively long target with a relatively small number of labels
per molecule may be easily amplified or detected because of the
relatively large target molecule size.
In various embodiments, it may be desired to cleave
25      the target into smaller segments as in the sequencing
embodiments.  The labeling procedures and cleavage techniques
described in the sequencing embodiments would usually also be
applicable here.


30          D.    Hybridization Conditions
The hybridization conditions used in fingerprinting
embodiments will typically be less critical than for the
sequencing embodiments.  The reason is that the amount of
mismatching which may be useful in providing the fingerprinting
35      information would typically be far greater than that necessary
in sequencing uses.  For example, Southern hybridizations do
not typically distinguish between slightly mismatched
sequences.  Under these circumstances, important and valuable

40

information may be arrived at with less stringent hybridization
conditions while providing valuable fingerprinting information.
However, since the entire substrate is typically exposed to the
target molecule at one time, the binding affinity of the probes
5    should usually be of approximately comparable levels.  For this
reason, if oligonucleotide probes are being used, their lengths
should be approximately comparable and will be selected to
hybridize under conditions which are common for most of the
probes on the substrate.  Much as in a Southern hybridization,
10   the target and oligonucleotide probes are of lengths typically
greater than about 25 nucleotides.  Under appropriate
hybridization conditions, e.g., typically higher salt and lower
temperature, the probes will hybridize irrespective of
imperfect complementarity.  In fact, with probes of greater
15   than, e.g., about fifty nucleotides, the difference in
stability of different sized probes will be relatively minor.
          Typically the fingerprinting is merely for probing
similarity or homology.  Thus, the stringency of hybridization
can usually be decreased to fairly low levels.  See, e.g.,
20   Wetmur and Davidson (1968) "Kinetics of Renaturation of DNA,"
J. Mol. Biol., 31:349-370; and Kanehisa, M. (1984) Nuc. Acids
Res., 12:203-213.


          E.    Detection; VLSIPS Scanning
25             Detection methods will be selected which are
appropriate for the selected label.  The scanning device need
not necessarily be digitized or placed into a specific digital
database, though such would most likely be done.  For example,
the analysis in fingerprinting could be photographic.  Where a
30   standardized fingerprint substrate matrix is used, the pattern
of hybridizations may be spatially unique and may be compared
photographically.  In this manner, each sample may have a
characteristic pattern of interactions and the likelihood of
identical patterns will preferably be such low frequency that
35   the fingerprint pattern indeed becomes a characteristic pattern
virtually as unique as an individual's fingertip fingerprint.
With a standardized substrate, every individual could be, in

41

theory, uniquely identifiable on the basis of the pattern of
hybridizing to the substrate.

        Of course, the VLSIPS scanning apparatus may also be
useful to generate a digitized version of the fingerprint

5    pattern.  In this way, the identification pattern can be
provided in a linear string of digits.  This sequence could
also be used for a standardized identification system providing
significant useful medical transferability of specific data.
In one embodiment, the probes used are selected to be of

10    sufficiently high resolution to measure polynucleotides
encoding antigens of the major histocompatibility complex, it
might even be possible to provide transplantation matching data
in a linear stream of data.  The fingerprinting data may
provide a condensed version, or summary, of the linear genetic

15    data, or any other information data base.

        F.    Analysis
        The analysis of the fingerprint will often be much
simpler than a total sequence determination.  However, there

20    may be particular types of analysis which will be substantially
simplified by a selected group of probes.  For example, probes
which exhibit particular populational heterogeneity may be
selected.  In this way, analysis may be simplified and
practical utility enhanced merely by careful selection of the

25    specific probes and a careful matrix layout of those probes.

        G.    Substrate Reuse
        As with the sequencing application, the
fingerprinting usages may also take advantage of the

30    reusability of the substrate.  In this way, the interactions
can be disrupted, the substrate treated, and the renewed
substrate is equivalent to an unused substrate.

