Another type of protecting group FMOC (9-fluorenyl methoxycarbonyl) is currently being used to protect the exocyclic amines of the three bases:

5



10

15

Adenine (A)              Cytosine (C)              Guanine (G)

20     The advantage of the FMOC group is that it is removed under mild conditions (dilute organic bases) and can be used for all three bases. The amide protecting groups require more harsh conditions to be removed ($NH_3$/MeOH with heat).

Nucleosides used as 5'-OH probes, useful in verifying correct VLSIPS synthetic function, have been the following:

25



30

35

These compounds are used to detect where on a
substrate photolysis has occurred by the attachment of either
III or V to the newly generated 5'-OH. In the case of III,
after the phosphate attachment is made, the substrate is
5    treated with a dilute base to remove the FMOC group. The
resulting amine can be reacted with FITC and the substrate
examined by fluorescence microscopy. This indicates the proper
generation of a 5'-OH. In the case of compound IV, after the
phosphate attachment is made, the substrate is treated with
10   FITC labeled streptavidin and the substrate again may be
examined by fluorescence microscopy. Other probes, although
not nucleoside based, have included the following:

15



20

25

30           The method of attachment of the first nucleoside to
the surface of the substrate depends on the functionality of
the groups at the substrate surface. If the surface is amine
functionalized, an amide bond is made (see example below).



5

10

    If the surface is hydroxy functionalized a phosphate
bond is made (see example below)

15



20

    In both cases, the thymidine example is illustrated,
but any one of the four phosphoramidite activated nucleosides
can be used in the first step.

    Photolysis of the photolabile group NV or NVOC on the
25 5' positions of the nucleosides is carried out at ~362 nm with
an intensity of 14 mW/cm$^2$ for 10 minutes with the substrate
side (side containing the photolabile group) immersed in
dioxane.  After the coupling of the next nucleoside is
complete, the photolysis is repeated followed by another
30 coupling until the desired oligomer is obtained.

    One of the most common 3'-O-protecting group is the
ester, in particular the acetate

35

The groups can be removed by mild base treatment 0.1N
NaOH/MeOH or $K_2CO_3$/$H_2O$/MeOH.

Another group used most often is the silyl ether.



These groups can be removed by neutral conditions
using 1 M tetra-n-butylammonium fluoride in THF or under acid
conditions.

Related to photodeprotection, the nitroveratryl group
could also be used to protect the 3'-position.



Here, light (photolysis) would be used to remove
these protecting groups.

A variety of ethers can also be used in the
protection of the 3'-O-position.

Removal of these groups usually involves acid or catalytic methods.

Note that corresponding linkages and photoblocked amino acids are described in detail in U.S.S.N. 07/624,120,
5    which is hereby incorporated herein by reference.

Although the specificity of interactions at particular locations will usually be homogeneous due to a homogeneous polymer being synthesized at each defined location, for certain purposes, it may be useful to have mixed polymers
10   with a commensurate mixed collection of interactions occurring at specific defined locations, or degeneracy reducing analogues, which have been discussed above and show broad specificity in binding.  Then, a positive interaction signal may result from any of a number of sequences contained therein.

15   As an alternative method of generating a matrix pattern on a substrate, preformed polymers may be individually attached at particular sites on the substrate.  This may be performed by individually attaching reagents one at a time to specific positions on the matrix, a process which may be
20   automated.  See, e.g., U.S.S.N. 07/435,316 (caged biotin parent), and U.S.S.N. 07/612,671 (caged biotin CIP).  Another way of generating a positionally defined matrix pattern on a substrate is to have individually specific reagents which interact with each specific position on the substrate.  For
25   example, oligonucleotides may be synthesized at defined locations on the substrate.  Then the substrate would have on its surface a plurality of regions having homogeneous oligonucleotides attached at each position.

In particular, at least four different substrate
30   preparation procedures are available for treating a substrate surface.  They are the standard VLSIPS method, polymeric substrates, Durapore™, and synthetic beads or fibers.  The treatment labeled "standard VLSIPS" method is described in U.S.S.N. 07/624,120, and involves applying amino-
35   propyltriethoxysilane to a glass surface.

The polymeric substrate approach involves either of two ways of generating a polymeric substrate.  The first uses a high concentration of aminopropyltriethoxysilane (2-20%) in an

aqueous ethanol solution (95%).  This allows the silane
compound to polymerize both in solution and on the substrate
surface, which provides a high density of amines on the surface
of the glass.  This density is contrasted with the standard
5    VLSIPS method.  This polymeric method allows for the deposition
on the substrate surface of a monolayer due to the anhydrous
method used with the aforementioned silane.

The second polymeric method involves either the
coating or covalent binding of an appropriate acrylic acid
10   polymer onto the substrate surface.  In particular, e.g., in
DNA synthesis, a monomer such as a hydroxypropylacrylate is
used to generate a high density of hydroxyl groups on the
substrate surface, allowing for the formation of phosphate
bonds.  An example of such a compound is shown:

15



20

The method using a Durapore™ membrane (Millipore)
consists of a polyvinylidine difluoride coating with
crosslinked polyhydroxylpropyl acrylate [PVDF-HPA]:
25



30

Here the building up of, e.g., a DNA oligomer, can be started
immediately since phosphate bonds to the surface can be
accomplished in the first step with no need for modification.
35   A nucleotide dimer (5'-C-T-3') has been successfully made on
this substrate in our labs.

The fourth method utilizes synthetic beads or fibers.
This would use another substrate, such as a teflon copolymer

graft bead or fiber, which is covalently coated with an organic
layer (hydrophilic) terminating in hydroxyl sites (commercially
available from Molecular Brosystems, Inc.)  This would offer
the same advantage as the Durapore™ membrane, allowing for
5   immediate phosphate linkages, but would give additional contour
by the 3-dimensional growth of oligomers.

        A matrix pattern of new reagents may be targeted to
each specific oligonucleotide position by attaching a
complementary oligonucleotide to which the substrate bound form
10   is complementary.  For instance, a number of regions may have
homogeneous oligonucleotides synthesized at various locations.
Oligonucleotide sequences complementary to each of these can be
individually generated and linked to a particular specific
reagents.  Often these specific reagents will be antibodies.
15   As each of these is specific for finding its complementary
oligonucleotide, each of the specific reagents will bind
through the oligonucleotide to the appropriate matrix position.
A single step having a combination of different specific
reagents being attached specifically to a particular
20   oligonucleotide will thereby bind to its complement at the
defined matrix position.  The oligonucleotides will typically
then be covalently attached, using, e.g., an acridine dye, for
photocrosslinking.  Psoralen is a commonly used acridine dye
for photocrosslinking purposes, see, e.g., Song et al. (1979)
25   Photochem. Photobiol. 29:1177-1197; Cimino et al. (1985) Ann.
Rev. Biochem. 54:1151-1193; Parsons (1980) Photochem.
Photobiol. 32:813-821; and Dattagupta et al. (1985) U.S. Pat.
No. 4,542,102, and (1987) U.S. Pat. No. 4,713,326; each of
which is hereby incorporated herein by reference.  This method
30   allows a single attachment manipulation to attach all of the
specific reagents to the matrix at defined positions and
results in the specific reagents being homogeneously located at
defined positions.

35          D.   Surface Immobilization
              1.   caged biotin
        An alternative method of attaching reagents in a
positionally defined matrix pattern is to use a caged biotin

67

system.  See U.S.S.N. 07/612,671 (caged biotin CIP), which is
hereby incorporated herein by reference, for additional details
on the chemistry and application of caged biotin embodiments.
In short, the caged biotin has a photosensitive blocking moiety
5   which prevents the combination of avidin to biotin.  At
positions where the photo-lithographic process has removed the
blocking group, high affinity biotin sites are generated.
Thus, by a sequential series of photolithographic deblocking
steps interspersed with exposure of those regions to
10   appropriate biotin containing reagents, only those locations
where the deblocking takes place will form an avidin-biotin
interaction.  Because the avidin-biotin binding is very tight,
this will usually be virtually irreversible binding.

15              2.    crosslinked interactions
        The surface immobilization may also take place by
photocrosslinking of defined oligonucleotides linked to
specific reagents.  After hybridization of the complementary
oligonucleotides, the oligonucleotides may be crosslinked by a
20   reagent by psoralen or another similar type of acridine dye.
Other useful crosslinking reagents are described in Dattagupta
et al. (1985) U.S. Pat. No. 4,542,102, and (1987) U.S. Pat. No.
4,713,326.
        In another embodiment, colony or phage plaque
25   transfer of biological polymers may be transferred directly
onto a silicon substrate.  For example, a colony plate may be
transferred onto a substrate having a generic oligonucleotide
sequence which hybridizes to another generic complementary
sequence contained on all of the vectors into which inserts are
30   cloned.  This will specifically only bind those molecules which
are actually contained in the vectors containing the desired
complementary sequence.  This immobilization allows for
producing a matrix onto which a sequence specific reagent can
bind, or for other purposes.  In a further embodiment, a
35   plurality of different vectors each having a specific
oligonucleotide attached to the vector may be specifically
attached to particular regions on a matrix having a
complementary oligonucleotide attached thereto.

VIII.    HYBRIDIZATION/SPECIFIC INTERACTION
   A.    General

As discussed previously in the VLSIPS parent applications, the VLSIPS substrates may be used for screening

5   for specific interactions with sequence specific targets or probes.

In addition, the availability of substrates having the entire repertoire of possible sequences of a defined length opens up the possibility of sequencing by hybridization. This

10   sequence may be de novo determination of an unknown sequence, particularly of nucleic acid, verification of a sequence determined by another method, or an investigation of changes in a previously sequenced gene, locating and identifying specific changes. For example, often Maxam and Gilbert sequencing

15   techniques are applied to sequences which have been determined by Sanger and Coulson. Each of those sequencing technologies have problems with resolving particular types of sequences. Sequencing by hybridization may serve as a third and independent method for verifying other sequencing techniques.

