IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-901-JJF |
| ILLUMINA, INC., | : |
| Defendant. | : |

### O R D E R

WHEREAS, a status conference was held October 10, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Jury Trial on Invalidity will commence on **Monday, February 11, 2008 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

2) Counsel shall notify the Court of the date selected for a Jury Trial regarding Willfullness.

October 16, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE