# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

October 19, 2007

The Honorable Joseph J. Farnan, Jr.                    *VIA ELECTRONIC FILING*
United States District Court
 For the Eastern District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Affymetrix, Inc. v. Illumina Inc.*, C.A. No. 04-CV-901 JJF

Dear Judge Farnan:

Pursuant to the Court's October 16, 2007 Order, the parties have discussed the date for the trial regarding willfulness in the above-referenced matter. Affymetrix is available for trial during the weeks of May 19, June 2, and June 16, 2008. Illumina is available for trial during the week of June 16, 2008.

Respectfully,

Maryellen Noreika (#3208)

MN/dlb
cc:   Clerk of Court (Via Hand Delivery)
      Richard K. Herrmann, Esquire (Via Electronic Mail and Hand Delivery)
      Marcus E. Sernel, Esquire (Via Electronic Mail)