

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

October 22, 2007

**VIA EFILING AND HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Affymetrix, Inc. v. Illumina, Inc.,* **D. Del., C.A. No. 04-901-JJF**

Your Honor:

Illumina writes to apprise the Court that it filed with the United States Patent and Trademark Office on Friday, October 19th, Requests for Ex Parte Reexamination Under 35 U.S.C. §§ 302-307 for the five patents-in-suit in the above-referenced case. We will let the Court know of any relevant developments as the reexamination process proceeds.

Respectfully,

*/s/ Richard K. Herrmann*

Richard K. Herrmann, I.D. No. 405
*rherrmann@morrisjames.com*

cc: MaryEllen Noreika, Esq. (via email & hand delivery)
    Daniel Reed, Esq. (via email)