IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-901 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT the appearance of Derek Fahnestock of the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL, LLP is hereby withdrawn as counsel of record for plaintiff Affymetrix, Inc. ("Affymetrix"). Affymetrix continues to be represented by Jack B. Blumenfeld and Maryellen Noreika of MORRIS, NICHOLS, ARSHT & TUNNELL LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
  *Attorneys for Plaintiff Affymetrix, Inc.*

*Of Counsel*:
Michael J. Malecek
Daniel R. Reed
Andrea L. Gross
Stephen C. Holmes
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA 94608
(510) 428-8500
November 6, 2007

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, I electronically filed the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann, Esquire
MORRIS JAMES LLP

I also certify that copies were caused to be served on November 6, 2007 upon the following in the manner indicated:

**VIA ELECTRONIC MAIL
and HAND DELIVERY**

Richard K. Herrmann, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

**VIA ELECTRONIC MAIL**

Marcus E. Sernel, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601

/s/ Maryellen Noreika (#3208)
Maryellen Noreika (#3208)
mnoreika@mnat.com