# EXHIBIT 23

## FULLY REDACTED

# EXHIBIT 24

## FULLY REDACTED

# EXHIBIT 25

## FULLY REDACTED