# Morris James LLP

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

December 3, 2007

**VIA EFILING AND HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   *Affymetrix, Inc. v. Illumina, Inc.*, D. Del., C.A. No. 04-901-JJF

Your Honor:

The parties have agreed and would like to request a pretrial conference in the above-referenced matter on January 23, 2008, at a time convenient for the Court.

Based on a pretrial conference on that date, the parties have also agreed to the following schedule of related dates:

| | |
|---|---|
| Illumina to provide a preliminary section 282 notice, narrowing the art at issue | December 19, 2007 |
| Illumina's section of pretrial order given to Affymetrix | December 20, 2007 |
| Meet and confer re MILS | January 4, 2008 |
| Opening MILS | January 7, 2008 |
| Affymetrix's sections of pretrial order given to Illumina | January 7, 2008 |
| Illumina to provide final section 282 notice | January 12, 2008 |
| Pretrial order due | January 18, 2008 |
| Jury instructions and verdict sheet due | January 18, 2008 |
| Response to MILs | January 21, 2008 |
| Pretrial conference | January 23, 2008 |

The Honorable Joseph J. Farnan, Jr.
December 3, 2007
Page 2



      The parties request that the Court schedule the pretrial conference on January 23, 2008, or, in the alternative, inform the parties of alternative days that the Court would be available.

      Respectfully,

      */s/ Richard K. Herrmann*

      Richard K. Herrmann, I.D. No. 405
      *rherrmann@morrisjames.com*

cc: Maryellen Noreika, Esq. (via email & hand delivery)
    Daniel Reed, Esq. (via email)