# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

January 2, 2008

The Honorable Joseph J. Farnan, Jr.                           *VIA ELECTRONIC FILING*
United States District Court
 For the Eastern District of Delaware
844 North King Street
Wilmington, DE  19801

Re:     *Affymetrix, Inc. v. Illumina Inc.*, C.A. No. 04-901 (JJF)
        *Affymetrix, Inc. v. Illumina Inc.*, C.A. No. 07-670 (JJF)

Dear Judge Farnan:

      The Court currently has two cases between Affymetrix and Illumina pending before it (C.A. Nos. 04-901 and 07-670). The earlier-filed case (C.A. 04-901) is scheduled to commence trial on the validity issues on February 11, 2008. A pretrial conference has not yet been set in that case, but the parties have requested a pretrial conference on January 23, 2008, and have agreed to a schedule for preparing the pretrial order based on that date. (D.I. 463, R. Herrmann Dec. 3, 2007 letter). In addition, the Court has set a scheduling conference in the later-filed case (C.A. 07-670) for January 11, 2008. To minimize the cross-country travel for the attorneys involved, if the Court's schedule permits, Affymetrix requests that the Court reschedule the January 11, 2008, scheduling conference in C.A. 07-670 to coincide with the pretrial conference in C.A. No. 04-901 (i.e., on January 23, 2008). Illumina has informed us that it does not oppose such a scheduling change.

      For the Court's convenience, I have enclosed forms of order for scheduling these events in each of these cases.

Respectfully,

Maryellen Noreika (#3208)

MN/dlb
Enclosure
cc:     Clerk of Court (Via Hand Delivery; w/ encl.)
        Richard K. Herrmann, Esquire (Via Electronic Mail and Hand Delivery; w/ encl.)
        Marcus E. Sernel, Esquire (Via Electronic Mail; w/ encl.)
        Naikang Tsao, Esquire (Via Electronic Mail; w/ encl.)