IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | ) |
| Plaintiff | ) ) ) C.A. No. 04-901-JJF |
| v. | ) ) |
| ILLUMINA, INC., | ) ) |
| Defendant | ) |

## ORDER

The Pretrial Conference for Phase II will be held on January 23, 2008 at _____.

BY THE COURT:

_____
United States District Court Judge