IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation,<br><br>Defendant. | C.A. No. 07-670 (JJF) |

### ORDER

WHEREAS, in a letter dated January 11, 2008, Affymetrix Inc. ("Affymetrix") requested that the Court reschedule the Scheduling Conference currently set for January 11, 2008 in order to coordinate that conference with the Pretrial Conference in *Affymetrix, Inc. v. Illumina Inc.*, C.A. No. 04-901 (JJF); and

WHEREAS, Illumina does not opposed Affymetrix's request:

IT IS HEREBY ORDERED that:

The January 11, 2008 Scheduling Conference is rescheduled to January 23, 2008 at _____.

BY THE COURT:

_____
United States District Court Judge