IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-901-JJF |
| ILLUMINA, INC., | : |
| Defendant. | : |

**O R D E R**

WHEREAS, Counsel, by letter, notified the Court regarding parties availability for the third phase of trial in the above-captioned matter (D.I. 455);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Trial on Willfulness will commence on **Tuesday, June 17, 2008 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

2) If necessary, a Pretrial Conference will be held on **Thursday, May 8, 2008 at 10:00 a.m.**

January 8, 2008
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE