IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-901-JJF |
| ILLUMINA, INC., | : |
| Defendant. | : |

### O R D E R

WHEREAS, Trial is scheduled to commence on February 11, 2008 in the above-captioned matter;

WHEREAS, counsel has requested that a Pretrial Conference be set for January 23, 2008;

WHEREAS, the Court will be conducting trial in another matter of January 23, 2008;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Thursday, February 7, 2008 at 9:15 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference.

January 10, 2008
DATE

UNITED STATES DISTRICT JUDGE