IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>   Plaintiff/Counter-Defendant<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation,<br><br>   Defendant/Counterclaimant. | C.A. No. 04-901 (JJF) |

### STIPULATED ORDER OF DISMISSAL

Plaintiff and Counter-Defendant Affymetrix, Inc. ("Affymetrix") and Defendant and Counterclaimant Illumina, Inc. ("Illumina") hereby stipulate pursuant to Rules 41(a) and (c) of the Federal Rules of Civil Procedure to the dismissal with prejudice of all claims and counterclaims in this action.

The parties further agree that each party shall bear its own costs and attorneys fees incurred in connection with this Civil Action No. 04-901-JJF.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ *Maryellen Noreika* | /s/ *Richard K. Herrmann* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Richard K. Herrmann (#405)<br>500 Delaware Ave., Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6800<br>rherrmann@morrisjames.com |
| *Attorneys for Plaintiff and Counter-Defendant Affymetrix, Inc.* | *Attorneys for Defendant and Counterclaimant Illumina, Inc.* |

*Of Counsel:*

Michael J. Malecek
Daniel R. Reed
Peter E. Root
Stephen C. Holmes
AFFYMETRIX, INC.
6550 Vallejo St., Suite 100
Emeryville, CA 94608
(510) 428-8500

*Of Counsel:*

Mark A. Pals
Marcus Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000


SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE