## REPORT ON THE FILING OR DETERMINATION OF AN
## ACTION REGARDING A PATENT OR TRADEMARK

TO:   Commissioner of Patents and Trademarks
        Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action
has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 04-0901 | 07/26/04 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Affymetrix Inc. | Illumina Inc. |

**PATENT/TRADEMARK NO. DATE OF PATENT/TRADEMARK    HOLDER OF PATENT OR TRADEMARK**

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,545,531 | 8/13/96 | Affymetrix Inc. |
| 2 | 5,795,716 | 8/18/98 | Affymetrix Inc. |
| 3 | US 6,355,432 B1 | 3/12/02 | Affymetrix Inc. |
| 4 | US 6,399,365 B2 | 6/4/02 | Affymetrix Inc. |
| 5 | US 6,607,887 B2 | 8/19/03 | Affymetrix Inc. |
| 6 | US 6,646,243 B2 | 11/11/03 | Affymetrix Inc. |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or
judgment issued:

**DECISION/JUDGMENT**

*Case Closed 1/15/08 by Stipulated Order of Dismissal*

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK | *Timothy Blansfield* | 07/27/04   1/16/08 |