OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 10, 2008

Maryellen Norieka, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Richard K. Herrmann, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

   RE: <u>Affymetrix, Inc. v. Illumina, Inc.,</u>
      C.A. 04-901-JJF

Dear Counsel:

  The Clerks office is returning and/or disposing of exhibits located in its storage area in accordance with the Court's Local Rule 79.1 (b)(2). We presently possess trial exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

  Please advise me no later than **July 10, 2008** whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

         Very truly yours,
         Peter T. Dalleo, Clerk

         Nicole M. Selmyer
         Courtroom Deputy