        H.    Other Polynucleotide Aspects
35        Besides using the fingerprinting method for analyzing
the structure of a particular polynucleotide, the
fingerprinting method may be used to characterize various
samples.  For example, a cell or population of cells may be

42

tested for their expression of particular mRNA sequences, or
for patterns of expressed mRNA species.  This may be applicable
to a cell or tissue type, to the expressed messenger RNA
population expressed by a cell to the genetic content of a
5    cell.

        RNA can be isolated from a cell or a cell population,
such as a purified cell fraction or a biopsy sample.  The RNA
may be labeled, for example by attaching a fluorescent molecule
to isolated RNA or by using radiolabeled RNA (e.g., end-labeled
10   with T4 polynucleotide kinase).  A VLSIPS substrate containing
positionally discrete oligonucleotide sequences may then be
exposed to the pool of labeled RNA species under conditions
permitting specific hybridization.  The pattern of positions at
which labeled RNA has formed specific hybrids may be compared
15   to a reference pattern to identify, and in some embodiments
quantify, the expressed RNA species, or to identify the
hybridization pattern itself as being characteristic of a
particular cell type.

        For example but not for limitation, a VLSIPS
20   oligonucleotide substrate may be hybridized to a labeled RNA
sample obtained from a first cell type (e.g., human
lymphocytes) to establish a reference hybridization pattern for
the first cell type.  Similarly, an identical VLSIPS
oligonucleotide substrate may be hybridized to a labeled RNA
25   sample obtained from a second cell type (e.g., human monocytes)
to establish a reference hybridization pattern for the second
cell type.  Labeled RNA may then be prepared from a cell or a
cell population and hybridized to an identical VLSIPS
oligonucleotide substrate, and the resultant hybridization
30   pattern can be compared to the reference hybridization patterns
established for the first and second cell types.  By such
comparisons, the RNA expression pattern of a cell or cell
population can be identified as being similar to or distinct
from one or more reference hybridization patterns.

35      Where a positionally discrete oligonucleotide on the
VLSIPS substrate is in molar excess over the amount of the
cognate (complementary) labeled RNA species in the
hybridization reaction, the amount of specific hybridization to

43

that VLSIPS locus (as measured by labeling intensity at that
locus) can provide a quantitative measurement of the cognate
RNA species present in the labeled RNA sample.  Thus,
hybridization of labeled RNA to a VLSIPS oligonucleotide
5    substrate can provide information identifying the individual
RNA species that are expressed in a particular cell or cell
population, as well as the relative abundance of one or more
individual RNA species.  This information can serve to
fingerprint specific cell types or particular stages in cell
10   differentiation.

For example but not for limitation, RNA samples
prepared from tissue biopsies, specifically tumor biopsies, can
be labeled and hybridized to a VLSIPS oligonucleotide
substrate, and the resultant hybridization pattern can provide
15   information regarding cell type, degree of differentiation, and
metastic potential (malignancy).  Some of the positionally
distinct oligonucleotides may hybridize specifically with RNA
species transcribed from endogenous proto-oncogens (e.g., c-
myc, c-ras$^H$, c-sis, etc.) which are, in certain instances,
20   transcribed at elevated levels in neoplastic tissues.

In addition to diagnostic applications, labeled RNA
samples from various neoplastic cell types may be hybridized to
VLSIPS oligonucleotide substrates and the resultant
hybridization pattern(s) compared to reference patterns
25   obtained with RNA from related, non-neoplastic cell types.
Identification of distinctions between the hybridization
patterns obtained with RNA from neoplastic cells as compared to
patterns obtained from RNA from non-neoplastic cells may be of
diagnostic value and may identify RNA species that encode
30   proteins that are potential targets for novel therapeutic
modalities.  In fact, the high resolution of the test will
allow more complete characterization of parameters which define
particular diseases.  Thus, the power of diagnostic tests may
be limited by the extent of statistical correlation with a
35   particular condition rather than with the number of RNA species
which are tested.  The present invention provides the means to
generate this large universe of possible reagents and the
ability to actually accumulate that correlative data.