20   See, e.g., (1988) Science 242:1245.

In addition, the ability to provide a large repertoire of particular sequences allows use of short subsequence and hybridization as a means to fingerprint a polynucleotide sample. For example, fingerprinting to a high

25   degree of specificity of sequence matching may be used for identifying highly similar samples, e.g., those exhibiting high homology to the selected probes. This may provide a means for determining classifications of particular sequences. This should allow determination of whether particular genomes of

30   bacteria, phage, or even higher cells might be related to one another.

In addition, fingerprinting may be used to identify an individual source of biological sample. See, e.g., Lander, E. (1989) Nature, 339:501-505, and references therein. For

35   example, a DNA fingerprint may be used to determine whether a genetic sample arose from another individual. This would be particularly useful in various sorts of forensic tests to determine, e.g., paternity or sources of blood samples.

69

Significant detail on the particulars of genetic fingerprinting
for identification purposes are described in, e.g., Morris et
al. (1989) "Biostatistical evolution of evidence from
continuous allele frequency distribution DNA probes in
5    reference to disputed paternity of identity," J. Forensic
Science 34:1311-1317; and Neufeld et al. (1990) Scientific
American 262:46-53; each of which is hereby incorporated herein
by reference.

In another embodiment, a fingerprinting-like
10   procedure may be used for classifying cell types by analyzing a
pattern of specific nucleic acids present in the cell,
specifically RNA expression patterns.  This may also be useful
in defining the temporal stage of development of cells, e.g.,
stem cells or other cells which undergo temporal changes in
15   development.  For example, the stage of a cell, or group of
cells, may be tested or defined by isolating a sample of mRNA
from the population and testing to see what sequences are
present in messenger populations.  Direct samples, or amplified
samples (e.g., by polymerase chain reaction), may be used.
20   Where particular mRNA or other nucleic acid sequences may be
characteristic of or shown to be characteristic of particular
developmental stages, physiological states, or other
conditions, this fingerprinting method may define them.

The present invention may also be used for mapping
25   sequences within a larger segment.  This may be performed by at
least two methods, particularly in reference to nucleic acids.
Often, enormous segments of DNA are subcloned into a large
plurality of subsequences.  Ordering these subsequences may be
important in determining the overlaps of sequences upon
30   nucleotide determinations.  Mapping may be performed by
immobilizing particularly large segments onto a matrix using
the VLSIPS technology.  Alternatively, sequences may be ordered
by virtue of subsequences shared by overlapping segments.  See,
e.g., Craig et al. (1990) Nuc. Acids Res. 18:2653-2660;
35   Michiels et al. (1987) CABIOS 3:203-210; and Olson et al.
(1986) Proc. Natl. Acad. Sci. USA 83:7826-7830.

B.    Important Parameters

     The extent of specific interaction between reagents immobilized to the VLSIPS substrate and another sequence specific reagent may be modified by the conditions of the

5  interaction.  Sequencing embodiments typically require high fidelity hybridization and the ability to discriminate perfect matching from imperfect matching.  Fingerprinting and mapping embodiments may be performed using less stringent conditions, or in some embodiments very highly stringent conditions,

10  depending upon the circumstances.

     In a nucleic acid hybridization embodiment, the specificity and kinetics of hybridization have been described in detail by, e.g., Wetmur and Davidson (1968) J. Mol. Biol., 31:349-370, Britten and Kohne (1968) Science 161:529-530, and

15  Kanehisa, (1984) Nuc. Acids Res. 12:203-213, each of which is hereby incorporated herein by reference.  Parameters which are well known to affect specificity and kinetics of reaction include salt conditions, ionic composition of the solvent, hybridization temperature, length of oligonucleotide matching

20  sequences, guanine and cytosine (GC) content, presence of hybridization accelerators, pH, specific bases found in the matching sequences, solvent conditions, and addition of organic solvents.

     In particular, the salt conditions required for

25  driving highly mismatched sequences to completion typically include a high salt concentration.  The typical salt used is sodium chloride (NaCl), however, other ionic salts may be utilized, e.g., KCl.  Depending on the desired stringency hybridization, the salt concentration will often be less than

30  about 3 molar, more often less than 2.5 molar, usually less than about 2 molar, and more usually less than about 1.5 molar. For applications directed towards higher stringency matching, the salt concentrations would typically be lower.  Ordinary high stringency conditions will utilize salt concentration of

35  less than about 1 molar, more often less then about 750 millimolar, usually less than about 500 millimolar, and may be as low as about 250 or 150 millimolar.

The kinetics of hybridization and the stringency of
hybridization both depend upon the temperature at which the
hybridization is performed and the temperature at which the
washing steps are performed. Temperatures at which steps for

5    low stringency hybridization are desired would typically be
lower temperatures, e.g., ordinarily at least about 15°C, more
ordinarily at least about 20°C, usually at least about 25°C,
and more usually at least about 30°C. For those applications
requiring high stringency hybridization, or fidelity of

10   hybridization and sequence matching, temperatures at which
hybridization and washing steps are performed would typically
be high. For example, temperatures in excess of about 35°C
would often be used, more often in excess of about 40°C,
usually at least about 45°C, and occasionally even temperatures

15   as high as about 50°C or 60°C or more. Of course, the
hybridization of oligonucleotides may be disrupted by even
higher temperatures. Thus, for stripping of targets from
substrates, as discussed below, temperatures as high as 80°C,
or even higher may be used.

20          The base composition of the specific oligonucleotides
involved in hybridization affects the temperature of melting,
and the stability of hybridization as discussed in the above
references. However, the bias of GC rich sequences to
hybridize faster and retain stability at higher temperatures

25   can be compensated for by the inclusion in the hybridization
incubation or wash steps of various buffers. Sample buffers
which accomplish this result include the triethly-and trimethyl
ammonium buffers. See, e.g., Wood et al. (1987) <u>Proc. Natl.
Acad. Sci. USA</u>, 82:1585-1588, and Khrapko, K. et al. (1989)

30   <u>FEBS Letters</u> 256:118-122.

The rate of hybridization can also be affected by the
inclusion of particular hybridization accelerators. These
hybridization accelerators include the volume exclusion agents
characterized by dextran sulfate, or polyethylene glycol (PEG).

35   Dextran sulfate is typically included at a concentration of
between 1% and 40% by weight. The actual concentration
selected depends upon the application, but typically a faster
hybridization is desired in which the concentration is

optimized for the system in question.  Dextran sulfate is often
included at a concentration of between 0.5% and 2% by weight or
dextran sulfate at a concentration between about 0.5% and 5%.
Alternatively, proteins which accelerate hybridization may be
5   added, e.g., the recA protein found in E. coli) or other
homologous proteins.

        Of course, the specific hybridization conditions will
be selected to correspond to a discriminatory condition which
provides a positive signal where desired but fails to show a
10  positive signal at affinities where interaction is not desired.
This may be determined by a number of titration steps or with a
number of controls which will be run during the hybridization
and/or washing steps to determine at what point the
hybridization conditions have reached the stage of desired
15  specificity.


IX.  DETECTION METHODS

        Methods for detection depend upon the label selected.
The criteria for selecting an appropriate label are discussed
20  below, however, a fluorescent label is preferred because of its
extreme sensitivity and simplicity.  Standard labeling
procedures are used to determine the positions where
interactions between a sequence and a reagent take place.  For
example, if a target sequence is labeled and exposed to a
25  matrix of different probes, only those locations where probes
do interact with the target will exhibit any signal.
Alternatively, other methods may be used to scan the matrix to
determine where interaction takes place.  Of course, the
spectrum of interactions may be determined in a temporal manner
30  by repeated scans of interactions which occur at each of a
multiplicity of conditions.  However, instead of testing each
individual interaction separately, a multiplicity of sequence
interactions may be simultaneously determined on a matrix.


35          A.   Labeling Techniques

        The target polynucleotide may be labeled by any of a
number of convenient detectable markers.  A fluorescent label
is preferred because it provides a very strong signal with low

background.  It is also optically detectable at high resolution
and sensitivity through a quick scanning procedure.  Other
potential labeling moieties include, radioisotopes,
chemiluminescent compounds, labeled binding proteins, heavy
5   metal atoms, spectroscopic markers, magnetic labels, and linked
enzymes.

Another method for labeling does not require
incorporation of a labeling moiety.  The target may be exposed
to the probes, and a double strand hybrid is formed at those
10  positions only.  Addition of a double strand specific reagent
will detect where hybridization takes place.  An intercalative
dye such as ethidium bromide may be used as long as the probes
themselves do not fold back on themselves to a significant
extent forming hairpin loops.  See, e.g., Sheldon et al. (1986)
15  U.S. Pat. No. 4,582,789.  However, the length of the hairpin
loops in short oligonucleotide probes would typically be
insufficient to form a stable duplex.

In another embodiment, different targets may be
simultaneously sequenced where each target has a different
20  label.  For instance, one target could have a green fluorescent
label and a second target could have a red fluorescent label.
The scanning step will distinguish sites of binding of the red
label from those binding the green fluorescent label.  Each
sequence can be analyzed independently from one another.
25          Suitable chromogens will include molecules and
compounds which absorb light in a distinctive range of
wavelengths so that a color may be observed, or emit light when
irradiated with radiation of a particular wave length or wave
length range, e.g., fluorescers.
30          A wide variety of suitable dyes are available, being
primary chosen to provide an intense color with minimal
absorption by their surroundings.  Illustrative dye types
include quinoline dyes, triarylmethane dyes, acridine dyes,
alizarine dyes, phthaleins, insect dyes, azo dyes,
35  anthraquinoid dyes, cyanine dyes, phenazathionium dyes, and
phenazoxonium dyes.

A wide variety of fluorescers may be employed either
by themselves or in conjunction with quencher molecules.