44

For fingerprinting of RNA expression patterns, the VLSIPS substrate polynucleotides will be at least 12 nucleotides in length, preferably at least 15 nucleotides in length, more preferably at least 25 nucleotides in length. The

5   sequences of the positionally distinct polynucleotides on the VLSIPS substrate may be selected from published sources of sequence data, including but not limited to computerized database such as GenBank, and may or may not include random or pseudorandom sequences for detecting RNA species which have not

10  yet been identified in the art. Fingerprint analysis of RNA expression patterns will typically employ high-stringency washes so as to provide hybridization patterns that reflect predominantly specific hybridization. However, some non-specific hybridization and/or cross-hybridization to slightly

15  mismatched sequences may be tolerated, and in some embodiments may be desirable.

The ability to generate a high density means for screening the presence or absence of specific interactions allows for the possibility of screening for, if not saturating,

20  all of a very large number of possible interactions. This is very powerful in providing the means for testing the combinations of molecular properties which can define a class of samples. For example, a species of organism may be characterized by its DNA sequences, e.g., a genetic

25  fingerprint. By using a fingerprinting method, it may be determined that all members of that species are sufficiently similar in specific sequences that they can be easily identified as being within a particular group. Thus, newly defined classes may be resolved by their similarity in

30  fingerprint patterns. Alternatively, a non-member of that group will fail to share those many identifying characteristics. However, since the technology allows testing of a very large number of specific interactions, it also provides the ability to more finely distinguish between closely

35  related different cells or samples. This will have important applications in diagnosing viral, bacterial, and other pathological on nonpathological infections.

In particular, cell classification may be defined by
any of a number of different properties.  For example, a cell
class may be defined by its DNA sequences contained therein.
This allows species identification for parasitic or other
5    infections.  For example, the human cell is presumably
genetically distinguishable from a monkey cell, but different
human cells will share many genetic markers.  At higher
resolution, each individual human genome will exhibit unique
sequences that can define it as a single individual.

10       Likewise, a developmental stage of a cell type may be
definable by its pattern of expression of messenger RNA.  For
example, in particular stages of cells, high levels of
ribosomal RNA are found whereas relatively low levels of other
types of messenger RNAs may be found.  The high resolution
15   distinguishability provided by this fingerprinting method
allows the distinction between cells which have relatively
minor differences in its expressed mRNA population.  Where a
pattern is shown to be characteristic of a stage, a stage may
be defined by that particular pattern of messenger RNA
20   expression.

In another embodiment, a substrate as provided herein
may be used for genetic screening.  This would allow for
simultaneous screening of thousands of genetic markers.  As the
density of the matrix is increased, many more molecules can be
25   simultaneously tested.  Genetic screening then becomes a
simpler method as the present invention provides the ability to
screen for thousands, tens of thousands, and hundreds of
thousands, even millions of different possible genetic
features.  However, the number of high correlation genetic
30   markers for conditions numbers only in the hundreds.  Again,
the possibility for screening a large number of sequences
provides the opportunity for generating the data which can
provide correlation between sequences and specific conditions
or susceptibility.  The present invention provides the means to
35   generate extremely valuable correlations useful for the genetic
detection of the causative mutation leading to medical
conditions.  In still another embodiment, the present invention
would be applicable to distinguishing two individuals having

identical genetic compositions.  The antibody population within
an individual is dependent both on genetic and historical
factors.  Each individual experiences a unique exposure to
various infectious agents, and the combined antibody expression
5   is partly determined thereby.  Thus, individuals may also be
fingerprinted by their lymphocyte DNA or RNA hybridization
pattern(s).  Similar sorts of immunological and environmental
histories may be useful for fingerprinting, perhaps in
combination with other screening properties.

10          With the definition of new classes of cells, a cell
sorter will be used to purify them.  Moreover, new markers for
defining that class of cells will be identified.  For example,
where the class is defined by its RNA content, cells may be
screened by antisense probes which detect the presence or
15  absence of specific sequences therein.  Alternatively, cell
lysates may provide information useful in correlating
intracellular properties with extracellular markers which
indicate functional differences.  Using standard cell sorter
technology with a fluorescence or labeled antisense probe which
20  recognizes the internal presence of the specific sequences of
interest, the cell sorter will be able to isolate a relatively
homogeneous population of cells possessing the particular
marker.  Using successive probes the sorting process should be
able to select for cells having a combination of a large number
25  of different markers.