74

Fluorescers of interest fall into a variety of categories
having certain primary functionalities.  These primary
functionalities include 1- and 2-aminonaphthalene, p,p'-
diaminostilbenes, pyrenes, quaternary phenanthridine salts, 9-
5    aminoacridines, p,p'-diaminobenzophenone imines, anthracenes,
oxacarbocyanine, merocyanine, 3-aminoequilenin, perylene, bis-
benzoxazole, bis-p-oxazolyl benzene, 1,2-benzophenazin,
retinol, bis-3-aminopyridinium salts, hellebrigenin,
tetracycline, sterophenol, benzimidzaolylphenylamine, 2-oxo-3-
10   chromen, indole, xanthen, 7-hydroxycoumarin, phenoxazine,
salicylate, strophanthidin, porphyrins, triarylmethanes and
flavin.  Individual fluorescent compounds which have
functionalities for linking or which can be modified to
incorporate such functionalities include, e.g., dansyl
15   chloride; fluoresceins such as 3,6-dihydroxy-9-
phenylxanthhydrol; rhodamineisothiocyanate; N-phenyl 1-amino-8-
sulfonatonaphthalene; N-phenyl 2-amino-6-sulfonatonaphthalene;
4-acetamido-4-isothiocyanato-stilbene-2,2'-disulfonic acid;
pyrene-3-sulfonic acid; 2-toluidinonaphthalene-6-sulfonate; N-
20   phenyl, N-methyl 2-aminoaphthalene-6-sulfonate; ethidium
bromide; stebrine; auromine-0,2-(9'-anthroyl)palmitate; dansyl
phosphatidylethanolamine; N,N'-dioctadecyl oxacarbocyanine;
N,N'-dihexyl oxacarbocyanine; merocyanine, 4-
(3'pyrenyl)butyrate; d-3-aminodesoxy-equilenin; 12-(9'-
25   anthroyl)stearate; 2-methylanthracene; 9-vinylanthracene; 2,2'-
(vinylene-p-phenylene)bisbenzoxazole; p-bis[2-(4-methyl-5-
phenyl-oxazolyl)]benzene; 6-dimethylamino-1,2-benzophenazin;
retinol; bis(3'-aminopyridinium) 1,10-decandiyl diiodide;
sulfonaphthylhydrazone of hellibrienin; chlorotetracycline; N-
30   (7-dimethylamino-4-methyl-2-oxo-3-chromenyl)maleimide; N-[p-(2-
benzimidazolyl)-phenyl]maleimide; N-(4-fluoranthyl)maleimide;
bis(homovanillic acid); resazarin; 4-chloro-7-nitro-2,1,3-
benzooxadiazole; merocyanine 540; resorufin; rose bengal; and
2,4-diphenyl-3(2H)-furanone.
35          Desirably, fluorescers should absorb light above
about 300 nm, preferably about 350 nm, and more preferably
above about 400 nm, usually emitting at wavelengths greater
than about 10 nm higher than the wavelength of the light

75

absorbed.  It should be noted that the absorption and emission
characteristics of the bound dye may differ from the unbound
dye.  Therefore, when referring to the various wavelength
ranges and characteristics of the dyes, it is intended to
5  indicate the dyes as employed and not the dye which is
unconjugated and characterized in an arbitrary solvent.

Fluorescers are generally preferred because by
irradiating a fluorescer with light, one can obtain a plurality
of emissions.  Thus, a single label can provide for a plurality
10  of measurable events.

Detectable signal may also be provided by
chemiluminescent and bioluminescent sources.  Chemiluminescent
sources include a compound which becomes electronically excited
by a chemical reaction and may then emit light which serves as
15  the detectible signal or donates energy to a fluorescent
acceptor.  A diverse number of families of compounds have been
found to provide chemiluminescence under a variety of
conditions.  One family of compounds is 2,3-dihydro-1,-4-
phthalazinedione.  The most popular compound is luminol, which
20  is the 5-amino compound.  Other members of the family include
the 5-amino-6,7,8-trimethoxy- and the dimethylamino[ca]benz
analog.  These compounds can be made to luminesce with alkaline
hydrogen peroxide or calcium hypochlorite and base.  Another
family of compounds is the 2,4,5-triphenylimidazoles, with
25  lophine as the common name for the parent product.
Chemiluminescent analogs include para-dimethylamino and
-methoxy substituents.  Chemiluminescence may also be obtained
with oxalates, usually oxalyl active esters, e.g., p-
nitrophenyl and a peroxide, e.g., hydrogen peroxide, under
30  basic conditions.  Alternatively, luciferins may be used in
conjunction with luciferase or lucigenins to provide
bioluminescence.

Spin labels are provided by reporter molecules with
an unpaired electron spin which can be detected by electron
35  spin resonance (ESR) spectroscopy.  Exemplary spin labels
include organic free radicals, transitional metal complexes,
particularly vanadium, copper, iron, and manganese, and the
like.  Exemplary spin labels include nitroxide free radicals.

B.    Scanning System

        With the automated detection apparatus, the
correlation of specific positional labeling is converted to the
5   presence on the target of sequences for which the reagents have
specificity of interaction.   Thus, the positional information
is directly converted to a database indicating what sequence
interactions have occurred.   For example, in a nucleic acid
hybridization application, the sequences which have interacted
10  between the substrate matrix and the target molecule can be
directly listed from the positional information.   The detection
system used is described in PCT publication no. WO90/15070; and
U.S.S.N. 07/624,120.   Although the detection described therein
is a fluorescence detector, the detector may be replaced by a
15  spectroscopic or other detector.   The scanning system may make
use of a moving detector relative to a fixed substrate, a fixed
detector with a moving substrate, or a combination.
Alternatively, mirrors or other apparatus can be used to
transfer the signal directly to the detector.   See, e.g,
20  U.S.S.N. 07/624,120, which is hereby incorporated herein by
reference.

        The detection method will typically also incorporate
some signal processing to determine whether the signal at a
particular matrix position is a true positive or may be a
25  spurious signal.   For example, a signal from a region which has
actual positive signal may tend to spread over and provide a
positive signal in an adjacent region which actually should not
have one.   This may occur, e.g., where the scanning system is
not properly discriminating with sufficiently high resolution
30  in its pixel density to separate the two regions.   Thus, the
signal over the spatial region may be evaluated pixel by pixel
to determine the locations and the actual extent of positive
signal.   A true positive signal should, in theory, show a
uniform signal at each pixel location.   Thus, processing by
35  plotting number of pixels with actual signal intensity should
have a clearly uniform signal intensity.   Regions where the
signal intensities show a fairly wide dispersion, may be

77

particularly suspect and the scanning system may be programmed to more carefully scan those positions.

In another embodiment, as the sequence of a target is determined at a particular location, the overlap for the

5    sequence would necessarily have a known sequence.  Thus, the system can compare the possibilities for the next adjacent position and look at these in comparison with each other. Typically, only one of the possible adjacent sequences should give a positive signal and the system might be programmed to

10   compare each of these possibilities and select that one which gives a strong positive.  In this way, the system can also simultaneously provide some means of measuring the reliability of the determination by indicating what the average signal to background ratio actually is.

15         More sophisticated signal processing techniques can be applied to the initial determination of whether a positive signal exists or not.  See, e.g., U.S.S.N. 07/624,120.

From a listing of those sequences which interact, data analysis may be performed on a series of sequences.  For

20   example, in a nucleic acid sequence application, each of the sequences may be analyzed for their overlap regions and the original target sequence may be reconstructed from the collection of specific subsequences obtained therein.  Other sorts of analyses for different applications may also be

25   performed, and because the scanning system directly interfaces with a computer the information need not be transferred manually.  This provides for the ability to handle large amounts of data with very little human intervention.  This, of course, provides significant advantages over manual

30   manipulations.  Increased throughput and reproducibility is thereby provided by the automation  of vast majority of steps in any of these applications.

DATA ANALYSIS
35         A.   General
Data analysis will typically involve aligning the proper sequences with their overlaps to determine the target sequence.  Although the target "sequence" may not specifically

78

correspond to any specific molecule, especially where the
target sequence is broken and fragmented up in the sequencing
process, the sequence corresponds to a contiguous sequence of
the subfragments.

5          The data analysis can be performed by a computer
using an appropriate program. See, e.g., Drmanac, R. et al.
(1989) Genomics 4:114-128; and a commercially available
analysis program available from the Genetic Engineering Center,
P.O. Box 794, 11000 Belgrade, Yugoslavia.  Although the

10   specific manipulations necessary to reassemble the target
sequence from fragments may take many forms, one embodiment
uses a sorting program to sort all of the subsequences using a
defined hierarchy.  The hierarchy need not necessarily
correspond to any physical hierarchy, but provides a means to

15   determine, in order, which subfragments have actually been
found in the target sequence.  In this manner, overlaps can be
checked and found directly rather than having to search
throughout the entire set after each selection process.  For
example, where the oligonucleotide probes are 10-mers, the

20   first 9 positions can be sorted.  A particular subsequence can
be selected as in the examples, to determine where the process
starts.  As analogous to the theoretical example provided
above, the sorting procedure provides the ability to
immediately find the position of the subsequence which contains

25   the first 9 positions and can compare whether there exists more
than 1 subsequence during the first 9 positions.  In fact, the
computer can easily generate all of the possible target
sequences which contain given combination of subsequences.
Typically there will be only one, but in various situations,

30   there will be more.
          An exemplary flow chart for a sequencing program is
provided in Figure 4.  In general terms, the program provides
for automated scanning of the substrate to determine the
positions of probe and target interaction.  Simple processing

35   of the intensity of the signal may be incorporated to filter
out clearly spurious signals.  The positions with positive
interaction are correlated with the sequence specificity of
specific matrix positions, to generate the set of matching

subsequences.  This information is further correlated with
other target sequence information, e.g., restriction fragment
analysis.  The sequences are then aligned using overlap data,
thereby leading to possible corresponding target sequences
5    which will, optimally, correspond to a single target sequence.

### B.    Hardware

A variety of computer systems may be used to run a
sequencing program.  The program may be written to provide both
10    the detecting and scanning steps together and will typically be
dedicated to a particular scanning apparatus.  However, the
components and functional steps may be separated and the
scanning system may provide an output, e.g., through tape or an
electronic connection into a separate computer which separately
15    runs the sequencing analysis program.  The computer may be any
of a number of machines provided by standard computer
manufacturers, e.g., IBM compatible machines, Apple™ machines,
VAX machines, and others, which may often use a UNIX™ operating
system.  Alternatively, custom computing architectures may be
20    employed, these architectures may include neural network
methods implemented in hardware and/or software.  Of course,
the hardware used to run the analysis program will typically
determine what programming language would be used.