          With the fingerprinted method as in identification
means arises from mosaism problems in an organism.  A mosaic
organism is one whose genetic content in different cells is
significantly different.  Various clonal populations should
30  have similar genetic fingerprints, though different clonal
populations may have different genetic contents.  See, for
example, Suzuki et al. An Introduction to Genetic Analysis (4th
Ed.), Freeman and Co., New York, which is hereby incorporated
herein by reference.  However, this problem should be a
35  relatively rare problem and could be more carefully evaluated
with greater experience using the fingerprinting methods.

          The invention will also find use in detecting
changes, both genetic and in protein expression (i.e., by RNA

47

expression fingerprinting), in a rapidly "evolving" protozoan
infection, or similarly changing organism.


V.      MAPPING

5           A.    General
            The use of the present invention for mapping
parallels its use for fingerprinting and sequencing.  Mapping
provides the ability to locate particular segments along the
length of the polynucleotide.  The mapping provides the ability
10   to locate, in a relative sense, the order of various
subsequences.  This may be achieved using at least two
different approaches.

            The first approach is to take the large sequence and
fragment it at specific points.  The fragments are then ordered
15   and attached to a solid substrate.  For example, the clones
resulting from a chromosome walking process may be individually
attached to the substrate by methods, e.g., caged biotin
techniques, indicated earlier.  Segments of unknown map
position will be exposed to the substrate and will hybridize to
20   the segment which contains that particular sequence.  This
procedure allows the rapid determination of a number of
different labeled segments, each mapping requiring only a
single hybridization step once the substrate is generated.  The
substrate may be regenerated by removal of the interaction, and
25   the next mapping segment applied.

            In an alternative method, a plurality of subsequences
can be attached to a substrate.  Various short probes may be
applied to determine which segments may contain particular
overlaps.  The theoretical basis and a description of this
30   mapping procedure is contained in, e.g., Evans et al. 1989
"Physical Mapping of Complex Genomes by Cosmid Multiplex
Analysis," Proc. Natl. Acad. Sci. USA 86:5030-5034, and other
references cited above in the Section labeled "Overall
Description."  Using this approach, the details of the mapping
35   embodiment are very similar to those used in the fingerprinting
embodiment.

48

B.   Preparation of Substrate Matrix

The substrate may be generated in either of the
methods generally applicable in the sequencing and
fingerprinting embodiments.  The substrate may be made either
5   synthetically, or by attaching otherwise purified probes or
sequences to the matrix.  The probes or sequences may be
derived either from synthetic or biological means.  As
indicated above, the solid phase substrate synthetic methods
may be utilized to generate a matrix with positionally defined
10  sequences.  In the mapping embodiment, the importance of
saturation of all possible subsequences of a preselected length
is far less important than in the sequencing embodiment, but
the length of the probes used may be desired to be much longer.
The processes for making a substrate which has longer
15  oligonucleotide probes should not be significantly different
from those described for the sequencing embodiments, but the
optimization parameters may be modified to comply with the
mapping needs.

20        C.   Labeling

The labeling methods will be similar to those
applicable in sequencing and fingerprinting embodiments.
Again, the target sequences may be desired to be fragmented.

25        D.   Hybridization/Specific Interaction

The specificity of interaction between the targets
and probe would typically be closer to those used for
fingerprinting embodiments, where homology is more important
than absolute distinguishability of high fidelity complementary
30  hybridization.  Usually, the hybridization conditions will be
such that merely homologous segments will interact and provide
a positive signal.  Much like the fingerprinting embodiment, it
may be useful to measure the extent of homology by successive
incubations at higher stringency conditions.  Or, a plurality
35  of different probes, each having various levels of homology may
be used.  In either way, the spectrum of homologies can be
measured.

E.    Detection

The detection methods used in the mapping procedure
will be virtually identical to those used in the fingerprinting
5    embodiment.  The detection methods will be selected in
combination with the labeling methods.