### C.    Software

25
Software would be readily developed by a person of
ordinary skill in the programming art, following the flow chart
provided, or based upon the input provided and the desired
result.
30    Of course, an exemplary embodiment is a
polynucleotide sequence system.  However, the theoretical and
mathematical manipulations necessary for data analysis of other
linear molecules are conceptually similar.

### XI.    SUBSTRATE REUSE

35
Where a substrate is made with specific reagents that
are relatively insensitive to the handling and processing steps
involved in a single cycle of use, the substrate may often be

80

reused.   The target molecules are usually stripped off of the
solid phase specific recognition molecules.   Of course, it is
preferred that the manipulations and conditions be selected as
to be mild and to not affect the substrate.   For example, if a
5   substrate is acid labile, a neutral pH would be preferred in
all handling steps.   Similar sensitivities would be carefully
respected where recycling is desired.


        A.    Removal of Label
10   Typically for a recycling, the previously attached
specific interaction would be disrupted and removed.   This will
typically involve exposing the substrate to conditions under
which the interaction between probe and target is disrupted.
Alternatively, it may be exposed to conditions where the target
15   is destroyed.   For example, where the probes are
oligonucleotides and the target is a polynucleotide, a heating
and low salt wash will often be sufficient to disrupt the
interactions.   Additional reagents may be added such as
detergents, and organic or inorganic solvents which disrupt the
20   interaction between the specific reagents and target.


        B.    Storage and Preservation
        As indicated above, the matrix will typically be
maintained under conditions where the matrix itself and the
25   linkages and specific reagents are preserved.   Various specific
preservatives may be added which prevent degradation.   For
example, if the reagents are acid or base labile, a neutral pH
buffer will typically be added.   It is also desired to avoid
destruction of the matrix by growth of organisms which may
30   destroy organic reagents attached thereto.   For this reason, a
preservative such as cyanide or azide may be added.   However,
the chemical preservative should also be selected to preserve
the chemical nature of the linkages and other components of the
substrate.   Typically, a detergent may also be included.

35

        C.    Processes to Avoid Degradation of Oligomers
        In particular, a substrate comprising a large number
of oligomers will be treated in a fashion which is known to

81

maintain the quality and integrity of oligonucleotides. These
include storing the substrate in a carefully controlled
environment under conditions of lower temperature, cation
depletion (EDTA and EGTA), sterile conditions, and inert argon
5   or nitrogen atmosphere.

XII. INTEGRATED SEQUENCING STRATEGY
    A.   Initial Mapping Strategy
        As indicated above, although the VLSIPS may be
10   applied to sequencing embodiments, it is often useful to
integrate other concepts to simply the sequencing. For
example, nucleic acids may be easily sequenced by careful
selection of the vectors and hosts used for amplifying and
generating the specific target sequences. For example, it may
15   be desired to use specific vectors which have been designed to
interact most efficiently with the VLSIPS substrate. This is
also important in fingerprinting and mapping strategies. For
example, vectors may be carefully selected having particular
complementary sequences which are designed to attach to a
20   genetic or specific oligomer on the substrate. This is also
applicable to situations where it is desired to target
particular sequences to specific locations on the matrix.
        In one embodiment, unnatural oligomers may be used to
target natural probes to specific locations on the VLSIPS
25   substrate. In addition, particular probes may be generated for
the mapping embodiment which are designed to have specific
combinations of characteristics. For example, the construction
of a mapping substrate may depend upon use of another automated
apparatus which takes clones isolated from a chromosome walk
30   and attaches them individually or in bulk to the VLSIPS
substrate.
        In another embodiment, a variety of specific vectors
having known and particular "targeting" sequences adjacent the
cloning sites may be individually used to clone a selected
35   probe, and the isolated probe will then be targetable to a site
on the VLSIPS substrate with a sequence complementary to the
"target" sequence.

B.    **Selection of Smaller Clones**

     In the fingerprinting and mapping embodiments, the
selection of probes may be very important.  Significant
mathematical analysis may be applied to determine which
5    specific sequences should be used as those probes.  Of course,
for fingerprinting use, sequences that show significant
heterogeneity across the human population would be preferred.
Selection of the specific sequences which would most favorably
be utilized will tend to be single copy sequences within the
10   genome, and more specifically single copy sequences that have
low cross-hybridization potential to other sequences in the
genome (i.e., not members of a closely-related multigene
family).

     Various hybridization selection procedures may be
15   applied to select sequences which tend not to be repeated
within a genome, and thus would tend to be conserved across
individuals.  For example, hybridization selections may be made
for non-repetitive and single copy sequences.  See, e.g.,
Britten and Kohne (1968) "Repeated Sequences in DNA," Science
20   161:529-540.  On the other hand, it may be desired under
certain circumstances to use repeated sequences.  For example,
where a fingerprint may be used to identify or distinguish
different species, or where repetitive sequences may be
diagnostic of specific species, repetitive sequences may be
25   desired for inclusion in the fingerprinting probes.  In either
case, the sequencing capability will greatly assist in the
selection of appropriate sequences to be used as probes.

     Also as indicated above, various means for
constructing an appropriate substrate may involve either
30   mechanical or automated procedures.  The standard VLSIPS
automated procedure involves synthesizing oligonucleotides or
short polymers directly on the substrate.  In various other
embodiments, it is possible to attach separately synthesized
reagents onto the matrix in an ordered array.  Other
35   circumstances may lend themselves to transfer a pattern from a
petri plate onto a solid substrate.  Also, there are methods
for site specifically directing collections of reagents to

specific locations using unnatural nucleotides or equivalent
sorts of targeting molecules.

While a brute force manual transfer process may be
utilized sequentially attaching various samples to successive
5   positions, instrumentation for automating such procedures may
also be devised.  The automated system for performing such
would preferably be relatively easily designed and conceptually
easily understood.

10  XIII.    COMMERCIAL APPLICATIONS
          A.    Sequencing
          As indicated above, sequencing may be performed
either de novo or as a verification of another sequencing
method.  The present hybridization technology provides the
15  ability to sequence nucleic acids and polynucleotides de novo,
or as a means to verify either the Maxam and Gilbert chemical
sequencing technique or Sanger and Coulson dideoxy- sequencing
techniques.  The hybridization method is useful to verify
sequencing determined by any other sequencing technique and to
20  closely compare two similar sequences, e.g., to identify and
locate sequence differences.

          Of course, sequencing of can be very important in
many different sorts of environments.  For example, it will be
useful in determining the genetic sequence of particular
25  markers in various individuals.  In addition, polymers may be
used as markers or for information containing molecules to
encode information.  For example, a short polynucleotide
sequence may be included in large bulk production samples
indicating the manufacturer, date, and location of manufacture
30  of a product.  For example, various drugs may be encoded with
this information with a small number of molecules in a batch.
For example, a pill may have somewhere from 10 to 100 to 1,000
or more very short and small molecules encoding this
information.  When necessary, this information may be decoded
35  from a sample of the material using a polymerase chain reaction
(PCR) or other amplification method.  This encoding system may
be used to provide the origin of large bulky samples without
significantly affecting the properties of those samples.  For

example, chemical samples may also be encoded by this method
thereby providing means for identifying the source and
manufacturing details of lots.  The origin of bulk hydrocarbon
samples may be encoded.  Production lots of organic compounds
5    such as benzene or plastics may be encoded with a short
molecule polymer.  Food stuffs may also be encoded using
similar marking molecules.  Even toxic waste samples can be
encoded determining the source or origin.  In this way, proper
disposal can be traced or more easily enforced.

10           Similar sorts of encoding may be provided by
fingerprinting-type analysis.  Whether the resolution is
absolute or less so, the concept of coding information on
molecules such as nucleic acids, which can be amplified and
later decoded, may be a very useful and important application.

15           This technology also provides the ability to include
markers for origins of biological materials.  For example, a
patented animal line may be transformed with a particular
unnatural sequence which can be traced back to its origin.
With a selection of multiple markers, the likelihood could be
20    negligible that a combination of markers would have
independently arisen from a source other than the patented or
specifically protected source.  This technique may provide a
means for tracing the actual origin of particular biological
materials.  Bacteria, plants, and animals will be subject to
25    marking by such encoding sequences.


           B.   Fingerprinting
           As indicated above, fingerprinting technology may
also be used for data encryption.  Moreover, fingerprinting
30    allows for significant identification of particular
individuals.  Where the fingerprinting technology is
standardized, and used for identification of large numbers of
people, related equipment and peripheral processing will be
developed to accompany the underlying technology.  For example,
35    specific equipment may be developed for automatically taking a
biological sample and generating or amplifying the information
molecules within the sample to be used in fingerprinting
analysis.  Moreover, the fingerprinting substrate may be mass

produced using particular types of automatic equipment.
Synthetic equipment may produce the entire matrix
simultaneously by stepwise synthetic methods as provided by the
VLSIPS technology.  The attachment of specific probes onto a
5   substrate may also be automated, e.g., making use of the caged
biotin technology.  See, e.g., U.S.S.N. 07/612,671 (caged
biotin CIP).

          In addition, peripheral processing may be important
and may be dedicated to this specific application.  Thus,
10   automated equipment for producing the substrates may be
designed, or particular systems which take in a biological
sample and output either a computer readout or an encoded
instrument, e.g., a card or document which indicates the
information and can provide that information to others.  An
15   identification having a short magnetic strip with a few million
bits may be used to provide individual identification and
important medical information useful in a medical emergency.

          In fact, data banks may be set up to correlate all of
this information of fingerprinting with medical information.
20   This may allow for the determination of correlations between
various medical problems and specific DNA sequences.  By
collating large populations of medical records with genetic
information, genetic propensities and genetic susceptibilities
to particular medical conditions may be developed.  Moreover,
25   with standardization of substrates, the micro encoding data may
be also standardized to reproduce the information from a
centralized data bank or on an encoding device carried on an
individual person.  On the other hand, if the fingerprinting
procedure is sufficiently quick and routine, every hospital may
30   routinely perform a fingerprinting operation and from that
determine many important medical parameters for an individual.