F.    Analysis

The analysis of the data in a mapping embodiment will
10    typically be somewhat different from that in fingerprinting.
The fingerprinting embodiment will test for the presence or
absence of specific or homologous segments.  However, in the
mapping embodiment, the existence of an interaction is coupled
with some indication of the location of the interaction.  The
15    interaction is mapped in some manner to the physical polymer
sequence.  Some means for determining the relative positions of
different probes is performed.  This may be achieved by
synthesis of the substrate in pattern, or may result from
analysis of sequences after they have been attached to the
20    substrate.

For example, the probes may be randomly positioned at
various locations on the substrate.  However, the relative
positions of the various reagents in the original polymer may
be determined by using short fragments, e.g., individually, as
25    target molecules which determine the proximity of different
probes.  By an automated system of testing each different short
fragment of the original polymer, coupled with proper analysis,
it will be possible to determine which probes are adjacent one
another on the original target sequence and correlate that with
30    positions on the matrix.  In this way, the matrix is useful for
determining the relative locations of various new segments in
the original target molecule.  This sort of analysis is
described in Evans, and the related references described above.

In another form of mapping, as described above in the
35    fingerprinting section, the developmental map of a cell or
biological system may be measured using fingerprinting type
technology.  Thus, the mapping may be along a temporal
dimension rather than along a polymer dimension.  The mapping

50

or fingerprinting embodiments may also be used in determining
the genetic rearrangements which may be genetically important,
as in lymphocyte and B-cell development.  In another example,
various rearrangements or chromosomal dislocations may be
5   tested by either the fingerprinting or mapping methods.  These
techniques are similar in many respects and the fingerprinting
and mapping embodiments may overlap in many respects.


        G.    Substrate Reuse
10          The substrate should be reusable in the manner
described in the fingerprinting section.  The substrate is
renewed by removal of the specific interactions and is washed
and prepared for successive cycles of exposure to new target
sequences.

15

    VI.    ADDITIONAL SCREENING AND APPLICATIONS
        A.    Specific Interactions
            As originally indicated in the parent filing of
VLSIPS, the production of a high density plurality of spatially
20  segregated polymers provides the ability to generate a very
large universe or repertoire of individually and distinct
sequence possibilities.  As indicated above, particular
oligonucleotides may be synthesized in automated fashion at
specific locations on a matrix.  In fact, these
25  oligonucleotides may be used to direct other molecules to
specific locations by linking specific oligonucleotides to
other reagents which are in batch exposed to the matrix and
hybridized in a complementary fashion to only those locations
where the complementary oligonucleotide has been synthesized on
30  the matrix.  This allows for spatially attaching a plurality of
different reagents onto the matrix instead of individually
attaching each separate reagent at each specific location.
Although the caged biotin method allows the automated
attachment, the speed of the caged biotin attachment process is
35  relatively slow and requires a separate reaction for each
reagent being attached.  By use of the oligonucleotide method,
the specificity of position can be done in an automated and
parallel fashion.  As each reagent is produced, instead of

directly attaching each reagent at each desired position, the
reagent may be attached to a specific desired complementary
oligonucleotide which will ultimately be specifically directed
toward locations on the matrix having a complementary
5    oligonucleotide attached thereat.

In addition, the technology allows screening for
specificity of interaction with particular reagents.    For
example, the oligonucleotide sequence specificity of binding of
a potential reagent may be tested by presenting to the reagent
10   all of the possible subsequences available for binding.
Although secondary or higher order sequence specific features
might not be easily screenable using this technology, it does
provide a convenient, simple, quick, and thorough screen of
interactions between a reagent and its target recognition
15   sequences.  See, e.g., Pfeifer et al. (1989) Science 246:810-
812.

For example, the interaction of a promoter protein
with its target binding sequence may be tested for many
different, or all, possible binding sequences.  By testing the
20   strength of interactions under various different conditions,
the interaction of the promoter protein with each of the
different potential binding sites may be analyzed.  The
spectrum of strength of interactions with each different
potential binding site may provide significant insight into the
25   types of features which are important in determining
specificity.