          In particular industries, the VLSIPS sequencing,
fingerprinting, or mapping technology will be particularly
appropriate.  As mentioned above, agricultural livestock
35   suppliers may be able to encode and determine whether their
particular strains are being used by others.  By incorporating
particular markers into their genetic stocks, the markers will
indicate origin of genetic material.  This is applicable to

seed producers, livestock producers, and other suppliers of
medical or agricultural biological materials.

This may also be useful in identifying individual
animals or plants.  For example, these markers may be useful in
5   determining whether certain fish return to their original
breeding grounds, whether sea turtles always return to their
original birthplaces, or to determine the migration patterns
and viability of populations of particular endangered species.
It would also provide means for tracking the sources of
10  particular animal products.  For example, it might be useful
for determining the origins of controlled animal substances
such as elephant ivory or particular bird populations whose
importation or exportation is controlled.

As indicated above, polymers may be used to encode
15  important information on source and batch and supplier.  This
is described in greater detail, e.g., "Applications of PCR to
industrial problems," (1990) in Chemical and Engineering News
68:145, which is hereby incorporated herein by reference.  In
fact, the synthetic method can be applied to the storage of
20  enormous amounts of information.  Small substrates may encode
enormous amounts of information, and its recovery will make use
of the inherent replication capacity.  For example, on regions
of 10 $\mu$m x 10 $\mu$m, 1 cm$^2$ has 10$^6$ regions.  An theory, the entire
human genome could be attached in 1000 nucleotide segments on a
25  3 cm$^2$ surface.  Genomes of endangered species may be stored on
these substrates.

Fingerprinting may also be used for genetic tracing
or for identifying individuals for forensic science purposes.
See, e.g., Morris, J. et al. (1989) "Biostatistical Evaluation
30  of Evidence From Continuous Allele Frequency Distribution DNA
Probes in Reference to Disputed Paternity and Identity," J.
Forensic Science 34:1311-1317, and references provided therein;
each of which is hereby incorporated herein by reference.

In addition, the high resolution fingerprinting
35  allows the distinguishability to high resolution of particular
samples.  As indicated above, new cell classifications may be
defined based on combinations of a large number of properties.
Similar applications will be found in distinguishing different

species of animals or plants.  In fact, microbial identification may become dependent on characterization of the genetic content.  Tumors or other cells exhibiting abnormal physiology will be detectable by use of the present invention.

5    Also, knowing the genetic fingerprint of a microorganism may provide very useful information on how to treat an infection by such organism.

Modifications of the fingerprint embodiments may be used to diagnose the condition of the organism.  For example, a

10   blood sample is presently used for diagnosing any of a number of different physiological conditions.  A multi-dimensional fingerprinting method made available by the present invention could become a routine means for diagnosing an enormous number of physiological features simultaneously.  This may

15   revolutionize the practice of medicine in providing information on an enormous number of parameters together at one time.  In another way, the genetic predisposition may also revolutionize the practice of medicine providing a physician with the ability to predict the likelihood of particular medical conditions

20   arising at any particular moment.  It also provides the ability to apply preventative medicine.

Also available are kits with the reagents useful for performing sequencing, fingerprinting, and mapping procedures. The kits will have various compartments with the desired

25   necessary reagents, e.g., substrate, labeling reagents for target samples, buffers, and other useful accompanying products.

C.   Mapping

30   The present invention also provides the means for mapping sequences within enormous stretches of sequence.  For example, nucleotide sequences may be mapped within enormous chromosome size sequence maps.  For example, it would be possible to map a chromosomal location within the chromosome

35   which contains hundreds of millions of nucleotide base pairs. In addition, the mapping and fingerprinting embodiments allow for testing of chromosomal translocations, one of the standard problems for which amniocentesis is performed.

88

The present invention will be better understood by
reference to the following illustrative examples.  The
following examples are offered by way of illustration and not
by way of limitation.

5          Relevant applications whose techniques are
incorporated herein by reference are PCT publication no.
WO90/15070, published December 13, 1990; PCT publication no.
WO91/07087, published May 30, 1991; U.S.S.N. 07/624,120, filed
December 6, 1990; and U.S.S.N. 07/626,730, filed December 6,
10    1990.
           Also, additional relevant techniques are described,
e.g., in Sambrook, J., et al. (1989) Molecular Cloning: a
Laboratory Manual, 2d Ed., vols 1-3, Cold Spring Harbor Press,
New York; Greenstein and Winitz (1961) Chemistry of the Amino
15   Acids, Wiley and Sons, New York; Bodzansky, M. (1988) Peptide
Chemistry: a Practical Textbook, Springer-Verlag, New York;
Harlow and Lane (1988) Antibodies: A Laboratory Manual, Cold
Spring Harbor Press, New York; Glover, D. (ed.) (1987) DNA
Cloning: A Practical Approach, vols 1-3, IRL Press, Oxford;
20   Bishop and Rawlings (1987) Nucleic Acid and Protein Sequence
Analysis: A Practical Approach, IRL Press, Oxford; Hames and
Higgins (1985) Nucleic Acid Hybridisation: A Practical
Approach, IRL Press, Oxford; Wu et al. (1989) Recombinant DNA
Methodology, Academic Press, San Diego; Goding (1986)
25   Monoclonal Antibodies: Principles and Practice, (2d ed.),
Academic Press, San Diego; Finegold and Barron (1986) Bailey
and Scott's Diagnostic Microbiology, (7th ed.), Mosby Co., St.
Louis; Collins et al. (1989) Microbiological Methods, (6th
ed.), Butterworth, London; Chaplin and Kennedy (1986)
30   Carbohydrate Analysis: A Practical Approach, IRL Press, Oxford;
Van Dyke (ed.) (1985) Bioluminescence and Chemiluminescence:
Instruments and Applications, vol 1, CRC Press, Boca Rotan; and
Ausubel et al. (ed.) (1990) Current Protocols in Molecular
Biology, Greene Publishing and Wiley-Interscience, New York;
35   each of which is hereby incorporated herein by reference.

## EXAMPLES

The following examples are provided to illustrate the efficacy of the inventions herein.  All operations were conducted at about ambient temperatures and pressures unless

5    indicated to the contrary.

### POLYNUCLEOTIDE SEQUENCING

1.    HPLC of the photolysis of 5'-O-nitroveratryl-thymidine.

10    In order to determine the time for photolysis of 5'-O-nitrovertryl thymidine to thymidine a 100 μM solution of NV-Thym-OH (5'-O-nitrovertryl thymidine) in dioxane was made and ~200 μl aliquots were irradiated (in a quartz cuvette 1 cm x 2 mm) at 362.3 nm for 20 sec, 40 sec, 60 sec, 2 min, 5 min, 10

15    min, 15 min, and 20 min.  The resulting irradiated mixtures were then analyzed by HPLC using a Varian MicroPak SP column ($C_{18}$ analytical) at a flow rate of 1 ml/min and a solvent system of 40% $CH_3CN$ and 60% water.  Thymidine has a retention time of 1.2 min and NVO-Thym-OH has a retention time of 2.1 min.  It

20    was seen that after 10 min of exposure the deprotection was complete.

2.    Preparation and Detection of Thymidine-Cytidine dimer (FITC)

The reaction is illustrated:

25

30

35

To an aminopropylated glass slide (standard VLSIPS) was added a mixture of the following:

> 12.2 mg of NVO-Thym-CO$_2$H (IX)
>
> 3.4 mg of HOBT (N-hydroxybenztriazal)
>
> 8.8 $\mu$l DIEA (Diisopropylethylamine)
>
> 11.1 mg BOP reagent
>
> 2.5 ml DMF

After 2 h coupling time (standard VLSIPS) the plate was washed, acetylated with acetic anhydride/pyridine, washed, dried, and photolyzed in dioxane at 362 nm at 14 mW/cm$^2$ for 10 min using a 500 $\mu$m checkerboard mask. The slide was then taken and treated with a mixture of the following:

> 107 mg of FMOC-amine modified C (III)
>
> 21 mg of tetrazole
>
> 1 ml anhydrous CH$_3$CN

After being treated for approximately 8 min, the slide was washed off with CH$_3$CN, dried, and oxidized with I$_2$/H$_2$O/THF/lutidine for 1 min. The slide was again washed, dried, and treated for 30 min with a 20% solution of DBU in DMF. After thorough rinsing of the slide, it was next exposed to a FITC solution (1mM fluorescein isothiocyanate [FITC] in DMF) for 50 min, then washed, dried, and examined by fluorescence microscopy. This reaction is illustrated:

91

3.    Preparation and Detection of Thymidine-
Cytidine dimer (Biotin)

An aminopropyl glass slide, was soaked in a solution
of ethylene oxide (20% in DMF) to generate a hydroxylated
5    surface.  The slide was added a mixture of the following:

32 mg of NVO-T-OCED (X)

11 mg of tetrazole

0.5 ml of anhydrous $CH_3CN$

After 8 min the plate was then rinsed with
10    acetonitrile, then oxidized with $I_2/H_2O$/THF/lutidine for 1 min,
washed and dried.  The slide was then exposed to a 1:3 mixture
of acetic anhydride:pyridine for 1 h, then washed and dried.
The substrate was a then photolyzed in dioxane at 362 nm at 14
$mW/cm^2$ for 10 min using a 500μm checkerboard mask, dried, and
15    then treated with a mixture of the following:

65 mg of biotin modified C (IV)

11 mg of tetrazole

0.5 ml anhydrous $CH_3CN$

After 8 min the slide was washed with $CH_3CN$ then
20    oxidized with $I_2/H_2O$/THF/lutidine for 1 min, washed, and then
dried.  The slide was then soaked for 30 min in a PBS/0.05%
Tween 20 buffer and the solution then shaken off.  The slide
was next treated with FITC-labeled streptavidin at 10 μg/ml in
the same buffer system for 30 min.  After this time the
25    streptavidin-buffer system was rinsed off with fresh PBS/0.05%
Tween 20 buffer and then the slide was finally agitated in
distilled water for  about 1/2 h.  After drying, the slide was
examined by fluorescence microscopy (see Fig. 2 and Fig. 3).