An additional example of a sequence specific
interaction between reagents is the testing of binding of a
double stranded nucleic acid structure with a single stranded
30   oligonucleotide.  Often, a triple stranded structure is
produced which has significant aspects of sequence specificity.
Testing of such interactions with either sequences comprising
only natural nucleotides, or perhaps the testing of nucleotide
analogs may be very important in screening for particularly
35   useful diagnostic or therapeutic reagents.  See, e.g., Häner
and Dervan (1990) Biochemistry 29:9761-6765, and references
therein.

52

B.    <u>Sequence Comparisons</u>

Once a gene is sequenced, the present invention provides means to compare alleles or related sequences to locate and identify differences from the control sequence.

5    This would be extremely useful in further analysis of genetic variability at a specific gene locus.

C.    <u>Categorizations</u>

As indicated above in the fingerprinting and mapping

10    embodiments, the present invention is also useful to define specific stages in the temporal sequence of cells, e.g., development, and the resulting tissues within an organism. For example, the developmental stage of a cell, or population of cells, can be dependent upon the expression of particular

15    messenger RNAs. The screening procedures provided allow for high resolution definition of new classes of cells. In addition, the temporal development of particular cells will be characterized by the presence or expression of various mRNAs. Means to simultaneously screen a plurality or very large number

20    of different sequences as provided. The combination of different markers made available dramatically increases the ability to distinguish fairly closely related cell types. Other markers may be combined with markers and methods made available herein to define new classifications of biological

25    samples, e.g., based upon new combinations of markers.

The presence or absence of particular marker sequences will be used to define temporal developmental stages. Once the stages are defined, fairly simple methods can be applied to actually purify those particular cells. For

30    example, antisense probes or recognition reagents may be used with a cell sorter to select those cells containing or expressing the critical markers. Alternatively, the expression of those sequences may result in specific antigens which may also be used in defining cell classes and sorting those cells

35    away from others. In this way, for example, it should be possible to select a class of omnipotent immune system cells which are able to completely regenerate a human immune system. Based upon the cellular classes defined by the parameters made

available by this technology, purified classes of cells having
identifiable differences in RNA expression and/or DNA structure
are made available.

5      In an alternative embodiment, subclasses of T-cells
are defined, in part, upon the combination of expressed cell
surface RNA species.  The present invention allows for the
simultaneous screening of a large plurality of different RNA
species together.  Thus, higher resolution classification of
different T-cell subclasses becomes possible and, with the
10     definitions and functional differences which correlate with
those other parameters, the ability to purify those cell types
becomes available.  This is applicable not only to T-cells,
lymphocyte cells, or even to freely circulating cells.  Many of
the cells for which this would be most useful will be immobile
15     cells found in particular tissues or organs.  Tumor cells will
be diagnosed or detected using these fingerprinting techniques.
Coupled with a temporal change in structure, developmental
classes may also be selected and defined using these
technologies.  The present invention also provides the ability
20     not only to define new classes of cells based upon functional
or structural differences, but it also provides the ability to
select or purify populations of cells which share these
particular properties.  In particular, antisense DNA or RNA
molecules may be introduced into a cell to detect RNA sequences
25     therein.  See, e.g., Weintraub (1990) <u>Scientific American</u>
262:40-46.

D.   <u>Statistical Correlations</u>

In an additional embodiment, the present invention
30     also allows for the high resolution correlation of medical
conditions with various different markers.  For example, the
present technology, when applied to amniocentesis or other
genetic screening methods, typically screen for tens of
different markers at most.  The present invention allows
35     simultaneous screening for tens, hundreds, thousands, tens of
thousands, hundreds of thousands, and even millions of
different genetic sequences.  Thus, applying the fingerprinting
methods of the present invention to a sufficiently large

54

population allows detailed statistical analysis to be made,
thereby correlating particular medical conditions with
particular markers, typically genetic markers or pathognomonic
RNA expression patterns. Tumor-specific RNA expression patterns
5    and particular RNA species characterizing various neoplastic
phenotypes will be identified using the present invention.