30                4.    substrate preparation

Before attachment of reactive groups it is preferred
to clean the substrate which is, in a preferred embodiment, a
glass substrate such as a microscope slide or cover slip.  A
roughened surface will be useable but a plastic or other solid
35    substrate is also appropriate.  According to one embodiment the
slide is soaked in an alkaline bath consisting of, e.g.,
1 liter of 95% ethanol with 120 ml of water and 120 grams of
sodium hydroxide for 12 hours.  The slides are washed with a

buffer and under running water, allowed to air dry, and rinsed
with a solution of 95% ethanol.

   The slides are then aminated with, e.g.,
aminopropyltriethoxysilane for the purpose of attaching amino
5  groups to the glass surface on linker molecules, although other
omega functionalized silanes could also be used for this
purpose.  In one embodiment 0.1% aminopropyltriethoxysilane is
utilized, although solutions with concentrations from $10^{-7}\%$ to
10% may be used, with about $10^{-3}\%$ to 2% preferred.  A 0.1%
10 mixture is prepared by adding to 100 ml of a 95%
ethanol/5% water mixture, 100 microliters ($\mu$l) of
aminopropyltriethoxysilane.  The mixture is agitated at about
ambient temperature on a rotary shaker for an appropriate
amount of time, e.g., about 5 minutes.  500 $\mu$l of this mixture
15 is then applied to the surface of one side of each cleaned
slide.  After 4 minutes or more, the slides are decanted of
this solution and thoroughly rinsed three times or more by
dipping in 100% ethanol.

   After the slides dry, they are heated in a 110-120°C
20 vacuum oven for about 20 minutes, and then allowed to cure at
room temperature for about 12 hours in an argon environment.
The slides are then dipped into DMF (dimethylformamide)
solution, followed by a thorough washing with methylene
chloride.

25

   5.  linker attachment, blocking of free sites
   The aminated surface of the slide is then exposed to
about 500 $\mu$l of, for example, a 30 millimolar (mM) solution of
NVOC-nucleotide- NHS (N-hydroxysuccinimide) in DMF for
30 attachment of a NVOC-nucleotide to each of the amino groups.
See, e.g., SIGMA Chemical Company for various nucleotide
derivatives.  The surface is washed with, for example, DMF,
methylene chloride, and ethanol.

   Any unreacted aminopropyl silane on the surface,
35 i.e., those amino groups which have not had the NVOC-nucleotide
attached, are now capped with acetyl groups (to prevent further
reaction) by exposure to a 1:3 mixture of acetic anhydride in
pyridine for 1 hour.  Other materials which may perform this

93

residual capping function include trifluoroacetic anhydride,
formicacetic anhydride, or other reactive acylating agents.
Finally, the slides are washed again with DMF, methylene
chloride, and ethanol.

5

       6.    synthesis of eight trimers of C and T
      Fig. 4 illustrates a possible synthesis of the eight
trimers of the two-monomer set: cytosine and thymine
(represented by C and T, respectively). A glass slide bearing
10   silane groups terminating in 6-nitroveratryloxycarboxamide
(NVOC-NH) residues is prepared as a substrate. Active esters
(pentafluorophenyl, OBt, etc.) of cytosine and thymine
protected at the 5' hydroxyl group with NVOC are prepared as
reagents. While not pertinent to this example, if side chain
15   protecting groups are required for the monomer set, these must
not be photoreactive at the wavelength of light used to
protect the primary chain.
      For a monomer set of size n, n x ℓ cycles
are required to synthesize all possible sequences of length ℓ.
20   A cycle consists of:
            1.   Irradiation through an appropriate mask
               to expose the 5'-OH groups at the sites where
               the next residue is to be added, with appro-
               priate washes to remove the by-products of the
25            deprotection.
            2.   Addition of a single activated and protected
               (with the same photochemically-removable group)
               monomer, which will react only at the sites
               addressed in step 1, with appropriate washes to
30            remove the excess reagent from the surface.
      The above cycle is repeated for each member of the
monomer set until each location on the surface has been
extended by one residue in one embodiment. In other
embodiments, several residues are sequentially added at one
35   location before moving on to the next location. Cycle times
will generally be limited by the coupling reaction rate, now as
short as about 10 min in automated oligonucleotide
synthesizers. This step is optionally followed by addition of

a protecting group to stabilize the array for later testing.
For some types of polymers (e.g., peptides), a final
deprotection of the entire surface (removal of photoprotective
side chain groups) may be required.

5          More particularly, as shown in Fig. 4A, the glass 20
is provided with regions 22, 24, 26, 28, 30, 32, 34, and 36.
Regions 30, 32, 34, and 36 are masked, indicated by the hatched
regions, as shown in Fig. 4B and the glass is irradiated by the
bright regions 22, 24, 26, and 28, and exposed to a reagent

10   containing a photosensitive blocked C (e.g., cytosine
derivative), with the resulting structure shown in Fig. 4C.
The substrate is carefully washed and the reactants removed.
Thereafter, regions 22, 24, 26, and 28 are masked, as indicated
by the hatched region, the glass is irradiated (as shown

15   in Fig. 4D), as indicated by the bright regions, at 30, 32, 34,
and 36, and exposed to a photosensitive blocked reagent
containing T (e.g., thymine derivative), with the resulting
structure shown in Fig. 4E.  The process proceeds,
consecutively masking and exposing the sections as shown until

20   the structure shown in Fig. 4M is obtained.  The glass is
irradiated and the terminal groups are, optionally, capped by
acetylation.  As shown, all possible trimers of
cytosine/thymine are obtained.

          In this example, no side chain protective

25   group removal is necessary, as might be common in modified
nucleotides.  If it is desired, side chain deprotection may be
accomplished by treatment with ethanedithiol and trifluoro-
acetic acid.

          In general, the number of steps needed to obtain a

30   particular polymer chain is defined by:

$$n \times \ell \quad (1)$$

where:

          n = the number of monomers in the basis set of
monomers, and

35          $\ell$ = the number of monomer units in a polymer chain.
          Conversely, the synthesized number of sequences of
length $\ell$ will be:

$$n^{\ell}. \quad (2)$$

95

Of course, greater diversity is obtained by using masking strategies which will also include the synthesis of polymers having a length of less than $\ell$. If, in the extreme case, all polymers having a length less than or equal to $\ell$ are

5    synthesized, the number of polymers synthesized will be:

$$n^{\ell} + n^{\ell-1} + \ldots + n^{1}. \quad (3)$$

The maximum number of lithographic steps needed will generally be n for each "layer" of monomers, i.e., the total number of masks (and, therefore, the number of lithographic

10    steps) needed will be n x $\ell$. The size of the transparent mask regions will vary in accordance with the area of the substrate available for synthesis and the number of sequences to be formed. In general, the size of the synthesis areas will be:

size of synthesis areas = (A)/(S)

15    where:

A is the total area available for synthesis; and
S is the number of sequences desired in the area.


It will be appreciated by those of skill in the art

20    that the above method could readily be used to simultaneously produce thousands or millions of oligomers on a substrate using the photolithographic techniques disclosed herein. Consequently, the method results in the ability to practically test large numbers of, for example, di, tri, tetra, penta,

25    hexa, hepta, octa, nona, deca, even dodecanucleotides, or larger polynucleotides.

The above example has illustrated the method by way of a manual example. It will of course be appreciated that automated or semi-automated methods could be used. The

30    substrate would be mounted in a flow cell for automated addition and removal of reagents, to minimize the volume of reagents needed, and to more carefully control reaction conditions. Successive masks will be applicable manually or automatically. See, e.g., PCT publication no. WO90/15070 and

35    U.S.S.N. 07/624,120.

96

### 7.    labeling of target

The target oligonucleotide can be labeled using
standard procedures referred to above.  As discussed, for
certain situations, a reagent which recognizes interaction,
5    e.g., ethidium bromide, may be provided in the detection step.
Alternatively, fluorescence labeling techniques may be applied,
see, e.g., Smith, et al. (1986) Nature, 321: 674-679; and
Prober, et al. (1987) Science, 238:336-341.  The techniques
described therein will be followed with minimal modifications
10    as appropriate for the label selected.

### 8.    dimers of A, C, G, and T

The described technique may be applied, with
photosensitive blocked nucleotides corresponding to adenine,
15    cytosine, guanine, and thymine, to make combinations of
polynucleotides consisting of each of the four different
nucleotides.  All 16 possible dimers would be made using a
minor modification of the described method.

### 9.    10-mers of A, C, G, and T

20    The described technique for making dimers of A, C, G,
and T may be further extended to make longer oligonucleotides.
The automated system described, e.g., in PCT publication no.
WO90/15070, and U.S.S.N. 07/624,120, can be adapted to make all
25    possible 10-mers composed of the 4 nucleotides A, C, G, and T.
The photosensitive, blocked nucleotide analogues have been
described above, and would be readily adaptable to longer
oligonucleotides.

### 10.    specific recognition hybridization to 10-
mers

30    The described hybridization conditions are directly
applicable to the sequence specific recognition reagents
attached to the substrate, produced as described immediately
35    above.  The 10-mers have an inherent property of hybridizing to
a complementary sequence.  For optimum discrimination between
full matching and some mismatch, the conditions of
hybridization should be carefully selected, as described above.
Careful control of the conditions, and titration of parameters

97

should be performed to determine the optimum collective
conditions.

### 11.  hybridization

5        Hybridization conditions are described in detail,
e.g., in Hames and Higgins (1985) <u>Nucleic Acid Hybridisation:</u>
<u>A Practical Approach</u>; and the considerations for selecting
particular conditions are described, e.g., in Wetmur and
Davidson, (1988) <u>J. Mol. Biol.</u> 31:349-370, and Wood et al.
10    (1985) <u>Proc. Natl. Acad. Sci. USA</u> 82:1585-1588.  As described
above, conditions are desired which can distinguish matching
along the entire length of the probe from where there is one or
more mismatched bases.  The length of incubation and conditions
will be similar, in many respects, to the hybridization
15    conditions used in Southern blot transfers.  Typically, the GC
bias may be minimized by the introduction of appropriate
concentrations of the alkylammonium buffers, as described
above.