Various medical conditions may be correlated against
an enormous data base of the sequences within an individual.
Genetic propensities and correlations then become available and
10   high resolution genetic predictability and correlation become
much more easily performed.  With the enormous data base, the
reliability of the predictions also is better tested.
Particular markers which are partially diagnostic of particular
medical conditions or medical susceptibilities will be
15   identified and provide direction in further studies and more
careful analysis of the markers involved.  Of course, as
indicated above in the sequencing embodiment, the present
invention will find much use in intense sequencing projects.
For example, sequencing of the entire human genome in the human
20   genome project will be greatly simplified and enabled by the
present invention.

VI.    FORMATION OF SUBSTRATE

The substrate is provided with a pattern of specific
25   reagents which are positionally localized on the surface of the
substrate.  This matrix of positions is defined by the
automated system which produces the substrate.  The instrument
will typically be one similar to that described in PCT
publication no. WO90/15070, and U.S.S.N. 07/624,120.  The
30   instrumentation described therein is directly applicable to the
applications used here.  In particular, the apparatus comprises
a substrate, typically a silicon containing substrate, on which
positions on the surface may be defined by a coordinate system
of positions.  These positions can be individually addressed or
35   detected by the VLSIPS apparatus.

Typically, the VLSIPS apparatus uses optical methods
used in semiconductor fabrication applications.  In this way,
masks may be used to photo-activate positions for attachment or

55

synthesis of specific sequences on the substrate.  These
manipulations may be automated by the types of apparatus
described in PCT publication no. WO90/15070 and U.S.S.N.
07/624,120.

5          Selectively removable protecting groups allow
creation of well defined areas of substrate surface having
differing reactivities.  Preferably, the protecting groups are
selectively removed from the surface by applying a specific
activator, such as electromagnetic radiation of a specific
10    wavelength and intensity.  More preferably, the specific
activator exposes selected areas of surface to remove the
protecting groups in the exposed areas.
          Protecting groups of the present invention are used
in conjunction with solid phase oligonucleotide syntheses using
15    deoxyribonucleic and ribonucleic acids.  In addition to
protecting the substrate surface from unwanted reaction, the
protecting groups block a reactive end of the monomer to
prevent self-polymerization.
          Attachment of a protecting group to the 5'-hydroxyl
20    group of a nucleoside during synthesis using for example,
phosphate-triester coupling chemistry, prevents the 5'-hydroxyl
of one nucleoside from reacting with the 3'-activated
phosphate-triester of another.
          Regardless of the specific use, protecting groups are
25    employed to protect a moiety on a molecule from reacting with
another reagent.  Protecting groups of the present invention
have the following characteristics: they prevent selected
reagents from modifying the group to which they are attached;
they are stable (that is, they remain attached) to the
30    synthesis reaction conditions; they are removable under
conditions that do not adversely affect the remaining
structure; and once removed, do not react appreciably with the
surface or surface-bound oligonucleotide.
          In a preferred embodiment, the protecting groups will
35    be photoactivatable.  The properties and uses of photoreactive
protecting compounds have been reviewed.  See, McCray et al.,
Ann. Rev. of Biophys. and Biophys. Chem. (1989) 18:239-270,
which is incorporated herein by reference.  Preferably, the

56

photosensitive protecting groups will be removable by radiation
in the ultraviolet (UV) or visible portion of the
electromagnetic spectrum.  More preferably, the protecting
groups will be removable by radiation in the near UV or visible
5    portion of the spectrum.  In some embodiments, however,
activation may be performed by other methods such as localized
heating, electron beam lithography, laser pumping, oxidation or
reduction with microelectrodes, and the like.  Sulfonyl
compounds are suitable reactive groups for electron beam
10   lithography.  Oxidative or reductive removal is accomplished by
exposure of the protecting group to an electric current source,
preferably using microelectrodes directed to the predefined
regions of the surface which are desired for activation.  A
more detailed description of these protective groups is
15   provided in U.S.S.N. 07/624,120, which is hereby incorporated
herein by reference.