        Titration of the temperature and other parameters is
20    desired to determine the optimum conditions for specificity and
distinguishability of absolutely matched hybridization from
mismatched hybridization.

        A fluorescently labeled target or set of targets are
generated, as described in Prober, et al. (1987) <u>Science</u>
25    238:336-341, or Smith, et al. (1986) <u>Nature</u> 321:674-679.
Preferably, the target or targets are of the same length as, or
slightly longer, than the oligonucleotide probes attached to
the substrate and they will have known sequences.  Thus, only a
few of the probes hybridize perfectly with the target, and
30    which particular ones did would be known.

        The substrate and probes are incubated under
appropriate conditions for a sufficient period of time to allow
hybridization to completion.  The time is measured to determine
when the probe-target hybridizations have reached completion.
35    A salt buffer which minimizes GC bias is preferred,
incorporating, e.g., buffer, such as tetramethyl ammonium or
tetraethyl ammonium ion at between about 2.4 and 3.0 M.  See
Wood, et al. (1985) <u>Proc. Nat'l Acad. Sci. USA</u> 82:1585-1588.

98

This time is typically at least about 30 min, and may be as long as about 1-5 days. Typically very long matches will hybridize more quickly, very short matches will hybridize less quickly, depending upon relative target and probe concentrations. The hybridization will be performed under conditions where the reagents are stable for that time duration.

Upon maximal hybridization, the conditions for washing are titrated. Three parameters initially titrated are time, temperature, and cation concentration of the wash step. The matrix is scanned at various times to determine the conditions at which the distinguishability between true perfect hybrid and mismatched hybrid is optimized. These conditions will be preferred in the sequencing embodiments.

### 12.    positional detection of specific interaction

As indicated above, the detection of specific interactions may be performed by detecting the positions where the labeled target sequences are attached. Where the label is a fluorescent label, the apparatus described, e.g., PCT publication no. WO90/15070; and U.S.S.N. 07/624,120, may be advantageously applied. In particular, the synthetic processes described above will result in a matrix pattern of specific sequences attached to the substrate, and a known pattern of interactions can be converted to corresponding sequences.

In an alternative embodiment, a separate reagent which differentially interacts with the probe and interacted probe/targets can indicate where interaction occurs or does not occur. A single-strand specific reagent will indicate where no interaction has taken place, while a double-strand specific reagent will indicate where interaction has taken place. An intercalating dye, e.g., ethidium bromide, may be used to indicate the positions of specific interaction.

### 13.    analysis

Conversion of the positional data into sequence specificity will provide the set of subsequences whose analysis by overlap segments, may be performed, as described above.

Analysis is provided by the methodology described above, or
using, e.g., software available from the Genetic Engineering
Center, P.O. Box 794, 11000 Belgrade, Yugoslavia (Yugoslav
group).  See, also, Macevicz, PCT publication no. WO 90/04652,
5    which is hereby incorporated herein by reference.

          The description of the preparation of short peptides
on a substrate incorporates by reference sections in U.S.S.N.
07/492,462 (VLSIPS CIP), and described below.


10                POLYNUCLEOTIDE FINGERPRINTING
          The above section on generation of reagents for
sequencing provides specific reagents useful for fingerprinting
applications.  Fingerprinting embodiments may be applied
towards polynucleotide fingerprinting, cell and tissue
15   classification, cell and tissue temporal development stage
classification, diagnostic tests, forensic uses for individual
identification, classification of organisms, and genetic
screening of individuals.  Mapping applications are also
described below.

20                Polynucleotide fingerprinting may use reagents
similar to those described above for probing a sequence for the
presence of specific subsequences found therein.  Typically,
the subsequences used for fingerprinting will be longer than
the sequences used in oligonucleotide sequencing.  In
25   particular, specific long segments may be used to determine the
similarity of different samples of nucleic acids.  They may
also be used to fingerprint whether specific combinations of
information are provided therein.  Particular probe sequences
are selected and attached in a positional manner to a
30   substrate.  The means for attachment may be either using a
caged biotin method described, e.g., in U.S.S.N. 07/612,671
(caged biotin CIP), or by another method using targeting
molecules.  In one embodiment, an unnatural nucleotide or
similar complementary binding molecule may be attached to the
35   fingerprinting probe and the probe thereby directed towards
complementary sequences on a VLSIPS substrate.  Typically,
unnatural nucleotides would be preferred, e.g., unnatural

100

optical isomers, which would not interfere with natural
nucleotide interactions.

    Having produced a substrate with particular
fingerprint probes attached thereto at positionally defined
5   regions, the substrate may be used in a manner quite similar to
the sequencing embodiment to provide information as to whether
the fingerprint probes are detecting the corresponding sequence
in a target sequence.  This will often provide information
similar to a Southern blot hybridization.

10

### Temporal Development
Developmental RNA expression patterns

    The present fingerprinting invention also allows cell
classification by identification of developmental RNA
15   expression patterns.  For example, a lymphocyte stem cell
expresses a particular combination of RNA species.  As the
lymphocyte develops through a program developmental scheme, at
various stages it expresses particular RNA species which are
diagnostic of particular stages in development.  Again, the
20   fingerprinting methodology allows for the definition of
specific structural features which are diagnostic of
developmental or functional features which will allow
classification of cells into temporal developmental classes.
Cells, products of those cells, or lysates of those cells will
25   be assayed to determine the developmental stage of the source
cells.  In this manner, once a developmental stage is defined,
specific synchronized populations of cells will be selected out
of another population.  These synchronized populations may be
very important in determining the biological mechanisms of
30   development.

    The present invention also allows for fingerprinting
of the mRNA population of a cell.  In this fashion, the mRNA
population, which should be a good determinant of developmental
stage, will be correlated with other structural features of the
35   cell.  In this manner, cells at specific developmental stages
will be characterized by the intracellular environment, as well
as the extracellular environment.

## Diagnostic Tests

The present invention also provides the ability to
perform diagnostic tests.  Diagnostic tests typically are based
upon a fingerprint type assay, which tests for the presence of
5    specific diagnostic polynucleotides.  Thus, the present
invention provides means for viral strain identification,
bacterial strain identification, and other diagnostic tests
using positionally defined specific oligonucleotide reagents.


10                          Viral Identification

The present invention provides reagents and
methodology for identifying viral strains.  The viral genome
may be probed for specific sequences which are characteristic
of particular viral strains.  Specific hybridization patterns
15   on an VLSIPS oligonucleotide substrate can identify the
presence of particular viral genomes.


## Bacterial Identification

Similar techniques will be applicable to identifying
20   a bacterial source.  This may be useful in diagnosing bacterial
infections, or in classifying sources of particular bacterial
species.  For example, the bacterial assay may be useful in
determining the natural range of survivability of particular
strains of bacteria across regions of the country or in
25   different ecological niches.


## Other Microbiological Identifications

The present invention provides means for diagnosis of
other microbiological and other species, e.g., protozoal
30   species and parasitic species in a biological sample, but also
provides the means for assaying a combination of different
infections.  For example, a biological specimen may be assayed
for the presence of any or all of these microbiological
species.  In human diagnostic uses, typical samples will be
35   blood, sputum, stool, urine, or other samples.

## Individual Identification

The present invention provides the ability to
fingerprint and identify a genetic individual.  This individual
may be a bacterial or lower microorganism, as described above
5   in diagnostic tests, or of a plant or animal.  An individual
may be identified genetically, as described.

Genetic fingerprinting has been utilized in comparing
different related species in Southern hybridization blots.
Genetic fingerprinting has also been used in forensic studies,
10  see, e.g., Morris et al. (1989) J. Forensic Science 34: 1311-
1317, and references cited therein.  As described above, an
individual may be identified genetically by a sufficiently
large number of probes.  The likelihood that another individual
would have an identical pattern over a sufficiently large
15  number of probes may be statistically negligible.  However, it
is often quite important that a large number of probes be used
where the statistical probability of matching is desired to be
particularly low.  In fact, the probes will optimally be
selected for having high heterogeneity among the population.
20  In addition, the fingerprint method may make use of the pattern
of homologies indicated by a series of more and more stringent
washes.  Then, each position has both a sequence specificity
and a homology measurement, the combination of which greatly
increases the number of dimensions and the statistical
25  likelihood of a perfect pattern match with another genetic
individual.

## Genetic Screening

### 1.    test alleles with markers

30      The present invention provides for the ability to
screen for genetic variations of individuals.  For example, a
number of genetic diseases are linked with specific alleles.
See, e.g., Scriber, C. et al. (eds.) (1989) The Metabolic Bases
of Inherited Disease, McGraw-Hill, New York.  In one
35  embodiment, cystic fibrosis has been correlated with a specific
gene, see, Gregory et al. (1990) Nature 347: 382-386.  A number
of alleles are correlated with specific genetic deficiencies.
See, e.g., McKusick, V. (1990) Genetic Inheritance in Man:

Catalogs of Autosomal Dominant, Autosomal Recessive, and X-
linked Phenotypes, Johns Hopkins University Press, Baltimore;
Ott, J. (1985) Analysis of Human Genetic Linkage, Johns Hopkins
University Press, Baltimore;  Track, R. et al. (1989) Banbury
5    Report 32:  DNA Technology and Forensic Science, Cold Spring
Harbor Press, New York; each of which is hereby incorporated
herein by reference.