        The density of reagents attached to a silicon
substrate may be varied by standard procedures.  The surface
area for attachment of reagents may be increased by modifying
20   the silicon surface.  For example, a matte surface may be
machined or etched on the substrate to provide more sites for
attachment of the particular reagents.  Another way to increase
the density of reagent binding sites is to increase the
derivitization density of the silicon.  Standard procedures for
25   achieving this are described, below.

        One method to control the derivatization density is
to highly derivatize the substrate with photochemical groups at
high density.  The substrate is then photolyzed for various
predetermined times, which photoactivate the groups at a
30   measurable rate, and react then with a capping reagent.  By
this method, the density of linker groups may be modulated by
using a desired time and intensity of photoactivation.

        In many applications, the number of different
sequences which may be provided may be limited by the density
35   and the size of the substrate on which the matrix pattern is
generated.  In situations where the density is insufficiently
high to allow the screening of the desired number of sequences,
multiple substrates may be used to increase the number of

sequences tested.  Thus, the number of sequences tested may be
increased by using a plurality of different substrates.
Because the VLSIPS apparatus is almost fully automated,
increasing the number of substrates does not lead to a
5    significant increase in the number of manipulations which must
be performed by humans.  This again leads to greater
reproducibility and speed in the handling of these multiple
substrates.


10              A.    Instrumentation
           The concept of using VLSIPS generally allows a
pattern or a matrix of reagents to be generated.  The procedure
for making the pattern is performed by any of a number of
different methods.  An apparatus and instrumentation useful for
15   generating a high density VLSIPS substrate is described in
detail in PCT publication no. WO90/15070 and U.S.S.N.
07/624,120.


                B.    Binary Masking
20              The details of the binary masking are described in an
accompanying application filed simultaneously with this,
U.S.S.N. 07/624,120, whose specification is incorporated herein
by reference.
           For example, the binary masking technique allows for
25   producing a plurality of sequences based on the selection of
either of two possibilities at any particular location.  By a
series of binary masking steps, the binary decision may be the
determination, on a particular synthetic cycle, whether or not
to add any particular one of the possible subunits.  By
30   treating various regions of the matrix pattern in parallel, the
binary masking strategy provides the ability to carry out
spatially addressable parallel synthesis.


                C.    Synthetic Methods
35              The synthetic methods in making a substrate are
described in the parent application, U.S.S.N. 07/492,462.  The
construction of the matrix pattern on the substrate will
typically be generated by the use of photo-sensitive reagents.

By use of photo-lithographic optical methods, particular
segments of the substrate can be irradiated with light to
activate or deactivate blocking agents, e.g., to protect or
deprotect particular chemical groups.  By an appropriate
5   sequence of photo-exposure steps at appropriate times with
appropriate masks and with appropriate reagents, the substrates
can have known polymers synthesized at positionally defined
regions on the substrate.  Methods for synthesizing various
substrates are described in PCT publication no. WO90/15070 and
10  U.S.S.N. 07/624,120.  By a sequential series of these photo-
exposure and reaction manipulations, a defined matrix pattern
of known sequences may be generated, and is typically referred
to as a VLSIPS substrate.  In the nucleic acid synthesis
embodiment, nucleosides used in the synthesis of DNA by
15  photolytic methods will typically be one of the two forms shown
below:



B = Adenine, Cytosine, Guanine, or Thymine

In I, the photolabile group at the 5' position is
abbreviated NV (nitroveratryl) and in II, the group is
abbreviated NVOC (nitroveratryl oxycarbonyl).  Although not
shown above, bases (adenine, cytosine, and guanine) contain
5   exocyclic $NH_2$ groups which must be protected during DNA
synthesis.  Thymine contains no exocyclic $NH_2$ and therefore
requires no protection.  The standard protecting groups for
these anaines are shown below:

10



15

20   Adenine (A)                    Cytosine (C)                    Guanine (G)

         Other amides of the general formula

25



         $R = alkyl$ $aryl$

30

where R may be alkyl or aryl have been used.