                     2.    Amniocentesis
10            Typically, amniocentesis is used to determine whether
chromosome translocations have occurred.  The mapping procedure
may provide the means for determining whether these
translocations have occurred, and for detecting particular
alleles of various markers.
15

              MAPPING
                 Positionally Located Clones
              The present invention allows for the positional
location of specific clones useful for mapping.  For example,
20   caged biotin may be used for specifically positioning a probe
to a location on a matrix pattern.          .
              In addition, the specific probes may be positionally
directed to specific locations on a substrate by targeting.
For example, polypeptide specific recognition reagents may be
25   attached to oligonucleotide sequences which can be
complementarily targeted, by hybridization, to specific
locations on a VLSIPS substrate.  Hybridization conditions, as
applied for oligonucleotide probes, will be used to target the
reagents to locations on a substrate having complementary
30   oligonucleotides synthesized thereon.  In another embodiment,
oligonucleotide probes may be attached to specific polypeptide
targeting reagents such as an antigen or antibody.  These
reagents can be directed towards a complementary antigen or
antibody already attached to a VLSIPS substrate.
35            In another embodiment, an unnatural nucleotide which
does not interfere with natural nucleotide complementary
hybridization may be used to target oligonucleotides to

particular positions on a substrate. Unnatural optical isomers
of natural nucleotides should be ideal candidates.

   In this way, short probes may be used to determine
the mapping of long targets or long targets may be used to map
5  the position of shorter probes. See, e.g., Craig et al. 1990
<u>Nuc. Acids Res.</u> 18: 2653-2660.


### Positionally Defined Clones

   Positionally defined clones may be transferred to a
10  new substrate by either physical transfer or by synthetic
means. Synthetic means may involve either a production of the
probe on the substrate using the VLSIPS synthetic methods, or
may involve the attachment of a targeting sequence made by
VLSIPS synthetic methods which will target that positionally
15  defined clone to a position on a new substrate. Both methods
will provide a substrate having a number of positionally
defined probes useful in mapping.


### CONCLUSION

20  The present inventions provide greatly improved
methods and apparatus for synthesis of polymers on substrates.
It is to be understood that the above description is intended
to be illustrative and not restrictive. Many embodiments will
be apparent to those of skill in the art upon reviewing the
25  above description. By way of example, the invention has been
described primarily with reference to the use of photoremovable
protective groups, but it will be readily recognized by those
of skill in the art that sources of radiation other than light
could also be used. For example, in some embodiments it may be
30  desirable to use protective groups which are sensitive to
electron beam irradiation, x-ray irradiation, in combination
with electron beam lithograph, or x-ray lithography techniques.
Alternatively, the group could be removed by exposure to an
electric current. The scope of the invention should,
35  therefore, be determined not with reference to the above
description, but should instead be determined with reference to
the appended claims, along with the full scope of equivalents
to which such claims are entitled.

105

     All publications and patent applications referred to
herein are incorporated by reference to the same extent as if
each individual publication or patent application was
specifically and individually incorporated by reference.  The

5  present invention now being fully described, it will be
apparent to one of ordinary skill in the art that many changes
and modifications can be made thereto without departing from
the spirit or scope of the appended claims.

WHAT IS CLAIMED IS:

1.    A composition comprising a plurality of
positionally distinguishable sequence specific reagents
attached to a solid substrate, which reagents are capable of
5    specifically binding to a predetermined subunit sequence of a
preselected multi-subunit length having at least five subunits,
said reagents representing substantially all possible sequences
of said preselected length.

10    2.    A composition of Claim 1, wherein said subunit
sequence is a polynucleotide.

3.    A composition of Claim 1, wherein said specific
reagent is an polynucleotide of at least about eight
15    nucleotides.

4.    A composition of Claim 1, wherein said specific
reagents are all attached to a single solid substrate.

20    5.    A composition of Claim 1, wherein said reagents
comprise about 3000 different sequences.

6.    A composition of Claim 1, wherein said reagents
represents at least about 25% of the possible subsequences of
25    said preselected length.

7.    A composition of Claim 1, wherein said reagents
are localized in regions of the substrate having a density of
at least 25 regions per square centimeter.

8.    A composition of Claim 4, wherein said substrate has a surface area of less than about 4 square centimeters.

9.    A method of analyzing a sequence of a

5    polynucleotide, said method comprising the step of:

a)    exposing said polynucleotide to a composition of Claim 1.

10.    A method of identifying or comparing a target

10    sequence with a reference, said method comprising the step of:

a)    exposing said target sequence to a composition of Claim 1;

b)    determining the pattern of positions of said reagents which specifically interact

15    with said target sequence; and

c)    comparing said pattern with the pattern exhibited by said reference when exposed to said composition.

20    11.    A method for sequencing a segment of a polynucleotide comprising the steps of:

a)    combining:

i)    a substrate comprising a plurality of chemically synthesized and

25    positionally distinguishable oligonucleotides capable of recognizing defined oligonucleotide sequences; and

108

    ii)   a target polynucleotide; thereby forming high fidelity matched duplex structures of complementary subsequences of known sequence; and

5       b)   determining which of said reagents have specifically interacted with subsequences in said target polynucleotide.

    12.   A method of Claim 11, wherein said segment is

10  substantially the entire length of said polynucleotide.

    13.   A method for sequencing a polymer, said method comprising the steps of:

    a)   preparing a plurality of reagents which

15          each specifically bind to a subsequence of preselected length;

    b)   positionally attaching each of said reagents to one or more solid phase substrates, thereby producing substrates of

20          positionally definable sequence specific probes;

    c)   combining said substrates with a target polymer whose sequence is to be determined; and

25       d)   determining which of said reagents have specifically interacted with subsequences in said target polymer.

14.   A method of Claim 13, wherein said substrates are beads.

15.   A method of Claim 13, wherein said plurality of
5   reagents comprise substantially all possible subsequences of said preselected length found in said target.

16.   A method of Claim 13, wherein said solid phase substrates are a single substrate having attached thereto
10   reagents recognizing substantially all possible subsequences of preselected length found in said target.

17.   A method of Claim 13, further comprising the step of analyzing a plurality of said recognized subsequences
15   to assemble a sequence of said target polymer.

18.   A method of Claim 14, wherein at least some of said plurality of substrates have one subsequence specific reagent attached thereto, and said substrates are coded to
20   indicate the specificity of said reagent.

19.   A method of using a fluorescent nucleotide to detect interactions with oligonucleotide probes of known sequence, said method comprising:
25                a)    attaching said nucleotide to a target
                        unknown polynucleotide sequence, and
               b)    exposing said target polynucleotide
                        sequence to a collection of positionally
                        defined oligonucleotide probes of known

sequences to determine the sequences of
said probes which interact with said
target.

5      20.  A method of Claim 19, further comprising the
step of:

a)      collating said known sequences to determine
the overlaps of said known sequences to
determine the sequence of said target
10      sequence.

21.  A method of mapping a plurality of sequences
relative to one another, said method comprising:

a)      preparing a substrate having a plurality of
15      positionally attached sequence specific
probes are attached;

b)      exposing each of said sequences to said
substrate, thereby determining the patterns
of interaction between said sequence
20      specific probes and said sequences; and

c)      determining the relative locations of said
sequence specific probe interactions on
said sequences to determine the overlaps
and order of said sequences.

25

22.  A method of Claim 21, wherein said sequence
specific probes are oligonucleotides.

WO 92/10588                                                PCT/US91/09226

111

23.   A method of Claim 21, wherein said sequences are nucleic acid sequences.



*FIG. 1.*



FIG. 2.



FIG. 3.

3/3



FIG. 4A.

FIG. 4B.

FIG. 4C.

FIG. 4D.

FIG. 4E.

FIG. 4F.

FIG. 4G.

FIG. 4H.

FIG. 4I.

FIG. 4J.

FIG. 4K.

FIG. 4L.

FIG. 4M.

SUBSTITUTE SHEET

# INTERNATIONAL SEARCH REPORT

International Application No. PCT/US91/09226

| I.  CLASSIFICATION OF SUBJECT MATTER (if several classification symbols apply, indicate all)[3] |
|---|
| According to International Patent Classification (IPC) or to both National Classification and IPC |
| IPC (5): C12Q 1/68; G01N 33/566, 33/48; C07H 15/12<br>US CL : 435/6; 436/501, 94; 536/26,27,28,29; 935/77,78 |

| II.  FIELDS SEARCHED | |
|---|---|
| Minimum Documentation Searched[4] | |
| Classification System | Classification Symbols |
| U.S. | 435/6; 436/501, 94; 536/26,27,28,29; 935/77,78 |

| Documentation Searched other than Minimum Documentation<br>to the extent that such Documents are included in the Fields Searched[5] |
|---|
| Please See Attached Sheet. |

| III.  DOCUMENTS CONSIDERED TO BE RELEVANT[14] | | |
|---|---|---|
| Category[*] | Citation of Document,[16] with indication, where appropriate, of the relevant passages[17] | Relevant to Claim No.[18] |
| X/Y | Doklady Akademii Nauk SSSR, Vol. 303, No. 6, issued December 1988, Yu. P. Lysov et al., "A New Method for Determining the DNA Nucleotide Sequence by Hybridization with Oligonucleotides", pages 436-438, see page 437, paragraph 3 and page 436, paragraph 2 (translation, Plenum Publishing Corporation, 1989). | 1-13, 15-17, 18-23/14, 18 |

| * Special categories of cited documents:[16] | "T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|
| "A" document defining the general state of the art which is not considered to be of particular relevance | |
| "E" earlier document but published on or after the international filing date | "X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step |
| "L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" document referring to an oral disclosure, use, exhibition or other means | |
| "P" document published prior to the international filing date but later than the priority date claimed | "&" document member of the same patent family |

| IV.  CERTIFICATION | |
|---|---|
| Date of the Actual Completion of the International Search[2] | Date of Mailing of this International Search Report[2] |
| 10 MARCH 1992 | 17 MAR 1992 |
| International Searching Authority[1] | Signature of Authorized Officer |
| ISA/US | Stephanie W. Zitomer, Ph.D. |

Form PCT/ISA/210 (second sheet)(May 1986) ß

FURTHER INFORMATION CONTINUED FROM PREVIOUS SHEETS
(Not for publication)

II. FIELDS SEARCHED
Other Documents Searched:

Dialog Onesearch: Biosis, Derwent Biotech. Abstracts, World Patent Index, Jap. Tech.
Abstracts, CA; APS; search terms: (oligonucleotide# or polynucleotide#), ((immobiliz?
or matrix), (sequencing or sequence()determination)

Form PCT/ISA/210 (continuation sheet (1)(Oct 1991)) ß